EXHIBIT A

PHILLIPS, GOLDMAN & SPENCE, P.A.

INVOICES BY TIME AND INDIVIDUAL

FOR THE TIME PERIOD
OCTOBER 1, 2011 THROUGH
OCTOBER 31, 2011

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE 19806
(302) 655-4200
EI #: 51-0328786

November 17, 2011

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC  20007--5135

File    WRG-AUS/JCP
Invoice number   100625

Re:  W. R. Grace & Co.
     David T. Austern
Case No.:  01-01139 (RLB)

          Subtotal for FEES only: 10/31/11        $8,280.50
          Subtotal for COSTS only: 10/31/11          $637.41
                                                 -------------
    CURRENT PERIOD FEES AND COSTS: 10/31/11        $8,917.91
                                                 -------------

                         PAY THIS AMOUNT           $8,917.91
                                                 =============


****************************************************************

    Please send remittance copy with payment.  Thank you.

****************************************************************

Phillips, Goldman & Spence, P.A.

Page   2

November 17, 2011

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   100625

Re:  W. R. Grace & Co.
     David T. Austern

```
    SERVICES                                       HOURS          AMOUNT

FEE/EMPLOYMENT APPLICATIONS                         32.0         8,039.00
LITIGATION                                           0.3           142.50
CASE ADMINISTRATION                                  0.6            99.00
                                                  -------      -----------
         Subtotal for FEES only: 10/31/11           32.9         $8,280.50
                                                  -------      -----------


    RATE   SUMM              HOURS

   475.00  JCP       9.20    9.20    4,370.00       0.00            0.00
   165.00  CAH      23.70   23.70    3,910.50       0.00            0.00
                   ------  ------   ---------    -------       ---------
Totals              32.90   32.90    8,280.50       0.00            0.00
```

Sorts:   Grouping code        (Paginate)
         Client code
         Actual employee code (Subtotal)
         Transaction date

Ranges:
    Include "Client code" from WRG to WRG
    Exclude "Billable $" from 0.00 to 0.00
    Include "Invoice Number" from 100625 to 100625

| Gr Cd | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars |
|---|---|---|---|---|---|---|
| WRG | CASE ADMINISTRATION | CAH | 10/15/11 | Update docket to system. | 0.20 | 33.00 |
| WRG | CASE ADMINISTRATION | CAH | 10/21/11 | Print out 2002. | 0.10 | 16.50 |
| WRG | CASE ADMINISTRATION | CAH | 10/27/11 | Update docket to system. | 0.10 | 16.50 |
| WRG | CASE ADMINISTRATION | CAH | 10/31/11 | Update 2002. | 0.20 | 33.00 |
|  |  |  |  |  | ----- | ----- |
|  |  |  |  |  | 0.60 | 99.00 |
|  |  |  |  |  | ----- | ----- |
|  |  |  |  |  | 0.60 | 99.00 |

Total records this group: 4

LEGALMASTER MIRC for Transactions
-Fees-

WRG-AUS                                                                                         11/17/2011  Pg 2

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 10/10/11 | Review of Agenda for 10/24/11 Hearing - canceled; remove from calendar. | 0.10 | 47.50 | Li |
| WRG | LITIGATION | JCP | 10/18/11 | Review of miscellaneous pleadings (voluminous). | 0.20 | 95.00 | |
| | | | | | ---- | ------ | |
| | | | | | 0.30 | 142.50 | |
| | | | | | ---- | ------ | |
| | | | | | 0.30 | 142.50 | |
| | | | | | ---- | ------ | |

