EXHIBIT B

PHILLIPS, GOLDMAN & SPENCE, P.A.

EXPENSE RECORDS

FOR THE TIME PERIOD
OCTOBER 1, 2011 THROUGH
OCTOBER 31, 2011

Phillips, Goldman & Spence, P.A.

Page   2

November 17, 2011

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   100625

Re:  W. R. Grace & Co.
     David T. Austern

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 10/01/11 | On-line docket research | 24.96 |
| 10/03/11 | Photocopies | 44.30 |
| 10/17/11 | Postage | 22.96 |
| 10/28/11 | Check No.: 47208 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 545.19 |
| | Subtotal for COSTS only: 10/31/11 | $637.41 |