# EXHIBIT A

# ORRICK, HERRINGTON & SUTCLIFFE LLP INVOICES FOR THE TIME PERIOD OCTOBER 1-31, 2011



# ORRICK

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

November 11, 2011
Client No. 17367
Invoice No. 1336679

Orrick Contact: Roger Frankel

| | | |
|---|---|---|
| FOR SERVICES RENDERED through October 31, 2011 in connection with the matters described on the attached pages: | $ | 95,133.50 |
| DISBURSEMENTS as per attached pages: | | 1,485.24 |
| **TOTAL CURRENT FEES & DISBURSEMENTS** (Pay this Amount): | $ | **96,618.74** |

Matter(s): 17367/11, 12, 13, 7, 8

## DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:
$256,429.83
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701. Fax (304) 231-2501.

**REMITTANCE COPY - PLEASE RETURN WITH PAYMENT**

| **REMITTANCE ADDRESS:** | **ELECTRONIC FUNDS TRANSFERS:** | **OVERNIGHT DELIVERY:** |
|---|---|---|
| *Orrick, Herrington & Sutcliffe LLP*<br>*Lockbox #774619*<br>*4619 Solutions Center*<br>*Chicago, IL 60677-4006*<br>*Reference: 17367/ Invoice: 1336679* | ***ACH & Wire Transfers:***<br>***ABA Number 121000248***<br>***SWIFT CODE: WFBIUS6S***<br>**Account Number: 4123701088**<br>*Wells Fargo*<br>*420 Montgomery Street*<br>*San Francisco, CA 94104*<br>*Account of*<br>*Orrick, Herrington & Sutcliffe LLP*<br>*Reference: 17367/ Invoice: 1336679*<br>*E.I.N. 94-2952627* | *Orrick, Herrington & Sutcliffe LLP*<br>*c/o Wells Fargo*<br>*Attn: Lockbox #774619*<br>*350 East Devon Avenue*<br>*Itasca, IL 60143*<br>*(213) 614-3248*<br>*Reference: 17367/ Invoice: 1336679* |



**ORRICK**

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

November 11, 2011
Client No. 17367
Invoice No. 1336679

Orrick Contact: Roger Frankel

For Legal Services Rendered Through October 31, 2011 in Connection With:

**Matter: 7 - Insurance Matters**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 10/12/11 | R. Wyron | Review ACC analysis on potential settlements and follow-up. | 0.60 |
| 10/17/11 | P. Mahaley | Prepare for and conduct telephone conference with M. Garbowski re proposal (.5); telephone conferences with R. Wyron re ACC proposal (.2). | 0.70 |
| 10/17/11 | R. Wyron | Work on analysis re potential settlements and follow-up. | 1.30 |
| 10/18/11 | P. Mahaley | Review issues re settlement demands to insurers. | 0.90 |
| 10/19/11 | R. Wyron | Work on buyout analysis and Peterson reports. | 1.40 |
| 10/20/11 | R. Wyron | Work on proposal for buyouts of CIP agreements. | 0.80 |
| 10/24/11 | R. Wyron | Work on settlement issues with insurers. | 0.70 |
| 10/25/11 | P. Mahaley | Prepare for and conduct telephone conference with R. Wyron and counsel for ACC re settlements with insurers. | 0.50 |
| 10/25/11 | R. Wyron | Review LAS reports (.3); call with R. Horkovitch and P. Mahaley re strategy and follow-up (.5); respond to e-mails re reports and public filings (.2); | 1.00 |
| 10/28/11 | R. Wyron | Follow-up on buy back discussions and review expert report re same. | 0.60 |

Total Hours                8.50
Total For Services                                    $6,805.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Peri N. Mahaley | 2.10 | 650.00 | 1,365.00 |
| Richard H. Wyron | 6.40 | 850.00 | 5,440.00 |
| Total All Timekeepers | 8.50 | $800.59 | $6,805.00 |

Disbursements
    Outside Services                    25.00
    Telephone                            0.00
                    Total Disbursements                        $25.00



