**EXHIBIT A**

# Blackstone Advisory Partners L.P.

November 15, 2011

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W. R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | | | |
|---|---|---|---|---|
| Monthly Advisory Fee for the period of July 1, 2011 through July 31, 2011: | | | $ | 175,000.00 |

Out-of-pocket expenses processed for the period through July 31, 2011: [1]

| | | | |
|---|---|---:|---:|
| Ground Transportation | $ | 32.50 | |
| Communications | | 15.34 | |
| Meals | | 52.67 | |
| Document Production | | 40.00 | |
| Research | | 756.25 | 896.76 |
| Subtotal | | | 175,896.76 |
| Less: Payment Received | | | (140,896.76) |
| **Total Amount Due** | | $ | **35,000.00** |

**Please wire transfer funds to:**

JP Morgan Chase
One Chase Manhattan Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Partners L.P.
Account Receivable Dept. 16th Floor
Account # 066-287472

**Invoice Number: 60767**

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**Blackstone Advisory Partners L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

**W. R. Grace & Co.**
**Summary of Expenses**
**Through July 31, 2011**
**Invoice No. 60767**

| | GL Detail Jul-11 | Total Expenses |
|---|---|---|
| Ground Transportation - Local Travel | $ 32.50 | $ 32.50 |
| Communications - Teleconferencing | 15.34 | 15.34 |
| Employee Meals | 52.67 | 52.67 |
| Document Production | 40.00 | 40.00 |
| Internal Research | 756.25 | 756.25 |
| **Total Expenses** | **$ 896.76** | **$ 896.76** |

| | |
|---|---|
| **Ground Transportation** | $ 32.50 |
| **Communications** | 15.34 |
| **Meals** | 52.67 |
| **Document Production** | 40.00 |
| **Research** | 756.25 |
| **Total Expenses** | $ 896.76 |

W. R. Grace & Co.
Detail of Expenses Processed
Through July 31, 2011
Invoice No. 60767

**Ground Transportation - Local Travel**

| | | | |
|---|---|---|---|
| Harrison (weeknight taxi home from Blackstone while working late) | 06/24/11 | 13.70 | |
| Harrison (weekend taxi to Blackstone from home) | 06/25/11 | 6.00 | |
| Harrison (weekend taxi home from Blackstone) | 06/25/11 | 5.10 | |
| Harrison (weeknight taxi home from Blackstone while working late) | 06/27/11 | 7.70 | |
| Subtotal - Ground Transportation - Local Travel | | $ | 32.50 |

**Communications - Teleconferencing**

| | | | |
|---|---|---|---|
| Schlesinger | 03/24/11 | 15.34 | |
| Subtotal - Communications - Teleconferencing | | | 15.34 |

**Employee Meals**

| | | | |
|---|---|---|---|
| Harrison (weekend working lunch meal @ Blackstone) | 06/25/11 | 16.92 | |
| Harrison (weekend working dinner meal @ Blackstone) | 06/25/11 | 25.00 | |
| Harrison (weekend working lunch meal @ Blackstone) | 06/26/11 | 10.75 | |
| Subtotal - Employee Meals | | | 52.67 |

**Document Production**

| | | | |
|---|---|---|---|
| Harrison (400 black & white photocopies calculated @ a rate of $0.10 per page) | 06/24/11 | 40.00 | |
| Subtotal - Document Production | | | 40.00 |

**Internal Research**

| | | | |
|---|---|---|---|
| Harrison (online data research) | 07/04/11 | 145.00 | |
| Harrison (online data research) | 07/11/11 | 611.25 | |
| Subtotal - Internal Research | | | 756.25 |
| **Total Expenses** | | $ | 896.76 |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**JULY 1, 2011 THROUGH JULY 31, 2011**

| Professional | Title | Hours |
|---|---|---|
| Jamie O'Connell | Managing Director | 17.1 |
| Patrick Schumacher | Managing Director | 21.5 |
| Adam Schlesinger | Associate | 39.1 |
| Christopher Yamamoto | Associate | 73.0 |
| Philip Harrison | Analyst | 45.3 |
| Cathy Gao | Analyst | 89.0 |
| Ben Jaffe | Analyst | 10.0 |
| | **Total** | **295.0** |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**JULY 1, 2011 THROUGH JULY 31, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 07/05/11 | 1.5 | Business Analysis | Review financial analysis |
| Christopher Yamamoto | 07/05/11 | 3.0 | Business Analysis | Project Larch |
| Adam Schlesinger | 07/06/11 | 1.0 | Business Analysis | Review financial analysis |
| Cathy Gao | 07/06/11 | 1.0 | Business Analysis | Project Larch |
| Cathy Gao | 07/06/11 | 1.0 | Business Analysis | Project Larch |
| Cathy Gao | 07/06/11 | 4.0 | Business Analysis | Project Larch |
| Christopher Yamamoto | 07/06/11 | 1.0 | Business Analysis | Project Larch |
| Christopher Yamamoto | 07/06/11 | 5.0 | Business Analysis | Project Larch |
| Patrick Schumacher | 07/06/11 | 0.5 | Business Analysis | Project Larch |
| Adam Schlesinger | 07/07/11 | 1.5 | Business Analysis | Review financial analysis |
| Adam Schlesinger | 07/07/11 | 0.5 | Business Analysis | Internal call regarding exit financing |
| Cathy Gao | 07/07/11 | 4.0 | Business Analysis | Project Larch |
| Christopher Yamamoto | 07/07/11 | 5.0 | Business Analysis | Project Larch |
| Jamie O'Connell | 07/07/11 | 0.5 | Business Analysis | Financial analysis |
| Jamie O'Connell | 07/07/11 | 0.5 | Business Analysis | Internal call regarding exit financing |
| Cathy Gao | 07/08/11 | 1.0 | Business Analysis | Project Larch |
| Cathy Gao | 07/08/11 | 10.0 | Business Analysis | Project Larch |
| Patrick Schumacher | 07/08/11 | 1.0 | Business Analysis | Project Larch - Call with management |
| Jamie O'Connell | 07/09/11 | 0.7 | Business Analysis | Financial analysis |
| Adam Schlesinger | 07/11/11 | 0.3 | Business Analysis | Internal team meeting regarding financial analysis |
| Cathy Gao | 07/11/11 | 7.0 | Business Analysis | Project Larch |
| Jamie O'Connell | 07/11/11 | 0.3 | Business Analysis | Internal team meeting regarding financial analysis |
| Jamie O'Connell | 07/11/11 | 0.8 | Business Analysis | Review financial analysis |
| Philip Harrison | 07/11/11 | 0.3 | Business Analysis | Internal team meeting regarding financial analysis |
| Cathy Gao | 07/12/11 | 1.0 | Business Analysis | Project Larch |
| Cathy Gao | 07/12/11 | 6.0 | Business Analysis | Project Larch |
| Christopher Yamamoto | 07/12/11 | 1.0 | Business Analysis | Project Larch |
| Patrick Schumacher | 07/12/11 | 1.0 | Business Analysis | Project Larch |
| Cathy Gao | 07/13/11 | 7.0 | Business Analysis | Project Larch |
| Patrick Schumacher | 07/13/11 | 0.5 | Business Analysis | Project Larch - Call with counsel |
| Cathy Gao | 07/14/11 | 7.0 | Business Analysis | Project Larch |
| Christopher Yamamoto | 07/14/11 | 8.0 | Business Analysis | Project Larch |
| Cathy Gao | 07/15/11 | 10.0 | Business Analysis | Project Larch |
| Christopher Yamamoto | 07/15/11 | 8.0 | Business Analysis | Project Larch |
| Philip Harrison | 07/15/11 | 1.0 | Business Analysis | Call with management regarding Project Larch |
| Christopher Yamamoto | 07/16/11 | 10.0 | Business Analysis | Project Larch |
| Patrick Schumacher | 07/16/11 | 4.0 | Business Analysis | Project Larch |
| Cathy Gao | 07/17/11 | 12.0 | Business Analysis | Project Larch |
| Christopher Yamamoto | 07/17/11 | 10.0 | Business Analysis | Project Larch |
| Patrick Schumacher | 07/17/11 | 4.0 | Business Analysis | Project Larch |
| Adam Schlesinger | 07/18/11 | 1.0 | Business Analysis | Call with management regarding Project Larch |
| Cathy Gao | 07/18/11 | 4.0 | Business Analysis | Project Larch |
| Cathy Gao | 07/18/11 | 1.0 | Business Analysis | Project Larch - Call with management |
| Cathy Gao | 07/18/11 | 1.0 | Business Analysis | Project Larch - Call with management |

