UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
DELAWARE DIVISION

Case number 01-01140(JJF)

In re: W R GRACE & CO. - CONN.

Taxpayer number: 1-13-5114230-9

WITHDRAWAL OF

Proof Of Claim For Administrative Expense And Request For Payment

Name of Creditor: Texas Comptroller of Public Accounts

Send notices to:  Office of the Attorney General
Bankruptcy - Collections Division
P. O. Box 12548
Austin, TX 78711-2548

1. DATE OF CLAIM AND REQUEST : 03/08/2010

2. TOTAL AMOUNT OF CLAIM AND REQUEST : $90,615.15
   FRANCHISE TAX CH. 171

3. DATE DEBT WAS INCURRED: 01/01/2009 TO 12/31/2009

4. THE CLAIM AND REQUEST REFERENCED ABOVE IS HEREBY WITHDRAWN

Date: 11/15/2011

*Lydia Hewett* (signature)

Lydia Hewett
Accounts Examiner     (512) 463-4510
Revenue Accounting Division
Texas Comptroller of Public Accounts

Penalty for presenting fraudulent claim: fine of up to $5,000 or imprisonment for up to 5 years,
or both. 18 U.S.C. secs. 152 and 3571.

Form 00-359 (Rev.8-08/5)