An Acknowledgment (In Regards) As The Court Ordered Office - U.S. Bankruptcy Clerk)

Date: 11-14-11

Hon. Judith K. Fitzgerald
U.S. Bankruptcy Court Judge
District of Delaware
824 North Market St., 3rd Floor
Wilmington, Delaware (19801)

Ref.: Civil Action - W.R. Grace & Co., (et. al) Ch. 11.
Case No. 01-1139 (Related Doc. #27884) (J.K.F.)

Subj.: Creditor - Burrell Johnson, JR., #00241395-P
Related Doc. #27752 (Letter Requesting Creditors List)
(addressee) 2664 (Fm) 2054 - Mark W. Michael Unit,
Tennessee Colony, Texas (75886)

Dear Hon. Clerk - Ms. S.J. Stiles:
Hello, The Courts Order Was Received (11-14-11);

(Next Page - Please)

P.T.O.

"U.S. - Declaration";

"Pursuant-To, Title-18 § 28, U.S.C. § 1746,
(Or) Notarization, State-Seal";

"I, Declare and Verify-Under-Penalty of Perjury-Under The-Laws of The United-States and The State of-Texas, That The Foregoing Is True and Correct."

"Executed-On", (11-14-11);
(Date)

"Respectfully - Submitted,"

"By-U.S. War-Veteran,"
Burrell Johnson, jr.

P-2.