# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>W.R. GRACE & CO., <u>et al.</u>,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered) |

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE
PERIOD OF OCTOBER 1, 2011 THROUGH OCTOBER 31, 2011**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**Matter 102 - Blackburn and Union Privileges Superfund Site, Walpole, Mass**

Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $650.00 | 2.1 | $ 1,365.00 |
| | | | | | |
| **TOTAL** | | | | **2.1** | **$ 1,365.00** |



Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

November 28, 2011
Invoice No.: 489663
Matter No.: 08743.00102

Re:   **Blackburn and Union Privileges Superfund Site, Walpole, Mass**

For Professional Services rendered through October 31, 2011

Fees                                        $1,365.00

**Total Fees and Disbursements**        **$1,365.00**

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 489663
November 28, 2011
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 10/07/11 | Jaffe | P230 | Emails with team regarding access issues (.5). | 0.5 |
| 10/25/11 | Jaffe | P230 | Attention to access issues, including reviewing draft agreements and emails with Mr. Bucens regarding same (.6). | 0.6 |
| 10/26/11 | Jaffe | P230 | Emails with team regarding access issues (.4). | 0.4 |
| 10/27/11 | Jaffe | P230 | Attention to consent decree compliance, including telephone call and email from EPA and emails with team regarding same (.6). | 0.6 |
| | | | **Total Hours** | **2.1** |

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 489663
November 28, 2011
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|------------|-------|-----|--------|---|---------|
| Seth D. Jaffe | 2.1 | at | 650.00 | = | 1,365.00 |
| **Total Fees** | | | | | **$1,365.00** |

| | | |
|---|---|---|
| **Total Fees** | | **$1,365.00** |
| **Total Fees and Disbursements** | | **$1,365.00** |

 **FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

November 28, 2011
Invoice No.: 489663
Matter No.: 08743.00102

**Re:** **Blackburn and Union Privileges Superfund Site, Walpole, Mass**

**Total Fees and Disbursements** $1,365.00

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #: 08743.00102, Invoice #: 489663**
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company

## Matter 103 – Wells G&H Superfund Site

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $650.00 | 6.8 | $ 4,420.00 |
| | | | | | |
| **TOTAL** | | | | 6.8 | $ 4,420.00 |

### Expenses

| Description | Total |
|---|---|
| Photocopying | $ 23.10 |
| Taxi Fare | $ 20.00 |
| | |
| **TOTAL** | $ 43.10 |

3947652.v1


**FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

November 28, 2011
Invoice No.: 489664
Matter No.: 08743.00103

**Re:**    **Wells G&H Superfund Site**

For Professional Services rendered through October 31, 2011

|  |  |
|---|---|
| Fees | $4,420.00 |
| Disbursements | 43.10 |
| **Total Fees and Disbursements** | **$4,463.10** |

Matter No.: 08743.00103
Re: Wells G&H Superfund Site

Invoice No.: 489664
November 28, 2011
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 10/03/11 | Jaffe | P230 | Attention to Central Area issue, including emails with team and reviewing letter to EPA (.5); attention to Grace property soil management, including reviewing submittal to EPA, emails with team, and meeting minutes (1.2). | 1.7 |
| 10/05/11 | Jaffe | P230 | Attention to Grace property issues, including follow-up on meeting with EPA (.6); attention to Central area issues, including emails with team and review of coordinator and sampling issues (.6). | 1.2 |
| 10/06/11 | Jaffe | P230 | Reviewing Mr. Smith email to EPA and final correspondence to EPA (.5). | 0.5 |
| 10/13/11 | Jaffe | P230 | Reviewing, revising, revised draft soil management plan and emails with team regarding same (.8); emails with team about vapor intrusion issues (.4). | 1.2 |
| 10/18/11 | Jaffe | P230 | Attention to soil management plan issues, including reviewing letter to EPA and emails with team (.8). | 0.8 |
| 10/20/11 | Jaffe | P230 | Attention to Central Area, including review of Guswa proposal and emails with team regarding same (.9). | 0.9 |
| 10/21/11 | Jaffe | P230 | Emails with team regarding communications with EPA (.5). | 0.5 |
| | | | **Total Hours** | **6.8** |

