# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., et al., ) | Case No. 01-01139 (JKF) |
| ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |

*Objection Deadline: 12/19/11 @ 4:00 pm*

## ONE HUNDRED AND THIRD APPLICATION OF BLACKSTONE ADVISORY PARTNERS L.P. AS FINANCIAL ADVISOR TO W. R. GRACE & CO. AND AFFILIATES FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF SEPTEMBER 1, 2011 THROUGH SEPTEMBER 30, 2011

| | |
|---|---|
| Name of Applicant: | Blackstone Advisory Partners L.P. |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention Order: | June 22, 2001, effective April 2, 2001 |
| Period for which compensation and reimbursement is sought: | September 1, 2011 through September 30, 2011 |

| | Total | (Holdback @ 20%) |
|---|---|---|
| Amount of Compensation sought as actual, reasonable and necessary: | $75,000.00 | ($15,000.00) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $150.00 | |
| Amount of Cash Payment Sought: | $60,150.00 | |

This is a _x_ monthly __ interim ___ final application

2601167.DOC

Summary of Monthly Applications:

| Date Filed | Period(s) Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses | Unapproved Holdback(s) | Unpaid Holdbacks |
|---|---|---|---|---|---|---|---|
| 07/31/01 | 04/02/01 – 06/30/01 | $519,166.66 | 7,663.95 | $519,166.66 | 7,663.95 | $-- | $-- |
| 08/24/01 | 07/01/01 – 07/31/01 | 175,000.00 | 3,504.53 | 175,000.00 | 3,504.53 | -- | -- |
| 10/16/01 | 08/01/01 – 08/31/01 | 175,000.00 | 16,124.84 | 175,000.00 | 16,124.84 | -- | -- |
| 11/21/01 | 09/01/01 – 09/30/01 | 175,000.00 | 11,846.09 | 175,000.00 | 11,846.09 | -- | -- |
| 11/30/01 | 10/01/01 – 10/31/01 | 175,000.00 | 5,042.39 | 175,000.00 | 5,042.39 | -- | -- |
| 01/31/02 | 11/01/01 – 11/30/01 | 175,000.00 | 7,477.10 | 175,000.00 | 7,477.10 | -- | -- |
| 01/31/02 | 12/01/01 – 12/31/01 | 175,000.00 | 2,133.92 | 175,000.00 | 2,133.92 | -- | -- |
| 03/15/02 | 01/01/02 – 01/31/02 | 175,000.00 | 5,140.26 | 175,000.00 | 5,140.26 | -- | -- |
| 04/05/02 | 02/01/02 – 02/28/02 | 175,000.00 | 1,719.69 | 175,000.00 | 1,719.69 | -- | -- |
| 05/02/02 | 03/01/02 – 03/31/02 | 175,000.00 | 631.92 | 175,000.00 | 631.92 | -- | -- |
| 07/25/02 | 04/01/02 – 04/30/02 | 175,000.00 | 2,736.03 | 175,000.00 | 2,736.03 | -- | -- |
| 08/15/02 | 05/01/02 – 05/31/02 | 175,000.00 | 516.61 | 175,000.00 | 516.61 | -- | -- |
| 08/15/02 | 06/01/02 – 06/30/02 | 175,000.00 | 733.20 | 175,000.00 | 733.20 | -- | -- |
| 11/13/02 | 07/01/02 – 07/31/02 | 175,000.00 | 2,603.74 | 175,000.00 | 2,603.74 | -- | -- |
| 11/13/02 | 08/01/02 – 08/31/02 | 175,000.00 | 3,547.21 | 175,000.00 | 3,547.21 | -- | -- |
| 11/13/02 | 09/01/02 – 09/30/02 | 175,000.00 | 1,611.87 | 175,000.00 | 1,611.87 | -- | -- |
| 02/14/03 | 10/01/02 – 10/31/02 | 175,000.00 | 1,848.24 | 175,000.00 | 1,848.24 | -- | -- |
| 02/14/03 | 11/01/02 – 11/30/02 | 175,000.00 | 2,109.76 | 175,000.00 | 2,109.76 | -- | -- |
