# Exhibit A

# Duane Morris

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

November 03, 2011

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017


W.R. GRACE & CO.

File# K0248-00001      Invoice# 1707762          IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 10/31/2011 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | |
|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 3.50 hrs. at | $745.00 | /hr. = | $2,607.50 |
| WS KATCHEN | OF COUNSEL | 1.70 hrs. at | $835.00 | /hr. = | $1,419.50 |
| S LENKIEWICZ | PARALEGAL | 6.30 hrs. at | $175.00 | /hr. = | $1,102.50 |

$5,129.50

DISBURSEMENTS
MESSENGER SERVICE                                       $10.00
POSTAGE                                                 $106.60
PRINTING & DUPLICATING                                  $100.70
TOTAL DISBURSEMENTS                                                           $217.30

BALANCE DUE THIS INVOICE                                                      $5,346.80


TOTAL BALANCE DUE                                                             $32,665.95


DUANE MORRIS LLP

Duane Morris
November 03, 2011
Page 2

File # K0248-00001  INVOICE# 1707762
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 10/18/2011 | 002 | MR LASTOWSKI | REVIEW DEBTORS' VERMICULITE SALE MOTION | 1.40 | $1,043.00 |
| | | | Code Total | 1.40 | $1,043.00 |

Duane Morris
November 03, 2011
Page 3

File # K0248-00001  INVOICE# 1707762
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 10/18/2011 | 003 | MR LASTOWSKI | REVIEW DEBTORS' MERGER MOTION | 0.90 | $670.50 |
| | | | Code Total | 0.90 | $670.50 |

Duane Morris
November 03, 2011
Page 4

File # K0248-00001                                                              INVOICE# 1707762
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 10/18/2011 | 004 | MR LASTOWSKI | REVIEW DEBTORS' MOTION TO AMEND ORDINARY COURSE PROFESSIONAL ORDERS | 0.10 | $74.50 |
| | | | Code Total | 0.10 | $74.50 |

Duane Morris
November 03, 2011
Page 5

File # K0248-00001                                                                                          INVOICE# 1707762
    W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 10/4/2011 007 | WS KATCHEN | REVIEW STROOCK EMAIL TO COMMITTEE. | 0.10 | $83.50 |
| 10/10/2011 007 | WS KATCHEN | REVIEW DOCKET STATUS. | 0.20 | $167.00 |
| 10/27/2011 007 | WS KATCHEN | REVIEW STROOCK MEMO. | 0.20 | $167.00 |
| 10/28/2011 007 | WS KATCHEN | REVIEW CAPETONE MEMO. | 0.20 | $167.00 |
| | | Code Total | 0.70 | $584.50 |

Duane Morris
November 03, 2011
Page 6

File # K0248-00001 INVOICE# 1707762
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 10/4/2011 | 012 | S LENKIEWICZ | RECEIPT AND REVIEW DUANE MORRIS INVOICE FOR SEPTEMBER 2011 | 0.30 | $52.50 |
| 10/5/2011 | 012 | S LENKIEWICZ | FINALIZE DUANE MORRIS 115TH MONTHLY FEE APPLICATION FOR AUGUST 2011 (.2); EFILE SAME AND CALENDAR OBJECTION DEADLINE (.3); COORDINATE SERVICE OF SAME (.2) | 0.70 | $122.50 |
| 10/18/2011 | 012 | MR LASTOWSKI | E-MAIL FROM FEE AUDITOR RE: LATEST QUARTERLY SUBMISSION | 0.10 | $74.50 |
| 10/18/2011 | 012 | MR LASTOWSKI | E-MAIL FROM FEE AUDITOR RE: LATEST QUARTERLY SUBMISSION | 0.10 | $74.50 |
| 10/19/2011 | 012 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS AND CNO'S FOR DUANE MORRIS MONTHLY FEE APPLICATIONS (.2); REVIEW PRIOR JUNE THROUGH AUGUST MONTHLY APPLICATIONS TO CONFIRM NO DISCREPANCIES (.2) | 0.40 | $70.00 |
| 10/28/2011 | 012 | S LENKIEWICZ | PREPARE DUANE MORRIS 116TH MONTHLY APPLICATION FOR SEPTEMBER 2011 (.5); FINALIZE AND EFILE SAME (.3) | 0.80 | $140.00 |
| 10/28/2011 | 012 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO 115TH MONTHLY FEE APPLICATION (.1); PREPARE CERTIFICATION OF NO OBJECTION REGARDING SAME (.2); EFILE SAME (.2) | 0.50 | $87.50 |
| 10/31/2011 | 012 | MR LASTOWSKI | REVIEW FEE AUDITORS FINAL REPORT | 0.20 | $149.00 |
| | | | Code Total | 3.10 | $770.50 |

