REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R. Grace & Co. | Invoice Number    2200101 |
| 7500 Grace Drive | Invoice Date    11/23/11 |
| Columbia, Maryland 21044 | Client Number    172573 |
| USA | |

===========================================================================

Re: W. R. Grace & Co.


(50001)  Correa v. W.R. Grace

| | |
|---|---|
| Fees | 9,111.00 |
| Expenses | 0.00 |
| TOTAL BALANCE DUE UPON RECEIPT | $9,111.00 |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | | | |
|---|---|---|---|
| W.R. Grace & Co. | | Invoice Number | 2200101 |
| 7500 Grace Drive | | Invoice Date | 11/23/11 |
| Columbia, Maryland 21044 | | Client Number | 172573 |
| USA | | Matter Number | 50001 |

========================================================================

Re: (50001)  Correa v. W.R. Grace

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2011

| Date | Name | | Hours |
|------|------|---|-------|
| 10/04/11 | Espinosa | Revise the deposition outline and conduct research on Plaintiff's disability and failure to accommodate causes of action. | 5.20 |
| 10/05/11 | Espinosa | Research Plaintiff's CFRA cause of action in preparation for the deposition. | .90 |
| 10/06/11 | Espinosa | Review Plaintiff's responses to the special interrogatories (1.0); research Plaintiff's breach of contract and CFRA causes of action (1.7); continue to review case files and outline questions in preparation for Plaintiff's deposition (3.3). | 6.00 |
| 10/06/11 | Husar | Review discovery responses and analyze damages issues. | .60 |
| 10/17/11 | Espinosa | Draft deposition questions based on Plaintiff's discovery responses. | .70 |
| 10/25/11 | Espinosa | Research continuing violation doctrine and judicial estoppel (3.1); call with A. Enriquez re allegations in Plaintiff's discovery responses (.8); continue to prepare for Plaintiff's deposition (3.3). | 7.20 |

```
172573 W. R. Grace & Co.                    Invoice Number  2200101
50001 Correa v. W.R. Grace                  Page   2
      November 23, 2011
```

| Date | Name | | Hours |
|------|------|---|-------|
| 10/25/11 | Husar | Work on strategy for Correa deposition. | .40 |
| 10/26/11 | Espinosa | Email with Plaintiff's counsel re outstanding discovery issues, including the document production and Plaintiff's deposition (.1); continue to review documents produced by Plaintiff and draft outline for Plaintiff's deposition (2.6). | 2.70 |
| 10/27/11 | Espinosa | Continue to review documents produced by Plaintiff and draft outline for Plaintiff's deposition. | 5.80 |
| 10/30/11 | Espinosa | Continue to review documents produced by Plaintiff and identify exhibits for Plaintiff's deposition. | 2.00 |
| 10/31/11 | Espinosa | Call and email to Plaintiff's counsel re outstanding discovery issues. | .20 |

```
                                            ------
                                TOTAL HOURS   31.70
```

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Linda S. Husar | 1.00  at  $ 515.00  = | | 515.00 |
| Stephanie Henderson Espin | 30.70  at  $ 280.00  = | | 8,596.00 |

```
              CURRENT FEES                            9,111.00


                                              ------------
              TOTAL BALANCE DUE UPON RECEIPT    $9,111.00
                                              ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number      2200102
7500 Grace Drive                        Invoice Date        11/23/11
Columbia, Maryland 21044                Client Number        172573
USA

========================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

        Fees                          2,015.50
        Expenses                          0.00

                 TOTAL BALANCE DUE UPON RECEIPT        $2,015.50
                                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044
USA

| | |
|---|---|
| Invoice Number | 2200102 |
| Invoice Date | 11/23/11 |
| Client Number | 172573 |
| Matter Number | 60029 |

==========================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2011

| Date | Name | | Hours |
|------|------|------|-------|
| 10/08/11 | Cameron | Review materials for fee applications | .50 |
| 10/10/11 | Muha | Revise fee and expense detail for Sept. monthly application. | .30 |
| 10/11/11 | Ament | Review various e-mails re: September monthly fee application. | .10 |
| 10/17/11 | Ament | Meet with A. Muha re: quarterly fee application. | .10 |
| 10/20/11 | Cameron | Review fee application materials | .60 |
| 10/21/11 | Ament | Telephone call from P. Dotterer re: Sept. monthly fee application (.10): meet with A. Muha re: same (.10). | .20 |
| 10/25/11 | Muha | Review and revise fee and expense detail for September monthly application. | .20 |
| 10/27/11 | Ament | Review invoices and calculate fees and expenses for Sept. monthly fee application (.50); draft Sept. monthly fee application (.30); e-mails re: same (.10); provide A. Muha with draft of fee application for review (.10); finalize fee application (.100: e-mail same to J. Lord for DE filing (.10). | 1.20 |

```
172573 W. R. Grace & Co.                    Invoice Number  2200102
60029  Fee Applications-Applicant           Page   2
       November 23, 2011
```

| Date | Name | | Hours |
|------|------|---|-------|
| 10/27/11 | Lord | Draft, e-file and serve CNO to Reed Smith 122nd monthly fee application (.40); revise and prepare Reed Smith's 123rd monthly fee application for e-filing and service (.60). | 1.00 |
| 10/27/11 | Muha | Final revisions to September 2011 monthly application. | .20 |
| 10/28/11 | Ament | E-mails with J. Lord re: monthly and quarterly fee applications (.10); attention to billing matters (.10). | .20 |
| 10/28/11 | Lord | Revise, e-file and serve Reed Smith's 123rd monthly fee application. | .80 |
| 10/31/11 | Ament | Calculate fees and expenses for 42nd quarterly fee application (.70); draft drafting quarterly fee application narrative and summary (.50). | 1.20 |

