```
                         REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630


   W.R. Grace & Co.                    Invoice Number        2200108
   7500 Grace Drive                    Invoice Date         11/23/11
   Columbia, Maryland 21044            Client Number          172573
   USA



================================================================================
   Re: W. R. Grace & Co.


   (50001)   Correa v. W.R. Grace

         Fees                                    0.00
         Expenses                                2.80

                       TOTAL BALANCE DUE UPON RECEIPT            $2.80
                                                          =============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630
```

```
W.R. Grace & Co.                        Invoice Number      2200108
7500 Grace Drive                        Invoice Date       11/23/11
Columbia, Maryland 21044                Client Number       172573
USA                                     Matter Number         50001
```

===============================================================================

Re: Correa v. W.R. Grace

FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
    Duplicating/Printing/Scanning                2.80

                    CURRENT EXPENSES                            2.80
                                                         -------------

                    TOTAL BALANCE DUE UPON RECEIPT            $2.80
                                                         =============
```

```
                            REED SMITH LLP
                           PO Box 360074M
                        Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630


    W.R. Grace & Co.                       Invoice Number       2200108
    7500 Grace Drive                       Invoice Date        11/23/11
    Columbia, Maryland 21044               Client Number         172573
    USA                                    Matter Number          50001


    ================================================================================

    Re: (50001)  Correa v. W.R. Grace


    FOR COSTS ADVANCED AND EXPENSES INCURRED:

    10/06/11   Duplicating/Printing/Scanning                        .10
               ATTY # 000349: 1 COPIES

    10/28/11   Duplicating/Printing/Scanning                       2.70
               ATTY # 10886; 27 COPIES

                         CURRENT EXPENSES                          2.80
                                                            ------------
                         TOTAL BALANCE DUE UPON RECEIPT           $2.80
                                                            ============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630



    W.R. Grace & Co.                       Invoice Number      2200109
    7500 Grace Drive                       Invoice Date       11/23/11
    Columbia, Maryland 21044               Client Number       172573
    USA
```

================================================================================

Re: W. R. Grace & Co.

(60033)   Claim Analysis Objection Resolution & Estimation
          (Asbestos)

```
     Fees                                        0.00
     Expenses                                   29.00

                     TOTAL BALANCE DUE UPON RECEIPT            $29.00
                                                         =============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630


    W.R. Grace & Co.                        Invoice Number      2200109
    7500 Grace Drive                        Invoice Date       11/23/11
    Columbia, Maryland 21044                Client Number       172573
    USA                                     Matter Number        60033


===============================================================================

Re: Claim Analysis Objection Resolution & Estimation
    (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

    Duplicating/Printing/Scanning                 29.00

                    CURRENT EXPENSES                                  29.00
                                                                -------------

                    TOTAL BALANCE DUE UPON RECEIPT                   $29.00
                                                                =============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

| | |
|---|---|
| W.R. Grace & Co. | Invoice Number   2200109 |
| 7500 Grace Drive | Invoice Date      11/23/11 |
| Columbia, Maryland 21044 | Client Number      172573 |
| USA | Matter Number       60033 |

================================================================================

Re: (60033)   Claim Analysis Objection Resolution & Estimation
              (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---:|
| 10/04/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 18 COPIES | 1.80 |
| 10/04/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 18 COPIES | 1.80 |
| 10/10/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 18 COPIES | 1.80 |
| 10/10/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 18 COPIES | 1.80 |
| 10/10/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 18 COPIES | 1.80 |
| 10/10/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 19 COPIES | 1.90 |
| 10/18/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 2 COPIES | .20 |
| 10/21/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 10/21/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 2 COPIES | .20 |
| 10/21/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 4 COPIES | .40 |
| 10/27/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |

```
172573  W. R. Grace & Co.                                  Invoice Number    2200109
60033   Claim Analysis Objection Resolution & Estimation Page    2
        (Asbestos)
        November 23, 2011


  10/27/11   Duplicating/Printing/Scanning                              .10
             ATTY # 000559: 1 COPIES

  10/27/11   Duplicating/Printing/Scanning                              .10
             ATTY # 000559: 1 COPIES

  10/27/11   Duplicating/Printing/Scanning                              .10
             ATTY # 000559: 1 COPIES

  10/27/11   Duplicating/Printing/Scanning                              .10
             ATTY # 000559: 1 COPIES

  10/27/11   Duplicating/Printing/Scanning                              .10
             ATTY # 000559: 1 COPIES

  10/27/11   Duplicating/Printing/Scanning                              .10
             ATTY # 000559: 1 COPIES

  10/27/11   Duplicating/Printing/Scanning                              .80
             ATTY # 000559: 8 COPIES

  10/27/11   Duplicating/Printing/Scanning                              .80
             ATTY # 000559: 8 COPIES

  10/27/11   Duplicating/Printing/Scanning                              .90
             ATTY # 000559: 9 COPIES

  10/27/11   Duplicating/Printing/Scanning                             1.20
             ATTY # 000559: 12 COPIES

  10/27/11   Duplicating/Printing/Scanning                             1.20
             ATTY # 000559: 12 COPIES

  10/27/11   Duplicating/Printing/Scanning                              .80
             ATTY # 000559: 8 COPIES

  10/27/11   Duplicating/Printing/Scanning                              .90
             ATTY # 000559: 9 COPIES

  10/27/11   Duplicating/Printing/Scanning                             1.20
             ATTY # 000559: 12 COPIES

  10/27/11   Duplicating/Printing/Scanning                             1.80
             ATTY # 000559: 18 COPIES

  10/27/11   Duplicating/Printing/Scanning                              .30
             ATTY # 000559: 3 COPIES

  10/27/11   Duplicating/Printing/Scanning                              .30
             ATTY # 000559: 3 COPIES
```

```
172573  W. R. Grace & Co.                              Invoice Number   2200109
 60033  Claim Analysis Objection Resolution & Estimation Page    3
        (Asbestos)
        November 23, 2011



 10/28/11   Duplicating/Printing/Scanning                              .10
            ATTY # 000559: 1 COPIES

 10/28/11   Duplicating/Printing/Scanning                             1.80
            ATTY # 000559: 18 COPIES

 10/28/11   Duplicating/Printing/Scanning                             1.80
            ATTY # 000559: 18 COPIES

 10/28/11   Duplicating/Printing/Scanning                             1.80
            ATTY # 000559: 18 COPIES

                            CURRENT EXPENSES                         29.00
                                                              ------------
                            TOTAL BALANCE DUE UPON RECEIPT         $29.00
                                                              ============
```