**Saul Ewing** LLP

CELEBRATING 90 YEARS

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | | |
|---|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number | 2142433 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date | 11/07/11 |
| Peninsula Capital Advisors LLC | Client Number | 359022 |
| 404B East Main Street | Matter Number | 00014 |
| Charlottesville, VA  22902 | | |

Re:   Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Photocopying | 21.80 |
| Messenger Service | 7.50 |
| Federal Express | 129.32 |
| CURRENT EXPENSES | 158.62 |
| **TOTAL AMOUNT OF THIS  INVOICE** | 158.62 |
| **NET AMOUNT OF THIS INVOICE** | 158.62 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

# Saul Ewing
### LLP
C E L E B R A T I N G  9 0  Y E A R S

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number    2142430 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date    11/07/11 |
| Peninsula Capital Advisors LLC | Client Number    359022 |
| 404B East Main Street | Matter Number    00001 |
| Charlottesville, VA  22902 | |

Re:   Asset Disposition

FOR PROFESSIONAL SERVICES RENDERED THROUGH  10/31/11:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/07/11 | TKD | Review claim settlements and asset disposition reports | 0.3 | 195.00 |
| 10/18/11 | TKD | Review Motion to approve Sale Agreement for the Vermiculite Business; Review order and other documents | 0.7 | 455.00 |
| 10/19/11 | TKD | Review Motion to Approve Merger of subs into WRGrace-Conn, and all related documents | 0.8 | 520.00 |
| 10/27/11 | TKD | Review Report of Quarterly Asset Sales | 0.2 | 130.00 |
| 10/27/11 | TKD | Reviewed designated leases for the Garlock Appeal | 0.2 | 130.00 |
| | | TOTAL HOURS | 2.2 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 2.2 | at | $650.00 | = | 1,430.00 |

CURRENT FEES      1,430.00

TOTAL AMOUNT OF THIS INVOICE      1,430.00

NET AMOUNT OF THIS INVOICE      1,430.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

# Saul Ewing LLP
CELEBRATING 90 YEARS

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2142431 |
| Invoice Date | 11/07/11 |
| Client Number | 359022 |
| Matter Number | 00004 |

Re:  Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/11:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/03/11 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 10/04/11 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 10/05/11 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 10/06/11 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 10/07/11 | TKD | Review all filings and share with team | 0.5 | 325.00 |
| 10/10/11 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 10/10/11 | TKD | Review revised US Trustee guidelines on meals and lodging, etc. expenses | 0.4 | 260.00 |
| 10/11/11 | TKD | Review all case filings and share with team | 0.3 | 195.00 |
| 10/12/11 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 10/13/11 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 10/17/11 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 10/18/11 | TKD | Review case filings and share with team | 0.5 | 325.00 |
| 10/19/11 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 10/19/11 | TKD | Reviewed motion to amend OCP cap on a monthly basis | 0.4 | 260.00 |
| 10/20/11 | TKD | Review all filings and share with team. | 0.6 | 390.00 |
| 10/21/11 | TKD | Review all case filings | 0.4 | 260.00 |
| 10/21/11 | TBB | Forward ECf filings to group. | 0.2 | 39.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00004

11/07/11

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 10/24/11 | TKD | Review all case filings | 0.4 | 260.00 |
| 10/24/11 | TBB | Forward ECf filings to group | 0.2 | 39.00 |
| 10/25/11 | TKD | Review all case filings | 0.4 | 260.00 |
| 10/25/11 | TBB | Forward all filings to group | 0.2 | 39.00 |
| 10/26/11 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 10/27/11 | TKD | Review all case filings | 0.5 | 325.00 |
| 10/27/11 | TBB | Forward all filings to group | 0.1 | 19.50 |
| 10/28/11 | TKD | Review all filings and share with team | 0.5 | 325.00 |
| 10/31/11 | TKD | Review all case filings and share with court | 0.5 | 325.00 |

TOTAL HOURS    10.9

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|----|------|----|-------|
| Tracy B. Buck | 0.7 | at | $195.00 | = | 136.50 |
| Teresa K.D. Currier | 10.2 | at | $650.00 | = | 6,630.00 |

CURRENT FEES    6,766.50

**TOTAL AMOUNT OF THIS  INVOICE**    6,766.50

**NET AMOUNT OF THIS INVOICE**    6,766.50

# Saul Ewing
### LLP
#### CELEBRATING 90 YEARS

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | |
| c/o R. Ted. Wechsler, Chairman | |
| Peninsula Capital Advisors LLC | |
| 404B East Main Street | |
| Charlottesville, VA  22902 | |

| | |
|---|---|
| Invoice Number | 2142432 |
| Invoice Date | 11/07/11 |
| Client Number | 359022 |
| Matter Number | 00008 |

Re:   Committee:  Creditors', Noteholders' Or Equity Holders'

FOR PROFESSIONAL SERVICES RENDERED THROUGH  10/31/11:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/26/11 | TKD | Review materials, prepare for Committee meeting Thursday Nov. 3 | 1.2 | 780.00 |
| | | TOTAL HOURS | 1.2 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Teresa K.D. Currier | 1.2   at   $650.00   = | | 780.00 |
| CURRENT FEES | | | 780.00 |

| | |
|---|---|
| **TOTAL AMOUNT OF THIS  INVOICE** | 780.00 |
| **NET AMOUNT OF THIS INVOICE** | 780.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

