# EXHIBIT 1

# WR Grace & Co. et al

Total number of parties: 153

### Exhibit 1 - WR Grace & Co. et al

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 46153 | ALBERTA ENVIRONMENT & WATER, MINISTER HON DIANA MCQUEEN, 10 FLR, PETROLEUM PLAZA SOUTH TWR, 9915 - 108 ST, EDMONTON, AB, T5K 2G8 CANADA | US Mail (1st Class) |
| 46153 | ALBERTA FINANCE & ENTERPRISE, ROOM 426 TERRACE BLDG, 9515 - 107 STREET, EDMONTON, AB, T5K 2C3 CANADA | US Mail (1st Class) |
| 46153 | ALBERTA FINANCE & ENTERPRISE, TAX & REVENUE ADMINISTRATION, 9811 - 109 STREET, EDMONTON, AB, T5K 2L5 CANADA | US Mail (1st Class) |
| 46153 | ALBERTA JUSTICE, COMMUNICATIONS, MINISTER VERLYN OLSON, OC, 3RD FLR, BOWKER BLDG, 9833 - 109TH ST, EDMONTON, AB, T5K 2E8 CANADA | US Mail (1st Class) |
| 46153 | ARIZONA ATTORNEY GENERAL TOM HORNE, OFFICE OF THE ATTORNEY GENERAL, 125 WEST WASHINGTON ST, PHOENIX, AZ, 85007-2926 | US Mail (1st Class) |
| 46153 | ARIZONA ATTORNEY GENERAL TOM HORNE, OFFICE OF THE ATTORNEY GENERAL, 400 WEST CONGRESS SOUTH BLDG STE 315, TUCSON, AZ, 85701-1367 | US Mail (1st Class) |
| 46153 | ARIZONA DEPT ENVIRONMENTAL QUALITY, 1110 W WASHINGTON, PHOENIX, AZ, 85007 | US Mail (1st Class) |
| 46153 | ARIZONA DEPT ENVIRONMENTAL QUALITY, (RE ARIZONA DEPT OF ENV QUALITY), 1110 W WASHINGTON, PHOENIX, AZ, 85007 | US Mail (1st Class) |
| 46153 | ARIZONA DEPT OF ENV QUALITY, JACQUELINE E SCHAFER DIR, 3033 N CENTRAL AVE, PHOENIX, AZ, 85012 | US Mail (1st Class) |
| 46153 | ARIZONA DEPT OF REVENUE, BANKRUPTCY LITIGATION SECTION, 1600 WEST MONROE, PHOENIX, AZ, 85007 | US Mail (1st Class) |
| 46153 | ATTORNEY GENERAL OF FLORIDA, PAM BONDI OFFICE OF THE ATTORNEY GENERAL, THE CAPITOL, PL-01, TALLAHASSEE, FL, 32399-1050 | US Mail (1st Class) |
| 46153 | ATTORNEY GENERAL OF SOUTH CAROLINA, ALAN WILSON, REMBERT DENNIS BLDG ROOM 519, 1000 ASSEMBLY ST, COLUMBIA, SC, 29201 | US Mail (1st Class) |
| 46153 | ATTORNEY GENERAL, DISTRICT OF DELAWARE, BEAU BIDEN, CARVEL STATE OFFICE BLDG, 820 N FRENCH ST, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 46153 | ATTORNEY GENERALS OFFICE, CARVEL STATE OFFICE BLDG, 820 FRENCH ST, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 46153 | ATTY GENERAL OF MARYLAND, J CURRAN, JR , ESQ , THE MUNSEY BLDG, 7 N CALVERT ST 2ND FL, BALTIMORE, MD, 21202 | US Mail (1st Class) |
| 46154 | BENFORD CAPITAL PARTNERS, LLC, DARREL KOCH MARKETING ASSOCIATE, ONE NORTH FRANKLIN, SUITE 3310, CHICAGO, IL, 60606 | US Mail (1st Class) |
