## Exhibit A

**October 2011 Fee Detail**

Matter 3                                                  Business Operations

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 10/3/2011 | Review correspondence re subsidiary merger matter (.20); confer with R. Higgins re same (.50); review Grace chart re balance sheet analysis on subsidiaries (.80). | 1.50 | $625 | $937.50 |
| RJH | 10/3/2011 | Analyze client documents re subsidiary merger (1.10); Draft schedules re same (3.50); multiple telephone conferences with C. Finke re same (.70); telephone conference with C. Finke and I. Slomka re same (.50); telephone conference with T. Dyer re same (.40); legal research re same (.80); confer with J Baer re same (.20). | 7.20 | $475 | $3,420.00 |
| JSB | 10/4/2011 | Confer with R. Higgins and J. McFarland re subsidiary merger matters and review information re same (1.50); review claims and other related issues for subsidiary project (2.00); several conferences with R. Higgins re same (.50); prepare follow up correspondence on issues re certain subsidiary merger issues (.30). | 4.30 | $625 | $2,687.50 |
| RJH | 10/4/2011 | Draft subsidiary merger schedules (7.50); confer with J. Baer re same (.50); telephone conference with J. McFarland re same (1.10); legal research re same (1.00); analyze client documents re same (.80). | 10.90 | $475 | $5,177.50 |
| JSB | 10/5/2011 | Participate in conference with Grace and Blackstone re subsidiary merger analysis (.80); confer further and review correspondence re same (.40); review additional claim documents for subsidiary issues (.40). | 1.60 | $625 | $1,000.00 |
| RJH | 10/5/2011 | Draft declaration in support of subsidiary merger motion (1.80); prepare schedules for same (3.50); analyze client documents re same (1.10); revise schedule of non-operating debtors (1.50); participate in telephone conference with client and others re subsidiary merger (1.10). | 9.00 | $475 | $4,275.00 |
| JSB | 10/6/2011 | Numerous conferences with R. Higgins re subsidiary merger issues (.70); review and respond to correspondence re same (.30); review draft relief request and confer re same (.40); review further claims for subsidiary merger analysis issues (1.00). | 2.40 | $625 | $1,500.00 |
| RJH | 10/6/2011 | Analyze claims re subsidiary merger (5.50); respond to M. Araki re same (.70); prepare candidate entity schedules (2.50). | 8.70 | $475 | $4,132.50 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 10/7/2011 | Review correspondence re subsidiary merger matter (.30); prepare follow up re same (.30); confer with V. Finkelstein re subsidiary real estate issues (.30); prepare correspondence re same (.40); review and respond to correspondence re Creative Food & Fun lawsuit issues (.30); review Samson claims re issue on Grace Capital claims and prepare follow up re same (.40); prepare correspondence re status of claims review (.30); review 3M claims and prepare correspondence re same (.40); review and respond to further issues on subsidiary merger matter (.30). | 3.00 | $625 | $1,875.00 |
| RJH | 10/7/2011 | Analyze issues re subsidiary merger (.90). | .90 | $475 | $427.50 |
| JSB | 10/10/2011 | Confer with R. Higgins re subsidiary issues (.30); review and respond to correspondence re same (.40); participate in call with BMC re subsidiary merger issues (.30); participate in conference with Grace and Blackstone re status of subsidiary matters (.70). | 1.70 | $625 | $1,062.50 |
| RJH | 10/10/2011 | Analyze claims re subsidiary merger (.50); telephone conference with M. Araki and J. Baer re same (.70); participate in telephone conference with client and others re same (1.00); follow up re same (.50). | 2.70 | $475 | $1,282.50 |
| JSB | 10/11/2011 | Review and respond to further comments re subsidiary merger analysis (.30); review further claims issues re same (1.20). | 1.50 | $625 | $937.50 |
| RJH | 10/12/2011 | Draft motion re subsidiary merger (5.50); analyze schedules and exhibits re same (1.00); legal research re same (1.10). | 7.60 | $475 | $3,610.00 |
| JSB | 10/13/2011 | Review and revise Project Plate Motion, Order and Sale Agreement (1.50); review and revise subsidiary merger affidavit (1.00); prepare correspondence re same (.30); confer with R. Higgins and review and respond to correspondence re same (.40). | 3.20 | $625 | $2,000.00 |
| RJH | 10/13/2011 | Draft and revise declaration re subsidiary merger (1.50); draft and revise motion re same (3.50); analyze schedules and exhibits re same (1.50); telephone conferences with M. Araki re same (.80); legal research re same (1.10); draft and revise Project Plate motion (1.80); analyze notice issues re same (.40); analyze notice issues re subsidiary merger motion (1.10). | 11.70 | $475 | $5,557.50 |

