## EXHIBIT B

## October 2011 Expense Detail

## EXPENSE SUMMARY

| Service Description | Amount |
|---|---|
| Long Distance/Conference Telephone Charges/Internet | $1,473.86 |
| Online research | $530.28 |
| Court fees | $154.00 |
| Total: | $2,158.14 |

## ITEMIZED EXPENSES

### TRAVEL

| Date | Amount | Service Description |
|---|---|---|
| -- | -- | None |
| Total | $ 0.00 | |

### NON-TRAVEL

| Date | Amount | Service Description |
|---|---|---|
| 10/31/2011 | $1,473.86 | InterCall.  Grace October monthly conference call charges |
| 10/31/2011 | $530.28 | Lexis/Nexis Grace October monthly charges |
| 11/2/2011 | $154.00 | Pacer. Court docket charges for Grace |
| Total | $2,158.14 | |

Total October 2011 Expenses:  $2,158.14