Form 210A (12/09)

# United States Bankruptcy Court

District Of __Delaware__

In re __W.R. Grace & Co. et al.__    Case No. __01-1139-JKF__

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| __C.F. Jurgens & M. El Arabi__ | __N Y Hillside, Inc.__ |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

16547 Academia Drive
Encino, CA 91436

Phone: 818-783-4692
Last Four Digits of Acct #:  N/A

Court Claim # (if known): 2114
Amount of Claim: $25,000.00
Date Claim Filed: 09/26/2002

Phone: 818-783-4692
Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):
Same

Phone: Same
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: _____
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

State of California
Subscribed and sworn to (or affirmed) before me on this
___ day of _____, 20__, by _____
C. JURGENS, proved to me on
the basis of satisfactory evidence to be the person(s)
who appeared before me.
Signature _____