16547 Academia Drive
Encino, Ca. 91436
November 3, 2011

The United States Bankruptcy Court
For the District of Delaware
824 Market Street
Wilmington, Delaware 19801

Re: Claim No. 2114 of N Y Hillside, Inc in re the W. R.
Grace Bankruptcy

On June 7,2011 the court issued docket # 27034  an order regarding the above claim.   In accordance with that order I sent to the court the required Transfer of Claim Other Than For Security, a copy of which is enclosed with this letter. This form transfers the claim from N Y Hillside, Inc. to C,F. Jurgens and M. El Arabi. I have a receipt of delivery dated June 17, 2011 confirming receipt by the court.  I am requesting that the court now enter the claim on the docket and set a date for a hearing on the claim.  Thank you.

Charles F. Jurgen