# EXHIBIT "A"

# *Ferry, Joseph & Pearce, P.A.*

824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:(302) 575-1555    Fax:   (302) 575-1714

WR Grace PD Committee                    Oct. 1, 2011    to    Oct. 31, 2011

Inv. #:    41500

RE:    WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 19.40 | 5,420.00 |
| B18 | Fee Applications, Others - | 1.40 | 224.00 |
| B25 | Fee Applications, Applicant - | 3.60 | 648.00 |
| B3  | Claims Analysis Obj. & Res. (Non-Asb) - | 0.60 | 210.00 |
| B36 | Plan and Disclosure Statement - | 3.80 | 1,225.00 |
| B37 | Hearings - | 0.10 | 35.00 |
| B32 | Litigation and Litigation Consulting- | 1.00 | 350.00 |
| | Total | 29.90 | $8,112.00 |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lisa L. Coggins | 290.00 | 1.30 | 377.00 |
| Regina Matozzo | 200.00 | 8.10 | 1,620.00 |
| Theodore J. Tacconelli | 350.00 | 15.20 | 5,320.00 |
| Legal Assistant - KC | 150.00 | 5.30 | 795.00 |
| Total | | 29.90 | $8,112.00 |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                               $122.66

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Oct-01-11 | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re: Orrick April - June 2011 | 0.10 | TJT |
| | *Case Administration* - Review Notice of Change of Address for FMC Wyoming Corp. | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Claims Settlement Notice filed by debtors re: Neutocrete with attachments | 0.60 | TJT |
| Oct-03-11 | *Case Administration* - Review Fee Auditor's Final Report re: K&E 41 Interim Period | 0.10 | TJT |
| | *Case Administration* - Review Notice of Change of Address for GAC Chemical Corp. | 0.10 | TJT |
| Oct-04-11 | *Case Administration* - Review case management memo re: week ending 9-30-2011 | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review main docket re: status for week ending 9/30/11; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.20 | RM |
| | *Case Administration* - Review Case Status Memo for week ending 9/30 | 0.10 | TJT |
| | *Fee Applications, Applicant* - Update tracking chart re: upcoming quarterly fee app for July, Aug, Sept 2011 with data re: July and August 2011 fees/ costs | 0.30 | KC |
| Oct-05-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Confer with R. Matozzo re: research re: transfer of insurance policies to PI Trust | 0.10 | TJT |
| Oct-06-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| Oct-07-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Case Administration* - Review Request by Garlock for Status Conference with attachments | 0.80 | TJT |
| | *Case Administration* - Review amended 2019 Statement by David Law Firm | 0.10 | TJT |
| Oct-08-11 | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Case Administration* - Review Memorandum Opinion re: denying Garlock's 3 pending Motions | 0.90 | TJT |
| | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Hearings* - Review Agenda for 10/24 hearing | 0.10 | TJT |
| Oct-09-11 | *Case Administration* - Review Order denying Garlock's 3 pending motions | 0.10 | TJT |
| | *Case Administration* - Review Notice of Change of Address for Imerys Pigments | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Case Administration* - Prepare correspondence to J. Sakalo re: Memorandum Opinion and Order denying Garlock's 3 pending motions | 0.20 | TJT |
| Oct-10-11 | *Case Administration* - Review case management memo re: week ending 10-7-2011 | 0.10 | LLC |
| | *Case Administration* - Review notice of address change and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review additional notice of address change and forward same to KC | 0.10 | LLC |
| | *Case Administration* - E-mail from B. Ruhlander re: fee auditor's new recommendations for meal and hotel expenses | 0.10 | LLC |
| | *Case Administration* - Review main docket re: status for week ending 10/7/11; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review case status memo for week ending 10/7 | 0.10 | TJT |
| | *Case Administration* - Review Order re: Request by Garlock for Status Conference | 0.10 | TJT |
| | *Case Administration* - Review correspondence from B. Ruhlander re: new recommendations for hotel and meal expenses | 0.10 | TJT |
| | *Case Administration* - Receive notice of change of address; review 2002 list re: same | 0.10 | KC |
| Oct-11-11 | *Case Administration* - Review order rescheduling March 2012 *Hearings* and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Case Administration* - Review Notice of Change of Address for Lockridge Grindal Nauen PLLP | 0.10 | TJT |
| | *Case Administration* - Retrieve e-mail from LLC/ download and review order rescheduling *Hearings* | 0.10 | KC |
| Oct-12-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's final Report re: Caplin & Drysdale for 41st Interim Period | 0.10 | TJT |
| Oct-13-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Case Administration* - Review letter from B. Johnson to Judge Fitzgerald | 0.10 | TJT |
| | *Case Administration* - Receive payment for invoices; review and update payments received tracking chart; discussion with TJT re: question re: payment received | 0.30 | KC |
| Oct-14-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Prepare correspondence to J. Sakalo re; 6/28 and 6/29 District Court hearing transcripts | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review 6/28 District Court hearing | 1.90 | TJT |

