## EXHIBIT A

### Case Administration (3.30 Hours; $ 2,731.00)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 1.10 | $1,000 | 1,100.00 |
| Peter Van N. Lockwood | 1.20 | $905 | 1,086.00 |
| Rita C. Tobin | 1.00 | $545 | 545.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/03/11 | EI | 1,000.00 | 0.70 | Telephone conference with R. Frankel, B. Wyron and PVNL re: Montana issues (.5); memo re: Project Plate (.1); memo to R. Horkovich re: insurance status (.1). |
| 10/04/11 | PVL | 905.00 | 0.10 | Rv 5 misc. filings |
| 10/07/11 | RCT | 545.00 | 0.20 | Review docket and local counsel rec. re: EI update (.2). |
| 10/11/11 | EI | 1,000.00 | 0.10 | Memo R. Horkovich re: potential insurance settlement (.1). |
| 10/14/11 | RCT | 545.00 | 0.20 | Review docket and local counsel rec. re: EI update (.2). |
| 10/14/11 | EI | 1,000.00 | 0.10 | Respond to claimant inquiry (.1). |
| 10/18/11 | PVL | 905.00 | 0.60 | Rv OCP motion, asset sale motion & interco. merger motion |
| 10/20/11 | PVL | 905.00 | 0.20 | Rv claims list re subs. mergers |
| 10/21/11 | PVL | 905.00 | 0.10 | Rv 7 misc. filings |
| 10/21/11 | RCT | 545.00 | 0.20 | Review docket or local counsel rec. re: EI update (.2). |
| 10/24/11 | RCT | 545.00 | 0.20 | Review and edit local counsel info re: bankruptcy cases (.2). |
| 10/24/11 | EI | 1,000.00 | 0.10 | Status inquiry to R. Horkovich (.1). |
| 10/25/11 | PVL | 905.00 | 0.10 | Rv 6 misc. filings |

| 10/27/11 | EI | 1,000.00 | 0.10 | Status inquiry to PVNL (.1). |
| 10/28/11 | RCT | 545.00 | 0.20 | Review docket or local counsel rec. re: EI update (.2). |
| 10/31/11 | PVL | 905.00 | 0.10 | Rv 5 misc. filings |

**Total Task Code .04**    **3.30**


## Employment Applications, Others (5.00 Hours; $ 1,151.00)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Kevin C. Maclay | .30 | $535 | 160.50 |
| Todd E. Phillips | .20 | $340 | 68.00 |
| Sara Joy Delsavio | 4.50 | $205 | 922.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/27/11 | KCM | 535.00 | 0.30 | Review Garlock designations (.7); communicate with TWS re 2019 issues (.2) (Divided among three clients) |
| 10/28/11 | SJD | 205.00 | 2.50 | Meet with KCM and MEG re 2019 designation project (1.0); assist with preparation for deposition (2.2), including binder duplication and vendor work (1.8) (Divided among two clients) |
| 10/31/11 | TEP | 340.00 | 0.20 | Prepare materials re: 2019 appeal (.1); confer with KCM re: same (.1). |
| 10/31/11 | SJD | 205.00 | 2.00 | Print dockets from bankruptcy cases (3.0), flag 2019 designations (3.0) per KCM. (Divided amount three clients) |

**Total Task Code .10**    **5.00**

1

**Fee Applications, Applicant (11.10 Hours; $ 4,960.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 7.80 | $545 | 4,251.00 |
| Eugenia Benetos | 3.30 | $215 | 709.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/03/11 | RCT | 545.00 | 0.20 | Conference with EB re: fee schedules/filings for October (.2). |
| 10/04/11 | RCT | 545.00 | 0.60 | Address fee and expense issues (.6). |
| 10/04/11 | EB | 215.00 | 0.60 | Prepare fee and expense report for fee application exhibit. |
| 10/05/11 | EB | 215.00 | 1.00 | Prepare fee and expense report for fee application exhibit (.6); and update fee application schedule (.4). |
| 10/07/11 | RCT | 545.00 | 0.40 | Address fee issue (.4). |
| 10/07/11 | EB | 215.00 | 0.60 | Prepare fee and expense report for fee application exhibit. |
| 10/12/11 | RCT | 545.00 | 0.40 | Review various notices re: compensation filings (.2); review no objection certification (.2). |
| 10/13/11 | RCT | 545.00 | 0.70 | Review and edit prebills (.7). |
| 10/13/11 | RCT | 545.00 | 0.20 | Email to Asbestos Group re: fee application procedures (.2). |
| 10/17/11 | RCT | 545.00 | 0.50 | Review exhibits (.5). |
| 10/18/11 | RCT | 545.00 | 2.00 | Address fee issues (1.2); conference EB re: upcoming interim application (.8). |
| 10/21/11 | RCT | 545.00 | 1.10 | Review fee application (1.1). |
| 10/21/11 | EB | 215.00 | 1.10 | Work on quarterly fee application. |
| 10/25/11 | RCT | 545.00 | 0.20 | Review revised 2011 fee application schedule (.2). |

