**EXHIBIT B**

**Case Administration (3.30 Hours; $ 2,731.00)**

    Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04   3.30**


**Employment Applications, Others (5.00 Hours; $ 1,151.00)**

    Services rendered in this category pertain to the review of the retention applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .10   5.00**


**Fee Applications, Applicant (11.10 Hours; $ 4,960.50)**

    Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12   11.10**


**Plan & Disclosure Statement (3.90 Hours; $ 3,549.50)**

    Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17   3.90**


**Fee Auditor Matters (7.10 Hours; $ 3,671.50)**

    Services rendered in this category pertain to the review of and response to reports by the fee auditor.

**Total Task Code .32   7.10**