**EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | 14.14 |
| Long Distance-Equitrac In-House | 0.08 |
| Pacer - Database Charges | 220.24 |
| Xeroxing | 0.20 |
| **Total:** | **$ 234.66** |