| | | |
|---|---|---|
| **Client Number:  4642** | **Grace Asbestos Personal Injury Claimants** | Page: 1 |
| **Matter     000** | **Disbursements** | 11/17/2011 |

Print Date/Time: 11/17/2011 11:58:04AM

Attn:

Invoice #

## PREBILL / CONTROL  REPORT

Trans Date Range:  1/1/1950  to: 10/31/2011

**Matter     000**
**Disbursements**

| | | | | | | |
|---|---|---|---|---|---|---|
| Bill Cycle: | Monthly | Style: | i1 | Start: 4/16/2001 | Last Billed : 10/20/2011 | 13,655 |
| Client Retainers Available | | $4,806.34 | Committed to Invoices: | $0.00 | Remaining: | $4,806.34 |

$3,918,753.33
Total Expenses Billed To Date

| | | |
|---|---|---|
| Billing Empl: | 0120 | Elihu  Inselbuch |
| Responsible Empl: | 0120 | Elihu  Inselbuch |
| Alternate Empl: | 0120 | Elihu  Inselbuch |
| Originating Empl: | 0120 | Elihu  Inselbuch |

**Summary  by Employee**

| | | | ---------- A C T U A L ---------- | | ---------- B I L L I N G--------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 14.14 | 0.00 | 14.14 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 220.52 | 0.00 | 220.52 |
| **Total Fees** | | | **0.00** | **234.66** | **0.00** | **234.66** |

**Detail Time / Expense  by  Date**

| | | | | | ---------- A C T U A L ---------- | | | ---------- B I L L I N G--------- | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 2758873 | Federal Express -Delivery to M.Brushwood, 9/23/11 (EI) | E | 10/14/2011 | 0120 EI | | 0.00 | $14.14 | | 0.00 | $14.14 | 14.14 |
| 2759422 | Equitrac - Long Distance to 17135105638 | E | 10/19/2011 | 0999 C&D | | 0.00 | $0.08 | | 0.00 | $0.08 | 14.22 |
| 2763546 | Pacer Service Center -Database Research Svc., 7/1/11 - 9/30/11 | E | 10/26/2011 | 0999 C&D | | 0.00 | $215.44 | | 0.00 | $215.44 | 229.66 |

C&D

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|
| **Matter** | **000** | **Disbursements** | | | | | | | 11/17/2011 |

Print Date/Time: 11/17/2011 11:58:04AM

Attn:

| | | | | | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|
| 2763563 | Pacer Service Center -Database Research Svc., 7/1/11 - 9/30/11 | E | 10/26/2011 | 0999 | | 0.00 | $4.80 | 0.00 | $4.80 | 234.46 |
| 2770927 | Photocopy | E | 10/31/2011 | 0999 | C&D | 0.00 | $0.20 | 0.00 | $0.20 | 234.66 |

**Total Expenses**

|  |  |  |  |
|---|---|---|---|
|  | $234.66 |  | $234.66 |
| 0.00 |  | 0.00 |  |

| Matter Total Fees |  | 0.00 |  | 0.00 |
|---|---|---|---|---|
| Matter Total Expenses |  | 234.66 |  | 234.66 |
| Matter Total | 0.00 | 234.66 | 0.00 | 234.66 |

| Prebill Total Fees |  |  |  |  |
|---|---|---|---|---|
| Prebill Total Expenses |  | $234.66 |  | $234.66 |
| Prebill Total | 0.00 | $234.66 | 0.00 | $234.66 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 74,007 | 04/22/2010 | 55,577.50 | 137.53 |
| 81,285 | 05/23/2011 | 132,022.00 | 26,404.40 |
| 81,857 | 06/17/2011 | 386,845.50 | 77,369.10 |
| 82,245 | 07/26/2011 | 158,259.25 | 31,651.85 |
| 83,038 | 08/22/2011 | 31,495.00 | 6,299.00 |
| 83,360 | 09/26/2011 | 32,416.50 | 6,483.30 |
| 83,859 | 10/20/2011 | 13,318.58 | 13,318.58 |
|  |  | 809,934.33 | 161,663.76 |