Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period October 1, 2011 through October 31, 2011

| Date | Staff | Description | Hours | 2011 Rate | Amount |
|---|---|---|---|---|---|
| Bradley Rapp - Senior Managing Director | | | | | |
| 11-Oct-11 | BR | Review of weekly update report on Grace. | 0.10 | $ 625.00 | $ 62.50 |
| 17-Oct-11 | BR | Review of weekly update report on Grace. | 0.20 | $ 625.00 | $ 125.00 |
| 26-Oct-11 | BR | Review of docket report. | 0.60 | $ 625.00 | $ 375.00 |
| 28-Oct-11 | BR | Review of motion for authorization to sell vermiculite business. | 1.80 | $ 625.00 | $ 1,125.00 |
| 28-Oct-11 | BR | Review of Vermiculite Asset Sale Agreement attached as exhibit to motion. | 4.90 | $ 625.00 | $ 3,062.50 |
| 28-Oct-11 | BR | Review of other exhibits to the motion for authorization to sell vermiculite business. | 1.70 | $ 625.00 | $ 1,062.50 |
| 29-Oct-11 | BR | Drafted memo to ACC re Grace motion to sell vermiculite business. | 1.50 | $ 625.00 | $ 937.50 |
| 31-Oct-11 | BR | Review of motion for authorization to merge subsidiaries into Grace-Conn. | 1.10 | $ 625.00 | $ 687.50 |
| 31-Oct-11 | BR | Review and analysis of exhibits to motion for authorization to merge subsidiaries into Grace-Conn. | 2.50 | $ 625.00 | $ 1,562.50 |
| 31-Oct-11 | BR | Drafted memo to ACC re Grace motion to merge certain subsidiaries into Grace-Conn. | 1.30 | $ 625.00 | $ 812.50 |
| 31-Oct-11 | BR | Review of motion to amend OCP orders. | 0.60 | $ 625.00 | $ 375.00 |
| | | Total Bradley Rapp | 16.30 | | $ 10,187.50 |
| James Sinclair - Senior Managing Director | | | | | |
| 03-Oct-11 | JS | Review Project Plate materials and report status to ACC counsel (Inselbuch and Lockwood) in response to ACC counsel's inquiry. | 1.40 | $ 625.00 | $ 875.00 |
| 03-Oct-11 | JS | Review pricing information and data for purposes of advising ACC counsel. | 0.70 | $ 625.00 | $ 437.50 |
| 11-Oct-11 | JS | Review pricing information and data for purposes of advising ACC counsel. | 0.60 | $ 625.00 | $ 375.00 |
| 17-Oct-11 | JS | Review pricing information and data for purposes of advising ACC counsel. | 0.50 | $ 625.00 | $ 312.50 |
| 18-Oct-11 | JS | Review Motion for sale of Project Plate (Vermiculite Business), Agreement and attendant tolling and transaction agreements and supporting declarations for purposes of advising ACC counsel. | 4.40 | $ 625.00 | $ 2,750.00 |
| 18-Oct-11 | JS | Commence review of documents related to the Motion to Merge Certain Non-Operating Debtor Subsidiaries into Grace - Conn. and Transfer Claims to Grace - Conn. for purposes of advising ACC counsel. | 1.80 | $ 625.00 | $ 1,125.00 |
| 20-Oct-11 | JS | Review, analyze claims analysis (139 pages) of claims file against the subsidiaries proposed to be merged into the Grace-Conn. for due diligence. | 3.40 | $ 625.00 | $ 2,125.00 |
| 24-Oct-11 | JS | Review pricing information and data for purposes of advising ACC counsel. | 0.60 | $ 625.00 | $ 375.00 |
| 25-Oct-11 | JS | Review, analyze Grace's 3rd quarter 2011 earning report for monitoring and for purposes of advising ACC counsel. | 2.40 | $ 625.00 | $ 1,500.00 |
| 25-Oct-11 | JS | Monitor Grace webcast earnings call regarding 3rd quarter 2011 financial results with Fred Festa (CEO) and Hudson La Force (CFO) for purposes of advising ACC counsel. | 0.80 | $ 625.00 | $ 500.00 |
| 25-Oct-11 | JS | Write report to ACC counsel regarding 3rd quarter 2011 financial results for purposes of advising ACC counsel. | 0.90 | $ 625.00 | $ 562.50 |
| | | Total James Sinclair | 17.50 | | $ 10,937.50 |
| Peter Cramp - Associate | | | | | |
| 03-Oct-11 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 2.20 | $ 345.00 | $ 759.00 |
| 10-Oct-11 | PC | Prepare share price charts for comparison of dividend paying stocks at request of J. Sinclair. | 1.50 | $ 345.00 | $ 517.50 |
| 17-Oct-11 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $ 345.00 | $ 552.00 |
| 24-Oct-11 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.30 | $ 345.00 | $ 448.50 |
| 25-Oct-11 | PC | Telephonic participation in Grace Q3 Conference call for monitoring. | 0.80 | $ 345.00 | $ 276.00 |
| 25-Oct-11 | PC | Review of Q3 Earnings Release and Business Outlook for due diligence. | 1.30 | $ 345.00 | $ 448.50 |
| 31-Oct-11 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.70 | $ 345.00 | $ 586.50 |
| 31-Oct-11 | PC | Review September Fee Application. | 0.60 | $ 345.00 | $ 207.00 |
| | | Total Peter Cramp | 11.00 | | $ 3,795.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period October 1, 2011 through October 31, 2011

