# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                  **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 1

| | |
|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | MATTER:        100055.WRG01 |
| November 15, 2011 | INVOICE:                245711 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |
| c/o Peter Van N. Lockwood, Esq.<br>Caplin & Drysdale<br>One Thomas Circle<br>Washington, DC 20005 | DATE:    November 15, 2011<br>MATTER:        100055.WRG01<br>INVOICE:                245711 |

**PROFESSIONAL SERVICES through 10/31/11**

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 10/03/11 | Analyzed insurance policies and settlement agreements re: appeal and payment issues. | W001 | IF | 0.80 |
| 10/03/11 | Confer with R. Chung re: retention of consultant for oral argument before insurance liquidation appeals court (.30); finalize retainer letter and prepare materials re: case to send to consultant (.60). | W001 | KES | 0.90 |
| 10/03/11 | Work on insolvent claim. | W001 | MG | 2.10 |
| 10/04/11 | Continue to analyze insurance policies and settlement agreements re: appeal and payment issues. | W001 | IF | 0.90 |
| 10/04/11 | Work on insolvent claim. | W001 | MG | 3.20 |
| 10/04/11 | Work on variable Net Present Value calculations. | W001 | MG | 2.60 |
| 10/04/11 | Attention to fee application issues. | W011 | RYC | 0.20 |
| 10/05/11 | Review and revise for both edits and time amounts (1.00); begin drafting monthly (.60). | W011 | AHP | 1.60 |
| 10/05/11 | Analysis of selected insurance policies re: insurance company appeals issues. | W001 | GFF | 1.40 |
| 10/05/11 | Draft and revise insurance policy data spreadsheets. | W001 | GFF | 0.30 |
| 10/05/11 | Continue to analyze insurance policies and settlement agreements re: appeal and payment issues. | W001 | IF | 1.20 |
| 10/05/11 | Work on cash flow analyses and calculations. | W001 | MG | 3.40 |
| 10/06/11 | Continue and finish drafting monthly fee application. | W011 | AHP | 1.40 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                            EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 2

| | | | |
|---|---|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | 100055.WRG01 |
| November 15, 2011 | | INVOICE: | 245711 |
| MATTER: CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH | |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 10/06/11 | Analysis of reimbursement agreements re: payment issues (.90); analysis of selected insurance policies re: insurance company appeals issues (1.20). | W001 | GFF | 2.10 |
| 10/06/11 | Analyzed reimbursement agreements re: payment issues. | W001 | IF | 1.60 |
| 10/06/11 | Call with consultant re: retention in connection with oral argument before insurance liquidation appeals court. | W001 | KES | 0.20 |
| 10/06/11 | Work on cash flow analyses and calculations. | W001 | MG | 3.20 |
| 10/07/11 | Analysis of selected insurance policies re: limits, aggregates, exclusions and other coverage issues. | W001 | GFF | 1.90 |
| 10/07/11 | Continue to analyze insurance policies and settlement agreements re: appeal and payment issues. | W001 | IF | 1.20 |
| 10/07/11 | Read and analyze recent appellate decision written by member of panel who will hear appeal re: Grace's insurance liquidation claim. | W001 | KES | 0.60 |
| 10/07/11 | Work on insolvent claim and meeting preparation and emails re: same (2.0); new calculations re: variable Net Present Value calculations (3.70). | W001 | MG | 5.70 |
| 10/10/11 | Analysis of selected reimbursement agreements re: payment issues (.80); analysis of selected insurance policies re: insurance company appeals issues (1.30). | W001 | GFF | 2.10 |
| 10/10/11 | Continued to analyze new coverage in place agreements re: payment issues. | W001 | IF | 1.90 |
| 10/10/11 | Work on insolvent claim. | W001 | MG | 2.80 |
| 10/10/11 | Work on variable Net Present Value calculations. | W001 | MG | 3.10 |
| 10/10/11 | Attention to revision of demands on coverage in place insurance companies. | W001 | RMH | 0.30 |
| 10/10/11 | Review and comment upon fee applications. | W011 | RYC | 0.60 |
| 10/11/11 | Analysis of selected reimbursement agreements re: payment issues. | W001 | GFF | 0.60 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**      **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 3

