IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No.  01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
OCTOBER 1, 2011 THROUGH OCTOBER 31,  2011

---

[1] The Debtors consist of the following 62 entities:  W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

**(Trivalent Chromium)**

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300


W. R. Grace & Co.                               November 18, 2011
Attn: Lydia B. Duff                             Client/Matter #  01246-014988
7500 Grace Drive                                Invoice # 144870
Columbia, MD  21044                             Federal ID# 52-1247549

---

For Legal Services Rendered Through 10/31/11 in Connection With:

**PLEASE REMIT PAYMENT TO :**     BEVERIDGE & DIAMOND, P.C.
                                  SUITE 700
                                  1350 I STREET, N.W.
                                  WASHINGTON, D.C. 20005-3311


**Trivalent Chromium**


| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 10/03/11 | P. Marks | P230 | 0.30 | Coordinate with L. Selba re status and tasks; email L. Duff re same. |
| 10/04/11 | P. Marks | P230 | 2.10 | Prepare draft letter to Maryland Department of Environment (MDE) re procedure for trivalent determination; prepare draft MDE petition. |
| 10/04/11 | L. Selba | P230 | 1.80 | Conference with P. Marks re trivalent chromium exclusion petition and letter to MDE re trivalent chromium exclusion; prepare talking points for 10/5 meeting. |
| 10/05/11 | P. Marks | P230 | 1.30 | Prepare for and conduct telephone conference with client team re new data, collection of additional data, and preparation for MDE meeting and conference with L. Selba re same. |
| 10/05/11 | L. Selba | P230 | 2.50 | Prepare for telephone conference re trivalent chromium exclusion; attend telephone conference re same; prepare letter to MDE; conference with P. Marks re same and presentation for MDE conference. |
| 10/06/11 | L. Selba | P230 | 2.30 | Prepare draft letter to MDE re trivalent chromium exclusion and prepare draft petition. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  144870
November 18, 2011
PAGE  2

| 10/07/11 | L. Selba | P230 | 2.50 | Prepare letter to MDE and draft petition and email to P. Marks; begin preparing presentation for MDE meeting. |
|---|---|---|---|---|
| 10/12/11 | L. Selba | P230 | 2.00 | Prepare Grace trivalent chromium presentation for conference with MDE; email P. Marks re same. |
| 10/19/11 | L. Selba | P230 | 1.30 | Review documents provided by Michigan Department of Environmental Quality in response to 8/8/11 FOIA request; summarize documents for P. Marks. |
| 10/21/11 | P. Marks | P230 | 0.70 | Prepare for MDE meeting and client pre-meeting. |
| 10/24/11 | P. Marks | P230 | 1.60 | Prepare MDE presentation; prepare for and conduct telephone conference with client team re data issues and MDE meeting. |
| 10/26/11 | P. Marks | P230 | 2.10 | Prepare presentation for MDE and communications with client re same. |
| 10/27/11 | P. Marks | P230 | 1.30 | Prepare presentation for MDE, provide draft slides to client, and confirm date with MDE. |
| 10/31/11 | P. Marks | P230 | 2.20 | Telephone conference with team re new data results; revise presentation; evaluate draft analysis of MDE procedure for receiving petition and email re telephone conference to L. Duff. |

Total Hours :               24.00

Total Fees :            $8,436.00

BEVERIDGE & DIAMOND, P.C.

INVOICE #  144870
November 18, 2011
PAGE  3

## Time Summary :

| | Title | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|---|
| P. Marks | Principal | 11.60 | $460.00 | $5,336.00 |
| L. Selba | Associate | 12.40 | $250.00 | $3,100.00 |

**Total Fees:**      **$8,436.00**

## Summary by Task Codes :

| CODE | Hours | Bill Amount |
|---|---|---|
| P300 | | |
| P230 | 24.00 | $8,436.00 |
| Total P300 | 24.00 | $8,436.00 |

**Total Fees :**    **24.00**    **$8,436.00**

## Summary by Disbursement Codes :

**TOTAL DUE :**      **$8,436.00**

# EXHIBIT B

**(Curtis Bay FUSRAP Bankruptcy Claim Resolution)**

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co. - Conn                      November 18, 2011
Attn: Lydia B. Duff, Esq.                      Client/Matter #  01246-011548
7500 Grace Drive                               Invoice # 144867
Columbia, MD  21044                            Federal ID# 52-1247549

---

For Legal Services Rendered Through 10/31/11 in Connection With:

**PLEASE REMIT PAYMENT TO :**      **BEVERIDGE & DIAMOND, P.C.**
                                    **SUITE 700**
                                    **1350 I STREET, N.W.**
                                    **WASHINGTON, D.C. 20005-3311**

