# EXHIBIT A

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**OCTOBER 1, 2011 - OCTOBER 31, 2011**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 2.2 | $ 1,627.00 |
| 0009 | Asset Dispositions, Sales, Uses and Leases (Section 363) | 13.0 | 9,519.00 |
| 0013 | Business Operations | 21.2 | 15,446.00 |
| 0014 | Case Administration | 23.3 | 5,038.50 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 0.2 | 199.00 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 24.0 | 17,546.00 |
| 0018 | Fee Application, Applicant | 8.0 | 3,462.50 |
| 0019 | Creditor Inquiries | 0.9 | 733.50 |
| 0020 | Fee Application, Others | 6.2 | 1,549.00 |
| 0041 | Relief from Stay Proceedings | 0.3 | 214.50 |
| | | | |
| | **TOTAL** | **99.3** | **$55,335.00** |

# STROOCK

## INVOICE

| | |
|---|---|
| DATE | November 28, 2011 |
| INVOICE NO. | 549347 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through October 31, 2011, including:

| | |
|---|---|
| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos) |
| | 699843  0003 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 10/04/2011 | Attend to Garlock's request for a status conference re: access to 2019 statements. | Krieger, A. | 0.9 |
| 10/10/2011 | Attend to Court's memorandum decision and orders denying Garlock's motions for access to 2019 statements, intervention and other relief. | Krieger, A. | 0.9 |
| 10/10/2011 | Review Garlock 2019 opinion. | Pasquale, K. | 0.3 |
| 10/14/2011 | Attend to Garlock's appeal of 10/12/11 order denying access. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.9 | $ 715 | $ 1,358.50 |
| Pasquale, Kenneth | 0.3 | 895 | 268.50 |
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | $ 1,627.00 | |

