# EXHIBIT B

## WR GRACE & CO
## SUMMARY OF FEES
## OCTOBER 1, 2011 - OCTOBER 31, 2011

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** |  |  |  |
| Kruger, Lewis | 1.8 | $ 995 | $ 1,791.00 |
| Pasquale, Kenneth | 3.3 | 895 | 2,953.50 |
|  |  |  |  |
| **Associates** |  |  |  |
| Krieger, Arlene G. | 61.5 | 715 | 43,972.50 |
|  |  |  |  |
| **Paraprofessionals** |  |  |  |
| Braun, Danielle E. | 0.2 | 290 | 58.00 |
| Magzamen, Michael | 0.5 | 320 | 160.00 |
| Mohamed, David | 32.0 | 200 | 6,400.00 |
|  |  |  |  |
| **Total** | 99.3 |  | $ 55,335.00 |