# EXHIBIT C

WR GRACE & CO
DISBURSEMENT SUMMARY
OCTOBER 1, 2011 - OCTOBER 31, 2011

| Outside Messenger Service | $ | 135.78 |
|---|---|---|
| Long Distance Telephone | | 18.63 |
| O/S Information Services | | 146.16 |
| In House Messenger Service | | 15.02 |
| Westlaw | | 33.00 |
| | | |
| TOTAL | $ | **348.59** |

# STROOCK

**DISBURSEMENT REGISTER**

## SERVICE AND EXPENSE REMITTANCE SUMMARY

| DATE | November 28, 2011 |
|---|---|
| INVOICE NO. | 549347 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |
| RE | 699843 W R Grace & Co |

FOR EXPENSES INCURRED in the captioned matter for the period through October 31, 2011 including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 10/05/2011 | VENDOR: UPS; INVOICE#: 10X827401; DATE: 10/1/2011 David Mohamed to Dawn Mara Wilmington, VA on 9/23/11 | 7.72 |
| 10/05/2011 | VENDOR: UPS; INVOICE#: 10X827401; DATE: 10/1/2011 David Mohamed to Bobbi Ruthlander Esq Dallas, TX on 9/23/11 | 10.94 |
| 10/05/2011 | VENDOR: UPS; INVOICE#: 10X827401; DATE: 10/1/2011 David Mohamed to David Siegal Columbia, MD on 9/23/11 | 7.72 |
| 10/05/2011 | VENDOR: UPS; INVOICE#: 10X827401; DATE: 10/1/2011 David Mohamed to Dave Klauder Wilmington, DE on 9/23/11 | 7.72 |
| 10/05/2011 | VENDOR: UPS; INVOICE#: 10X827401; DATE: 10/1/2011 David Mohamed to Bobbi Ruthlander Esq Dallas, TX on 9/28/11 | 10.94 |
| 10/05/2011 | VENDOR: UPS; INVOICE#: 10X827401; DATE: 10/1/2011 David Mohamed to Dawn Marra Wilmington DE on 9/28/11 | 7.72 |
| 10/05/2011 | VENDOR: UPS; INVOICE#: 10X827401; DATE: 10/1/2011 David Mohamed to David Klauder Esq Wilmington DE on 9/28/11 | 7.72 |
| 10/05/2011 | VENDOR: UPS; INVOICE#: 10X827401; DATE: 10/1/2011 David Mohamed to David Siegal Columbia, MD on 9/28/11 | 7.72 |
| 10/15/2011 | VENDOR: UPS; INVOICE#: 10X827421; DATE: 10/15/2011 David Mohamed to Dave Klauder, Esq. Wilmington DE on 10/13 | 7.65 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| PAGE: 2 | | |
|---|---|---|
| DATE | DESCRIPTION | AMOUNT |
| 10/15/2011 | VENDOR: UPS; INVOICE#: 10X827421; DATE: 10/15/2011 David Mohamed to Bobbi Ruhlander  Dallas TX  on 10/13 | 10.84 |
| 10/15/2011 | VENDOR: UPS; INVOICE#: 10X827421; DATE: 10/15/2011 David Mohamed to Dawn S. Marra  Wilmington DE  on 10/13 | 7.65 |
| 10/15/2011 | VENDOR: UPS; INVOICE#: 10X827421; DATE: 10/15/2011 David Mohamed to David B. Siegal  Columbia MD  on 10/13 | 7.65 |
| 10/22/2011 | VENDOR: UPS; INVOICE#: 10X827431; DATE: 10/22/2011  David Mohamed to Bobbi Ruhlander, Esq.  Dallas TX on 10/18 | 10.84 |
| 10/22/2011 | VENDOR: UPS; INVOICE#: 10X827431; DATE: 10/22/2011  David Mohamed to David B. Siegal  Columbia MD  on 10/18 | 7.65 |
| 10/22/2011 | VENDOR: UPS; INVOICE#: 10X827431; DATE: 10/22/2011 David Mohamed to Dawn S. Marra  Wilimgton DE  on 10/18 | 7.65 |
| 10/22/2011 | VENDOR: UPS; INVOICE#: 10X827431; DATE: 10/22/2011  David Mohamed to Dave Klauder, Esq.  Wilmington DE  on 10/18 | 7.65 |
| **Outside Messenger Service Total** | | **135.78** |
| **Long Distance Telephone** | | |
| 10/07/2011 | EXTN.795562, TEL.2015877123, S.T.11:26, DUR.00:12:00 | 3.34 |
| 10/24/2011 | EXTN.795544, TEL.2015877144, S.T.11:36, DUR.00:43:51 | 12.23 |
| 10/25/2011 | EXTN.795544, TEL.2015877144, S.T.15:51, DUR.00:01:41 | 0.56 |
| 10/26/2011 | EXTN.795544, TEL.2012666988, S.T.16:49, DUR.00:08:11 | 2.50 |
| **Long Distance Telephone Total** | | **18.63** |
| **O/S Information Services** | | |
| 10/31/2011 | Pacer Search Service on 7/1/2011 | 146.16 |
| **O/S Information Services Total** | | **146.16** |
| **In House Messenger Service** | | |
| 10/26/2011 | VENDOR: Early Bird Messenger; INVOICE #: N/A; DATE: N/A; 10/21/2011 Bike Standard from GABRIEL to ARLENE KRIEGER, | 15.02 |

# STROOCK

| PAGE: 3 | | |
|---|---|---|
| DATE | DESCRIPTION | AMOUNT |
| | NYC | |
| **In House Messenger Service Total** | | **15.02** |
| **Westlaw** | | |
| 10/31/2011 | Duration 0; by Krieger, Arlene G. | 33.00 |
| **Westlaw Total** | | **33.00** |

| MATTER DISBURSEMENT SUMMARY | |
|---|---|
| Outside Messenger Service | $ 135.78 |
| Long Distance Telephone | 18.63 |
| O/S Information Services | 146.16 |
| In House Messenger Service | 15.02 |
| Westlaw | 33.00 |
| TOTAL DISBURSEMENTS/CHARGES | $ 348.59 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.