EXHIBIT A

# KRAMER LEVIN NAFTALIS & FRANKEL LLP
### 1177 AVENUE OF THE AMERICAS
### NEW YORK, NY 10036
### PHONE 212.715.9100
### FAX 212.715.8000

November 30, 2011

W.R. GRACE & CO. EQUITY COMMITTEE

When remitting,
please reference:
Invoice Number: 581459
056772

---

## CLIENT SUMMARY - 056772 - W.R. GRACE & CO. EQUITY COMMITTEE

### 056772-00001/CASE ADMINISTRATION

| | |
|---|---:|
| FEES | $67.00 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $67.00 |

### 056772-00002/CREDITOR COMMITTEE

| | |
|---|---:|
| FEES | $887.00 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $887.00 |

### 056772-00005/BANKR. MOTIONS

| | |
|---|---:|
| FEES | $469.00 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $469.00 |

### 056772-00007/REORGANIZATION PLAN

| | |
|---|---:|
| FEES | $249.00 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $249.00 |

---

Amounts due may be remitted by wire transfer.

| | |
|---|---|
| To: | Citibank, N.A. |
| | Citicorp Center 153 E. 53rd Street NY, N.Y. 10043 |
| | ABA #021000089 |
| Account: | Kramer Levin Naftalis & Frankel LLP Money Market A\C 9992122019 |
| By Order of: | Invoice No. 581459 |
| Citibank Contact: | Gaetana Mauceli (212) 559-0165 |

**TIME AND DISBURSEMENT AMOUNTS POSTED AFTER THE BILLING PERIOD SHOWN
ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.**

**DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE
CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.
TAX ID# 13-1944339**

Kramer Levin Naftalis & Frankel LLP                                            Page No. 2

W.R. GRACE & CO. EQUITY COMMITTEE                                    November 30, 2011
056772                                                               Invoice No. 581459

### 056772-00008/FEE APPLICATIONS, APPLICANT

| | |
|---|---:|
| FEES........................................................................................................ | $536.00 |
| DISBURSEMENTS ................................................................................ | 9.19 |
| MATTER TOTAL.................................................................................... | $545.19 |
| | |
| CLIENT GRAND TOTAL......................................................................... | $2,217.19 |

Kramer Levin Naftalis & Frankel LLP                                      Page No. 3

W.R. GRACE & CO. EQUITY COMMITTEE                          November 30, 2011
056772-00001                                                              Invoice No. 581459

## CASE ADMINISTRATION

## DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 10/03/11 | BLABEY, DAVID E | Review State of Montana letter and email to client re same. | 0.10 | 67.00 |
| **TOTAL HOURS AND FEES** | | | **0.10** | **$67.00** |

**TOTAL FOR THIS MATTER**                                    **$67.00**

Kramer Levin Naftalis & Frankel LLP                                    Page No. 4

W.R. GRACE & CO. EQUITY COMMITTEE                        November 30, 2011
056772-00002                                             Invoice No. 581459

## CREDITOR COMMITTEE

## DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 10/11/11 | BLABEY, DAVID E | Review Wamu decision and call with equity holder re same. | 0.20 | 134.00 |
| 10/12/11 | BLABEY, DAVID E | Call with equity holder re appellate issues. | 0.40 | 268.00 |
| 10/18/11 | BLABEY, DAVID E | Call with equity holder re appellate scenarios. | 0.60 | 402.00 |
| 10/26/11 | BENTLEY, PHILIP | Trade emails re upcoming committee call | 0.10 | 83.00 |

**TOTAL HOURS AND FEES**                                          **1.30**   **$887.00**

**TOTAL FOR THIS MATTER**                                         **$887.00**

Kramer Levin Naftalis & Frankel LLP                                    Page No. 5

W.R. GRACE & CO. EQUITY COMMITTEE                        November 30, 2011
056772-00005                                             Invoice No. 581459

## BANKR. MOTIONS

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 10/11/11 | BLABEY, DAVID E | Review decision on Garlock motion. | 0.20 | 134.00 |
| 10/18/11 | BLABEY, DAVID E | Review ordinary course professionals motion, project plate motion, and merger motion. | 0.50 | 335.00 |
| **TOTAL HOURS AND FEES** | | | **0.70** | **$469.00** |

**TOTAL FOR THIS MATTER**                           **$469.00**

Kramer Levin Naftalis & Frankel LLP

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00007

November 30, 2011
Invoice No. 581459

## REORGANIZATION PLAN

## DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 10/04/11 | BENTLEY, PHILIP | Trade emails re current issues | 0.10 | 83.00 |
| 10/11/11 | BENTLEY, PHILIP | Trade emails re confirmation appeal | 0.10 | 83.00 |
| 10/18/11 | BENTLEY, PHILIP | Trade emails re current issues | 0.10 | 83.00 |

**TOTAL HOURS AND FEES**                                                        **0.30**    **$249.00**

**TOTAL FOR THIS MATTER**                                          **$249.00**

Kramer Levin Naftalis & Frankel LLP

Page No. 7

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00008

November 30, 2011
Invoice No. 581459

## FEE APPLICATIONS, APPLICANT

## DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 10/06/11 | BLABEY, DAVID E | Review and edit bill for fee app. | 0.10 | 67.00 |
| 10/25/11 | BLABEY, DAVID E | Prepare monthly fee application. | 0.70 | 469.00 |
| **TOTAL HOURS AND FEES** | | | **0.80** | **$536.00** |

## SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|-------------|--------|
| MESSENGER/COURIER | 9.19 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$9.19** |

| | |
|---|---|
| **TOTAL FOR THIS MATTER** | **$545.19** |