**EXHIBIT B**

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                         PAGE    1
                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 12/01/2011 12:24:06

Matter No: 056772-00008                                 Orig Prtnr : CRED. RGTS      - 06975        Proforma Number:     3239844
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE         Bill Prtnr : BENTLEY PHILIP  - 02495        Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status        : ACTIVE

Special Billing Instructions:

---------------------------------------------------------------------------------------------------------------------------
                                              PRE-BILLING SUMMARY REPORT

            UNBILLED TIME FROM:                            TO:
            UNBILLED DISB FROM:    10/26/2011             TO:      10/26/2011

                                     FEES                              COSTS
                                     ----                              -----
      GROSS BILLABLE AMOUNT:          0.00                                9.19
      AMOUNT WRITTEN DOWN:
                    PREMIUM:
            ON ACCOUNT BILLED:
      DEDUCTED FROM PAID RETAINER:
              AMOUNT BILLED:
                  THRU DATE:                                          10/26/2011
      CLOSE MATTER/FINAL BILLING?    YES    OR    NO
      EXPECTED DATE OF COLLECTION:

      BILLING PARTNER APPROVAL:
                                     BENTLEY PHILIP - 02495            WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

      BILLING COMMENTS:


---------------------------------------------------------------------------------------------------------------------------
                                  ACCOUNTS RECEIVABLE TOTALS                                UNAPPLIED CASH

                    FEES:                   0.00
           DISBURSEMENTS:                   9.19         UNIDENTIFIED RECEIPTS:           0.00
            FEE RETAINER:                   0.00             PAID FEE RETAINER:           0.00
           DISB RETAINER:                   0.00            PAID DISB RETAINER:           0.00
       TOTAL OUTSTANDING:                   9.19        TOTAL AVAILABLE FUNDS:           0.00
                                                               TRUST BALANCE:

                                                       BILLING HISTORY
                                                       ---------------
      DATE OF LAST BILL:       10/25/11         LAST PAYMENT DATE:           11/23/11
      LAST BILL NUMBER:        579261    ACTUAL FEES BILLED TO DATE:     228,405.50
                                        ON ACCOUNT FEES BILLED TO DATE:        0.00
                                              TOTAL FEES BILLED TO DATE:  228,405.50
                                              FEES WRITTEN OFF TO DATE:   19,208.00
      LAST BILL THRU DATE:     09/30/11         COSTS WRITTEN OFF TO DATE:      944.50

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:

     (1) Exceeded Fixed Fee            (4) Excessive Legal Time          (7) Fixed Fee
     (2) Late Time & Costs Posted      (5) Business Development          (8) Premium
     (3) Pre-arranged Discount         (6) Summer Associate              (9) Rounding        (10) Client Arrangement


BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE   2
                                              *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 12/01/2011 12:24:06

Matter No: 056772-00008                              Orig Prtnr : CRED. RGTS - 06975        Proforma Number:  3239844
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                  Status        : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y  ----------- Total Unbilled -----------
Code Description                            Oldest       Latest       Total
                                            Entry        Entry        Amount
---- -----------                            -------      -------      -----------
0930 MESSENGER/COURIER                      10/26/11     10/26/11           9.19

                                 Total                                      9.19


U N B I L L E D   C O S T S   D E T A I L
Description/Code                            Employee          Date        Amount        Index#   Batch No   Batch Date
----------------                            --------          ----        ------        ------   --------   ----------

MESSENGER/COURIER 0930
  FEDERAL EXPRESS CORPORAT                  HLABEY, D E       10/26/11      9.19        9499381  1154435    11/11/11
  Saul Ewing LLP

                                            0930 MESSENGER/COURIER Total :  9.19


                 Costs Total :                                               9.19
```

```
alp_132r: Matter Detail                      KRAMER LEVIN NAFTALIS & FRANKEL LLP                                PAGE    3
                                                *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 12/01/2011 12:24:06

                                                         Orig Prtnr : CRED. RGTS - 06975        Proforma Number:  3239844
Matter No: 056772-00008                                  Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Name : FEE APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001                                                                      Status       : ACTIVE

BILLING INSTRUCTIONS FOR UNBILLED COSTS SUMMARY
Code Description        Amount          Bill       W/o / W/u     Transfer To    Clnt/Mtr    Carry Forward
---------------------   --------        ----       ---------     -----------    --------    -------------

0930 MESSENGER/COURIER      9.19

           Costs Total :    9.19
```