## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) | **Reference Docket No. 27903** |
|  | ) |  |

## (NO ORDER REQUIRED)
## CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 27903

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Eightieth Monthly Interim Application of Phillips, Goldman & Spence, P.A. as Local Counsel to David T. Austern, PI Future Claimants' Representative for Compensation and Reimbursement of Expenses for the Period of January 1, 2011 through January 31, 2011* (the "Application"), filed with the Court on November 9, 2011, and entered on the Court's docket as Docket No. 27903. The undersigned further certifies that he has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections to the Application were to be filed no later than November 29, 2011.

Pursuant to the *Amended, Administrative Order Under 11 U.S.C. Sections 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members*, dated April 17, 2002 [Docket No. 1949], the Debtor is authorized to pay Phillips, Goldman & Spence, P.A. $5,646.80 which represents 80% of the fees of $7,058.50 and $104.16 which represents 100% of the expenses requested in the Application for the Period, for a total due of $5,750.96 upon the filing of this Certification and without the need for the entry of an Order of this Court approving the Application.

PHILLIPS, GOLDMAN & SPENCE, P.A.


_____
JOHN C. PHILLIPS, JR., ESQUIRE (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210 (fax)
Co-counsel to David T. Austern, PI
Future Claimants' Representative

Dated: December 2, 2011