

November 14, 2011

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   202553

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
THROUGH October 31, 2011

### CLIENT SUMMARY

**BALANCE AS OF- 10/31/11**

| MATTERS | TIME | COSTS | TOTAL |
| --- | ---: | ---: | ---: |
| **.15537 -** 01- Case Administration | $620.00 | $184.32 | $804.32 |
| **.15543 -** 07 - Applicant's Fee Application | $1,087.50 | $0.00 | $1,087.50 |
| **Client Total** | **$1,707.50** | **$184.32** | **$1,891.82** |

### CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD

| TIMEKEEPER | HOURS | RATE | AMOUNT |
| --- | ---: | ---: | ---: |
| Snyder, Jeffrey I | 0.50 | $375.00 | $187.50 |
| Flores, Luisa M | 4.00 | $225.00 | $900.00 |
| Varela, Ana Carolina | 3.10 | $200.00 | $620.00 |
| **TOTAL PROFESSIONAL FEES THIS PERIOD** | | | **$1,707.50** |

### CLIENT SUMMARY OF COSTS ADVANCED

| | |
| --- | ---: |
| Pacer - Online Services | $175.52 |
| Copies | $8.80 |
| **TOTAL COSTS ADVANCED THIS PERIOD** | **$184.32** |

| | |
| --- | ---: |
| **TOTAL BALANCE DUE THIS PERIOD** | **$1,891.82** |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

1450 Brickell Avenue, Suite 2300, Miami, FL 33131-3456    Tel 305.374.7580    Fax 305.374.7593                    www.bilzin.com

**Atty – SLB**
**Client No.: 74817/15537**

**RE:  01- Case Administration**

| Date | | | | |
|---|---|---|---|---|
| 10/03/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 10/04/11 | ACV | 0.20 | 40.00 | Review and analyze docket activity and email Jay Sakalo thereon; obtain requested pleading and exhibits. |
| 10/05/11 | ACV | 0.20 | 40.00 | Review and analyze docket activity and email Jay Sakalo thereon; obtain requested pleading and exhibits. |
| 10/06/11 | ACV | 0.20 | 40.00 | Review and analyze docket activity and email Jay Sakalo thereon; obtain requested pleading and exhibits. |
| 10/07/11 | ACV | 0.20 | 40.00 | Review and analyze docket activity and email Jay Sakalo thereon; obtain requested pleading and exhibits. |
| 10/10/11 | ACV | 0.20 | 40.00 | Review and analyze docket activity and email Jay Sakalo thereon; obtain requested pleading and exhibits. |
| 10/11/11 | ACV | 0.20 | 40.00 | Review and analyze docket activity and email Jay Sakalo thereon; obtain requested pleading and exhibits. |
| 10/12/11 | ACV | 0.20 | 40.00 | Review and analyze docket activity and email Jay Sakalo thereon; obtain requested pleading and exhibits. |
| 10/14/11 | ACV | 0.20 | 40.00 | Review and analyze docket activity and email Jay Sakalo thereon; obtain requested pleading and exhibits. |
| 10/17/11 | ACV | 0.20 | 40.00 | Review and analyze docket activity and email Jay Sakalo thereon; obtain requested pleading and exhibits. |
| 10/18/11 | ACV | 0.20 | 40.00 | Review and analyze docket activity and email Jay Sakalo thereon; obtain requested pleading and exhibits. |
| 10/19/11 | ACV | 0.20 | 40.00 | Review and analyze docket activity and email Jay Sakalo thereon; obtain requested pleading and exhibits. |
| 10/20/11 | ACV | 0.20 | 40.00 | Review and analyze docket activity and email Jay Sakalo thereon; obtain requested pleading and exhibits. |
| 10/21/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 10/24/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 10/25/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 10/26/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 10/27/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 10/28/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |

**PROFESSIONAL SERVICES** $620.00

### COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 09/30/11 | Pacer - Online Services Pacer 07/01/11 through 09/30/11 - VENDOR: PACER SERVICE CENTER; INVOICE#: RB0120-Q32011; DATE: 9/30/2011  -  Acct. RB0120 | 173.36 |
| 09/30/11 | Pacer - Online Services Pacer 07/01/11 through 09/30/11 - VENDOR: PACER SERVICE CENTER; INVOICE#: RB0120-Q32011; DATE: 9/30/2011  -  Acct. RB0120 | 2.16 |
| 10/11/11 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 10/24/11 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 10/24/11 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 10/24/11 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/25/11 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 10/25/11 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 10/25/11 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 10/25/11 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 10/27/11 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 10/27/11 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 10/27/11 | Copies 1 pgs @ 0.10/pg | 0.10 |

**TOTAL COSTS ADVANCED** $184.32

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Varela, Ana Carolina | 3.10 | $200.00 | $620.00 |
| **TOTAL** | **3.10** | | **$620.00** |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Pacer - Online Services | $175.52 |
| Copies | $8.80 |
| **TOTAL** | **$184.32** |

**CURRENT BALANCE DUE THIS MATTER** $804.32

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15543

**RE: 07 - Applicant's Fee Application**

| Date | Initials | Hours | Amount | Description |
|---|---|---|---|---|
| 10/13/11 | JIS | 0.50 | 187.50 | Review and revise September prebill. |
| 10/17/11 | LMF | 0.30 | 67.50 | Attend to finalizing September statement of fees. |
| 10/18/11 | LMF | 0.20 | 45.00 | Attend to email regarding September edits. |
| 10/25/11 | LMF | 0.60 | 135.00 | Prepare summary and notice for September fees and costs and submit to local counsel for filing and service. |
| 10/25/11 | LMF | 1.60 | 360.00 | Attend to drafting quarterly fee application for Bilzin Sumberg. |
| 10/26/11 | LMF | 0.90 | 202.50 | Continue working on quarterly application. |
| 10/27/11 | LMF | 0.40 | 90.00 | Continue with quarterly fee application. |

**PROFESSIONAL SERVICES** $1,087.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Snyder, Jeffrey I | 0.50 | $375.00 | $187.50 |
| Flores, Luisa M | 4.00 | $225.00 | $900.00 |
| **TOTAL** | **4.50** | | **$1,087.50** |

**CURRENT BALANCE DUE THIS MATTER** $1,087.50

BILZIN SUMBERG BAENA PRICE & AXELROD LLP