**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO., et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| *Debtors.* | § | Jointly Administered |
| | § | |
| | § | Objection Deadline: 12/26/2011; 4:00 PM ET |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS FOR THE THIRTY-NINTH MONTHLY INTERIM PERIOD FROM NOVEMBER 1, 2011 THROUGH NOVEMBER 30, 2011**

| | |
|---|---|
| Name of Applicant: | Alan B. Rich, Esq. |
| Authorized to Provide Services To: | Hon. Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | September 29, 2008 (*nunc pro tunc*) |
| Period for Which Compensation and Reimbursement is Sought: | November 1, 2011 through November 30, 2011 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $6,084.00   [80% of $7,605.00] |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $0.00 |

This is a(n):   ☒Monthly     ☐Interim     ☐Final Application

## PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |

---

[1] At 80% of the total incurred.

| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
| --- | --- | --- | --- | --- | --- |
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | Paid | Paid |
| 5/3/2010 | 4/1/2010 to 4/30/2010 | $11,040.00 | $805.28 | Paid | Paid |
| 6/1/2010 | 5/1/2010 to 5/31/2010 | $5,808.00 | $44.00 | Paid | Paid |
| 7/1/2010 | 6/1/2010 to 6/30/2010 | $9,792.00 | $779.81 | Paid | Paid |
| 8/1/2010 | 7/1/2010 to 7/31/2010 | $7,824.00 | $208.00 | Paid | Paid |
| 9/1/2010 | 8/1/2010 to 8/31/2010 | $4,272.00 | $273.00 | Paid | Paid |
| 10/1/2010 | 9/1/2010 to 9/30/2010 | $6,672.00 | $30.00 | Paid | Paid |
| 11/1/2010 | 10/1/2010 to 10/31/2010 | $3,408.00 | $44.00 | Paid | Paid |
| 12/1/2010 | 11/1/2010 to 11/30/2010 | $6,012.00 | $0 | Paid | Paid |
| 1/3/2011 | 12/1/2010 to 12/31/2010 | $13,572.00 | $1,146.02 | Paid | Paid |
| 2/1/2011 | 1/1/2011 to 1/31/2011 | $13,416.00 | $1,247.19 | Paid | Paid |
| 3/1/2011 | 2/1/2011 to 2/28/2011 | $17,992.00 | $1,509.34 | Paid | Paid |
| 4/1/2011 | 3/1/2011 to 3/31/2011 | $10,660.00 | $201.00 | Paid | Paid |
| 5/2/2011 | 4/1/2011 to 4/30/2011 | $13,364.00 | $44.00 | Paid | Paid |
| 6/1/2011 | 5/1/2011 to 5/31/2011 | $22,932.00 | $243.05 | Paid | Paid |
| 7/1/2011 | 6/1/2011 to 6/30/2011 | $18,824.00 | $533.60 | Paid | Paid |
| 8/1/2011 | 7/1/2011 to 7/31/2011 | $10,088.00 | $0 | Paid | Paid |

| | | | | | |
|---|---|---|---|---|---|
| 9/1/2011 | 8/1/2011 to 8/31/2011 | $6,708.00 | $20.88 | Paid | Paid |
| 10/3/2011 | 9/1/2011 to 9/30/2011 | $6,500.00 | $0 | Paid | Paid |
| 11/1/2011 | 10/1/2011 to 10/31/2011 | $6,396.00 | $0 | CNO Filed | CNO Filed |

Alan B. Rich is the only attorney providing services in this Fee Application period. Mr. Rich has practiced law for 27 years, and his billing rate is $650 per hour. In this Application period Mr. Rich billed 11.7 hours,[2] for a total amount billed of $7,605.00 of which 80% is currently sought, in the amount of $6,084.00. The total sought by the Application is $6,084.00

As stated above, this is the Thirty-Ninth application for monthly fees and expenses. The time for preparation of this Application is approximately 1.5 hours, for which $975.00 will be requested in a future application.

COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 6.7 | $4,355.00 |
| Fee Application Matters (Monthly and Quarterly, including FCR) | 5.0 | $3,250.00 |
| TOTAL | 11.7 | $7,605.00 |

EXPENSE SUMMARY

| Description | Expense |
|---|---|
| | |
| TOTAL | $0.00 |

---

[2] Travel Time, if any, is included in this figure at 50% of actual time.

