IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) (Jointly Administered) |
| | ) |
| Debtors. | ) Reference No. 27906 |

## CERTIFICATION OF COUNSEL REGARDING DOCKET NO. 27906

The undersigned hereby certifies that, the following is true and correct to the best of his knowledge.

1. On November 9, 2011, he filed the *Twenty-Eighth Quarterly Interim Application of Phillips, Goldman & Spence, P.A. as Local Counsel to David T. Austern, PI Future Claimants' Representative for Compensation and Reimbursement of Expenses for the Period of January 1, 2011 through March 31, 2011* (the "Application"), filed with the Court on November 9, 2011, and entered on the Court's docket as Docket No. 27906.

2. The undersigned was contacted by the Fee Examiners office regarding a miscalculation of time resulting in a request for too much in fees for one time entry.

3. The undersigned agreed to a $475 reduction to the fees due from the Debtors' Estate for the Twenty-Eighth Quarterly Fee Application.

PHILLIPS, GOLDMAN & SPENCE, P.A.

_____
JOHN C. PHILLIPS, JR., ESQUIRE (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210 (fax)
Co-counsel to David T. Austern,
Future Claimants' Representative

Dated: December 6, 2011