IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Reference No. 27922** |
| | ) | |

## CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 27922

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Thirtieth Quarterly Interim Application of Phillips, Goldman & Spence, P.A. as Local Counsel to David T. Austern, PI Future Claimants' Representative for Compensation and Reimbursement of Expenses for the Period of July 1, 2011 through September 30, 2011* (the "Application"), filed with the Court on November 11, 2011, and entered on the Court's docket as Docket No. 27922. The undersigned further certifies that he has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections to the Application were to be filed no later than December 2, 2011.

PHILLIPS, GOLDMAN & SPENCE, P.A.

_____
JOHN C. PHILLIPS, JR., ESQUIRE (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210 (fax)
Co-counsel to David T. Austern,
Future Claimants' Representative

Dated: December 6, 2011