IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: December 5, 2011, at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

**NO ORDER REQUIRED CERTIFICATION OF NO OBJECTION REGARDING
MONTHLY FEE APPLICATION OF BAKER DONELSON BEARMAN CALDWELL &
BERKOWITZ, P.C. AS A PROFESSIONAL EMPLOYED BY THE ESTATE FOR THE
DEBTORS FOR THE MONTH OF OCTOBER, 2011 (DOCKET NO. 27953)**

The undersigned hereby certifies that, as of the date hereof, she has received no

answer, objection or other responsive pleading to the *Monthly Fee Application of Baker*

*Donelson Bearman Caldwell & Berkowitz, P.C.* ("Baker") *as a Professional Employed by the*

*Estate for the Debtors for the Month of October, 2011* (the "Application"). The undersigned

further certifies that she has caused the Court's docket in this case to be reviewed and no answer,

objection or other responsive pleading to the Application appears thereon. Pursuant to the

Application, objections to the Application were to be filed and served no later than

December 5, 2011.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Pursuant to the Administrative Order Under 11 U.S.C. §§ 105(a) and 331

Establishing Procedures for Interim Compensation and Reimbursement of Expenses for

Professionals and Official Committee Members (the "Order") dated May 3, 2001, the Debtors

are authorized to pay Baker $15,200.00 which represents 80% of the fees ($19,000.00), and

$0.00, which represents 100% of the expenses requested in the Application for the period

October 1, 2011 through October 31, 2011, upon the filing of this Certification and without the

need for entry of a Court order approving the Application.


Dated:  December 6, 2011          KIRKLAND & ELLIS LLP
                                  Adam Paul
                                  300 N. LaSalle
                                  Chicago, Illinois 60654
                                  Telephone:    (312) 861-2000
                                  Facsimile:    (312) 861-2200

                                  and

                                  PACHULSKI STANG ZIEHL & JONES LLP


                                  Laura Davis Jones (Bar No. 2436)
                                  James E. O'Neill (Bar No. 4042)
                                  Kathleen P. Makowski (Bar No. 3648)
                                  919 North Market Street, 17th Floor
                                  P.O. Box 8705
                                  Wilmington, DE  19899-8705 (Courier 19801)
                                  Telephone:    (302) 652-4100
                                  Facsimile:    (302) 652-4400

                                  Co-Counsel to Debtors and Debtors-in-Possession