# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et*. *al*., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| | ) | |

## **CERTIFICATE OF SERVICE**

I, Daniel K. Hogan, hereby certify that on the 7th day of December, 2011, I caused a true and correct copy of the following document to be served on the individuals on the attached service list in the manner indicated:

**NO ORDER REQUIRED CERTIFICATE OF NO OBJECTION
REGARDING DOCKET NO. 27940
(NINETEENTH MONTHLY APPLICATION OF LAUZON BÉLANGER LESPÉRANCE
AS SPECIAL COUNSEL FOR THE CANADIAN ZAI CLAIMANTS FOR THE PERIOD
SEPTEMBER 1, 2011, THROUGH SEPTEMBER 30, 2011)**

　　　　　　　　　　　　　　　　　　　　　　　*/s/Daniel K. Hogan*
　　　　　　　　　　　　　　　　　　　　　　　Daniel K. Hogan (DE Bar #2814)