# EXHIBIT B

**(Expense Detail)**

**EXPENSES**

| | |
|---|---|
| **LITIGATION AND LITIGATION CONSULTING** | $12,473.23 |
| **FEE APPLICATION – APPLICANT** | $1.68 |
| **TOTAL EXPENSES** | $12,474.91 |



303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

December 7, 2011
Bill Number 140207
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**LEGAL SERVICES**

**COSTS**

THROUGH OCTOBER 31, 2011

| | | | |
|---|---|---|---|
| EXCESS POSTAGE | | | |
| 10/31/11 | EXCESS POSTAGE | 14.34 | |
| | | | $14.34 |
| PACER ONLINE SEARCH | | | |
| 10/10/11 | PACER ONLINE SEARCH | 47.68 | |
| | | | $47.68 |
| OUTSIDE PHOTOCOPYING | | | |
| 10/28/11 | MERRILL COMMUNICATIONS, LLC: Copies made for Atty. John Heubeck (CA) after visit to repository. (1/2 to be reimbursed by Atty. Heubeck $31.84). | 63.68 | |
| | | | $63.68 |
| RENT REIMBURSEMENT | | | |
| 10/03/11 | ONE WINTHROP SQUARE, LLC: Rent and utilities for document repository at One Winthrop Square - October 2011. | 11,944.03 | |
| | | | $11,944.03 |
| MISCELLANEOUS | | | |
| 10/11/11 | RECORDKEEPER ARCHIVE CENTERS,: Storage | 403.50 | |

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re: Litigation and Litigation Consulting

**COSTS**

THROUGH OCTOBER 31, 2011

| | |
|---|---|
| 10/01/11 through 10/31/11. | $403.50 |
| TOTAL COSTS | $12,473.23 |
| TOTAL THIS BILL | $12,473.23 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

December 7, 2011
Bill Number 140208
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**LEGAL SERVICES**

**COSTS**

THROUGH OCTOBER 31, 2011

EXCESS POSTAGE

| | | | |
|---|---|---|---|
| 10/31/11 | EXCESS POSTAGE | 1.68 | |
| | | | $1.68 |
| | TOTAL COSTS | | $1.68 |
| | TOTAL THIS BILL | | $1.68 |