IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: December 28, 2011 at 4:00 p.m.
Hearing Date: TBD only if necessary

# FEE DETAIL FOR CASNER & EDWARDS, LLP'S
## ONE HUNDRED AND TWENTY-FIRST MONTHLY FEE APPLICATION
## FOR THE PERIOD FROM OCTOBER 1, 2011 THROUGH OCTOBER 31, 2011

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

52000.57/520650

**EXHIBIT A**
(Fee Detail)

**FEES**

| LITIGATION AND LITIGATION CONSULTING | $16,824.50 |
|---|---:|
| FEE APPLICATION – APPLICANT | $630.00 |
| TOTAL FEES | $17,454.50 |

**CASNER & EDWARDS, LLP**

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

December 7, 2011
Bill Number 140203
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re:   Litigation and Litigation Consulting

## LEGAL SERVICES

THROUGH OCTOBER 31, 2011

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 10/03/11 | RAM | Read selected documents filed in bankruptcy court. | 0.40 Hrs | 140.00 |
| 10/03/11 | MTM | Meeting with Huebeck at Winthrop Square (.9); telephone call to in-house counsel re: same (.1). | 1.00 Hrs | 300.00 |
| 10/03/11 | ARA | Monitor document production. | 7.70 Hrs | 1,039.50 |
| 10/04/11 | ARA | Monitor document production (5.0); prepare tagged documents for copying (.5). | 5.50 Hrs | 742.50 |
| 10/05/11 | ARA | Prepare tagged documents for copying; inventory documents and boxes; arrange for documents to be picked up by copy service; telephone call to MTM to confirm number of copy sets to be copied re: document production. | 4.00 Hrs | 540.00 |
| 10/05/11 | ARA | Document control. | 2.60 Hrs | 221.00 |

Mark A. Shelnitz
Re: Litigation and Litigation Consulting

THROUGH OCTOBER 31, 2011

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 10/06/11 | MTM | Receipt and review of copies of documents tagged by California attorney at Winthrop Square (.2); telephone call to ARA and in-house Grace counsel re: same (.1); letter to California counsel re: same (.2). | 0.50 Hrs | 150.00 |
| 10/06/11 | ARA | Receipt of originals from copy service; quality control documents in the production set after document production. | 5.00 Hrs | 675.00 |
| 10/06/11 | ARA | Document control. | 1.70 Hrs | 144.50 |
| 10/07/11 | ARA | Quality control documents in the production set after document production. | 1.10 Hrs | 148.50 |
| 10/11/11 | ARA | Quality control documents in the production set (5.7). Meeting with representatives from Merrill Corp. re: copying our documents (.8). | 6.50 Hrs | 877.50 |
| 10/12/11 | ARA | Quality control documents in the production set. | 5.70 Hrs | 769.50 |
| 10/13/11 | ARA | Quality control documents in the production set. | 6.50 Hrs | 877.50 |
| 10/14/11 | RAM | Read updated bankruptcy court docket entries to select documents to read (.1). Read selected documents filed in bankruptcy court (.6). | 0.70 Hrs | 245.00 |
| 10/14/11 | ARA | Quality control documents in the production set. | 5.00 Hrs | 675.00 |
| 10/14/11 | ARA | Document control. | 1.70 Hrs | 144.50 |
| 10/17/11 | ARA | Quality control documents in the production set. | 5.00 Hrs | 675.00 |
| 10/17/11 | ARA | Document control. | 1.40 Hrs | 119.00 |
| 10/18/11 | MTM | Receipt and review of copy bill; letter to California counsel re: same. | 0.10 Hrs | 30.00 |
| 10/18/11 | ARA | Telephone calls to and from MTM and Merrill Corp. re: invoice from Merrill for document production (.5). Quality control documents in the production set (4.5). | 5.00 Hrs | 675.00 |

