**EXHIBIT B**
(Expense Detail)

## **EXPENSES**

| **LITIGATION AND LITIGATION CONSULTING** | $12,473.23 |
|---|---:|
| **FEE APPLICATION – APPLICANT** | $1.68 |
| **TOTAL EXPENSES** | $12,474.91 |

**CASNER & EDWARDS, LLP**

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

December 7, 2011
Bill Number 140207
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re:   Litigation and Litigation Consulting

**LEGAL SERVICES**

**COSTS**

THROUGH OCTOBER 31, 2011

EXCESS POSTAGE
| | | | |
|---|---|---|---|
| 10/31/11 | EXCESS POSTAGE | 14.34 | |
| | | | $14.34 |

PACER ONLINE SEARCH
| | | | |
|---|---|---|---|
| 10/10/11 | PACER ONLINE SEARCH | 47.68 | |
| | | | $47.68 |

OUTSIDE PHOTOCOPYING
| | | | |
|---|---|---|---|
| 10/28/11 | MERRILL COMMUNICATIONS, LLC: Copies made for Atty. John Heubeck (CA) after visit to repository. (1/2 to be reimbursed by Atty. Heubeck $31.84). | 63.68 | |
| | | | $63.68 |

RENT REIMBURSEMENT
| | | | |
|---|---|---|---|
| 10/03/11 | ONE WINTHROP SQUARE, LLC: Rent and utilities for document repository at One Winthrop Square - October 2011. | 11,944.03 | |
| | | | $11,944.03 |

MISCELLANEOUS
| | | | |
|---|---|---|---|
| 10/11/11 | RECORDKEEPER ARCHIVE CENTERS,: Storage | 403.50 | |

Page 1

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

**COSTS**

THROUGH OCTOBER 31, 2011

    10/01/11 through 10/31/11.

|  |  |
|---|---:|
|  | $403.50 |
| TOTAL COSTS | $12,473.23 |
| TOTAL THIS BILL | $12,473.23 |

# CASNER & EDWARDS, LLP

## ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

December 7, 2011
Bill Number  140208
File Number  52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

FOR PROFESSIONAL SERVICES

Re:   Fee Applications, Applicant

**LEGAL SERVICES**

**COSTS**

THROUGH OCTOBER 31, 2011

EXCESS POSTAGE
10/31/11        EXCESS POSTAGE                                              1.68
                                                                          $1.68

                                         TOTAL COSTS                       $1.68


                                         TOTAL THIS BILL                   $1.68

Page 1