**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: December 5, 2011 at 4:00 p.m.** |
| | ) | **Hearing Date: March 28, 2012 at 9:00 a.m.** |

**CERTIFICATION OF NO OBJECTION**
**REGARDING DOCKET NO. 27936**

The undersigned hereby certifies that, as of the date hereof, she has received no answer,

objection or other responsive pleading to the Forty-Second Quarterly Fee Application of Bilzin

Sumberg Baena Price & Axelrod LLP (the "Applicant") for Compensation for Services

Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos

Property Damage Claimants for the Period from July 1, 2011 through September 30, 2011 (the

"Application").  The undersigned further certifies that she has caused the Court's docket in this

case to be reviewed and no answer, objection or other responsive pleading to the Application

appears thereon.  Pursuant to the Notice of Application, objections to the Application were to be

filed and served no later than December 5, 2011 at 4:00 p.m.

Dated: December 8, 2011

Scott L. Baena, Esquire
Jay M. Sakalo, Esquire
BILZIN SUMBERG BAENA PRICE
 & AXELROD LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131
Tel:    (305) 374-7580
Fax:    (305) 374-7593

-and-

FERRY, JOSEPH & PEARCE, P.A.


 /s/ Lisa L. Coggins
Michael B. Joseph (No. 392)
Theodore J. Tacconelli (No. 2678)
Lisa L. Coggins (No. 4234)
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899
Tel:    (302) 575-1555
Fax:    (302) 575-1714

*Co-Counsel to the Official Committee of*
*Asbestos Property Damage Claimants*