IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**SUMMARIZED INTERIM FEE APPLICATION OF STEPTOE & JOHNSON LLP FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES
AS SPECIAL TAX COUNSEL TO W. R. GRACE & CO., ET AL., FOR
THE MONTHLY INTERIM PERIOD
FROM SEPTEMBER 1, 2011-SEPTEMBER 30, 2011
THE QUARTER OF JULY - SEPTEMBER 2011**

---

Name of Applicant: **Steptoe & Johnson LLP**

Authorized to Provide Professional Services to: **W.R. Grace & Co. et al. Debtors and Debtors in Possession**

Date of Retention: **Order entered January 28, 2002 effective as of July 1, 2001**

Period for Which Compensation and Reimbursement is Sought: **September 1, 2011 – September 30, 2011**

Objection Deadline: *December 28, 2011*

Total Amount of Fees Sought as Actual, Reasonable and Necessary for Applicable Period: **$700.00**

Total Expense Reimbursement Sought as Actual, Reasonable and Necessary for Applicable Period: **$5.30**

80% of Fees Sought as Actual, Reasonable and Necessary for Applicable Period: **$560.00**

Total Amount of Holdback Fees Sought for Applicable Period: **$140.00**

---

This is a **X** monthly **X** interim ___ final application.

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

The total time expended for the preparation of this application is approximately 1 hour, and the corresponding estimated compensation that will be requested in a future application is approximately $500.00.

