IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

_____
                                           )
**In re:**                                      )        **Chapter 11**
                                           )
**W.R. GRACE & CO., et al.,**       )        **Case No. 01-1139 (JKF)**
                                         )        **Jointly Administered**
                                         )
              **Debtors.**            )
_____)

## **VERIFICATION**

**STATE OF VIRGINIA**

**FAIRFAX COUNTY, TO WIT:**

      David T. Austern, after being duly sworn according to law, deposes and says:

      1.    I am the Asbestos PI Future Claimants' Representative appointed by the Court in these cases.

      2.    I personally performed the work as set forth in the attached Exhibit A.

      3.    I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.


                                                   */S/ DAVID T. AUSTERN*
                                                   DAVID T. AUSTERN

SWORN AND SUBSCRIBED TO BEFORE ME
THIS 12TH DAY OF DECEMBER, 2011

*/S/ DONITA SNOW*
Notary Public

My commission expires: 7-31-2014
Notary Registration: 316758