## EXHIBIT A

**David Austern, Futures Representative for W.R. Grace**
**Billing Statement for August 2011**

| Date | Services | Hours |
|---|---|---|
| 8/02/11 | Review of 3rd Quarter 2011 Grace Financials | .20 |
| 8/08/11 | Meeting with R. Frankel, R. Wyron, McGovern, Aldock and others to discuss Libby Claimants' mediation | 2.50 |
| 8/16/11 | Telephone conference with R. Frankel re Libby Claimants | .20 |
| 8/29/11 | Telephone conference with R. Frankel re Grace proposed financial plan | .20 |

**Total Hours:** 3.10

**Total Fees ($500.00 per hour)** $1,550.00

**No Expenses**

**Total Fees & Expenses** $1,550.00