**EXHIBIT A**

**David Austern, Futures Representative for W.R. Grace**
**Billing Statement for September 2011**

| Date | Services | Hours |
|---|---|---|
| 9/09/11 | Telephone conference with R. Frankel re Asbestos Trusts Future Claimants Representatives meeting and early claim payments | .30 |
| 9/22/11 | Review of plaintiffs' counsel correspondence re Future Representatives; telephone conference J. Grier re same subject | 1.20 |
| 9/27/11 | Telephone conference with R. Frankel re Libby issues | .20 |
| **Total Hours:** | | **1.70** |
| **Total Fees ($500.00 per hour)** | | **$850.00** |
| **No Expenses** | | |
| **Total Fees & Expenses** | | **$850.00** |