## EXHIBIT A

**David Austern, Futures Representative for W.R. Grace**
**Billing Statement for October 2011**

| Date | Services | Hours |
|---|---|---|
| 10/4/11 | Telephone conference with R. Frankel re Montana issues | .30 |
| **Total Hours:** | | **.30** |
| **Total Fees ($500.00 per hour)** | | **$150.00** |
| **No Expenses** | | |
| **Total Fees & Expenses** | | **$150.00** |