## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE:<br><br>W.R. GRACE & CO., et al.,<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 01-1139 (JKF)<br><br>Jointly Administered |

**NO ORDER REQUIRED**
**CERTIFICATION OF NO OBJECTION TO THE THIRTY-EIGHTH QUARTERLY**
**FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL**
**TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS, FOR**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD**
**JULY 1, 2011 THROUGH SEPTEMBER 30, 2011**
**[RE: DOCKET NO. 28002]**

On November 18, 2011, Kramer Levin Naftalis & Frankel LLP ("Kramer Levin"),

counsel to the Official Committee of Equity Security Holders, filed its Thirty-Eighth Quarterly

Fee Application for Compensation and Reimbursement of Expenses [Docket No. 28002] (the

"Application"). The Application provided an objection deadline of 4:00 p.m. (Eastern Time) on

December 8, 2011. The undersigned hereby certifies that she has received no answer, objection

or any responsive pleading with respect to the Application and that no answer, objection or any

responsive pleading with respect to the Application has been filed with the Court.

Pursuant to the Amended Administrative Order Under 11 U.S.C. §§105(a) and 31

Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for

Professionals and Official Committee Members (the "Order") dated May 3, 2001, the Debtors

are authorized to pay Kramer Levin Naftalis & Frankel LLP $39,915.20 which represents 80% of

the fees ($49.894.00) and $2,308.18 which represents 100% of the expenses, requested in the

Application for the period July 1, 2011 through September 30, 2011, upon the filing of this

Krls/Wilm 57817v1

Certification and without the need for entry of a Court order approving the Application.

**SAUL EWING LLP**

By:___ /s/ Teresa K.D. Currier_____
Teresa K D. Currier (No. 3080)
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE  19899
(302) 421-6800

-and-

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Philip Bentley, Esquire
David E. Blabey, Jr., Esquire
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

Counsel to the Official Committee
of Equity Security Holders

Dated:  December 12, 2011