IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR TELEPHONIC\* HEARING
ON DECEMBER 19, 2011, AT 9:00 A.M. BEFORE THE HONORABLE
JUDITH K. FITZGERALD IN WILMINGTON, DELAWARE**

**PLEASE NOTE THIS HEARING IS TELEPHONIC.
ALL PARTICIPANTS MUST APPEAR TELEPHONICALLY.**

**Any party participating telephonically must make arrangements through
CourtCall by telephone (866-582-6878) or facsimile (866-533-2946),
no later than 12:00 p.m., December 15, 2011.**

**CONTINUED MATTERS:**

1.    Amended Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 8/26/08] (Docket No. 19378)

      Response Deadline: September 12, 2008 at 4:00 p.m.

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, and H-G Coal Company.

Responses Received:

a.    Response By New York State Department of Taxation and Finance to Debtors'
      Twenty Fifth Omnibus Objection to Claims [Filed: 9/5/08] (Docket No. 19469)

b.    Response of Commonwealth of Pennsylvania, Department of Revenue to
      Debtors' Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket
      No. 19523)

c.    Missouri Department of Revenue's Response to Debtors' Twenty-Fifth Omnibus
      Objection to Claims [Filed: 9/11/08] (Docket No. 19524)

d.    Indiana Department of Revenue's (IDR) Response to Objection to Claim [Filed:
      9/17/08] (Docket No. 19554)

Related Documents:

a.    [Signed] Order Approving Stipulation to Continue Hearing Pending Mediation
      [Filed: 1/7/10] (Docket No. 24122)

Status: This matter is continued to January 23, 2012 at 9:00 a.m.

2.    Substantive Objection to Claim No. 150, Filed By the Illinois Department of Revenue
      [Filed: 4/15/11] (Docket No. 26785)

      Response Deadline: May 6, 2011 at 4:00 p.m.

      Responses Received:

      a.    Response of Illinois Department of Revenue to Debtors' Objection to Claim No.
            150 [Filed: 5/6/11] (Docket No. 26891)

      Related Documents:

      a.    [Proposed] Order Disallowing Claim No. 150, Filed By the Illinois Department of
            Revenue [Filed: 4/15/11] (Docket No. 26785, Exhibit A)

      Status: This matter is continued to January 23, 2012 at 9:00 a.m.

3.    Motion of Intrawest for Relief From Automatic Stay Under 11 U.S.C. § 362(d) [Filed:
      9/19/11] (Docket No. 27621)

      Response Deadline: October 17, 2011 at 4:00 p.m. *(extended until January 6, 2012 at
      4:00 p.m.)*

      Responses Received: None as of the date of this Notice of Agenda.

      Related Documents:

      a.    [Proposed] Order [Filed: 9/19/11] (Docket No. 27621, Exhibit A)

      Status: This matter is continued to January 23, 2012 at 9:00 a.m.

**QUARTERLY FEE APPLICATIONS:**

4.    Forty-First Quarterly Interim Applications of Counsel to the Debtors, the Statutory
      Committees, and the Future Claimants' Representative for Compensation for Services
      Rendered and Reimbursement of Expenses for the Period April 1, 2011 through June 30,
      2011

      Related Documents:

      a.    Certification of Counsel Regarding Forty-First Quarter Project Category
            Summary [Filed: 12/12/10] (Docket No. 28142)

      b.    Certification of Counsel Regarding Order Approving Quarterly Fee Applications
            for the Forty-First Period [Filed: 12/12/10] (Docket No. 28143)

      Status:  This matter will go forward.

**WITHDRAWN MATTERS:**

5.    Debtors' Application for Order Authorizing the Employment and Retention of Baker &
      McKenzie as Special Counsel for the Debtors Nunc Pro Tunc to November 1, 2011
      [Filed: 11/14/11] (Docket No. 27958)

      Response Deadline: December 2, 2011 at 4:00 p.m.

      Responses Received: None as of the date of this Notice of Agenda.

      Related Documents:

      a.    [Proposed] Order Granting Application for Order Authorizing the Employment
            and Retention of Baker & McKenzie as Special Counsel for the Debtors Nunc Pro
            Tunc to November 1, 2011 [Filed: 11/14/11] (Docket No. 27958, Exhibit A)

      b.    Notice of Withdrawal Regarding Debtors Application for Order Authorizing the
            Employment and Retention of Baker & McKenzie as Special Counsel for the
            Debtors Nunc Pro Tunc to November 1, 2011 [Filed: 12/1/11] (Docket No.
            28063)

      Status: This matter has been withdrawn.

**UNCONTESTED MATTERS:**

6.    Application of the Debtors to Amend the Order Authorizing the Employment and
      Retention of PricewaterhouseCoopers LLP as Auditors and Tax Consultants to the
      Debtors and Debtors in Possession By Provision of a Waiver Under Rule 2016-2(G) of
      the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy
      Court for the District of Delaware [Filed: 11/14/11] (Docket No. 27959)

      Response Deadline: December 2, 2011 at 4:00 p.m.

      Responses Received: None as of the date of this Notice of Agenda.

Related Documents:

a.      [Proposed] Order Granting Application of the Debtors to Amend the Order
        Authorizing the Employment and Retention of PricewaterhouseCoopers LLP as
        Auditors and Tax Consultants to the Debtors and Debtors in Possession By
        Provision of a Waiver Under Rule 2016-2(G) of the Local Rules of Bankruptcy
        Practice and Procedure of the United States Bankruptcy Court for the District of
        Delaware [Filed: 11/14/11] (Docket No. 27959, Exhibit A)

b.      Certification of No Objection Regarding Application of the Debtors to Amend the
        Order Authorizing the Employment and Retention of PricewaterhouseCoopers
        LLP as Auditors and Tax Consultants to the Debtors and Debtors in Possession
        By Provision of a Waiver Under Rule 2016-2(G) of the Local Rules of
        Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the
        District of Delaware [Filed: 12/5/11] (Docket No. 28087)

Status: No parties have objected to the relief requested in the Application. Accordingly,
the Debtors have filed a certificate of no objection and respectfully request the entry of
the order attached to the Application.


Dated: December 12, 2011                    KIRKLAND & ELLIS LLP
                                            Adam Paul
                                            300 North LaSalle
                                            Chicago, IL 60654
                                            Telephone: (312) 862-2000

                                            and

                                            BAER HIGGINS FRUCHTMAN LLC
                                            Janet S. Baer, P.C.
                                            Roger J. Higgins
                                            11 East Wacker Drive
                                            Suite 2800
                                            Chicago, IL 60601
                                            Telephone: (312) 836-4047

                                            and

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Telephone:     (302) 652-4100
Facsimile:     (302) 652-4400

Co-Counsel for the Debtors and Debtors-in-Possession