# Exhibit A

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862 5000
FAX: (732) 862 5020

VIRGINIA RODRIGUEZ

C/O ERNST & YOUNG

2323 VICTORY AVENUE
SUITE 2000
DALLAS TEXAS 75219
UNITED STATES OF AMERICA

30-November-2011

FOR PROFESSIONAL SERVICES RENDERED

    Employee: YOUCEF BOUDEFFA

    Fragomen Invoice Number: IN-US00213433

    Fragomen Manager: GRAHAM LEES

    Fragomen Case Number: 416273

    Client: W.R. GRACE & CO.

    Total Legal Fees:    0.00

    Total Disbursements: 2,393.48

    Invoice Total: (USD)   2,393.48

| | Fee/Disbursement |
|---|---|
| **DISBURSEMENTS** (work carried out by FRAGOMEN - BRUSSELS) | |
| Assistance with obtaining work and residence permit on behalf of Youcef Boudeffa. Application filed with immigration authorities. | 2,100.00 |
| Miscellaneous Out of pocket expenses (including timed facsimile, telephone charges and photocopying) | 105.00 |
| Other-Disbursements (including registered mail to send the application to the authorities, express courier to collect the work permit and to deliver it to the employee) | 188.48 |

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

Client: W.R. GRACE & CO.

Employee: YOUCEF BOUDEFFA

---

Comments:

Application Approval Date: 14 Oct 2011

Application File Date: 26 Sep 2011

Authorizing Manager:

Case Initiation Date: 12 Aug 2011

Cost Center:

Employee ID:

Expiry Date: 10 Oct 2012

Number of Dependents: 0

PO #:

Receiving Country: BELGIUM

Sending Country: BELGIUM

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862 5000
FAX: (732) 862 5020

VIRGINIA RODRIGUEZ
C/O ERNST & YOUNG
2323 VICTORY AVENUE
SUITE 2000
DALLAS TEXAS 75219
UNITED STATES OF AMERICA

30-November-2011

---

FOR PROFESSIONAL SERVICES RENDERED

Employee: YOUCEF BOUDEFFA

Fragomen Invoice Number: IN-US00213560

Fragomen Manager: GRAHAM LEES

Fragomen Case Number: 440947

Client: W.R. GRACE & CO.

Total Legal Fees:    1,050.00

Total Disbursements: 392.50

Invoice Total: (USD)  1,442.50

|  | Fee/Disbursement |
|---|---|
| LEGAL FEES | |
| Legal Fees for assistance with the procurement of a Long Stay D Visa on behalf of assignee. (Fees authorized by Valérie Parmentier on 10/21/11) | 1,050.00 |
| DISBURSEMENTS | |
| Courier charges paid | 70.00 |
| Government fees paid on your behalf of assignee | 252.00 |
| FedEx/DHL/Other Charges | 18.00 |
| Miscellaneous Out of pocket expenses (including timed facsimile, telephone charges and photocopying) | 52.50 |

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

Client: W.R. GRACE & CO.

Employee: YOUCEF BOUDEFFA

Comments:
Application Approval Date: 29 Nov 2011
Application File Date: 22 Nov 2011
Authorizing Manager:
Case Initiation Date: 21 Oct 2011
Cost Center:
Employee ID:
Number of Dependents: 0
PO #:
Receiving Country: BELGIUM
Sending Country: UNITED STATES OF AMERICA

LAW OFFICES
**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

November 30, 2011

---

**FOR PROFESSIONAL SERVICES RENDERED**

**RE: Enzo ORELLANA**

**Invoice #: 11.40920149**

Initiation, Email Communication, Preparation (including coordination of photo to specifications), and submission of Diversity Immigrant green card lottery entry.

**Total Legal Fees**     $250.00

**Disbursements**

**Total Disbursements**     $0.00

**Please Remit**     $250.00

| Checks | Wire Transfers |
|---|---|
| Please send checks made payable to: | |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| 75 Remittance Drive | The Northern Trust Company |
| Suite # 6072 | Account # 30147775 |
| Chicago, Illinois 60675-6072 | ABA Transit # 071000152 |
| | Swift Code: CNORUS44 |

*** **Please return invoice with check or include invoice number on wire transfer instructions** ***

**Additional Comments:**

For billing inquiries, please call 305-774-5800.

