**EXHIBIT 1**

# WR Grace & Co. et al

Total number of parties: 149

### Exhibit 1 - WR Grace & Co. et al

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 46298 | 3M CO - FKA MINNESOTA MINING AND MANUFACTURING CO, C/O ANN MARIE HANRAHAN ESQ, OFFICE OF THE GENERAL COUNSEL, 3M CENTER PO BOX 33428, SAINT PAUL, MN, 55133-3428 | US Mail (1st Class) |
| 46298 | ALABAMA DEPARTMENT OF REVENUE (INCOME TAX), P O BOX 327430, MONTGOMERY, AL, 36132-7430 | US Mail (1st Class) |
| 46298 | ALABAMA DEPARTMENT OF REVENUE (PRIVILEGE TAX), P.O BOX 327320, MONTGOMERY, AL, 36132-7320 | US Mail (1st Class) |
| 46298 | ALFRED AND BETTY VAIRA, FAIRVIEW, MT, 59221 | US Mail (1st Class) |
| 46298 | ANDREWS & KURTH LLP, (RE WEATHERFORD INTERNATIONAL INC), 450 LEXINGTON AVE 15TH FL, NEW YORK, NY, 10017 | US Mail (1st Class) |
| 46298 | ARGO PARTNERS, (TRANSFEROR DEL TACO INC), 12 WEST 37TH ST, 9TH FLOOR, NEW YORK, NY, 10018 | US Mail (1st Class) |
| 46298 | ARIZONA CORPORATION COMMISSION, CORPORATE DIVISION, 1300 W WASHINGTON STREET, PHOENIX, AZ, 85007 | US Mail (1st Class) |
| 46298 | ARKANSAS, CORPORATIONS DIVISION, STATE CAPITOL BUILDING, LITTLE ROCK, AR, 72201 | US Mail (1st Class) |
| 46298 | ARMSTRONG WORLD INDUSTRIES INC, 2500 COLUMBIA AVE, ATTN KENNETH L JACOBS ESQ, LANCASTER, PA, 17522 | US Mail (1st Class) |
| 46298 | ATTORNEY GENERAL OF FLORIDA, PAM BONDI OFFICE OF THE ATTORNEY GENERAL, THE CAPITOL, PL-01, TALLAHASSEE, FL, 32399-1050 | US Mail (1st Class) |
| 46298 | ATTORNEY GENERALS OFFICE, CARVEL STATE OFFICE BLDG, 820 FRENCH ST, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 46298 | ATTY GENERAL OF MARYLAND, THE MUNSEY BLDG, 7 N CALVERT ST 2ND FL, BALTIMORE, MD, 21202 | US Mail (1st Class) |
| 46298 | CALIFORNIA SECRETARY OF STATE, BUSINESS PROGRAMS DIVISION, 1500 11TH STREET, FLOOR 3, SACRAMENTO, CA, 95814 | US Mail (1st Class) |
| 46298 | CENTURY INDEMNITY COMPANY ET AL, C/O LEONARD P GOLDBERGER ESQ, WHITE AND WILLIAMS LLP, 1800 ONE LIBERTY PL, PHILADELPHIA, PA, 19103-7395 | US Mail (1st Class) |
| 46298 | CITY OF CAMBRIDGE, CITY HALL - LAW DEPT, 795 MASSACHUSETTS AVE, CAMBRIDGE, MA, 02139 | US Mail (1st Class) |
| 46298 | CNA COMPANIES, C/O JONATHAN W YOUNG ESQ, T KELLAN GRANT ESQ, WILDMAN HARROLD ALLEN & DIXON, 225 W WACKER DR STE 3000, CHICAGO, IL, 60606-1229 | US Mail (1st Class) |
| 46298 | COMMONWEALTH OF MASSACHUSETTS, DEPT OF REVENUE, ANNE CHAN TAX EXAMINER, BK UNIT, BOX 9564, BOSTON, MA, 02114-9564 | US Mail (1st Class) |
| 46298 | COMMONWEALTH OF MASSACHUSETTS, ATTN NAVEET K BAL, COMMISSIONER OF REVENUE, PO BOX 9565, 100 CAMBRIDGE STREET, BOSTON, MA, 02114-9595 | US Mail (1st Class) |
