# Exhibit A

## W.R. Grace – 41st Interim Period (April 1, 2011 – June 30, 2011)
## Fee and Expense Chart with Recommendations

| ANDERSON KILL & OLICK, P.C. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 27432 | TOTAL: | $360,916.50 | $327.07 | $360,916.50 | $327.07 |

| AUSTERN, DAVID T. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 27441 | TOTAL: | $2,950.00 | $0.00 | $2,950.00 | $0.00 |

| BAER HIGGINS FRUCHTMAN LLC | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 27365 | TOTAL: | $443,342.50 | $15,238.14 | $443,342.50 | $15,238.14 |

| BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, P.C. (39th – 41st) | | | | | |
|---|---|---|---|---|---|
| | Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 39th[1] | 27961 | TOTAL: | $60,000.00 | $23.24 | $60,000.00 | $23.24 |
| 40th[2] | 27997 | TOTAL: | $57,000.00 | $13.39 | $57,000.00 | $13.39 |
| 41st | 27963 | TOTAL: | $57,000.00 | $29.20 | $57,000.00 | $29.20 |

| BEVERIDGE & DIAMOND, P.C. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 27797 | TOTAL: | $38,083.50 | $133.91 | $38,083.50 | $133.91 |

| BILZIN SUMBERG BAENA PRICE & AXELROD LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 27453 | TOTAL: | $24,000.00 | $1,488.36 | $24,000.00 | $1,488.36 |

---

[1] The Thirty-Ninth Interim Period encompasses October 1, 2010 through December 31, 2010.
[2] The Fortieth Interim Period encompasses January 1, 2011 through March 31, 2011.

| BLACKSTONE ADVISORY SERVICES L.P. ||||||
|---|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 27565 | TOTAL: | $525,000.00 | $1,888.31 | $525,000.00 | $1,888.31 |

| BMC GROUP ||||||
|---|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 27813 | TOTAL: | $85,606.50 | $6,546.90 | $85,606.50 | $6,546.90 |

| CAMPBELL & LEVINE, LLC ||||||
|---|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 27431 | TOTAL: | $44,341.50 | $4,632.79 | $44,341.50 | $4,632.79 |

| CAPLIN & DRYSDALE, CHARTERED ||||||
|---|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 27433 | TOTAL: | $677,126.75 | $27,543.92 | $677,126.75 | $27,502.52 |

| CAPSTONE ADVISORY GROUP, LLC ||||||
|---|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 27751 | TOTAL: | $222,989.50 | $513.61 | $222,989.50 | $513.61 |

| CASNER & EDWARDS LLP ||||||
|---|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 27372 | TOTAL: | $40,329.50 | $38,258.14 | $40,329.50 | $38,258.14 |

| CHARTER OAK FINANCIAL CONSULTING LLC ||||||
|---|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 27434 | TOTAL: | $84,294.00 | $10.32 | $84,294.00 | $10.32 |

| DAY PITNEY LLP ||||||
|---|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 27971 | TOTAL: | $27,045.50 | $0.00 | $27,045.50 | $0.00 |

| DUANE MORRIS LLP ||||||
|---|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 27618 | TOTAL: | $75,428.50 | $1,358.93 | $75,393.50 | $1,358.93 |

| FERRY JOSEPH & PEARCE, P.A. ||||||
|---|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 27435 | TOTAL: | $39,422.00 | $1,908.37 | $39,422.00 | $1,908.37 |

| FOLEY HOAG LLP ||||||
|---|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 27388 | TOTAL: | $42,486.00 | $189.35 | $42,486.00 | $189.35 |

| FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP |||||||
|---|---|---|---|---|---|---|
| | Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 40th | 27702 | TOTAL: | $1,500.00 | $355.88 | $1,500.00 | $355.88 |
| 41st | 27703 | TOTAL: | $12,643.75 | $15,338.92 | $12,643.75 | $15,338.92 |

| HILL, R. KARL (Seitz, Van Ogtrop & Green, P.A.) ||||||
|---|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 27392 | TOTAL: | $9,405.00 | $40.00 | $9,360.00 | $40.00 |

| THE HOGAN FIRM ||||||
|---|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 27381 | TOTAL: | $42,137.00 | $1,646.52 | $42,137.00 | $1,526.52 |

| KIRKLAND & ELLIS LLP ||||| 
|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 27613 | TOTAL: | $2,165,605.50 | $78,788.68 | $2,162,103.00 | $78,639.68 |

| KRAMER LEVIN NAFTALIS & FRANKEL LLP ||||| 
|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 27407 | TOTAL: | $91,902.50 | $2,143.07 | $91,902.50 | $2,126.83 |

