# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W. R. GRACE & CO., et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered<br><br>**Related Docket No. 27450** |

## CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 27450

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Forty-First Quarterly Fee Application of Stroock & Stroock & Lavan LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from April 1, 2011 through June 30, 2011* (the "Application") [Docket No. 27450] filed on August 17, 2011.

The undersigned further certifies that he has reviewed the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than December 2, 2011 at 4:00 p.m.

Dated: December 14, 2011
      Wilmington, Delaware

                                                         */s/ Michael R. Lastowski*
                                                         Michael R. Lastowski (DE 3892)
                                                         Richard W. Riley (DE 4052)
                                                         DUANE MORRIS LLP
                                                         222 Delaware Avenue, Suite 1600
                                                         Wilmington, DE 19801-1246
                                                         Telephone:   (302)-657-4900
                                                         Facsimile:    (302)-657-4901
                                                         Email:         mlastowski@duanemorris.com
                                                                            rwriley@duanemorris.com

                                                         *Co-Counsel for the Official*
                                                         *Committee of Unsecured Creditors*

DM3\1994845.1