**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| W. R. GRACE & CO., et al. | Case No. 01-01139 (JKF) |
| | Jointly Administered |
| Debtors. | **Related to Docket No. 27751** |

**CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 27751**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the ***Thirtieth Quarterly Interim Application of Capstone Advisory Group, LLC, Financial Advisors to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period From April 1, 2011 through June 30, 2011*** (the "Application") [Docket No. 27751] filed on October 13, 2011.

The undersigned further certifies that he has reviewed the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than December 2, 2011 at 4:00 p.m.

Dated: December 14, 2011
   Wilmington, Delaware

/s/ Michael R. Lastowski
Michael R. Lastowski (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1246
Telephone:   (302)-657-4900
Facsimile:   (302)-657-4901
Email:   mlastowski@duanemorris.com
            rwriley@duanemorris.com

*Co-Counsel for the Official
Committee of Unsecured Creditors*

DM3\1994853.1