**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | Objection Deadline: 12/12/11; 4:00 pm ET |

**CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 28016**

(12th QUARTERLY FEE APPLICATION FOR
THE 42nd PERIOD OF THE PD FCR)

The undersigned hereby certifies that, as of the date hereof, he has received no answer,

objection or other responsive pleading to the "Twelfth Quarterly Application of Hon. Alexander

M. Sanders, Jr., The Legal Representative for Future Asbestos-Related Property Damage

Claimants and Holders of Demands for Compensation for Services and Reimbursement of

Expenses for the 42nd Quarterly Period from July 1, 2011 Through September 30, 2011" (the

"Application").  The undersigned further certifies that he caused the review of the Court's docket

in this case and no answer, objection or other responsive pleading to the Application appears

thereon.  Pursuant to the Notice of Application, objections to the Application were to be filed and

served no later than 4:00 p.m., ET, December 12, 2011.

//

//

//

//

//

Respectfully Submitted,

_____

Alan B. Rich, Esq.
Texas Bar No. 16842350
4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
Tel:  (214) 744-5100
Fax: (214) 744-5101
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER
M. SANDERS, JR., LEGAL
REPRESENTATIVE FOR FUTURE
ASBESTOS-RELATED PROPERTY
DAMAGE CLAIMANTS AND HOLDERS
OF DEMANDS

## CERTIFICATE OF SERVICE

I certify that on the 14th day of December, 2011, this document was served through the ECF system on all persons who have requested notice through the ECF system.

_____