# LINCOLN, GUSTAFSON & CERCOS LLP

THOMAS J. LINCOLN*+
RANDALL D. GUSTAFSON*+◊
THEODORE R. CERCOS*+
TERESA M. BECK*◊
NICHOLAS B. SALERNO P.C.*+ ^
CHARLES K. EGAN*
KARL E. SORENSON*◊
LOREN S. YOUNG+
SHANNON ROONEY+

LISA M. MERSEREAU*
JILL S. DICKERSON*
CHRISTIAN W. SCHMITTHENNER*
PAUL H. JAMES*
MONICA J. YOON*
ANTHONY P. GAETA*
CHRISTOPHER A. TURTZO+^
DARCIE A.F. COLIHAN *
JASON J. JULIUS*
GENE E. ROYCE*◊
JAMES M. BARRINGTON +
SUSAN S. MINAMIZONO*
KATIE C. McCURDY*
HAROLD J. ROSENTHAL+
RYAN S. PETERSEN +
LUCY M. KNUTSON*
DANA C. NICHOLAS*
ANNALISA N. GRANT+*
JORDAN T. NAGER*
ELYSE K. SIMMERMAN*
ANDRE V. FARINHA+
RUSSELL D. COLLINGS +
DILLON G. COIL +
BRANDON L. LEWIS+
KARISSA K. BLESER +

ADMITTED IN ARIZONA ◊
ADMITTED IN CALIFORNIA *
ADMITTED IN NEVADA +
ADMITTED IN FLORIDA ^

**ATTORNEYS AT LAW**

**225 BROADWAY, 20TH FLOOR
SAN DIEGO, CA 92101**

TELEPHONE (619) 233-1150
FACSIMILE (619) 233-6949
E-MAIL INFO@LGCLAWOFFICE.COM

**Founded 1987**

NEVADA OFFICE
3960 HOWARD HUGHES PARKWAY
SUITE 200.
LAS VEGAS, NV 89169-5968
TELEPHONE (702) 257-1997
FACSIMILE (702) 257-2203

PHOENIX OFFICE
2415 E. CAMELBACK RD., #700
PHOENIX, ARIZONA 85016
TELEPHONE (602) 606-5735
FACSIMILE (602) 508-6099

NICHOLAS B. SALERNO
MANAGING PARTNER
LAS VEGAS

SHARON COUGHLIN
LEGAL ADMINISTRATOR

December 13, 2011

## NOTICE OF APPEARNCE VIA COURTCALL

Patricia Cuniff
Pachulski, Stang, Ziehl, Young, Jones & Weintraub, LLP
**Via e-mail pcuniff@pszyjw.com**

**Re:     WR GRACE & COMPANY, et al**
     **Case No.:  01-1139(JFK)//Chapter 11**

Dear Ms. Cuniff:

Please be advised that Darcie A. F. Colihan, Esq. representing Intrawest California Holdings Inc, et al. will be appearing via Courtcall for the Hearing before Judge Judith Fitzgerald on January 23, 2012 at 9:00 a.m., regarding Intrawest Motion for Relief from Stay.

Please note that Tracy A. Burleigh will be personally appearing on behalf of Intrawest California Holding, Inc. et al. as well.

Thank you for your attention and courtesy.

Very truly yours,

LINCOLN, GUSTAFSON & CERCOS

DARCIE A.F. COLIHAN

Encl:  Court Call Confirmation
     g:\a -- m\22 station hoa\correspondence-gen\courtcall112911(svsc docs).docx

# Court Conference, a division of CourtCall
## Confirmation and Invoice (No separate statement will be sent)

---

**Attorney Name:**    Darcie A. F. Colihan

**Firm Name:**    Lincoln, Gustafson & Cercos

**Attorney Phone:** 619-233-1150          **Attorney Fax:** 619-233-6949

**Appearance Date:** Monday, January 23rd, 2012          **Appearance Time:** 9:00 AM ET

**Judge Name:**    Honorable Judith Fitzgerald          **Court Conference ID#:**    4644989

**Case Number:** 01-01139          **Proceeding Type:** Hearing

**Case Name:**  W.R. Grace & Co., et al.


**Customer Ref. #:**  14180-6303

**Representing:**      Defendant(s), Intrawest California Holdings Inc., et al / LIVE


**Following are the procedures for your telephonic appearance.**

**1. YOU MUST DIAL IN TO THE CALL AT LEAST TEN (10) MINUTES PRIOR TO THE HEARING BY DIALING (800) 447-3470. DO NOT BE LATE! IF YOU HAVE ANY DIFFICULTY DIALING INTO THE CALL, CALL US AT 1-866-58-COURT OR 1-310-743-1886.**

2. Please take a moment to review this Confirmation. For any changes that need to be made, or if you have not received a Confirmation for each reservation made, please contact us at 1-866-58-COURT or 1-310-743-1886.

3. To ensure the quality of the call, no speaker or cellular phones, headsets or public phones may be used. Counsel must be on the handset of the telephone during the appearance.

4. Once you have joined the call, you must not place the call on hold or have anyone else hold the line for you.

5. Unless you have been designated to speak, you will be placed in a "listen only" mode. You will be able to hear the courtroom without being heard.

6. Once your case is called, a coordinator will place you in an "open conference" mode if you are not designated as "listen only".

**7. On every occasion before speaking, you must identify yourself to the Court.**

8. Once your case has been heard and concluded by the Judge, please disengage from the call by hanging up the phone.

9. If you have multiple appearances during one calendar you will be charged the appearance fee for each separate matter except if the Judge hears your cases consecutively, in which case you will be charged one fee for all consecutive appearances, subject to the time increments set out below.

---

**EFFECTIVE FOR APPEARANCES ON OR AFTER MAY 1st 2009** YOUR INITIAL CHARGE FOR THIS COURT CONFERENCE APPEARANCE IS $30.00 AND WILL BE SUPPLEMENTED BASED ON THE LENGTH OF THE CALL AS FOLLOWS: 0-45 MINUTES - $30.00, 46-60 MINUTES - $37.00, 61 MINUTES AND ABOVE, AN ADDITIONAL $7.00 PER EACH ADDITIONAL15 MINUTE INCREMENT. **NO SEPARATE STATEMENT WILL BE SENT.** IF YOU HAVE AN ACCOUNT WITH US (OR IF YOU PAID BY CREDIT CARD), YOUR ACCOUNT/CARD WILL BE CHARGED.  OTHERWISE, PLEASE MAIL YOUR CHECK AND A COPY OF THIS CONFIRMATION/INVOICE TO:  COURT CONFERENCE, 6383 ARIZONA CIRCLE, LOS ANGELES, CA 90045.

Arturo Leal [CS]                                        OUR TAX ID# IS: 95-4568415