# EXHIBIT A



# The Hogan Firm

1311 Delaware Avenue

Wilmington, DE 19806

(302) 656 7540

EIN 51-0352711

---

**Canadian ZAI Claimants**  
**c/o Lauzon Belanger Lesperance**  
Attention: Careen Hannouche  
286 rue Street  
Paul Quest bureau 100 Montreal QC H2Y 2A3

**Date:** 11/4/2011  
**File Number:** ZAI/WRG 060124-01  
**Invoice Number:** 19397

**Re:** Canadian Zonolite Claimants  
WRGrace Chapter 11 Bankruptcy  
Our File No. 060124-01

---

| Date | Initials | Description of Service | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/02/2011 | KEH | E-mail correspondence with 'channouche@lblavocats.ca' transmitting LBL's 18th Monthly Fee Application for review, along with certification for execution. | 0.20 | 190.00 | 38.00 |
| 10/02/2011 | KEH | E-mail correspondence with 'Cindy Yates' transmitting the 18th Monthly fee application for Scarfone Hawkins along with certification for David Thompson. | 0.20 | 190.00 | 38.00 |
| 10/02/2011 | KEH | Preparation of LBL's 18th Monthly Fee Application for the Period August 1, 2011, through August 31, 2011. | 0.60 | 190.00 | 114.00 |
| 10/02/2011 | KEH | Preparation of SH's 18th Monthly Fee Application for the Period August 1, 2011, through August 31, 2011. | 0.80 | 190.00 | 152.00 |
| 10/02/2011 | KEH | Preparation of THF's 18th Monthly Fee Application for the Period August 1, 2011, through August 31, 2011. | 1.30 | 190.00 | 247.00 |
| 10/03/2011 | KEH | E-mail correspondence from Cindy Yates transmitting David Thompson's executed certification for the 18th Monthly Fee Application; attach to file and save as an exhibit. | 0.30 | 190.00 | 57.00 |
| 10/03/2011 | KEH | E-mail correspondence from Grace Accounts Payable - Holdback fees for January 2011; review payment and post to WRG payment spreadsheet. | 0.50 | 190.00 | 95.00 |
| 10/03/2011 | DKH | E-mail correspondence from Matt Moloci concerning the status of his inquiry into the Rust database. | 0.10 | 400.00 | 40.00 |
| 10/03/2011 | KEH | E-mail correspondence with Careen Hannouche re: 18th Monthly fee application for Scarfone Hawkins; received certification and saved to file. | 0.20 | 190.00 | 38.00 |
| 10/03/2011 | DKH | E-mail correspondence with Careen Hannouche transmitting the executed certification for LBL; reviewed same. | 0.30 | 400.00 | 120.00 |
| 10/03/2011 | DKH | E-mail correspondence with Cindy Yates transmitting the Certification duly executed by David Thompson for the Scarfone Hawkins fee application. | 0.20 | 400.00 | 80.00 |
| 10/03/2011 | KEH | E-mail correspondence with Daniel Hogan re: another wire from WRGrace to confirm. | 0.10 | 190.00 | 19.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/03/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Request for Status Conference Pursuant to 11 U.S.C. Section 105(d) (related document(s)[26357]) Filed by Garlock Sealing Technologies, LLC. | 0.40 | 400.00 | 160.00 |
| 10/03/2011 | KEH | E-mail correspondence with Grace Accounts Payable re: payment for February 2011 and March 2011 Fee Applications (80% Fees); review and update to WRG payment spreadsheet. | 0.40 | 190.00 | 76.00 |
| 10/03/2011 | DKH | E-mail correspondence with Janet Baer transmitting Rust's answers to Matt Moloci's questions regarding the database status. | 0.30 | 400.00 | 120.00 |
| 10/03/2011 | DKH | E-mail correspondence with Matt Moloci transmitting answers to the questions posed to Jan Baer concerning the Rust database. | 0.10 | 400.00 | 40.00 |
| 10/03/2011 | DKH | Reviewed and revised LBL's 18th Monthly Fee Application as well as Certification. | 0.80 | 400.00 | 320.00 |
| 10/03/2011 | DKH | Reviewed and revised the 18th Monthly fee application for Scarfone Hawkins. | 0.70 | 400.00 | 280.00 |
| 10/03/2011 | DKH | Reviewed spreadsheet for status of holdbacks from Grace; notes to spreadsheet. | 0.50 | 400.00 | 200.00 |
| 10/03/2011 | DKH | Reviewed spreadsheet of payments received from Grace to reconcile the payments evidenced on the fee applications of The Hogan Firm, Scarfone Hawkins, and Lauzon Belanger Lesparence. | 1.00 | 400.00 | 400.00 |
| 10/03/2011 | DKH | Telephone conversation with Jan Baer concerning Rust materials as well as the status of the appeals. | 0.40 | 400.00 | 160.00 |
| 10/03/2011 | DKH | Telephone conversation with Janet Baer concerning Rust's answers to Matt Moloci's questions regarding the status of the database of Canadian ZAI claims.. | 0.30 | 400.00 | 120.00 |
| 10/04/2011 | KEH | E-mail correspondence from James.Luckey@ricoh-usa.com at IKON Office Solutions confirming receipt of documents for hand delivery. | 0.10 | 190.00 | 19.00 |
| 10/04/2011 | KEH | E-mail correspondence with Careen Hannouche - LBL holdback for January 1st through March 31st, 2011, has not been received. | 0.10 | 190.00 | 19.00 |
| 10/04/2011 | DKH | E-mail correspondence with Careen Hannouche concerning the status of holdback for January 1st through March 31st, 2011. | 0.20 | 400.00 | 80.00 |
| 10/04/2011 | KEH | E-mail correspondence with 'Careen Hannouche';'Cindy Yates' regarding receipt of holdback payments for January through March 2011. | 0.10 | 190.00 | 19.00 |
| 10/04/2011 | KEH | E-mail correspondence with Cindy Yates - Scarfone Hawkins has not received holdback payments for January, February or March, 2011. | 0.10 | 190.00 | 19.00 |
| 10/04/2011 | KEH | E-mail correspondence with Daniel Hogan regarding confirmation of payment from WRGrace in the amount of $5,871.80 for February and March 2011 THF Fee Applications. | 0.20 | 190.00 | 38.00 |
| 10/04/2011 | KEH | E-mail correspondence with Daniel Hogan regarding deposit received from WRGrace. | 0.10 | 190.00 | 19.00 |
| 10/04/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation (Eighteenth) of Scarfone Hawkins LLP As Special Counsel for the Canadian ZAI Claimants for the period August 1, 2011, to August 31, 2011. Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 10/04/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation (Eighteenth) of The Hogan Firm As Counsel to Representative Counsel for The Canadian ZAI Claimants for the period August 1, 2011, to August 31, 2011. Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |

