# EXHIBIT A

NOV 4  2011



2470 Milltower Crt
Mississauga, ON L5N 7W5
Tel: 905-363-0678
Fax: 905-363-0681
www.pinchin.com



October 26, 2011

Client/Prebill: 13562/368944
HST/GST No.: R104201249
QST No.: 1216342719 TQ0001
**INVOICE No. 179708**

Scarfone Hawkins LLP
1 James Street South, 14th Floor
P.O. Box 926, Depot 1
Hamilton, ON  L8N 3P9

Attention:  Mr. David Thompson

RE:  Consulting on Canadian Vermiculite Settlement Various
Job #: 50562

Professional Fees and Costs for the period ending September 30, 2011:

| | | |
|---|---|---:|
| **TOTAL FEES** | | 3,543.75 |
| **TOTAL COSTS** | | 385.79 |
| **SUBTOTAL** | | $3,929.54 |
| **HST ON 13%** | $3929.54 | 510.84 |
| **TOTAL AMOUNT DUE (CDN)** | | $4,440.38 |

```
                              50% payment
                              by Scarfone Hawkins, LLP
                              $2,220.19
```

**TERMS: NET 30 DAYS**
INTEREST AT 18% PER ANNUM CALCULATED MONTHLY ON OVERDUE ACCOUNTS

Scarfone Hawkins LLP
Project No.: 50562 / Bill No. 179708
Page 2

## SUMMARY OF SERVICES:

**Project Fee Summary: 50562**

| Name | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Pinchin, Donald, J. | Client Services | | 10.50 | 337.50 | 3,543.75 |
| | | Total | 10.50 | | $ 3,543.75 |

**Project Cost Summary: 50562**

| Disbursement | Amount |
|---|---|
| Air Travel Costs | 221.38 |
| Travel Costs | 141.20 |
| Parking | 23.21 |
| Miscellaneous | 0.00 |
| Total | $ 385.79 |

Scarfone Hawkins LLP
Project No.: 50562 / Bill No. 179708
Page 3

## TIME DETAIL
### Project Fee Detail: 50562

| Date | Hours | Name | Description | Fees |
|---|---|---|---|---|
| 06/06/11 | 2.50 | Pinchin, Donald, J. | Meeting regarding Vermiculite claim with Thompson and Moloci | 843.75 |
| 09/28/11 | 8.00 | Pinchin, Donald, J. | travel and meeting in Montreal | 2700.00 |
| **Total Fees for Project No.: 50562** | | | | **$3,543.75** |

## COST DETAIL
### Project Cost Detail: 50562

| Date | Tkpr | Cost Description | Amount |
|---|---|---|---|
| 09/30/11 | DJP | Air Travel Costs | 221.38 |
| 09/30/11 | DJP | Travel Costs | 81.20 |
| 09/30/11 | DJP | Travel Costs | 60.00 |
| 09/30/11 | DJP | Parking | 23.21 |
| **Total Disbursements for Project No.: 50562** | | | **$385.79** |