# EXHIBIT B

W.R. GRACE & CO., et al.  
CDN ZAI CLASS ACTION

U.S. FEE APPLICATION  
DATE:  
October 31, 2011  
OUR FILE NO: 05L121

## Scarfone Hawkins LLP
BARRISTERS AND SOLICITORS

| | |
|---|---|
| ONE JAMES STREET SOUTH | TELEPHONE |
| 14TH FLOOR | 905-523-1333 |
| P.O. BOX 926, DEPOT #1 | |
| HAMILTON, ONTARIO | TELEFAX |
| L8N 3P9 | 905-523-5878 |

H.S.T. REGISTRATION NO.  **873984314 RT – 0001**

**CANADIAN ZAI MONTHLY FEE APPLICATION**  
**(October 1, 2011 – October 31, 2011)**

| DATE | PROFESSIONAL SERVICE | LAWYER | RATE/HR | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 10 /02/11 | *Email from CDN ZAI PD Claimant Tim Kwiatkowski; email to Anna-Marie Gibbs to follow-up with response;* | MGM | $450.00 | 0.10 | $45.00 |
| 10 /03/11 | *receipt of and respond to multiple class member inquiries as to status of CDN ZAI settlement and timing of U.S. Appeals, receipt and review Karen Harvey email and review application for compensation, memo to Cindy Yates, receipt Matt Moloci memo re: class member inquiries, memo to Anna-Marie Gibbs re: standard response to inquiries, execute certification of counsel and instruct Cindy Yates to return to Karen Harvey* | DT | $525.00 | 1.00 | $525.00 |
| 10 /03/11 | *Email from Anna-Marie Gibbs follow-up response email to CDN ZAI PD Claimant Tim Kwiatkowski; emails to and from David Thompson regarding update of standard form responses to inquiries from claimants* | MGM | $450.00 | 0.20 | $90.00 |
| 10 /04/11 | *receipt Karen Harvey email, receipt Careen Hannouche email, email to Careen Hannouche re: holdback monies receipt from Grace* | DT | $525.00 | 0.10 | $52.50 |
| 10 /04/11 | *Email from Careen Hannouche with attached Memorandum summarizing Montreal meeting concerning CDN ZAI PD claims administration and protocol; instructions to Christine Hutton; review memorandum; email from David Thompson* | MGM | $450.00 | 0.30 | $135.00 |
| 10 /04/11 | *Receive multiple emails correspondences from Karen Harvey and Cindy Yates regarding 18th monthly fee applications and confirmation of prior payments received* | MGM | $450.00 | 0.20 | $90.00 |
| 10 /05/11 | *emails to and from Karen Harvey, receipt of and review 18th monthly application, etc.* | DT | $525.00 | 0.25 | $131.25 |

