# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: 1/5/12 at 4⁰⁰pm |

### SUMMARY APPLICATION OF KAYE SCHOLER LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR INTELLECTUAL PROPERTY FOR W.R. GRACE & CO., ET AL., THROUGH THE MONTHLY PERIOD OF November 30, 2011

| | |
|---|---|
| Name *of Applicant*: | **Kaye Scholer LLP** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention as Special Counsel for Intellectual Property | **Retention Order entered April 7, 2010** |
| Period for which compensation and reimbursement is sought | **November 1, 2011 - November 30, 2011** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$41,118.84** |
| Amount of Expense Reimbursement sought | **$12.13** |

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville, Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc., (f/k/a Dearborn International Holdings, Inc.,), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation Gracoal, Inc., Gracoal II, Inc., Guantica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc., (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc., (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Applicant Kaye Scholer LLP submits this application for fees and expenses for the month of November 2011. This is the nineteenth application for compensation for services that has been filed with the Bankruptcy Court by Kaye Scholer LLP. Previously, Kaye Scholer was appointed Ordinary Course Professional. On April 7, 2010, based on a motion made by Debtor on February 11, 2010, the Bankruptcy Court entered an order authorizing Kaye Scholer LLP to provide further services to Debtor as Special Counsel for Intellectual Property.

The monthly applications previously filed by Kaye Scholer LLP are shown in the following table:

| Period Covered | Date Filed | Requested Fees | Requested Disbursements |
|---|---|---|---|
| 01/01/2010-05/31/2010 | July 2, 2010 | $74,212.84 | $26.58 |
| 06/01/2010-06/30/2010 | July 28, 2010 | $6,707.61 | 0.00 |
| 07/01/2010-07/31/2010 | August 11, 2010 | $17,395.49 | $5.60 |
| 08/01/2010-08/31/2010 | September 21, 2010 | $15,779.61 | 0.00 |
| 09/01/2010-09/30/2010 | October 20, 2010 | $17,440.92 | $0.40 |
| 10/01/2010-10/31/2010 | November 8, 2010 | $13,194.09 | $0.20 |
| 11/01/2010-11/30/2010 | December 13, 2010 | $12,479.67 | $16.62 |
| 12/1/2010-12/31/2010 | January 21, 2011 | $11,062.17 | $0.60 |
| 01/01/11-02/25/2011 | February 1, 2011 | $10,682.28 | $0.00 |
| 01/01/2011-02/28/2011 | April 1, 2011 | $15,876.00 | $0.00 |
| 03/01/2011-03/31/2011 | May 3, 2011 | $20,791.89 | $16.07 |
| 04/01/2011-04/30/2011 | June 1, 2011 | $12,479.67 | $13.50 |
| 05/01/2011-05/31/2011 | June 28, 2011 | $13,222.44 | $37.25 |
| 06/01/2011-06/30/2011 | July 25, 2011 | $17,344.53 | $16.95 |
| 07/01/2011-07/31/2011 | September 1, 2011 | $13,182.75 | $1.34 |
| 08/01/2011-08/31/2011 | September 30, 2011 | $18,852.75 | $19.77 |
| 09/01/2011-09/30/2011 | October 14, 2011 | $27,924.75 | $14.70 |
| 10/1/2011-10/31/2011 | November 10, 2011 | $23,757.30 | $0.30 |

During this fee period, Kaye Scholer LLP provided intellectual property services in connection with various matters, which are detailed in the attached fee schedules for the matters, and a procedural matter relating to preparation of petitions for submission to this court.

The Kaye Scholer professional who rendered the legal services during the fee period is:

| Name of Professional | Position with the Applicant | Year Admitted to Bar | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Generated |
|---|---|---|---|---|---|---|
| John P. Rynkiewicz | Counsel | 1981 | Intellectual Property | $567.00 | 72.52 | $41,118.84 |

Total Fees: $41,118.84

**WHEREFORE,** Applicant respectfully requests (a) that an allowance be made to it, as fully described above, for (i) 80% of the amount of $41,130.97 for reasonable and necessary professional services Applicant has rendered to the Debtors during the Fee period (November 1, 2011-November 30, 2011), and (b) that the fees are payable as administrative expenses of the Debtors' estates.

