# EXHIBIT A

NOV 4  2011



2470 Milltower Crt
Mississauga, ON L5N 7W5
Tel: 905-363-0678
Fax: 905-363-0681
www.pinchin.com

THE PINCHIN GROUP          Professional Engineers
Ontario

October 26, 2011

Client/Prebill: 13562/368944
HST/GST No.: R104201249
QST No.: 1216342719 TQ0001

**INVOICE No. 179708**

Scarfone Hawkins LLP
1 James Street South, 14th Floor
P.O. Box 926, Depot 1
Hamilton, ON  L8N 3P9

Attention:              Mr. David Thompson

RE:                     Consulting on Canadian Vermiculite Settlement Various
                        Job #: 50562

Professional Fees and Costs for the period ending September 30, 2011:

| | |
|---|---:|
| **TOTAL FEES** | 3,543.75 |
| **TOTAL COSTS** | 385.79 |
| **SUBTOTAL** | $3,929.54 |
| **HST ON 13%**      $3929.54 | 510.84 |
| **TOTAL AMOUNT DUE (CDN)** | $4,440.38 |



#222

50 %
1 964.77
HST. 255.42
2220.19