# EXHIBIT B

# LAUZON BÉLANGER LESPÉRANCE
AVOCATS • ATTORNEYS

November 24, 2011

RE :   W.R. GRACE & CO., and al.
       U.S. FEE APPLICATION
       CDN ZAI CLASS ACTION
       Our file:  222

**CANADIAN ZAI SPECIAL COUNSEL FEE APPLICATION**
(October 1st 2011 to October 31st 2011)

**FOR PROFESSIONAL SERVICES RENDERED, INCLUDING:**

**Our fees :**

| DATE | INIT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 2011-10-03 | CH | Review of LBL's 18th Monthly Application | 0.33 | 285.00 | 94.05 |
| 2011-10-03 | CH | Email to Karen Harvey re: executed certification 18th Monthly Application | 0.17 | 285.00 | 48.45 |
| 2011-10-03 | CH | Review and translation of a memo prepared by Mr. Bélanger re: meeting on claims process | 0.75 | 285.00 | 213.75 |
| 2011-10-04 | CH | Email to Mr. Moloci and Mr. Thompson re: memo of claims process meeting | 0.25 | 285.00 | 71.25 |
| 2011-10-04 | CH | Email to Karen Harvey re: holdback payment for Jan 1, 2011 - March 31, 2011 | 0.17 | 285.00 | 48.45 |
| 2011-10-24 | CH | Email to Cindy Yates re: confirmation of wire transfer | 0.17 | 285.00 | 48.45 |
| 2011-10-26 | CH | Letter to David Thompson re: portion of Hogan Firm's fees | 0.25 | 285.00 | 71.25 |
| | | **OUR FEES :** | **2.09** | | **$595.65** |

TIME SUMMARY BY LAWYER

CH    285.00    2.09    $595.65

**DISURSEMENTS**

| | |
|---|---|
| Pinchin Environmental – 50% | 2,220.19 |
| Photocopies (6 x .10¢) | .60 |
| **TOTAL DISBURSEMENTS** | **2,220.79** |

| | |
|---|---:|
| **TOTAL FEES AND DISBURSEMENTS** | **$2,816.44** |
| G.S.T. 5% | 128.05 |
| Q.S.T. 8.5% | 228.57 |
| **TOTAL** | **$ 3,173.06** |

\# G.S.T.   814682340 RT 0001
\# Q.S.T.   1211542736 TQ 0001