IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re c c | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, Kathleen P. Makowski, hereby certify that on the 16th day of December, 2011, I

caused a copy of the following document to be served on the individuals on the attached service

list in the manner indicated:

**AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
TELEPHONIC\* HEARING ON DECEMBER 19, 2011, AT 9:00 A.M.
BEFORE THE HONORABLE JUDITH K. FITZGERALD IN
WILMINGTON, DELAWARE.**

Kathleen P. Makowski (Bar No. 3648)

Grace Agenda Notice Service List
12/19/11 Hearing
Case No. 01-1139 (JKF)
December 16, 2011
Document 175122
01 – Hand Delivery
86 – Facsimiles
01 – Electronic Delivery


**Hand Delivery**
(United States Trustee)
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE  19801

**Email: arich@alanrichlaw.com**
**(requested)**
Alan B. Rich, Esquire
(Counsel for Alexander M. Sanders, Jr. and
R. Karl Hill)

**Facsimile 302-426-9947**
Mark T. Hurford, Esquire
Marla Rosoff Eskin, Esquire
Matthew G. Zaleski, III, Esquire
(Counsel for Asbestos Personal Injury
Claimants)
(Special Request)

**Facsimile 302-651-7701**
Robert J. Stearns, Esquire
Cory D. Kandestin, Esquire
(Counsel for National Medical Care, Inc.
and The Scotts Company)
(Special Request)

**Facsimile 614-464-6350**
Robert J. Sidman, Esquire
Tiffany Strelow Cobb, Esquire
(Counsel for The Scotts Company LLC, and
certain of its related affiliates)
(Special Request)

**Facsimile 302-658-6548**
Mark D. Collins, Esquire
(Counsel for The Chase Manhattan Bank)
(Special Request)

**Facsimile 302-658-0380**
Jeffrey C. Wisler, Esquire
Michelle McMahon, Esquire
Marc J. Phillips, Esquire
(Counsel for Maryland Casualty Company)
(Special Request)

**Facsimile 302-575-1714**
Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
(Counsel for Property Damage Claimants)
(Special Request)

**Facsimile 302-651-3001**
Mark S. Chehi, Esquire
(Counsel for Sealed Air Corporation)
(Special Request)

**Facsimile 214-722-0081**
Warren H. Smith, Esquire
(Fee Auditor)
(Special Request)

**Facsimile 302-778-6107**
Steven M. Yoder, Esquire
(Local Counsel to DIP Lender)
(Special Request)

**Facsimile 416-216-3930**
Derrick Tay, Esquire
(Canadian Counsel for Debtor)
(Special Request)

**Facsimile 410-531-4783**
Mark Shelnitz
(W. R. Grace & Co.)
(Special Request)

**Facsimile 212-644-6755**
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
(Official Committee of Personal Injury
Claimants)
(Special Request)

**Facsimile 212-806-6006**
Lewis Kruger, Esquire
(Official Committee of Unsecured
Creditors)
(Special Request)

**Facsimile 305-374-7593**
Scott L. Baena, Esquire
(Official Committee of Property Damage
Claimants)
(Special Request)

**Facsimile 212-715-8000**
Philip Bentley, Esquire
(Counsel for Equity Committee)
(Special Request)

**Facsimile 312-993-9767**
J. Douglas Bacon, Esquire
(Counsel to DIP Lender)
(Special Request)

**Facsimile 843-216-9410**
Nancy Worth Davis, Esquire
(Counsel to Asbestos Claimants)
(Special Request)

**Facsimile 610-371-7390**
Joseph Grey, Esquire
(Special Request)

**Facsimile 302-657-4901**
Michael R. Lastowski, Esquire
(Counsel to Official Committee of
Unsecured Creditors)
(Special Request)

**Facsimile 302-652-8405**
Selinda A. Melnik, Esquire
(Counsel for Gamma Holding NV)
(Special Request)

**Facsimile 302-658-1192**
Laurie Selber Silverstein, Esquire
(Counsel for Norfolk Southern Corp.)
(Special Request)

**Facsimile 302-654-0245**
Curtis Crowther, Esquire
(Counsel for Century Indemnity Company)
(Special Request)

**Facsimile 212-583-5707**
Jamie O'Connell
Blackstone Group
(Financial Advisor to Debtor)
(Special Request)

**Facsimile  610-371-7390**
John D. Demmy, Esquire
(Counsel for First Union Leasing)
(Special Request)

**Facsimile  610-371-7390**
Thomas G. Whalen, Esquire
(Counsel for Mark Hankin and HanMar
Associates)
(Special Request)

**Facsimile  302-428-8195**
William D. Sullivan, Esquire
(Counsel for Zonolite Attic Litigation
Plaintiffs, Medical Monitoring Claimants
and Solow)
(Special Request)

**Facsimile  302-472-8135**
Francis J. Murphy, Esquire
John S. Spadaro, Esquire
Chase T. Brockstedt, Esquire
(Counsel for Certain Underwriters of
Lloyd's of London)
(Special Request)

