# NINETY-SECOND INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM SEPTEMBER 1, 2011 THROUGH SEPTEMBER 30, 2011)

## ATTACHMENT B

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Task Descriptions
4. Summary of Expenses

# W.R. Grace & Co.
Capstone Advisory Group, LLC
Summary of Fees by Professional
For the Period 9/1/2011 through 9/30/2011

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $760 | 6.20 | $4,712.00 |
| R. Frezza | Member | $670 | 44.30 | $29,681.00 |
| J. Dolan | Consultant | $445 | 14.40 | $6,408.00 |
| M. Haverkamp | Paraprofessional | $120 | 10.10 | $1,212.00 |
| P. Foose | Paraprofessional | $120 | 0.50 | $60.00 |
| **For the Period 9/1/2011 through 9/30/2011** | | | **75.50** | **$42,073.00** |

# W.R. Grace & Co.
Capstone Advisory Group, LLC
Summary of Fees by Task Code
For the Period 9/1/2011 through 9/30/2011

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01. Acquisitions/Divestitures | During the Fee Application period, the Applicant prepared various analyses of proposed acquisition and prepared report to the Committee thereon. | 13.80 | $8,301.00 |
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant prepared various analyses of claims and interest. | 4.10 | $1,919.00 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant read and analyzed recent docket submissions. | 5.20 | $1,404.00 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared the June, July and August monthly fee statements and the 30th quarterly fee application. | 10.70 | $2,541.50 |
| 11. Financial Analysis - Other | During the Fee Application Period, the Applicant prepared various analyses regarding proposed stock repurchase agreement and prepared a report to the Committee thereon. | 41.70 | $27,907.50 |
| **For the Period 9/1/2011 through 9/30/2011** | | **75.50** | **$42,073.00** |

# W.R. Grace & Co.
Capstone Advisory Group, LLC
Detailed Time Description by Task Code
For the Period 9/1/2011 through 9/30/2011

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 01. Acquisitions/Divestitures | | | |
| 9/13/2011 | E. Ordway | 0.60 | Read and analyzed Project Plate divestiture document; noted items for staff to investigate. |
| 9/14/2011 | R. Frezza | 2.90 | Read and analyzed Project Plate divestiture document and prepared questions regarding the deal. |
| 9/15/2011 | J. Dolan | 1.10 | Read and analyzed divestiture document. |
| 9/15/2011 | R. Frezza | 2.80 | Prepared for and participated in call with company re: Project Plate; had numerous discussions with counsel on Plate issues. |
| 9/15/2011 | J. Dolan | 1.30 | Prepared for and participated in conference call with Debtors regarding transaction and participated in follow up call with counsel. |
| 9/15/2011 | J. Dolan | 1.00 | Reviewed presentation received from Debtors related to Project Plate. |
| 9/15/2011 | J. Dolan | 1.20 | Prepared request for additional information prior to conference call on Project Plate. |
| 9/16/2011 | R. Frezza | 2.50 | Prepared detailed question list on Project Plate post conference call with Company and advisors; conferred with counsel on potential issues. |
| 9/23/2011 | E. Ordway | 0.40 | Continued to read and analyze Project Plate divestiture document; noted items for staff to investigate. |
| Subtotal | | 13.80 | |
| 03. Claims Analysis & Valuation | | | |
| 9/15/2011 | J. Dolan | 1.50 | Reviewed recent court ruling and prepared interest analysis. |
| 9/21/2011 | E. Ordway | 0.30 | Participated in call with bank claimholder re: questions about interest claim. |
| 9/26/2011 | J. Dolan | 1.10 | Prepared analysis of various interest scenarios. |
| 9/29/2011 | J. Dolan | 1.20 | Analyzed claims based on various interest scenarios. |
| Subtotal | | 4.10 | |

04. Creditor Committee Matters

Capstone Advisory Group, LLC                                                                 Page 1 of 4
Invoice for the 9/1/2011-9/30/2011 Fee Application

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 9/15/2011 | J. Dolan | 1.50 | Read and analyzed recent docket submissions. |
| 9/20/2011 | J. Dolan | 0.90 | Read and analyzed recent docket submissions. |
| 9/22/2011 | M. Haverkamp | 2.80 | Assisted team in analysis. |
| Subtotal | | 5.20 | |

