**NINETY-THIRD INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM OCTOBER 1, 2011 THROUGH OCTOBER 31, 2011)**

ATTACHMENT B

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Task Descriptions
4. Summary of Expenses

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Summary of Fees by Professional
## For the Period 10/1/2011 through 10/31/2011

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $760 | 8.30 | $6,308.00 |
| R. Frezza | Member | $670 | 24.60 | $16,482.00 |
| J. Dolan | Consultant | $445 | 79.50 | $35,377.50 |
| M. Haverkamp | Paraprofessional | $120 | 5.40 | $648.00 |
| **For the Period 10/1/2011 through 10/31/2011** | | | **117.80** | **$58,815.50** |

**W.R. Grace & Co.**
**Capstone Advisory Group, LLC**
**Summary of Fees by Task Code**
**For the Period 10/1/2011 through 10/31/2011**

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01. Acquisitions/Divestitures | During the Fee Application period, the Applicant prepared various analyses of proposed acquisition and prepared report to the Committee thereon. | 32.80 | $16,139.50 |
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant prepared various analyses of claims and interest calculations and prepared a report to the Committee thereon. | 21.40 | $10,184.50 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant read and analyzed recent docket submissions and counsel reports. | 4.10 | $1,824.50 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared July and August monthly fee statements and the 30th quarterly fee application. | 8.70 | $2,337.00 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant analyzed data regarding the Q3 results. | 5.40 | $2,592.00 |
| 11. Financial Analysis - Other | During the Fee Application Period, the Applicant prepared various analyses regarding proposed elimination of subsidiaries and intercompany claims and prepared a report to the Committee thereon. | 45.40 | $25,738.00 |
| **For the Period 10/1/2011 through 10/31/2011** | | **117.80** | **$58,815.50** |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
### Detailed Time Description by Task Code
### For the Period 10/1/2011 through 10/31/2011

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 01. Acquisitions/Divestitures | | | |
| 10/18/2011 | J. Dolan | 2.20 | Read and analyzed motion, notice and order related to Project Plate. |
| 10/18/2011 | J. Dolan | 1.20 | Reviewed prior information requested and received as well as Company presentation for Project Plate. |
| 10/19/2011 | E. Ordway | 0.60 | Read materials related to m&a transaction re: Project Plate. |
| 10/19/2011 | J. Dolan | 2.50 | Read and analyzed Sale Agreement related to Project Plate. |
| 10/20/2011 | J. Dolan | 2.40 | Read and analyzed asset sale agreement and other related exhibits to Project Plate motion. |
| 10/20/2011 | E. Ordway | 1.80 | Read materials related to m&a transaction re: Project Plate. |
| 10/20/2011 | J. Dolan | 1.80 | Summarized request for additional information related to Project Plate and prepared list for Company. |
| 10/20/2011 | J. Dolan | 0.50 | Reviewed information related to proposed acquisition. |
| 10/24/2011 | J. Dolan | 1.10 | Prepared for and participated in call with Company regarding Project Plate. |
| 10/24/2011 | E. Ordway | 0.60 | Read and analyzed information re: proposed transaction. |
| 10/25/2011 | J. Dolan | 2.30 | Reviewed information related to Project Plate and began preparing report to the Committee. |
| 10/26/2011 | J. Dolan | 3.20 | Prepared report to the Committee on Project Plate acquisition. |
| 10/26/2011 | J. Dolan | 2.00 | Continued preparation of report to the Committee on acquisition including commentary. |
| 10/26/2011 | J. Dolan | 1.80 | Prepared analysis and related charts for report to the Committee on Project Plate. |
| 10/26/2011 | E. Ordway | 0.60 | Prepared/edited report to the Committee re: Project Plate. |
| 10/27/2011 | E. Ordway | 1.30 | Prepared/edited report to the Committee re: Project Plate. |
| 10/27/2011 | J. Dolan | 1.20 | Revised report to include internal review comments and distributed to counsel for review. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 10/27/2011 | J. Dolan | 2.40 | Prepared report to the Committee on Project Plate. |
| 10/28/2011 | J. Dolan | 0.90 | Performed final review of report and distributed to the Committee. |
| 10/28/2011 | J. Dolan | 2.40 | Discussed report with counsel and made revisions accordingly. |
| Subtotal | | 32.80 | |

