# EXHIBIT A

**WR Grace**
**July 2011 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| Fri 1 | Comm w/Blackstone (AS) re Larch update and ppt | 1.8 |
|  | Review/analysis docket filings | 0.3 |
| Mon 4 | Comm w/OHS (RF) re scheduling | 0.2 |
| Tue 5 | Review/analysis docket filings | 1.8 |
|  | Project Larch financial analysis | 2.5 |
| Wed 6 | Comm w/OHS (RF, RW) re scheduling | 0.4 |
|  | Project Larch financial analysis | 3.1 |
|  | Omnibus hearing and prep | 0.8 |
|  | Review/analysis docket filings | 0.3 |
| Thu 7 | Comm w/OHS (RW) re liability estimation | 1.0 |
|  | Project Larch financial analysis | 2.5 |
|  | Review/analysis docket filings | 0.7 |
| Fri 8 | Comm w/Blackstone (JOC) re warrants | 0.3 |
|  | Comm w/Blackstone (AS) re Larch update and scheduling | 0.5 |
|  | Call w/COFC (JS) re warrant | 0.8 |
|  | Review/analysis docket filings | 0.2 |
| Mon 11 | Call w/Blackstone re warrant position | 0.8 |
|  | Project Larch financial analysis | 2.0 |
|  | Review/analysis docket filings | 0.2 |
| Tue 12 | Review/analysis docket filings | 0.4 |
| Wed 13 | Comm w/Blackstone re Larch Q1 financial results | 2.2 |
|  | Project Larch CC w/Grace | 0.9 |
|  | Project Larch CC w/FCR,OHS | 1.0 |
|  | Review/analysis docket filings | 0.2 |
| Thu 14 | Review/analysis docket filings | 0.3 |
| Fri 15 | Review/analysis docket filings | 0.2 |
| Mon 18 | Comm w/Blackstone (AS) re Larch DCF | 1.3 |
|  | Comm w/Blackstone (JOC) re Larch call request | 0.3 |
|  | IC follow up on Larch CCs | 1.2 |
| Wed 20 | Comm w/Blackstone (JOC) re hearing | 0.2 |
|  | Project Larch CC | 1.0 |
| Fri 22 | Comms w/OHS (RF. RW, Dfe) re Monday hearing | 0.3 |
|  | Comms w/Blackstone (AS) re Larch purchase px, hearing | 0.7 |
| Mon 25 | Review/analysis docket filings | 2.4 |
|  | Grace earnings call and news review | 3.1 |
| Tues 26 | Comm w/OHS (RW) re stk px | 0.8 |
|  | Grace news review, financial analysis | 1.6 |
|  | Review/analysis docket filings | 0.2 |
| Wed 27 | Review/analysis docket filings | 0.2 |
| Thu 28 | Comm w/OHS (Dfe) re Larch process | 0.6 |
|  | Review/analysis docket filings | 0.3 |
| Fir 29 | Comm w/Blackstone (JOC) re Larch loss | 0.5 |
|  | Comm w/OHS (RF,RW)re Larch loss | 0.5 |

TOTAL TIME (hrs)     40.6

**WR Grace**
**July 2011 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| Fri 1 | Fee application preparation and review | 0.7 |
| | Review Project Larch update | 0.4 |
| | Project Larch analysis | 0.6 |
| Tue 5 | Review Project Larch information | 0.9 |
| | Correspondence w/ A. Schlesinger (Blackstone) re: Project Larch | 0.6 |
| | Review docket and analysis | 0.3 |
| Wed 6 | Internal discussions re: Project Larch | 0.4 |
| | Financial analysis re: Project Larch | 1.2 |
| Thu 7 | Review docket and analysis | 0.4 |
| Fri 8 | Review Project Larch update | 0.4 |
| Mon 11 | Prep & call w/ J. O'Connell (Blackstone) re: exit financing and Project Larch | 0.5 |
| | Review docket and analysis | 0.3 |
| Tue 12 | Review fee auditor report | 0.2 |
| Wed 13 | Review Project Larch SPA and financial information | 2.3 |
| | Prep & conference call re: Project Larch | 1.5 |
| | Call w/ FCR re: Project Larch | 0.5 |
| Thu 14 | Review docket and analysis | 0.3 |
| Mon 18 | Prep & call re: Project Larch SPA | 2.2 |
| | Review Project Larch information | 0.4 |
| | Call w/ J. O'Connell (Blackstone) re: Project Larch | 0.1 |
| | Prep & call re: Project Larch bid | 0.8 |
| | Call w/ Orrick re: Project Larch bid | 0.2 |
| Tue 19 | Review docket and analysis | 0.3 |
| Wed 20 | Review Project Larch materials | 0.6 |
| | Prep & call re: Project Larch | 0.8 |
| Fri 22 | Internal discussions re: Project Larch | 0.3 |
| | Review Project Larch update | 0.2 |
| | Review docket and analysis | 0.3 |
| Mon 25 | Internal discussions re: Project Larch | 0.3 |
| | Review redacted Project Larch order | 0.1 |
| Tue 26 | Call w/ J. O'Connell (Blackstone) re: Project Larch | 0.2 |
| Wed 27 | Call w/ J. O'Connell (Blackstone) re: Project Larch | 0.1 |
| | Review docket and analysis | 0.3 |
| Thu 28 | Review of Grace 2Q financial results & earnings call | 2.8 |
| Fri 29 | Review Project Larch update | 0.1 |
| | Preparation and review of 2Q financial update memo | 1.9 |
| | TOTAL TIME (hrs) | 23.5 |

**WR Grace**
**July 2011 Time - Claire Burke, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Fri 1 | Fee app preparation | 2.0 |
| | Review Project Larch materials | 1.5 |
| Mon 4 | Review/analyze docket items | 0.3 |
| Tue 5 | Review Project Larch materials | 1.5 |
| Wed 6 | Internal discussions re: Project Larch | 0.5 |
| | Financial analysis re: Project Larch | 2.0 |
| Thu 7 | Review Project Larch materials | 2.0 |
| | Review/analyze docket items | 0.3 |
| Wed 13 | Call w/Blackstone re: Project Larch Q1 financial results | 2.5 |
| | Call w/Grace re: Project Larch | 0.9 |
| | Project Larch call w/FCR,OHS | 1.0 |
| Thu 14 | Review/analyze docket items | 0.4 |
| Mon 18 | Financial analysis re: Project Larch | 1.5 |
| | Call w/Orrick re: Project Larch bid | 0.2 |
| Tue 19 | Review Project Larch materials | 1.0 |
| Wed 20 | Call re: Project Larch | 1.5 |
| Fri 22 | Internal discussions re: Project Larch | 0.3 |
| | Review Project Larch materials | 0.5 |
| Mon 25 | Internal discussions re: Project Larch | 0.3 |
| Tue 26 | Grace 2Q earnings news review | 1.5 |
| Fri 29 | Review of Grace 2Q financial results & earnings call | 4.0 |
| | TOTAL TIME (hrs) | 25.7 |

**WR Grace**
**July 2011 Time - Benjamin Fischer, Analyst**

| Day/Date | Action | Time |
|---|---|---|
| Tues 5 | Prepare financial analysis for Project Larch | 4.5 |
| Wed 6 | Revise financial analysis for Project Larch | 2.3 |
| Thurs 8 | Review Q1 financial results | 2.6 |
| | TOTAL TIME (hrs) | 9.4 |