# EXHIBIT B

### W.R. Grace
### Detail of expenses (July 1, 2011 – July 31, 2011)

Communication
Telephone $154.65
Express Mail $16.88

**Total Communication:** **$ 171.53**

Administrative
Fee for Public Access to Electronic Court Records $ 14.64

**Total Administrative:** **$ 14.64**

Travel
Transportation $438.45
Meals $14.15

**Total Travel:** **$ 452.60**

**TOTAL EXPENSES:** **$ 638.77**