IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

_____
                                                        )
**In re:**                                              )   **Chapter 11**
                                                        )
**W.R. GRACE & CO., et al.,**                           )   **Case No. 01-1139 (JKF)**
                                                        )   **Jointly Administered**
                                                        )
          **Debtors.**                                  )   Objection Date: January 9, 2012 at 4:00 p.m.
_____)   Hearing: Scheduled if Necessary (Negative Notice)

**COVER SHEET TO TWENTY-FOURTH MONTHLY INTERIM APPLICATION OF LINCOLN PARTNERS ADVISORS LLC, FINANCIAL ADVISOR TO DAVID T. AUSTERN, ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD <u>AUGUST 1, 2011 THROUGH AUGUST 31, 2011</u>**

| | |
|---|---|
| Name of Applicant: | Lincoln Partners Advisors LLC |
| Authorized to Provide Professional Services to: | David T. Austern, Asbestos PI Future Claimants' Representative |
| Date of Retention: | November 18, 2009, *nunc pro tunc* to September 1, 2009 |
| Period for which compensation and reimbursement is sought: | August 1, 2011 – August 31, 2011 |
| 100% of Compensation sought as actual, reasonable and necessary: | $45,000.00 |
| 80% of Compensation sought as actual, reasonable and necessary: | $36,000.00 |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $    154.50 |

          This is a    _x_ monthly          __ interim          ___ final application

## LINCOLN PARTNERS ADVISORS LLC'S SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES FROM AUGUST 1, 2011 THROUGH AUGUST 31, 2011

| Name of Professional Person | Position of the Applicant | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Joseph J. Radecki, Jr. | Managing Director | NA | 23.3 | $45,000.00 |
| Jason Solganick | Director | NA | 16.0 | |
| Claire Burke | Associate | NA | 14.3 | |
| Benjamin Fischer | Analyst | NA | 6.4 | |
| Grand Total: | | | **60.0** | **$45,000.00** |
| Blended Rate: | | | 60.0 | $750.00 |

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

### August 1-31, 2011

| **Project Category** | **Total Hours** | **Total Fees**[1] |
|---|---|---|
| Business Operations Related | | NA |
| Case Administration Related | | NA |
| Financial Analysis Related | | NA |
| Hearings | | NA |
| **TOTAL** | **60.0** | **NA** |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

| | |
|---|---|
| Communication | $154.50 |
| **TOTAL Out-of-Pocket Expenses:** | **$154.50** |

---

[1] Lincoln Partners Advisors LLC does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.

Respectfully submitted,

LINCOLN PARTNERS ADVISORS LLC

By:/S/ JASON SOLGANICK
   Jason Solganick
   Director
   360 Madison Ave, 21st Floor
   New York, NY 10017
   Telephone: (212) 277-8100

Dated: December 16, 2011