# EXHIBIT A

**WR Grace**
**August 2011 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| Mon 1 | Comm w/OHS (Dfe) re post cfm report and review | 0.7 |
| | Comm w/OHS (Dfe) re valuation work | 0.4 |
| | Review/analysis docket items | 0.2 |
| Tues 2 | Comm w/OHS (RW) re Libby medicl program expenses | 0.3 |
| | Compile fees -prev mos. | 2.0 |
| | Review/analysis docket items | 0.2 |
| Wed 3 | Review press release re new Indian facility | 0.4 |
| | Review press release re ART | 0.5 |
| Thu 4 | Review/analysis docket items | 0.4 |
| Mon 15 | Review 10-Q and analysis | 2.5 |
| | Review/analysis docket items | 1.0 |
| Tues 16 | Quarterly results analysis | 2.0 |
| | I/C re Larch material destruction | 1.4 |
| Wed 17 | Review/analysis docket items | 0.7 |
| Thu 18 | Review/analysis docket items | 0.5 |
| Fri 19 | Review/analysis docket items | 0.5 |
| Mon 22 | Review/analysis docket items | 0.8 |
| Tues 23 | Comm w/OHS (RF) re stk divd | 0.5 |
| | Stk divd analysis | 1.0 |
| | Review/analysis docket items | 0.5 |
| Wed 24 | Comm w/Blackstone (JOC) re stk divd | 0.5 |
| | Review/analysis docket items | 0.2 |
| Thu 25 | Comms w/OHS (RW, RF) re strategic plan | 0.5 |
| | Comm w/Blackstone re strategic plan | 0.5 |
| | Review/analysis docket items | 0.4 |
| Fri 26 | Review presentation re startegic plan | 1.0 |
| | C/C w/all parties re strategic plan | 1.0 |
| | Comm w/OHS (all) re scheduling | 0.4 |
| Mon 29 | Review/analysis docket items | 1.1 |
| Tue 30 | C/C w/OHS (RF, RW) re strategic plan work plan | 1.0 |
| | Review/analysis docket items | 0.2 |
| | TOTAL TIME (hrs) | 23.3 |

**WR Grace**
**August 2011 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| Mon 1 | Preparation of memo re: 2Q financial results | 2.5 |
|  | Review of post-confirmation report | 0.3 |
| Tue 2 | Call w/ Rick Wyron (Orrick) re: settlement issues inc. prep | 0.4 |
| Wed 3 | Preparation of quarterly fee application | 0.5 |
|  | Internal call re: settlement issues | 0.2 |
|  | Review docket and analysis | 0.3 |
| Mon 8 | Review docket and analysis | 0.2 |
| Tue 9 | Valuation analysis | 1.4 |
|  | Call w/ Rick Wyron (Orrick) re: emergence issues | 0.2 |
| Wed 10 | Destruction of Project Larch materials | 0.6 |
|  | Internal update calls | 0.2 |
| Thu 11 | Review docket and analysis | 0.4 |
| Tue 16 | Review docket and analysis | 0.2 |
| Fri 19 | Review docket and analysis | 0.3 |
| Tue 23 | Review docket and analysis | 0.3 |
| Wed 24 | Call to Jaime O'Connell (Blackstone) re: exit financing issues | 0.1 |
|  | Internal conversations re: exit financing issues | 0.2 |
| Thu 25 | Exit financing research | 1.2 |
| Fri 26 | Review of discussion materials re: exit financing issues | 0.3 |
|  | Conference call re: exit financing issues | 0.7 |
|  | Call w/ Rick Wyron (Orrick) re: exit financing issues | 0.3 |
| Mon 29 | Review docket and analysis | 0.5 |
| Tue 30 | Call w/ James Sinclair (COFC) re: exit financing issues | 0.6 |
|  | Exit financing research | 1.5 |
|  | Call w/ Orrick re: exit financing issues | 0.6 |
| Wed 31 | Review strategic plan information | 2.0 |
|  | TOTAL TIME (hrs) | 16.0 |

**WR Grace**
**August 2011 Time - Claire Burke, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Mon 1 | Preparation of memo re: 2Q financial results | 2.0 |
|  | Review/analyze docket items | 0.4 |
| Tue 2 | Preparation of fee applications | 2.5 |
|  | Review/analyze docket items | 0.3 |
| Wed 3 | Preparation of fee applications | 1.0 |
|  | Internal call re: settlement issues | 0.2 |
| Mon 8 | Review/analyze docket items | 0.4 |
| Tue 16 | Internal update calls | 0.2 |
|  | Destruction of Project Larch materials | 1.2 |
|  | Review/analyze docket items | 0.3 |
| Wed 17 | Review/analyze docket items | 0.4 |
| Fri 18 | Review/analyze docket items | 0.6 |
| Mon 21 | Review/analyze docket items | 0.3 |
| Wed 23 | Review/analyze docket items | 0.5 |
| Wed 31 | Review strategic plan information | 4.0 |
|  | TOTAL TIME (hrs) | 14.3 |

**WR Grace**
**August 2011 Time - Benjamin Fischer, Analyst**

| Day/Date | Action | Time |
|---|---|---|
| Tues 23 | Prepare analysis of trading comparables | 4.3 |
| Wed 24 | Research comparable companies' share repurchase programs | 2.1 |
|  | TOTAL TIME (hrs) | 6.4 |