# EXHIBIT B

### W.R. Grace
### Detail of expenses (August 1, 2011 – August 31, 2011)

<u>Communication</u>
Telephone                                                              $137.62
Express Mail                                                            $16.88

                      **Total Communication:**                                  **$ 154.50**

**TOTAL EXPENSES:**                                                **$ 154.50**