**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

_____

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.,** | ) | **Case No. 01-1139 (JKF)** |
| | ) | **Jointly Administered** |
| | ) | |
| **Debtors.** | ) | Objection Date: January 9, 2012 at 4:00 p.m. |
| | ) | Hearing: Scheduled if Necessary (Negative Notice) |

_____

**COVER SHEET TO TWENTY-FIFTH MONTHLY INTERIM APPLICATION OF
LINCOLN PARTNERS ADVISORS LLC, FINANCIAL ADVISOR TO DAVID T.
AUSTERN, ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE, FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
<u>SEPTEMBER 1, 2011 THROUGH SEPTEMBER 30, 2011</u>**

| | |
|---|---|
| Name of Applicant: | Lincoln Partners Advisors LLC |
| Authorized to Provide Professional Services to: | David T. Austern, Asbestos PI Future Claimants' Representative |
| Date of Retention: | November 18, 2009, *nunc pro tunc* to September 1, 2009 |
| Period for which compensation and reimbursement is sought: | September 1, 2011 – September 30, 2011 |
| 100% of Compensation sought as actual, reasonable and necessary: | $60,000.00 |
| 80% of Compensation sought as actual, reasonable and necessary: | $48,000.00 |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $195.59 |

This is a    <u> x </u> monthly                    __ interim                    ___ final application

**LINCOLN PARTNERS ADVISORS LLC'S SUMMARY OF PROFESSIONALS AND
PARAPROFESSIONALS RENDERING SERVICES FROM
SEPTEMBER 1, 2011 THROUGH SEPTEMBER 30, 2011**

| Name of Professional Person | Position of the Applicant | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Joseph J. Radecki, Jr. | Managing Director | NA | 30.0 | $60,000.00 |
| Jason Solganick | Director | NA | 23.1 | |
| Claire Burke | Associate | NA | 18.7 | |
| Benjamin Fischer | Analyst | NA | 11.4 | |
| Grand Total: | | | **83.2** | **$60,000.00** |
| Blended Rate: | | | 83.2 | $721.15 |

**COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)**

**September 1-30, 2011**

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations Related | | NA |
| Case Administration Related | | NA |
| Financial Analysis Related | | NA |
| Hearings | | NA |
| **TOTAL** | **83.2** | **NA** |

**EXPENSE SUMMARY (Exhibit B, Expense Detail)**

Communication                                         $195.59

**TOTAL Out-of-Pocket Expenses:**                     **$195.59**

---

1 Lincoln Partners Advisors LLC does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.

Respectfully submitted,


LINCOLN PARTNERS ADVISORS LLC


By:*/S/ JASON SOLGANICK*
    Jason Solganick
    Director
    360 Madison Ave, 21st Floor
    New York, NY 10017
    Telephone: (212) 277-8100


Dated: December 16, 2011