# EXHIBIT A

**WR Grace**
**September 2011 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| Thu 1 | Comm w/Blackstone (JOC) re strategic plan docs | 0.3 |
| | Review/analysis docket items | 0.4 |
| Fri 2 | Review analysis strategic plan | 1.5 |
| | Comm w/OHS (RF) re Equity Cmte mtg re plan | 0.7 |
| | Review/analysis docket items | 0.2 |
| Tue 6 | Comm w/OHS (RW) re warrant repurchase | 0.5 |
| | Comm w/OHS (RF) re scheduling with ACC | 0.5 |
| | Review analysis strategic plan | 1.7 |
| | Review/analysis docket items | 0.2 |
| Wed 7 | Comm w/OHS (RW) re strategic plan | 0.4 |
| | Comm w/Blackstone (AS) re 9/9 call | 0.3 |
| Thu 8 | Review call w/ACC, advisors re plan | 1.3 |
| | Analysis Trust asset values | 2.5 |
| | Review/analysis docket items | 0.2 |
| Fri 9 | Review call all parties re strategic plan | 1.0 |
| | Comms w/OHS (RF, RW) re strategic plan | 0.5 |
| | Analysis Trust asset values | 2.0 |
| | Review/analysis docket items | 0.2 |
| | Comm w/Blackstone (JOC) re plan | 0.5 |
| Mon 12 | Comms w/OHS (RF, RW) re startegic plan | 1.0 |
| | Comm w/Blackstone (JOC) re plan | 0.5 |
| | Comm w/OHS (RF) re Equity Cmte | 0.4 |
| | Comm w/Blackstone (JOC) re Project Plate | 0.5 |
| | Review/analysis docket items | 0.2 |
| | Research Weschler | 0.9 |
| Tue 13 | Review/analysis docket items | 0.4 |
| Thu 15 | Comm w/OHS (RW) re Tust assets value | 1.0 |
| | Review/analysis docket items | 0.3 |
| Fri 16 | Comm w/OHS (RW) re Tust assets value | 1.1 |
| Mon 19 | Comm w/Blackstone (AS) re Project Plate | 0.9 |
| | Review/analysis docket items | 0.2 |
| Tue 20 | Review/analysis docket items | 0.5 |
| Wed 21 | Review/analysis docket items | 0.2 |
| | August time sheets | 2.0 |
| Fri 23 | Review/analysis docket items | 0.4 |
| Mon26 | Research SEE debt activity | 1.2 |
| | Review/analysis docket items | 0.2 |
| Tue 27 | Research/ anlysis re SEE acquisition of Diversey | 2.4 |
| | Review/analysis docket items | 0.2 |
| Thu 29 | Review/analysis docket items | 0.3 |
| Fri 30 | Review/analysis docket items | 0.3 |
| | TOTAL HOURS | 30.0 |

**WR Grace**
**September 2011 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| Thu 1 | Review strategic plan information | 1.4 |
| Fri 2 | Review docket and analysis | 0.2 |
| Tue 6 | Conference call re: exit financing issues | 0.7 |
|  | Financial analysis re: exit fianancing issues | 0.5 |
|  | Call to Jaime O'Connell (Blackstone) re: exit financing issues | 0.2 |
|  | Financial analysis re: trust assets | 1.5 |
|  | Response to fee auditor questions | 0.4 |
| Wed 7 | Financial analysis re: trust assets | 2.2 |
|  | Call w/ Rick Wyron (Orrick) re: trust assets | 0.1 |
| Thu 8 | Financial analysis re: trust assets | 2.7 |
|  | Calls w/ Orrick, COFC and Caplin re: exit financing issues w/ prep | 1.2 |
|  | Review docket and analysis | 0.3 |
| Fri 9 | Review strategic plan information | 1.5 |
|  | Call w/ Grace and advisors re: strategic plan | 0.5 |
| Mon 12 | Call w/ Rick Wyron (Orrick) re: trust assets w/ prep | 0.5 |
|  | Financial analysis re: trust assets | 1.0 |
| Tue 13 | Review Project Plate information | 0.5 |
| Wed 14 | Review docket and analysis | 0.3 |
| Thu 15 | Conference calls re: Project Plate w/ prep | 1.2 |
|  | Preparation of memo re: Project Plate | 0.5 |
|  | Financial analysis re: trust assets | 0.3 |
|  | Call w/ Rick Wyron (Orrick) re: trust assets | 0.2 |
| Fri 16 | Review docket and analysis | 0.2 |
| Mon 19 | Project Plate update | 0.2 |
| Thu 22 | Review docket and analysis | 0.3 |
| Mon 26 | Review docket and analysis | 0.2 |
| Tue 27 | Financial analysis and preparatioin of memo re: trust assets | 2.5 |
| Thu 29 | Review docket and analysis | 0.3 |
| Fri 30 | Financial analysis re: trust assets | 1.5 |
|  | TOTAL TIME (hrs) | 23.1 |

**WR Grace**
**September 2011 Time - Claire Burke, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Thu 1 | Review strategic plan information | 2.0 |
|  | Review/analyze docket items | 0.3 |
| Fri 9 | Review strategic plan information | 3.0 |
|  | Call w/ Grace and advisors re: strategic plan | 1.3 |
| Tue 13 | Review Project Plate information | 0.5 |
| Wed 14 | Review/analyze docket items | 0.4 |
| Thu 15 | Conference calls re: Project Plate w/ prep | 1.5 |
|  | Preparation of memo re: Project Plate | 3.0 |
| Mon 19 | Project Plate update | 0.5 |
| Tue 27 | Review SEE acquisition | 2.6 |
| Thu 29 | Review/analyze docket items | 0.5 |
| Fri 30 | Review SEE analyst research | 3.1 |
|  | TOTAL TIME (hrs) | 18.7 |

**WR Grace**
**September 2011 Time - Benjamin Fischer, Analyst**

| Day/Date | Action | Time |
|---|---|---|
| Fri 2 | Review Grace strategic plan | 1.2 |
|  | Review Grace three year financial projections | 1.4 |
| Wed 6 | Prepare financial analysis for share repurchase program | 3.9 |
| Thurs 7 | Revise financial analysis for share repurchase program | 2.6 |
| Thurs 27 | Review analyst commentary on Sealed Air's acquisition of Diversey | 2.3 |
|  | TOTAL TIME (hrs) | 11.4 |