# EXHIBIT B

**W.R. Grace**
**Detail of expenses (September 1, 2011 – September 30, 2011)**

Communication
Telephone                                                $195.59

      **Total Communication:**                     **$ 195.59**

**TOTAL EXPENSES:**                                         **$ 195.59**