IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

_____
                                            )
In re:                                      )    Chapter 11
                                            )
W.R. GRACE & CO., et al.,                   )    Case No. 01-1139 (JKF)
                                            )    Jointly Administered
                                            )
           Debtors.                         )    Objection Date: January 9, 2012 at 4:00 p.m.
_____)    Hearing: Scheduled if Necessary (Negative Notice)

**COVER SHEET TO TWENTY-SIXTH MONTHLY INTERIM APPLICATION OF LINCOLN PARTNERS ADVISORS LLC, FINANCIAL ADVISOR TO DAVID T. AUSTERN, ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD <u>OCTOBER 1, 2011 THROUGH OCTOBER 31, 2011</u>**

| | |
|---|---|
| Name of Applicant: | Lincoln Partners Advisors LLC |
| Authorized to Provide Professional Services to: | David T. Austern, Asbestos PI Future Claimants' Representative |
| Date of Retention: | November 18, 2009, *nunc pro tunc* to September 1, 2009 |
| Period for which compensation and reimbursement is sought: | October 1, 2011 – October 31, 2011 |
| 100% of Compensation sought as actual, reasonable and necessary: | $45,000.00 |
| 80% of Compensation sought as actual, reasonable and necessary: | $36,000.00 |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $    234.01 |

This is a   <u> x </u> monthly          __ interim          ___ final application

**LINCOLN PARTNERS ADVISORS LLC'S SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES FROM OCTOBER 1, 2011 THROUGH OCTOBER 31, 2011**

| Name of Professional Person | Position of the Applicant | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Joseph J. Radecki, Jr. | Managing Director | NA | 29.4 | $45,000.00 |
| Jason Solganick | Director | NA | 12.3 | |
| Claire Burke | Associate | NA | 14.2 | |
| Benjamin Fischer | Analyst | NA | 6.6 | |
| Grand Total: | | | **62.5** | **$45,000.00** |
| Blended Rate: | | | 62.5 | $720.00 |

**COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)**

**October 1-31, 2011**

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations Related | | NA |
| Case Administration Related | | NA |
| Financial Analysis Related | | NA |
| Hearings | | NA |
| **TOTAL** | **62.5** | **NA** |

**EXPENSE SUMMARY (Exhibit B, Expense Detail)**

| | |
|---|---|
| Communication | $161.29 |
| Administrative | $ 72.72 |
| **TOTAL Out-of-Pocket Expenses:** | **$234.01** |

---

[1] Lincoln Partners Advisors LLC does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.

Respectfully submitted,

LINCOLN PARTNERS ADVISORS LLC

By:/S/ JASON SOLGANICK
   Jason Solganick
   Director
   360 Madison Ave, 21st Floor
   New York, NY 10017
   Telephone: (212) 277-8100

Dated: December 16, 2011