# EXHIBIT A

**WR Grace**
**October 2011 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| Mon 3 | Comm w/OHS (RW) re canadian counsel work | 0.4 |
| | Review/analysis docket items | 0.2 |
| Tue 4 | Review/analysis docket items | 0.2 |
| Wed 5 | Review/analysis docket items | 0.2 |
| Thu 6 | Review/analysis docket items | 0.2 |
| Fri 7 | Review/analysis docket items | 0.2 |
| Mon 10 | Review/analysis docket items | 1.1 |
| Tue 11 | Comm w/Blackstone (AS) re Project Plate, follow up | 0.3 |
| | Review/analysis docket items | 0.2 |
| Wed 12 | Review/analysis docket items | 0.3 |
| Thu 13 | Comm w/OHS re Trust CF | 0.4 |
| | Analysis Trust cash flows | 3.6 |
| | Review/analysis docket items | 0.2 |
| Fri 14 | Review/analysis docket items | 0.3 |
| Mon 17 | Review/finalize fee app work | 2.0 |
| Tue 18 | Comm w/Blackstone (JOC) re OCP, Project Plate, mergers | 0.2 |
| | Comm w/OHS (RW) re OCP, Project Plate, mergers | 0.3 |
| | Review/analysis docket items | 2.2 |
| Wed 19 | Analysis on mergers | 2.1 |
| | Review/analysis docket items | 0.2 |
| Thu 20 | Comm w/Blackstone (JOC) re additional claims analysis | 1.4 |
| | Analysis on mergers | 3.2 |
| | Review/analysis docket items | 0.3 |
| Fri 21 | C/C all hands on claim review | 1.3 |
| | Review/analysis docket items | 0.2 |
| Mon 24 | Analysis on mergers | 1.0 |
| | Review/analysis docket items | 0.2 |
| Tue 25 | Grace earnings call | 1.0 |
| | Review earnings release | 0.7 |
| | Review/analysis docket items | 0.2 |
| Wed 26 | Comm w/OHS (RW) on mergers | 1.0 |
| | Review analyst commentary on earnings | 1.2 |
| | Review/analysis docket items | 0.2 |
| Thu 27 | Comm w/OHS, FCR re scheduling financial review | 0.5 |
| | Review/analysis docket items | 0.2 |
| Fri 28 | Review/analysis docket items | 0.3 |
| Mon 31 | Comm w/OHS (RW) re Project Plate, follow up | 0.4 |
| | Analysis on mergers | 1.1 |
| | Review/analysis docket items | 0.2 |
| | TOTAL TIME (hrs) | 29.4 |

**WR Grace**
**October 2011 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| Mon 3 | Review docket and analysis | 0.2 |
| Tue 4 | Financial analysis re: trust assets | 0.5 |
| Thu 6 | Review docket and analysis | 0.3 |
| Mon 10 | Review docket and analysis | 0.3 |
| Tue 11 | Review opinion re: Garlock | 0.3 |
| Wed 12 | Review docket and analysis | 0.2 |
| Thu 13 | Internal discussions | 0.2 |
|  | Financial analysis re: trust assets | 0.7 |
| Fri 14 | Review docket and analysis | 0.3 |
| Wed 19 | Review docket and analysis | 0.4 |
| Fri 21 | Review docket and analysis | 0.2 |
| Mon 24 | Review motion re: merger of subsidiaries | 1.4 |
|  | Review Project Plate information | 0.7 |
| Tue 25 | Grace earnings call | 0.8 |
|  | Review Grace earnings information | 0.5 |
|  | Review docket and analysis | 0.2 |
| Wed 26 | Review of info re: merger of subsidiaries | 1.2 |
|  | Call w/ Orrick re: merger of subsidiaries | 0.4 |
| Thu 27 | Review of info re: merger of subsidiaries | 1.0 |
|  | Preparation of memo re: 3Q results | 1.2 |
|  | Conference call re: merger of subsidiaries | 0.8 |
| Fri 28 | Review docket and analysis | 0.3 |
| Mon 31 | Financial analysis re: trust assets | 0.2 |
|  | **TOTAL TIME (hrs)** | **12.3** |

**WR Grace**
**October 2011 Time - Claire Burke, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Wed 5 | Review/analyze docket items | 0.4 |
| Fri 7 | Review/analyze docket items | 0.5 |
| Mon 10 | Review/analyze docket items | 0.5 |
| Tue 11 | Review/analyze docket items | 0.2 |
| Thu 13 | Internal discussions | 0.2 |
|  | Financial analysis re: trust assets | 2.0 |
| Fri 14 | Review/analyze docket items | 0.3 |
| Mon 17 | Review/analyze docket items | 0.6 |
| Thu 20 | Review/analyze docket items | 0.5 |
| Tue 25 | Grace 3Q earnings news review | 1.5 |
|  | Review/analyze docket items | 0.2 |
| Wed 26 | Grace 3Q financial results review & earnings call | 4.0 |
| Thu 27 | Preparation of memo re: 3Q results | 2.0 |
|  | Review/analyze docket items | 0.3 |
| Fri 28 | Preparation of memo re: 3Q results | 1.0 |
|  | **TOTAL TIME (hrs)** | **14.2** |

**WR Grace**
**October 2011 Time - Benjamin Fischer, Analyst**

| Day/Date | Action | Time |
|---|---|---|
| Tues 18 | Review/analyze docket items | 0.7 |
| Tues 25 | Review Grace's third quarter financial performance | 2.8 |
| Wed 26 | Preparation of memo re: Grace's third quarter financial performance | 3.1 |
| | TOTAL TIME (hrs) | 6.6 |