# EXHIBIT B

**W.R. Grace**
**Detail of expenses (October 1, 2011 – October 31, 2011)**

Communication
Telephone                                                                                  $161.29

                **Total Communication:**                                                    **$ 161.29**

Administrative
Fee for Public Access to Electronic Court Records          $ 72.72

                **Total Administrative:**                                                      **$ 72.72**

**TOTAL EXPENSES:**                                                                  **$ 234.01**