## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W. R. GRACE & CO., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | Obj. Deadline: January 9, 2012 at 4:00pm |

## ONE HUNDRED AND FOURTH APPLICATION OF BLACKSTONE ADVISORY PARTNERS L.P. AS FINANCIAL ADVISOR TO W. R. GRACE & CO. AND AFFILIATES FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF OCTOBER 1, 2011 THROUGH OCTOBER 31, 2011

Name of Applicant:                     Blackstone Advisory Partners L.P.

Authorized to Provide
Professional Services to:              Debtors

Date of Retention Order:              June 22, 2001, effective April 2, 2001

Period for which compensation and
reimbursement is sought:             October 1, 2011 through October 31, 2011

| Amount of Compensation sought as actual, reasonable and necessary: | Total $25,000.00 | (Holdback @ 20%) ($5,000.00) |
|---|---|---|

Amount of Expense Reimbursement
sought as actual, reasonable and necessary:     $1,430.65

Amount of Cash Payment Sought:          $21,430.65

This is a _x_ monthly __ interim ___ final application

Summary of Monthly Applications:

| Date Filed | Period(s) Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses | Unapproved Holdback(s) | Unpaid Holdbacks |
|---|---|---|---|---|---|---|---|
| 07/31/01 | 04/02/01 – 06/30/01 | $519,166.66 | 7,663.95 | $519,166.66 | 7,663.95 | $-- | $-- |
| 08/24/01 | 07/01/01 – 07/31/01 | 175,000.00 | 3,504.53 | 175,000.00 | 3,504.53 | -- | -- |
| 10/16/01 | 08/01/01 – 08/31/01 | 175,000.00 | 16,124.84 | 175,000.00 | 16,124.84 | -- | -- |
| 11/21/01 | 09/01/01 – 09/30/01 | 175,000.00 | 11,846.09 | 175,000.00 | 11,846.09 | -- | -- |
| 11/30/01 | 10/01/01 – 10/31/01 | 175,000.00 | 5,042.39 | 175,000.00 | 5,042.39 | -- | -- |
| 01/31/02 | 11/01/01 – 11/30/01 | 175,000.00 | 7,477.10 | 175,000.00 | 7,477.10 | -- | -- |
| 01/31/02 | 12/01/01 – 12/31/01 | 175,000.00 | 2,133.92 | 175,000.00 | 2,133.92 | -- | -- |
| 03/15/02 | 01/01/02 – 01/31/02 | 175,000.00 | 5,140.26 | 175,000.00 | 5,140.26 | -- | -- |
| 04/05/02 | 02/01/02 – 02/28/02 | 175,000.00 | 1,719.69 | 175,000.00 | 1,719.69 | -- | -- |
| 05/02/02 | 03/01/02 – 03/31/02 | 175,000.00 | 631.92 | 175,000.00 | 631.92 | -- | -- |
| 07/25/02 | 04/01/02 – 04/30/02 | 175,000.00 | 2,736.03 | 175,000.00 | 2,736.03 | -- | -- |
| 08/15/02 | 05/01/02 – 05/31/02 | 175,000.00 | 516.61 | 175,000.00 | 516.61 | -- | -- |
| 08/15/02 | 06/01/02 – 06/30/02 | 175,000.00 | 733.20 | 175,000.00 | 733.20 | -- | -- |
| 11/13/02 | 07/01/02 – 07/31/02 | 175,000.00 | 2,603.74 | 175,000.00 | 2,603.74 | -- | -- |
| 11/13/02 | 08/01/02 – 08/31/02 | 175,000.00 | 3,547.21 | 175,000.00 | 3,547.21 | -- | -- |
| 11/13/02 | 09/01/02 – 09/30/02 | 175,000.00 | 1,611.87 | 175,000.00 | 1,611.87 | -- | -- |
| 02/14/03 | 10/01/02 – 10/31/02 | 175,000.00 | 1,848.24 | 175,000.00 | 1,848.24 | -- | -- |
