UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
|  | : |  |
|  | : | Case No. 01-1139 (MFW) through |
| W.R. GRACE & CO., *et al* | : | Case No. 01-1200 (MFW) |
|  | : |  |
|  | : | AMENDED NOTICE OF APPOINTMENT OF OFFICIAL |
| Debtors. |  | COMMITTEE OF EQUITY |
| ---------------------------------- |  | SECURITY HOLDERS |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Official Committee of Equity Security Holders in connection with the above captioned case:

1. **R. Ted Weschler**, 404B East Main Street, 2nd Floor, Charlottesville, VA 22902, Phone: (804) 297-0816, Fax: (804) 220-9321.

2. **Angus W. Mercer**, 4500 Carmel Estates Road, Charlotte, NC 28226, Phone: (704) 542-1422, Fax: (704) 542-1423.

3. **Simon Atlas**, 8314 Meadowlark Lane, Bethesda, MD 20817, Fax: (301) 365-9128.

4. **Raymond E. Smiley**, 35415 Solon Road, Solon, OH 44139-2415, Phone: (440) 248-5967, Fax: (440) 248-2051.


ROBERTA A. DEANGELIS
UNITED STATES TRUSTEE


/s/ David M. Klauder for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED:   December 20, 2011

Attorney assigned to this Case: David M. Klauder, Esq., Phone: (302) 573-6491
Debtors' counsel: Laura Davis Jones, Esq., Phone: (302) 652-4100, Fax: (302) 652-4400.


**\*\*\* Peninsula Partners, L.P. has been replaced by. R. Ted Weschler effective immediately**