B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re   <u>W.R. Grace & Co.*, et al*,</u> Debtors        Case No. <u>01-1139 </u>(JKF)
                                                         (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Avenue TC Fund, L.P.</u>_____        <u> Claims Recovery Group, LLC as assignee of Best Western Homestead Inn</u>

         Name of Transferee                              Name of Transferor

Name and Address where notices to transferee      Court Claim # (if known): <u>n/a</u>
should be sent:                                    Amount of Claim: <u>$1,235.76</u>
                                                   Date Claim Filed: <u>Scheduled</u>
399 Park Avenue, 6th Floor
New York, NY  10022
Attn: David S. Leinwand

Phone: <u>(212) 878-3500</u>_____        Phone:
Last Four Digits of Acct #: _____          Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_/s/ David S. Leinwand_____        Date:__12/21/2011_____
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.