B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

In re   W.R. Grace & Co., *et al*, Debtors                Case No. 01-1139 (JKF)
                                                          (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Avenue TC Fund, L.P._____              Claims Recovery Group, LLC as assignee of Terracon

   Name of Transferee                               Name of Transferor

Name and Address where notices to transferee     Court Claim # (if known): n/a
should be sent:                                  Amount of Claim: $1,489.00
                                                 Date Claim Filed: Scheduled
399 Park Avenue, 6th Floor
New York, NY  10022
Attn: David S. Leinwand

Phone: (212) 878-3500_____            Phone:
Last Four Digits of Acct #: _____         Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):


Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ David S. Leinwand_____        Date:  12/21/2011_____
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.