# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO. – CONN., et al., | ) | Case No. 01-01139 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

### NOTICE OF CHANGE OF ADDRESS

    PLEASE TAKE NOTICE that **CLAIMS RECOVERY GROUP LLC (as assignee of *Alonso & Carus Iron Works, Inc.*)**, a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effect as of the date hereof.

Former Address

Alonso & Carus Iron Works, Inc.
c/o Claims Recovery Group LLC
92 Union Ave.
Cresskill, NJ  07626

New Address

Alonso & Carus Iron Works, Inc.
c/o Avenue TC Fund, L.P.
399 Park Avenue, 6th Floor
New York, NY  10022
Attn: David S. Leinwand

I hereby declare under penalty of perjury that the forgoing is true and correct.

/s/: Robert M. Axenrod
_____
By:

Title:

Date:  December ___, 2011