# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO. – CONN., et al., | ) | Case No. 01-01139 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## NOTICE OF CHANGE OF ADDRESS

    PLEASE TAKE NOTICE that **CLAIMS RECOVERY GROUP LLC (as assignee of _Roebuck & Associates, Inc._)**, a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effect as of the date hereof.

| Former Address | New Address |
|---|---|
| Roebuck & Associates, Inc.<br>c/o Claims Recovery Group LLC<br>92 Union Ave.<br>Cresskill, NJ 07626 | Roebuck & Associates, Inc.<br>c/o Avenue TC Fund, L.P.<br>399 Park Avenue, 6th Floor<br>New York, NY 10022<br>Attn: David S. Leinwand |

I hereby declare under penalty of perjury that the forgoing is true and correct.

/s/: Robert M. Axenrod

By: _____

Title:

Date: December __, 2011