FILED

DEC 21 AM 8: 28  16547 Academia Drive
Encino, Ca. 91436
US BANKRUPTCY COURT  December 16, 2011
DISTRICT OF DELAWARE

The United States Bankruptcy Court
For the District of Delaware
824 Market Street
Wilmington, Delaware 19801

Re: Claim No. 2114 of N Y Hillside, Inc in re the W. R.
Grace Bankruptcy Case Number 01-01139 (JKF)

On June 7, 2011 the court issued docket # 27039 an order regarding the above claim. In accordance with that order I sent to the court the required Transfer of Claim Other Than For Security. This form transfers the claim from N Y Hillside, Inc. to C,F. Jurgens and M. El Arabi. I have a receipt of delivery dated June 17, 2011 confirming receipt by the court.

I certify that I served a copy of the Transfer of Claim Other Than For Security by fax pursuant to Del. Bankr. LR2001-1 to the parties listed below:

Co-counsel for the debtors: Lisa G. Esayian, Janet Baer, and James E. O'Neill.
Counsel to the Official Committee of Unsecured Creditors: Lewis Kruger, and Michael Lastowski,
Counsel to the Official Committee of Asbestos Property Damage Claimants: Scott Baena, and Michael B. Joseph
Counsel to the Official Committee of Asbestos Personal Injury Claimants: Elihu Inselbuch and Marla Eskin
Counsel to the Official Committee of Equity Holders: Thomas M. Mayer and Teresa Currier
Counsel to Asbestos PI Future Claimants Representative: Richard H. Wyron and John C. Phillips, Jr.
Office of the United States Trustee: David Klauder
Counsel to the Asbestos PD Future Claimants Representative Karl Hill and Allan B. Rich
Counsel to the CNA Companies: Michael S. Giannotto

I request the court set a date for hearing on above cited claim. Thank you.

Charles F. Jurgens