# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

## FOR THE TIME PERIOD
## NOVEMBER 1, 2011 THROUGH
## NOVEMBER 30, 2011

1200 N. Broom Street
Wilmington, DE  19806
(302) 655-4200
EI #: 51-0328786

December 12, 2011

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC  20007--5135

File  WRG-AUS/JCP
Invoice number  100978

Re:  W. R. Grace & Co.
     David T. Austern
Case No.:  01-01139 (RLB)

|  |  |  |
|---|---|---|
| Subtotal for FEES only: 11/30/11 | $8,342.00 |
| Subtotal for COSTS only: 11/30/11 | $3,833.53 |
| | ------------- |
| CURRENT PERIOD FEES AND COSTS: 11/30/11 | $12,175.53 |
| | ------------- |

*************************************************************

Please send remittance copy with payment.   Thank you.

*************************************************************

Phillips, Goldman & Spence, P.A.

Page   2

December 12, 2011

Orrick, Herrington & Sutcliffe, LLP

File  WRG-AUS/JCP
Invoice number   100978

Re:  W. R. Grace & Co.
     David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| FEE/EMPLOYMENT APPLICATIONS | 32.0 | 7,574.00 |
| CASE ADMINISTRATION | 1.2 | 198.00 |
| LITIGATION | 1.2 | 570.00 |
| Subtotal for FEES only: 11/30/11 | 34.4 | $8,342.00 |

| RATE | SUMM | HOURS | | | | |
|---|---|---|---|---|---|---|
| 475.00 | JCP | 8.60 | 8.60 | 4,085.00 | 0.00 | 0.00 |
| 165.00 | CAH | 25.80 | 25.80 | 4,257.00 | 0.00 | 0.00 |
| Totals | | 34.40 | 34.40 | 8,342.00 | 0.00 | 0.00 |

WRG-AUS

LEGALMASTER MIRC for Transactions
-Fees-

12/12/2011    Pg 1

Sorts:  Grouping code
        Client code          (Paginate)
        Actual employee code (Subtotal)
        Transaction date

Ranges:
        Include "Client code" from WRG to WRG
        Exclude "Billable $" from 0.00 to 0.00
        Include "Invoice Number" from 100978 to 100978

| Cl code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|
| CASE ADMINISTRATION | CAH | 11/02/11 | Download and file Withdrawal of Appearance of Josh Cutler of Orrick; send information to D. Fullem. | 0.20 | 33.00 | Ca |
| CASE ADMINISTRATION | CAH | 11/08/11 | Update docket to system. | 0.10 | 16.50 | |
| CASE ADMINISTRATION | CAH | 11/09/11 | Update service list. | 0.30 | 49.50 | |
| CASE ADMINISTRATION | CAH | 11/10/11 | Update 2002 list. | 0.20 | 33.00 | |
| CASE ADMINISTRATION | CAH | 11/16/11 | Update docket to system. | 0.10 | 16.50 | |
| CASE ADMINISTRATION | CAH | 11/17/11 | Update docket to system. | 0.10 | 16.50 | |
| CASE ADMINISTRATION | CAH | 11/28/11 | Download and update docket to system. | 0.20 | 33.00 | |
| | | | | ---- | ------ | |
| | | | | 1.20 | 198.00 | |
| | | | | ---- | ------ | |
| | | | | 1.20 | 198.00 | |
| | | | | ---- | ------ | |

Total records this group:  7

LEGALMASTER MIRC for Transactions
-Fees-

12/12/2011   Pg 2

WRG-AUS

| Cl code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|
| WRG LITIGATION | JCP | 11/03/11 | Review of Post-Confirmation Quarterly Summary. | 0.10 | 47.50 | Li |
| WRG LITIGATION | JCP | 11/09/11 | Review of miscellaneous pleadings. | 0.10 | 47.50 | |
| WRG LITIGATION | JCP | 11/10/11 | Review of Additional Designations to be included in record by various plaintiffs' Law Firms (2X) and by various Personal Injury Committees in other Bankruptcy cases. | 0.30 | 142.50 | |
| WRG LITIGATION | JCP | 11/16/11 | Review of Agenda for 11/28/11 Hearing; conference with paralegal re: signing John C. Phillips, Jr. up for Court Call for same; e-mail from Court Call confirming same; memorandum to file re: same. | 0.20 | 95.00 | |
| WRG LITIGATION | JCP | 11/21/11 | Review of Order authorizing increase in OCP Expenditure cap; review of miscellaneous pleadings and 2 Orders; review of Notice of Docketing of Appeal. | 0.20 | 95.00 | |
| WRG LITIGATION | JCP | 11/23/11 | Review of Amended Agenda for 11/28/11 Hearing canceling same; review of notice from Court Call canceling same; review of miscellaneous pleadings. | 0.20 | 95.00 | |
| WRG LITIGATION | JCP | 11/28/11 | Review of ECF Notification re: Appeal assigned to Judge Stark. | 0.10 | 47.50 | |
| | | | | 1.20 | 570.00 | |
| | | | | 1.20 | 570.00 | |

