# EXHIBIT B

## PHILLIPS, GOLDMAN & SPENCE, P.A.

### EXPENSE RECORDS

### FOR THE TIME PERIOD NOVEMBER 1, 2011 THROUGH NOVEMBER 30, 2011

Phillips, Goldman & Spence, P.A.

Page   2

December 12, 2011

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   100978

Re:  W. R. Grace & Co.
     David T. Austern

### COSTS ADVANCED

| Date | Description | Amount |
|---|---|---:|
| 10/20/11 | Photocopies | 69.70 |
| 11/01/11 | Federal Express | 56.03 |
| 11/01/11 | Long distance phone charges | 10.86 |
| 11/01/11 | Postage | 44.21 |
| 11/09/11 | Check No.: 47307 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 744.91 |
| 11/16/11 | Facsimile | 1.00 |
| 11/18/11 | Check No.: 47377 - Parcels, Inc - document retrieval/service/copy/mail, etc. | 1,343.65 |
| 11/28/11 | Check No.: 47439 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 1,563.17 |
| | Subtotal for COSTS only: 11/30/11 | $3,833.53 |