# EXHIBIT A
# ORRICK, HERRINGTON & SUTCLIFFE LLP
# INVOICES FOR THE TIME PERIOD
# NOVEMBER 1-30, 2011



ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, D.C. 20005-1706

tel +1-202-339-8400
fax +1-202-339-8500

WWW.ORRICK.COM

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

December 12, 2011
Client No. 17367
Invoice No. 1342865

Orrick Contact: Roger Frankel

| | | |
|---|---|---|
| FOR SERVICES RENDERED through November 30, 2011 in connection with the matters described on the attached pages: | $ | 76,170.00 |
| DISBURSEMENTS as per attached pages: | | 1,446.67 |
| **TOTAL CURRENT FEES & DISBURSEMENTS** (Pay this Amount): | $ | 77,616.67 |

Matter(s): 17367/11, 13, 5, 7, 8

## DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:
$398,320.66
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701.  Fax (304) 231-2501.

### REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

| **REMITTANCE ADDRESS:** | **ELECTRONIC FUNDS TRANSFERS:** | **OVERNIGHT DELIVERY:** |
|---|---|---|
| Orrick, Herrington & Sutcliffe LLP | ***ACH & Wire Transfers:*** | Orrick, Herrington & Sutcliffe LLP |
| Lockbox #774619 | **ABA Number 121000248** | c/o Wells Fargo |
| 4619 Solutions Center | **SWIFT CODE: WFBIUS6S** | Attn: Lockbox #774619 |
| Chicago, IL 60677-4006 | **Account Number: 4123701088** | 350 East Devon Avenue |
| Reference: 17367/ Invoice: 1342865 | *Wells Fargo* | Itasca, IL 60143 |
| | *420 Montgomery Street* | (213) 614-3248 |
| | *San Francisco, CA 94104* | Reference: 17367/ Invoice: 1342865 |
| | *Account of* | |
| | *Orrick, Herrington & Sutcliffe LLP* | |
| | *Reference: 17367/ Invoice: 1342865* | |
| | *E.I.N. 94-2952627* | |


ORRICK

David Austern, Futures Claims Representative for  
W.R. Grace & Co.  
c/o Claims Resolution Management Corp.  
3110 Fairview Park Drive, Suite 200  
Falls Church, VA 22042

December 12, 2011  
Client No. 17367  
Invoice No. 1342865

Orrick Contact: Roger Frankel

For Legal Services Rendered Through November 30, 2011 in Connection With:

**Matter: 5 - Due Diligence**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 11/04/11 | M. Wallace | Revise sale order language, including review of underlying documents. | 0.90 |
| 11/07/11 | M. Wallace | Review correspondence regarding vermiculite business sale issues. | 0.10 |
| 11/08/11 | J. Burke | Participate in telephone conference with Debtors' counsel regarding asset sale motion. | 0.40 |
| 11/09/11 | M. Wallace | Meeting with R. Frankel regarding merger issues. | 0.30 |
| 11/09/11 | M. Wallace | Conference call with R. Frankel and Lincoln team regarding merger issues. | 0.50 |
| 11/09/11 | M. Wallace | Correspond with team regarding review of merger issues. | 0.20 |
| 11/09/11 | M. Wallace | Review order regarding proposed merger and intercompany detail and merger agreement and consider issues in same. | 1.30 |
| 11/14/11 | M. Wallace | Review correspondence regarding subsidiary merger. | 0.20 |

Total Hours    3.90  
Total For Services    $2,697.00

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| James W. Burke | 0.40 | 530.00 | 212.00 |
| Mary A. Wallace | 3.50 | 710.00 | 2,485.00 |
| Total All Timekeepers | 3.90 | $691.54 | $2,697.00 |

**Total For This Matter**    $2,697.00


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 2

December 12, 2011  
Invoice No. 1342865

For Legal Services Rendered Through November 30, 2011 in Connection With:

**Matter: 7 - Insurance Matters**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 11/08/11 | P. Mahaley | Analyze insurer buy-out settlement proposal. | 0.70 |
| 11/17/11 | R. Wyron | Review issues re data and research re settlements. | 0.90 |
| 11/22/11 | R. Wyron | Confer with P. Mahaley re settlement issues and follow-up. | 0.30 |
| | | Total Hours | 1.90 |
| | | Total For Services | $1,475.00 |

