**EXHIBIT A**

**David Austern, Futures Representative for W.R. Grace**
**Billing Statement for November 2011**

| Date | Services | Hours |
|---|---|---|
| 11/02/11 | Attendance (by phone) at Future Claimants Representatives Meeting | 1.30 |
| 11/09/11 | Meeting with R. Frankel re Grace corporate restructuring | .40 |
| **Total Hours:** | | **1.70** |
| **Total Fees ($500.00 per hour)** | | **$850.00** |
| **No Expenses** | | |
| **Total Fees & Expenses** | | **$850.00** |