IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
NOVEMBER 1, 2011 THROUGH NOVEMBER 30, 2011

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

**(Trivalent Chromium)**

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co.  
Attn: Lydia B. Duff  
7500 Grace Drive  
Columbia, MD  21044

December 19, 2011  
Client/Matter #  01246-014988  
Invoice # 145452  
Federal ID# 52-1247549

For Legal Services Rendered Through 11/30/11 in Connection With:

**PLEASE REMIT PAYMENT TO :**      BEVERIDGE & DIAMOND, P.C.  
SUITE 700  
1350 I STREET, N.W.  
WASHINGTON, D.C. 20005-3311

**Trivalent Chromium**

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 11/01/11 | P. Marks | P230 | 0.80 | Telephone conference re Maryland Department of Environment (MDE) meeting preparation; follow-up re same. |
| 11/07/11 | P. Marks | P230 | 5.60 | In-depth preparation for pre and post meetings with Grace team; conference with MDE (E. Hammerberg) and Grace team re trivalent chromium exclusion. |
| 11/08/11 | P. Marks | P230 | 1.20 | Research re petition review; direct T. Horch re same. |
| 11/08/11 | T. Horch | L110 | 2.50 | Research per P. Marks. |
| 11/10/11 | P. Marks | P230 | 3.40 | Prepare analysis concerning procedure for petition review. |
| 11/11/11 | P. Marks | P230 | 1.30 | Telephone conference with team re planning development of needed data; evaluate same and budget; follow-up evaluation with L. Duff. |

Total Hours :          14.80

```
BEVERIDGE & DIAMOND, P.C.                           INVOICE #   145452
                                                    December 19, 2011
                                                    PAGE   2


                            Total Fees :             $6,145.50
```

BEVERIDGE & DIAMOND, P.C.

INVOICE # 145452  
December 19, 2011  
PAGE   3

**Time Summary :**

| Title | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks    Principal | 12.30 | $460.00 | $5,658.00 |
| T. Horch    Paralegal | 2.50 | $195.00 | $487.50 |
| | | Total Fees: | $6,145.50 |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| L100 | | |
| L110 | 2.50 | $487.50 |
| Total L100 | 2.50 | $487.50 |
| P300 | | |
| P230 | 12.30 | $5,658.00 |
| Total P300 | 12.30 | $5,658.00 |
| Total Fees : | 14.80 | $6,145.50 |

**Summary by Disbursement Codes :**

| Code | | Bill Amount |
|---|---|---|
| 003 | Long Distance Telephone | $19.38 |
| 004 | Duplicating | $15.20 |
| | Total Disbursements : | $34.58 |
| | **TOTAL DUE :** | **$6,180.08** |

# EXHIBIT B

**(Curtis Bay FUSRAP Bankruptcy Claim Resolution)**

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD 21044

December 19, 2011
Client/Matter #  01246-011548
Invoice # 145449
Federal ID# 52-1247549

For Legal Services Rendered Through 11/30/11 in Connection With:

**PLEASE REMIT PAYMENT TO :**    BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

<u>Curtis Bay FUSRAP Bankruptcy Claim Resolution</u>
<u>100103</u>

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 11/15/11 | P. Marks | L110 | 0.30 | Review edits to USACE report; email to client re same. |

Total Hours :    0.30

Total Fees :    $138.00

```
BEVERIDGE & DIAMOND, P.C.                              INVOICE #  145449
                                                       December 19, 2011
                                                       PAGE   2
```

**Time Summary :**

| Title | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks    Principal | 0.30 | $460.00 | $138.00 |
| | | Total Fees: | $138.00 |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| L100 | | |
| L110 | 0.30 | $138.00 |
| Total L100 | 0.30 | $138.00 |
| Total Fees : | 0.30 | $138.00 |

**Summary by Disbursement Codes :**

|  |  |
|---|---|
| **TOTAL DUE :** | **$138.00** |

# EXHIBIT C

**(Curtis Bay Permitting)**

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

December 19, 2011
Client/Matter #  01246-014558
Invoice # 145451
Federal ID# 52-1247549

For Legal Services Rendered Through 11/30/11 in Connection With:

**PLEASE REMIT PAYMENT TO :**   BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

**Curtis Bay Permitting**
**100047**

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 11/04/11 | L. McAfee | 2.00 | Review materials and regulations re potential project; telephone conference with L. Duff, project team re issues. |
| 11/07/11 | L. McAfee | 0.50 | Telephone conference with consultant re legal analysis; telephone conferences and emails with L. Duff re same; emails with site re same. |
| 11/08/11 | L. McAfee | 1.50 | Review revised analysis and emails re questions; team call re issues; emails with L. Duff re same. |
| 11/10/11 | L. McAfee | 2.50 | Team call re issues; revise analysis; telephone conferences and emails with team re additional comments. |
| 11/17/11 | L. McAfee | 0.30 | Emails with L. Duff re issues; review additional information re same. |
| 11/18/11 | L. McAfee | 3.00 | Review materials from site; telephone conference with L. Duff re issues; preparation for and attend meeting at site. |

