**EXHIBIT A**

# DuaneMorris

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
LAKE TAHOE
HO CHI MINH CITY

December 07, 2011

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001          Invoice# 1717645          IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 11/30/2011 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | |
|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 3.10 hrs. at | $745.00 /hr. = | $2,309.50 | |
| WS KATCHEN | OF COUNSEL | 3.60 hrs. at | $835.00 /hr. = | $3,006.00 | |
| S LENKIEWICZ | PARALEGAL | 2.80 hrs. at | $175.00 /hr. = | $490.00 | |
| | | | | | $5,805.50 |

DISBURSEMENTS
MESSENGER SERVICE                              $5.00
POSTAGE                                       $110.12
PRINTING & DUPLICATING                        $103.20
TOTAL DISBURSEMENTS                                          $218.32

BALANCE DUE THIS INVOICE                                    $6,023.82

DUANE MORRIS LLP

Duane Morris
December 07, 2011
Page 2

File # K0248-00001 INVOICE# 1717645
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 11/16/2011 | 004 | WS KATCHEN | REVIEW DOCKET ENTRIES; APPEAL DESIGNATION. | 0.40 | $334.00 |
| | | | Code Total | 0.40 | $334.00 |

Duane Morris
December 07, 2011
Page 3

File # K0248-00001                                                                                INVOICE# 1717645
    W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 11/3/2011 007 | WS KATCHEN | REVIEW STROOCK MEMO TO COMMITTEE. | 0.10 | $83.50 |
| 11/4/2011 007 | WS KATCHEN | ADDITIONAL WORK ON EXHIBITS FOR EXPERT REPORT (1.3); FOR EMAILS FOR J. PIETROFORTE (.5). | 1.80 | $1,503.00 |
| 11/15/2011 007 | WS KATCHEN | REVIEW COMMITTEE MEMO. | 0.10 | $83.50 |
| | | Code Total | 2.00 | $1,670.00 |

Duane Morris
December 07, 2011
Page 4

File # K0248-00001  
    W.R. GRACE & CO.

INVOICE# 1717645

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---:|---:|
| 11/16/2011 | 010 | MR LASTOWSKI | REVIEW DEBTORS' APPLICATION TO AMEND PRICEWATERHOUSE COOPERS RETENTION. | 0.30 | $223.50 |
| 11/16/2011 | 010 | MR LASTOWSKI | REVIEW DEBTORS' APPLICATION TO RETAIN BAKER AND MACKENZIE. | 0.20 | $149.00 |
| 11/16/2011 | 010 | MR LASTOWSKI | REVIEW 11/28/11 AGENDA NOTICE AND RELATED AGENDA ITEMS. | 1.10 | $819.50 |
| 11/16/2011 | 010 | MR LASTOWSKI | REVIEW CNO RE: MOTION TO SELL CERTAIN VERMICULITE ASSETS. | 0.20 | $149.00 |
| 11/16/2011 | 010 | MR LASTOWSKI | REVIEW CNO RE: MOTION FOR AUTHORITY TO MERGE CERTAIN SUBSIDIARIES. | 0.20 | $149.00 |
| 11/22/2011 | 010 | MR LASTOWSKI | REVIEW AMENDED AGENDA NOTICE. | 0.10 | $74.50 |
| 11/22/2011 | 010 | MR LASTOWSKI | REVIEW ORDER APPROVING SALE MOTION. | 0.10 | $74.50 |
| | | | Code Total | 2.20 | $1,639.00 |

Duane Morris
December 07, 2011
Page 5

File # K0248-00001 INVOICE# 1717645
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 11/29/2011 | 012 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO 116TH MONTHLY FEE APPLICATION (.1); PREPARE CERTIFICATE OF NO OBJECTION RE SAME (.2); EFILE SAME (.2). | 0.50 | $87.50 |
| 11/29/2011 | 012 | S LENKIEWICZ | PREPARE DUANE MORRIS 117TH MONTHLY FEE APPLICATION (.5); FINALIZE FOR EFILING (.2); EFILE SAME (.2). | 0.90 | $157.50 |
| | | | Code Total | 1.40 | $245.00 |

Duane Morris
December 07, 2011
Page 6

File # K0248-00001 INVOICE# 1717645
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 11/10/2011 | 013 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO CAPSTONE 90TH AND 91ST MONTHLIES (.1); PREPARE CERTIFICATES OF NO OBJECTION REGARDING SAME (.3); FINALIZE AND EFILE SAME (.3); FORWARD EFILING CONFIRMATIONS TO D. MOHAMMAD (.1). | 0.80 | $140.00 |
| 11/28/2011 | 013 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO SSL 126TH MONTHLY (.1); PREPARE CERTIFICATE OF NO OBJECTION RE SAME (.2); FINALIZE AND EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1). | 0.60 | $105.00 |
| | | | Code Total | 1.40 | $245.00 |

Duane Morris
December 07, 2011
Page 7

File # K0248-00001                                                  INVOICE# 1717645
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 11/9/2011 | 015 | MR LASTOWSKI | REVIEW DOCKET SHEET RE: CASE STATUS. | 0.50 | $372.50 |
| 11/28/2011 | 015 | MR LASTOWSKI | REVIEW DOCKET SHEET RE: CASE STATUS. | 0.40 | $298.00 |
| | | | Code Total | 0.90 | $670.50 |

Duane Morris
December 07, 2011
Page 8

File # K0248-00001  INVOICE# 1717645
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 11/17/2011 | 016 | WS KATCHEN | REVIEW MOTION OF DEBTORS TO EMPLOY SPECIAL COUNSEL - BAKER & MCKENZIE ON NEW MATTER. | 0.20 | $167.00 |
| 11/19/2011 | 016 | WS KATCHEN | REVIEW CERTIFICATION OF COUNSEL (.2); REVIEW ORDER REGARDING ASSET SALE OF VERMICULITE ($5 AND $10 MILLION) (.2). | 0.40 | $334.00 |
| 11/28/2011 | 016 | WS KATCHEN | REVIEW CAPSTONE REPORT. | 0.40 | $334.00 |
| 11/28/2011 | 016 | WS KATCHEN | REVIEW DOCKET UPDATES. | 0.20 | $167.00 |
| | | | Code Total | 1.20 | $1,002.00 |
| | | | **TOTAL SERVICES** | 9.50 | $5,805.50 |

Duane Morris
December 07, 2011
Page 9

File # K0248-00001                                                                 INVOICE# 1717645
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|---|---|---|---:|
| 11/30/2011 | POSTAGE | | 110.12 |
| | | Total: | $110.12 |
| 11/30/2011 | MESSENGER SERVICE | | 5.00 |
| | | Total: | $5.00 |
| 11/30/2011 | PRINTING & DUPLICATING | | 103.20 |
| | | Total: | $103.20 |
| | | TOTAL DISBURSEMENTS | $218.32 |