# EXHIBIT A

WR GRACE & CO
COMPENSATION BY PROJECT CATEGORY
NOVEMBER 1, 2011 - NOVEMBER 30, 2011

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 0.5 | $ 357.50 |
| 0013 | Business Operations | 20.1 | 14,371.50 |
| 0014 | Case Administration | 13.3 | 3,020.50 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 3.0 | 2,419.00 |
| 0018 | Fee Application, Applicant | 11.7 | 5,374.00 |
| 0019 | Creditor Inquiries | 0.7 | 590.50 |
| 0020 | Fee Application, Others | 1.1 | 786.50 |
| 0040 | Employment Applications - Others | 2.9 | 2,073.50 |
| 0041 | Relief from Stay Proceedings | 0.2 | 143.00 |
| | | | |
| | Total | 53.5 | $29,136.00 |

# STROOCK

## INVOICE

| | |
|---|---|
| DATE | December 14, 2011 |
| INVOICE NO. | 551840 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through November 30, 2011, including:

| | |
|---|---|
| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos) |
| | 699843  0003 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/10/2011 | Attend to filings in Garlock appeal. | Krieger, A. | 0.4 |
| 11/11/2011 | Attend to new filings in Garlock appeal. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.5 | $ 715 | $ 357.50 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 357.50 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 357.50 |

# STROOCK

| RE | Business Operations |
|---|---|
|    | 699843 0013 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/01/2011 | Preparation for and conference call Debtors' counsel, Blackstone re: Grace's position on merger motion (.9); prepare Committee memorandum re: Grace's position and memoranda with KP re: same (1.2). | Krieger, A. | 2.1 |
| 11/02/2011 | Attend to relevant case law re: merger motion (4.6); attend to articles and news release re: Grace's third quarter operating results (.6). | Krieger, A. | 5.2 |
| 11/03/2011 | Review additional materials received from R. Higgins re: Merger Motion (.7); preparation for and then conference call Debtors' representative, R. Ferzza, J. Dolan re: Merger Motion (1.4); follow up conference call Capstone re: Merger Motion (.1); memorandum to LK, KP re: Grace representatives call on Merger Motion (.6); memoranda with Debtors' counsel re: objection deadline on motion (.1). | Krieger, A. | 2.9 |
| 11/04/2011 | Memorandum to LK, KP re: Merger Motion. | Krieger, A. | 0.4 |
| 11/08/2011 | Memoranda with R. Higgins re: status of Merger Motion. | Krieger, A. | 0.2 |
| 11/09/2011 | Memorandum to R. Higgins re: circulation of revised proposed merger motion order (.1); attend to revised form of order and memoranda with KP, LK re: same (1.2); memorandum to Debtors' counsel re proposed changes to order (.6); memorandum to Capstone re: merger motion (.1). | Krieger, A. | 2.0 |
| 11/10/2011 | Exchange memoranda with R. Higgins re: status of revised merger motion (.5); attend to revised form of order and further comments thereon (2.1). | Krieger, A. | 2.6 |
| 11/11/2011 | Prepare proposed revision to draft subsidiaries merger order and memoranda with Debtors' | Krieger, A. | 1.7 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
|  | counsel re: same (1.1); t/c R. Higgins re: revised order provisions (.2); attend to corporate news and memorandum to Capstone re: management changes (.4). |  |  |
| 11/14/2011 | Review further revised order authorizing merger motion and memoranda to R. Higgins re: additional comments. | Krieger, A. | 0.5 |
| 11/21/2011 | Attend to order entered by the Court approving Merger Motion, Vermiculite Sale, OCP modification. | Krieger, A. | 0.2 |
| 11/22/2011 | Memoranda with Capstone re: Report on 3rd quarter financial results. | Krieger, A. | 0.1 |
| 11/23/2011 | Review Capstone's report re: Grace third quarter 2011 operational results and memorandum to Capstone re: same. | Krieger, A. | 2.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 20.1 | $715 | $14,371.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $14,371.50 |
|---|---|

