# EXHIBIT B

## WR GRACE & CO
## SUMMARY OF FEES
## NOVEMBER 1, 2011 - NOVEMBER 30, 2011

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| Kruger, Lewis | 0.4 | $ 995 | $ 398.00 |
| Pasquale, Kenneth | 1.7 | 895 | 1,521.50 |
| | | | |
| **Associates** | | | |
| Krieger, Arlene G. | 32.7 | 715 | 23,380.50 |
| | | | |
| **Paraprofessionals** | | | |
| Magzamen, Michael | 0.8 | 320 | 256.00 |
| Mohamed, David | 17.9 | 200 | 3,580.00 |
| | | | |
| **Total** | **53.5** | | **$ 29,136.00** |