# EXHIBIT C

WR GRACE & CO
DISBURSEMENT SUMMARY
NOVEMBER 1, 2011 - NOVEMBER 30, 2011

| Outside Messenger Service | $ | 33.79 |
|---|---|---|
| Long Distance Telephone | | 1.39 |
| Westlaw | | 381.50 |
| | | |
| **TOTAL** | **$** | **416.68** |

# STROOCK

## DISBURSEMENT REGISTER

| DATE | December 5, 2011 |
|---|---|
| INVOICE NO. | 551840 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

**FOR EXPENSES INCURRED** in the captioned matter for the period through November 30, 2011, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 11/30/2011 | VENDOR: UPS; INVOICE#: 10X827451; DATE: 11/30/2011 David Mohamed to Dawn S. Marra Wilimgton DE on 10/28/2011 | 7.65 |
| 11/30/2011 | VENDOR: UPS; INVOICE#: 10X827451; DATE: 11/30/2011 David Mohamed to Dave Klauder, Esq. Wilimgton DE on 10/28/2011 | 7.65 |
| 11/30/2011 | VENDOR: UPS; INVOICE#: 10X827451; DATE: 11/30/2011 David Mohamed to David B. Siegal Columbia MD on 10/28/2011 | 7.65 |
| 11/30/2011 | VENDOR: UPS; INVOICE#: 10X827451; DATE: 11/30/2011 David Mohamed to Bobbi Ruhlander, Esq. Dallas TX on 10/28/2011 | 10.84 |
| **Outside Messenger Service Total** | | **33.79** |
| **Long Distance Telephone** | | |
| 11/29/2011 | EXTN.795544, TEL.3128364047, S.T.14:05, DUR.00:04:56 | 1.39 |
| **Long Distance Telephone Total** | | **1.39** |
| **Westlaw** | | |
| 11/02/2011 | Duration 7; by Krieger, Arlene G. | 348.50 |

# STROOCK

PAGE: 2

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/04/2011 | Duration 1; by Krieger, Arlene G. | 33.00 |
| **Westlaw Total** | | **381.50** |

BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 33.79 |
| Long Distance Telephone | 1.39 |
| Westlaw | 381.50 |
| TOTAL DISBURSEMENTS/CHARGES | $ 416.68 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.