**W. R. Grace & Co.**                    EXHIBIT B
**Summary**
**Oct 1 through Oct 31, 2011**

| Employee | Hours | Billing Rate | Professional Fees |
|---|---|---|---|
| BROOKS, THOMAS J | 1.10 | $570.00 | $627.00 |
| GORDON, JARED H | 2.60 | $680.00 | $1,768.00 |
| LIEW, LI MEI | 0.50 | $570.00 | $285.00 |
| MAYWALD, ANDREAS | 1.50 | $570.00 | $855.00 |
| **Project Helios** | **5.70** | | **$3,535.00** |
| | | | |
| BROOKS, THOMAS J | 1.40 | $570.00 | $798.00 |
| GORDON, JARED H | 1.40 | $680.00 | $952.00 |
| **Administration** | **2.80** | | **$1,750.00** |
| | | | |
| Subtotal | 8.50 | | $5,285.00 |
| Expenses | | | $0.84 |
| **Total Deloitte Tax LLP Fees** | **Oct 1 through Oct 31, 2011** | | **$5,285.84** |