W. R. Grace & Co.
Hourly Detail
Oct 1 through Oct 31, 2011

EXHIBIT C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Professional Fees |
|---|---|---|---|---|---|---|---|
| 10/25/2011 | BROOKS, THOMAS J | Project Helios | Carol Finke | Call with Andreas, Li Mei and Jared regarding Singapore and Germany tax implications associated with Project Helios | 0.7 | $ 570.00 | $ 399.00 |
| 10/26/2011 | BROOKS, THOMAS J | Project Helios | Carol Finke | Discussed with Jared regarding Singapore and Germany tax implications associated with Project Helios | 0.4 | $ 570.00 | $ 228.00 |
| 10/19/2011 | GORDON, JARED H | Project Helios | Carol Finke | Project Helios - China, Germany, Singapore discussions with foreign desks and Carol Finke | 1 | $ 680.00 | $ 680.00 |
| 10/24/2011 | GORDON, JARED H | Project Helios | Carol Finke | Discussion with Carol Finke regarding Project Helios - further emails to Singapore and Germany desks | 0.7 | $ 680.00 | $ 476.00 |
| 10/25/2011 | GORDON, JARED H | Project Helios | Carol Finke | Project Helios discussions with Singapore and Germany | 0.5 | $ 680.00 | $ 340.00 |
| 10/26/2011 | GORDON, JARED H | Project Helios | Carol Finke | Email to Carol/ discussions regarding Project Helios | 0.4 | $ 680.00 | $ 272.00 |
| 10/25/2011 | LIEW, LI MEI | Project Helios | Carol Finke | DT Philadelphia re: WR Grace - telephone call with Jared Gordon and Andreas Maywald | 0.5 | $ 570.00 | $ 285.00 |
| 10/25/2011 | MAYWALD, ANDREAS | Project Helios | Carol Finke | Discussed about German loan to Singapore | 0.5 | $ 570.00 | $ 285.00 |
| 10/26/2011 | MAYWALD, ANDREAS | Project Helios | Carol Finke | Discussed about German loan to Singapore | 1 | $ 570.00 | $ 570.00 |
| 10/5/2011 | BROOKS, THOMAS J | Administration | David Libow | Reviewed Grace Apr to Sep bankruptcy fee applications | 1.2 | $ 570.00 | $ 684.00 |
| 10/11/2011 | BROOKS, THOMAS J | Administration | David Libow | Discussed bankruptcy applications with Jared | 0.2 | $ 570.00 | $ 114.00 |
| 10/11/2011 | GORDON, JARED H | Administration | David Libow | Reviewed bank fee applications | 0.7 | $ 680.00 | $ 476.00 |
| 10/20/2011 | GORDON, JARED H | Administration | David Libow | Reviewed April - Sept 2011 bank fee applications | 0.7 | $ 680.00 | $ 476.00 |
| | | | | | 8.5 | | $ 5,285.00 |