W. R. Grace & Co.  
Expenses Detail  
Oct 1 through Oct 31, 2011

EXHIBIT D

| Posted Date | Employee Name | Project Category | Grace Contact | Description | Related Expenses |
|---|---|---|---|---|---|
| 10/25/2011 | LIEW, LI MEI | Project Helios | Carol Finke | Conference Call w/ Jared Gordon & Andreas Maywald | $0.84 |
| | | | | Total | $0.84 |