# EXHIBIT A
**(Fee Detail)**

**FEES**

| | |
|---|---|
| **LITIGATION AND LITIGATION CONSULTING** | $10,118.00 |
| **FEE APPLICATION – APPLICANT** | $1,050.00 |
| **TOTAL FEES** | $11,168.00 |

# CASNER & EDWARDS, LLP

### ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

December 22, 2011
Bill Number  140586
File Number  52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

## FOR PROFESSIONAL SERVICES

Re:    Litigation and Litigation Consulting

## LEGAL SERVICES

THROUGH NOVEMBER 30, 2011

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 11/01/11 | ARA | Quality control property damage ledgers in the production set. | 2.30 Hrs | 310.50 |
| 11/01/11 | ARA | Document control. | 1.50 Hrs | 127.50 |
| 11/02/11 | ARA | Quality control property damage ledgers in the production set. | 5.60 Hrs | 756.00 |
| 11/03/11 | ARA | Quality control documents in the production set. | 4.10 Hrs | 553.50 |
| 11/04/11 | ARA | Quality control documents in the ETX production set. | 6.00 Hrs | 810.00 |
| 11/04/11 | ARA | Document control. | 0.50 Hrs | 42.50 |
| 11/07/11 | ARA | Quality control documents in the ETX production set. | 5.00 Hrs | 675.00 |
| 11/08/11 | ARA | Quality control documents in the ETX production set. | 6.00 Hrs | 810.00 |
| 11/09/11 | ARA | Quality control documents in the ETX production set. | 6.60 Hrs | 891.00 |

Mark A. Shelnitz
Re:    Litigation and Litigation Consulting

THROUGH NOVEMBER 30, 2011

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 11/10/11 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.20 Hrs | 70.00 |
| 11/10/11 | ARA | Quality control documents in the ETX production set. | 5.90 Hrs | 796.50 |
| 11/15/11 | ARA | Email to MTM to confirm information re: Libby personnel file (.1); search for and locate personnel file (1.0); arrange to have file copied; receipt of file from copy service; quality control file (.5). Quality control documents in the ETX production set (1.3). | 2.90 Hrs | 391.50 |
| 11/15/11 | ARA | Document control. | 3.00 Hrs | 255.00 |
| 11/16/11 | ARA | Quality control documents in the ETX production set. | 6.00 Hrs | 810.00 |
| 11/17/11 | ARA | Document control. | 2.00 Hrs | 170.00 |
| 11/18/11 | RAM | Telephone conference with in-house counsel re: whether we have any document concerning how licensees handled waste disposal. Read selected documents filed in bankruptcy court. | 0.20 Hrs | 70.00 |
| 11/18/11 | ARA | Quality control documents in the ETX production set. | 5.90 Hrs | 796.50 |
| 11/28/11 | RAM | Read article re: NIOSH issuing warning about eronite, found in several western states, causing mesothelioma. | 0.10 Hrs | 35.00 |
| 11/28/11 | ARA | Quality control documents in the ETX production set. | 2.70 Hrs | 364.50 |
| 11/28/11 | ARA | Document control. | 1.50 Hrs | 127.50 |
| 11/29/11 | ARA | Quality control documents in the ETX production set. | 6.00 Hrs | 810.00 |
| 11/30/11 | ARA | Quality control documents in the ETX production set. | 3.30 Hrs | 445.50 |

TOTAL LEGAL SERVICES     $10,118.00

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---------------|-----|------|--------|

GASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:    Litigation and Litigation Consulting

| Robert A. Murphy | 0.50 | 350.00 | 175.00 |
| Angela R. Anderson | 68.30 | 135.00 | 9,220.50 |
| Angela R. Anderson | 8.50 | 85.00 | 722.50 |
| | 77.30 | | $10,118.00 |

TOTAL THIS BILL        $10,118.00

Page 3

# CASNER & EDWARDS, LLP

### A T T O R N E Y S   A T   L A W

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

December 27, 2011
Bill Number  140643
File Number  52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

## FOR PROFESSIONAL SERVICES

Re:    Fee Applications, Applicant

## LEGAL SERVICES

THROUGH NOVEMBER 30, 2011

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 11/02/11 | RAM | Read report of Fee Auditor re: 41st Quarterly Fee Application.  Send "as filed" September fee application to fee auditor. | 0.10 Hrs | 35.00 |
| 11/10/11 | RAM | Work on Quarterly fee application. | 0.80 Hrs | 280.00 |
| 11/18/11 | RAM | Work on October fee application. | 1.70 Hrs | 595.00 |
| 11/22/11 | RAM | Work on October fee application. | 0.30 Hrs | 105.00 |
| 11/26/11 | RAM | Finalize October fee application and have it sent to in-house counsels to review. | 0.10 Hrs | 35.00 |

TOTAL LEGAL SERVICES      $1,050.00

## LEGAL SERVICES SUMMARY

| Attorney Name | Hrs | Rate | Amount |
|---------------|-----|------|--------|
| Robert A. Murphy | 3.00 | 350.00 | 1,050.00 |
| | 3.00 | | $1,050.00 |

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:    Fee Applications, Applicant

                                        TOTAL THIS BILL            $1,050.00