**EXHIBIT B**
**(Expense Detail)**

## **EXPENSES**

| | |
|---|---:|
| **LITIGATION AND LITIGATION CONSULTING** | $12,364.96 |
| **FEE APPLICATION – APPLICANT** | $37.94 |
| **TOTAL EXPENSES** | $12,402.90 |



**CASNER & EDWARDS, LLP**

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

December 22, 2011
Bill Number 140598
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES

Re:   Litigation and Litigation Consulting

**LEGAL SERVICES**

**COSTS**

THROUGH NOVEMBER 30, 2011

EXCESS POSTAGE
| | | | |
|---|---|---|---|
| 11/30/11 | EXCESS POSTAGE | 12.86 | |
| | | | $12.86 |

PACER ONLINE SEARCH
| | | | |
|---|---|---|---|
| 11/30/11 | PACER ONLINE SEARCH - 10/14 & 10/18/11 | 12.00 | |
| | | | $12.00 |

RENT REIMBURSEMENT
| | | | |
|---|---|---|---|
| 11/01/11 | ONE WINTHROP SQUARE, LLC: Rent and utilities for document repository at One Winthrop Square November 2011. | 11,936.60 | |
| | | | $11,936.60 |

MISCELLANEOUS
| | | | |
|---|---|---|---|
| 11/09/11 | RECORDKEEPER ARCHIVE CENTERS,: Storage 11/01/11 through 11/30/11. | 403.50 | |
| | | | $403.50 |

|  |  |  |
|---|---|---|
| | TOTAL COSTS | $12,364.96 |

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re: Litigation and Litigation Consulting

                                              TOTAL THIS BILL        $12,364.96

Page 2

# CASNER & EDWARDS, LLP

## ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

December 27, 2011
Bill Number 140644
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES

Re:   Fee Applications, Applicant

**LEGAL SERVICES**

**COSTS**

THROUGH NOVEMBER 30, 2011

FEDERAL EXPRESS

| Date | Description | Amount |
|---|---|---|
| 11/08/11 | FEDERAL EXPRESS CORPORATION: To 919 N Market Street, Pachulski Stang Ziehl from Casner and Edwards on October 14, 2011 by R A Murphy. | 18.97 |
| 11/08/11 | FEDERAL EXPRESS CORPORATION: To 919 N Market St., Pachulski Stang Ziehl & Jones Lynzy Oberholzer from Casner and Edwards on October 27, 2011 by R A Murphy. | 18.97 |

|  |  |
|---|---|
|  | $37.94 |
| TOTAL COSTS | $37.94 |
| TOTAL THIS BILL | $37.94 |

Page 1