## EXHIBIT A

**November 2011 Fee Detail**

**Matter 3**                                      **Business Operations**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 11/1/2011 | Confer with R . Higgins re issues on subsidiary merger motion and Plate matters (.30); review and respond to correspondence re same (.40); review correspondence re issues on Seale role in Plate matter and confer with R. Higgins re same (.40). | 1.10 | $625 | $687.50 |
| RJH | 11/1/2011 | Telephone conference with B. Jaffe re subsidiary merger issues (.50); prepare and revise schedules re same (3.00); engage in analysis re same (2.00); confer with J. Baer several times re same and other issues (.90); prepare for telephone conference with R. Wyron et al. re vermiculite business sale and other matters (.30); participate in same (.80); follow-on conference call with J. McFarland and J. Hughes re same (.30); telephone conference with R. Wyron re follow-up (.50); prepare for telephone conference with A. Krieger et al. re vermiculite business sale and other matters (.50); participate in same (.60); follow-on telephone conference with J. McFarland re issues raised in telephone conference (.50); telephone conference with A. Schlesinger and B. Jaffe re  subsidiary merger analysis (.50). | 10.40 | $475 | $4,940.00 |
| RJH | 11/2/2011 | Telephone conferences with J. McFarland re sale motion and subsidiary merger issues (1.20); telephone conference with P. Pantaleo re same (.50); telephone conference with N. Coco re same (.40); telephone conferences with A. Schlesinger and B. Jaffe re subsidiary merger analysis (1.30); revise schedules re same (2.50); telephone conference with A. Paul re subsidiary merger and other issues (.70); revise vermiculite sale order (1.00); revise subsidiary merger order (.50). | 8.10 | $475 | $3,847.50 |
| JSB | 11/3/2011 | Confer with R . Higgins re status of Plate and subsidiary merger motions and review correspondence re same (.50). | .50 | $625 | $312.50 |
| RJH | 11/3/2011 | Telephone conferences with J. McFarland re sale motion and subsidiary merger issues (.50); telephone conference with A. Paul re same (.50); prepare for telephone conference with R. Wyron re sale motion (.30); participate in same (.40); legal research re subsidiary merger issues (3.90); prepare for conference call with UCC counsel and financial advisor and others re subsidiary merger motion (.30); participate in same (1.10); revise subsidiary merger schedules (1.60); multiple further telephone conferences with A. Paul (1.10); multiple further telephone conferences with J. McFarland (1.10); analyze issues and correspond with L. Esayian re vermiculite sale issue (.30); prepare for telephone conference with client and others re vermiculite sale and other issues (.20); participate in same (.70). | 12.00 | $475 | $5,700.00 |

