# EXHIBIT B

## November 2011 Expense Detail

## EXPENSE SUMMARY

| Service Description | Amount |
|---|---|
| Long Distance/Conference Telephone Charges/Internet | $1,532.74 |
| Online research | $503.29 |
| **Total:** | **$2,036.03** |

## ITEMIZED EXPENSES

### TRAVEL

| Date | Amount | Service Description |
|---|---|---|
| -- | -- | None |
| Total | $ 0.00 | |

### NON-TRAVEL

| Date | Amount | Service Description |
|---|---|---|
| 11/17/2011 | $274.38 | A T & T. Telephone and data charges in Europe for Grace calls and e mails |
| 11/30/2011 | $1,258.36 | InterCall. Conference call charges for Grace for month of November |
| 12/5/2011 | $503.29 | Lexis/Nexus Grace charges for November |
| Total | $2,036.03 | |

Total November 2011 Expenses: $2,036.03