# EXHIBIT A

**Matter 19 - Claims Analysis Objection and Resolution (Non-Asbestos) - Fees**

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|------|------|------|-------------|
| 11/1/2011 | John Donley | .60 | Continue analysis of Intrawest motion and options (.3); confer with L. Esayian re same (.2); confer and voicemail with A. Paul re Intrawest (.1). |
| 11/1/2011 | Lisa G Esayian | 3.50 | Confer with R. Finke and J. Hughes re Intrawest lift-stay issues and related insurance issues (.8); review prior stipulations and orders re lift-stay issues in Grace's bankruptcy proceedings (1.3); correspond with R. Finke and J. Hughes re same (.4); work on response to Intrawest lift-stay motion (1.0). |
| 11/2/2011 | Lisa G Esayian | 1.40 | Work on insurance issues related to Intrawest lift-stay motion (1.1); correspond with J. Hughes and R. Finke re same (.3). |
| 11/3/2011 | John Donley | 1.10 | Analyze Intrawest stay issues (.5); review and revise draft correspondence with Intrawest (.4); confer and correspond with L. Esayian re Intrawest response (.2). |
| 11/3/2011 | Lisa G Esayian | 3.80 | Revise and send letter to Intrawest's counsel re issues re lift-stay motion (1.6); confer with counsel for various constituencies re same (.4); work on opposition to motion (1.2); confer and correspond with Intrawest's counsel re lift-stay issues (.6). |
| 11/4/2011 | Lisa G Esayian | 3.40 | Correspond with certain insurers' counsel re their questions re Intrawest's lift-stay motion (.5); work on insurance arguments for opposition to Intrawest lift-stay motion (1.5); correspond with K. Makowski re agenda revisions re Intrawest lift-stay motion (.4); correspond with J. Posner re insurance issues re Intrawest lift-stay motion (.4); correspond with Intrawest's counsel re insurance issues (.6). |
| 11/7/2011 | Lisa G Esayian | 3.50 | Review portions of American Home insurance policy and letter of credit relevant to Intrawest's lift-stay motion and communicate with J. Posner re follow-up questions (2.0); work on response to lift-stay motion (1.5). |
| 11/8/2011 | Lisa G Esayian | 2.90 | Work on insurance issues re Intrawest's claim (1.1); confer with J. Hughes re same (.5); confer with Intrawest's counsel D. Frounfelter and with J. Hughes re various issues re Intrawest's claim (1.0); follow-up discussion with J. Hughes re same (.3). |

A-2

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/9/2011 | Lisa G Esayian | 2.50 | Review additional materials provided by Intrawest's counsel re potential value of claim (1.0); work on Grace's objection to Intrawest's lift-stay motion (1.5). |
| 11/10/2011 | Lisa G Esayian | .30 | Update chart re status of PD claims appeals. |
| 11/11/2011 | Lisa G Esayian | .70 | Provide comments for 11/28 hearing agenda re Intrawest matter (.3); update FCR's counsel re Intrawest matter (.4). |
| 11/17/2011 | Lisa G Esayian | 1.00 | Confer with J. Hughes re facts, current status and potential resolution re Intrawest's claim. |
| 11/18/2011 | Lisa G Esayian | .40 | Correspond with Intrawest's counsel re lift-stay issues. |
| 11/21/2011 | Lisa G Esayian | 1.50 | Review additional materials provided by Intrawest's counsel (1.2); correspond with Intrawest's counsel re same (.3). |
| 11/30/2011 | John Donley | .10 | Confer with L. Esayian re Intrawest. |
| 11/30/2011 | Lisa G Esayian | 4.50 | Review correspondence from Intrawest's counsel re insurance issues and other issues re Intrawest's claim (.3); confer with J. Hughes and R. Finke re same (2.2); obtain and analyze additional relevant insurance information from J. Posner and G. Ibar and consider response to Intrawest (2.0). |
| | Total: | 31.20 | |

A-3

## Matter 20 - Case Administration - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/1/2011 | Kimberly K Love | 1.40 | Prepare and organize materials requested by Norton Rose re CNO's (.8); prepare and update calendar of upcoming hearing dates (.6). |
| 11/1/2011 | Andrew Brniak | .30 | Review and compile recently filed pleadings and correspond with working group re same. |
| 11/7/2011 | Andrew Brniak | .10 | Review and compile recently filed pleadings and correspond with working group re same. |
| 11/9/2011 | Andrew Brniak | .10 | Review and compile recently filed pleadings and correspond with working group re same. |
| 11/14/2011 | Andrew Brniak | .20 | Review and compile recently filed pleadings and correspond with working group re same. |
| 11/16/2011 | Andrew Brniak | .30 | Review and compile recently filed pleadings and correspond with working group re same. |
| 11/17/2011 | Kimberly K Love | 1.00 | Arrange Courtcall numbers for upcoming hearing. |
| 11/18/2011 | Andrew Brniak | .20 | Review and compile recently filed pleadings and correspond with working group re same. |
| | Total: | 3.60 | |

