# EXHIBIT B

### Matter 52 – Expenses – Expenses

| Service Description | Amount |
|---|---|
| Third Party Telephone Charges | $28.18 |
| Standard Copies or Prints | $513.80 |
| Outside Computer Services | $1,263.13 |
| Library Document Retrieval | $25.00 |
| Computer Database Research | $373.90 |
| **Total:** | **$2,204.01** |

### Matter 52 – Expenses – Itemized Expenses

| Date | Amount | Description |
|------|-------|-------------|
| 5/31/2011 | 1,263.13 | C2 Legal - Outside Computer Services, Monthly Document Management fee |
| 10/31/11 | 28.18 | Intercall - Third Party Telephone Charges, J. Donley, 10/31/11 |
| 10/31/11 | 158.50 | West, Computer Database Research, Esayian, Lisa G., October 2011 |
| 10/31/11 | 215.40 | LexisNexis, Computer Database Research, CourtLink Usage for 10/2011, Joseph Cali |
| 11/1/2011 | 2.20 | Standard Copies or Prints |
| 11/1/2011 | 5.00 | Standard Prints |
| 11/1/2011 | 14.60 | Standard Prints |
| 11/3/2011 | 1.90 | Standard Prints |
| 11/3/2011 | 8.10 | Standard Prints |
| 11/3/2011 | 6.60 | Standard Prints |
| 11/3/2011 | 3.30 | Standard Prints |
| 11/4/2011 | 8.20 | Standard Prints |
| 11/4/2011 | .50 | Standard Prints |
| 11/4/2011 | .40 | Standard Prints |
| 11/4/2011 | 3.60 | Standard Prints |
| 11/4/2011 | 2.50 | Standard Prints |
| 11/8/2011 | .80 | Standard Prints |
| 11/8/2011 | 9.40 | Standard Prints |
| 11/8/2011 | .80 | Standard Prints |
| 11/8/2011 | 3.60 | Standard Prints |
| 11/8/2011 | 15.50 | Standard Prints |
| 11/9/2011 | 2.60 | Standard Prints |
| 11/9/2011 | 10.60 | Standard Prints |
| 11/11/2011 | 33.90 | Standard Prints |
| 11/11/2011 | .50 | Standard Prints |
| 11/11/2011 | 1.40 | Standard Prints |
| 11/11/2011 | 14.30 | Standard Prints |
| 11/11/2011 | 6.60 | Standard Prints |
| 11/11/2011 | 6.00 | Standard Prints |
| 11/11/2011 | 10.60 | Standard Prints |
| 11/14/2011 | 2.40 | Standard Prints |
| 11/14/2011 | 26.10 | Standard Prints |
| 11/14/2011 | 5.80 | Standard Prints |
| 11/14/2011 | 14.50 | Standard Prints |

B-3

| Date | Amount | Description |
|------|-------:|-------------|
| 11/15/2011 | 3.70 | Standard Prints |
| 11/16/2011 | 3.70 | Standard Prints |
| 11/16/2011 | 1.90 | Standard Prints |
| 11/17/2011 | 3.70 | Standard Copies or Prints |
| 11/22/2011 | 11.20 | Standard Prints |
| 11/22/2011 | .40 | Standard Prints |
| 11/22/2011 | 127.10 | Standard Prints |
| 11/22/2011 | 5.30 | Standard Prints |
| 11/22/2011 | .40 | Standard Prints |
| 11/22/2011 | 1.10 | Standard Prints |
| 11/22/2011 | 3.70 | Standard Prints |
| 11/22/2011 | 26.50 | Standard Prints |
| 11/27/2011 | 3.80 | Standard Prints |
| 11/27/2011 | 13.00 | Standard Prints |
| 11/27/2011 | 15.60 | Standard Prints |
| 11/28/2011 | 4.40 | Standard Prints |
| 11/28/2011 | .50 | Standard Prints |
| 11/28/2011 | 1.70 | Standard Prints |
| 11/28/2011 | 11.40 | Standard Prints |
| 11/28/2011 | 25.00 | Library Document Retrieval |
| 11/29/2011 | 22.50 | Standard Prints |
| 11/29/2011 | 19.80 | Standard Prints |
| 11/29/2011 | .60 | Standard Prints |
| 11/29/2011 | .30 | Standard Prints |
| 11/29/2011 | 5.40 | Standard Prints |
| 11/29/2011 | 3.80 | Standard Prints |
| Total: | 2,204.01 | |

B-4