**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: Jan.17, 2012 at 4:00 p.m. |

**ONE HUNDRED AND TWENTY-THIRD MONTHLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD FROM NOVEMBER 1, 2011 THROUGH NOVEMBER 30, 2011**

| | |
|---|---|
| Name of Applicant: | *Kramer Levin Naftalis & Frankel LLP* |
| Authorized to Provide Professional Services to: | *Official Committee of Equity Security Holders* |
| Date of Retention: | *As of July 18, 2001 nunc pro tunc* |
| Period for which compensation and reimbursement is sought: | *November 1, 2011 through and including November 30, 2011* |
| Amount of Compensation sought as actual, reasonable and necessary: | *$ 9,481.00* |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | *$ 3.56* |

This is a(n):   **x**   monthly         __   interim application

KL2 2726960.1

**Prior Applications:**

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| December 28, 2001 | November 1, 2001 – November 30, 2001 | $20,099.00 / $3,031.62 | $20,099.00 / $3,031.62 |
| January 25, 2002 | December 1, 2001 – December 31, 2001 | $32,467.50 / $2,338.23 | $25,974.00 / $2,338.23 |
| February 28, 2002 | January 1, 2002 – January 31, 2002 | $23,807.50 / $1,961.58 | $19,046.00 / $1,961.58 |
| April 1, 2002 | February 1, 2002 – February 28, 2002 | $36,382.50 / $2,894.44 | $29,106.00 / $2,894.44 |
| May 8, 2002 | March 1, 2002 – March 31, 2002 | $32,575.00 / $2,107.64 | $26,060.00 / $2,107.64 |
| May 15, 2002 (1st Quarterly) | January 1, 2002 – March 31, 2002 | $92,765.00 / $6,963.66 | $92,765.00 / $6,963.66 |
| June 17, 2002 | April 1, 2002 – April 30, 2002 | $28,794.00 / $2,669.24 | $23,035.20 / $2,669.24 |
| August 5, 2002 10th Monthly | May 1, 2002 – May 31, 2002 | $24,232.00 / $2,299.11 | $19,385.60 / $2,299.11 |
| September 4, 2002 11th Monthly | June 1, 2002 – June 30, 2002 | $20,392.50 / $388.61 | $16,314.00 / $388.61 |
| September 18, 2002 (2nd Quarterly) | April 1, 2002 – June 30, 2002 | $73,418.50 / $5,356.96 | $69,340.00 / $5,356.96 |
| November 4, 2002 | July 1, 2002 – July 31, 2002 | $28,083.50 / $1,121.59 | $22,466.80 / $1,121.59 |
| October 24, 2002 | August 1, 2002 – August 31, 2002 | $33,598.50 / $7,190.62 | $26,878.80 / $7,190.62 |
| November 5, 2002 | September 1, 2002 – September 30, 2002 | $25,584.50 / $1,761.46 | $20,467.60 / $1,761.46 |
| November 21, 2002 (3rd Quarterly) | July 1, 2002 – September 30, 2002 | $87,266.50 / $10,070.69 | $87,266.50 / $10,070.69 |
| November 25, 2002 | October 1, 2002 – October 31, 2002 | $39,887.50 / $2,124.93 | $31,910.00 / $2,124.93 |

