**EXHIBIT A**

**KRAMER LEVIN NAFTALIS & FRANKEL** LLP
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
PHONE 212.715.9100
FAX 212.715.8000

December 21, 2011

W.R. GRACE & CO. EQUITY COMMITTEE

When remitting,
please reference:
Invoice Number: 583620
056772

---

## CLIENT SUMMARY - 056772 - W.R. GRACE & CO. EQUITY COMMITTEE

### 056772-00002/CREDITOR COMMITTEE

| | |
|---|---|
| FEES.................................................................................................... | $7,269.00 |
| DISBURSEMENTS .............................................................................. | 3.56 |
| MATTER TOTAL.................................................................................. | $7,272.56 |

### 056772-00005/BANKR. MOTIONS

| | |
|---|---|
| FEES.................................................................................................... | $83.00 |
| DISBURSEMENTS .............................................................................. | 0.00 |
| MATTER TOTAL.................................................................................. | $83.00 |

### 056772-00007/REORGANIZATION PLAN

| | |
|---|---|
| FEES.................................................................................................... | $249.00 |
| DISBURSEMENTS .............................................................................. | 0.00 |
| MATTER TOTAL.................................................................................. | $249.00 |

### 056772-00008/FEE APPLICATIONS, APPLICANT

| | |
|---|---|
| FEES.................................................................................................... | $1,880.00 |
| DISBURSEMENTS .............................................................................. | 0.00 |
| MATTER TOTAL.................................................................................. | $1,880.00 |
| CLIENT GRAND TOTAL..................................................................... | $9,484.56 |

---

Amounts due may be remitted by wire transfer.

| | |
|---|---|
| To: | Citibank, N.A. |
| | Citicorp Center 153 E. 53rd Street NY, N.Y. 10043 |
| | ABA #021000089 |
| Account: | Kramer Levin Naftalis & Frankel LLP Money Market A\C 9992122019 |
| By Order of: | Invoice No. 583620 |
| Citibank Contact: | Gaetana Mauceli (212) 559-0165 |

TIME AND DISBURSEMENT AMOUNTS POSTED AFTER THE BILLING PERIOD SHOWN
ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE
CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.
TAX ID# 13-1944339

KL4 2326379.1

Kramer Levin Naftalis & Frankel LLP                                            Page No. 2

W.R. GRACE & CO. EQUITY COMMITTEE                                              December 21, 2011
056772-00002                                                                   Invoice No. 583620

## CREDITOR COMMITTEE

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/01/11 | BENTLEY, PHILIP | Trade emails re committee issues | 0.10 | 83.00 |
| 11/01/11 | BLABEY, DAVID E | Prep for quarterly committee call. | 0.40 | 268.00 |
| 11/02/11 | BENTLEY, PHILIP | Prep for tomorrow's committee call (.3); conf call with T. Weschler/DB and discs DB re same (.5) | 0.80 | 664.00 |
| 11/02/11 | BLABEY, DAVID E | Call with T. Weschler regarding upcoming Committee call. | 0.50 | 335.00 |
| 11/03/11 | BENTLEY, PHILIP | Committee conf call (0.8); discs T. Weschler, DB, T. Currier, RS and D. Klauder re committee membership change (.4), and prepare letter to D. Klauder re same (.2) | 3.20 | 2,656.00 |
| 11/03/11 | SCHMIDT, ROBERT T. | O/cs PB re Cmtee composition issue; review precedent; rev draft letter to US Trustee. | 1.00 | 825.00 |
| 11/03/11 | BLABEY, DAVID E | Prep for quarterly committee call (.2); quarterly committee call (.8) and follow up discussions with P. Bentley (.4); draft letter to United States Trustee (1). | 2.40 | 1,608.00 |
| 11/04/11 | BENTLEY, PHILIP | Finalize letter to UST re committee membership change; trade multiple emails re committee issues | 0.60 | 498.00 |
| 11/07/11 | BENTLEY, PHILIP | Trade emails re current developments | 0.10 | 83.00 |
| 11/30/11 | BENTLEY, PHILIP | t/c D. Klauder, and trade e/ms, re committee composition | 0.30 | 249.00 |

**TOTAL HOURS AND FEES**                                                      **9.40**   **$7,269.00**

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| LONG-DISTANCE TEL. | 3.56 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**                                      **$3.56**

**TOTAL FOR THIS MATTER**                                                      **$7,272.56**

KL4 2326379.1

Kramer Levin Naftalis & Frankel LLP                                                                 Page No. 3

W.R. GRACE & CO. EQUITY COMMITTEE                                                   December 21, 2011
056772-00005                                                                                     Invoice No. 583620

**BANKR. MOTIONS**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/22/11 | BENTLEY, PHILIP | Trade emails re next Monday's hearing | 0.10 | 83.00 |
| **TOTAL HOURS AND FEES** | | | **0.10** | **$83.00** |

**TOTAL FOR THIS MATTER**                                                                 **$83.00**

KL4 2326379.1

Kramer Levin Naftalis & Frankel LLP                                              Page No. 4

W.R. GRACE & CO. EQUITY COMMITTEE                                     December 21, 2011
056772-00007                                                          Invoice No. 583620

# REORGANIZATION PLAN

## DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/18/11 | BENTLEY, PHILIP | TC with a holder re confirmation status | 0.30 | 249.00 |
| **TOTAL HOURS AND FEES** | | | **0.30** | **$249.00** |

**TOTAL FOR THIS MATTER**                                               **$249.00**

KL4 2326379.1

Kramer Levin Naftalis & Frankel LLP                                                    Page No. 5

W.R. GRACE & CO. EQUITY COMMITTEE                                      December 21, 2011
056772-00008                                                                           Invoice No. 583620

## FEE APPLICATIONS, APPLICANT

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/16/11 | ZIEGLER, MATTHEW C | Prepare quarterly fee application. | 4.00 | 1,880.00 |

**TOTAL HOURS AND FEES**                                                       **4.00**   **$1,880.00**

**TOTAL FOR THIS MATTER**                                          **$1,880.00**

KL4 2326379.1