**EXHIBIT B**

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE    1
                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 12/21/2011 11:57:03

Matter No: 056772-00002                                             Orig Prtnr : CRED. RGTS   - 06975          Proforma Number:    3251858
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                     Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                     Status        : ACTIVE

Special Billing Instructions:
-----------------------------------------------------------------------------------------------------------------------------------
                                                    PRE-BILLING SUMMARY REPORT
-----------------------------------------------------------------------------------------------------------------------------------

            UNBILLED TIME FROM:                                         TO:
            UNBILLED DISB FROM:    11/29/2011                           TO:      11/29/2011
-----------------------------------------------------------------------------------------------------------------------------------
                                             FEES                               COSTS
                                             ----                               -----
         GROSS BILLABLE AMOUNT:                 0.00                              3.56
            AMOUNT WRITTEN DOWN:
                        PREMIUM:
              ON ACCOUNT BILLED:
      DEDUCTED FROM PAID RETAINER:
                  AMOUNT BILLED:
                      THRU DATE:                                                11/29/2011
      CLOSE MATTER/FINAL BILLING?  YES    OR    NO
      EXPECTED DATE OF COLLECTION:

         BILLING PARTNER APPROVAL:
                                   BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
               BILLING COMMENTS:



                                       ACCOUNTS RECEIVABLE TOTALS                   UNAPPLIED CASH
                                       --------------------------                   --------------
                         FEES:                      0.00
                 DISBURSEMENTS:                      3.56    UNIDENTIFIED RECEIPTS:       0.00
                   FEE RETAINER:                    0.00        PAID FEE RETAINER:       0.00
                  DISB RETAINER:                    0.00       PAID DISB RETAINER:       0.00
               TOTAL OUTSTANDING:                   3.56      TOTAL AVAILABLE FUNDS:     0.00
                                                                   TRUST BALANCE:
                                                   BILLING HISTORY
                                                   ---------------
            DATE OF LAST BILL:         11/30/11          LAST PAYMENT DATE:     12/20/11
            LAST BILL NUMBER:            581459 ACTUAL FEES BILLED TO DATE:   394,807.50
                                                 ON ACCOUNT FEES BILLED TO DATE:     0.00
                                                    TOTAL FEES BILLED TO DATE: 394,807.50
         LAST BILL THRU DATE:         10/31/11    FEES WRITTEN OFF TO DATE:    22,711.00
                                                 COSTS WRITTEN OFF TO DATE:     1,724.60
FOR ACCTG USE ONLY:                    Write Down/Up Reason Codes:
                                       --------------------------
      (1) Exceeded Fixed Fee           (4) Excessive Legal Time    (7) Fixed Fee
      (2) Late Time & Costs Posted     (5) Business Development    (8) Premium
      (3) Pre-arranged Discount        (6) Summer Associate        (9) Rounding           (10) Client Arrangement

BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                                               PAGE    2
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 12/21/2011 11:57:03

Matter No: 056772-00002                                              Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:   3251858
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                      Status        : ACTIVE

UNBILLED  COSTS   SUMMARY ------------- Total Unbilled ----------------
Code  Description                      Oldest      Latest       Total
                                       Entry       Entry        Amount
----  -----------------------------    ------      ------       -----------
0885  LONG-DISTANCE TEL.               11/29/11    11/29/11           3.56

         Total                                                        3.56


UNBILLED  COSTS DETAIL
Description/Code                         Employee              Date           Amount       Index#  Batch No  Batch Date
-------------------------------------    ---------             ------         ----------   ------  --------  ----------

LONG-DISTANCE TEL. 0885
    PREMIERE CONFERENCING                BENTLEY, P            11/29/11            3.56    9509082 1160852    11/29/11
    PREMIERE CONFERENCING
                                         0885 LONG-DISTANCE TEL. Total :          3.56



         Costs Total :                                                            3.56
```

```
alp_132r: Matter Detail                           KRAMER LEVIN NAFTALIS & FRANKEL LLP                                           PAGE    3
                                                       *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 12/21/2011 11:57:03

Matter No: 056772-00002                                               Orig Prtnr : CRED. RGTS   - 06975         Proforma Number:    3251858
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                       Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                                      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                      Status        : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description            Amount              Bill        W/o / W/u        Transfer  To   Clnt/Mtr   Carry Forward
----------------------   -------------------   -----------  ---------------  --------------------------------  -----------------

0885 LONG-DISTANCE TEL.           3.56


         Costs Total :           3.56
```