# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., <u>et al.</u>,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered) |

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF NOVEMBER 1, 2011 THROUGH NOVEMBER 30, 2011**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## Matter 102 - Blackburn and Union Privileges Superfund Site, Walpole, Mass

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $650.00 | 5.6 | $ 3,640.00 |
| TOTAL | | | | 5.6 | $ 3,640.00 |

3961313.v1


## FOLEY HOAG LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

December 29, 2011
Invoice No.: 491297
Matter No.: 08743.00102

**Re:** **Blackburn and Union Privileges Superfund Site, Walpole, Mass**

For Professional Services rendered through November 30, 2011

| | |
|---|---|
| Fees | $3,640.00 |
| **Total Fees and Disbursements** | **$3,640.00** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON        WASHINGTON        EMERGING ENTERPRISE CENTER        FOLEYHOAG.COM

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 491297
December 29, 2011
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 11/01/11 | Jaffe | P230 | Attention to access issues, including team telephone conference and emails, and preparing for same (1.2). | 1.2 |
| 11/09/11 | Jaffe | P230 | Attention to access issues, including emails with team and revising draft agreement (0.4). | 0.4 |
| 11/18/11 | Jaffe | P230 | Emails with Mr. Bucens regarding access (0.2). | 0.2 |
| 11/21/11 | Jaffe | P230 | Attention to access issue, including reviewing MBTA license agreement and emails with team regarding same (1.3). | 1.3 |
| 11/22/11 | Jaffe | P230 | Emails with team regarding access (0.3). | 0.3 |
| 11/29/11 | Jaffe | P230 | Attention to access issues, including team telephone conference, emails with team, and review of documents from Woodard & Curran concerning access status (1.5). | 1.5 |
| 11/30/11 | Jaffe | P230 | Attention to access issues, including emails with team regarding communications with EPA and recalcitrant owners and review of EPA assistance (0.7). | 0.7 |
| | | | **Total Hours** | **5.6** |

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 491297
December 29, 2011
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 5.6 | at | 650.00 | = | 3,640.00 |
| | **Total Fees** | | | | **$3,640.00** |

| | | |
|---|---|---|
| **Total Fees** | | **$3,640.00** |
| **Total Fees and Disbursements** | | **$3,640.00** |

To ensure proper credit to your account,
please include remittance page with your payment.

**FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

December 29, 2011
Invoice No.: 491297
Matter No.: 08743.00102

**Re:**  **Blackburn and Union Privileges Superfund Site, Walpole, Mass**

**Total Fees and Disbursements**        **$3,640.00**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| **Federal Tax ID : 04-2150535** | |
|---|---|
| **Wire Instructions:** Citizens Bank 1 Citizens Drive Providence, RI 02915 | ABA: 011500120 Swift #: CTZIUS33 Account # 1133945993 Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00102, **Invoice #:** 491297
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM

## Matter 103 – Wells G&H Superfund Site

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $650.00 | 5.7 | $ 3,705.00 |
| TOTAL | | | | 5.7 | $ 3,705.00 |

3961313.v1



Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

December 29, 2011
Invoice No.: 491299
Matter No.: 08743.00103

**Re:   Wells G&H Superfund Site**

For Professional Services rendered through November 30, 2011

| | |
|---|---|
| Fees | $3,705.00 |
| **Total Fees and Disbursements** | **$3,705.00** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON        WASHINGTON        EMERGING ENTERPRISE CENTER        FOLEYHOAG.COM

Matter No.: 08743.00103
Re: Wells G&H Superfund Site

Invoice No.: 491299
December 29, 2011
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 11/03/11 | Jaffe | P230 | Reviewing, revising, draft letter to EPA and emails with team regarding same (.6); reviewing, revising, draft annual report (1.1). | 1.7 |
| 11/04/11 | Jaffe | P230 | Attention to negotiations with EPA, including reviewing, revising, draft annual report to EPA, reviewing revised draft letter to EPA, and emails with team regarding both submittals (2.6). | 2.6 |
| 11/07/11 | Jaffe | P230 | Attention to Northeast Quadrant issues, including telephone conference with team regarding same (1.4). | 1.4 |
| | | | **Total Hours** | **5.7** |

Matter No.: 08743.00103
Re: Wells G&H Superfund Site

Invoice No.: 491299
December 29, 2011
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 5.7 | at | 650.00 | = | 3,705.00 |
| **Total Fees** | | | | | $3,705.00 |

| | | |
|---|---|---|
| **Total Fees** | | $3,705.00 |
| **Total Fees and Disbursements** | | $3,705.00 |



