REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                              Invoice Number      2212082
7500 Grace Drive                              Invoice Date       12/16/11
Columbia, Maryland 21044                      Client Number        172573
USA

================================================================================

Re: W. R. Grace & Co.


(50001)  Correa v. W.R. Grace

      Fees                          15,806.00
      Expenses                           0.00

                  TOTAL BALANCE DUE UPON RECEIPT        $15,806.00
                                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044
USA

| | |
|---|---|
| Invoice Number | 2212082 |
| Invoice Date | 12/16/11 |
| Client Number | 172573 |
| Matter Number | 50001 |

===============================================================================

Re: (50001)  Correa v. W.R. Grace

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2011

| Date | Name | | Hours |
|------|------|---|-------|

| 11/01/11 | Espinosa | Continue to review documents produced by Plaintiff and identify exhibits for Plaintiff's deposition (1.5); emails to Plaintiff's counsel re the status of the document production and Plaintiff's failure to produce key records (0.4). | 1.90 |
| 11/02/11 | Espinosa | Email Plaintiff's counsel to confirm the electronic production of additional responsive documents (0.1); email A. Enriquez with questions relating to preparation for Plaintiff's deposition (0.2); continue to review documents produced by Plaintiff (5.2). | 5.50 |
| 11/03/11 | Espinosa | Organize and review for inclusion as exhibits at Plaintiff's deposition. | 2.90 |
| 11/04/11 | Espinosa | Call with A. Enriquez to discuss various questions on policies and Plaintiff's employment history. | .50 |
| 11/07/11 | Espinosa | Continue to prepare for Plaintiff's deposition and incorporate additional questions into the deposition outline from the documents produced by Plaintiff and Plaintiff's interrogatory responses. | 7.30 |

```
172573 W. R. Grace & Co.                    Invoice Number  2212082
50001  Correa v. W.R. Grace                 Page    2
       December 16, 2011
```

