```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
   W.R. Grace & Co.                       Invoice Number        2212108
   7500 Grace Drive                       Invoice Date         12/16/11
   Columbia, Maryland 21044               Client Number         172573
   USA
```

===============================================================================

Re: W. R. Grace & Co.

(50001)   Correa v. W.R. Grace

```
       Fees                                0.00
       Expenses                          135.24

                 TOTAL BALANCE DUE UPON RECEIPT            $135.24
                                                          ==============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630



    W.R. Grace & Co.                      Invoice Number      2212108
    7500 Grace Drive                      Invoice Date        12/16/11
    Columbia, Maryland 21044              Client Number       172573
    USA                                   Matter Number       50001


============================================================================

Re: Correa v. W.R. Grace


FOR COSTS ADVANCED AND EXPENSES INCURRED:

    Duplicating/Printing/Scanning              134.80
    Postage Expense                              0.44
                    CURRENT EXPENSES                           135.24
                                                           --------------

                    TOTAL BALANCE DUE UPON RECEIPT            $135.24
                                                           ==============
```

```
                            REED SMITH LLP
                            PO Box 360074M
                        Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630



    W.R. Grace & Co.                              Invoice Number      2212108
    7500 Grace Drive                              Invoice Date        12/16/11
    Columbia, Maryland 21044                      Client Number        172573
    USA                                           Matter Number         50001


    ==============================================================================

    Re: (50001)  Correa v. W.R. Grace



    FOR COSTS ADVANCED AND EXPENSES INCURRED:

    11/02/11    Duplicating/Printing/Scanning                              7.90
                ATTY # 10886; 79 COPIES

    11/02/11    Duplicating/Printing/Scanning                             47.90
                ATTY # 10886; 479 COPIES

    11/02/11    Duplicating/Printing/Scanning                              3.30
                ATTY # 10886; 33 COPIES

    11/02/11    Duplicating/Printing/Scanning                              5.60
                ATTY # 10886; 56 COPIES

    11/03/11    Duplicating/Printing/Scanning                              9.50
                ATTY # 10886; 95 COPIES

    11/03/11    Duplicating/Printing/Scanning                              5.70
                ATTY # 10886; 57 COPIES

    11/07/11    Duplicating/Printing/Scanning                             13.50
                ATTY # 10886; 135 COPIES

    11/08/11    Duplicating/Printing/Scanning                             22.50
                ATTY # 10886; 225 COPIES

    11/15/11    Postage Expense                                             .44
                Postage Expense: ATTY # 010886 User: Equitrac By

    11/28/11    Duplicating/Printing/Scanning                              1.00
                ATTY # 10886; 10 COPIES

    11/28/11    Duplicating/Printing/Scanning                              2.00
                ATTY # 10886; 20 COPIES

    11/29/11    Duplicating/Printing/Scanning                               .80
                ATTY # 10886; 8 COPIES
```

```
172573 W. R. Grace & Co.                              Invoice Number   2212108
50001  Correa v. W.R. Grace                           Page    2
       December 16, 2011



  11/29/11   Duplicating/Printing/Scanning                         15.10
             ATTY # 10886; 151 COPIES

                          CURRENT EXPENSES                        135.24
                                                               ------------
                          TOTAL BALANCE DUE UPON RECEIPT         $135.24
                                                               ============
```

```
                          REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
    W.R. Grace & Co.                          Invoice Number       2212110
    7500 Grace Drive                          Invoice Date         12/16/11
    Columbia, Maryland 21044                  Client Number          172573
    USA
```

==============================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

       Fees                                    0.00
       Expenses                              169.06

                    TOTAL BALANCE DUE UPON RECEIPT              $169.06
                                                                =============

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630

    W.R. Grace & Co.                        Invoice Number       2212110
    7500 Grace Drive                        Invoice Date        12/16/11
    Columbia, Maryland 21044                Client Number        172573
    USA                                     Matter Number         60033

================================================================================

    Re: Claim Analysis Objection Resolution & Estimation
        (Asbestos)

    FOR COSTS ADVANCED AND EXPENSES INCURRED:

        PACER                                         2.80
        Duplicating/Printing/Scanning                13.70
        Westlaw                                     142.92
        Postage Expense                               4.64
        Courier Service - Outside                     5.00

                    CURRENT EXPENSES                                169.06
                                                                --------------

                    TOTAL BALANCE DUE UPON RECEIPT                $169.06
                                                                ==============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                     Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

| | |
|---|---|
| W.R. Grace & Co.<br>7500 Grace Drive<br>Columbia, Maryland 21044<br>USA | Invoice Number    2212110<br>Invoice Date      12/16/11<br>Client Number      172573<br>Matter Number       60033 |

================================================================================

Re: (60033)   Claim Analysis Objection Resolution & Estimation
              (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---:|
| 10/29/11 | Postage Expense<br>Postage Expense: ATTY # 000718 User: Equitrac By | 3.76 |
| 10/31/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 10/31/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 10/31/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 10/31/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 10/31/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 10/31/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 10/31/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 10/31/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 10/31/11 | PACER | 2.80 |
| 11/01/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 11/01/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |

```
172573 W. R. Grace & Co.                              Invoice Number   2212110
 60033   Claim Analysis Objection Resolution & Estimation Page    2
         (Asbestos)
         December 16, 2011
```

| Date | Description | Amount |
|---|---|---:|
| 11/01/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 11/03/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 18 COPIES | 1.80 |
| 11/03/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 18 COPIES | 1.80 |
| 11/03/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 18 COPIES | 1.80 |
| 11/08/11 | Westlaw - - CA law research | 142.92 |
| 11/15/11 | Postage Expense<br>Postage Expense: ATTY # 000349 User: Equitrac By | .88 |
| 11/29/11 | Courier Service - Outside -- VENDOR: JET MESSENGER: Messenger Trip - U.S. Bankruptcy Court - Claire Susi - 11/07/11 | 5.00 |
| | CURRENT EXPENSES | 169.06 |
| | TOTAL BALANCE DUE UPON RECEIPT | $169.06 |