# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                               EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 1

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:    100055.WRG01 |
| December 13, 2011 | INVOICE:    246214 |
| MATTER: CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

c/o Peter Van N. Lockwood, Esq.
Caplin & Drysdale
One Thomas Circle
Washington, DC 20005

**PROFESSIONAL SERVICES through 11/30/11**

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 11/01/11 | Review and prepare documents, update monitoring chart. | W011 | AHP | 1.40 |
| 11/01/11 | Work on variable Net Present Value calculations for new settlement approaches and review spreadsheets re: same. | W001 | MG | 2.20 |
| 11/01/11 | Work on cash flow analyses and calculations. | W001 | MG | 2.30 |
| 11/02/11 | Work on cash flow analyses and calculations. | W001 | MG | 2.80 |
| 11/02/11 | Work on insolvent claim. | W001 | MG | 2.60 |
| 11/03/11 | Begin proofing and revising time and expense entries. | W011 | AHP | 2.20 |
| 11/03/11 | Continue analysis of selected insurance policies re: follow form and insurance company appeals issues. | W001 | GFF | 1.20 |
| 11/03/11 | Work on cash flow analyses and calculations. | W001 | MG | 2.20 |
| 11/04/11 | Draft and revise insurance policy data spreadsheets (.80); Continued analysis of selected insurance policies re: follow form and insurance company appeals issues (1.60). | W001 | GFF | 2.40 |
| 11/04/11 | Review possible settlement buy-out (1.20); research prior demands (.70); emails re: same (.60); new calculations re: same (.20). | W001 | MG | 2.70 |
| 11/04/11 | Work on insolvent claim. | W001 | MG | 2.20 |
| 11/07/11 | Continue analysis of selected insurance policies re: follow form and insurance company appeals issues. | W001 | GFF | 0.90 |
| 11/07/11 | Review possible settlement buy-out (.80); research prior demands (1.20); new calculations re: same (.60); policy review re: same (.50). | W001 | MG | 3.10 |
| 11/07/11 | Work on insolvent claim. | W001 | MG | 1.80 |
| 11/07/11 | Attention to settlement discussions with a London Market Insurance Company. | W001 | RMH | 0.40 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 2

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| December 13, 2011 | | INVOICE: | | 246214 |
| MATTER: CLAIMANTS COMMITTEE | | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 11/08/11 | Continue analysis of selected insurance policies re: follow form and insurance company appeals issues (1.70); analysis of selected insurance company reimbursement agreements re: settlement payments issues (.90). | W001 | GFF | 2.60 |
| 11/08/11 | Continued to analyze new coverage in place agreements re: payment issues. | W001 | IF | 0.90 |
| 11/08/11 | Review possible settlement buy-out (.70); research prior demands (.50); new calculations re: same (.60); policy review re: same (.50); emails re: same (.50). | W001 | MG | 2.80 |
| 11/08/11 | Work on insolvent claims. | W001 | MG | 2.30 |
| 11/09/11 | Review most recent set of revisions and make additional revisions to time and expense entries. | W011 | AHP | 3.20 |
| 11/09/11 | Continued to analyze new coverage in place agreements re: payment issues. | W001 | IF | 0.80 |
| 11/09/11 | Work on insolvent claims. | W001 | MG | 2.20 |
| 11/09/11 | Work on cash flow analyses and calculations. | W001 | MG | 3.60 |
| 11/09/11 | Review and analysis of recently received pleadings and investigate status of confirmation of plan (.90). Review status of outstanding insolvency issues (.40). | W001 | RYC | 1.30 |
| 11/10/11 | Draft and revise monthly fee application (1.80); review revisions and forward all to attorney (.40). | W011 | AHP | 2.20 |
| 11/10/11 | Work on cash flow analyses and calculations. | W001 | MG | 4.10 |
| 11/11/11 | Continue analysis of selected insurance policies re: follow form issues and insurance company appeals issues. | W001 | GFF | 1.30 |
| 11/11/11 | Continued to analyze insurance policies re: appeal and payment issues. | W001 | IF | 1.40 |
| 11/11/11 | Work on cash flow analyses and calculations. | W001 | MG | 2.20 |
| 11/11/11 | Work on insolvent claims. | W001 | MG | 2.60 |
| 11/14/11 | Continue review of reimbursement agreements re: payment issues. | W001 | GFF | 1.80 |
| 11/14/11 | Work on insolvent claims. | W001 | MG | 3.10 |
| 11/14/11 | Review and comment upon fee application. | W011 | RYC | 0.60 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
(212) 278-1000                                                EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 3

