# EXHIBIT A

## Case Administration (5.10 Hours; $ 2,640.00)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .30 | $1,000 | 300.00 |
| Peter Van N. Lockwood | 1.20 | $905 | 1,086.00 |
| Rita C. Tobin | 1.50 | $545 | 817.50 |
| Eugenia Benetos | .60 | $215 | 129.00 |
| Mollie E. Gelburd | 1.50 | $205 | 307.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/01/11 | RCT | 545.00 | 0.30 | Telephone conference and emails PVNL re: Committee memo (.3). |
| 11/01/11 | MEG | 205.00 | 1.50 | Review docket and locate select filings regarding 2019 issue for record appeal (.5); compare findings with Garlock designations (1) |
| 11/03/11 | EB | 215.00 | 0.60 | Prepare check breakdown for EI's records (.6). |
| 11/04/11 | RCT | 545.00 | 0.20 | Review docket or local counsel rec. re: EI update (.2). |
| 11/07/11 | PVL | 905.00 | 0.10 | Rv 6 misc. filings |
| 11/08/11 | PVL | 905.00 | 0.10 | Rv 4 misc. filings |
| 11/10/11 | RCT | 545.00 | 0.20 | Review docket or local counsel rec. re: EI update (.2). |
| 11/15/11 | PVL | 905.00 | 0.10 | Rv 5 misc. filings |
| 11/15/11 | EI | 1,000.00 | 0.30 | Telephone conference with PVNL re: McGovern discussion (.3). |
| 11/18/11 | PVL | 905.00 | 0.10 | Rv 7 misc. filings |
| 11/18/11 | RCT | 545.00 | 0.20 | Review docket or local counsel rec. re: EI update (.2). |
| 11/21/11 | PVL | 905.00 | 0.40 | Rv 9 misc. filings (.1); teleconference JMR (.2); rv emails (.1) |
| 11/22/11 | PVL | 905.00 | 0.30 | Cn JPW (.2); rv 5 misc. filings (.1) |

| Date | Empl | Rate | Hours | Narrative |
|---|---|---|---|---|
| 11/22/11 | RCT | 545.00 | 0.40 | Correspondence M. Brushwood re: CNOs (.2); conference S. Saint-Cyr re: procedures, orders and CNOs (.2). |
| 11/28/11 | RCT | 545.00 | 0.20 | Review docket or local counsel rec. re: EI update (.2). |
| 11/29/11 | PVL | 905.00 | 0.10 | Rv 8 misc. filings |

**Total Task Code .04     5.10**


**Committee, Creditors', Noteholders' or Equity Holders' (8.60 Hours; $ 3,516.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Trevor W. Swett | 1.60 | $710 | 1,136.00 |
| Todd E. Phillips | 7.00 | $340 | 2,380.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/22/11 | TWS | 710.00 | 1.50 | Reading re privilege issue. |
| 11/23/11 | TWS | 710.00 | 0.10 | Confer with P. Lockwood - privilege issue. |
| 11/29/11 | TEP | 340.00 | 1.00 | Confer with KGH re: committee research (.2); research re: same (.8). |
| 11/30/11 | TEP | 340.00 | 6.00 | Research re: committee matters. |

**Total Task Code .07     8.60**


**Fee Applications, Applicant (23.40 Hours; $ 11,337.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $905 | 90.50 |
| Rita C. Tobin | 18.90 | $545 | 10,300.50 |
| Eugenia Benetos | 3.90 | $215 | 838.50 |
| Sandy M. Saint-Cyr | .50 | $215 | 107.50 |

