**EXHIBIT B**

**Case Administration (5.10 Hours; $ 2,640.00)**

Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee regarding all pending matters.

**Total Task Code .04          5.10**

**Committee Creditors', Noteholders' or Equity Holders' (8.60 Hours; $ 3,516.00)**

Services rendered in this category include Committee meetings and conference calls; general memoranda to Committee and national counsel; and telephone inquiries from a Committee member or his or her counsel.

**Total Task Code .07          8.60**

**Fee Applications, Applicant (23.40 Hours; $ 11,337.00)**

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications.

**Total Task Code .12          23.40**

**Fee Applications, Others (1.40 Hours; $ 760.00)**

Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13          1.40**

**Litigation and Litigation Consulting (56.50 Hours; $ 19,332.50)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16          56.50**

**Plan & Disclosure Statement (8.30 Hours; $ 6,675.50)**

   Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement.

**Total Task Code .17**   8.30