## EXHIBIT C

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | 10.36 |
| Database Research | 1,978.76 |
| Local Transportation - DC | 5.00 |
| Long Distance-Equitrac In-House | 0.08 |
| Xeroxing | 5.30 |

**Total:**    **$ 1,999.50**