**Client Number:   4642**                    **Grace Asbestos Personal Injury Claimants**                                                                     Page: 1

**Matter      000**                          **Disbursements**                                                                                                12/14/2011

                                                                                                                              Print Date/Time: 12/14/2011  5:55:05PM
Attn:
                                                                                                                                                    Invoice #

                                                            PREBILL / CONTROL  REPORT


                                                                        Trans Date Range:   1/1/1950  to: 11/30/2011

**Matter      000**
**Disbursements**

Bill Cycle:      Monthly            Style:         i1           Start:    4/16/2001    Last Billed :    11/22/2011                  13,655

                                      $4,806.34
Client Retainers Available                        Committed to Invoices:         $0.00        Remaining:            $4,806.34

                                                              $3,918,987.99
                                 Total Expenses Billed To Date            Billing Empl:          0120     Elihu  Inselbuch
                                                                          Responsible Empl:      0120     Elihu  Inselbuch
                                                                          Alternate Empl:        0120     Elihu  Inselbuch
                                                                          Originating Empl:      0120     Elihu  Inselbuch


**Summary   by Employee**

|        |          |                    | ---------- A C T U A L ---------- || ---------- B I L L I N G--------- ||
| Empl   | Initials | Name               | Hours | Amount | Hours | Amount |
|--------|----------|--------------------|------:|-------:|------:|-------:|
| 0120   | EI       | Elihu  Inselbuch   | 0.00  | 10.36  | 0.00  | 10.36  |
| 0220   | SKL      | Suzanne K Lurie    | 0.00  | 3.40   | 0.00  | 3.40   |
| 0390   | SJD      | Sara Joy  DelSavio | 0.00  | 5.00   | 0.00  | 5.00   |
| 0999   | C&D      | Caplin & Drysdale  | 0.00  | 1,980.74 | 0.00 | 1,980.74 |
| **Total Fees** |  |            | **0.00** | **1,999.50** | **0.00** | **1,999.50** |


**Detail Time / Expense  by  Date**

|         |             |           |            |          |      | ---------- A C T U A L ---------- ||| ---------- B I L L I N G--------- |||            |
| TransNo.| Description | TransType | Trans Date | Work Empl| Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
|---------|-------------|-----------|------------|----------|------|-------|--------|------|-------|--------|-----------|
| 2772804 | Federal Express -Delivery to M.Lautner, 10/24/11 (EI) | E | 11/15/2011 | 0120   EI |  | 0.00 | $10.36 |  | 0.00 | $10.36 | 10.36 |
| 2773716 | Equitrac - Long Distance to 12123199240 | E | 11/16/2011 | 0999   C&D |  | 0.00 | $0.08 |  | 0.00 | $0.08 | 10.44 |
| 2773435 | Petty Cash -O/T Cab Fare to residence, 11/3/11 | E | 11/17/2011 | 0390   SJD |  | 0.00 | $2.50 |  | 0.00 | $2.50 | 12.94 |

| Client Number: | 4642 | | | | Grace Asbestos Personal Injury Claimants | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Matter** | **000** | | | | **Disbursements** | | | | | 12/14/2011 |

Print Date/Time: 12/14/2011  5:55:05PM

Attn:

Invoice #

(SJD; Split b/w clients 5344, 4642, 5028, & 5155)

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2773438 | Petty Cash -O/T Cab Fare to residence, 11/1/11 | E | 11/17/2011 | 0390 | SJD | 0.00 | $2.50 | 0.00 | $2.50 | 15.44 |
| | (SJD; Split b/w clients 5344, 4642, 5028, & 5155) | | | | | | | | | |
| 2784553 | Photocopy | E | 11/18/2011 | 0999 | C&D | 0.00 | $1.90 | 0.00 | $1.90 | 17.34 |
| 2784893 | Photocopy | E | 11/28/2011 | 0220 | SKL | 0.00 | $3.40 | 0.00 | $3.40 | 20.74 |
| 2778924 | Database Research - By KGH on Nov 29-30 | E | 11/30/2011 | 0999 | C&D | 0.00 | $200.46 | 0.00 | $200.46 | 221.20 |
| 2778962 | Database Research - Westlaw by TEP on 11/28-30 | E | 11/30/2011 | 0999 | C&D | 0.00 | $1,121.80 | 0.00 | $1,121.80 | 1,343.00 |
| 2779010 | Database Research - Westlaw by KGH on 11/29 | E | 11/30/2011 | 0999 | C&D | 0.00 | $656.50 | 0.00 | $656.50 | 1,999.50 |

**Total Expenses**                                                $1,999.50                    $1,999.50
                                                           0.00                         0.00

| | Matter Total Fees | | 0.00 | | 0.00 |
|---|---|---|---|---|---|
| | Matter Total Expenses | | 1,999.50 | | 1,999.50 |
| | Matter Total | 0.00 | 1,999.50 | 0.00 | 1,999.50 |
| | Prebill Total Fees | | | | |
| | Prebill Total Expenses | | $1,999.50 | | $1,999.50 |
| | Prebill Total | 0.00 | $1,999.50 | 0.00 | $1,999.50 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 74,007 | 04/22/2010 | 55,577.50 | 137.53 |
| 81,285 | 05/23/2011 | 132,022.00 | 26,404.40 |
| 81,857 | 06/17/2011 | 386,845.50 | 77,369.10 |
| 82,245 | 07/26/2011 | 158,259.25 | 31,651.85 |
| 83,038 | 08/22/2011 | 31,495.00 | 6,299.00 |
| 83,360 | 09/26/2011 | 32,416.50 | 6,483.30 |
| 83,859 | 10/20/2011 | 13,318.58 | 13,318.58 |
| 84,500 | 11/22/2011 | 16,298.16 | 16,298.16 |
| | | 826,232.49 | 177,961.92 |