**EXHIBIT 2**



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace**
**Invoice #: 21_111031**
**Expense Summary**

| Period Ending | 10/31/2011 | Expense Type | Amount |
|---|---|---|---|
| | | B-linx User Fee | $350.00 |
| | | B-Linx/Data Storage | $850.00 |
| | | Document Storage | $722.10 |
| | | Noticing Production | $5,553.04 |
| | | Website Hosting | $250.00 |
| | | **Total** | **$7,725.14** |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

## WR Grace & Co. et al

Noticing Production Reference Summary and Detail

| Reference Number | Production Date | Total |
|---|---|---|
| Reference # 021-20111018-1 | 10/18/2011 | $3,063.42 |
| Reference # 021-20111018-2 | 10/18/2011 | $1,243.48 |
| Reference # 021-20111019-1 | 10/19/2011 | $65.00 |
| Reference # 021-20111019-2 | 10/19/2011 | $744.34 |
| Reference # 021-20111021-1 | 10/21/2011 | $397.75 |
| Reference # 021-20111031-1 | 10/31/2011 | $39.05 |
| | Total | $5,553.04 |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date** 10/18/2011
**Reference #:**    021-20111018-1

| Job Type | Job Item | | Pages / Parties | | |
|---|---|---|---|---|---|
| | | Step | Task | Details | Total |
| Noticing Document | Dkt No. 27769 - Mtn Approve Merger MF 45724 | | 185 / 154 | | |
| | | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | Postage | USPS - 1st Class (at Cost) | 154 Pieces @ $4.75 each | $731.50 |
| | | Production | Printed Impressions | 28490 Pieces @ $.08 each | $2,279.20 |
| | | | Stuff and Mail | 154 Pieces @ $.05 each | $7.70 |
| | | Supplies | Inkjet and Envelope - Catalog | 154 Pieces @ $.13 each | $20.02 |

**Total Due:** **$3,063.42**



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

## WR Grace & Co. et al

**Production Date** 10/18/2011
**Reference #:** 021-20111018-2

| Job Type | Job Item | | Pages / Parties | | |
| --- | --- | --- | --- | --- | --- |
| | | Step | Task | Details | Total |
| Noticing Document | Dkt No. 27771 - Vermiculite Sale Mtn MF 45236 | | 74 / 124 | | |
| | | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | Postage | USPS - 1st Class (at Cost) | 101 Pieces @ $2.08 each | $210.08 |
| | | | USPS - CAN (at Cost) | 21 Pieces @ $2.64 each | $55.44 |
| | | | USPS - International (at Cost) | 2 Pieces @ $6.52 each | $13.04 |
| | | Production | Printed Impressions | 9176 Pieces @ $.10 each | $917.60 |
| | | | Stuff and Mail | 124 Pieces @ $.05 each | $6.20 |
| | | Supplies | Inkjet and Envelope - Catalog | 124 Pieces @ $.13 each | $16.12 |
| | | | | **Total Due:** | **$1,243.48** |

*Invoice Due Upon Receipt*

Page 1 of 1

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

## WR Grace & Co. et al

**Production Date** 10/19/2011
**Reference #:**    021-20111019-1

| Job Type | Job Item | | Pages / Parties | | |
| --- | --- | --- | --- | --- | --- |
| | | Step | Task | Details | Total |
| Noticing Document | Dkt No. 27771 - Vermiculite Motion (suppl) MF 45787 | | 76 / 4 | | |
| | | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | Postage | USPS - 1st Class (at Cost) | 3 Pieces @ $2.08 each | $6.24 |
| | | | USPS - CAN (at Cost) | 1 Piece @ $2.64 each | $2.64 |
| | | Production | Printed Impressions | 304 Pieces @ $.10 each | $30.40 |
| | | | Stuff and Mail | 4 Pieces @ $.05 each | $0.20 |
| | | Supplies | Inkjet and Envelope - Catalog | 4 Pieces @ $.13 each | $0.52 |
| | | | | **Total Due:** | **$65.00** |

*Invoice Due Upon Receipt*         Page 1 of 1

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

## WR Grace & Co. et al

**Production Date** 10/19/2011
**Reference #:**    021-20111019-2

| Job Type | Job Item | | Pages / Parties | | |
|---|---|---|---|---|---|
| | | Step | Task | Details | Total |
| Noticing Document | Dkt No. 27786 - Vermkiculite Sale Ntc MF 45788 | | 39 / 127 | | |
| | | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | Postage | USPS - 1st Class (at Cost) | 103 Pieces @ $1.48 each | $152.44 |
| | | | USPS - CAN (at Cost) | 22 Pieces @ $1.86 each | $40.92 |
| | | | USPS - International (at Cost) | 2 Pieces @ $3.91 each | $7.82 |
| | | Production | Printed Impressions | 4953 Pieces @ $.10 each | $495.30 |
| | | | Stuff and Mail | 127 Pieces @ $.05 each | $6.35 |
| | | Supplies | Inkjet and Envelope - Catalog | 127 Pieces @ $.13 each | $16.51 |
| | | | | **Total Due:** | **$744.34** |



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

## WR Grace & Co. et al

**Production Date:** 10/21/2011
**Reference #:** 021-20111021-1

| Job Type | Job Item | Step | Pages / Parties / Task | Details | Total |
|---|---|---|---|---|---|
| Noticing Document | 1. Dkt No. 27771 - Vermiculite Sale Mtn (suppl) MF 45820 | | 76 / 25 | | |
| | | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | Postage | USPS - 1st Class (at Cost) | 23 Pieces @ $2.68 each | $61.64 |
| | | | USPS - International (at Cost) | 2 Pieces @ $9.18 each | $18.36 |
| | | Production | Collate and Stuff | 25 Pieces @ $.08 each | $2.00 |
| | | | Printed Impressions | 1900 Pieces @ $.10 each | $190.00 |
| | | Supplies | Inkjet and Envelope - Catalog | 25 Pieces @ $.13 each | $3.25 |
| | 2. Dkt No. 27786 - Vermkiculite Sale Ntc (suppl) MF 45820 | | 39 / 25 | | |
| | | Production | Printed Impressions | 975 Pieces @ $.10 each | $97.50 |

**Total Due:** **$397.75**



**BMC Group, Inc.**
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

## WR Grace & Co. et al

**Production Date** 10/31/2011
**Reference #:** 021-20111031-1
**Notes:** Postage charges for misc mailings. Tracking Nbr: 797652616527

| Job Type | Job Item | | | |
|---|---|---|---|---|
| | Step | Task | Details | Total |
| Special Services | Proof of Service to counsel | | | |
| | Postage | FedEx (at Cost) | 1 Piece @ $34.01 each | $34.01 |
| | | USPS - 1st Class (at Cost) | Total: 2 Pieces | $1.08 |
| | Transfer | | | |
| | | USPS - 1st Class (at Cost) | Total: 9 Pieces | $3.96 |
| | | | **Total Due:** | **$39.05** |

*Invoice Due Upon Receipt*

*Page 1 of 1*

EXHIBIT 2