**EXHIBIT 1**

# BMC Group
WR GRACE
Monthly Invoice:

## November 2011 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| AIRGELOU ROMERO - CAS | | $95.00 | 11/1/2011 | 0.3 | $28.50 | Audit categorization updates related to Court Docket Nos 27844-27854 |
| BRIANNA TATE - CAS | | $45.00 | 11/1/2011 | 0.1 | $4.50 | Review Court docket Nos. 27855-27858 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 11/1/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/1/2011 | 0.1 | $11.00 | Prepare one Proof of Service related to transfer notice, email to notice group for service. |
| MABEL SOTO - CAS | | $45.00 | 11/1/2011 | 0.1 | $4.50 | Prepare documents for service: Transfer Notice Philips Analytical Inc re: dkt 27848 |
| MABEL SOTO - CAS | | $45.00 | 11/1/2011 | 0.1 | $4.50 | Prepare documents for service: Transfer Notice CRG re: dkt 27848 |
| MABEL SOTO - CAS | | $45.00 | 11/1/2011 | 0.1 | $4.50 | ECF filing WR Grace Proof of Service Transfer Notice re: dkt 27848 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/1/2011 | 0.6 | $126.00 | Analysis of bi-monthly case updates from team (.2); prep bi-monthly case update (.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/1/2011 | 0.4 | $84.00 | Emails with S Cohen re objection detail updates in b-Linx |
| MYRTLE JOHN - MANAGER | | $195.00 | 11/1/2011 | 0.1 | $19.50 | Review email and bi-monthly reports from case team |
| MYRTLE JOHN - MANAGER | | $195.00 | 11/1/2011 | 0.2 | $39.00 | Review notice of transfer of Philips Analytical claim to Claims Recovery Group forwarded to NoticeGroup for production and service |
| MYRTLE JOHN - MANAGER | | $195.00 | 11/1/2011 | 0.2 | $39.00 | Review service copy of Phillips, Goldman & Spence quarterly fee notice and summary |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/1/2011 | 0.1 | $11.00 | Email correspondence with project team re: case management & activity |
| TERESA THOMAS - CAS | | $65.00 | 11/1/2011 | 0.1 | $6.50 | Process returned mail and record to Notice System. |
| AIRGELOU ROMERO - CAS | | $95.00 | 11/2/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 27855-27858 |
| BRIANNA TATE - CAS | | $45.00 | 11/2/2011 | 0.3 | $13.50 | Review Court docket Nos. 27859-27872 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 11/2/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/2/2011 | 0.4 | $44.00 | Review docket entries related to Maryland Casualty to determine if attorneys filed any documents indicating an address change, per request from S. Cohen. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/2/2011 | 1.0 | $210.00 | Analysis of R Higgins email re Maryland Casualty service of merger motion (.1); research service, BMC data (.4); prep emails to Cassman re Maryland COA research (.1); analysis of S Cohen response (.2); prep response to R Higgins (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/2/2011 | 0.5 | $105.00 | Run returned mail report from NC (.2) and review re Maryland Casualty and other returns (.2); prep email to R Higgins re returned mail to date (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 11/2/2011 | 0.1 | $16.50 | Discussion with S Cohen re: M Araki inquiry re: docket items related to change of address. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/2/2011 | 0.1 | $11.00 | Discussion with M.Booth re: M.Araki inquiry re: docket items related to change of address |
| TERESA THOMAS - CAS | | $65.00 | 11/2/2011 | 0.1 | $6.50 | Process COA returned mail for re-service |
| AIRGELOU ROMERO - CAS | | $95.00 | 11/3/2011 | 0.3 | $28.50 | Audit categorization updates related to Court Docket Nos 27859-27863, 27867-27872 |

# BMC Group
WR GRACE
Monthly Invoice:

## November 2011 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| BRIANNA TATE - CAS | | $45.00 | 11/3/2011 | 0.1 | $4.50 | Review Court docket No. 27873 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 11/3/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| JAMES MYERS - CAS | | $65.00 | 11/3/2011 | 0.1 | $6.50 | POS return to counsel/COA/and/or other miscellaneous mailings for 10-11: Review and audit monthly production invoices for preparation of combined invoice for delivery to client |
| LUCINA SOLIS - CAS | | $45.00 | 11/3/2011 | 0.1 | $4.50 | Review and process no COA return mail |
| BRIANNA TATE - CAS | | $45.00 | 11/4/2011 | 0.1 | $4.50 | Review Court docket Nos. 27874-27879 to categorize docket entries. |
| BRIANNA TATE - CAS | | $45.00 | 11/4/2011 | 0.1 | $4.50 | Telephone with Dan Ciullo at (973) 430-5836 / RE: copy of a claim. Referred to Rust Consulting. |
| ELLEN DORS - REC_TEAM | | $110.00 | 11/4/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/4/2011 | 0.3 | $63.00 | Emails with S Cohen re update of SEC records per SEC notice |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/4/2011 | 0.3 | $63.00 | Emails with MJ re boxes in storage and disposition |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/4/2011 | 1.2 | $252.00 | Analysis of Court docket re case status |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/4/2011 | 0.2 | $22.00 | Update noticing system per email received by BMC Call Center regarding new fax number for SEC (.1); email correspondence with M.Araki re: updates performed (.1) |
| AIRGELOU ROMERO - CAS | | $95.00 | 11/5/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 27874-27879 |
| BRIANNA TATE - CAS | | $45.00 | 11/7/2011 | 0.1 | $4.50 | Telephone with Valerie Ford of Avenue Capital at (212) 850-7500 / RE: reconciling several claims that they own in WR Grace. She will send an email to callcenter@bmcgroup.com. |
| BRIANNA TATE - CAS | | $45.00 | 11/7/2011 | 0.1 | $4.50 | Review Court docket Nos. 27880-27884 to categorize docket entries. |
| BRIANNA TATE - CAS | | $45.00 | 11/7/2011 | 0.1 | $4.50 | Review email inquiry from Valerie Ford w/Avenue Capital Group and transmit to M Araki for further review. |
| ELLEN DORS - REC_TEAM | | $110.00 | 11/7/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| LUCINA SOLIS - CAS | | $45.00 | 11/7/2011 | 0.1 | $4.50 | Extract and prepare returned mail summary report and email to project manager |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/7/2011 | 1.0 | $210.00 | Analysis of multiple R Higgins emails re info on service parties for project plate and subs consol motions (.3); analysis of multiple K Makowski's emails re service parties for project plate and subs consol motions (.3); prep responses to R Higgins and K Makowski re service of project plate and subs consol motions (.3); prep email to L Solis re returned mail report (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/7/2011 | 0.6 | $126.00 | Emails to (.3)/from (.3) S Cohen re returned mail research authorized by R Higgins |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/7/2011 | 0.8 | $168.00 | Telephone to M John re returned mail and issues (.3); analysis of L Solis email re returned mail report (.1); analysis of returned mail report (.2); discussion with S Cohen re returned mail research (.2) |
| MIKE BOOTH - MANAGER | | $165.00 | 11/7/2011 | 0.2 | $33.00 | Semi-monthly conference call with S Cohen re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status. |

