# EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace**
Invoice #: 21_111130
Expense Summary

| Period Ending 11/30/2011 | Expense Type | Amount |
|---|---|---|
| | B-linx User Fee | $350.00 |
| | B-Linx/Data Storage | $850.00 |
| | Document Storage | $723.55 |
| | Noticing Production | $646.16 |
| | Website Hosting | $250.00 |
| | **Total** | **$2,819.71** |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

## WR Grace & Co. et al

**Noticing Production Reference Summary and Detail**

| Reference Number | Production Date | Total |
|---|---|---|
| Reference # 021-20111122-1 | 11/22/2011 | $639.36 |
| Reference # 021-20111130-1 | 11/30/2011 | $6.80 |
| | Total | $646.16 |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

## WR Grace & Co. et al

**Production Date:** 11/22/2011
**Reference #:** 021-20111122-1

| Job Type | Job Item | Step | Pages / Parties / Task | Details | Total |
|---|---|---|---|---|---|
| Noticing Document | Dkt No. 28008 - Project Plate Sale Ord MF 46154/46153 | | 23 / 153 | | |
| | | Document/Data Preparation | Mail File Setup | 2 Tasks @ $25.00 each | $50.00 |
| | | Postage | USPS - 1st Class (at Cost) | 127 Pieces @ $1.28 each | $162.56 |
| | | | USPS - CAN (at Cost) | 22 Pieces @ $1.60 each | $35.20 |
| | | | USPS - International (at Cost) | 4 Pieces @ $3.04 each | $12.16 |
| | | Production | Printed Impressions | 3519 Pieces @ $.10 each | $351.90 |
| | | | Stuff and Mail | 153 Pieces @ $.05 each | $7.65 |
| | | Supplies | Inkjet and Envelope - Catalog | 153 Pieces @ $.13 each | $19.89 |
| | | | | **Total Due:** | **$639.36** |



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date** 11/30/2011
**Reference #:** 021-20111130-1
**Notes:** Postage charges for change of address remailing and other misc mailings.

**Job Type**   Job Item

| | Step | Task | Details | Total |
|---|---|---|---|---|
| Noticing Document | COA resend for November | | | |
| | Postage | USPS - 1st Class (at Cost) | Total: 2 Pieces | $3.96 |
| Special Services | Proof of Service to counsel | | | |
| | | USPS - 1st Class (at Cost) | Total: 1 Piece | $1.08 |
| | Transfer | | | |
| | | USPS - 1st Class (at Cost) | Total: 4 Pieces | $1.76 |
| | | | **Total Due:** | **$6.80** |