IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO., et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| *Debtors.* | § | Jointly Administered |
| | § | |
| | § | Objection Deadline: 1/23//2012; 4:00 PM ET |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR
FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS
AND HOLDERS OF DEMANDS FOR THE FORTIETH MONTHLY
INTERIM PERIOD FROM DECEMBER 1, 2011 THROUGH DECEMBER 31, 2011**

| | |
|---|---|
| Name of Applicant: | Alan B. Rich, Esq. |
| Authorized to Provide Services To: | Hon. Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | September 29, 2008 (*nunc pro tunc*) |
| Period for Which Compensation and Reimbursement is Sought: | December 1, 2011 through December 31, 2011 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $3,484.00   [80% of $4,355.00] |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $30.00 |

This is a(n):   ☒Monthly     ☐Interim     ☐Final Application

## PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |

---

[1] At 80% of the total incurred.

| | | | | | |
|---|---|---|---|---|---|
| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | Paid | Paid |
| 5/3/2010 | 4/1/2010 to 4/30/2010 | $11,040.00 | $805.28 | Paid | Paid |
| 6/1/2010 | 5/1/2010 to 5/31/2010 | $5,808.00 | $44.00 | Paid | Paid |
| 7/1/2010 | 6/1/2010 to 6/30/2010 | $9,792.00 | $779.81 | Paid | Paid |
| 8/1/2010 | 7/1/2010 to 7/31/2010 | $7,824.00 | $208.00 | Paid | Paid |
| 9/1/2010 | 8/1/2010 to 8/31/2010 | $4,272.00 | $273.00 | Paid | Paid |
| 10/1/2010 | 9/1/2010 to 9/30/2010 | $6,672.00 | $30.00 | Paid | Paid |
| 11/1/2010 | 10/1/2010 to 10/31/2010 | $3,408.00 | $44.00 | Paid | Paid |
| 12/1/2010 | 11/1/2010 to 11/30/2010 | $6,012.00 | $0 | Paid | Paid |
| 1/3/2011 | 12/1/2010 to 12/31/2010 | $13,572.00 | $1,146.02 | Paid | Paid |
| 2/1/2011 | 1/1/2011 to 1/31/2011 | $13,416.00 | $1,247.19 | Paid | Paid |
| 3/1/2011 | 2/1/2011 to 2/28/2011 | $17,992.00 | $1,509.34 | Paid | Paid |
| 4/1/2011 | 3/1/2011 to 3/31/2011 | $10,660.00 | $201.00 | Paid | Paid |
| 5/2/2011 | 4/1/2011 to 4/30/2011 | $13,364.00 | $44.00 | Paid | Paid |
| 6/1/2011 | 5/1/2011 to 5/31/2011 | $22,932.00 | $243.05 | Paid | Paid |
| 7/1/2011 | 6/1/2011 to 6/30/2011 | $18,824.00 | $533.60 | Paid | Paid |
| 8/1/2011 | 7/1/2011 to 7/31/2011 | $10,088.00 | $0 | Paid | Paid |

| 9/1/2011 | 8/1/2011 to 8/31/2011 | $6,708.00 | $20.88 | Paid | Paid |
| 10/3/2011 | 9/1/2011 to 9/30/2011 | $6,500.00 | $0 | Paid | Paid |
| 11/1/2011 | 10/1/2011 to 10/31/2011 | $6,396.00 | $0 | Paid | Paid |
| 12/5/2011 | 11/1/2011 to 11/30/2011 | $6,084.00 | $0 | CNO Filed | CNO Filed |

Alan B. Rich is the only attorney providing services in this Fee Application period. Mr. Rich has practiced law for 27 years, and his billing rate is $650 per hour. In this Application period Mr. Rich billed 6.7 hours,[2] for a total amount billed of $4,355.00 of which 80% is currently sought, in the amount of $3,484.00. Expenses in the amount of $30.00 (100% of those incurred) is also sought. The total sought by the Application is $3,514.00

As stated above, this is the Fortieth application for monthly fees and expenses. The time for preparation of this Application is approximately 1.5 hours, for which $975.00 will be requested in a future application.

COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 4.2 | $2,730.00 |
| Fee Application Matters (Monthly and Quarterly, including FCR) | 2.5 | $1,625.00 |
| TOTAL | 6.7 | $4,355.00 |

---

[2] Travel Time, if any, is included in this figure at 50% of actual time.

EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Courtcall | $30.00 |
| TOTAL | $30.00 |

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

    I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

    Respectfully Submitted,

    /s/ Alan B. Rich

    _____
    Alan B. Rich, Esq.
    Texas Bar No. 16842350
    1201 Elm Street, Suite 4244
    Dallas, Texas 75270
    (214) 744-5100
    (214) 744-5101 [fax]
    arich@alanrichlaw.com

    COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

## CERTIFICATE OF SERVICE

I certify that on the 3rd day of January, 2012, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*
4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (Dec. 2011)

**Client**

Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands

**Matter**

*In re W. R. Grace*, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|---|---|---|
| 12/1/2011 | Review Notice of Withdrawal of Application to Employ Baker & McKenzie as Special Counsel | 0.1 |
| 12/2/2011 | Review Amended Final Report from Fee Auditor re 41st Quarter | 0.2 |
| 12/5/2011 | Review Certification of Counsel re amendment to PWC retention order | 0.1 |
| 12/5/2011 | Prepare, file and serve 39th Monthly Fee Application | 1.5 |
| 12/6/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 12/7/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 12/8/2011 | Review Certificates of No Objection re Canadian ZAI fee applications | 0.1 |
| 12/8/2011 | Prepare, file and serve Certificate of No Objection to FCR's 30th Monthly Fee Application | 0.2 |

| Date | Description | Hours |
|---|---|---|
| 12/9/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 12/12/2011 | Review Agenda for December Omnibus | 0.1 |
| 12/12/2011 | Review 41st Quarter Fee and Expense Chart | 0.1 |
| 12/13/2011 | Review Certification of Counsel re 41st Quarter Fee Applications | 0.1 |
| 12/13/2011 | Review Certification of Counsel re 41st Quarter Project Categories | 0.2 |
| 12/13/2011 | Email from Courtcall re December Omnibus hearing | 0.1 |
| 12/13/2011 | Emails to and from client re December Omnibus hearing | 0.1 |
| 12/14/2011 | Review Order granting 41st Quarter Fee Applications | 0.2 |
| 12/14/2011 | Prepare, file and serve Certificate of No Objection to PD FCR's 12th Quarterly Fee Application | 0.2 |
| 12/14/2011 | Prepare, file and serve Certificate of No Objection to 12th Quarterly Fee Application | 0.2 |
| 12/14/2011 | Email from B. Ruhlander re FCR July invoice question and email to client re same | 0.1 |
| 12/15/2011 | Emails and telephone conferences with clients, courtcall and Debtors' counsel re December Omnibus hearing | 0.2 |
| 12/15/2011 | Email to B. Ruhlander re Judge Sanders' quarterly fee application | 0.1 |
| 12/16/2011 | Review monthly fee applications of Canadian ZAI counsel | 0.3 |
| 12/16/2011 | Review Amended Agenda for December omnibus hearing | 0.1 |
| 12/19/2011 | Review Motion for second amendment to post-petition Letter of Credit agreement | 0.4 |
| 12/19/2011 | Attend telephonic December omnibus hearing | 0.4 |

| | | |
|---|---|---|
| 12/20/2011 | Review CNO's re Canadian ZAI special counsel quarterly fee applications | 0.1 |
| 12/20/2011 | Review amended appointment of equity committee by US Trustee | 0.1 |
| 12/21/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 12/21/2011 | Email to client re status | 0.1 |
| 12/22/2011 | Review Miscellaneous ECF Notices | 0.2 |
| 12/23/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 12/27/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 12/28/2011 | Prepare, file and serve CNO for 39th Monthly Fee Application | 0.2 |
| 12/28/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 12/29/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 12/30/2011 | Review Miscellaneous ECF Notices | 0.1 |

Total:   6.7 hours @ $650/hour = $4,355.00

Expenses:   Courtcall – $30.00

**Total Fees and Expenses Due:  $4,385.00**