# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST TO
## BE REMOVED FROM DISTRIBUTION LIST

Please take notice that the undesigned attorney hereby withdraws his appearance as bankruptcy counsel to Keri Evans on behalf of herself and a class of all others similarly situated and requests that he be removed from the service and notice lists in this case.

Dated: January 3, 2012

**LOWENSTEIN SANDLER PC**

By: /s/ Michael S. Etkin
Michael S. Etkin, Esq. (ME-0570)
65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500 (Telephone)
973.597.2400 (Facsimile)

*Bankruptcy Counsel to Keri Evans on behalf of herself and a class of all others similarly situated*