IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: January 24, 2012 at 4:00 p.m.** |
| | ) | **Hearing Date: Only if Objections are timely filed.** |

**SUMMARY OF THE ONE HUNDRED AND TWENTY- SEVENTH MONTHLY APPLICATION OF FERRY, JOSEPH & PEARCE, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE PERIOD OF NOVEMBER 1, 2011 THROUGH NOVEMBER 30, 2011**

Name of Applicant:	Ferry, Joseph & Pearce, P.A.

Authorized to provide
professional services to:	Official Committee of Asbestos Property Damage Claimants

Date of retention:	April 18, 2001

Period for which compensation and
reimbursement is sought:	November 1, 2011 through November 30, 2011

Amount of compensation sought
as actual reasonable and necessary:	$ 6,463.00

Amount of expense reimbursement
sought as actual reasonable and
necessary:	$ 353.20

This is a:   X   monthly _____ interim _____ final application

**Prior Monthly Applications:**

| | | Requested | | Authorized | |
|---|---|---|---|---|---|
| Date Filed-<br>Docket No. | Period<br>Covered | Fees | Expenses | 80% of<br>Requested Fees | Expenses |
| 7/10/01-#577 | 4/18/01-4/30/01 | $1,476.00 | $26.00 | $1,173.60 | $26.00 |

|  |  | Requested | | Authorized | |
| --- | --- | --- | --- | --- | --- |
| Date Filed-Docket No. | Period Covered | Fees | Expenses | 80% of Requested Fees | Expenses |
| 7/10/01-#578 | 5/1/01-5/31/01 | $6,276.50 | $2,708.31 | $5,021.20 | $2,708.31 |
| 7/30/01-#768 | 6/1/01- 6/30/01 | $11,251.00 | $1,643.75 | $9,000.80 | $1,643.75 |
| 09/05/01-#879 | 7/1/01-7/31/01 | $11,833.00 | $2,538.98 | $9,466.40 | $2,538.98 |
| 10/01/01-#979 | 8/1/01-8/31/01 | $6,068.00 | $1,391.31 | $4,854.40 | $1,391.31 |
| 10/30/01-#1039 | 9/1/01-9/30/01 | $6,048.00 | $2,258.87 | $4,838.40 | $2,258.87 |
| 01/02/02-#1436 | 10/1/01-11/30/01 | $16,325.00 | $4,495.30 | $13,060.00 | $4,495.30 |
| 01/21/02-#1533 | 12/1/01-12/31/01 | $4,689.00 | $885.80 | $3,751.20 | $885.80 |
| 03/07/02-#1773 | 1/1/02-1/31/02 | $6,980.00 | $1,280.38 | $5,584.00 | $1,280.38 |
| 05/01/02-#2000 | 2/1/02-2/28/02 | $6,306.00 | $2,071.17 | $5,044.80 | $2,071.17 |
| 05/01/02-#2001 | 3/1/02-3/31/02 | $9,438.00 | $6,070.08 | $7,550.40 | $6,070.08 |
| 06/28/02-#2295 | 4/1/02-4/30/02 | $8,470.50 | $5,198.73 | $6,776.40 | $5,198.73 |
| 07/03/02-#2326 | 5/1/02-5/31/02 | $11,446.00 | $1,098.56 | $9,156.80 | $1,098.56 |
| 09/12/02-#2678 | 6/1/02-6/30/02 | $6,196.50 | $4,697.48 | $4,957.20 | $4,697.48 |
| 10/09/02-#2792 | 7/1/02-7/31/02 | $4,837.50 | $1,939.53 | $3,870.00 | $1,939.53 |
| 11/04/02-#2923 | 8/1/02-8/31/02 | $5,697.00 | $1,229.39 | $4,557.60 | $1,229.39 |
| 11/27/02-#3078 | 9/1/02-9/30/02 | $10,017.00 | $4,957.00 | $8,013.60 | $4,957.00 |
| 1/10/03-#3229 | 10/1/02-10/31/02 | $5,531.00 | $1,235.50 | $4,826.40 | $1,235.50 |
| 1/14/03-#3243 | 11/1/02-11/30/02 | $6,033.00 | $929.00 | $4,826.40 | $929.00 |
| 2/10/03-#3361 | 12/1/02-12/31/02 | $1,927.00 | $1,348.26 | $1,541.60 | $1,348.26 |
| 3/14/03-#3513 | 1/1/03-1/31/03 | $3,704.00 | $897.83 | $2,963.20 | $897.83 |
| 4/9/03-#3644 | 2/1/03-2/28/03 | $3,347.00 | $213.57 | $2,677.60 | $213.57 |
| 5/14/03-#3786 | 3/1/03-3/31/03 | $4,519.00 | $1,599.16 | $3,615.20 | $1,599.16 |
| 5/28/03-#3832 | 4/01/03-4/30/03 | $4,786.00 | $2,747.92 | $3,828.80 | $2,747.92 |
| 8/5/03-#4149 | 5/1/03-5/31/03 | $3,809.00 | $558.74 | $3,047.20 | $558.74 |
| 8/5/03-#4150 | 6/1/03-6/30/03 | $3,665.00 | $1,172.19 | $2,932.00 | $1,172.19 |
| 9/18/03-#4446 | 7/1/03-7/31/03 | $4,556.00 | $3,859.58 | $3,644.80 | $3,859.58 |

