# EXHIBIT "A"

# Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:(302) 575-1555        Fax:  (302) 575-1714

WR Grace PD Committee                            Nov. 1, 2011   to   Nov. 30, 2011

Inv #:          41827

**RE:**     WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---:|---:|
| B14 | Case Administration - | 18.00 | 4,919.00 |
| B18 | Fee Applications, Others - | 3.00 | 492.00 |
| B25 | Fee Applications, Applicant - | 2.80 | 522.00 |
| B36 | Plan and Disclosure Statement - | 0.50 | 115.00 |
| B37 | Hearings - | 0.20 | 70.00 |
| B45 | Professional Retention Issues - | 0.90 | 315.00 |
| BW | Billable Work | 0.20 | 30.00 |
| | Total | 25.60 | $6,463.00 |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---:|---:|---:|
| Lisa L. Coggins | 290.00 | 1.70 | 493.00 |
| Regina Matozzo | 200.00 | 8.50 | 1,700.00 |
| Theodore J. Tacconelli | 350.00 | 9.80 | 3,430.00 |
| Legal Assistant - KC | 150.00 | 5.60 | 840.00 |
| Total | | 25.60 | $6,463.00 |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                                          $353.20

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Nov-01-11 | *Case Administration* - Review combined final report re: fee apps with no issues for the 41st Interim period and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Debtor's Motion to Approve Merger of Non-Debtor Subs with attachments | 2.30 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re: no Objections for 41st Interim Period | 0.10 | TJT |
| | *Case Administration* - Review 2019 Statement filed by Cascino Vaughan | 0.10 | TJT |
| | *Case Administration* - Review fee auditor's report re: 41st Quarterly fee applications; verify totals for Bilzin and Ferry, Joseph & Pearce | 0.20 | KC |
| Nov-02-11 | *Case Administration* - Review notice of withdrawal of appearance and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Retrieve notice of withdrawal forwarded from LLC/ review 2002 list re: same | 0.10 | KC |
| Nov-03-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Request to Change Filing Date re: Debtor's Motion to Sell Vermiculite Business | 0.10 | TJT |
| Nov-04-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| Nov-05-11 | *Case Administration* - Review Debtor's 41st Quarterly Report of Asset Sales | 0.10 | TJT |
| | *Case Administration* - Review Notice of Withdrawal of Appearance J. Cutler for PI FCR | 0.10 | TJT |
| | *Case Administration* - Review Debtor's Quarterly Post Confirmation Report to UST | 0.30 | TJT |
| Nov-06-11 | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| Nov-07-11 | *Case Administration* - Review case management memo re: week ending 11-4-2011 | 0.10 | LLC |
| | *Case Administration* - Review notice of address change and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review main docket re: status for week ending 11/4/11; memo to T. Tacconelli and L. Coggins re: same | 0.40 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |

| Date | Description | Hours | Staff |
|---|---|---|---|
| | *Case Administration* - Review case status memo for week ending 11/4 | 0.10 | TJT |
| | *Case Administration* - Review 2nd Request by B. Johnson for copy of creditor list | 0.10 | TJT |
| Nov-08-11 | *Case Administration* - Review notice of address change and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Notice of Change of Address for Philips Analytical | 0.10 | TJT |
| | *Case Administration* - Review order denying 2nd Request by B. Johnson for copy of creditor list | 0.10 | TJT |
| | *Fee Applications, Others* - E-mail from and to L. Flores at Bilzin re: quarterly fee applications of Bilzin and HRA | 0.10 | KC |
| | *Fee Applications, Others* - Download Bilzin quarterly fee application for the interim period July- Sept. 2011; review and begin preparation of same for efiling; draft of notice | 0.30 | KC |
| | *Fee Applications, Others* - Download HRA quarterly fee application for the interim period July - Sept. 2011; review and begin preparation of same for efiling, draft of notice | 0.30 | KC |
| Nov-09-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Certificates of No Objection filed by Debtors re: Debtors' Motion to Amend OCP Orders | 0.10 | TJT |
| | *Case Administration* - Review Counter designation of Issues/Record on Appeal by Peter Angelos, et al. re: Garlock appeal | 0.20 | TJT |
| Nov-10-11 | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Counter Designation of Issues/Record on Appeal By Kazan McLain, et al. re: Garlock appeal | 0.30 | TJT |
| Nov-11-11 | *Fee Applications, Others* - Review Bilzin 42nd Quarterly fee app for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review HRA 29th Quarterly fee app for filing | 0.10 | LLC |
| | Fee Applications, Applicant - Review 42nd Quarterly fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Fee Applications, Others* - Preparation of 42nd Quarterly fee app of Bilzin for July-Sept. 2011; revisions, prepare Exhibit C, to LLC for review | 0.40 | KC |
| | *Fee Applications, Others* - Preparation of Quarterly fee app of HRA for July- Sept. 2011; revisions, prepare Exhibit C, to LLC for review | 0.30 | KC |
| | *Fee Applications, Applicant* - Preparation of 42nd Quarterly fee app for July- Sept. 2011; revisions, prepare Exhibit C, to LLC for review | 0.30 | KC |
| Nov-12-11 | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review Counter designation of record on appeal by the PI Committee re: Garlock appeal | 0.20 | TJT |
| Nov-14-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: | 0.40 | RM |

