

December 27, 2011

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   204998

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
THROUGH November 30, 2011

### CLIENT SUMMARY

**BALANCE AS OF- 11/30/11**

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| **.15537 -** 01- Case Administration | $420.00 | $7.76 | $427.76 |
| **.15543 -** 07 - Applicant's Fee Application | $1,125.00 | $0.00 | $1,125.00 |
| **.17781 -** 30 - Fee Application of Others | $382.50 | $0.00 | $382.50 |
| *Client Total* | *$1,927.50* | *$7.76* | *$1,935.26* |

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---|---|---|
| **TIMEKEEPER** | **HOURS** | **RATE** | **AMOUNT** |
| Sakalo, Jay M | 0.30 | $525.00 | $157.50 |
| Snyder, Jeffrey I | 1.50 | $375.00 | $562.50 |
| Flores, Luisa M | 3.50 | $225.00 | $787.50 |
| Varela, Ana Carolina | 2.10 | $200.00 | $420.00 |
| | | **TOTAL PROFESSIONAL FEES THIS PERIOD** | ***$1,927.50*** |

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---|
| Postage | $3.96 |
| Copies | $3.80 |
| **TOTAL COSTS ADVANCED THIS PERIOD** | ***$7.76*** |

| **TOTAL BALANCE DUE THIS PERIOD** | **$1,935.26** |
|---|---|

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15537**

**RE: 01- Case Administration**

| | | | | |
|---|---|---|---|---|
| 11/01/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 11/02/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 11/03/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 11/04/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 11/07/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 11/08/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 11/09/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 11/09/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 11/10/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 11/11/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 11/14/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 11/15/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 11/16/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 11/17/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 11/18/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 11/21/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 11/22/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 11/23/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 11/28/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 11/29/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 11/30/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |

**PROFESSIONAL SERVICES**  $420.00

**COSTS ADVANCED**

| | | |
|---|---|---|
| 11/02/11 | Postage | 3.96 |
| 11/02/11 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 11/02/11 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/02/11 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 11/02/11 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/02/11 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 11/02/11 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/14/11 | Copies 4 pgs @ 0.10/pg | 0.40 |

**TOTAL COSTS ADVANCED**  $7.76

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Varela, Ana Carolina | 2.10 | $200.00 | $420.00 |
| **TOTAL** | **2.10** | | **$420.00** |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Postage | $3.96 |
| Copies | $3.80 |
| **TOTAL** | **$7.76** |

**CURRENT BALANCE DUE THIS MATTER** **$427.76**

Atty – SLB
Client No.: 74817/15543

**RE: 07 - Applicant's Fee Application**

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 11/02/11 | LMF | 0.50 | 112.50 | Continue updating quarterly fee application. |
| 11/03/11 | JIS | 1.20 | 450.00 | Review and revise 42nd quarterly interim fee application. |
| 11/08/11 | LMF | 0.60 | 135.00 | Finalize quarterly fee application and submit to local counsel for filing and service. |
| 11/11/11 | JIS | 0.30 | 112.50 | Review and revise October prebill. |
| 11/29/11 | LMF | 0.70 | 157.50 | Prepare notice and summary for October 2011 fees and submit to local counsel for filing and service. |
| 11/30/11 | JMS | 0.30 | 157.50 | Telephone conference with M. Thompson regarding response to WR Grace on outstanding accounts receivable and review form of same. |

**PROFESSIONAL SERVICES** $1,125.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.30 | $525.00 | $157.50 |
| Snyder, Jeffrey I | 1.50 | $375.00 | $562.50 |
| Flores, Luisa M | 1.80 | $225.00 | $405.00 |
| **TOTAL** | **3.60** | | **$1,125.00** |

**CURRENT BALANCE DUE THIS MATTER** $1,125.00

Atty – SLB
Client No.: 74817/17781

**RE: 30 - Fee Application of Others**

| Date | | Hours | Amount | Description |
|---|---|---|---|---|
| 11/02/11 | LMF | 0.90 | 202.50 | Prepare and finalize quarterly fee application on behalf of Hamilton Rabinovitz. |
| 11/08/11 | LMF | 0.40 | 90.00 | Finalize quarterly application of Hamilton and submit to local counsel for filing and service. |
| 11/18/11 | LMF | 0.40 | 90.00 | Attend to payment to third party from trust account. |

**PROFESSIONAL SERVICES** $382.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Flores, Luisa M | 1.70 | $225.00 | $382.50 |
| **TOTAL** | **1.70** | | **$382.50** |

**CURRENT BALANCE DUE THIS MATTER** $382.50

BILZIN SUMBERG BAENA PRICE & AXELROD LLP