# EXHIBIT A

# PACHULSKI STANG ZIEHL & JONES LLP

10100 Santa Monica Boulevard
13th Floor
Los Angeles, CA 90067

September 30, 2011

Invoice Number **96798**        **91100   00001**        **LDJ**

Mark Shelnitz, Esquire
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

| | |
|---|---:|
| Balance forward as of last invoice, dated:  August 31, 2011 | $133,396.81 |
| Payments received since last invoice, last payment received -- December 20, 2011 | $88,173.35 |
| Net balance forward | $45,223.46 |

Re:  W.R. Grace and Co.

**Statement of Professional Services Rendered Through**        **09/30/2011**

|  |  |  | | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|---|
| | | **Asset Disposition [B130]** | | | | |
| 09/13/11 | KPM | Address request  for certified copies of sale notice | | 0.30 | 475.00 | $142.50 |
| 09/15/11 | JEO | Review draft motion for Project Plate and address service issue | | 0.50 | 650.00 | $325.00 |
| 09/15/11 | KPM | Draft emails to Patricia E. Cuniff regarding status of certified copies of Travelers sale (.2); Draft emails to R. Higgins regarding same (.2) | | 0.40 | 475.00 | $190.00 |
| 09/18/11 | JEO | Email with co-counsel regarding project plate | | 0.50 | 650.00 | $325.00 |
| 09/19/11 | PEC | Draft Notice of Debtors' Motion for an Order: (A) Approving the Form of Asset Sale Agreement; (B) Authorizing But Not Requiring the Sale of Certain Vermiculite Assets Free and Clear of all Liens, Claims, Encumbrances and Other Interests; (C) Authorizing the Assumption and Assignment of Executory Contracts; and (D) Approving Procedures for Noticing and Determining Cure Amounts | | 0.30 | 245.00 | $73.50 |
| 09/19/11 | PEC | Research various addresses needed for service of the Asset Purchase Agreement | | 2.00 | 245.00 | $490.00 |
| 09/19/11 | JEO | Review issues regarding Project Plate | | 0.60 | 650.00 | $390.00 |
| 09/19/11 | KPM | Draft emails to James E. O'Neill regarding status of filing Project  Plate motion | | 0.40 | 475.00 | $190.00 |
| 09/19/11 | KPM | Draft email to BMC regarding service lists for Project Plate motion | | 0.40 | 475.00 | $190.00 |
| 09/19/11 | KPM | Draft emails to R. Higgins regarding service lists for Project Plate motion | | 0.30 | 475.00 | $142.50 |
| 09/19/11 | KPM | Draft emails to Patricia E. Cuniff regarding service lists for Project Plate motion | | 0.40 | 475.00 | $190.00 |

**Invoice number 96798**      91100   00001                                    **Page 2**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/20/11 | KPM | Review emails between BMC and R. Higgins regarding service list for Project Plate motion | 0.40 | 475.00 | $190.00 |
| 09/29/11 | JEO | Review Emails regarding Project Plate motion | 0.50 | 650.00 | $325.00 |
| 09/29/11 | KPM | Draft emails to R. Higgins and Patricia E. Cuniff and James E. O'Neill and M. Akai (BMC) regarding service lists for Project Plate motion | 0.40 | 475.00 | $190.00 |
| | | **Task Code Total** | **7.40** | | **$3,353.50** |

**Appeals [B430]**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/14/11 | KPM | Review Specialty Products pleadings regarding appeal of discovery order | 1.50 | 475.00 | $712.50 |
| 09/15/11 | JEO | Review appeal status | 0.40 | 650.00 | $260.00 |
| 09/15/11 | KPM | Review and respond to email from James E. O'Neill regarding status of appeals | 0.10 | 475.00 | $47.50 |
| 09/16/11 | JEO | Review supplemental authority for confirmation appeal | 0.80 | 650.00 | $520.00 |
| 09/16/11 | JEO | Research status for appeal of confirmation order | 1.00 | 650.00 | $650.00 |
| 09/20/11 | KPM | Research and revise appeals chart | 1.50 | 475.00 | $712.50 |
| 09/21/11 | KPM | Revise appeal summary (.5); Draft email to James E. O'Neill regarding same (.1) | 0.60 | 475.00 | $285.00 |
| 09/23/11 | JEO | Review status of confirmation application | 0.80 | 650.00 | $520.00 |
| | | **Task Code Total** | **6.70** | | **$3,707.50** |

**Case Administration [B110]**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/01/11 | CAK | Review documents and organize to file. | 0.10 | 235.00 | $23.50 |
| 09/01/11 | PEC | Update critical dates | 0.50 | 245.00 | $122.50 |
| 09/01/11 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 245.00 | $73.50 |
| 09/01/11 | SLP | Maintain docket control. | 2.30 | 175.00 | $402.50 |
| 09/01/11 | DKW | Coordinate and distribute pending pleadings to clients and legal team. | 0.10 | 175.00 | $17.50 |
| 09/02/11 | PEC | Update critical dates | 1.10 | 245.00 | $269.50 |
| 09/02/11 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 245.00 | $73.50 |
| 09/02/11 | SLP | Maintain docket control. | 1.30 | 175.00 | $227.50 |
| 09/02/11 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.20 | 175.00 | $35.00 |
| 09/06/11 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 245.00 | $73.50 |
| 09/06/11 | PEC | Update  critical dates | 1.10 | 245.00 | $269.50 |
| 09/06/11 | SLP | Maintain docket control. | 1.00 | 175.00 | $175.00 |
| 09/06/11 | MLM | Review daily correspondence and pleadings and forward to the appropriate parties | 0.10 | 245.00 | $24.50 |
| 09/06/11 | BMK | Prepared daily memo narrative and coordinated client | 0.10 | 175.00 | $17.50 |

