**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| IN RE: | ) ) ) | CHAPTER 11 |
| W.R. GRACE & CO., et al., | ) ) ) | CASE NO. 01-1139 (JKF) (Jointly Administered) |
| Debtors. | ) ) ) |  |

**NOTICE OF CHANGE OF ADDRESS**

Please take notice that the U.S. SECURITIES AND EXCHANGE COMMISSION (the **"Commission"**) hereby gives notice of its change of address and respectfully requests that the Clerk of the Court change the Court's docket and matrix in this case to reflect the correct address as listed below:

> U.S. Securities and Exchange Commission
> Office of Reorganization
> Atlanta Regional Office
> 950 East Paces Ferry Road, N.E., Suite 900
> Atlanta, Georgia 30326-1382
> Telephone: 404-842-7626
> Facsimile: 404-842-7633
> E-mail: atlreorg@sec.gov
>         sherrill-beards@sec.gov

Dated: January 5, 2012

        Respectfully submitted,

         /s/ *Susan R. Sherrill-Beard*
        Susan R. Sherrill-Beard, Esq.
        Senior Trial Counsel/Bankruptcy
        Georgia Bar No. 001370
        Direct Telephone: (404) 842-7626
        E-mail Address: sherrill-beards@sec.gov

*Counsel for*:
**U.S. SECURITIES AND EXCHANGE COMMISSION**
Office of Reorganization
Atlanta Regional Office
950 East Paces Ferry Road, N.E., Suite 900
Atlanta, GA 30326-1382

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice has been served by the Court's electronic filing system upon all ECF participants in this case.

>*/s/ Susan R. Sherrill-Beard*
>Susan R. Sherrill-Beard, Esq.
>Senior Trial Counsel/Bankruptcy
>Georgia Bar No. 001370
>Direct Telephone:  (404) 842-7626
>E-mail Address:  sherrill-beards@sec.gov