**CERTIFICATE OF SERVICE**

I, Matthew B. Harvey, certify that I am not less than 18 years of age, and that service of the foregoing **Motion of Appellant Garlock Sealing Technologies LLC to Procedurally Consolidate Above-Captioned Appeals** was caused to be made on December 6, 2011, in the manner indicated upon the parties identified on the attached service list.

Dated:  December 6, 2011

_/s/ Matthew B. Harvey_
Matthew B. Harvey (No. 5186)

4639671.1

4639671.1