# SERVICE LIST

**VIA HAND DELIVERY**

Teresa K.D. Currier, Esq.
Mark Minuti
Saul Ewing LLP
222 Delaware Avenue
Suite 1200
Wilmington, DE  19801

Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Scotta E. McFarland
Pachulski Stang Ziehl & Jones LLP
919 North Market Street
17th Floor, P.O. Box 8705
Wilmington, DE  19899-8705

Adam G. Landis, Esq.
Keri K. Mumford, Esq.
Richard S. Cobb, Esq.
Rebecca L. Butcher, Esq.
William E. Chipman, Jr.
Landis Rath & Cobb LLP
919 Market Street
Suite 1800
Wilmington, DE  19801

Mark E. Felger
David W. Carickhoff Jr.
Jeffrey R. Waxman
Cozen & O'Conner PC
Chase Mahattan Centre
1201 North Market Street
Suite 1400
Wilmington, DE  19801

Marla Eskin, Esq.
Kathleen Campbell Davis, Esq.
Mark Hurford, Esq.
Matthew G. Zaleski, III, Esq.
Campbell & Levine, LLC
800 North King Street
Suite 300
Wilmington, DE  19801

Daniel DeFranceschi
Jason Madron, Esq.
Robert J. Stearns, Esq.
Cory D. Kandestin, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801

Noel Burnham
Natalie D. Ramsey, Esq.
Laurie A. Kerpto, Esq.
Richard G. Placey, Esq.
Montgomery, McCracken,
   Walker & Rhoads
1105 North Market Street
Suite 1500
Wilmington, DE  19801

Scott J. Leonhardt
Frederick B. Rosner
The Rosner Law Group LLC
824 Market Street
Suite 810
Wilmington, DE  19801

Joanne B, Wills
Richard M. Beck, Jr.
Steven K. Kortanek
Klehr, Harrison, Harvey,
   Branzburg & Ellers LLP
919 North Market Street
Suite 1000
Wilmington, DE  19801

Mark D. Collins
Jason M. Madron
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801

Jeffrey R. Waxman, Esq.
Carl N. Kunz, III
Morris James LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE  19801

David Baldwin
Laurie Selber Silverstein
Jennifer Gilmer Brady
Theresa V. Brown-Edwards
Steven M. Yoder
Potter Anderson & Corroon LLP
1313 N. Market Street
6th Floor
Hercules Plaza
Wilmington, DE  19801

William J. Cattie, III
Rawle & Henderson
300 Delaware Avenue
Wilmington, DE  19801

Daniel K. Hogan, Esq.  
The Hogan Firm  
1311 Delaware Avenue  
Wilmington, DE 19806  

William P. Bowden, Esq.  
Ricardo Palacio, Esq.  
Don A. Beskrone, Esq.  
Amanda M. Winfree, Esq.  
Ashby & Geddes, P.A.  
500 Delaware Avenue  
8th Floor  
Wilmington, DE 19801  

Michael B. Joseph  
Ferry & Joseph, P.A.  
824 Market Street  
Wilmington, DE 19801  

Michael R. Lastowski  
Richard W. Riley  
Fredrick B. Rosner  
Duane Morris LLP  
1100 North Market Street  
Suite 1200  
Wilmington, DE 19801  

David Klauder  
Richard Schepacarter  
Office of the U.S. Trustee  
844 King Street  
Suite 2313  
Lockbox 35  
Wilmington, DE 19801  

Curtis J. Crowther  
Young Conaway Stargatt & Taylor  
The Brandywine Building  
1000 West Street, 17th Floor  
Wilmington, DE 19801  

**VIA FIRST CLASS MAIL**

Deirdre Woulfe Pacheco Esq  
Wilentz Goldman & Spitzer  
90 Woodbridge Center Drive  
Suite 900  
PO Box 10  
Woodbridge, NJ 07095-0958  

David Killalea Esq  
Craig Litherland Esq  
Jonathan Cohen, Esq.  
Mark Tanney, Esq.  
Gilbert Heintz & Randolph LLP  
1100 New York Avenue NW  
Suite 700  
Washington, DC 20005  

Peter Van N. Lockwood, Esq.  
Ronald Reinsel, Esq.  
Julie W. Davis, Esq.  
Trevor W. Swett, III, Esq.  
Nathan D. Finch, Esq.  
Kevin C. Maclay, Esq.  
Caplin & Drysdale, Chartered  
One Thomas Circle, N.W.  
Suite 1100  
Washington, DC 20005  

David E. Cherry, Esq.  
Billy H. Davis Jr., Esq.  
Campbell Cherry Harrison  
  Davis & Dove PC  
5 Ritchie Road  
P.O. Box 21387  
Waco, TX 76702-1387  

Matthew Bergman Esq  
Bergman Senn Pageler & Frockt  
P O Box 2010  
Vashon, WA 98070  

Derrick C. Tay, Esq.  
Ogilvy Renault LLP  
Royal Bank Plaza, South Tower  
200 Bay Street  
P.O. Box 84  
Toronto, ON M5J 2Z4  
CANADA  

