IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re: Docket No. 27621** |
| | ) | **January 23, 2012 Hearing Agenda Item No. ___** |

**CERTIFICATION OF COUNSEL REGARDING STIPULATION AND AGREED ORDER RESOLVING MOTION OF INTRAWEST CALIFORNIA HOLDINGS, ET AL. FOR RELIEF FROM THE AUTOMATIC STAY [DOCKET NO. 27621]**

1. On September 19, 2011, Intrawest California Holdings, Inc., Intrawest Retail Groups, Inc., 22 Station Development Corporation, First Ascent Development Corporation and Intrawest Corporation (collectively, "Intrawest") filed their *Motion for Relief from the Automatic Stay* [Docket No. 27621] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801. The Debtors have not filed a response to the Motion.

2. The Debtors and Intrawest have entered into a Stipulation and Agreed Order to resolve the Motion. A copy of the fully executed Stipulation and Agreed Order is attached as Exhibit A to the proposed form of order (the "Proposed Order") attached hereto.

3. As noted in the Stipulation and Agreed Order, as a result of the agreements entered into in the Stipulation and Agreed Order, the Motion is withdrawn.

*[Remainder of Page Intentionally Left Blank]*

4.    Accordingly, the Debtors respectfully request entry of the Proposed Order at its earliest convenience.

Dated: January 6, 2012

Respectfully submitted,

KIRKLAND & ELLIS LLP
John Donley
Adam Paul
Lisa G. Esayian
300 N. LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

-and-

PACHULSKI STANG ZIEHL & JONES LLP

_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kitty Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession