**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

IN RE:

| | |
|---|---|
| W. R. Grace & Co., *et al.* | Bankruptcy No. 01-1139-JKF |
| Debtor(s) | Jointly Administered |
| | Chapter 11 |

**Related to Doc. Nos.** 25864, 25965, 26025, 26074, 26094 , 27034, 27039, 28051, 28052

**ORDER SETTING HEARING ON REQUEST OF CHARLES JURGENS
FOR HEARING REGARDING CLAIM NO. 2114, RELATED TO NY HILLSIDE, INC.**

**AND NOW,** this **9th** day of **January**, **2012**, it is **ORDERED** that pursuant to Charles Jurgens' request for a hearing with respect to Claim No. 2114 of NY Hillside, Inc., a hearing shall be held on **February 27, 2012,** at **9:00 a.m.**, prevailing Eastern time, in the Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware, 3rd floor.

It is **FURTHER ORDERED** that objections/responses shall be filed and served on or before the 17th day before the hearing in accordance with the Case Management Order in effect in this case.

It is **FURTHER ORDERED** that Charles Jurgens and Mahguib El Arabi may participate in the hearing by telephone. In order to participate by phone each must

    (1) register with CourtCall **no later than noon, two business days before the hearing** at 888-882-6878 and
    (2) comply with all CourtCall requirements.

It is **FURTHER ORDERED** that telephone participants are not permitted to use cell phones or speaker phones and must place their phones on "mute" unless speaking to the Court. Telephone participants are not permitted to place the Court on hold.

It is **FURTHER ORDERED** that **Mr. Jurgens** shall serve a copy of this Order and all relevant pleadings on **Mahguib El Arabi** on or before **January 17, 2012**, and shall file a certificate of service with the Clerk of the Bankruptcy Court in Delaware forthwith.

*Judith K. Fitzgerald*   rmab
Judith K. Fitzgerald
United States Bankruptcy Judge

cm:    Charles Jurgens
        16547 Academia Drive
        Encino, California  91436