**Saul Ewing LLP**
CELEBRATING 90 YEARS

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2145501 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 12/06/11 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00001 |
| Charlottesville, VA 22902 | |

Re: Asset Disposition

FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/11:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/01/11 | TKD | Review report of quarterly settlements | 0.2 | 130.00 |
| | | TOTAL HOURS | 0.2 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.2 | at | $650.00 | = | 130.00 |

CURRENT FEES                                              130.00

**TOTAL AMOUNT OF THIS INVOICE**                          130.00

**NET AMOUNT OF THIS INVOICE**                            130.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP



**Saul Ewing LLP**
CELEBRATING 90 YEARS

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2145502 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 12/06/11 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00004 |
| Charlottesville, VA 22902 | |

Re: Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/11:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/01/11 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 11/02/11 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 11/04/11 | TKD | Review all case filings | 0.4 | 260.00 |
| 11/07/11 | TKD | Review all case filings, share with team | 0.4 | 260.00 |
| 11/08/11 | TKD | Review Order Signed Denying Without Prejudice Request of Burrell Johnson to Obtain Mailing Matrix Without Payment of Costs | 0.2 | 130.00 |
| 11/08/11 | TKD | Review all case filings, share with team | 0.4 | 260.00 |
| 11/09/11 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 11/10/11 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 11/11/11 | TKD | Review all filings and share with team | 0.5 | 325.00 |
| 11/14/11 | TKD | Review all case filings and share with team | 0.7 | 455.00 |
| 11/15/11 | TKD | Review Application to Employ and Retain Baker & McKenzie as Special Counsel for the Debtors NUNC PRO TUNC to November 1, 2011 | 0.2 | 130.00 |
| 11/15/11 | TKD | Review Application to Employ Pricewaterhouse Coopers as Auditors and Tax Consultants with a waiver of time increments | 0.1 | 65.00 |
| 11/15/11 | TKD | Review all filings and share with team | 0.5 | 325.00 |
| 11/16/11 | TKD | Review all filings and share with team | 0.4 | 260.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022  
00004  
12/06/11

Case 01-01139-AMC   Doc 28344-2   Filed 01/10/12   Page 3 of 11

WR Grace - Official Committee of Equity Security  
Holders  
Case Administration

Invoice Number 2145502  
Page 2

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/17/11 | TKD | Review all filings and share with team | 0.5 | 325.00 |
| 11/18/11 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 11/21/11 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 11/22/11 | TKD | Reviewed all case filings and shared with team | 0.4 | 260.00 |
| 11/23/11 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 11/28/11 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 11/29/11 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 11/30/11 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| | | **TOTAL HOURS** | 9.1 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 9.1 | at | $650.00 | = | 5,915.00 |

| | |
|---|---|
| CURRENT FEES | 5,915.00 |
| **TOTAL AMOUNT OF THIS INVOICE** | 5,915.00 |
| **NET AMOUNT OF THIS INVOICE** | 5,915.00 |

# Saul Ewing LLP
CELEBRATING 90 YEARS

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2145503 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 12/06/11 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00008 |
| Charlottesville, VA 22902 | |

Re: Committee: Creditors', Noteholders' Or Equity Holders'

FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/11:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/03/11 | TKD | Quarterly Committee call: Participated in call | 0.8 | 520.00 |
| 11/03/11 | TKD | Follow up calls offline with Phil Bentley regarding committee composition issues (0.5); calls to David Klauder with Phil Bentley (0.3); talked to David Klauder regarding committee composition (0.4) | 1.2 | 780.00 |
| 11/03/11 | TKD | Review draft letter to USTrustee regarding committee composition and review communications re same | 0.3 | 195.00 |
| | | TOTAL HOURS | 2.3 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 2.3 | at | $650.00 | = | 1,495.00 |

CURRENT FEES                                                                1,495.00

**TOTAL AMOUNT OF THIS INVOICE**                                            1,495.00

**NET AMOUNT OF THIS INVOICE**                                              1,495.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

Case 01-01139-AMC   Doc 28341-2   Filed 01/10/12   Page 5 of 11



Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number  2145505 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date  12/06/11 |
| Peninsula Capital Advisors LLC | Client Number  359022 |
| 404B East Main Street | Matter Number  00015 |
| Charlottesville, VA 22902 | |

Re:  Fee Applications/Applicant

FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/11:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/17/11 | TKD | Review/approve CNO for Saul Ewing, review docket | 0.2 | 130.00 |
| 11/17/11 | TBB | Draft CNO to Saul Ewing's twenty seventh monthly fee application | 0.5 | 97.50 |
| 11/17/11 | TBB | File and serve CNO to Saul Ewing's twenty seventh monthly fee application | 0.8 | 156.00 |
| 11/17/11 | TBB | Check docket for objections | 0.2 | 39.00 |
| 11/21/11 | TBB | Draft Saul Ewing's Tenth Quarterly Fee Application | 1.2 | 234.00 |
| 11/22/11 | TKD | Reviewed and approved Quarterly fee application | 0.4 | 260.00 |
| 11/22/11 | TBB | File and serve Saul Ewing's tenth quarterly fee application | 1.0 | 195.00 |
| 11/29/11 | TKD | Review, approve fee application for filing | 0.4 | 260.00 |
| 11/29/11 | TBB | Draft Saul Ewing's Twenty Eighth Monthly Fee Application | 0.8 | 156.00 |
| 11/29/11 | TBB | File and serve Saul Ewing's Twenty Eighth Monthly Fee Application | 1.0 | 195.00 |
| | | TOTAL HOURS | 6.5 | |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 5.5 | at | $195.00 | = | 1,072.50 |
| Teresa K.D. Currier | 1.0 | at | $650.00 | = | 650.00 |

