**EXHIBIT B**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. Grace & Co., <u>et al.</u>, | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |
| | **Objection Deadline:  September 1, 2011 at 4:00 p.m.**<br>**Hearing date:  To be scheduled only if objections**<br>**are timely filed and served.** |

### ONE-HUNDRED FOURTEENTH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS <u>FOR THE PERIOD FROM JULY 1, 2011 THROUGH JULY 30, 2011</u>

| | |
|---|---|
| Name of Applicant: | **Duane Morris LLP** |
| Authorized to Provide<br>Professional Services to: | **Official Committee of<br>Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and<br>reimbursement is sought | **July 1, 2011 through July 30,<br>2011** |
| Amount of Compensation sought as<br>actual, reasonable and necessary: | **$5,346.40 (80% of $6,683.00)** |
| Amount of Expense Reimbursement sought<br>as actual, reasonable and necessary: | **$69.92** |

This is an: ☒ monthly  ☐ interim  ☐ final application.


This is the one-hundred fourteenth monthly fee application of Duane Morris LLP.


Docket No. 27414
Date Filed 8/11/11

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01–7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02–1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02–2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02–3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |
| June 19, 2003 | 4/1/03 – 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 – 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |
| September 18, 2003 | 6/1/03 – 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 – 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 – 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 – 12/30/03 | $20,454.50 | $221.26 | $16,363.60 | $221.26 |
| June 22, 2004 | 1/1/04 – | $22,612.50 | $872.84 | $18,090.00 | $872.84 |

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| | 1/31/04 | | | | |
| June 22, 2004 | 2/1/04 – 2/29/04 | $11,260.50 | $489.46 | $9,008.40 | $489.46 |
| June 22, 2004 | 3/1/04 – 3/31/04 | $11,766.00 | $16.05 | $9,412.80 | $16.05 |
| June 28, 2004 | 4/1/04 – 4/30/04 | $16,984.50 | $980.26 | $13,587.60 | $980.26 |
| June 30, 2004 | 5/1/04 – 5/31/04 | $32,817.00 | $2,190.53 | $26,253.60 | $2,190.53 |
| July 30, 2004 | 6/1/04 – 6/30/04 | $27,416.50 | $738.78 | $21,933.20 | $738.78 |
| August 25, 2004 | 7/1/04 - 7/31/04 | $19,040.00 | $201.17 | $15,232.00 | $201.17 |
| September 23, 2004 | 8/1/04- 8/31/04 | $18,098.50 | $383.56 | $14,478.80 | $383.56 |
| October 20, 2004 | 9/1/04 – 9/30/04 | $18,370.50 | $198.58 | $14,696.40 | $198.58 |
| November 19, 2004 | 10/1/04 – 10/31/04 | $26,153.50 | $228.76 | $20,922.80 | $228.76 |
| December 17, 2004 | 11/1/04 – 11/30/04 | $33,416.50 | $9,327.54 | $26,733.20 | $9,327.54 |
| January 18, 2005 | 12/1/05 - 12/31/05 | $40,701.00 | $563.95 | $32,560.80 | $563.95 |
| March 3, 2005 | 1/1/05 – 1/31/05 | $41,319.50 | $2,508.99 | $33,055.60 | $2,508.99 |
| March 21, 2005 | 2/1/05 – 2/28/05 | $19,744.50 | $176.37 | $15,795.60 | $176.37 |
| April 22, 2005 | 3/1/05 – 3/31/05 | $17,413.00 | $1,001.41 | $13,030.40 | $1,001.41 |
| May 24, 2005 | 4/1/05 – 4/30/05 | $12,196.00 | $41.50 | $9,756.80 | $41.50 |
| June 20, 2005 | 5/1/05- 5/30/05 | $17,670.50 | $421.11 | $14,136.40 | $421.11 |
| July 21,2005 | 6/1/05- 6/30/05 | $15,429.99 | $685.78 | $12,343.20 | $685.78 |
| August 30, 2005 | 7/1/05- 7/31/05 | $26,044.50 | $1,766.47 | $20,835.60 | $1,766.47 |
| September 30, 2005 | 8/1/05- 8/31/05 | $15,111.00 | $436.15 | $12,088.80 | $436.15 |
| October 20, 2005 | 9/1/05 – 9/30/05 | $13,118.50 | $731.74 | $10,494.80 | $731.74 |
| November 18, 2005 | 10/1/05- 10/31/05 | $18,014.00 | $40.22 | $14,411.20 | $40.22 |
| December 19, 2005 | 11/1/05 – 11/30/05 | $13,114.00 | $365.64 | $12,893.90 | $365.64 |

