**EXHIBIT C**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. Grace & Co., et al., | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |
| | **Objection Deadline:  October 25, 2011 at 4:00 p.m.**<br>**Hearing date:  To be scheduled only if objections**<br>**are timely filed and served.** |

### ONE-HUNDRED FIFTEENTH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM AUGUST 1, 2011 THROUGH AUGUST 31, 2011

| | |
|---|---|
| Name of Applicant: | **Duane Morris LLP** |
| Authorized to Provide<br>Professional Services to: | **Official Committee of**<br>**Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and<br>reimbursement is sought | **August 1, 2011 through August**<br>**31, 2011** |
| Amount of Compensation sought as<br>actual, reasonable and necessary: | **$4,763.20 (80% of $5,954.00)** |
| Amount of Expense Reimbursement sought<br>as actual, reasonable and necessary: | **$512.17** |

This is an: ☒ monthly ☐ interim ☐ final application.

This is the one-hundred fifteenth monthly fee application of Duane Morris LLP.

Docket No. 27722

Date Filed 10/5/11

DM3\1925900.1

### PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01-7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02-1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02-2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02-3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |
| June 19, 2003 | 4/1/03 – 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 – 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |
| September 18, 2003 | 6/1/03 – 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 – 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 – 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 – 12/30/03 | $20,454.50 | $221.26 | $16,363.60 | $221.26 |
| June 22, 2004 | 1/1/04 – | $22,612.50 | $872.84 | $18,090.00 | $872.84 |

| | | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| | 1/31/04 | | | | |
| June 22, 2004 | 2/1/04 – 2/29/04 | $11,260.50 | $489.46 | $9,008.40 | $489.46 |
| June 22, 2004 | 3/1/04 – 3/31/04 | $11,766.00 | $16.05 | $9,412.80 | $16.05 |
| June 28, 2004 | 4/1/04 – 4/30/04 | $16,984.50 | $980.26 | $13,587.60 | $980.26 |
| June 30, 2004 | 5/1/04 – 5/31/04 | $32,817.00 | $2,190.53 | $26,253.60 | $2,190.53 |
| July 30, 2004 | 6/1/04 – 6/30/04 | $27,416.50 | $738.78 | $21,933.20 | $738.78 |
| August 25, 2004 | 7/1/04 - 7/31/04 | $19,040.00 | $201.17 | $15,232.00 | $201.17 |
| September 23, 2004 | 8/1/04- 8/31/04 | $18,098.50 | $383.56 | $14,478.80 | $383.56 |
| October 20, 2004 | 9/1/04 – 9/30/04 | $18,370.50 | $198.58 | $14,696.40 | $198.58 |
| November 19, 2004 | 10/1/04 – 10/31/04 | $26,153.50 | $228.76 | $20,922.80 | $228.76 |
| December 17, 2004 | 11/1/04 – 11/30/04 | $33,416.50 | $9,327.54 | $26,733.20 | $9,327.54 |
| January 18, 2005 | 12/1/05 - 12/31/05 | $40,701.00 | $563.95 | $32,560.80 | $563.95 |
| March 3, 2005 | 1/1/05 – 1/31/05 | $41,319.50 | $2,508.99 | $33,055.60 | $2,508.99 |
| March 21, 2005 | 2/1/05 – 2/28/05 | $19,744.50 | $176.37 | $15,795.60 | $176.37 |
| April 22, 2005 | 3/1/05 – 3/31/05 | $17,413.00 | $1,001.41 | $13,030.40 | $1,001.41 |
| May 24, 2005 | 4/1/05 – 4/30/05 | $12,196.00 | $41.50 | $9,756.80 | $41.50 |
| June 20, 2005 | 5/1/05- 5/30/05 | $17,670.50 | $421.11 | $14,136.40 | $421.11 |
| July 21,2005 | 6/1/05- 6/30/05 | $15,429.99 | $685.78 | $12,343.20 | $685.78 |
| August 30, 2005 | 7/1/05- 7/31/05 | $26,044.50 | $1,766.47 | $20,835.60 | $1,766.47 |
| September 30, 2005 | 8/1/05- 8/31/05 | $15,111.00 | $436.15 | $12,088.80 | $436.15 |
| October 20, 2005 | 9/1/05 – 9/30/05 | $13,118.50 | $731.74 | $10,494.80 | $731.74 |
| November 18, 2005 | 10/1/05- 10/31/05 | $18,014.00 | $40.22 | $14,411.20 | $40.22 |
| December 19, 2005 | 11/1/05 – 11/30/05 | $13,114.00 | $365.64 | $12,893.90 | $365.64 |

