**EXHIBIT D**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>W.R. Grace & Co., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br><br>Jointly Administered<br><br>**Objection Deadline: November 17, 2011 at 4:00 p.m.**<br>**Hearing date: To be scheduled only if objections are timely filed and served.** |

**ONE-HUNDRED SIXTEENTH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM SEPTEMBER 1, 2011 THROUGH SEPTEMBER 30, 2011**

| | |
|---|---|
| Name of Applicant: | **Duane Morris LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and reimbursement is sought | **September 1, 2011 through September 30, 2011** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$3,694.40 (80% of $4,199.00)** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$231.68** |

This is an: ☒ monthly ☐ interim ☐ final application.

This is the one-hundred sixteenth monthly fee application of Duane Morris LLP.

Docket No. 27845
Date Filed 10/28/11

**PRIOR APPLICATIONS FILED**

| | | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| **Date Filed** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| August 30, 2001 | 7/1/01-7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02–1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02–2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02-3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |
| June 19, 2003 | 4/1/03 – 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 – 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |
| September 18, 2003 | 6/1/03 – 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 – 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 – 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 – 12/30/03 | $20,454.50 | $221.26 | $16,363.60 | $221.26 |
| June 22, 2004 | 1/1/04 – | $22,612.50 | $872.84 | $18,090.00 | $872.84 |

| | | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| **Date Filed** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| | 1/31/04 | | | | |
| June 22, 2004 | 2/1/04 – 2/29/04 | $11,260.50 | $489.46 | $9,008.40 | $489.46 |
| June 22, 2004 | 3/1/04 – 3/31/04 | $11,766.00 | $16.05 | $9,412.80 | $16.05 |
| June 28, 2004 | 4/1/04 – 4/30/04 | $16,984.50 | $980.26 | $13,587.60 | $980.26 |
| June 30, 2004 | 5/1/04 – 5/31/04 | $32,817.00 | $2,190.53 | $26,253.60 | $2,190.53 |
| July 30, 2004 | 6/1/04 – 6/30/04 | $27,416.50 | $738.78 | $21,933.20 | $738.78 |
| August 25, 2004 | 7/1/04 - 7/31/04 | $19,040.00 | $201.17 | $15,232.00 | $201.17 |
| September 23, 2004 | 8/1/04- 8/31/04 | $18,098.50 | $383.56 | $14,478.80 | $383.56 |
| October 20, 2004 | 9/1/04 – 9/30/04 | $18,370.50 | $198.58 | $14,696.40 | $198.58 |
| November 19, 2004 | 10/1/04 – 10/31/04 | $26,153.50 | $228.76 | $20,922.80 | $228.76 |
| December 17, 2004 | 11/1/04 – 11/30/04 | $33,416.50 | $9,327.54 | $26,733.20 | $9,327.54 |
| January 18, 2005 | 12/1/05 - 12/31/05 | $40,701.00 | $563.95 | $32,560.80 | $563.95 |
| March 3, 2005 | 1/1/05 – 1/31/05 | $41,319.50 | $2,508.99 | $33,055.60 | $2,508.99 |
| March 21, 2005 | 2/1/05 – 2/28/05 | $19,744.50 | $176.37 | $15,795.60 | $176.37 |
| April 22, 2005 | 3/1/05 – 3/31/05 | $17,413.00 | $1,001.41 | $13,030.40 | $1,001.41 |
| May 24, 2005 | 4/1/05 – 4/30/05 | $12,196.00 | $41.50 | $9,756.80 | $41.50 |
| June 20, 2005 | 5/1/05- 5/30/05 | $17,670.50 | $421.11 | $14,136.40 | $421.11 |
| July 21,2005 | 6/1/05- 6/30/05 | $15,429.99 | $685.78 | $12,343.20 | $685.78 |
| August 30, 2005 | 7/1/05- 7/31/05 | $26,044.50 | $1,766.47 | $20,835.60 | $1,766.47 |
| September 30, 2005 | 8/1/05- 8/31/05 | $15,111.00 | $436.15 | $12,088.80 | $436.15 |
| October 20, 2005 | 9/1/05 – 9/30/05 | $13,118.50 | $731.74 | $10,494.80 | $731.74 |
| November 18, 2005 | 10/1/05- 10/31/05 | $18,014.00 | $40.22 | $14,411.20 | $40.22 |
| December 19, 2005 | 11/1/05 – 11/30/05 | $13,114.00 | $365.64 | $12,893.90 | $365.64 |

| | | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| **Date Filed** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| February 6, 2006 | 12/1/05 – 12/31/05 | $20,159.00 | $1,871.84 | $16,127.20 | $1,841.84 |
| March 2, 2006 | 1/1/06 – 1/28/06 | $21,157.40 | $517.90 | $16,930.00 | $517.90 |
| March 13, 2006 | 2/1/06 – 2/28/06 | $11,268.50 | $0.00 | $9,014.80 | $0.00 |
| April 28, 2006 | 3/1/06 – 3/31/06 | $15,309.50 | $424.79 | $12,247.60 | $424.79 |
| May 30, 2006 | 4/1/06 – 4/30/06 | $14,241.50 | $1,014.93 | $11,393.20 | $1,014.93 |
| June 16, 2006 | 5/1/06 – 5/31/06 | $15,350.50 | $38.60 | $12,280.40 | $38.60 |
| August 10, 2006 | 6/1/06 – 6/30/06 | $25,877.00 | $1,968.78 | $20,701.60 | $1,968.78 |
| August 30, 2006 | 7/1/06 – 7/31/06 | $27,754.00 | $260.05 | $27,754.00 | $260.05 |
| October 6, 2006 | 8/1/06 – 8/31/06 | $32,699.50 | $235.27 | $32,699.50 | $235.27 |
| October 30, 2006 | 9/1/06 – 9/30/06 | $29,511.50 | $1,537.45 | $26,511.50 | $1,537.45 |
| November 30, 2006 | 10/1/06 – 10/31/06 | $22,550.50 | $360.17 | $22,550.50 | $360.17 |
| January 8, 2007 | 11/1/06 – 11/30/06 | $52,715.50 | $462.28 | $52,715.50 | $462.28 |
| February 1, 2007 | 12/1/06 – 12/31/06 | $36,411.00 | $628.30 | $36,411.00 | $208.95 |
| February 28, 2007 | 1/1/07 – 1/31/07 | $39,970.50 | $770.49 | $39,970.50 | $770.49 |
| April 13, 2007 | 2/1/07 – 2/28/07 | $23,416.00 | $81.51 | $23,416.00 | $81.51 |
| May 1, 2007 | 3/1/07 – 3/31/07 | $20,408.50 | $110.79 | $20,408.50 | $110.79 |
| July 13, 2007 | 4/1/07 – 4/30/07 | $17,098.00 | $677.86 | $20,408.50 | $110.79 |
| July 13, 2007 | 5/1/07 – 5/31/07 | $20,049.00 | $7,553.02 | $20,049.00 | $7,553.02 |
| July 31, 2007 | 6/1/107 – 6/30/07 | $22,710.50 | $1,017.52 | $22,710.50 | $1,017.52 |
| October 1, 2007 | 7/1/07 – 7/31/07 | $43,373.50 | $1,544.99 | $34,698.80 | $1,544.99 |
| October 1, 2007 | 8/1/07 – 8/31/07 | $23,739.50 | $1,306.17 | $18,991.60 | $1,306.17 |
| October 30, 2007 | 9/1/07 – 9/30/07 | $36,004.00 | $48.39 | $28,803.20 | $48.39 |

