**NINETY-FOURTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM NOVEMBER 1, 2011 THROUGH NOVEMBER 30, 2011)**

ATTACHMENT B

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Task Descriptions
4. Summary of Expenses

# W.R. Grace & Co.
**Capstone Advisory Group, LLC**
**Summary of Fees by Professional**
**For the Period 11-1-11 through 11-30-11**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $760 | 6.20 | $4,712.00 |
| R. Frezza | Member | $670 | 19.70 | $13,199.00 |
| J. Dolan | Consultant | $445 | 55.00 | $24,475.00 |
| M. Haverkamp | Paraprofessional | $120 | 4.30 | $516.00 |
| **For the Period 11-1-11 through 11-30-11** | | | **85.20** | **$42,902.00** |

Capstone Advisory Group, LLC
Invoice for the 11-1-11 - 11-30-11 Fee Application

Page 1 of 1

# W.R. Grace & Co.
Capstone Advisory Group, LLC
Summary of Fees by Task Code
For the Period 11-1-11 through 11-30-11

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant read and analyzed recent docket submissions. | 2.90 | $1,290.50 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared the September and October monthly fee statements. | 8.60 | $2,776.00 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant analyzed data regarding the monthly results and Q3 results, prepared various analyses and prepared a report to the Committee thereon. | 62.10 | $32,323.50 |
| 19. Tax Issues | During the Fee Application Period, the Applicant read and analyzed merger motion issues And participated in discussions with Counsel. | 10.50 | $5,775.00 |
| 20. Valuation | During the Fee Application Period, the Applicant prepared a value analysis. | 1.10 | $737.00 |
| **For the Period 11-1-11 through 11-30-11** | | **85.20** | **$42,902.00** |

# W.R. Grace & Co.
Capstone Advisory Group, LLC
Detailed Time Description by Task Code
For the Period 11-1-11 through 11-30-11

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 04. Creditor Committee Matters | | | |
| 11/3/2011 | J. Dolan | 0.60 | Reviewed and analyzed recent docket submissions. |
| 11/7/2011 | J. Dolan | 0.60 | Reviewed and analyzed recent docket submissions. |
| 11/21/2011 | J. Dolan | 0.90 | Reviewed and analyzed recent docket submissions. |
| 11/28/2011 | J. Dolan | 0.80 | Reviewed and analyzed recent docket submissions. |
| Subtotal | | 2.90 | |
| 07. Fee Applications & Invoices | | | |
| 11/1/2011 | J. Dolan | 0.40 | Reviewed document re: fee applications from Auditor. |
| 11/2/2011 | E. Ordway | 0.30 | Reviewed fee examiner's report. |
| 11/3/2011 | J. Dolan | 0.50 | Prepared September 2011 fee application. |
| 11/7/2011 | M. Haverkamp | 0.80 | Prepared September 2011 fee application. |
| 11/8/2011 | E. Ordway | 0.30 | Prepared September 2011 fee application. |
| 11/21/2011 | J. Dolan | 0.90 | Prepared October 2011 fee application. |
| 11/21/2011 | M. Haverkamp | 2.40 | Prepared October 2011 fee application. |
| 11/29/2011 | M. Haverkamp | 0.20 | Prepared October 2011 fee application. |
| 11/29/2011 | M. Haverkamp | 0.20 | Prepared September 2011 fee application. |
| 11/30/2011 | J. Dolan | 0.70 | Prepared October 2011 fee application. |
| 11/30/2011 | J. Dolan | 0.70 | Prepared September 2011 fee application. |
| 11/30/2011 | M. Haverkamp | 0.30 | Prepared September 2011 fee application. |
| 11/30/2011 | M. Haverkamp | 0.40 | Prepared October 2011 fee application. |
| 11/30/2011 | E. Ordway | 0.50 | Prepared fee application. |

