# EXHIBIT A

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Ahmanson Center<br><br>Bank One Purchasing Card<br>J.P. Morgan & Chase Co.<br>J.P. Morgan Investment Management Inc. (New York)<br>JP Morgan Chase<br>JP Morgan Chase - Morgan Guaranty Trust Co. | J.P. Morgan Securities (Asia Pacific) Limited | Current Client |
| Allianz Underwriters Ins<br>C.A.M.A.T<br>Dresdner Bank<br>Dresdner Bank A.G.<br>Euler Hermes ACI<br>Fireman's Fund Insurance Company | Fireman's Fund Insurance Company | Current Client |
| Allied Signal<br>Honeywell (Gomar) - Linden, New Jersey | Metrologic Instruments, Inc.<br>Omniplanar Inc. | Current Client<br>Current Client |
| Amoco Chemicals Co.<br>Amoco Corporation<br>Amoco Oil Co.<br>Amoco Shipping Company<br>Arco Petroleum Products Co.<br>Atlantic Richfield<br>BP<br>BP - Carson, CA<br>BP Amoco Chemical - Chicago, IL<br>BP Amoco PLC<br>BP Chemicals<br>BP Energy Ltd.<br>BP International Ltd.<br>BP of America<br>BP Oil Corporation<br>Remet (Ny) Mrl Inds | BP Chemical Company | Current Client |
| AON Risk Services | James English | Current Client |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| ASA (Actuarial Sciences Associates Inc.) | | |
| Avenue Capital<br>Avenue Capital Group | Avenue Capital | Current Client |
| Bank of America<br>Bank of America, N.A.<br><br>Bank of Boston | Benjamin Klein<br>Merrill Lynch Pierce Fenner & Smith Inc. | Current Client<br>Current Client |
| Betz Laboratories, Inc.<br>BetzDearborn, Inc.<br>GE Capital Fleet Services<br>GE Industrial Systems<br>General Electric<br>General Electric Capital Corporation<br>General Electric Co.<br>NTFC Capital Corporation | Andrew Sorrentino | Current Client |
| Cargill | CarVal Investors | Current Client |
| Caspian Capital Partners LP | Caspian Capital Partners LP | Current Client |
| Caspian Select Credit Master Fund | Caspian Select Credit Master Fund Ltd. | Current Client |
| Citi Investment Research (US)<br><br>Citibank, N.A.<br>Citicorp Dealer Finance<br>Citicorp Del-Lease, Inc.<br>Citigroup<br>Citigroup Financial Products Inc.<br>Citigroup Special | Citigroup Global Markets Asia Limited | Current Client |
| College Retirement Equities Fund | Teachers Insurance and Annuity Association of America<br>TIAA-CREF | Closed Client<br><br>Current Client |
| Community Distributors, Inc. | Sun Capital Partners - Fund V<br>Various senior officers and directors of Sun Capital Partners | Current Client<br>Current Client |
| Exxon (Paxon)<br>Exxon Chemical Co.<br>Exxon Co. USA<br>Exxonmobil | ExxonMobil Coal USA, Inc. | Current Client |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Exxonmobil Global Services Co.<br>Mobil Chemical - Beaumont, TX<br>Mobil Chemical Company<br>Mobil Oil Company | | |
| First National Bank<br>Kelts LLC<br>Royal Bank of Scotland | RBS Securities<br>Royal Bank of Scotland PLC<br>The Royal Bank of Scotland plc | Current Client<br>Current Client<br>Current Client |
| FMR LLC | Fidelity Brokerage Services, LLC | Closed Client |
| Fortress Investment Group LLC | Dean Dakolias | Current Client |
| GEICO | The Pampered Chef, Ltd. | Current Client |
| Goldman Sachs Credit Partners LP | Goldman Sachs Capital Partners<br>Goldman Sachs Global Opportunities Fund Offshore Ltd. | Current Client<br>Current Client |
| Illinois Department of Revenue | Admissions Review Commission<br>Office of the Governor, State of Illinois<br>Silver City Galleria L.L.C. | Former Client<br>Closed Client<br><br>Current Client |
| M&T Banks | Wilmington Trust-London Limited | Closed Client |
| Macquarie Bank Ltd. | Macquarie Agricultural Funds Management Limited | Current Client |
| Mariner LDC | Mariner LDC | Current Client |
| Marshall's of Milford, Connecticut, Inc.<br>Marshall's of Waterbury, Connecticut, Inc.<br>Marshall's of Wayne<br>Marshall's, Inc. | The TJX Companies, Inc. | Current Client |
| Massachusetts Mutual Life Insurance Co. | Cornerstone Real Estate Advisers LLC | Current Client |
| Northern Trust Bank<br>Northern Trust Company<br>Northern Trust Investments NA | The Northern Trust Company | Current Client |
| Oppenheimer Asset Management Inc.<br>Oppenheimer Funds Inc. | Oppenheimer Asset Management Inc.<br>Oppenheimer Funds Inc. | Current Client<br><br>Current Client |
| Rhodia Terres Rares<br>Solvay Minerals | Rhodia S.A. | Current Client |
| The Blackstone Group | BHAC IV, LLC | Current Client |

3

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Blackstone Capital Partners IV L.P. | Current Client |
| | Blackstone Holdings I L.P. | Current Client |
| | Blackstone Holdings I/II GP, Inc. | Current Client |
| | Blackstone Holdings II L.P. | Current Client |
| | Blackstone Holdings III GP L.L.C. | Current Client |
| | Blackstone Holdings III L.P. | Current Client |
| | Blackstone Holdings IV GP L.P. | Current Client |
| | Blackstone Holdings IV L.P. | Current Client |
| | Blackstone Holdings V GP L.P. | Current Client |
| | Blackstone Holdings V L.P. | Current Client |
| | Blackstone Hospitality Acquisitions, LLC | Current Client |
| | Blackstone Real Estate Partners IV L.P. | Current Client |
| | BRE/HV Holdings, LLC | Current Client |
| | GSO Capital Partners International LLP | Current Client |
| | Prime Hospitality, LLC | Current Client |
| | Various senior officers and employees of The Blackstone Group | Current Client |
| The Lincoln National Insurance Co. | Lincoln National Life Insurance | Current Client |
| The Lionel Corporation & Lionel Leisure, Inc. | Lionel LLC | Current Client |
| Toyota Motor<br>Toyota Motor Credit<br><br>Toyota Motor Credit Corp. | Toyota Motor Corporation | Current Client |
| | Toyota Motor Engineering & Manufacturing North America | Current Client |
| | Toyota Motor Engineering & Manufacturing North America, Inc. | Current Client |
| | Toyota Motor Manufacturing Alabama | Current Client |
| | Toyota Motor Manufacturing Indiana | Current Client |
| | Toyota Motor Manufacturing Kentucky | Current Client |
| | Toyota Motor Manufacturing Mississippi | Current Client |
| | Toyota Motor Manufacturing Texas | Current Client |
| | Toyota Motor Manufacturing West Virginia | Current Client |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Toyota Motor North America | Current Client |
| | Toyota Motor North America, Inc. | Current Client |
| | Toyota Motor Sales, USA | Current Client |
| UBS O'Connor LLC | UBS AG, London Branch | Current Client |
| | UBS Pace High-Yield Investments | Current Client |
| | UBS Pace Select Advisors Trust | Current Client |