# **<u>EXHIBIT A</u>**

LAW OFFICES
**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

December 30, 2011

---

FOR PROFESSIONAL SERVICES RENDERED

RE: Swapnil KULKARNI

Invoice #: 12.40947811

| | |
|---|---:|
| **Total Legal Fees** | $0.00 |

**Disbursements**

| | |
|---|---:|
| Education evaluation fee - Diffrence in Foundation for International Services, Inc. (FIS) Education Evaluation fees billed due to FIS fee increase (Same Day Service previously $225, currently $245). | $20.00 |
| **Total Disbursements** | $20.00 |
| **Please Remit** | **$20.00** |

---

| Checks | Wire Transfers |
|---|---|
| Please send checks made payable to: | |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| 75 Remittance Drive | The Northern Trust Company |
| Suite # 6072 | Account # 30147775 |
| Chicago, Illinois 60675-6072 | ABA Transit # 071000152 |
| | Swift Code: CNORUS44 |

**\*\*\* Please return invoice with check or include invoice number on wire transfer instructions \*\*\***

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

December 30, 2011

---

FOR PROFESSIONAL SERVICES RENDERED

**RE: Diego GRANELL NEBOT**  Invoice #: 12.40944026

Preparation of application to extend nonimmigrant status of accompanying B-2 non-spousal partner. Preparation of Form I-539 and letter of support. Transmittal of prepared forms and documents to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the USCIS.

| | **Total Legal Fees** | $800.00 |
|---|---|---|

**Disbursements**

| | | |
|---|---|---|
| Fedex (domestic) | | $29.00 |
| Dependent USCIS Filing Fee for Form I-539 | | $290.00 |
| Miscellaneous expenses | | $40.00 |
| | **Total Disbursements** | $359.00 |
| | **Please Remit** | **$1,159.00** |

---

| **Checks** | **Wire Transfers** |
|---|---|
| Please send checks made payable to: | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | The Northern Trust Company |
| 75 Remittance Drive | Account # 30147775 |
| Suite # 6072 | ABA Transit # 071000152 |
| Chicago, Illinois 60675-6072 | Swift Code: CNORUS44 |

*** Please return invoice with check or include invoice number on wire transfer instructions ***

**Additional Comments:**
For billing inquiries, please call 305-774-5800.

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

December 30, 2011

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

FOR PROFESSIONAL SERVICES RENDERED
RE: Diego GRANELL NEBOT

Invoice #: 12.40947820

| | |
|---|---:|
| Total Legal Fees | $0.00 |

**Disbursements**

| | |
|---|---:|
| Edcuation Evaluation Fees | $430.00 |
| Total Disbursements | $430.00 |
| Please Remit | $430.00 |

### Checks
Please send checks made payable to:
FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite # 6072
Chicago, Illinois 60675-6072

### Wire Transfers
FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
The Northern Trust Company
Account # 30147775
ABA Transit # 071000152
Swift Code: CNORUS44

\*\*\* Please return invoice with check or include invoice number on wire transfer instructions \*\*\*

**Additional Comments:**
For billing inquiries please call 305-774-5800.