# **<u>EXHIBIT A</u>**

LAW OFFICES

**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**

One Alhambra Plaza
Suite 600
Coral Gables, FL  33134
Phone: (305) 774-5800
Fax: (305) 774-6666

# FILE COPY

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044
USA

October 31, 2011

FOR PROFESSIONAL SERVICES RENDERED

**RE: Daniel PREGO**

Invoice #: 11.40918316

Initation, Email Communication, Preparation (including coordination of photo to specifications), and submission of Diversity Immigrant green card lottery entry.

| | |
|---|---|
| Total Legal Fees | $250.00 |

**Disbursements**

| | |
|---|---|
| Total Disbursements | $0.00 |
| Please Remit | $250.00 |

---

| Checks | Wire Transfers |
|---|---|
| Please send checks made payable to: | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | The Northern Trust Company |
| 75 Remittance Drive | Account # 30147775 |
| Suite # 6072 | ABA Transit # 071000152 |
| Chicago, Illinois 60675-6072 | Swift Code: CNORUS44 |

# FILE COPY

*** Please return invoice with check or include invoice number on wire transfer instructions ***

**Additional Comments:**
For Billing inquries, please call 305-774-5800.

LAW OFFICES
**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**

One Alhambra Plaza
Suite 600
Coral Gables, FL  33134
Phone: (305) 774-5800
Fax: (305) 774-6666

# FILE COPY

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044
USA

October 31, 2011

---

**FOR PROFESSIONAL SERVICES RENDERED**

**RE: Larisa CIOACA**

Invoice #: 11.40918317

Initation, Email Communication, Preparation (including coordination of photo to specifications), and submission of Diversity Immigrant green card lottery entry.

|  |  |
|---|---|
| Total Legal Fees | $250.00 |

**Disbursements**

|  |  |
|---|---|
| Total Disbursements | $0.00 |
| **Please Remit** | **$250.00** |

---

| Checks | Wire Transfers |
|---|---|
| Please send checks made payable to: | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | The Northern Trust Company |
| 75 Remittance Drive | Account # 30147775 |
| Suite # 6072 | ABA Transit # 071000152 |
| Chicago, Illinois 60675-6072 | Swift Code: CNORUS44 |

# FILE COPY

**\*\*\* Please return invoice with check or include invoice number on wire transfer instructions \*\*\***

**Additional Comments:**
For billing inquiries, please call 305-774-5800.

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP

One Alhambra Plaza
Suite 600
Coral Gables, FL  33134
Phone: (305) 774-5800
Fax: (305) 774-6666

# FILE COPY

Janissa Garcia                                                      October 31, 2011
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044
USA

---

**FOR PROFESSIONAL SERVICES RENDERED**

RE: Karla VELEZ CEDENO                                      Invoice #: 11.40918318

Preparation of Application for Adjustment of Status to Lawful Permanent Resident of the United States for principal beneficiary of immigrant visa petition including preparation of Forms I-485, G-325A, and supporting documentation. Preparation of final package and submission to the appropriate Regional Service Center of the United States Citizenship and Immigration Services.

Preparation of Form I-765 on behalf of foreign national for permission to obtain employment authorization during pendency of application for U.S. permanent residence.

Preparation Form I-131, Application for Travel Document (advance parole), with supporting documentation, to facilitate international travel during the pendency of an Application for Adjustment of Status. Submission to the United States Citizenship and Immigration Services.

|  |  |
|---|---|
| **Total Legal Fees** | $2,625.00 |

**Disbursements**

| | |
|---|---|
| Fedex (domestic) | $29.00 |
| Miscellaneous expenses | $131.25 |
| **Total Disbursements** | $160.25 |
| **Please Remit** | **$2,785.25** |

---

| Checks | Wire Transfers |
|---|---|
| Please send checks made payable to: | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | The Northern Trust Company |
| 75 Remittance Drive | Account # 30147775 |
| Suite # 6072 | ABA Transit # 071000152 |
| Chicago, Illinois 60675-6072 | Swift Code: CNORUS44 |

