**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | **Objection Deadline: March 2, 2012 at 4:00** |
| | ) | **Hearing: March 28, 2012 at 9:00 a.m.** |

**COVER SHEET TO NINTH QUARTERLY INTERIM FEE APPLICATION OF
LINCOLN PARTNERS ADVISORS LLC, AS FINANCIAL ADVISOR TO
DAVID T. AUSTERN, ASBESTOS PI FUTURE CLAIMANTS' REPRESENATIVE,
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR
THE PERIOD OF JULY 1, 2011 THROUGH SEPTEMBER 30, 2011**

**SUMMARY SHEET**

Name of Applicant:                            Lincoln Partners Advisors LLC

Authorized to Provide                        David T. Austern,
Professional Services to:                     Asbestos PI Future Claimants'
                                                          Representative

Date of Retention:                             November 18, 2009, *nunc pro tunc* to
                                                          September 1, 2009

Period for which compensation and
reimbursement is sought:                    July 1, 2011 – September 30, 2011

Amount of Compensation
sought as actual, reasonable and          $170,000.00
necessary:

Amount of Expense Reimbursement
sought as actual, reasonable and          $988.86
necessary:

This is a      ___ monthly                    _x_ interim                    ___ final application

**COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)**

July 1, 2011 – September 30, 2011

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations Related | 0 | NA |
| Financial Analysis / Financial Review | 242.4 | NA |
| Case Administration | 0 | NA |
| Hearing Attendance / Meeting | 0 | NA |
| **TOTAL** | **242.4** | **NA** |

**EXPENSE SUMMARY (Exhibit B, Expense Detail)**

July 1, 2011 – September 30, 2011

| Expense Category | Total |
|---|---|
| Telephone | 487.86 |
| Express Mail | 33.76 |
| Fee for Public Access to Electronic Court Records | 14.64 |
| Car Transportation | 438.45 |
| Meals | 14.15 |
| **TOTAL** | **$988.86** |

---

[1] Lincoln Partners Advisors LLC does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.