# EXHIBIT A

**WR Grace**
**July 2011 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| Fri 1 | Comm w/Blackstone (AS) re Larch update and ppt | 1.8 |
| | Review/analysis docket filings | 0.3 |
| Mon 4 | Comm w/OHS (RF) re scheduling | 0.2 |
| Tue 5 | Review/analysis docket filings | 1.8 |
| | Project Larch financial analysis | 2.5 |
| Wed 6 | Comm w/OHS (RF, RW) re scheduling | 0.4 |
| | Project Larch financial analysis | 3.1 |
| | Omnibus hearing and prep | 0.8 |
| | Review/analysis docket filings | 0.3 |
| Thu 7 | Comm w/OHS (RW) re liability estimation | 1.0 |
| | Project Larch financial analysis | 2.5 |
| | Review/analysis docket filings | 0.7 |
| Fri 8 | Comm w/Blackstone (JOC) re warrants | 0.3 |
| | Comm w/Blackstone (AS) re Larch update and scheduling | 0.5 |
| | Call w/COFC (JS) re warrant | 0.8 |
| | Review/analysis docket filings | 0.2 |
| Mon 11 | Call w/Blackstone re warrant position | 0.8 |
| | Project Larch financial analysis | 2.0 |
| | Review/analysis docket filings | 0.2 |
| Tue 12 | Review/analysis docket filings | 0.4 |
| Wed 13 | Comm w/Blackstone re Larch Q1 financial results | 2.2 |
| | Project Larch CC w/Grace | 0.9 |
| | Project Larch CC w/FCR,OHS | 1.0 |
| | Review/analysis docket filings | 0.2 |
| Thu 14 | Review/analysis docket filings | 0.3 |
| Fri 15 | Review/analysis docket filings | 0.2 |
| Mon 18 | Comm w/Blackstone (AS) re Larch DCF | 1.3 |
| | Comm w/Blackstone (JOC) re Larch call request | 0.3 |
| | IC follow up on Larch CCs | 1.2 |
| Wed 20 | Comm w/Blackstone (JOC) re hearing | 0.2 |
| | Project Larch CC | 1.0 |
| Fri 22 | Comms w/OHS (RF. RW, Dfe) re Monday hearing | 0.3 |
| | Comms w/Blackstone (AS) re Larch purchase px, hearing | 0.7 |
| Mon 25 | Review/analysis docket filings | 2.4 |
| | Grace earnings call and news review | 3.1 |
| Tues 26 | Comm w/OHS (RW) re stk px | 0.8 |
| | Grace news review, financial analysis | 1.6 |
| | Review/analysis docket filings | 0.2 |
| Wed 27 | Review/analysis docket filings | 0.2 |
| Thu 28 | Comm w/OHS (Dfe) re Larch process | 0.6 |
| | Review/analysis docket filings | 0.3 |
| Fir 29 | Comm w/Blackstone (JOC) re Larch loss | 0.5 |
| | Comm w/OHS (RF,RW)re Larch loss | 0.5 |
| | TOTAL TIME (hrs) | 40.6 |

**WR Grace**
**July 2011 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| Fri 1 | Fee application preparation and review | 0.7 |
| | Review Project Larch update | 0.4 |
| | Project Larch analysis | 0.6 |
| Tue 5 | Review Project Larch information | 0.9 |
| | Correspondence w/ A. Schlesinger (Blackstone) re: Project Larch | 0.6 |
| | Review docket and analysis | 0.3 |
| Wed 6 | Internal discussions re: Project Larch | 0.4 |
| | Financial analysis re: Project Larch | 1.2 |
| Thu 7 | Review docket and analysis | 0.4 |
| Fri 8 | Review Project Larch update | 0.4 |
| Mon 11 | Prep & call w/ J. O'Connell (Blackstone) re: exit financing and Project Larch | 0.5 |
| | Review docket and analysis | 0.3 |
| Tue 12 | Review fee auditor report | 0.2 |
| Wed 13 | Review Project Larch SPA and financial information | 2.3 |
| | Prep & conference call re: Project Larch | 1.5 |
| | Call w/ FCR re: Project Larch | 0.5 |
| Thu 14 | Review docket and analysis | 0.3 |
| Mon 18 | Prep & call re: Project Larch SPA | 2.2 |
| | Review Project Larch information | 0.4 |
| | Call w/ J. O'Connell (Blackstone) re: Project Larch | 0.1 |
| | Prep & call re: Project Larch bid | 0.8 |
| | Call w/ Orrick re: Project Larch bid | 0.2 |
| Tue 19 | Review docket and analysis | 0.3 |
| Wed 20 | Review Project Larch materials | 0.6 |
| | Prep & call re: Project Larch | 0.8 |
| Fri 22 | Internal discussions re: Project Larch | 0.3 |
| | Review Project Larch update | 0.2 |
| | Review docket and analysis | 0.3 |
| Mon 25 | Internal discussions re: Project Larch | 0.3 |
| | Review redacted Project Larch order | 0.1 |
| Tue 26 | Call w/ J. O'Connell (Blackstone) re: Project Larch | 0.2 |
| Wed 27 | Call w/ J. O'Connell (Blackstone) re: Project Larch | 0.1 |
| | Review docket and analysis | 0.3 |
| Thu 28 | Review of Grace 2Q financial results & earnings call | 2.8 |
| Fri 29 | Review Project Larch update | 0.1 |
| | Preparation and review of 2Q financial update memo | 1.9 |
| | TOTAL TIME (hrs) | 23.5 |

