# EXHIBIT B

**W.R. Grace**
**Lincoln Expense Detail Report (July 1, 2011 – September 30, 2011)**
(Dates Represent Posting Date of Expense)

July 2011
| | |
|---|---|
| Telephone | $   154.65 |
| Express Mail | $     16.88 |
| Fee for Public Access to Electronic Court Records | $     14.64 |
| Transportation | $   438.45 |
| Meals | $     14.15 |

August 2011
| | |
|---|---|
| Telephone | $   137.62 |
| Express Mail | $     16.88 |

September 2011
| | |
|---|---|
| Telephone | $   195.59 |

**TOTAL EXPENSES:**          **$   988.86**