Total records this group: 2

WRG-AUS

LEGALMASTER MIRC for Transactions
-Fees-

11/17/2011 Pg 3

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/04/11 | Review of and revise July 2009 Fee Application and forward to John C. Phillips, Jr. for execution. | 0.40 | 66.00 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/04/11 | Review of and revise August 2009 Fee Application and forward to John C. Phillips, Jr. for execution. | 0.40 | 66.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/04/11 | Review of and revise September 2009 Fee Application and forward to John C. Phillips, Jr. for execution. | 0.40 | 66.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/04/11 | Scan file and serve July, August and September 2009 Fee Applications for Phillips, Goldman & Spence. | 0.60 | 99.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/05/11 | Review of and revise Fee Application; e-mail to D. Fullem. | 0.40 | 66.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/05/11 | Draft 22nd Quarterly Fee Application for Phillips, Goldman & Spence and forward to John C. Phillips, Jr. for review. | 1.10 | 181.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/06/11 | Correct Hearing date and file Phillips, Goldman & Spence 22nd Quarterly Fee Application; serve same. | 0.40 | 66.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/15/11 | Draft Fee Application for Phillips, Goldman & Spence December 2009; forward to John C. Phillips, Jr. for review. | 0.60 | 99.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/15/11 | Draft Fee Application for Phillips, Goldman & Spence October 2009; forward to John C. Phillips, Jr. for review. | 0.70 | 115.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/15/11 | Draft Fee Application for Phillips, Goldman & Spence November 2009; forward to John C. Phillips, Jr. for review. | 0.70 | 115.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/15/11 | Complete 23rd Quarterly Fee Application for Phillips, Goldman & Spence and forward to John C. Phillips, Jr. for review. | 0.40 | 66.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/15/11 | Begin draft of 23rd Quarterly Fee Application for Phillips, Goldman & Spence. | 0.60 | 99.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/17/11 | Phone conference with B. Ruhlander - returned her call re: same. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/17/11 | Phone conference with D. Fullem and B. Ruhlander re: timing of filing of Fee Applications and possible Objections by Debtors' counsel; e-mail to John C. Phillips, Jr. (2x). | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/17/11 | Scan file and serve October, November and December 2009 Monthly Fee Applications for Phillips, Goldman & Spence. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/18/11 | Download and file Certificate of No Objection for Orrick's and Towers' August Fee Applications and e-mail docket numbers to D. Fullem. | 0.40 | 66.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/18/11 | Review of and revise, scan, file and serve 23rd Quarterly Fee Application for Phillips, Goldman & Spence. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/19/11 | Work on pre-bill analysis; phone conference with B. Ruhlander and e-mail her re: status. | 0.50 | 82.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/19/11 | Review of pre-bills from John C. Phillips, Jr. and send to file. | 0.30 | 49.50 | |

WRG-AUS

LEGALMASTER MIRC for Transactions
-Fees-

11/17/2011  Pg 4

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/20/11 | Copy and prepare January through June 2010 invoices for Fee Applications. | 0.30 | 49.50 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/20/11 | Draft January 2010 Fee Application for Phillips, Goldman & Spence. | 0.70 | 115.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/20/11 | Draft February 2010 Fee Application for Phillips, Goldman & Spence. | 0.60 | 99.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/20/11 | Draft March 2010 Fee Application for Phillips, Goldman & Spence. | 0.80 | 132.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/20/11 | Draft 24th Quarterly Fee Application for Phillips, Goldman & Spence; review of and revise monthly fee applications. | 1.50 | 247.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/21/11 | Scan, file and serve January 2010 Fee Application for Phillips, Goldman & Spence. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/21/11 | Scan, file and serve February 2010 Fee Application for Phillips, Goldman & Spence. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/21/11 | Scan, file and serve March 2010 Fee Application for Phillips, Goldman & Spence. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/21/11 | Review of and revise, then after execution, scan file and serve 24th Quarterly Fee Application for Phillips, Goldman & Spence. | 0.50 | 82.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/21/11 | Draft June 2010 Fee Application for Phillips, Goldman & Spence. | 0.60 | 99.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/21/11 | Draft April 2010 Fee Application for Phillips, Goldman & Spence. | 0.60 | 99.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/21/11 | Draft May 2010 Fee Application for Phillips, Goldman & Spence. | 0.60 | 99.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/24/11 | Scan file and serve Phillips, Goldman & Spence Fee Application for April 2010. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/24/11 | Scan file and serve Phillips, Goldman & Spence Fee Application for May 2010. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/24/11 | Scan file and serve Phillips, Goldman & Spence Fee Application for June 2010. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/24/11 | Draft 25th Quarterly Fee Application for Phillips, Goldman & Spence and forward to John C. Phillips, Jr. | 0.80 | 132.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/25/11 | Draft Fee Application for Phillips, Goldman & Spence 25th Quarterly Fee Application. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/25/11 | Draft Fee Application for Phillips, Goldman & Spence for July 2010 | 0.60 | 99.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/25/11 | Draft Fee Application for Phillips, Goldman & Spence for August 2010. | 0.60 | 99.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/26/11 | Respond to e-mail from D. Fullem and download and file September Fee Application for Orrick. | 0.30 | 49.50 | |