# ORRICK

November 11, 2011
Invoice No. 1336679

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 2

**Total For This Matter**    **$6,830.00**



# ORRICK

November 11, 2011
Invoice No. 1336679

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 3

For Legal Services Rendered Through October 31, 2011 in Connection With:

**Matter: 8 - Litigation**

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 10/03/11 | D. Fullem | Confer with R. Wyron regarding asbestos issues; research re same. | 0.30 |
| 10/03/11 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 10/03/11 | R. Wyron | Work on potential Libby-related settlement (1.3); review correspondence re potential settlement discussions (.3); organize notes for 10/4 call (.3); review and respond to e-mails re motion for relief (.2); review status conference pleadings filed by Garlock and follow-up (.6). | 2.70 |
| 10/03/11 | R. Frankel | Review J. Burke memo and case regarding common law indemnity claim. | 1.80 |
| 10/03/11 | R. Frankel | Telephone conference with R. Wyron regarding Montana issues. | 0.30 |
| 10/03/11 | R. Frankel | Telephone conference with E. Inselbuch, P. Lockwood, R. Wyron regarding Montana claim (.6); review notes regarding same (.2). | 0.80 |
| 10/03/11 | R. Frankel | Series of e-mails regarding meeting with Montana. | 0.50 |
| 10/03/11 | R. Frankel | Review series of e-mails regarding Intrawest motion for relief from stay. | 0.70 |
| 10/03/11 | R. Frankel | Review memo from J. Biggs, exchange series of e-mails regarding Montana settlement. | 0.90 |
| 10/04/11 | D. Fullem | Research case law regarding Montana. | 0.50 |
| 10/04/11 | R. Wyron | Work on Libby related settlement issues and follow-up (1.3); review Tillinghast analysis (.8); organize outline of open issues (1.4). | 3.50 |
| 10/04/11 | R. Frankel | Review Montana issues in preparation for Grace conference call. | 0.50 |
| 10/04/11 | R. Frankel | Telephone conference with M. Shelnitz, R. Finke, A. Paul, R. Wyron, J. Baer re status of case issues, settlements (.7); notes re same (.3). | 1.00 |
| 10/04/11 | R. Frankel | Review Garlock Request for Status Conference, related exhibits. | 1.40 |
| 10/04/11 | R. Frankel | Review e-mail memo from Lincoln re Sealed Air acquisition. | 0.40 |
| 10/04/11 | R. Frankel | Review memo to Advisory Committee on Bankruptcy Rules from Subcommittee on Business Issues. | 0.70 |
| 10/04/11 | R. Frankel | Telephone conference with D. Austern re Garlock pleadings and proposed Rule 4009. | 0.40 |