BLACKSTONE ADVISORY PARTNERS L.P.
SUMMARY OF HOURS FOR THE PERIOD OF
JULY 1, 2011 THROUGH JULY 31, 2011

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Christopher Yamamoto | 07/18/11 | 6.0 | Business Analysis | Project Larch |
| Christopher Yamamoto | 07/18/11 | 1.0 | Business Analysis | Project Larch - Call with management |
| Christopher Yamamoto | 07/18/11 | 1.0 | Business Analysis | Project Larch - Call with management |
| Patrick Schumacher | 07/18/11 | 1.0 | Business Analysis | Project Larch - Call with management |
| Patrick Schumacher | 07/18/11 | 1.0 | Business Analysis | Project Larch - Call with management |
| Philip Harrison | 07/18/11 | 1.0 | Business Analysis | Call with management regarding Project Larch |
| Cathy Gao | 07/19/11 | 4.0 | Business Analysis | Project Larch |
| Christopher Yamamoto | 07/19/11 | 6.0 | Business Analysis | Project Larch |
| Cathy Gao | 07/21/11 | 1.0 | Business Analysis | Project Larch - Call with management |
| Christopher Yamamoto | 07/21/11 | 1.0 | Business Analysis | Project Larch - Call with management |
| Patrick Schumacher | 07/21/11 | 1.0 | Business Analysis | Project Larch - Call with management |
| Cathy Gao | 07/25/11 | 1.0 | Business Analysis | Project Larch |
| Christopher Yamamoto | 07/25/11 | 1.0 | Business Analysis | Project Larch |
| Patrick Schumacher | 07/25/11 | 1.0 | Business Analysis | Project Larch |
| Adam Schlesinger | 07/26/11 | 0.1 | Business Analysis | Internal call regarding Project Larch |
| Jamie O'Connell | 07/26/11 | 0.1 | Business Analysis | Internal call regarding Project Larch |
| Patrick Schumacher | 07/26/11 | 2.0 | Business Analysis | Project Larch |
| Cathy Gao | 07/28/11 | 1.0 | Business Analysis | Project Larch |
| Christopher Yamamoto | 07/28/11 | 1.0 | Business Analysis | Project Larch |
| Patrick Schumacher | 07/28/11 | 1.0 | Business Analysis | Project Larch - Call with management |
| Patrick Schumacher | 07/28/11 | 1.0 | Business Analysis | Project Larch |
| Adam Schlesinger | 07/29/11 | 0.5 | Business Analysis | Internal meeting with P. Harrison and B. Jaffe |
| Ben Jaffe | 07/29/11 | 0.5 | Business Analysis | Internal meeting with P. Harrison and A. Schlesinger |
| Ben Jaffe | 07/29/11 | 4.5 | Business Analysis | Document analysis |
| Ben Jaffe | 07/29/11 | 5.0 | Business Analysis | Document analysis |
| Cathy Gao | 07/29/11 | 1.0 | Business Analysis | Project Larch |
| Christopher Yamamoto | 07/29/11 | 2.0 | Business Analysis | Project Larch |
| Philip Harrison | 07/29/11 | 0.5 | Business Analysis | Internal meeting with B. Jaffe and A. Schlesinger |
|  |  | 196.1 |  |  |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**JULY 1, 2011 THROUGH JULY 31, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 07/05/11 | 0.4 | Case Administration | Call with counsel regarding hearing and other matters |
| Jamie O'Connell | 07/10/11 | 0.5 | Case Administration | Review presentation to management prepared by counsel |
| Jamie O'Connell | 07/10/11 | 0.2 | Case Administration | Call with counsel regarding management presentation |
| Jamie O'Connell | 07/12/11 | 0.5 | Case Administration | Meeting with counsel to prepare for meeting with management |
| Jamie O'Connell | 07/12/11 | 2.0 | Case Administration | Meeting with management and counsel regarding various case matters |
| Adam Schlesinger | 07/18/11 | 1.0 | Case Administration | Review draft filings |
| Adam Schlesinger | 07/20/11 | 0.5 | Case Administration | Review draft filings |
| Jamie O'Connell | 07/20/11 | 0.2 | Case Administration | Call with management regarding plan matter |
| | | 5.3 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**JULY 1, 2011 THROUGH JULY 31, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 07/01/11 | 1.0 | Claims Analysis Objection/Resolution | Review claims analysis |
| Adam Schlesinger | 07/07/11 | 0.5 | Claims Analysis Objection/Resolution | Call with management regarding claims |
| Philip Harrison | 07/07/11 | 0.5 | Claims Analysis Objection/Resolution | Call with management regarding claims |
| Philip Harrison | 07/11/11 | 1.0 | Claims Analysis Objection/Resolution | Claims analysis |
| Jamie O'Connell | 07/21/11 | 0.2 | Claims Analysis Objection/Resolution | Review claims analysis |
| Adam Schlesinger | 07/27/11 | 0.3 | Claims Analysis Objection/Resolution | Call with management and counsel regarding claims |
| Jamie O'Connell | 07/27/11 | 0.3 | Claims Analysis Objection/Resolution | Call with management and counsel regarding claims |
| Jamie O'Connell | 07/28/11 | 1.3 | Claims Analysis Objection/Resolution | Calls and analyses regarding claims |
| | | 5.1 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**JULY 1, 2011 THROUGH JULY 31, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 07/01/11 | 1.0 | Committee | Correspondence with committees regarding information request |
| Adam Schlesinger | 07/01/11 | 0.5 | Committee | Call with committee regarding information request |
| Adam Schlesinger | 07/01/11 | 0.5 | Committee | Review financial analysis |
| Adam Schlesinger | 07/05/11 | 0.5 | Committee | Correspondence with committees regarding information request |
| Adam Schlesinger | 07/06/11 | 0.5 | Committee | Call with counsel regarding committee information requests |
| Adam Schlesinger | 07/07/11 | 0.5 | Committee | Call with committee advisor regarding warrant |
| Jamie O'Connell | 07/07/11 | 0.5 | Committee | Call with committee advisor regarding warrant |
| Jamie O'Connell | 07/07/11 | 0.5 | Committee | Correspondence to management regarding discussion with committee advisor |
| Philip Harrison | 07/07/11 | 0.5 | Committee | Call with committee advisor regarding warrant |
| Adam Schlesinger | 07/08/11 | 0.5 | Committee | Call with management and counsel regarding committee information requests |
| Cathy Gao | 07/08/11 | 1.0 | Committee | Project Larch |
| Jamie O'Connell | 07/08/11 | 0.5 | Committee | Call with management and counsel regarding committee information requests |
| Philip Harrison | 07/08/11 | 0.5 | Committee | Call with management and counsel regarding committee information requests |
| Adam Schlesinger | 07/11/11 | 0.2 | Committee | Call with committee advisor |
| Adam Schlesinger | 07/11/11 | 0.2 | Committee | Internal call regarding committee matter |
| Jamie O'Connell | 07/11/11 | 0.2 | Committee | Call with committee advisor |
| Jamie O'Connell | 07/11/11 | 0.4 | Committee | Correspondence to management regarding discussion with committee advisor |
| Jamie O'Connell | 07/11/11 | 0.2 | Committee | Internal call regarding committee matter |
| Philip Harrison | 07/11/11 | 0.2 | Committee | Call with committee advisor |
| Adam Schlesinger | 07/12/11 | 1.0 | Committee | Call with management and counsel regarding committee information requests |