Matter No.: 08743.00103
Re: Wells G&H Superfund Site

Invoice No.: 489664
November 28, 2011
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|------------|-------|---|------|---|--------|
| Seth D. Jaffe | 6.8 | at | 650.00 | = | 4,420.00 |
| | | | Total Fees | | $4,420.00 |

## Disbursement Summary

| Date | | Amount |
|------|---|--------|
| 10/24/11 | In-House Photocopying | 1.60 |
| 10/24/11 | In-House Photocopying | 21.50 |
| 10/28/11 | Taxi Fare - FOLEY HOAG LLP Cab fare to and from P.O. Square for meeting at EPA | 20.00 |
| | Total Disbursements | $43.10 |

| | |
|---|---|
| Total Fees | $4,420.00 |
| Total Disbursements | 43.10 |
| Total Fees and Disbursements | $4,463.10 |



Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

November 28, 2011
Invoice No.: 489664
Matter No.: 08743.00103

**Re:    Wells G&H Superfund Site**

    **Total Fees and Disbursements**        **$4,463.10**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00103, **Invoice #:** 489664
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company

## Matter 105 – FDA Matters

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| James Flaherty | Associate | Administrative | $505.00 | 4.8 | $  2,424.00 |
|  |  |  |  |  |  |
| **TOTAL** |  |  |  | 4.8 | $  2,424.00 |

### Expenses

| Description | Total |
|---|---|
| Telephone | $      15.99 |
|  |  |
| **TOTAL** | $      15.99 |

3947652.v1


**FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

November 28, 2011
Invoice No.: 489665
Matter No.: 08743.00105

**Re:     FDA Matters**

For Professional Services rendered through October 31, 2011

| | |
|---|---:|
| Fees | $2,424.00 |
| Disbursements | 15.99 |
| **Total Fees and Disbursements** | **$2,439.99** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM

Matter No.: 08743.00105
Re: FDA Matters

Invoice No.: 489665
November 28, 2011
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 10/03/11 | Flaherty | C300 | Confer with L. Duff's office regarding scheduling telephone conference to discuss FDA issues relating to silica as excipient and vehicle to facilitate drug delivery (0.1). | 0.1 |
| 10/05/11 | Flaherty | C300 | Research and analyze FDA issues relating to use of silica as excipient and as vehicle to facilitate drug delivery (0.7). | 0.7 |
| 10/06/11 | Flaherty | C300 | Research and analyze FDA issues relating to use of silica as excipient and as vehicle to facilitate drug delivery (0.3); telephone conference with L. Duff, C. Libanati, and T. Jones regarding same (0.6); follow-up e-mail to L. Duff, C. Libanati, and T. Jones (0.1). | 1.0 |
| 10/19/11 | Flaherty | C300 | Telephone conference with L. Duff and colleague regarding food packaging regulations (0.1). | 0.1 |
| 10/21/11 | Flaherty | C300 | E-mail correspondence with L. Duff and colleagues regarding FDA issues pertaining to Sodasorb and new project (0.1); review background information regarding same (0.1). | 0.2 |
| 10/25/11 | Flaherty | C300 | Prepare for telephone conference with L. Duff and M. Buono regarding FDA issues relating to Peptidemedia project, including review and analysis of relevant background materials and laws/regulations/guidances (0.6); telephone conference with L. Duff and M. Buono regarding same (0.8); follow-up regarding same (0.1); prepare for telephone conference with L. Duff, S. Wood, and W. McCarthy regarding Sodasorb FDA and international regulatory issues, including review and analysis of relevant background materials and laws/regulations/guidances (0.3); telephone conference with L. Duff, S. Wood, and W. McCarthy regarding same (0.7); follow-up regarding same (0.1). | 2.6 |
| 10/26/11 | Flaherty | C300 | Review notes of call regarding FDA issues relating to Peptidemedia project (0.1). | 0.1 |

**Total Hours**     **4.8**

Matter No.: 08743.00105
Re: FDA Matters

Invoice No.: 489665
November 28, 2011
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| James Flaherty | 4.8 | at | 505.00 | = | 2,424.00 |
| **Total Fees** | | | | | **$2,424.00** |

## Disbursement Summary

| Date | | Amount |
|---|---|---|
| 10/06/11 | Telephone 14435358439 - Columbia - MD (USA) | 4.42 |
| 10/25/11 | Telephone 14435358439 - Columbia - MD (USA) | 6.50 |
| 10/25/11 | Telephone 14435358439 - Columbia - MD (USA) | 5.07 |
| | **Total Disbursements** | **$15.99** |

| | |
|---|---|
| **Total Fees** | **$2,424.00** |
| **Total Disbursements** | **15.99** |
| **Total Fees and Disbursements** | **$2,439.99** |


**FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

### To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

November 28, 2011
Invoice No.: 489665
Matter No.: 08743.00105

**Re:** **FDA Matters**

**Total Fees and Disbursements**          $2,439.99

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
| --- | --- |
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00105, **Invoice #:** 489665
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company

## Matter 106 - Walpole Consent Decree Compliance Property Matters

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $650.00 | 1.4 | $ 910.00 |
| Jacob N. Polatin | Partner | Real Estate | $635.00 | 2.4 | $ 1,524.00 |
| Jonathan E. Book | Counsel | Real Estate | $550.00 | 2.6 | $ 1,430.00 |
| Lisa A. Popadic | Paralegal | Environmental | $250.00 | 0.4 | $ 100.00 |
| | | | | | |
| **TOTAL** | | | | 6.8 | $ 3,964.00 |



**FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

November 28, 2011
Invoice No.: 489666
Matter No.: 08743.00106

Re:     **Walpole Consent Decree Compliance Property Matters**

For Professional Services rendered through October 31, 2011

|  |  |
|---|---|
| Fees | $3,964.00 |
| **Total Fees and Disbursements** | **$3,964.00** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON        WASHINGTON        EMERGING ENTERPRISE CENTER        FOLEYHOAG.COM

Matter No.: 08743.00106
Re: Walpole Consent Decree Compliance Property Matters

Invoice No.: 489666
November 28, 2011
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 10/04/11 | Jaffe | P230 | Emails with team regarding ownership issues (0.4). | 0.4 |
| 10/05/11 | Jaffe | P230 | Emails with team regarding property ownership issues (0.3). | 0.3 |
| 10/05/11 | Polatin | P230 | Review email from E. Hultstrom (0.2); online title search at Norfolk Registry of Deeds (0.9); online search at Walpole Assessor's office (1.1); email to S. Jaffe regarding same (0.2). | 2.4 |
| 10/19/11 | Jaffe | P230 | Attention to access issues, including emails with team and office conference with Mr. Book regarding foreclosure issues (0.7). | 0.7 |
| 10/19/11 | Book | P230 | Confer with S. Jaffe and call to E. Hulstrom regarding title to Walpole property (0.3). | 0.3 |
| 10/21/11 | Book | P230 | Telephone call with E. Hultstrom (Woodard & Curran) regarding Walpole property and e-mail to M. Loria regarding title search (0.6). | 0.6 |
| 10/28/11 | Book | C300 | Review title reports to 1081 - 1083 Main Street, Walpole (1.0); e-mail to and telephone call with E. Hultstrom (0.2); confer with L. Popadic regarding bankruptcy docket and title to Unit 1081 (0.3); follow-up e-mail to E. Hultstrom (0.2). | 1.7 |
| 10/28/11 | Popadic | B110 | Conference with J. Book regarding bankruptcy filing for Nelson Rodriguez (0.3); perform PACER searches for bankruptcy case involving Nelson Rodriguez and forward relevant pleadings to J. Book (0.1). | 0.4 |

**Total Hours**   6.8

Matter No.: 08743.00106
Re: Walpole Consent Decree Compliance Property Matters

Invoice No.: 489666
November 28, 2011
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|------------|-------|-----|--------|-----|--------|
| Jacob N. Polatin | 2.4 | at | 635.00 | = | 1,524.00 |
| Jonathan E. Book | 2.6 | at | 550.00 | = | 1,430.00 |
| Lisa A. Popadic | 0.4 | at | 250.00 | = | 100.00 |
| Seth D. Jaffe | 1.4 | at | 650.00 | = | 910.00 |
| | | | | | |
| **Total Fees** | | | | | **$3,964.00** |

| | |
|---|---|
| **Total Fees** | **$3,964.00** |
| **Total Fees and Disbursements** | **$3,964.00** |


**FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

November 28, 2011
Invoice No.: 489666
Matter No.: 08743.00106

**Re:**   **Walpole Consent Decree Compliance Property Matters**

**Total Fees and Disbursements**           $3,964.00

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
| --- | --- |
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00106, **Invoice #:** 489666
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company