| 02/14/03 | 12/01/02 – 12/31/02 | 175,000.00 | 1,570.49 | 175,000.00 | 1,570.49 | -- | -- |
| 03/25/04 | 01/01/03 – 12/31/03 | 525,000.00 | 10,063.83 | 525,000.00 | 10,063.83 | -- | -- |
| 08/17/04 | 01/01/04 – 06/30/04 | 525,000.00 | 2,833.02 | 525,000.00 | 2,833.02 | -- | -- |
| 11/15/04 | 07/01/04 – 09/30/04 | 525,000.00 | 22,158.70 | 525,000.00 | 22,158.70 | -- | -- |
| 11/24/04 | 10/01/04 – 10/31/04 | 175,000.00 | 3,635.27 | 175,000.00 | 3,635.27 | -- | -- |
| 01/24/05 | 11/01/04 – 11/30/04 | 175,000.00 | 4,369.47 | 175,000.00 | 4,369.47 | -- | -- |
| 01/24/05 | 12/01/04 – 12/31/04 | 175,000.00 | 1,129.94 | 175,000.00 | 1,129.94 | -- | -- |
| 03/07/05 | 01/01/05 – 01/31/05 | 175,000.00 | 2,347.64 | 175,000.00 | 2,347.64 | -- | -- |
| 05/19/05 | 02/01/05 – 02/28/05 | 175,000.00 | 742.42 | 175,000.00 | 742.42 | -- | -- |
| 05/19/05 | 03/01/05 – 03/31/05 | 175,000.00 | 1,106.33 | 175,000.00 | 1,106.33 | -- | -- |
| 08/26/05 | 04/01/05 – 04/30/05 | 100,000.00 | 3,082.08 | 100,000.00 | 3,082.08 | -- | -- |
| 08/26/05 | 05/01/05 – 05/31/05 | 50,000.00 | 1,709.38 | 50,000.00 | 1,709.38 | -- | -- |
| 08/26/05 | 06/01/05 – 06/30/05 | 50,000.00 | 2,917.10 | 50,000.00 | 2,917.10 | -- | -- |
| 05/10/06 | 07/01/05 – 07/31/05 | 75,000.00 | 2,289.24 | 75,000.00 | 2,289.24 | -- | -- |
| 05/10/06 | 08/01/05 – 08/31/05 | 50,000.00 | 2,304.36 | 50,000.00 | 2,304.36 | -- | -- |
| 05/10/06 | 09/01/05 – 09/30/05 | 25,000.00 | 679.00 | 25,000.00 | 679.00 | -- | -- |
| 06/21/06 | 10/01/05 – 10/31/05 | 100,000.00 | 786.97 | 100,000.00 | 786.97 | -- | -- |
| 06/21/06 | 11/01/05 – 11/30/05 | 100,000.00 | 1,854.08 | 100,000.00 | 1,854.08 | -- | -- |
| 06/21/06 | 12/01/05 – 12/31/05 | 100,000.00 | 488.35 | 100,000.00 | 488.35 | -- | -- |
| 07/25/06 | 01/01/06 – 01/31/06 | 50,000.00 | 1,369.41 | 50,000.00 | 1,369.41 | -- | -- |
| 07/25/06 | 02/01/06 – 02/28/06 | 100,000.00 | 560.94 | 100,000.00 | 560.94 | -- | -- |
| 07/25/06 | 03/01/06 – 03/31/06 | 100,000.00 | 1,273.41 | 100,000.00 | 1,273.41 | -- | -- |
| 09/21/06 | 04/01/06 – 04/30/06 | 75,000.00 | 208.81 | 75,000.00 | 208.81 | -- | -- |
| 09/21/06 | 05/01/06 – 05/31/06 | 100,000.00 | 1,660.26 | 100,000.00 | 1,660.26 | -- | -- |
| 09/21/06 | 06/01/06 – 06/30/06 | 125,000.00 | 2,155.45 | 125,000.00 | 2,155.45 | -- | -- |
| 10/18/06 | 07/01/06 – 07/31/06 | 125,000.00 | 4,794.17 | 125,000.00 | 4,794.17 | -- | -- |
| 11/30/06 | 08/01/06 – 08/31/06 | 75,000.00 | 1,665.99 | 75,000.00 | 1,665.99 | -- | -- |
| 11/30/06 | 09/01/06 – 09/30/06 | 75,000.00 | 995.60 | 75,000.00 | 995.60 | -- | -- |
| 02/28/07 | 10/01/06 – 10/31/06 | 100,000.00 | 704.00 | 100,000.00 | 704.00 | -- | -- |
| 02/28/07 | 11/01/06 – 11/30/06 | 175,000.00 | 1,104.42 | 175,000.00 | 1,104.42 | -- | -- |
| 02/28/07 | 12/01/06 – 12/31/06 | 150,000.00 | 1,509.61 | 150,000.00 | 1,509.61 | -- | -- |