Duane Morris
November 03, 2011
Page 7

File # K0248-00001   INVOICE# 1707762
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|---|
| 10/12/2011 | 013 | S LENKIEWICZ | RECEIPT OF EMAIL FROM D. MOHAMMAD RE CAPSTONE 30TH QUARTERLY (.1); RESPOND TO SAME AND EMAIL TO OFFICE SERVICES (.1) | 0.20 | $35.00 |
| 10/13/2011 | 013 | S LENKIEWICZ | FINALIZE NOTICE OF CAPSTONE'S 30TH QUARTERLY FEE APPLICATION (.1); PREPARE CERTIFICATE OF SERVICE RE SAME (.2); PREPARE 2002 SERVICE LABELS AND INSTRUCTIONS FOR OFFICE SERVICES (.3); FINALIZE NOTICE, APPLICATION AND EXHIBITS AND EFILE CAPSTONE'S 30TH QUARTERLY FEE APPLICATION (.4); FORWARD COPY OF NOTICE TO OFFICE SERVICES FOR SERVICE (.1); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 1.20 | $210.00 |
| 10/18/2011 | 013 | S LENKIEWICZ | FINALIZE AND EFILE 90TH MONTHLY FEE APPLICATION OF CAPSTONE FOR THE PERIOD JULY 2011 (.3); FINALIZE AND EFILE 91ST MONTHLY FEE APPLICATION OF CAPSTONE FOR THE PERIOD AUGUST 2011 (.3); FORWARD EFILING CONFIRMATIONS TO D. MOHAMMAD (.1) | 0.70 | $122.50 |
| 10/19/2011 | 013 | S LENKIEWICZ | PREPARE CERTIFICATE OF NO OBJECTION REGARDING 89TH MONTHLY APPLICATION OF CAPSTONE (.2); EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.50 | $87.50 |
| 10/21/2011 | 013 | S LENKIEWICZ | PREPARE CERTIFICATE OF NO OBJECTION REGARDING SSL 125TH MONTHLY FEE APPLICATION (.2); EFILE SAME (.2); EMAIL EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.50 | $87.50 |
| 10/28/2011 | 013 | S LENKIEWICZ | FINALIZE SSL'S 126TH MONTHLY FEE APPLICATION AND EXHIBITS FOR EFILING (.2); EFILE SAME (.2); EMAIL EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.50 | $87.50 |
| | | | Code Total | 3.60 | $630.00 |

Duane Morris
November 03, 2011
Page 8

File # K0248-00001                                                                                       INVOICE# 1707762
    W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 10/5/2011 015 | MR LASTOWSKI | REVIEW DOCKET TO IDENTIFY MATTERS TO BE HEARD AT NEXT OMNIBUS HEARING | 0.30 | $223.50 |
| 10/27/2011 015 | MR LASTOWSKI | REVIEW DOCKET TO IDENTIFY MATTERS TO BE HEARD AT NEXT OMNIBUS HEARING | 0.40 | $298.00 |
| | | Code Total | 0.70 | $521.50 |

Duane Morris
November 03, 2011
Page 9

File # K0248-00001  INVOICE# 1707762
    W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 10/17/2011 025 | WS KATCHEN | REVIEW GARLOCK - NOTICE OF APPEAL. | 0.10 | $83.50 |
| 10/20/2011 025 | WS KATCHEN | REVIEW MOTION OF DEBTORS: TO AMEND ORDERS; APPROVING SALE OF ASSET AGREEMENT (VERMICULITE); AGREEMENT OF SALE; PROPOSED ORDER. | 0.60 | $501.00 |
| 10/20/2011 025 | WS KATCHEN | REVIEW MOTION RE: AUTHORIZING MERGER OF SUBSIDIARIES, ET AL.; FILON DECLARATION. | 0.30 | $250.50 |
| | | Code Total | 1.00 | $835.00 |
| | | TOTAL SERVICES | 11.50 | $5,129.50 |

Duane Morris
November 03, 2011
Page 10

File # K0248-00001                                                              INVOICE# 1707762
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|---|---|---|---:|
| 10/31/2011 | POSTAGE | | 106.60 |
| | | Total: | $106.60 |
| 10/31/2011 | MESSENGER SERVICE | | 10.00 |
| | | Total: | $10.00 |
| 10/31/2011 | PRINTING & DUPLICATING | | 100.70 |
| | | Total: | $100.70 |
| | | TOTAL DISBURSEMENTS | $217.30 |

Duane Morris
November 03, 2011
Page 11

File # K0248-00001                                                                                   INVOICE# 1707762
    W.R. GRACE & CO.

| TIMEKEEPER NO. | NAME | CLASS | HOURS | RATE | VALUE |
|---|---|---|---:|---:|---:|
| 02394 | MR LASTOWSKI | PARTNER | 3.50 | 745.00 | $2,607.50 |
| 02602 | WS KATCHEN | OF COUNSEL | 1.70 | 835.00 | $1,419.50 |
| 03723 | S LENKIEWICZ | PARALEGAL | 6.30 | 175.00 | $1,102.50 |
|  |  |  | 11.50 |  | $5,129.50 |