```
                                             ------
                                TOTAL HOURS    6.60
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Douglas E. Cameron | 1.10 | at $ | 650.00 | = | 715.00 |
| Andrew J. Muha | 0.70 | at $ | 435.00 | = | 304.50 |
| John B. Lord | 1.80 | at $ | 245.00 | = | 441.00 |
| Sharon A. Ament | 3.00 | at $ | 185.00 | = | 555.00 |

```
                  CURRENT FEES                        2,015.50


                                             ------------
                  TOTAL BALANCE DUE UPON RECEIPT  $2,015.50
                                             ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R. Grace & Co. | Invoice Number    2200103 |
| 7500 Grace Drive | Invoice Date    11/23/11 |
| Columbia, Maryland 21044 | Client Number    172573 |
| USA | |

========================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

       Fees                        8,134.00
       Expenses                        0.00

                   TOTAL BALANCE DUE UPON RECEIPT       $8,134.00
                                                     =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R. Grace & Co. | Invoice Number    2200103 |
| 7500 Grace Drive | Invoice Date     11/23/11 |
| Columbia, Maryland 21044 | Client Number      172573 |
| USA | Matter Number       60033 |

==========================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
            (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2011

| Date | Name | | Hours |
|------|------|---|-------|
| 10/06/11 | Cameron | Review materials relating to asbestos property damage claim research. | .90 |
| 10/06/11 | Muha | Review materials from research of PD case dockets and prepare memo to D. Cameron re: same. | 1.20 |
| 10/07/11 | Cameron | Additional review of asbestos property damage claims (.4); research and emails re: same (.4). | .80 |
| 10/08/11 | Cameron | Review asbestos property damage research and prepare summary for R. Finke. | .90 |
| 10/10/11 | Ament | Meet with A. Muha re: PD claims. | .10 |
| 10/10/11 | Cameron | Emails re: asbestos-in-buildings claim research. | .70 |
| 10/10/11 | Muha | Meeting with D. Cameron re: email to R. Finke, revise email to R. Finke, and review emails in response. | .40 |
| 10/11/11 | Cameron | Attention to asbestos property damage claim research issues. | .70 |
| 10/11/11 | Restivo | Telephone call with E. Westbrook. | .30 |

```
172573 W. R. Grace & Co.                        Invoice Number  2200103
 60033  Claim Analysis Objection Resolution & Estimation Page   2
        (Asbestos)
        November 23, 2011


   Date  Name                                               Hours
 -------- -----------                                       -----

 10/12/11 Cameron      Review asbestos property damage        .70
                       claims research.

 10/18/11 Ament        Review and respond to e-mail from      .30
                       A. Muha re: PD claims.

 10/18/11 Cameron      Multiple emails re:                   1.10
                       asbestos-in-buildings claims
                       research (.60); review materials
                       from California (.50).

 10/18/11 Muha         Emails with D. Cameron and S.          .60
                       Ament re: PD litigation (0.1);
                       prepare email to CA attorneys re:
                       PD litigation in CA (0.4); review
                       responses (0.1).

 10/18/11 Restivo      Telephone call with R. Finke (.2);     .70
                       letter re: Solow (.5).

 10/19/11 Ament        Various e-mails re: property           .30
                       damage claims research.

 10/19/11 Muha         Attend to emails re:                   .30
                       asbestos-in-buildings research.

 10/20/11 Ament        Review e-mail re: property damage      .10
                       claims.

 10/20/11 Cameron      Emails, materials re:                  .80
                       asbestos-in-buildings claims
                       research.

 10/26/11 Cameron      Review materials re: California        .70
                       cases in tort system.

 10/27/11 Cameron      Additional review of California        .70
                       cases information.

 10/27/11 Muha         Contacts with J. Shoda re: status     1.10
                       of asbestos-in-buildings
                       litigation in CA (0.2); internet
                       research re: asbestos-in-buildings
                       litigation (0.6); email memo to D.
                       Cameron re: same (0.3).
```

172573  W. R. Grace & Co.                          Invoice Number   2200103
60033   Claim Analysis Objection Resolution & Estimation Page    3
        (Asbestos)
        November 23, 2011


10/29/11 Cameron          Attention to California asbestos        .80
                          P.D. claims research.

                                                              ------

                                          TOTAL HOURS      14.20


| TIME SUMMARY | Hours | | | Rate | | Value |
|---|---|---|---|---|---|---|
| Douglas E. Cameron | 8.80 | at | $ | 650.00 | = | 5,720.00 |
| James J. Restivo Jr. | 1.00 | at | $ | 700.00 | = | 700.00 |
| Andrew J. Muha | 3.60 | at | $ | 435.00 | = | 1,566.00 |
| Sharon A. Ament | 0.80 | at | $ | 185.00 | = | 148.00 |

                          CURRENT FEES                         8,134.00

                                                           ------------
                    TOTAL BALANCE DUE UPON RECEIPT          $8,134.00
                                                           =============