# Saul Ewing
### LLP
C E L E B R A T I N G   9 0   Y E A R S

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | |
| c/o R. Ted. Wechsler, Chairman | |
| Peninsula Capital Advisors LLC | |
| 404B East Main Street | |
| Charlottesville, VA  22902 | |

| | |
|---|---|
| Invoice Number | 2142434 |
| Invoice Date | 11/07/11 |
| Client Number | 359022 |
| Matter Number | 00015 |

Re:   Fee Applications/Applicant

FOR PROFESSIONAL SERVICES RENDERED THROUGH  10/31/11:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/20/11 | TBB | Draft CNO to Saul Ewing's twenty sixth monthly fee application. | 0.5 | 97.50 |
| 10/21/11 | TBB | File and serve CNO to Saul Ewing's twenty sixth monthly fee application. | 0.8 | 156.00 |
| 10/25/11 | TKD | Review and approve Saul Ewing fee application | 0.4 | 260.00 |
| 10/26/11 | TBB | Draft Saul Ewing's twenty seventh monthly fee application | 0.6 | 117.00 |
| 10/26/11 | TBB | File and serve Saul Ewing's twenty seventh monthly fee application. | 0.8 | 156.00 |

TOTAL HOURS     3.1

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 2.7 | at | $195.00 | = | 526.50 |
| Teresa K.D. Currier | 0.4 | at | $650.00 | = | 260.00 |

CURRENT FEES     786.50

**TOTAL AMOUNT OF THIS  INVOICE**     786.50

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00015

11/07/11

## NET AMOUNT OF THIS INVOICE

786.50

# Saul Ewing
### LLP
CELEBRATING 90 YEARS

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | |
| c/o R. Ted. Wechsler, Chairman | |
| Peninsula Capital Advisors LLC | |
| 404B East Main Street | |
| Charlottesville, VA  22902 | |

| | |
|---|---|
| Invoice Number | 2142436 |
| Invoice Date | 11/07/11 |
| Client Number | 359022 |
| Matter Number | 00020 |

Re:   Plan and Disclosure Statement

FOR PROFESSIONAL SERVICES RENDERED THROUGH  10/31/11:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/03/11 | TKD | Review Garlock pleadings requesting a status conference | 0.3 | 195.00 |
| 10/07/11 | TKD | Review Memorandum Opinion relating to Garlock Motions | 0.4 | 260.00 |
| 10/13/11 | TKD | Review Notice of Appeal filed by Garlock | 0.3 | 195.00 |
| | | TOTAL HOURS | 1.0 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 1.0 | at | $650.00 | = | 650.00 |

| | |
|---|---|
| CURRENT FEES | 650.00 |

| | |
|---|---|
| **TOTAL AMOUNT OF THIS  INVOICE** | 650.00 |

| | |
|---|---|
| **NET AMOUNT OF THIS INVOICE** | 650.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

# Saul Ewing
LLP
CELEBRATING 90 YEARS

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | |
| c/o R. Ted. Wechsler, Chairman | |
| Peninsula Capital Advisors LLC | |
| 404B East Main Street | |
| Charlottesville, VA 22902 | |

| | |
|---|---|
| Invoice Number | 2142435 |
| Invoice Date | 11/07/11 |
| Client Number | 359022 |
| Matter Number | 00016 |

Re: Fee Applications/Others

FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/11:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/20/11 | TBB | Draft CNO to Kramer Levin's one hundred and twentieth monthly fee application. | 0.5 | 97.50 |
| 10/24/11 | TBB | File and serve CNO to Kramer Levin's one hundred and twentieth monthly fee application. | 0.8 | 156.00 |
| 10/25/11 | TKD | Review and approve Kramer Levin CNO | 0.2 | 130.00 |
| 10/26/11 | TBB | Draft Notice and Affidavit of Service for Kramer Levin's one hundred and twenty first monthly fee application. | 0.3 | 58.50 |
| 10/26/11 | TBB | File and serve Kramer Levin's one hundred and twenty first monthly fee application. | 0.8 | 156.00 |
| 10/27/11 | TKD | Review Report of Amounts paid to Ordinary Course Professionals | 0.3 | 195.00 |
| 10/28/11 | TKD | Review Kramer Levin fee app | 0.3 | 195.00 |
| 10/31/11 | TKD | Reviewed Fee Auditor Combined Report sent by Bobbi Ruhlander | 0.4 | 260.00 |

TOTAL HOURS    3.6

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 2.4 | at | $195.00 | = | 468.00 |
| Teresa K.D. Currier | 1.2 | at | $650.00 | = | 780.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00016

11/07/11

|  | |
|---|---:|
| CURRENT FEES | 1,248.00 |
| **TOTAL AMOUNT OF THIS INVOICE** | 1,248.00 |
| **NET AMOUNT OF THIS INVOICE** | 1,248.00 |