| 46153 | BROWARD COUNTY DEP OF FINANCE, REVENUE COLLECTION DIVISION, GOVERNMENTAL CENTER ANNEX, 115 S ANDREWS AVE, FT LAUDERDALE, FL, 33301 | US Mail (1st Class) |
| 46153 | CANADIAN ENVIRONMENTAL ASSESSMENT AGCY, 22ND FL, PLACE BELL, 160 ELGIN ST, OTTAWA, ON, K1A 0H3 CANADA | US Mail (1st Class) |
| 46153 | CANADIAN LINEN AND UNIFORM, 8631 STADIUM ROAD, EDMONTON, AB, T5H 3W9 CANADA | US Mail (1st Class) |
| 46153 | CARIE YOUNG, 1239 EAST 22ND ST, WINSTON-SALEM, NC, 27105 | US Mail (1st Class) |
| 46154 | CID CAPITAL, JOHN APLIN MANAGING DIRECTOR, 201 W 103 ST , SUITE 200, INDIANAPOLIS, IN, 46290 | US Mail (1st Class) |
| 46153 | CITY OF EDMONTON, 14810 123RD AVENUE, EDMONTON, AB, T5L 2Y5 CANADA | US Mail (1st Class) |
| 46153 | CITY OF PHOENIX, PO BOX 78815, PHOENIX, AZ, 85062-8815 | US Mail (1st Class) |
| 46153 | CITY OF PHOENIX ARIZONA, JEROME MILLER, DEPUTY CITY MANAGER, WATER SERVICES DEPARTMENT, 200 W WASHINGTON ST , 9TH FL, PHOENIX, AZ, 85003 | US Mail (1st Class) |
| 46153 | CITY OF POMPANO BEACH, PO DRAWER 1300, POMPANO BEACH, FL, 33061 | US Mail (1st Class) |
| 46153 | CITY OF POMPANO BEACH, POBOX 908, POMPANO BEACH, FL, 33061 | US Mail (1st Class) |
| 46153 | CITY OF POMPANO BEACH, OCCUPATIONAL LICENSE DEPT, 100 WEST ATLANTIC ROOM 322, POMPANO BEACH, FL, 33060 | US Mail (1st Class) |
| 46153 | CITY OF WINNIPEG, 1140 PACIFIC AVENUE, WINNIPEG, MB, R3E 1C6 CANADA | US Mail (1st Class) |
| 46154 | COPELEY CAPITAL, LANE FAISON PRINCIPAL, 129 WEST TRADE STREET, SUITE 1225, CHARLOTTE, NC, 28202 | US Mail (1st Class) |
| 46154 | CORNERSTONE INDUSTRIAL GROUP, LLC, MICHAEL C ADAMS MANAGING DIRECTOR, 175 PARK PLACE, CHAGRIN FALLS, OH, 44022 | US Mail (1st Class) |
| 46153 | COUNTY TREASURER, CHARLESTON COUNTY, PO BOX 878, CHARLESTON, SC, 29402-0878 | US Mail (1st Class) |

## Exhibit 1 - WR Grace & Co. et al

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 46153 | DELAWARE DIVISION OF REVENUE, PATRICK CARTER, DIRECTOR, 820 N FRENCH STREET, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 46154 | DESCO CAPITAL, KIEL KENNEDY ASSOCIATE, 150 E CAMPUS VIEW BLVD SUITE 250, COLUMBUS, OH, 43235 | US Mail (1st Class) |
| 46154 | DICALITE MANAGEMENT GROUP, JASON GUZEK VICE PRESIDENT, 1 BALA AVENUE SUITE 310, BALA CYNWYD, PA, 19004 | US Mail (1st Class) |
| 46153 | DOLORES YOUNG SHANNON, 1152 ANNA ST, TEANECK, NJ, 07666 | US Mail (1st Class) |
| 46153 | EMILY M HARRISON, 421 OAKVIEW FARMS RD , WOODRUFF, SC, 29388 | US Mail (1st Class) |