2

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 10/14/2011 | Confer with R. Higgins re status of Plate and subsidiary merger motions (.50); participate in call with Grace and Blackstone re same (1.20); review and respond to further correspondence re same (.40); review revised subsidiary documentation (.50). | 2.60 | $625 | $1,625.00 |
| RJH | 10/14/2011 | Review and analyze M. Araki comments to subsidiary merger motion and declaration (.70); revise motion (1.50); revise declaration re same (1.50); prepare for conference call with client and others re same (.40); participate in same (1.50); follow-on telephone conference with J. McFarland re same (.60); confer with J. Baer re same (.40); revise Project Plate declaration (.70); revise Project Plate motion (.80); review entity merger motion exhibits (.90). | 9.00 | $475 | $4,275.00 |
| RJH | 10/15/2011 | Analyze client comments to subsidiary merger motion (1.10); revise same (2.30); revise Filon declaration (1.50); revise schedules to motion (2.00); circulate motion and related documents to working group for comment (.20). | 7.10 | $475 | $3,372.50 |
| JSB | 10/16/2011 | Review revised subsidiary merger and Plate motions and correspondence re same (1.50). | 1.50 | $625 | $937.50 |
| RJH | 10/16/2011 | Revise subsidiary merger motion (3.30); revise Filon declaration re same (2.90); revise exhibits (1.10); analyze and resolve notice issues (.70); review and analyze remaining open issues (.50). | 8.50 | $475 | $4,037.50 |
| JSB | 10/17/2011 | Participate in conference with Grace re final comments to subsidiary merger and Plate motions (.80); continue review and revisions of final subsidiary merger and Plate motions and related documents (1.50); revise and finalize OCP Motion and prepare transmittal re same (.80); prepare final revisions to Plate Motion and related documents (2.50); review Exhibit and Notice issues and information for Plate motion (.80); review, respond and follow up on correspondence re Plate and subsidiary merger motions (.70). | 7.10 | $625 | $4,437.50 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 10/17/2011 | Multiple conferences with J. Baer re subsidiary merger motion and Project Plate motion (.50); prepare for telephone conference with client re same (.20); participate in same (1.00); review and analyze client documents re same (.30); revise exhibits for subsidiary merger motion (.30); revise motion and order (2.30); revise Filon declaration (1.50); prepare same for filing (.70); telephone conference with A. Schlesinger re same (.40); multiple telephone conferences with J. McFarland re Project Plate (1.10); prepare exhibit for Project Plate motion (.60); research and resolve notice issues for subsidiary merger and Project Plate motions and correspond with various parties re same (1.00); telephone conference with M. John and M. Araki re same (.30). | 10.20 | $475 | $4,845.00 |
| JSB | 10/18/2011 | Review notice list for Plate motion and prepare correspondence re issues on same (.90); review detailed Plate notice information and confer with BMC re same (1.60); confer with J. McFarland re same (.30); review final Plate notice materials and respond to correspondence re same (.30). | 3.10 | $625 | $1,937.50 |
| RJH | 10/18/2011 | Review and analyze subsidiary merger motion notice materials (2.20); telephone conference with M. Araki re same (.50); confer with J. Baer re same (.20); review Project Plate notice materials (.20); exchange correspondence and resolve issues re notice matters (.70); review and analyze issues re Project Plate transferred contracts (.50). | 4.30 | $475 | $2,042.50 |
| JSB | 10/19/2011 | Confer with R. Higgins re Plate amended contacts list (.30); confer with J. McFarland and R. Higgins re potential new transaction and related issues (.30); review and respond to correspondence on various Plate notice issues (.30). | .90 | $625 | $562.50 |
| RJH | 10/19/2011 | Review and analyze subsidiary merger detailed claims analysis materials (1.80); telephone conference with M. Araki re same (.80); confer with J. Baer re business transaction (.20); gather materials for J. McFarland re same (.80); revise Project Plate sale notice and exhibit I thereto (1.00); prepare same for service and coordinate service with local counsel and claims agent (1.10). | 5.70 | $475 | $2,707.50 |