| Date | Description | Hours | Staff |
|---|---|---|---|
| Oct-15-11 | transcript | | |
| | Case Administration - Review Notice of Appeal by Garlock re: Motion for Access to 2019 Statements | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Confer with M. Joseph re: status of Plan confirmation | 0.10 | TJT |
| | *Litigation and Litigation Consulting-* Review 6/19 District Court hearing transcript | 1.00 | TJT |
| Oct-16-11 | *Case Administration* - Review Clerk's Notice re: Appeal by Garlock re: Motion for Access to 2019 Statement | 0.10 | TJT |
| | *Case Administration* - Review Notice of Change of Address for Mid Atlantic Pallet | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Continue review of 6/19 District Court hearing transcript | 0.80 | TJT |
| Oct-17-11 | *Case Administration* - Review case management memo re: week ending 10-14-2011 | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review main docket re: status for week ending 10/14/11; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review Case Status Memo to for week ending 10/14 | 0.10 | TJT |
| | *Case Administration* - Review certificate of no objection filed by Debtors re: Netuocrete Claims Settlement Notice | 0.10 | TJT |
| Oct-18-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor Final Report re: Norton Rose for 41 Interim Period, with attached order from Canadian Court | 0.20 | TJT |
| | *Case Administration* - Review Debtor's Motion to Amend previous OCP Orders | 0.20 | TJT |
| | *Case Administration* - Review Debtor's Motion to Approve Sale of SC Vermiculite Business | 1.00 | TJT |
| | *Case Administration* - Review Notice of Change of Address for Norfalco, LLC | 0.10 | TJT |
| | *Case Administration* - Review Order denying request by B. Johnson for creditor list | 0.10 | TJT |
| Oct-19-11 | *Case Administration* - Review notice of withdrawal of appearance and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Case Administration* - Review Request to Change Filing Date re: debtor's Motion to Amend pervious OCP Orders | 0.10 | TJT |
| | *Case Administration* - Complete review of Debtor's Motion to Approve Sale of SC Vermiculite Business | 1.40 | TJT |
| | *Case Administration* - Discussion re: Jan 2011 holdback payment received 10-13-2011 w/ TM; update payments recieved tracking chart accordingly | 0.20 | KC |