1

| | | | | |
|---|---|---|---|---|
| 10/31/11 | RCT | 545.00 | 1.50 | Review local counsel and PVNL email re: confidentiality (fee) issue (.4); reply to PVNL re: confidentiality (fee) issue (.2); email to EB revision of monthly fee application (.3); review fee application re: confidentiality issue (.6). |

**Total Task Code .12        11.10**


**Plan & Disclosure Statement (3.90 Hours; $ 3,549.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .80 | $1,000 | 800.00 |
| Peter Van N. Lockwood | 2.90 | $905 | 2,624.50 |
| Ann C. McMillan | .20 | $625 | 125.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/03/11 | PVL | 905.00 | 0.40 | Tcn Frankel, Wyron & EI |
| 10/04/11 | ACM | 625.00 | 0.20 | Exchange e-mails with C. Meisenkothen re document depository. |
| 10/11/11 | PVL | 905.00 | 0.40 | Rv Wyron email and S.Ct. of Montana indemnity op. and reply |
| 10/12/11 | EI | 1,000.00 | 0.30 | Telephone conference with Horkovich/Garbowski re: Allstate and Munich Re policies (.3). |
| 10/18/11 | PVL | 905.00 | 1.00 | Rv email (.2); tcn Finke, Donley, Hughes, Wyron et al (.8) |
| 10/18/11 | EI | 1,000.00 | 0.20 | Read memo re: debtor motion and telephone conference with PVNL re: same (.2). |
| 10/19/11 | PVL | 905.00 | 0.20 | Teleconference EI |
| 10/19/11 | EI | 1,000.00 | 0.30 | Telephone conference with PVNL re: discussion with debtor et al (.3). |
| 10/28/11 | PVL | 905.00 | 0.10 | Teleconference EI |

1

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/31/11 | PVL | 905.00 | 0.80 | Rv Monaco ltr (.1); teleconference Hurford (.1); teleconference Wyron (.6) |

**Total Task Code .17    3.90**

**Fee Auditor Matters (7.10 Hours; $ 3,671.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 6.50 | $545 | 3,542.50 |
| Eugenia Benetos | .60 | $215 | 129.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/03/11 | RCT | 545.00 | 0.70 | Collect information for fee auditor (.7). |
| 10/03/11 | RCT | 545.00 | 0.40 | Conference EB re: fee auditor issues (.4). |
| 10/05/11 | RCT | 545.00 | 1.20 | Collect information for fee auditor (.8); emails to PVNL/JPW re: time entries (fee auditor) (.4). |
| 10/05/11 | RCT | 545.00 | 0.30 | Draft response to inquiry re: PVNL/JPW time entries (.3). |
| 10/06/11 | RCT | 545.00 | 1.30 | Draft fee examiner response (1.3). |
| 10/06/11 | RCT | 545.00 | 0.70 | Additional queries re: airfare (.7). |
| 10/11/11 | RCT | 545.00 | 0.50 | Review fee examiner email request for additional information, 41st app (.2); emails to PVNL and TWS assistants re: same (.2); email PVNL re: fee issue (.1). |
| 10/25/11 | EB | 215.00 | 0.60 | Draft emails re: monthly filings for ECF by local counsel. |
| 10/27/11 | RCT | 545.00 | 0.50 | Address fee auditor issues (.5). |
| 10/31/11 | RCT | 545.00 | 0.90 | Review and approve Omnibus order as to C&D (.1); review Fee Auditor's Omnibus Report (.4); conference EB re: fee/payment issues (.4). |

1

**Total Task Code .32	7.10**

1