| Date | Staff | Description | Hours | 2011 Rate | Amount |
|---|---|---|---|---|---|
| Gibbons Sinclair - Senior Analyst | | | | | |
| 18-Oct-11 | GS | Retrieve motions per request by P. Cramp. | 0.30 | $ 290.00 | $ 87.00 |
| 27-Oct-11 | GS | Draft Monthly Fee Statement. | 1.20 | $ 290.00 | $ 348.00 |
| | | Total Gibbons Sinclair | 1.50 | | $ 435.00 |
| | | **TOTAL** | 46.30 | | $ 25,355.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period October 1, 2011 through October 31, 2011

| Date | Staff | Description | Hours | 2011 Rate | Amount |
|---|---|---|---|---|---|
| **Asset Analysis and Recovery** | | | | | |
| 03-Oct-11 | JS | Review pricing information and data for purposes of advising ACC counsel. | 0.70 | $ 625.00 | $ 437.50 |
| 03-Oct-11 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 2.20 | $ 345.00 | $ 759.00 |
| 10-Oct-11 | PC | Prepare share price charts for comparison of dividend paying stocks at request of J. Sinclair. | 1.50 | $ 345.00 | $ 517.50 |
| 11-Oct-11 | BR | Review of weekly update report on Grace. | 0.10 | $ 625.00 | $ 62.50 |
| 11-Oct-11 | JS | Review pricing information and data for purposes of advising ACC counsel. | 0.60 | $ 625.00 | $ 375.00 |
| 17-Oct-11 | BR | Review of weekly update report on Grace. | 0.20 | $ 625.00 | $ 125.00 |
| 17-Oct-11 | JS | Review pricing information and data for purposes of advising ACC counsel. | 0.50 | $ 625.00 | $ 312.50 |
| 17-Oct-11 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $ 345.00 | $ 552.00 |
| 24-Oct-11 | JS | Review pricing information and data for purposes of advising ACC counsel. | 0.60 | $ 625.00 | $ 375.00 |
| 24-Oct-11 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.30 | $ 345.00 | $ 448.50 |
| 25-Oct-11 | JS | Review, analyze Grace's 3rd quarter 2011 earning report for monitoring and for purposes of advising ACC counsel. | 2.40 | $ 625.00 | $ 1,500.00 |
| 25-Oct-11 | JS | Monitor Grace webcast earnings call regarding 3rd quarter 2011 financial results with Fred Festa (CEO) and Hudson La Force (CFO) for purposes of advising ACC counsel. | 0.80 | $ 625.00 | $ 500.00 |
| 25-Oct-11 | JS | Write report to ACC counsel regarding 3rd quarter 2011 financial results for purposes of advising ACC counsel. | 0.90 | $ 625.00 | $ 562.50 |
| 25-Oct-11 | PC | Telephonic participation in Grace Q3 Conference call for monitoring. | 0.80 | $ 345.00 | $ 276.00 |
| 25-Oct-11 | PC | Review of Q3 Earnings Release and Business Outlook for due diligence. | 1.30 | $ 345.00 | $ 448.50 |
| 31-Oct-11 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.70 | $ 345.00 | $ 586.50 |
| | | **Total Asset Analysis and Recovery** | 17.20 | | $ 7,838.00 |
| **Case Administration** | | | | | |
| 18-Oct-11 | GS | Retrieve motions per request by P. Cramp. | 0.30 | $ 290.00 | $ 87.00 |
| 26-Oct-11 | BR | Review of docket report. | 0.60 | $ 625.00 | $ 375.00 |
| 31-Oct-11 | BR | Review of motion to amend OCP orders. | 0.60 | $ 625.00 | $ 375.00 |
| | | **Total Case Administration** | 1.50 | | $ 837.00 |
| **Fee Applications (Applicant)** | | | | | |
| 27-Oct-11 | GS | Draft Monthly Fee Statement. | 1.20 | $ 290.00 | $ 348.00 |