| | | | |
|---|---|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | 100055.WRG01 |
| November 15, 2011 | | INVOICE: | 245711 |
| MATTER: CLAIMANTS COMMITTEE | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 10/11/11 | Continued to analyze insurance policies and settlement agreements re: appeal and payment issues. | W001 | IF | 0.90 |
| 10/11/11 | Continued to analyze new reimbursement agreements re: payment issues. | W001 | IF | 1.10 |
| 10/11/11 | Respond to request from consultant re: Integrity proof of claims and information contained therein. | W001 | KES | 0.60 |
| 10/11/11 | Work on variable Net Present Value calculations. | W001 | MG | 2.80 |
| 10/11/11 | Work on insolvent claim. | W001 | MG | 2.70 |
| 10/11/11 | Updating and indexing of current case materials to send to records department for storage. | W001 | NJB | 1.40 |
| 10/11/11 | Research and analysis in connection with appeal issues in connection with Integrity Liquidation. | W001 | RYC | 2.80 |
| 10/12/11 | Begin drafting interim fee application. | W011 | AHP | 1.40 |
| 10/12/11 | Analysis of selected reimbursement agreements re: payment issues. | W001 | GFF | 1.20 |
| 10/12/11 | Research status of insolvent E&A proof of claim facts in preparation for upcoming settlement meeting. | W001 | HEG | 0.50 |
| 10/12/11 | Continued to analyze new coverage in place agreements re: payment issues. | W001 | IF | 1.40 |
| 10/12/11 | Communicate with R. Horkovich re: information on appellate panel and confirmation of time for oral argument in connection with insurance liquidation claim (.20); research and respond to multiple emails from consultant re: proof of claim (2.30); prepare multiple responses to same (1.20). | W001 | KES | 3.70 |
| 10/12/11 | Work on cash flow allocation issues. | W001 | MG | 1.80 |
| 10/12/11 | Telephone conference with E. Inselbuch re: variable Net Present Value calculations for new settlement approaches. | W001 | MG | 0.70 |
| 10/12/11 | Work on insolvent claim. | W001 | MG | 3.20 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 4

| | | | | |
|---|---|---|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| November 15, 2011 | | INVOICE: | | 245711 |
| MATTER: CLAIMANTS COMMITTEE | | | ROBERT M. HORKOVICH | |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 10/12/11 | Attention to recalculation of demands on insurance coverage reimbursement insurance companies and confer with Mr. Inselbuch regarding same (2.40). Prepare for appellate argument before the New Jersey appellate division regarding Integrity coverage (2.80). | W001 | RMH | 5.20 |
| 10/12/11 | Prepare for oral argument in connection with Integrity matter including review and analysis of potential issues for call with Justice Wallace regarding claims issues. | W001 | RYC | 1.60 |
| 10/13/11 | Continue drafting interim application. | W011 | AHP | 1.20 |
| 10/13/11 | Review, finalize and release monthly fee application with time and expense entries. | W011 | AHP | 0.80 |
| 10/13/11 | Analysis of selected insurance policies re: insurance company appeals issues. | W001 | GFF | 1.40 |
| 10/13/11 | Preparation and review of materials re: meeting. | W001 | IF | 0.90 |
| 10/13/11 | Continued to analyze new coverage in place agreements re: payment issues. | W001 | IF | 0.80 |
| 10/13/11 | Call with consultant re: New Jersey Appellate Court oral argument (1.10); prepare for oral argument (1.00); confirm claim issues re: 2002 database and indemnity amounts (3.10). | W001 | KES | 5.20 |
| 10/13/11 | Work on cash flow allocation issues. | W001 | MG | 2.40 |
| 10/13/11 | Work on insolvent claim. | W001 | MG | 4.40 |
| 10/13/11 | Prepare for appeal regarding Integrity (0.80). Attention to settlement negotiations (1.00). | W001 | RMH | 1.80 |
| 10/13/11 | Participate in conference call with retired appellate division judge and follow-up research and analysis in connection with claims valuation issues raised at meeting (2.20). Prepare for settlement discussion meeting with insolvent carrier (1.60). | W001 | RYC | 3.80 |
| 10/14/11 | Analysis of selected insurance policies re: insurance company appeals issues. | W001 | GFF | 1.70 |
| 10/14/11 | Prepare for and attend settlement meeting with insolvent insurance company. | W001 | HEG | 1.20 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 5