<u>**Curtis Bay FUSRAP Bankruptcy Claim Resolution**</u>
<u>**100103**</u>

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 10/26/11 | P. Marks | P230 | 0.50 | Telephone conferences with P. Bucens re regulatory inquiry; research re same. |
| 10/27/11 | P. Marks | P230 | 1.20 | Inquiry research and telephone conference with MDE; telephone conference with client re same; email client re same. |

|  |  |
|---|---|
| **Total Hours :** | **1.70** |
| **Total Fees :** | **$782.00** |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  144867
November 18, 2011
PAGE  2

**Time Summary :**

| | Title | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|---|
| P. Marks | Principal | 1.70 | $460.00 | $782.00 |

|  | | | Total Fees: | $782.00 |
|---|---|---|---|---|

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| P300 | | |
| P230 | 1.70 | $782.00 |
| Total P300 | 1.70 | $782.00 |

|  | Total Fees : | 1.70 | $782.00 |
|---|---|---|---|

**Summary by Disbursement Codes :**

|  | TOTAL DUE : | $782.00 |
|---|---|---|

# EXHIBIT C

## (Curtis Bay RCRA 2)

# LAW OFFICES
## BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

November 18, 2011
Client/Matter #  01246-013923
Invoice # 144869
Federal ID# 52-1247549

---

For Legal Services Rendered Through 10/31/11 in Connection With:

**PLEASE REMIT PAYMENT TO :**     BEVERIDGE & DIAMOND, P.C.
                                  SUITE 700
                                  1350 I STREET, N.W.
                                  WASHINGTON, D.C. 20005-3311

**Curtis Bay RCRA 2**
**100104**

| | | | | |
|---|---|---|---|---|
| 10/13/11 | P. Marks | L110 | 0.50 | Evaluate B. Errera email and regulation at issue for LDAR monitoring timing; communications with B. Errera re same. |
| 10/19/11 | P. Marks | L110 | 0.80 | Review enforcement history re BB and prepare for client meeting. |
| 10/20/11 | P. Marks | L110 | 2.00 | Attend meeting at Curtis Bay re RCRA BB monitoring issue. |
| 10/20/11 | T. Elsen | L110 | 1.30 | Research EPA enforcement actions re failure to submit quarterly monitoring reports; conference with P. Marks re same. |
| 10/25/11 | P. Marks | L110 | 1.20 | Review status of LDAR manual and content of comments. |

Total Hours :          5.80

Total Fees :      $2,265.00

BEVERIDGE & DIAMOND, P.C.

INVOICE #  144869
November 18, 2011
PAGE  2

## Time Summary :

|  | Title | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|---|
| P. Marks | Principal | 4.50 | $460.00 | $2,070.00 |
| T. Elsen | Paralegal | 1.30 | $150.00 | $195.00 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | Total Fees: | $2,265.00 |

## Summary by Task Codes :

| CODE | Hours | Bill Amount |
|---|---|---|
| L100 |  |  |
| L110 | 5.80 | $2,265.00 |
| Total L100 | 5.80 | $2,265.00 |
| Total Fees : | 5.80 | $2,265.00 |

## Summary by Disbursement Codes :

|  |  |
|---|---|
| TOTAL DUE : | $2,265.00 |

# EXHIBIT D

**(Bankruptcy Fee Application)**

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

November 18, 2011
Client/Matter #  01246-012629
Invoice # 144868
Federal ID# 52-1247549

For Legal Services Rendered Through 10/31/11 in Connection With:

**PLEASE REMIT PAYMENT TO :**     BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

**Bankruptcy Fee Application**
**100035**

| Date | Attorney | Code | Hours | Description |
|------|----------|------|-------|-------------|
| 10/17/11 | P. Marks | L110 | 0.30 | Address fee filings. |

|  |  |
|--|--|
| **Total Hours :** | 0.30 |
| **Total Fees :** | $138.00 |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  144868
November 18, 2011
PAGE  2

## Time Summary :

| | Title | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|---|
| P. Marks | Principal | 0.30 | $460.00 | $138.00 |
| | | | **Total Fees:** | **$138.00** |

## Summary by Task Codes :

| CODE | | Hours | Bill Amount |
|---|---|---|---|
| L100 | | | |
| L110 | | 0.30 | $138.00 |
| Total L100 | | 0.30 | $138.00 |
| | **Total Fees :** | **0.30** | **$138.00** |

## Summary by Disbursement Codes :

| | | Bill Amount |
|---|---|---|
| E101 | Copying | $48.20 |
| E108 | Postage | $7.44 |
| | **Total Disbursements :** | **$55.64** |
| | **TOTAL DUE :** | **$193.64** |