| TOTAL FOR THIS MATTER | $ 1,627.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Asset Dispositions, Sales, Uses and Leases (Section 363) 699843  0009 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 10/18/2011 | Attend to Debtors' motion to sell Vermiculite business. | Krieger, A. | 1.0 |
| 10/19/2011 | Attend to Debtors' motion and exhibits re: proposed sale of Vermiculite business. | Krieger, A. | 5.4 |
| 10/19/2011 | Review motion to sell Vermiculite business. | Kruger, L. | 0.8 |
| 10/20/2011 | Exchanged memoranda with Capstone re: sale motion (.3); attend to information request to Debtors' representatives (1.2). | Krieger, A. | 1.5 |
| 10/21/2011 | Attend to information request and outstanding questions re: Vermiculite business sale. | Krieger, A. | 1.8 |
| 10/25/2011 | Attend to Vermiculite sale pleadings. | Krieger, A. | 0.1 |
| 10/27/2011 | Memoranda with J. Dolan re: memorandum re: Vermiculite sale. | Krieger, A. | 0.1 |
| 10/28/2011 | Attend to Capstone's draft memorandum to the Committee re sale of Vermiculite business (1.0); t/c R. Higgins re: outstanding questions on the sale (.2); email and t/c Capstone re: Committee memorandum comments and outstanding questions (.6). | Krieger, A. | 1.8 |
| 10/31/2011 | Exchanged memoranda with Capstone, Debtors' counsel re: 11/1/11 call to address Vermiculite sale questions. | Krieger, A. | 0.5 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 12.2 | $ 715 | $ 8,723.00 |
| Kruger, Lewis | 0.8 | 995 | 796.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 9,519.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 9,519.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Business Operations |
|----|---------------------|
|    | 699843  0013        |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/20/2011 | Attend to Debtors' motion re: merging entities and exchanged memoranda with Capstone re: same (1.8); t/c Capstone re: same (.5). | Krieger, A. | 2.3 |
| 10/21/2011 | T/c R. Higgins re: Vermiculite Sale Motion and Subsidiary Merger motion (1.3); review Merger Motion (.3). | Krieger, A. | 1.6 |
| 10/22/2011 | Review and analyze Merger Motion materials. | Krieger, A. | 2.1 |
| 10/23/2011 | Review and analyze Merger Motion materials and prepare memo re: same. | Krieger, A. | 4.9 |
| 10/24/2011 | Memorandum to LK, KP re: Merger Motion (1.2); o/cs LK, KP re: same (.7); conference call Capstone re: same (.8). | Krieger, A. | 2.7 |
| 10/24/2011 | Review debtors' merger motion and AK memo re: same; confer AK, LK re: same. | Pasquale, K. | 1.6 |
| 10/25/2011 | Attend to Merger Motion and further questions for R. Higgins. | Krieger, A. | 1.1 |
| 10/26/2011 | Multiple emails with Debtors' counsel, Capstone and Blackstone and t/c Capstone re: conference calls re: Merger Motion and Vermiculite Sale Motion (.4); conference call R. Higgins, Ben Jaffe, Capstone re: Merger Motion (.7); follow-up t/c Capstone re: same (.3). | Krieger, A. | 1.4 |
| 10/27/2011 | Memorandum to LK, KP re:10/26/11 call with Grace's representatives regarding the Merger Motion (.4); memoranda with Debtors' counsel re: call to discuss the Merger Motion (.1). | Krieger, A. | 0.5 |
| 10/28/2011 | T/c R. Higgins re: proposed modifications of the Merger Motion (.7); memorandum with LK, KP re: Merger Motion modifications (.4). | Krieger, A. | 1.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/31/2011 | Attend to case law re: pending motions. | Krieger, A. | 1.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 19.6 | $ 715 | $ 14,014.00 |
| Pasquale, Kenneth | 1.6 | 895 | 1,432.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 15,446.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 15,446.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Case Administration 699843 0014 | | |
|---|---|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 10/03/2011 | Obtain and circulate recently docketed pleading in main case (.2); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.3 |
| 10/04/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.6 |
| 10/05/2011 | Obtain and circulate recently docketed pleadings in main case (.4); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.5 |
| 10/07/2011 | Review and download recently filed pleadings and update team re: same. | Braun, D. | 0.2 |
| 10/10/2011 | Attend to Fee Auditor's revised meal and hotel expense recommendations. | Krieger, A. | 0.1 |
| 10/10/2011 | Obtain and circulate recently docketed pleadings in main case (.8); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.9 |
| 10/11/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.6 |
| 10/12/2011 | Obtain and circulate recently docketed pleadings in main case (.3); review case file documents (.8); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 1.2 |
| 10/13/2011 | Attend to letter filed requesting creditors' list. | Krieger, A. | 0.1 |
| 10/13/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.5 |
| 10/14/2011 | Obtain and circulate recently docketed pleadings in main case (.4); research and obtain documents for attorney review (.6); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 1.1 |
| 10/17/2011 | Obtain and circulate recently docketed pleadings in main case (.6); obtain documents for attorney review (.7); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 1.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/18/2011 | Exchanged memoranda with R. Higgins re: motions filed and conference call to discuss same (.1); memorandum to Capstone re: same (.2). | Krieger, A. | 0.3 |
| 10/18/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.7 |
| 10/19/2011 | Obtain and circulate recently docketed pleadings in main case (.4); research and obtain selected case documents for Committee member (3.9); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 4.4 |
| 10/20/2011 | Obtain and circulate recently docketed pleadings in main case (.4); obtain documents for attorney review re: plan documents (1.0). | Mohamed, D. | 1.4 |
| 10/21/2011 | Exchanged memoranda with DM re upcoming hearings. | Krieger, A. | 0.2 |
| 10/21/2011 | Obtain and circulate recently docketed pleadings in main case (.7); research and obtain documents for attorney review (1.3); review case file documents (.9); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 3.0 |
| 10/24/2011 | Obtain and circulate recently docketed pleadings in main case (.4); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.5 |
| 10/25/2011 | Obtain and circulate recently docketed pleadings in main case (.7); obtain documents for attorney review (.5). | Mohamed, D. | 1.2 |
| 10/26/2011 | Obtain and circulate recently docketed pleadings in main case (.5); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.6 |
| 10/27/2011 | Obtain and circulate recently docketed pleadings in main case (.6); prepare documents for attorney review (.8). | Mohamed, D. | 1.4 |
| 10/28/2011 | Obtain and circulate recently docketed pleadings in main case (.5); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/31/2011 | Obtain and circulate recently docketed pleadings in main case (.6); review case docket and obtain documents for attorney review (.8); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 1.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Braun, Danielle E. | 0.2 | $ 290 | $ 58.00 |
| Krieger, Arlene G. | 0.7 | 715 | 500.50 |
| Mohamed, David | 22.4 | 200 | 4,480.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 5,038.50 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 5,038.50 |
|-----------------------|-----------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Claims Analysis/Objections/Administration (Non-Asbestos)<br>699843  0015 |
| --- | --- |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 10/04/2011 | Review memo to Committee re: Neutocrete settlement. | Kruger, L. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
| --- | --- | --- | --- |
| Kruger, Lewis | 0.2 | $ 995 | $ 199.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 199.00 |
| --- | --- |