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

*/s/ Alan B. Rich*

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Elm Street, Suite 4244
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

CERTIFICATE OF SERVICE

I certify that on the 5th day of December, 2011, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

*/s/ Alan B. Rich*

_____

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*
4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (Nov. 2011)

**Client**

Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands

**Matter**

*In re W. R. Grace*, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|---|---|---|
| 11/1/2011 | Review of Garlock's designation of record on appeal | 0.3 |
| 11/1/2011 | Prepare 38th Monthly Fee Application, Notice and attention to filing of same | 1.5 |
| 11/1/2011 | Review Fee Auditor's Final Report for 41st Quarter | 0.2 |
| 11/1/2011 | Review Notice of Settlements for the 41st Quarter | 0.1 |
| 11/2/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 11/3/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 11/4/2011 | Review Post Confirmation operating report | 0.2 |
| 11/7/2011 | Review letter request for matrix and IFP affidavit from pro se creditor | 0.1 |
| 11/7/2011 | Review Order denying pro se request for matrix | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 11/7/2011 | Review Certificate of No Objection re amendment to OCP compensation order | 0.1 |
| 11/8/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 11/9/2011 | Prepare and file CNO for PD FCR 29th Monthly Fee Application | 0.2 |
| 11/9/2011 | Review of Designation of additional items for record on appeal in Garlock appeal by Kazen, et al. | 0.3 |
| 11/9/2011 | Review of Designation of additional items for record on appeal in Garlock appeal by Angelos, et al. | 0.3 |
| 11/10/2011 | Review of Designation of additional items for record on appeal in Garlock appeal by the ACC's | 0.3 |
| 11/11/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 11/12/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 11/14/2011 | Review of monthly fee applications of Canadian ZAI counsels | 0.3 |
| 11/15/2011 | Preparation, filing and service of the 30th Monthly Fee Application of the PD FCR | 0.6 |
| 11/15/2011 | Review Debtors' Application to Employ PWC | 0.5 |
| 11/15/2011 | Review Debtors' Application to Employ Baker and MacKenzie | 0.4 |
| 11/15/2011 | Review Certification of Counsel re sale of Vermiculite business | 0.5 |
| 11/15/2011 | Review Certification of Counsel re Merger of non-operating subsidiaries | 0.5 |
| 11/16/2011 | Review Agenda for November omnibus hearing and email to client re same | 0.2 |
| 11/16/2011 | Review Transmittal of Record on Appeal to District Court. BAP #11-83 | 0.1 |
| 11/17/2011 | Review Miscellaneous ECF Notices | 0.1 |

| | | |
|---|---|---|
| 11/18/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 11/21/2011 | Review Quarterly Fee Applications of Canadian ZAI counsel | 0.3 |
| 11/21/2011 | Review Modified Order granting merger motion | 0.1 |
| 11/21/2011 | Review Order granting motion to amend OCP Orders | 0.1 |
| 11/21/2011 | Review Order granting Vermiculite business sale motion | 0.1 |
| 11/21/2011 | Review docketing statement for Garlock appeal | 0.1 |
| 11/22/2011 | Attention to Court Call registration for November Omnibus | 0.1 |
| 11/22/2011 | Prepare, file and serve Quarterly Fee Appplication for the 42nd Period and Notice of filing | 1.5 |
| 11/22/2011 | Prepare, file and serve Judge Sanders' Quarterly Fee Application for the 42nd Period and Notice of filing | 1.0 |
| 11/23/2011 | Review Amended Agenda for November Omnibus hearing | 0.1 |
| 11/26/2011 | Email to client re omnibus hearing | 0.1 |
| 11/28/2011 | Review letter from Pro Se re receipt of Order | 0.1 |
| 11/28/2011 | Review Withdrawal of claim by Texas Comptroller | 0.1 |
| 11/29/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 11/30/2011 | Prepare, file and serve CNO for 38th Monthly Fee Application | 0.2 |
| 11/30/2011 | Review Letter to Court re setting hearing on Claim #2114 | 0.1 |
| 11/30/2011 | Review transfer of claim of NY Hillside | 0.1 |

Total:   11.7 hours @ $650/hour = $7,605.00

<u>Expenses</u>:   None

**Total Fees and Expenses Due:   $7,605.00**