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

THROUGH OCTOBER 31, 2011

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 10/19/11 | MTM | Telephone call from private investigator in Pennsylvania re: request to review Grace documents with regard to vermiculite concentrate in Pool Cushion (.3); telephone call to in-house counsel re: same (.2); telephone call from Mike Armes re; same (.2); telephone call to ARA re: locating ore shipment binders (.1); telephone call to in-house counsel re: same (.1). | 0.90 Hrs | 270.00 |
| 10/19/11 | ARA | Per MTM's request, search for ore shipment binders; telephone call to MTM with findings (.7). Quality control documents in the production set (4.6). | 5.30 Hrs | 715.50 |
| 10/20/11 | ARA | Quality control documents in the production set. | 5.60 Hrs | 756.00 |
| 10/21/11 | MTM | Telephone call to ARA re: ore shipment binders (.1); receipt and review of letter from Michael Armes re: same (.2); email to in-house counsel re: same (.1); review ore shipment binders at Winthrop Square re: documents requested by Armes (1.0). | 1.40 Hrs | 420.00 |
| 10/21/11 | ARA | Quality control documents in the production set. | 3.00 Hrs | 405.00 |
| 10/24/11 | MTM | Email to in-house counsel re: no Schundler documents found in ore shipment binders (.1); telephone call from Michael Armes re: same (.2). | 0.30 Hrs | 90.00 |
| 10/24/11 | ARA | Quality control documents in the production set. | 5.70 Hrs | 769.50 |
| 10/25/11 | MTM | Telephone call from in-house counsel re: Pool Cushion documents (.2); telephone call to ARA re: Pool Cushion product binder and how Pool Cushion invoices were treated during ZAI review in 2000 (.3); telephone call to Mike Armes re: Pool Cushion documents and review at repository (.2); email portion of binder documents to Armes (.2). | 0.90 Hrs | 270.00 |
| 10/25/11 | ARA | Document control. | 1.30 Hrs | 110.50 |

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

THROUGH OCTOBER 31, 2011

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 10/25/11 | ARA | Per MTM's request, search for Pool cushion binder and review quick reference guide (from past EPA project); determine how Pool Cushion information was handled. Telephone call to MTM with information (1.8). Quality control documents in the production set (3.0). | 4.80 Hrs | 648.00 |
| 10/26/11 | MTM | Telephone call from Mike Armes re: document review tomorrow (.1). Review paralegal instructions re: Pool Cushion documents in connection with ZAI review in 2000 re: same (.2). | 0.30 Hrs | 90.00 |
| 10/26/11 | ARA | Produce Pool Cushion info to MTM and discuss; prepare documents for production re: same (4.3). Quality control documents in the production set (1.5). | 5.80 Hrs | 783.00 |
| 10/27/11 | MTM | Meeting with Mike Armes at Winthrop Square re: document review. | 0.50 Hrs | 150.00 |
| 10/27/11 | ARA | Monitor document production re: Pool Cushion. | 7.70 Hrs | 1,039.50 |
| 10/28/11 | MTM | Telephone call from Mike Armes with request to review employee deposition transcripts; telephone call from ARA re: documents copied by Armes. | 0.10 Hrs | 30.00 |
| 10/28/11 | ARA | Monitor production; arrange to have tagged documents picked up and copied re: Pool Cushion. | 5.40 Hrs | 729.00 |
| 10/31/11 | MTM | Receipt and review of copies of documents identified by Mike Armes at Winthrop Square; letter to him re: same. | 0.10 Hrs | 30.00 |
| 10/31/11 | ARA | Document control. | 0.70 Hrs | 59.50 |
| 10/31/11 | ARA | Receipt of originals; telephone call to MTM re: copies; quality control originals re: Pool Cushion production. | 2.00 Hrs | 270.00 |

TOTAL LEGAL SERVICES    $16,824.50

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re: Litigation and Litigation Consulting

| | | | |
|---|---:|---:|---:|
| Robert A. Murphy | 1.10 | 350.00 | 385.00 |
| Matthew T. Murphy | 6.10 | 300.00 | 1,830.00 |
| Angela R. Anderson | 102.30 | 135.00 | 13,810.50 |
| Angela R. Anderson | 9.40 | 85.00 | 799.00 |
| | 118.90 | | $16,824.50 |

TOTAL THIS BILL $16,824.50

# CASNER & EDWARDS, LLP

### ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

December 7, 2011
Bill Number 140202
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re:   Fee Applications, Applicant

## LEGAL SERVICES

THROUGH OCTOBER 31, 2011

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 10/14/11 | RAM | Finalize August fee application and send it to Delaware counsel to file. | 0.40 Hrs | 140.00 |
| 10/18/11 | RAM | Send as filed August fee application to Fee Auditor. | 0.10 Hrs | 35.00 |
| 10/20/11 | RAM | Work on September fee application. | 0.40 Hrs | 140.00 |
| 10/21/11 | RAM | Work on September fee application. | 0.60 Hrs | 210.00 |
| 10/24/11 | RAM | Work on September fee application and send it to in-house counsels to review. | 0.10 Hrs | 35.00 |
| 10/26/11 | RAM | Email from second in-house counsel that September fee application may be filed. | 0.10 Hrs | No Charge |
| 10/27/11 | RAM | Finalize September fee application and send it to Delaware counsel to file. | 0.20 Hrs | 70.00 |

TOTAL LEGAL SERVICES        $630.00

**CASNER & EDWARDS, LLP**
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Fee Applications, Applicant

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 1.80 | 350.00 | 630.00 |
| Robert A. Murphy | 0.10 | 350.00 | No Charge |
|  | 1.90 |  | $630.00 |

|  |  |
|---|---|
| TOTAL THIS BILL | $630.00 |