The history of the prior applications by Steptoe & Johnson is as follows:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees (80%) | Approved Expenses | Holdback Fees |
|---|---|---|---|---|---|---|
| 03/29/02 | 07/01/01 – 07/31/01 | $57,542.50 | $3,135.22 | $46,034.00 | $3,032.12 | $10,574.62 |
| 03/29/02 | 09/01/01 – 09/30/01 | $75,710.50 | $4,130.52 | $60,568.40 | $4,077.17 | $15,142.10 |
| 03/29/02 | 11/01/01 – 11/30/01 | $28,941.00 | $ 638.26 | $23,152.80 | $ 627.16 | $ 5,788.20 |
| 03/29/02 | 12/01/01 – 12/31/01 | $ 3,275.00 | $ 9.77 | $ 2,620.00 | $ 8.72 | $ 655.80 |
| 05/09/02 | 10/01/01 – 10/31/01 | $36,497.00 | $ 330.84 | $29,197.60 | $ 330.84 | $ 7,299.40 |
| 05/09/02 | 01/01/02 – 01/31/02 | $29,944.00 | $3,162.92 | $18,102.70 | $3,162.92 | $ 5,988.80 |
| 05/09/02 | 02/01/02 – 02/28/02 | $38,747.50 | $4,709.66 | $14,830.50 | $2,849.66 | $ 7,749.50 |
| 05/09/02 | 03/01/02 – 03/31/02 | $25,718.50 | $ 401.90 | $20,574.50 | $ 401.90 | $ 5,143.70 |
| 08/26/02 | 04/01/02 – 04/30/02 | $19,519.40 | $ 198.24 | $15,615.20 | $ 198.24 | $ 3,903.80 |
| 08/26/02 | 05/01/02 – 05/31/02 | $57,288.00 | $4,600.88 | $45,840.40 | $4,600.88 | $11,457.60 |
| 08/23/02 | 06/01/02 – 06/30/02 | $32,015.00 | $2,634.28 | $25,612.00 | $2,634.28 | $ 6,403.00 |
| 11/21/02 | 07/01/02 – 07/31/02 | $15,366.00 | $5,138.86 | $12,292.80 | $5,138.86 | $ 3,073.20 |
| 11/21/02 | 08/01/02 – 08/31/02 | $14,951.00 | $ 135.85 | $11,960.80 | $ 135.85 | $ 2,990.20 |
| 11/21/02 | 09/01/02 – 09/30/02 | $22,133.00 | $ 141.59 | $17,706.40 | $ 141.96 | $ 4,426.60 |
| 03/04/03 | 10/01/02 - 10/31/02 | $19,208.00 | $ 207.40 | $15,366.40 | $ 207.40 | $ 3,841.60 |
| 03/04/03 | 11/01/02 - 11/30/02 | $30,075.00 | $ 895.26 | $24,060.00 | $ 895.26 | $ 6,015.00 |
| 03/04/03 | 12/01/02 - 12/31/02 | $18,304.50 | $ 279.68 | $14,643.60 | $ 279.68 | $ 3,660.90 |
| 08/09/03 | 01/01/03 - 01/31/03 | $ 3,566.50 | $ 78.40 | $ 2,853.20 | $ 78.40 | $ 2,853.20 |
| 08/09/03 | 02/01/03 - 02/28/03 | $25,685.00 | $ 62.59 | $20,548.00 | $ 62.59 | $ 5,137.00 |
| 08/09/03 | 03/01/03 - 03/31/03 | $49,493.00 | $2,681.28 | $39,594.40 | $2,681.28 | $ 9,898.60 |
| 10/06/03 | 04/01/03 - 04/30/03 | $55,499.50 | $3,369.95 | $43,339.60 | $3,369.95 | $11,099.90 |
| 10/06/03 | 05/01/03 - 05/31/03 | $ 6,046.50 | $ 120.80 | $ 4,837.20 | $ 120.80 | $ 1,209.30 |
| 10/06/03 | 06/01/03 - 06/31/03 | $ 4,619.50 | $ 15.14 | $ 3,695.60 | $ 15.14 | $ 923.90 |
| 1/23/04 | 07/01/03 - 07/07/03 | $ 2,781.50 | $ 66.32 | $ 2,225.20 | $ 66.32 | $ 556.30 |
| 1/23/04 | 08/01/03 - 08/31/03 | $ 2,773.50 | $ 11.58 | $ 2,218.80 | $ 11.58 | $ 554.70 |
| 1/23/04 | 09/01/03 - 09/30/03 | $14,415.00 | $ 169.29 | $11,532.00 | $ 169.29 | $ 2,883.00 |
| 2/25/04 | 10/01/03 - 10/31/03 | $ 1,827.50 | $ 32.28 | $ 1,462.00 | $ 32.28 | $ 365.50 |
| 2/25/04 | 11/01/03 - 11/30/03 | $ 3,002.00 | $ 28.33 | $ 2,401.60 | $ 28.33 | $ 600.40 |
| 2/25/04 | 12/01/03 - 12/31/03 | $11,850.00 | $ 32.70 | $ 9,480.00 | $ 32.70 | $ 2,370.00 |
| 6/14/04 | 01/01/04 - 01/31/04 | $ 1,827.00 | $ 29.33 | $ 1,461.60 | $ 29.33 | $ 365.40 |
| 6/14/04 | 02/01/04 - 02/29/04 | $ 5,774.50 | $ 70.80 | $ 4,619.60 | $ 70.80 | $ 1,154.90 |
| 6/14/04 | 03/01/04 - 03/31/04 | $ 3,697.58 | $ 35.08 | $ 2,938.06 | $ 35.08 | $ 739.52 |
| 9/17/04 | 04/01/04 - 04/30/04 | $ 2,433.50 | $ 9.59 | $ 1,946.80 | $ 9.59 | $ 486.70 |
| 9/17/04 | 05/01/04 - 05/30/04 | $ 8,038.00 | $ 23.30 | $ 6,430.40 | $ 23.30 | $ 1,607.60 |
| 9/17/04 | 06/01/04 - 06/30/04 | $32,636.000 | $2,581.55 | $26,108.80 | $2,581.55 | $ 6,527.20 |
| 11/19/04 | 07/01/04 - 07/31/04 | $14,710.50 | $1,557.11 | $11,768.40 | $1,557.11 | $ 2,942.10 |
| 11/19/04 | 09/01/04 - 09/30/04 | $ 2,973.50 | $ 81.64 | $ 2,378.80 | $ 81.64 | $ 594.70 |
| 2/25/05 | 10/01/04 - 10/31/04 | $ 5,498.00 | $ 67.21 | $ 4,398.40 | $ 67.21 | $ 1,099.60 |
| 2/25/05 | 11/01/04 - 11/30/04 | $54,782.00 | $ 455.69 | $43,825.60 | $ 455.69 | $10,956.40 |
| 2/25/05 | 12/01/04 - 12/31/04 | $ 798.00 | $1,420.25 | $ 638.40 | $1,420.25 | $ 159.60 |
| 6/07/05 | 02/01/05 - 02/28/05 | $ 3,277.50 | $ 46.91 | $ 2,622.00 | $ 46.91 | $ 655.50 |
| 11/05/05 | 05/01/05 - 05/31/05 | $ 1,472.50 | $ 17.85 | $ 1,178.50 | $ 17.85 | $ 294.50 |
| 11/14/05 | 08/01/05 - 08/31/05 | $ 4,567.00 | $ 38.27 | $ 3,653.60 | $ 38.27 | $ 913.40 |
| 11/14/05 | 09/01/05 - 09/31/05 | $18,503.00 | $ 175.04 | $14,802.40 | $ 175.04 | $ 3,700.60 |
| 3/31/06 | 10/01/05 - 10/31/05 | $ 1,306.50 | $ 4.02 | $ 1,045.20 | $ 4.02 | $ 261.30 |
| 3/31/06 | 11/01/05 - 11/30/05 | $ 3,378.00 | $ 24.45 | $ 2,702.40 | $ 24.45 | $ 675.60 |
| 3/31/06 | 12/01/05 - 12/31/05 | $ 8,456.50 | $ 73.62 | $ 6,765.20 | $ 73.62 | $ 1,691.30 |