LAW OFFICES
**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia  
W. R. Grace & Co.  
7500 Grace Drive  
Columbia, MD 21044  
USA

November 30, 2011

**FOR PROFESSIONAL SERVICES RENDERED**

**RE: Daniel PREGO**

Invoice #: 11.40928636

Preparation and submission of Form I-907 Request for Premium Processing Service for a nonimmigrant petition and preparation and submission of letter to USCIS requesting that pending petition be converted to premium processing.

| | |
|---|---:|
| **Total Legal Fees** | $250.00 |

**Disbursements**

| | |
|---|---:|
| Fedex (domestic) | $29.00 |
| USCIS Filing Fee for I-907 (Premium Processing Fee) | $1,225.00 |
| Miscellaneous expenses | $12.50 |
| **Total Disbursements** | $1,266.50 |
| **Please Remit** | **$1,516.50** |

| Checks | Wire Transfers |
|:---:|:---:|
| Please send checks made payable to: | |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| 75 Remittance Drive | The Northern Trust Company |
| Suite # 6072 | Account # 30147775 |
| Chicago, Illinois 60675-6072 | ABA Transit # 071000152 |
| | Swift Code: CNORUS44 |

*** Please return invoice with check or include invoice number on wire transfer instructions ***

**Additional Comments:**
For billing inquiries, please call 305-774-5800.

LAW OFFICES
**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

November 30, 2011

---

**FOR PROFESSIONAL SERVICES RENDERED**

**RE: Siva POTHIREDDY**

Invoice #: 11.40931973

Preparation of Application for Adjustment of Status to Lawful Permanent Resident of the United States for principal beneficiary of immigrant visa petition including preparation of Forms I-485, G-325A, and supporting documentation. Preparation of final package and submission to the appropriate Regional Service Center of the United States Citizenship and Immigration Services.

Preparation of Form I-765 on behalf of family member(s) for permission to obtain employment authorization during pendency of application for adjustment of status for U.S. permanent residence. Submission of application to United States Citizenship and Immigration Service.

Preparation Form I-131, Application for Travel Document (advance parole), with supporting documentation, to facilitate international travel during the pendency of an Application for Adjustment of Status. Submission to the United States Citizenship and Immigration Services.

Preparation of Form I-765 on behalf of foreign national for permission to obtain employment authorization during pendency of application for U.S. permanent residence.

Application for Adjustment of Status to Lawful Permanent Resident of the United States for family member, including preparation of Forms I-485, G-325A and supporting documentation.

Preparation Form I-131, Application for Travel Document (advance parole), with supporting documentation, to facilitate international travel for family member(s) during the pendency of an Application for Adjustment of Status. Submission to the United States Citizenship and Immigration Services.

| | |
|---|---:|
| **Total Legal Fees** | $4,475.00 |

**Disbursements**

| | |
|---|---:|
| Fedex (domestic) | $29.00 |
| Miscellaneous expenses | $223.75 |
| **Total Disbursements** | $252.75 |
| **Please Remit** | **$4,727.75** |

---

<table>
<tr><th>Checks</th><th>Wire Transfers</th></tr>
<tr>
<td>Please send checks made payable to:<br>FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP<br>75 Remittance Drive<br>Suite # 6072<br>Chicago, Illinois 60675-6072</td>
<td>FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP<br>The Northern Trust Company<br>Account # 30147775<br>ABA Transit # 071000152<br>Swift Code: CNORUS44</td>
</tr>
</table>