| 46298 | COMMONWEALTH OF MASSACHUSETTS, AMY PITTER, TAX COMMISSIONER, PO BOX 7010, BOSTON, MA, 02204 | US Mail (1st Class) |
| 46298 | COMMONWEALTH OF MASSACHUSETTS ENV P, THOMAS E REILLY CAROL IANCU, OFFICE OF THE ATTY GENERAL, 200 PORTLAND ST, BOSTON, MA, 02114 | US Mail (1st Class) |
| 46298 | COMMONWEALTH OF MASSACHUSETTS EXECT, ANTHONY D CORTESE SCD COMMISSIONER, ONE WINTER ST 9TH FL, BOSTON, MA, 02108 | US Mail (1st Class) |
| 46298 | COMMONWEALTH OF MASSACHUSETTS, WILLIAM FRANCIS GALVIN, SECRETARY OF STATE, MCCORMACK BLDG, ONE ASHBURTON PLACE, BOSTON, MA, 02108-1512 | US Mail (1st Class) |
| 46298 | COMPTROLLER OF MARYLAND, REVENUE ADMINISTRATION DIVISION, ANNAPOLIS, MD, 21411-0001 | US Mail (1st Class) |
| 46298 | CONNECTICUT, OFFICE OF THE SECRETARY OF THE STATE, 30 TRINITY STREET P O BOX 150470, HARTFORD, CT, 06115 | US Mail (1st Class) |
| 46298 | CONTINENTAL CASUALTY CO TRANSPORTATION INSURANCE C, C/O ELIZABETH DECRISTOFARO ESQ, FORD MARRIN ESPOSITO WITMEYER & GLESER, WALL STREET PLAZA 23RD FLOOR, NEW YORK, NY, 10005 | US Mail (1st Class) |
| 46298 | DEL TACO INC, C/O RICHARD W ESTERKIN, MORGAN LEWIS & BOCKIUS LLP, 300 S GRAND AVE STE 2200, LOS ANGELES, CA, 90071-3132 | US Mail (1st Class) |
| 46298 | DELAWARE DEPT OF JUSTICE, ATTORNEY GENERALS OFFICE, 102 W WATER ST, DOVER, DE, 19904 | US Mail (1st Class) |
| 46298 | DELAWARE DEPT OF JUSTICE, ATTORNEY GENERALS OFFICE, 114 EAST MARKET ST, GEORGETOWN, DE, 19947 | US Mail (1st Class) |
| 46298 | DELAWARE DEPT OF NR AND ENV CONTROL, NICHOLAS A DIPASQUALE SECY, 89 KINGS HWY, DOVER, DE, 19901 | US Mail (1st Class) |
| 46298 | DELAWARE DIVISION OF REVENUE, P.O. BOX 8719, WILMINGTON, DE, 19899-8719 | US Mail (1st Class) |
| 46298 | DELAWARE DIVISION OF REVENUE, RE: THE DELAWARE DIVISION OF REVENUE, ALLISON E REARDON, 820 N FRENCH STREET, 8TH FLOOR, WILMINGTON, DE, 19801 | US Mail (1st Class) |

## Exhibit 1 - WR Grace & Co. et al

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 46298 | DELAWARE SECRETARY OF STATE, DIVISION OF CORPORATIONS, 365 W PASSAIC STREET, FL 5, ROCHELLE PARK, NJ, 07662 | US Mail (1st Class) |
| 46298 | DEPARTMENT OF TREASURY, INTERNAL REVENUE SERVICE CENTER, OGDEN, UT, 84201-0011 | US Mail (1st Class) |
| 46298 | DEPT OF ASSESSMENTS & TAXATION, MARYLAND DEPT ASSEMENT & TAXATION, 301 W PRESTON ST STE 801, BALTIMORE, MD, 21201 | US Mail (1st Class) |
| 46298 | DEPT OF MASSACHUSETTS, THE, DEPT. OF PUBLIC SAFETY, ONE ASHBURTON PLACE RM 1301, BOSTON, MA, 02108-1618 | US Mail (1st Class) |
| 46298 | DEPT OF THE TREASURY IRS, 31 HOPKINS PLAZA ROOM 1150, BALTIMORE, MD, 21201 | US Mail (1st Class) |