| LAUZON BÉLANGER LESPÉRANCE ||||| 
|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 27383 | TOTAL: | CDN $11,883.45 | CDN $1,743.47 | CDN $11,883.45 | CDN $1,743.47 |

| LINCOLN PARTNERS ADVISORS LLC ||||| 
|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 27443 | TOTAL: | $180,000.00 | $3,342.16 | $180,000.00 | $3,342.16 |

| NORTON ROSE OR LLP (f/k/a Ogilvy Renault LLP) ||||| 
|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 27306 | TOTAL: | CDN $39,922.00 | CDN $665.57 | CDN $39,922.00 | CDN $665.57 |

| ORRICK, HERRINGTON & SUTCLIFFE LLP ||||| 
|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 27440 | TOTAL: | $711,762.00 | $6,450.32 | $711,762.00 | $6,450.32 |

| PACHULSKI STANG ZIEHL & JONES LLP ||||| 
|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 27488 | TOTAL: | $121,834.00 | $54,282.04 | $121,834.00 | $54,282.04 |

| PHILLIPS, GOLDMAN & SPENCE, P.A. (34th – 41st) | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 34th[3] | 27725 | TOTAL: | $103,561.50 | $1,372.56 | $103,561.50 | $1,372.56 |
| 35th[4] | 27768 | TOTAL: | $25,559.00 | $2,835.06 | $25,559.00 | $2,835.06 |
| 36th[5] | 27801 | TOTAL: | $27,180.00 | $1,896.21 | $27,180.00 | $1,896.21 |
| 37th[6] | 27821 | TOTAL: | $8,370.00 | $249.61 | $8,370.00 | $249.61 |
| 38th[7] | 27872 | TOTAL: | $13,980.00 | $84.30 | $13,980.00 | $84.30 |
| 39th | 27877 | TOTAL: | $5,655.00 | $59.20 | $5,655.00 | $59.20 |
| 40th | 27906 | TOTAL: | $26,848.50 | $222.15 | $26,373.50 | $222.15 |
| 41st | 27917 | TOTAL: | $32,337.00 | $207.21 | $32,337.00 | $207.21 |

| PRICEWATERHOUSECOOPERS LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 27430 | TOTAL: | $432,724.72 | $8,122.78 | $432,724.72 | $8,122.78 |

| PRICEWATERHOUSECOOPERS LLP (Darex Puerto Rico Audit – March-April 2011) | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 27430 | TOTAL: | $35,958.86 | $2,685.42 | $35,958.86 | $2,685.42 |

| REED SMITH LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 27410 | TOTAL: | $49,504.50 | $1,320.38 | $49,504.50 | $1,320.38 |

| RICH, ALAN B. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 27385 | TOTAL: | $68,900.00 | $820.65 | $68,900.00 | $820.65 |

---

[3] The Thirty-Fourth Interim Period encompasses July 1, 2009 through September 30, 2009.
[4] The Thirty-Fifth Interim Period encompasses October 1, 2009 through December 31, 2009.
[5] The Thirty-Sixth Interim Period encompasses January 1, 2010 through March 31, 2010.
[6] The Thirty-Seventh Interim Period encompasses April 1, 2010 through June 30, 2010.
[7] The Thirty-Eighth Interim Period encompasses July 1, 2010 through September 30, 2010.

| HON. ALEXANDER M. SANDERS, JR. ||||| 
|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 27386 | TOTAL: | $22,455.00 | $872.11 | $22,455.00 | $872.11 |

| SAUL EWING LLP ||||| 
|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 27419 | TOTAL: | $40,542.00 | $391.64 | $40,542.00 | $391.64 |

| SCARFONE HAWKINS LLP ||||| 
|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 27382 | TOTAL: | CDN $29,156.25 | CDN $4,036.68 | CDN $29,156.25 | CDN $4,036.68 |

| WARREN H. SMITH & ASSOCIATES, P.C. ||||| 
|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 27429 | TOTAL: | $95,323.25 | $4,545.35 | $95,323.25 | $4,545.35 |

| STEPTOE & JOHNSON LLP ||||| 
|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 27853 | TOTAL: | $600.00 | $3.30 | $600.00 | $3.30 |

| STROOCK & STROOCK & LAVAN LLP ||||| 
|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 27450 | TOTAL: | $388,620.75 | $4,259.75 | $388,620.75 | $4,259.75 |

| WOODCOCK WASHBURN LLP ||||| 
|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 27504 | TOTAL: | $4,570.50 | $0.00 | $4,570.50 | $0.00 |