| | | | | | |
|---|---|---|---|---|---|
| 11/4/2011 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants c/o Lauzon Belanger Lesperance | | Page:3 |
| 10/04/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation (Eighteenth) of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period August 1, 2011, to August 31, 2011. Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 10/04/2011 | KEH | E-mail correspondence with 'Fee Auditor transmitting, in Word format, the Eighteenth Monthly Application of Lauzon Bélanger Lespérance as Special Counsel for the Canadian ZAI Claimants - Docket No. 27717. | 0.20 | 190.00 | 38.00 |
| 10/04/2011 | KEH | E-mail correspondence with 'Fee Auditor transmitting, in Word format, the Eighteenth Monthly Application of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants - Docket No. 27716. | 0.20 | 190.00 | 38.00 |
| 10/04/2011 | KEH | E-mail correspondence with 'Fee Auditor transmitting, in Word format, the Eighteenth Monthly Application of The Hogan Firm as Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants - Docket No. 27715 | 0.20 | 190.00 | 38.00 |
| 10/04/2011 | KEH | E-mail correspondence with IKON Office Solutions transmitting Eighteenth Monthly Applications of The Hogan Firm, Lauzon Bélanger Lespérance and Scarfone Hawkins, LLP, for hand delivery to the Office of the United States Trustee. | 0.10 | 190.00 | 19.00 |
| 10/04/2011 | KEH | E-mail correspondence with Service Parties transmitting the Eighteenth Monthly Application of Lauzon Bélanger Lespérance, Docket No. 27715. | 0.20 | 190.00 | 38.00 |
| 10/04/2011 | KEH | E-mail correspondence with Service Parties transmitting the Eighteenth Monthly Application of Scarfone Hawkins LLP, Docket No. 27716. | 0.20 | 190.00 | 38.00 |
| 10/04/2011 | KEH | E-mail correspondence with Service Parties transmitting the Eighteenth Monthly Application of The Hogan Firm, Docket No. 27715. | 0.20 | 190.00 | 38.00 |
| 10/04/2011 | KEH | Preparation of the 18th Monthly Fee Application for The Hogan Firm, Scarfone Hawkins and Lauzon Belanger for First Class Mail to the Fee Auditor and WRGrace. | 0.30 | 190.00 | 57.00 |
| 10/04/2011 | KEH | Prepare and send payment to Scarfone Hawkins LLP in the amount of $9,410.60. | 0.20 | 190.00 | 38.00 |
| 10/04/2011 | KEH | Prepare for and electronically file the 18th Monthly Fee Application of Lauzon Belanger Lesperance for the Period August 1, 2011, through August 31, 2011. | 0.50 | 190.00 | 95.00 |
| 10/04/2011 | KEH | Prepare for and electronically file the 18th Monthly Fee Application of Scarfone Hawkins for the Period August 1, 2011, through August 31, 2011. | 0.50 | 190.00 | 95.00 |
| 10/04/2011 | KEH | Prepare for and electronically file the 18th Monthly Fee Application of The Hogan Firm for the Period August 1, 2011, through August 31, 2011. | 0.30 | 190.00 | 57.00 |
| 10/04/2011 | DKH | Reviewed final revision of Monthly Application for Compensation (Eighteenth) of The Hogan Firm As Counsel to Representative Counsel for The Canadian ZAI Claimants for the period August 1, 2011, to August 31, 2011. | 0.60 | 400.00 | 240.00 |
| 10/04/2011 | DKH | Reviewed final version of Monthly Application for Compensation (Eighteenth) of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period August 1, 2011, to August 31, 2011 in preparation for efiling. | 0.50 | 400.00 | 200.00 |
| 10/04/2011 | DKH | Reviewed final version of Monthly Application for Compensation (Eighteenth) of Scarfone Hawkins LLP As Special Counsel for the Canadian ZAI Claimants for the period August 1, 2011, to August 31, 2011. | 0.50 | 400.00 | 200.00 |
| 10/05/2011 | KEH | E-mail correspondence from Daniel Hogan confirming deposit to account; review and revise spreadsheet. | 0.30 | 190.00 | 57.00 |
| 10/05/2011 | KEH | E-mail correspondence with Careen Hannouchewire transfer from Grace in the amount of 2 937,88$ on October 5, 2011 - confirm what this payment is for? | 0.10 | 190.00 | 19.00 |