| | | | | | |
|---|---|---|---|---|---|
| 10 /05/11 | *Email instructions to Christine Hutton regarding CDN ZAI PD claims settlement binder and materials* | MGM | $450.00 | 0.10 | $45.00 |
| 10 /06/11 | *receipt of and respond to various class member inquiries* | DT | $525.00 | 0.25 | $131.25 |
| 10 /06/11 | *review Michel Belanger memo and consider amendments to draft Distribution Plan* | DT | $525.00 | 0.40 | $210.00 |
| 10 /10/11 | *Email from Karen Harvey regarding fee auditor's direction concerning meal and hotel expenses* | MGM | $450.00 | 0.10 | $45.00 |
| 10 /11/11 | *receipt Karen Harvey email re: update from fee auditor* | DT | $525.00 | 0.10 | $52.50 |
| 10 /11/11 | *receipt and respond to class member inquiries* | DT | $525.00 | 0.25 | $131.25 |
| 10 /13/11 | *receipt of and respond to various class member inquiries as to status of settlement and U.S. appeals* | DT | $525.00 | 0.35 | $183.75 |
| 10 /14/11 | *receipt cheque from Dan Hogan, wire transfer 1/2 of money to Lauzon Belanger, discuss with Cindy Yates, email to Grace's accounts payment department, re: wire transfer of monies received, etc.* | DT | $525.00 | 0.35 | $183.75 |
| 10 /19/11 | *receipt of and respond to multiple and various class member inquiries - Alberta, New Jersey, refer Trenton inquiry to U.S. counsel* | DT | $525.00 | 0.40 | $210.00 |
| 10 /19/11 | *Emails from Cindy Yates and Sue McCormick regarding receipt of part payment and application to July 2011 fee application* | MGM | $450.00 | 0.20 | $90.00 |
| 10 /21/11 | *Emails from Sue McCormick and David Thompson regarding payments received, allocation and corrections made* | MGM | $450.00 | 0.10 | $45.00 |
| 10 /26/11 | *receipt Careen Hannouche letter, memo to Cindy Yates and Matt Moloci re: monies owing to Lauzon Belanger Lesperance for Dan Hogan invoice* | DT | $525.00 | 0.10 | $52.50 |
| 10 /26/11 | *Email from David Thompson with attached letter from Michel Belanger addressing Hogan invoice, payment and reconciliation among CDN ZAI representative counsel* | MGM | $450.00 | 0.10 | $45.00 |
| 10 /27/11 | *Email from Karen Harvey with attached 18th Monthly Fee Applications of Lauzon, Belanger; Scarfone, Hawkins and The Hogan Firm; review* | MGM | $450.00 | 0.20 | $90.00 |
| 10 /28/11 | *follow-up on class member inquiries, receipt of and respond to inquiries as to status of U.S. appeals, letter to Dan Hogan* | DT | $525.00 | 0.35 | $183.75 |
| 10 /28/11 | *receipt Dan Hogan email re: status of U.S. appeals* | DT | $525.00 | 0.10 | $52.50 |
| 10 /28/11 | *Email from David Thompson to Dan Hogan requesting update regarding status of U.S. proceedings; email reply from Hogan; review* | MGM | $450.00 | 0.20 | $90.00 |
| 10 /28/11 | *Email from CDN ZAI PD claimant Neluka Leanage with questions; review* | MGM | $450.00 | 0.20 | $90.00 |
| 10 /31/11 | *Email from Cindy Yates regarding receipt of wire transfer of funds and allocation of payment* | MGM | $450.00 | 0.10 | $45.00 |
| 10 /31/11 | *Email from Cindy Yates to Karen Harvey with attached draft fee application for September 2011; review; email reply from Harvey* | MGM | $450.00 | 0.20 | $90.00 |

| DATE | DESCRIPTION | ID | RATE | HOURS | TOTAL |
|---|---|---|---|---|---|
| 10/31/11 | review dockets for period October 1, 2011 to October 31, 2011, amend dockets, review disbursements, discuss with David Thompson, draft account, review with David Thompson and Matt Moloci, assemble account into form required by U.S. Bankruptcy Court, email to Karen Harvey enclosing monthly fee application for the period of October 1, 2011 to October 31, 2011 | LC | $120.00 | 5.00 | $600.00 |
| | | | **SUB-TOTAL** | **11.3** | **$3,735.00** |

| TIMEKEEPER | ID | HOURS | RATE | TOTAL | PLUS 13% H.S.T |
|---|---|---|---|---|---|
| DAVID THOMPSON 23 + years | DT | 4.00 | $525.00 | $2,100.00 | $273.00 |
| MATTHEW G. MOLOCI 13 + years | MGM | 2.30 | $450.00 | $1,035.00 | $134.55 |
| LAW CLERK Cindy Yates 30 years | CY | 5.00 | $120.00 | $600.00 | $78.00 |
| **SUB-TOTAL:** | | **11.3** | | **$3,735.00** | **$485.55** |
| **TOTAL FEES AND TAXES:** | | | | | **$4,220.55** |

**DISBURSEMENTS SUMMARY**

| DATE | DISBURSEMENT | HST EXEMPT | HST NON-EXEMPT | PLUS 13% H.S.T. | TOTAL |
|---|---|---|---|---|---|
| 10/26/11 | Pinchin Environmental Invoice 179708 | | $3,929.54 | $510.84 | $4,440.38 |
| | One-half paid by Scarfone Hawkins LLP | | $1,964.77 | $255.42 | $2,220.19 |
| **TOTAL DISBURSEMENTS:** | | | | | **$2,220.19** |

| | |
|---|---|
| **TOTAL FEES AND APPLICABLE TAXES:** | **$6,440.74** |

THIS IS OUR FEE APPLICATION,
Per:


**SCARFONE HAWKINS LLP**
E. & O.E.


*****Del. Bankr. LR 2016-2(e)(iii) allows for
$.10 per page for photocopies.**