Respectfully submitted

Dated: December 13, 2011

John P. Rynkiewicz
Kaye Scholer LLP
901 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 682-3671
jrynkiewicz@kayescholer.com

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  W.R. Grace & Co-Conn.                                    December 12, 2011
7500 Grace Drive
Columbia, Maryland 21004
Attn: Robert A. Maggio, Chief Patent Counsel

RE: General                                                     Invoice#: 688457
Our File Number: 63812/0001
Client Reference: 100062                                         PAGE:  1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2011

| | | Hours |
|---|---|---|
| 11/03/2011 | Rynkiewicz, John P | 1.50 |
| | Beginning of the month Trademark review of pending, matters, due dates and approaching issues. | |
| 11/08/2011 | Rynkiewicz, John P | 0.83 |
| | Review Grace email from R. Maggio and inquiry from Grace's Gen Counsel re GRACE BAKING use found in Puerto Rico; review uses, assess Grace issues, options; assess GRACE rights in foods, advise re Grace Kennedy settlement and provide guidance re same. | |
| 11/21/2011 | Rynkiewicz, John P | 2.25 |
| | Review Grace emails, GRACE mark coverage in Class 19 and other GCP areas in US and abroad; review USPTO records and GRACE mark coverage; assess filing needs and options in Classes 1, 17, 19 and service classes. | |
| 11/29/2011 | Rynkiewicz, John P | 2.00 |
| | Review Grace correspondence and letter from Malaysian agents re Letter of consent requested for GRACEVIT in Class 5; review GRACEVIT's attys' letter request; assess options, issues; review emails from C. Leon, B. Bunch and R. Maggio; send comments and recommendations for content of consent; review reply from Malaysian agents re same. | |
| 11/30/2011 | Rynkiewicz, John P | 0.42 |
| | Review emails and issues in GRACEVIT consent in Malaysia; review S. Williams' comments and recommendations; provide additional counsel. | |
| 11/30/2011 | Rynkiewicz, John P | 1.42 |
| | General file, due date and issue review for multiple pending GRACE mark matters. | |

**KAYE SCHOLER LLP**

TO:     W.R. Grace & Co-Conn.                                   December 12, 2011

RE: General                                                     Invoice#: 688457
**Our File Number: 63812/0001**
**Client Reference: 100062**                                    PAGE:   2

---

11/30/2011  Rynkiewicz, John P                                              3.42
            Review US GRACE portfolio, core product lines; assess need for new or
            added filings across all product lines in view of various US and non-US
            third party uses of similar marks; research; review Grace website,
            business, brands, marks and names; review markings, (R).

                                        Total Hours.................   11.84
                    Fees through 11/30/2011...................................   $6,713.28


\*-------------------------------TIME AND FEE SUMMARY-------------------------------\*
                              Rate        Hours          Fees
Rynkiewicz, John P           $567.00      11.84        $6,713.28
                    Fees through 11/30/2011...............   11.84        $6,713.28


\*-------------------------------OUTSTANDING BALANCE-------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 628636 | 03/31/2010 | $440.43 |
| 628637 | 03/31/2010 | 1,690.79 |
| 637193 | 06/30/2010 | 3,978.07 |
| 639770 | 07/28/2010 | 813.08 |
| 641101 | 08/10/2010 | 3,477.98 |
| 643967 | 09/09/2010 | 1,171.42 |
| 647685 | 10/18/2010 | 472.96 |
| 650334 | 11/04/2010 | 350.44 |
| 654086 | 12/10/2010 | 303.06 |
| 657770 | 01/19/2011 | 349.39 |
| 660963 | 02/28/2011 | 1,842.95 |
| 664046 | 03/31/2011 | 5,524.73 |
| 666733 | 04/30/2011 | 1,256.53 |
| 669550 | 05/31/2011 | 595.35 |
| 672317 | 06/27/2011 | 519.43 |
| 674217 | 07/15/2011 | 1,926.66 |

**K**AYE SCHOLER LLP

TO:    W.R. Grace & Co-Conn.                              December 12, 2011

RE: General                                              Invoice#: 688457
Our File Number: 63812/0001
Client Reference: 100062                                 PAGE:   3

| Invoice# | Date | Amount |
|----------|------|--------|
| 678864 | 08/31/2011 | 775.92 |
| 681371 | 09/29/2011 | 859.57 |
| 682892 | 10/13/2011 | 2,035.53 |
| 685356 | 11/07/2011 | 2,313.66 |
| Prior Balance Due........................................................... | | $30,697.95 |

| | |
|---|---|
| Fees this Invoice................................................................ | $6,713.28 |
| Total Due this Invoice........................................................ | $6,713.28 |
| Prior Balance Due (from above)............................................ | 30,697.95 |
| **TOTAL DUE**................................................................ | **$37,411.23** |

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0001
Invoice Number: 688457
Total Amount Due: $37,411.23

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:     W.R. Grace & Co.-Conn          December 12, 2011
        7500 Grace Drive
        Columbia, Maryland 21044
        Attn: Robert A. Maggio, Esq.