**Facsimile 973-424-2001**
William S. Katchen, Esquire
(Special Request)

**Facsimile 302-739-7652**
Allison E. Reardon, Esquire
(Counsel for the Delaware Division of
Revenue)
(Special Request)

**Facsimile 302-425-4673**
Robert J. Dehney, Esquire
Michael G. Busenkell, Esquire
(Counsel for Travelers Casualty and Surety
Company)
(Special Request)

**Facsimile 302-421-6813**
Teresa K.D. Currier, Esquire
(Equity Committee Counsel)
(Special Request)

**Facsimile 302-656-2769**
Rachel B. Mersky, Esquire
(Counsel for Union Tank Car Company)
(Special Request)

**Facsimile 302-429-8600**
Megan N. Harper, Esquire
(Counsel for Royal Insurance)
(Special Request)

**Facsimile 202-429-3301**
Peter Van N. Lockwood, Esquire
Albert G. Lauber, Esquire
Nathan D. Finch, Esquire
Max C. Heerman, Esquire
(Counsel for Asbestos Personal Injury
Claimants)
(Special Request)

**Facsimile 509-455-3906**
Darrell W. Scott, Esquire
(Special Counsel for ZAI Claimants)
(Special Request)

**Facsimile 412-288-3063**
James J. Restivo, Jr., Esquire
Lawrence E. Flatley, Esquire
Douglas E. Cameron, Esquire
James W. Bentz, Esquire
Andrew Muha, Esquire
(Special Counsel to the Debtors for ZAI)
(Special Request)

**Facsimile 843-216-6509**
Edward J. Westbrook, Esquire
Robert M. Turkewitz, Esquire
(Counsel for ZAI Claimants and Solow)
(Special Request)

**Facsimile 302-655-4210**
John C. Phillips, Jr., Esquire
(Counsel to David T. Austern as Future
Claimants' Representative)
(Special Request)

**Facsimile 202-339-8500**
Roger Frankel, Esquire
Richard H. Wyron, Esquire
Matthew W. Cheney, Esquire
(Counsel to David T. Austern as Future
Claimants' Representative)
(Special Request)

**Facsimile 302-467-4554**
James S. Yoder, Esquire
(Counsel for Allstate Insurance Company,
Solely as Successor-in-Interest to
Northbrook Excess and Surplus Insurance
Company, formerly Northbrook Insurance
Company)
(Special Request)

**Facsimile 302-658-6537**
Brian L. Kasprzak, Esquire
(Counsel to Everest Reinsurance Company
f/k/a Prudential Reinsurance Company and
Mt. McKinley Insurance Company f/k/a
Gibraltar Insurance Company)
(Special Request)

**Facsimile 302-652-1111**
Brian A. Sullivan, Esquire
Amy D. Brown, Esquire
(Counsel for Peters, Smith & Company)
(Special Request)

**Facsimile 302-573-6220**
Ellen W. Slights, Esquire
(United States Attorney)

**Facsimile 302-656-7599**
Daniel K. Hogan, Esquire
(Counsel for Various Firms Representing
Asbestos Claimants)

**Facsimile 302-467-4450**
Adam G. Landis, Esquire
Kerri K. Mumford, Esquire
Rebecca L. Butcher, Esquire
(Counsel for the Libby Claimants)

**Facsimile 803-943-4599**
Daniel A. Speights, Esquire
(Counsel for Anderson Memorial Hospital)

**Facsimile 302-654-0728**
Christopher D. Loizides, Esquire
(Counsel for Anderson Memorial Hospital)

**Facsimile 302-661-7728**
Francis A. Monaco, Jr., Esquire
(Counsel for the City of Cambridge,
Massachusetts)

**Facsimile 617-621-6610**
Stephen D. Anderson, Esquire
(Counsel for the City of Cambridge,
Massachusetts)

**Facsimile 212-757-3990**
Stephen J. Shimshak, Esquire
Andrew N. Rosenberg, Esquire
Margaret A. Phillips, Esquire
(Counsel for the Bank Lender Group)

**Facsimile 202-659-6699**
Edward J. Longosz, II, Esquire
Laura G. Stover, Esquire
(Counsel for Maryland Casualty Company)

**Facsimile 302-421-8390**
Evelyn J. Meltzer, Esquire
(Counsel for BNSF Railway Company)

**Facsimile 610-667-7056**
Joseph H. Meltzer, Esquire
Katherine Bornstein, Esquire
(Counsel for ERISA Plaintiffs)

**Facsimile 610-371-7376**
Leonard P. Goldberger, Esquire
(Counsel for Fireman's Fund Insurance
Company and Riunione Adriatica Di
Sicurta)

**Facsimile 302-467-4550**
Marc S. Casarino, Esquire
(Counsel for Century Indemnity Co.)

**Facsimile 215-864-7123**
Joseph G. Gibbons, Esquire
(Counsel for Century Indemnity Co.)

**Facsimile 202-719-7049**
Richard A. Ifft, Esquire
(Counsel for Zurich Insurance Company and
Zurich International (Bermuda) Ltd.)