**07. Fee Applications & Invoices**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 9/19/2011 | P. Foose | 0.50 | Prepared fee applications. |
| 9/23/2011 | M. Haverkamp | 2.10 | Prepared June 2011 and 30th quarterly fee applications. |
| 9/23/2011 | E. Ordway | 0.30 | Prepared fee application. |
| 9/26/2011 | M. Haverkamp | 0.50 | Revised quarterly fee application. |
| 9/26/2011 | J. Dolan | 1.00 | Prepared August fee app. |
| 9/26/2011 | E. Ordway | 0.30 | Prepared fee application. |
| 9/26/2011 | M. Haverkamp | 1.50 | Prepared August 2011 fee application. |
| 9/26/2011 | M. Haverkamp | 1.50 | Prepared July 2011 fee application. |
| 9/26/2011 | J. Dolan | 0.90 | Prepared July fee app. |
| 9/27/2011 | M. Haverkamp | 0.50 | Prepared August 2011 fee application. |
| 9/28/2011 | M. Haverkamp | 1.20 | Prepared July and August invoices. |
| 9/30/2011 | E. Ordway | 0.40 | Prepared quarterly fee app. |
| Subtotal | | 10.70 | |

**11. Financial Analysis - Other**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 9/1/2011 | E. Ordway | 0.40 | Read and analyzed strategic plan received as part of due diligence request on repurchase program. |
| 9/1/2011 | R. Frezza | 2.60 | Read and analyzed Strategic Plan received as part of due diligence request on stock repurchase program. |
| 9/1/2011 | R. Frezza | 1.90 | Prepared analysis regarding stock repurchase plan. |
| 9/2/2011 | R. Frezza | 2.10 | Prepared outline of memo to the Committee and discussed with team. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 9/2/2011 | R. Frezza | 2.50 | Continued to read and analyze Strategic Plan received as part of due diligence request on stock repurchase program. |
| 9/6/2011 | R. Frezza | 1.70 | Prepared for and participated in call with Company and its advisors regarding stock repurchase proposal. |
| 9/6/2011 | R. Frezza | 2.90 | Prepared various analyses of data received and draft of repurchase memo to Committee. |
| 9/6/2011 | R. Frezza | 3.80 | Prepared draft of repurchase memo to Committee. |
| 9/6/2011 | E. Ordway | 0.90 | Continued to read and analyze strategic plan received as part of due diligence request on repurchase program. |
| 9/7/2011 | R. Frezza | 2.10 | Prepared stock repurchase memo to the Committee and distributed to counsel for review. |
| 9/7/2011 | R. Frezza | 2.60 | Completed various analyses of data received. |
| 9/8/2011 | R. Frezza | 1.70 | Generated questions on Strategic Plan in preparation for 9/9 call. |
| 9/8/2011 | R. Frezza | 3.10 | Revised memo to Committee based on substantial counsel comments and reissued; coordinated with Committee members for call on proposal. |
| 9/9/2011 | R. Frezza | 2.20 | Prepared revisions to report to the Committee and had further discussions with counsel. |
| 9/9/2011 | R. Frezza | 2.50 | Began valuation analyses based on information provided for today's call; Prepared for and participated in call with Company and advisors. |
| 9/12/2011 | R. Frezza | 3.20 | Prepared for call with Committee to discuss issues and concerns over stock repurchase proposal. |
| 9/12/2011 | R. Frezza | 1.20 | Discussed issues with counsel. |
| 9/12/2011 | E. Ordway | 1.40 | Continued to read and analyze strategic plan received as part of due diligence request on repurchase program. |
| 9/20/2011 | J. Dolan | 0.80 | Read and analyzed stock repurchase documents. |
| 9/22/2011 | J. Dolan | 0.90 | Read and analyzed stock repurchase documents. |
| 9/26/2011 | E. Ordway | 0.60 | Read and analyzed most current monthly operating report and noted items for staff to investigate. |
| 9/28/2011 | E. Ordway | 0.60 | Continued to read and analyze most current monthly operating report and noted items for staff to investigate. |
| Subtotal | | 41.70 | |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| Total Hours | | 75.50 | |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 9/1/2011 through 9/30/2011

| Date | Professional | Detail | Amount |
|---|---|---|---|
| Research | | | |
| 9/27/2011 | CAG Direct | Pacer | $7.36 |
| Subtotal - Research | | | $7.36 |
| Telecom | | | |
| 9/30/2011 | CAG Direct | September Telecom | $86.83 |
| Subtotal - Telecom | | | $86.83 |
| **For the Period 9/1/2011 through 9/30/2011** | | | **$94.19** |