03. Claims Analysis & Valuation

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 10/3/2011 | J. Dolan | 0.50 | Prepared report to Committee on updated recovery analysis. |
| 10/3/2011 | J. Dolan | 0.50 | Continued to prepare report to Committee on updated recovery analysis. |
| 10/3/2011 | J. Dolan | 2.30 | Prepared claims analysis and updated distributable value analysis. |
| 10/4/2011 | J. Dolan | 3.50 | Updated claims analysis, distributable value analysis and other supporting analyses. |
| 10/4/2011 | E. Ordway | 0.90 | Directed staff in updating various charts related to claims and recovery. |
| 10/4/2011 | J. Dolan | 3.30 | Prepared updated recovery analysis. |
| 10/6/2011 | E. Ordway | 0.80 | Prepared/edited updated recovery analysis. |
| 10/6/2011 | J. Dolan | 3.60 | Prepared report on updated recovery analysis for the Committee. |
| 10/6/2011 | J. Dolan | 2.60 | Prepared recovery analysis with updated analyses. |
| 10/6/2011 | J. Dolan | 0.40 | Read and analyzed counsel's memo regarding claim settlements. |
| 10/7/2011 | J. Dolan | 1.50 | Prepared report to the Committee on updated recovery etc. |
| 10/11/2011 | J. Dolan | 0.60 | Prepared report to Committee on updated recovery analysis. |
| 10/13/2011 | J. Dolan | 0.50 | Prepared report to Committee on updated recovery analysis. |
| 10/25/2011 | E. Ordway | 0.40 | Reviewed revised claims analysis prepared by staff. |
| Subtotal | | 21.40 | |

04. Creditor Committee Matters

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 10/3/2011 | J. Dolan | 0.60 | Read and analyzed recent docket submissions. |
| 10/17/2011 | J. Dolan | 0.60 | Read and analyzed recent docket submissions. |
| 10/18/2011 | J. Dolan | 0.90 | Read and analyzed docket submissions for 3 motions. |

**Capstone Advisory Group, LLC**
**Invoice for the 10/1/2011-10/31/2011 Fee Application**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 10/18/2011 | J. Dolan | 1.10 | Read and analyzed motion related to OCP fee cap, documented issue and communicated with counsel. |
| 10/25/2011 | J. Dolan | 0.90 | Read and analyzed recent docket submissions. |
| Subtotal | | 4.10 | |

07. Fee Applications & Invoices

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 10/10/2011 | E. Ordway | 0.30 | Prepared July fee app. |
| 10/11/2011 | M. Haverkamp | 0.60 | Revised July and August fee applications. |
| 10/12/2011 | M. Haverkamp | 2.50 | Revised and finalized July fee application. |
| 10/12/2011 | J. Dolan | 0.70 | Reviewed and filed quarterly fee app. |
| 10/13/2011 | M. Haverkamp | 2.00 | Revised and finalized August fee application. |
| 10/17/2011 | E. Ordway | 0.40 | Prepared fee application. |
| 10/17/2011 | M. Haverkamp | 0.30 | Revised August 2011 fee application. |
| 10/17/2011 | J. Dolan | 0.90 | Prepared and filed July fee app. |
| 10/17/2011 | J. Dolan | 1.00 | Prepared and finalized Aug fee app. |
| Subtotal | | 8.70 | |

08. Financial Analysis - Schedules & Statements

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 10/3/2011 | J. Dolan | 2.00 | Prepared update to schedules and charts for 3Q11 report to the Committee. |
| 10/14/2011 | J. Dolan | 0.90 | Prepared tables and charts for 3Q11 report. |
| 10/25/2011 | E. Ordway | 0.60 | Listened to portion of 3Q investor call. |
| 10/25/2011 | J. Dolan | 0.90 | Preliminarily reviewed 3Q11 results prior to call. |
| 10/25/2011 | J. Dolan | 1.00 | Listened to 3Q11 investor call. |
| Subtotal | | 5.40 | |