| 02/14/03 | 11/01/02 – 11/30/02 | 175,000.00 | 2,109.76 | 175,000.00 | 2,109.76 | -- | -- |
| 02/14/03 | 12/01/02 – 12/31/02 | 175,000.00 | 1,570.49 | 175,000.00 | 1,570.49 | -- | -- |
| 03/25/04 | 01/01/03 – 12/31/03 | 525,000.00 | 10,063.83 | 525,000.00 | 10,063.83 | -- | -- |
| 08/17/04 | 01/01/04 – 06/30/04 | 525,000.00 | 2,833.02 | 525,000.00 | 2,833.02 | -- | -- |
| 11/15/04 | 07/01/04 – 09/30/04 | 525,000.00 | 22,158.70 | 525,000.00 | 22,158.70 | -- | -- |
| 11/24/04 | 10/01/04 – 10/31/04 | 175,000.00 | 3,635.27 | 175,000.00 | 3,635.27 | -- | -- |
| 01/24/05 | 11/01/04 – 11/30/04 | 175,000.00 | 4,369.47 | 175,000.00 | 4,369.47 | -- | -- |
| 01/24/05 | 12/01/04 – 12/31/04 | 175,000.00 | 1,129.94 | 175,000.00 | 1,129.94 | -- | -- |
| 03/07/05 | 01/01/05 – 01/31/05 | 175,000.00 | 2,347.64 | 175,000.00 | 2,347.64 | -- | -- |
| 05/19/05 | 02/01/05 – 02/28/05 | 175,000.00 | 742.42 | 175,000.00 | 742.42 | -- | -- |
| 05/19/05 | 03/01/05 – 03/31/05 | 175,000.00 | 1,106.33 | 175,000.00 | 1,106.33 | -- | -- |
| 08/26/05 | 04/01/05 – 04/30/05 | 100,000.00 | 3,082.08 | 100,000.00 | 3,082.08 | -- | -- |
| 08/26/05 | 05/01/05 – 05/31/05 | 50,000.00 | 1,709.38 | 50,000.00 | 1,709.38 | -- | -- |
| 08/26/05 | 06/01/05 – 06/30/05 | 50,000.00 | 2,917.10 | 50,000.00 | 2,917.10 | -- | -- |
| 05/10/06 | 07/01/05 – 07/31/05 | 75,000.00 | 2,289.24 | 75,000.00 | 2,289.24 | -- | -- |
| 05/10/06 | 08/01/05 – 08/31/05 | 50,000.00 | 2,304.36 | 50,000.00 | 2,304.36 | -- | -- |
| 05/10/06 | 09/01/05 – 09/30/05 | 25,000.00 | 679.00 | 25,000.00 | 679.00 | -- | -- |
| 06/21/06 | 10/01/05 – 10/31/05 | 100,000.00 | 786.97 | 100,000.00 | 786.97 | -- | -- |
| 06/21/06 | 11/01/05 – 11/30/05 | 100,000.00 | 1,854.08 | 100,000.00 | 1,854.08 | -- | -- |
| 06/21/06 | 12/01/05 – 12/31/05 | 100,000.00 | 488.35 | 100,000.00 | 488.35 | -- | -- |
| 07/25/06 | 01/01/06 – 01/31/06 | 50,000.00 | 1,369.41 | 50,000.00 | 1,369.41 | -- | -- |
| 07/25/06 | 02/01/06 – 02/28/06 | 100,000.00 | 560.94 | 100,000.00 | 560.94 | -- | -- |
| 07/25/06 | 03/01/06 – 03/31/06 | 100,000.00 | 1,273.41 | 100,000.00 | 1,273.41 | -- | -- |
| 09/21/06 | 04/01/06 – 04/30/06 | 75,000.00 | 208.81 | 75,000.00 | 208.81 | -- | -- |
| 09/21/06 | 05/01/06 – 05/31/06 | 100,000.00 | 1,660.26 | 100,000.00 | 1,660.26 | -- | -- |
| 09/21/06 | 06/01/06 – 06/30/06 | 125,000.00 | 2,155.45 | 125,000.00 | 2,155.45 | -- | -- |
| 10/18/06 | 07/01/06 – 07/31/06 | 125,000.00 | 4,794.17 | 125,000.00 | 4,794.17 | -- | -- |
| 11/30/06 | 08/01/06 – 08/31/06 | 75,000.00 | 1,665.99 | 75,000.00 | 1,665.99 | -- | -- |
| 11/30/06 | 09/01/06 – 09/30/06 | 75,000.00 | 995.60 | 75,000.00 | 995.60 | -- | -- |
| 02/28/07 | 10/01/06 – 10/31/06 | 100,000.00 | 704.00 | 100,000.00 | 704.00 | -- | -- |
| 02/28/07 | 11/01/06 – 11/30/06 | 175,000.00 | 1,104.42 | 175,000.00 | 1,104.42 | -- | -- |
| 02/28/07 | 12/01/06 – 12/31/06 | 150,000.00 | 1,509.61 | 150,000.00 | 1,509.61 | -- | -- |