Total records this group:  7

LEGALMASTER MIRC for Transactions
-Fees-

12/12/2011   Pg 3

**WRG-AUS**

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/01/11 | Scan file and serve Certificates of No Objection to July, August and September 2009 Fee Applications. | 0.70 | 115.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/01/11 | Review of and revise July, August and September 2010 Fee Applications, then scan, file and serve same. | 1.00 | 165.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/01/11 | Begin October 2010 Fee Applications. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/01/11 | Scan file and serve Phillips, Goldman & Spence 26th Quarterly Fee Application. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/02/11 | Draft October 2010 Monthly Fee Application for Phillips, Goldman & Spence. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/02/11 | Draft November 2010 Monthly Fee Application for Phillips, Goldman & Spence. | 0.60 | 99.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/02/11 | Draft December 2010 Monthly Fee Application for Phillips, Goldman & Spence. | 0.50 | 82.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/02/11 | Draft 27 Quarterly Fee Application for Phillips, Goldman & Spence. | 0.80 | 132.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/03/11 | Make corrections to October, November and December 2010 Fee Applications for Phillips, Goldman & Spence. | 0.50 | 82.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/03/11 | Scan, file, merge and serve October 2010 Fee Application for Phillips, Goldman & Spence. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/03/11 | Scan, file, merge and serve November 2010 Fee Application for Phillips, Goldman & Spence. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/03/11 | Scan, file, merge and serve December 2010 Fee Application for Phillips, Goldman & Spence. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/03/11 | Scan, file, merge and serve 27th Quarterly Fee Application for Phillips, Goldman & Spence (system very slow). | 0.60 | 99.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/08/11 | E-mail to J. Johnston and review of and revise cover sheet. | 0.10 | 16.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/08/11 | Draft, scan file and serve corrected cover sheet for July, August and September 2010 Fee Applications. | 0.50 | 82.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/08/11 | Work on Certificates of No Objection due. | 0.40 | 66.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/08/11 | Draft Certificate of No Objection for Phillips, Goldman & Spence October, November and December 2009 Fee Applications. | 0.70 | 115.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/09/11 | Code pre-bill to assure compliance with local rules. | 0.20 | 33.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/09/11 | Scan, file and serve Certificate of No Objection for October, November and December 2009 Fee Applications for Phillips, Goldman & Spence. | 0.60 | 99.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/09/11 | Draft January 2011 Fee Application for Phillips, Goldman & Spence. | 0.60 | 99.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/09/11 | Draft February 2011 Fee Application for Phillips, Goldman | 0.60 | 99.00 | |

WRG-AUS

LEGALMASTER MIRC for Transactions
- Fees -

12/12/2011
Pg  4

| C1 code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd fa |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/09/11 | Draft March 2011 Fee Application for Phillips, Goldman & Spence. | 0.60 | 99.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/09/11 | Draft 28th Quarterly Fee Application for Phillips & Spence. | 0.80 | 132.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/09/11 | Scan, file and serve 80th (January 2011) Monthly Fee Application for Phillips, Goldman & Spence. | 0.20 | 33.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/09/11 | Scan, file and serve February 2011 Monthly Fee Application for Phillips, Goldman & Spence. | 0.20 | 33.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/09/11 | Scan, file and serve March 2011 Monthly Fee Application for Phillips, Goldman & Spence. | 0.20 | 33.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/09/11 | Review of and revise, scan, file and serve Phillips, Goldman & Spence 28th Quarterly Fee Application. | 0.40 | 66.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/10/11 | Draft Phillips, Goldman & Spence April 2011 Fee Application. | 0.50 | 82.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/10/11 | Draft 29th Quarterly Fee Application for Phillips, Goldman & Spence. | 0.70 | 115.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/10/11 | Scan, file and serve 29th Quarterly Fee Application. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/10/11 | Draft Phillips, Goldman & Spence May 2011 Fee Application. | 0.50 | 82.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/10/11 | Draft September 2011 Fee Application for Phillips, Goldman & Spence. | 0.50 | 82.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/10/11 | Draft 30th Quarterly Fee Application for Phillips, Goldman & Spence. | 0.80 | 132.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/11/11 | Review of Fee Application drafted to verify corrections. | 0.60 | 99.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/11/11 | Scan file, merge and serve July, August and September 2011 Monthly Fee Applications for Phillips, Goldman & Spence. | 0.70 | 115.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/11/11 | Scan file, merge and serve 30th Quarterly Fee Application for Phillips, Goldman & Spence. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/15/11 | Draft certificates of No Objection for January, February, March, April, May and June Fee Applications. | 0.70 | 115.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/16/11 | Scan file and serve January, February, March, April, May and June 2010 Certificates of No Objection related to Fee Applications. | 0.80 | 132.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/17/11 | Draft October Fee Application. | 0.60 | 99.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/18/11 | Review of e-mail from D. Fullem and download and file Certificate of No Objection for September Fee Applications for Orrick and Towers. | 0.50 | 82.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/21/11 | Draft Certificate of No Objection for 74th through 79th Monthly Fee Applications. | 0.80 | 132.00 | |