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Peri N. Mahaley | 0.70 | 650.00 | 455.00 |
| Richard H. Wyron | 1.20 | 850.00 | 1,020.00 |
| Total All Timekeepers | 1.90 | $776.32 | $1,475.00 |

Total For This Matter     $1,475.00


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co.     December 12, 2011
- 17367     Invoice No. 1342865
page 3

For Legal Services Rendered Through November 30, 2011 in Connection With:

**Matter:  8 - Litigation**

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 11/01/11 | D. Fullem | Coordinate filing/serving of withdrawal of appearance. | 0.40 |
| 11/01/11 | R. Wyron | Call with Grace re vermiculite sale (.6); calls to and from R. Frankel and R. Higgins (.9); call with Kirkland and Caplin and follow-up (1.0); organize notes for Montana call (.3); call with J. Solganick and follow-up (.3); confer with M. Wallace (.2). | 3.30 |
| 11/01/11 | R. Frankel | Telephone conference with M. Shelnitz, J. Donley, P. Lockwood, R. Wyron regarding Libby issues, Montana issues (.7); prepare notes regarding same (.2). | 0.90 |
| 11/01/11 | R. Frankel | Review documents regarding vermiculite division 363 sale (.6); telephone conference with Grace, R. Higgins, R. Wyron regarding same (.5). | 1.10 |
| 11/01/11 | R. Frankel | Review issues, research memo regarding Montana indemnity claim. | 0.80 |
| 11/02/11 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 11/02/11 | R. Wyron | Attend FCR meeting and follow-up. | 1.00 |
| 11/02/11 | R. Frankel | Attend meeting of FCRs and counsel regarding payment percentage issues. | 1.60 |
| 11/02/11 | R. Frankel | Telephone conference with D. Austern re FCR presentation. | 0.20 |
| 11/03/11 | R. Wyron | Calls regarding sale and merger motions with R. Higgins, A. Paul and FCR team (1.3); conference call with Grace and Blackstone and follow-up (1.2); work on analysis (1.6); calls with J. Solganick (.3); call with L. Esayian re lift stay and follow-up (.4). | 4.80 |
| 11/03/11 | R. Frankel | Telephone conference with R. Higgins, R. Wyron and financial advisors regarding subsidiary merger issues (.9); telephone conference with R. Wyron and J. Solganick regarding same (.3). | 1.20 |
| 11/03/11 | R. Frankel | Review new schedules from R. Higgins in preparation for conference call. | 1.60 |
| 11/03/11 | R. Frankel | Telephone conference with R. Wyron regarding sale resolution, merger of sub issues, lift stay status. | 0.40 |
| 11/04/11 | D. Fullem | Review recently filed pleadings. | 0.20 |


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co.     December 12, 2011
- 17367     Invoice No. 1342865
page 4

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 11/04/11 | R. Wyron | Review merger motion issues with J. Solganick and follow-up (.6); review analysis on intercompany claims and organize sale notes (1.1); call re sale motion with A. Paul and follow-up (.7); confer with R. Frankel re strategy and follow-up (.6); call to F. Monaco re Montana claims and follow-up (.8). | 3.80 |
| 11/04/11 | R. Frankel | Review, consider exchange of e-mails re Intrawest motion for relief from stay, pleadings. | 0.60 |
| 11/04/11 | R. Frankel | Telephone conference with R. Wyron re subsidiary merger motion issues (.5); review schedules of various subsidiaries (.9). | 1.40 |
| 11/07/11 | R. Frankel | Review pleadings, issues re vermiculite sale in preparation for call with R. Higgins. | 0.60 |
| 11/07/11 | R. Frankel | Review plan language re protected party status. | 0.80 |
| 11/07/11 | R. Frankel | Telephone conference with R. Higgins, J. Baer re vermiculite sale (.5); e-mail re same (.3). | 0.80 |
| 11/08/11 | R. Frankel | Telephone conference with A. Paul, J. Baer, R. Higgins re vermiculite sale issues (.5); prepare notes re same (.3). | 0.80 |
| 11/08/11 | R. Frankel | Review Code re ordinary course transactions, court approval issues. | 0.70 |
| 11/08/11 | R. Frankel | Review e-mail memo from Lincoln re sub merger motion, schedules re same. | 0.60 |
| 11/08/11 | R. Frankel | Telephone conference with J. Aldock re settlement issues, Libby mediation (.6); e-mails with J. Donley re medical plan (.3). | 0.90 |
| 11/08/11 | R. Frankel | Review Libby Medical Plan. | 0.60 |
| 11/08/11 | R. Frankel | Review pleadings re vermiculite sale, 524(g) sections in preparation for call. | 0.70 |
| 11/09/11 | R. Frankel | Review new proposed order regarding sub-merger motion schedules, new organizational chart, exhibits to motion (1.7); consider sub-merger issues (.9). | 2.60 |
| 11/09/11 | R. Frankel | Confer with M. Wallace regarding sub-merger motion (.5); telephone conference with J. Solganick regarding same (.3). | 0.80 |
| 11/09/11 | R. Frankel | Prepare notes regarding merger sub motion (1.1); telephone conference with J. Donley regarding merger issues (.4); prepare notes regarding same (.3). | 1.80 |
| 11/09/11 | R. Frankel | Confer with D. Austern regarding vermiculite sale, subsidiary merger motion. | 1.20 |
| 11/10/11 | R. Wyron | Review e-mails re merger motion and sale motion, and call with R. Frankel re strategy. | 0.80 |
| 11/10/11 | R. Frankel | Telephone conference with P. Lockwood regarding vermiculite sale motion, merger sub motion (.9); prepare notes regarding same (.6). | 1.50 |