BEVERIDGE & DIAMOND, P.C.                                       INVOICE #  145451
                                                                December 19, 2011
                                                                PAGE  2


                                        Total Hours :                      9.80

                                        Total Fees  :                 $4,753.00

BEVERIDGE & DIAMOND, P.C.                                       INVOICE #  145451
                                                                December 19, 2011
                                                                PAGE  2

BEVERIDGE & DIAMOND, P.C.

INVOICE #  145451
December 19, 2011
PAGE  3

**Time Summary:**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| L. McAfee | 9.80 | $485.00 | $4,753.00 |
| **Total Fees :** | | | **$4,753.00** |
| **TOTAL DUE :** | | | **$4,753.00** |

# EXHIBIT D

**(Investigation of VC Processing Facilities)**

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.                                    December 19, 2011
Attn: Richard Finke                                  Client/Matter #  01246-014352
7500 Grace Drive                                     Invoice # 145450
Columbia, MD  21044                                  Federal ID# 52-1247549

For Legal Services Rendered Through 11/30/11 in Connection With:

**Investigation of VC Processing Facilities**
**100045**

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 11/10/11 | K. Bourdeau | C300 | 0.80 | E-mail communications with L. Duff and P. Marks re assessment and analysis. |
| 11/11/11 | P. Marks | C300 | 1.00 | Review issues in preparation for client call; coordinate with client re same. |
| 11/13/11 | K. Bourdeau | C300 | 0.30 | E-mail exchange with L. Duff re issues. |
| 11/14/11 | K. Bourdeau | C300 | 1.50 | Conference with P. Marks in preparation for conference call with L. Duff and H. Feichko; participate in conference call re same; respond to L. Duff e-mail re agenda for meeting. |
| 11/14/11 | P. Marks | C300 | 1.30 | Telephone conference with K. Bourdeau in preparation for client call; telephone conference with L. Duff, H. Feichko and K. Bourdeau re issue identification for client meeting. |
| 11/15/11 | K. Bourdeau | C300 | 1.00 | Conference with staff re background research needed and send results of research to L. Duff and H. Feichko; conference with P. Marks re follow-up needed. |
| 11/15/11 | P. Marks | C300 | 0.20 | Telephone conference with K. Bourdeau re potential tasks. |

Total Hours :                                                    6.10

BEVERIDGE & DIAMOND, P.C.                                         INVOICE # 145450
                                                                  December 19, 2011
                                                                  PAGE  2


                                    Total Fees :           $3,598.00

Case 01-01139-AMC   Doc 28277-1   Filed 12/27/11   Page 15 of 18
BEVERIDGE & DIAMOND, P.C.                                         INVOICE # 145450
                                                                  December 19, 2011
                                                                  PAGE  2

BEVERIDGE & DIAMOND, P.C.

INVOICE # 145450
December 19, 2011
PAGE   3

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 3.60 | $680.00 | $2,448.00 |
| P. Marks | 2.50 | $460.00 | $1,150.00 |
|  |  | **Total Fees :** | **$3,598.00** |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 6.10 | $3,598.00 |
| Total | 6.10 | $3,598.00 |
| **Total Fees :** | **6.10** | **$3,598.00** |

**Summary by Disbursement Codes :**

| | | Bill Amount |
|---|---|---|
| E105 | Telephone | $6.20 |
|  | **Total Disbursements :** | **$6.20** |

|  | **TOTAL DUE :** | **$3,604.20** |
|---|---|---|

# EXHIBIT E

**(Bankruptcy Fee Application)**

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co. - Conn  
Attn: Lydia B. Duff, Esq.  
7500 Grace Drive  
Columbia, MD  21044

December 19, 2011  
Client/Matter #   01246-012629  
Invoice # 145448  
Federal ID# 52-1247549

---

For Legal Services Rendered Through 11/30/11 in Connection With:

**PLEASE REMIT PAYMENT TO :**     BEVERIDGE & DIAMOND, P.C.  
SUITE 700  
1350 I STREET, N.W.  
WASHINGTON, D.C. 20005-3311

<u>**Bankruptcy Fee Application**</u>
<u>**100035**</u>

**Disbursements:**

|   |   |
|---|---|
| Copying | 13.80 |
| Postage | 2.12 |

Total Disbursements :     $15.92

TOTAL DUE :     $15.92