| TOTAL FOR THIS MATTER | $14,371.50 |
|---|---|

# STROOCK

|  |  |
|---|---|
| RE | Case Administration<br>699843 0014 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/01/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.5 |
| 11/02/2011 | Obtain and circulate recently docketed pleadings in main case (.3); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.4 |
| 11/03/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.4 |
| 11/04/2011 | Obtain and circulate recently docketed pleadings in main case (.5); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.6 |
| 11/07/2011 | Attention to letter and court order re: Burrell Johnson. | Krieger, A. | 0.1 |
| 11/07/2011 | Obtain and circulate recently docketed pleadings in main case (.6); research case docket and obtain pleadings for attorney review (.9); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 1.6 |
| 11/08/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.4 |
| 11/09/2011 | Obtain and circulate recently docketed pleadings in main case (.6); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.7 |
| 11/10/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.7 |
| 11/11/2011 | Obtain and circulate recently docketed pleading in main case (.2); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.3 |
| 11/14/2011 | Obtain and circulate recently docketed pleadings in main case (.5); obtain documents for attorney review (.7); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 1.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/15/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 1.2 |
| 11/16/2011 | Obtain and circulate recently docketed pleadings in main case (.3); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.4 |
| 11/17/2011 | Attend to 11/28/11 hearing agenda and o/c DM re: 11/28/11 hearing and court call arrangements. | Krieger, A. | 0.2 |
| 11/18/2011 | Obtain and circulate recently docketed pleadings in main case (.4); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.5 |
| 11/21/2011 | O/c DM re orders entered and court call arrangement for 11/28/11 hearing (.1); memoranda with Debtors' counsel re: 11/28/11 hearing (.1). | Krieger, A. | 0.2 |
| 11/21/2011 | Obtain and circulate recently docketed pleadings in main case (.6); review case file documents (.8); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 1.5 |
| 11/22/2011 | Memorandum to and o/c DM re: court call arrangements for 11/28/11 hearing (.1); memoranda with J. Baer re: status of 11/28/11 hearing (.1). | Krieger, A. | 0.2 |
| 11/22/2011 | Obtain and circulate recently docketed pleadings in main case (.5); schedule A. Krieger to appear telephonically at 11/28/11 hearing (.1). | Mohamed, D. | 0.6 |
| 11/23/2011 | Obtain and circulate recently docketed pleadings in main case (.6); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.7 |
| 11/28/2011 | Obtain and circulate recently docketed pleadings in main case (.4); prepare documents for attorney review (.3); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.8 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.7 | $ 715 | $ 500.50 |
| Mohamed, David | 12.6 | 200 | 2,520.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,020.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 3,020.50 |
|---|---|

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders'<br>699843  0017 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/01/2011 | Confer AK re: merger motion issues. | Pasquale, K. | 0.2 |
| 11/03/2011 | Memorandum for the Committee re status of Merger Motion (.2); t/c Committee member re: Merger Motion (.1). | Krieger, A. | 0.3 |
| 11/03/2011 | Review draft email to Committee re: merger motion. | Pasquale, K. | 0.2 |
| 11/08/2011 | Memoranda with Committee member re: status of proposed merger motion. | Krieger, A. | 0.1 |
| 11/09/2011 | Review revised form of order and memoranda re: merger motion. | Kruger, L. | 0.4 |
| 11/10/2011 | O/c LK re: status of merger motion (.1); preparation of memorandum for the Committee re: status of merger motion (.7). | Krieger, A. | 0.8 |
| 11/14/2011 | Attend to memorandum for the Committee re: Merger Motion. | Krieger, A. | 0.2 |
| 11/15/2011 | Revised memorandum for the Committee re: revised order approving Merger Motion. | Krieger, A. | 0.3 |
| 11/15/2011 | Merger motion status and review memo. | Pasquale, K. | 0.2 |
| 11/28/2011 | Review Capstone 3rd Quarter Report. | Pasquale, K. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.7 | $ 715 | $ 1,215.50 |
| Kruger, Lewis | 0.4 | 995 | 398.00 |
| Pasquale, Kenneth | 0.9 | 895 | 805.50 |
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | | $ 2,419.00 |
| TOTAL FOR THIS MATTER | | | $ 2,419.00 |