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| JSB | 11/4/2011 | Confer with R. Higgins re Plate and subsidiary merger issues (.40); review further correspondence re same (.30); confer with N. Coco re issues on subsidiary merger motion (.30); further confer and review correspondence re issues (.40). | 1.40 | $625 | $875.00 |
| RJH | 11/4/2011 | Attend to and resolve issues re schedules to vermiculite business sale ASA and exchange correspondence re same (.80); analyze issues re subsidiary merger (1.00); confer with J. Baer re same, vermiculite sale and other issues (1.00); telephone conference with N. Coco and J. Baer re subsidiary merger (.60); exchange correspondence with R. Wyron, R. Frankel and others re same (.50); telephone conference with J. McFarland re various business issues (.50). | 4.40 | $475 | $2,090.00 |
| JSB | 11/7/2011 | Confer with R. Higgins re status of Plate and subsidiary merger (.40); confer with R. Frankel re same (.40); confer with D. Turetsky re same (.30); review draft Plate language for revised draft order (.30); confer with R. Higgins re same, revise and review correspondence to/from client re same (.60); review revised subsidiary merger order (.40). | 2.40 | $625 | $1,500.00 |
| RJH | 11/7/2011 | Telephone conference with J. McFarland re various business transactions and related matters (.60); telephone conference with R. Frankel re vermiculite sale (.70); revise order re same (.50); revise subsidiary merger order (1.00); confer with J. Baer re same (.50); legal research re same (2.80).; telephone conference with N. Coco re subsidiary merger issues (.50); analyze issues raised in call (.60); telephone conference with D. Turetsky re subsidiary merger (.40). | 7.60 | $475 | $3,610.00 |
| JSB | 11/8/2011 | Confer with D. Klauder re subsidiary merger motion issues (.20); prepare correspondence re same (.20); participate in conference with clients and co-counsel re Project Plate issues (1.00); confer with R. Higgins further re same (.30); confer with R. Higgins re comments on subsidiary merger order (.30); review and revise correspondence re subsidiary merger issues and further confer re same (.50); participate in conference with R. Frankel re Project Plate issues (.50); confer with A. Paul and R. Higgins further re same (.30); confer with Grace re subsidiary merger revised order issues (.50); further confer with R. Higgins re same (.30). | 4.10 | $625 | $2,562.50 |
| RJH | 11/8/2011 | Multiple conference calls with client re subsidiary merger motion issues (2.00); revise draft order re same (1.50); conference calls with A. Paul re same (1.00); confer with J. Baer re same (.50); legal research re claims analysis in support of same (.50); analyze issues re vermiculite sale (1.80). | 7.30 | $475 | $3,467.50 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 11/9/2011 | Several conferences with R. Higgins re outstanding issues on subsidiary merger and Project Plate (.70); review correspondence re same (.40); review draft re PI FCR Project Plate issues (.30); confer re same (.30). | 1.70 | $625 | $1,062.50 |
| RJH | 11/9/2011 | Legal analysis re subsidiary merger issues (2.00); conference call with B. Jaffe re same (.50); legal analysis re vermiculite sale issues (2.00); confer with J. Baer re same (.30); conference calls with A. Paul re same (1.00); revise subsidiary merger order (1.40); draft e-mail memoranda re same (.50). | 7.70 | $475 | $3,657.50 |
| JSB | 11/10/2011 | Review correspondence re issues on Project Plate (.40); prepare response and comments re same (.40); confer with R. Higgins and J. Donley re same (.30); further confer re same (.40); confer with R. Higgins re subsidiary merger issues (.30); review revised subsidiary merger order and confer re same (.40); review and respond to further comments on subsidiary merger order (.30). | 2.50 | $625 | $1,562.50 |
| RJH | 11/10/2011 | Revise subsidiary merger order and circulate same to various constituencies (1.30); legal analysis re vermiculite sale issues (3.00); conference calls with A. Paul and others re same (1.00); draft correspondence to R. Frankel et al. re same (.60). | 5.90 | $475 | $2,802.50 |