A-4

**Matter 32 - Fee Applications, Applicant - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/2/2011 | Adam C Paul | 1.20 | Analyze and revise monthly fee application. |
| 11/4/2011 | Maureen McCarthy | 1.00 | Draft September fee application. |
| 11/8/2011 | Adam C Paul | .50 | Analyze and revise monthly fee application. |
| 11/8/2011 | Maureen McCarthy | 1.10 | Revise and finalize September fee application (.9); follow-up with local counsel re filing and service of same (.2). |
| 11/10/2011 | Maureen McCarthy | .20 | Prepare September fee application for distribution to B. Ruhlander. |
| 11/13/2011 | Jeffrey Gettleman | .10 | Correspond with M. McCarthy re fee auditor information for stipulation. |
| 11/13/2011 | Maureen McCarthy | 2.40 | Prepare totals re subject matter total fees and hours and expense (.7); draft forty-second quarterly fee application (1.7). |
| 11/16/2011 | Jeffrey Gettleman | .10 | Correspond with M. McCarthy re review of quarterly fee application. |
| 11/16/2011 | Maureen McCarthy | .60 | Revise forty-second quarterly fee application. |
| 11/17/2011 | Jeffrey Gettleman | .80 | Review and revise forty-second quarterly fee application (.6); correspond with M. McCarthy re same (.2). |
| 11/17/2011 | Adam C Paul | .80 | Analyze and revise K&E invoices. |
| 11/18/2011 | Jeffrey Gettleman | .10 | Correspond with M. McCarthy and A. Paul re quarterly fee application. |
| 11/18/2011 | Maureen McCarthy | .80 | Review and revise forty-second quarterly fee application. |
| 11/23/2011 | Linda A Scussel | 1.30 | Conduct analysis update for supplemental disclosure of creditors submitted as vendors. |
| 11/23/2011 | Adam C Paul | .90 | Analyze and revise quarterly fee application (.7); correspond with M. McCarthy re same (.2). |
| 11/23/2011 | Maureen McCarthy | 1.70 | Draft October fee application (.9); finalize forty-second quarterly fee application for filing and service (.8). |
| 11/25/2011 | Linda A Scussel | 1.50 | Conduct analysis update for supplemental disclosure of creditors/parties submitted as 5% equity holders and vendors. |
| 11/26/2011 | Linda A Scussel | 2.20 | Conduct analysis update for supplemental disclosure of creditors/parties submitted as officers and directors and vendors. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/28/2011 | Linda A Scussel | 1.00 | Conduct analysis update for supplemental disclosure of creditors/parties submitted as ordinary course professionals and Rule 2002 parties. |
| 11/28/2011 | Adam C Paul | .70 | Analyze and revise October fee application. |
| 11/29/2011 | Maureen McCarthy | .80 | Revise and finalize October fee application for filing and service (.6); follow-up with local counsel re same (.2). |
| 11/30/2011 | Linda A Scussel | .30 | Conduct analysis update for supplemental disclosure of creditors/parties submitted as Rule 2002 parties. |
|  | Total: | 20.10 |  |