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| January 14, 2003 | November 1, 2002 – November 30, 2002 | $18,704.00 / $652.12 | $18,704.00 / $633.86 |
| February 10, 2003 | December 1, 2002 – December 31, 2002 | $11,853.50 / $816.82 | $9,482.80 / $816.82 |
| February 25, 2003 | January 1, 2003 – January 31, 2003 | $11,100.00 / $927.47 | $8,880.00 / $927.47 |
| March 11, 2003 (4th Quarterly) | October 1, 2002 – December 31, 2002 | $70,445.00 / $3,575.61 | $70,445.00 / $3,575.61 |
| April 8, 2003 | February 1, 2003 – February 28, 2003 | $13,418.00 / $240.08 | $10,734.40 / $240.08 |
| May 6, 2003 | March 1, 2002 – March 31, 2003 | $26,969.00 / $452.38 | $21,575.20 / $452.38 |
| May 15, 2003 (5th Quarterly) | January 1, 2003 – March 31, 2002 | $51,487.00 / $1,619.93 | $51,487.00 / $1,619.93 |
| June 4, 2003 | April 1, 2003 – April 30, 2003 | $7,609.00 / $1,594.42 | $6,087.20 / $1,594.42 |
| June 26, 2003 | May 1, 2003 – May 31, 2003 | $9,411.00 / $107.57 | $7,528.77 / $107.57 |
| August 13, 2003 | June 1, 2003 – June 30, 2003 | $10,427.00 / $137.09 | $8,341.60 / $137.09 |
| August 21, 2003 (6th Quarterly) | April 1, 2003 – June 30, 2003 | $27,447.00 / $1,839.08 | $27,447.00 / $1,839.08 |
| September 25, 2003 | July 1, 2003 – July 31, 2003 | $9,272.50 / $32.30 | $7,418.00 / $32.30 |
| October 2, 2003 | August 1, 2003 – August 31, 2003 | $9,815.50 / $130.93 | $489.69 / $130.93 |
| November 26, 2003 | September 1, 2003 – September 30, 2003 | $15,004.00 / $334.63 | $12,003.20 / $334.63 |
| December 19, 2003 (7th Quarterly) | July 1, 2003 – September 30, 2003 | $34,092.00 / $497.86 | $34,092.00 / $497.86 |
| December 19, 2003 | October 1, 2003 – October 31, 2003 | $13,134.00 / $174.04 | $10,507.20 / $174.04 |

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| January 6, 2004 | November 1, 2003 – November 30, 2003 | $14,537.00 / $273.00 | $11,629.60 / $273.00 |
| January 29, 2004 | December 1, 2003 – December 31, 2003 | $17,595.00 / $1,599.14 | $14,076.00 / $1,599.14 |
| February 27, 2004 (8th Quarterly) | October 1, 2003 – December 31, 2003 | $34,092.00 / $497.86 | $34,092.00 / $497.86 |
| February 27, 2004 | January 1, 2004 – January 31, 2004 | $8,979.00 / $436.37 | $7,183.20 / $436.47 |
| May 5, 2004 | February 1, 2004 – February 29, 2004 | $8,888.00 / $545.85 | $7,110.40 / $545.85 |
| May 28, 2004 | March 1, 2004 – March 31, 2004 | $13,807.50 / $472.11 | $11,643.00 / $472.11 |
| June 30, 2004 | April 1, 2004 – April 30, 2004 | $14,373.50 / $389.30 | $2,874.70 / $0.00 |
| July 13, 2004 (9th Quarterly) | January 1, 2004 – March 31, 2004 | $31,674.50 / $1,451.43 | $31,674.50 / $1,451.43 |
| August 3, 2004 | May 1, 2004 – May 31, 2004 | $10,840.00 / $1,279.24 | $8,672.00 / $1,279.24 |
| August 23, 2004 | June 1, 2004 – June 30, 2004 | $23,202.00 / $172.12 | $18,561.60 / $172.12 |
| October 1, 2004 | July 1, 2004 – July 31, 2004 | $13,523.50 / $33.62 | $10,818.40 / $33.62 |
| October 29, 2004 | August 1, 2004 – August 31, 2004 | $9,543.50 / $125.25 | $7,634.80 / $125.25 |
| November 1, 2004 (10th Quarterly) | April 1, 2004 – June 30, 2004 | $48,415.50 / $1,840.66 | $48,415.50 / $1,840.66 |
| November 2, 2004 | September 1, 2004 – September 30, 2004 | $24,483.00 / $836.33 | $19,586.40 / $836.33 |
| November 23, 2004 | October 1, 2004 – October 31, 2004 | $128,959.00 / $6,922.76 | $103,167.20 / $6,922.76 |
| December 28, 2004 | November 1, 2004 – November 30, 2004 | $153,725.00 / $4,236.79 | $122,980.00 / $4,236.79 |
| January 27, 2005 (11th Quarterly) | July 1, 2004 – September 30, 2004 | $47,550.00 / $995.20 | $47,550.00 / $995.20 |