FOLEY
HOAG LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

## To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

December 29, 2011
Invoice No.: 491299
Matter No.: 08743.00103

**Re:**    **Wells G&H Superfund Site**

**Total Fees and Disbursements**          **$3,705.00**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:** | ABA: 011500120 |
| Citizens Bank | Swift #: CTZIUS33 |
| 1 Citizens Drive | Account # 1133945993 |
| Providence, RI 02915 | Beneficiary: Foley Hoag LLP – Wire Receipt |
| | Account |

Reference
Information:

**Client/Matter #:** 08743.00103, **Invoice #:** 491299
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company

**Matter 106 - Walpole Consent Decree Compliance Property Matters**

Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Jacob N. Polatin | Partner | Real Estate | $635.00 | 1.9 | $ 1,206.50 |
| Jonathan E. Book | Counsel | Real Estate | $550.00 | 0.5 | $ 275.00 |
| | | | | | |
| **TOTAL** | | | | **2.4** | **$ 1,481.50** |

Expenses

| Description | Total |
|---|---|
| Outside Professional Fees: At client request, Adelson Loria & Weisman Reports and Title Examinations with the Norfolk County Registry of Deeds and Norfolk County Registry District of the Land Court for South Street and Gleason Court, Walpole, MA Assessors' Parcels 33-21, 33-359, 33-264 and 25-277 | $ 2,432.00 |
| | |
| **TOTAL** | **$ 2,432.00** |

3961313.v1


# FOLEY
# HOAG LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

December 29, 2011
Invoice No.: 491300
Matter No.: 08743.00106

**Re:    Walpole Consent Decree Compliance Property Matters**

For Professional Services rendered through November 30, 2011

| | |
|---|---|
| Fees | $1,481.50 |
| Disbursements | 2,432.00 |
| **Total Fees and Disbursements** | **$3,913.50** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON        WASHINGTON        EMERGING ENTERPRISE CENTER        FOLEYHOAG.COM

Matter No.: 08743.00106
Re: Walpole Consent Decree Compliance Property Matters

Invoice No.: 491300
December 29, 2011
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 11/14/11 | Polatin | P230 | Email to P. Bucens regarding Parcel 33-364 (0.2). | 0.2 |
| 11/18/11 | Book | C300 | Attention to title report for Walpole property and e-mail to Paul Bucens regarding same (0.5). | 0.5 |
| 11/30/11 | Polatin | P230 | Review plans and deeds and telephone conference with title examiner regarding title search (1.7). | 1.7 |
| | | | **Total Hours** | **2.4** |

Matter No.: 08743.00106                                    Invoice No.: 491300
Re: Walpole Consent Decree Compliance Property Matters                  December 29, 2011
                                                                        Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Jacob N. Polatin | 1.9 | at | .635.00 | = | 1,206.50 |
| Jonathan E. Book | 0.5 | at | 550.00 | = | 275.00 |
| | | **Total Fees** | | | **$1,481.50** |

## Disbursement Summary

| Date | | Amount |
|---|---|---|
| 11/10/11 | Outside Professional Fees - ADELSON LORIA & WEISMAN P.C. RE SOUTH ST & GLEASON COURT WALPOLE MA: TITLE EXAMINATIONS WITH THE NORFOLK COUNTY REGISTRY OF DEEDS & NORFOLK COUNTY REGISTRY DISTRICT OF THE LAND COURT, REPORT OF 08/10/11, SUBSEQUENT RESEARCH TO 08/23/11 | 1,776.00 |
| 11/10/11 | Outside Professional Fees - ADELSON LORIA & WEISMAN P.C. RE UNIT 1081-1081 MAIN STREET WALPOLE MA & UNIT 1083-1083 MAIN ST WALPOLE MA: TITLE EXAMINATIONS AT THE NORFOLK COUNTY REGISTRY OF DEEDS & REPORTS OF 10/27/11 | 656.00 |
| | **Total Disbursements** | **$2,432.00** |

|  |  |
|---|---|
| **Total Fees** | **$1,481.50** |
| **Total Disbursements** | **2,432.00** |
| **Total Fees and Disbursements** | **$3,913.50** |

To ensure proper credit to your account,
please include remittance page with your payment.



**FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

December 29, 2011
Invoice No.: 491300
Matter No.: 08743.00106

Re:     **Walpole Consent Decree Compliance Property Matters**

**Total Fees and Disbursements**          **$3,913.50**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:** | ABA: 011500120 |
| Citizens Bank | Swift #: CTZIUS33 |
| 1 Citizens Drive | Account # 1133945993 |
| Providence, RI 02915 | Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00106, **Invoice #:** 491300
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company