| Date | Name | | Hours |
|------|------|---|-------|
| 11/08/11 | Espinosa | Continue to prepare for Plaintiff's deposition including by identifying and preparing exhibits. | 5.00 |
| 11/09/11 | Espinosa | Continue to prepare for Plaintiff's deposition including by identifying and preparing exhibits (1.5); call with A. Enriquez to discuss deposition topic issues (0.4); call with Plaintiff's counsel re rescheduling Plaintiff's deposition (0.2). | 2.10 |
| 11/09/11 | Husar | Strategy session regarding approach to Plaintiff's deposition and plan and prepare for the same. | 1.00 |
| 11/10/11 | Espinosa | Continue to prepare for Plaintiff's deposition. | 4.80 |
| 11/14/11 | Espinosa | Review Plaintiff's Social Security Disability documents and email Plaintiff's counsel re same. | .30 |
| 11/23/11 | Espinosa | Continue to prepare for Plaintiff's deposition. | 4.00 |
| 11/28/11 | Espinosa | Review audio records for depostion preparation (1.2); prepare for Plaintiff's deposition (5.8). | 7.00 |
| 11/28/11 | Husar | Review documents produced in discovery, work on preparation for deposition and strategy. | 1.80 |
| 11/29/11 | Espinosa | Prepare for and take day one of Plaintiff's deposition. | 9.80 |
| 11/30/11 | Espinosa | Email A. Enriquez and Plaintiff's counsel re scheduling the second day of Plaintiff's deposition. | .20 |

```
                                            ------
                             TOTAL HOURS     54.10
```

```
172573 W. R. Grace & Co.                    Invoice Number  2212082
50001  Correa v. W.R. Grace                 Page    3
       December 16, 2011
```

```
TIME SUMMARY                    Hours          Rate        Value
------------------------        ---------------------      -------
  Linda S. Husar                 2.80  at  $  515.00  =   1,442.00

  Stephanie Henderson Espin  51.30  at  $  280.00  =  14,364.00

                            CURRENT FEES                          15,806.00


                                                          ------------
                    TOTAL BALANCE DUE UPON RECEIPT         $15,806.00
                                                          ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number    2212083
7500 Grace Drive                          Invoice Date      12/16/11
Columbia, Maryland 21044                  Client Number      172573
USA

=================================================================

Re: W. R. Grace & Co.


(60029)   Fee Applications-Applicant

       Fees                        2,048.50
       Expenses                        0.00

                  TOTAL BALANCE DUE UPON RECEIPT      $2,048.50
                                                   =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| W.R. Grace & Co. | | Invoice Number | 2212083 |
|---|---|---|---|
| 7500 Grace Drive | | Invoice Date | 12/16/11 |
| Columbia, Maryland 21044 | | Client Number | 172573 |
| USA | | Matter Number | 60029 |

==============================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2011

| Date | Name | | Hours |
|---|---|---|---|
| 11/01/11 | Ament | Continue drafting 42nd quarterly fee application summary and narrative (.10); provide same to A. Muha for review (.10); finalize said fee application (.10); e-mail narrative and summary to J. Lord for DE filing (.10). | .40 |
| 11/01/11 | Lord | Communicate with S. Ament re: interim fee application (.1); review same (.2). | .30 |
| 11/02/11 | Ament | Review e-mail from J. Lord re: quarterly fee application. | .10 |
| 11/03/11 | Muha | Final review and revisions to quarterly fee application. | .40 |
| 11/08/11 | Lord | Review and revise Reed Smith's 42 interim fee application summary and narrative. | .50 |
| 11/09/11 | Lord | Additional revisions to Reed Smith's 42nd interim fee application with preparation of notice and other ancilliary papers to application (.8); research and update service for application (.3); | 1.10 |
| 11/10/11 | Lord | Revise, finalize and coordinate service of Reed Smith's 42nd interim fee application. | .90 |

172573 W. R. Grace & Co.                    Invoice Number  2212083
60029  Fee Applications-Applicant           Page   2
       December 16, 2011

| Date | Name | | Hours |
|------|------|------|-------|
| 11/18/11 | Ament | Review e-mail re: Oct. monthly fee application. | .10 |
| 11/18/11 | Muha | Review and revise fee and expense detail for Oct. 2011 monthly application. | .30 |
| 11/22/11 | Ament | Begin drafting Oct. monthly fee application (.30); e-mails with A. Muha re: DBR's for same (.10). | .40 |
| 11/22/11 | Lord | Research docket and draft CNO for Reed Smith September monthly fee application. | .30 |
| 11/28/11 | Ament | Review and respond to e-mail from J. Lord re: October monthly fee application (.10); calculate fees and expenses for same (.40); draft 124th monthly fee application (.20); provide same to A. Muha for review (.10). | .80 |
| 11/28/11 | Lord | Research docket and e-file CNO to Reed Smith's September monthly fee application (.3); communicate with S. Ament re: October monthly fee application (.1). | .40 |
| 11/29/11 | Ament | E-mail to A. Muha re: Oct. monthly fee application and meet with A. Muha re: same (.10); finalize fee application (.10); e-mail same to J. Lord for DE filing (.10). | .30 |
| 11/29/11 | Lord | Revise, e-file and coordinate service of Reed Smith's 124th (October) monthly fee application. | 1.50 |
| 11/29/11 | Muha | Final review and revisions to Oct. 2011 monthly application. | .30 |

                                                        ------
                                        TOTAL HOURS      8.10

172573 W. R. Grace & Co.                          Invoice Number  2212083
60029  Fee Applications-Applicant                 Page   3
       December 16, 2011

| TIME SUMMARY | Hours | | Rate | | Value |
| --- | --- | --- | --- | --- | --- |
| Andrew J. Muha | 1.00 | at $ | 435.00 | = | 435.00 |
| John B. Lord | 5.00 | at $ | 245.00 | = | 1,225.00 |
| Sharon A. Ament | 2.10 | at $ | 185.00 | = | 388.50 |

                       CURRENT FEES                            2,048.50


                                                          ------------
                       TOTAL BALANCE DUE UPON RECEIPT       $2,048.50
                                                          ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                        Invoice Number      2212084
7500 Grace Drive                        Invoice Date        12/16/11
Columbia, Maryland 21044                Client Number        172573
USA


================================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

    Fees                          1,987.00
    Expenses                          0.00

              TOTAL BALANCE DUE UPON RECEIPT        $1,987.00
                                                  =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044
USA

| | |
|---|---|
| Invoice Number | 2212084 |
| Invoice Date | 12/16/11 |
| Client Number | 172573 |
| Matter Number | 60033 |

================================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2011

| Date | Name | | Hours |
|------|------|---|-------|
| 11/02/11 | Cameron | Review materials re: California cases. | .60 |
| 11/03/11 | Cameron | Review California court case research. | .70 |
| 11/07/11 | Ament | Various e-mails with P. Cuniff re: agenda and hearing binder. | .20 |
| 11/09/11 | Cameron | Attention to California claims materials. | .60 |
| 11/18/11 | Cameron | Email summary to R. Finke. | .70 |
| 11/23/11 | Cameron | Review e-mails re: California asbestos property damage claims. | .40 |

```
                                           ------
                            TOTAL HOURS      3.20
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Douglas E. Cameron | 3.00 | at | $ 650.00 | = | 1,950.00 |
| Sharon A. Ament | 0.20 | at | $ 185.00 | = | 37.00 |

```
                  CURRENT FEES                    1,987.00


                                               ------------
       TOTAL BALANCE DUE UPON RECEIPT            $1,987.00
                                               ============
```