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| December 13, 2011 | | INVOICE: | | 246214 |
| MATTER:  CLAIMANTS COMMITTEE | | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 11/15/11 | Review revisions, proof changes, and additional revisions. | W011 | AHP | 1.20 |
| 11/15/11 | Continue analysis of selected insurance policies re: follow form and insurance company appeals issues. | W001 | GFF | 2.30 |
| 11/15/11 | Work on insolvent claims. | W001 | MG | 1.30 |
| 11/15/11 | Work on cash flow analyses and calculations. | W001 | MG | 3.80 |
| 11/15/11 | Follow-up review status of outstanding insolvency issues. | W001 | RYC | 1.20 |
| 11/16/11 | Finalize and release monthly fee application and exhibit. | W011 | AHP | 0.80 |
| 11/16/11 | Continue analysis of selected insurance policies re: follow form and insurance company appeals issues. | W001 | GFF | 1.30 |
| 11/16/11 | Continued to analyze insurance policies re: appeal and payment issues. | W001 | IF | 1.10 |
| 11/16/11 | Work on cash flow analyses and calculations. | W001 | MG | 2.20 |
| 11/17/11 | Continued analyzing insurance policies re: appeal and payment issues. | W001 | IF | 1.30 |
| 11/17/11 | Attention to preparation for post-bankruptcy Trust insurance coverage proceedings. | W001 | RYC | 2.30 |
| 11/18/11 | Continued analyzing insurance policies re: appeal issues and payment issues. | W001 | IF | 1.40 |
| 11/18/11 | Work on cash flow analyses and calculations. | W001 | MG | 2.20 |
| 11/21/11 | Continue analysis of selected reimbursement agreements re: payment issues. | W001 | GFF | 1.80 |
| 11/21/11 | Analyzed reimbursement agreements re: payment issues. | W001 | IF | 1.40 |
| 11/21/11 | Work on insolvent claims. | W001 | MG | 2.60 |
| 11/22/11 | Continue analysis of selected insurance policies re: follow form and insurance company appeals issues. | W001 | GFF | 1.80 |
| 11/22/11 | Draft and revise insurance policy data spreadsheets. | W001 | GFF | 0.30 |
| 11/22/11 | Continued analyzing insurance policies re: appeal and payment issues. | W001 | IF | 1.40 |
| 11/22/11 | Work on insolvent claims. | W001 | MG | 2.60 |
| 11/23/11 | Continued analyzing insurance policies re: appeal and payment issues. | W001 | IF | 1.20 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**            **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 4

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| December 13, 2011 | | INVOICE: | | 246214 |
| MATTER:  CLAIMANTS COMMITTEE | | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 11/23/11 | Review and update potential settlement issues in connection with insolvent insurance carriers. | W001 | RYC | 1.20 |
| 11/28/11 | Begin organizing relevant documents and charts for end of year and prepare for upcoming year relating to fee applications. | W011 | AHP | 0.80 |
| 11/28/11 | Continue analysis of selected insurance policies re: follow form and insurance company appeals issues. | W001 | GFF | 1.70 |
| 11/28/11 | Continued analyzing insurance policies re: appeal issues and payment issues. | W001 | IF | 1.40 |
| 11/28/11 | Work on cash flow analyses and calculations. | W001 | MG | 2.30 |
| 11/28/11 | Attention to previous Peterson report as basis for settlement negotiations of several insurance reimbursement insurance companies. | W001 | RMH | 1.90 |
| 11/28/11 | Continued research and update re: potential settlement issues in connection with insolvent insurance carriers. | W001 | RYC | 2.30 |
| 11/29/11 | Draft and revise insurance policy data spreadsheets (1.10); continue analysis of selected insurance policies re: follow form and insurance company appeals issues (1.80). | W001 | GFF | 2.90 |
| 11/29/11 | Continued to analyze insurance policies re: appeal and payment issues. | W001 | IF | 1.10 |
| 11/29/11 | Work on insolvent claims. | W001 | MG | 1.80 |
| 11/30/11 | Continue analysis of selected insurance policies re: follow form and insurance company appeals issues. | W001 | GFF | 1.30 |
| 11/30/11 | Continued to analyze reimbursement agreements re:  payment issues and arbitration language. | W001 | IF | 0.90 |
| 11/30/11 | Work on insolvent claims and related calculations. | W001 | MG | 2.10 |

**TOTAL FEES:**                                                                              **$61,427.50**

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000** **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 5