Trans      Empl      Bill      Billing

| Date | Init | Rate | Hours | Full Narrative |
|---|---|---|---|---|
| 11/01/11 | PVL | 905.00 | 0.10 | Rv emails and reply re fee app. |
| 11/01/11 | RCT | 545.00 | 0.60 | Correspondence EB/PVNL re: possible amended fee application (.6). |
| 11/01/11 | EB | 215.00 | 1.00 | Review exhibit for privilege and review quaterly fee application (1.0). |
| 11/01/11 | EB | 215.00 | 1.70 | Work on interim (1.1); and update Exhibit D (.6). |
| 11/02/11 | RCT | 545.00 | 0.20 | Conference EB re: fee application schedule, November (monthly and interim filings) (.02). |
| 11/03/11 | RCT | 545.00 | 0.50 | Conference EB re: fee procedures and local counsel protocols (.5). |
| 11/04/11 | RCT | 545.00 | 1.00 | Address fee issues (1.0). |
| 11/07/11 | RCT | 545.00 | 0.30 | Address fee auditor issues (.3). |
| 11/07/11 | RCT | 545.00 | 0.40 | Address fee and expense issues (.4). |
| 11/08/11 | RCT | 545.00 | 0.80 | Review prebills (.8). |
| 11/08/11 | RCT | 545.00 | 0.20 | Review EB memo re: paralegal procedures (.2). |
| 11/09/11 | RCT | 545.00 | 1.10 | Review exhibits (1.1). |
| 11/10/11 | RCT | 545.00 | 1.10 | Review expenses, fees re: preparation of interim fee application (1.1). |
| 11/10/11 | EB | 215.00 | 1.00 | Perform review of emails and update fee application (.6); draft e mails to local counsel (.4). |
| 11/11/11 | RCT | 545.00 | 6.10 | Review interim fee application (2.6); emails and telephone conferences AB re: preparation of interim application (.8); conference SL (para) re: preparation and filing of interim fee application (.8); telephone conference Hurford, Brushwood re: filing of interim (.3); emails to AB re: revisions (.4); review exhibit D, A re: revisions (1.2). |
| 11/15/11 | RCT | 545.00 | 0.10 | Review monthly fee schedules with NYO paralegal (.1). |
| 11/16/11 | RCT | 545.00 | 0.10 | Telephone conference EB re: filing procedures. |

| | | | | |
|---|---|---|---|---|
| 11/16/11 | RCT | 545.00 | 2.00 | Telephone conference AB re: Grace monthly fee application (.3); review and edit monthly fee application (1.3); emails to local counsel re: same (.1); conference S. Saint-Cyr re: Grace monthly fee application (.3). |
| 11/17/11 | RCT | 545.00 | 0.30 | Draft filing/service protocol for all paralegals and attormeys (.3). |
| 11/17/11 | RCT | 545.00 | 0.20 | Emails to local counsel re: monthly/interim filing procedures (.2). |
| 11/17/11 | EB | 215.00 | 0.20 | Emails to local counsel re: Status of filing (.2). |
| 11/17/11 | SMS | 215.00 | 0.20 | Retrieve/assemble fee applications for R. Tobin (.2). |
| 11/22/11 | RCT | 545.00 | 0.20 | Update procedure memo per November filings (.2). |
| 11/23/11 | RCT | 545.00 | 0.80 | Address fee auditor issues (.8). |
| 11/23/11 | RCT | 545.00 | 0.80 | Review files re: expense questions (.8). |
| 11/29/11 | RCT | 545.00 | 1.90 | Emails to AB re: expense/exhibit issues (.6); review files re: expense/exhibit issues (.7); emails to S. Saint-Cyr re: exhibits to Grace/C2 (.3); email to Brushwood re: exhibit issues (.3). |
| 11/29/11 | SMS | 215.00 | 0.30 | Retrieve fee application (.3). |
| 11/30/11 | RCT | 545.00 | 0.20 | Review December interim/monty fee schedules (.2). |

**Total Task Code .12        23.40**


**Fee Applications, Others (1.40 Hours; $ 760.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 1.10 | $545 | 599.50 |
| Jeffrey A. Liesemer | .30 | $535 | 160.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/01/11 | RCT | 545.00 | 1.10 | Review Charter Oak memos re: Grace motions (.4); draft recommendation letter (to Committee) (.07). |

| 11/01/11 | JAL | 535.00 | 0.30 | Review and analysis of memos from Charter Oak re: motions to sell vermiculite business and merge subsidiaries. |