# BMC Group
WR GRACE
Monthly Invoice:

## November 2011 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MYRTLE JOHN - MANAGER | | $195.00 | 11/7/2011 | 0.6 | $117.00 | Call from M Araki re updated service address re counsel for Maryland Ins. (.2); research USBC and case docket re updated address (.3); discussion re claims issue (.1) |
| MYRTLE JOHN - MANAGER | | $195.00 | 11/7/2011 | 0.1 | $19.50 | Email exchanges with M Araki and S Cohen re return mail research and remail |
| MYRTLE JOHN - MANAGER | | $195.00 | 11/7/2011 | 0.1 | $19.50 | Review service copy of notice of 25th quarterly fee application of Phillips, Goldman & Spence |
| MYRTLE JOHN - MANAGER | | $195.00 | 11/7/2011 | 0.1 | $19.50 | Review service copy of notice of 27th quarterly fee application of Phillips, Goldman & Spence |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/7/2011 | 0.2 | $22.00 | Semi-monthly conference call with M.Booth re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/7/2011 | 0.1 | $11.00 | Email correspondence with M.Araki re: internet research required for new addresses for returned mail for project plate and merger motions per R Higgins request |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/7/2011 | 0.1 | $11.00 | Additional email correspondence with M.Araki re: internet research required for new addresses for returned mail for project plate and merger motions per R Higgins request, monthly claim detail reports sent to Rust Consulting |
| TERESA THOMAS - CAS | | $65.00 | 11/7/2011 | 0.1 | $6.50 | Process returned mail and record to Notice System. |
| AIRGELOU ROMERO - CAS | | $95.00 | 11/8/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 27880-27884 |
| BRIANNA TATE - CAS | | $45.00 | 11/8/2011 | 0.2 | $9.00 | Review Court docket Nos. 27885-27890 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 11/8/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/8/2011 | 0.5 | $105.00 | Various emails from/to S Cohen re returned mail research project |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/8/2011 | 0.1 | $11.00 | Email correspondence with M.Araki re: notificication of change of address received and required database updates |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/8/2011 | 1.6 | $176.00 | Initialize internet research for new addresses for returned mail for project plate and merger motions per M.Araki/R.Higgins request (.9); update creditor matrix to reflect new addresses as additional noticing parties (.6); email correspondence with G.Kruse, J.Conklin re: required updates (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/8/2011 | 1.7 | $187.00 | Finalize internet research for new addresses for returned mail for project plate and merger motions per M.Araki/R.Higgins request (.9); update creditor matrix to reflect new addresses as additional noticing parties (.6); additional email correspondence with M.Araki, J.Conklin re: required updates and issues identified (.2) |
| BRIANNA TATE - CAS | | $45.00 | 11/9/2011 | 0.1 | $4.50 | Review Court docket Nos. 27891-27896 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 11/9/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/9/2011 | 0.2 | $42.00 | Emails to (.1)/from (.1) G Kruse re claims registers |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/9/2011 | 0.3 | $63.00 | Emails from/to S Cohen re returned mail research project |

# BMC Group
WR GRACE
Monthly Invoice:

## November 2011 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MIKE BOOTH - MANAGER | | $165.00 | 11/9/2011 | 0.1 | $16.50 | Discussion with S Cohen re: analysis, claim database updates performed per M Araki request re: returned mail. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/9/2011 | 0.2 | $22.00 | Update claim database to correct creditor address data per M.Araki request (.1); email correspondence with M.Araki re: additional issues identified and possible additional updates required (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/9/2011 | 0.1 | $11.00 | Discussion with M.Booth re: analysis, claim database updates performed per M.Araki request re: returned mail |
| AIRGELOU ROMERO - CAS | | $95.00 | 11/10/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 27885-27886, 27888,27891-27893, 27895-27896 |
| BRIANNA TATE - CAS | | $45.00 | 11/10/2011 | 0.3 | $13.50 | Discussion with M Booth re: inquiry from M Araki regarding claim confirmations requests from Avenue Capital Group related to BMC schedule records and previous transfers to Claims Recovery Group (.1); reviewed archived emails as necessary (.1). Follow up w/M Araki re: same (.1) |
| BRIANNA TATE - CAS | | $45.00 | 11/10/2011 | 0.2 | $9.00 | Review Court docket Nos. 27897-27909 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 11/10/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/10/2011 | 0.1 | $11.00 | Telephone with Brain Jarmaine of Service Point Capital at (310) 256-3285 / RE: if tranfers were still being accepted in case |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/10/2011 | 0.1 | $11.00 | Email correspondence with M.Araki re: pending issue related to creditor change of address request |
| ELLEN DORS - REC_TEAM | | $110.00 | 11/11/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/11/2011 | 1.2 | $252.00 | Analysis of J Baer/V Ford emails (.1); research b-Linx re orders affecting claims, matched schedule discrepancies (.5); prep spreadsheet (.5); prep email to J Baer re results (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/11/2011 | 0.1 | $11.00 | Email correspondence with M.Araki re: issue identified related to change of address request forwarded by counsel |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/11/2011 | 0.2 | $22.00 | Perform additional research in noticing system per M.Araki request re: change of address request forwarded by counsel (.1); additoinal email correspondence with M.Araki re: research, results (.1) |
| BRIANNA TATE - CAS | | $45.00 | 11/14/2011 | 0.3 | $13.50 | Review Court docket Nos. 27910-27934 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 11/14/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/14/2011 | 0.6 | $126.00 | Analysis of S Cohen emails re claims update and transfer info sent to K Becker/Rust Consulting; (.4) emails with S Cohen re research project on returned mail (.2) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/14/2011 | 0.1 | $11.00 | Email correspondence with M.Araki re: pending issues related to creditor change of address request |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/14/2011 | 0.1 | $11.00 | Additional email correspondence with M.Araki re: pending issues related to creditor change of address request |
| AIRGELOU ROMERO - CAS | | $95.00 | 11/15/2011 | 0.7 | $66.50 | Audit categorization updates related to Court Docket Nos 27897-27910, 27911-27925, 27926-27934 |