|  |  | Requested | | Authorized | |
| --- | --- | --- | --- | --- | --- |
| Date Filed-Docket No. | Period Covered | Fees | Expenses | 80% of Requested Fees | Expenses |
| 10/3/03-#4528 | 8/1/03-8/31/03 | $6,485.00 | $714.28 | $5,188.00 | $714.28 |
| 12/8/03-#4793 | 9/1/03-9/30/03 | $4,445.00 | $761.99 | $3,556.00 | $761.99 |
| 12/22/03-#4849 | 10/1/03-10/31/03 | $7,215.00 | $811.81 | $5,772.00 | $811.81 |
| 1/15/04-#4934 | 11/1/03-11/30/03 | $5,551.00 | $1,218.41 | $4,440.80 | $1,218.41 |
| 2/4/04-#5055 | 12/1/03-12/31/03 | $7,317.00 | $4,517.78 | $5,853.60 | $4,517.78 |
| 3/2/04-#5209 | 1/1/04-1/31/04 | $15,038.00 | $5,239.99 | $12,030.40 | $5,239.99 |
| 3/24/04-#5339 | 2/1/04-2/29/04 | $5,030.00 | $1,006.06 | $4,024.00 | $1,006.06 |
| 4/30/04-#5513 | 3/1/04-3/31/04 | $6,195.00 | $999.29 | $4,956.00 | $999.29 |
| 5/12/04-#5558 | 4/1/04-4/30/04 | $4,533.50 | $1,106.67 | $3,626.80 | $1,106.67 |
| 6/24 /04-#5882 | 5/1/04-5/31/04 | $7,579.50 | $1,074.62 | $6,063.60 | $1,074.62 |
| 8/3/04-#6113 | 6/1/04-6/30/04 | $9,026.00 | $2,628.03 | $7,220.80 | $2,628.03 |
| 8/18/04-#6205 | 7/1/04-7/31/04 | $8,736.00 | $1,256.09 | $6,988.80 | $1,256.09 |
| 10/12/04-#6596 | 8/1/04-8/31/04 | $5,926.50 | $322.61 | $4,741.20 | $322.61 |
| 11/11/04-#6885 | 9/1/04-9/30/04 | $7,021.00 | $916.09 | $5,616.80 | $916.09 |
| 12/10/04-#7141 | 10/1/04-10/31/04 | $5,974.00 | $30.21 | $4,779.20 | $30.21 |
| 1/5/05-#7448 | 11/1/04-11/30/04 | $6,819.00 | $779.92 | $5,455.20 | $779.92 |
| 1/28/05-#7650 | 12/1/04-12/31/04 | $10,671.00 | $1,669.15 | $8,536.80 | $1,669.15 |
| 2/23/05-#7869 | 1/1/05-1/30/05 | $11,672.00 | $3,438.34 | $9,337.60 | $3,438.34 |
| 3/31/05-#8152 | 2/1/05-2/28/05 | $8,219.00 | $2,528.21 | $6,575.20 | $2,528.21 |
| 4/29/05-#8302 | 3/1/05-3/31/05 | $9,261.50 | $1,902.00 | $7,409.20 | $1,902.00 |
| 5/18/05-#8455 | 4/1/05-4/30/05 | $8,022.50 | $2,671.26 | $6,418.00 | $2,671.26 |
| 6/13/05-#8607 | 5/1/05-5/31/05 | $6,019.60 | $2,915.50 | $6,022.80 | $2,915.50 |
| 7/22/05-#9050 | 6/1/05-6/30/05 | $11,111.00 | $791.15 | $8,888.80 | $791.15 |
| 8/9/05-#9153 | 7/1/05-7/31/05 | $13,746.00 | $1,961.98 | $10,996.80 | $1,961.98 |
| 9/13/05-#9413 | 8/1/05-8/31/05 | $12,562.50 | $3,025.41 | $10,050.00 | $3,025.41 |
| 11/3/05-#10982 | 9/1/05-9/30/05 | $21,156.00 | $3,983.64 | $16,924.80 | $3,983.64 |