|  |  | | |
|---|---|---|---|
|  | same | | |
|  | *Case Administration* - Review main docket re: status for week ending 10/11/11; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
|  | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
|  | *Case Administration* - Review case status memo for week ending 11/11 | 0.10 | TJT |
|  | *Fee Applications, Others* - Prepare Bilzin 42nd Quarterly fee app for filing | 0.20 | KC |
|  | *Fee Applications, Others* - Efile and service of Bilzin 42nd Quarterly fee app; coordinate service of notice to parties on the 2002 service list through Blue Marble, Inc. | 0.30 | KC |
|  | *Fee Applications, Others* - Prepare HRA 29th Quarterly fee app for filing | 0.20 | KC |
|  | *Fee Applications, Others* - Efile and service of HRA's 29th Quarterly fee app; coordinate service of notice of same to parties on the 2002 service list through Blue Marble, Inc. | 0.30 | KC |
|  | *Fee Applications, Applicant* - Prepare 42nd Quarterly fee app for filing | 0.20 | KC |
|  | *Fee Applications, Applicant* - Efile and service of 42nd Quarterly fee app; coordinate service of notice of same to parties on the 2002 service list through Blue Marble, Inc. | 0.30 | KC |
| Nov-15-11 | *Case Administration* - Review daily memos | 0.10 | TJT |
|  | *Hearings* - Review agenda for 11/28 hearing | 0.10 | TJT |
| Nov-16-11 | *Case Administration* - Review notice of agenda for 11-28-2011 hearing | 0.10 | LLC |
|  | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
|  | *Case Administration* - Review amended 2019 statement by Barron & Budd | 0.10 | TJT |
|  | *Case Administration* - Review Notice of Transmittal of Appeal to District Court, confer with R. Matozzo re: same | 0.20 | TJT |
| Nov-17-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
|  | *Case Administration* - Review Daily Memos | 0.10 | TJT |
|  | *Case Administration* - Review certification of counsel filed by Debtors re: proposed order approving Debtor's Motion to Approve Merger of Non-Operating Subs | 0.40 | TJT |
|  | *Case Administration* - Review Certification of Counsel filed by Debtors re: proposed order authorizing Sale of Vermiculite Business | 0.40 | TJT |
|  | *Plan and Disclosure Statement* - Confer with M. Joseph re: status of confirmation appeal | 0.10 | TJT |
|  | *Professional Retention Issues* - Review Debtor's Motion to Amend Order Authorizing Retention of PWC with attachments | 0.60 | TJT |
|  | *Fee Applications, Others* - Review docket for objections to Bilzin August 2011 fee app | 0.10 | KC |
|  | *Fee Applications, Others* - Draft CNO and cos to Bilzin August 2011 fee app | 0.20 | KC |
|  | *Fee Applications, Applicant* - Review docket for objections to August 2011 fee app | 0.10 | KC |
|  | Draft CNO and cos to August 2011 fee app | 0.20 | KC |
| Nov-18-11 | *Fee Applications, Others* - Review CNO re: Bilzin Sept. 2011 fee app for filing | 0.10 | LLC |
|  | *Fee Applications, Applicant* - Review CNO re: Sept. 2011 fee app for filing | 0.10 | LLC |
|  | *Case Administration* - Review dockets re: status of pending 3rd circuit, | 0.40 | RM |