**Invoice number 96798**    91100  00001    **Page 3**

|  |  | distribution. |  |  |  |
|---|---|---|---|---|---|
| 09/07/11 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 245.00 | $98.00 |
| 09/07/11 | PEC | Update critical dates | 0.50 | 245.00 | $122.50 |
| 09/07/11 | SLP | Maintain docket control. | 0.30 | 175.00 | $52.50 |
| 09/07/11 | KSN | Maintain document control. | 0.30 | 165.00 | $49.50 |
| 09/08/11 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 245.00 | $98.00 |
| 09/08/11 | PEC | Update critical dates | 1.10 | 245.00 | $269.50 |
| 09/08/11 | SLP | Maintain docket control. | 1.00 | 175.00 | $175.00 |
| 09/08/11 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 175.00 | $17.50 |
| 09/08/11 | DKW | Coordinate and distribute pending pleadings to clients and legal team. | 0.10 | 175.00 | $17.50 |
| 09/09/11 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 245.00 | $98.00 |
| 09/09/11 | PEC | Update critical dates | 0.80 | 245.00 | $196.00 |
| 09/09/11 | PEC | Update critical dates | 0.80 | 245.00 | $196.00 |
| 09/09/11 | SLP | Maintain docket control. | 0.30 | 175.00 | $52.50 |
| 09/09/11 | KSN | Prepare hearing binder for 9/26/11 hearing. | 0.40 | 165.00 | $66.00 |
| 09/09/11 | KSN | Maintain document control. | 0.30 | 165.00 | $49.50 |
| 09/09/11 | MLM | Review daily correspondence and pleadings and forward to the appropriate parties | 0.10 | 245.00 | $24.50 |
| 09/09/11 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 175.00 | $17.50 |
| 09/09/11 | DKW | Coordinate and distribute pending pleadings to clients and legal team. | 0.10 | 175.00 | $17.50 |
| 09/12/11 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 245.00 | $73.50 |
| 09/12/11 | PEC | Update critical dates | 0.50 | 245.00 | $122.50 |
| 09/12/11 | SLP | Maintain docket control. | 1.30 | 175.00 | $227.50 |
| 09/12/11 | MLM | Review daily correspondence and pleadings and forward to the appropriate parties | 0.10 | 245.00 | $24.50 |
| 09/13/11 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 245.00 | $98.00 |
| 09/13/11 | PEC | Update critical dates | 1.00 | 245.00 | $245.00 |
| 09/13/11 | SLP | Maintain docket control. | 1.00 | 175.00 | $175.00 |
| 09/13/11 | DKW | Coordinate and distribute pending pleadings to clients and legal team. | 0.10 | 175.00 | $17.50 |
| 09/14/11 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 245.00 | $73.50 |
| 09/14/11 | PEC | Update critical dates | 0.80 | 245.00 | $196.00 |
| 09/14/11 | SLP | Maintain docket control. | 1.00 | 175.00 | $175.00 |
| 09/14/11 | DKW | Coordinate and distribute pending pleadings to clients and legal team. | 0.10 | 175.00 | $17.50 |
| 09/15/11 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 245.00 | $98.00 |
| 09/15/11 | PEC | Update critical dates | 1.10 | 245.00 | $269.50 |

**Invoice number 96798**     91100   00001                                                **Page  4**

| | | | | | |
|---|---|---|---|---|---|
| 09/15/11 | SLP | Maintain docket control. | 1.30 | 175.00 | $227.50 |
| 09/15/11 | KSN | Maintain document control. | 0.50 | 165.00 | $82.50 |
| 09/16/11 | CAK | Review documents and organize to file. | 0.10 | 235.00 | $23.50 |
| 09/16/11 | PEC | Update critical dates | 0.60 | 245.00 | $147.00 |
| 09/16/11 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 245.00 | $73.50 |
| 09/16/11 | SLP | Maintain docket control. | 0.30 | 175.00 | $52.50 |
| 09/19/11 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 245.00 | $73.50 |
| 09/19/11 | PEC | Update critical dates | 0.30 | 245.00 | $73.50 |
| 09/19/11 | KSN | Prepare hearing binders for 9/26/11 hearing. | 0.20 | 165.00 | $33.00 |
| 09/20/11 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 245.00 | $73.50 |
| 09/20/11 | PEC | Update critical dates | 0.50 | 245.00 | $122.50 |
| 09/20/11 | SLP | Maintain docket control. | 1.30 | 175.00 | $227.50 |
| 09/21/11 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 245.00 | $73.50 |
| 09/21/11 | PEC | Update critical dates | 0.20 | 245.00 | $49.00 |
| 09/21/11 | PEC | Update critical dates | 0.80 | 245.00 | $196.00 |
| 09/21/11 | SLP | Maintain docket control. | 1.30 | 175.00 | $227.50 |
| 09/22/11 | PEC | Review daily correspondence and pleading and forward to the appropriate parties | 0.30 | 245.00 | $73.50 |
| 09/22/11 | SLP | Maintain docket control. | 1.30 | 175.00 | $227.50 |
| 09/23/11 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 245.00 | $73.50 |
| 09/23/11 | PEC | Update critical dates | 0.80 | 245.00 | $196.00 |
| 09/23/11 | SLP | Maintain docket control. | 0.30 | 175.00 | $52.50 |
| 09/23/11 | DKW | Coordinate and distribute pending pleadings to clients and legal team. | 0.10 | 175.00 | $17.50 |
| 09/26/11 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 245.00 | $98.00 |
| 09/26/11 | PEC | Update critical dates | 0.80 | 245.00 | $196.00 |
| 09/26/11 | SLP | Maintain docket control. | 1.00 | 175.00 | $175.00 |
| 09/26/11 | DKW | Coordinate and distribute pending pleadings to clients and legal team. | 0.10 | 175.00 | $17.50 |
| 09/27/11 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 245.00 | $73.50 |
| 09/27/11 | PEC | Update critical dates | 0.40 | 245.00 | $98.00 |
| 09/27/11 | JEO | Handle message from creditor | 0.10 | 650.00 | $65.00 |
| 09/27/11 | SLP | Maintain docket control. | 1.00 | 175.00 | $175.00 |
| 09/28/11 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 245.00 | $73.50 |
| 09/28/11 | PEC | Update critical dates | 0.40 | 245.00 | $98.00 |
| 09/28/11 | SLP | Maintain docket control. | 1.00 | 175.00 | $175.00 |
| 09/29/11 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 245.00 | $98.00 |
| 09/29/11 | PEC | Update critical dates | 0.30 | 245.00 | $73.50 |

**Invoice number 96798**        91100   00001                                                   **Page  5**

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/29/11 | SLP | Maintain docket control. | 1.00 | 175.00 | $175.00 |
| 09/29/11 | DKW | Coordinate and distribute pending pleadings to clients and legal team. | 0.10 | 175.00 | $17.50 |
| 09/30/11 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 245.00 | $73.50 |
| 09/30/11 | PEC | Update critical dates | 0.50 | 245.00 | $122.50 |
| 09/30/11 | MLM | Review daily correspondence and pleadings and forward to the appropriate parties | 0.10 | 245.00 | $24.50 |
| | | **Task Code Total** | **44.90** | | **$9,461.00** |

**WRG-Claim Analysis (Asbestos)**

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/23/11 | PEC | Prepare Claim Settlement Notice (Neutocrete)  for filing and service (.4); Draft Certificate of Service (.1) | 0.50 | 245.00 | $122.50 |
| 09/23/11 | KPM | Review and respond to email from R. Higgins regarding Neutocrete claims settlement (.1); Review and execute notice for same (.1) | 0.20 | 475.00 | $95.00 |
| 09/27/11 | KPM | Review and research and respond to email from J. Baer regarding 2019 orders | 0.40 | 475.00 | $190.00 |
| | | **Task Code Total** | **1.10** | | **$407.50** |