Neal R. Brendel  
Michael G. Zanie Esq.  
Kirkpatrick & Lockhart Preston  
  Gates & Ellis LLP  
535 Smithfield Street  
Henry W. Oliver Building  
Pittsburgh, PA 15222  

Peter J. Ashcroft  
Bernstein Law Firm, P.C.  
Suite 2200 Gulf Tower  
Pittsburgh, PA 15219  

Philip E. Milch  
Douglas A. Campbell  
David B. Salzman  
Campbell & Levine, LLC  
1700 Grant Building  
310 Grant Street  
Pittsburgh, PA 15219  

David W. Lampl  
Leech Tishman Fuscaldo & Lampl LLC  
Citizens Bank Building, 30th Floor  
525 William Penn Place  
Pittsburgh, PA 15219

Joseph M. Fornari, Jr.
Office of the U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Rosalie J. Bell
Pittsburgh Corning Corporation
800 Presque Isle Drive
Pittsburgh, PA 15239-2799

Michael G. Zanic
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222

David Ziegler
James J. Restivo, Jr.
Douglas E. Cameron
Andrew J. Muha
Reed Smith LLP
225 Fifth Avenue
Pittsburgh, PA 15222-2716

Ellen C. Brotman, Esq.
Natalie D. Ramsey, Esq.
Laurie A. Krepto, Esq.
Richard G. Placey, Esq.
Montgomery McCracken
   Walker & Rhoads LLP
123 South Broad Street
Avenue of the Arts
Philadelphia, PA 19109

Natalie D. Ramsey
Noel C. Burnham
Jennifer Taylor
Natalie Grill Einsig
Montgomery McCracken Walker
   & Rhoads LLP
123 S Broad St Ave of Arts
Philadelphia, PA 19109

Adam H. Isenberg
Saul Ewing LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102

Frank H. Griffin III
Amy Donohue-Babiak
Gollatz Griffin & Ewing PC
Four Penn Center
1600 John F. Kennedy Blvd
Suite 200
Philadelphia, PA 19103-2808

Steven Kazan
Lester M. Kirshenbaum
Edmund M. Emrich Esq.
Kazan McClain et al
171 Twelfth Street
Third Floor
Oakland, CA 94607

Alan Brayton
Jacqueline Loveless
Christina Skubic
Brayton Purcell
Brayton Law
222 Rush Landing Road
Novato, CA 94945

Hal Pitkow
138 N. State Street
Newtown, PA 19840

William S. Katchen
Duane Morris LLP
744 Broad Street
Suite 1200
Newark, NJ 07102

Debra Dandeneau
Martin Bienenstock Esq
Stephen Karotin Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Jeffrey N. Rich Esq.
Edward M. Fox Esq.
Kirkpatrick & Lockhart Nicholson
   Graham LLP
599 Lexington Avenue
New York, NY 10022-6030

Stephen J. Shimshak, Esq.
Andrew N. Rosenberg, Esq.
Margaret A. Phillips, Esq.
Paul Weiss
1285 Avenue of the Americas
New York, NY 10019

Jeffrey N. Rich Esq.
Edward M. Fox Esq.
Kirkpatrick & Lockhart Nicholson
   Graham LLP
599 Lexington Avenue
New York, NY 10022-6030

- 3 -

Elihu Inselbuch, Esq.
Rita Tobin, Esq.
Caplin & Drysdale, Chartered
375 Park Avenue
35th Floor
New York, NY 10152-3500

John Preefer
36 West 44th Street
Suite 1208
New York, NY 10036

Denise Wildes
Lewis Kruger
Stroock Stroock & Lavin LLP
180 Maiden Lane
New York, NY 10038-4982

Marc E. Kasowitz
Kasowitz Benson Torres
   & Friedman LLP
1633 Broadway
New York, NY 10019

Gary M. Becker, Esq.
Philip Bentley, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Frederick Jekel, Esq.
John Baden, Esq.
Scott W. Galante, Esq.
Motley Rice LLC
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464

Nancy Davis
Joseph F. Rice
Ness Motely Loadholt
   Richardson & Poole
28 Bridgeside Boulevard
Mt. Pleasant, SC 29465

Scott L. Baena, Esq.
Matthew Kramer
Bilzin Sumberg Dunn Baena
   Price & Axelrod LLP
1450 Brickell Avenue
23rd Floor
Miami, FL 33131-3456

Scott L. Baena, Esq.
Matthew Kramer
Bilzin Sumberg Dunn Baena
   Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd.
Suite 2500
Miami, FL 33131

Scott Baldwin Jr., Esq.
Baldwin & Baldwin LLP
400 West Houston Street
Marshall, TX 75670

Kevin T. Lantry
Sally S. Neely
Jeffrey E. Bjork
Sidley, Austin, Bron & Wood LLP
555 W Fifth St, Ste 4000
Los Angeles, CA 90013-6000

Walter T. Gangl
Kenneth Jacobs
Mary Huwalt
Armstrong World Industries Inc.
2500 Columbia Avenue
Building 701
Lancaster, PA 17603

James Hipolit
ACandS Inc
Corporate Headquarters
120 North Lime Street
PO Box 1268
Lancaster, PA 17608