CURRENT FEES     1,722.50

**TOTAL AMOUNT OF THIS INVOICE**     1,722.50

**NET AMOUNT OF THIS INVOICE**     1,722.50



Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2145506 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 12/06/11 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00016 |
| Charlottesville, VA 22902 | |

Re: Fee Applications/Others

FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/11:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/17/11 | TKD | Review/approve CNO for Kramer Fees, review docket | 0.2 | 130.00 |
| 11/17/11 | TKD | Reviewed/approved Kramer Levin fee application for filing | 0.3 | 195.00 |
| 11/17/11 | TBB | Draft CNO to Kramer Levin's one hundred and twenty first monthly fee application | 0.5 | 97.50 |
| 11/17/11 | TBB | File and serve CNO to Kramer Levin's one hundred and twenty first monthly fee application | 0.8 | 156.00 |
| 11/17/11 | TBB | Review docket for objections | 0.2 | 39.00 |
| 11/18/11 | TBB | Draft Notice to Kramer Levin's thirty eighth quarterly fee application. | 0.3 | 58.50 |
| 11/18/11 | TBB | File and serve Kramer Levin's thirty eighth quarterly fee application. | 0.8 | 156.00 |
| 11/22/11 | TKD | Review and approve Kramer Levin fee/CNO | 0.3 | 195.00 |
| | | TOTAL HOURS | 3.4 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 2.6 | at | $195.00 | = | 507.00 |
| Teresa K.D. Currier | 0.8 | at | $650.00 | = | 520.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00016

12/06/11

Case 01-01139-AMC   Doc 28341-2   Filed 01/10/12   Page 8 of 11

WR Grace - Official Committee of Equity Security Holders
Fee Applications/Others

Invoice Number 2145506
Page 2

|  |  |
|---|---:|
| CURRENT FEES | 1,027.00 |
| **TOTAL AMOUNT OF THIS INVOICE** | 1,027.00 |
| **NET AMOUNT OF THIS INVOICE** | 1,027.00 |



CELEBRATING 90 YEARS

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2145507 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 12/06/11 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00017 |
| Charlottesville, VA 22902 | |

Re:   Hearings

FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/11:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/16/11 | TKD | Review notice of matters scheduled for hearing | 0.2 | 130.00 |
| 11/23/11 | TKD | Hearing coverage communications with Phil Bentley | 0.2 | 130.00 |
| | | TOTAL HOURS | 0.4 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.4 | at | $650.00 | = | 260.00 |

CURRENT FEES                                                                                                   260.00

**TOTAL AMOUNT OF THIS INVOICE**                                                          260.00

**NET AMOUNT OF THIS INVOICE**                                                                260.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP



CELEBRATING 90 YEARS

Federal Identification Number:  23-1416352
Accounting Phone:  215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number    2145508 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date      12/06/11 |
| Peninsula Capital Advisors LLC | Client Number       359022 |
| 404B East Main Street | Matter Number        00020 |
| Charlottesville, VA  22902 | |

Re:  Plan and Disclosure Statement

FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/11:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/09/11 | TKD | Review Appellee Designation of Additional Items for Inclusion in Record of Appeal /Designation Of Additional Items To Be Included In The Record On Appeal By Appellees Kazan, Mcclain, Lyons, Greenwood & Harley, Waters & Kraus LLP, Simmons Browder Gianaris Angelides & Barnerd LLC, Bergman, Draper & Frockt, Gori Julian, & Associates, P.C., Early, Lucarelli, Sweeney & Strauss, Cooney & Conway, Lipsitz & Ponterio, LLC, Bifferato LLC, And Montgomery, Mccracken, Walker & Rhoads, LLP | 0.3 | 195.00 |
| 11/09/11 | TKD | Review Appellee Designation of Additional Items for Inclusion in Record of Appeal and Re-Statement of the Issues by Appellees | 0.2 | 130.00 |
| | | TOTAL HOURS | 0.5 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | Rate | | Value |
|---|---|---|---|---|
| Teresa K.D. Currier | 0.5 at | $650.00 | = | 325.00 |

CURRENT FEES                                325.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

| | | |
|---|---|---|
| 359022 00020 | WR Grace - Official Committee of Equity Security Holders Plan and Disclosure Statement | Invoice Number 2145508 Page 2 |
| 12/06/11 | | |

|  |  |
|---|---|
| **TOTAL AMOUNT OF THIS INVOICE** | 325.00 |
| **NET AMOUNT OF THIS INVOICE** | 325.00 |