3

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| February 6, 2006 | 12/1/05 – 12/31/05 | $20,159.00 | $1,871.84 | $16,127.20 | $1,841.84 |
| March 2, 2006 | 1/1/06 – 1/28/06 | $21,157.40 | $517.90 | $16,930.00 | $517.90 |
| March 13, 2006 | 2/1/06 – 2/28/06 | $11,268.50 | $0.00 | $9,014.80 | $0.00 |
| April 28, 2006 | 3/1/06 – 3/31/06 | $15,309.50 | $424.79 | $12,247.60 | $424.79 |
| May 30, 2006 | 4/1/06 – 4/30/06 | $14,241.50 | $1,014.93 | $11,393.20 | $1,014.93 |
| June 16, 2006 | 5/1/06 – 5/31/06 | $15,350.50 | $38.60 | $12,280.40 | $38.60 |
| August 10, 2006 | 6/1/06 – 6/30/06 | $25,877.00 | $1,968.78 | $20,701.60 | $1,968.78 |
| August 30, 2006 | 7/1/06 – 7/31/06 | $27,754.00 | $260.05 | $27,754.00 | $260.05 |
| October 6, 2006 | 8/1/06 – 8/31/06 | $32,699.50 | $235.27 | $32,699.50 | $235.27 |
| October 30, 2006 | 9/1/06 – 9/30/06 | $29,511.50 | $1,537.45 | $26,511.50 | $1,537.45 |
| November 30, 2006 | 10/1/06 – 10/31/06 | $22,550.50 | $360.17 | $22,550.50 | $360.17 |
| January 8, 2007 | 11/1/06 – 11/30/06 | $52,715.50 | $462.28 | $52,715.50 | $462.28 |
| February 1, 2007 | 12/1/06 – 12/31/06 | $36,411.00 | $628.30 | $36,411.00 | $208.95 |
| February 28, 2007 | 1/1/07 – 1/31/07 | $39,970.50 | $770.49 | $39,970.50 | $770.49 |
| April 13, 2007 | 2/1/07 – 2/28/07 | $23,416.00 | $81.51 | $23,416.00 | $81.51 |
| May 1, 2007 | 3/1/07 – 3/31/07 | $20,408.50 | $110.79 | $20,408.50 | $110.79 |
| July 13, 2007 | 4/1/07 – 4/30/07 | $17,098.00 | $677.86 | $20,408.50 | $110.79 |
| July 13, 2007 | 5/1/07 – 5/31/07 | $20,049.00 | $7,553.02 | $20,049.00 | $7,553.02 |
| July 31, 2007 | 6/1/107 – 6/30/07 | $22,710.50 | $1,017.52 | $22,710.50 | $1,017.52 |
| October 1, 2007 | 7/1/07 – 7/31/07 | $43,373.50 | $1,544.99 | $34,698.80 | $1,544.99 |
| October 1, 2007 | 8/1/07 – 8/31/07 | $23,739.50 | $1,306.17 | $18,991.60 | $1,306.17 |
| October 30, 2007 | 9/1/07 – 9/30/07 | $36,004.00 | $48.39 | $28,803.20 | $48.39 |