| Date Filed | Period Covered | Requested | | Approved for Payment | |
| | | Fees | Expenses | Fees | Expenses |
|---|---|---|---|---|---|
| February 6, 2006 | 12/1/05 – 12/31/05 | $20,159.00 | $1,871.84 | $16,127.20 | $1,841.84 |
| March 2, 2006 | 1/1/06 – 1/28/06 | $21,157.40 | $517.90 | $16,930.00 | $517.90 |
| March 13, 2006 | 2/1/06 – 2/28/06 | $11,268.50 | $0.00 | $9,014.80 | $0.00 |
| April 28, 2006 | 3/1/06 – 3/31/06 | $15,309.50 | $424.79 | $12,247.60 | $424.79 |
| May 30, 2006 | 4/1/06 – 4/30/06 | $14,241.50 | $1,014.93 | $11,393.20 | $1,014.93 |
| June 16, 2006 | 5/1/06 – 5/31/06 | $15,350.50 | $38.60 | $12,280.40 | $38.60 |
| August 10, 2006 | 6/1/06 – 6/30/06 | $25,877.00 | $1,968.78 | $20,701.60 | $1,968.78 |
| August 30, 2006 | 7/1/06 – 7/31/06 | $27,754.00 | $260.05 | $27,754.00 | $260.05 |
| October 6, 2006 | 8/1/06 – 8/31/06 | $32,699.50 | $235.27 | $32,699.50 | $235.27 |
| October 30, 2006 | 9/1/06 – 9/30/06 | $29,511.50 | $1,537.45 | $26,511.50 | $1,537.45 |
| November 30, 2006 | 10/1/06 – 10/31/06 | $22,550.50 | $360.17 | $22,550.50 | $360.17 |
| January 8, 2007 | 11/1/06 – 11/30/06 | $52,715.50 | $462.28 | $52,715.50 | $462.28 |
| February 1, 2007 | 12/1/06 – 12/31/06 | $36,411.00 | $628.30 | $36,411.00 | $208.95 |
| February 28, 2007 | 1/1/07 – 1/31/07 | $39,970.50 | $770.49 | $39,970.50 | $770.49 |
| April 13, 2007 | 2/1/07 – 2/28/07 | $23,416.00 | $81.51 | $23,416.00 | $81.51 |
| May 1, 2007 | 3/1/07 – 3/31/07 | $20,408.50 | $110.79 | $20,408.50 | $110.79 |
| July 13, 2007 | 4/1/07 – 4/30/07 | $17,098.00 | $677.86 | $20,408.50 | $110.79 |
| July 13, 2007 | 5/1/07 – 5/31/07 | $20,049.00 | $7,553.02 | $20,049.00 | $7,553.02 |
| July 31, 2007 | 6/1/107 – 6/30/07 | $22,710.50 | $1,017.52 | $22,710.50 | $1,017.52 |
| October 1, 2007 | 7/1/07 – 7/31/07 | $43,373.50 | $1,544.99 | $34,698.80 | $1,544.99 |
| October 1, 2007 | 8/1/07 – 8/31/07 | $23,739.50 | $1,306.17 | $18,991.60 | $1,306.17 |
| October 30, 2007 | 9/1/07 – 9/30/07 | $36,004.00 | $48.39 | $28,803.20 | $48.39 |