| | | **Requested** | | **Approved for Payment** | |
|---|---|---|---|---|---|
| **Date Filed** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| December 3, 2007 | 10/1/07 – 10/31/07 | $28,085.50 | $3,244.17 | $22,468.40 | $3,244.17 |
| January 3, 2008 | 11/1/07 – 11/30/07 | $29,455.00 | $860.54 | $23,564.00 | $860.54 |
| January 29, 2008 | 12/1/07 – 12/31/07 | $49,823.00 | $505.80 | $47,689.06 | $505.80 |
| March 10, 2008[1] | 1/1/08 – 2/29/08 | $58, 572.80 | $10,713.36 | $46,858.24 | $10,713.36 |
| May 1, 2008 | 3/1/08 – 3/31/08 | $50,913.00 | $1,171.03 | $50,301.80 | $1,171.03 |
| May 21, 2008 | 4/1/08 – 4/30/08 | $84,772.50 | $1,770.07 | $67,778.00 | $1,770.07 |
| June 27, 2008 | 5/1/08 – 5/31/08 | $23,242.00 | $1,913.97 | $18,593.60 | $1,913.97 |
| July 28, 2008 | 6/1/08 – 6/30/08 | $28,668.00 | $888.00 | $22,934.40 | $888.00 |
| August 28, 2008 | 7/1/08 – 7/31/08 | $30,341.50 | $183.79 | $24,273.20 | $183.79 |
| October 13, 2008 | 8/1/08 – 8/31/08 | $21,406.50 | $2,380.26 | $17,125.20 | $2,380.26 |
| November 12, 2008 | 9/1/08 – 9/30/08 | $25,857.00 | $784.16 | $20,685.60 | $784.16 |
| November 18, 2008 | 10/1/08 – 10/31/08 | $30,909.00 | $2,724.44 | $24,727.20 | $2,724.44 |
| December 30, 2008 | 11/1/08 – 11/30/08 | $14,479.00 | $238.13 | $11,583.20 | $238.13 |
| February 3, 2009 | 12/1/08 – 12/31/08 | $32,930.00 | $825.68 | $26,344.00 | $825.68 |
| February 11, 2009 | 1/1/09 – 1/31/09 | $47,975.00 | $828.47 | $38,380.00 | $828.47 |
| April 2, 2009 | 2/1/09 – 2/28/09 | $33,072.50 | $493.81 | $26,458.00 | $493.81 |
| April 10, 2009 | 3/1/09 – 3/31/09 | $34,393.50 | $2,281.30 | $27,514.80 | $2,281.30 |
| June 5, 2009 | 4/1/09 – 4/30/09 | $33,877.50 | $1,333.84 | $27,102.00 | $1,333.84 |
| June 5, 2009 | 5/1/09 – 5/31/09 | $38,838.00 | $18.92 | $31,070.40 | $18.92 |
| August 19, 2009 | 6/1/09 – 6/30/09 | $102,615.50 | $2,762.47 | $82,092.40 | $2,762.47 |

[1] The title of this Application [D.I. 18254] states that the fee application was for the period January 1, 2008 through January 31, 2008, when it should have identified the period as January 1, 2008 through February 29, 2008.

| | | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| **Date Filed** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| September 23, 2009 | 7/1/09 – 7/31/09 | $72,966.60 | $1,922.11 | $58,373.28 | $1,922.11 |
| September 24, 2009 | 8/1/09 – 8/31/09 | $66,921.00 | $2,118.21 | $53,536.80 | $2,118.21 |
| October 21, 2009 | 9/1/09 – 9/30/09 | $70,480.00 | $309.20 | $56,384.00 | $309.20 |
| December 1, 2009 | 10/1/09 – 10/31/09 | $33,986.50 | $2,425.29 | $27,189.20 | $2,425.29 |
| December 28, 2009 | 11/1/09-11/30/09 | $32,937.00 | $101.82 | $26,349.60 | $101.82 |
| January 28, 2010 | 12/1/09-12/31/09 | $15,975.00 | $1,870.07 | $12,780.00 | $1,870.07 |
| March 2, 2010 | 1/1/10 – 1/31/10 | $21,378.80 | $81.23 | $17,103.04 | $81.23 |
| March 29, 2010 | 2/1/10 – 2/29/10 | $8,597.50 | $803.88 | $6,878.00 | $803.88 |
| April 28, 2010 | 3/1/10 – 3/31/10 | $18,726.50 | $1,436.91 | $14,981.20 | $1,436.91 |
| May 28, 2010 | 4/1/10 – 4/30/10 | $11,323.50 | $46.14 | $9,058.80 | $46.14 |
| June 28, 2010 | 5/1/10 – 5/31/10 | $6,203.50 | $944.99 | $4,962.80 | $944.99 |
| July 30, 2010 | 6/1/10 – 6/30/10 | $11,249.50 | $605.05 | $8,999.60 | $605.05 |
| August 18, 2010 | 7/1/10 – 7/31/10 | $4,799.00 | $302.53 | $3,839.20 | $302.53 |
| September 28, 2010 | 8/1/10 – 8/30/10 | $6,063.50 | $310.09 | $4,850.80 | $310.09 |
| October 28, 2010 | 9/1/10 – 9/30/10 | $9,657.50 | $570.26 | $7,726.00 | $570.26 |
| November 29, 2010 | 10/1/10 – 10/31/10 | $2,526.50 | $12.18 | $2,021.20 | $12.18 |
| December 28, 2010 | 11/1/10 – 11/30/10 | $2,486.00 | $0.00 | $1,988.80 | $0.00 |
| January 28, 2011 | 12/1/10 – 12/31/10 | $18,306.50 | $975.89 | $14,645.20 | $975.89 |
| February 28, 2011 | 1/1/11 – 1/31/11 | $11,915.50 | $55.74 | $9,532.40 | $55.74 |
| March 28, 2011 | 2/1/11 – 2/29/11 | $42,225.00 | $1,195.31 | $33,780.00 | $1,195.31 |
| April 28, 2011 | 3/1/11 – 3/31/11 | $17,595.50 | $417.97 | $14,076.40 | $417.97 |
| June 28, 2011 | 4/1/11 – 4/30/11 | $29,853.50 | $10.00 | $23,882.80 | $10.00 |

| | | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| **Date Filed** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| June 28, 2011 | 5/1/11 – 5/31/11 | $16,460.00 | $211.76 | $13,168.00 | $211.76 |
| August 9, 2011 | 6/1/11 – 6/30/11 | $29,115.00 | $1,137.17 | $23,292.00 | $1,137.17 |
| August 11, 2011 | 7/1/11 – 7/30/11 | $6,683.00 | $69.92 | $5,346.40 | $69.92 |
| October 5, 2011 | 8/1/11 – 8/31/11 | $5,954.00 | $512.17 | $4,763.20 | $512.17 |

**SUMMARY OF COMPENSABLE TIME**

| Name of Professional Person | Position of the Applicant/No. of Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| William S. Katchen | Of Counsel/41 years | $835.00 | 2.90 | $2,421.50 |
| Michael R. Lastowski | Partner/25 years | $745.00 | 1.00 | $745.00 |
| Stephanie Lenkiewicz | Paralegal | $175.00 | 5.90 | $1,032.50 |
| **Total** | | | **9.80** | **$4,199.00** |

**COMPENSATION SUMMARY BY TASK CODE**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Committee (07) | 0.40 | $334.00 |
| Fee Applications, Applicant (12) | 3.70 | $875.50 |
| Fee Applications, Other (13) | 2.60 | $455.00 |
| Hearings (15) | 0.20 | $149.00 |
| Plan and Disclosure Statement (17) | 0.40 | $298.00 |
| Other (25) | 2.50 | $2,087.50 |
| **TOTAL** | **9.80** | **$4,199.00** |

**EXPENSE SUMMARY**

| Expense Category | Provider | Total Expenses |
|---|---|---|
| Court Search Service | | $11.60 |
| Printing & Duplicating | Internal | $92.20 |
| Overnight Mail | Federal Express | $19.96 |
| Postage | | $107.92 |
| **TOTAL EXPENSES** | | **$ 231.68** |

WHEREFORE, Duane Morris LLP respectfully requests that, for the period September 1, 2011 through September 30, 2011, an interim allowance be made to Duane Morris LLP for compensation in the amount of $3,694.40 (80% of allowed fees totaling $4,199.00) and $231.68 for reimbursement of expenses be authorized, and for such other and further relief as this Court may deem just and proper.

Dated: October 28, 2011
Wilmington, Delaware

*<u>/s/ Michael R. Lastowski</u>*
Michael R. Lastowski (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
Telephone: (302) 657-4900
Facsimile: (302) 657-4901
E-mail: mlastowski@duanemorris.com
rwriley@duanemorris.com

- and –

William S. Katchen
DUANE MORRIS LLP
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: (973) 424-2000
Facsimile: (973) 424-2001
E-mail: wskatchen@duanemorris.com

*Co-Counsel for the Official Committee of Unsecured Creditors of W. R. Grace & Co., et al.*