Capstone Advisory Group, LLC
Invoice for the 11-1-11 - 11-30-11 Fee Application

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| | | Subtotal 8.60 | |

08. Financial Analysis - Schedules & Statements

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 11/1/2011 | J. Dolan | 2.00 | Prepared report to the Committee re: 3Q11 results. |
| 11/1/2011 | J. Dolan | 2.80 | Prepared various analyses of 3Q11 results for report to the Committee. |
| 11/1/2011 | R. Frezza | 1.60 | Prepared for and participated in business update replay re: 3Q11 results. |
| 11/2/2011 | E. Ordway | 0.30 | Prepared and edited report to Committee re: 3Q11 results. |
| 11/2/2011 | R. Frezza | 2.10 | Reviewed and analyzed analyst reports. |
| 11/3/2011 | J. Dolan | 2.50 | Prepared analysis for 3Q11 report to the Committee. |
| 11/4/2011 | E. Ordway | 0.60 | Reviewed analyst reports selected by staff re: business prospects. |
| 11/7/2011 | J. Dolan | 3.10 | Reviewed and analyzed recently filed form 10Q for 3Q11 report to the Committee. |
| 11/7/2011 | J. Dolan | 2.80 | Prepared report to the Committee on the 3Q11 results. |
| 11/8/2011 | J. Dolan | 3.10 | Prepared commentary for report to the Committee on 3Q11 results. |
| 11/8/2011 | J. Dolan | 3.40 | Prepared various 3Q11 analyses for report to the Committee. |
| 11/8/2011 | E. Ordway | 0.50 | Reviewed and analyzed 10-Q. |
| 11/10/2011 | J. Dolan | 2.80 | Reviewed analyst reports to assist in evaluating Company outlook for 2011. |
| 11/10/2011 | J. Dolan | 1.60 | Prepared peer analysis for valuation multiple assessment for 3Q11. |
| 11/11/2011 | E. Ordway | 0.90 | Prepared and edited report to Committee re: 3Q11 results. |
| 11/15/2011 | J. Dolan | 2.50 | Reviewed and analyzed recent analyst reports and summarized for report to the Committee. |
| 11/15/2011 | J. Dolan | 1.40 | Prepared peer analysis and related commentary for 3Q11 report. |
| 11/15/2011 | J. Dolan | 1.80 | Prepared cash flow analysis and commentary for 3Q11 report to the Committee. |
| 11/16/2011 | E. Ordway | 1.20 | Analyzed peer group data summarized by staff relevant for valuation purposes. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 11/17/2011 | J. Dolan | 1.70 | Prepared report to the Committee on 3Q11 results. |
| 11/17/2011 | J. Dolan | 2.60 | Prepared detailed analyses and related commentary on GCP division for 3Q11 report. |
| 11/17/2011 | J. Dolan | 2.80 | Prepared detailed analysis and commentary on Davison division and changes from prior year. |
| 11/21/2011 | J. Dolan | 3.20 | Made final review and changes to 3Q11 report to the Committee and distributed for internal review. |
| 11/21/2011 | E. Ordway | 0.60 | Continued to prepare report to the Committee re: 3Q11 results. |
| 11/21/2011 | R. Frezza | 3.90 | Analyzed Q3 results versus plan and prior year for report to Committee. |
| 11/22/2011 | J. Dolan | 2.10 | Reviewed 3Q11 report to the Committee. |
| 11/22/2011 | E. Ordway | 0.70 | Analyzed financial performance of peer group to understand variability in marked multiples. |
| 11/22/2011 | R. Frezza | 4.10 | Prepared and reviewed Q311 report to Committee. |
| 11/23/2011 | R. Frezza | 1.20 | Finalized and issued report after considering Counsel's comments. |
| 11/28/2011 | J. Dolan | 1.10 | Final review and distribution of 3Q11 report to the Committee. |
| 11/29/2011 | E. Ordway | 0.30 | Participated in call with bank claim holder re: debtor financial results. |
| 11/29/2011 | R. Frezza | 0.80 | Responded to Committee member questions re: 3Q11 report. |
| Subtotal | | 62.10 | |

19. Tax Issues

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 11/1/2011 | R. Frezza | 1.30 | Participated in call with Company and Counsel on particulars of and concerns with merger impact on UCC. |
| 11/1/2011 | J. Dolan | 1.10 | Participated in discussion on merger motion issues. |
| 11/2/2011 | J. Dolan | 0.90 | Participated in discussion on merger motion issues. |
| 11/3/2011 | J. Dolan | 1.50 | Participated in discussion on merger motion and reviewed and analyzed documents distributed for conference call. |
| 11/3/2011 | R. Frezza | 2.10 | Participated in detailed discussion on merger motion issues with company Counsel and Counsel. |
| 11/3/2011 | J. Dolan | 2.10 | Prepared for and participated in call with Blackstone and Counsel re: merger motion issues. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 11/3/2011 | R. Frezza | 1.50 | Participated in discussion with Counsel on merger motion issues. |
| Subtotal | | 10.50 | |
| 20. Valuation | | | |
| 11/30/2011 | R. Frezza | 1.10 | Updated distributable value analysis. |
| Subtotal | | 1.10 | |
| **Total Hours** | | **85.20** | |

Capstone Advisory Group, LLC  
Invoice for the 11-1-11 - 11-30-11 Fee Application

Page 4 of 4

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 11-1-11 through 11-30-11

| Date | Professional | Detail | Amount |
|---|---|---|---|
| Research | | | |
| 11/11/2011 | CAG Direct | Pacer | $30.88 |
| Subtotal - Research | | | $30.88 |
| Telecom | | | |
| 11/11/2011 | CAG Direct | November Telecom | $98.33 |
| Subtotal - Telecom | | | $98.33 |
| **For the Period 11-1-11 through 11-30-11** | | | **$129.21** |

Capstone Advisory Group, LLC  
Invoice for the 11-1-11 - 11-30-11 Fee Application

Page 1 of 1