# FILE COPY

**\*\*\* Please return invoice with check or include invoice number on wire transfer instructions \*\*\***

Additional Comments:

LAW OFFICES
**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**

One Alhambra Plaza
Suite 600
Coral Gables, FL  33134
Phone: (305) 774-5800
Fax: (305) 774-6666

# FILE COPY

Janissa Garcia                                                                                            October 31, 2011
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044
USA

FOR PROFESSIONAL SERVICES RENDERED

RE: Swapnil KULKARNI                                                                          Invoice #: 11.40918315

Preparation of cap-subject petition for temporary nonimmigrant classification as a professional in H-1B status
with a request for change of status. Review and discussion, as needed, of the beneficiary's qualifications and
educational background. Preparation, including prevailing wage determination, and filing of certified Labor
Condition Application (LCA) with the U.S. Department of Labor. Drafting of Form I-129 and Supplements
and of detailed support letter setting forth a description of the professional level position to be performed by
the beneficiary, background of the U.S. employer entity and specific requirements for the position, including a
full description of the professional credentials of the beneficiary in accordance with U.S. Citizenship and
Immigration Services' (USCIS) current regulations. Transmittal of prepared forms and letter to the client for
final review and signature. Final preparation and submission of petition to the appropriate USCIS Service
Center.

|  |  |
|---|---|
| **Total Legal Fees** | $1,850.00 |

**Disbursements**

| | |
|---|---|
| Fedex (domestic) | $58.00 |
| USCIS Filing Fee for H-1B (Training and Education Fee) | $1,500.00 |
| USCIS Filing Fee (Anti-Fraud Fee) | $500.00 |
| USCIS Filing Fee for I-129 | $325.00 |
| Education Evaluation Fees | $225.00 |
| Miscellaneous expenses | $92.50 |
| **Total Disbursements** | $2,700.50 |
| **Please Remit** | **$4,550.50** |

---

| **Checks** | **Wire Transfers** |
|---|---|
| Please send checks made payable to: | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | The Northern Trust Company |
| 75 Remittance Drive | Account # 30147775 |
| Suite # 6072 | ABA Transit # 071000152 |
| Chicago, Illinois 60675-6072 | Swift Code: CNORUS44 |

LAW OFFICES

## FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP

One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

# FILE COPY

October 31, 2011

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

FOR PROFESSIONAL SERVICES RENDERED

**RE: Larisa CIOACA**

Invoice #: 11.40918314

Preparation of Application for Alien Employment Certification to be filed under PERM. Review of position description, minimum requirements, any alternate requirements, and alien's qualifications. Preparation and submission of prevailing wage determination request to the Department of Labor (DOL). Coordination of recruitment efforts with employer including placement of a job order with the appropriate state job bank, placement of the necessary advertisements, and other necessary recruitment tools.

|  |  |
|---|---:|
| **Total Legal Fees** | $2,000.00 |

**Disbursements**

| | |
|---|---:|
| Miscellaneous expenses | $80.00 |
| **Total Disbursements** | $80.00 |
| **Please Remit** | $2,080.00 |

| Checks | Wire Transfers |
|---|---|
| Please send checks made payable to: | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | The Northern Trust Company |
| 75 Remittance Drive | Account # 30147775 |
| Suite # 6072 | ABA Transit # 071000152 |
| Chicago, Illinois 60675-6072 | Swift Code: CNORUS44 |

# FILE COPY

**\*\*\* Please return invoice with check or include invoice number on wire transfer instructions \*\*\***

LAW OFFICES

# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862 5000
FAX: (732) 862 5020

VIRGINIA RODRIGUEZ                                          30-October-2011
C/O ERNST & YOUNG
2323 VICTORY AVENUE
SUITE 2000
DALLAS TEXAS 75219
UNITED STATES OF AMERICA

---

FOR PROFESSIONAL SERVICES RENDERED

Employee: YOUCEF BOUDEFFA

Fragomen Invoice Number: IN-US00208607

Fragomen Manager: GRAHAM LEES

Fragomen Case Number: 373352

Client: W.R. GRACE & CO.