**WR Grace**
**July 2011 Time - Claire Burke, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Fri 1 | Fee app preparation | 2.0 |
| | Review Project Larch materials | 1.5 |
| Mon 4 | Review/analyze docket items | 0.3 |
| Tue 5 | Review Project Larch materials | 1.5 |
| Wed 6 | Internal discussions re: Project Larch | 0.5 |
| | Financial analysis re: Project Larch | 2.0 |
| Thu 7 | Review Project Larch materials | 2.0 |
| | Review/analyze docket items | 0.3 |
| Wed 13 | Call w/Blackstone re: Project Larch Q1 financial results | 2.5 |
| | Call w/Grace re: Project Larch | 0.9 |
| | Project Larch call w/FCR,OHS | 1.0 |
| Thu 14 | Review/analyze docket items | 0.4 |
| Mon 18 | Financial analysis re: Project Larch | 1.5 |
| | Call w/Orrick re: Project Larch bid | 0.2 |
| Tue 19 | Review Project Larch materials | 1.0 |
| Wed 20 | Call re: Project Larch | 1.5 |
| Fri 22 | Internal discussions re: Project Larch | 0.3 |
| | Review Project Larch materials | 0.5 |
| Mon 25 | Internal discussions re: Project Larch | 0.3 |
| Tue 26 | Grace 2Q earnings news review | 1.5 |
| Fri 29 | Review of Grace 2Q financial results & earnings call | 4.0 |
| | TOTAL TIME (hrs) | 25.7 |

**WR Grace**
**July 2011 Time - Benjamin Fischer, Analyst**

| Day/Date | Action | Time |
|---|---|---|
| Tues 5 | Prepare financial analysis for Project Larch | 4.5 |
| Wed 6 | Revise financial analysis for Project Larch | 2.3 |
| Thurs 8 | Review Q1 financial results | 2.6 |
| | TOTAL TIME (hrs) | 9.4 |

# EXHIBIT A

**WR Grace**
**August 2011 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| Mon 1 | Comm w/OHS (Dfe) re post cfm report and review | 0.7 |
| | Comm w/OHS (Dfe) re valuation work | 0.4 |
| | Review/analysis docket items | 0.2 |
| Tues 2 | Comm w/OHS (RW) re Libby medicl program expenses | 0.3 |
| | Compile fees -prev mos. | 2.0 |
| | Review/analysis docket items | 0.2 |
| Wed 3 | Review press release re new Indian facility | 0.4 |
| | Review press release re ART | 0.5 |
| Thu 4 | Review/analysis docket items | 0.4 |
| Mon 15 | Review 10-Q and analysis | 2.5 |
| | Review/analysis docket items | 1.0 |
| Tues 16 | Quarterly results analysis | 2.0 |
| | I/C re Larch material destruction | 1.4 |
| Wed 17 | Review/analysis docket items | 0.7 |
| Thu 18 | Review/analysis docket items | 0.5 |
| Fri 19 | Review/analysis docket items | 0.5 |
| Mon 22 | Review/analysis docket items | 0.8 |
| Tues 23 | Comm w/OHS (RF) re stk divd | 0.5 |
| | Stk divd analysis | 1.0 |
| | Review/analysis docket items | 0.5 |
| Wed 24 | Comm w/Blackstone (JOC) re stk divd | 0.5 |
| | Review/analysis docket items | 0.2 |
| Thu 25 | Comms w/OHS (RW, RF) re strategic plan | 0.5 |
| | Comm w/Blackstone re strategic plan | 0.5 |
| | Review/analysis docket items | 0.4 |
| Fri 26 | Review presentation re startegic plan | 1.0 |
| | C/C w/all parties re strategic plan | 1.0 |
| | Comm w/OHS (all) re scheduling | 0.4 |
| Mon 29 | Review/analysis docket items | 1.1 |
| Tue 30 | C/C w/OHS (RF, RW) re strategic plan work plan | 1.0 |
| | Review/analysis docket items | 0.2 |
| | TOTAL TIME (hrs) | 23.3 |