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/26/11 | E-mail from and e-mail to D. Fullem re: Towers' September Fee Application; split .pdf into sections and wait for approval to file. | 0.30 | 49.50 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/26/11 | Review of e-mail from D. Fullem and split revised Fee Application for Towers and file same; e-mail docket number to D. Fullem. | 0.40 | 66.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/27/11 | Draft Certificates of No Objection for July, August and September 202 Phillips, Goldman & Spence Fee Applications. | 0.70 | 115.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/28/11 | Draft September 2010 Fee Application for Phillips, Goldman & Spence. | 0.60 | 99.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/28/11 | Draft 3rd Quarter 2010 Fee Application for Phillips, Goldman & Spence. | 1.10 | 181.50 | |
| | | | | | 23.10 | 3,811.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 10/04/11 | Review of, revise and execute 62nd (July 2009) (.3), 63rd (August 2009) (.3) and 64th (September 2009) (.2) Fee Applications; conference with Celeste A. Hartman re: filing same (.1). | 0.90 | 427.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 10/05/11 | Review of, revise and execute 22nd Quarterly Fee Application; conference with Celeste A. Hartman re: same. | 0.30 | 142.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 10/10/11 | Review of and revise downward October, November and December 2009 prebills. | 0.40 | 190.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 10/10/11 | E-mail from Fee Examiner re: revised meal and hotel rates. | 0.10 | 47.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 10/15/11 | Review of, revise and execute October 2009 Fee Application (.2); review of, revise and execute November 2009 Fee Application (.2); review of, revise and execute December 2009 Fee Application (.2); conference with Celeste A. Hartman re: same (.1). | 0.70 | 332.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 10/17/11 | Review of, revise and execute 23rd Quarterly Fee Application; conference with Celeste A. Hartman re:same. | 0.30 | 142.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 10/19/11 | Review of and revise January 2010 (.2), February 2010 (.2), March 2010 (.2), April 2010 (.2), May 2010 (.2) and June 2010 (.2) pre-bills downward; conference with Celeste A. Hartman re: coding same and finalizing same (.1); review of and revise July 2010 (.2), August 2010 (.2), September 2010 (.2), October 2010 (.2), November 2010 (.2) and December 2010 (.2) prebills downward; e-mail to Celeste A. Hartman re: same (.1). | 2.60 | 1,235.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 10/21/11 | Review of, revise and execute 68th Monthly (January 2010) (.2), 69th Monthly (February 2010) (.2), 70th Monthly (March 2010) (.2) and 24th Quarterly (January - March 2010) (.3) Fee Applications; conference with Celeste A. Hartman re: same (.1). | 1.00 | 475.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 10/22/11 | Review of, revise and execute 71st Monthly (April 2010) (.2), 72nd Monthly (May 2010) (.2) and 73rd Monthly (June 2010) (.2); memo to Celeste A. Hartman re: same (.1). | 0.70 | 332.50 | |

WRG-AUS                                LEGALMASTER MIRC for Transactions                           11/17/2011  Pg  6
                                                   -Fees-

| Cl code | Grouping code description     | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---------|-------------------------------|---------|------------|-------------------------|----------------|------------------|-------|
| WRG     | FEE/EMPLOYMENT APPLICATIONS   | JCP     | 10/24/11   | Review of, revise and execute 25th Quarterly Fee Application; conference with Celeste A. Hartman re: same. | 0.30 | 142.50 | fa |
| WRG     | FEE/EMPLOYMENT APPLICATIONS   | JCP     | 10/31/11   | Review of and execute 3 Certificates of No Objection re: 62nd Monthly (.1), 63rd Monthly (.1) and 64th Monthly (.1) Fee Applications; review of, revise and execute 74th Monthly (.3), 75th Monthly (.3) and 76th Monthly (.3) Fee Applications; review of, revise and execute 26th Quarterly Fee Application (.3); conference with Celeste A. Hartman re: same (.1). | 1.60 | 760.00 | |

                                                                                                    -------    ---------
                                                                                                       8.90     4,227.50
                                                                                                      32.00     8,039.00
                                                                                                    -------    ---------
Total records this group:   55                                                                        32.90     8,280.50
                                                                                                    =======    =========

61 records printed.