Case 01-01139-AMC Doc 28025-3 Filed 11/23/11 Page 6 of 13



**ORRICK**

November 11, 2011
Invoice No. 1336679

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 4

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 10/04/11 | R. Frankel | Review original Garlock Motion for access to 2019 statements. | 0.90 |
| 10/05/11 | D. Fullem | Research case law re Montana; e-mail to D. Felder and R. Wyron re same. | 0.50 |
| 10/05/11 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 10/05/11 | D. Felder | E-mail correspondence with D. Fullem regarding Libby issues and review exhibits regarding same. | 1.00 |
| 10/05/11 | R. Wyron | Call with Tillinghast (.7); work on analysis re Libby scenarios (.9); outline issues for Montana discussion (.7). | 2.30 |
| 10/05/11 | R. Frankel | Review article re Sealed Air acquisition and value (.3); consider effective date issues (.5). | 0.80 |
| 10/05/11 | R. Frankel | Review Joinder & Objection filed by ACC responding to Garlock pleadings to inspect 2019 data. | 1.80 |
| 10/06/11 | R. Wyron | Review confirmation briefs for issues (.4) outline issues on potential settlement and respond to e-mails re same (.8). | 1.20 |
| 10/06/11 | R. Frankel | Review pleadings, issues in connection with possible status conference. | 0.70 |
| 10/07/11 | D. Fullem | Confer with R. Wyron; research re Pennock v. State of Montana order; follow-up re same. | 0.50 |
| 10/07/11 | R. Wyron | Review Garlock pleadings on status conference. | 0.40 |
| 10/07/11 | R. Frankel | Review, consider next steps after issuance of USDC opinion (.7); review issues of equitable mootness (.6). | 1.30 |
| 10/10/11 | R. Wyron | Review case law re Montana issues (1.3); call with D. Huynh re research and follow-up (.4). | 1.70 |
| 10/10/11 | R. Frankel | Review, consider opinion of J. Fitzgerald regarding Garlock motion to inspect 2019 statements. | 1.80 |
| 10/11/11 | D. Fullem | Review Order by Court scheduling hearings in 2012. | 0.20 |
| 10/11/11 | R. Wyron | Call with M. Giannotto and notes re same (.4); call with R. Frankel re strategy and follow-up (.5); organize pending issues list and update (.3); review appeal issue (.2). | 1.40 |
| 10/11/11 | R. Frankel | Telephone conference with R. Wyron regarding settlement status, case issues (.3); review e-mail regarding status of USDC opinion (.3); notes regarding same (.1). | 0.70 |
| 10/11/11 | R. Frankel | Telephone conference with F. McGovern regarding settlement issues (.5); telephone conference with R. Wyron regarding M. Giannotto, F. McGovern calls (.3). | 0.80 |
| 10/11/11 | R. Frankel | Review e-mail memo and case law re same (1.2); notes regarding Montana issue (.4). | 1.60 |
| 10/11/11 | R. Frankel | Review status of settlement discussions. | 0.90 |
| 10/12/11 | R. Wyron | Review e-mails re settlement status and follow-up (.3); organize confirmation hearing notes and briefs and follow-up (.6); review update claims date and outline questions (.8). | 1.70 |
| 10/12/11 | R. Frankel | Telephone conference with D. Austern regarding settlement issues and timing of opinion (.3); notes regarding same (.2). | 0.50 |



November 11, 2011
Invoice No. 1336679

## ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 5

| | | | |
|---|---|---|---|
| 10/13/11 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 10/13/11 | R. Wyron | Review Libby data re settlement and follow-up (.8); review pleadings re discovery and Garlock ruling (.9). | 1.70 |
| 10/13/11 | R. Frankel | Review Garlock notice of appeal and exhibit. | 0.30 |
| 10/13/11 | R. Frankel | Telephone conference with J. Aldock regarding mediation, settlement issues (.5); prepare notes regarding status (.2). | 0.70 |
| 10/13/11 | R. Frankel | Review notes regarding settlement options. | 0.60 |
| 10/14/11 | R. Wyron | Begin review of revised Libby analysis for 10/18 call (1.1); review settlement outline (.3). | 1.40 |
| 10/17/11 | R. Wyron | Review Libby analysis (1.3); organize notes for 10/18 call (.4). | 1.70 |
| 10/18/11 | R. Wyron | Review materials on potential settlement and follow-up (.4); call with Grace and ACC re potential resolutions (.8); analyze Tillinghast data (.2); review Tillinghast presentation on claims trends and follow-up (.3); begin review of motions (.8); call with J. Radecki (.3). | 2.80 |
| 10/18/11 | R. Frankel | Review Debtors' motion re merger with non-operating subsidiaries and claims activity. | 1.70 |
| 10/19/11 | R. Wyron | Review OCP and Project Plate motions (1.3); call with J. Radecki, follow-up (.2); call re Montana and follow-up (.8). | 2.30 |
| 10/19/11 | R. Frankel | Review memorandum from R. Wyron re call with Grace, et al. (.3); review claims projections from R. Finke (.4). | 0.70 |
| 10/19/11 | R. Frankel | Review motion, declaration, exhibits re merger of subsidiaries. | 1.10 |
| 10/20/11 | R. Wyron | Review merger motion exhibits and follow-up. | 1.10 |
| 10/20/11 | R. Frankel | Review motion regarding Garlock appeal from 2019 orders. | 0.40 |
| 10/20/11 | R. Frankel | Review report from GAO re operation of asbestos trusts. | 0.80 |
| 10/20/11 | R. Frankel | Review motion, exhibits in connection with sale of vermiculite assets. | 1.60 |
| 10/20/11 | R. Frankel | Review motion, exhibits re payment of OC Professionals. | 0.50 |
| 10/21/11 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 10/21/11 | R. Wyron | Review merger notes and follow-up. | 1.10 |
| 10/21/11 | R. Frankel | Review intercompany claims schedules, detailed entity analysis from R. Higgins. | 1.80 |
| 10/21/11 | R. Frankel | Confer with R. Wyron re pending motions, merger issues. | 0.70 |
| 10/24/11 | R. Wyron | Review data re merger motion and follow-up re same. | 1.70 |
| 10/24/11 | R. Frankel | Confer with R. Wyron re merger motion filed by Grace (.5); review detailed schedule of affected companies (.6). | 1.10 |
| 10/25/11 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 10/25/11 | D. Fullem | Review 8K filing. | 0.40 |
| 10/25/11 | J. Burke | Review merger motion and schedules (2.7); confer with R. Wyron regarding merger motion (.4). | 3.10 |