| Adam Schlesinger | 07/12/11 | 0.5 | Committee | Correspondence regarding committee information request |
| Jamie O'Connell | 07/12/11 | 0.5 | Committee | Analysis and correspondence in connection with committee advisor discussion |
| Adam Schlesinger | 07/13/11 | 0.8 | Committee | Call with committee advisors regarding Project Larch |
| Adam Schlesinger | 07/13/11 | 2.5 | Committee | Committee information requests |
| Jamie O'Connell | 07/13/11 | 0.2 | Committee | Call with management regarding Project Larch |
| Jamie O'Connell | 07/13/11 | 0.8 | Committee | Call with committee advisors regarding Project Larch |
| Philip Harrison | 07/13/11 | 0.8 | Committee | Call with committee advisors regarding Project Larch |
| Adam Schlesinger | 07/14/11 | 0.5 | Committee | Committee information requests |
| Cathy Gao | 07/14/11 | 1.0 | Committee | Project Larch |
| Christopher Yamamoto | 07/14/11 | 1.0 | Committee | Project Larch |
| Patrick Schumacher | 07/14/11 | 1.0 | Committee | Project Larch |
| Jamie O'Connell | 07/15/11 | 0.3 | Committee | Calls with financial advisors regarding Project Larch |
| Jamie O'Connell | 07/15/11 | 1.1 | Committee | Call with management regarding Project Larch |
| Jamie O'Connell | 07/15/11 | 0.4 | Committee | Call with counsel and financial advisors to committees regarding Project Larch |
| Philip Harrison | 07/15/11 | 0.4 | Committee | Call with counsel and financial advisors to committees regarding Project Larch |
| Adam Schlesinger | 07/18/11 | 0.8 | Committee | Call with counsel and financial advisors to committees regarding Project Larch |
| Adam Schlesinger | 07/18/11 | 0.5 | Committee | Call with counsel and financial advisors to committees regarding Project Larch |
| Adam Schlesinger | 07/18/11 | 0.5 | Committee | Committee information requests |
| Cathy Gao | 07/18/11 | 1.0 | Committee | Project Larch |
| Cathy Gao | 07/18/11 | 0.5 | Committee | Project Larch |
| Christopher Yamamoto | 07/18/11 | 1.0 | Committee | Project Larch |
| Christopher Yamamoto | 07/18/11 | 0.5 | Committee | Project Larch |
| Patrick Schumacher | 07/18/11 | 1.0 | Committee | Project Larch |
| Patrick Schumacher | 07/18/11 | 0.5 | Committee | Project Larch |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**JULY 1, 2011 THROUGH JULY 31, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Philip Harrison | 07/18/11 | 0.8 | Committee | Call with counsel and financial advisors to committees regarding Project Larch |
| Philip Harrison | 07/18/11 | 0.5 | Committee | Call with counsel and financial advisors to committees regarding Project Larch |
| Adam Schlesinger | 07/20/11 | 0.5 | Committee | Committee information requests |
| Adam Schlesinger | 07/20/11 | 0.3 | Committee | Call with counsel and financial advisors to committees regarding Project Larch |
| Cathy Gao | 07/20/11 | 0.5 | Committee | Project Larch |
| Christopher Yamamoto | 07/20/11 | 0.5 | Committee | Project Larch - Committee Call (update) |
| Jamie O'Connell | 07/20/11 | 0.2 | Committee | Correspondence to financial advisors regarding Project Larch |
| Jamie O'Connell | 07/20/11 | 0.1 | Committee | Call with management regarding Project Larch |
| Jamie O'Connell | 07/20/11 | 0.3 | Committee | Call with counsel and financial advisors to committees regarding Project Larch |
| Adam Schlesinger | 07/26/11 | 0.1 | Committee | Call with J. Radecki regarding Project Larch |
| Jamie O'Connell | 07/26/11 | 0.1 | Committee | Call with J. Radecki regarding Project Larch |
| | | 31.9 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**JULY 1, 2011 THROUGH JULY 31, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Philip Harrison | 07/04/11 | 3.0 | Corporate Finance | Financial analysis |
| Philip Harrison | 07/05/11 | 3.0 | Corporate Finance | Financial analysis |
| Philip Harrison | 07/06/11 | 3.0 | Corporate Finance | Financial analysis |
| Adam Schlesinger | 07/11/11 | 0.5 | Corporate Finance | Call with management regarding deferred payment obligation |
| Adam Schlesinger | 07/11/11 | 0.5 | Corporate Finance | Emergence model |
| Philip Harrison | 07/11/11 | 0.5 | Corporate Finance | Call with management regarding deferred payment obligation |
| Adam Schlesinger | 07/15/11 | 0.5 | Corporate Finance | Financial analysis regarding warrant |
| Philip Harrison | 07/15/11 | 1.0 | Corporate Finance | Financial analysis |
| Adam Schlesinger | 07/18/11 | 1.0 | Corporate Finance | Financial analysis regarding warrant |
| Adam Schlesinger | 07/22/11 | 0.5 | Corporate Finance | Call with management to discuss NOL valuation |
| Adam Schlesinger | 07/22/11 | 3.0 | Corporate Finance | Valuation analyses |
| Philip Harrison | 07/22/11 | 0.5 | Corporate Finance | Call with management to discuss NOL valuation |
| Philip Harrison | 07/25/11 | 1.5 | Corporate Finance | Claims analysis |
| Adam Schlesinger | 07/26/11 | 0.7 | Corporate Finance | Earnings call |
| Jamie O'Connell | 07/26/11 | 0.7 | Corporate Finance | Earnings call |
| | | 19.9 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**JULY 1, 2011 THROUGH JULY 31, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 07/11/11 | 1.0 | Fee Applications | Draft fee application |
| Jamie O'Connell | 07/15/11 | 0.4 | Fee Applications | Review draft fee statement |
| Adam Schlesinger | 07/18/11 | 0.5 | Fee Applications | Draft fee application |
| Adam Schlesinger | 07/19/11 | 0.3 | Fee Applications | Draft fee application |
| | | 2.2 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**JULY 1, 2011 THROUGH JULY 31, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Philip Harrison | 07/07/11 | 3.0 | Financing | Exit financing analyses |
| Philip Harrison | 07/08/11 | 5.0 | Financing | Exit financing analyses |
| Jamie O'Connell | 07/10/11 | 0.2 | Financing | Correspondence regarding exit financing |
| Philip Harrison | 07/10/11 | 7.0 | Financing | Exit financing analyses |
| Adam Schlesinger | 07/11/11 | 3.0 | Financing | Exit financing analyses |
| Philip Harrison | 07/11/11 | 4.0 | Financing | Exit financing analyses |
| Philip Harrison | 07/11/11 | 1.5 | Financing | Exit financing analyses |
| Adam Schlesinger | 07/12/11 | 3.0 | Financing | Exit financing analyses |
| Philip Harrison | 07/12/11 | 3.0 | Financing | Exit financing analyses |
| Philip Harrison | 07/12/11 | 0.3 | Financing | Call with management regarding exit financing |
| Philip Harrison | 07/12/11 | 1.0 | Financing | Exit financing analyses |
| Adam Schlesinger | 07/21/11 | 1.5 | Financing | Exit financing analyses |
| Adam Schlesinger | 07/25/11 | 1.0 | Financing | Exit financing analyses |
| | | 33.5 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**JULY 1, 2011 THROUGH JULY 31, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 07/11/11 | 1.0 | Non-Working Travel Time | Travel from New York to Columbia, MD |
| | | 1.0 | | |