|            |                     | Requested   |          | Approved    |          | Unapproved  | Unpaid    |
|------------|---------------------|-------------|----------|-------------|----------|-------------|-----------|
| Date Filed | Period(s) Covered   | Fees        | Expenses | Fees        | Expenses | Holdback(s) | Holdbacks |
| 04/10/07   | 01/01/07 – 01/31/07 | 100,000.00  | 5,412.84 | 100,000.00  | 5,412.84 | --          | --        |
| 06/29/07   | 02/28/07 – 02/28/07 | 100,000.00  | 1,260.82 | 100,000.00  | 1,260.82 | --          | --        |
| 06/29/07   | 03/01/07 – 03/31/07 | 100,000.00  | 535.30   | 100,000.00  | 535.30   | --          | --        |
| 09/20/07   | 04/01/07 – 04/30/07 | 100,000.00  | 3,145.97 | 100,000.00  | 3,145.97 | --          | --        |
| 09/20/07   | 05/01/07 – 05/31/07 | 125,000.00  | 148.40   | 125,000.00  | 148.40   | --          | --        |
| 09/20/07   | 06/01/07 – 06/30/07 | 125,000.00  | 584.53   | 125,000.00  | 584.53   | --          | --        |
| 11/19/07   | 07/01/07 – 07/31/07 | 125,000.00  | 786.94   | 125,000.00  | 786.94   | --          | --        |
| 11/19/07   | 08/01/07 – 08/31/07 | --          | 997.55   | --          | 997.55   | --          | --        |
| 11/19/07   | 09/01/07 – 09/30/07 | 75,000.00   | 585.59   | 75,000.00   | 585.59   | --          | --        |
| 03/13/08   | 10/01/07 – 10/31/07 | 100,000.00  | 1,518.85 | 100,000.00  | 1,518.85 | --          | --        |
| 03/13/08   | 11/01/07 – 11/30/07 | 75,000.00   | 241.73   | 75,000.00   | 241.73   | --          | --        |
| 03/13/08   | 12/01/07 – 12/31/07 | 50,000.00   | 270.44   | 50,000.00   | 270.44   | --          | --        |
| 05/22/08   | 01/01/08 – 01/31/08 | 100,000.00  | 2,618.39 | 100,000.00  | 2,618.39 | --          | --        |
| 05/22/08   | 02/01/08 – 02/29/08 | 150,000.00  | 377.34   | 150,000.00  | 377.34   | --          | --        |
| 05/22/08   | 03/01/08 – 03/31/08 | 75,000.00   | 1,468.54 | 75,000.00   | 1,468.54 | --          | --        |
| 10/16/08   | 04/01/08 – 04/30/08 | 150,000.00  | 370.04   | 150,000.00  | 370.04   | --          | --        |
| 10/16/08   | 05/01/08 – 05/31/08 | 125,000.00  | 868.61   | 125,000.00  | 868.61   | --          | --        |
| 10/16/08   | 06/01/08 – 06/30/08 | 175,000.00  | 7,178.80 | 175,000.00  | 7,178.80 | --          | --        |
| 01/09/09   | 07/01/08 – 07/31/08 | 175,000.00  | 1,507.33 | 175,000.00  | 1,507.33 | --          | --        |
| 01/09/09   | 08/01/08 – 08/31/08 | 175,000.00  | 3,482.81 | 175,000.00  | 3,482.81 | --          | --        |
| 01/09/09   | 09/01/08 – 09/30/08 | 175,000.00  | 7,491.74 | 175,000.00  | 7,491.74 | --          | --        |
| 01/09/09   | 10/01/08 – 10/31/08 | 150,000.00  | 3,166.54 | 120,000.00  | 3,166.54 | --          | --        |
| 04/20/09   | 11/01/08 – 11/30/08 | 75,000.00   | 3,762.45 | 75,000.00   | 3,762.45 | --          | --        |
| 04/20/09   | 12/01/08 – 12/31/08 | 75,000.00   | 4,251.05 | 75,000.00   | 4,251.05 | --          | --        |