| 46153 | ENVIRONMENT CANADA, HONOROBLE PETER KENT, MINISTER OF ENVIRONMENT, LES TERRASSES DE LA CHAUDIERE, 10 WELLINGTON ST, 28TH FL, GATINEAU, QB, K1A 0H3 CANADA | US Mail (1st Class) |
| 46153 | FIATP TIMBER LLC, C/O FOREST INVESTMENT ASSOCIATES L P , 15 PIEDMONT CENTER, SUITE 1250, ATLANTA, GA, 30305 | US Mail (1st Class) |
| 46153 | FL DEPT OF ENV PROTECTION, 2600 BLAIR STONE RD, TALLAHASSEE, FL, 32399-2400 | US Mail (1st Class) |
| 46153 | FLA DEPT OF ENVIRONMENTAL PROT, 3900 COMMONWEALTH BLVD MS 35, TALLAHASSEE, FL, 32399-3000 | US Mail (1st Class) |
| 46153 | FLORIDA DEPT OF EPA, FL DEPT OF ENVIRONMENTAL PROTECTION, 400 N CONGRESS AVE STE 200, W PALM BEACH, FL, 33401-2913 | US Mail (1st Class) |
| 46153 | FLORIDA DEPT OF REVENUE, 5050 W TENNESSEE ST, TALLAHASSEE, FL, 32399-0125 | US Mail (1st Class) |
| 46153 | FLORIDA DEPT OF REVENUE, BANKRUPTCY SECTION, PO BOX 6668, TALLAHASSEE, FL, 32314-6668 | US Mail (1st Class) |
| 46153 | FLORIDA DEPT OF REVENUE, MARSHALL STRANBERG, GEN COUNSEL, PO BOX 6668, TALLAHASSEE, FL, 32314-6668 | US Mail (1st Class) |
| 46153 | FLORIDA DEPT OF STATE, DIVISION OF LICENSING, PO BOX 6327, TALLAHASSEE, FL, 32314-6327 | US Mail (1st Class) |
| 46154 | GEMINI INVESTORS, ROBERT MENN SENIOR ASSOCIATE, 20 WILLIAM STREET SUITE 250, WELLESLEY, MA, 02481 | US Mail (1st Class) |
| 46153 | GENERAL ELECTRIC RAILCAR SERVICES CORPORATION, SUSAN THORNTON, ACCOUNT MANAGER, 161 NORTH CLARK STREET, CHICAGO, IL, 60601 | US Mail (1st Class) |
| 46153 | GERINA YOUNG, 1152 ANNA ST, TEANECK, NJ, 07666 | US Mail (1st Class) |
| 46153 | GLADYS CLAY, 77 MATTLAGE PLACE, APT 3, ENGLEWOOD, NJ, 07631 | US Mail (1st Class) |
| 46153 | GOVERNMENT OF ONTARIO, THE HONORABLE DWIGHT DUNCAN MINISTER OF FINANCE, 7 QUEEN'S PARK CRESCENT 7TH FL, TORONTO, ON, M7A 1Y7 CANADA | US Mail (1st Class) |
| 46153 | GREENVILLE COUNTY TAX COLLECTOR, PO BOX 368, GREENVILLE, SC, 29602-0368 | US Mail (1st Class) |
| 46153 | GREENVILLE COUNTY TAX COLLECTOR, 301 UNIVERSITY RDG STE 700, GREENVILLE, SC, 29601 | US Mail (1st Class) |
| 46153 | GREENVILLE SCALE COMPANY, INC , 149 LANDMARK DRIVE, TAYLORS, SC, 29687 | US Mail (1st Class) |
| 46153 | GULF RESOURCES LTD , LEVEL 10 GOLD FIELDS HOUSE, 1 ALFRED STREET, SYDNEY, NS, NSW 2000 AUSTRALIA | US Mail (1st Class) |
| 46154 | HADLEY CAPITAL, CARINA KEALY DIRECTOR OF FINANCE, 1200 CENTRAL AVENUE SUITE 300, WILMETTE, IL, 60091 | US Mail (1st Class) |
| 46153 | HER MAJESTY QUEEN OF RIGHT CANADA, JACUELINE DAIS-VISCA, 130 KING ST WEST STE 2400, THE EXCHANGE TOWER, TORONTO, ON, M5X 1KC CANADA | US Mail (1st Class) |