4

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 10/20/2011 | Analyze, review and comment on subsidiary merger detailed claims analysis materials (1.10); draft correspondence re same and transmit to Committee and FCR professionals (.20); analyze implementation issues re subsidiary merger (.50); telephone conference with T. Dyer re same (.40). | 2.20 | $475 | $1,045.00 |
| RJH | 10/21/2011 | Prepare for telephone conference with A. Krieger re subsidiary merger motion (.40); participate in same (1.50); legal research re same (1.80); exchange correspondence with various parties re same (.80); research query by A. Rich re subsidiary merger and Project Plate motions (.40); respond to same (.10). | 5.00 | $475 | $2,375.00 |
| JSB | 10/24/2011 | Review correspondence from Libby counsel re Plate issues and respond re same (.30); review correspondence re potential business transaction (.20). | .50 | $625 | $312.50 |
| RJH | 10/24/2011 | Telephone conference with M. Conron re proposed transaction (.50); legal analysis re same (.40); telephone conference with C. Finke re same (.60); telephone conference with A. Schlesinger re same and other issues (.40); telephone conference with J. O'Connell re same (.30); legal analysis re Project Plate issues and exchange correspondence with various parties re same (1.50); exchange correspondence with A. Paul re subsidiary merger analysis (.50). | 4.20 | $475 | $1,995.00 |
| JSB | 10/25/2011 | Review correspondence re issues on subsidiary merger and Project Plate motions (.30); prepare responses/comments re same (.30). | .60 | $625 | $375.00 |
| RJH | 10/25/2011 | Legal analysis re Project Plate sale motion (.70); telephone conference with J. McFarland, R. Whitney and others re same (.70); legal analysis re subsidiary merger issues (.50); telephone conference with J. McFarland re same (.50). | 2.40 | $475 | $1,140.00 |
| JSB | 10/26/2011 | Review and respond to correspondence re EPA inquiries on Project Plate sale order (.30); review and respond to correspondence re subsidiary merger motion from Capstone and GUC's. (.30); review further correspondence and summary re subsidiary merger issue (.30). | .90 | $625 | $562.50 |

5

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 10/26/2011 | Legal research re subsidiary merger issues (3.50); prepare for call with Blackstone re same and other issues (.40); participate in same (.50); analyze issues re vermiculite business sale (.80); exchange correspondence with R. Wyron re same (.30); exchange correspondence and telephone conference with A. Paul re subsidiary merger issues (.70); exchange correspondence with A. Krieger re same (.30); prepare for call with J. Freeman re vermiculite sale motion (.10); participate in same (.30); prepare for telephone conference with A. Krieger et al. (.50); participate in same (.90); telephone conference with J. McFarland re same (.50); telephone conference with J. Freeman re vermiculite sale issues (.30); analyze same (.30). | 9.40 | $475 | $4,465.00 |
| JSB | 10/27/2011 | Review correspondence re issues on Gloucester assets and subsidiary merger matters and respond to issues re same (.30); review correspondence re issues on Plate order from EPA and draft language re same (.30); review further correspondence re subsidiary merger issues (.30). | .90 | $625 | $562.50 |
| RJH | 10/27/2011 | Legal analysis re subsidiary merger motion issues (1.50); exchange correspondence with various parties re same (.50); telephone conferences with J. McFarland re same (2.50); revise vermiculite business sale order and draft certificate of counsel (.50); telephone conference with R. Wyron re subsidiary merger and vermiculite sale motions (1.20); prepare revised schedules re subsidiary merger motion (3.50); telephone conference with A. Paul re same (1.00). | 10.70 | $475 | $5,082.50 |
| JSB | 10/28/2011 | Review correspondence re NY Hillside claim and respond re same (.30); review correspondence re further subsidiary merger issues and respond to issues re same (.40). | .70 | $625 | $437.50 |
| RJH | 10/28/2011 | Multiple telephone conferences with J. McFarland re subsidiary merger motion issues (3.00); telephone conference with A. Krieger re same (.50); telephone conference with A. Schlesinger re same (.50); telephone conference with J. O'Connell and A. Schlesinger re same (.40); analyze legal and factual issues re same (3.50) | 7.90 | $475 | $3,752.50 |
| JSB | 10/29/2011 | Review correspondence re issues from GUC's and PI FCR re subsidiary merger (.30); follow up and respond re same (.30). | .60 | $625 | $375.00 |