| Date | Description | Hours | Initials |
|---|---|---|---|
| | *Case Administration* - Receive forwarded notice of change of address and notice of withdrawal of appearance; review 2002 service list and update re: same | 0.30 | KC |
| Oct-20-11 | *Fee Applications, Others* - Review CNO re: Bilzin August 2011 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review CNO re: :August 2011 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Case Administration* - Review 4 miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Fee Applications, Others* - Review docket re: Bilzin's August 2011 monthly fee application | 0.10 | KC |
| | *Fee Applications, Others* - Prepare CNO to August 2011 monthly fee application of Bilzin Sumberg and cos of same | 0.20 | KC |
| | *Fee Applications, Applicant* - Review docket re: August 2011 monthly fee application | 0.10 | KC |
| | *Fee Applications, Applicant* - Prepare CNO to August 2011 monthly fee application and cos of same | 0.20 | KC |
| Oct-21-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Fee Applications, Others* - Prepare CNO of Bilzin's August 2011 fee app for efiling, efile and service of same | 0.30 | KC |
| | *Fee Applications, Applicant* - Prepare CNO of August 2011 fee app for efiling; efile and service of same | 0.30 | KC |
| | *Fee Applications, Applicant* - Continued docket review regarding approved orders re: fee applications/ amounts in preparation of final fee application | 0.60 | KC |
| Oct-22-11 | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| Oct-23-11 | *Case Administration* - Review Notice of Withdrawal by Counsel for BNSF | 0.10 | TJT |
| Oct-25-11 | *Case Administration* - Review case management memo re: week ending 10-21-11 | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* -  Review main docket re: status for week ending 10/21/11; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review case status memo for week ending 10/21 | 0.10 | TJT |
| | *Fee Applications, Applicant* - Draft and review prebill for Sept. 2011 fees; to TJT for review | 0.10 | KC |
| Oct-26-11 | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review and revise Ferry Joseph & Pearce September Prebill | 0.40 | TJT |
| | *Fee Applications, Others* - E-mail from L. Flores re: Bilzin Sept. 2011 fee application; download attachments re: same | 0.20 | KC |
| | *Fee Applications, Others* - Prepare COS, revise Notice to Bilzin Sept. 2011 fee app | 0.20 | KC |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Fee Applications, Applicant* - Review revisions to Sept. 2011 pre bill per T. Tacconelli, revise same | 0.20 | KC |
| Oct-27-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Fee Applications, Applicant* - Continued update of spreadsheet, calculations in preparation for July, Aug., Sept. 2011 quarterly fee app | 0.40 | KC |
| | *Fee Applications, Applicant* - Begin draft of July, Aug, Sept 2011 Quarterly fee app; notice, application and cos | 0.50 | KC |
| Oct-28-11 | *Fee Applications, Applicant* - Review Sept.. 2011 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review Debtors Quarterly Report of Asset Sales | 0.10 | TJT |
| | *Fee Applications, Others* - Prepare Bilzin's Sept.2011 monthly fee application for efiling, efile and service of same | 0.30 | KC |
| | *Fee Applications, Applicant* - Prepare Sept. 2011 monthly fee application for efiling, efile and service of same | 0.30 | KC |
| Oct-29-11 | *Case Administration* - Review Debtors Quarterly Report of amounts paid to OCP | 0.10 | TJT |
| | *Case Administration* - Review Notice of Issues/Record on Appeal filed by Garlock | 0.30 | TJT |
| Oct-30-11 | *Case Administration* - Review Affidavit of G. Stern | 0.10 | TJT |
| | *Case Administration* - Review Notice of Service re: Notice of Sale of Vermiculate Business with attachment | 0.20 | TJT |
| Oct-31-11 | *Case Administration* - Review case management memo re: week ending 10-28-2011 | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review main docket re: status for week ending 10/28/11; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.20 | RM |
| | *Case Administration* - Review case status memo to for week ending 10/29 | 0.10 | TJT |
| | *Case Administration* - Review correspondence from B. Ruhlander re: fee Auditor's Final Report re: No Objections for 41st Interim Period | 0.10 | TJT |
| | Totals | 29.90 | |

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| Oct-07-11 | Photocopy Cost | 1.00 |
| | Photocopy Cost | 2.60 |
| Oct-08-11 | Photocopy Cost | 2.70 |
| Oct-11-11 | Photocopy Cost | 0.80 |
| Oct-21-11 | Photocopy Cost | 4.80 |
| Oct-26-11 | Cost Advance - Pacer Service Center - 7/1/11 - 9/30/11 (TJT) Account # FJ0093 | 19.44 |
| Oct-28-11 | Photocopy Cost | 6.40 |
| | Cost Advance - First State Deliveries - hand deliveries 10/21/11 | 45.00 |

| | | |
|---|---|---:|
| Oct-31-11 | Cost Advance - Pacer Service Center - 7/1/11 - 9/30/11 (RSM) Account # FJ0091 | 39.92 |
| | Totals | $122.66 |
| | **Total Fees & Disbursements** | **$8,234.66** |