| 31-Oct-11 | PC | Review September Fee Application. | 0.60 | $ 345.00 | $ 207.00 |
| | | **Total Fee Applications (Applicant)** | 1.80 | | $ 555.00 |
| **Asset Disposition** | | | | | |
| 03-Oct-11 | JS | Review Project Plate materials and report status to ACC counsel (Inselbuch and Lockwood) in response to ACC counsel's inquiry. | 1.40 | $ 625.00 | $ 875.00 |
| 18-Oct-11 | JS | Review Motion for sale of Project Plate (Vermiculite Business), Agreement and attendant tolling and transaction agreements and supporting declarations for purposes of advising ACC counsel. | 4.40 | $ 625.00 | $ 2,750.00 |
| 18-Oct-11 | JS | Commence review of documents related to the Motion to Merge Certain Non-Operating Debtor Subsidiaries into Grace - Conn. and Transfer Claims to Grace - Conn. for purposes of advising ACC counsel. | 1.80 | $ 625.00 | $ 1,125.00 |
| 20-Oct-11 | JS | Review, analyze claims analysis (139 pages) of claims file against the subsidiaries proposed to be merged into the Grace-Conn. for due diligence. | 3.40 | $ 625.00 | $ 2,125.00 |
| 28-Oct-11 | BR | Review of motion for authorization to sell vermiculite business. | 1.80 | $ 625.00 | $ 1,125.00 |
| 28-Oct-11 | BR | Review of Vermiculite Asset Sale Agreement attached as exhibit to motion. | 4.90 | $ 625.00 | $ 3,062.50 |
| 28-Oct-11 | BR | Review of other exhibits to the motion for authorization to sell vermiculite business. | 1.70 | $ 625.00 | $ 1,062.50 |
| 29-Oct-11 | BR | Drafted memo to ACC re Grace motion to sell vermiculite business. | 1.50 | $ 625.00 | $ 937.50 |
| 31-Oct-11 | BR | Review of motion for authorization to merge subsidiaries into Grace-Conn. | 1.10 | $ 625.00 | $ 687.50 |
| 31-Oct-11 | BR | Review and analysis of exhibits to motion for authorization to merge subsidiaries into Grace-Conn. | 2.50 | $ 625.00 | $ 1,562.50 |
| 31-Oct-11 | BR | Drafted memo to ACC re Grace motion to merge certain subsidiaries into Grace-Conn. | 1.30 | $ 625.00 | $ 812.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period October 1, 2011 through October 31, 2011

| Date | Staff | Description | Hours | 2011 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
|      |       | Total Asset Disposition | 25.80 |  | $ 16,125.00 |
|      |       | **TOTAL** | 46.30 |  | $ 25,355.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period October 1, 2011 through October 31, 2011
Summary of Professional Hours by Staff

| Professsional Staff | Hours | Rate | Amount |
|---|---|---|---|
| Bradley Rapp - Senior Managing Director | 16.30 | $ 625.00 | $ 10,187.50 |
| James Sinclair - Senior Managing Director | 17.50 | $ 625.00 | $ 10,937.50 |
| Peter Cramp - Associate | 11.00 | $ 345.00 | $ 3,795.00 |
| Gibbons Sinclair - Senior Analyst | 1.50 | $ 290.00 | $ 435.00 |
| Total Professional Hours and Fees | 46.30 | | $ 25,355.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Summary of Expenses Incurred - October 1, 2011 through October 31, 2011

| Date | Description of Item | Amount |
|---|---|---|
| 18-Oct-11 | Online Research - Pacer | $2.08 |
| | Total Expenses October 1, 2011 through October 31, 2011 | $2.08 |