W. R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

November 15, 2011                                   INVOICE:        245711

MATTER: CLAIMANTS COMMITTEE                         ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 10/14/11 | Continued to analyze policies re: appeal and payment issues. | W001 | IF | 0.70 |
| 10/14/11 | Preparation and meeting with insolvent insurance company. | W001 | IF | 1.10 |
| 10/14/11 | Attention to Peterson expert report and confirmation of numbers in preparation of appeal (1.30); review and analyze Peterson Report in order to confirm claim amount in preparation of oral argument (3.30). | W001 | KES | 4.60 |
| 10/14/11 | Negotiating session with insolvent scheme representatives and preparation for same. | W001 | MG | 2.00 |
| 10/14/11 | Research and analysis in connection with claims valuation and disclosure reconciliation with expert report, confirmation hearing, disclosure statement, meeting with insolvent insurance carrier (2.50). Participate in meeting with insolvent insurance carrier regarding potential settlement and follow-up review of outstanding issues (1.80). | W001 | RYC | 4.30 |
| 10/17/11 | Continue working on draft interim fee application. | W011 | AHP | 2.40 |
| 10/17/11 | Generating claimant information reports from Access database for attorney review. | W001 | DL | 1.20 |
| 10/17/11 | Continue analysis of selected insurance policies re: assignment clauses, appeals issues and "follow form" issues. | W001 | GFF | 2.10 |
| 10/17/11 | Preparation and meeting with insurance company representatives re: claims and status of amended scheme of arrangement. | W001 | IF | 1.20 |
| 10/17/11 | Continued to analyze insurance policies re: insolvent insurance company payment issues. | W001 | IF | 1.30 |
| 10/17/11 | Call with M. Peterson (1.00); attention to case strategy (1.90); handle oral argument issues re: identification of absolute claims (4.30); call with Relles (1.00); attention to Relles documentation (1.20); attention to allocation and exhaustion of claims (1.00). | W001 | KES | 10.40 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
(212) 278-1000                                                     EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 6

W. R. GRACE/CLAIMANTS COMMITTEE                    MATTER:       100055.WRG01

November 15, 2011                                                   INVOICE:          245711