| TOTAL FOR THIS MATTER | $ 199.00 |
| --- | --- |

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders'<br>699843 0017 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 10/01/2011 | Prepare draft memorandum for the Committee re: Neutocrete Settlement. | Krieger, A. | 1.4 |
| 10/04/2011 | Neutocrete Settlement memorandum for the Committee. | Krieger, A. | 1.2 |
| 10/04/2011 | Review draft memo to Committee re: settlement (.2); email from debtors' counsel re: hearing (.1). | Pasquale, K. | 0.3 |
| 10/14/2011 | T/c Committee member re: requesting case materials, documentation and memoranda to LK, KP, M. Magzamen re: same (.8); memoranda with MM and DM and o/c DM re: same (.4); attend to certain materials (.4). | Krieger, A. | 1.6 |
| 10/18/2011 | O/cs D. Mohamed re: Committee member documents request (.6); attend to document request (.2); exchanged memoranda with Committee member re: request (.1); o/c L. Kruger and memorandum to Committee member emergence inquiry (.2). | Krieger, A. | 1.1 |
| 10/18/2011 | O/c with A. Krieger re: memo to Committee member re: emergence. | Kruger, L. | 0.2 |
| 10/19/2011 | Exchanges with Committee member re: information request and multiple o/cs DM re: same. | Krieger, A. | 1.3 |
| 10/20/2011 | O/c DM re: information request from Committee member. | Krieger, A. | 0.4 |
| 10/24/2011 | T/c Committee member re: Merger Motion and related materials. | Krieger, A. | 0.2 |
| 10/24/2011 | Review A. Krieger memo re: Grace merger of certain debtors and issues (.3); o/c with A. Krieger and K. Pasquale re: same and Committee position (.3). | Kruger, L. | 0.6 |
| 10/25/2011 | O/c LK re: Merger Motion (.3); memorandum to KP re: same (.2); prepare memorandum for | Krieger, A. | 5.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | the Committee re: Merger Motion (4.6). | | |
| 10/26/2011 | Attend to memorandum for the Committee re: Merger. | Krieger, A. | 5.1 |
| 10/26/2011 | Review and revise memo to Committee re: merger motion. | Pasquale, K. | 0.3 |
| 10/27/2011 | Attend to Capstone comments on draft Committee memorandum re Merger Motion (.2); attend to memorandum for the Committee re: Merger Motion (.7); prepared draft memorandum re: Debtors' OCP motion (.5). | Krieger, A. | 1.4 |
| 10/28/2011 | Follow-up memorandum to the Committee re: proposed modifications to the Merger Motion (1.6); t/c Committee member re: Merger Motion (.2); memorandum to the Committee re: motion to amend current OCP compensation order (.8). | Krieger, A. | 2.6 |
| 10/28/2011 | Review emails re: merger and other debtor motions. | Pasquale, K. | 0.3 |
| 10/29/2011 | Memorandum to the Committee re: respond to inquiry from Committee member on compensation for OCPs. | Krieger, A. | 0.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 22.3 | $ 715 | $ 15,944.50 |
| Kruger, Lewis | 0.8 | 995 | 796.00 |
| Pasquale, Kenneth | 0.9 | 895 | 805.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 17,546.00 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 17,546.00 |
|-----------------------|-------------|