| 5/23/06 | 01/01/06 – 01/31/06 | $ 39,042.00 | $9,134.32 | $31,233.00 | $9,134.32 | $ 7,808.40 |
|---|---|---|---|---|---|---|
| 5/23/06 | 02/01/06 – 02/28/06 | $62,377.00 | $ 142.09 | $49,901.60 | $ 142.09 | $12,475.40 |
| 5/23/06 | 03/01/06 – 03/31/06 | $20,321.00 | $ 85.95 | $16,256.00 | $ 85.95 | $ 4,064.20 |
| 9/12/06 | 04/01/06 – 04/30/06 | $67,143.00 | $ 751.36 | $53,714.40 | $ 751.36 | $13,428.60 |
| 9/12/06 | 05/01/06 – 05/31/06 | $79,523.50 | $ 366.70 | $63,618.80 | $ 366.70 | $15,904.70 |
| 9/12/06 | 06/01/06 – 06/30/06 | $11,149.50 | $ 24.17 | $ 8,919.60 | $ 24.17 | $ 2,229.90 |
| 12/04/06 | 07/01/06 – 07/31/06 | $15,602.50 | $ 88.56 | $12,482.00 | $ 88.56 | $ 3,120.50 |
| 12/04/06 | 08/01/06 – 08/31/06 | $20,218.00 | $ 66.58 | $16,174.40 | $ 66.58 | $ 4,043.60 |
| 12/04/06 | 09/01/06 – 09/30/06 | $31,624.00 | $ 16.50 | $25,299.20 | $ 16.50 | $ 6,324.80 |
| 03/02/07 | 10/01/06 – 10/31/06 | $17,852.00 | $ 45.97 | $14,281.60 | $ 45.97 | $ 3,570.40 |
| 03/02/07 | 11/01/06 – 11/30/06 | $ 891.00 | $ 26.70 | $ 712.80 | $ 26.70 | $ 178.20 |
| 03/02/07 | 12/01/06 – 12/31/06 | $32,354.50 | $ 42.09 | $25,883.60 | $ 42.09 | $ 6,470.90 |
| 05/31/07 | 01/01/07 – 01/31/07 | $45,021.50 | $ 28.09 | $36,017.20 | $ 28.09 | $ 9004.30 |
| 05/31/07 | 02/01/07 – 02/28/07 | $71,630.00 | $ 783.33 | $57,304.00 | $ 783.33 | $14,326.00 |
| 05/31/07 | 03/01/07 – 03/31/07 | $43,373.00 | $ 48.07 | $34,698.40 | $ 48.07 | $ 8,674.60 |
| 08/07/07 | 04/01/07 – 04/31/07 | $36,927.50 | $ 102.40 | $29,542.00 | $ 102.40 | $ 7,385.50 |
| 08/07/07 | 05/01/07 – 05/31/07 | $41,712.00 | $ 127.45 | $33,369.60 | $ 127.45 | $ 8,342.40 |
| 08/07/07 | 06/01/07 – 06/30/07 | $54,204.00 | $ 209.69 | $43,363.20 | $ 209.69 | $10,840.80 |
| 12/03/07 | 07/01/07 – 07/31/07 | $ 6,358.00 | $ 44.35 | $ 5,086.40 | $ 44.35 | $ 1,271.60 |
| 12/03/07 | 08/01/07 – 08/31/07 | $ 5,074.50 | $ 30.40 | $ 4,059.60 | $ 30.40 | $ 1,014.90 |
| 12/03/07 | 09/01/07 – 09/30/07 | $ 3,861.00 | $ 27.80 | $ 3,088.80 | $ 27.80 | $ 772.20 |
| 03/04/08 | 10/01/07 – 10/31/07 | $20,994.00 | $ 205.76 | $16,795.20 | $ 205.76 | $ 4,198.80 |
| 03/04/08 | 11/01/07 – 11/30/07 | $ 4,971.00 | $ 24.45 | $ 3,876.80 | $ 24.45 | $ 994.20 |
| 03/04/08 | 12/01/07 – 12/31/07 | $ 4,333.50 | $ 46.35 | $ 3,466.80 | $ 46.35 | $ 866.70 |
| 05/28/08 | 01/01/08 – 01/31/08 | $ 6,972.50 | $ 88.98 | $ 5,578.00 | $ 88.98 | $ 1,394.50 |
| 05/28/08 | 02/01/08 – 02/29/08 | $ 1,324.00 | $ 16.35 | $ 1,059.20 | $ 16.35 | $ 264.80 |
| 05/28/08 | 03/01/08 – 03/31/08 | $ 3,490.00 | $ 37.11 | $ 2,792.00 | $ 37.11 | $ 698.00 |
| 9/10/08 | 04/01/08-04/30/08 | $23,838.00 | $ 2.30 | $19,070.49 | $ 2.30 | $ 4,767.60 |