**\*\*\* Please return invoice with check or include invoice number on wire transfer instructions \*\*\***

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

November 30, 2011

---

**FOR PROFESSIONAL SERVICES RENDERED**

**RE: Kinnari MEHTA**

**Invoice #: 11.40928637**

Balance of fees for preparation of Application for Alien Employment Certification to be filed under PERM. Review of position description, minimum requirements, any alternate requirements, and alien's qualifications. Preparation and submission of prevailing wage determination request to the Department of Labor (DOL). Coordination of recruitment efforts with employer including placement of a job order with the appropriate state job bank, placement of the necessary advertisements, and other necessary recruitment tools. Preparation of recruitment report. Preparation of PERM audit file to include evidence of all attestations made on Form ETA-9089. Final preparation of Form ETA-9089 and electronic submission to the U.S. Department of Labor.

|  |  |
|---|---:|
| **Total Legal Fees** | $2,200.00 |

**Disbursements**

| | |
|---|---:|
| Miscellaneous expenses | $88.00 |
| **Total Disbursements** | $88.00 |
| **Please Remit** | $2,288.00 |

---

| **Checks** | **Wire Transfers** |
|:---:|:---:|
| Please send checks made payable to: | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | The Northern Trust Company |
| 75 Remittance Drive | Account # 30147775 |
| Suite # 6072 | ABA Transit # 071000152 |
| Chicago, Illinois 60675-6072 | Swift Code: CNORUS44 |

**\*\*\* Please return invoice with check or include invoice number on wire transfer instructions \*\*\***

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

November 30, 2011

---

**FOR PROFESSIONAL SERVICES RENDERED**

**RE: Chelsea Freda D'SOUZA**                                    Invoice #: 11.40928638

Balance of fees for preparation of Application for Alien Employment Certification to be filed under PERM. Review of position description, minimum requirements, any alternate requirements, and alien's qualifications. Preparation and submission of prevailing wage determination request to the Department of Labor (DOL). Coordination of recruitment efforts with employer including placement of a job order with the appropriate state job bank, placement of the necessary advertisements, and other necessary recruitment tools. Preparation of recruitment report. Preparation of PERM audit file to include evidence of all attestations made on Form ETA-9089. Final preparation of Form ETA-9089 and electronic submission to the U.S. Department of Labor.

|                          |                          |
|--------------------------|--------------------------|
| **Total Legal Fees**     | $2,200.00                |

**Disbursements**

Miscellaneous expenses                                                    $88.00

**Total Disbursements**                                                   $88.00

**Please Remit**                                                          $2,288.00

---

| Checks | Wire Transfers |
|--------|----------------|
| Please send checks made payable to: | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | The Northern Trust Company |
| 75 Remittance Drive | Account # 30147775 |
| Suite # 6072 | ABA Transit # 071000152 |
| Chicago, Illinois 60675-6072 | Swift Code: CNORUS44 |

*** Please return invoice with check or include invoice number on wire transfer instructions ***

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

November 30, 2011

---

**FOR PROFESSIONAL SERVICES RENDERED**

**RE: Gino D'ALELIO**

**Invoice #: 11.40933564**

Preparation of Nonimmigrant Visa Petition pursuant to Company's blanket petition requesting extension of L-1A Petition and foreign national's term of stay including Form I-129 with supplement, and draft letter of support confirming continued temporary employment. Transmittal of prepared drafts and application to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the United States Citizenship and Immigration Services.

| | |
|---|---:|
| **Total Legal Fees** | $1,600.00 |

**Disbursements**

| | |
|---|---:|
| Fedex (international) | $50.00 |
| Miscellaneous expenses | $80.00 |
| **Total Disbursements** | $130.00 |
| **Please Remit** | $1,730.00 |

---

| Checks | Wire Transfers |
|---|---|
| Please send checks made payable to:<br>FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP<br>75 Remittance Drive<br>Suite # 6072<br>Chicago, Illinois 60675-6072 | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP<br>The Northern Trust Company<br>Account # 30147775<br>ABA Transit # 071000152<br>Swift Code: CNORUS44 |

**\*\*\* Please return invoice with check or include invoice number on wire transfer instructions \*\*\***

**Additional Comments:**
For billing inquiries, please call (305) 774-5800