| 46298 | DISTRICT OF COLUMBIA, CHRISTOPHE AG TULOU, DIRECTOR, DISTRICT DEPT OF ENVIRONMENT, 1200 FIRST ST, NE, 5TH FLOOR, WASHINGTON, DC, 20002 | US Mail (1st Class) |
| 46298 | DISTRICT OF COLUMBIA GOVERNMENT, CORPORATIONS DIVISION, 1100 4TH STREET SW FL W2, WASHINGTON, DC, 20024 | US Mail (1st Class) |
| 46298 | ECKERT SEAMANS CHERIN & MELLOTT, LLC, (RE. MARYLAND CASUALTY COMPANY), ATTN KAREN TURNER, TWO LIBERTY PLACE, 50 SOUTH 16TH STREET, 22ND FLOOR, PHILADELPHIA, PA, 19102 | US Mail (1st Class) |
| 46298 | ELIGIBLE PERSONS AS DEFINED ON AND COVER, C/O LAURENCE J KAISER ESQ, PILIERO GOLDSTEIN KAISER & MITCHELL LLP, 10 E 53RD ST, NEW YORK, NY, 10022 | US Mail (1st Class) |
| 46298 | ELIGIBLE PERSONS AS DEFINED ON AND COVER, C/O BERNARD SCHULTE, 5 OSPREY CT, OCEAN RIDGE, FL, 33435 | US Mail (1st Class) |
| 46298 | ENV PROTECTION DIVISION SECTION CHI, RAYMOND DOUGAN, ONE ASHBURTON PLACE, BOSTON, MA, 02108 | US Mail (1st Class) |
| 46298 | EPA NEW ENGLAND, REGION 1, LISA P JACKSON ADMIN, 5 POST OFFICE SQUARE, SUITE 100, BOSTON, MA, 02109-3912 | US Mail (1st Class) |
| 46298 | FLA DEPT OF ENVIRONMENTAL PROT, 3900 COMMONWEALTH BLVD MS 35, TALLAHASSEE, FL, 32399-3000 | US Mail (1st Class) |
| 46298 | FLORIDA DEPARTMENT OF REVENUE, 5050 W. TENNESSEE ST., TALLAHASSEE, FL, 32399-0135 | US Mail (1st Class) |
| 46298 | FLORIDA DEPARTMENT OF STATE, DIVISION OF CORPORATIONS, CLIFTON BUILDING, 2661 EXECUTIVE CENTER CIRCLE, TALLAHASSEE, FL, 32301 | US Mail (1st Class) |
| 46298 | FLORIDA DEPT OF REVENUE, BANKRUPTCY SECTION, PO BOX 6668, TALLAHASSEE, FL, 32314-6668 | US Mail (1st Class) |
| 46298 | FLORIDA DEPT OF REVENUE, MARSHALL STRANBERG, GEN COUNSEL, PO BOX 6668, TALLAHASSEE, FL, 32314-6668 | US Mail (1st Class) |
| 46298 | FLORIDA DEPT OF STATE, PO BOX 6327, TALLAHASSEE, FL, 32314-6327 | US Mail (1st Class) |
| 46298 | FLORIDA SECRETARY OF STATE, KURT S BROWNING, R A GRAY BLDG, 500 SO BRONOUGH ST, TALLAHASSEE, FL, 32399-0250 | US Mail (1st Class) |
| 46298 | FRESENIUS USA INC, DAVID S ROSENBLOOM ESQ, MCDERMOTT WILL & EMERY, 227 W MONROE ST, CHICAGO, IL, 60606-5096 | US Mail (1st Class) |
| 46298 | GAF CORP G-I HOLDINGS AND ITS AFFILIATES, C/O JOSEPH LUBERTAZZI JR ESQ, MCCARTER & ENGLISH LLP, FOUR GATEWAY CENTER, 100 MULBERRY ST, NEWARK, NJ, 07102 | US Mail (1st Class) |
| 46298 | GEORGIA DEPARTMENT OF REVENUE, (RE. STATE OF GEORGIA), 1800 CENTURY BLVD NE, ATLANTA, GA, 30345-3205 | US Mail (1st Class) |
| 46298 | GEORGIA DEPARTMENT OF REVENUE, PROCESSING CENTER, P O BOX 740397, ATLANTA, GA, 30374-0397 | US Mail (1st Class) |