| 11/4/2011 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | Page:4 | |
|---|---|---|---|---|---|---|
| 10/05/2011 | KEH | | Review spreadsheet for amounts due to Lauzon Belanger Lesperance; E-mail correspondence to 'Careen Hannouche' re: payment is holdback for January – March 2011 applications. It should be in the amount of $2,952.88; $15.00 discrepancy is bank charge. | 0.30 | 190.00 | 57.00 |
| 10/06/2011 | KEH | | E-mail correspondence with Grace Accounts Payable regarding wire in the amount of $9,532.45 for THF's July 2011 Fee application. | 0.10 | 190.00 | 19.00 |
| 10/07/2011 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Memorandum Opinion in Regards to the Three Motions Filed by Garlock Sealing Technologies, Inc. | 1.00 | 400.00 | 400.00 |
| 10/07/2011 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Notice of Hearing (HEARING CANCELLED) Filed by W.R. Grace & Co., et al.. Hearing scheduled for 10/24/2011 at 09:00 AM | 0.30 | 400.00 | 120.00 |
| 10/07/2011 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Order Denying Motions for Access to 2019 Statements, Denying Motions to Intervene and Denying Motions to Reopen Certain Closed Cases (related document(s)[26053], [26356], [27737]). Signed on 10/7/2011. | 0.30 | 400.00 | 120.00 |
| 10/07/2011 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Order With Respect to Request for Status Conference Regarding the Motion for Access to 2019 Statements (related document(s)[27711]). Signed on 10/7/2011. | 0.30 | 400.00 | 120.00 |
| 10/10/2011 | KEH | | E-mail correspondence with Bobbi Ruhlander regarding new recommendations for meal and hotel expenses- note to file. | 0.20 | 190.00 | 38.00 |
| 10/10/2011 | DKH | | E-mail correspondence with Bobbi Ruhlander transmitting the Fee Examiner's research on what they believe to be reasonable meal and hotel charges. Reviewed same. | 0.40 | 400.00 | 160.00 |
| 10/10/2011 | KEH | | E-mail correspondence with David Tthompson, 'Matt Moloci, 'Michel Belanger, Careen Hannouche, and Cindy Yates regarding new recommendation and email from Fee Auditor's office. | 0.20 | 190.00 | 38.00 |
| 10/11/2011 | KEH | | E-mail correspondence with Daniel Hogan regarding need for confirmation of deposit for $9,532.45 | 0.10 | 190.00 | 19.00 |
| 10/11/2011 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Order Rescheduling Hearings Set For March 19, 2012 To March 28, 2012 Order Signed on 10/11/2011. | 0.30 | 400.00 | 120.00 |
| 10/12/2011 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Appeal (related document(s)[27740]) Filed by Garlock Sealing Technologies, LLC. | 0.40 | 400.00 | 160.00 |
| 10/13/2011 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Notice of Service of Notice of Appeal (related document(s)[27749]) Filed by Garlock Sealing Technologies, LLC. | 0.30 | 400.00 | 120.00 |
| 10/18/2011 | KEH | | E-mail correspondence with Cindy Yates re: 2 wire transfers from Grace, both in the amount of $8,298.00; Pursuant to the No Order Required Certificate of No Objection dated September 22, 2011, we should have received $7,067.49 in payment of the July account; holdback from January, February, March, 2011 accounts should be $7,488.75; review same. | 0.30 | 190.00 | 57.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/4/2011 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants c/o Lauzon Belanger Lesperance | | Page:5 | |