**RE: I. GRACE** Trademarks                    **Invoice#:** 688458
**Our File Number:** 63812/0003
**Client Reference:** 100063                   **PAGE:**   1

---

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2011

| | | **Hours** |
|---|---|---|
| 11/03/2011 | Rynkiewicz, John P | 0.92 |
| | Work on finalized settlement/coexistence. | |
| 11/08/2011 | Rynkiewicz, John P | 1.50 |
| | Work on settlement of trademark opposition proceeding; review files and TTAB records/deadlines. | |
| 11/09/2011 | Rynkiewicz, John P | 3.83 |
| | Revise and draft changes to settlement agreement; review TTAB status and dates; send revised agreement to opposing counsel; emails re same; initial outline of suspension request for Board while settlement is finalized; secure consent from opposing counsel; emails. | |
| 11/10/2011 | Rynkiewicz, John P | 1.42 |
| | Draft and file motion to suspend with the TTAB while settlement is going on; serve copy on opposing counsel; review online USPTO TTAB records. | |
| 11/14/2011 | Rynkiewicz, John P | 2.00 |
| | Emails to/from opposing counsel re settlement; finalize settlement, edits, send to Grace with summary for execution. | |
| 11/16/2011 | Rynkiewicz, John P | 0.25 |
| | Correspondence to opposing counsel regarding settlement, status. | |
| 11/17/2011 | Rynkiewicz, John P | 0.75 |
| | Correspondence to/from opposing counsel re settlement and executing agreement; draft letter; review Grace-signed settlement agreement; draft letter to opposing counsel. | |
| 11/18/2011 | Rynkiewicz, John P | 0.75 |
| | Review emails, update opposing counsel re settlement, agreements and execution; review files and TTAB last Order. | |

# KAYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                                    December 12, 2011

RE: I. GRACE Trademarks                                         Invoice#: 688458
Our File Number: 63812/0003
Client Reference: 100063                                        PAGE:    2

---

11/23/2011   Rynkiewicz, John P                                                0.50
             Emails to/from opposing counsel re settlement agreement and execution;
             confirm status and signing by I. Grace.

                                    Total Hours.................    11.92

             Fees through 11/30/2011.....................................    $6,758.64


*--------------------------------TIME AND FEE SUMMARY---------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 11.92 | $6,758.64 |
| Fees through 11/30/2011............... | | 11.92 | $6,758.64 |

*----------------------COSTS ADVANCED THROUGH 11/30/2011----------------------*

| Duplicating | $2.00 |
|---|---|
| Postage | 0.44 |
| Messengers/Courier | 9.69 |
| Total Costs through 11/30/2011......................... | $12.13 |

*--------------------------------OUTSTANDING BALANCE---------------------------------*

| Invoice# | Date | Amount |
|---|---|---|
| 623146 | 01/28/2010 | $406.98 |
| 628638 | 03/31/2010 | 435.46 |
| 628639 | 03/31/2010 | 605.56 |
| 637194 | 06/30/2010 | 1,485.54 |
| 639771 | 07/28/2010 | 349.27 |
| 643965 | 09/09/2010 | 453.60 |
| 647687 | 10/18/2010 | 481.95 |
| 650336 | 11/04/2010 | 501.23 |
| 654087 | 12/10/2010 | 283.50 |
| 657771 | 01/19/2011 | 510.30 |
| 660985 | 02/28/2011 | 2,126.25 |
| 664048 | 03/31/2011 | 274.43 |
| 669551 | 05/31/2011 | 302.78 |

**KAYE SCHOLER LLP**

TO:    W.R. Grace & Co.-Conn                                        December 12, 2011

RE: I. GRACE Trademarks                                            Invoice#: 688458
**Our File Number:** 63812/0003
**Client Reference:** 100063                                       PAGE:    3

| Invoice# | Date | Amount |
|----------|------|--------|
| 674218 | 07/15/2011 | 217.72 |
| 678869 | 08/31/2011 | 907.20 |
| 681372 | 09/29/2011 | 1,454.92 |
| 682893 | 10/13/2011 | 7,648.83 |
| 685362 | 11/07/2011 | 4,677.75 |
| Prior Balance Due........................................ | | $23,123.27 |

Fees this Invoice.................................................................. $6,758.64
Costs this Invoice................................................................. $12.13
Total Due this Invoice......................................................... $6,770.77
Prior Balance Due (from above)........................................ 23,123.27
**TOTAL DUE**.................................................................... $29,894.04

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0003
Invoice Number: 688458
Total Amount Due: $29,894.04

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623 .

TO:   W.R. Grace & Co.-Conn
7500 Grace Drive
Columbia, Maryland 21044
Attn: Robert A. Maggio, Esq.