**Facsimile 212-455-2502**
Peter V. Pantaleo, Esquire
William T. Russell, Esquire
(Counsel for JPMorgan Chase, N.A.)

**Facsimile 212-940-8776**
Noah Heller, Esquire
(Counsel for Morgan Stanley Senior Fund)

**Facsimile 302-571-1750**
Jeffrey R. Waxman, Esquire
(Counsel for Federal Insurance Co.)

Facsimile 215-665-2013
William P. Shelley, Esquire
Jacob C. Cohn, Esquire
(Counsel for Federal Insurance Co.)

Facsimile 302-429-8600
Garvan F. McDaniel, Esquire
(Counsel for Arrowood Indemnity)

Facsimile 302-421-8390
David M. Fournier, Esquire
James C. Carignan, Esquire
(Counsel for Longacre Master Fund, Ltd.)

Facsimile 313-259-7926
Robert S. Hertzberg, Esquire
(Counsel for Longacre Master Fund, Ltd.)

Facsimile 302-651-7701
Robert J. Stearn, Jr., Esquire
Cory D. Kandestin, Esquire
(Counsel for the Scotts Company LLC)

Facsimile 212-490-3038
Carl J. Pernicone, Esquire
(Counsel for Arrowood Indemnity Company
f/k/a Royal Indemnity Company)

Facsimile 212-326-2061
Paul R. Koepff, Esquire
Tancred V. Schiavoni, Esquire
Gary Svirsky, Esquire
(Counsel for Arrowood Indemnity Company
f/k/a Royal Indemnity Company)

Facsimile 585-530-2017
Elaine Z. Cole, Esquire
(Counsel for NY State Department)

Facsimile 215-560-2202
Christopher R. Momjian, Esquire
(Counsel for the PA Dept. of Revenue)

Facsimile 302-467-4201
(Counsel for OneBeacon America Insurance
Company)
David P. Primack, Esquire
Warren T. Pratt, Esquire
Drinker Biddle & Reath LLP

Facsimile 215-988-2757
(Counsel for OneBeacon America Insurance
Company)
Michael F. Brown, Esquire
Jeffrey M. Boerger, Esquire
Drinker Biddle & Reath LLP

Facsimile 302-658-7567
(Counsel for Continental Casualty
Company)
Edward B. Rosenthal, Esquire
Rosenthal, Monhait & Goddess, P.A.

Facsimile 617-523-1231
(Counsel for Continental Casualty
Company)
Daniel M. Glosband, Esquire
Brian H. Mukherjee, Esquire
Goodwin Proctor LLP

Facsimile 212-344-4294
(Counsel for Continental Casualty
Company)
Elizabeth DeCristofaro, Esquire
Ford Marrin Esposito Witmeyer & Gleser,
L.L.P.

Facsimile 305-372-3508
John W. Kozyak, Esquire
Charles W. Throckmorton, Esquire
David L. Rosendorf, Esquire
Corali Lopez, Castro, Esquire
(Counsel for Anderson Memorial Hospital)

Facsimile 813-229-1811
Harley E. Riedel, Esquire
(Counsel for Anderson Memorial Hospital)

**Facsimile 206-622-7485**
John R. Knapp, Esquire
(Counsel for Plum Creek Timberlands, L.P.)

**Facsimile 410-531-4783**
Richard Finke
W.R. Grace

**Facsimile 202-346-4444**
Michael S. Giannotto, Esquire
(Counsel for CNA Companies)

**Facsimile 312-814-3589**
James D. Newbold, Esquire
(Counsel for Illinois Department of
Revenue)

**Facsimile 212-478-7400**
Steven J. Mandelsberg, Esquire
(Counsel to State of CA, Dept of Svcs.)

**Facsimile 302-300-4050**
Tobey M. Daluz, Esquire
(Counsel to State of CA, Dept of Svcs.)

**Facsimile: 302-651-7905**
(Counsel for Intrawest CA Holdings, Inc., Intra west
Retail Groups, Inc., 22 Station Development Corp.,
First Ascent Development Corp. and Intrawest Corp.)
Tracy A. Burleigh, Esquire
Marshall, Dennehey, Warner, Coleman &
Goggin
1220 North Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE  19899

**Facsimile: 619-233-6949**
(Counsel for Intrawest CA Holdings, Inc., Intra west
Retail Groups, Inc., 22 Station Development Corp.,
First Ascent Development Corp. and Intrawest Corp.)
Darcie A. Frounfelter, Esquire
Lincoln, Gustafson & Cercos
225 Broadway, Suite 2000
San Diego, CA  92101

**Facsimile: 317-232-7979**
)
Office of Attorney General
Steve Carter, Attorney Gen of Indiana
Brian D. Salwowski, Deputy Attorney
General
Indiana Government Center South, 5th Floor
302 West Washington, Street
Indianapolis, IN  46204-2770

**Facsimile: 573-751-7232**
(Counsel for Department of Revenue)
Jeremiah W. Nixon, Attorney Gen. of
Missouri
Sheryl L. Moreau, Special Assistant
Attorney General
Missouri Department of Revenue
General Counsel's Office
301 W. High Street, Room 670
P.O. Box 475
Jefferson City, MO  65105-0475