11. Financial Analysis - Other

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 10/18/2011 | R. Frezza | 3.60 | Reviewed motions related to OCP; Project Plate and collapsing of subs into Grace Conn. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 10/19/2011 | R. Frezza | 2.80 | Read/Analyzed various motions re: OCP/Project Plate/Entity Merge. |
| 10/20/2011 | J. Dolan | 2.90 | Read and analyzed motion and related exhibits related to the merger motion. |
| 10/20/2011 | J. Dolan | 1.00 | Participated in call with counsel to discuss merger motion. |
| 10/20/2011 | R. Frezza | 2.50 | Read/Analyzed various motions re: OCP/Project Plate/Entity Merge; conferred with counsel on respective issues. |
| 10/20/2011 | R. Frezza | 2.40 | Prepared and reviewed request list to Blackstone for follow up. |
| 10/21/2011 | R. Frezza | 2.10 | Read/Analyzed various motions re: OCP/Project Plate/Entity Merge. |
| 10/21/2011 | J. Dolan | 1.50 | Reviewed and analyzed claims analysis related to merger motion. |
| 10/24/2011 | R. Frezza | 3.40 | Discussed and analyzed intercompany claims and the impact of the merger motion on same. |
| 10/24/2011 | J. Dolan | 0.90 | Discussed merger motion and related issues with team and counsel. |
| 10/24/2011 | J. Dolan | 1.80 | Evaluated intercompany analysis and discussed issues internally and with counsel. |
| 10/24/2011 | J. Dolan | 3.40 | Prepared claim analysis to assist in evaluation of merger impact. |
| 10/25/2011 | J. Dolan | 1.90 | Reviewed motion and exhibits and prepared request for additional information for Company. |
| 10/25/2011 | R. Frezza | 2.80 | Analyzed Intercompany claims related to merger motion; debriefed with counsel; prepared/reviewed questions for Company. |
| 10/25/2011 | J. Dolan | 1.30 | Prepared analysis for counsel regarding merger motion. |
| 10/26/2011 | J. Dolan | 1.40 | Prepared for and participated in call with Company regarding merger motion. |
| 10/26/2011 | J. Dolan | 1.20 | Read and analyzed counsel's memo regarding merger motion and provided comments. |
| 10/26/2011 | R. Frezza | 2.50 | Continued analysis of Intercompany claims related to merger motion; prepared for and participated in call with company and counsel re: merger motion. |
| 10/27/2011 | J. Dolan | 0.50 | Reviewed counsel's memo on three motions filed and discussed internally. |
| 10/27/2011 | J. Dolan | 2.50 | Prepared detailed analysis of intercompany receivables related to merger entities. |
| 10/27/2011 | R. Frezza | 1.50 | Continued discussion and analysis of impact of merger motion; prepared/reviewed report to Committee. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 10/28/2011 | J. Dolan | 0.50 | Reviewed counsel's memo on the merger motion. |
| 10/28/2011 | R. Frezza | 0.50 | Completed memo to committee and issued. |
| 10/31/2011 | R. Frezza | 0.50 | Coordinated with counsel regarding follow up call on Vermiculite sale. |
| Subtotal | | 45.40 | |
| **Total Hours** | | **117.80** | |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 10/1/2011 through 10/31/2011

| Date | Professional | Detail | Amount |
|------|-------------|--------|-------:|
| Research | | | |
| 10/13/2011  CAG Direct | | Pacer | $7.12 |
| | | | |
| Subtotal - Research | | | $7.12 |
| Telecom | | | |
| 10/12/2011  CAG Direct | | October Telecom | $135.47 |
| | | | |
| Subtotal - Telecom | | | $135.47 |
| **For the Period 10/1/2011 through 10/31/2011** | | | $142.59 |