| Date Filed | Period(s) Covered | Requested | | Approved | | Unapproved Holdback(s) | Unpaid Holdbacks |
|------------|-------------------|-----------|--|----------|--|------------------------|------------------|
| | | Fees | Expenses | Fees | Expenses | | |
| 04/10/07 | 01/01/07 – 01/31/07 | 100,000.00 | 5,412.84 | 100,000.00 | 5,412.84 | -- | -- |
| 06/29/07 | 02/28/07 – 02/28/07 | 100,000.00 | 1,260.82 | 100,000.00 | 1,260.82 | -- | -- |
| 06/29/07 | 03/01/07 – 03/31/07 | 100,000.00 | 535.30 | 100,000.00 | 535.30 | -- | -- |
| 09/20/07 | 04/01/07 – 04/30/07 | 100,000.00 | 3,145.97 | 100,000.00 | 3,145.97 | -- | -- |
| 09/20/07 | 05/01/07 – 05/31/07 | 125,000.00 | 148.40 | 125,000.00 | 148.40 | -- | -- |
| 09/20/07 | 06/01/07 – 06/30/07 | 125,000.00 | 584.53 | 125,000.00 | 584.53 | -- | -- |
| 11/19/07 | 07/01/07 – 07/31/07 | 125,000.00 | 786.94 | 125,000.00 | 786.94 | -- | -- |
| 11/19/07 | 08/01/07 – 08/31/07 | -- | 997.55 | -- | 997.55 | -- | -- |
| 11/19/07 | 09/01/07 – 09/30/07 | 75,000.00 | 585.59 | 75,000.00 | 585.59 | -- | -- |
| 03/13/08 | 10/01/07 – 10/31/07 | 100,000.00 | 1,518.85 | 100,000.00 | 1,518.85 | -- | -- |
| 03/13/08 | 11/01/07 – 11/30/07 | 75,000.00 | 241.73 | 75,000.00 | 241.73 | -- | -- |
| 03/13/08 | 12/01/07 – 12/31/07 | 50,000.00 | 270.44 | 50,000.00 | 270.44 | -- | -- |
| 05/22/08 | 01/01/08 – 01/31/08 | 100,000.00 | 2,618.39 | 100,000.00 | 2,618.39 | -- | -- |
| 05/22/08 | 02/01/08 – 02/29/08 | 150,000.00 | 377.34 | 150,000.00 | 377.34 | -- | -- |
| 05/22/08 | 03/01/08 – 03/31/08 | 75,000.00 | 1,468.54 | 75,000.00 | 1,468.54 | -- | -- |
| 10/16/08 | 04/01/08 – 04/30/08 | 150,000.00 | 370.04 | 150,000.00 | 370.04 | -- | -- |
| 10/16/08 | 05/01/08 – 05/31/08 | 125,000.00 | 868.61 | 125,000.00 | 868.61 | -- | -- |
| 10/16/08 | 06/01/08 – 06/30/08 | 175,000.00 | 7,178.80 | 175,000.00 | 7,178.80 | -- | -- |
| 01/09/09 | 07/01/08 – 07/31/08 | 175,000.00 | 1,507.33 | 175,000.00 | 1,507.33 | -- | -- |
| 01/09/09 | 08/01/08 – 08/31/08 | 175,000.00 | 3,482.81 | 175,000.00 | 3,482.81 | -- | -- |
| 01/09/09 | 09/01/08 – 09/30/08 | 175,000.00 | 7,491.74 | 175,000.00 | 7,491.74 | -- | -- |
| 01/09/09 | 10/01/08 – 10/31/08 | 150,000.00 | 3,166.54 | 120,000.00 | 3,166.54 | -- | -- |
| 04/20/09 | 11/01/08 – 11/30/08 | 75,000.00 | 3,762.45 | 75,000.00 | 3,762.45 | -- | -- |
| 04/20/09 | 12/01/08 – 12/31/08 | 75,000.00 | 4,251.05 | 75,000.00 | 4,251.05 | -- | -- |