WRG-AUS

LEGALMASTER MIRC for Transactions
-Fees-

12/12/2011   Pg 5

| C1 code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/23/11 | Review of and revise Orrick's October Fee Application and e-mail for exhibit A. | 0.30 | 49.50 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/23/11 | Scan file and serve Phillips, Goldman & Spence October Fee Application. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/23/11 | Scan and file Orrick's October Fee Application; e-mail docket number to Orrick. | 0.20 | 33.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/23/11 | Reconcile payment to invoices and e-mail to John C. Phillips, Jr.; create chart of same. | 0.60 | 99.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/28/11 | Scan file, label and download Certificates of No Objection for Phillips, Goldman & Spence for July through December 2010 Fee Applications and serve same. | 0.70 | 115.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/29/11 | Review of e-mail from B. Ruhlander and review of e-mail from John C Phillips, Jr. re: Fee Application review. | 0.20 | 33.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/29/11 | Respond to e-mail from B. Ruhlander (3x). | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/30/11 | Draft Certificates of No Objection for January, February and March 2011 Phillips, Goldman & Spence Fee Applications; phone conference with B. Rulander re: same. | 0.60 | 99.00 | |
| | | | | | 24.60 ----- | 4,059.00 -------- | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 11/01/11 | Review of Fee Auditor's Report for the 41st Interim Period Approving Phillips, Goldman & Spence Fee Applications. | 0.10 | 47.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 11/03/11 | Review of, revise and execute 3 Monthly Fee Applications (October 2010 (.3), November 2010 (.3), and December 2010 (.3); review of, revise and execute 27th Quarterly Fee Application (.3); conference with Celeste A. Hartman re: revisions to same (.1). | 1.30 | 617.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 11/08/11 | Review of Debtors' Certificate of No Objection re: Motion to Amend OCP Orders. | 0.10 | 47.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 11/09/11 | Review of and execute Certificate of No Objection re: 65th Monthly (October 2009) Fee Application (.1); review of and execute Certificate of No Objection re: 66th Monthly (November 2009) Fee Application (.1); review of and execute Certificate of No Objection re: 67th Monthly (December 2009) Fee Application (.1); review of, revise and execute 80th Monthly (January 2011) Fee Application (.3); review of, revise and execute 81st Monthly (February 2011) Fee Application (.3); review of, revise and execute 82nd Monthly (March 2011) Fee Application (.3); review of, revise and execute 28th Quarterly (January through March 2011) Fee Application (.3); conference with Celeste A. Hartman re: same (.1). | 1.60 | 760.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 11/10/11 | Review of, revise and execute 83rd Monthly Fee Application (April 2011) (.3); review of, revise and execute 84th Monthly Fee Application (May 2011) (.3); review of, revise and execute 85th Monthly Fee Application (June 2011) (.3); review of, revise and execute 29th Quarterly Fee Application (April-June 2011) (.3); conference with Celeste A. Hartman re: same (.1). | 1.30 | 617.50 | |

LEGALMASTER MIRC for Transactions
-Fees-

12/12/2011  Pg 6

| C1 code<br>WRG-AUS | Grouping code description | Act<br>Emp | Trans<br>Date | Transaction description | Billable<br>Hours | Billable<br>Dollars | Gr<br>Cd<br>fa |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 11/11/11 | Review of, revise and execute 86th Monthly Fee Application (July 2011) (.3); review of, revise and execute 87th Monthly Fee Application (August 2011) (.3); review of, revise and execute 88th Monthly Fee Application (September 2011) (.3); review of, revise and execute 30th Quarterly Fee Application (July-September 2011) (.3); conference with Celeste A. Hartman re: same (.1) | 1.30 | 617.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 11/15/11 | Review of and execute 6 Certificates of No Objection (at .1 for each) re: Phillips, Goldman & Spence 68th, 69th, 70th, 71st, 72nd and 73rd Monthly Fee Applications. | 0.60 | 285.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 11/19/11 | Review of, revise and execute 89th Monthly (October 2011) Fee Application; memorandum to file re: same. | 0.30 | 142.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 11/23/11 | Review of, revise and execute Certificate of No Objection for Phillips, Goldman & Spence 74th Monthly Fee Application (.1); review of, revise and execute Certificate of No Objection for Phillips, Goldman & Spence 75th Monthly Fee Application (.1); review of, revise and execute Certificate of No Objection for Phillips, Goldman & Spence 76th Monthly Fee Application (.1); review of, revise and execute Certificate of No Objection for Phillips, Goldman & Spence 77th Monthly Fee Application (.1); review of, revise and execute Certificate of No Objection for Phillips, Goldman & Spence 78th Monthly Fee Application (.1); review of, revise and execute Certificate of No Objection for Phillips, Goldman & Spence 79th Monthly Fee Application (.1); conference with Celeste A. Hartman re: same. | 0.70 | 332.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 11/30/11 | E-mail from Grace re: remittance advise; e-mail to Celeste A. Hartman re: same. | 0.10 | 47.50 | |

Total records this group:   60

```
                    -----      --------
                     7.40      3,515.00
                    32.00      7,574.00
                    -----      --------
                    34.40      8,342.00
                    =====      ========
```

94 records printed.