ORRICK

| David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367 | | | December 12, 2011 |
| page 5 | | | Invoice No. 1342865 |

| | | | |
|---|---|---|---|
| 11/10/11 | R. Frankel | Review, consider letter e-mail to resolve vermiculite sale issues. | 0.60 |
| 11/10/11 | R. Frankel | Review materials, revised draft order regarding merger sub motion (1.1); telephone conference with R. Wyron regarding same (.2); prepare notes regarding same (.6). | 1.90 |
| 11/11/11 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 11/11/11 | J. Burke | Review Debtors' merger motion. | 0.40 |
| 11/11/11 | R. Wyron | Review and respond to e-mails re pending motions and call with R. Frankel re same. | 1.30 |
| 11/11/11 | R. Frankel | Revise letter of understanding in connection with vermiculite sale (.5); series of e-mails re same (.3). | 0.80 |
| 11/11/11 | R. Frankel | Telephone conferences with J. Solganick, R. Wyron re sub-merger motion (.6); prepare e-mail re issues to R. Higgins, et al. (.8); consider alternatives to objection to motion (.9). | 2.30 |
| 11/11/11 | R. Frankel | Telephone conference with J. Baer, R. Higgins, et al. re sub-merger motion (.8); telephone conference with P. Lockwood re same (.3). | 1.10 |
| 11/11/11 | R. Frankel | Review, consider L. Esayian e-mail re Intrawest status. | 0.30 |
| 11/11/11 | R. Frankel | Review D. Austern memo re Wyant, Chen reports. | 0.40 |
| 11/14/11 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 11/14/11 | R. Wyron | Review e-mails re sale and merger motions and respond re same. | 0.80 |
| 11/14/11 | R. Frankel | Review charts, exhibits, revised order in connection with sub-merger motion. | 2.40 |
| 11/14/11 | R. Frankel | Review, consider M. Shelnitz e-mail and letter to Montana Attorney General (.4); telephone conference with P. Lockwood re same (.1). | 0.50 |
| 11/14/11 | R. Frankel | Review further revised order, pleadings re Grace sub-merger motion (.8); telephone conference with P. Lockwood re same (.3). | 1.10 |
| 11/14/11 | R. Frankel | Review and consider M. Shelnitz letter re vermiculite sale (.4); countersign and e-mail same (.2). | 0.60 |
| 11/14/11 | R. Frankel | Telephone conferences with D. Austern, e-mails re meeting with Lincoln. | 0.30 |
| 11/15/11 | R. Frankel | Review letter to Bullock in preparation for call (.3); review file re omnibus settlement issues (.4). | 0.70 |
| 11/15/11 | R. Frankel | Review Baker & McKenzie application to employ, affidavits, PWC application. | 0.50 |
| 11/15/11 | R. Frankel | Telephone conference with J. Donley, A. Paul, M. Shelnitz, R. Finke, P. Lockwood re status, settlement issues. | 1.00 |
| 11/16/11 | R. Wyron | Review certificates of counsel on merger and sale motions and follow-up. | 0.80 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 6