# STROOCK

| | | |
|---|---|---|
| RE | Fee Application, Applicant | |
| | 699843  0018 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/01/2011 | Attend to 42nd quarterly fee application. | Krieger, A. | 0.8 |
| 11/07/2011 | Attend to quarterly fee application. | Krieger, A. | 1.6 |
| 11/08/2011 | Attend to 42nd quarterly fee application. | Krieger, A. | 2.0 |
| 11/09/2011 | O/c DM re: 42nd quarterly fee application. | Krieger, A. | 0.1 |
| 11/09/2011 | Review draft of SSL's forty-second quarterly fee application. | Mohamed, D. | 1.3 |
| 11/10/2011 | Revise draft of SSL's forty-second quarterly fee application. | Mohamed, D. | 0.4 |
| 11/11/2011 | Review quarterly fee app. | Pasquale, K. | 0.3 |
| 11/16/2011 | Finalize SSL's forty-second quarterly fee application for filing (.7); prepare notice and CoS re: same and forward to local counsel for filing (.6); prepare and effectuate service re: fee application (.7). | Mohamed, D. | 2.0 |
| 11/17/2011 | Review/revise October fee detail | Magzamen, M. | 0.8 |
| 11/22/2011 | O/c DM re: preparation of October 2011 fee statement. | Krieger, A. | 0.1 |
| 11/28/2011 | Attend to October 2011 monthly fee statement. | Krieger, A. | 0.7 |
| 11/28/2011 | Prepare draft of SSL's one hundred and twenty-seventh monthly fee application for attorney review. | Mohamed, D. | 1.1 |
| 11/30/2011 | Review revised draft of SSL's October 2011 bill. | Mohamed, D. | 0.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 5.3 | $ 715 | $ 3,789.50 |
| Magzamen, Michael | 0.8 | 320 | 256.00 |
| Mohamed, David | 5.3 | 200 | 1,060.00 |
| Pasquale, Kenneth | 0.3 | 895 | 268.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 5,374.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 5,374.00 |
|---|---|

# STROOCK

| RE | Creditor Inquiries 699843 0019 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/02/2011 | Telephone conference bank lender re: status. | Pasquale, K. | 0.2 |
| 11/14/2011 | Telephone conference lender re: status. | Pasquale, K. | 0.3 |
| 11/21/2011 | T/c creditor re: case status. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.2 | $715 | $143.00 |
| Pasquale, Kenneth | 0.5 | 895 | 447.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $590.50 |
|---|---|

| TOTAL FOR THIS MATTER | $590.50 |
|---|---|

# STROOCK

| | | |
|---|---|---|
| RE | Fee Application, Others | |
| | 699843 0020 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/15/2011 | Attend to numerous fee applications, certifications. | Krieger, A. | 0.2 |
| 11/16/2011 | Attend to other professionals' fee applications, certifications. | Krieger, A. | 0.2 |
| 11/17/2011 | Attend to other professionals' fee applications. | Krieger, A. | 0.4 |
| 11/22/2011 | Attend to other professionals' fee applications. | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.1 | $ 715 | $ 786.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 786.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 786.50 |
|---|---|

# STROOCK

| | | |
|---|---|---|
| RE | Expenses 699843 0024 | |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |

### MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 33.79 |
| Long Distance Telephone | 1.39 |
| Westlaw | 381.50 |

| | |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 416.68 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 416.68 |

# STROOCK

| RE | Employment Applications - Others<br>699843 0040 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/17/2011 | Attend to retention motions for PWC, Baker Donaldson and memorandum thereon. | Krieger, A. | 2.4 |
| 11/21/2011 | Memoranda with Debtors' counsel re: modification of PWC retention motion. | Krieger, A. | 0.3 |
| 11/28/2011 | Memorandum to R. Higgins re: PWC retention motion inquiry. | Krieger, A. | 0.1 |
| 11/29/2011 | T/c R. Higgins re: PWC retention. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 2.9 | $ 715 | $ 2,073.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,073.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 2,073.50 |
|---|---|

# STROOCK

| RE | Relief from Stay Proceedings 699843 0041 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/14/2011 | Memoranda with J. Baer re: Intra West stay relief motion. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.2 | $ 715 | $ 143.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 143.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 143.00 |
|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 29,136.00 |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 416.68 |
| TOTAL BILL | $ 29,552.68 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.