| JSB | 11/11/2011 | Review correspondence re remaining issues on subsidiary merger matter (.40); participate in call with PI FCR and advisors re subsidiary merger matter (.80); further confer with A. Paul, R. Higgins and J. O'Connell re same (.70); confer with M. Shelnitz re same (.40); further confer with M. Shelnitz, R. Frankel and P. Lockwood re same (.70); further confer with R. Higgins re same (.30); review follow up correspondence and confer re same (.40). | 3.70 | $625 | $2,312.50 |
| RJH | 11/11/2011 | Correspond with various parties re vermiculite sale issues (.60); consider confidentiality issues re same (.20); legal research re subsidiary merger issues (2.00); telephone conference with B. Jaffe re same (.50); correspond with client and others re same (.40); prepare for conference call with R. Frankel and others re same (.40); participate in same (1.00); follow up calls with A. Paul, J. McFarland, M. Shelnitz and others (1.00); telephone conference with M. Shelnitz, P. Lockwood, R. Frankel, J. Baer and A. Paul re same (.90); telephone conference with A. Krieger re same (.50); analyze comments to subsidiary merger order from remaining parties (.50). | 8.00 | $475 | $3,800.00 |
| JSB | 11/14/2011 | Review revised Plate Order, letter and subsidiary merger order and confer with R. Higgins re same (.40); review follow up correspondence re same (.30); review and respond to inquiries re motion status and November hearing matters (.40). | 1.10 | $625 | $687.50 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 11/14/2011 | Revise subsidiary merger order (2.00); circulate same to various constituencies and analyze comments therefrom (1.00); assist in preparation of exhibits to same (.90); draft and revise vermiculite sale language (1.50); revise form of vermiculite business sale order (.50); prepare certificate of counsel re subsidiary merger order (1.50); prepare certificate of counsel re vermiculite sale order (1.50). | 8.90 | $475 | $4,227.50 |
| JSB | 11/15/2011 | Review correspondence re ART issues (.30); review correspondence re foreign matter (.30); confer with R. Higgins re same (.30); review and revise draft COC's re Plate and subsidiary merger (.30); confer re same (.20); prepare responses on ART and foreign matters (.30); follow up re issues on same (.30). | 2.00 | $625 | $1,250.00 |
| RJH | 11/15/2011 | Revise subsidiary merger certificate of counsel (1.00); prepare same for filing (.90); exchange correspondence with various parties re same (.30); revise vermiculite sale certificate of counsel (1.00); prepare same for filing (.80); telephone conference with J. McFarland re same (.30); analyze new proposed business transactions (.50). | 4.80 | $475 | $2,280.00 |
| JSB | 11/16/2011 | Review proposed foreign joint venture agreement (.50); review further correspondence re same (.30); participate in conference with Grace re ART credit and foreign joint venture transactions (.60); confer further re same (.30). | 1.70 | $625 | $1,062.50 |
| RJH | 11/16/2011 | Analyze issues re new business transactions and prepare for telephone conference with J. McFarland and others (1.10); participate in same (.80); follow up on various issues re same (0.50). | 2.40 | $475 | $1,140.00 |
| JSB | 11/17/2011 | Confer with C. Finke re issues on various potential business transactions (.50); review materials re same (.50). | 1.00 | $625 | $625.00 |
| JSB | 11/18/2011 | Confer with E. Filon and C. Finke re Altech related issues (.50); review correspondence re forward contract issues and statute re same (.40). | .90 | $625 | $562.50 |
| JSB | 11/21/2011 | Confer with R. Higgins re forward contract issues (.30); prepare correspondence re same (.20). | .50 | $625 | $312.50 |
| RJH | 11/21/2011 | Legal research re business transaction issue (1.00); confer with J. Baer re same (.30); attend to matters re subsidiary merger order and vermiculite sale order (1.50). | 2.80 | $475 | $1,330.00 |
| JSB | 11/23/2011 | Participate in conference with potential joint venture parties re transaction (.80); review materials and prepare revised draft language re potential joint venture project (.70). | 1.50 | $625 | $937.50 |