### Matter 35 - Fee Applications Others - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/2/2011 | Adam C Paul | .10 | Correspond with R. Finke re PwC and UST. |
| 11/3/2011 | Adam C Paul | .40 | Confer with R. Finke re Grant Thorton and PwC. |
| 11/7/2011 | Adam C Paul | .40 | Confer with B. Ruhlander re PwC. |
| 11/9/2011 | Adam C Paul | .40 | Analyze standard for fee applications for PwC. |
| 11/10/2011 | Carrie Sroka | .80 | Compile interim compensation orders and amended orders re preparation for final fee application (.5); review and distribute Delaware local rules and guidelines re same (.3). |
| 11/10/2011 | Emily S O'Connor | .70 | Collect and distribute previously filed materials re PwC to J. Gettleman. |
| 11/10/2011 | Jeffrey Gettleman | .50 | Confer with A. Paul re drafting motion re PwC fee applications (.1); confer with C. Cheetham re drafting PWC motion (.2); correspond with C. Cheetham re Grace motion template (.1); confer with E. O'Connor re PwC retention pleadings re same (.1). |
| 11/10/2011 | Adam C Paul | 1.30 | Analyze support for PwC request (1.1); confer with R. Finke re PwC motion (.1); confer with J. Gettleman re same (.1). |
| 11/11/2011 | Cameron Cheetham | 6.50 | Correspond with J. Gettleman re application for waiver pursuant to Local Bankruptcy Rule 2016-2(g) (.3); review previous applications re employment and retention of PwC (3.2); draft application for waiver pursuant to Local Bankruptcy Rule 2016-2(g) (3.0). |
| 11/11/2011 | Jeffrey Gettleman | 1.30 | Review and revise draft motion re amendment of PwC retention order (.4); correspond with K. Makowski and T. Cairns re filing of application to amend PwC retention order (.1); correspond with A. Paul re same (.1); correspond with C. Cheetham with comments to draft application (.2); confer with C. Cheetham re edits to same (.1); correspond with A. Paul re PwC application (.1); correspond with C. Cheetham re initial draft of same (.1); correspond with K. Makowski re stipulation (.1); correspond with A. Paul re same (.1). |
| 11/11/2011 | Adam C Paul | .40 | Correspond with J. Gettleman re PwC. |
| 11/12/2011 | Jeffrey Gettleman | 2.70 | Review and revise PwC application (.7); correspond with A. Paul re same (.1); correspond with K. Makowski re application and possible stipulation (.1); review A. Paul edits to application (.2); review and revise same (.7); correspond with A. Paul and D. Klauder re PwC application (.1); draft stipulation (.7); correspond with A. Paul re same (.1). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/12/2011 | Adam C Paul | 2.20 | Correspond with R. Finke re PwC (.1); analyze and revise PwC application (2.1). |
| 11/13/2011 | Cameron Cheetham | 2.50 | Correspond with J. Gettleman and A. Paul re application (.3); review edits to application (.5); draft edits to application (1.3); review PACER system for previous orders concerning accounting services (.4). |
| 11/13/2011 | Jeffrey Gettleman | 3.30 | Correspond with C. Cheetham re edits to PwC application (.1); search docket for OCP motion and order (.2); correspond with A. Paul re same (.2); correspond with A. Paul re comments to application and stipulation (.1); correspond with J. Baer re review of same (.1); review and revise stipulation (.6); review and revise PwC application (1.1); correspond with A. Paul re same (.1); correspond with C. Cheetham re same (.1); correspond with A. Paul re additional comments to application (.1); correspond with A. Paul and C. Cheetham re same (.1); correspond with R. Finke re application for review (.1); review and revise paragraph from C. Cheetham re same (.2); correspond with C. Cheetham re same (.1); correspond with J. Baer re review of revised version of PwC application (.1). |
| 11/13/2011 | Adam C Paul | 3.20 | Analyze and revise PwC application (1.9); correspond with J. Gettleman re same (.6); correspond with R. Finke and D. Klauder re same (.4); analyze and revise PwC stipulation (.3). |
| 11/14/2011 | Cameron Cheetham | 1.70 | Correspond with J. Gettleman and P. Adams re application (.2); draft edits to application (1.0); assemble exhibits to application and search PACER system for missing documents (.5). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/14/2011 | Jeffrey Gettleman | 4.20 | Correspond with R. Finke re services currently performed by PwC to add to application (.1); correspond with J. Baer re time of December omnibus hearing re same (.1); correspond with K. Makowski re filing process for application, including contact information for counsel for PwC re service (.4); confer and correspond with A. Brniak re exhibits to PwC application (.2); correspond with C. Cheetham re same (.1); review and revise PwC application and proposed order (.9); review proposed exhibits and cover pages re PwC application (.2); correspond with A. Brniak with comments re same (.1); review A. Paul comments to PwC application (.3); correspond with D. Klauder, C. Cheetham, A, Paul, K. Makowski, R. Finke and J. Baer re comments to PwC application (.7); correspond with C. Cheetham, R. Finke, A. Paul and others re edits to PwC application (.7); correspond with A. Paul re final draft of PwC application (.1); correspond with A. Paul and R. Finke re same (.1); correspond with R. Finke and A. Paul re courtesy copy of PwC application (.1); correspond with A. Paul re same (.1). |
| 11/14/2011 | Adam C Paul | 2.70 | Finalize PwC application and correspond with UST re same (2.1); correspond with J. Gettleman re same (.3); correspond with R. Finke re same (.3). |
| 11/15/2011 | Jeffrey Gettleman | .30 | Correspond with P. Cuniff re filing of PwC application (.1); correspond with A. Paul and C. Cheetham re same (.1); correspond with A. Paul and B. Ruhlander re PwC application (.1). |
| 11/15/2011 | Adam C Paul | .20 | Correspond with B. Ruhlander re PwC (.1); correspond with J. Gettleman re same (.1). |
| 11/18/2011 | Adam C Paul | .40 | Correspond with L. Esayian re Libby affidavit (.2); analyze Libby affidavit (.2). |
| 11/21/2011 | Jeffrey Gettleman | .20 | Confer with A. Paul re Womble Carlyle retention A. Shaffer OCP (.1); review correspondence from A. Paul re Womble Carlyle affidavit (.1). |
| 11/21/2011 | Adam C Paul | .60 | Correspond with J. Gettleman re Montana declaration (.2); confer with R. Finke re same (.2); correspond with R. Higgins re same (.2). |
| 11/22/2011 | Adam C Paul | .40 | Correspond with M. Shelnitz and R. Finke re Womble Carlyle (.2); correspond with J. Baer re same (.2). |
| | Total: | 37.40 | |