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| February 2, 2005 | December 1, 2004 – December 31, 2004 | $123,833.00 / $3,246.49 | $102,312.89 / $3,246.49 |
| March 8, 2005 | January 1, 2005 – January 31, 2005 | $132,776.50 / $8,060.80 | $132,776.50 / $8,060.80 |
| March 28, 2005 | February 1, 2005 – February 28, 2005 | $24,706.50 / $2,444.84 | $24,706.50 / $2,444.84 |
| April 7, 2005 (12th Quarterly) | October 1, 2004 – December 31, 2004 | $406,517.00 / $14,406.04 | $406,517.00 / $14,406.04 |
| April 29, 2005 | March 1, 2005 – March 31, 2005 | $26,414.00 / $2,827.24 | $26,414.00 / $2,827.24 |
| May 16, 2005 (13th Quarterly) | January 1, 2005 – March 31, 2005 | $183,897.00 / $12,593.68 | $183,897.00/ $12,593.68 |
| May 31, 2005 | April 1, 2005 – April 30, 2005 | $29,522.00 / $1,323.60 | $29,522.00 / $1,323.60 |
| June 21, 2005 | May 1, 2005 – May 31, 2005 | $19,218.50 / $2,198.56 | $19,218.50 / $2,198.56 |
| July 28, 2005 (as Amended on August 10, 2005 | June 1, 2005 -- June 30, 2005 | 25,731.00 / $119.33 | $25,731.00 / $119.33 |
| August 29, 2005 | July 1, 2005 – July 31, 2005 | $31,738.00 / $2,829.07 | $31,738.00 / $2,829.07 |
| August 30, 2005 (14th Quarterly) | April 1, 2005 – June 30, 2005 | $74,471.50 / $3,641.49 | $74,471.50 / $3,641.49 |
| September 29, 2005 | August 1, 2005 – August 31, 2005 | $32,109.00 / $2,271.66 / | $32,109.00 / $2,271.66 |
| October 31, 2005 | September 1, 2005 - September 30, 2005 | $15,709.00 / $247.99 | $15,709.00 / $247.99 |
| November 29, 2005 | October 1, 2005 - October 31, 2005 | $19,318.50 / $646.56 | $19,318.50 / $646.56 |
| December 29, 2005 | November 1, 2005 - November 30, 2005 | $38,258.50 / $1,247.28 | $38,258.50 / $1,247.28 |
| January 30, 2006 | December 1, 2005 - December 31, 2005 | $17,967.50 / $1,059.46 | $17,967.50 / $1,059.46 |

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| March 1, 2006 | January 1, 2006 - January 31, 2006 | $8,287.00 / $1,176.17 | $8,287.00 / $1,176.17 |
| March 30, 2006 | February 1, 2006 - February 28, 2006 | $22,842.00 / $1,779.77 | $22,842.00 / $1,779.77 |
| May 1, 2006 | March 1, 2006 March 31, 2006 | $43,621.00 / $2,496.06 | $43,621.00 $2,496.06 |
| May 30, 2006 | April 1, 2006 April 30, 2006 | $18,841.00 / $752.39 | $18,841.00 $752.39 |
| July 5, 2006 | May 1, 2006 May 31, 2006 | $34,354.00 / $1,337.49 | $34,354.00 $1,337.49 |
| August 2, 2006 | June 1, 2006 June 30, 2006 | $21,401.00 / $725.30 | $21,401.00 $725.30 |
| August 18, 2006 | April 1, 2006 June 30, 2006 | $74,596.00 / $2,815.18 | $74,596.00 $2,815.18 |
| August 30, 2006 | July 1, 2006 July 31, 2006 | $29,474.50 / $1,604.51 | $29,474.50 $1,604.51 |
| October 2, 2006 | August 1, 2006 August 31, 2006 | $67,103.00 / $1,604.51 | $67,103.00 $1,604.51 |
| October 30, 2006 | September 1, 2006 September 30, 2006 | $50,691.50 / $2,050.23 | $50,691.50 $2,050.23 |
| December 6, 2006 | October 1, 2006 October 31, 2006 | $72,062.75 / $3,977.84 | $72,062.75 $3,977.84 |
| January 5, 2007 | November 1, 2006 November 30, 2006 | $66,045.00 / $5,215.60 | $66,045.00 $5,215.60 |
| February 23, 2007 | December 1, 2006 December 31, 2006 | $101,658.25 / $5,001.94 | $101,658.25 $5,001.94 |
| March 7, 2007 | January 1, 2007 January 31, 2007 | $45,555.00 / $6,097.61 | $45,555.00 $6,097.61 |
| March 29, 2007 | February 1, 2007 February 28, 2007 | $56,976.00 $4,529.94 | $56,976.00 $4,529.94 |
| April 30, 2007 | March 1, 2007 March 31, 2007 | $60,848.00 $4,859.66 | $60,848.00 $4,859.66 |