W.R. GRACE/CLAIMANTS COMMITTEE		MATTER:	100055.WRG01

December 13, 2011		INVOICE:	246214

MATTER:  CLAIMANTS COMMITTEE		ROBERT M. HORKOVICH

**FEE SUMMARY**

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| Arline H Pelton | 250.00 | 11.80 | 2,950.00 |
| Glenn F Fields | 345.00 | 23.60 | 8,142.00 |
| Izak Feldgreber | 295.00 | 14.30 | 4,218.50 |
| Mark Garbowski | 590.00 | 65.70 | 38,763.00 |
| Robert M Horkovich | 895.00 | 2.30 | 2,058.50 |
| Robert Y Chung | 595.00 | 8.90 | 5,295.50 |
| **TOTAL FEES:** | | | **$61,427.50** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                                **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 6

W.R. GRACE/CLAIMANTS COMMITTEE                                    MATTER:        100055.WRG01

December 13, 2011                                                                     INVOICE:              246214

MATTER:  CLAIMANTS COMMITTEE                                                ROBERT M. HORKOVICH

## SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

ACTIVITY CODE: W001        Asset Analysis and Recovery

|   | HOURS | TOTALS |
|---|---|---|
| Glenn F Fields | 23.60 | 8,142.00 |
| Izak Feldgreber | 14.30 | 4,218.50 |
| Mark Garbowski | 65.70 | 38,763.00 |
| Robert M Horkovich | 2.30 | 2,058.50 |
| Robert Y Chung | 8.30 | 4,938.50 |
| **TOTAL:** | **114.20** | **$58,120.50** |

ACTIVITY CODE: W011        Fee Applications (Applicant)

|   | HOURS | TOTALS |
|---|---|---|
| Arline H Pelton | 11.80 | 2,950.00 |
| Robert Y Chung | 0.60 | 357.00 |
| **TOTAL:** | **12.40** | **$3,307.00** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
(212) 278-1000                                           EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 7

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:     100055.WRG01

December 13, 2011                                  INVOICE:      246214

MATTER:  CLAIMANTS COMMITTEE                              ROBERT M. HORKOVICH

**COSTS through 11/30/11**

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 09/08/11 | DI - PHOTOCOPYING - | E101 | 0.60 |
| 09/08/11 | DI - PHOTOCOPYING - | E101 | 2.70 |
| 10/07/11 | DI - PHOTOCOPYING - | E101 | 11.30 |
| 10/12/11 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 10/17/11 | DI - PHOTOCOPYING - | E101 | 0.50 |
| 11/01/11 | LIBRARY & LEGAL RESEARCH WESTLAW | E106 | 394.33 |
| 11/01/11 | DI - PHOTOCOPYING - | E101 | 7.90 |
| 11/04/11 | DI - PHOTOCOPYING - | E101 | 0.30 |
| 11/08/11 | LOCAL TRAVEL  - VENDOR: HORKOVICH, ROBERT M. Parking charges re: Appellate argument regarding $18 million Integrity claim (NJ Parking) | E109 | 12.00 |
| 11/08/11 | LOCAL TRAVEL - VENDOR: HORKOVICH, ROBERT M. Parking charges re: Appellate argument regarding $18 million Integrity claim (NY Parking) | E109 | 38.00 |
| 11/08/11 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 11/18/11 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 11/21/11 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 11/22/11 | DI - PHOTOCOPYING - | E101 | 2.70 |
| 11/23/11 | DI - PHOTOCOPYING - | E101 | 0.40 |
| 11/29/11 | DI - PHOTOCOPYING - | E101 | 0.40 |
| 11/29/11 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 11/29/11 | DI - PHOTOCOPYING - | E101 | 0.60 |
| 11/29/11 | DI - PHOTOCOPYING - | E101 | 1.20 |
| 11/29/11 | DI - PHOTOCOPYING - | E101 | 1.20 |
| 11/30/11 | PROFESSIONAL SERVICES - VENDOR: BROWN & CONNERY, LLP:  Fee for former New Jersey Supreme Court Justice to review and prepare Anderson Kill for oral argument before the New Jersey Appellate Division. | E123 | 5,960.00 |

**TOTAL COSTS:**                                                                  **$6,434.73**

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                               **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 8

| | | |
|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
| December 13, 2011 | INVOICE: | 246214 |
| MATTER:  CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH |

| WORK | DESCRIPTION | AMOUNT |
|---|---|---:|
| LT | LOCAL TRAVEL | 50.00 |
| PS | PROFESSIONAL SERVICES | 5,960.00 |
| WESTLB | LIBRARY & LEGAL RESEARCH WESTLAW | 394.33 |
| XE | DI - PHOTOCOPYING - | 30.40 |
| | **TOTAL COSTS:** | **$6,434.73** |
| | **TOTAL DUE:** | **$67,862.23** |