**Total Task Code .13        1.40**


**Litigation and Litigation Consulting (56.50 Hours; $ 19,332.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 1.10 | $1,000 | 1,100.00 |
| Peter Van N. Lockwood | .20 | $905 | 181.00 |
| Trevor W. Swett | 2.70 | $710 | 1,917.00 |
| Kevin C. Maclay | 10.40 | $535 | 5,564.00 |
| Todd E. Phillips | 12.40 | $340 | 4,216.00 |
| Kate G. Henningsen | 7.60 | $240 | 1,824.00 |
| Sara Joy DelSavio | 14.10 | $205 | 2,890.50 |
| Mollie E. Gelburd | 6.00 | $205 | 1,230.00 |
| Zachary D. Orsulak | 2.00 | $205 | 410.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/01/11 | PVL | 905.00 | 0.20 | Rv Rapp memos re 2 Grace motions and teleconference RCT re same |
| 11/01/11 | KCM | 535.00 | 0.30 | Plan/prepare for and meet with TEP re counter-designation; review materials re counter-designation |
| 11/01/11 | TEP | 340.00 | 0.50 | Prepare and edit counter-designation (1.7); confer with KCM re: same (.2); confer with SJD re: same (.3). (Divided amoung 4 clients) |
| 11/01/11 | SJD | 205.00 | 2.20 | Perform research, create binders and prepare document re designations in 2019 appeal per KCM. |
| 11/02/11 | MEG | 205.00 | 0.60 | Retrieve documents designated by Garlock in record appeal from docket per KCM (.3); create spreadsheet of same(.3); |
| 11/02/11 | KCM | 535.00 | 0.60 | Review/analyze materials re counter-designation |
| 11/02/11 | TEP | 340.00 | 2.00 | Prepare and edit counter-designation; confer with KCM re: same; confer with SJD re: same. |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 11/02/11 | SJD | 205.00 | 2.50 | Perform research, create binders and prepare document re designations in 2019 appeal per KCM. |
| 11/03/11 | MEG | 205.00 | 1.90 | Review attorney designations from docket and input information into spreadsheet for record appeal. |
| 11/03/11 | KCM | 535.00 | 0.10 | Communicate with TEP re counter-designations |
| 11/03/11 | KCM | 535.00 | 0.60 | Review counter-designation materials (2.4) (Divided among 4 clients) |
| 11/03/11 | TEP | 340.00 | 1.70 | Prepare and edit counter-designation (5.8); confer with KCM re: same (.5); confer with SJD re: same (.5). (Divided amoung 4 clients) |
| 11/03/11 | SJD | 205.00 | 2.20 | Perform transcript and docket research re 2019 appeal and prepare for attorney review per KCM. |
| 11/04/11 | MEG | 205.00 | 2.30 | Review attorney designations for record appeal and update spreadsheet of same for ACC designations (2.0); review documents designated by attorney for removal and update spreadsheet with same for record appeal (.3) |
| 11/04/11 | KCM | 535.00 | 1.40 | Plan/prepare for and communicate with TEP re counter-designations; review/analyze counter-designation materials; review/analyze local counsel memo re relevant procedures |
| 11/04/11 | TEP | 340.00 | 1.90 | Prepare and edit counter-designation (7.0); confer with KCM re: same (.4); confer with SJD re: same (.2). (Divided amoung 4 clients) |
| 11/04/11 | SJD | 205.00 | 2.30 | Perform research, review results and prepare document re designations in 2019 appeal per KCM. |
| 11/05/11 | MEG | 205.00 | 0.40 | Review docket and quality check all docket entries with respect to designated motions for record appeal. |
| 11/07/11 | MEG | 205.00 | 0.80 | Organize and prepare transcripts designated in record appeal per TEP (.3); review and finalize designation chart for record appeal with attorney edits (.5) |
| 11/07/11 | KCM | 535.00 | 1.10 | Meet with TEP re counter-designations; review/analyze counter-designations |
| 11/07/11 | TEP | 340.00 | 2.30 | Prepare and edit counter-designation (8.6); confer with KCM re: same (.4); confer with SJD re: same (.2). (Divided amoung 4 clients) |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 11/07/11 | SJD | 205.00 | 2.60 | Review and edit chart and designation document re 2019 appeal per KCM. |
| 11/07/11 | ZDO | 205.00 | 1.50 | Assist with designation preparation and review (6.0) (Divided among 4 clients) |
| 11/07/11 | KGH | 240.00 | 1.80 | Finish document review project estimation (4.8); counter designation in 2019 appeal (2.4). (Divided among 4 clients). |
| 11/08/11 | KCM | 535.00 | 0.30 | Review counter-designations and communicate with TEP re same |
| 11/08/11 | TEP | 340.00 | 1.70 | Prepare and edit counter-designation; confer with KCM re: same; confer with SJD re: same; legal research re designation; confer with Mark Hurford re: same. |
| 11/08/11 | SJD | 205.00 | 0.90 | Review and edit designation document in 2019 appeal per KCM. |
| 11/09/11 | TEP | 340.00 | 0.60 | Prepare and edit counter-designation; confer with Mark Hurford re: same. |
| 11/11/11 | TWS | 710.00 | 0.90 | Review record re 2019 matters (split charge). |
| 11/11/11 | ZDO | 205.00 | 0.50 | At request of AJS, research constituents and prepare and coordinate datasheet with IS. |
| 11/16/11 | KCM | 535.00 | 0.50 | Review/analyze counter-designations, docket motion, and various memos re status and next steps in 12 case appeals; plan/prepare for appeal issues |
| 11/17/11 | KCM | 535.00 | 0.40 | Review memos re case status and TWS e-mail and plan/prepare for next steps for appeal |
| 11/18/11 | TWS | 710.00 | 0.10 | Confer with KCM re 2019 appeals [split charge]. |
| 11/18/11 | KCM | 535.00 | 0.10 | Review/analyze appeal chart and related documents |
| 11/21/11 | TWS | 710.00 | 0.20 | Consider procedural issues re 2019 appeals [split charge]. |
| 11/21/11 | KCM | 535.00 | 1.30 | Plan/prepare for and meet with TWS and PVNL re 12 case appeals strategic issues; plan/prepare for and attend telephone conference with M. Hurford re appeal issues in Delaware; plan/prepare for and attend telephone conference with P. Milch re appeal |