# BMC Group
### WR GRACE
### Monthly Invoice:

## November 2011 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| BRIANNA TATE - CAS | | $45.00 | 11/15/2011 | 0.5 | $22.50 | Review Court docket Nos. 27935-27964 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 11/15/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/15/2011 | 1.2 | $252.00 | Analysis of S Cohen emails re returned mail project (.3); prep responses to S Cohen re issues (.3); telephone with S Cohen re same (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/15/2011 | 0.4 | $84.00 | Analysis of K Makowski email re H Pitkow office address change (.1); prep email to Cassman re COA (.1); analysis of K Makowski and R Higgins emails re service of COCs for subst consol and project plate (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/15/2011 | 0.3 | $63.00 | Prep bi-monthly case status to team (.2); analysis of case status from team (.1) |
| MYRTLE JOHN - MANAGER | | $195.00 | 11/15/2011 | 0.2 | $39.00 | Email to case team re no updates (.1); review status update from M Araki (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/15/2011 | 0.1 | $11.00 | Email correspondence with project team re: case management & activity |
| TERESA THOMAS - CAS | | $65.00 | 11/15/2011 | 0.1 | $6.50 | Process returned mail and record to Notice System. |
| AIRGELOU ROMERO - CAS | | $95.00 | 11/16/2011 | 0.6 | $57.00 | Audit categorization updates related to Court Docket Nos 27935-27948, 27949-27964 |
| BRIANNA TATE - CAS | | $45.00 | 11/16/2011 | 0.2 | $9.00 | Review Court docket Nos. 27965-27976 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 11/16/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/16/2011 | 1.0 | $210.00 | Add'l research on Schulte/Kaiser SERP claims from S Cohen research project (.8); emails from (.1)/to (.1) S Cohen re same |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/16/2011 | 1.0 | $210.00 | Emails from/to A Brniak/K&E re Hal Pitkow address change request (.2); emails with Cassman re same (.2); research b-Linx re Hal Pitkow per A Brniak info (.2); prep email to G Kruse re Hal Pitkow claims (.1); prep email to Cassman re Hal Pitkow COA and claims to change (.2); prep email to G Kruse re solicitation updates (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 11/16/2011 | 0.1 | $16.50 | Discussion with S Cohen re: creditor matrix updates required per M Araki request re: creditor change of address forwarded by counsel. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/16/2011 | 0.1 | $11.00 | Email correspondence with M.Araki, M.Booth re: creditor change of address request received from A.Brniak at K&E |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/16/2011 | 0.1 | $11.00 | Discussion with M.Booth re: creditor matrix updates required per M.Araki request re: creditor change of address forwarded by counsel |
| AIRGELOU ROMERO - CAS | | $95.00 | 11/17/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 27965-27971, 27976 |
| BRIANNA TATE - CAS | | $45.00 | 11/17/2011 | 0.2 | $9.00 | Review Court docket Nos. 27977-27989 to categorize docket entries. |
| BRIANNA TATE - CAS | | $45.00 | 11/17/2011 | 0.1 | $4.50 | Telephone with Valerie Ford of Avenue Capital at (212) 850-7500 / RE: notice from 11/9 mailing; advised her that BMC did not send the mailing. |
| ELLEN DORS - REC_TEAM | | $110.00 | 11/17/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| JAMES MYERS - CAS | | $65.00 | 11/17/2011 | 0.1 | $6.50 | 2 Ntc Claim Trans: Review and respond to emails from transmitting docs for mailing |