|  |  | Requested | | Authorized | |
| --- | --- | --- | --- | --- | --- |
| Date Filed-Docket No. | Period Covered | Fees | Expenses | 80% of Requested Fees | Expenses |
| 12/5/05-#11248 | 10/1/05-10/31/05 | $24,776.00 | $2,840.05 | $19,820.80 | $2,840.05 |
| 12/9/05-#11305 | 11/1/05-11/30/05 | $24,440.00 | $4,385.98 | $19,552.00 | $4,385.98 |
| 1/31/06-#11670 | 12/1/05-12/31/05 | $20,418.00 | $996.50 | $16,334.40 | $996.50 |
| 3/29/06-#12157 | 1/1/06-1/31/06 | $15,783.50 | $2,553.29 | $12,626.80 | $2,553.29 |
| 3/31/06; #12189 | 2/1/06-2/28/06 | $21,018.50 | $1,737.77 | $16,814.80 | $1,737.77 |
| 4/28/06; 12339 | 3/1/06-3/31/06 | $13,410.00 | $1,820.28 | $10,728.00 | $1,820.28 |
| 5/30/06; 12553 | 4/1/06-4/30/06 | $9,372.00 | $810.62 | $7,497.60 | $810.62 |
| 6/28/06; 12726 | 5/1/06-5/31/06 | $15,593.00 | $1,795.79 | $12,474.40 | $1,795.79 |
| 7/28/06; 12872 | 6/1/06-6/30/06 | $11,833.00 | $2,661.82 | $9,466.40 | $2,661.82 |
| 8/29/06; 13084 | 7/1/06-7/31/06 | $13,919.00 | $372.03 | $11,135.20 | $372.03 |
| 10/3/06; 13347 | 8/1/06-8/31/06 | $25,721.00 | $3,163.97 | $20,576.80 | $3,163.97 |
| 10/30/06; 13534 | 9/1/06-9/30/06 | $20,620.00 | $2,607.79 | $16,496.00 | $2,607.79 |
| 11/30/06; 13847 | 10/1/06-10/31/06 | $25,612.50 | $636.62 | $20,490.00 | $636.62 |
| 12/29/06; 14193 | 11/1/06-11/30/06 | $25,306.50 | $1,397.04 | $20,245.20 | $1,397.04 |
| 1/31/07; 14446 | 12/1/06-12/31/06 | $26,300.00 | $3,740.80 | $24,780.80 | $3,740.80 |
| 3/2/07; 14733 | 1/1/07-1/3/07 | $27,353.00 | $8,548.58 | $21,882.40 | $8,548.58 |
| 3/28/07; 15002 | 2/1/07-2/28/07 | $23,656.50 | $2,117.18 | $18,925.20 | $2,117.18 |
| 5/2/07; 15480 | 3/1/07-3/31/07 | $24,686.00 | $3,574.42 | $19,748.80 | $3,574.42 |
| 5/30/07; 15901 | 4/1/07-4/30/07 | $24,796.50 | $1,809.05 | $19,837.20 | $1,809.05 |
| 6/29/07; 16206 | 5/1/07-5/31/07 | $26,916.50 | $2,240.76 | $21,533.20 | $2,240.76 |
| 7/30/07; 16430 | 6/1/07-6/30/07 | $16,955.50 | $3,817.52 | $13,564.40 | $3,817.52 |
| 8/28/07; 16660 | 7/1/07-7/31/07 | $24,534.50 | $1,954.28 | $19,627.60 | $1,954.28 |
| 9/28/07; 16942 | 8/1/07-8/31/07 | $16,389.00 | $2,845.54 | $13,111.20 | $2,845.54 |
| 10/29/07; 17182 | 9/1/07-9/30/07 | $19,000.00 | $1,370.52 | $15,200.00 | $1,370.52 |
| 11/28/07; 17468 | 10/1/07-10/31/07 | $24,122.50 | $223.33 | $19,298.00 | $223.33 |
| 12/31/07; 17727 | 11/1/07- 11/30/07 | $17,747.50 | $1,324.56 | $14,198.00 | $1,324.56 |