|  |  |  |  |
|---|---|---|---|
|  | district court and adversary proceedings, memos to T. Tacconelli re: same |  |  |
|  | *Case Administration* - Review Daily Memos | 0.10 | TJT |
|  | *Case Administration* - Review four miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
|  | *Professional Retention Issues* - Review Debtor's Motion to Employ and Retain Baker McKenzie with attachments | 0.30 | TJT |
| Nov-19-11 | *Case Administration* - Review Daily Memos | 0.10 | TJT |
|  | *Case Administration* - Review Affidavit of W. Smith | 0.10 | TJT |
|  | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| Nov-21-11 | *Case Administration* - Review case management memo re: week ending 11-18-11 | 0.10 | LLC |
|  | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
|  | *Case Administration* - Review main docket re: status for week ending 11/18/11; memo to T. Tacconelli and L. Coggins re: same | 0.40 | RM |
|  | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
|  | *Case Administration* - Review case status memo for week ending 11/18 | 0.10 | TJT |
|  | *Case Administration* - Review Notice of Docketing Appeal in District Court re: Garlock Appeal, confer with R. Matozzo re: same | 0.20 | TJT |
|  | *Case Administration* - Review 4th Amended OCP Order | 0.10 | TJT |
|  | *Case Administration* - Review Modified Order re: Debtor's Motion to Approve Merger of Non-Debtor Subs | 0.10 | TJT |
| Nov-22-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
|  | *Case Administration* - Review Daily Memos | 0.10 | TJT |
|  | *Case Administration* - Review Order authorizing sale of Vermiculite assets | 0.10 | TJT |
|  | *Case Administration* - Review Notice of Withdrawal of document filed by Debtors | 0.10 | TJT |
| Nov-23-11 | *Case Administration* - Review amended notice of agenda re: 11-28-2011 hearing | 0.10 | LLC |
|  | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
|  | *Case Administration* - Review Daily Memos | 0.10 | TJT |
|  | *Hearings* - Review Amended Agenda for 11/28 hearing | 0.10 | TJT |
|  | *Fee Applications, Applicant* - Review and prepare prebill for October 2011 fee app; to TJT for review | 0.30 | KC |
| Nov-25-11 | *Case Administration* - Review Daily Memos | 0.10 | TJT |
|  | *Fee Applications, Applicant* - Review and revise Ferry Joseph & Pearce October pre-bill | 0.30 | TJT |
| Nov-28-11 | *Case Administration* - E-mail from WR Grace re: request for certain account information | 0.10 | LLC |
|  | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
|  | *Case Administration* - Review main docket re: status for week ending 11/25/11; memo to T. Tacconelli and L. Coggins re: same | 0.30 | RM |
|  | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |

|  |  |  |  |
|---|---|---|---|
|  | *Case Administration* - Review letter from B. Johnson to Clerk re: order denying request for creditor list | 0.10 | TJT |
| Nov-29-11 | *Case Administration* - Confer with KC re: various invoice issues | 0.10 | LLC |
|  | *Case Administration* - Confer with KC re; responding to email from WR Grace re: account status | 0.10 | LLC |
|  | *Case Administration* - Review e-mail forwarded by LLC and discussion with LLC re: same | 0.20 | KC |
|  | *Fee Applications, Applicant* - Revise and finalize October 2011 invoice as exhibit for fee app | 0.30 | KC |
|  | *Fee Applications, Applicant* - Draft monthly fee app for Oct. 2011 and notice and cos of same | 0.30 | KC |
|  | *Fee Applications, Applicant* - Discussion with LLC re: Oct. 2011 fee app invoice | 0.10 | KC |
| Nov-30-11 | *Fee Applications, Applicant* - Review October 2011 fee app for filing | 0.10 | LLC |
|  | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
|  | *Fee Applications, Applicant* - Prepare October 2011 fee app for filing; efile and service of same | 0.30 | KC |