**WRG-Fee Apps., Applicant**

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/03/11 | WLR | Review and revise 42nd quarterly fee application | 0.60 | 550.00 | $330.00 |
| 09/08/11 | MLM | Draft and coordinate filing of certificate of no objection re: PSZ&J June 2011 fee application (.2); prepare and coordinate service of same (.2) | 0.40 | 245.00 | $98.00 |
| 09/24/11 | WLR | Review and revise July 2011 fee application | 0.50 | 550.00 | $275.00 |
| 09/24/11 | WLR | Draft July 2011 fee application | 0.40 | 550.00 | $220.00 |
| 09/24/11 | WLR | Prepare July 2011 fee application | 0.40 | 550.00 | $220.00 |
| 09/30/11 | CAK | Review and update July Fee Application. | 0.30 | 235.00 | $70.50 |
| | | **Task Code Total** | **2.60** | | **$1,213.50** |

**WRG-Fee Applications, Others**

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/06/11 | MLM | Finalize and coordinate filing of June 2011 fee application of KayeScholer (.3); prepare and coordinate service of same (.2) | 0.50 | 245.00 | $122.50 |
| 09/06/11 | MLM | Finalize and coordinate filing of June 2011 fee application of Kirkland & Ellis (.3); prepare and coordinate service of same (.2) | 0.50 | 245.00 | $122.50 |
| 09/07/11 | MLM | Finalize and coordinate filing of 37th Quarterly fee application of Blackstone (.4); prepare and coordinate service of same (.2) | 0.60 | 245.00 | $147.00 |

**Invoice number 96798**     91100   00001                                                                **Page 6**

| | | | | | |
|---|---|---|---|---|---|
| 09/08/11 | MLM | Draft and coordinate filing of certificate of no objection re: Venable April 2010 fee application (.2); coordinate service of same (.1) | 0.30 | 245.00 | $73.50 |
| 09/08/11 | MLM | Draft and coordinate filing of certificate of no objection re: Venable May 2010 fee application (.2); coordinate service of same (.1) | 0.30 | 245.00 | $73.50 |
| 09/12/11 | JEO | Review Woodcock Washburn July 2011 fee application | 0.20 | 650.00 | $130.00 |
| 09/12/11 | MLM | Correspondence re: 40th quarterly fee hearing | 0.10 | 245.00 | $24.50 |
| 09/12/11 | MLM | Finalize and coordinate filing of Woodcock's July 2011 fee application (.3); prepare and coordinate service of same (.2) | 0.50 | 245.00 | $122.50 |
| 09/13/11 | MLM | Draft certificate of no objection re: Baer Higgins Frutchman's July 2011 fee application and prepare service re: same | 0.20 | 245.00 | $49.00 |
| 09/13/11 | MLM | Draft certificate of no objection re: Foley Hoag's July 2011 fee application and prepare service re: same | 0.20 | 245.00 | $49.00 |
| 09/13/11 | MLM | Draft certificate of no objection re: Casner & Edwards' July 2011 fee application and prepare service re: same | 0.20 | 245.00 | $49.00 |
| 09/13/11 | MLM | Finalize and coordinate filing of K&E's 41st Quarterly fee application (.3); prepare and coordinate service of same (.2) | 0.50 | 245.00 | $122.50 |
| 09/13/11 | MLM | Draft certificate of no objection re: Norton Rose OR's July 2011 fee application (.2); prepare and coordinate service re: same (.2) | 0.40 | 245.00 | $98.00 |
| 09/13/11 | MLM | Circulate 40th quarterly fee hearing charts and correspondence with B. Ruhlander re: same | 0.30 | 245.00 | $73.50 |
| 09/13/11 | MLM | Draft certifications of counsel re: 40th quarterly fee hearing orders | 0.50 | 245.00 | $122.50 |
| 09/14/11 | PEC | Prepare Beveridge and Diamond P.C.'s July 2011 Monthly Fee Application for filing and service | 0.30 | 245.00 | $73.50 |
| 09/14/11 | PEC | Prepare Beveridge and Diamond P.C.'s June 2011 Monthly Fee Application for filing and service | 0.30 | 245.00 | $73.50 |
| 09/14/11 | JEO | Review Beveridge & Diamond June 2011 fee application | 0.20 | 650.00 | $130.00 |
| 09/19/11 | PEC | Prepare Certification of Counsel Regarding Fortieth Quarter Project Category Summary for filing and service (.4); Draft Certificate of Service (.1) | 0.50 | 245.00 | $122.50 |
| 09/19/11 | PEC | Prepare Certification of Counsel Regarding Order Approving Quarterly Fee Applications for the Fortieth Period for filing and service (.4); Draft Certificate of Service (.1) | 0.50 | 245.00 | $122.50 |
| 09/19/11 | JEO | Review status of fees for Sept 26, 2011 hearing | 0.60 | 650.00 | $390.00 |
| 09/20/11 | KPM | Review and execute Cert of No Obj. for Baer Fleichtman July 2011 fee application | 0.10 | 475.00 | $47.50 |
| 09/20/11 | KPM | Review and execute Cert of No Obj. for Foley Hoag July 2011 fee application | 0.10 | 475.00 | $47.50 |
| 09/20/11 | KPM | Review and execute Cert of No Obj. for Casner & Edwards July 2011 fee application | 0.10 | 475.00 | $47.50 |
| 09/21/11 | JEO | Review Day Pitney June 2011 fee application | 0.20 | 650.00 | $130.00 |
| 09/22/11 | JEO | Review Blackstone July 2011 fee application | 0.20 | 650.00 | $130.00 |
| 09/26/11 | MLM | Correspondence with P. Adams re: Norton Rose OR's July fee application | 0.10 | 245.00 | $24.50 |