Byrd & Associates
427 Fortification Street
Jackson, MS 39202

Suzanne Keys, Esq.
Byrd Gibbs & Martin PLLC
427 East Fortification Street
Jackson, MS 39202

Dennis Reich
Bedorah Hayes
Reich & Binstick
4265 San Felipe
Suite 1000
Houston, TX 77027

Scott W. Wert, Esq.
Denise Holland, Esq.
Foster & Sear, LLP
817 Greenview Drive
Grand Prairie, TX 75050

```
Alan  Kellman Esq                          Steven T. Baron Esq
Maritime Asbestosis Legal Clinic           Baron & Budd, P.C.
division of The Jaques Admiralty           3102 Oak Lawn Avenue
   Law Firm PC                             Suite 1100
1570 Penobscot Building                    Dallas, TX  75219
Detroit, MI  48226
                                           Mark  Shelnitz
Charles  Siegel                            W.R. Grace & Co.
Waters & Kraus LLP                         7500 Grace Drive
3219 McKinney Avenue                       Columbia, MD  21044
Suite 3000
Dallas, TX  75204                          David Heiman
                                           Jones Day
Steven T. Baron, Esq.                      North Point
Alan B. Rich, Esq.                         901 Lakeside Av
Ann Harper, Esq.                           Cleveland, OH  44114
Raymond E. Wadas, Esq,
Kirk S. Richardson, Esq.                   Thomas M. Wilson
Russell W. Budd, Esq.                      Kelley & Ferraro, LLP
Baron & Budd, P.C.                         2200 Key Tower
3102 Oak Lawn Avenue                       127 Public Square
Suite 1100                                 Cleveland, OH  44114
P.O. Box 8705
Dallas, TX  75219                          John A.  Peca
                                           Climaco Lefkowitz Peca,
Steven T Baron                                Wilcox & Garofoli Co. LPA
Alan B. Rich                               55 Public Square
Ann Harpor                                 Suite 1950
Raymond E. Wadas                           Cleveland, OH  44113
Kirk S. Richardson
Russell W. Budd                            Martin Murphy
Baron & Budd P.C.                          Davis & Young
3102 Oak Lawn Avenue Suite 1100            1200 Fifth Third Center
Dallas, TX  75219                          600 Superior Avenue East
                                           Cleveland, OH  44114
Sander L. Esserman, Esq.
David A. Klinger, Esq.                     Kevin E.  Irwin
David J. Parsons, Esq.                     Sue A Erhart
Cliff I. Taylor, Esq.                      Jennifer J. Morles
Robert T. Brousseau, Esq.                  Brian P. Muething
Van J. Hooker, Esq.                        Keating Muething & Klekamp PLL
Peter D'Apice                              One East Fourth Street
Stutzman, Bromberg, Esserman               Suite 1400
   & Plifka                                Cincinnati, OH  45202
2323 Bryan Street
Suite 2200                                 Arthur H. Cooney Esq
Dallas, TX  75201                          John D. Cooney
                                           Cooney & Conway
Gregory M Gordon                           120 North LaSalle Street
Daniel P. Winikka                          Suite 3000
Jones Day                                  30th Floor
2727 North Harwood Street                  Chicago, IL  60602
Dallas, TX  75201-1515
```

Brad B. Erens
Robert Krebs
Kaye Sobczak
Paul Harner
Jones Day
77 West Wacker Drive
Suite 3500
Chicago, IL  60601-1692

Frances Gecker
Joseph Gecker
Joseph Frank
Frank/Gecker LLP
325 North LaSalle Street
Suite 625
Chicago, IL  60610

Gerald F. Munitz
Dimitri G. Karcazes
Goldberg Kohn Bell Black
    Rosenbloom & Moritz Ltd.
55 East Monroe
Suite 3700
Chicago, IL  60603

Mary A.  Martin
USG Corporation
550 West Adams Street
Chicago, IL  60661

David V. Goodsir
Neal, Gerber & Eisenberg LLP
2 N. LaSalle Street
Suite 2200
Chicago, IL  60602

David Boutrous
John Donley
Adam Paul
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL  60654

Janet S. Baer
Baer Higgins Fruchtman LLC
111 East Wacker Drive
Suite 2800
Chicago, IL  60601-4277

Michie Hamlett Lowery
    Rasmussen & Tweed
500 Court Square
Suite 300
Charlottesville, VA  22902

Nancy Worth Davis, Esq.
117 Donegal Drive
Chapel Hill, NC  27517-6561

Robert Rubin, Esq.
Burr & Forman LLP
420 North 20th Street
Suite 3100
Burlington, AL  35203

Joseph T. Kremer, Esq.
Lipsiptz Green Fahringer Roll
    Salisbury & Cambria, LLP
42 Delaware Avenue
Suite 300
Buffalo, NY  14202

Bryon O Blevins Jr Esq
Provost & Umphrey
490 Park Street
Beaumont, TX  77704

Paul M. Matheny, Esq.
The Law Offices of Peter G. Angelos, PC
One Charles Center
100 North Charles Street
Baltimore, MD  21201-3804