4

| | | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| December 3, 2007 | 10/1/07 – 10/31/07 | $28,085.50 | $3,244.17 | $22,468.40 | $3,244.17 |
| January 3, 2008 | 11/1/07 – 11/30/07 | $29,455.00 | $860.54 | $23,564.00 | $860.54 |
| January 29, 2008 | 12/1/07 – 12/31/07 | $49,823.00 | $505.80 | $47,689.06 | $505.80 |
| March 10, 2008[1] | 1/1/08 – 2/29/08 | $58,572.80 | $10,713.36 | $46,858.24 | $10,713.36 |
| May 1, 2008 | 3/1/08 – 3/31/08 | $50,913.00 | $1,171.03 | $50,301.80 | $1,171.03 |
| May 21, 2008 | 4/1/08 – 4/30/08 | $84,772.50 | $1,770.07 | $67,778.00 | $1,770.07 |
| June 27, 2008 | 5/1/08 – 5/31/08 | $23,242.00 | $1,913.97 | $18,593.60 | $1,913.97 |
| July 28, 2008 | 6/1/08 – 6/30/08 | $28,668.00 | $888.00 | $22,934.40 | $888.00 |
| August 28, 2008 | 7/1/08 – 7/31/08 | $30,341.50 | $183.79 | $24,273.20 | $183.79 |
| October 13, 2008 | 8/1/08 – 8/31/08 | $21,406.50 | $2,380.26 | $17,125.20 | $2,380.26 |
| November 12, 2008 | 9/1/08 – 9/30/08 | $25,857.00 | $784.16 | $20,685.60 | $784.16 |
| November 18, 2008 | 10/1/08 – 10/31/08 | $30,909.00 | $2,724.44 | $24,727.20 | $2,724.44 |
| December 30, 2008 | 11/1/08 – 11/30/08 | $14,479.00 | $238.13 | $11,583.20 | $238.13 |
| February 3, 2009 | 12/1/08 – 12/31/08 | $32,930.00 | $825.68 | $26,344.00 | $825.68 |
| February 11, 2009 | 1/1/09 – 1/31/09 | $47,975.00 | $828.47 | $38,380.00 | $828.47 |
| April 2, 2009 | 2/1/09 – 2/28/09 | $33,072.50 | $493.81 | $26,458.00 | $493.81 |
| April 10, 2009 | 3/1/09 – 3/31/09 | $34,393.50 | $2,281.30 | $27,514.80 | $2,281.30 |
| June 5, 2009 | 4/1/09 – 4/30/09 | $33,877.50 | $1,333.84 | $27,102.00 | $1,333.84 |
| June 5, 2009 | 5/1/09 – 5/31/09 | $38,838.00 | $18.92 | $31,070.40 | $18.92 |
| August 19, 2009 | 6/1/09 – 6/30/09 | $102,615.50 | $2,762.47 | $82,092.40 | $2,762.47 |

---

[1] The title of this Application [D.I. 18254] states that the fee application was for the period January 1, 2008 through January 31, 2008, when it should have identified the period as January 1, 2008 through February 29, 2008.