| Date Filed | Period Covered | Requested | | Approved for Payment | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| December 3, 2007 | 10/1/07 – 10/31/07 | $28,085.50 | $3,244.17 | $22,468.40 | $3,244.17 |
| January 3, 2008 | 11/1/07 – 11/30/07 | $29,455.00 | $860.54 | $23,564.00 | $860.54 |
| January 29, 2008 | 12/1/07 – 12/31/07 | $49,823.00 | $505.80 | $47,689.06 | $505.80 |
| March 10, 2008[1] | 1/1/08 – 2/29/08 | $58,572.80 | $10,713.36 | $46,858.24 | $10,713.36 |
| May 1, 2008 | 3/1/08 – 3/31/08 | $50,913.00 | $1,171.03 | $50,301.80 | $1,171.03 |
| May 21, 2008 | 4/1/08 – 4/30/08 | $84,772.50 | $1,770.07 | $67,778.00 | $1,770.07 |
| June 27, 2008 | 5/1/08 – 5/31/08 | $23,242.00 | $1,913.97 | $18,593.60 | $1,913.97 |
| July 28, 2008 | 6/1/08 – 6/30/08 | $28,668.00 | $888.00 | $22,934.40 | $888.00 |
| August 28, 2008 | 7/1/08 – 7/31/08 | $30,341.50 | $183.79 | $24,273.20 | $183.79 |
| October 13, 2008 | 8/1/08 – 8/31/08 | $21,406.50 | $2,380.26 | $17,125.20 | $2,380.26 |
| November 12, 2008 | 9/1/08 – 9/30/08 | $25,857.00 | $784.16 | $20,685.60 | $784.16 |
| November 18, 2008 | 10/1/08 – 10/31/08 | $30,909.00 | $2,724.44 | $24,727.20 | $2,724.44 |
| December 30, 2008 | 11/1/08 – 11/30/08 | $14,479.00 | $238.13 | $11,583.20 | $238.13 |
| February 3, 2009 | 12/1/08 – 12/31/08 | $32,930.00 | $825.68 | $26,344.00 | $825.68 |
| February 11, 2009 | 1/1/09 – 1/31/09 | $47,975.00 | $828.47 | $38,380.00 | $828.47 |
| April 2, 2009 | 2/1/09 – 2/28/09 | $33,072.50 | $493.81 | $26,458.00 | $493.81 |
| April 10, 2009 | 3/1/09 – 3/31/09 | $34,393.50 | $2,281.30 | $27,514.80 | $2,281.30 |
| June 5, 2009 | 4/1/09 – 4/30/09 | $33,877.50 | $1,333.84 | $27,102.00 | $1,333.84 |
| June 5, 2009 | 5/1/09 – 5/31/09 | $38,838.00 | $18.92 | $31,070.40 | $18.92 |
| August 19, 2009 | 6/1/09 – 6/30/09 | $102,615.50 | $2,762.47 | $82,092.40 | $2,762.47 |

---

[1] The title of this Application [D.I. 18254] states that the fee application was for the period January 1, 2008 through January 31, 2008, when it should have identified the period as January 1, 2008 through February 29, 2008.