# Exhibit A

DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

October 04, 2011

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001 Invoice# 1699322 IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED THROUGH 09/30/2011 IN CONNECTION WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 1.00 | hrs. at | $745.00 | /hr. = | $745.00 | |
| WS KATCHEN | OF COUNSEL | 2.90 | hrs. at | $835.00 | /hr. = | $2,421.50 | |
| S LENKIEWICZ | PARALEGAL | 5.90 | hrs. at | $175.00 | /hr. = | $1,032.50 | |
| | | | | | | | $4,199.00 |

| | | |
|---|---|---|
| DISBURSEMENTS | | |
| COURT SEARCH SERVICE | $11.60 | |
| OVERNIGHT MAIL | $19.96 | |
| POSTAGE | $107.92 | |
| PRINTING & DUPLICATING | $92.20 | |
| TOTAL DISBURSEMENTS | | $231.68 |
| BALANCE DUE THIS INVOICE | | $4,430.68 |

Duane Morris
October 04, 2011
Page 2

File # K0248-00001 INVOICE# 1699322
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 9/12/2011 | 007 | WS KATCHEN | STROOCK CONFERENCE CALL. | 0.30 | $250.50 |
| 9/14/2011 | 007 | WS KATCHEN | REVIEW STROOCK EMAIL. | 0.10 | $83.50 |
| | | | Code Total | 0.40 | $334.00 |

Duane Morris
October 04, 2011
Page 3

File # K0248-00001 INVOICE# 1699322
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 9/8/2011 | 012 | S LENKIEWICZ | FINALIZE DUANE MORRIS' FORTY-FIRST QUARTERLY FEE APPLICATION FOR EFILING | 0.30 | $52.50 |
| 9/13/2011 | 012 | MR LASTOWSKI | REVIEW PROPOSED FEE ORDER RENDERED BY FEE AUDITOR | 0.20 | $149.00 |
| 9/19/2011 | 012 | S LENKIEWICZ | PREPARE CERTIFICATE OF SERVICE RE NOTICE ON 2002 (.2); PREPARE CERTIFICATE OF SERVICE RE CORE GROUP (.2); FINALIZE DUANE MORRIS 41ST QUARTERLY FEE APPLICATION, NOTICE, CERTIFICATE OF SERVICE AND EXHIBITS FOR EFILING (.3); EFILE SAME (.2); COORDINATE SERVICE OF SAME (.2) | 1.10 | $192.50 |
| 9/19/2011 | 012 | S LENKIEWICZ | REVIEW FEE AUDITOR'S FINAL REPORT AND EMAIL TO M. LASTOWSKI RE SAME | 0.20 | $35.00 |
| 9/20/2011 | 012 | MR LASTOWSKI | REVIEW ORDER APPROVING QUARTERLY FEE APPLICATIONS | 0.10 | $74.50 |
| 9/20/2011 | 012 | MR LASTOWSKI | REVIEW CERTIFICATION OF COUNSEL RE: QUARTERLY FEE ORDER | 0.10 | $74.50 |
| 9/22/2011 | 012 | S LENKIEWICZ | PREPARE CERTIFICATE OF NO OBJECTION REGARDING 114TH MONTHLY FEE APPLICATION (.2); EFILE SAME (.1) | 0.30 | $52.50 |
| 9/22/2011 | 012 | S LENKIEWICZ | PREPARE CERTIFICATE OF NO OBJECTION REGARDING 112TH MONTHLY FEE APPLICATION (.2); EFILE SAME (.1) | 0.30 | $52.50 |
| 9/22/2011 | 012 | S LENKIEWICZ | PREPARE CERTIFICATE OF NO OBJECTION REGARDING 113TH MONTHLY FEE APPLICATION (.2); EFILE SAME (.1) | 0.30 | $52.50 |
| 9/22/2011 | 012 | S LENKIEWICZ | PREPARE CERTIFICATE OF NO OBJECTION REGARDING 111TH MONTHLY FEE APPLICATION (.2); EFILE SAME (.1) | 0.30 | $52.50 |
| 9/30/2011 | 012 | S LENKIEWICZ | PREPARE DUANE MORRIS' 115TH MONTHLY FEE APPLICATION | 0.50 | $87.50 |
| | | | Code Total | 3.70 | $875.50 |

File # K0248-00001
W.R. GRACE & CO.