Total Legal Fees:    0.00

Total Disbursements: 311.06

Invoice Total: (USD) 311.06

| | Fee/Disbursement |
|---|---|
| **DISBURSEMENTS**<br>(work carried out by FRAGOMEN - BRUSSELS) | |
| For our professional services rendered to Youcef Boudeffa in connection with his extension of work and residence authorization - case cancelled - 25% of total legal fee | 296.25 |
| Miscellaneous Out of pocket expenses (including timed facsimile, telephone charges and photocopying) | 14.81 |

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

Client: W.R. GRACE & CO.

Employee: YOUCEF BOUDEFFA

| | |
|---|---|
| Comments: | |
| Application Approval Date: | |
| Application File Date: | |
| Authorizing Manager: | |
| Case Initiation Date: | 11 Apr 2011 |
| Cost Center: | |
| Employee ID: | |
| Number of Dependents: | 0 |
| PO #: | |
| Receiving Country: | BELGIUM |
| Sending Country: | BELGIUM |

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862 5000
FAX: (732) 862 5020

VIRGINIA RODRIGUEZ

C/O ERNST & YOUNG

2323 VICTORY AVENUE
SUITE 2000
DALLAS TEXAS 75219
UNITED STATES OF AMERICA

30-October-2011

FOR PROFESSIONAL SERVICES RENDERED

Employee: DIRK STRASSNER

Fragomen Invoice Number: IN-US00208611

Fragomen Manager: GRAHAM LEES

Fragomen Case Number: 410047

Client: W.R. GRACE & CO.

Total Legal Fees:     0.00

Total Disbursements: 1,897.91

Invoice Total: (USD)   1,897.91

| | Fee/Disbursement |
|---|---|
| **DISBURSEMENTS** (work carried out by FRAGOMEN - SINGAPORE) | |
| Assistance provided in respect of the application of an Employment Pass on behalf of Dirk Strassner. | 900.00 |
| Assistance provided in respect of the simultaneous application of three dependant passes. | 300.00 |
| Fragomen fee for Translation services | 150.00 |
| Transportation=SGD 13.20 | 10.13 |
| Agency Traslation=SGD 112.40 | 86.29 |
| Government fees paid on your behalf=SGD 370 | 284.05 |

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

Employee: DIRK STRASSNER

Fragomen Reference Number: IN-US00208611

| | Fee/Disbursement |
|---|---|
| Miscellaneous Out of pocket expenses (including timed facsimile, telephone charges and photocopying) | 67.50 |
| Foreign Tax | 99.94 |

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

Client: W.R. GRACE & CO.

Employee: DIRK STRASSNER

|  |  |
|---|---|
| Comments: | |
| Application Approval Date: | 10 Aug 2011 |
| Application File Date: | 03 Aug 2011 |
| Authorizing Manager: | |
| Case Initiation Date: | 11 Jul 2011 |
| Cost Center: | |
| Employee ID: | |
| Number of Dependents: | 3 |
| PO #: | |
| Receiving Country: | SINGAPORE |
| Sending Country: | GERMANY |

LAW OFFICES

# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862 5000
FAX: (732) 862 5020

VIRGINIA RODRIGUEZ                              30-November-2011
C/O ERNST & YOUNG
2323 VICTORY AVENUE
SUITE 2000
DALLAS TEXAS 75219
UNITED STATES OF AMERICA

---

FOR PROFESSIONAL SERVICES RENDERED

Employee: YOUCEF BOUDEFFA

Fragomen Invoice Number: IN-US00213433

Fragomen Manager: GRAHAM LEES

Fragomen Case Number: 416273

Client: W.R. GRACE & CO.