**WR Grace**
**August 2011 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| Mon 1 | Preparation of memo re: 2Q financial results | 2.5 |
|  | Review of post-confirmation report | 0.3 |
| Tue 2 | Call w/ Rick Wyron (Orrick) re: settlement issues inc. prep | 0.4 |
| Wed 3 | Preparation of quarterly fee application | 0.5 |
|  | Internal call re: settlement issues | 0.2 |
|  | Review docket and analysis | 0.3 |
| Mon 8 | Review docket and analysis | 0.2 |
| Tue 9 | Valuation analysis | 1.4 |
|  | Call w/ Rick Wyron (Orrick) re: emergence issues | 0.2 |
| Wed 10 | Destruction of Project Larch materials | 0.6 |
|  | Internal update calls | 0.2 |
| Thu 11 | Review docket and analysis | 0.4 |
| Tue 16 | Review docket and analysis | 0.2 |
| Fri 19 | Review docket and analysis | 0.3 |
| Tue 23 | Review docket and analysis | 0.3 |
| Wed 24 | Call to Jaime O'Connell (Blackstone) re: exit financing issues | 0.1 |
|  | Internal conversations re: exit financing issues | 0.2 |
| Thu 25 | Exit financing research | 1.2 |
| Fri 26 | Review of discussion materials re: exit financing issues | 0.3 |
|  | Conference call re: exit financing issues | 0.7 |
|  | Call w/ Rick Wyron (Orrick) re: exit financing issues | 0.3 |
| Mon 29 | Review docket and analysis | 0.5 |
| Tue 30 | Call w/ James Sinclair (COFC) re: exit financing issues | 0.6 |
|  | Exit financing research | 1.5 |
|  | Call w/ Orrick re: exit financing issues | 0.6 |
| Wed 31 | Review strategic plan information | 2.0 |
|  | TOTAL TIME (hrs) | 16.0 |

**WR Grace**
**August 2011 Time - Claire Burke, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Mon 1 | Preparation of memo re: 2Q financial results | 2.0 |
| | Review/analyze docket items | 0.4 |
| Tue 2 | Preparation of fee applications | 2.5 |
| | Review/analyze docket items | 0.3 |
| Wed 3 | Preparation of fee applications | 1.0 |
| | Internal call re: settlement issues | 0.2 |
| Mon 8 | Review/analyze docket items | 0.4 |
| Tue 16 | Internal update calls | 0.2 |
| | Destruction of Project Larch materials | 1.2 |
| | Review/analyze docket items | 0.3 |
| Wed 17 | Review/analyze docket items | 0.4 |
| Fri 18 | Review/analyze docket items | 0.6 |
| Mon 21 | Review/analyze docket items | 0.3 |
| Wed 23 | Review/analyze docket items | 0.5 |
| Wed 31 | Review strategic plan information | 4.0 |
| | TOTAL TIME (hrs) | 14.3 |

**WR Grace**
**August 2011 Time - Benjamin Fischer, Analyst**

| Day/Date | Action | Time |
|---|---|---|
| Tues 23 | Prepare analysis of trading comparables | 4.3 |
| Wed 24 | Research comparable companies' share repurchase programs | 2.1 |
| | TOTAL TIME (hrs) | 6.4 |

# EXHIBIT A

**WR Grace**
**September 2011 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| Thu 1 | Comm w/Blackstone (JOC) re strategic plan docs | 0.3 |
|  | Review/analysis docket items | 0.4 |
| Fri 2 | Review analysis strategic plan | 1.5 |
|  | Comm w/OHS (RF) re Equity Cmte mtg re plan | 0.7 |
|  | Review/analysis docket items | 0.2 |
| Tue 6 | Comm w/OHS (RW) re warrant repurchase | 0.5 |
|  | Comm w/OHS (RF) re scheduling with ACC | 0.5 |
|  | Review analysis strategic plan | 1.7 |
|  | Review/analysis docket items | 0.2 |
| Wed 7 | Comm w/OHS (RW) re strategic plan | 0.4 |
|  | Comm w/Blackstone (AS) re 9/9 call | 0.3 |
| Thu 8 | Review call w/ACC, advisors re plan | 1.3 |
|  | Analysis Trust asset values | 2.5 |
|  | Review/analysis docket items | 0.2 |
| Fri 9 | Review call all parties re strategic plan | 1.0 |
|  | Comms w/OHS (RF, RW) re strategic plan | 0.5 |
|  | Analysis Trust asset values | 2.0 |
|  | Review/analysis docket items | 0.2 |
|  | Comm w/Blackstone (JOC) re plan | 0.5 |
| Mon 12 | Comms w/OHS (RF, RW) re startegic plan | 1.0 |
|  | Comm w/Blackstone (JOC) re plan | 0.5 |
|  | Comm w/OHS (RF) re Equity Cmte | 0.4 |
|  | Comm w/Blackstone (JOC) re Project Plate | 0.5 |
|  | Review/analysis docket items | 0.2 |
|  | Research Weschler | 0.9 |
| Tue 13 | Review/analysis docket items | 0.4 |
| Thu 15 | Comm w/OHS (RW) re Tust assets value | 1.0 |
|  | Review/analysis docket items | 0.3 |
| Fri 16 | Comm w/OHS (RW) re Tust assets value | 1.1 |
| Mon 19 | Comm w/Blackstone (AS) re Project Plate | 0.9 |
|  | Review/analysis docket items | 0.2 |
| Tue 20 | Review/analysis docket items | 0.5 |
| Wed 21 | Review/analysis docket items | 0.2 |
|  | August time sheets | 2.0 |
| Fri 23 | Review/analysis docket items | 0.4 |
| Mon26 | Research SEE debt activity | 1.2 |
|  | Review/analysis docket items | 0.2 |
| Tue 27 | Research/ anlysis re SEE acquisition of Diversey | 2.4 |
|  | Review/analysis docket items | 0.2 |
| Thu 29 | Review/analysis docket items | 0.3 |
| Fri 30 | Review/analysis docket items | 0.3 |
|  | TOTAL HOURS | 30.0 |