# ORRICK

November 11, 2011
Invoice No. 1336679

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 6

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 10/25/11 | M. Wallace | Discuss asset sale and related issues with R. Wyron (.4); review asset sale agreement, motion, sale order and related pleadings (2.0); correspond with R. Wyron regarding schedules (.3). | 2.70 |
| 10/25/11 | R. Wyron | Confer with J. Burke re merger motion and follow-up (.4); confer with R. Frankel re merger and sale motions and follow-up (.3); confer with M. Wallace re sale motion and follow-up (.3); calls re merger motion (.2). | 1.20 |
| 10/25/11 | R. Frankel | Review 8K, earnings report, e-mails re same. | 0.60 |
| 10/25/11 | R. Frankel | Confer with R. Wyron re subsidiary merger motion and related issues (.5); review exhibit of subsidiary action (.6). | 1.10 |
| 10/26/11 | M. Wallace | Draft summary of asset sale documents and issues in same. | 6.80 |
| 10/26/11 | M. Wallace | Correspond with R. Wyron regarding exhibit requests and review related correspondence. | 0.10 |
| 10/26/11 | R. Wyron | Review merger motion exhibits and organize outline (1.6); call with J. Radecki and J. Solganick and e-mails re same (.4); review analysis of sale motion and related documents (1.1); review analysis of sale (.3). | 3.40 |
| 10/26/11 | R. Frankel | Review materials re subsidiary merger, e-mails re same. | 0.60 |
| 10/27/11 | J. Burke | Participate in telephone conference with counsel for Debtors regarding merger motion and sale motion. | 0.70 |
| 10/27/11 | M. Wallace | Meeting with R. Wyron and R. Frankel regarding issues in vermiculite sale. | 0.40 |
| 10/27/11 | M. Wallace | Review plan and related issues raised in R. Wyron's correspondence regarding vermiculite transaction. | 0.20 |
| 10/27/11 | R. Wyron | Confer with R. Frankel and M. Wallace re pending motions (.8); call with R. Higgins re pending motions and follow-up (1.1); call with J. Solganick re merger motion (.2); review financials and follow-up (.3). | 2.40 |
| 10/27/11 | R. Frankel | Series of e-mails with J. Donley re settlement. | 0.30 |
| 10/27/11 | R. Frankel | Review Statement of Issues, Designation of Record filed by Garlock per Rule 8006. | 0.70 |
| 10/27/11 | R. Frankel | Review Plan re application of protected party status to transferee of property. | 0.70 |
| 10/27/11 | R. Frankel | Review memo from M. Wallace re 363 sale agreement (.9); confer with R. Wyron, M. Wallace re same (.4). | 1.30 |
| 10/27/11 | R. Frankel | Telephone conference with R. Wyron, R. Higgins, J. Burke re sub merger motion, vermiculite sale motion (.7); confer with R. Wyron re same (.2). | 0.90 |
| 10/28/11 | R. Wyron | Work on sales motion issues (.4); call to P. Lockwood and follow-up (.2); review Montana correspondence and follow-up (.8). | 1.40 |
| 10/28/11 | R. Frankel | Review, consider settlement proposal letter from counsel for Montana (.6); series of e-mails regarding same (.3). | 0.90 |