# Blackstone Advisory Partners L.P.

November 15, 2011

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W. R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

Monthly Advisory Fee for the period of August 1, 2011 through August 31, 2011:    $    125,000.00

Out-of-pocket expenses processed for the period through August 31, 2011:[1]

| | | |
|---|---:|---:|
| Ground Transportation | $ 199.71 | |
| Meals | 256.14 | |
| Document Production | 66.40 | |
| Research | 151.25 | |
| Publishing Services | 161.00 | 834.50 |
| **Total Amount Due** | $ | **125,834.50** |

**Please wire transfer funds to:**

JP Morgan Chase
One Chase Manhattan Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Partners L.P.
Account Receivable Dept. 16th Floor
Account # 066-287472

Invoice Number: 61084

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

Blackstone Advisory Partners L.P.
345 Park Avenue
New York, NY 10154
212 583-5000

**W. R. Grace & Co.**
**Summary of Expenses**
**Through August 31, 2011**
**Invoice No. 61084**

|  | GL Detail Aug-11 | Total Expenses |
|---|---|---|
| Ground Transportation - Local Travel | $ 199.71 | $ 199.71 |
| Employee Meals | 256.14 | 256.14 |
| Document Production | 66.40 | 66.40 |
| Internal Research | 151.25 | 151.25 |
| Publishing Services | 161.00 | 161.00 |
| **Total Expenses** | **$ 834.50** | **$ 834.50** |

| | |
|---|---|
| **Ground Transportation** | $ 199.71 |
| **Meals** | 256.14 |
| **Document Production** | 66.40 |
| **Research** | 151.25 |
| **Publishing Services** | 161.00 |
| **Total Expenses** | **$ 834.50** |

W. R. Grace & Co.
Detail of Expenses Processed
Through August 31, 2011
Invoice No. 61084

**Ground Transportation - Local Travel**

| | | | |
|---|---|---|---|
| Harrison (taxi to Blackstone from home on holiday) | 07/04/11 | 5.60 | |
| Harrison (taxi home from Blackstone on holiday) | 07/04/11 | 12.50 | |
| Harrison (weeknight taxi home from Blackstone after working late) | 07/05/11 | 7.30 | |
| Harrison (weeknight taxi home from Blackstone after working late) | 07/06/11 | 7.30 | |
| Harrison (weeknight taxi home from Blackstone after working late) | 07/07/11 | 10.50 | |
| Harrison (weekend taxi to Blackstone from home) | 07/10/11 | 6.40 | |
| Harrison (weekend taxi home from Blackstone) | 07/10/11 | 6.80 | |
| Harrison (weeknight taxi home from Blackstone after working late) | 07/11/11 | 7.70 | |
| Harrison (weeknight taxi home from Blackstone after working late) | 07/12/11 | 7.70 | |
| Harrison (weeknight taxi home from Blackstone after working late) | 08/01/11 | 7.30 | |
| Harrison (weeknight taxi home from Blackstone after working late) | 08/02/11 | 8.10 | |
| Schlesinger (weeknight taxi home from Blackstone after working late) | 06/16/11 | 34.44 | |
| Schlesinger (weeknight taxi home from Blackstone after working late) | 06/23/11 | 27.25 | |
| Schlesinger (weeknight taxi home from Blackstone after working late) | 07/07/11 | 27.90 | |
| Schlesinger (weeknight taxi home from Blackstone after working late) | 07/12/11 | 22.92 | |
| Subtotal - Ground Transportation - Local Travel | | $ | 199.71 |

**Employee Meals**

| | | | |
|---|---|---|---|
| Harrison (weekend working dinner meal @ Blackstone) | 06/26/11 | 19.41 | |
| Harrison (weekend working lunch meal @ Blackstone) | 07/04/11 | 11.73 | |
| Harrison (weekend working dinner meal @ Blackstone) | 07/04/11 | 25.00 | |
| Harrison (weekend working dinner meal @ Blackstone) | 07/10/11 | 25.00 | |
| Harrison (weeknight working dinner meal @ Blackstone while working late) | 07/11/11 | 25.00 | |
| Harrison (weeknight working dinner meal @ Blackstone while working late) | 07/12/11 | 25.00 | |
| Schlesinger (weeknight working dinner meal @ Blackstone while working late) | 06/15/11 | 25.00 | |
| Schlesinger (weeknight working dinner meal @ Blackstone while working late) | 06/16/11 | 25.00 | |
| Schlesinger (weeknight working dinner meal @ Blackstone while working late) | 06/27/11 | 25.00 | |
| Schlesinger (weeknight working dinner meal @ Blackstone while working late) | 07/12/11 | 25.00 | |
| Schlesinger (weeknight working dinner meal @ Blackstone while working late) | 07/18/11 | 25.00 | |
| Subtotal - Employee Meals | | | 256.14 |

**Document Production**

| | | | |
|---|---|---|---|
| Harrison (664 black & white photocopies calculated @ a rate of $0.10 per page) | 07/29/11 | 66.40 | |
| Subtotal - Document Production | | | 66.40 |