| 07/06/09   | 01/01/09 – 01/31/09 | 75,000.00   | 407.84   | 75,000.00   | 407.84   | --          | --        |
| 07/06/09   | 02/01/09 – 02/28/09 | 175,000.00  | 840.67   | 175,000.00  | 840.67   | --          | --        |
| 07/06/09   | 03/01/09 – 03/31/09 | 150,000.00  | 1,515.13 | 150,000.00  | 1,515.13 | --          | --        |
| 09/03/09   | 04/01/09 – 04/30/09 | 150,000.00  | 1,757.02 | 150,000.00  | 1,757.02 | --          | --        |
| 09/03/09   | 05/01/09 – 05/31/09 | 175,000.00  | 4,503.06 | 175,000.00  | 1,515.13 | --          | --        |
| 09/03/09   | 06/01/09 – 06/30/09 | 175,000.00  | 4,246.49 | 175,000.00  | 4,246.49 | --          | --        |
| 12/14/09   | 07/01/09 – 07/31/09 | 175,000.00  | 10,766.12| 175,000.00  | 10,766.12| --          | --        |
| 12/14/09   | 08/01/09 – 08/31/09 | 175,000.00  | 2,367.44 | 175,000.00  | 2,367.44 | --          | --        |
| 12/14/09   | 09/01/09 – 09/30/09 | 100,000.00  | 3,953.33 | 100,000.00  | 3,953.33 | --          | --        |
| 12/15/09   | 10/01/09 – 10/31/09 | 100,000.00  | 1,354.62 | 100,000.00  | 1,354.62 | --          | --        |
| --         | 11/01/09 – 11/30/09 | --          | --       | --          | --       | --          | --        |
| 02/12/10   | 12/01/09 – 12/31/09 | 100,000.00  | 1,839.20 | 100,000.00  | 1,839.20 | --          | --        |
| 03/12/10   | 01/01/10 – 01/31/10 | 150,000.00  | 1,633.77 | 150,000.00  | 1,633.77 | --          | --        |
| --         | 02/01/10 – 02/28/10 | --          | --       | --          | --       | --          | --        |
| 04/29/10   | 03/01/10 – 03/31/10 | 175,000.00  | 4,238.44 | 175,000.00  | 4,238.44 | --          | --        |
| 05/28/10   | 04/01/10 – 04/30/10 | 175,000.00  | 4,575.58 | 175,000.00  | 4,575.58 | --          | --        |
| 06/25/10   | 05/01/10 – 05/31/10 | 175,000.00  | 7,750.24 | 175,000.00  | 7,750.24 | --          | --        |
| 08/05/10   | 06/01/10 – 06/30/10 | 175,000.00  | 5,202.91 | 175,000.00  | 5,202.91 | --          | --        |
| 09/09/10   | 07/01/10 – 07/31/10 | 50,000.00   | 6,204.42 | 50,000.00   | 6,204.42 | --          | --        |
| --         | 08/01/10 – 08/31/10 | --          | --       | --          | --       | --          | --        |
| 11/16/10   | 09/01/10 – 09/30/10 | 125,000.00  | 2,435.45 | 125,000.00  | 1,283.70 | --          |           |
| 12/13/10   | 10/01/10 – 10/31/10 | 175,000.00  | 475.19   | 175,000.00  | 475.19   | --          |           |
| 02/01/11   | 11/01/10 – 11/30/10 | 175,000.00  | 2,625.52 | 175,000.00  | 2,625.52 | --          | --        |
| 02/09/11   | 12/01/10 – 12/31/10 | 125,000.00  | 590.30   | 125,000.00  | 590.30   | --          |           |
| 02/25/11   | 01/01/11 – 01/31/11 | 175,000.00  | 1,365.89 | 175,000.00  | 1,365.89 | --          | --        |
| 04/05/11   | 02/01/11 – 02/28/11 | 175,000.00  | 2,531.48 | 175,000.00  | 2,531.48 | --          | --        |
| 04/28/11   | 03/01/11 – 03/31/11 | 125,000.00  | 714.49   | 125,000.00  | 714.49   | --          | --        |