| 46153 | I&M INDUSTRIALS, INC , PO BOX 8775, 10 AKRON DRIVE, DONALDSON CENTER, GREENVILLE, SC, 29604 | US Mail (1st Class) |
| 46154 | IMERYS SA, FREDERIQUE BERTHIER LEGAL MANAGER M&A, 154 RUE DE L'UNIVERSITE F-75007, PARIS, FRANCE | US Mail (1st Class) |
| 46154 | INDUSTRIAL MINERAL HOLDING, WENKE THOMAN VICE PRESIDENT, 136 E 57TH STREET, 15F, NEW YORK, NY, 10022 | US Mail (1st Class) |
| 46153 | INFINITE ENERGY INC , 7001 SOUTHWEST 24TH AVENUE, GAINESVILLE, FL, 32607-3704 | US Mail (1st Class) |
| 46153 | INTERNAL REVENUE SERVICE, JAMES FIERLE, UNITED STATES TREASURY, 7850 SW 6TH COURT, PLANTATION, FL, 33324 | US Mail (1st Class) |
| 46153 | JACK MCKITTRICK, PO BOX 2004, CAMDEN, SC, 29020 | US Mail (1st Class) |
| 46153 | JACK W HARRISON, 1901 SHARON ROAD, WOODRUFF, SC, 29388 | US Mail (1st Class) |
| 46153 | JASON GUZEK, 1 BALA AVENUE, SUITE 310, BALA CYNWYD, PA, 19004 | US Mail (1st Class) |
| 46153 | LAURENS COUNTY TREASURER, ATTN CYNTHIA M BURKE, PO BOX 1049, LAURENS, SC, 29360 | US Mail (1st Class) |
| 46153 | LAW OFFICES OF JAMIE P YADGAROFF, LLC, ONE BALA AVENUE, SUITE 310, BALA CYNWYD, PA, 19004 | US Mail (1st Class) |
| 46153 | LEONORA ANNE VERENES, 1023 SOUTH BOUNDARY AVE, AIKEN, SC, 29809 | US Mail (1st Class) |
| 46153 | LEROY YOUNG, JR , 1139 CONGRESS AVE , TEANECK, NJ, 07666 | US Mail (1st Class) |
| 46154 | MAIN STREET CAPITAL CORP , DAVID MAGDOL MANAGING DIRECTOR, 1300 POST OAK BLVD SUITE 800, HOUSTON, TX, 77056 | US Mail (1st Class) |

## Exhibit 1 - WR Grace & Co. et al

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 46153 | MANITOBA CONSERVATION, MINISTER BILL BLAIKIE, PUBLIC INFO CENTRE, BOX 22, 200 SAULTEAUX CRESCENT, WINNIPEG, MB, R3J 3W3 CANADA | US Mail (1st Class) |
| 46153 | MANITOBA FINANCE - TAXATION DIVISION, 101 - 401 YORK AVENUE, WINNIPEG, MB, R3C 0P8 CANADA | US Mail (1st Class) |
| 46153 | MANITOBA FINANCE - TAXATION DIVISION, 314, 340 - 9TH STREET, BRANDON, MB, R7A 6C2 CANADA | US Mail (1st Class) |
| 46153 | MANITOBA JUSTICE, MINISTER ANDREW SWAN, 1110 - 405 BROADWAY, WINNIPEG, MB, R3C 3L6 CANADA | US Mail (1st Class) |
| 46153 | MARGARET THOMPSON, 120 GAIL DRIVE, MAULDIN, SC, 29662 | US Mail (1st Class) |
| 46153 | MARICOPA COUNTY ARIZONA, 222 NORTH CENTRAL, SUITE 1110, PHOENIX, AZ, 85004 | US Mail (1st Class) |
| 46153 | MARICOPA COUNTY ENVIRONMENTAL SERVICES, JOHN KOLMAN, DIR ENVIRONMENTAL SERVICES, 1001 N CENTRAL AVE, STE 400, PHOENIX, AZ, 85004 | US Mail (1st Class) |