6

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 10/29/2011 | Analyze issues re subsidiary merger (1.00); exchange correspondence with various parties re same (.50). | 1.50 | $475 | $712.50 |
| JSB | 10/30/2011 | Review correspondence re subsidiary merger matter (.40); participate in call with R. Higgins re same (1.10). | 1.50 | $625 | $937.50 |
| RJH | 10/30/2011 | Legal analysis re issues raised by client regarding subsidiary merger motion (3.00); telephone conference with J. Baer re same (1.30); multiple telephone conferences with M. Araki re same (1.30). | 5.60 | $475 | $2,660.00 |
| JSB | 10/31/2011 | Revise correspondence and analysis re subsidiary merger issues (.50); participate in conference with client re same (1.00); confer further with R. Higgins re same (.40); review further analysis re same (.40); review correspondence from Canadian counsel re Project Plate sale and respond re issues on same (.30). | 2.60 | $625 | $1,625.00 |
| RJH | 10/31/2011 | Prepare talking points memorandum for client call re subsidiary merger issues (2.00); prepare for call re same (.40); participate in call re same (1.10); legal research re intercompany claims (1.50); prepare revised schedules re subsidiary merger (5.50); telephone conference with J. McFarland re same and other issues (.50); attend to matters re vermiculite business sale (.80); telephone conferences with A. Schlesinger et al. re subsidiary merger analysis (.60); telephone conferences with M. Araki re same (.60); exchange correspondence with M. Shelnitz re same (.60). | 13.60 | $475 | $6,460.00 |
| Total |  |  | 208.70 |  | $105,537.50 |

7

Matter 4                                       Case Administration

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 10/10/2011 | Confer with R. Emmett and new environmental lawyer re status of various environmental transactions (.40); review OCP report and former application and prepare new application re modified cap (3.10). | 3.50 | $625 | $2,187.50 |
| RJH | 10/14/2011 | Attend to matters re ordinary course professionals (.50). | .50 | $475 | $237.50 |
| JSB | 10/19/2011 | Review Jurgens order and confer with C. Jurgens re NY Hillside claim (.30); confer with R. Higgins and review correspondence re same (.30); confer with J. Phillips re fee issues and prepare correspondence to R. Finke re same (.30). | .90 | $625 | $562.50 |
| RJH | 10/20/2011 | Review and analyze issues re quarterly SEC reports (.30). | .30 | $475 | $142.50 |
| RJH | 10/21/2011 | Review BMC proposed edits to SEC report (.30); revise same (.20); correspond with M. Araki and others re same (.10). | .60 | $475 | $285.00 |
| JSB | 10/22/2011 | Review and respond to correspondence from R. Higgins and M. Shelnitz re issues on employee benefits (.30). | .30 | $625 | $187.50 |
| JSB | 10/23/2011 | Review and respond to correspondence and draft response re employee benefit issues (.30). | .30 | $625 | $187.50 |
| RJH | 10/24/2011 | Telephone conference with M. Araki re SEC report matter (.50). | .50 | $475 | $237.50 |
| JSB | 10/25/2011 | Review and respond to correspondence re Delphi claims (.20). | .20 | $625 | $125.00 |
| RJH | 10/25/2011 | Prepare OCP report for filing (.30); analyze issues re quarterly settlement report and exchange correspondence with various parties re same (.30); prepare quarterly sale report for filing (.30); review docket and analyze filings (.20). | 1.10 | $475 | $522.50 |
| JSB | 10/26/2011 | Review and respond to correspondence re current draft 10Q (.30); review and respond to correspondence re Jurgens matter (.20). | .50 | $625 | $312.50 |
| RJH | 10/26/2011 | Attend to matters re OCP affidavit of disinterestedness (.20); review pleadings and resolve issues re same (.20). | .40 | $475 | $190.00 |
| JSB | 10/28/2011 | Review and respond to further issues re draft 10Q (.30). | .30 | $625 | $187.50 |
| Total | | | 9.40 | | $5,365.00 |