MATTER:  CLAIMANTS COMMITTEE                              ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 10/17/11 | Telephone conference with P. Mahaley re: variable Net Present Value calculations for new settlement approaches and review spreadsheets re: same. | W001 | MG | 2.30 |
| 10/17/11 | Created two custom queries, reports and charts using Access database. | W001 | MG | 0.30 |
| 10/17/11 | Work with records on recent file organization and review and analysis of new case materials. | W001 | NJB | 1.30 |
| 10/17/11 | Confer with Mr. Peterson and prepare for argument before the New Jersey appellate division. | W001 | RMH | 4.80 |
| 10/17/11 | Research and analysis in connection with oral argument in support of claimant's appeal of the Integrity Insurance Company Liquidators' denial of W. R. 's claim, including phone conferences with M. Peterson and D. Relles (3.10).  Draft summary analysis in connection with support for underlying claims information (2.10). | W001 | RYC | 5.20 |
| 10/18/11 | Continued to analyze insurance policies re: insolvent insurance companies and payment issues. | W001 | IF | 1.20 |
| 10/18/11 | Additional oral argument preparation (2.40); attend and argue appeal of trial court's denial of proof of claims (4.00). | W001 | KES | 6.40 |
| 10/18/11 | Work on variable Net Present Value calculations for new settlement approaches and review spreadsheets re: same. | W001 | MG | 2.20 |
| 10/18/11 | Appellate argument regarding $18 million Integrity claim in the New Jersey appellate court. (No time charge for travel to or from New Jersey). | W001 | RMH | 1.20 |
| 10/18/11 | Attention to oral argument matters and follow-up reconciliation of claims data with expert reports and confirmation hearing evidence. | W001 | RYC | 2.70 |
| 10/19/11 | Continue analysis of selected reimbursement agreements re: payment issues. | W001 | GFF | 1.80 |
| 10/19/11 | Continued to analyze insurance policies re: insolvent insurance company payment issues. | W001 | IF | 0.90 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
(212) 278-1000                                                        EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 7

| | | | |
|---|---|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | 100055.WRG01 |
| November 15, 2011 | | INVOICE: | 245711 |
| MATTER: CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH | |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 10/19/11 | Continued to analyze new reimbursement agreements re: payment issues. | W001 | IF | 1.20 |
| 10/19/11 | Work on insolvent claim. | W001 | MG | 2.80 |
| 10/20/11 | Continue working on interim fee application. | W011 | AHP | 3.30 |
| 10/20/11 | Continued analysis of selected reimbursement agreements regarding payment issues. | W001 | GFF | 2.10 |
| 10/20/11 | Continued to analyze insurance policies re: insolvent insurance company and payment issues. | W001 | IF | 0.90 |
| 10/20/11 | Continued to analyze reimbursement agreements re: payment issues. | W001 | IF | 0.80 |
| 10/20/11 | Work on revised cash flow projection summaries. | W001 | MG | 2.60 |
| 10/21/11 | Continued to analyze policies re: insolvent insurance company and payment issues. | W001 | IF | 0.70 |
| 10/21/11 | Work on variable Net Present Value calculations for new settlement approach. | W001 | MG | 2.20 |
| 10/24/11 | Finish interim draft and forward for attorney review. | W011 | AHP | 1.80 |
| 10/24/11 | Continued analysis of selected insurance policies regarding follow form and assignment clause issues. | W001 | GFF | 2.20 |
| 10/24/11 | Continued to analyze insurance policies and reimbursement agreements re: insolvent insurance companies and payment issues. | W001 | IF | 1.10 |
| 10/24/11 | Emails re: variable Net Present Value calculations for new settlement approaches total claim cost amount and justifications. | W001 | MG | 2.10 |
| 10/24/11 | Work on Orion and EUEA claims. | W001 | MG | 1.30 |
| 10/25/11 | Analysis of selected reimbursement agreements regarding payment issues. | W001 | GFF | 2.10 |
| 10/25/11 | Continued to analyze insurance coverage re: insolvent insurance companies and payment. | W001 | IF | 1.10 |
| 10/25/11 | Work on Orion and EUEA claims. | W001 | MG | 3.80 |
| 10/25/11 | Work on revised payment stream analysis. | W001 | MG | 1.70 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 8

W. R. GRACE/CLAIMANTS COMMITTEE                           MATTER:      100055.WRG01

November 15, 2011                                         INVOICE:           245711