# STROOCK

| RE | Fee Application, Applicant |
|---|---|
| | 699843  0018 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 10/06/2011 | Review and revise September fee detail. | Magzamen, M. | 0.5 |
| 10/10/2011 | Prepare draft of SSL's one hundred and twenty-sixth monthly fee application for attorney review. | Mohamed, D. | 1.2 |
| 10/18/2011 | Attend to September 2011 fee statement. | Krieger, A. | 0.4 |
| 10/20/2011 | Review and revise draft of SSL's one hundred and twenty-sixth monthly fee application for attorney review. | Mohamed, D. | 0.8 |
| 10/25/2011 | Attend to September 2011 fee statement. | Krieger, A. | 0.3 |
| 10/28/2011 | Finalize SSL's one hundred and twenty-sixth monthly fee application for filing (.7); prepare notice and CoS re: same and forward to local counsel for filing (.6); prepare and effectuate service re: fee application (.7). | Mohamed, D. | 2.0 |
| 10/31/2011 | Prepare quarterly fee application for the period July 1,  2011 to September 30, 2011. | Krieger, A. | 2.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 3.5 | $ 715 | $ 2,502.50 |
| Magzamen, Michael | 0.5 | 320 | 160.00 |
| Mohamed, David | 4.0 | 200 | 800.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,462.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 3,462.50 |
|---|---|

# STROOCK

| RE | Creditor Inquiries 699843 0019 |
|----|-------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/07/2011 | Telephone conferences bank debt holder re: confirmation status. | Pasquale, K. | 0.3 |
| 10/21/2011 | Telephone conference bank holder re: confirmation status. | Pasquale, K. | 0.2 |
| 10/25/2011 | T/c creditor re: case status. | Krieger, A. | 0.2 |
| 10/26/2011 | T/c trade creditor re: case status. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.4 | $ 715 | $ 286.00 |
| Pasquale, Kenneth | 0.5 | 895 | 447.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 733.50 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 733.50 |
|-----------------------|----------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Fee Application, Others |
|---|---|
| | 699843  0020 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 10/12/2011 | Attend to fee auditor's statements, fee applications, certifications, notices regarding other professionals. | Krieger, A. | 0.3 |
| 10/13/2011 | Finalize Capstone's thirtieth quarterly fee application for filing (.8); prepare notice and CoS re: same and forward to local counsel for filing (.6); prepare and effectuate service re: fee application (.7). | Mohamed, D. | 2.1 |
| 10/18/2011 | Attend to fee applications of other professionals (.1); exchange emails with Capstone re: OCP motion (.1). | Krieger, A. | 0.2 |
| 10/18/2011 | Finalize Capstone's ninetieth and ninety-first monthly fee applications for filing (1.4); prepare notices and CoS re: same and forward to local counsel for filing (1.2); prepare and effectuate service re: fee applications (.9). | Mohamed, D. | 3.5 |
| 10/25/2011 | Attend to other professionals' fee applications. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.6 | $ 715 | $ 429.00 |
| Mohamed, David | 5.6 | 200 | 1,120.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,549.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,549.00 |
|---|---|

# STROOCK

| RE | Expenses |
|---|---|
| | 699843  0024 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|---|---|

### MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 135.78 |
| Long Distance Telephone | 18.63 |
| O/S Information Services | 146.16 |
| In House Messenger Service | 15.02 |
| Westlaw | 33.00 |

| TOTAL DISBURSEMENTS/CHARGES | $ 348.59 |
|---|---|

| TOTAL FOR THIS MATTER | $ 348.59 |
|---|---|

# STROOCK

| RE | Relief from Stay Proceedings<br>699843 0041 |
|----|---------------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/04/2011 | Memoranda with J. Baer re: Intrawest Motion for stay relief and Debtors' position thereon. | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.3 | $ 715 | $ 214.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 214.50 |
|-------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 214.50 |
|-----------------------|----------|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 55,335.00 |
|-------------------------------------------|-------------|
| TOTAL DISBURSEMENTS/CHARGES | $ 348.59 |
| TOTAL BILL | $ 55,683.59 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.