| 9/10/08 | 05/01/08-05/31/08 | $56,329.50 | $ 418.98 | $45,063.60 | $ 418.98 | $11,265.90 |
| 9/10/08 | 06/01/08-06/30/08 | $208,188.00 | $ 1,844.51 | $166,550.40 | $ 1,844.51 | $41,637.60 |
| 10/16/08 | 07/01/08 – 07/31/08 | $ 79,866.00 | $ 276.81 | $63,892.80 | $ 276.81 | $15,973.20 |
| 10/16/08 | 08/01/08 – 08/31/08 | $ 88,329.50 | $2,104.68 | $70,663.60 | $2,104.68 | $17,665.90 |
| 11/11/08 | 09/01/08 – 09/30/08 | $ 37,033.50 | $ 1,370.62 | $29,626.80 | $1,370.62 | $ 7,406.70 |
| 2/13/09 | 10/01/08 – 10/31/08 | $ 75,580.00 | $ 73.92 | $60,464.00 | $ 73.92 | $15,116.00 |
| 2/24/09 | 11/01/08 – 11/30/08 | $70,104.00 | $ 201.91 | $56,083.00 | $ 201.91 | $14,020.80 |
| 2/24/09 | 12/01/08 – 12/31/08 | $31,029.00 | $ 147.01 | $24,823.20 | $ 147.01 | $24,823.20 |
| 3/23/09 | 01/01/09 – 01/31/09 | $43,753.50 | $ 52.39 | $35,010.80 | $ 52.39 | $ 8,752.70 |
| 3/24/09 | 02/01/09 – 02/28/09 | $48,790.00 | $ 357.02 | $39,032.00 | $ 357.02 | $ 9,758.00 |
| 6/02/09 | 03/01/09 – 03/31/09 | $22,661.50 | $ 302.83 | $18,129.20 | $ 302.83 | $ 4,532.30 |
| 6/02/09 | 04/01/09 – 04/30/09 | $10,786.00 | $ 55.90 | $ 8,628.80 | $ 55.90 | $ 2,157.20 |
| 9/17/09 | 05/01/09 – 05/31/09 | $ 1,357.00 | $ 13.10 | $ 1,085.60 | $ 13.10 | $ 271.40 |
| 9/17/09 | 06/01/09 – 06/30/09 | $ 223.50 | $ 0 | $ 178.80 | $ 0 | $ 44.70 |
| 9/17/09 | 07/01/09 – 07/31/09 | $ 2,556.50 | $ 33.80 | $ 2,045.20 | $ 33.80 | $ 511.30 |
| 10/16/09 | 08/01/09 – 08/31/09 | $17,405.50 | $ 63.56 | $13,924.40 | $ 63.56 | $ 3,481.10 |
| NONE | 09/01/09 – 09/30/09 | - | - | - | - | - |
| 3/16/10 | 10/01/09 – 10/31/09 | $ 1,478.00 | $ 17.72 | $ 1,182.40 | $ 17.72 | $ 295.60 |
| 3/16/10 | 11/01/09 – 11/30/09 | $ 550.00 | $ 11.00 | $ 440.00 | $ 11.00 | $ 110.00 |
| 3/16/10 | 12/01/09 – 12/31/09 | $ 3,980.50 | $0 | $ 3,184.40 | $0 | $ 796.10 |
| 6/30/10 | 1/1/10 – 1/31/10 | $ 832.00 | $ 15.44 | $ 665.60 | $ 15.44 | $ 166.40 |
| 6/30/10 | 2/1/10 – 2/28/10 | $ 2,978.50 | $ 12.40 | $ 2,382.80 | $ 12.40 | $ 595.70 |
| 6/30/10 | 3/1/10 – 3/31/10 | $ 1,428.00 | $ 22.25 | $ 1,142.40 | $ 22.25 | $ 285.60 |
| NONE | 4/1/10 – 4/30/10 | - | - | - | - | - |
| 8/4/10 | 5/1/10 – 5/31/10 | $3,160.50 | $ 18.42 | $ 2,528.40 | $ 18.42 | $ 632.10 |
| 8/4/10 | 6/01/10 – 6/30/10 | $7,270.00 | $ 21.00 | $ 5,816.00 | $ 21.00 | $1,454.00 |
| 2/4/11 | 7/1/10 – 7/31/10 | $2,662.00 | $ 5.10 | $ 2,129.60 | $ 5.10 | $ 532.40 |
| 2/4/11 | 8/1/10 – 8/31/10 | $1,485.50 | $ 10.10 | $ 1,188.40 | $ 10.10 | $ 297.10 |
| 2/4/11 | 9/1/10 – 9/30/10 | $7,693.00 | $ .10 | $ 6,145.40 | $ .10 | $1,538.60 |
| NONE | 10/1/10 – 10/31/10 | 0 | 0 | 0 | 0 | 0 |
| NONE | 11/1/10 – 11/30/10 | 0 | 0 | 0 | 0 | 0 |