| 46298 | GEORGIA DEPT OF NATURAL RESOURCES, GEORGIA ENVIRO PROT DIV, 2 MARTIN LUTHER KING JR DR, STE 1152 EAST TOWER, ATLANTA, GA, 30334 | US Mail (1st Class) |
| 46298 | GEORGIA OFFICE OF SECRETARY OF STATE, ANNUAL REGISTRATION FILINGS, 2 MLK JR DR S E, SUITE 315, FLOYD WEST TOWER, ATLANTA, GA, 30334 | US Mail (1st Class) |
| 46298 | GEORGIA SECRETARY OF STATE, BRIAN KEMP, 214 STATE CAPITAL, ATLANTA, GA, 30334 | US Mail (1st Class) |
| 46298 | GOVT OF DISTRICT OF COLUMBIA, OFFICE OF CHIEF FINANCIAL OFFICER, OFFICE OF TAXATION & REVENUE, 1101 4TH ST, SW, SUITE W270, WASHINGTON, DC, 20024 | US Mail (1st Class) |
| 46298 | GOVT OF DISTRICT OF COLUMBIA, OFFICE OF THE SECRETARY, JOHN A WILSON BLDG, 1350 PENNSYLVANIA AVE NW STE 419, WASHINGTON, DC, 20004 | US Mail (1st Class) |
| 46298 | GULF PACIFIC AMERICA INC, MAR-GULF MANAGEMENT INC, 7083 HOLLYWOOD BLVD #650, HOLLYWOOD, CA, 90028 | US Mail (1st Class) |
| 46298 | HAWAII DEPT OF COMMERCE & CONSUMER AFFAIRS, BUSINESS REGISTRATION DIVISION, P O BOX 40, HONOLULU, HI, 96810 | US Mail (1st Class) |
| 46298 | IDAHO SECRETARY OF STATE, 700 WEST JEFFERSON P O BOX 83720, BOISE, ID, 83720 | US Mail (1st Class) |
| 46298 | ILLINOIS SECRETARY OF STATE, DEPARTMENT OF BUSINESS SERVICES, 501 S 2ND STREET, SPRINGFIELD, IL, 62756 | US Mail (1st Class) |
| 46298 | JOHN BARNES JR ET AL, ATTN J BURTON LEBLANC, LEBLANC & WADDELL, 5353 ESSEN LANE #420, BATON ROUGE, LA, 70809 | US Mail (1st Class) |

## Exhibit 1 - WR Grace & Co. et al

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 46298 | JPMORGAN CHASE BANK, THOMAS F MAHER, 270 PARK AVE, NEW YORK, NY, 10017 | US Mail (1st Class) |
| 46298 | KANSAS SECRETARY OF STATE, MEMORIAL HALL, 1ST FLOOR, 120 SW 10TH AVENUE, TOPEKA, KS, 66612 | US Mail (1st Class) |
| 46298 | KENTUCKY SECRETARY OF STATE, P O BOX 1150, FRANKFORT, KY, 40602 | US Mail (1st Class) |
| 46298 | LOUISIANA DEPARTMENT OF REVENUE, P O BOX 91011, BATON ROUGE, LA, 70821-9011 | US Mail (1st Class) |
| 46298 | LOUISIANA DEPT OF ENVIRO QUALITY, 602 N 5TH STREET, BATON ROUGE, LA, 70802 | US Mail (1st Class) |
| 46298 | LOUISIANA DEPT OF REVENUE, PO BOX 201, BATON ROUGE, LA, 70821 | US Mail (1st Class) |
| 46298 | LOUISIANA SECRETARY OF STATE, COMMERCIAL DIVISION, P O BOX 94125, BATON ROUGE, LA, 70804 | US Mail (1st Class) |
| 46298 | LOUISIANA SECRETARY OF STATE, TOM SCHEDLER, PO BOX 94125, BATON ROUGE, LA, 70804-9125 | US Mail (1st Class) |
| 46298 | MAINE REPORTING AND INFORMATION SECTION, DIVISION OF CORPORATIONS, 101 STATE HOUSE STATION, AUGUSTA, ME, 04333 | US Mail (1st Class) |
| 46298 | MAR-GULF MANAGEMENT, INC, (RE  GULF PACIFIC AMERICA INC), 15821 VENTURA BLVD, SUITE 635, ENCINO, CA, 91436 | US Mail (1st Class) |