| 10/18/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Motion to Approve [Debtors' Motion for Entry of an Order: (I) Approving Agreement; (II) Authorizing, But Not Directing, the Debtors to Merge Certain Non-Operating Debtor Subsidiaries Into W. R. Grace & Co.-Conn.; (III) Expunging Certain Active Claims, Conditionally Expunged Claims and Intercompany Claims; and (IV) Transferring Certain Active and Intercompany Claims to W. R. Grace & Co.-Conn.] Filed by W.R. Grace & Co., et al. | | 1.20 | 400.00 | 480.00 |
| 10/19/2011 | KEH | E-mail correspondence with Cindy Yates - heard from Grace – the $8,298.00 is in payment of SH holdback for January, February and March, 2011; They are still looking into why it was sent twice; review and post to WRGrace payment spreadsheet. | | 0.50 | 190.00 | 95.00 |
| 10/19/2011 | KEH | E-mail correspondence with Cindy Yates $7,067.49 received from Grace today is in payment of SH account of July, 2011; review and post to WRGrace payment spreadsheet. | | 0.40 | 190.00 | 76.00 |
| 10/19/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Motion For Sale of Property under Section 363(b) /Motion for Entry of an Order: (A) Approving the Form of Asset Sale Agreement; (B) Authorizing But Not Requiring the Sale of Certain Vermiculite Assets Free and Clear of all Liens, Claims, Encumbrances and Other Interests; (C) Authorizing the Assumption and Assignment of Executory Contracts; and (D) Approving Procedures for Noticing and Determining Cure Amounts Filed by W.R. Grace & Co., et al. | | 2.00 | 400.00 | 800.00 |
| 10/21/2011 | KEH | E-mail correspondence with 'Cindy Yates' re: September time/expense statement | | 0.10 | 190.00 | 19.00 |
| 10/24/2011 | KEH | E-mail correspondence from Careen Hannouche transmitting statement of fees and expenses for September 2011; save to file and print for review. | | 0.20 | 190.00 | 38.00 |
| 10/24/2011 | KEH | E-mail correspondence with Careen Hannouche regarding payment from Grace. | | 0.10 | 190.00 | 19.00 |
| 10/24/2011 | DKH | E-mail correspondence with Careen Hannouche transmitting LBL's statement of fees and expenses for September 2011; reviewed same. | | 0.40 | 400.00 | 160.00 |
| 10/24/2011 | KEH | E-mail correspondence with Careen Hannouche, re: wire transfer received on October 12, 2011 in the amount of 950,92 $. Can you confirm what this payment is for? | | 0.10 | 190.00 | 19.00 |
| 10/24/2011 | KEH | E-mail correspondence with Cindy Yates, re: received $8,298.00 from Grace in payment of SH holdback for January, February and March, 2011. The next day Grace forwarded to us a second wire transfer for $8,298.00. We are holding this second wire transfer in our trust account as we believe it is an over-payment by Grace; received $7,067.49 from Grace in payment of our July, 2011 account; reviewed payments and posted same to WRGrace payment spreadsheet. | | 0.50 | 190.00 | 95.00 |
| 10/24/2011 | KEH | Review payment information from LBL and SH and update WRGrace Payment Spreadsheet. | | 0.50 | 190.00 | 95.00 |
| 10/24/2011 | KEH | Review WRGrace payment spreadsheet regarding payment received by LBL from Grace; E-mail correspondence with 'Careen Hannouche' - wire is payment for LBL's July Fee Application: $789.36 Fees and $161.56 Expenses | | 0.30 | 190.00 | 57.00 |
| 10/25/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Statement of Professionals' Compensation //Debtors' Statement of Amounts Paid to Ordinary Course Professionals From July 1, 2011, Through September 30, 2011. | | 0.60 | 400.00 | 240.00 |
| 10/26/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Notice of Designation Statement of Issues and Designation of Items to be Included in Record on Appeal by Appellant Garlock Sealing Technologies LLC. | | 0.50 | 400.00 | 200.00 |