December 12, 2011

**RE:** Power Grace
**Our File Number:** 63812/0019
**Client Reference:** 100067

**Invoice#:** 688459

**PAGE:**   1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2011

| | | **Hours** |
|---|---|---:|
| 11/01/2011 | Rynkiewicz, John P | 1.25 |
| | Finalize comments and replies to Applicant's counterstatements in 2 oppositions in India; send comments to t. Hunter re same. | |
| 11/14/2011 | Rynkiewicz, John P | 1.33 |
| | Review series of prior communications to/from Grace and Indian agents re multiple oppositions in India. | |
| 11/29/2011 | Rynkiewicz, John P | 1.25 |
| | Review file and prior Grace and agent communications in multiple GRACE oppositions in India. | |

Total Hours................. 3.83

Fees through 11/30/2011.................................. $2,171.61

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

| | Rate | Hours | Fees |
|---|---:|---:|---:|
| Rynkiewicz, John P | $567.00 | 3.83 | $2,171.61 |
| Fees through 11/30/2011............... | | 3.83 | $2,171.61 |

**K**AYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn December 12, 2011

RE: Power Grace
**Our File Number:** 63812/0019 Invoice#: 688459
**Client Reference:** 100067

PAGE:    2

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 623147 | 01/28/2010 | $396.27 |
| 628641 | 03/31/2010 | 340.20 |
| 639774 | 07/28/2010 | 65.77 |
| 643963 | 09/09/2010 | 444.53 |
| 647688 | 10/18/2010 | 340.20 |
| 650338 | 11/04/2010 | 85.05 |
| 660989 | 02/28/2011 | 3,169.53 |
| 664051 | 03/31/2011 | 349.27 |
| 666739 | 04/30/2011 | 1,297.05 |
| 669553 | 05/31/2011 | 728.03 |
| 672309 | 06/27/2011 | 105.89 |
| 682894 | 10/13/2011 | 1,321.11 |
| 685364 | 11/07/2011 | 5,857.11 |

Prior Balance Due................................................................ $14,500.01

Fees this Invoice.................................................................. $2,171.61
Total Due this Invoice........................................................... $2,171.61
Prior Balance Due (from above)............................................... 14,500.01
**TOTAL DUE**.................................................................. $16,671.62

**Please remit payment within thirty (30) days.**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0019
Invoice Number: 688459
Total Amount Due: $16,671.62

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co.-Conn                           December 12, 2011
      Legal Department
      7500 Grace Drive
      Columbia, Maryland 21044
      Attn: Robert A. Maggio, Esq.


**RE: Special Counsel**                               Invoice#: 688460
**Our File Number: 63812/0108**
**Client Reference: 100071**                          PAGE:   1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2011

|  |  | Hours |
|---|---|---|
| 11/10/2011 | Rynkiewicz, John P | 0.17 |
|  | File and submit monthly Special IP Counsel invoices to Delaware firm. |  |
| 11/30/2011 | Rynkiewicz, John P | 0.67 |
|  | Review prior Special Counsel fee submissions and prior correspondence to Delaware firm; work on year-end summary, quarterly Court report. |  |

Total Hours................ 0.84

Fees through 11/30/2011.....................................  $476.28


\*-------------------------------TIME AND FEE SUMMARY-------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 0.84 | $476.28 |
| Fees through 11/30/2011............... | | 0.84 | $476.28 |


\*------------------------------OUTSTANDING BALANCE------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 628642 | 03/31/2010 | $484.20 |
| 637196 | 06/30/2010 | 1,008.17 |
| 643961 | 09/09/2010 | 321.37 |
| 647689 | 10/18/2010 | 217.65 |
| 650341 | 11/04/2010 | 180.31 |
| 654089 | 12/10/2010 | 528.44 |

# KAYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                                    December 12, 2011

RE: Special Counsel                                                Invoice#: 688460
Our File Number: 63812/0108
Client Reference: 100071                                         PAGE:    2

| Invoice# | Date | Amount |
|---|---|---|
| 660967 | 02/28/2011 | 470.61 |
| 664052 | 03/31/2011 | 75.98 |
| 666741 | 04/30/2011 | 189.38 |
| 669561 | 05/31/2011 | 122.47 |
| 672310 | 06/27/2011 | 131.54 |
| 674222 | 07/15/2011 | 56.70 |
| 678870 | 08/31/2011 | 65.77 |
| 681374 | 09/29/2011 | 104.33 |
| 682895 | 10/13/2011 | 238.14 |
| 685365 | 11/07/2011 | 328.86 |
| Prior Balance Due............................................................... | | $4,523.92 |

| | |
|---|---|
| Fees this Invoice............................................................... | $476.28 |
| Total Due this Invoice....................................................... | $476.28 |
| Prior Balance Due (from above)......................................... | 4,523.92 |
| **TOTAL DUE**................................................................. | **$5,000.20** |

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
 666 5th Avenue
 New York, New York 10103
 Attention: Yoannis Cepeda
 Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0108
Invoice Number: 688460
Total Amount Due: $5,000.20

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co.-Conn                                    December 12, 2011
      7500 Grace Drive
      Columbia, Maryland 21044
      Attn: Robert A. Maggio, Esq.