| 07/06/09 | 01/01/09 – 01/31/09 | 75,000.00 | 407.84 | 75,000.00 | 407.84 | -- | -- |
| 07/06/09 | 02/01/09 – 02/28/09 | 175,000.00 | 840.67 | 175,000.00 | 840.67 | -- | -- |
| 07/06/09 | 03/01/09 – 03/31/09 | 150,000.00 | 1,515.13 | 150,000.00 | 1,515.13 | -- | -- |
| 09/03/09 | 04/01/09 – 04/30/09 | 150,000.00 | 1,757.02 | 150,000.00 | 1,757.02 | -- | -- |
| 09/03/09 | 05/01/09 – 05/31/09 | 175,000.00 | 4,503.06 | 175,000.00 | 1,515.13 | -- | -- |
| 09/03/09 | 06/01/09 – 06/30/09 | 175,000.00 | 4,246.49 | 175,000.00 | 4,246.49 | -- | -- |
| 12/14/09 | 07/01/09 – 07/31/09 | 175,000.00 | 10,766.12 | 175,000.00 | 10,766.12 | -- | -- |
| 12/14/09 | 08/01/09 – 08/31/09 | 175,000.00 | 2,367.44 | 175,000.00 | 2,367.44 | -- | -- |
| 12/14/09 | 09/01/09 – 09/30/09 | 100,000.00 | 3,953.33 | 100,000.00 | 3,953.33 | -- | -- |
| 12/15/09 | 10/01/09 – 10/31/09 | 100,000.00 | 1,354.62 | 100,000.00 | 1,354.62 | -- | -- |
| -- | 11/01/09 – 11/30/09 | -- | -- | -- | -- | -- | -- |
| 02/12/10 | 12/01/09 – 12/31/09 | 100,000.00 | 1,839.20 | 100,000.00 | 1,839.20 | -- | -- |
| 03/12/10 | 01/01/10 – 01/31/10 | 150,000.00 | 1,633.77 | 150,000.00 | 1,633.77 | -- | -- |
| -- | 02/01/10 – 02/28/10 | -- | -- | -- | -- | -- | -- |
| 04/29/10 | 03/01/10 – 03/31/10 | 175,000.00 | 4,238.44 | 175,000.00 | 4,238.44 | -- | -- |
| 05/28/10 | 04/01/10 – 04/30/10 | 175,000.00 | 4,575.58 | 175,000.00 | 4,575.58 | -- | -- |
| 06/25/10 | 05/01/10 – 05/31/10 | 175,000.00 | 7,750.24 | 175,000.00 | 7,750.24 | -- | -- |
| 08/05/10 | 06/01/10 – 06/30/10 | 175,000.00 | 5,202.91 | 175,000.00 | 5,202.91 | -- | -- |
| 09/09/10 | 07/01/10 – 07/31/10 | 50,000.00 | 6,204.42 | 50,000.00 | 6,204.42 | -- | -- |
| -- | 08/01/10 – 08/31/10 | -- | -- | -- | -- | -- | -- |
| 11/16/10 | 09/01/10 – 09/30/10 | 125,000.00 | 2,435.45 | 125,000.00 | 1,283.70 | -- | |
| 12/13/10 | 10/01/10 – 10/31/10 | 175,000.00 | 475.19 | 175,000.00 | 475.19 | -- | |
| 02/01/11 | 11/01/10 – 11/30/10 | 175,000.00 | 2,625.52 | 175,000.00 | 2,625.52 | -- | -- |
| 02/09/11 | 12/01/10 – 12/31/10 | 125,000.00 | 590.30 | 125,000.00 | 590.30 | -- | -- |
| 02/25/11 | 01/01/11 – 01/31/11 | 175,000.00 | 1,365.89 | 175,000.00 | 1,365.89 | -- | -- |
| 04/05/11 | 02/01/11 – 02/28/11 | 175,000.00 | 2,531.48 | 175,000.00 | 2,531.48 | -- | -- |
| 04/28/11 | 03/01/11 – 03/31/11 | 125,000.00 | 714.49 | 125,000.00 | 714.49 | -- | -- |