December 12, 2011
Invoice No. 1342865

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 11/16/11 | R. Frankel | Review agenda for November 28 hearing (.2); notes re same (.1). | 0.30 |
| 11/16/11 | R. Frankel | Telephone conference with J. Aldock re status of mediation (.3); prepare notes re same (.2). | 0.50 |
| 11/16/11 | R. Frankel | Series of e-mails re meeting with F. McGovern. | 0.30 |
| 11/17/11 | R. Wyron | Review agenda and pending motions (.3); confer with R. Frankel re status and strategy and follow-up re same (.8); notes re settlement issues (.3). | 1.40 |
| 11/17/11 | R. Frankel | Confer with R. Wyron regarding mediation, settlement issues (.4); notes regarding same (.1). | 0.50 |
| 11/17/11 | R. Frankel | Prepare notes for term sheet per discussion with J. Aldock. | 1.20 |
| 11/18/11 | R. Wyron | Review draft term sheet re Libby mediation and provide comments. | 0.40 |
| 11/18/11 | R. Frankel | Prepare Terms of Settlement for Libby per J. Aldock discussions (1.4); review, consider revised version from J. Aldock (.5); series of e-mails regarding same (.3). | 2.20 |
| 11/21/11 | D. Fullem | Review e-mail from D. Felder regarding new appeal regarding Garlock 2019 issue; coordinate with H. Quinn re same. | 0.10 |
| 11/21/11 | R. Wyron | Review draft settlement term sheet and provide comments (.4); review orders and organize notes re same (.7). | 1.10 |
| 11/21/11 | R. Frankel | Review Garlock statement of issues in 2019 appeal and plaintiffs counter-statement of issues (.4); e-mails, notes regarding same (.2). | 0.60 |
| 11/21/11 | R. Frankel | Call with R. Wyron regarding Libby term sheet, related issues (.3); e-mail J. Aldock regarding same (.2). | 0.50 |
| 11/21/11 | R. Frankel | Review series of e-mails regarding orders entered by J. Fitzgerald regarding merger and sale orders. | 0.50 |
| 11/21/11 | R. Frankel | Review Libby term sheet from J. Aldock (.4); e-mail from R. Wyron regarding same (.2); e-mail J. Aldock with revision (.3). | 0.90 |
| 11/22/11 | R. Wyron | Review correspondence re mediation and respond to e-mails re same (.3); review hearing agenda and follow-up (.2). | 0.50 |
| 11/22/11 | R. Frankel | Series of e-mails regarding Libby mediation session (.7); review term sheet for Libby (.4). | 1.10 |
| 11/23/11 | R. Frankel | Review transcript of Third Circuit oral argument re assignment of insurance (1.8); prepare notes re same (.4). | 2.20 |
| 11/28/11 | R. Wyron | Call with M. Giannatto re status. | 0.40 |
| 11/28/11 | R. Frankel | Series of e-mails re mediation session (.3); consider timing of session (.3). | 0.60 |
| 11/29/11 | R. Wyron | Strategy call with Grace and ACC. | 0.40 |


**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co.     December 12, 2011
- 17367     Invoice No. 1342865
page 7

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 11/29/11 | R. Frankel | Telephone conference with J. Donley, M. Shelnitz, A. Paul, P. Lockwood re opinion, status and mediation (.4); notes re same (.3). | 0.70 |

Total Hours     73.30
Total For Services     $68,274.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| James W. Burke | 0.40 | 530.00 | 212.00 |
| Roger Frankel | 50.80 | 985.00 | 50,038.00 |
| Debra O. Fullem | 1.30 | 265.00 | 344.50 |
| Richard H. Wyron | 20.80 | 850.00 | 17,680.00 |
| **Total All Timekeepers** | 73.30 | $931.44 | $68,274.50 |

Disbursements
| | |
|---|---|
| Document Reproduction | 61.40 |
| Express Delivery | 11.81 |
| Other Business Meals | 103.00 |
| Outside Services | 268.48 |
| Parking Expense | 2.60 |
| Telephone | 0.00 |
| Travel Expense, Air Fare | 962.90 |
| Travel Expense, Local | 8.80 |
| Total Disbursements | $1,418.99 |

**Total For This Matter**     **$69,693.49**


**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 8

December 12, 2011
Invoice No. 1342865

For Legal Services Rendered Through November 30, 2011 in Connection With:

**Matter: 11 - Compensation of Professionals - Other**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 11/17/11 | D. Fullem | Prepare CNO for Towers' September fee application; coordinate filing and serving of same. | 0.40 |
| 11/17/11 | R. Wyron | Review CNOs. | 0.20 |