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 11/23/2011 | Telephone conference with J. Baer re business transaction and other matters (.50); prepare for telephone conference with counsel for the other party re same (.30); participate in same (1.00); follow-on conference with J. Baer re same and other matters (.40). | 2.20 | $475 | $1,045.00 |
| JSB | 11/30/2011 | Review further correspondence re issues on lender claims and confer with R. Higgins re same (.30); review correspondence on new transaction and confer with R. Higgins re same (.30). | .60 | $625 | $375.00 |
| Total | | | 119.20 | | $60,625.00 |

5

**Matter 4**                                 **Case Administration**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 11/4/2011 | Confer with C. Jurgens re NY Hillside claims transfer (.20); review 11/29 hearing agenda and provide comments re same (.30); review newly filed pleadings and correspondence and attend to same (.40). | .90 | $625 | $562.50 |
| RJH | 11/7/2011 | Exchange correspondence and resolve issues re Burrell letter (.40). | .40 | $475 | $190.00 |
| JSB | 11/8/2011 | Review correspondence re equity committee issues (.20); review and attend to newly filed pleadings and correspondence (.40). | .60 | $625 | $375.00 |
| JSB | 11/9/2011 | Review all open issues, organize materials and prepare updated check list re same (1.50). | 1.50 | $625 | $937.50 |
| JSB | 11/11/2011 | Review draft 11/28 hearing agenda and provide comments re same (.40); review correspondence and draft re PWC issue (.30). | .70 | $625 | $437.50 |
| JSB | 11/14/2011 | Review correspondence re outstanding issues and follow up re same (.40); review correspondence re Montana (.20). | .60 | $625 | $375.00 |
| JSB | 11/17/2011 | Review and respond to several inquiries from claims traders re Grace claims and Garlock appeal (.30); review newly filed materials and follow up re same (.50). | .80 | $625 | $500.00 |
| JSB | 11/21/2011 | Confer with CRG re case status (.30); confer with R. Higgins re OCP issues (.30); confer with counsel re November hearing (.20); review correspondence re issues on several pending matters and respond re same (.40). | 1.20 | $625 | $750.00 |
| JSB | 11/22/2011 | Review correspondence and attend to several creditor inquiries on status of various matters (.70). | .70 | $625 | $437.50 |
| JSB | 11/28/2011 | Review and respond to correspondence on several outstanding matters (.40); review newly filed pleadings and correspondence and attend to same (.30); confer with C. Jurgens re NY Hillside claim (.20). | .90 | $625 | $562.50 |
| JSB | 11/30/2011 | Review, respond and forward inquiries re fee audit requests (.30); confer with E. Gartenlaub (counsel for equity holder) re case status (.60). | .90 | $625 | $562.50 |
| Total | | | 9.20 | | $5,690.00 |

Matter 5                    Claim Analysis Objection & Resolution (Asbestos)

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| JSB | 11/16/2011 | Review correspondence re PD issues (.30). | .30 | $625 | $187.50 |
| JSB | 11/17/2011 | Prepare response re PD issues (.50). | .50 | $625 | $312.50 |
| JSB | 11/18/2011 | Review further correspondence and comments re PD issues and respond further re same (.70); review revised issue structure and comments re same (.50). | 1.20 | $625 | $750.00 |
| JSB | 11/21/2011 | Confer re PD issues (.30); review correspondence re same (.40); confer with co-counsel re PD issues (1.00); confer with Grace representatives re same (1.30); review further information re same (.30). | 3.30 | $625 | $2,062.50 |
| JSB | 11/22/2011 | Review documents and pleadings re PD claim issues (2.50); prepare memo re same (.80); | 3.30 | $625 | $2,062.50 |
| JSB | 11/23/2011 | Confer re PD issues and review correspondence re same (.40); participate in conference with Grace and co-counsel re same (.70); further confer re same (.40); review correspondence re asbestos insurance issues (.40). | 1.90 | $625 | $1,187.50 |
| JSB | 11/28/2011 | Review chart on PD claims and related information re same (.50); confer with Grace and co-counsel re same (1.20). | 1.70 | $625 | $1,062.50 |
| JSB | 11/29/2011 | Confer with R. Finke re PD claims issues and related matters (.30); confer with M. Hurford re various claim inquiries (.30). | .60 | $625 | $375.00 |
| Total |  |  | 12.80 |  | $8,000.00 |