A-9

## Matter 37 - Plan and Disclosure Statement - Fees

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 11/1/2011 | Adam C Paul | 1.60 | Analyze merger motion (1.2); confer with R. Higgins re same (.4). |
| 11/1/2011 | John Donley | 5.50 | Confer with J. Aldock re settlement negotiations (.3); biweekly joint strategy call with ACC and FCR, including A. Paul, R. Wyron, R. Frankel and P. Lockwood (.8); confer and voicemail with A. Paul re Libby issues (.2); review and analyze equitable mootness research and cases in Third Circuit (.4); review R. Barakat research memorandum and cases in Fifth Circuit and various other circuits (2.9); revise memorandum (.4); draft/outline key points and follow-up items (.5). |
| 11/2/2011 | Dominic E Draye | .30 | Confer with C. Landau re Third Circuit motion issues. |
| 11/2/2011 | Kimberly K Love | 1.80 | Review files and materials for information re schedules to sales agreements as requested by L. Esayian. |
| 11/2/2011 | Adam C Paul | 2.40 | Confer with J. Donley re analogous mass tort cases (.3); correspond with C. Landau re appeal (.3); confer with N. Coco re merger motion (.4); confer with R. Higgins re same (.8); analyze recent mass tort bankruptcies (.6). |
| 11/2/2011 | Rana Barakat | 4.80 | Confer with J. Donley re equitable mootness research and status of pending section 524(g) cases (.7); review and analyze case law re equitable mootness in bankruptcy cases involving asbestos (1.4); draft memorandum re same (2.7). |
| 11/2/2011 | John Donley | 6.80 | Review various recent pleadings and filings (.2); confer with N. Coco re subsidiary motion (.1); continue review and analysis of equitable mootness issues and cases (.7); confer with R. Barakat re same and re 524(g) case development issues (.7); confer with A. Paul re same (.1); review, analyze and annotate new/revised lender arguments from district court presentation in preparation for appeal (2.3); review, analyze and outline Third Circuit appeal issues, procedures and rules, and related issues concerning potential proceedings and timing in district court including stay and bond issues (2.7). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/3/2011 | Dominic E Draye | 5.40 | Research rules and precedent re motions to expedite a bankruptcy appeal in the Third Circuit (2.8); research K&E documents related to Third Circuit expedition in 2010 Visteon case (.3); review B. Grant memorandum re bankruptcy appellate procedures (.3); draft memorandum to C. Landau summarizing precedent and proposing strategies to increase the likelihood of success on motion to expedite (2.0). |
| 11/3/2011 | Jeffrey Gettleman | .60 | Correspond with J. Donley re status of Grace appeal (.1); correspond with J. Donley re post-opinion analysis assignments (.1); confer with A. Paul re confirmation issues (.4). |
| 11/3/2011 | Adam C Paul | 5.90 | Analyze motion to sell vermiculite business (2.6); confer with R. Higgins re same (.6); confer with M. Shelnitz and working group re same (1.4); confer with J. Donley re same (.5); confer with R. Wyron re same (.4); confer with N. Coco re merger motion (.2); analyze proposed order (.2). |
| 11/3/2011 | Brian T Stansbury | 1.60 | Confer with V. Craven re NIOSH paper (.3); confer with J. Hughes re same (.3); confer with B. Harding re same (.3); confer with J. Donley re same (.2); analyze protective orders and related materials (.4); confer with M. Armstrong re protective order (.1). |
| 11/3/2011 | Rana Barakat | 3.20 | Review key recent filings in major asbestos bankruptcy cases relevant to Grace case (2.8); draft summary of re same (.4). |
| 11/3/2011 | John Donley | 3.10 | Continue review and analysis of District Court and Third Circuit appeal issues and procedures, including potential motion practice, timing issues and bond issues (.4); review documents and analyze issues relating to subsidiary motion (.5); confer with A. Paul re same (.4); review materials and analyze issues relating to lawsuit settlement filing (.6); confer with A. Paul re same (.3); confer with A. Paul and R. Finke re same (.2); review various recent pleadings and filings (.3); confer with M. Shelnitz re new Libby issues (.4). |
| 11/3/2011 | Lisa G Esayian | 1.50 | Review questions from various insurers' counsel re insurance issues in motion for sale of Vermiculite business and sale agreement (.3); review relevant portions of same and internal consultations re same (.8); reply to insurers' questions (.4). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/4/2011 | Dominic E Draye | 2.10 | Research cases in which the Third Circuit has reviewed a district court's grant of a motion to expedite (1.0); research motions to expedite in other circuits (.5); revise memo to reflect new cases (.4); summarize Third Circuit's Landrieu decision in correspondence to C. Landau (.2). |
| 11/4/2011 | Andrew Brniak | .30 | Retrieve and compile PwC retention pleadings and correspond with A. Paul re same (.1); review and compile recently filed pleadings and correspond with working group re same (.2). |
| 11/4/2011 | Adam C Paul | 2.50 | Confer with R. Wyron re sale motion (.4); confer with M. Shelnitz re same (.7); confer with R. Higgins re sale and merger motions (.3); prepare for district court opinion (1.1). |
| 11/4/2011 | Brian T Stansbury | 1.10 | Confer with J. Hughes re Moolgavkar report (.2); confer with V. Craven, S. Moolgavkar and counsel to Exponent re same (.4); confer with M. Armstrong re same (.3); confer with J. Donley re same (.2). |
| 11/4/2011 | Rana Barakat | 1.50 | Review dockets and recent developments in major section 524(g) cases relevant to Grace (.5); conduct research re same (.4); draft summary re developments in major asbestos bankruptcy cases (.6). |
| 11/4/2011 | John Donley | 2.10 | Confer and correspond with B. Stansbury re expert and confidentiality order issue, and review order (.5); review drafts and research re sale motion (.5); analyze same (.4); confer with A. Paul re same (.2); correspond with A. Paul and R. Higgins re same (.4); review correspondence from R. Wyron re Montana issue (.1). |
| 11/6/2011 | Adam C Paul | .30 | Correspond with M. Shelnitz re sale motion. |
| 11/6/2011 | Rana Barakat | 1.00 | Continue review of recent filings and developments in major asbestos bankruptcy cases (.6); draft summary re same (.4). |
| 11/7/2011 | Adam C Paul | 3.20 | Analyze issues associated with sale motion (2.5); correspond with R. Finke re same (.4); correspond with M. Shelnitz re same (.3). |
| 11/7/2011 | Rana Barakat | 3.30 | Conduct research re asbestos bankruptcy cases re equitable mootness doctrine (1.0); review recent filings and developments in major asbestos bankruptcy cases (1.1); draft summary re same (1.2). |