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| June 12, 2007 | April 1, 2007<br>April 30, 2007 | $56,370.00<br>$2,554.14 | $56,370.00<br>$2,554.14 |
| July 2, 2007 | May 1, 2007<br>May 31, 2007 | $61,684.23<br>$10,491.04 | $61,684.23<br>$10,491.04 |
| July 30, 2007 | June 1, 2007<br>June 30, 2007 | $68,538.00<br>$6,437.44 | $68,538.00<br>$6,437.44 |
| August 29, 2007 | July 1, 2007<br>July 31, 2007 | $40,505.50<br>$3,124.55 | $40,505.50 /<br>$3,124.55 |
| October 1, 2007 | August 1, 2007<br>August 31, 2007 | $61,201.50<br>$1,618.34 | $61,201.50 /<br>$1,618.34 |
| October 29, 2007 | September 1, 2007<br>September 30, 2007 | $106,912.50<br>$4,480.51 | $106,912.50 /<br>$4,480.51 |
| November 29, 2007 | October 1, 2007<br>October 31, 2007 | $165,731.50<br>$14,100.98 | $165,731.50 /<br>$14,100.98 |
| January 7, 2008 | November 1, 2007<br>November 30, 2007 | $154,817.00<br>$12,511.24 | $154,817.00 /<br>$12,511.24 |
| February 11, 2008 | December 1, 2007<br>December 31, 2007 | $77,688.00<br>$50,222.40 | $77,688.00 /<br>$50,222.40 |
| April 8, 2008 | February 1, 2008<br>February 29, 2008[1] | $ 186,440.25<br>$ 5,761.46 | $186,440.25 /<br>$5,761.46 |
| May 1, 2008 | March 1, 2008<br>March 31, 2008 | $ 61,062.50<br>$ 3,272.45 | $61,062.50 /<br>$3,272.45 |
| May 29, 2008 | April 1, 2008<br>April 30, 2008 | $ 115,451.50 /<br>$ 10,234.48 | $ 115,451.50 /<br>$ 10,234.48 |

---

[1] The Fee Application filed on April 8, 2008 inadvertently contained time billed and necessary expenses incurred for the time period January 1, 2008 through January 31, 2008 in addition to the time billed and necessary expenses incurred for the time period February 1, 2008 through February 29, 2008.  Kramer Levin Naftalis & Frankel LLP filed a certification of counsel further explicating the error and clarifying the treatment of the Fee Application filed on April 8, 2008 [Docket No. 18659].

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| June 30, 2008 | May 1, 2008 May 31, 2008 | $ 35,113.50 / $ 139.19 | $ 35,113.50 / $ 139.19 |
| July 31, 2008 | June 1, 2008 June 30, 2008 | $ 90,179.75 / $ 1,197.96 | $ 90,179.75 / $ 1,197.96 |
| August 31, 2008 | July 1, 2008 July 31, 2008 | $ 46,403.75 / $ 2,634.24 | $ 46,403.75 / $ 2,634.24 |
| September 30, 2008 | August 1, 2008 August 31, 2008 | $ 130,393.00 / $ 1,139.48 | $ 130,393.00 / $ 1,139.48 |
| October 31, 2008 | September 1, 2008 September 30, 2008 | $ 94,751.25 / $ 2,437.87 | $ 94,751.25 / $ 2,437.87 |
| December 1, 2008 | October 1, 2008 October 31, 2008 | $ 96,512.00 / $ 3,351.45 | $ 96,512.00 / $ 3,351.45 |
| January 5, 2009 | November 1, 2008 November 30, 2008 | $ 72,736.50 / $ 5,015.70 | $ 72,736.50 / $ 5,015.70 |
| January 29, 2009 | December 1, 2008 December 31, 2008 | $ 38,727.50 / $ 659.48 | $ 37,407.50 / $ 659.48 |
| March 3, 2009 | January 1, 2009 January 31, 2009 | $ 57,246.00 / $ 774.91 | $ 57,246.00 / $ 774.91 |
| March 31, 2009 | February 1, 2009 February 28, 2009 | $ 58,153.50 / $873.67 | $ 58,153.50 / $ 873.67 |
| April 29, 2009 | March 1, 2009 March 31, 2009 | $ 82,150.50 $ 3,410.61 | $ 82,094.50 / $ 3,410.61 |
| June 1, 2009 | April 1, 2009 April 30, 2009 | $ 59,641.00 $ 1,266.77 | $ 59,641.00 / $ 1,266.77 |
| June 29, 2009 | May 1, 2009 May 31, 2009 | $ 81,616.00 $ 993.03 | $ 81,616.00 / $ 993.03 |
| July 30, 2009 | June 1, 2009 June 30, 2009 | $ 74,739.50 / $ 3,385.80 | $ 74,739.50 / $ 3,385.80 |
| September 1, 2009 | July 1, 2009 July 31, 2009 | $ 28,694.50 $ 8,575.98 | $ 28,694.50 / $ 8,575.98 |
| October 1, 2009 | August 1, 2009 August 31, 2009 | $ 62,840.50 $ 4,375.92 | $ 62,840.50 / $ 4,375.92 |