| | | | | |
|---|---|---|---|---|
| | | | | issues in Pennsylvania; review/analyze cases and materials re appeal issues; plan/prepare for appeal issues |
| 11/21/11 | TEP | 340.00 | 0.90 | Legal research re: appeal (3.6) (Divided among 4 clients) |
| 11/21/11 | SJD | 205.00 | 0.30 | ECF registration for KCM and TWS. |
| 11/22/11 | TWS | 710.00 | 0.10 | Confer with KCM re 2019 appeals [split charge]. |
| 11/22/11 | KCM | 535.00 | 0.50 | Plan/prepare for and meet with TWS re appeal issues; communicate with co-appellee counsel; plan/prepare for appellee brief and review/analyze related materials |
| 11/22/11 | TEP | 340.00 | 0.20 | Re Garlock Appeal: Attend conference call (0.5); confer with KCM re same (0.3). (Divided amoung 4 clients) |
| 11/22/11 | SJD | 205.00 | 0.40 | Complete ECF registration for KCM and TWS. |
| 11/23/11 | KCM | 535.00 | 0.50 | Plan/prepare for and attend conference call with co-appellees re schedule issues; meet with TWS re appeal issues; plan/prepare for appeal issues |
| 11/28/11 | TWS | 710.00 | 0.10 | Telephone conference with EI - 2019 appeals. |
| 11/28/11 | KCM | 535.00 | 0.70 | Review/analyze various 2019 briefs re appeal issues |
| 11/28/11 | TEP | 340.00 | 0.30 | Re Garlock Appeal: Prepare materials re: appeal; attend conference call re: appeal. |
| 11/28/11 | SJD | 205.00 | 0.40 | Follow-up on ECF registration including communications with local counsel. |
| 11/28/11 | KGH | 240.00 | 0.50 | Read case in preparation for meeting with TEP. |
| 11/29/11 | TWS | 710.00 | 0.20 | Telephone conferences with EI and J. Rice re 2019 appeals [split charge]. |
| 11/29/11 | EI | 1,000.00 | 1.10 | M. Cascino litigation issue; telephone conference J. Donley and N. Finch (1.0); telephone conference with M. Cascino (.1). |
| 11/29/11 | KCM | 535.00 | 0.90 | Meet with TWS re mediation issue; review correspondence from Garlock and co-appellee counsel re appeal issues; analyze 2019 appeals issues |