# BMC Group
## WR GRACE
### Monthly Invoice:

**November 2011 -- WRG Case Administration**

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| JAMES MYERS - CAS | | $65.00 | 11/17/2011 | 0.2 | $13.00 | POS re Ntc Claim Transfer: Review and respond to email from L Shippers transmitting doc for filing (.1); ECF file document (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/17/2011 | 0.1 | $11.00 | Telephone with Charles Dickinson at (860) 594-6696 / RE: status of case related to his claim; provided 800 number to Rust for add'l information |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/17/2011 | 0.1 | $11.00 | Prepare one proof of service related to amended transfer notice, email to notice group for filing. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/17/2011 | 0.2 | $42.00 | Email from (.1)/to (.1) A Brniak re Hal Pitkow address update |
| MYRTLE JOHN - MANAGER | | $195.00 | 11/17/2011 | 0.2 | $39.00 | Review email exchanges and Amended Notice of Transfer of Claim of Philip Analytical to Claims Recovery Group forwarded to NoticeGroup for production and service |
| AIRGELOU ROMERO - CAS | | $95.00 | 11/18/2011 | 0.3 | $28.50 | Audit categorization updates related to Court Docket Nos 27977-27989 |
| ELLEN DORS - REC_TEAM | | $110.00 | 11/18/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/18/2011 | 0.4 | $84.00 | Telephone with S Cohen re returned mail research (.1); analysis of research results, revisions (.3) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/18/2011 | 0.2 | $22.00 | Discussion with M.Araki re: issues identified related to change of address/additional noticing party updates to creditor matrix |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/18/2011 | 0.6 | $66.00 | Perform addtional internet research for new addresses for returned mail for project plate and merger motions per M.Araki/R.Higgins request (.3); update creditor matrix to reflect new addresses as additional noticing parties (.2); email correspondence with M.Araki re: updates performed (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/18/2011 | 0.3 | $33.00 | Update claims database per M.Araki request re: creditor change of address information forwarded by A.Brniak at K&E (.2); email correspondence with M.Araki re: possible additional claim database updates required (.1) |
| BRIANNA TATE - CAS | | $45.00 | 11/21/2011 | 0.3 | $13.50 | Review Court docket Nos. 27990-28004 to categorize docket entries. |
| BRIANNA TATE - CAS | | $45.00 | 11/21/2011 | 0.1 | $4.50 | Telephone with Zack at (410) 727-5735 / RE: Looking for a particular docket in the case. He will try to look on PACER and will contact Rust if he is still unable to find it. |
| ELLEN DORS - REC_TEAM | | $110.00 | 11/21/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/21/2011 | 0.1 | $11.00 | Analyze Court docket no. 27992, verify no further updates in the claims database are required. |
| MIKE BOOTH - MANAGER | | $165.00 | 11/21/2011 | 0.2 | $33.00 | Semi-monthly conference call with S Cohen re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/21/2011 | 0.2 | $22.00 | Semi-monthly conference call with M.Booth re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status |
| AIRGELOU ROMERO - CAS | | $95.00 | 11/22/2011 | 0.3 | $28.50 | Audit categorization updates related to Court Docket Nos 27990-27991, 27993-28004 |
| BRIANNA TATE - CAS | | $45.00 | 11/22/2011 | 0.2 | $9.00 | Review Court docket Nos. 28005-28011 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 11/22/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |

# BMC Group
WR GRACE
Monthly Invoice:

## November 2011 – WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MABEL SOTO - CAS | | $45.00 | 11/22/2011 | 0.1 | $4.50 | Email exchange w/ Data Analysts re review cloned MF 45788 to new MF 46153 and cloned MF 45820 to new MF 46154 |
| MABEL SOTO - CAS | | $45.00 | 11/22/2011 | 0.2 | $9.00 | Review (.1) and respond (.1) to emails transmitting 1. Noticing Instructions 2. Request/response re approval Service Documents & Production Instructions for Dkt No. 28008 |
| MABEL SOTO - CAS | | $45.00 | 11/22/2011 | 0.3 | $13.50 | Set up Noticing System/Production Folder/Noticing Instructions (.1); prepare electronic version of document-as-served/ copy service document to Call Center folder (.1); Review Production copy of document (Document ID 28362) (.1) |
| MABEL SOTO - CAS | | $45.00 | 11/22/2011 | 0.1 | $4.50 | Review and respond to email from M Araki transmitting document for service for Dkt No. 28008 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/22/2011 | 0.6 | $126.00 | Analysis of P Cuniff email re service of Project Plate order (.1); analysis of order for service (.2); emails from (.2)/to (.1) R Higgins re order for service |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/22/2011 | 0.7 | $147.00 | Prep NRC for Project Plate Order service (.2); emails to/from S Cohen re address updates for sale order service (.1); coordinate service with Ntc Grp (.4) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/22/2011 | 0.1 | $11.00 | Email correspondence with M.Araki re: research, claim database updates performed related to returned mail and per R.Higgins request |
| AIRGELOU ROMERO - CAS | | $95.00 | 11/23/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 28005, 28009-28010-28011 |
| BRIANNA TATE - CAS | | $45.00 | 11/23/2011 | 0.2 | $9.00 | Review Court docket Nos. 28012-28024 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 11/23/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/23/2011 | 0.2 | $42.00 | Prep email to R Higgins re confirmation of Project Plate service (.1); prep email to Ntc Grp re POS (.1) |
| AIRGELOU ROMERO - CAS | | $95.00 | 11/24/2011 | 0.3 | $28.50 | Audit categorization updates related to Court Docket Nos 28012-28018, 28020-28024 |
| BRIANNA TATE - CAS | | $45.00 | 11/28/2011 | 0.1 | $4.50 | Telephone with Paul of WR Grace at (337) 583-8700 / RE: invoice inquiry; requested he send an email to callcenter@bmcgroup.com. |
| ELLEN DORS - REC_TEAM | | $110.00 | 11/28/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| JAMES MYERS - CAS | | $65.00 | 11/28/2011 | 0.1 | $6.50 | Dkt 28008 Vermiculite Sale Ord: finalize Dcl of Svc |
| MABEL SOTO - CAS | | $45.00 | 11/28/2011 | 0.3 | $13.50 | Process Proof of Service for Dkt No. 28008 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/28/2011 | 1.2 | $252.00 | Analysis of Court docket re case status |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/28/2011 | 0.1 | $21.00 | Email from/to J Myers re Project Plate POS |
| MYRTLE JOHN - MANAGER | | $195.00 | 11/28/2011 | 0.2 | $39.00 | Review Notice of 42nd Quartelry fee application request of Ferry Joseph & Pearce forwarded to BMC |
| MYRTLE JOHN - MANAGER | | $195.00 | 11/28/2011 | 0.2 | $39.00 | Review Notice of Phillips, Goldman & Spence 29th quartrly fee application forwarded to BMC |
| MYRTLE JOHN - MANAGER | | $195.00 | 11/28/2011 | 0.2 | $39.00 | Review Notice of Phillips, Goldman & Spence 28th quartrly fee application forwarded to BMC |
| MYRTLE JOHN - MANAGER | | $195.00 | 11/28/2011 | 0.2 | $39.00 | Review Notice of Phillips, Goldman & Spence 30th quartrly fee application forwarded to BMC |
| ELLEN DORS - REC_TEAM | | $110.00 | 11/29/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| JAMES MYERS - CAS | | $65.00 | 11/29/2011 | 0.1 | $6.50 | Prep transmittal letter re Dcl of Svc to counsel |