|  |  | Requested | | Authorized | |
| --- | --- | --- | --- | --- | --- |
| Date Filed-Docket No. | Period Covered | Fees | Expenses | 80% of Requested Fees | Expenses |
| 1/28/08; 17901 | 12/1/07-12/31/07 | $18,921.00 | $1,144.53 | $15,136.80 | $1,144.53 |
| 3/3/08; 18188 | 1/1/08-1/31/08 | $33,109.00 | $1,468.22 | $26,487.20 | $1,468.22 |
| 3/28/08; 18417 | 2/1/08-2/28/08 | $12,168.00 | $2,186.89 | $9,734.40 | $2,186.89 |
| 4/28/08; 18621 | 3/1/08-3/31/08 | $25,219.00 | $1,840.27 | $20,175.20 | $1,840.27 |
| 5/29/08; 18824 | 4/1/08-4/30/08 | $29,541.50 | $1,845.26 | $23,633.20 | $1,845.26 |
| 7/1/08; 19026 | 5/1/08-5/31/08 | $26,414.00 | $2,042.61 | $21,131.20 | $2,042.61 |
| 8/1/08; 19214 | 6/1/08-6/30/08 | $20,733.50 | $2,914.79 | $16,586.80 | $2,914.79 |
| 8/28/08; 19405 | 7/1/08-7/31/08 | $17,226.00 | $2,147.64 | $13,780.80 | $2,147.64 |
| 9/29/08; 19639 | 8/1/08-8/31/08 | $15,865.00 | $893.08 | $12,692.00 | $893.08 |
| 10/30/08; 19917 | 9/1/08-9/30/08 | $21,815.00 | $2,088.09 | $17,452.00 | $2,088.09 |
| 12/3/08; 20179 | 10/1/08-10/31/08 | $21,660.00 | $1,810.44 | $17,328.00 | $1,810.44 |
| 12/30/08; 20387 | 11/1/08-11/30/08 | $21,486.00 | $2,600.59 | $17,188.80 | $2,600.59 |
| 1/28/09; 20616 | 12/1/08-12/31/08 | $23,679.00 | $2,943.36 | $18,943.20 | $2,943.36 |
| 3/4/09; 20912 | 1/1/09-1/31/09 | $29,314.50 | $1,741.50 | $23,451.60 | $1,741.50 |
| 3/31/09; 21163 | 2/1/09-2/28/09 | $28,094.50 | $2,798.67 | $22,475.60 | $2,798.67 |
| 4/29/09; 21477 | 3/1/09-3/31/09 | $32,840.00 | $699.61 | $26,272.00 | $699.61 |
| 5/26/09; 21865 | 4/1/09-4/30/09 | $28,108.00 | $1,195.42 | $22,486.40 | $1,195.42 |
| 6/30/09; 22301 | 5/1/09-5/31/09 | $35,095.50 | $1,755.50 | $28,076.40 | $1,755.50 |
| 7/28/09; 22647 | 6/1/09-6/30/09 | $34,750.00 | $561.30 | $27,800.00 | $561.30 |
| 8/28/09; 23010 | 7/1/09-7/31/09 | $29,718.00 | $3,158.16 | $23,774.40 | $3,158.16 |
| 9/29/09; 23370 | 8/1/09-8/31/09 | $33,529.50 | $3,317.47 | $26,823.60 | $3,317.47 |
| 10/28/09; 23602 | 9/1/09-9/30/09 | $38,337.00 | $2,323.35 | $30,669.60 | $2,323.35 |
| 12/1/09; 23893 | 10/1/09-10/31/09 | $32,209.00 | $2,245.01 | $25,767.20 | $2,245.01 |
| 12/29/09; 24075 | 11/1/09-11/30/09 | $23,355.00 | $1,316.71 | $18,684.00 | $1,316.71 |
| 1/29/10; 24215 | 12/1/09-12/31/09 | $17,148.50 | $1,090.01 | $13,718.80 | $1,090.01 |
| 3/1/10; 24377 | 1/1/10-1/31/10 | $25,614.00 | $4,039.37 | $20,491.20 | $4,039.37 |