Totals  25.60

### DISBURSEMENTS

| Nov-01-11 | Cost Advance - Pacer Service Center - 7/1/11 - 9/30/11 (RM) Account # FJ0497 | 23.12 |
|---|---|---|
|  | Cost Advance -   Lexis Nexis - legal research (Inv # 1109376274) | 34.83 |
| Nov-11-11 | Photocopy Cost | 1.00 |
|  | Photocopy Cost | 1.40 |
|  | Cost Advance -   First State Deliveries - hand delivery 10/28/11 | 7.50 |
| Nov-14-11 | Photocopy Cost | 2.10 |
|  | Photocopy Cost | 19.80 |
| Nov-17-11 | Cost Advance -   First State Deliveries - hand delivery   11/14/11 | 7.50 |
| Nov-23-11 | Photocopy Cost | 0.70 |
| Nov-28-11 | Photocopy Cost | 0.70 |
| Nov-29-11 | Photocopy Cost | 0.70 |
|  | Photocopy Cost | 0.60 |
|  | Photocopy Cost | 0.80 |
|  | Cost Advance - First State Deliveries - hand deliveries 11/18/11 | 45.00 |
|  | Cost Advance -   Blue Marble - copies/service (Inv # 16673) | 204.25 |
| Nov-30-11 | Photocopy Cost | 3.20 |

Totals  $353.20

**Total Fees & Disbursements**  **$6,816.20**

## **CERTIFICATE OF SERVICE**

I, Lisa L. Coggins, Esquire, hereby certify that on this 3rd day of January, 2012, I caused one copy of the foregoing *One Hundred and Twenty-Seventh Monthly Application Of Ferry, Joseph & Pearce, P.A. For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Official Committee Of Asbestos Property Damage Claimants For The Period of November 1, 2011 through November 30, 2011*, to be served upon the following persons in the indicated manner:

SEE ATTACHED SERVICE LIST

Upon penalty of perjury I declare that the foregoing is true and correct.

                                                    /s/ Lisa L. Coggins
                                                  Lisa L. Coggins (No. 4234)

## SERVICE LIST

**By First Class Mail and E-mail:**
Warren H. Smith
Warren H. Smith and Associates, P.C.
Republic Center
325 N. St. Paul, Suite 1250
Dallas, TX 75201
feeaudit@whsmithlaw.com

**By Hand Delivery:**
David M. Klauder, Esq.
Office of the U.S. Trustee
844 King Street, Room 2207
Wilmington, DE 19801

**By E-mail:**
Richard.Finke@grace.com

Laura Davis Jones, Esquire
James O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 Market Street, 17th Floor
Wilmington, DE 19801
ljones@pszyj.com
jo'neill@pszyj.com

Marla Rosoff Eskin, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
meskin@del.camlev.com

Michael R. Lastowski, Esquire
Duane Morris, LLP
222 Delaware Avenue
Suite 1600
Wilmington, DE 19801
mlastowski@duanemorris.com

Steven M. Yoder, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
Wilmington, Delaware 19801
syoder@potteranderson.com

Teresa K. D. Currier, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801
tcurrier@saul.com

Janet S. Baer, P.C.
Roger J. Higgins, P.C.
Baer Higgins Fruchtman LLC
111 East Wacker Drive, Ste. 2800
Chicago, IL 60601
jbaer@bhflaw.net
rhgins@bhflaw.com

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500
pvnl@capdale.com

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606
Douglas.Bacon@lw.com

Lewis Kruger, Esquire
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982
lkruger@stroock.com

Jay M. Sakalo, Esquire
Bilzin Sumberg Baena Price & Axelrod, LLP
1450 Brickell Ave, 23rd Floor
Miami, FL 33131-3456
jsakalo@bilzin.com

Philip Bently, Esquire
Kramer, Levin, Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
pbentley@kramerlevin.com

John C. Phillips, Jr., Esquire
Phillips Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
jcp@pgslaw.com