| | | | | | |
|---|---|---|---|---|---|
| 09/28/11 | JEO | Review Foley Hoag August 2011 fee application | 0.20 | 650.00 | $130.00 |
| 09/28/11 | JEO | Review Baer Higgins August 2011 fee application | 0.20 | 650.00 | $130.00 |
| 09/28/11 | MLM | Finalize and coordinate filing of Foley Hoag's August 2011 fee application (.3); prepare and coordinate service of same (.2) | 0.50 | 245.00 | $122.50 |
| 09/28/11 | MLM | Finalize and coordinate filing of Baer Higgins Frutchman's August 2011 fee application (.3); prepare and coordinate service of same (.2) | 0.50 | 245.00 | $122.50 |
| 09/29/11 | JEO | Review Fragomen fee application for April - June 2011 | 0.40 | 650.00 | $260.00 |
| 09/29/11 | JEO | Review Fragomen fee application for January - March 2011 | 0.20 | 650.00 | $130.00 |
| 09/29/11 | JEO | Review Norton Rose August 2011 fee application | 0.20 | 650.00 | $130.00 |
| 09/29/11 | JEO | Review Fragomen monthly for June 2011 | 0.20 | 650.00 | $130.00 |
| 09/29/11 | JEO | Review Beveridge & Diamond August 2011 fee application | 0.20 | 650.00 | $130.00 |
| 09/29/11 | MLM | Finalize and coordinate filing of Fragomen's March 2011 fee application (.3); prepare and coordinate service of same (.2) | 0.50 | 245.00 | $122.50 |
| 09/29/11 | MLM | Finalize and coordinate filing of Fragomen's May 2011 fee application (.3); coordinate service of same (.1) | 0.40 | 245.00 | $98.00 |
| 09/29/11 | MLM | Finalize and coordinate filing of Fragomen's June 2011 fee application (.3); coordinate service of same (.1) | 0.40 | 245.00 | $98.00 |
| 09/29/11 | MLM | Finalize and coordinate filing of Norton Rose OR's August 2011 fee application (.3); coordinate service of same (.1) | 0.40 | 245.00 | $98.00 |
| 09/29/11 | MLM | Finalize and coordinate filing of Beveridge & Diamond's August 2011 fee application (.3); prepare and coordinate service of same (.2) | 0.50 | 245.00 | $122.50 |
| 09/29/11 | MLM | Finalize and coordinate filing of Fragomen's 15th quarterly fee application (.4); prepare and coordinate service of same (.2) | 0.60 | 245.00 | $147.00 |
| 09/29/11 | MLM | Finalize and coordinate filing of Fragomen's 16th quarterly fee application (.4); coordinate service of same (.1) | 0.50 | 245.00 | $122.50 |
| 09/29/11 | MLM | Draft and coordinate filing of certificate of no objection re: K&E's July 2011 fee application (.2); prepare and coordinate service of same (.2) | 0.40 | 245.00 | $98.00 |
| 09/30/11 | JEO | Review Kaye Scholer fee application for July 2011 | 0.20 | 650.00 | $130.00 |
| 09/30/11 | MLM | Finalize and coordinate filing of Kaye Scholer's July 2011 fee application (.3); prepare and coordinate service of same (.2) | 0.50 | 245.00 | $122.50 |
| | **Task Code Total** | | **15.50** | | **$5,162.50** |

**Litigation (Non-Bankruptcy)**

| | | | | | |
|---|---|---|---|---|---|
| 09/02/11 | PEC | Serve [Signed] Order Scheduling 2012 Omnibus Hearing Dates (.1); Draft Certificate of Service and prepare for filing (.2) | 0.30 | 245.00 | $73.50 |
| 09/02/11 | PEC | Serve [Signed] Order Scheduling 2013 Omnibus Hearing Dates (.1); Draft Certificate of Service and prepare for filing (.2) | 0.30 | 245.00 | $73.50 |

**Invoice number 96798**      91100   00001                                    **Page  8**

| | | | | | |
|---|---|---|---|---|---|
| 09/07/11 | PEC | Draft Notice of Agenda for 9/26/11 Hearing | 0.50 | 245.00 | $122.50 |
| 09/08/11 | PEC | Revise and review Agenda for 10/26/11 Hearing | 0.50 | 245.00 | $122.50 |
| 09/08/11 | JEO | Review and circulate agenda for Sept. 26, 2011 hearing | 0.50 | 650.00 | $325.00 |
| 09/09/11 | PEC | Revise and review Agenda for 9/26/11 Hearing | 0.40 | 245.00 | $98.00 |
| 09/09/11 | PEC | Review Hearing Binders for 9/26/11 Hearing | 0.50 | 245.00 | $122.50 |
| 09/12/11 | JEO | Work on preliminary agenda for Sept 26, 2011 hearing | 0.50 | 650.00 | $325.00 |
| 09/12/11 | KPM | Review emails between James E. O'Neill and Patricia E. Cuniff and Margaret L. Oberholzer regarding status of preliminary agenda | 0.40 | 475.00 | $190.00 |
| 09/12/11 | KPM | Draft emails to James E. O'Neill regarding Cert of No Obj. for destruction motion (.2); Draft emails to J. Baer regarding approval to file same (.2) | 0.40 | 475.00 | $190.00 |
| 09/12/11 | KPM | Review and execute Cert of No Obj. for destruction motion | 0.10 | 475.00 | $47.50 |
| 09/15/11 | JEO | Review case status | 0.40 | 650.00 | $260.00 |
| 09/15/11 | KPM | Review and respond to emails from Patricia E. Cuniff regarding upcoming deadlines | 0.20 | 475.00 | $95.00 |
| 09/16/11 | KPM | Review and respond to emails from Patricia E. Cuniff regarding upcoming deadlines | 0.20 | 475.00 | $95.00 |
| 09/19/11 | JEO | Review status of matters scheduled for Sept 26, 2011 hearing | 0.40 | 650.00 | $260.00 |
| 09/19/11 | JEO | Emails with co-counsel and court regarding status | 0.40 | 650.00 | $260.00 |
| 09/19/11 | KPM | Review critical dates and updated agenda | 0.20 | 475.00 | $95.00 |
| 09/19/11 | KPM | Review and research and respond to email from James E. O'Neill regarding order for destruction motion | 0.20 | 475.00 | $95.00 |
| 09/19/11 | KPM | Draft emails to Patricia E. Cuniff regarding status of order on destruction motion | 0.20 | 475.00 | $95.00 |
| 09/20/11 | JEO | Emails with co-counsel and court regarding Sept 26, 2011 hearing status | 0.40 | 650.00 | $260.00 |
| 09/21/11 | PEC | Draft Notice of Agenda Cancelling 9/26/11 Hearing | 0.40 | 245.00 | $98.00 |
| 09/21/11 | PEC | File and service 9/26/11 Agenda Cancelling the 9/26/11 Hearing (.3); Prepare for filing and service (.3) | 0.60 | 245.00 | $147.00 |
| 09/21/11 | JEO | Review status of matters and agenda cancelling Sept 26, 2011 hearing | 0.50 | 650.00 | $325.00 |
| 09/23/11 | PEC | Serve (Signed) Order  Providing for the Return of Certain Pleadings to  DebtorCounsel for Destruction (.1); Draft Certificate of Service (.1); Prepare Certification of service for filing (.2) | 0.40 | 245.00 | $98.00 |
| 09/23/11 | JEO | Review status of order regarding sealed documents | 0.20 | 650.00 | $130.00 |
| 09/26/11 | KPM | Attend Specialty Products hearing regarding 2004 discovery motions | 2.50 | 475.00 | $1,187.50 |
| 09/27/11 | JEO | Review pending matters for October omnibus hearing | 0.40 | 650.00 | $260.00 |
| 09/27/11 | KPM | Review critical dates and updated docket | 0.20 | 475.00 | $95.00 |
| 09/29/11 | KPM | Review and respond to email from R. Higgins regarding destruction of Project Larch documents | 0.10 | 475.00 | $47.50 |

|  | | | | |
|---|---|---|---|---|
| **Task Code Total** | | **12.30** | | **$5,593.00** |

|  | | | | |
|---|---|---|---|---|
| **Total professional services:** | | 90.50 | | **$28,898.50** |