DM3\1864603.1

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| September 23, 2009 | 7/1/09 – 7/31/09 | $72,966.60 | $1,922.11 | $58,373.28 | $1,922.11 |
| September 24, 2009 | 8/1/09 – 8/31/09 | $66,921.00 | $2,118.21 | $53,536.80 | $2,118.21 |
| October 21, 2009 | 9/1/09 – 9/30/09 | $70,480.00 | $309.20 | $56,384.00 | $309.20 |
| December 1, 2009 | 10/1/09 – 10/31/09 | $33,986.50 | $2,425.29 | $27,189.20 | $2,425.29 |
| December 28, 2009 | 11/1/09- 11/30/09 | $32,937.00 | $101.82 | $26,349.60 | $101.82 |
| January 28, 2010 | 12/1/09- 12/31/09 | $15,975.00 | $1,870.07 | $12,780.00 | $1,870.07 |
| March 2, 2010 | 1/1/10 – 1/31/10 | $21,378.80 | $81.23 | $17,103.04 | $81.23 |
| March 29, 2010 | 2/1/10 – 2/29/10 | $8,597.50 | $803.88 | $6,878.00 | $803.88 |
| April 28, 2010 | 3/1/10 – 3/31/10 | $18,726.50 | $1,436.91 | $14,981.20 | $1,436.91 |
| May 28, 2010 | 4/1/10 – 4/30/10 | $11,323.50 | $46.14 | $9,058.80 | $46.14 |
| June 28, 2010 | 5/1/10 – 5/31/10 | $6,203.50 | $944.99 | $4,962.80 | $944.99 |
| July 30, 2010 | 6/1/10 – 6/30/10 | $11,249.50 | $605.05 | $8,999.60 | $605.05 |
| August 18, 2010 | 7/1/10 – 7/31/10 | $4,799.00 | $302.53 | $3,839.20 | $302.53 |
| September 28, 2010 | 8/1/10 – 8/30/10 | $6,063.50 | $310.09 | $4,850.80 | $310.09 |
| October 28, 2010 | 9/1/10 – 9/30/10 | $9,657.50 | $570.26 | $7,726.00 | $570.26 |
| November 29, 2010 | 10/1/10 – 10/31/10 | $2,526.50 | $12.18 | $2,021.20 | $12.18 |
| December 28, 2010 | 11/1/10 – 11/30/10 | $2,486.00 | $0.00 | $1,988.80 | $0.00 |
| January 28, 2011 | 12/1/10 – 12/31/10 | $18,306.50 | $975.89 | $14,645.20 | $975.89 |
| February 28, 2011 | 1/1/11 – 1/31/11 | $11,915.50 | $55.74 | $9,532.40 | $55.74 |
| March 28, 2011 | 2/1/11 – 2/29/11 | $42,225.00 | $1,195.31 | $33,780.00 | $1,195.31 |
| April 28, 2011 | 3/1/11 – 3/31/11 | $17,595.50 | $417.97 | $14,076.40 | $417.97 |
| June 28, 2011 | 4/1/11 – 4/30/11 | $29,853.50 | $10.00 | $23,882.80 | $10.00 |

| Date Filed | Period Covered | Requested | | Approved for Payment | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| June 28, 2011 | 5/1/11 – 5/31/11 | $16,460.00 | $211.76 | $13,168.00 | $211.76 |
| August 9, 2011 | 6/1/11 – 6/30/11 | $29,115.00 | $1,137.17 | Pending | Pending |

## SUMMARY OF COMPENSABLE TIME

| Name of Professional Person | Position of the Applicant/No. of Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| William S. Katchen | Of Counsel/41 years | $835.00 | 2.30 | $1,920.50 |
| Michael R. Lastowski | Partner/25 years | $745.00 | 5.50 | $4,097.50 |
| Stephanie Lenkiewicz | Paralegal | $175.00 | 3.80 | $665.00 |
| **Total** | | | **11.60** | **$6,683.00** |

## COMPENSATION SUMMARY BY TASK CODE

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition (02) | 0.60 | $447.00 |
| Claim Analysis, Objection, Resolution & Estimation (Asbestos) (05) | 0.30 | $223.50 |
| Claim Analysis, Objection, Resolution & Estimation (Non-Asbestos) (06) | 0.10 | $74.50 |
| Committee (All – Creditors, Note Holders, Equity Holders) (07) | 1.30 | $1,085.50 |
| Fee Applications, Applicant (12) | 2.40 | $420.00 |
| Fee Applications, Other (13) | 1.40 | $245.00 |
| Hearings (15) | 3.60 | $2,682.00 |
| Plan and Disclosure Statement (17) | 0.90 | $670.50 |
| Other (25) | 1.00 | $835.00 |
| **TOTAL** | **11.60** | **$6,683.00** |

## EXPENSE SUMMARY

| Expense Category | Provider | Total Expenses |
|---|---|---|
| Postage | | $109.24 |
| Messenger Service | Parcels | $5.00 |
| Court Search Service | | $.58 |
| Printing & Duplicating | Internal | $76.60 |
| **TOTAL** | | **$191.42** |
| **LESS REFUND** | Train Travel 6/28/11 | **-$121.50** |
| **GRAND TOTAL EXPENSES** | | **$69.92** |

8

WHEREFORE, Duane Morris LLP respectfully requests that, for the period July 1, 2011

through July 30, 2011, an interim allowance be made to Duane Morris LLP for compensation in

the amount of $5,346.40 (80% of allowed fees totaling $6,682.00) and $69.92 for reimbursement

of expenses be authorized, and for such other and further relief as this Court may deem just and

proper.