DM3\1925900.1

| Date Filed | Period Covered | Requested | | Approved for Payment | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| September 23, 2009 | 7/1/09 – 7/31/09 | $72,966.60 | $1,922.11 | $58,373.28 | $1,922.11 |
| September 24, 2009 | 8/1/09 – 8/31/09 | $66,921.00 | $2,118.21 | $53,536.80 | $2,118.21 |
| October 21, 2009 | 9/1/09 – 9/30/09 | $70,480.00 | $309.20 | $56,384.00 | $309.20 |
| December 1, 2009 | 10/1/09 – 10/31/09 | $33,986.50 | $2,425.29 | $27,189.20 | $2,425.29 |
| December 28, 2009 | 11/1/09- 11/30/09 | $32,937.00 | $101.82 | $26,349.60 | $101.82 |
| January 28, 2010 | 12/1/09- 12/31/09 | $15,975.00 | $1,870.07 | $12,780.00 | $1,870.07 |
| March 2, 2010 | 1/1/10 – 1/31/10 | $21,378.80 | $81.23 | $17,103.04 | $81.23 |
| March 29, 2010 | 2/1/10 – 2/29/10 | $8,597.50 | $803.88 | $6,878.00 | $803.88 |
| April 28, 2010 | 3/1/10 – 3/31/10 | $18,726.50 | $1,436.91 | $14,981.20 | $1,436.91 |
| May 28, 2010 | 4/1/10 – 4/30/10 | $11,323.50 | $46.14 | $9,058.80 | $46.14 |
| June 28, 2010 | 5/1/10 – 5/31/10 | $6,203.50 | $944.99 | $4,962.80 | $944.99 |
| July 30, 2010 | 6/1/10 – 6/30/10 | $11,249.50 | $605.05 | $8,999.60 | $605.05 |
| August 18, 2010 | 7/1/10 – 7/31/10 | $4,799.00 | $302.53 | $3,839.20 | $302.53 |
| September 28, 2010 | 8/1/10 – 8/30/10 | $6,063.50 | $310.09 | $4,850.80 | $310.09 |
| October 28, 2010 | 9/1/10 – 9/30/10 | $9,657.50 | $570.26 | $7,726.00 | $570.26 |
| November 29, 2010 | 10/1/10 – 10/31/10 | $2,526.50 | $12.18 | $2,021.20 | $12.18 |
| December 28, 2010 | 11/1/10 – 11/30/10 | $2,486.00 | $0.00 | $1,988.80 | $0.00 |
| January 28, 2011 | 12/1/10 – 12/31/10 | $18,306.50 | $975.89 | $14,645.20 | $975.89 |
| February 28, 2011 | 1/1/11 – 1/31/11 | $11,915.50 | $55.74 | $9,532.40 | $55.74 |
| March 28, 2011 | 2/1/11 – 2/29/11 | $42,225.00 | $1,195.31 | $33,780.00 | $1,195.31 |
| April 28, 2011 | 3/1/11 – 3/31/11 | $17,595.50 | $417.97 | $14,076.40 | $417.97 |
| June 28, 2011 | 4/1/11 – 4/30/11 | $29,853.50 | $10.00 | $23,882.80 | $10.00 |

DM3\1925900.1

| Date Filed | Period Covered | Requested | | Approved for Payment | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| June 28, 2011 | 5/1/11 – 5/31/11 | $16,460.00 | $211.76 | $13,168.00 | $211.76 |
| August 9, 2011 | 6/1/11 – 6/30/11 | $29,115.00 | $1,137.17 | $23,292.00 | $1,137.17 |
| August 11, 2011 | 7/1/11 – 7/30/11 | $6,683.00 | $69.92 | $5,346.40 | $69.92 |

7

## SUMMARY OF COMPENSABLE TIME

| Name of Professional Person | Position of the Applicant/No. of Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| William S. Katchen | Of Counsel/41 years | $835.00 | 0.40 | $334.00 |
| Michael R. Lastowski | Partner/25 years | $745.00 | 5.50 | $4,097.50 |
| Stephanie Lenkiewicz | Paralegal | $175.00 | 8.70 | $1,522.50 |
| **Total** | | | **14.60** | **$5,954.00** |

## COMPENSATION SUMMARY BY TASK CODE

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition (02) | 1.50 | $1,117.50 |
| Case Administration (04) | 0.60 | $162.00 |
| Claim Analysis, Objection, Resolution & Estimation (Asbestos) (05) | 0.30 | $223.50 |
| Fee Applications, Applicant (12) | 8.70 | $2,890.50 |
| Fee Applications, Other (13) | 1.90 | $332.50 |
| Hearings (15) | 0.10 | $74.50 |
| Plan and Disclosure Statement (17) | 1.10 | $819.50 |
| Other (25) | 0.40 | $334.00 |
| **TOTAL** | **14.60** | **$5,954.00** |

## EXPENSE SUMMARY

| Expense Category | Provider | Total Expenses |
|---|---|---|
| Travel | Amtrak | $221.40 |
| Meeting Expense | | $19.07 |
| Overnight Mail | Federal Express | $31.46 |
| Postage | | $109.24 |
| Printing & Duplicating | Internal | $100.00 |
| Travel | Local | $31.00 |
| **TOTAL EXPENSES** | | **$ 512.17** |

8

WHEREFORE, Duane Morris LLP respectfully requests that, for the period August 1, 2011 through August 31, 2011, an interim allowance be made to Duane Morris LLP for compensation in the amount of $4,763.20 (80% of allowed fees totaling $5,954.00) and $512.17 for reimbursement of expenses be authorized, and for such other and further relief as this Court may deem just and proper.