INVOICE# 1699322

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 9/22/2011 | 013 | S LENKIEWICZ | PREPARE CERTIFICATE OF NO OBJECTION REGARDING 29TH QUARTERLY FEE APPLICATION OF CAPSTONE (.2); EFILE SAME (.1); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.40 | $70.00 |
| 9/22/2011 | 013 | S LENKIEWICZ | PREPARE CERTIFICATE OF NO OBJECTION REGARDING 40TH QUARTERLY FEE APPLICATION OF SSL (.2); EFILE SAME (.1); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.40 | $70.00 |
| 9/22/2011 | 013 | S LENKIEWICZ | PREPARE CERTIFICATE OF NO OBJECTION REGARDING 12TH MONTHLY FEE APPLICATION OF SSL (.2); EFILE SAME (.1); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.40 | $70.00 |
| 9/23/2011 | 013 | S LENKIEWICZ | RECEIPT OF CAPSTONE'S 89TH MONTHLY FEE APPLICATION AND FINALIZE FOR EFILING (.2); EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.50 | $87.50 |
| 9/28/2011 | 013 | S LENKIEWICZ | FINALZE SSL'S 125H MONTHLY FEE APPLICATION FOR EFILING (.2); EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.50 | $87.50 |
| 9/28/2011 | 013 | S LENKIEWICZ | PREPARE AND EFILE NOTICE OF WITHDRAWAL OF ONE HUNDRED TWENTY-FIFTH MONTHLY APPLICATION OF SSL (2); REFILE SAME AND FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.2) | 0.40 | $70.00 |
| | | | Code Total | 2.60 | $455.00 |

File # K0248-00001
W.R. GRACE & CO.

INVOICE# 1699322

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 9/21/2011 015 | MR LASTOWSKI | REVIEW INTRAWEST MOTION FOR RELIEF FROM THE AUTOMATIC STAY | 0.10 | $74.50 |
| 9/21/2011 015 | MR LASTOWSKI | REVIEW AGENDA NOTICE FOR 9.26.11 HEARING | 0.10 | $74.50 |
| | | Code Total | 0.20 | $149.00 |

Duane Morris
October 04, 2011
Page 6

File # K0248-00001
W.R. GRACE & CO.

INVOICE# 1699322

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 9/12/2011 | 017 | MR LASTOWSKI | REVIEW BNSF MOTION FOR LEAVE TO FILE A REPLY BRIEF | 0.30 | $223.50 |
| 9/23/2011 | 017 | MR LASTOWSKI | REVIEW MODIFIED ORDER RE: RETURN OF DOCUMENTS FILED UNDER SEAL | 0.10 | $74.50 |
| | | | Code Total | 0.40 | $298.00 |

File # K0248-00001
W.R. GRACE & CO.

INVOICE# 1699322

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 9/9/2011 | 025 | WS KATCHEN | REVIEW CNA APPEAL BRIEF. | 0.80 | $668.00 |
| 9/9/2011 | 025 | WS KATCHEN | SCHEDULING. | 0.10 | $83.50 |
| 9/14/2011 | 025 | WS KATCHEN | WAMU OPINION ON DEFAULT INTEREST UNDER PLAN. | 0.50 | $417.50 |
| 9/15/2011 | 025 | WS KATCHEN | ANALYSIS WAMU OPINION. | 0.80 | $668.00 |
| 9/26/2011 | 025 | WS KATCHEN | REVIEW BNSF MOTION TO FILE REPLY BRIEF. | 0.30 | $250.50 |
| | | | Code Total | 2.50 | $2,087.50 |
| | | | TOTAL SERVICES | 9.80 | $4,199.00 |

File # K0248-00001 INVOICE# 1699322
W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|---|---|---|---|
| 09/30/2011 | POSTAGE | | 107.92 |
| | | Total: | $107.92 |
| 09/19/2011 | OVERNIGHT MAIL PACKAGE SENT TO DAVID SIEGEL AT WR GRACE - COLUMBIA, MD FROM STEPHANIE LENKIEWICZ AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #795200048293) | | 8.34 |
| 09/19/2011 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAY AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM STEPHANIE LENKIEWICZ AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #797529981654) | | 11.62 |
| | | Total: | $19.96 |
| 09/30/2011 | COURT SEARCH SERVICE | | 11.60 |
| | | Total: | $11.60 |
| 09/30/2011 | PRINTING & DUPLICATING | | 92.20 |
| | | Total: | $92.20 |
| | | TOTAL DISBURSEMENTS | $231.68 |