Total Legal Fees:      0.00

Total Disbursements: 2,393.48

Invoice Total: (USD)   2,393.48

| | Fee/Disbursement |
|---|---|
| **DISBURSEMENTS** (work carried out by FRAGOMEN - BRUSSELS) | |
| Assistance with obtaining work and residence permit on behalf of Youcef Boudeffa. Application filed with immigration authorities. | 2,100.00 |
| Miscellaneous Out of pocket expenses (including timed facsimile, telephone charges and photocopying) | 105.00 |
| Other-Disbursements (including registered mail to send the application to the authorities, express courier to collect the work permit and to deliver it to the employee) | 188.48 |

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

Client: W.R. GRACE & CO.

Employee: YOUCEF BOUDEFFA

| | |
|---|---|
| Comments: | |
| Application Approval Date: | 14 Oct 2011 |
| Application File Date: | 26 Sep 2011 |
| Authorizing Manager: | |
| Case Initiation Date: | 12 Aug 2011 |
| Cost Center: | |
| Employee ID: | |
| Expiry Date: | 10 Oct 2012 |
| Number of Dependents: | 0 |
| PO #: | |
| Receiving Country: | BELGIUM |
| Sending Country: | BELGIUM |

LAW OFFICES

# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862 5000
FAX: (732) 862 5020

VIRGINIA RODRIGUEZ
C/O ERNST & YOUNG
2323 VICTORY AVENUE
SUITE 2000
DALLAS TEXAS 75219
UNITED STATES OF AMERICA

30-November-2011

---

FOR PROFESSIONAL SERVICES RENDERED

Employee: YOUCEF BOUDEFFA

Fragomen Invoice Number: IN-US00213560

Fragomen Manager: GRAHAM LEES

Fragomen Case Number: 440947

Client: W.R. GRACE & CO.

Total Legal Fees:    1,050.00

Total Disbursements: 392.50

Invoice Total: (USD)   1,442.50

| | Fee/Disbursement |
|---|---|
| LEGAL FEES | |
| Legal Fees for assistance with the procurement of a Long Stay D Visa on behalf of assignee.  (Fees authorized by Valérie Parmentier on 10/21/11) | 1,050.00 |
| DISBURSEMENTS | |
| Courier charges paid | 70.00 |
| Government fees paid on your behalf of assignee | 252.00 |
| FedEx/DHL/Other Charges | 18.00 |
| Miscellaneous Out of pocket expenses (including timed facsimile, telephone charges and photocopying) | 52.50 |

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

Client:  W.R. GRACE & CO.

Employee:  YOUCEF BOUDEFFA

---

| | |
|---|---|
| Comments: | |
| Application Approval Date: | 29 Nov 2011 |
| Application File Date: | 22 Nov 2011 |
| Authorizing Manager: | |
| Case Initiation Date: | 21 Oct 2011 |
| Cost Center: | |
| Employee ID: | |
| Number of Dependents: | 0 |
| PO #: | |
| Receiving Country: | BELGIUM |
| Sending Country: | UNITED STATES OF AMERICA |

LAW OFFICES

**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**

One Alhambra Plaza
Suite 600
Coral Gables, FL  33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia                                                November 30, 2011
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044
USA

---

**FOR PROFESSIONAL SERVICES RENDERED**

 **RE: Enzo ORELLANA**                                    Invoice #: 11.40920149

Initiation, Email Communication, Preparation (including coordination of photo to specifications), and
submission of Diversity Immigrant green card lottery entry.

| | |
|---|---:|
| **Total Legal Fees** | $250.00 |

**Disbursements**

| | |
|---|---:|
| **Total Disbursements** | $0.00 |
| **Please Remit** | $250.00 |

---

| **Checks** | **Wire Transfers** |
|:---:|:---:|
| Please send checks made payable to: | |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| 75 Remittance Drive | The Northern Trust Company |
| Suite # 6072 | Account # 30147775 |
| Chicago, Illinois 60675-6072 | ABA Transit # 071000152 |
| | Swift Code: CNORUS44 |