**WR Grace**
**September 2011 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| Thu 1 | Review strategic plan information | 1.4 |
| Fri 2 | Review docket and analysis | 0.2 |
| Tue 6 | Conference call re: exit financing issues | 0.7 |
|  | Financial analysis re: exit fianancing issues | 0.5 |
|  | Call to Jaime O'Connell (Blackstone) re: exit financing issues | 0.2 |
|  | Financial analysis re: trust assets | 1.5 |
|  | Response to fee auditor questions | 0.4 |
| Wed 7 | Financial analysis re: trust assets | 2.2 |
|  | Call w/ Rick Wyron (Orrick) re: trust assets | 0.1 |
| Thu 8 | Financial analysis re: trust assets | 2.7 |
|  | Calls w/ Orrick, COFC and Caplin re: exit financing issues w/ prep | 1.2 |
|  | Review docket and analysis | 0.3 |
| Fri 9 | Review strategic plan information | 1.5 |
|  | Call w/ Grace and advisors re: strategic plan | 0.5 |
| Mon 12 | Call w/ Rick Wyron (Orrick) re: trust assets w/ prep | 0.5 |
|  | Financial analysis re: trust assets | 1.0 |
| Tue 13 | Review Project Plate information | 0.5 |
| Wed 14 | Review docket and analysis | 0.3 |
| Thu 15 | Conference calls re: Project Plate w/ prep | 1.2 |
|  | Preparation of memo re: Project Plate | 0.5 |
|  | Financial analysis re: trust assets | 0.3 |
|  | Call w/ Rick Wyron (Orrick) re: trust assets | 0.2 |
| Fri 16 | Review docket and analysis | 0.2 |
| Mon 19 | Project Plate update | 0.2 |
| Thu 22 | Review docket and analysis | 0.3 |
| Mon 26 | Review docket and analysis | 0.2 |
| Tue 27 | Financial analysis and preparatioin of memo re: trust assets | 2.5 |
| Thu 29 | Review docket and analysis | 0.3 |
| Fri 30 | Financial analysis re: trust assets | 1.5 |
|  | TOTAL TIME (hrs) | 23.1 |

**WR Grace**
**September 2011 Time - Claire Burke, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Thu 1 | Review strategic plan information | 2.0 |
| | Review/analyze docket items | 0.3 |
| Fri 9 | Review strategic plan information | 3.0 |
| | Call w/ Grace and advisors re: strategic plan | 1.3 |
| Tue 13 | Review Project Plate information | 0.5 |
| Wed 14 | Review/analyze docket items | 0.4 |
| Thu 15 | Conference calls re: Project Plate w/ prep | 1.5 |
| | Preparation of memo re: Project Plate | 3.0 |
| Mon 19 | Project Plate update | 0.5 |
| Tue 27 | Review SEE acquisition | 2.6 |
| Thu 29 | Review/analyze docket items | 0.5 |
| Fri 30 | Review SEE analyst research | 3.1 |
| | TOTAL TIME (hrs) | 18.7 |

**WR Grace**
**September 2011 Time - Benjamin Fischer, Analyst**

| Day/Date | Action | Time |
|---|---|---|
| Fri 2 | Review Grace strategic plan | 1.2 |
| | Review Grace three year financial projections | 1.4 |
| Wed 6 | Prepare financial analysis for share repurchase program | 3.9 |
| Thurs 7 | Revise financial analysis for share repurchase program | 2.6 |
| Thurs 27 | Review analyst commentary on Sealed Air's acquisition of Diversey | 2.3 |
| | TOTAL TIME (hrs) | 11.4 |