**ORRICK**

November 11, 2011
Invoice No. 1336679

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 7

| | | | |
|---|---|---|---|
| 10/28/11 | R. Frankel | Exchange series of e-mails with J. Donley regarding F. McGovern conference call. | 0.20 |
| 10/31/11 | R. Wyron | Review merger information (.3); call with P. Lockwood re sale and merger motion, and follow-up (.6); review 2019 issues (.2). | 1.10 |
| 10/31/11 | R. Frankel | Telephone conference with J. Donley, M. Shelnitz, F. McGovern regarding status of mediation (.8); notes regarding same (.1). | 0.90 |
| 10/31/11 | R. Frankel | Telephone conference with J. Donley in preparation for call with mediator (.4); notes regarding same (.2) | 0.60 |

|  |  |  |
|---|---|---|
| Total Hours | 98.60 | |
| Total For Services | | $84,642.00 |

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| James W. Burke | 3.80 | 530.00 | 2,014.00 |
| Debra Felder | 1.00 | 645.00 | 645.00 |
| Roger Frankel | 42.00 | 985.00 | 41,370.00 |
| Debra O. Fullem | 3.40 | 265.00 | 901.00 |
| Mary A. Wallace | 10.20 | 710.00 | 7,242.00 |
| Richard H. Wyron | 38.20 | 850.00 | 32,470.00 |
| Total All Timekeepers | 98.60 | $858.44 | $84,642.00 |

Disbursements

| | | |
|---|---|---|
| Document Reproduction | 3.30 | |
| Express Delivery | 11.85 | |
| Lexis Research | 27.09 | |
| Out of Town Business Meals | 64.98 | |
| Outside Reproduction Services | 3.30 | |
| Telephone | 0.00 | |
| Travel Expense, Air Fare | 383.00 | |
| Travel Expense, Local | 801.00 | |
| Westlaw Research | 165.72 | |
| Total Disbursements | | $1,460.24 |

| | |
|---|---|
| **Total For This Matter** | **$86,102.24** |



**ORRICK**

November 11, 2011
Invoice No. 1336679

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 8

For Legal Services Rendered Through October 31, 2011 in Connection With:

**Matter: 11 - Compensation of Professionals - Other**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 10/06/11 | D. Fullem | Review and respond to e-mail from C. Hartman regarding December hearing date, objection deadline, and filing deadline. | 0.20 |
| 10/06/11 | D. Fullem | Review quarterly filing by Phillips, Goldman and Spence for Jul-Sep 2009 time period. | 0.30 |
| 10/10/11 | D. Fullem | Review Towers' September monthly fee application; provide comments. | 0.50 |
| 10/11/11 | D. Fullem | Review and respond to e-mail from K. Boeger at Towers re September fee application. | 0.20 |
| 10/13/11 | D. Fullem | Review monthly fee application filings by Phillips, Goldman and Spence. | 0.20 |
| 10/17/11 | R. Wyron | Review Phillips, Goldman and Spence filings. | 0.80 |
| 10/18/11 | D. Fullem | Prepare CNO for Towers' August fee application; coordinate filing and serving of same. | 0.50 |
| 10/19/11 | R. Wyron | Follow-up re Phillips, Goldman and Spence filings. | 0.30 |
| 10/26/11 | D. Fullem | Coordinate filing and serving of Towers' September fee application. | 0.50 |