**Internal Research**

| | | | |
|---|---|---|---|
| Harrison (online data research) | 07/29/11 | 151.25 | |
| Subtotal - Internal Research | | | 151.25 |

**Publishing Services**

| | | | |
|---|---|---|---|
| Harrison (preparation of materials for meetings) | 07/29/11 | 161.00 | |
| Subtotal - Publishing Services | | | 161.00 |
| Total Expenses | | $ | 834.50 |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**AUGUST 1, 2011 THROUGH AUGUST 31, 2011**

| Professional | Title | | Hours |
|---|---|---|---|
| Jamie O'Connell | Managing Director | | 21.9 |
| Adam Schlesinger | Associate | | 38.2 |
| Philip Harrison | Analyst | | 8.5 |
| Ben Jaffe | Analyst | Total | 81.0 |
| | | | 149.6 |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**AUGUST 1, 2011 THROUGH AUGUST 31, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Ben Jaffe | 08/01/11 | 3.0 | Business Analysis | Company research |
| Ben Jaffe | 08/04/11 | 2.0 | Business Analysis | Company research |
| Ben Jaffe | 08/23/11 | 3.0 | Business Analysis | Business analysis |
| | | 8.0 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**AUGUST 1, 2011 THROUGH AUGUST 31, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 08/16/11 | 0.3 | Case Administration | Call and correspondence regarding various matters |
| Ben Jaffe | 08/16/11 | 0.3 | Case Administration | Call and correspondence regarding various matters |
| Jamie O'Connell | 08/16/11 | 0.3 | Case Administration | Call and correspondence regarding various matters |
| Ben Jaffe | 08/30/11 | 1.0 | Case Administration | Conference call with management and counsel regarding draft document |
| Ben Jaffe | 08/30/11 | 0.3 | Case Administration | Call with J. O'Connell regarding draft document |
| Jamie O'Connell | 08/30/11 | 1.0 | Case Administration | Conference call with management and counsel regarding draft document |
| Jamie O'Connell | 08/30/11 | 0.3 | Case Administration | Call with B. Jaffe regarding draft document |
| Jamie O'Connell | 08/30/11 | 0.3 | Case Administration | Correspondence regarding draft document |
| Jamie O'Connell | 08/30/11 | 0.2 | Case Administration | Call with counsel regarding draft document |
| Ben Jaffe | 08/31/11 | 0.5 | Case Administration | Call with counsel regarding draft document |
| Jamie O'Connell | 08/31/11 | 0.5 | Case Administration | Call with counsel regarding draft document |
| | | 5.0 | | |