| | | Requested | | Approved | | Unapproved | Unpaid |
|---|---|---|---|---|---|---|---|
| Date Filed | Period(s) Covered | Fees | Expenses | Fees | Expenses | Holdback(s) | Holdbacks |
| 06/06/11 | 04/01/11 – 04/30/11 | 175,000.00 | 1,130.07 | 140,000.00 | 1,130.07 | 35,000.00 | -- |
| 07/19/11 | 05/01/11 – 05/30/11 | 175,000.00 | 711.36 | 140,000.00 | 711.36 | 35,000.00 | -- |
| 08/05/11 | 06/01/11 – 06/30/11 | 175,000.00 | 46.88 | 140,000.00 | 46.88 | 35,000.00 | -- |
| 09/22/11 | 07/01/11 – 07/31/11 | 175,000.00 | 896.76 | 140,000.00 | 896.76 | 35,000.00 | -- |
| 10/13/11 | 08/01/11 – 08/31/11 | 125,000.00 | 834.50 | 100,000.00 | 834.50 | 25,000.00 | -- |

*2601167.DOC*

# Blackstone Advisory Partners L.P.

November 18, 2011

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W. R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | |
|---|---:|---:|
| Monthly Fee for the period of September 1, 2011 through September 30, 2011: | $ | 75,000.00 |
| Less: 20% holdback pursuant to the Court's Administrative Order: | | (15,000.00) |
| Out-of-pocket expenses processed for the period through September 30, 2011:[1] | | |
|     Meals | 150.00 | 150.00 |
| **Total Amount Due** | $ | **60,150.00** |

**Please wire transfer funds to:**

JP Morgan Chase
One Chase Manhattan Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Partners L.P.
Account Receivable Dept. 16th Floor
Account # 066-287472

**Invoice Number: 62821**

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

Blackstone Advisory Partners L.P.
345 Park Avenue
New York, NY 10154
212 583-5000

**W. R. Grace & Co.**
**Summary of Expenses**
**Through September 30, 2011**
**Invoice No. 62821**

|  | GL Detail Sep-11 | Total Expenses |
|---|---|---|
| Employee Meals | $ 150.00 | $ 150.00 |
| **Total Expenses** | $ 150.00 | $ 150.00 |
| **Meals** |  | 150.00 |
| **Total Expenses** |  | $ 150.00 |

W. R. Grace & Co.
Detail of Expenses Processed
Through September 30, 2011
Invoice No. 62821

**Employee Meals**

| | | |
|---|---|---:|
| Harrison (weeknight working dinner meal @ Blackstone while working late) | 06/27/11 | 25.00 |
| Jaffe (weeknight working dinner meal @ Blackstone while working late) | 08/01/11 | 25.00 |
| Jaffe (weeknight working dinner meal @ Blackstone while working late) | 08/02/11 | 25.00 |
| Jaffe (weeknight working dinner meal @ Blackstone while working late) | 08/15/11 | 25.00 |
| Schlesinger (weeknight working dinner meal @ Blackstone while working late) | 06/22/11 | 25.00 |
| Schlesinger (weeknight working dinner meal @ Blackstone while working late) | 07/07/11 | 25.00 |
| | Subtotal - Employee Meals | $ 150.00 |
| | Total Expenses | $ 150.00 |