| 46153 | MARICOPA COUNTY TREASURER, PO BOX 78574, PHOENIX, AZ, 85062-8574 | US Mail (1st Class) |
| 46153 | MARICOPA COUNTY TREASURER, DOUG TODD, TREASURER, 301 W JEFFERSON ST - RM 100, PHOENIX, AZ, 85003-2199 | US Mail (1st Class) |
| 46153 | MARSHA YOUNG, 377 W PALISADE AVE, ENGLEWOOD, NJ, 07631 | US Mail (1st Class) |
| 46153 | MARY DULA, 132 SWING ABOUT ROAD, GREENWOOD, SC, 29649 | US Mail (1st Class) |
| 46153 | MASSACHUSETTS DEPT OF ENVIRONMENTAL PROT, C/O CAROL IANCU AAG, MA OFFICE OF THE ATTORNEY GENERAL, 200 PORTLAND ST 3RD FLR, BOSTON, MA, 02114 | US Mail (1st Class) |
| 46153 | MASSACHUSETTS DEPT OF ENVIRONMENTAL PROT, MASSACHUSETTS OFFICE OF THE ATTORNEY GENERAL, CAROL IANSU ATTORNEY GENERAL, ONE ASHBURTON PLACE, RM 1813, BOSTON, MA, 02108 | US Mail (1st Class) |
| 46154 | MERIWETHER CAPITAL, LLC, ROBERT W PETIT PRESIDENT, 30 ROCKEFELLER PLAZA, ROOM 5600, NEW YORK, NY, 10128 | US Mail (1st Class) |
| 46153 | NANOPACK INC, 290 MUSKET LANE, WAYNE, PA, 19087 | US Mail (1st Class) |
| 46154 | NEBRASKA HEAVY INDUSTRIES, LLC, DAVE HADANI CEO, 720 O STREET, LOT E, LINCOLN, NE, 68508 | US Mail (1st Class) |
| 46153 | ONTARIO MINISTRY OF ATTORNEY GENERAL, MINISTER CHRIS BENTLEY, MCMURTRY-SCOTT BLDG, 720 BAY ST 11TH FL, TORONTO, ON, M7A 2S9 CANADA | US Mail (1st Class) |
| 46153 | ONTARIO MINISTRY OF ENVIRONMENT, MINISTER JOHN WILKINSON, PUBLIC INFO CENTRE, 1ST FL, 135 ST CLAIR AVE W, TORONTO, ON, M4V 1P5 CANADA | US Mail (1st Class) |
| 46154 | OPENGATE CAPITAL, CHRIS BADDON BUSINESS DEVELOPMENT ASSOCIATE, 10250 CONSTELLATION BLVD SUITE 1750, LOS ANGELES, CA, 90067 | US Mail (1st Class) |
| 46153 | PATRICIA YOUNG TAYLOR, 271 PLAINFIELD RD, EDISON, NJ, 08820 | US Mail (1st Class) |
| 46153 | PAUL KENNETH HANNA AND, KATIE BELL HANNA, PO BOX 366, CROSS HILL, SC, 29332 | US Mail (1st Class) |
| 46154 | PEGASUS CAPITAL GROUP, BRYAN MILLER ASSOCIATE, 3250 OCEAN PARK BOULEVARD SUITE 203, SANTA MONICA, CA, 90405 | US Mail (1st Class) |
| 46153 | PUBLIC WORKS AND GOVERNMENT, SERVICES CANADA, CANADIAN GOVERNMENT PUBLISHING, OTTAWA, ON, K1A 0S9 CANADA | US Mail (1st Class) |
| 46153 | RECEIVER GENERAL FOR CANADA, NATIONAL RESEARCH COUNCIL CANADA, 1200 MONTREAL ROAD, OTTAWA, ON, K1A 0R6 CANADA | US Mail (1st Class) |
| 46153 | RECEIVER GENERAL OF CANADA, NATIONAL RESOURCES CANADA, MTL/CANMET, 568 BOOTH ST, OTTAWA ONTARIO, ON, K1A 0G1 CANADA | US Mail (1st Class) |