8

| Matter 5 | | Claim Analysis Objection & Resolution (Asbestos) | | | |
|---|---|---|---|---|---|
| Attorney | Date | Description | Time | Rate | Amount |
| JSB | 10/3/2011 | Review correspondence re ZAI database and related issues (.30); confer with D. Hogan re same and case status (.30); prepare response and follow up re same (.30); confer with A. Paul re BNSF, Montana and related issues (.30). | 1.20 | $625 | $750.00 |
| Total | | | 1.20 | | $ 750.00 |

| Matter 6 | | Claim Analysis Objection & Resolution (Non-asbestos) | | | |
|---|---|---|---|---|---|
| Attorney | Date | Description | Time | Rate | Amount |
| JSB | 10/3/2011 | Review correspondence re Gamma matter (.30). | .30 | $625 | $187.50 |
| RJH | 10/3/2011 | Exchange correspondence with various parties re Gamma Holdings matter (.70). | .70 | $475 | $332.50 |
| RJH | 10/4/2011 | Attend to matters re creditor inquiry regarding status of claim (.30). | .30 | $475 | $142.50 |
| RJH | 10/5/2011 | Exchange correspondence with R. Myers re outstanding claim (.30); prepare for telephone conference with Belgian counsel and client re Gamma Holdings (.20); participate in same (1.00). | 1.50 | $475 | $712.50 |
| RJH | 10/18/2011 | Telephone conference with D. Libow re federal tax claim issue (.40); correspond with C. Finke re same (.20). | .60 | $475 | $285.00 |
| RJH | 10/19/2011 | Review and analyze matters re Hillside claim (.60); confer with J. Baer re same (.20); exchange correspondence with M. Araki and K. Makowski resolving issues re same (.60). | 1.40 | $475 | $665.00 |
| RJH | 10/21/2011 | Telephone conference with E. Vlachynsky re Missouri DOR claim (.20); legal research re same (.30). | .50 | $475 | $237.50 |
| RJH | 10/24/2011 | Attend to matters re Gamma claim (.20); telephone conference with C. Finke re Missouri DOR claim (.20). | .40 | $475 | $190.00 |
| RJH | 10/25/2011 | Telephone conference with E. Vlachchynsky re Missouri DOR claim (.20). | .20 | $475 | $95.00 |
| RJH | 10/26/2011 | Prepare for telephone conference with K. Phillips re Seneca Meadows (.20); participate in same (.60). | .80 | $475 | $380.00 |
| RJH | 10/27/2011 | Telephone conference with E. Vlachynsky re Missouri DOR claim (.30); exchange correspondence with C. Finke and others re same (.50); legal analysis re same (.40). | 1.20 | $475 | $570.00 |
| RJH | 10/31/2011 | Telephone conferences with K. Makowski re Hillside matter (.30). | .30 | $475 | $142.50 |
| Total | | | 8.20 | | $3,940.00 |

Matter 8                                      Employee Benefits/Pension

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 10/20/2011 | Analyze employee compensation issue and legal research re same (1.10); confer with J. Baer re same (.20); draft correspondence re same (.20). | 1.50 | $475 | $712.50 |
| RJH | 10/22/2011 | Legal analysis re employee retention issues (1.00). | 1.00 | $475 | $475.00 |
| RJH | 10/23/2011 | Additional legal analysis re employee retention issues and draft correspondence re same (.90). | .90 | $475 | $427.50 |
| Total | | | 3.40 | | $1,615.00 |