MATTER:  CLAIMANTS COMMITTEE                              ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 10/25/11 | Confer with FCR counsel regarding claims data (.40). Attention to Dr. Peterson forecasts regarding Trust claims (.60). | W001 | RMH | 1.00 |
| 10/26/11 | Final review, finalize and send. | W011 | AHP | 1.20 |
| 10/26/11 | Continued to analyze new coverage in place agreements re: payment issues. | W001 | IF | 1.60 |
| 10/26/11 | Continued to analyze insurance re: insolvent insurance companies and payment issues. | W001 | IF | 0.70 |
| 10/26/11 | Emails re: variable Net Present Value calculations for new settlement approaches, total claim cost amount and justifications, review new support for same. | W001 | MG | 2.30 |
| 10/26/11 | Work on Orion and EUEA claims. | W001 | MG | 2.60 |
| 10/27/11 | Work on revised payment stream analysis. | W001 | MG | 3.30 |
| 10/28/11 | Work on Orion and EUEA claims. | W001 | MG | 3.40 |
| 10/28/11 | Follow-up regarding status of outstanding settlement issues and disputes with remaining insurance companies. | W001 | RYC | 0.50 |
| 10/31/11 | Work on Orion and EUEA claims. | W001 | MG | 2.20 |

**TOTAL FEES:**                                                              **$111,858.00**

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                     EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 9

W. R. GRACE/CLAIMANTS COMMITTEE                    MATTER:    100055.WRG01

November 15, 2011                                  INVOICE:        245711

MATTER:  CLAIMANTS COMMITTEE                       ROBERT M. HORKOVICH

**FEE SUMMARY**

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| Arline H Pelton | 250.00 | 15.10 | 3,775.00 |
| Daryl Lyew | 250.00 | 1.20 | 300.00 |
| Glenn F Fields | 345.00 | 23.00 | 7,935.00 |
| Harris E Gershman | 275.00 | 1.70 | 467.50 |
| Izak Feldgreber | 295.00 | 27.20 | 8,024.00 |
| Kenneth E. Sharperson | 530.00 | 32.60 | 17,278.00 |
| Mark Garbowski | 590.00 | 80.90 | 47,731.00 |
| Mark Guercio | 190.00 | 0.30 | 57.00 |
| Nicholas J Balsdon | 215.00 | 2.70 | 580.50 |
| Robert M Horkovich | 895.00 | 14.30 | 12,798.50 |
| Robert Y Chung | 595.00 | 21.70 | 12,911.50 |
| **TOTAL FEES:** | | | **$111,858.00** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 10

| | |
|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | MATTER:    100055.WRG01 |
| November 15, 2011 | INVOICE:          245711 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

## SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

**ACTIVITY CODE: W001     Asset Analysis and Recovery**

| | HOURS | TOTALS |
|---|---:|---:|
| Daryl Lyew | 1.20 | 300.00 |
| Glenn F Fields | 23.00 | 7,935.00 |
| Harris E Gershman | 1.70 | 467.50 |
| Izak Feldgreber | 27.20 | 8,024.00 |
| Kenneth E. Sharperson | 32.60 | 17,278.00 |
| Mark Garbowski | 80.90 | 47,731.00 |
| Mark Guercio | 0.30 | 57.00 |
| Nicholas J Balsdon | 2.70 | 580.50 |
| Robert M Horkovich | 14.30 | 12,798.50 |
| Robert Y Chung | 20.90 | 12,435.50 |
| **TOTAL:** | **204.80** | **$107,607.00** |

**ACTIVITY CODE: W011     Fee Applications (Applicant)**

| | HOURS | TOTALS |
|---|---:|---:|
| Arline H Pelton | 15.10 | 3,775.00 |
| Robert Y Chung | 0.80 | 476.00 |
| **TOTAL:** | **15.90** | **4,251.00** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                             EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 11

| | | |
|---|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
| November 15, 2011 | INVOICE: | 245711 |
| MATTER: CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH |

**COSTS through 10/31/11**

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---:|
| 09/07/11 | DI - PHOTOCOPYING - | E101 | 3.00 |
| 09/07/11 | DI - PHOTOCOPYING - | E101 | 1.20 |
| 09/07/11 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 09/07/11 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 09/12/11 | DI - PHOTOCOPYING - | E101 | 1.40 |
| 09/12/11 | DI - PHOTOCOPYING - | E101 | 2.20 |
| 09/12/11 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 09/12/11 | DI - PHOTOCOPYING - | E101 | 1.20 |
| 09/12/11 | DI - PHOTOCOPYING - | E101 | 0.30 |
| 09/12/11 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 09/12/11 | DI - PHOTOCOPYING - | E101 | 6.30 |
| 09/13/11 | DI - PHOTOCOPYING - | E101 | 1.70 |
| 09/13/11 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 09/13/11 | DI - PHOTOCOPYING - | E101 | 0.30 |
| 09/13/11 | DI - PHOTOCOPYING - | E101 | 0.30 |
| 09/13/11 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 09/13/11 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 09/22/11 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 09/26/11 | DI - PHOTOCOPYING - | E101 | 22.40 |
| 09/27/11 | DI - PHOTOCOPYING - | E101 | 25.40 |
| 09/28/11 | DI - PHOTOCOPYING - | E101 | 0.30 |
| 09/30/11 | DI - PHOTOCOPYING - | E101 | 15.00 |
| 10/03/11 | DI - PHOTOCOPYING - | E101 | 0.40 |
| 10/04/11 | AIRFREIGHT FedEx#: 1540-4201-6 Invoice: 765462479 Tracking Number: 797587035274 Reference: 100055 wrg01 05 134   Billing Note: From: Kenneth E Sharperson, Anderson Kill & Olick, P C, One Gateway Center, NEWARK, NJ, 07102, US To: John Wallace, Br own & Connery, 6 N Broad St, WOODBURY, NJ, 080 96, US | E107 | 18.38 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                         **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 12

W. R. GRACE/CLAIMANTS COMMITTEE                          MATTER:      100055.WRG01

November 15, 2011                                                     INVOICE:         245711

MATTER:  CLAIMANTS COMMITTEE                                    ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 10/05/11 | DI - PHOTOCOPYING - | E101 | 6.80 |
| 10/12/11 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 10/13/11 | DI - PHOTOCOPYING - | E101 | 11.30 |
| 10/14/11 | AIRFREIGHT - VENDOR: FEDEX 1540-4201-6 Inv.# 764712919 Airfreight expenses | E107 | 12.09 |
| 10/17/11 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 10/18/11 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 10/18/11 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 10/18/11 | DI - PHOTOCOPYING - | E101 | 0.30 |
| 10/18/11 | DI - PHOTOCOPYING - | E101 | 5.00 |
| 10/20/11 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 10/20/11 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 10/20/11 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 10/20/11 | DI - PHOTOCOPYING - | E101 | 0.40 |
| 10/21/11 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 10/24/11 | Court Call Refund Inv#3826022 | | (30.00) |
| 10/24/11 | Court Call Refund Inv#38260626 | | (30.00) |
| 10/24/11 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 10/25/11 | DI - PHOTOCOPYING - | E101 | 2.40 |
| 10/27/11 | DI - PHOTOCOPYING - | E101 | 0.30 |
| 10/31/11 | DI - PHOTOCOPYING - | E101 | 0.20 |

**TOTAL COSTS:**                                                                                **$80.87**

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                       **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 13

W. R. GRACE/CLAIMANTS COMMITTEE                        MATTER:        100055.WRG01

November 15, 2011                                                         INVOICE:         245711

MATTER:  CLAIMANTS COMMITTEE                                  ROBERT M. HORKOVICH

| WORK | DESCRIPTION | AMOUNT |
|---|---|---:|
| AF | AIRFREIGHT | 30.47 |
| te | AP - TELEPHONE - | (60.00) |
| XE | DI - PHOTOCOPYING - | 110.40 |
|    | **TOTAL COSTS:** | **$80.87** |
|    | **TOTAL DUE:** | **$111,938.87** |