| 3/29/2011 | 12/1/10 – 12/31/10 | $1,694.00 | $ .90 | $1,355.20 | $ .90 | $ 388.80 |
|---|---|---|---|---|---|---|
| NONE | 01/01/11 - 01/31/11 | 0 | 0 | 0 | 0 | 0 |
| 6/27/11 | 2/1/11 – 2/28/11 | $1,250.00 | $ 15.11 | $1,000.00 | $ 15.11 | $ 250.00 |
| 6/27/11 | 3/1/11 – 3/31/11 | $5,625.50 | $ .20 | $4,500.40 | $ .20 | $ 1,125.10 |
| NONE | 04/01/11-04/31/11 | 0 | 0 | 0 | 0 | 0 |
| NONE | 05/01/11-05/31/11 | 0 | 0 | 0 | 0 | 0 |
| 10/03/11 | 06/01/11-06/30/11 | $ 600.00 | $ 3.30 | $ 480.00 | $ 3.30 | $ 120.00 |
| 10/03/11 | 07/01/11-07/31/11 | $ 750.00 | $ 6.00 | $ 600.00 | $ 6.00 | $ 150.00 |
| 10/03/11 | 08/01/11-08/31/11 | $4,323.00 | $ 7.50 | $3,458.40 | $ 7.50 | $ 864.60 |
| CURRENT | 09/01/11-09/30/11 | $ 700.00 | $ 5.30 | $ 560.00 | $ 5.30 | $ 140.00 |