| 46298 | MARYLAND CASUALTY COMPANY, ECKERT SEAMANS CHERIN & MELLOTT LLC, C/O KAREN L TURNER ESQ, 1515 MARKET ST 9TH FL, PHILADELPHIA, PA, 19102 | US Mail (1st Class) |
| 46298 | MARYLAND DEPT OF ENVIRONMENT, PO BOX 1417, BALTIMORE, MD, 21203-1417 | US Mail (1st Class) |
| 46298 | MARYLAND DEPT OF NATURAL RESOURCES, TAWES STATE OFFICE BLDG, E-1, 580 TAYLOR AVE, ANNAPOLIS, MD, 21401 | US Mail (1st Class) |
| 46298 | MARYLAND SECRETARY OF STATE, JOHN P MCDONOUGH, 16 FRANCIS ST, ANNAPOLIS, MD, 21401 | US Mail (1st Class) |
| 46298 | MASSACHUSETTS DEPT OF ENVIR PROTECTION, KEVIN KIERNAN, COUNSEL, 20 RIVERSIDE DR, LAKEVILLE, MA, 02347 | US Mail (1st Class) |
| 46298 | MASSACHUSETTS DEPT OF ENVIRONMENTAL PROT, MASSACHUSETTS OFFICE OF THE ATTORNEY GENERAL, CAROL IANSU ATTORNEY GENERAL, ONE ASHBURTON PLACE, RM 1813, BOSTON, MA, 02108 | US Mail (1st Class) |
| 46298 | MASSACHUSETTS WATER RESOURCES AUTHO, CHARLESTOWN NAVY YARD, C/O TREASURER, BLDG 36, SECOND FLOOR, BOSTON, MA, 02129 | US Mail (1st Class) |
| 46298 | MCGUIRE ASSOCIATES, ATTN HUGH A MCGUIRE JR, 547 SUMMIT AVE, JERSEY CITY, NJ, 07306 | US Mail (1st Class) |
| 46298 | MICHIGAN SECRETARY OF STATE, DEPT ENERGY, LABOR & ECONOMIC GROWTH, P O BOX 30702 7150 HARRIS DRIVE, LANSING, MI, 48909 | US Mail (1st Class) |
| 46298 | MIRAMAR APTS, ATTN MARK S SANDBERG ESQ, ELLIOTT & ELLIOTT, 225 W SANTA CLARA ST #950, SAN JOSE, CA, 95113 | US Mail (1st Class) |
| 46298 | MISSOURI SECRETARY OF STATE, 600 WEST MAIN STREET, MISSOURI STATE INFORMATION CENTER, ROOM 322, JEFFERSON CITY, MO, 65101 | US Mail (1st Class) |
| 46298 | MONTANA SECRETARY OF STATE`S OFFICE, P O BOX 202801, HELENA, MT, 59620 | US Mail (1st Class) |
| 46298 | NATIONAL MEDICAL CARE INC, DAVID S ROSENBLOOM ESQ, MCDERMOTT WILL & EMERY, 227 W MONROE ST, CHICAGO, IL, 60606-5096 | US Mail (1st Class) |
| 46298 | NATIONAL UNION FIRE INSURANCE CO OF PITTSBURGH PA, C/O AIG LAW DEPT - BANKRUPTCY, MICHELLE A LEVITT ESQ, 70 PINE ST, 31ST FLR, NEW YORK, NY, 10270 | US Mail (1st Class) |
| 46298 | NC DEPARTMENT OF REVENUE, P.O  BOX 25000, RALEIGH, NC, 27640-0500 | US Mail (1st Class) |
| 46298 | NEVADA SECRETARY OF STATE, 202 NORTH CARSON STREET, CARSON CITY, NV, 89701 | US Mail (1st Class) |
| 46298 | NEW HAMPSHIRE CORPORATION DIVISION, DEPARTMENT OF THE STATE, 107 N MAIN STREET, CONCORD, NH, 03301 | US Mail (1st Class) |
| 46298 | NEW JERSEY DEPT OF STATE, 222 W STATE ST, PO BOX 300, TRENTON, NJ, 08625 | US Mail (1st Class) |
| 46298 | NEW JERSEY DEPT OF TREASURY, PO BOX 002, TRENTON, NJ, 08625-0002 | US Mail (1st Class) |