| 11/4/2011 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | Page:6 | |
|---|---|---|---|---|---|---|
| 10/27/2011 | KEH | | E-file Certificate of No Objection Regarding the Eighteenth Monthly Application of Lauzon Belanger Lesperance for the Period August 1, 2011, through August 31, 2011. | 0.30 | 190.00 | 57.00 |
| 10/27/2011 | KEH | | E-file Certificate of No Objection Regarding the Eighteenth Monthly Application of Scarfone Hawkins for the Period August 1, 2011, through August 31, 2011. | 0.30 | 190.00 | 57.00 |
| 10/27/2011 | KEH | | E-file Certificate of No Objection Regarding the Eighteenth Monthly Application of The Hogan Firm for the Period August 1, 2011, through August 31, 2011. | 0.30 | 190.00 | 57.00 |
| 10/27/2011 | KEH | | E-mail correspondence from IKON Office Solutions confirming receipt of CNOs. | 0.10 | 190.00 | 19.00 |
| 10/27/2011 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Eighteenth Monthly Application for Compensation of The Hogan Firm As Counsel to Representative Counsel for The Canadian ZAI Claimants for the period August 1, 2011, to August 31, 2011. | 0.30 | 400.00 | 120.00 |
| 10/27/2011 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Eighteenth Monthly Application for Compensation of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period August 1, 2011, to August 31, 2011 (related document(s)[27717]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 10/27/2011 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Eighteenth Monthly Application for Compensation of Scarfone Hawkins LLP As Special Counsel for the Canadian ZAI Claimants for the period August 1, 2011, to August 31, 2011 (related document(s)[27716]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 10/27/2011 | KEH | | E-mail correspondence with IKON Office Solutions transmitting the Certificates of No Objection Regarding the Eighteenth Monthly Applications of The Hogan Firm, Scarfone Hawkins LLP, and Lauzon Belanger Lesperance for hand delivery to the Office of the United States Trustee. | 0.20 | 190.00 | 38.00 |
| 10/27/2011 | KEH | | E-mail correspondence with Service Parties transmitting the Certificates of No Objection Regarding the Eighteenth Monthly Application of The Hogan Firm, Scarfone Hawkins, and Lauzon Belanger Lesperance for the Period August 1, 2011, through August 31, 2011. | 0.20 | 190.00 | 38.00 |
| 10/27/2011 | KEH | | Prepare Certificate of No Objection Regarding the Eighteenth Monthly Application of Lauzon Belanger Lesperance for the Period August 1, 2011, through August 31, 2011. | 0.50 | 190.00 | 95.00 |
| 10/27/2011 | KEH | | Prepare Certificate of No Objection Regarding the Eighteenth Monthly Application of Scarfone Hawkins for the Period August 1, 2011, through August 31, 2011. | 0.50 | 190.00 | 95.00 |
| 10/27/2011 | KEH | | Prepare Certificate of No Objection Regarding the Eighteenth Monthly Application of The Hogan Firm for the Period August 1, 2011, through August 31, 2011. | 0.50 | 190.00 | 95.00 |
| 10/27/2011 | KEH | | Review docket for objections regarding the Eighteenth Monthly Application of The Hogan Firm, Scarfone Hawkins LLP, and Lauzon Belanger Lesperance | 0.30 | 190.00 | 57.00 |
| 10/27/2011 | DKH | | Reviewed and revised Certificate of No Objection (No Order Required) Regarding the Eighteenth Monthly Application for Compensation of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period August 1, 2011, to August 31, 2011. | 0.30 | 400.00 | 120.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/4/2011 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | | Page:7 |
| 10/27/2011 | DKH | | Reviewed and revised Certificate of No Objection (No Order Required) Regarding the Eighteenth Monthly Application for Compensation of Scarfone Hawkins LLP As Special Counsel for the Canadian ZAI Claimants for the period August 1, 2011, to August 31, 2011. | 0.40 | 400.00 | 160.00 |
| 10/27/2011 | DKH | | Reviewed and revised Certificate of No Objection (No Order Required) Regarding the Eighteenth Monthly Application for Compensation of The Hogan Firm As Counsel to Representative Counsel for The Canadian ZAI Claimants for the period August 1, 2011, to August 31, 2011. | 0.40 | 400.00 | 160.00 |
| 10/28/2011 | DKH | | E-mail correspondence with David Thompson concerning the status of the appeal process.  Responded to his email with an update on the status of the appeals. | 0.40 | 400.00 | 160.00 |
| 10/31/2011 | KEH | | E-mail correspondence from Bobbi Ruhlander transmitting the fee auditor's combined final report regarding applications for the 41st interim period (April-June 2011) for which we had de minimis or no objections; save to file and review. | 0.30 | 190.00 | 57.00 |
| 10/31/2011 | KEH | | E-mail correspondence from Cindy Yates transmitting the time/expense statement for Scarfone Hawkins for September 2011; save to file and print for review. | 0.30 | 190.00 | 57.00 |
| 10/31/2011 | DKH | | E-mail correspondence with Bobbi Ruhlander transmitting the combined final report regarding applications for the 41st interim period (April-June 2011); reviewed same. | 0.40 | 400.00 | 160.00 |
| 10/31/2011 | DKH | | E-mail correspondence with Cindy Yates transmitting Scarfone Hawkins LLP Monthly Fee Application for September 1, 2011 - September 30, 2011.  Reviewed same. | 0.50 | 400.00 | 200.00 |
| | | | **Total Fees** | **35.60** | | **$10,775.00** |