**RE: Trademark Watches**                          **Invoice#: 688461**
**Our File Number: 63812/0111**                    **PAGE:   1**

---

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2011

| | | **Hours** |
|---|---|---:|
| 11/01/2011 | Rynkiewicz, John P | 1.25 |
| | Review Grace email and Corsearch Watch Notice (GRACE) of 10/25/2011; review marks, and esp. GRACE HOTELS applications and marks; assess confusion; consider prior Grace Hotel Services and Grace Hospitality Services business; draft email of issues/concerns for Grace. | |
| 11/02/2011 | Rynkiewicz, John P | 0.50 |
| | Review Grace email and report from Kemp regarding the mark GRACE INTEGRITY in the CTM; assess goods/services and confusion; research;. | |
| 11/04/2011 | Rynkiewicz, John P | 0.75 |
| | Review Grace email and Corsearch Federal Watching Notice (GRACE) dated 11/3/2011; assess marks/applications for confusion and advise Grace re same. | |
| 11/10/2011 | Rynkiewicz, John P | 0.25 |
| | Review Grace email and Watch/Solicitation Report from J. Isern firm re - LAIA GRACE dated 11/8/11; assess confusion. | |
| 11/21/2011 | Rynkiewicz, John P | 0.75 |
| | Review Grace email and Corsearch watch report dated November 21, 2011; assess third party marks and advise Grace re possible issues and/or oppositions re same. | |

                                    Total Hours.................   3.50

              Fees through 11/30/2011.....................................   $1,984.50

# KAYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                                    December 12, 2011

RE: Trademark Watches                                    Invoice#: 688461
**Our File Number: 63812/0111**                          **PAGE:   2**

---

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 3.50 | $1,984.50 |
| Fees through 11/30/2011............... | | 3.50 | $1,984.50 |

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 647691 | 10/18/2010 | $802.87 |
| 650345 | 11/04/2010 | 368.55 |
| 654090 | 12/10/2010 | 520.51 |
| 657773 | 01/19/2011 | 435.46 |
| 660996 | 02/28/2011 | 708.75 |
| 664053 | 03/31/2011 | 471.74 |
| 666742 | 04/30/2011 | 595.35 |
| 669562 | 05/31/2011 | 444.53 |
| 672316 | 06/27/2011 | 481.95 |
| 674223 | 07/15/2011 | 207.52 |
| 678872 | 08/31/2011 | 368.55 |
| 681377 | 09/29/2011 | 349.27 |
| 682905 | 10/13/2011 | 4,156.11 |
| 685366 | 11/07/2011 | 2,409.75 |
| Prior Balance Due........................ | | $12,320.91 |

| | |
|---|---|
| Fees this Invoice.......................................................... | $1,984.50 |
| Total Due this Invoice.................................................. | $1,984.50 |
| Prior Balance Due (from above)................................... | 12,320.91 |
| **TOTAL DUE**.......................................................... | **$14,305.41** |

**Please remit payment within thirty (30) days.**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
      666 5th Avenue
      New York, New York 10103
      Attention: Yoannis Cepeda
      Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0111
Invoice Number: 688461
Total Amount Due: $14,305.41

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co.-Conn
       7500 Grace Drive
       Columbia, Maryland 21044
       Attn: Robert A. Maggio, Esq.

December 12, 2011

RE: Potential Trademark Oppositions
Our File Number: 63812/0112

Invoice#: 688462
PAGE:   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2011

|  |  | Hours |
|---|---|---|
| 11/01/2011 | Rynkiewicz, John P | 0.25 |
|  | Review watch report from J. Isern dated October 3, 2011, advise Grace re possible confusion and no action. | |
| 11/22/2011 | Rynkiewicz, John P | 0.75 |
|  | Review Grace email, request for guidance and letters from Spanish agents Isern re potential oppositions of LOLA & GRACE CTM Trademark Application Nos. 10276251 and 10276244; assess two marks, goods and services and prepare comments to Grace. | |

Total Hours................. 1.00

Fees through 11/30/2011.................................... $567.00

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 1.00 | $567.00 |
| Fees through 11/30/2011............... | | 1.00 | $567.00 |