| Date Filed | Period(s) Covered | Requested | | Approved | | Unapproved Holdback(s) | Unpaid Holdbacks |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | | |
| 06/06/11 | 04/01/11 – 04/30/11 | 175,000.00 | 1,130.07 | 140,000.00 | 1,130.07 | 35,000.00 | 35,000.00 |
| 07/19/11 | 05/01/11 – 05/30/11 | 175,000.00 | 711.36 | 140,000.00 | 711.36 | 35,000.00 | 35,000.00 |
| 08/05/11 | 06/01/11 – 06/30/11 | 175,000.00 | 46.88 | 140,000.00 | 46.88 | 35,000.00 | 35,000.00 |
| 09/22/11 | 07/01/11 – 07/31/11 | 175,000.00 | 896.76 | 140,000.00 | 896.76 | 35,000.00 | 35,000.00 |
| 10/13/11 | 08/01/11 – 08/31/11 | 125,000.00 | 834.50 | 100,000.00 | 834.50 | 25,000.00 | 25,000.00 |
| 11/28/11 | 09/01/11 – 09/30/11 | 75,000.00 | 150.00 | 60,000.00 | 150.00 | 15,000.00 | 15,000.00 |

# Blackstone Advisory Partners L.P.

December 18, 2011

Mr. Fred Festa
Chairman and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | |
|---|---|---|
| Monthly Fee for the period of October 1, 2011 through October 31, 2011: | $ | 25,000.00 |
| Less: 20% holdback pursuant to the Court's Administrative Order: | | (5,000.00) |

Out-of-pocket expenses processed for the period through October 31, 2011: [1]

| | | | |
|---|---|---|---|
| Ground Transportation | $ | 470.55 | |
| Meals | | 709.64 | |
| Lodging | | 215.51 | |
| Research | | 34.95 | 1,430.65 |
| **Total Amount Due** | | $ | **21,430.65** |

**Please wire transfer funds to:**

JP Morgan Chase
One Chase Manhattan Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Partners L.P.
Account Receivable Dept. 16th Floor
Account # 066-287472

**Invoice Number: 64053**

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

Blackstone Advisory Partners L.P.
345 Park Avenue
New York, NY 10154
212 583-5000

W. R. Grace & Co.
Summary of Expenses
Through October 31, 2011
Invoice Number: 64053

|  | GL Detail Oct-11 | Total Expenses |
|---|---|---|
| Ground Transportation - Local Travel | $ 314.55 | $ 314.55 |
| Ground Transportation - Railroad | 156.00 | 156.00 |
| Employee Meals | 709.64 | 709.64 |
| Lodging | 215.51 | 215.51 |
| External Research - Online Database | 34.95 | 34.95 |
| **Total Expenses** | $ 1,430.65 | $ 1,430.65 |
|  | | |
| **Ground Transportation** | | $ 470.55 |
| **Meals** | | 709.64 |
| **Lodging** | | 215.51 |
| **Research** | | 34.95 |
|  | | |
| **Total Expenses** | | $ 1,430.65 |