Total Hours 0.60
Total For Services $276.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra O. Fullem | 0.40 | 265.00 | 106.00 |
| Richard H. Wyron | 0.20 | 850.00 | 170.00 |
| Total All Timekeepers | 0.60 | $460.00 | $276.00 |

Disbursements
  Outside Services                            3.44
                       Total Disbursements          $3.44

                       **Total For This Matter**   $279.44



**ORRICK**

| | |
|---|---|
| David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367<br>page 9 | December 12, 2011<br>Invoice No. 1342865 |

For Legal Services Rendered Through November 30, 2011 in Connection With:

### Matter: 13 - Compensation of Professionals - Orrick

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 11/02/11 | D. Fullem | Review current status of monthly/quarterly fee application filings, payments made/due. | 0.50 |
| 11/02/11 | D. Fullem | Review fee auditor's final report for July-August quarterly fee application time period. | 0.20 |
| 11/04/11 | D. Fullem | Review October prebill (1.0); update R. Wyron re same (.1); e-mail to D. Felder re comments (.1); review comments from D. Felder (.2); provide same to R. Wyron for review (.1). | 1.50 |
| 11/04/11 | D. Felder | Review October prebill. | 0.80 |
| 11/07/11 | D. Fullem | Review e-mail from R. Wyron regarding October prebill. | 0.20 |
| 11/09/11 | D. Fullem | Review e-mail from P. Reyes regarding status of October prebill. | 0.20 |
| 11/10/11 | D. Fullem | Prepare updated fee/expense charts; circulate to group. | 0.50 |
| 11/10/11 | D. Fullem | Review and revise updated fee/expense charts. | 0.50 |
| 11/10/11 | D. Fullem | Review e-mail from P. Reyes regarding October prebill. | 0.20 |
| 11/10/11 | D. Fullem | Review e-mail from R. Wyron regarding recent payment. | 0.20 |
| 11/11/11 | D. Fullem | Review and respond to e-mail from V. Crossley in accounting regarding October invoice status. | 0.20 |
| 11/15/11 | D. Fullem | Prepare draft of October fee application. | 1.00 |
| 11/15/11 | D. Fullem | Obtain data for quarterly fee application period. | 0.20 |
| 11/15/11 | D. Fullem | Review and respond to B. Ruhlander regarding expense detail. | 0.20 |
| 11/16/11 | D. Fullem | Review excel sheets for July, August and September invoices; e-mail to B. Ruhlander (fee auditor) as per request. | 1.00 |
| 11/17/11 | D. Fullem | Prepare CNO for Orrick's September fee application; coordinate filing and serving of same. | 0.40 |
| 11/17/11 | D. Fullem | Confer with R. Wyron regarding timing and filing of upcoming monthly/quarterly fee applications and payments; confer with Debtors' counsel re same; update R. Wyron with information. | 0.50 |
| 11/17/11 | R. Wyron | Review October monthly fee application and provide comments. | 0.30 |
| 11/18/11 | D. Fullem | Update fee/expense charts. | 0.20 |
| 11/18/11 | D. Fullem | Follow-up with Pachulski regarding fee application filings and payments by year end; update R. Wyron re same. | 0.20 |
| 11/21/11 | D. Fullem | Finalize draft October monthly fee application; provide to R. Wyron for review/comment. | 1.00 |
| 11/22/11 | D. Fullem | E-mails to H. Quinn and C. Hartman regarding filing of October monthly fee application. | 0.50 |


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co.     December 12, 2011
- 17367     Invoice No. 1342865
page 10

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 11/23/11 | D. Fullem | Review and respond to e-mails from C. Hartman and H. Quinn regarding filing of Orrick's October fee application. | 0.50 |
| 11/28/11 | D. Fullem | Provide October monthly fee application to service parties. | 0.20 |

Total Hours     11.20
Total For Services     $3,447.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 0.80 | 645.00 | 516.00 |
| Debra O. Fullem | 10.10 | 265.00 | 2,676.50 |
| Richard H. Wyron | 0.30 | 850.00 | 255.00 |
| Total All Timekeepers | 11.20 | $307.81 | $3,447.50 |

Disbursements
    Outside Services     24.24
    Total Disbursements     $24.24

**Total For This Matter**     $3,471.74

\* \* \* **COMBINED TOTALS** \* \* \*

Total Hours     90.90
Total Fees, all Matters     $76,170.00
Total Disbursements, all Matters     $1,446.67
Total Amount Due     $77,616.67