**Matter 6**                          **Claim Analysis Objection & Resolution (Non-asbestos)**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| JSB | 11/7/2011 | Review further correspondence re DH Litter claim questions (.20); review BMC correspondence on professional claim review (.20). | .40 | $625 | $250.00 |
| JSB | 11/8/2011 | Review information re DH Litter and prepare correspondence to client re same (.20); review correspondence re professional fees and back-up re same (.20). | .40 | $625 | $250.00 |
| JSB | 11/9/2011 | Review correspondence re status of various claims from Pachulski/BMC (.20); prepare response re same (.30); review correspondence re DH Litter information (.20); review correspondence re updated Novak Landfill claim (.20); review inquiry re Sargent Electric claim and respond re same (.30); review correspondence re Port Authority of NY and prepare follow up re same (.30). | 1.50 | $625 | $937.50 |
| JSB | 11/10/2011 | Review BMC response re CRG claims inquiry (.30). | .30 | $625 | $187.50 |
| JSB | 11/11/2011 | Prepare correspondence re CRG transferred claims (.40); review correspondence re Samson/Otis claims transfer and issues re same (.30). | .70 | $625 | $437.50 |
| RJH | 11/17/2011 | Analyze various open claims issues (.50); correspond with various parties re same (.50). | 1.00 | $475 | $475.00 |
| RJH | 11/21/2011 | Telephone conference with C. Finke re open tax claims issues (.30); analyze and resolve issues re same (.50); analyze open claims issues (.30). | 1.10 | $475 | $522.50 |
| JSB | 11/28/2011 | Review materials re counsel claims (1.20); confer with BMC re issues on same (.30). | 1.50 | $625 | $937.50 |
| JSB | 11/29/2011 | Confer with R. Higgins re Locke trial/settlement issues (.30). | .30 | $625 | $187.50 |
| JSB | 11/29/2011 | Confer re issues on lender claim matters (.30); review and respond to correspondence re same (.30); confer with R. Higgins re same (.30); review further materials re counsel fee/claim issues (.50); confer re same (.30); begin preparation of detailed analysis re counsel claim issues and review pleadings and claims materials re same (2.00). | 3.70 | $625 | $2,312.50 |
| RJH | 11/29/2011 | Legal research re Missouri DOR claim and correspond with various parties re same (.50). | .50 | $475 | $237.50 |
| JSB | 11/30/2011 | Review and summarize further information on counsel claim issues (1.50); review case law re issues on same (.50); prepare follow up research questions and review responses re same (.50). | 2.50 | $625 | $1,562.50 |
| Total | | | 13.90 | | $8,297.50 |

8

Matter 10                                       Employment Applications, Others

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 11/1/2011 | Telephone conference with J. McFarland re OCP and other issues (.30). | .30 | $475 | $142.50 |
| RJH | 11/7/2011 | Telephone conference with D. Heroy re law firm retention issues (.50); follow up and exchange correspondence with various parties re same (.40). | .90 | $475 | $427.50 |
| RJH | 11/8/2011 | Conference calls with J. McFarland re special counsel retention issues (.60); conference call with D. Heroy re same (.50). | 1.10 | $475 | $522.50 |
| RJH | 11/9/2011 | Legal analysis re accountant retention (.50); conference call with client and others re same (.50). | 1.00 | $475 | $475.00 |
| RJH | 11/11/2011 | Telephone conferences with J. McFarland re retention issues and other matters (.60); analyze and resolve issues re same (.40). | 1.00 | $475 | $475.00 |
| RJH | 11/14/2011 | Review and analyze Baker & McKenzie retention pleadings (1.00); correspond with various parties re same (.30); analyze and resolve other retention issues and correspond with various parties re same (.50). | 1.80 | $475 | $855.00 |
| RJH | 11/17/2011 | Telephone conference with J. McFarland re professionals retention issues (.40); analyze various conflicts issues (1.00); exchange correspondence with various parties re same (.50). | 1.90 | $475 | $902.50 |
| RJH | 11/21/2011 | Telephone conference with H. Gurley re conflicts and retention matters (.40); analyze and resolve issues re same (.20); analyze inquiry re PWC retention and exchange correspondence with various parties re same (.50); analyze and resolve OCP issues (.90). | 2.00 | $475 | $950.00 |
| RJH | 11/23/2011 | Telephone conference with J. McFarland re employment applications issues (.40); analyze issues re same (.30); confer with J. Baer re same (.20). | .90 | $475 | $427.50 |
| RJH | 11/28/2011 | Attend to matters re employment applications (.50); exchange correspondence with A. Krieger re same (.40). | .90 | $475 | $427.50 |
| RJH | 11/29/2011 | Telephone conference with A. Krieger re PwC retention application (.50); attend to matters re Baker & McKenzie retention application (.70). | 1.20 | $475 | $570.00 |
| RJH | 11/30/2011 | Draft RSM McGladrey retention application (3.80); telephone conference with A. McDermott re Baker & McKenzie retention issues (1.00); legal research re same (1.00); confer with J. Baer re same and other matters (.20); | 5.30 | $475 | $2,517.50 |
| Total | | | 18.30 | | $8,692.50 |