A-12

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/7/2011 | John Donley | 1.00 | Review various recent pleadings and filings (.2); correspond with A. Paul and R. Higgins re vermiculite sale issues (.3); evaluate Libby issues (.3); confer with F. McGovern re Libby issues (.2). |
| 11/7/2011 | Lisa G Esayian | 1.00 | Correspond with R. Higgins re certain information requested by insurers re vermiculite business sale motion (.4); review schedules re same (.2); correspond with insurers' counsel re same (.4). |
| 11/8/2011 | Inbal Hasbani | .50 | Confer with A. Paul re estoppel arguments relating to reorganized debtors. |
| 11/8/2011 | Adam C Paul | 4.30 | Confer with M. Shelnitz and J. Donley re sale motion (1.1); confer with R. Frankel re same (.7); correspond with R. Higgins re motion to consolidate (.3); confer with J. Donley re Libby (.4); review correspondence from Port Authority re environmental claim (.1); analyze proposed order merging entities (.7); confer with M. Shelnitz and R. Higgins re merger order (.6); confer with I. Hasbani re binding effect of letter agreement (.4). |
| 11/8/2011 | John Donley | 3.90 | Confer with Ontario creditor counsel re notice issue (.1); confer and correspond with M. Shelnitz re Libby negotiation (.5); confer with A. Paul re sale issue (.3); review correspondence from A. Paul and R. Higgins and draft order re sale issue (.5); analyze sale motion issues (.5); confer with M. Shelnitz, A. Paul and others re sale issue (1.0); correspond with B. Stansbury re Libby discovery order issue (.1); review R. Barakat updates and events relevant to Grace chapter 11 from other 524(g) cases in recent months (including Garlock, Pittsburgh Corning, Quigley, Bondex, GIT, Thorpe) (.5); correspond with R. Barakat re follow-up question (.1); review and analyze certain aspects of Libby program issues (.2); correspond with R. Frankel re same (.1). |
| 11/8/2011 | Lisa G Esayian | 1.00 | Work on issues re appeals of CNA settlement. |
| 11/9/2011 | Inbal Hasbani | 1.70 | Research equitable estoppel issues re reorganized debtors. |
| 11/9/2011 | Adam C Paul | 3.00 | Analyze indemnification under sale order (1.4); confer with R. Higgins re same (.4); confer with J. Donley re Libby (.3); correspond with I. Hasbani re estoppel (.4); analyze expedited appeal standard (.5). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/9/2011 | Rana Barakat | 4.20 | Review and analyze asbestos bankruptcy cases involving equitable mootness issues (1.2); draft analysis of equitable mootness implications in asbestos bankruptcy cases (1.6); revise memorandum re application of equitable mootness doctrine in Courts of Appeal (1.4). |
| 11/9/2011 | John Donley | 1.40 | Confer with A. Paul re sale motion (.1); confer with A. Paul re Garlock appeal (.1); review various recent pleadings and filings (.2); analyze sale and subsidiary motion issues (.4); confer with A. Paul re sub motion (.3); confer with R. Frankel re motions (.3). |
| 11/9/2011 | Lisa G Esayian | 2.00 | Confer with R. Finke re issues re Speights & Runyan claims and bankruptcy court treatment re same during Federal-Mogul confirmation proceedings (.5); analyze bankruptcy court documents re same and provide to R. Finke (1.5). |
| 11/10/2011 | Inbal Hasbani | 3.00 | Research equitable estoppel standard. |
| 11/10/2011 | Emily S O'Connor | 2.50 | Review and research case law re estoppel. |
| 11/10/2011 | Adam C Paul | 5.30 | Analyze and revise letter interpreting scope of indemnity (.9); analyze plan section 8.8.10 (1.4); analyze companion asbestos cases (.9); confer with J. Donley re Libby (.4); analyze correspondence re Libby (.4); confer with M. Shelnitz re same and sale motion (.6); confer with R. Higgins re sale motion and merger motion (.7). |
| 11/10/2011 | Brian T Stansbury | .40 | Confer with D. Setter re Grace's position on protective order governing Henry x-ray study B-reads. |
| 11/10/2011 | Rana Barakat | 1.80 | Review and analyze asbestos bankruptcy cases involving equitable mootness issues (.6); draft analysis of equitable mootness implications in asbestos bankruptcy cases (1.2). |
| 11/10/2011 | John Donley | .90 | Analyze subsidiary and sale motion issues (.6); confer and correspond with A. Paul re same (.3). |
| 11/10/2011 | Lisa G Esayian | 3.70 | Provide additional materials to R. Finke re treatment of Speights & Runyan claims in Federal-Mogul (1.2); review correspondence from J. Donley re next steps after receipt of district court confirmation opinion (.3); review certain portions of district court hearing transcript relevant to same (2.2). |
| 11/11/2011 | Inbal Hasbani | 1.20 | Continue research re equitable estoppel standard (.9); confer with A. Paul re same (.3). |