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| October 29, 2009 | September 1, 2009 September 30, 2009 | $ 78,706.50 $ 7,370.53 | $ 78,706.50 / $ 7,370.53 |
| November 30, 2009 | October 1, 2009 October 31, 2009 | $ 22,088.75 $ 2,199.84 | $ 22,088.75 / $ 2,199.84 |
| December 29, 2009 | November 1, 2009 November 30, 2009 | $ 33,770.50 $ 510.91 | $ 33,770.50 / $ 510.91 |
| February 1, 2010 | December 1, 2009 December 31, 2009 | $ 12,447.50 $ 655.77 | $ 12,447.50 / $ 655.77 |
| March 1, 2010 | January 1, 2010 January 31, 2010 | $ 32,785.50 $ 1,669.76 | $ 32,785.50 / $ 1,347.96 |
| March 29, 2010 | February 1, 2010 February 28, 2010 | $ 9,882.00 $ 107.90 | $ 9,882.00 $ 107.90 |
| April 28, 2010 | March 1, 2010 March 31, 2010 | $ 4,559.00 $ 361.53 | $ 4,559.00 $ 361.53 |
| June 1, 2010 | April 1, 2010 April 30, 2010 | $ 9,145.50 $ 271.51 | $ 9,145.50 $ 271.51 |
| July 1, 2010 | May 1, 2010 May 31, 2010 | $ 3,009.00 $ 270.08 | $ 3,009.00 $ 270.08 |
| August 5, 2010 | June 1, 2010 June 30, 2010 | $ 1,924.50 $ 108.77 | $ 1,924.50 $ 108.77 |
| August 30, 2010 | July 1, 2010 July 31, 2010 | $ 1,678.50 $ 0.00 | $ 1,678.50 $ 0.00 |
| October 1, 2010 | August 1, 2010 August 31, 2010 | $ 3,093.00 $ 73.96 | $ 3,093.00 $ 73.96 |
| October 28, 2010 | September 1, 2010 September 30, 2010 | $ 457.50 $ 58.00 | $ 457.50 $ 58.00 |
| December 1, 2010 | October 1, 2010 October 31, 2010 | $ 1,372.50 $ 84.66 | $ 1,372.50 $ 84.66 |
| December 30, 2010 | November 1, 2010 November 30, 2010 | $ 5,221.50 $ 19.59 | $ 5,221.50 $ 19.59 |
| February 1, 2011 | December 1, 2010 December 31, 2010 | $ 10,252.00 $143.61 | $ 10,252.00 $ 143.61 |