| Date | Init | Rate | Hours | Narrative |
|------|------|------|-------|-----------|
| 11/29/11 | KGH | 240.00 | 5.30 | Legal research on privilege issue. |
| 11/30/11 | TWS | 710.00 | 0.20 | Review 2019 statement re appeals. |
| 11/30/11 | TWS | 710.00 | 0.90 | Consider mediation issue in 2019 appeals: formulate potential approach and discuss same with KCM [split charge]. |
| 11/30/11 | KCM | 535.00 | 1.10 | Meet with TEP re appeals; review proposed motion and order for extension and related correspondence; plan/prepare for and meet with TWS re appeal issue; draft/revise memo re mediation and settlement issues and review/analyze related documents |
| 11/30/11 | TEP | 340.00 | 0.30 | Re Garlock Appeal: Review motion re: extension (.5); review materials re: appeal (.4); confer with KCM re: same (.3). (Divided amoung 4 clients) |
| 11/30/11 | SJD | 205.00 | 0.30 | File and organize papers relating to recent designation filing. |

**Total Task Code .16        56.50**


**Plan & Disclosure Statement (8.30 Hours; $ 6,675.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .20 | $1,000 | 200.00 |
| Peter Van N. Lockwood | 5.60 | $905 | 5,068.00 |
| Trevor W. Swett | .40 | $710 | 284.00 |
| James P. Wehner | 2.10 | $535 | 1,123.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/01/11 | PVL | 905.00 | 1.00 | Rv email and reply (.1); tcn Shelnitz, Finke, Donley, Frankel, Wyron et al (.9) |
| 11/05/11 | EI | 1,000.00 | 0.20 | Read Rapp memos re: sale and merger (.2). |
| 11/09/11 | PVL | 905.00 | 0.20 | Rv revised order re interco. mergers |
| 11/10/11 | PVL | 905.00 | 1.00 | Rv emails re asset sale (.1); teleconference Frankel re asset sale and interco. mergers (.9) |

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 11/11/11 | PVL | 905.00 | 1.10 | Rv emails & reply (.1); teleconferences Frankel (.4); tcn Shelnitz, Baer, Paul, Higgins, Frankel et al (.6) |
| 11/14/11 | PVL | 905.00 | 0.40 | Teleconference Frankel (.1); rv revised draft orders and ltr re sub. mergers and sale order (.2); rv 5 misc. filings (.1) |
| 11/15/11 | PVL | 905.00 | 1.30 | Tcn Shelnitz, Donley, Paul, Frankel, et al (1.0); teleconference EI (.3) |
| 11/16/11 | PVL | 905.00 | 0.10 | Rv emails and reply |
| 11/16/11 | PVL | 905.00 | 0.10 | Rv COCs re sale order and sub merger order |
| 11/21/11 | JPW | 535.00 | 2.10 | E-mails re Forman Perry and protective order (1.0); review protective order (1.1) |
| 11/22/11 | PVL | 905.00 | 0.10 | Rv emails and reply |
| 11/28/11 | TWS | 710.00 | 0.40 | Confer with TEP re research and analytical project - privilege issue, and telephone conference with PVNL re same. |
| 11/29/11 | PVL | 905.00 | 0.30 | Tcn Shelnitz, Donley, Paul, Baer, Frankel, et al |

**Total Task Code .17        8.30**

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | 10.36 |
| Database Research | 1,978.76 |
| Local Transportation - DC | 5.00 |
| Long Distance-Equitrac In-House | 0.08 |
| Xeroxing | 5.30 |
| **Total:** | **$ 1,999.50** |