# BMC Group
## WR GRACE
### Monthly Invoice:

## November 2011 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| KEVIN MARTIN - CONSULTANT | | $135.00 | 11/29/2011 | 0.2 | $27.00 | Communication w/ WR Grace team re: case status |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/29/2011 | 0.3 | $63.00 | Analysis of bi-monthly reports from team (.1); prep bi-monthly update (.2) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/29/2011 | 0.1 | $11.00 | Email correspondence with project team re: case management & activity |
| TERESA THOMAS - CAS | | $65.00 | 11/29/2011 | 0.1 | $6.50 | Process returned mail and record to Notice System. |
| ELLEN DORS - REC_TEAM | | $110.00 | 11/30/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| | WRG Case Administration Total: | | | 42.4 | $6,180.50 | |

## November 2011 -- WRG Data Analysis

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 11/1/2011 | 0.1 | $9.50 | Update return mail to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 11/1/2011 | 0.1 | $9.50 | Review and verify undeliverable creditor addresses for return mail processing. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 11/2/2011 | 0.1 | $9.50 | Update return mail to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 11/4/2011 | 0.1 | $9.50 | Update return mail to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 11/4/2011 | 0.1 | $9.50 | Review and verify undeliverable creditor addresses for return mail processing. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 11/8/2011 | 0.6 | $90.00 | Update additional notice party for all Maryland Casualty claims. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 11/8/2011 | 0.1 | $9.50 | Update return mail to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 11/8/2011 | 0.1 | $9.50 | Review and verify undeliverable creditor addresses for return mail processing. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 11/8/2011 | 0.1 | $9.50 | Review and respond to various correspondence with case support regarding the verification of returned undeliverable records and updating the records with additional notice parties. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 11/8/2011 | 0.2 | $19.00 | Review (.1) and verify (.1) returned mail undeliverable addresses and their additional notice parties' information. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 11/9/2011 | 1.3 | $195.00 | Update claims register source data (.6). Run updated claims register sorted by Claimant Name (.60. Email to M Araki for review (.1). |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 11/9/2011 | 1.2 | $180.00 | Update claims register source data (.5). Run updated claims register sorted by Claim Number (.6). Email to M Araki for review (.1) |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 11/9/2011 | 0.1 | $9.50 | Review and update bLinx view per A. Wick's request. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 11/9/2011 | 0.1 | $9.50 | Review and respond to correspondence with project manager regarding the list of claims for the claim confirmation request. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 11/10/2011 | 2.6 | $390.00 | Update distribution report source data (.6). Generate active claims report and update distribution rates (.8). Run current distribution claims report (.6), export to Excel (.5) and email to M Araki for review (.1). |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 11/10/2011 | 1.1 | $165.00 | Author distribution change report database template to compare distribution reports for changed data points between versions. |

# BMC Group
WR GRACE
Monthly Invoice:

## November 2011 -- WRG Data Analysis

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 11/10/2011 | 1.6 | $240.00 | Generate change report for distribution data runs between May 2011 and current data (.6). List data points whose values have changed between last two distribution reports (.5). Export to Excel (.4) and email to M Araki for review (.1). |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 11/14/2011 | 1.2 | $180.00 | Generate current active and inactive claims report (.8). Export to Excel (.3) and email to S Cohen for review (.1). |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 11/14/2011 | 1.3 | $195.00 | Update source data for consolidation reports as per M Araki (.7). Rerun updated consolidation report (.6). |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 11/14/2011 | 1.0 | $150.00 | Update source data for Intercompany reports (.4). Rerun Intercompany exhibits (.6) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 11/14/2011 | 0.8 | $120.00 | Update source data for Active Surviving Claims report (.3). Rerun report (.5) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 11/14/2011 | 0.9 | $135.00 | Update source data for Conditionally Expunged Claims report (.4). Rerun conditionally expunged claims report (.5) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 11/15/2011 | 1.4 | $210.00 | Update source data for main consolidation report and per M Araki review (.7). Run updated consolidation report (.7) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 11/16/2011 | 1.0 | $150.00 | Review of claims database and generate list of claimants represented by Hal Pitkow Law (.9). Email to M Araki for review (.1) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 11/16/2011 | 1.9 | $285.00 | Review/audit of Rust Personal Injury source data (.6). Verify what notices/materials were served to that creditor list (.7). Prep for return mail address review/updates (.6). |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 11/16/2011 | 0.1 | $9.50 | Update return mail to b-Linx. |
| ALFRED VILLANUEVA - CAS | | $65.00 | 11/22/2011 | 0.5 | $32.50 | Review and upate MFs 46153 & 46154 w/ 349 records |
| VINCENT NACORDA - CAS | | $75.00 | 11/22/2011 | 0.5 | $37.50 | Populate/Review MF's 46153 & 46154 with 349 parties |
| VINCENT NACORDA - CAS | | $75.00 | 11/22/2011 | 0.1 | $7.50 | Correspondence with production and project team regarding mailing list |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 11/23/2011 | 0.1 | $9.50 | Update mail file data to master service list. |
| ANNA WICK - SR_ANALYST | | $110.00 | 11/30/2011 | 1.0 | $110.00 | SQL database maintenance (.4), review logs (.2), views, stored procedures (.2) and user defined functions (.2) |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 11/30/2011 | 0.1 | $9.50 | Update return mail to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 11/30/2011 | 0.1 | $9.50 | Review and verify undeliverable creditor addresses for return mail processing. |
| | WRG Data Analysis Total: | | | 21.6 | $3,024.50 | |