|  |  | Requested |  | Authorized |  |
| --- | --- | --- | --- | --- | --- |
| Date Filed-Docket No. | Period Covered | Fees | Expenses | 80% of Requested Fees | Expenses |
| 3/30/10; 24548 | 2/1/10-2/28/10 | $9,486.00 | $3,586.47 | $7,588.80 | $3,586.47 |
| 5/4/10; 24736 | 3/1/10-3/31/10 | $15,634.50 | $1,771.57 | $12,507.60 | $1,771.57 |
| 6/1/10; 24869 | 4/1/10-4/30/10 | $12,552.00 | $1,379.68 | $10,041.60 | $1,379.68 |
| 6/29/10; 25005 | 5/1/10-5/31/10 | $11,798.50 | $401.64 | $9,438.80 | $401.64 |
| 7/28/10; 25129 | 6/1/10- 6/30/10 | $10,952.50 | $860.75 | $8,762.00 | $860.75 |
| 8/30/10; 25290 | 7/1/10-7/31/10 | $9,510.00 | $479.14 | $7,608.00 | $479.14 |
| 9/29/10; 25499 | 8/1/10-8/31/10 | $8,779.50 | $341.85 | $7,023.60 | $341.85 |
| 10/28/10; 25662 | 9/1/10-9/30/10 | $8,161.50 | $892.25 | $6,529.20 | $892.25 |
| 11/30/10; 25822 | 10/1/10-10/31/10 | $6,401.50 | $220.76 | $5,121.20 | $220.76 |
| 12/30/10;25979 | 11/1/10- 11/30/10 | $8,845.50 | $560.73 | $7,076.40 | $560.73 |
| 01/28/11; 26136 | 12/1/10- 12/31/10 | $9,826.00 | $1,088.16 | $7,509.60 | $1,088.16 |
| 2/28/11; 26427 | 1/1/11-1/31/11 | $9,826.00 | $392.70 | $7,860.80 | $392.70 |
| 3/31/2011;26672 | 2/1/11-2/28/11 | $18,677.00 | $830.05 | $14,941.60 | $830.05 |
| 4/28/2011;26829 | 3/1/11-3/31/11 | $16,203.00 | $893.38 | $12,962.40 | $893.38 |
| 5/31/2011;27117 | 4/1/11-4/30/11 | $11,202.00 | $292.71 | $8,961.60 | $292.71 |
| 6/30/2011;27192 | 5/1/11-5/31/11 | $10,769.00 | $728.46 | $8,615.20 | $728.46 |
| 8/3/2011;27367 | 6/1/11-6/30/11 | $17,451.00 | $887.20 | $13,960.80 | $887.20 |
| 8/30/2011;27524 | 7/1/11-7/31/11 | $6,031.00 | $230.22 | $4,824.80 | $230.22 |
| 9/29/2011;27682 | 8/1/11-8/31/11 | $6,618.00 | $138.16 | $5,294.40 | $138.16 |
| 10/28/11;27849 | 9/1/11-9/30/11 | $6,426.00 | $192.50 | $5,140.80 | $192.50 |
| 11/30/11;28054 | 10/1/11-10/31/11 | $8,112.00 | $122.66 | $6,489.60 | $122.66 |