**Invoice number 96798**        91100   00001                                              **Page  9**

### *Costs Advanced:*

| | | | |
|---|---|---|---|
| 09/01/2011 | PAC | 91100.00001 PACER Charges for 09-01-11 | $0.88 |
| 09/01/2011 | PO | 91100.00001 :Postage Charges for 09-01-11 | $10.80 |
| 09/01/2011 | PO | 91100.00001 :Postage Charges for 09-01-11 | $0.88 |
| 09/01/2011 | PO | 91100.00001 :Postage Charges for 09-01-11 | $4.95 |
| 09/01/2011 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | $2.10 |
| 09/01/2011 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | $2.10 |
| 09/01/2011 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | $2.10 |
| 09/01/2011 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | $2.20 |
| 09/01/2011 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 09/01/2011 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 09/01/2011 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 09/01/2011 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | $2.50 |
| 09/01/2011 | RE2 | SCAN/COPY ( 45 @0.10 PER PG) | $4.50 |
| 09/01/2011 | RE2 | SCAN/COPY ( 45 @0.10 PER PG) | $4.50 |
| 09/01/2011 | RE2 | SCAN/COPY ( 45 @0.10 PER PG) | $4.50 |
| 09/01/2011 | RE2 | SCAN/COPY ( 45 @0.10 PER PG) | $4.50 |
| 09/01/2011 | RE2 | SCAN/COPY ( 71 @0.10 PER PG) | $7.10 |
| 09/02/2011 | DC | 91100.00001 Digital Legal Charges for 09-02-11 | $5.00 |
| 09/02/2011 | DH | 91100.00001 DHL Worldwide Express Charges for 09-02-11 | $15.62 |
| 09/02/2011 | OS | Digital Legal Services, Inv. 60452, 2540 copies | $304.80 |
| 09/02/2011 | OS | Digital Legal Services, Inv. 60452, postage | $271.36 |
| 09/02/2011 | PAC | 91100.00001 PACER Charges for 09-02-11 | $16.16 |
| 09/02/2011 | PO | 91100.00001 :Postage Charges for 09-02-11 | $10.80 |
| 09/02/2011 | RE | ( 3 @0.10 PER PG) | $0.30 |
| 09/02/2011 | RE2 | SCAN/COPY ( 51 @0.10 PER PG) | $5.10 |
| 09/02/2011 | RE2 | SCAN/COPY ( 69 @0.10 PER PG) | $6.90 |
| 09/02/2011 | RE2 | SCAN/COPY ( 94 @0.10 PER PG) | $9.40 |
| 09/06/2011 | DC | 91100.00001 Digital Legal Charges for 09-06-11 | $18.00 |
| 09/06/2011 | DC | 91100.00001 Digital Legal Charges for 09-06-11 | $30.00 |
| 09/06/2011 | DH | 91100.00001 DHL Worldwide Express Charges for 09-06-11 | $15.69 |
| 09/06/2011 | DH | 91100.00001 DHL Worldwide Express Charges for 09-06-11 | $15.84 |
| 09/06/2011 | DH | 91100.00001 DHL Worldwide Express Charges for 09-06-11 | $16.08 |
| 09/06/2011 | PAC | 91100.00001 PACER Charges for 09-06-11 | $2.80 |
| 09/06/2011 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | $1.10 |
| 09/06/2011 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | $2.60 |
| 09/06/2011 | RE2 | SCAN/COPY ( 30 @0.10 PER PG) | $3.00 |
| 09/06/2011 | RE2 | SCAN/COPY ( 30 @0.10 PER PG) | $3.00 |
| 09/06/2011 | RE2 | SCAN/COPY ( 30 @0.10 PER PG) | $3.00 |
| 09/06/2011 | RE2 | SCAN/COPY ( 38 @0.10 PER PG) | $3.80 |
| 09/06/2011 | RE2 | SCAN/COPY ( 38 @0.10 PER PG) | $3.80 |

**Invoice number  96798**          91100   00001                                    **Page  10**

| | | | |
|---|---|---|---|
| 09/06/2011 | RE2 | SCAN/COPY ( 38 @0.10 PER PG) | $3.80 |
| 09/07/2011 | DC | 91100.00001 Digital Legal Charges for 09-07-11 | $54.00 |
| 09/07/2011 | DC | 91100.00001 Digital Legal Charges for 09-07-11 | $54.00 |
| 09/07/2011 | DC | 91100.00001 Digital Legal Charges for 09-07-11 | $378.00 |
| 09/07/2011 | DC | 91100.00001 Digital Legal Charges for 09-07-11 | $24.30 |
| 09/07/2011 | DC | 91100.00001 Digital Legal Charges for 09-07-11 | $9.00 |
| 09/07/2011 | DC | 91100.00001 Digital Legal Charges for 09-07-11 | $6.83 |
| 09/07/2011 | DC | 91100.00001 Digital Legal Charges for 09-07-11 | $7.25 |
| 09/07/2011 | OS | Digital Legal Services, Inv. 60452, 1016 copies | $121.92 |
| 09/07/2011 | OS | Digital Legal Services, Inv. 60452, postage | $94.28 |
| 09/07/2011 | PAC | 91100.00001 PACER Charges for 09-07-11 | $7.68 |
| 09/07/2011 | PO | 91100.00001 :Postage Charges for 09-07-11 | $34.56 |
| 09/07/2011 | RE | ( 249 @0.10 PER PG) | $24.90 |
| 09/07/2011 | RE | ( 155 @0.10 PER PG) | $15.50 |
| 09/07/2011 | RE2 | SCAN/COPY ( 46 @0.10 PER PG) | $4.60 |
| 09/07/2011 | RE2 | SCAN/COPY ( 43 @0.10 PER PG) | $4.30 |
| 09/07/2011 | RE2 | SCAN/COPY ( 43 @0.10 PER PG) | $4.30 |
| 09/07/2011 | RE2 | SCAN/COPY ( 51 @0.10 PER PG) | $5.10 |
| 09/07/2011 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | $2.40 |
| 09/07/2011 | RE2 | SCAN/COPY ( 30 @0.10 PER PG) | $3.00 |
| 09/07/2011 | RE2 | SCAN/COPY ( 30 @0.10 PER PG) | $3.00 |
| 09/08/2011 | DC | 91100.00001 Digital Legal Charges for 09-08-11 | $63.00 |
| 09/08/2011 | DC | 91100.00001 Digital Legal Charges for 09-08-11 | $378.00 |
| 09/08/2011 | DC | 91100.00001 Digital Legal Charges for 09-08-11 | $24.30 |
| 09/08/2011 | DC | 91100.00001 Digital Legal Charges for 09-08-11 | $24.30 |
| 09/08/2011 | DC | 91100.00001 Digital Legal Charges for 09-08-11 | $16.20 |
| 09/08/2011 | DH | 91100.00001 DHL Worldwide Express Charges for 09-08-11 | $15.69 |
| 09/08/2011 | PO | 91100.00001 :Postage Charges for 09-08-11 | $11.88 |
| 09/08/2011 | PO | 91100.00001 :Postage Charges for 09-08-11 | $11.88 |
| 09/08/2011 | RE | ( 30 @0.10 PER PG) | $3.00 |
| 09/08/2011 | RE | ( 63 @0.10 PER PG) | $6.30 |
| 09/08/2011 | RE | ( 28 @0.10 PER PG) | $2.80 |
| 09/09/2011 | DC | 91100.00001 Digital Legal Charges for 09-09-11 | $144.00 |
| 09/09/2011 | FE | 91100.00001 FedEx Charges for 09-09-11 | $14.28 |
| 09/09/2011 | PAC | 91100.00001 PACER Charges for 09-09-11 | $5.44 |
| 09/12/2011 | DC | 91100.00001 Digital Legal Charges for 09-12-11 | $7.25 |
| 09/12/2011 | DC | 91100.00001 Digital Legal Charges for 09-12-11 | $6.83 |
| 09/12/2011 | DC | 91100.00001 Digital Legal Charges for 09-12-11 | $40.00 |
| 09/12/2011 | DH | 91100.00001 DHL Worldwide Express Charges for 09-12-11 | $15.84 |
| 09/12/2011 | DH | 91100.00001 DHL Worldwide Express Charges for 09-12-11 | $14.02 |
| 09/12/2011 | PAC | 91100.00001 PACER Charges for 09-12-11 | $21.52 |
| 09/12/2011 | PO | 91100.00001 :Postage Charges for 09-12-11 | $14.04 |
| 09/12/2011 | RE | ( 14 @0.10 PER PG) | $1.40 |