Dated: August 11, 2011
      Wilmington, Delaware

/s/ Michael R. Lastowski
Michael R. Lastowski (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
Telephone:  (302) 657-4900
Facsimile:  (302) 657-4901
E-mail:     mlastowski@duanemorris.com
           rwriley@duanemorris.com

- and –

William S. Katchen
DUANE MORRIS LLP
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:  (973) 424-2000
Facsimile:  (973) 424-2001
E-mail:     wskatchen@duanemorris.com

Co-Counsel for the Official Committee of
Unsecured Creditors of W. R. Grace & Co., et al.

# Exhibit A

# Duane Morris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

August 04, 2011

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001          Invoice# 1684877          IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 07/31/2011 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 5.50 | hrs. at | $745.00 | /hr. = | $4,097.50 |
| WS KATCHEN | OF COUNSEL | 2.30 | hrs. at | $835.00 | /hr. = | $1,920.50 |
| S LENKIEWICZ | PARALEGAL | 3.80 | hrs. at | $175.00 | /hr. = | $665.00 |
| | | | | | | $6,683.00 |

| | |
|---|---|
| DISBURSEMENTS | |
| AMTRAK | $-121.50 |
| COURT SEARCH SERVICE | $0.58 |
| MESSENGER SERVICE | $5.00 |
| POSTAGE | $109.24 |
| PRINTING & DUPLICATING | $76.60 |
| TOTAL DISBURSEMENTS | $69.92 |
| | |
| BALANCE DUE THIS INVOICE | $6,752.92 |

Duane Morris
August 04, 2011
Page 2

File # K0248-00001                                    INVOICE# 1684877
      W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 7/19/2011 | 002 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: FILING DOCUMENTS UNDER SEAL AND RELATED REVIEW OF UNDERLYING SALE ORDER | 0.30 | $223.50 |
| 7/20/2011 | 002 | MR LASTOWSKI | E-MAIL FROM A. KREIGER RE: PROTECTIVE ORDER | 0.10 | $74.50 |
| 7/20/2011 | 002 | MR LASTOWSKI | REVIEW PROTECTIVE ORDER AND E-MAIL TO A. KRIEGER RE: SAME | 0.20 | $149.00 |
| | | | Code Total | 0.60 | $447.00 |

Duane Morris
August 04, 2011
Page 3

File # K0248-00001                                    INVOICE# 1684877
      W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 7/9/2011 005 | MR LASTOWSKI | REVIEW MOTION FOR APPROVAL OF STATE OF CALIFORNIA SETTLEMENT | 0.30 | $223.50 |
| | | Code Total | 0.30 | $223.50 |

Duane Morris
August 04, 2011
Page 4

File # K0248-00001                                    INVOICE# 1684877
        W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 7/12/2011 006 | MR LASTOWSKI | REVIEW REVISED BLACKBURN SUPERFUND SITE CONSENT DECREEE | 0.10 | $74.50 |
| | | Code Total | 0.10 | $74.50 |

Duane Morris
August 04, 2011
Page 5

File # K0248-00001
    W.R. GRACE & CO.

INVOICE# 1684877

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 6/30/2011 007 | WS KATCHEN | COMMITTEE CONFERENCE CALL. | 0.50 | $417.50 |
| 7/1/2011 007 | WS KATCHEN | REVIEW COMMITTEE MEMO TIPA PATENT SETTLEMENT. | 0.20 | $167.00 |
| 7/5/2011 007 | WS KATCHEN | REVIEW STROOCK MEMO BLACKBURN, ET AL. | 0.30 | $250.50 |
| 7/15/2011 007 | WS KATCHEN | REVIEW CAPSTONE ANALYSIS (CONFIDENTIAL MATTER). | 0.20 | $167.00 |
| 7/29/2011 007 | WS KATCHEN | REVIEW STROOCK CONFIDENTIAL MEMO. | 0.10 | $83.50 |
| | | Code Total | 1.30 | $1,085.50 |