Dated: October 5, 2011
     Wilmington, Delaware

/s/ Michael R. Lastowski
Michael R. Lastowski (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
Telephone:  (302) 657-4900
Facsimile:  (302) 657-4901
E-mail:  mlastowski@duanemorris.com
     rwriley@duanemorris.com

- and –

William S. Katchen
DUANE MORRIS LLP
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:  (973) 424-2000
Facsimile:  (973) 424-2001
E-mail:  wskatchen@duanemorris.com

*Co-Counsel for the Official Committee of
Unsecured Creditors of W. R. Grace & Co., et al.*

# Exhibit A

# Duane Morris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

September 09, 2011


CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017


W.R. GRACE & CO.

File# K0248-00001          Invoice# 1693845          IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 08/31/2011 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | |
|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 5.50 hrs. at | $745.00 | /hr. = | $4,097.50 |
| WS KATCHEN | OF COUNSEL | 0.40 hrs. at | $835.00 | /hr. = | $334.00 |
| S LENKIEWICZ | PARALEGAL | 8.70 hrs. at | $175.00 | /hr. = | $1,522.50 |
| | | | | | $5,954.00 |


| DISBURSEMENTS | | |
|---|---|---|
| AMTRAK | $221.40 | |
| MEETING EXPENSE | $19.07 | |
| OVERNIGHT MAIL | $31.46 | |
| POSTAGE | $109.24 | |
| PRINTING & DUPLICATING | $100.00 | |
| TRAVEL - LOCAL | $31.00 | |
| TOTAL DISBURSEMENTS | | $512.17 |

Duane Morris
September 09, 2011
Page 2

File # K0248-00001                                          INVOICE# 1693845
    W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 7/20/2011 002 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: PROTECTIVE ORDER ENTERED IN CONNECTION WITH SALE ORDER | 0.10 | $74.50 |
| 8/2/2011 002 | MR LASTOWSKI | REVIEW ORDER RE: ACQUISITION ORDER | 0.10 | $74.50 |
| 8/10/2011 002 | MR LASTOWSKI | E-MAIL FROM W. KATCHEN RE: PROJECT LARCH | 0.10 | $74.50 |
| 8/15/2011 002 | MR LASTOWSKI | REVIEW FILES RE: PROJECT LARCH DOCUMENTS | 0.90 | $670.50 |
| 8/15/2011 002 | MR LASTOWSKI | E-MAIL FROM W. KATCHEN RE: PROJECT LARCH | 0.10 | $74.50 |
| 8/23/2011 002 | MR LASTOWSKI | REVIEW SEAL MOTION RELATING TO SALE | 0.20 | $149.00 |
| | | Code Total | 1.50 | $1,117.50 |

Duane Morris
September 09, 2011
Page 3

File # K0248-00001                                         INVOICE# 1693845
     W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 8/18/2011 004 | S LENKIEWICZ | REVIEW DOCKET AND CALENDAR DEADLINES | 0.20 | $35.00 |
| 8/31/2011 004 | MR LASTOWSKI | REVIEW OMNIBUS HEARING DATE ORDER | 0.10 | $74.50 |
| 8/31/2011 004 | S LENKIEWICZ | OFFICE CONFERENCE WITH M. LASTOWSKI (.1); DOWNLOAD DOCKET FOR PAST 30 DAYS AND FORWARD TO SAME (.2) | 0.30 | $52.50 |
| | | Code Total | 0.60 | $162.00 |

Duane Morris
September 09, 2011
Page 4

File # K0248-00001                                          INVOICE# 1693845
      W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 8/18/2011 005 | MR LASTOWSKI | REVIEW STATUS OF CALIFORNIA SETTLEMENT | 0.30 | $223.50 |
| | | Code Total | 0.30 | $223.50 |