**\*\*\* Please return invoice with check or include invoice number on wire transfer instructions \*\*\***

**Additional Comments:**
For billing inquiries, please call 305-774-5800.

LAW OFFICES
**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**
One Alhambra Plaza
Suite 600
Coral Gables, FL  33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia                                                                    November 30, 2011
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044
USA

---

**FOR PROFESSIONAL SERVICES RENDERED**

    **RE: Daniel PREGO**                                                    Invoice #: 11.40928636

Preparation and submission of Form I-907 Request for Premium Processing Service for a nonimmigrant
petition and preparation and submission of letter to USCIS requesting that pending petition be converted to
premium processing.

|  |  |
|---|---:|
| **Total Legal Fees** | $250.00 |

**Disbursements**

| | |
|---|---:|
| Fedex (domestic) | $29.00 |
| USCIS Filing Fee for I-907 (Premium Processing Fee) | $1,225.00 |
| Miscellaneous expenses | $12.50 |
| **Total Disbursements** | $1,266.50 |
| **Please Remit** | **$1,516.50** |

---

| **Checks** | **Wire Transfers** |
|:---:|:---:|
| Please send checks made payable to: | |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| 75 Remittance Drive | The Northern Trust Company |
| Suite # 6072 | Account # 30147775 |
| Chicago, Illinois 60675-6072 | ABA Transit # 071000152 |
| | Swift Code: CNORUS44 |

**\*\*\* Please return invoice with check or include invoice number on wire transfer instructions \*\*\***

**Additional Comments:**
For billing inquiries, please call 305-774-5800.

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
One Alhambra Plaza
Suite 600
Coral Gables, FL  33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia                                                                                   November 30, 2011
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044
USA

---

**FOR PROFESSIONAL SERVICES RENDERED**

### RE: Siva POTHIREDDY                                        Invoice #: 11.40931973

Preparation of Application for Adjustment of Status to Lawful Permanent Resident of the United States for principal beneficiary of immigrant visa petition including preparation of Forms I-485, G-325A, and supporting documentation. Preparation of final package and submission to the appropriate Regional Service Center of the United States Citizenship and Immigration Services.

Preparation of Form I-765 on behalf of family member(s) for permission to obtain employment authorization during pendency of application for adjustment of status for U.S. permanent residence. Submission of application to United States Citizenship and Immigration Service.

Preparation Form I-131, Application for Travel Document (advance parole), with supporting documentation, to facilitate international travel during the pendency of an Application for Adjustment of Status. Submission to the United States Citizenship and Immigration Services.

Preparation of Form I-765 on behalf of foreign national for permission to obtain employment authorization during pendency of application for U.S. permanent residence.

Application for Adjustment of Status to Lawful Permanent Resident of the United States for family member, including preparation of Forms I-485, G-325A and supporting documentation.

Preparation Form I-131, Application for Travel Document (advance parole), with supporting documentation, to facilitate international travel for family member(s) during the pendency of an Application for Adjustment of Status. Submission to the United States Citizenship and Immigration Services.

|  |  |
|---|---:|
| **Total Legal Fees** | $4,475.00 |

**Disbursements**

| | |
|---|---:|
| Fedex (domestic) | $29.00 |
| Miscellaneous expenses | $223.75 |
| **Total Disbursements** | $252.75 |
| **Please Remit** | **$4,727.75** |

---

| **Checks** | **Wire Transfers** |
|:---:|:---:|
| Please send checks made payable to: | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | The Northern Trust Company |
| 75 Remittance Drive | Account # 30147775 |
| Suite # 6072 | ABA Transit # 071000152 |
| Chicago, Illinois 60675-6072 | Swift Code: CNORUS44 |

**\*\*\* Please return invoice with check or include invoice number on wire transfer instructions \*\*\***

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP

One Alhambra Plaza
Suite 600
Coral Gables, FL  33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044
USA