Total Hours 3.50
Total For Services $1,571.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra O. Fullem | 2.40 | 265.00 | 636.00 |
| Richard H. Wyron | 1.10 | 850.00 | 935.00 |
| Total All Timekeepers | 3.50 | $448.86 | $1,571.00 |

**Total For This Matter** $1,571.00



**ORRICK**

November 11, 2011
Invoice No. 1336679

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 9

For Legal Services Rendered Through October 31, 2011 in Connection With:

**Matter: 12 - Retention of Professionals - Orrick**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 10/11/11 | D. Fullem | Review, research, and respond to R. Wyron and P. Mahaley regarding connections in the Grace bankruptcy case. | 0.40 |
| 10/27/11 | D. Fullem | Review e-mail from R. Frankel regarding disclosure; research and provide information. | 0.20 |

Total Hours 0.60
Total For Services $159.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra O. Fullem | 0.60 | 265.00 | 159.00 |
| Total All Timekeepers | 0.60 | $265.00 | $159.00 |

**Total For This Matter**  $159.00



**ORRICK**

November 11, 2011
Invoice No. 1336679

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 10

For Legal Services Rendered Through October 31, 2011 in Connection With:

**Matter: 13 - Compensation of Professionals - Orrick**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 10/03/11 | R. Wyron | Review fee auditor's report and follow-up. | 0.20 |
| 10/06/11 | D. Fullem | Review September prebill. | 1.00 |
| 10/06/11 | D. Fullem | E-mail to R. Wyron and D. Felder re September prebill. | 0.10 |
| 10/07/11 | D. Fullem | Review D. Felder's edits to September prebill; edit; provide to P. Reyes for updating. | 0.50 |
| 10/10/11 | D. Fullem | Review memo from fee auditor's office. | 0.30 |
| 10/14/11 | D. Fullem | Review recent payment information; update R. Wyron; update spreadsheets and circulate. | 0.50 |
| 10/14/11 | D. Fullem | E-mail to P. Reyes and H. Quinn regarding status of finalizing Orrick's September invoice. | 0.20 |
| 10/17/11 | D. Fullem | E-mails to and from R. Wyron regarding status of payments in Grace due and upcoming. | 0.30 |
| 10/17/11 | R. Wyron | Review recent payment issues. | 0.20 |
| 10/18/11 | D. Fullem | Prepare CNO for Orrick's August fee application; coordinate filing and serving of same. | 0.50 |
| 10/20/11 | D. Fullem | Update fee/expense chart and circulate. | 0.40 |
| 10/20/11 | D. Fullem | E-mail to accounting regarding status of recent payments. | 0.20 |
| 10/21/11 | D. Fullem | Prepare draft of September fee application. | 1.00 |
| 10/24/11 | D. Fullem | Review and respond to e-mail from R. Wyron regarding comments to draft September fee application. | 0.20 |
| 10/26/11 | D. Fullem | Coordinate filing and serving of Orrick's September fee application. | 0.50 |
| 10/31/11 | D. Fullem | Review e-mail from R. Wyron and fee auditor report of no issues with quarterly fee applications for July-Sept 2011; confirm FCR and professionals correct; inform R. Wyron. | 0.40 |

Total Hours 6.50
Total For Services $1,956.50



**ORRICK**

November 11, 2011
Invoice No. 1336679

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 11

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---:|---:|---:|
| Debra O. Fullem | 6.10 | 265.00 | 1,616.50 |
| Richard H. Wyron | 0.40 | 850.00 | 340.00 |
| Total All Timekeepers | 6.50 | $301.00 | $1,956.50 |

**Total For This Matter**         $1,956.50

* * * COMBINED TOTALS * * *

| | | |
|---|---:|---:|
| Total Hours | 117.70 | |
| Total Fees, all Matters | | $95,133.50 |
| Total Disbursements, all Matters | | $1,485.24 |
| Total Amount Due | | $96,618.74 |