BLACKSTONE ADVISORY PARTNERS L.P.
SUMMARY OF HOURS FOR THE PERIOD OF
AUGUST 1, 2011 THROUGH AUGUST 31, 2011

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 08/01/11 | 1.5 | Claims Analysis Objection/Resolution | Claims analysis |
| Ben Jaffe | 08/01/11 | 4.0 | Claims Analysis Objection/Resolution | Claims analysis |
| Jamie O'Connell | 08/01/11 | 0.6 | Claims Analysis Objection/Resolution | Claims analysis |
| Philip Harrison | 08/01/11 | 3.5 | Claims Analysis Objection/Resolution | Claims analysis |
| Adam Schlesinger | 08/02/11 | 0.5 | Claims Analysis Objection/Resolution | Call with claims agent regarding claims |
| Adam Schlesinger | 08/02/11 | 1.0 | Claims Analysis Objection/Resolution | Claims analysis |
| Ben Jaffe | 08/02/11 | 3.0 | Claims Analysis Objection/Resolution | Claims analysis |
| Ben Jaffe | 08/02/11 | 1.5 | Claims Analysis Objection/Resolution | Claims analysis |
| Jamie O'Connell | 08/02/11 | 0.6 | Claims Analysis Objection/Resolution | Claims analysis |
| Philip Harrison | 08/02/11 | 3.0 | Claims Analysis Objection/Resolution | Claims analysis |
| Philip Harrison | 08/02/11 | 1.5 | Claims Analysis Objection/Resolution | Claims analysis |
| Jamie O'Connell | 08/03/11 | 0.4 | Claims Analysis Objection/Resolution | Call with management and related correspondence regarding claims analysis |
| Adam Schlesinger | 08/04/11 | 0.2 | Claims Analysis Objection/Resolution | Call with claims agent regarding claims |
| Adam Schlesinger | 08/15/11 | 0.3 | Claims Analysis Objection/Resolution | Conference call with BMC |
| Ben Jaffe | 08/15/11 | 0.3 | Claims Analysis Objection/Resolution | Conference call with BMC |
| Adam Schlesinger | 08/17/11 | 0.5 | Claims Analysis Objection/Resolution | Review claims analysis |
| Adam Schlesinger | 08/17/11 | 1.0 | Claims Analysis Objection/Resolution | Call with management regarding claims |
| Ben Jaffe | 08/17/11 | 1.0 | Claims Analysis Objection/Resolution | Call with management regarding claims |
| Ben Jaffe | 08/18/11 | 3.5 | Claims Analysis Objection/Resolution | Claims analysis |
| Adam Schlesinger | 08/19/11 | 0.5 | Claims Analysis Objection/Resolution | Review claims analysis |
| Ben Jaffe | 08/19/11 | 4.0 | Claims Analysis Objection/Resolution | Claims analysis |
| Ben Jaffe | 08/21/11 | 3.5 | Claims Analysis Objection/Resolution | Claims analysis |
| Adam Schlesinger | 08/22/11 | 1.0 | Claims Analysis Objection/Resolution | Review claims analysis |
| Ben Jaffe | 08/22/11 | 3.5 | Claims Analysis Objection/Resolution | Claims analysis |
| Adam Schlesinger | 08/24/11 | 0.5 | Claims Analysis Objection/Resolution | Call with BMC regarding claims database |
| Adam Schlesinger | 08/24/11 | 0.5 | Claims Analysis Objection/Resolution | Call with management regarding claims |
| Ben Jaffe | 08/24/11 | 0.5 | Claims Analysis Objection/Resolution | Call with BMC regarding claims database |
| Ben Jaffe | 08/24/11 | 0.5 | Claims Analysis Objection/Resolution | Call with management regarding claims |
| Adam Schlesinger | 08/26/11 | 0.7 | Claims Analysis Objection/Resolution | Call with management regarding claims |
| Adam Schlesinger | 08/26/11 | 0.5 | Claims Analysis Objection/Resolution | Call with BMC regarding claims database |
| Ben Jaffe | 08/26/11 | 0.7 | Claims Analysis Objection/Resolution | Call with management regarding claims |
| Ben Jaffe | 08/26/11 | 0.5 | Claims Analysis Objection/Resolution | Call with BMC regarding claims database |
| Ben Jaffe | 08/28/11 | 2.0 | Claims Analysis Objection/Resolution | Claims analysis |
| Ben Jaffe | 08/29/11 | 3.5 | Claims Analysis Objection/Resolution | Document review and claims analysis |
| Ben Jaffe | 08/30/11 | 0.3 | Claims Analysis Objection/Resolution | Call with J. O'Connell regarding claims analysis |
| Ben Jaffe | 08/30/11 | 2.0 | Claims Analysis Objection/Resolution | Claims analysis |
| Jamie O'Connell | 08/30/11 | 0.3 | Claims Analysis Objection/Resolution | Call with B. Jaffe regarding claims analysis |
| Ben Jaffe | 08/31/11 | 3.0 | Claims Analysis Objection/Resolution | Claims analysis |
| | | 55.9 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**AUGUST 1, 2011 THROUGH AUGUST 31, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 08/09/11 | 0.4 | Committee | Financial analysis and related correspondence |
| Adam Schlesinger | 08/24/11 | 5.0 | Committee | Development of creditor presentation and related calls with management and internal meetings |
| Ben Jaffe | 08/24/11 | 5.0 | Committee | Development of creditor presentation and related calls with management and internal meetings |
| Jamie O'Connell | 08/24/11 | 0.1 | Committee | Call with financial advisor |
| Adam Schlesinger | 08/25/11 | 9.0 | Committee | Development of creditor presentation and related calls with management and internal meetings |
| Ben Jaffe | 08/25/11 | 9.0 | Committee | Development of creditor presentation and related calls with management and internal meetings |
| Jamie O'Connell | 08/25/11 | 6.5 | Committee | Development of creditor presentation and related calls with management and internal meetings |
| Adam Schlesinger | 08/26/11 | 0.5 | Committee | Conference call with management and committee advisors |
| Adam Schlesinger | 08/26/11 | 0.2 | Committee | Follow-up debrief with management |
| Ben Jaffe | 08/26/11 | 0.5 | Committee | Conference call with management and committee advisors |
| Ben Jaffe | 08/26/11 | 0.2 | Committee | Follow-up debrief with management |
| Jamie O'Connell | 08/26/11 | 0.5 | Committee | Preparation for call with committee advisors |
| Jamie O'Connell | 08/26/11 | 0.5 | Committee | Conference call with management and committee advisors |
| Jamie O'Connell | 08/26/11 | 0.2 | Committee | Follow-up debrief with management |
| Jamie O'Connell | 08/26/11 | 0.2 | Committee | Call with management |
| Jamie O'Connell | 08/26/11 | 0.2 | Committee | Follow-up call regarding call with committee advisors |
| Ben Jaffe | 08/29/11 | 0.5 | Committee | Conference call with management |
| Jamie O'Connell | 08/29/11 | 0.5 | Committee | Conference call with management |
| Jamie O'Connell | 08/30/11 | 0.2 | Committee | Call with financial advisor regarding information request |
| Jamie O'Connell | 08/31/11 | 0.3 | Committee | Call with management regarding committee information request |
| Jamie O'Connell | 08/31/11 | 2.0 | Committee | Calls and correspondence regarding committee information requests |
| | | 41.5 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**AUGUST 1, 2011 THROUGH AUGUST 31, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Ben Jaffe | 08/03/11 | 3.5 | Corporate Finance | Financial model analysis |
| Ben Jaffe | 08/04/11 | 2.5 | Corporate Finance | Financial model analysis |
| Adam Schlesinger | 08/08/11 | 1.0 | Corporate Finance | Review financial analyses |
| Adam Schlesinger | 08/09/11 | 0.5 | Corporate Finance | Correspondence with counsel regarding financial analysis |
| Adam Schlesinger | 08/11/11 | 0.5 | Corporate Finance | Review financial analyses |
| Adam Schlesinger | 08/12/11 | 0.5 | Corporate Finance | Conference call with management |
| Jamie O'Connell | 08/12/11 | 0.5 | Corporate Finance | Review materials in advance of call with management |
| Jamie O'Connell | 08/12/11 | 0.5 | Corporate Finance | Conference call with management |
| Adam Schlesinger | 08/13/11 | 0.5 | Corporate Finance | Conference call with management |
| Ben Jaffe | 08/13/11 | 0.5 | Corporate Finance | Conference call with management |
| Jamie O'Connell | 08/13/11 | 0.5 | Corporate Finance | Conference call with management |
| Philip Harrison | 08/13/11 | 0.5 | Corporate Finance | Conference call with management |
| Ben Jaffe | 08/15/11 | 3.0 | Corporate Finance | Financial model analysis |
| Jamie O'Connell | 08/15/11 | 0.5 | Corporate Finance | Analysis and correspondence with management |
| Ben Jaffe | 08/16/11 | 3.0 | Corporate Finance | Bankruptcy analyses |
| Adam Schlesinger | 08/17/11 | 2.0 | Corporate Finance | Review bankruptcy analysis |
| Ben Jaffe | 08/17/11 | 3.0 | Corporate Finance | Bankruptcy analyses |
| Adam Schlesinger | 08/23/11 | 0.5 | Corporate Finance | Call with management regarding business matter |
| Adam Schlesinger | 08/23/11 | 0.2 | Corporate Finance | Call with J. O'Connell regarding business matter |
| Adam Schlesinger | 08/23/11 | 0.3 | Corporate Finance | Call with management regarding business matter |
| Adam Schlesinger | 08/23/11 | 5.0 | Corporate Finance | Development of creditor presentation and related calls with management and internal meetings |
| Ben Jaffe | 08/23/11 | 0.5 | Corporate Finance | Call with management regarding business matter |
| Ben Jaffe | 08/23/11 | 0.3 | Corporate Finance | Call with management regarding business matter |
| Jamie O'Connell | 08/23/11 | 0.5 | Corporate Finance | Call with management regarding business matter |
| Jamie O'Connell | 08/23/11 | 0.2 | Corporate Finance | Call with A. Schlesinger regarding business matter |
| Adam Schlesinger | 08/24/11 | 0.3 | Corporate Finance | Internal team meeting regarding financial analysis |
| Adam Schlesinger | 08/24/11 | 1.0 | Corporate Finance | Conference call with management |
| Adam Schlesinger | 08/24/11 | 0.5 | Corporate Finance | Follow-up call with management |
| Adam Schlesinger | 08/24/11 | 0.3 | Corporate Finance | Follow-up meeting with internal team regarding financial analysis |
| Ben Jaffe | 08/24/11 | 0.3 | Corporate Finance | Internal team meeting regarding financial analysis |
| Ben Jaffe | 08/24/11 | 1.0 | Corporate Finance | Conference call with management |
| Ben Jaffe | 08/24/11 | 0.5 | Corporate Finance | Follow-up call with management |
| Ben Jaffe | 08/24/11 | 0.3 | Corporate Finance | Follow-up meeting with internal team regarding financial analysis |
| Jamie O'Connell | 08/24/11 | 0.5 | Corporate Finance | Review financial analysis |
| Jamie O'Connell | 08/24/11 | 0.3 | Corporate Finance | Internal team meeting regarding financial analysis |
| Jamie O'Connell | 08/24/11 | 1.0 | Corporate Finance | Conference call with management |
| Jamie O'Connell | 08/24/11 | 0.5 | Corporate Finance | Follow-up call with management |
| Jamie O'Connell | 08/24/11 | 0.3 | Corporate Finance | Follow-up meeting with internal team regarding financial analysis |
| Jamie O'Connell | 08/24/11 | 0.5 | Corporate Finance | Financial analysis and related correspondence |
| | | 37.8 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**AUGUST 1, 2011 THROUGH AUGUST 31, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 08/03/11 | 1.0 | Fee Applications | Draft fee application |
| Adam Schlesinger | 08/04/11 | 0.2 | Fee Applications | Draft fee application |
| Adam Schlesinger | 08/05/11 | 0.2 | Fee Applications | Draft fee application |
| | | 1.4 | | |