# BLACKSTONE ADVISORY PARTNERS L.P.
## SUMMARY OF HOURS FOR THE PERIOD OF
## SEPTEMBER 1, 2011 THROUGH SEPTEMBER 30, 2011

| Professional | Title | Hours |
|---|---|---|
| Jamie O'Connell | Managing Director | 10.2 |
| Adam Schlesinger | Associate | 15.6 |
| Ben Jaffe | Analyst | 75.0 |
| | **Total** | **100.8** |

BLACKSTONE ADVISORY PARTNERS L.P.
SUMMARY OF HOURS FOR THE PERIOD OF
SEPTEMBER 1, 2011 THROUGH SEPTEMBER 30, 2011

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 09/12/11 | 0.1 | Business Analysis | Call with management regarding new business development |
| Adam Schlesinger | 09/19/11 | 0.5 | Business Analysis | Calls with management regarding business matter |
| Ben Jaffe | 09/19/11 | 0.5 | Business Analysis | Calls with management regarding business matter |
| Jamie O'Connell | 09/19/11 | 0.5 | Business Analysis | Calls with management regarding business matter |
| | | 1.6 | | |

BLACKSTONE ADVISORY PARTNERS L.P.
SUMMARY OF HOURS FOR THE PERIOD OF
SEPTEMBER 1, 2011 THROUGH SEPTEMBER 30, 2011

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 09/13/11 | 0.5 | Case Administration | Review and comment on draft motion |
| Jamie O'Connell | 09/13/11 | 0.7 | Case Administration | Conference call with management and counsel regarding draft motion |
| Jamie O'Connell | 09/14/11 | 0.2 | Case Administration | Call with management regarding plan matter |
| Jamie O'Connell | 09/14/11 | 0.5 | Case Administration | Call and correspondence regarding plan matter |
| | | 1.9 | | |