| 46154 | RFC MANAGEMENT LLC, CATHERINE J BOGGS GENERAL COUNSEL, 1400 SIXTEENTH STREET SUITE 200, DENVER, CO, 80202 | US Mail (1st Class) |
| 46154 | RIVER ASSOCIATES INVESTMENTS, LLC, J MARK JONES PARTNER, 633 CHESTNUT ST SUITE 1640, CHATTANOOGA, TN, 37450 | US Mail (1st Class) |
| 46153 | ROCKY MOUNTAIN TRANSPORTATION SERVICES, INC, TERI COFFENBOW, PRESIDENT, 7312 RALSTON ROAD, ARVADA, CO, 80002 | US Mail (1st Class) |
| 46153 | S&B INDUSTRIAL MINERALS, S A, 15 A METAXA STREET, KIFISSIA, 145 64 GREECE | US Mail (1st Class) |
| 46154 | SAGE CAPITAL LLC, WESLEY M JONES PRINCIPAL, 8000 MARYLAND AVE, SUITE 1200, SAINT LOUIS, MO, 63105 | US Mail (1st Class) |
| 46153 | SC DEPT OF HEALTH & ENVIR, 2600 BULL ST, COLUMBIA, SC, 29201 | US Mail (1st Class) |
| 46153 | SECURITAS SECURITY SERVICES, INC, ONE CHICK SPRINGS ROAD, SUITE 310, GREENVILLE, SC, 29609 | US Mail (1st Class) |
| 46154 | SKAMOL AS, JESPER KIRKEBY HANSEN CEO, OSTERGADE 60, LEMVIG, 7620 DENMARK | US Mail (1st Class) |
| 46153 | SOUTH CAROLINA ATTY GENERAL, ATTN CHARLIE CONDON, REMBERT C DENNIS BLDG, PO BOX 11549, COLUMBIA, SC, 29211 | US Mail (1st Class) |
| 46153 | SOUTH CAROLINA DEPT OF, MC PROPERTY TAX, COLUMBIA, SC, 29214-0139 | US Mail (1st Class) |
| 46153 | SOUTH CAROLINA DEPT OF HEALTH AND E, DOUG BRYANT COMMISSIONER, 2600 BULL ST, COLUMBIA, SC, 29201 | US Mail (1st Class) |
| 46153 | SOUTH CAROLINA DEPT OF NAT RES, REMBERT C DENNIS BLDG, 1000 ASSEMBLY ST, COLUMBIA, SC, 29201 | US Mail (1st Class) |

### Exhibit 1 - WR Grace & Co. et al

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 46153 | SOUTH CAROLINA DEPT OF, AGRICULTURE, PO BOX 11280, COLUMBIA, SC, 29211 | US Mail (1st Class) |
| 46153 | SOUTH CAROLINA DEPT PUBLIC SAFETY, PO BOX 211849, COLUMBIA, SC, 29221 | US Mail (1st Class) |
| 46153 | SOUTH CAROLINA DHEC, 2600 BULL ST, COLUMBIA, SC, 29201 | US Mail (1st Class) |
| 46153 | SOUTH CAROLINA STATE TREASURER, 2600 BULL ST, COLUMBIA, SC, 29201-1708 | US Mail (1st Class) |
| 46153 | SPARTANBURG COUNTY, 26383 ROUTE 221, ENOREE, SC, 29355 | US Mail (1st Class) |
| 46153 | SPARTANBURG COUNTY TAX COLLECTOR, ATTN JEAN R JAMESON, PO BOX 3060, SPARTANBURG, SC, 29304 | US Mail (1st Class) |
| 46154 | SPELL CAPITAL PARTNERS, LLC, STEVE JONES SENIOR MANAGING DIRECTOR, 222 SOUTH NINTH STREET, SUITE 2880, MINNEAPOLIS, MN, 55402 | US Mail (1st Class) |
| 46153 | STARBOARD CAPITAL PARTNERS, LLC, 30 JELLIFF LANE, SOUTHPORT, CT, 06890 | US Mail (1st Class) |