| Matter 11 | | Fee Applications, Applicant | | | |
|---|---|---|---|---|---|
| Attorney | Date | Description | Time | Rate | Amount |
| JSB | 10/19/2011 | Prepare September monthly fee and expense application (2.00). | 2.00 | $625 | $1,250.00 |
| RJH | 10/19/2011 | Prepare September fee application (1.00). | 1.00 | $475 | $475.00 |
| RJH | 10/25/2011 | Prepare September fee application (2.00). | 2.00 | $475 | $950.00 |
| RJH | 10/28/2011 | Revise September fee application and prepare for filing (1.00). | 1.00 | $475 | $475.00 |
| Total | | | 6.00 | | $3,150.00 |

| Matter 12 | | Fee Applications, Others | | | |
|---|---|---|---|---|---|
| Attorney | Date | Description | Time | Rate | Amount |
| JSB | 10/17/2011 | Confer with W. Smith and R. Finke re FCR Delaware counsel fee application issues (.30); further confer re same (.30); prepare correspondence re same (.20); | .80 | $625 | $500.00 |
| JSB | 10/18/2011 | Confer with J. Phillips, R. Wyron and R. Finke re fee application issues (.50). | .50 | $625 | $312.50 |
| RJH | 10/31/2011 | Telephone conference with M. Hurford re fee application and other issues (.30). | .30 | $475 | $142.50 |
| Total | | | 1.60 | | $ 955.00 |

**Matter 13**                                  **Financing**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 10/20/2011 | Analyze L/C Facility agreement and orders re business issue (1.00); telephone conferences with J. McFarland re same (.50). | 1.50 | $475 | $712.50 |
| Total | | | 1.50 | | $ 712.50 |

**Matter 14**                **Hearings**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 10/14/2011 | Attend to matters re November filings and exchange correspondence with various parties re same (.40). | .40 | $475 | $190.00 |
| RJH | 10/24/2011 | Exchange correspondence and attend to matters re items for November hearing (.50). | .50 | $475 | $237.50 |
| Total | | | 0.90 | | $ 427.50 |

| Matter 15 | | Litigation and Litigation Consulting | | | |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 10/3/2011 | Prepare comparison Otis 9019 Motion/Order and correspondence re same (.40); review correspondence re Intrawest Lift Stay and follow up with J. Hughes re same (.40). | .80 | $625 | $500.00 |
| JSB | 10/4/2011 | Confer with J. Hughes re Intrawest Motion and related issues (.30); prepare correspondence re same (.20); confer with J. Hughes and counsel for Intrawest re Lift Stay, information and timing (.40); prepare correspondence re same (.30); respond to further inquiries re Intrawest (.30). | 1.50 | $625 | $937.50 |
| JSB | 10/5/2011 | Review Samson's recent new comments on Otis Order and PPA (.20); review and respond to correspondence re same (.30); review further correspondence re final issues on Otis documents (.30). | .80 | $625 | $500.00 |
| JSB | 10/6/2011 | Review final Otis document comments and changes (.30). | .30 | $625 | $187.50 |
| JSB | 10/7/2011 | Review Otis 9019 motion and order with final comments from all parties (1.00); prepare correspondence re same (.30); review Court order and memo re Garlock discovery issue (.40). | 1.70 | $625 | $1,062.50 |
| JSB | 10/14/2011 | Review J. Fitzgerald's Memorandum Opinion on Garlock discovery issues (.50). | .50 | $625 | $312.50 |
| JSB | 10/24/2011 | Follow up re Intrawest Lift Stay issues (.20). | .20 | $625 | $125.00 |
| Total | | | 5.80 | | $3,625.00 |

16

| Matter 16 | | Plan and Disclosure Statement | | | |
|---|---|---|---|---|---|
| Attorney | Date | Description | Time | Rate | Amount |
| JSB | 10/4/2011 | Confer with Grace and Plan Proponents re status on case, Montana settlement and related issues (.60); review Garlock motion re status on discovery and related issues (.20); review and respond to correspondence re Montana issues (.30); review and respond to inquiries re Garlock issues (.30). | 1.40 | $625 | $875.00 |
| JSB | 10/18/2011 | Review information from client re Libby issues (.30); participate in call re same (.70). | 1.00 | $625 | $625.00 |
| JSB | 10/29/2011 | Review correspondence from Montana re various Plan issues (.30). | .30 | $625 | $187.50 |
| Total | | | 2.70 | | $1,687.50 |

17