The S&J attorneys who rendered professional services in September 2011 are:

| Name of Professional Person & Matter | Position with the Applicant | Number of Years As an Attorney | Department | Hourly 2011 Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| A.E. Moran | Partner | Over 20 | Tax | $500.00 | 1.40 | $700.00 |

Compensation by Matter

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 20 | Case Administration | 0 | 0 |
| 29 | File, Docket, Calendar Maintenance | 0 | 0 |
| 30 | Hearings | 0 | 0 |
| 32 | S&J Fee Application, Preparation of | 1.4 | $700 |
| 35 | Other Fee Applications | 0 | 0 |
| 38 | Retention of Professionals/Fees | 0 | 0 |
| 41 | Tax Matters | 0 | 0 |
| 42 | Travel (1/2 total hours billed) | 0 | 0 |
| 46 | IRS Tax Litigation | 0 | 0 |
|  | Total | 1.4 | $700 |

Expense Summary – All attributable to subject matter 46 unless otherwise indicated.

| Description | Amount |
|---|---|
| Online Research | 0 |
| Copies – Matter 32 | 5.30 |
| Copies – Matter 41 | 0 |
| Hotel | 0 |
| Train Fare | 0 |
| Federal Express/Overnight Messenger | 0 |
| Facsimile | 0 |
| Conference Calls – Long Distance | 0 |
| Working Meals | 0 |
| Local Transportation/Messenger | 0 |
| Airfare | 0 |
| Total | 5.30 |

A detailed description of fees and expenses can be found at Exhibits A and B.

*Nov. 21, 2011*
_____
Date:

Respectfully submitted,
STEPTOE & JOHNSON LLP

*Anne E. Moran*
_____
Anne E. Moran
1330 Connecticut Avenue, NW
Washington, DC  20036  (202) 429-6449

**EXHIBIT A**

Professional services rendered through: September 30, 2011

| 07/19/11 | A.E. Moran | Work on June and July bills | 0.40 |
|----------|------------|------------------------------|------|
| 07/20/11 | A.E. Moran | Work on bills and court filing | 1.00 |

| Name | Hours | Rate | Value |
|------|-------|------|-------|
| A.E. Moran | 1.40 | 500.00 | 700.00 |
| Total | 1.40 | | 700.00 |

**EXHIBIT B**

Disbursements:

| Duplicating | 5.30 |
|-------------|------|

STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma:  968590

012046.00005 BILLING & COURT FILINGS

| Cost Code | Date | Timekeeper Number | Name | Description | Quantity | Rate | Amount |
|---|---|---|---|---|---|---|---|
| LASR | 09/27/11 | 00206 | Moran, Anne E. | | 5.00 | 0.10 | 0.50 |
| LASR | 09/27/11 | 00206 | Moran, Anne E. | | 5.00 | 0.20 | 1.00 |

PC/Network Printing

PC LASER  5 Pages Moran, Anne

| LASR | 09/29/11 | 00206 | Moran, Anne E. | | 2.00 | 0.10 | 0.20 |
| LASR | 09/29/11 | 00206 | Moran, Anne E. | | 2.00 | 0.20 | 0.40 |

PC/Network Printing

PC LASER  2 Pages Ward, Brenda

| LASR | 09/29/11 | 00206 | Moran, Anne E. | | 2.00 | 0.10 | 0.20 |
| LASR | 09/29/11 | 00206 | Moran, Anne E. | | 2.00 | 0.20 | 0.40 |

PC/Network Printing

PC LASER  2 Pages Ward, Brenda

| LASR | 09/29/11 | 00206 | Moran, Anne E. | | 1.00 | 0.10 | 0.10 |
| LASR | 09/29/11 | 00206 | Moran, Anne E. | | 1.00 | 0.20 | 0.20 |

PC/Network Printing

PC LASER  1 Pages Ward, Brenda

| LASR | 09/29/11 | 00206 | Moran, Anne E. | | 5.00 | 0.10 | 0.50 |
| LASR | 09/29/11 | 00206 | Moran, Anne E. | | 5.00 | 0.20 | 1.00 |

PC/Network Printing

PC LASER  5 Pages Moran, Anne

| LASR | 09/29/11 | 00206 | Moran, Anne E. | | 5.00 | 0.10 | 0.50 |
| LASR | 09/29/11 | 00206 | Moran, Anne E. | | 5.00 | 0.20 | 1.00 |

PC/Network Printing

PC LASER  5 Pages Moran, Anne

| LASR | 09/29/11 | 00206 | Moran, Anne E. | | 5.00 | 0.10 | 0.50 |
| LASR | 09/29/11 | 00206 | Moran, Anne E. | | 5.00 | 0.20 | 1.00 |