| 46298 | NEW JERSEY DIV OF EMPLOYER ACCTS, STATE OF NEW JERSEY, PO BOX 077, TRENTON, NJ, 08625-0077 | US Mail (1st Class) |
| 46298 | NEW YORK DEPT OF ENVIRO CONSERVATION, JOE MARTENS, COMMISSIONER, 625 BROADWAY, ALBANY, NY, 12233-1011 | US Mail (1st Class) |
| 46298 | NEW YORK SECRETARY OF STATE, CESAR A PERALES, ONE COMMERCE PLAZA, 99 WASHINGTON AVE, ALBANY, NY, 12231-0001 | US Mail (1st Class) |
| 46298 | NEW YORK STATE DEPT OF TAXATION & FINANCE, BANKRUPTCY SECTION, PO BOX 5300, ALBANY, NY, 12205-0300 | US Mail (1st Class) |
| 46298 | NEW YORK STATE DEPT OF TAXATION & FINANCE, OFFICE OF COUNSEL, BLDG 9, W A  HARRIMAN CAMPUS, ALBANY, NY, 12227 | US Mail (1st Class) |
| 46298 | NL INDUSTRIES INC, C/O JOHN N FIORELLA ESQUIRE, ARCHER & GREINER PC, PO BOX 3000, HADDONFIELD, NJ, 08033-0968 | US Mail (1st Class) |
| 46298 | NORTH CAROLINA DEPT OF SECRETARY OF STATE, P O BOX 29622, RALEIGH, NC, 27626 | US Mail (1st Class) |
| 46298 | NORTH DAKOTA SECRETARY OF STATE, ANNUAL REPORT PROCESSING CENTER, P O BOX 5513, 600 E BOULEVARD AVENUE, DEPT 108, BISMARCK, ND, 58506 | US Mail (1st Class) |

## Exhibit 1 - WR Grace & Co. et al

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 46298 | NYS CORPORATION TAX, PROCESSING UNIT, P O. BOX 22038, ALBANY, NY, 12201-2038 | US Mail (1st Class) |
| 46298 | NYS CORPORATION TAX, PROCESSING UNIT, P O. BOX 1909, ALBANY, NY, 12201-1909 | US Mail (1st Class) |
| 46298 | NYS DIVISION OF CORPORATIONS, NYS DEPARTMENT OF STATE, 1 COMMERCE PLAZA 99 WASHINGTON AVENUE, ALBANY, NY, 12231 | US Mail (1st Class) |
| 46298 | OFFICE OF TAX AND REVENUE, P.O. BOX 679, WASHINGTON, DC, 20044-0679 | US Mail (1st Class) |
| 46298 | OFFICE OF THE ATTORNEY GENERAL MARTHA COAKLEY, ONE ASHBURTON PLACE, BOSTON, MA, 02108-1518 | US Mail (1st Class) |
| 46298 | OKLAHOMA SECRETARY OF STATE, 2300 N LINCOLN BOULEVARD, ROOM 101, OKLAHOMA CITY, OK, 73105 | US Mail (1st Class) |
| 46298 | ONE BEACON AMERICA INSURANCE COMPANY, DRINKER BIDDLE & REATH LLP, JOSEPH N ARGENTINA JR, 1100 N MARKET ST, STE 1000, WILMINGTON, DE, 19801-1254 | US Mail (1st Class) |
| 46298 | OREGON SECRETARY OF STATE, CORPORATION DIVISION, 255 CAPITOL ST NE, SUITE 151, SALEM, OR, 97310 | US Mail (1st Class) |
| 46298 | PENNSYLVANIA DEPT OF ENVIRO PROT, MICHAEL KRANCER, SECRETARY, RACHEL CARSON STATE OFC BLDG, 400 MARKET ST, HARRISBURG, PA, 17101 | US Mail (1st Class) |
| 46298 | PENNSYLVANIA DEPT OF REVENUE, BUREAU OF COMPLIANCE, DEPT 280946, HARRISBURG, PA, 17128-0946 | US Mail (1st Class) |
| 46298 | PENNSYLVANIA DEPT OF STATE, CORPORATION BUREAU, P O BOX 8039, HARRISBURG, PA, 17105 | US Mail (1st Class) |