**Expenses**

| | | |
|---|---|---|
| 09/30/2011 | Pacer Quarterly Statement- Filing Fees 7/1/11-9/30/11 | 10.00 |
| 10/03/2011 | WSFS Bank Incoming Wire Fee (WRGrace) February - March 2011 Holdback | 15.00 |
| 10/04/2011 | IKON Office Solutions- 18th Mo Fee Apps | 10.15 |
| 10/04/2011 | Photocopies - 18th Monthly Fee Application (147 x .10) | 14.70 |
| 10/04/2011 | Postage - 18th Monthly Fee Application to Fee Auditor and WRGrace | 4.96 |
| 10/06/2011 | WSFS Bank Incoming Wire Fee (WRGrace) - July 2011 Monthly Application | 15.00 |
| 10/27/2011 | IKON Office Solutions- 18th Mo CNOs | 5.60 |
| 10/28/2011 | Photocopies -  Review of documents | 10.40 |
| | **Total Expenses** | **$85.81** |

| | |
|---|---|
| **TOTAL NEW CHARGES** | **$10,860.81** |

| | | | |
|---|---|---|---|
| 11/4/2011 | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | Page:8 |

**STATEMENT OF ACCOUNT**

| | |
|---|---:|
| Prior Balance | 8,038.56 |
| Payments | -8,038.56 |
| Current Fees | 10,775.00 |
| Current Expenses | 85.81 |
| **AMOUNT DUE AND OWING TO DATE** | **$10,860.81** |

**TERMS: DUE UPON RECEIPT; INTEREST WILL ACCRUE ON THE UNPAID BALANCE AT THE RATE OF 1.5% PER MONTH;  Please call 302.656.7540 if you have any questions or concerns.**

**Payments**

| Date | Ref # | Description | Amount |
|---|---|---|---:|
| 10/31/2011 | 9904781 | Payment on Account | 8,038.56 |