\*---------------------------------OUTSTANDING BALANCE---------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 647693 | 10/18/2010 | $963.90 |
| 650352 | 11/04/2010 | 462.67 |
| 654091 | 12/10/2010 | 472.88 |
| 657778 | 01/19/2011 | 198.45 |
| 660997 | 02/28/2011 | 1,513.89 |

**KAYE SCHOLER** LLP

TO:    W.R. Grace & Co.-Conn                                      December 12, 2011

RE: Potential Trademark Oppositions                         Invoice#: 688462
**Our File Number: 63812/0112**                                **PAGE:   2**

| Invoice# | Date | Amount |
|----------|------|--------|
| 664054 | 03/31/2011 | 633.91 |
| 666743 | 04/30/2011 | 299.56 |
| 669563 | 05/31/2011 | 198.45 |
| 672313 | 06/27/2011 | 283.50 |
| 678873 | 08/31/2011 | 94.12 |
| 681381 | 09/29/2011 | 784.73 |
| 682906 | 10/13/2011 | 1,559.25 |
| 685367 | 11/07/2011 | 1,321.11 |

Prior Balance Due..................................................................    $8,786.42

Fees this Invoice...................................................................    $567.00
Total Due this Invoice...........................................................    $567.00
Prior Balance Due (from above)..............................................    8,786.42
**TOTAL DUE**.....................................................................    **$9,353.42**

**Please remit payment within thirty (30) days.**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
     666 5th Avenue
     New York, New York 10103
     Attention: Yoannis Cepeda
     Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0112
Invoice Number: 688462
Total Amount Due: $9,353.42

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co.-Conn                            December 12, 2011
      7500 Grace Drive
      Columbia, Maryland 21044
      Attn: Robert A. Maggio, Esq.


RE: Grace of New York                          Invoice#: 688463
Our File Number: 63812/0113                    PAGE:    1

---

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2011

|            |                   | **Hours** |
|------------|-------------------|-----------|
| 11/02/2011 | Rynkiewicz, John P | 1.83 |

Review GRACE OF NEW YORK filing, status and USPTO refusal; review cited marks of Grace and third party marks; assess Letter of protest in addition to USPTO Examiner refusal; assemble information.

| 11/28/2011 | Rynkiewicz, John P | 1.25 |
|------------|-------------------|------|

Review US application, issues and options to oppose or file Protest.

|  |  |  |
|--|--|--|
| | Total Hours................. | 3.08 |
| Fees through 11/30/2011.................................... | | $1,746.36 |

\*-------------------------------TIME AND FEE SUMMARY-------------------------------\*

|                    | Rate    | Hours | Fees      |
|--------------------|---------|-------|-----------|
| Rynkiewicz, John P | $567.00 | 3.08  | $1,746.36 |
| Fees through 11/30/2011............... | | 3.08 | $1,746.36 |

\*-------------------------------OUTSTANDING BALANCE-------------------------------\*

| Invoice# | Date | Amount |
|----------|------------|----------|
| 674224 | 07/15/2011 | $491.02 |
| 678874 | 08/31/2011 | 141.75 |
| 681384 | 09/29/2011 | 104.33 |
| 682907 | 10/13/2011 | 283.50 |
| 685368 | 11/07/2011 | 1,984.50 |
| Prior Balance Due.........................................................., | | $3,005.10 |

KAYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                                December 12, 2011

RE: Grace of New York                                       Invoice#: 688463
Our File Number: 63812/0113                                 PAGE:   2

---

Fees this Invoice......................................................................  $1,746.36
Total Due this Invoice.............................................................  $1,746.36
Prior Balance Due (from above)................................................  3,005.10
TOTAL DUE............................................................................  $4,751.46

**Please remit payment within thirty (30) days.**

---

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0113
Invoice Number: 688463
Total Amount Due: $4,751.46

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO: W.R. Grace & Co.-Conn                                December 12, 2011
7500 Grace Drive
Columbia, Maryland 21044
Attn: Robert A. Maggio, Esq.