W. R. Grace & Co.
Detail of Expenses Processed
Through October 31, 2011
Invoice Number: 64053

### Ground Transportation - Local Travel

| | | |
|---|---|---|
| Jaffe (weeknight taxi home from Blackstone after working late) | 08/01/11 | 10.30 |
| Jaffe (weeknight taxi home from Blackstone after working late) | 08/02/11 | 10.30 |
| Jaffe (weeknight taxi home from Blackstone after working late) | 08/03/11 | 8.70 |
| Jaffe (weeknight taxi home from Blackstone after working late) | 08/15/11 | 9.40 |
| Jaffe (weeknight taxi home from Blackstone after working late) | 08/17/11 | 8.30 |
| Jaffe (weeknight taxi home from Blackstone after working late) | 08/18/11 | 8.52 |
| Jaffe (weekend taxi to Blackstone from home) | 08/21/11 | 8.80 |
| Jaffe (weekend taxi home from Blackstone) | 08/21/11 | 9.90 |
| Jaffe (weeknight taxi home from Blackstone after working late) | 08/22/11 | 9.00 |
| Jaffe (weeknight taxi home from Blackstone after working late) | 08/23/11 | 9.48 |
| Jaffe (weeknight taxi home from Blackstone after working late) | 08/24/11 | 9.90 |
| Jaffe (weeknight taxi home from Blackstone after working late) | 08/25/11 | 10.44 |
| Jaffe (weeknight taxi home from Blackstone after working late) | 08/30/11 | 9.95 |
| Jaffe (weeknight taxi home from Blackstone after working late) | 08/31/11 | 9.50 |
| Jaffe (weeknight taxi home from Blackstone after working late) | 09/01/11 | 9.00 |
| Jaffe (weeknight taxi home from Blackstone after working late) | 09/02/11 | 8.40 |
| Jaffe (weekend taxi to Blackstone from home) | 09/03/11 | 9.48 |
| Jaffe (weekend taxi home from Blackstone) | 09/03/11 | 7.40 |
| Jaffe (weekend taxi home from Blackstone) | 09/04/11 | 9.00 |
| Jaffe (taxi to Blackstone from home on holiday) | 09/05/11 | 8.40 |
| Jaffe (taxi home from Blackstone on holiday) | 09/05/11 | 9.48 |
| Jaffe (weekend taxi to Blackstone from home) | 09/11/11 | 9.50 |
| Jaffe (weekend taxi home from Blackstone) | 09/11/11 | 10.20 |
| Jaffe (weeknight taxi home from Blackstone after working late) | 09/13/11 | 9.90 |
| Jaffe (weeknight taxi home from Blackstone after working late) | 09/14/11 | 9.90 |
| Schlesinger (weeknight taxi home from Blackstone after working late) | 08/23/11 | 29.90 |
| Schlesinger (weeknight taxi home from Blackstone after working late) | 08/24/11 | 28.68 |
| Schlesinger (weeknight taxi home from Blackstone after working late) | 08/25/11 | 22.82 |
| **Subtotal - Ground Transportation - Local Travel** | | **$ 314.55** |

### Ground Transportation - Railroad

| | | |
|---|---|---|
| O'Connell (one-way train travel to Baltimore, MD from New York, NY) | 07/11/11 | 156.00 |
| **Subtotal - Ground Transportation - Railroad** | | **156.00** |