9

Matter 11                                    Fee Applications, Applicant

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| JSB | 11/7/2011 | Review issues re third quarter 2011 fee application (.30). | .30 | $625 | $187.50 |
| RJH | 11/9/2011 | Prepare third quarter 2011 fee application for filing (1.50). | 1.50 | $475 | $712.50 |
| JSB | 11/10/2011 | Prepare October monthly fee and expense application (2.00). | 2.00 | $625 | $1,250.00 |
| RJH | 11/28/2011 | Prepare October fee application (1.10). | 1.10 | $475 | $522.50 |
| RJH | 11/29/2011 | Prepare October fee application (3.00); revise and prepare same for filing (.50). | 3.50 | $475 | $1,662.50 |
| Total | | | 8.40 | | $4,335.00 |

Matter 12                          **Fee Applications, Others**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| JSB | 11/1/2011 | Review and respond to correspondence re PwC fee application issues (.30); review further correspondence re same (.30). | .60 | $625 | $375.00 |
| RJH | 11/2/2011 | Legal research re PwC fee application issue and correspond with H. LaForce re same (.50). | .50 | $475 | $237.50 |
| Total | | | 1.10 | | $ 612.50 |

**Matter 14**                                             **Hearings**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 11/3/2011 | Review and comment on draft hearing agenda (.30); exchange correspondence with various parties re November omnibus hearing (.30). | .60 | $475 | $285.00 |
| JSB | 11/15/2011 | Review and comment on November hearing agenda (.30). | .30 | $625 | $187.50 |
| Total | | | 0.90 | | $ 472.50 |

Matter 15                              **Litigation and Litigation Consulting**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| JSB | 11/7/2011 | Review correspondence from BMC on follow up Otis claim transfer issues (.30). | .30 | $625 | $187.50 |
| JSB | 11/8/2011 | Prepare correspondence re Otis/Samson Claims transfer notice issues (.30); review follow up respond re same (.20). | .50 | $625 | $312.50 |
| JSB | 11/10/2011 | Follow up on Otis Pipeline settlement issues and respond to correspondence re same (.50); respond to status inquiry from insurers re same (.20); review BMC response on EPA issues re Otis claims transfer (.20). | .90 | $625 | $562.50 |
| JSB | 11/17/2011 | Review summary materials from Samson re East Poplar Field case and mediation re same (.80). | .80 | $625 | $500.00 |
| RJH | 11/29/2011 | Telephone conference with J. Hughes re claims litigation matter (.50); legal research re unresolved claims litigation matters (.50); telephone conference with D. Klein and W. Hammond re claims litigation matter (.50); legal research re same (2.50); confer with J. Baer re same (.20). | 4.20 | $475 | $1,995.00 |
| Total | | | 6.70 | | $3,557.50 |

Matter 16                                    Plan and Disclosure Statement

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| JSB | 11/15/2011 | Participate in Company/Plan Proponents call re status of various matters (1.00); further confer re issues on same (.30). | 1.30 | $625 | $812.50 |
| RJH | 11/21/2011 | Analyze documents re PD issues (.60); engage in lawyers' call re same (1.00); call with client re same (1.00); confer with J. Baer re same (.30). | 2.90 | $475 | $1,377.50 |
| RJH | 11/23/2011 | Analyze documents re PD issues (.40); participate in call with client re same (1.10). | 1.50 | $475 | $712.50 |
| JSB | 11/28/2011 | Review briefing re Continental Insurance appeal (.70). | .70 | $625 | $437.50 |
| JSB | 11/29/2011 | Participate in conference with Plan Proponents re case status and issues (.50); confer with Bloomberg re appeal issues (.20). | .70 | $625 | $437.50 |
| Total |  |  | 7.10 |  | $3,777.50 |