A-14

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/11/2011 | Adam C Paul | 5.40 | Participate in multiple conference calls with J. Baer, R. Frankel and P. Lockwood re merger motion (1.2); analyze and revise sale letter (.8); correspond with R. Higgins and working group re merger motion (1.1); confer with I. Hasbani re estoppel (.4); confer with J. Donley re sale letter and merger motion (.8); correspond with L. Esayian re agenda (.2); review correspondence from J. Baer and Pachulski re agenda (.3); correspond with I. Hasbani re estoppel (.2); analyze correspondence and proposed changes to merger motion (.4). |
| 11/11/2011 | Rana Barakat | 3.20 | Review and analyze asbestos bankruptcy cases involving equitable mootness issues (1.2); conduct research re same (.4); revise memorandum re application of equitable mootness doctrine in Courts of Appeal (1.6). |
| 11/11/2011 | John Donley | 1.50 | Correspond with R. Higgins, J. Baer and A. Paul re sale and subsidiary motions (.3); analyze and provide comments on motions (.4); confer with A. Paul re subsidiary motion (.3); review R. Frankel correspondence re motions (.1); draft confidentiality provision and correspond with A. Paul re same (.2); review various recent pleadings (.2). |
| 11/11/2011 | Lisa G Esayian | 1.50 | Analyze potential arguments for next stage of confirmation appeals re PD issues. |
| 11/12/2011 | Inbal Hasbani | 1.80 | Research Delaware law re equitable estoppel and draft summary re same. |
| 11/12/2011 | Adam C Paul | .40 | Analyze and revise agenda. |
| 11/13/2011 | Adam C Paul | 1.00 | Analyze and revise merger letter (.7); correspond with R. Higgins re same (.3). |
| 11/14/2011 | Andrew Brniak | .60 | Attend to rationalization and preparation of exhibits re PwC's amended employment retention application (.3); prepare and compile .PDF of same (.2); correspond with J. Gettleman re same (.1). |
| 11/14/2011 | Tyler D Mace | .50 | Confer with client and pull criminal trial materials. |
| 11/14/2011 | Adam C Paul | 2.60 | Analyze and revise Vermiculite letter (.4); correspond with J. Donley re same (.3); analyze revised sale and merger orders (.9); correspond with R. Higgins re same (.4); analyze Tribune order (.6). |
| 11/14/2011 | Rana Barakat | 1.10 | Draft and revise memorandum re application of equitable mootness doctrine in circuit courts. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/14/2011 | John Donley | .70 | Correspond with A. Paul and R. Higgins re sale motion (.2); review final draft of motion and order as revised (.3); review various recent pleadings and filings (.2). |
| 11/15/2011 | Adam C Paul | 2.80 | Confer with ACC/FCR re Libby and strategy (.9); confer with J. Donley re same (.3); analyze Tribune opinion (.4); correspond with B. Ruhlander re appeal (.2); analyze revised sale order (.7); confer with M. Shelnitz re Tribune opinion (.3). |
| 11/15/2011 | Brian T Stansbury | .10 | Provide J. Hughes with status of communications with CDC/NIOSH attorney. |
| 11/15/2011 | Rana Barakat | .60 | Revise memorandum re application of equitable mootness doctrine in varous courts of appeal. |
| 11/15/2011 | John Donley | 2.10 | Confer with P. Lockwood, R. Frankel, M. Shelnitz and A. Paul re biweekly strategy issues (.9); prepare for same (.3); confer with mediator (.3); confer with M. Shelnitz re Libby issues (.3); confer with A. Paul re same (.3). |
| 11/15/2011 | Lisa G Esayian | .50 | Confer with CNA's counsel re issues re appeal of CNA settlement. |
| 11/16/2011 | Michael A Haley | 1.00 | Initiate partial restoration of data from archive media at request of D. Rooney and T. Mace. |
| 11/16/2011 | Andrew Brniak | .50 | Prepare and compile precedent re opinions denying confirmation (.1); correspond with A. Paul re same (.1); correspond with M. Araki from BMC Group re notifications (.3). |
| 11/16/2011 | Daniel T Rooney | 2.00 | Confer with T. Mace re Locke materials requested by client (.3); review off site materials from criminal matter related to Locke (.8); review databases from criminal case re Locke pleadings and other materials (.6); confer with M. Eckstein re restoration of images to relevant databases (.3). |
| 11/16/2011 | Adam C Paul | .20 | Correspond with J. Donley re Libby meeting. |
| 11/16/2011 | Rana Barakat | 1.40 | Revise memorandum re application of equitable mootness doctrine in various courts of appeal. |
| 11/16/2011 | John Donley | .40 | Review Garlock appeal filings and various other recent pleadings (.3); correspond with R. Frankel and mediator re Libby issues (.1). |
| 11/17/2011 | Michael A Haley | 1.00 | Complete partial data restoration of databases and images at request of D. Rooney and T. Mace (.4); review and assess file copy logs (.5); duplicate data as necessary (.1). |