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| March 1, 2011 | January 1, 2011<br>January 31, 2011 | $ 16,502.50<br>$ 83.40 | $ 16,502.50<br>$ 83.40 |
| April 1, 2011 | February 1, 2011<br>February 28, 2011 | $ 27,809.50<br>$ 1,767.02 | $ 27,809.50<br>$ 1,767.02 |
| May 2, 2011 | March 1, 2011<br>March 31, 2011 | $ 9,782.50<br>$ 194.39 | $ 9,782.50<br>$ 194.39 |
| May 31, 2011 | April 1, 2011<br>April 30, 2011 | $ 7,061.50<br>$ 177.64 | $ 7,061.50<br>$ 177.64 |
| July 5, 2011 | May 1, 2011<br>May 31, 2011 | $ 63,376.00<br>$ 1,024.58 | $ 63,376.00<br>$ 1,024.58 |
| August 1, 2011 | June 1, 2011<br>June 30, 2011 | $ 21,448.76<br>$940.85 | $ 21,448.76<br>$ 940.85 |
| September 6, 2011 | July 1, 2011<br>July 31, 2011 | $27,311.00<br>$1,499.88 | $ 21,848.80<br>$ 1,499.88 |
| September 29, 2011 | August 1, 2011<br>August 31, 2011 | $14,729.00<br>$574.70 | $ 11,783.20<br>$ 574.70 |
| October 26, 2011 | September 1, 2011<br>September 30, 2011 | $7,854.00<br>$233.60 | $ 6,283.20<br>$ 233.60 |
| December 1, 2011 | October 1, 2011<br>October 31, 2011 | $2,208.00<br>$9.19 | $ 0.00<br>$ 0.00 |

## SUMMARY OF TIME FOR BILLING PERIOD
## NOVEMBER 1, 2011 THROUGH NOVEMBER 30, 2011

| Name | Total Billed Hours | Hourly Rate | Total |
|---|---|---|---|
| BENTLEY, PHILIP | 5.50 | 830.00 | 4,565.00 |
| SCHMIDT, ROBERT T | 1.00 | 825.00 | 825.00 |
| BLABEY, DAVID E | 3.30 | 670.00 | 2,211.00 |
| ZIEGLER, MATTHEW C | 4.00 | 470.00 | 1,880.00 |
| Total | 13.80 | | $ 9,481.00 |

## COMPENSATION SUMMARY BY PROJECT CATEGORY
## NOVEMBER 1, 2011 THROUGH NOVEMBER 30, 2011

| Project Category | Total Hours for the Period | Total Fees for the Period |
|---|---|---|
| Creditor Committee | 9.40 | $ 7,269.00 |
| Bankruptcy Motions | 0.10 | $ 83.00 |
| Reorganization Plan | 0.30 | $ 249.00 |
| Fee Applications, Applicant | 4.00 | $ 1,880.00 |
| **Total** | **13.80** | **$ 9,481.00** |

SCHEDULE OF TIME CHARGES AND RATES
FOR THE PERIOD NOVEMBER 1, 2011 THROUGH NOVEMBER 30, 2011

*CREDITOR COMMITTEE*

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 5.10 | 830.00 | 4,233.00 C |
| SCHMIDT, ROBERT T | CRED | 1.00 | 825.00 | 825.00 C |
| BLABEY, DAVID E | CRED | 3.30 | 670.00 | 2,211.00 C |
| | Subtotal | 9.40 | | $ 7,269.00 |

*BANKR. MOTIONS*

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 0.10 | 830.00 | 83.00 C |
| | Subtotal | 0.10 | | $ 83.00 |

*REORGANIZATION PLAN*

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 0.30 | 830.00 | 249.00 C |
| | Subtotal | 0.30 | | $ 249.00 |

*FEE APPLICATIONS, APPLICANT*

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| ZIEGLER, MATTHEW C | CRED | 4.00 | 470.00 | 1,880.00 C |
| | Subtotal | 4.00 | | $ 1,880.00 |
| | **Total** | **13.80** | | **$ 9,481.00** |

SCHEDULE OF DISBURSEMENTS
FOR THE PERIOD NOVEMBER 1, 2011 THROUGH NOVEMBER 30, 2011

## EXPENSE SUMMARY

| **Expense Category** | **Total Expenses** |
|---|---|
| LONG-DISTANCE TEL. | 3.56 |
| **Total** | **$ 3.56** |

Dated: December 22, 2011

                                KRAMER LEVIN NAFTALIS & FRANKEL LLP

                                By:  /s/ David E. Blabey, Jr.
                                      Philip Bentley, Esq.
                                      David E. Blabey, Jr., Esq.
                                      1177 Avenue of the Americas
                                      New York, New York 10036
                                      (212) 715-9100

                                      Counsel to the Official Committee of
                                      Equity Security Holders