## November 2011 -- WRG Distribution

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/1/2011 | 2.5 | $525.00 | Review Blackstone data (1.1); continue analysis and prep of reconciled info to bridge (1.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/10/2011 | 0.3 | $63.00 | Analysis of B Jaffe email re data file request for S Scarlis (.1); prep email to G Kruse re new data request (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/10/2011 | 2.0 | $420.00 | Analysis of new data file from G Kruse per B Jaffe request |

# BMC Group
### WR GRACE
### Monthly Invoice:

## November 2011 -- WRG Distribution

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/10/2011 | 1.0 | $210.00 | Analysis of change data file from G Kruse |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/11/2011 | 4.5 | $945.00 | Revise datafile from G Kruse for B Jaffe use |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/11/2011 | 0.8 | $168.00 | Revise interest tool re interest issues from G Kruse new data file (.6); prep list of other data islands for revisions to G Kruse (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/14/2011 | 0.2 | $42.00 | Analysis of B Jaffe email re questions on new data file |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/15/2011 | 3.8 | $798.00 | Analysis of Blackstone 08 report to BMC report (1.8) and revisions to Blackstone data to reconcile (2.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/16/2011 | 0.8 | $168.00 | Telephone with B Jaffe re review of questions on new data file (.5); telephone from B Jaffe re add'l questions (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/16/2011 | 3.0 | $630.00 | Continue analysis of Blackstone 08 report to BMC report re reconciliation |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/17/2011 | 2.5 | $525.00 | Continue Blackstone analysis 08 report to BMC report re reconciliation |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/18/2011 | 3.7 | $777.00 | Continue analysis of Blackstone 08 report to BMC report re reconciliation |
| | | WRG Distribution Total: | | 25.1 | $5,271.00 | |

## November 2011 -- WRG Fee Applications

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/4/2011 | 2.5 | $525.00 | Prepare draft billing detail reports Jul, Aug, Sept 11 (1.5); analysis of Jul 11 billing report for prof reqts and Court-imposed categories (.6); revise Jul 11 entries for fee app compliance (.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/7/2011 | 2.0 | $420.00 | Continue analysis of Jul 11 billing report for prof reqts and Court-imposed categories (1.2); revise Jul 11 entries for fee app compliance (.8) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/8/2011 | 2.4 | $504.00 | Analysis of Aug 11 billing report for prof reqts and Court-imposed categories (1.4); revise Aug 11 entries for fee app compliance (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/18/2011 | 2.3 | $483.00 | Analysis of Aug 11 billing report for prof reqts and Court-imposed categories (.5); revise Aug 11 entries for fee app compliance (.4); analysis of Sep 11 billing report for prof fee reqts and Court-imposed categories (.8); revise Sep 11 entries for fee app compliance (.6) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/21/2011 | 2.0 | $420.00 | Analysis of Sep 11 billing report for prof reqts and Court-imposed categories (1.1); revise Sep 11 entries for fee app compliance (.9) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/21/2011 | 2.4 | $504.00 | Draft fee apps for Jul (.5), Aug (.6), Sep (.6) and 42nd Qtr (.7) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/21/2011 | 0.3 | $63.00 | Prep email to L Oberholzer re fee apps for filing/service (.1); prep email to B Ruhlander re fee apps, files for review (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/21/2011 | 0.5 | $105.00 | Analysis of M John email re fee apps (.1); finalize fee apps for filing (.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/21/2011 | 1.5 | $315.00 | Prep fee app exhibits to Jul, Aug, Sep and 42nd Qtr fee apps (1.0); prep data files for B Ruhlander (.5) |
| MYRTLE JOHN - MANAGER | | $195.00 | 11/21/2011 | 0.2 | $39.00 | Review and sign verification re 42nd quaterly fee (.1) and forward to M Araki for filing (.1) |

# BMC Group
### WR GRACE
#### Monthly Invoice:

## November 2011 -- WRG Fee Applications

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MYRTLE JOHN - MANAGER | | $195.00 | 11/21/2011 | 0.2 | $39.00 | Review and sign verification re monthly fee application (.1); forward to M Araki for filing (.1) |
| | WRG Fee Applications Total: | | | 16.3 | $3,417.00 | |

## November 2011 -- WRG Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/1/2011 | 0.1 | $11.00 | Analysis of Court docket re: one new claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/1/2011 | 0.1 | $11.00 | Analysis of b-Linx re: one claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/1/2011 | 0.2 | $22.00 | Revise b-Linx re: one claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/1/2011 | 0.1 | $11.00 | Prepare one transfer notice, email to notice group for service. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/1/2011 | 1.0 | $210.00 | Analysis of C Finke email re revised tax claim reports (.1); prep revised tax claim reports (.8); prep email to C Finke re revised reports (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/1/2011 | 1.2 | $252.00 | Prep tax reports in R Higgins format (1.1); prep email to R Higgins re revised tax reports (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/1/2011 | 0.6 | $66.00 | Analyze docket numbers 23590 to 23850 (.3); audit claim database updates performed (.2); email correspondence with M.Araki re: possible issue identified (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/2/2011 | 1.5 | $315.00 | Numerous C Finke emails re IRS claim 813 and issues (.4); analysis of attachments and docket re claim 813 (.6); prep responses to C Finke (.4); analysis of R Higgins email re to be reviewed with C Finke (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/2/2011 | 0.1 | $11.00 | Email correspondence with M.Araki re: possible claim database updates required re: unfiled objections |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/2/2011 | 0.4 | $44.00 | Analyze docket numbers 24015 to 24299 (.2); audit claim database updates performed (.1); email correspondence with M.Araki re: additional analysis, possible claim database updates required (.10 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/3/2011 | 3.0 | $630.00 | Research DH Litter schedule amendment per J Baer request (1.4); research BMC archived correspondence and files re DH Litter schedule amendment (1.6) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/3/2011 | 0.7 | $147.00 | Email B Jaffe/Blackstone re AP files received from WR Grace (.2); analysis of AP reconciliation to BMC data re DH Litter (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/3/2011 | 3.8 | $798.00 | Continue research of BMC archives re DH Litter schedule amendment |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/3/2011 | 0.1 | $11.00 | Email correspondence with L.Gardner re: request for environmental claim detail reports |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/3/2011 | 0.5 | $55.00 | Prepare environmental claim detail reports per L.Gardner request (.4); additional email correspondence with L.Gardner, M.Araki re: report results (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/4/2011 | 0.5 | $105.00 | Prep email to J Baer re DH Litter research results |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/6/2011 | 1.5 | $315.00 | Analysis of J Baer email re Samson/EPA transfer draft (.1); analysis of draft transfer doc, b-Linx and Ct pleadings re claim to be transferred (1.4) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/7/2011 | 0.2 | $22.00 | Analyze Court docket no. 27873, verify no updates in the claims database are applicable. |