Invoice number  96798        91100  00001                                        **Page  11**

| | | | |
|---|---|---|---|
| 09/12/2011 | RE | ( 6 @0.10 PER PG) | $0.60 |
| 09/12/2011 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | $0.20 |
| 09/12/2011 | RE2 | SCAN/COPY ( 33 @0.10 PER PG) | $3.30 |
| 09/13/2011 | DC | 91100.00001 Digital Legal Charges for 09-13-11 | $9.38 |
| 09/13/2011 | DC | 91100.00001 Digital Legal Charges for 09-13-11 | $47.00 |
| 09/13/2011 | FE | 91100.00001 FedEx Charges for 09-13-11 | $16.72 |
| 09/13/2011 | PAC | 91100.00001 PACER Charges for 09-13-11 | $26.24 |
| 09/13/2011 | PO | 91100.00001 :Postage Charges for 09-13-11 | $11.88 |
| 09/13/2011 | PO | 91100.00001 :Postage Charges for 09-13-11 | $24.96 |
| 09/13/2011 | PO | 91100.00001 :Postage Charges for 09-13-11 | $223.56 |
| 09/13/2011 | PO | 91100.00001 :Postage Charges for 09-13-11 | $5.36 |
| 09/13/2011 | RE | ( 157 @0.10 PER PG) | $15.70 |
| 09/13/2011 | RE | ( 118 @0.10 PER PG) | $11.80 |
| 09/13/2011 | RE | ( 53 @0.10 PER PG) | $5.30 |
| 09/13/2011 | RE | ( 80 @0.10 PER PG) | $8.00 |
| 09/13/2011 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | $2.50 |
| 09/13/2011 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 09/13/2011 | RE2 | SCAN/COPY ( 29 @0.10 PER PG) | $2.90 |
| 09/13/2011 | RE2 | SCAN/COPY ( 28 @0.10 PER PG) | $2.80 |
| 09/13/2011 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 09/13/2011 | RE2 | SCAN/COPY ( 46 @0.10 PER PG) | $4.60 |
| 09/13/2011 | RE2 | SCAN/COPY ( 43 @0.10 PER PG) | $4.30 |
| 09/14/2011 | DC | 91100.00001 Digital Legal Charges for 09-14-11 | $16.20 |
| 09/14/2011 | DC | 91100.00001 Digital Legal Charges for 09-14-11 | $495.00 |
| 09/14/2011 | DH | 91100.00001 DHL Worldwide Express Charges for 09-14-11 | $14.02 |
| 09/14/2011 | DH | 91100.00001 DHL Worldwide Express Charges for 09-14-11 | $15.69 |
| 09/14/2011 | DH | 91100.00001 DHL Worldwide Express Charges for 09-14-11 | $15.84 |
| 09/14/2011 | PAC | 91100.00001 PACER Charges for 09-14-11 | $9.44 |
| 09/14/2011 | RE | ( 130 @0.10 PER PG) | $13.00 |
| 09/14/2011 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | $3.20 |
| 09/15/2011 | DC | 91100.00001 Digital Legal Charges for 09-15-11 | $9.00 |
| 09/15/2011 | DC | 91100.00001 Digital Legal Charges for 09-15-11 | $6.48 |
| 09/15/2011 | DC | 91100.00001 Digital Legal Charges for 09-15-11 | $5.95 |
| 09/15/2011 | PAC | 91100.00001 PACER Charges for 09-15-11 | $1.76 |
| 09/15/2011 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | $3.20 |
| 09/15/2011 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | $3.20 |
| 09/16/2011 | PAC | 91100.00001 PACER Charges for 09-16-11 | $19.84 |
| 09/19/2011 | PAC | 91100.00001 PACER Charges for 09-19-11 | $33.76 |
| 09/19/2011 | PO | 91100.00001 :Postage Charges for 09-19-11 | $10.56 |
| 09/19/2011 | PO | 91100.00001 :Postage Charges for 09-19-11 | $430.56 |
| 09/19/2011 | RE | ( 166 @0.10 PER PG) | $16.60 |
| 09/19/2011 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 09/19/2011 | RE2 | SCAN/COPY ( 46 @0.10 PER PG) | $4.60 |