Duane Morris
August 04, 2011
Page 6

File # K0248-00001                                    INVOICE# 1684877
     W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 7/12/2011 012 | S LENKIEWICZ | PREPARE FEE APPLICATION CHARTS (.7); REVIEW AND REVISE 40TH QUARTERLY FEE APPLICATION (.3); PREPARE EXHIBITS (.5); PREPARE CERTIFICATE OF SERVICE AND SERVICE LISTS (.3); PREPARE SERVICE LABELS (.2); FINALIZE 40TH QUARTERLY FEE APPLICATION FOR E-FILING (.2); EFILE SAME (.2); PREPARE AS-FILED COPY OF SAME FOR SERVICE AND COORDINATE SAME (.3) | 1.70 | $297.50 |
| 7/15/2011 012 | S LENKIEWICZ | REVISE AND FINALIZE DUANE MORRIS 40TH QUARTERLY FEE APPLICATION (.2); EFILE SAME (.3); COORDINATE SERVICE OF SAME (.2) | 0.70 | $122.50 |
| | | Code Total | 2.40 | $420.00 |

Duane Morris
August 04, 2011
Page 7

File # K0248-00001                             INVOICE# 1684877
      W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 7/6/2011 013 | S LENKIEWICZ | PREPARE CERTIFICATE OF NO OBJECTION RE CAPSTONE 87TH MONTHLY FEE APPLICATION (.2); EFILE SAME (.2); FORWARD AS-FILED COPY OF SAME TO D. MOHAMMAD (.1) | 0.50 | $87.50 |
| 7/7/2011 013 | S LENKIEWICZ | PREPARE CERTIFICATION OF NO OBJECTION REGARDING CAPSTONE'S 87TH MONTHLY FEE APPLICATION (.2); EFILE SAME (.2); FORWARD AS-FILED COPY OF SAME TO D. MOHAMMAD (.1) | 0.50 | $87.50 |
| 7/28/2011 013 | S LENKIEWICZ | FINALIZE AND EFILE SSL 123RD MONTHLY FEE APPLICATION (.3); FORWARD AS-FILED COPY OF SAME TO D. MOHAMMAD (.1) | 0.40 | $70.00 |
| | | Code Total | 1.40 | $245.00 |

Duane Morris
August 04, 2011
Page 8

File # K0248-00001
    W.R. GRACE & CO.

INVOICE# 1684877

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 7/4/2011 015 | MR LASTOWSKI | REVIEW 7/6/11 AGENDA ITEMS | 0.60 | $447.00 |
| 7/18/2011 015 | MR LASTOWSKI | REVIEW 7/25/11 AGENDA NOTICE AND ITEMS IDENTIFIED THEREIN | 1.40 | $1,043.00 |
| 7/21/2011 015 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: 7/25/11 AGENDA | 0.10 | $74.50 |
| 7/21/2011 015 | MR LASTOWSKI | E-MAIL TO K. PASQUALE RE: 7/25/11 AGENDA | 0.50 | $372.50 |
| 7/21/2011 015 | MR LASTOWSKI | REVIEW ITEMS ON 7/25/11 AGENDA | 0.50 | $372.50 |
| 7/22/2011 015 | MR LASTOWSKI | E-MAIL FROM J. GREEN RE: FILING NOTICE OF SUPPLEMENTAL AUTHORITY | 0.10 | $74.50 |
| 7/22/2011 015 | MR LASTOWSKI | E-MAIL TO J. GREEN RE: FILING NOTICE OF SUPPLEMENTAL AUTHORITY | 0.10 | $74.50 |
| 7/22/2011 015 | MR LASTOWSKI | REVIEW STATUS OF AGENDA ITEMS FOR 7/25/11 HEARING AND E-MAIL FROM A. KRIEGER RE: SAME | 0.20 | $149.00 |
| 7/22/2011 015 | MR LASTOWSKI | E-MAIL TO A. KRIEGER AND K. PASQUALE RE: 7/25/11 HEARING | 0.10 | $74.50 |
| | | Code Total | 3.60 | $2,682.00 |