Duane Morris
September 09, 2011
Page 5

File # K0248-00001                                    INVOICE# 1693845
    W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 8/1/2011 012 | MR LASTOWSKI | REVIEW FEE AUDITOR REPORT RE: 40TH DUANE MORRIS INTERIM FEE APPLICATION AND RESEARCH UNDERLYING ISSUES | 0.40 | $298.00 |
| 8/4/2011 012 | S LENKIEWICZ | REVIEW JULY INVOICE AND EMAIL TO ACCOUNTING RE SAME (.2); RECEIPT AND REVIEW OF BACKUP REGARDING SAME (.1) | 0.30 | $52.50 |
| 8/5/2011 012 | S LENKIEWICZ | OFFICE CONFERENCE WITH M. LASTOWSKI RE MONTHLY INVOICE BACK-UP GOING FORWARD | 0.20 | $35.00 |
| 8/8/2011 012 | S LENKIEWICZ | PREPARE DUANE MORRIS 114TH MONTHLY FEE APPLICATION FOR JULY 2011 | 0.70 | $122.50 |
| 8/8/2011 012 | S LENKIEWICZ | REVIEW FEE AUDITOR REPORT RE VARIOUS EXPENSES (.1); REVIEW INVOICES AND OBTAIN BACK-UP (.2); OFFICE CONFERENCE WITH M. LASTOWSKI RE SAME (.2) | 0.50 | $87.50 |
| 8/8/2011 012 | S LENKIEWICZ | PREPARE DUANE MORRIS' 113TH MONTHLY FEE APPLICATION FOR JUNE 2011 (.7) | 0.70 | $122.50 |
| 8/9/2011 012 | MR LASTOWSKI | REVIEW AND REVISE RESPONSE TO FEE AUDITOR REPORT | 0.20 | $149.00 |
| 8/9/2011 012 | MR LASTOWSKI | REVIEW AND APPROVE JULY 2011 MONTHLY FEE APPLICAITON | 0.20 | $149.00 |
| 8/9/2011 012 | MR LASTOWSKI | REVIEW, MODIFY AND APPROVE JUNE 2011 MONTHLY FEE APPLICAITON | 0.20 | $149.00 |
| 8/9/2011 012 | S LENKIEWICZ | REVISE DUANE MORRIS' JUNE AND JULY MONTHLY FEE APPLICATIONS (.3); TELECONFERENCE WITH ACCOUNTING RE EXPENSES (.2); REVIEW BACKUP DOCUMENTATION RE SAME (.2); OFFICE CONFERENCE WITH M. LASTOWSKI RE SAME (.1) | 0.80 | $140.00 |
| 8/9/2011 012 | S LENKIEWICZ | PREPARE RESPONSE TO FEE AUDITOR REPORT RE DUANE MORRIS QUARTERLY FEE APPLICATION | 0.70 | $122.50 |
| 8/10/2011 012 | S LENKIEWICZ | EMAIL TO J. VILLENUEVA ATTACHING JUNE AND JULY INVOICES AND REQUESTING DETAILED DESCRIPTIONS OF EXPENSES | 0.20 | $35.00 |
| 8/11/2011 012 | S LENKIEWICZ | FINALIZE AND EFILE DUANE MORRIS' 113TH MONTHLY FEE APPLICATION (.4); FINALIZE AND EFILE DUANE MORRIS' 114TH FEE | 1.00 | $175.00 |

Duane Morris
September 09, 2011
Page 6

File # K0248-00001                                          INVOICE# 1693845
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|-----|-------|-------|
| | | | APPLICATION (.4); COORDINATE SERVICE OF SAME (.2) | | |
| 8/14/2011 | 012 | MR LASTOWSKI | E-MAIL FROM FEE AUDITOR RE: FEE REPORT | 0.10 | $74.50 |
| 8/14/2011 | 012 | MR LASTOWSKI | PREPARE RESPONSE TO FEE AUDITOR REPORT | 0.60 | $447.00 |
| 8/14/2011 | 012 | MR LASTOWSKI | TRANSMIT TO FEE AUDITOR RESPONSE TO FEE AUDITOR REPORT | 0.10 | $74.50 |
| 8/15/2011 | 012 | MR LASTOWSKI | REVIEW AND REVISE RESPONSE TO FEE AUDITOR REPORT | 0.50 | $372.50 |
| 8/18/2011 | 012 | S LENKIEWICZ | PREPARE DUANE MORRIS 41ST QUARTERLY FEE APPLICATION AND NOTICE | 1.20 | $210.00 |
| 8/30/2011 | 012 | MR LASTOWSKI | REVIEW FEE AUDITOR'S FINAL REPORT | 0.10 | $74.50 |
| | | | Code Total | 8.70 | $2,890.50 |