November 30, 2011

---

**FOR PROFESSIONAL SERVICES RENDERED**

**RE: Kinnari MEHTA**

Invoice #: 11.40928637

Balance of fees for preparation of Application for Alien Employment Certification to be filed under PERM. Review of position description, minimum requirements, any alternate requirements, and alien's qualifications. Preparation and submission of prevailing wage determination request to the Department of Labor (DOL). Coordination of recruitment efforts with employer including placement of a job order with the appropriate state job bank, placement of the necessary advertisements, and other necessary recruitment tools. Preparation of recruitment report. Preparation of PERM audit file to include evidence of all attestations made on Form ETA-9089. Final preparation of Form ETA-9089 and electronic submission to the U.S. Department of Labor.

|  |  |
|---|---:|
| **Total Legal Fees** | $2,200.00 |

**Disbursements**

| | |
|---|---:|
| Miscellaneous expenses | $88.00 |
| **Total Disbursements** | $88.00 |
| **Please Remit** | **$2,288.00** |

---

| **Checks** | **Wire Transfers** |
|:---:|:---:|
| Please send checks made payable to: | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | The Northern Trust Company |
| 75 Remittance Drive | Account # 30147775 |
| Suite # 6072 | ABA Transit # 071000152 |
| Chicago, Illinois 60675-6072 | Swift Code: CNORUS44 |

**\*\*\* Please return invoice with check or include invoice number on wire transfer instructions \*\*\***

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP

One Alhambra Plaza
Suite 600
Coral Gables, FL  33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia                                                          November 30, 2011
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044
USA

---

**FOR PROFESSIONAL SERVICES RENDERED**

RE: **Chelsea Freda D'SOUZA**                                    Invoice #: 11.40928638

Balance of fees for preparation of Application for Alien Employment Certification to be filed under PERM. Review of position description, minimum requirements, any alternate requirements, and alien's qualifications. Preparation and submission of prevailing wage determination request to the Department of Labor (DOL). Coordination of recruitment efforts with employer including placement of a job order with the appropriate state job bank, placement of the necessary advertisements, and other necessary recruitment tools. Preparation of recruitment report. Preparation of PERM audit file to include evidence of all attestations made on Form ETA-9089. Final preparation of Form ETA-9089 and electronic submission to the U.S. Department of Labor.

|  |  |
|---|---:|
| **Total Legal Fees** | $2,200.00 |

**Disbursements**

| | |
|---|---:|
| Miscellaneous expenses | $88.00 |
| **Total Disbursements** | $88.00 |
| **Please Remit** | **$2,288.00** |

---

| **Checks** | **Wire Transfers** |
|:---:|:---:|
| Please send checks made payable to: | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | The Northern Trust Company |
| 75 Remittance Drive | Account # 30147775 |
| Suite # 6072 | ABA Transit # 071000152 |
| Chicago, Illinois 60675-6072 | Swift Code: CNORUS44 |

**\*\*\* Please return invoice with check or include invoice number on wire transfer instructions \*\*\***

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP

One Alhambra Plaza
Suite 600
Coral Gables, FL  33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia                                                                                      November 30, 2011
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044
USA

---

**FOR PROFESSIONAL SERVICES RENDERED**

**RE: Gino D'ALELIO**                                                                  Invoice #: 11.40933564

Preparation of Nonimmigrant Visa Petition pursuant to Company's blanket petition requesting extension of
L-1A Petition and foreign national's term of stay including Form I-129 with supplement, and draft letter of
support confirming continued temporary employment. Transmittal of prepared drafts and application to client
for final review and signature. Final preparation and submission to the appropriate Regional Service Center of
the United States Citizenship and Immigration Services.

|  |  |
|---|---|
| **Total Legal Fees** | $1,600.00 |

**Disbursements**

| | |
|---|---|
| Fedex (international) | $50.00 |
| Miscellaneous expenses | $80.00 |
| **Total Disbursements** | $130.00 |
| **Please Remit** | **$1,730.00** |