# Blackstone Advisory Partners L.P.

November 18, 2011

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W. R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | |
|---|---|---|
| Monthly Fee for the period of September 1, 2011 through September 30, 2011: | $ | 75,000.00 |
| Less: 20% holdback pursuant to the Court's Administrative Order: | | (15,000.00) |
| Out-of-pocket expenses processed for the period through September 30, 2011:[1] | | |
| Meals 150.00 | | 150.00 |
| **Total Amount Due** | $ | **60,150.00** |

**Please wire transfer funds to:**

JP Morgan Chase
One Chase Manhattan Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Partners L.P.
Account Receivable Dept. 16th Floor
Account # 066-287472

**Invoice Number: 62821**

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

Blackstone Advisory Partners L.P.
345 Park Avenue
New York, NY 10154
212 583-5000

**W. R. Grace & Co.**
**Summary of Expenses**
**Through September 30, 2011**
**Invoice No. 62821**

|  | GL Detail Sep-11 | Total Expenses |
|---|---|---|
| Employee Meals | $       150.00 | $       150.00 |
| **Total Expenses** | $       150.00 | $       150.00 |
|  |  |  |
| Meals |  | 150.00 |
|  |  |  |
| Total Expenses |  | $       150.00 |

W. R. Grace & Co.
Detail of Expenses Processed
Through September 30, 2011
Invoice No. 62821

**Employee Meals**

| | | |
|---|---|---|
| Harrison (weeknight working dinner meal @ Blackstone while working late) | 06/27/11 | 25.00 |
| Jaffe (weeknight working dinner meal @ Blackstone while working late) | 08/01/11 | 25.00 |
| Jaffe (weeknight working dinner meal @ Blackstone while working late) | 08/02/11 | 25.00 |
| Jaffe (weeknight working dinner meal @ Blackstone while working late) | 08/15/11 | 25.00 |
| Schlesinger (weeknight working dinner meal @ Blackstone while working late) | 06/22/11 | 25.00 |
| Schlesinger (weeknight working dinner meal @ Blackstone while working late) | 07/07/11 | 25.00 |
| Subtotal - Employee Meals | | $    150.00 |
| | | |
| Total Expenses | | $    150.00 |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**SEPTEMBER 1, 2011 THROUGH SEPTEMBER 30, 2011**

| Professional | Title | Hours |
|---|---|---|
| Jamie O'Connell | Managing Director | 10.2 |
| Adam Schlesinger | Associate | 15.6 |
| Ben Jaffe | Analyst | 75.0 |
| | **Total** | **100.8** |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**SEPTEMBER 1, 2011 THROUGH SEPTEMBER 30, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 09/12/11 | 0.1 | Business Analysis | Call with management regarding new business development |
| Adam Schlesinger | 09/19/11 | 0.5 | Business Analysis | Calls with management regarding business matter |
| Ben Jaffe | 09/19/11 | 0.5 | Business Analysis | Calls with management regarding business matter |
| Jamie O'Connell | 09/19/11 | 0.5 | Business Analysis | Calls with management regarding business matter |
| | | 1.6 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**SEPTEMBER 1, 2011 THROUGH SEPTEMBER 30, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 09/13/11 | 0.5 | Case Administration | Review and comment on draft motion |
| Jamie O'Connell | 09/13/11 | 0.7 | Case Administration | Conference call with management and counsel regarding draft motion |
| Jamie O'Connell | 09/14/11 | 0.2 | Case Administration | Call with management regarding plan matter |
| Jamie O'Connell | 09/14/11 | 0.5 | Case Administration | Call and correspondence regarding plan matter |
| | | 1.9 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**SEPTEMBER 1, 2011 THROUGH SEPTEMBER 30, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Ben Jaffe | 09/01/11 | 4.0 | Claims Analysis Objection/Resolution | Claims analysis |
| Ben Jaffe | 09/01/11 | 0.5 | Claims Analysis Objection/Resolution | Document review regarding claims |
| Jamie O'Connell | 09/01/11 | 0.3 | Claims Analysis Objection/Resolution | Correspondence regarding claims analysis |
| Ben Jaffe | 09/02/11 | 7.0 | Claims Analysis Objection/Resolution | Claims analysis |
| Ben Jaffe | 09/03/11 | 8.0 | Claims Analysis Objection/Resolution | Claims analysis |
| Ben Jaffe | 09/04/11 | 5.0 | Claims Analysis Objection/Resolution | Claims analysis |
| Adam Schlesinger | 09/05/11 | 0.5 | Claims Analysis Objection/Resolution | Claims analysis discussion with B. Jaffe |
| Ben Jaffe | 09/05/11 | 0.5 | Claims Analysis Objection/Resolution | Claims analysis discussion with A. Schlesinger |
| Ben Jaffe | 09/05/11 | 6.0 | Claims Analysis Objection/Resolution | Claims analysis |
| Adam Schlesinger | 09/06/11 | 2.0 | Claims Analysis Objection/Resolution | Review claims analysis |
| Ben Jaffe | 09/06/11 | 3.0 | Claims Analysis Objection/Resolution | Claims analysis |
| Adam Schlesinger | 09/07/11 | 2.0 | Claims Analysis Objection/Resolution | Claims analysis |
| Ben Jaffe | 09/07/11 | 4.0 | Claims Analysis Objection/Resolution | Claims analysis |
| Adam Schlesinger | 09/08/11 | 0.3 | Claims Analysis Objection/Resolution | Claims analysis discussion with B. Jaffe |
| Adam Schlesinger | 09/08/11 | 1.5 | Claims Analysis Objection/Resolution | Claims analysis |
| Ben Jaffe | 09/08/11 | 0.3 | Claims Analysis Objection/Resolution | Claims analysis discussion with A. Schlesinger |
| Ben Jaffe | 09/08/11 | 4.0 | Claims Analysis Objection/Resolution | Claims analysis |
| Ben Jaffe | 09/09/11 | 2.0 | Claims Analysis Objection/Resolution | Claims analysis |
| Ben Jaffe | 09/11/11 | 3.0 | Claims Analysis Objection/Resolution | Claims analysis |
| Ben Jaffe | 09/12/11 | 4.0 | Claims Analysis Objection/Resolution | Claims analysis |
| Adam Schlesinger | 09/13/11 | 0.5 | Claims Analysis Objection/Resolution | Call with management and counsel regarding claims |
| Ben Jaffe | 09/13/11 | 3.0 | Claims Analysis Objection/Resolution | Claims analysis |
| Ben Jaffe | 09/13/11 | 0.5 | Claims Analysis Objection/Resolution | Call with management and counsel regarding claims |
| Adam Schlesinger | 09/14/11 | 1.5 | Claims Analysis Objection/Resolution | Review claims analysis |
| Ben Jaffe | 09/14/11 | 3.0 | Claims Analysis Objection/Resolution | Claims analysis |
| Adam Schlesinger | 09/15/11 | 0.2 | Claims Analysis Objection/Resolution | Internal discussion regarding claims analysis |
| Ben Jaffe | 09/15/11 | 0.2 | Claims Analysis Objection/Resolution | Internal discussion regarding claims analysis |
| Ben Jaffe | 09/15/11 | 1.0 | Claims Analysis Objection/Resolution | Claims analysis |
| Jamie O'Connell | 09/15/11 | 0.2 | Claims Analysis Objection/Resolution | Internal discussion regarding claims analysis |
| Adam Schlesinger | 09/16/11 | 0.8 | Claims Analysis Objection/Resolution | Review draft fee application |
| Ben Jaffe | 09/16/11 | 0.8 | Claims Analysis Objection/Resolution | Review draft fee application |
| Ben Jaffe | 09/19/11 | 3.0 | Claims Analysis Objection/Resolution | Claims analysis |
| Ben Jaffe | 09/21/11 | 0.5 | Claims Analysis Objection/Resolution | Call with BMC regarding claims analysis |
| Ben Jaffe | 09/22/11 | 2.0 | Claims Analysis Objection/Resolution | Claims analysis |
| Ben Jaffe | 09/25/11 | 4.0 | Claims Analysis Objection/Resolution | Claims analysis |
| | | **79.1** | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**SEPTEMBER 1, 2011 THROUGH SEPTEMBER 30, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Ben Jaffe | 09/01/11 | 0.5 | Committee | Call with financial and legal advisors |
| Ben Jaffe | 09/01/11 | 0.5 | Committee | Subsequent call with financial and legal advisors |
| Jamie O'Connell | 09/01/11 | 0.2 | Committee | Call with financial advisor regarding committee information request |
| Jamie O'Connell | 09/01/11 | 0.3 | Committee | Correspondence to financial advisors regarding information request |
| Adam Schlesinger | 09/06/11 | 0.6 | Committee | Conference call with financial and legal advisors regarding proposed business matter |
| Adam Schlesinger | 09/06/11 | 0.3 | Committee | Internal team meeting and call with counsel |
| Ben Jaffe | 09/06/11 | 0.6 | Committee | Conference call with financial and legal advisors regarding proposed business matter |
| Ben Jaffe | 09/06/11 | 0.3 | Committee | Internal team meeting and call with counsel |
| Jamie O'Connell | 09/06/11 | 0.6 | Committee | Conference call with financial and legal advisors regarding proposed business matter |
| Jamie O'Connell | 09/06/11 | 0.3 | Committee | Internal team meeting and call with counsel |
| Jamie O'Connell | 09/06/11 | 0.2 | Committee | Call with financial advisor regarding committee information request |
| Adam Schlesinger | 09/09/11 | 0.5 | Committee | Conference call with financial and legal advisors regarding proposed business matter |
| Adam Schlesinger | 09/09/11 | 0.2 | Committee | Follow-up call with management and counsel |
| Adam Schlesinger | 09/09/11 | 0.1 | Committee | Call with financial advisor |
| Ben Jaffe | 09/09/11 | 0.5 | Committee | Conference call with financial and legal advisors regarding proposed business matter |
| Ben Jaffe | 09/09/11 | 0.2 | Committee | Follow-up call with management and counsel |
| Jamie O'Connell | 09/09/11 | 0.5 | Committee | Conference call with financial and legal advisors regarding proposed business matter |
| Jamie O'Connell | 09/09/11 | 0.2 | Committee | Follow-up call with management and counsel |
| Jamie O'Connell | 09/09/11 | 0.1 | Committee | Call with financial advisor |
| Adam Schlesinger | 09/12/11 | 0.2 | Committee | Correspondence with committee advisors |
| Jamie O'Connell | 09/12/11 | 0.6 | Committee | Correspondence to management and financial advisor group regarding business matter |
| Jamie O'Connell | 09/12/11 | 0.5 | Committee | Review of materials and correspondence to financial advisors regarding separate business matter |
| Adam Schlesinger | 09/15/11 | 0.5 | Committee | Conference call with management and advisors regarding business matter |
| Jamie O'Connell | 09/15/11 | 0.5 | Committee | Conference call with management and advisors regarding business matter |
| | | **9.0** | | |