BLACKSTONE ADVISORY PARTNERS L.P.
SUMMARY OF HOURS FOR THE PERIOD OF
SEPTEMBER 1, 2011 THROUGH SEPTEMBER 30, 2011

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Ben Jaffe | 09/01/11 | 4.0 | Claims Analysis Objection/Resolution | Claims analysis |
| Ben Jaffe | 09/01/11 | 0.5 | Claims Analysis Objection/Resolution | Document review regarding claims |
| Jamie O'Connell | 09/01/11 | 0.3 | Claims Analysis Objection/Resolution | Correspondence regarding claims analysis |
| Ben Jaffe | 09/02/11 | 7.0 | Claims Analysis Objection/Resolution | Claims analysis |
| Ben Jaffe | 09/03/11 | 8.0 | Claims Analysis Objection/Resolution | Claims analysis |
| Ben Jaffe | 09/04/11 | 5.0 | Claims Analysis Objection/Resolution | Claims analysis |
| Adam Schlesinger | 09/05/11 | 0.5 | Claims Analysis Objection/Resolution | Claims analysis discussion with B. Jaffe |
| Ben Jaffe | 09/05/11 | 0.5 | Claims Analysis Objection/Resolution | Claims analysis discussion with A. Schlesinger |
| Ben Jaffe | 09/05/11 | 6.0 | Claims Analysis Objection/Resolution | Claims analysis |
| Adam Schlesinger | 09/06/11 | 2.0 | Claims Analysis Objection/Resolution | Review claims analysis |
| Ben Jaffe | 09/06/11 | 3.0 | Claims Analysis Objection/Resolution | Claims analysis |
| Adam Schlesinger | 09/07/11 | 2.0 | Claims Analysis Objection/Resolution | Claims analysis |
| Ben Jaffe | 09/07/11 | 4.0 | Claims Analysis Objection/Resolution | Claims analysis |
| Adam Schlesinger | 09/08/11 | 0.3 | Claims Analysis Objection/Resolution | Claims analysis discussion with B. Jaffe |
| Adam Schlesinger | 09/08/11 | 1.5 | Claims Analysis Objection/Resolution | Claims analysis |
| Ben Jaffe | 09/08/11 | 0.3 | Claims Analysis Objection/Resolution | Claims analysis discussion with A. Schlesinger |
| Ben Jaffe | 09/08/11 | 4.0 | Claims Analysis Objection/Resolution | Claims analysis |
| Ben Jaffe | 09/09/11 | 2.0 | Claims Analysis Objection/Resolution | Claims analysis |
| Ben Jaffe | 09/11/11 | 3.0 | Claims Analysis Objection/Resolution | Claims analysis |
| Ben Jaffe | 09/12/11 | 4.0 | Claims Analysis Objection/Resolution | Claims analysis |
| Adam Schlesinger | 09/13/11 | 0.5 | Claims Analysis Objection/Resolution | Call with management and counsel regarding claims |
| Ben Jaffe | 09/13/11 | 3.0 | Claims Analysis Objection/Resolution | Claims analysis |
| Ben Jaffe | 09/13/11 | 0.5 | Claims Analysis Objection/Resolution | Call with management and counsel regarding claims |
| Adam Schlesinger | 09/14/11 | 1.5 | Claims Analysis Objection/Resolution | Review claims analysis |
| Ben Jaffe | 09/14/11 | 3.0 | Claims Analysis Objection/Resolution | Claims analysis |
| Adam Schlesinger | 09/15/11 | 0.2 | Claims Analysis Objection/Resolution | Internal discussion regarding claims analysis |
| Ben Jaffe | 09/15/11 | 0.2 | Claims Analysis Objection/Resolution | Internal discussion regarding claims analysis |
| Ben Jaffe | 09/15/11 | 1.0 | Claims Analysis Objection/Resolution | Claims analysis |
| Jamie O'Connell | 09/15/11 | 0.2 | Claims Analysis Objection/Resolution | Internal discussion regarding claims analysis |
| Adam Schlesinger | 09/16/11 | 0.8 | Claims Analysis Objection/Resolution | Review draft fee application |
| Ben Jaffe | 09/16/11 | 0.8 | Claims Analysis Objection/Resolution | Review draft fee application |
| Ben Jaffe | 09/19/11 | 3.0 | Claims Analysis Objection/Resolution | Claims analysis |
| Ben Jaffe | 09/21/11 | 0.5 | Claims Analysis Objection/Resolution | Call with BMC regarding claims analysis |
| Ben Jaffe | 09/22/11 | 2.0 | Claims Analysis Objection/Resolution | Claims analysis |
| Ben Jaffe | 09/25/11 | 4.0 | Claims Analysis Objection/Resolution | Claims analysis |
| | | 79.1 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**SEPTEMBER 1, 2011 THROUGH SEPTEMBER 30, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Ben Jaffe | 09/01/11 | 0.5 | Committee | Call with financial and legal advisors |
| Ben Jaffe | 09/01/11 | 0.5 | Committee | Subsequent call with financial and legal advisors |
| Jamie O'Connell | 09/01/11 | 0.2 | Committee | Call with financial advisor regarding committee information request |
| Jamie O'Connell | 09/01/11 | 0.3 | Committee | Correspondence to financial advisors regarding information request |
| Adam Schlesinger | 09/06/11 | 0.6 | Committee | Conference call with financial and legal advisors regarding proposed business matter |
| Adam Schlesinger | 09/06/11 | 0.3 | Committee | Internal team meeting and call with counsel |
| Ben Jaffe | 09/06/11 | 0.6 | Committee | Conference call with financial and legal advisors regarding proposed business matter |
| Ben Jaffe | 09/06/11 | 0.3 | Committee | Internal team meeting and call with counsel |
| Jamie O'Connell | 09/06/11 | 0.6 | Committee | Conference call with financial and legal advisors regarding proposed business matter |
| Jamie O'Connell | 09/06/11 | 0.3 | Committee | Internal team meeting and call with counsel |
| Jamie O'Connell | 09/06/11 | 0.2 | Committee | Call with financial advisor regarding committee information request |
| Adam Schlesinger | 09/09/11 | 0.5 | Committee | Conference call with financial and legal advisors regarding proposed business matter |
| Adam Schlesinger | 09/09/11 | 0.2 | Committee | Follow-up call with management and counsel |
| Adam Schlesinger | 09/09/11 | 0.1 | Committee | Call with financial advisor |
| Ben Jaffe | 09/09/11 | 0.5 | Committee | Conference call with financial and legal advisors regarding proposed business matter |
| Ben Jaffe | 09/09/11 | 0.2 | Committee | Follow-up call with management and counsel |
| Jamie O'Connell | 09/09/11 | 0.5 | Committee | Conference call with financial and legal advisors regarding proposed business matter |
| Jamie O'Connell | 09/09/11 | 0.2 | Committee | Follow-up call with management and counsel |
| Jamie O'Connell | 09/09/11 | 0.1 | Committee | Call with financial advisor |
| Adam Schlesinger | 09/12/11 | 0.2 | Committee | Correspondence with committee advisors |
| Jamie O'Connell | 09/12/11 | 0.6 | Committee | Correspondence to management and financial advisor group regarding business matter |
| Jamie O'Connell | 09/12/11 | 0.5 | Committee | Review of materials and correspondence to financial advisors regarding separate business matter |
| Adam Schlesinger | 09/15/11 | 0.5 | Committee | Conference call with management and advisors regarding business matter |
| Jamie O'Connell | 09/15/11 | 0.5 | Committee | Conference call with management and advisors regarding business matter |
|  |  | **9.0** |  |  |