| 46154 | STARBOARD CAPITAL PARTNERS, MARC BERGSCHNEIDER MANAGING DIRECTOR, 30 JELLIFF LANE, SOUTHPORT, CT, 06890 | US Mail (1st Class) |
| 46153 | STATE OF ARIZONA, DEPARTMENT OF REVENUE, 1600 W. MONROE ST, PHOENIX, AZ, 85007 | US Mail (1st Class) |
| 46153 | STATE OF DELAWARE DEPT OF JUSTICE, ATTORNEY GENERAL, DROWOS, STUART B, 820 N FRENCH ST, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 46153 | STATE OF DELAWARE, SECRETARY OF STATE, PO BOX 898, DOVER, DE, 19903 | US Mail (1st Class) |
| 46153 | STATE OF FLORIDA DEPARTMENT OF REVENUE, DEPARTMENT OF REVENUE, 104 CARLTON BLDG, 5050 W TENNESSEE ST, TALLAHASSEE, FL, 32399 | US Mail (1st Class) |
| 46153 | STATE OF SOUTH CAROLINA, LAURENS COUNTY, LYNN W LANCASTER, CLERK OF COURT, SC JUDICIAL DEPT, PO BOX 287, LAURENS, SC, 29360 | US Mail (1st Class) |
| 46153 | STATE OF SOUTH CAROLINA OFFICE, OF GENERAL SERVICES, 1201 MAIN ST SUITE 410, COLUMBIA, SC, 29201 | US Mail (1st Class) |
| 46153 | STATE OF SOUTH CAROLINA, DEPT OF REVENUE OF TAXATION, 301 GERVAOS ST, PO BOX 125, COLUMBIA, SC, 29214 | US Mail (1st Class) |
| 46153 | TERRANCE YOUNG, 419 CONLEE ST, LEHIGH ACRES, FL, 33974 | US Mail (1st Class) |
| 46154 | THE ANDERSON GROUP, LLC, BARRY SHAPIRO PARTNER, 121 WEST LONG LAKE ROAD 3RD FLOOR, BLOOMFIELD HILLS, MI, 48304 | US Mail (1st Class) |
| 46153 | THE ATTORNEY GENERAL OF CANADA, ATTN IAN R DICK, DEPARTMENT OF JUSTICE CANADA, 130 KING ST W, STE 3400, BOX 36, TORONTO, ON, M5X1K6 CANADA | US Mail (1st Class) |
| 46154 | THE STRONG COMPANY, WILLIAM A STRONG CEO, 4505 EMMETT SANDERS ROAD, PINE BLUFF, AR, 71601 | US Mail (1st Class) |
| 46153 | TOWN OF AJAX, 65 HARWOOD AVE S, AJAX, ON, L1S 2H9 CANADA | US Mail (1st Class) |
| 46153 | U S EPA REGION 4, LISA P JACKSON ADMIN, SAM NUNN ATLANTA FEDERAL CENTER, 61 FORSYTH ST, ATLANTA, GA, 30303-8960 | US Mail (1st Class) |
| 46154 | UNIMIN CORPORATION, LUKE C ANDERSON CFO, 258 ELM STREET, NEW CANAAN, CT, 06840 | US Mail (1st Class) |
| 46153 | UNION TANK CAR COMPANY, CAROL KUHNHEIN, ACCOUNT MANAGER, MANOR OAK ONE – SUITE 340, 1910 COCHRAN ROAD, PITTSBURGH, PA, 15220 | US Mail (1st Class) |
| 46153 | UNITED STATES OF AMERICA, C/O JAMES D FREEMAN ESQ, ENV ENFORCEMENT SECTION, 999 18TH ST STE 370, DENVER, CO, 80202-2413 | US Mail (1st Class) |
| 46153 | US ATTORNEY, 151 MEETING ST, SUITE 200, CHARLESTON, SC, 29401 | US Mail (1st Class) |
| 46153 | US ATTORNEY, 401 W EVANS ST, RM 222, FLORENCE, SC, 29501 | US Mail (1st Class) |
| 46153 | US ATTORNEY, 55 BEATTIE PLACE, SUITE 700, GREENVILLE, SC, 29601 | US Mail (1st Class) |