PC/Network Printing

PC LASER  5 Pages Moran, Anne

| LASR | 09/29/11 | 00206 | Moran, Anne E. | | 8.00 | 0.10 | 0.80 |
| LASR | 09/29/11 | 00206 | Moran, Anne E. | | 8.00 | 0.20 | 1.60 |

PC/Network Printing

PC LASER  8 Pages Ward, Brenda

| LASR | 09/29/11 | 00206 | Moran, Anne E. | | 5.00 | 0.10 | 0.50 |
| LASR | 09/29/11 | 00206 | Moran, Anne E. | | 5.00 | 0.20 | 1.00 |

PC/Network Printing

```
PC LASER   5 Pages Moran, Anne
LASR       09/29/11 00206     Moran, Anne E.      8.00   0.10      0.80
   LASR    09/29/11 00206     Moran, Anne E.      8.00   0.20      1.60
PC/Network Printing

PC LASER   8 Pages Ward, Brenda
LASR       09/29/11 00206     Moran, Anne E.      7.00   0.10      0.70
   LASR    09/29/11 00206     Moran, Anne E.      7.00   0.20      1.40
PC/Network Printing

PC LASER   7 Pages Ward, Brenda
LASR       09/29/11 Total:                        4.80

LASR                Total:                        5.30

Total: 012046.00005 BILLING & COURT FILINGS       5.30
```

Mr. James O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705



1330 Connecticut Avenue, NW
Washington, DC 20036-1795

Telephone 2024293000
Facsimile 2024293902
www.steptoe.com

IN ACCOUNT WITH

# STEPTOE & JOHNSON LLP

October 11, 2011

## INVOICE SUMMARY

Our Matter No. 012046.00005                              Invoice No. 2404962
BILLING & COURT FILINGS

For Professional Services Rendered Through September 30, 2011:

| | |
|---|---|
| **Total Fees:** | **$700.00** |
| **Total Expenses:** | **$5.30** |
| **Total Due for this Period:** | **$705.30** |
| **Previous Balance** | **1,538.62** |
| **Total Amount Due** | **$2,243.92** |

Tax I.D. Number 52-1349790

Mr. James O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705



1330 Connecticut Avenue, NW
Washington, DC 20036-1795

Telephone 202.429.3000
Facsimile 202.429.3902
www.steptoe.com

IN ACCOUNT WITH

# STEPTOE & JOHNSON LLP

October 11, 2011

## INVOICE SUMMARY

Our Matter No. 012046.00005
BILLING & COURT FILINGS

Invoice No. 2404962

For Professional Services Rendered Through September 30, 2011:

| | |
|---|---|
| **Total Fees:** | **$700.00** |
| **Total Expenses:** | **$5.30** |
| **Total Due for this Period:** | **$705.30** |
| **Previous Balance** | **1,538.62** |
| **Total Amount Due** | **$2,243.92** |

## INVOICE IS DUE AND PAYABLE UPON RECEIPT

## PLEASE RETURN THIS COPY WITH YOUR REMITTANCE

Please send remittance to:

Steptoe & Johnson LLP
Accounting Department
1330 Connecticut Avenue, NW
Washington, D.C. 20036-1795

Wiring Instructions:
**Bank:** Wachovia Bank of Washington, D.C.
**ABA#:** 054001220
**Beneficiary's Account #:** 2000033223276
**Swift Code -- PNBP US 33**
**Beneficiary's Name:** Steptoe & Johnson LLP

Tax I.D. Number 52-1349790

WR GRACE & CO.                           Invoice No.    2404962
October 11, 2011                         Matter No.    012046.00005
Page 1

Professional services rendered through: September 30, 2011

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 09/27/11 | A.E. Moran | Work on bills for June and July 2011. | 0.40 |
| 09/29/11 | A.E. Moran | Work on bills/court filings. | 1.00 |

| Name | Hours | Rate | Value |
|------|-------|------|-------|
| A.E. Moran | 1.40 | 500.00 | 700.00 |
| Total | 1.40 | | 700.00 |

Total Fees      $700.00

Disbursements:

Duplicating                              5.30

Total Disbursements      $5.30

Total This Statement      $705.30

STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma:  968590

012046.00005 BILLING & COURT FILINGS

| Cost Code | Date | Timekeeper Number | Name | Description | Quantity | Rate | Amount |
|-----------|------|-------------------|------|-------------|----------|------|--------|
| LASR | 09/27/11 | 00206 | | Moran, Anne E. | 5.00 | 0.10 | 0.50 |
| LASR | 09/27/11 | 00206 | | Moran, Anne E. | 5.00 | 0.20 | 1.00 |

PC/Network Printing

PC LASER  5 Pages Moran, Anne

| | | | | | | | |
|-----------|------|-------------------|------|-------------|----------|------|--------|
| LASR | 09/29/11 | 00206 | | Moran, Anne E. | 2.00 | 0.10 | 0.20 |
| LASR | 09/29/11 | 00206 | | Moran, Anne E. | 2.00 | 0.20 | 0.40 |

PC/Network Printing

PC LASER  2 Pages Ward, Brenda

| | | | | | | | |
|-----------|------|-------------------|------|-------------|----------|------|--------|
| LASR | 09/29/11 | 00206 | | Moran, Anne E. | 2.00 | 0.10 | 0.20 |
| LASR | 09/29/11 | 00206 | | Moran, Anne E. | 2.00 | 0.20 | 0.40 |

PC/Network Printing

PC LASER  2 Pages Ward, Brenda

| | | | | | | | |
|-----------|------|-------------------|------|-------------|----------|------|--------|
| LASR | 09/29/11 | 00206 | | Moran, Anne E. | 1.00 | 0.10 | 0.10 |
| LASR | 09/29/11 | 00206 | | Moran, Anne E. | 1.00 | 0.20 | 0.20 |

PC/Network Printing

PC LASER  1 Pages Ward, Brenda

| | | | | | | | |
|-----------|------|-------------------|------|-------------|----------|------|--------|
| LASR | 09/29/11 | 00206 | | Moran, Anne E. | 5.00 | 0.10 | 0.50 |
| LASR | 09/29/11 | 00206 | | Moran, Anne E. | 5.00 | 0.20 | 1.00 |

PC/Network Printing

PC LASER  5 Pages Moran, Anne

| | | | | | | | |
|-----------|------|-------------------|------|-------------|----------|------|--------|
| LASR | 09/29/11 | 00206 | | Moran, Anne E. | 5.00 | 0.10 | 0.50 |
| LASR | 09/29/11 | 00206 | | Moran, Anne E. | 5.00 | 0.20 | 1.00 |

PC/Network Printing

PC LASER  5 Pages Moran, Anne

| | | | | | | | |
|-----------|------|-------------------|------|-------------|----------|------|--------|
| LASR | 09/29/11 | 00206 | | Moran, Anne E. | 5.00 | 0.10 | 0.50 |
| LASR | 09/29/11 | 00206 | | Moran, Anne E. | 5.00 | 0.20 | 1.00 |

PC/Network Printing

PC LASER  5 Pages Moran, Anne

| | | | | | | | |
|-----------|------|-------------------|------|-------------|----------|------|--------|
| LASR | 09/29/11 | 00206 | | Moran, Anne E. | 8.00 | 0.10 | 0.80 |
| LASR | 09/29/11 | 00206 | | Moran, Anne E. | 8.00 | 0.20 | 1.60 |

PC/Network Printing

PC LASER  8 Pages Ward, Brenda

| | | | | | | | |
|-----------|------|-------------------|------|-------------|----------|------|--------|
| LASR | 09/29/11 | 00206 | | Moran, Anne E. | 5.00 | 0.10 | 0.50 |
| LASR | 09/29/11 | 00206 | | Moran, Anne E. | 5.00 | 0.20 | 1.00 |

PC/Network Printing

```
PC LASER   5 Pages Moran, Anne
LASR       09/29/11 00206    Moran, Anne E.      8.00  0.10     0.80
  LASR     09/29/11 00206    Moran, Anne E.      8.00  0.20     1.60
PC/Network Printing

PC LASER   8 Pages Ward, Brenda
LASR       09/29/11 00206    Moran, Anne E.      7.00  0.10     0.70
  LASR     09/29/11 00206    Moran, Anne E.      7.00  0.20     1.40
PC/Network Printing

PC LASER   7 Pages Ward, Brenda
LASR       09/29/11 Total:                       4.80

LASR                Total:                       5.30

Total: 012046.00005 BILLING & COURT FILINGS      5.30
```