| 46298 | PENNSYLVANIA SECRETARY OF COMMONWEALTH, CAROL ARCHELE, 401 NORTH STREET, HARRISBURG, PA, 17120 | US Mail (1st Class) |
| 46298 | REGIONAL COUNSEL OFFICE OF REGIONAL, RE REMOVAL ACTION AT SOUTH ST SUPE, JFK FEDERAL BLDG (RAA), ONE CONGRESS ST, BOSTON, MA, 02203-0001 | US Mail (1st Class) |
| 46298 | SEATON INSURANCE COMPANY, DRINKER BIDDLE & REATH LLP, JOSEPH N ARGENTINA JR, 1100 N MARKET ST, STE 1000, WILMINGTON, DE, 19801-1254 | US Mail (1st Class) |
| 46298 | SECRETARY OF STATE MISSISSIPPI, 700 NORTH STREET, JACKSON, MS, 39202 | US Mail (1st Class) |
| 46298 | SOUTH DAKOTA, SECRETARY OF STATE OFFICE, 500 E CAPITOL AVENUE, PIERRE, SD, 57501 | US Mail (1st Class) |
| 46298 | STATE OF COLORADO, SECRETARY OF STATE, 1700 BROADWAY, STE 200, DENVER, CO, 80290 | US Mail (1st Class) |
| 46298 | STATE OF DELAWARE, PO BOX 898, DOVER, DE, 19903 | US Mail (1st Class) |
| 46298 | STATE OF FLORIDA DEPARTMENT OF REVENUE, 104 CARLTON BLDG, 5050 W TENNESSEE ST, TALLAHASSEE, FL, 32399 | US Mail (1st Class) |
| 46298 | STATE OF GEORGIA, DEPT OF REVENUE, PO BOX 38143, ATLANTA, GA, 30334 | US Mail (1st Class) |
| 46298 | STATE OF MARYLAND, COMPTROLLER, 80 CALVERT ST, GOLDSTEIN TREASURY BLDG, ADMIN & FINANCE - RM 215, ANNAPOLIS, MD, 21404 | US Mail (1st Class) |
| 46298 | STATE OF MARYLAND, REVENUE ADMINISTRATION DIVISION, GOLDSTEIN TREASURY BLDG, 80 CALVERT ST, ANNAPOLIS, MD, 21404 | US Mail (1st Class) |
| 46298 | STATE OF MASSACHUSETTS, SECRETARY OF THE COMMONWEALTH, ONE ASHBURTON PLACE, BOSTON, MA, 02108 | US Mail (1st Class) |
| 46298 | STATE OF NEW JERSEY, DIVISION OF TAXATION, REVENUE PROCESSING CENTER, P O. BOX 193, TRENTON, NJ, 08646-0193 | US Mail (1st Class) |
| 46298 | STATE OF NEW JERSEY, DEPT OF THE TREASURY DIVISION OF REVENUE, P O BOX 302, TRENTON, NJ, 08646 | US Mail (1st Class) |
| 46298 | STATE OF RHODE ISLAND, DIVISION OF BUSINESS SERVICES, 148 W RIVER STREET, PROVIDENCE, RI, 02904 | US Mail (1st Class) |
| 46298 | STATE OF UTAH DEPARTMENT OF COMMERCE, DIVISION OF CORPORATIONS & COMMERCIAL, P O BOX 146705, SALT LAKE CITY, UT, 84114 | US Mail (1st Class) |
| 46298 | STATE OF VERMONT, SECRETARY OF STATE, 26 TERRACE STREET, MONTPELIER, VT, 05602 | US Mail (1st Class) |
| 46298 | TENNESSEE DEPARTMENT OF REVENUE, ANDREW JACKSON STATE OFFICE BUILDING, 500 DEADERICK STREET, NASHVILLE, TN, 37242 | US Mail (1st Class) |
| 46298 | TENNESSEE SECRETARY OF STATE, ANNUAL REPORTS, 312 ROSA L PARKS AVENUE, 6TH FLOOR, WILLIAM R SNODGRASS TOWER, NASHVILLE, TN, 37243 | US Mail (1st Class) |
| 46298 | TEXAS COMMISSION ON ENVIRO QUALITY, MARK R VICERY P G MC 109, PO BOX 13087, AUSTIN, TX, 78711-3087 | US Mail (1st Class) |