RE: BELL GRACE                              Invoice#: 688465
**Our File Number: 63812/0114**                      PAGE:   1

---

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2011

|  |  | **Hours** |
|---|---|---|
| 11/01/2011 | Rynkiewicz, John P | 0.92 |
|  | Emails and review of GRACE opposition to BELL GRACE; review emails/issues, Letter of Protest and likely opposition. |  |
| 11/02/2011 | Rynkiewicz, John P | 4.83 |
|  | Review Grace emails from/to S. Williams and T. Hunter; review deadline to Oppose and file a letter of protest; research, review all GRACE regs in pertinent Classes 1, 17, 19 and service Classes for protest and Opposition; search USPTO records and assemble regs. to plead; conduct internet searches for Grace notoriety in concrete/cement; search "cement" and Grace regs in USPTO; assemble documents and information to support Protest and formal Opposition before Trademark Trial and Appeal Board if necessary. |  |
| 11/03/2011 | Rynkiewicz, John P | 1.83 |
|  | Review opposition, protest and new issue in Australia; review Garce emails re same; research. |  |
| 11/04/2011 | Rynkiewicz, John P | 2.00 |
|  | Additional research and work on possible Opposition proceeding/Protest filing; review GRACE comments and correspondence. |  |
| 11/07/2011 | Rynkiewicz, John P | 1.50 |
|  | Review issues, Grace emails; review S. Williams' comments; assess evidence, arguments and need for new GRACE filings. |  |
| 11/08/2011 | Rynkiewicz, John P | 1.83 |
|  | Review emails and issues in BELL GRACE Protest and Opposition; work on drafts of Protest Letter and information for Opposition. |  |
| 11/09/2011 | Rynkiewicz, John P | 1.92 |
|  | File ext of time to oppose; review letter of protest filing; emails; assess next steps and opposition options. |  |

**KAYE SCHOLER LLP**

TO:    W.R. Grace & Co.-Conn                                December 12, 2011

RE: BELL GRACE                                             Invoice#: 688465
Our File Number: 63812/0114                                PAGE:    2

| | | | |
|---|---|---|---|
| 11/10/2011 | Rynkiewicz, John P | | 3.92 |
| | Draft, revise, finalize and file Letter of Protest with USPTO re Nichiha applic; review, research, assemble evidence and exhibits; prepare three exhibits; review Grace website; conduct internet searches for evidence. | | |
| 11/16/2011 | Rynkiewicz, John P | | 2.25 |
| | Review issues, correspondence from Australian agents re possible BELL GRACE opposition there; review emails throughout Grace Legal re options; review recently filed GRACE BELL protest in the US; outline issues and possible actions in Australia; review GRACE name rights there. | | |
| 11/17/2011 | Rynkiewicz, John P | | 2.00 |
| | Review and work on BELL GRACE matter in Australia; review Grace emails from T. Hunter, C. Leon and S. Williams regarding GRACE mark protection, Class 19 and options; research. | | |
| 11/23/2011 | Rynkiewicz, John P | | 1.42 |
| | Review US and Australian issues in BELL GRACE; review correspondence, opposition options and possible worldwide settlement/coexistence; review client emails re same. | | |
| 11/25/2011 | Rynkiewicz, John P | | 1.33 |
| | Review possible additional evidence in Australian opposition, and worldwide settlement possibilities with Nichiha. | | |
| 11/27/2011 | Rynkiewicz, John P | | 3.00 |
| | Prepare opinion, summary and options for Grace in Australia; review prior US Letter of protest; review S. Williams' email and issues; review and compare US and Australian filings by Nichiha; sort out differences; review prior Japan GRACE opposition; research and review Nichiha website for uses of BELL GRACE; research internet for uses as well;. | | |
| 11/28/2011 | Rynkiewicz, John P | | 1.75 |
| | Review trademark and potential US opposition issues, status; check, assess both US and Australian matters. | | |

Total Hours.................    30.50

Fees through 11/30/2011......................................    $17,293.50

KAYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                                    December 12, 2011

RE: BELL GRACE                                            Invoice#: 688465
Our File Number: 63812/0114                                   PAGE:    3

---

\*------------------------------TIME AND FEE SUMMARY------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 30.50 | $17,293.50 |
| Fees through 11/30/2011............... | | 30.50 | $17,293.50 |

\*------------------------------OUTSTANDING BALANCE------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 674225 | 07/15/2011 | $472.87 |
| 678875 | 08/31/2011 | 141.75 |
| 681386 | 09/29/2011 | 81.10 |
| 682908 | 10/13/2011 | 283.50 |
| 685369 | 11/07/2011 | 1,842.75 |
| Prior Balance Due........................................................ | | $2,821.97 |

| | |
|---|---|
| Fees this Invoice........................................................ | $17,293.50 |
| Total Due this Invoice................................................. | $17,293.50 |
| Prior Balance Due (from above)................................... | 2,821.97 |
| **TOTAL DUE**........................................................ | **$20,115.47** |

**Please remit payment within thirty (30) days.**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0114
Invoice Number: 688465
Total Amount Due: $20,115.47

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co.-Conn
      7500 Grace Drive
      Columbia, Maryland 21044
      Attn: Robert A. Maggio, Esq.