### Employee Meals

| | | |
|---|---|---|
| Jaffe (weeknight working dinner meal @ Blackstone while working late) | 08/02/11 | 23.97 |
| Jaffe (weeknight working dinner meal @ Blackstone while working late) | 08/03/11 | 13.08 |
| Jaffe (weeknight working dinner meal @ Blackstone while working late) | 08/04/11 | 25.00 |
| Jaffe (weeknight working dinner meal @ Blackstone while working late) | 08/16/11 | 25.00 |
| Jaffe (weeknight working dinner meal @ Blackstone while working late) | 08/17/11 | 25.00 |
| Jaffe (weeknight working dinner meal @ Blackstone while working late) | 08/18/11 | 25.00 |
| Jaffe (weeknight working dinner meal @ Blackstone while working late) | 08/19/11 | 25.00 |
| Jaffe (weekend working lunch meal @ Blackstone) | 08/21/11 | 18.44 |
| Jaffe (weekend working dinner meal @ Blackstone) | 08/21/11 | 25.00 |
| Jaffe (weeknight working dinner meal @ Blackstone while working late) | 08/22/11 | 25.00 |
| Jaffe (weeknight working dinner meal @ Blackstone while working late) | 08/23/11 | 25.00 |
| Jaffe (weeknight working dinner meal @ Blackstone while working late) | 08/24/11 | 25.00 |
| Jaffe (weeknight working dinner meal @ Blackstone while working late) | 08/30/11 | 25.00 |
| Jaffe (weeknight working dinner meal @ Blackstone while working late) | 08/31/11 | 25.00 |
| Jaffe (weeknight working dinner meal @ Blackstone while working late) | 09/01/11 | 25.00 |
| Jaffe (weeknight working dinner meal @ Blackstone while working late) | 09/02/11 | 25.00 |
| Jaffe (weekend working lunch meal @ Blackstone) | 09/03/11 | 17.95 |
| Jaffe (weekend working dinner meal @ Blackstone) | 09/03/11 | 25.00 |
| Jaffe (weekend working lunch meal @ Blackstone) | 09/04/11 | 17.20 |
| Jaffe (weekend working dinner meal @ Blackstone) | 09/04/11 | 25.00 |
| Jaffe (working dinner meal @ Blackstone on holiday) | 09/05/11 | 25.00 |
| Jaffe (weeknight working dinner meal @ Blackstone while working late) | 09/08/11 | 25.00 |
| Jaffe (weekend working lunch meal @ Blackstone) | 09/11/11 | 19.00 |
| Jaffe (weekend working dinner meal @ Blackstone) | 09/11/11 | 25.00 |
| Jaffe (weeknight working dinner meal @ Blackstone while working late) | 09/13/11 | 25.00 |
| Schlesinger (weeknight working dinner meal @ Blackstone while working late) | 08/17/11 | 25.00 |
| Schlesinger (weeknight working dinner meal @ Blackstone while working late) | 08/23/11 | 25.00 |
| Schlesinger (weeknight working dinner meal @ Blackstone while working late) | 08/24/11 | 25.00 |
| Schlesinger (weeknight working dinner meal @ Blackstone while working late) | 08/25/11 | 25.00 |

**W. R. Grace & Co.**
**Detail of Expenses Processed**
**Through October 31, 2011**
**Invoice Number: 64053**

| | | | |
|---|---|---|---|
| Schlesinger (weeknight working dinner meal @ Blackstone while working late) | 09/06/11 | 25.00 | |
| | **Subtotal - Employee Meals** | | **709.64** |
| **Lodging** | | | |
| O'Connell (2 day hotel stay in Baltimore, MD) | 07/13/11 | 215.51 | |
| | **Subtotal - Lodging** | | **215.51** |
| | | | |
| **External Research - Online Database** | | | |
| Schlesinger (online data research) | 09/08/11 | 34.95 | |
| | **Subtotal - External Research - Online Database** | | **34.95** |
| | **Total Expenses** | $ | **1,430.65** |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**OCTOBER 1, 2011 THROUGH OCTOBER 31, 2011**