A-16

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/17/2011 | Adam C Paul | 1.40 | Correspond with J. Donley re Libby discussions (.2); analyze Tribune order (1.2). |
| 11/17/2011 | Rana Barakat | .80 | Draft and revise memorandum re application of equitable mootness doctrine in various courts of appeal. |
| 11/18/2011 | Adam C Paul | .80 | Correspond with R. Finke re AMH (.3); correspond with J. Baer re same (.2); confer with Davis Polk re status (.1); correspond with R. Cieri re same (.2). |
| 11/18/2011 | Lisa G Esayian | 3.00 | Review and provide comments to R. Finke re Speights & Runyan (1.5); provide additional information to R. Finke relevant to same (1.0); review revised proposal (.5). |
| 11/19/2011 | Adam C Paul | .30 | Correspond with J. Donley and J. Baer re AMH. |
| 11/20/2011 | Jeffrey Gettleman | .20 | Correspond with A. Paul re Speights PD claims (.1); correspond with J. Baer re same (.1). |
| 11/20/2011 | Adam C Paul | 1.20 | Analyze AMH strategy (.8); correspond with J. Donley and J. Baer re same (.4). |
| 11/21/2011 | Inbal Hasbani | 5.30 | Confer with A. Paul re AMH claim strategy (.4); prepare for same (1.0); confer with K&E working group re same (1.0); confer with company re same (1.5); prepare for same (1.4). |
| 11/21/2011 | Kimberly K Love | 1.00 | Prepare and organize appeal briefs requested by I. Hasbani. |
| 11/21/2011 | Jeffrey Gettleman | 1.10 | Correspond with A. Paul re call re Speights PD claims (.1); correspond with J. Baer re same (.1); correspond with A. Paul and I. Hasbani re merger issues (.1); confer with A. Paul re PD claims and research re sale motion (.3); confer with J. Donley, A. Paul and others re PD claims (.5). |
| 11/21/2011 | Adam C Paul | 6.90 | Correspond with J. Baer and J. Donley re AMH claims (.7); correspond with R. Finke re same (.2); analyze AMH claims (.9); correspond with L. Esayian re same (.2); confer with I. Hasbani re AMH claims (.4); confer with J. Gettleman re same (.3); confer with M. Huebner re status (.3); multiple calls with working group re AMH (2.2); analyze background re AMH claims (1.7). |
| 11/21/2011 | Brian T Stansbury | .50 | Draft memorandum to J. Donley re contacts with CDC/NIOSH lawyer (.3); confer with J. Hughes re contacts with CDC/NIOSH attorney (.2). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/21/2011 | John Donley | 4.90 | Review and analyze PD settlement and legal issues and formulate strategy (1.0); review L. Esayian memorandum re status and PD claims and legal and fact issues re same (1.3); review relevant PD documents and pleadings (.6); review and analyze R. Finke memo re PD claims (.4); correspond with J. Baer and A. Paul re PD strategy issues (.4); correspond with L. Esayian re same (.2); confer with R. Finke, A. Paul, J. Baer and L. Esayian re PD strategy (1.0). |
| 11/21/2011 | Lisa G Esayian | 5.00 | Review previous analysis re asbestos PD class (1.2); correspond with R. Finke re same (.5); provide information to team re history of litigation of class issues before and during Grace's bankruptcy (.8); confer with J. Donley, A. Paul and J. Baer re class issues (1.0); confer with R. Finke and M. Shelnitz re same (1.5). |
| 11/22/2011 | Inbal Hasbani | 3.80 | Research precedent re automatic stay relief for state court class certification. |
| 11/22/2011 | Kimberly K Love | 1.40 | Prepare and organize materials requested by J. Baer re ZAI information and named Trustees. |
| 11/22/2011 | Adam C Paul | 5.70 | Confer with J. Donley re Libby (.3); correspond with J. Donley re AMH and Libby (.3); analyze standard for settlement certification (3.1); analyze AMH's request for class certification (1.3); correspond with L. Esayian re AMH (.7). |
| 11/22/2011 | Brian T Stansbury | .20 | Confer with J. Hughes re CDC/NIOSH attorney. |
| 11/22/2011 | John Donley | 3.50 | Review and analyze L. Esayian memorandum and materials re PD settlement issues (1.3); formulate/revise PD settlement strategy (.7); confer and correspond with A. Paul re same (.3); correspond with J. Baer and L. Esayian re same (.2); correspond with J. Aldock re Libby (.1); confer with mediator re overall settlement strategy issues (.2); confer with M. Shelnitz re same (.2); biweekly strategy call with P. Lockwood, R. Frankel, A. Paul, et al. (.5). |
| 11/22/2011 | Lisa G Esayian | 5.80 | Analyze issues re resolution of outstanding asbestos PD claims. |
| 11/23/2011 | Inbal Hasbani | 3.30 | Confer with K&E working group re Speights (.6); research and summarize precedent on courts granting relief from stay to allow state court certification of class (2.7). |