# BMC Group
### WR GRACE
#### Monthly Invoice:

## November 2011 – WRG Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/7/2011 | 0.4 | $84.00 | Prep email to J Baer re response to draft EPA/Samson transfer of claim |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/7/2011 | 0.3 | $63.00 | Analysis of B Tate email re Valerie/Avenue Capital claims research request (.2); prep email to B Tate re Valerie/Avenue Capital request (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/7/2011 | 0.1 | $11.00 | Email correspondence with L.Gardner re: research of environmental claims 18539, 18540 & 2114 required |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/7/2011 | 0.2 | $22.00 | Research environmental claims per L.Gardner request (.1); initialize preparation of Court document images (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/8/2011 | 0.3 | $33.00 | Analyze Court docket no. 27889 (.1), prepare email to A. Rexnord of CRG re: incorrect document filed on the Court docket (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/8/2011 | 1.9 | $399.00 | Analysis of R Higgins email re 3rd party extract of claims from subst consol exhibits for PI FCR (.1); analysis of subst consol data re 3rd party claims (1.0); prep extract of 3rd party claims for R Higgins (.7); prep email to R Higgins re extract for PI FCR (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/8/2011 | 0.3 | $33.00 | Finalize preparation of Court document images per L.Gardner request re: environmental claims (.2); email correspondence with L.Gardner re: research performed, documents prepared (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/9/2011 | 0.5 | $105.00 | Analysis of K Makowski email re V Ford/Avenue Capital research request (.1); email to R Higgins/J Baer re Ford request (.1); prep email to K Makowski re V Ford request (.1); analysis of J Baer email re info to be provided (.1); prep email to B Tate re V Ford claims list (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/9/2011 | 2.7 | $567.00 | Analysis of V Ford claims list vs b-Linx (.3); prep ART report re claims list (.3), analysis of sched amendments (.4); analysis of b-Linx re claims status (1.0); prep spreadsheet of claims, info (.5); prep email to J Baer re research results (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/10/2011 | 0.9 | $189.00 | Emails from/to J Baer/R Higgins re Samson/EPA transfer/split (.3); emails from E Yu/EPA re transfer forms, claim nos to list and portions (.3); prep emails to J Baer/E Yu re split transfers, Samson claims filed in Grace cases (.3) |
| MIKE BOOTH - MANAGER | | $165.00 | 11/10/2011 | 0.2 | $33.00 | Discussion with B Tate re: inquiry from M Araki regarding Claim Confirmations requests from Avenue Capital Group related to BMC schedule records and previous transfers to claims recovery Group (.1); reviewed archived emails as necessary (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/11/2011 | 0.4 | $44.00 | Initialize preparation and analysis of monthly claim detail reports (.3); email correspondence with G.Kruse and L.Shippers (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/14/2011 | 0.1 | $11.00 | Confirm transfer tracking spreadsheet is current, per request from S. Cohen. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/14/2011 | 0.6 | $126.00 | Analysis of R Higgins email re revised subst consol exhibits for order (.1); analysis of R Higgins revised cumulative comparison (.4); prep email to G Kruse re revised exhibits (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/14/2011 | 2.3 | $483.00 | Work with G Kruse re prep of revised exhibits for 45 cos for subst consol order (1.0); analysis of drafts (.6), revise drafts (.7) |