**Invoice number 96798**          91100  00001                                                    **Page  12**

| | | | |
|---|---|---|---|
| 09/19/2011 | RE2 | SCAN/COPY ( 51 @0.10 PER PG) | $5.10 |
| 09/19/2011 | RE2 | SCAN/COPY ( 46 @0.10 PER PG) | $4.60 |
| 09/19/2011 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 09/19/2011 | RE2 | SCAN/COPY ( 51 @0.10 PER PG) | $5.10 |
| 09/19/2011 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | $0.40 |
| 09/19/2011 | RE2 | SCAN/COPY ( 36 @0.10 PER PG) | $3.60 |
| 09/19/2011 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | $0.40 |
| 09/19/2011 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | $2.60 |
| 09/20/2011 | DC | 91100.00001 Digital Legal Charges for 09-20-11 | $16.20 |
| 09/20/2011 | DC | 91100.00001 Digital Legal Charges for 09-20-11 | $369.00 |
| 09/20/2011 | DC | 91100.00001 Digital Legal Charges for 09-20-11 | $24.30 |
| 09/20/2011 | DC | 91100.00001 Digital Legal Charges for 09-20-11 | $5.55 |
| 09/20/2011 | PAC | 91100.00001 PACER Charges for 09-20-11 | $32.64 |
| 09/20/2011 | PO | 91100.00001 :Postage Charges for 09-20-11 | $11.88 |
| 09/20/2011 | PO | 91100.00001 :Postage Charges for 09-20-11 | $6.40 |
| 09/20/2011 | PO | 91100.00001 :Postage Charges for 09-20-11 | $263.68 |
| 09/20/2011 | RE | ( 24 @0.10 PER PG) | $2.40 |
| 09/20/2011 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | $2.40 |
| 09/20/2011 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | $2.20 |
| 09/20/2011 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | $2.10 |
| 09/20/2011 | RE2 | SCAN/COPY ( 35 @0.10 PER PG) | $3.50 |
| 09/20/2011 | RE2 | SCAN/COPY ( 46 @0.10 PER PG) | $4.60 |
| 09/20/2011 | RE2 | SCAN/COPY ( 51 @0.10 PER PG) | $5.10 |
| 09/21/2011 | DC | 91100.00001 Digital Legal Charges for 09-21-11 | $432.00 |
| 09/21/2011 | DC | 91100.00001 Digital Legal Charges for 09-21-11 | $24.30 |
| 09/21/2011 | DC | 91100.00001 Digital Legal Charges for 09-21-11 | $16.20 |
| 09/21/2011 | DC | 91100.00001 Digital Legal Charges for 09-21-11 | $6.48 |
| 09/21/2011 | DC | 91100.00001 Digital Legal Charges for 09-21-11 | $7.25 |
| 09/21/2011 | DC | 91100.00001 Digital Legal Charges for 09-21-11 | $5.00 |
| 09/21/2011 | DH | 91100.00001 DHL Worldwide Express Charges for 09-21-11 | $15.69 |
| 09/21/2011 | FE | 91100.00001 FedEx Charges for 09-21-11 | $7.83 |
| 09/21/2011 | FE | 91100.00001 FedEx Charges for 09-21-11 | $11.65 |
| 09/21/2011 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/21/2011 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/21/2011 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/21/2011 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/21/2011 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/21/2011 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/21/2011 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/21/2011 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/21/2011 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/21/2011 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/21/2011 | FX | ( 12 @1.00 PER PG) | $12.00 |

**Invoice number 96798**        91100   00001                                  **Page  13**

| | | | |
|---|---|---|---|
| 09/21/2011 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/21/2011 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/21/2011 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/21/2011 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/21/2011 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/21/2011 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/21/2011 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/21/2011 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/21/2011 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/21/2011 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/21/2011 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/21/2011 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/21/2011 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/21/2011 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/21/2011 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/21/2011 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/21/2011 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/21/2011 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/21/2011 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/21/2011 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/21/2011 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/21/2011 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/21/2011 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/21/2011 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/21/2011 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/21/2011 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/21/2011 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/21/2011 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/21/2011 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/21/2011 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/21/2011 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/21/2011 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/21/2011 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/21/2011 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/21/2011 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/21/2011 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/21/2011 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/21/2011 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/21/2011 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/21/2011 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/21/2011 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/21/2011 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/21/2011 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/21/2011 | FX | ( 12 @1.00 PER PG) | $12.00 |

**Invoice number 96798**    91100   00001    **Page 14**

| | | | |
|---|---|---|---|
| 09/21/2011 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/21/2011 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/21/2011 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/21/2011 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/21/2011 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/21/2011 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/21/2011 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/21/2011 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/21/2011 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/21/2011 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/21/2011 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/21/2011 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/21/2011 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/21/2011 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/21/2011 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/21/2011 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/21/2011 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/21/2011 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/21/2011 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/21/2011 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/21/2011 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/21/2011 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/21/2011 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/21/2011 | PAC | 91100.00001 PACER Charges for 09-21-11 | $31.04 |
| 09/21/2011 | RE | ( 22 @0.10 PER PG) | $2.20 |
| 09/21/2011 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | $2.40 |
| 09/22/2011 | DH | 91100.00001 DHL Worldwide Express Charges for 09-22-11 | $15.84 |
| 09/22/2011 | DH | 91100.00001 DHL Worldwide Express Charges for 09-22-11 | $14.02 |
| 09/22/2011 | PAC | 91100.00001 PACER Charges for 09-22-11 | $55.92 |
| 09/22/2011 | RE | ( 46 @0.10 PER PG) | $4.60 |
| 09/22/2011 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | $0.60 |
| 09/22/2011 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | $0.40 |
| 09/22/2011 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | $0.20 |
| 09/22/2011 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | $0.80 |
| 09/22/2011 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | $1.00 |
| 09/22/2011 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | $1.80 |
| 09/23/2011 | DC | 91100.00001 Digital Legal Charges for 09-23-11 | $9.00 |
| 09/23/2011 | DH | 91100.00001 DHL Worldwide Express Charges for 09-23-11 | $15.69 |
| 09/23/2011 | OS | Digital Legal Services, Inv. 60452, 26312 copies | $3,157.44 |
| 09/23/2011 | OS | Digital Legal Services, Inv. 60452, postage | $1,067.50 |
| 09/23/2011 | PAC | 91100.00001 PACER Charges for 09-23-11 | $27.84 |
| 09/23/2011 | PO | 91100.00001 :Postage Charges for 09-23-11 | $9.90 |