Duane Morris
August 04, 2011
Page 9

File # K0248-00001                                    INVOICE# 1684877
     W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 7/7/2011 017 | MR LASTOWSKI | REVIEW DEBTORS' PROPOSED CONFIRMATION ORDER | 0.10 | $74.50 |
| 7/9/2011 017 | MR LASTOWSKI | REVIEW DEBTORS' PROPOSED CONFIRMATION ORDER | 0.10 | $74.50 |
| 7/19/2011 017 | MR LASTOWSKI | E-MAIL TO AND FROM A. KRIEGER RE: FILING DOCUMENTS UNDER SEAL | 0.10 | $74.50 |
| 7/21/2011 017 | MR LASTOWSKI | REVIEW PROPOSED CONFIRMATION ORDER, CONDITIONING CONFIRMATION UPON AWARD OF DEFAULT INTEREST TO BANK LENDERS | 0.10 | $74.50 |
| 7/25/2011 017 | MR LASTOWSKI | REVIEW SUPPLEMENTAL AUTHORITY IN SUPPORT OF COMMITTEE AND BANK LENDERS' CONFIRMATION APPEAL | 0.40 | $298.00 |
| 7/29/2011 017 | MR LASTOWSKI | REVIEW DEBTORS' RESPONSE TO COMMITTEE AND BANK LENDERS' NOTIFICATION OF SUPPLEMENTAL AUTHORITY | 0.10 | $74.50 |
| | | Code Total | 0.90 | $670.50 |

Duane Morris
August 04, 2011
Page 10

File # K0248-00001                                    INVOICE# 1684877
    W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 7/5/2011 025 | WS KATCHEN | UPDATE APPEAL STATUS CLAIMANT. | 0.40 | $334.00 |
| 7/13/2011 025 | WS KATCHEN | REVIEW DEBTORS' REPLY TO BANK LENDERS' AND OCC MOTION. | 0.10 | $83.50 |
| 7/14/2011 025 | WS KATCHEN | REVIEW AMENDED NOTICE OF MOTION SETTLEMENT - STATE OF CALIFORNIA RE: ASBESTOS PROPERTY DAMAGE. | 0.10 | $83.50 |
| 7/14/2011 025 | WS KATCHEN | REVIEW/REVISED AGREEMENT DEBTORS/EPA/MASS (.2) | 0.20 | $167.00 |
| 7/18/2011 025 | WS KATCHEN | UPDATE AGENDA AND DOCKET. | 0.20 | $167.00 |
| | | Code Total | 1.00 | $835.00 |
| | | TOTAL SERVICES | 11.60 | $6,683.00 |

Duane Morris
August 04, 2011
Page 11

File # K0248-00001                                          INVOICE# 1684877
　　W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|------|--------|
| 07/31/2011 | POSTAGE | | 109.24 |
| | | Total: | $109.24 |
| 07/31/2011 | MESSENGER SERVICE | | 5.00 |
| | | Total: | $5.00 |
| 07/15/2011 | TRAIN TRAVEL - W KATCHEN TRANSPORTATION ON 6/28/ 2011 FROM NEWARK, NJ TO PHILADELPHIA, PA TKT: 79 9024 | | -121.50 |
| | | Total: | $-121.50 |
| 07/31/2011 | COURT SEARCH SERVICE | | 0.58 |
| | | Total: | $0.58 |
| 07/31/2011 | PRINTING & DUPLICATING | | 76.60 |
| | | Total: | $76.60 |
| | | TOTAL DISBURSEMENTS | $69.92 |

Duane Morris
August 04, 2011
Page 12

File # K0248-00001                                  INVOICE# 1684877
     W.R. GRACE & CO.

| TIMEKEEPER NO. | NAME | CLASS | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 02394 | MR LASTOWSKI | PARTNER | 5.50 | 745.00 | $4,097.50 |
| 02602 | WS KATCHEN | OF COUNSEL | 2.30 | 835.00 | $1,920.50 |
| 03723 | S LENKIEWICZ | PARALEGAL | 3.80 | 175.00 | $665.00 |
| | | | 11.60 | | $6,683.00 |