Duane Morris
September 09, 2011
Page 7

File # K0248-00001                                          INVOICE# 1693845
    W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 8/2/2011 013 | S LENKIEWICZ | FINALIZE CAPSTONE'S 88TH FEE APPLICATION FOR EFILING (.2); EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.50 | $87.50 |
| 8/17/2011 013 | S LENKIEWICZ | PREPARE CERTIFICATE OF SERVICE RE NOTICE OF SSL'S 41ST QUARTERLY FEE APPLICATION (.2); FINALIZE 41ST QUARTERLY FEE APPLICATION, NOTICE, CERTIFICATES OF SERVICE AND EXHIBITS AND EFILE SAME (.5); FORWARD E-FILING CONFIRMATION TO D. MOHAMMAD (.1); COORDINATE SERVICE OF NOTICE (.2) | 1.00 | $175.00 |
| 8/30/2011 013 | S LENKIEWICZ | FINALIZE SSL'S 124TH MONTHLY FEE APPLICATION AND EFILE SAME (.3); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.40 | $70.00 |
| | | Code Total | 1.90 | $332.50 |

Duane Morris
September 09, 2011
Page 8

File # K0248-00001                                          INVOICE# 1693845
    W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 8/18/2011 015 | MR LASTOWSKI | REVIEW 8/29/11 AGENDA NOTICE | 0.10 | $74.50 |
| | | Code Total | 0.10 | $74.50 |

Duane Morris
September 09, 2011
Page 9

File # K0248-00001                                      INVOICE# 1693845
       W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 8/31/2011 017 | MR LASTOWSKI | REVIEW APPELLEE BRIEF OF CNA COMPANIES | 1.10 | $819.50 |
| | | Code Total | 1.10 | $819.50 |

Duane Morris
September 09, 2011
Page 10

File # K0248-00001                                                    INVOICE# 1693845
    W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 8/8/2011 025 | WS KATCHEN | REVIEW DOCKET ENTRIES. | 0.20 | $167.00 |
| 8/8/2011 025 | WS KATCHEN | REVIEW RESPONSE TO PLAN PROPONENTS TO SUPPLEMENTAL AUTHORITY. | 0.10 | $83.50 |
| 8/18/2011 025 | WS KATCHEN | REVIEW CERTIFICATE OF COUNSEL NO OBJECTION - CALIFORNIA ASBESTOS PROPERTY CLAIMS SETTLEMENT. | 0.10 | $83.50 |
| | | Code Total | 0.40 | $334.00 |
| | | TOTAL SERVICES | 14.60 | $5,954.00 |

Duane Morris
September 09, 2011
Page 11

File # K0248-00001
    W.R. GRACE & CO.

INVOICE# 1693845

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 08/31/2011 | POSTAGE | | 109.24 |
| | | Total: | $109.24 |
| 08/31/2011 | TRAVEL - LOCAL | | 31.00 |
| | | Total: | $31.00 |
| 08/31/2011 | MEETING EXPENSE | | 19.07 |
| | | Total: | $19.07 |
| 07/15/2011 | OVERNIGHT MAIL PACKAGE SENT TO DAVID B. SIEGEL AT WR GRACE - COLUMBIA, MD FROM STEPHANIE LENKIEWICZ AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #794976331054) | | 8.30 |
| 07/15/2011 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAY AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM STEPHANIE LENKIEWICZ AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #797307495197) | | 23.16 |
| | | Total: | $31.46 |
| 06/28/2011 | AMTRAK TRAIN ON 06/28/2011 FOR WILLIAM S. KATCHEN- NEWARK, NJ TO PHILADELPHIA, PA TKT: 795039581107 | | 71.40 |
| 06/28/2011 | AMTRAK TRAIN ON 06/28/2011 FOR WILLIAM S. KATCHEN- PHILADELPHIA, PA TO NEWARK, NJ TKT: 798457512364 | | 150.00 |
| | | Total: | $221.40 |
| 08/31/2011 | PRINTING & DUPLICATING | | 100.00 |
| | | Total: | $100.00 |
| | TOTAL DISBURSEMENTS | | $512.17 |