---

| Checks | Wire Transfers |
|---|---|
| Please send checks made payable to: | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | The Northern Trust Company |
| 75 Remittance Drive | Account # 30147775 |
| Suite # 6072 | ABA Transit # 071000152 |
| Chicago, Illinois 60675-6072 | Swift Code: CNORUS44 |

**\*\*\* Please return invoice with check or include invoice number on wire transfer instructions \*\*\***

**Additional Comments:**
For billing inquiries, please call (305) 774-5800

LAW OFFICES

**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**

One Alhambra Plaza
Suite 600
Coral Gables, FL  33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia                                                                                   December 30, 2011
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044
USA

---

FOR PROFESSIONAL SERVICES RENDERED

RE: Swapnil KULKARNI                                                              Invoice #: 12.40947811

| | |
|---|---|
| **Total Legal Fees** | $0.00 |

**Disbursements**

Education evaluation fee - Diffrence in Foundation for International Services, Inc. (FIS) Education     $20.00
Evaluation fees billed due to FIS fee increase (Same Day Service previously $225, currently $245).

| | |
|---|---|
| **Total Disbursements** | $20.00 |
| **Please Remit** | $20.00 |

---

| **Checks** | **Wire Transfers** |
|---|---|
| Please send checks made payable to: | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | The Northern Trust Company |
| 75 Remittance Drive | Account # 30147775 |
| Suite # 6072 | ABA Transit # 071000152 |
| Chicago, Illinois 60675-6072 | Swift Code: CNORUS44 |

**\*\*\* Please return invoice with check or include invoice number on wire transfer instructions \*\*\***

LAW OFFICES
**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**
One Alhambra Plaza
Suite 600
Coral Gables, FL  33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044
USA

December 30, 2011

---

**FOR PROFESSIONAL SERVICES RENDERED**

RE: Diego GRANELL NEBOT

Invoice #: 12.40944026

Preparation of application to extend nonimmigrant status of accompanying B-2 non-spousal partner. Preparation of Form I-539 and letter of support. Transmittal of prepared forms and documents to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the USCIS.

| | |
|---|---:|
| **Total Legal Fees** | $800.00 |

**Disbursements**

| | |
|---|---:|
| Fedex (domestic) | $29.00 |
| Dependent USCIS Filing Fee for Form I-539 | $290.00 |
| Miscellaneous expenses | $40.00 |
| **Total Disbursements** | $359.00 |
| **Please Remit** | **$1,159.00** |

---

| **Checks** | **Wire Transfers** |
|---|---|
| Please send checks made payable to: | |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| 75 Remittance Drive | The Northern Trust Company |
| Suite # 6072 | Account # 30147775 |
| Chicago, Illinois 60675-6072 | ABA Transit # 071000152 |
| | Swift Code: CNORUS44 |

**\*\*\* Please return invoice with check or include invoice number on wire transfer instructions \*\*\***

**Additional Comments:**
For billing inquiries, please call 305-774-5800.

LAW OFFICES

**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**

One Alhambra Plaza
Suite 600
Coral Gables, FL  33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044
USA

December 30, 2011

FOR PROFESSIONAL SERVICES RENDERED

RE: Diego GRANELL NEBOT

Invoice #: 12.40947820

**Total Legal Fees** $0.00

**Disbursements**

Edcuation Evaluation Fees

$430.00

**Total Disbursements** $430.00

**Please Remit** $430.00

| Checks | Wire Transfers |
|---|---|
| Please send checks made payable to: | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | The Northern Trust Company |
| 75 Remittance Drive | Account # 30147775 |
| Suite # 6072 | ABA Transit # 071000152 |
| Chicago, Illinois 60675-6072 | Swift Code: CNORUS44 |

**\*\*\* Please return invoice with check or include invoice number on wire transfer instructions \*\*\***

**Additional Comments:**
For billing inquiries please call 305-774-5800.