BLACKSTONE ADVISORY PARTNERS L.P.
SUMMARY OF HOURS FOR THE PERIOD OF
SEPTEMBER 1, 2011 THROUGH SEPTEMBER 30, 2011

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 09/01/11 | 0.2 | Corporate Finance | Call with management regarding financial analysis |
| Jamie O'Connell | 09/01/11 | 0.3 | Corporate Finance | Call with management regarding business matter |
| Jamie O'Connell | 09/02/11 | 0.2 | Corporate Finance | Preparation for call with management and counsel |
| Jamie O'Connell | 09/02/11 | 0.6 | Corporate Finance | Call with management and counsel regarding business matter |
| Adam Schlesinger | 09/06/11 | 0.2 | Corporate Finance | Call with management regarding status of various matters |
| Adam Schlesinger | 09/06/11 | 0.5 | Corporate Finance | Internal team meeting and calls regarding business matter |
| Ben Jaffe | 09/06/11 | 0.2 | Corporate Finance | Call with management regarding status of various matters |
| Ben Jaffe | 09/06/11 | 0.5 | Corporate Finance | Internal team meeting and calls regarding business matter |
| Jamie O'Connell | 09/06/11 | 0.2 | Corporate Finance | Call with management regarding status of various matters |
| Jamie O'Connell | 09/06/11 | 0.5 | Corporate Finance | Internal team meeting and calls regarding business matter |
| Adam Schlesinger | 09/07/11 | 0.5 | Corporate Finance | Call with management and counsel regarding business matter |
| Ben Jaffe | 09/07/11 | 0.5 | Corporate Finance | Call with management and counsel regarding business matter |
| Jamie O'Connell | 09/07/11 | 0.5 | Corporate Finance | Call with management and counsel regarding business matter |
| Jamie O'Connell | 09/08/11 | 0.5 | Corporate Finance | Calls with management and review of materials regarding business matter |
| Ben Jaffe | 09/12/11 | 0.2 | Corporate Finance | Call with counsel regarding financial analysis |
| Adam Schlesinger | 09/14/11 | 0.2 | Corporate Finance | Call with counsel regarding financial analysis |
| Ben Jaffe | 09/14/11 | 0.2 | Corporate Finance | Call with counsel regarding financial analysis |
| Jamie O'Connell | 09/14/11 | 0.2 | Corporate Finance | Call with counsel regarding financial analysis |
| Adam Schlesinger | 09/15/11 | 1.0 | Corporate Finance | Call with management and counsel regarding business matter |
| Ben Jaffe | 09/15/11 | 1.0 | Corporate Finance | Call with management and counsel regarding business matter |
| | | 8.2 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**SEPTEMBER 1, 2011 THROUGH SEPTEMBER 30, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 09/07/11 | 1.0 | Fee Applications | Draft fee application |
| | | 1.0 | | |