BLACKSTONE ADVISORY PARTNERS L.P.
SUMMARY OF HOURS FOR THE PERIOD OF
SEPTEMBER 1, 2011 THROUGH SEPTEMBER 30, 2011

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 09/01/11 | 0.2 | Corporate Finance | Call with management regarding financial analysis |
| Jamie O'Connell | 09/01/11 | 0.3 | Corporate Finance | Call with management regarding business matter |
| Jamie O'Connell | 09/02/11 | 0.2 | Corporate Finance | Preparation for call with management and counsel |
| Jamie O'Connell | 09/02/11 | 0.6 | Corporate Finance | Call with management and counsel regarding business matter |
| Adam Schlesinger | 09/06/11 | 0.2 | Corporate Finance | Call with management regarding status of various matters |
| Adam Schlesinger | 09/06/11 | 0.5 | Corporate Finance | Internal team meeting and calls regarding business matter |
| Ben Jaffe | 09/06/11 | 0.2 | Corporate Finance | Call with management regarding status of various matters |
| Ben Jaffe | 09/06/11 | 0.5 | Corporate Finance | Internal team meeting and calls regarding business matter |
| Jamie O'Connell | 09/06/11 | 0.2 | Corporate Finance | Call with management regarding status of various matters |
| Jamie O'Connell | 09/06/11 | 0.5 | Corporate Finance | Internal team meeting and calls regarding business matter |
| Adam Schlesinger | 09/07/11 | 0.5 | Corporate Finance | Call with management and counsel regarding business matter |
| Ben Jaffe | 09/07/11 | 0.5 | Corporate Finance | Call with management and counsel regarding business matter |
| Jamie O'Connell | 09/07/11 | 0.5 | Corporate Finance | Call with management and counsel regarding business matter |
| Jamie O'Connell | 09/08/11 | 0.5 | Corporate Finance | Calls with management and review of materials regarding business matter |
| Ben Jaffe | 09/12/11 | 0.2 | Corporate Finance | Call with counsel regarding financial analysis |
| Adam Schlesinger | 09/14/11 | 0.2 | Corporate Finance | Call with counsel regarding financial analysis |
| Ben Jaffe | 09/14/11 | 0.2 | Corporate Finance | Call with counsel regarding financial analysis |
| Jamie O'Connell | 09/14/11 | 0.2 | Corporate Finance | Call with counsel regarding financial analysis |
| Adam Schlesinger | 09/15/11 | 1.0 | Corporate Finance | Call with management and counsel regarding business matter |
| Ben Jaffe | 09/15/11 | 1.0 | Corporate Finance | Call with management and counsel regarding business matter |
| | | **8.2** | | |

BLACKSTONE ADVISORY PARTNERS L.P.
SUMMARY OF HOURS FOR THE PERIOD OF
SEPTEMBER 1, 2011 THROUGH SEPTEMBER 30, 2011

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 09/07/11 | 1.0 | Fee Applications | Draft fee application |
| | | **1.0** | | |