| 46153 | US ATTORNEY, ARIZONA, 405 W CONGRESS STREET, SUITE 4800, TUCSON, AZ, 85701-5040 | US Mail (1st Class) |
| 46153 | US ATTORNEY, ARIZONA, 123 N SAN FRANCISCO STREET, SUITE 410, FLAGSTAFF, AZ, 86001 | US Mail (1st Class) |
| 46153 | US ATTORNEY, ARIZONA, 4035 S AVENUE A, YUMA, AZ, 85365 | US Mail (1st Class) |
| 46153 | US ATTORNEY, ARIZONA, ANN BIRMINGHAM SCHEEL, TWO RENAISSANCE SQUARE, 40 N CENTRAL AVE, SUITE 1200, PHOENIX, AZ, 85004-4408 | US Mail (1st Class) |
| 46153 | US ATTORNEY, DISTRICT OF DELAWARE, CHARLES M OBERLY, III, P O BOX 2046, WILMINGTON, DE, 19899 | US Mail (1st Class) |
| 46153 | US ATTORNEY, DISTRICT OF MARYLAND, ROB J ROSENSTEIN, 36 S CHARLES STREET 4TH FL., BALTIMORE, MD, 21201 | US Mail (1st Class) |
| 46153 | US ATTORNEY, MASSACHUSETTS, DONOHUE FEDERAL BUILDING, ROOM #206, 595 MAIN ST, WORCESTER, MA, 01608 | US Mail (1st Class) |
| 46153 | US ATTORNEY, MASSACHUSETTS, FEDERAL BUILDING AND COURTHOUSE, 300 STATE STREET, SUITE 230, SPRINGFIELD, MA, 01105 | US Mail (1st Class) |
| 46153 | US ATTORNEY, MASSACHUSETTS, CARMEN M ORTIZ, JOHN JOSEPH MOAKLEY, UNITED STATES FEDERAL COURTHOUSE, 1 COURTHOUSE WAY, SUITE 9200, BOSTON, MA, 02210 | US Mail (1st Class) |

## Exhibit 1 - WR Grace & Co. et al

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 46153 | US ATTORNEY, SO DIST FLORIDA, 500 E BROWARD BLVD , FT LAUDERDALE, FL, 33394 | US Mail (1st Class) |
| 46153 | US ATTORNEY, SO DIST FLORIDA, 500 S AUSTRALIAN AVE STE 400, W PALM BEACH, FL, 33401 | US Mail (1st Class) |
| 46153 | US ATTORNEY, SO DIST FLORIDA, 505 SOUTH 2ND STREET, FT PIERCE, FL, 34950 | US Mail (1st Class) |
| 46153 | US ATTORNEY, SO DIST FLORIDA, 301 SIMONTON STREET, KEY WEST, FL, 33040 | US Mail (1st Class) |
| 46153 | US ATTORNEY, SO DISTRICT FLORIDA, WIFREDO A FERRER, 99 N E 4TH STREET, MIAMI, FL, 33132 | US Mail (1st Class) |
| 46153 | US ATTORNEY, WILLIAM N NETTLES, 1441 MAIN STREET, SUITE 500, COLUMBIA, SC, 29201 | US Mail (1st Class) |
| 46153 | US DEPT OF JUSTICE, ERIC HOLDER JR, US ATTY GENERAL, ATTORNEY GENERAL, 950 PENNSYLVANIA AVE NW, WASHINGTON, DC, 20530-0001 | US Mail (1st Class) |
| 46153 | VIRGINIA VERMICULITE, 13341 LOUISA ROAD, LOUISA, VA, 23093 | US Mail (1st Class) |
| 46154 | VIRGINIA VERMICULITE LLC, NED GUMBLE PRESIDENT, PO BOX 70, LOUISA, VA, 23093 | US Mail (1st Class) |
| 46153 | WASTE MANAGEMENT, INC , 390 INNOVATION WAY, WELLFORD, SC, 29385 | US Mail (1st Class) |

**Subtotal for this group: 153**