| 46298 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS, SUSAN COMBS, PO BOX 13528 CAPITOL STATION, AUSTIN, TX, 78711-3528 | US Mail (1st Class) |
| 46298 | TEXAS COMPTROLLER OF PUBLIC ACCTS, OFFICE OF THE ATTORNEY GENERAL, COLLECTION DIV BANKRUPTCY SECT, PO BOX 12548, AUSTIN, TX, 78711-2548 | US Mail (1st Class) |
| 46298 | TEXAS SECRETARY OF STATE, HOPE ANDRADE, PO BOX 12060, AUSTIN, TX, 78711-2060 | US Mail (1st Class) |

## Exhibit 1 - WR Grace & Co. et al

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 46298 | THE FMCH GROUP, (RE NATIONAL MEDICAL CARE INC), C/O FRESENIUS MEDICAL CARE NA CORP HEADQUARTERS, CORPORATE LAW DEPT, 95 HAYDEN AVE, LEXINGTON, MA, 02420-9192 | US Mail (1st Class) |
| 46298 | THE FMCH GROUP, (RE FRESENIUS MEDICAL CARE HOLDINGS INC), C/O FRESENIUS MEDICAL CARE NA CORP HEADQUARTERS, CORPORATE LAW DEPT, 95 HAYDEN AVE, LEXINGTON, MA, 02420-9192 | US Mail (1st Class) |
| 46298 | THE FMCH GROUP, (RE. FRESENIUS USA INC), C/O FRESENIUS MEDICAL CARE NA CORP HEADQUARTERS, CORPORATE LAW DEPT, 95 HAYDEN AVE, LEXINGTON, MA, 02420-9192 | US Mail (1st Class) |
| 46298 | US DEPT OF JUSTICE, ERIC HOLDER JR, US ATTY GENERAL, ATTORNEY GENERAL, 950 PENNSYLVANIA AVE NW, WASHINGTON, DC, 20530-0001 | US Mail (1st Class) |
| 46298 | US EPA, PETER DECAMBRE ASST ENFORCE, ONE CONGRESS ST, SUITE 1100 (SES), BOSTON, MA, 02114-2023 | US Mail (1st Class) |
| 46298 | US EPA OFFICE OF ENV SERVICES NEW E, DAVID M PETERSON, ONE CONGRESS ST, SUITE 1100, BOSTON, MA, 02114-2023 | US Mail (1st Class) |
| 46298 | VIRGINIA STATE CORPORATION COMMISSION, CLERKS OFFICE, FIRST FLOOR, 1300 E MAIN STREET, RICHMOND, VA, 23219 | US Mail (1st Class) |
| 46298 | WASHINGTON DEPARTMENT OF LICENSING, MASTER LICENSE SERVICE, P O BOX 9034, OLYMPIA, WA, 98507 | US Mail (1st Class) |
| 46298 | WASHINGTON GAS, CUSTOMER CREDIT DEPT, 1100 H ST NW 2ND FL, WASHINGTON, DC, 20080 | US Mail (1st Class) |
| 46298 | WEATHERFORD INTERNATIONAL INC, 15710 JOHN F KENNEDY BOULEVARD, SUITE 700, HOUSTON, TX, 77032 | US Mail (1st Class) |
| 46298 | WEATHERFORD INTERNATIONAL INC, ATTN. BURT MARTIN, 515 POST OAK BLVD STE 600, HOUSTON, TX, 77027 | US Mail (1st Class) |
| 46298 | WEST VIRGINIA SECRETARY OF STATE'S OFFICE, BUSINESS AND LICENSING DIVISION, P O BOX 40300, CHARLESTON, WV, 25364 | US Mail (1st Class) |
| 46298 | WISCONSIN SECRETARY OF STATE, DEPARTMENT OF FINANCIAL INSTITUTION, 345 W WASHINGTON AVENUE, FLOOR 3, MADISON, WI, 53703 | US Mail (1st Class) |
| 46298 | WYOMING SECRETARY OF STATE, PROFIT CORPORATION ANNUAL REPORT, 200 W 24TH STREET, CHEYENNE, WY, 82001 | US Mail (1st Class) |

**Subtotal for this group: 149**