                    December 12, 2011

**RE: Dorazio Enterprises**                     **Invoice#: 688466**
**Our File Number: 63812/0115**            **PAGE:   1**

---

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2011

|            |                                                                                                                                                                                                                                                      | Hours |
|------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
| 11/02/2011 | Rynkiewicz, John P                                                                                                                                                                                                                                    | 1.42  |
|            | Review applic., USPTO records, assess confusion, options and deadlines; review Grace uses of globe designs with GRACE.                                                                                                                                |       |
| 11/18/2011 | Rynkiewicz, John P                                                                                                                                                                                                                                    | 1.92  |
|            | Additional research and review of potential opposition; review Dorazio's website and search for uses of GRACE and logo; check status, issues; outline opposition and possible protest letter issues and evidence; review related issues from BELL GRACE. |       |
| 11/28/2011 | Rynkiewicz, John P                                                                                                                                                                                                                                    | 1.75  |
|            | Review US GRACE design applic., issues and options to possibly oppose; assess confusion.                                                                                                                                                              |       |

                                            Total Hours................. 5.09

                  Fees through 11/30/2011.................................... $2,886.03

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|                    | Rate     | Hours | Fees       |
|--------------------|----------|-------|------------|
| Rynkiewicz, John P | $567.00  | 5.09  | $2,886.03  |
| Fees through 11/30/2011.............. |  | 5.09 | $2,886.03 |

**KAYE SCHOLER LLP**

TO:    W.R. Grace & Co.-Conn                                    December 12, 2011

RE: Dorazio Enterprises                                    Invoice#: 688466
Our File Number: 63812/0115                              PAGE:    2

---

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date | Amount |
|----------|------|--------|
| 682909 | 10/13/2011 | $2,931.39 |
| 685372 | 11/07/2011 | 1,275.75 |
| Prior Balance Due:................................................. | | $4,207.14 |

| | |
|---|---|
| Fees this Invoice................................................. | $2,886.03 |
| Total Due this Invoice........................................... | $2,886.03 |
| Prior Balance Due (from above)................................ | 4,207.14 |
| **TOTAL DUE**................................................... | $7,093.17 |

**Please remit payment within thirty (30) days.**

# **K**AYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0115
Invoice Number: 688466
Total Amount Due: $7,093.17

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  W.R. Grace & Co. - Conn.                                    December 12, 2011
     62 Whittemore Avenue
     Cambridge, Massachusetts 02140-1692
     Attn: Craig K. Leon, Esq.

**RE:** Massachusetts Div. Trademarks - General         **Invoice#:** 688467
**Our File Number:** 63812/2000
**Client Reference:** 100114                            **PAGE:**   1

---

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2011

|  |  | **Hours** |
|---|---|---|
| 11/03/2011 | Rynkiewicz, John P | 0.42 |

Review email and Grace inquiry re VERIFI; search USPTO and review three regs.; assess use, marking/notice issues of LLC and advise Grace re same; email summary to C. Leon.

|  |  |
|---|---|
| Total Hours.................. | 0.42 |
| Fees through 11/30/2011.................................... | $238.14 |

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 0.42 | $238.14 |
| Fees through 11/30/2011............... | | 0.42 | $238.14 |

| | |
|---|---|
| Fees this Invoice......................................................... | $238.14 |
| **Total Due this Invoice**............................................................. | **$238.14** |

**Please remit payment within thirty (30) days.**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/2000
Invoice Number: 688467
Total Amount Due: $238.14

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    W.R. Grace & Co-Conn.
  7500 Grace Drive
  Columbia, Maryland  21004
  Attn: Robert A. Maggio, Chief Patent Counsel

December 12, 2011

**RE:** Davison FCC
**Our File Number:** 63812/3002
**Client Reference:** 100075

**Invoice#:** 688471

**PAGE:** 1

---

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2011

|  |  | Hours |
|---|---|---:|
| 11/09/2011 | Rynkiewicz, John P | 0.50 |
|  | Review files and ENCORE status. |  |
|  | Total Hours................ | 0.50 |
|  | Fees through 11/30/2011.................................... | $283.50 |

*------------------------------TIME AND FEE SUMMARY------------------------------*

|  | Rate | Hours | Fees |
|---|---:|---:|---:|
| Rynkiewicz, John P | $567.00 | 0.50 | $283.50 |
| Fees through 11/30/2011............... | | 0.50 | $283.50 |

| | |
|---|---:|
| Fees this Invoice......................................................................... | $283.50 |
| **Total Due this Invoice**............................................................... | **$283.50** |

**Please remit payment within thirty (30) days.**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/3002
Invoice Number: 688471
Total Amount Due: $283.50

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.