| Professional | Title | Hours |
|---|---|---|
| Jamie O'Connell | Managing Director | 1.2 |
| Adam Schlesinger | Associate | 15.3 |
| Ben Jaffe | Analyst | 20.9 |
| | **Total** | **37.4** |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2011 THROUGH OCTOBER 31, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 10/05/11 | 0.5 | Business Analysis | Review business matter |
| Ben Jaffe | 10/05/11 | 3.5 | Business Analysis | Business analysis |
| Jamie O'Connell | 10/17/11 | 0.3 | Business Analysis | Call with management regarding new business development |
| Ben Jaffe | 10/18/11 | 1.0 | Business Analysis | Business analysis |
| Jamie O'Connell | 10/24/11 | 0.2 | Business Analysis | Call with counsel regarding new business development |
| Jamie O'Connell | 10/24/11 | 0.1 | Business Analysis | Correspondence regarding new business development |
| | | 5.6 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2011 THROUGH OCTOBER 31, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 10/13/11 | 0.5 | Case Administration | Review draft motion |
| Adam Schlesinger | 10/17/11 | 1.0 | Case Administration | Review draft motion |
| Ben Jaffe | 10/17/11 | 2.0 | Case Administration | Motion review |
| | | 3.5 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2011 THROUGH OCTOBER 31, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Ben Jaffe | 10/04/11 | 0.5 | Claims Analysis Objection/Resolution | Call with claims agent |
| Adam Schlesinger | 10/10/11 | 0.1 | Claims Analysis Objection/Resolution | Claims call with company |
| Ben Jaffe | 10/10/11 | 0.1 | Claims Analysis Objection/Resolution | Claims call with company |
| Adam Schlesinger | 10/19/11 | 0.1 | Claims Analysis Objection/Resolution | Claims analysis review |
| Ben Jaffe | 10/19/11 | 0.5 | Claims Analysis Objection/Resolution | Claims analysis |
| Adam Schlesinger | 10/31/11 | 2.0 | Claims Analysis Objection/Resolution | Claims analysis |
| Adam Schlesinger | 10/31/11 | 4.0 | Claims Analysis Objection/Resolution | Claims analysis |
| Ben Jaffe | 10/31/11 | 5.0 | Claims Analysis Objection/Resolution | Claims analysis |
| | | 12.3 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2011 THROUGH OCTOBER 31, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 10/24/11 | 1.0 | Committee | Call with committee advisors regarding various information requests |
| Ben Jaffe | 10/24/11 | 1.0 | Committee | Call with committee advisors regarding various information requests |
| Jamie O'Connell | 10/25/11 | 0.1 | Committee | Review correspondence regarding committee information request |
| Adam Schlesinger | 10/26/11 | 0.5 | Committee | Review committee information request |
| Adam Schlesinger | 10/26/11 | 1.0 | Committee | Call with counsel regarding various information requests |
| Ben Jaffe | 10/26/11 | 1.0 | Committee | Call with counsel regarding various information requests |
| Ben Jaffe | 10/26/11 | 1.0 | Committee | Call with counsel regarding various information requests |
| Jamie O'Connell | 10/26/11 | 0.2 | Committee | Call with counsel regarding information request |
| Adam Schlesinger | 10/27/11 | 1.0 | Committee | Call with counsel regarding various information requests |
| Adam Schlesinger | 10/27/11 | 1.0 | Committee | Call with counsel regarding various information requests |
| Ben Jaffe | 10/27/11 | 1.0 | Committee | Call with counsel regarding various information requests |
| Ben Jaffe | 10/27/11 | 1.0 | Committee | Call with counsel regarding various information requests |
| Adam Schlesinger | 10/28/11 | 0.3 | Committee | Call with counsel regarding various information requests |
| Jamie O'Connell | 10/28/11 | 0.3 | Committee | Call with counsel regarding various information requests |
| Adam Schlesinger | 10/31/11 | 0.8 | Committee | Call with B. Jaffe and counsel regarding various information requests |
| Adam Schlesinger | 10/31/11 | 0.5 | Committee | Call with counsel regarding various information requests |
| Adam Schlesinger | 10/31/11 | 0.5 | Committee | Call with B. Jaffe regarding various information requests |
| Ben Jaffe | 10/31/11 | 0.8 | Committee | Call with A. Schlesinger and counsel regarding various information requests |
| Ben Jaffe | 10/31/11 | 0.5 | Committee | Call with A. Schlesinger regarding various information requests |
| | | **13.5** | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2011 THROUGH OCTOBER 31, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Ben Jaffe | 10/05/11 | 0.5 | Corporate Finance | Call with counsel regarding business matter |
| Adam Schlesinger | 10/14/11 | 0.5 | Corporate Finance | Call with counsel regarding business matter |
| Ben Jaffe | 10/14/11 | 0.5 | Corporate Finance | Call with counsel regarding business matter |
| | | 1.5 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2011 THROUGH OCTOBER 31, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Ben Jaffe | 10/15/11 | 1.0 | Fee Applications | Draft fee application |
| | | 1.0 | | |