A-18

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 11/23/2011 | Adam C Paul | 3.20 | Analyze AMH claims (1.7); confer with J. Donley re same (.7); confer with R. Finke re same (.8). |
| 11/23/2011 | John Donley | 3.90 | Review research, cases and factual and procedural claims history relating to PD options and strategy (1.4); confer with A. Paul re same (.2); correspond with J. Baer, A. Paul and L. Esayian re same (.3); confer with M. Shelnitz, R. Finke, A. Paul and L. Esayian re PD strategy (1.0); prepare for same (.5); confer with E.D. Pa. court clerk (.1); confer with M. Shelnitz re case strategy and appeal issues (.2); review Garlock correspondence and discovery issues (.2). |
| 11/23/2011 | Lisa G Esayian | 7.00 | Confer with M. Shelnitz, R. Finke, J. Donley, A. Paul and J. Baer re Speights class issues (1.0); create chart and explanation re withdrawals and expungements of Speights & Runyan claims (6.0). |
| 11/28/2011 | Kimberly K Love | 1.90 | Review files and obtain information re various claims as requested by L. Esayian. |
| 11/28/2011 | Daniel T Rooney | 1.50 | Review and identify relevant Locke related files from criminal trial per T. Mace request. |
| 11/28/2011 | Adam C Paul | 5.20 | Analyze repurchase of funded debt (1.2); correspond with J. Donley re same (.3); correspond with J. Sprayregen re same (.3); analyze AMH claims (2.1); confer with client re same (.9); confer with J. Sprayregen re repurchase of debt (.1); confer with I. Hasbani re AMH claims (.3). |
| 11/28/2011 | John Donley | 1.20 | Review and analyze cases and research re PD claims and strategy (1.0); correspond with A. Paul re same (.2). |
| 11/28/2011 | Lisa G Esayian | 4.40 | Reply to questions from R. Finke re Speights & Runyan claims (.8); confer with R. Finke, M. Shelnitz, A. Paul and J. Baer re Speights & Runyan claims (1.2); follow-up work re same (2.4). |
| 11/29/2011 | Inbal Hasbani | 4.50 | Research case law re effect of expungement/withdrawal of claims. |
| 11/29/2011 | Kimberly K Love | 2.30 | Prepare and organize information re all claims filed by Speights as requested by L. Esayian. |
| 11/29/2011 | Andrew Brniak | .20 | Correspond with A. Paul re recently filed docket entries. |
| 11/29/2011 | Jeffrey Gettleman | .50 | Confer with A. Paul re lender discussions (.4); correspond with I. Hasbani re research re same (.1). |

A-19

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/29/2011 | Adam C Paul | 5.70 | Confer with J. Donley re debt repurchase (.4); confer with J. Baer re same (.3); confer with ACC/FCR re status of weekly call (.6); analyze class action settlements (3.1); analyze Garlock request to expedite appeals (.6); confer with M. Shelnitz re same (.3); correspond with J. Baer re same (.4). |
| 11/29/2011 | John Donley | 4.90 | Analyze potential bank debt settlement issues and options (.9); confer with A. Paul re same (.7); confer with A. Paul re Libby and PD settlement issues (.3); confer with M. Shelnitz and A. Paul re bank debt issues (.2); confer with E. Inselbuch and M. Cascino re Dr. Henry discovery issue (.3); review and analyze 3d Circuit Federal-Mogul argument and insurance assignment case law (.8); biweekly strategy call with R. Frankel, R. Wyron, P. Lockwood, M. Shelnitz and A. Paul (.3); review correspondence from N. Ramsey and J. Rice re Garlock appeal (.1); review various recent pleadings and filings (1.3). |
| 11/29/2011 | Lisa G Esayian | 5.50 | Confer with R. Finke re issues re treatment of certain Speights & Runyan clients in Federal-Mogul (.7); analyze information from Federal-Mogul case re same (1.3); follow-up correspondence with R. Finke re same (.5); work on issues re Speights & Runyan claims withdrawn and expunged in Grace's bankruptcy (3.0). |
| 11/30/2011 | Inbal Hasbani | 4.50 | Research case law re legal effect of expungement of claim and standard of excusable neglect with respect to re-filing claims (1.5); draft summary re same (.6); research whether bankruptcy court must conduct independent analysis of class certification for settlement (2.1); confer with J. Gettleman re debt issues (.3). |
| 11/30/2011 | Jeffrey Gettleman | .50 | Correspond with I. Hasbani re research assignment re funded debt (.1); confer with I. Hasbani re same (.3); correspond with A. Paul re same (.1). |
| 11/30/2011 | Adam C Paul | 1.60 | Confer with J. Donley re Libby (.4); analyze effect of expunged claim (.8); correspond with I. Hasbani re same (.4). |
| 11/30/2011 | Brian T Stansbury | 1.40 | Confer with J. Hughes re Moolgavkar paper (.2); confer with J. Hughes and R. Finke re Moolgavkar report (.2); confer with J. Donley re Henry x-ray study (.4); confer with D. Henry re Henry x-ray study (.2); confer with B. Harding re Henry x-ray study and Moolgavkar paper (.4). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/30/2011 | John Donley | .70 | Confer and correspond with A. Paul re case strategies (.2); confer with B. Stansbury re protective order issue (.3); confer with mediator re Libby (.2). |
| | Total: | 254.30 | |