## BMC Group
WR GRACE
Monthly Invoice:

### November 2011 -- WRG Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/14/2011 | 1.7 | $357.00 | Analysis of next gen revised subst consol exhibits from G Kruse (.7); work with G Kruse to resolve issues on exhibits (.4); analysis of revised exhibits 2-4, revisions needed for 5 and 6 (.6) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/14/2011 | 2.5 | $525.00 | Telephone with G Kruse re new exhibits for subst consol order (.2); prep list of cases to be included in subst consol exhibits, data changes (1.0); review files re effect notes (.8); analysis of exhibits re effect notes (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/14/2011 | 0.4 | $84.00 | Prep email to G Kruse re final set of revisions for subst consol exhibits |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/14/2011 | 0.6 | $66.00 | Analyze docket numbers 24303 to 24671 (.3); audit claim database updates performed (.2); email correspondence with M.Araki re: pending issue identified (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/14/2011 | 0.2 | $22.00 | Initialize preparation and analysis of monthly claim detail reports (.1); email correspondence with K.Davis (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/15/2011 | 0.9 | $189.00 | Analysis of final exhibits for subst consol order from G Kruse (.8); prep email to R Higgins re final exhibits (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/17/2011 | 0.3 | $33.00 | Investigate return mail item related to transfer notice (.2); exchange emails with transferee to obtain current address for transferor (.1). |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/17/2011 | 0.2 | $22.00 | Prepare amended notice of transfer as result of undeliverable item (.1), email to notice group for service (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/17/2011 | 0.1 | $11.00 | Update blinx re: one amended notice of transfer served and 21 day expiration period extended. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/17/2011 | 0.1 | $11.00 | Update impacted claim in blinx re: current address for original creditor provided by transferee. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/18/2011 | 0.1 | $11.00 | Analysis of Court docket re: objections to transfers after 21 day notice expiration. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/18/2011 | 0.1 | $11.00 | Revise transfer tracking worksheet re: one claim transfer finalized. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 11/18/2011 | 0.1 | $11.00 | Revise b-Linx to finalize one claim transfer and reconciliation notes. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/22/2011 | 0.4 | $84.00 | Analysis of R Finke email re Texas withdrawal of claim (.1); analysis of b-Linx re Texas claim to be withdrawn (.1); prep email to S Cohen re withdrawal of claim (.1); prep email to K Becker/Rust Consulting re Texas claim withdrawal (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/22/2011 | 0.1 | $11.00 | Email correspondence with M.Araki re: Notice of Withdrawal of Texas Comptroller claim |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/28/2011 | 0.6 | $126.00 | Telephone from K Love/K&E re claims 5586, 1724, 5987 and 12780 (.1); research b-Linx re claims (.3); prep email to K Love re claims and status (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/28/2011 | 0.3 | $63.00 | Analysis of J Baer email re prof review project, login issues (.1); email to/from G Kruse re login status (.1); telephone to J Baer re login issues and resolution (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/28/2011 | 0.5 | $105.00 | Prep revised inactive and active prof review data for J Baer (.4); prep email to J Baer re revised reports (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/28/2011 | 1.3 | $273.00 | DRTT analysis and b-Linx audit (.7); revise b-Linx per audit results (.6) |

# BMC Group
## WR GRACE
### Monthly Invoice:

## November 2011 -- WRG Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/28/2011 | 0.1 | $11.00 | Update claims database pursuant to notice of withdrawal of Texas Comptroller claim |
| ELLEN DORS - REC_TEAM | | $110.00 | 11/29/2011 | 0.5 | $55.00 | Analyze and review docket activity for 4 filed Notice of Transfers (.2); Perform audit of claims transfer module, production folders and tracking spreadsheet re: Notice of Transfers (.3). |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/29/2011 | 1.7 | $357.00 | DRTT analysis and b-Linx audit (.9); revise b-Linx per audit results (.8) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/30/2011 | 0.2 | $42.00 | Analysis of R Higgins email re Baker & McKenzie POC (.1); research b-Linx and reply (.1) |
| | | | WRG Non-Asbestos Claims Total: | 39.8 | $7,719.00 | |
| | | | November 2011 Total: | 145.2 | $25,612.00 | |

**BMC Group**
WR GRACE
Monthly Invoice:

| | | |
|---|---|---|
| Grand Total: | 145.2 | $25,612.00 |

EXHIBIT 1

# BMC Group
## WR GRACE
Professional Activity Summary
Date Range: 11/1/2011 thru 11/30/2011

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---:|---:|---:|
| **WRG Case Administration** | | | |
| CAS | | | |
|     Lucina Solis | $45.00 | 0.2 | $9.00 |
| CAS | | | |
|     Airgelou Romero | $95.00 | 3.4 | $323.00 |
|     Brianna Tate | $45.00 | 4.0 | $180.00 |
|     James Myers | $65.00 | 0.6 | $39.00 |
|     Mabel Soto | $45.00 | 1.3 | $58.50 |
|     Teresa Thomas | $65.00 | 0.5 | $32.50 |
| MANAGER | | | |
|     Mike Booth | $165.00 | 0.7 | $115.50 |
|     Myrtle John | $195.00 | 2.6 | $507.00 |
| CONSULTANT | | | |
|     Kevin Martin | $135.00 | 0.2 | $27.00 |
| REC_TEAM | | | |
|     Ellen Dors | $110.00 | 4.0 | $440.00 |
|     Lauri Shippers | $110.00 | 0.9 | $99.00 |
|     Steffanie Cohen | $110.00 | 6.9 | $759.00 |
| CONTRACTOR | | | |
|     Martha Araki | $210.00 | 17.1 | $3,591.00 |
| Total: | | 42.4 | $6,180.50 |
| **WRG Data Analysis** | | | |
| CAS | | | |
|     Alfred Villanueva | $65.00 | 0.5 | $32.50 |
|     Vincent Nacorda | $75.00 | 0.6 | $45.00 |
| CONSULT_DATA | | | |
|     Gunther Kruse | $150.00 | 17.9 | $2,685.00 |
| SR_ANALYST | | | |
|     Anna Wick | $110.00 | 1.0 | $110.00 |
|     Jacqueline Conklin | $95.00 | 1.6 | $152.00 |
| Total: | | 21.6 | $3,024.50 |
| **WRG Distribution** | | | |
| CONTRACTOR | | | |
|     Martha Araki | $210.00 | 25.1 | $5,271.00 |
| Total: | | 25.1 | $5,271.00 |
| **WRG Fee Applications** | | | |
| MANAGER | | | |
|     Myrtle John | $195.00 | 0.4 | $78.00 |
| CONTRACTOR | | | |
|     Martha Araki | $210.00 | 15.9 | $3,339.00 |
| Total: | | 16.3 | $3,417.00 |

EXHIBIT 1

# BMC Group
## WR GRACE
### Professional Activity Summary
### Date Range: 11/1/2011 thru 11/30/2011

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---:|---:|---:|
| **WRG Non-Asbestos Claims** | | | |
| MANAGER | | | |
| Mike Booth | $165.00 | 0.2 | $33.00 |
| REC_TEAM | | | |
| Ellen Dors | $110.00 | 0.5 | $55.00 |
| Lauri Shippers | $110.00 | 2.1 | $231.00 |
| Steffanie Cohen | $110.00 | 3.7 | $407.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 33.3 | $6,993.00 |
| | Total: | 39.8 | $7,719.00 |
| | Grand Total: | 145.2 | $25,612.00 |