**Invoice number  96798**        91100  00001                                    **Page  15**

| | | | |
|---|---|---|---|
| 09/23/2011 | RE | ( 306 @0.10 PER PG) | $30.60 |
| 09/23/2011 | RE | ( 3 @0.10 PER PG) | $0.30 |
| 09/23/2011 | RE | ( 129 @0.10 PER PG) | $12.90 |
| 09/23/2011 | RE | ( 254 @0.10 PER PG) | $25.40 |
| 09/23/2011 | RE | ( 24 @0.10 PER PG) | $2.40 |
| 09/23/2011 | RE2 | SCAN/COPY ( 46 @0.10 PER PG) | $4.60 |
| 09/23/2011 | RE2 | SCAN/COPY ( 51 @0.10 PER PG) | $5.10 |
| 09/23/2011 | RE2 | SCAN/COPY ( 94 @0.10 PER PG) | $9.40 |
| 09/23/2011 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 09/23/2011 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 09/24/2011 | RE | Reproduction Expense. [E101] 20 pgs, WLR | $2.00 |
| 09/26/2011 | DC | 91100.00001 Digital Legal Charges for 09-26-11 | $16.20 |
| 09/26/2011 | DC | 91100.00001 Digital Legal Charges for 09-26-11 | $369.00 |
| 09/26/2011 | DC | 91100.00001 Digital Legal Charges for 09-26-11 | $24.30 |
| 09/26/2011 | DC | 91100.00001 Digital Legal Charges for 09-26-11 | $9.00 |
| 09/26/2011 | DH | 91100.00001 DHL Worldwide Express Charges for 09-26-11 | $28.18 |
| 09/26/2011 | PAC | 91100.00001 PACER Charges for 09-26-11 | $7.36 |
| 09/26/2011 | PO | 91100.00001 :Postage Charges for 09-26-11 | $1.48 |
| 09/26/2011 | RE | ( 1 @0.10 PER PG) | $0.10 |
| 09/26/2011 | RE2 | SCAN/COPY ( 48 @0.10 PER PG) | $4.80 |
| 09/26/2011 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | $2.50 |
| 09/27/2011 | DC | 91100.00001 Digital Legal Charges for 09-27-11 | $5.40 |
| 09/27/2011 | DC | 91100.00001 Digital Legal Charges for 09-27-11 | $6.83 |
| 09/27/2011 | DC | 91100.00001 Digital Legal Charges for 09-27-11 | $6.83 |
| 09/27/2011 | DC | 91100.00001 Digital Legal Charges for 09-27-11 | $5.74 |
| 09/27/2011 | PAC | 91100.00001 PACER Charges for 09-27-11 | $17.60 |
| 09/27/2011 | RE | ( 1 @0.10 PER PG) | $0.10 |
| 09/27/2011 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | $2.20 |
| 09/28/2011 | DH | 91100.00001 DHL Worldwide Express Charges for 09-28-11 | $26.22 |
| 09/28/2011 | DH | 91100.00001 DHL Worldwide Express Charges for 09-28-11 | $10.63 |
| 09/28/2011 | PAC | 91100.00001 PACER Charges for 09-28-11 | $14.08 |
| 09/28/2011 | RE2 | SCAN/COPY ( 29 @0.10 PER PG) | $2.90 |
| 09/28/2011 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | $2.10 |
| 09/29/2011 | DC | 91100.00001 Digital Legal Charges for 09-29-11 | $9.00 |
| 09/29/2011 | DH | 91100.00001 DHL Worldwide Express Charges for 09-29-11 | $24.14 |
| 09/29/2011 | DH | 91100.00001 DHL Worldwide Express Charges for 09-29-11 | $13.64 |
| 09/29/2011 | DH | 91100.00001 DHL Worldwide Express Charges for 09-29-11 | $31.23 |
| 09/29/2011 | OS | Digital Legal Services, Inv. 60452, 2032 copies | $243.84 |
| 09/29/2011 | OS | Digital Legal Services, Inv. 60452, postage | $271.36 |
| 09/29/2011 | PAC | 91100.00001 PACER Charges for 09-29-11 | $8.16 |
| 09/29/2011 | PO | 91100.00001 :Postage Charges for 09-29-11 | $22.56 |
| 09/29/2011 | PO | 91100.00001 :Postage Charges for 09-29-11 | $11.88 |
| 09/29/2011 | RE | ( 30 @0.10 PER PG) | $3.00 |

**Invoice number  96798**          91100   00001                              **Page  16**

| | | | |
|---|---|---|---|
| 09/29/2011 | RE2 | SCAN/COPY ( 69 @0.10 PER PG) | $6.90 |
| 09/29/2011 | RE2 | SCAN/COPY ( 43 @0.10 PER PG) | $4.30 |
| 09/30/2011 | DC | 91100.00001 Digital Legal Charges for 09-30-11 | $16.20 |
| 09/30/2011 | DC | 91100.00001 Digital Legal Charges for 09-30-11 | $486.00 |
| 09/30/2011 | DC | 91100.00001 Digital Legal Charges for 09-30-11 | $24.30 |
| 09/30/2011 | DH | 91100.00001 DHL Worldwide Express Charges for 09-30-11 | $15.69 |
| 09/30/2011 | DH | 91100.00001 DHL Worldwide Express Charges for 09-30-11 | $14.02 |
| 09/30/2011 | DH | 91100.00001 DHL Worldwide Express Charges for 09-30-11 | $15.84 |
| 09/30/2011 | DH | 91100.00001 DHL Worldwide Express Charges for 09-30-11 | $8.46 |
| 09/30/2011 | PAC | 91100.00001 PACER Charges for 09-30-11 | $8.72 |
| 09/30/2011 | PO | 91100.00001 :Postage Charges for 09-30-11 | $4.95 |
| 09/30/2011 | RE2 | SCAN/COPY ( 30 @0.10 PER PG) | $3.00 |

Total Expenses:                                                     **$12,655.93**

## Summary:

| | | |
|---|---|---|
| Total professional services | $28,898.50 | |
| Total expenses | $12,655.93 | |
| **Net current charges** | $41,554.43 | |
| | | |
| Net balance forward | $45,223.46 | |
| **Total balance now due** | $86,777.89 | |

| | | | | |
|---|---|---|---|---|
| BMK | Koveleski, Beatrice M. | 0.50 | 175.00 | $87.50 |
| CAK | Knotts, Cheryl A. | 0.50 | 235.00 | $117.50 |
| DKW | Whaley, Dina K. | 0.80 | 175.00 | $140.00 |
| JEO | O'Neill, James E. | 12.10 | 650.00 | $7,865.00 |
| KPM | Makowski, Kathleen P. | 12.30 | 475.00 | $5,842.50 |
| KSN | Neil, Karen S. | 1.70 | 165.00 | $280.50 |
| MLM | McGee, Margaret L. | 11.20 | 245.00 | $2,744.00 |
| PEC | Cuniff, Patricia E. | 30.20 | 245.00 | $7,399.00 |
| SLP | Pitman, L. Sheryle | 19.30 | 175.00 | $3,377.50 |
| WLR | Ramseyer, William L. | 1.90 | 550.00 | $1,045.00 |
| | | 90.50 | | $28,898.50 |

**Invoice number 96798**      91100   00001                                    **Page  17**

## Task Code Summary

| | | Hours | Amount |
|---|---|---|---|
| AD | Asset Disposition [B130] | 7.40 | $3,353.50 |
| AP | Appeals [B430] | 6.70 | $3,707.50 |
| CA | Case Administration [B110] | 44.90 | $9,461.00 |
| CR01 | WRG-Claim Analysis (Asbestos) | 1.10 | $407.50 |
| FA | WRG-Fee Apps., Applicant | 2.60 | $1,213.50 |
| FA01 | WRG-Fee Applications, Others | 15.50 | $5,162.50 |
| LN | Litigation (Non-Bankruptcy) | 12.30 | $5,593.00 |
| | | 90.50 | $28,898.50 |

## Expense Code Summary

| | |
|---|---|
| Delivery/Courier Service | $3,773.35 |
| DHL- Worldwide Express | $403.62 |
| Federal Express [E108] | $50.48 |
| Fax Transmittal [E104] | $936.00 |
| Outside Services | $5,532.50 |
| Pacer - Court Research | $348.88 |
| Postage [E108] | $1,139.40 |
| Reproduction Expense [E101] | $211.20 |
| Reproduction/ Scan Copy | $260.50 |
| | $12,655.93 |