EXHIBIT A

**Ordinary Course Professionals' Fees Incurred to Date as of December 31, 2011**

ORDINARY COURSE PROFESSIONALS

| Name | Address | Total Amounts Paid For Three Months Ended Dec 31, 2011 | Total Amounts Paid Through December 31, 2011 |
|---|---|---|---|
| A. William Roberts, Jr., & Assoc. | 46-A State Street<br>Charleston, SC  29401 | | $0.00 |
| Abend Associates | 265 Winn Street<br>Burlington, MA  01803-2616 | | $0.00 |
| Adams & Adams | P.O. Box 1014 Pretoria<br>South Africa | $    - | $    2,477.50 |
| Allen Matkins | 515 S. Figueroa St. 9th Floor<br>Los Angeles, CA 90071-3398 | $    - | $    4,094.00 |
| American Appraisal Associates, Inc. | Bin 391<br>Milwaukee, WI  53288 | $    - | $    136,598.99 |
| Andrews Kurth LLP Inc. | 600 Travis Suite, 4200<br>Houston, TX  77002 | $    - | $    261,396.03 |
| Anthony J. DeLaurentis, P.A. | 2001 Jefferson Davis Highway, Suite 211<br>Arlington, VA  22202 | $    10,260.00 | $    459,245.95 |
| Arent, Fox, Kinter, Plotkin, Kahn | 1050 Connecticut Ave. NW<br>Washington, DC  20036 | $    - | $    407,219.07 |
| Artale,  Beverly J. | 3826 Sunflower Circle, Suite 001<br>Mitchellville, MD  20721 | $    19,780.00 | $    569,610.00 |
| Arthur Andersen LLP | 1345 Avenue of the Americas<br>New York, NY  10105 | $    - | $    166,291.00 |
| Baker & McKenzie | One Prudential Plaza<br>130 East Randolph Drive<br>Chicago, IL  60601 | $    623.75 | $    512,879.94 |
| Baker & McKenzie | 815 Connecticut Avenue, NW<br>Washington, D.C.  20036 | $    - | $    151.17 |
| Baker Botts LLP | P.O. Box 201626<br>Houston, TX  77216-1626 | $    - | $    2,196.75 |
| Ballard Spahr Andrews | 1735 Market Street, 51st Floor<br>Phaildelphia, PA 19103-7599 | $    - | $    132,095.27 |
| Banker Lopez Gassler, P.A. | 501 E. Kennedy Blvd.,  Suite 1500<br>Tampa, FL 33602 | $    - | $    35,317.46 |
| Barnes & Thornburg | 1313 Merchants Bank Bldg<br>11 South Meridan Street<br>Indianapolis, IN  46204 | $    - | $    11,187.56 |
| Bell Royes & Sanders, LPA | 33 South Grant Avenue<br>Columbus, OH  43215-3900 | $    - | $    165.00 |
| Berger, Davis & Singerman | 350 East Las Olas Blvd<br>Suite 1000<br>Fort Lauderdale, FL  33301 | $    - | $    814.03 |
| Bradley & Riley | PO Box 2804<br>Cedar Rapids, IA  52406-2804 | $    - | $    3,686.56 |
| Brunini, Grantham, Grower & Hewes | 248 East Capital<br>St Jackson, MS  39201 | $    - | $    976.00 |
| Bryan Cave | One Metropolitan Square<br>211 N Broadway , Suite 3600<br>Saint Louis, MO 63150-3089 | $    - | $    9,981.28 |
| Cabinet Weinstein | 56 A, Rue du Faubourg<br>Saint-Honore, Paris 75008<br>France | $    462.79 | $    88,965.35 |
| Cahill Gordon & Reindel | Eighty Pine St. | $    - | $    51,039.78 |

| Name | Address | Total Amounts Paid For Three Months Ended Dec 31, 2011 | Total Amounts Paid Through December 31, 2011 |
|---|---|---|---|
| | New York, NY 10005 | | |
| Cambridge Environmental | 58 Charles Street, 3d Floor<br>Cambridge, MA 02141 | $ - | $ 178,983.46 |
| Cardwell Conner PC | 219 A East Washington St<br>Greenville, SC 29601 | $ - | $ 24,943.49 |
| Carr, Allison, Pugh, Howard, Oliver | 100 Vestavia Parkway<br>Birmingham, AL 35216 | $ - | $ 44,443.30 |
| Carvin & Delaney LLP | 44 Adams Street<br>Braintree, MA 02184 | $ - | $ 5,477.50 |
| CGA Law Firm | 135 N. George Street<br>York, PA 17401-1132 | $ - | $ 13,193.13 |
| Connell Foley & Geiser | 85 Livingston Ave.<br>Roseland, NJ 07068 | $ - | $ 44,773.04 |
| Copeland, Cook, Taylor & Bush | 200 Concource Suite 200<br>Ridgeland, MS 39157 | $ - | $ 480.50 |
| Covington & Burling | 1201 Pennsylvania Avenue, NW<br>Washington, DC 20004-2401 | $ - | $ 80,934.68 |
| Cowles & Thompson | 901 Main Street, Suite 4000<br>Dallas, TX 75202-3793 | $ - | $ 2,032.98 |
| Crady, Jewett & McCulley, LLP (Snow Fogel Spence, LLP) | 1400 Two Houston Center<br>909 Fannin<br>Houston, TX 77010-1006 | $ 13,583.00 | $ 334,505.37 |
| Craig Jameson | 305 Middle Road<br>Brentwood, NH 03833 | $ - | $ 530.68 |
| Cummings & Lockwood | 3001 Tamiami Trail North<br>Naples, FL 33941-3032 | $ 1,077.70 | $ 872,972.17 |
| D'Agostine, Levine, Parra & Netburn, P.C. | 268 Main Street<br>P.O. Box 2223<br>Acton, MA 01720-6223 | $ - | $ 375,836.15 |
| David Junkin | 15401 Ranch Road 12, Ste. 105<br>Waverly, TX 78676 | $ - | $ 232.42 |
| Davis, Graham & Stubbs | 370 Seventeenth Street<br>Suite 4700<br>Denver, CO 80201-0185 | $ - | $ 40,038.70 |
| Debandt, Van Hecke, Lacke & Loesch | Rue Bredorode 13b-1000<br>Brussels, 1000<br>Belgium | $ - | $ 15,388.42 |
| Del Sole & Del Sole LLP | 46 South Whittlesey Ave<br>New Haven, CT 06492 | $ - | $ 9,762.54 |
| Deutsch Levy & Engel Chartered | 225 West Washington Street<br>Chicago, IL 60606 | $ - | $ 120,375.35 |
| Dickstein, Shapiro, & Morin | 1177 Avenue of the Americas<br>New York, NY 10036 | $ - | $ 227,914.88 |
| Dorsey & Whitney LLP | P.O. Box 1680<br>Minneapolis, MN 55480-1680 | $ - | $ 41,813.68 |
| Ernst & Young LLP | P.O. Box 5980<br>New York, NY 10087-5980 | $ 279,667.05 | $ 4,665,413.07* |
| Farallon Law Group | 459 Fulton Street, Suite 102<br>San Francisco, CA | $ - | $ 111,059.87 |
| Finnegan, Henderson, Farabow, Garrett & Dunner | 1300 I Street, N. W.<br>Washington, D.C. 2005-3315 | $ - | $ 132,865.71 |
| Flemming Zulack & Williamson | One Liberty Plaza<br>New York, NY 10006-1404 | $ - | $ 419,105.39 |
| Foley Mansfield | 4770 Biscayne Boulevard | $ - | $ 42,210.99 |

| Name | Address | Total Amounts Paid For Three Months Ended Dec 31, 2011 | Total Amounts Paid Through December 31, 2011 |
|---|---|---|---|
| | Suite 1000<br>Miami, FL 33137 | | |
| Foss, Bowe & San Filippo | 225 Broad St.<br>Red Bank, NJ 07701 | $ - | $ 67,942.59 |
| Foster Swift Collins & Smith | 313 S. Washington Square<br>Lansing, MI 48933-2193 | $ - | $ 4,748.83 |
| Frilot, Partridge, Kohnke & Clements, P.C. | 1100 Poydras Street<br>New Orleans, LA 70163-3600 | $ - | $ 327.50 |
| Frost Brown Todd LLC | PO Box 70087<br>Louisville, KY 40270-0087 | $ - | $ 18,179.25 |
| Gannon, James P., Attorney at Law | 326 West State Street<br>Media, PA 19063-0902 | $ - | $ 2,764.50 |
| Garlington Lohn & Robinson | 199 West Pine<br>Missoula, MT 59807-7909 | $ 2,625.00 | $ 163,787.36 |
| Gaucher & Associates | P. O. Box 30995<br>Walnut Creek, CA 94598 | $ - | $ 158,925.43 |
| Goins, Underkofler, Crawford & Langdon | 3300 Thanksgiving Tower<br>1601 Elm Street<br>Dallas, TX 75201 | $ - | $ 248.92 |
| Gonzalez Calvillo, S.C | Montes Urales No 632 Piso 3<br>Lomas De Chapultepec, Mexico 11000 | $ - | $ 5,353.83 |
| Goodrich, Riquelem Y Asociados | PO Box 973727<br>Dallas, TX 75397-3727 | $ - | $ 42,297.50 |
| Gordan, Arata, McCollam, Duplantis & Eagan, L.L.P. | 201 St. Charles Avenue<br>40th Floor<br>New Orleans, LA 70170-0001 | $ 4,980.42 | $ 104,973.29 |
| Gordon & Rees | Embarcadero Center West<br>275 Battery St, 20th Fl<br>San Francisco, CA 94111 | $ 4,282.49 | $ 35,937.60 |
| Goulston and Storrs | 400 Atlantic Avenue<br>Boston, MA 02110-3333 | $ - | $ 73,931.63 |
| Grant Thornton | 2700 South Commerce Parkway Suite 300<br>Weston, FL 33331 | $ - | $ 63,453.75 |
| Greenbaum Doll & McDonald PLLC | Section 469<br>Louisville, KY 40289 | $ - | $ 98,121.98 |
| Greenberg, Glusker, Fields, Claman | 1900 Ave of Stars, #2000<br>Los Angeles, CA 90067 | $ - | $ 127,610.48 |
| Gunster, Yoakley, Valdes-Favli & Stewart P.A. | 777 South Flager Dr, Suite 500<br>West Palm Beach, FL 33401 | $ - | $ 24,169.63 |
| Hahn Loeser & Parks | 200 Public Square<br>Cleveland, OH 44114-2301 | $ - | $ 4,493.99 |
| Hamilton, Brook, Smith & Reynolds, P.C. | Two Militia Drive<br>Lexington, MA 02173 | $ - | $ 78,439.86 |
| Hancock & Estabrook, LLP | 1500 Mony Tower I<br>Syracuse, NY 132221-4976 | $ - | $ 2,219.62 |
| Heinrich Gordon Batchelder | 500 East Broward Blvd., Suite 1000<br>Fort Lauderdale, FL 33394-3092 | $ - | $ 32,830.15 |
| Hinckley, Allen & Snyder LLP | 1500 Fleet Center<br>Providence, RI 02903 | $ 226.52 | $ 7,838.73 |
| Hodge & Dwyer & Zeman | P.O. Box 5778<br>Springfield, IL 62705-5776 | $ - | $ 133,026.06 |
| Holland & Knight | P.O. Box 32092<br>Lakeland, FL 33802-2092 | $ 1,369.50 | $ 32,547.71 |
| Horwood Marcus & Berk | 180 North LaSalle Street | $ - | $ 5,128.75 |

| Name | Address | Total Amounts Paid For Three Months Ended Dec 31, 2011 | Total Amounts Paid Through December 31, 2011 |
|---|---|---|---|
| | Chicago, IL 60651 | | |
| Howard J. Coffee RE Inc. | 100 Conshohogken Road, Suite 206 Conshohogken, PA 19428 | $ - | $ 50,497.55 |
| Howard & Howard | 1400 North Woodward Avenue Bloomfield Hills, MI 48304-2856 | $ - | $ 1,738.50 |
| Howrey Simon Arnold & White | 1299 Pennsylvania Avenue, NW Washington DC 20004-2402 | $ - | $ 219,518.85 |

*On July 10, 2008, the Court entered an order lifting the $1,200,000 total OCP expenditure cap for Ernst & Young LLP.

| Name | Address | Total Amounts Paid For Three Months Ended Dec 31, 2011 | Total Amounts Paid Through December 31, 2011 |
|---|---|---|---|
| J. Maxwell Williams, (The Hayden Law Firm) | 7242 Neshoba Circle Germantown, TN | $ - | $ 1,217.00 |
| Jacobberger, Micallef & Assoc., P.A. | 2720 Maplewood Drive Maplewood, MN 55109 | $ - | $ 2,520.00 |
| JM Posner | 2333 North State Road 7, Suite B Margate, FL 33063 | $ 33,750.00 | $ 1,158,881.25 |
| Jones, Tete, Nolen, Hanchey, Swift, Spears & Fonti, LLP | 1135 Lakeshore Drive Lake Charles, LA 70601 | $ - | $ 159,884.10 |
| Kalin, Diane | 167 Pope Road Acton, MA 01720 | $ - | $ 63,712.50 |
| Keefer Wood Allen & Rahal | 210 Walnut Street Harrisburg, PA 17108-1963 | $ - | $ 30,438.84 |
| Keller & Heckman | 1001 G Street, NW Suite 500 West Washington, DC 20001 | $ 3,234.98 | $ 242,985.42 |
| Kingston & Hodnet | One McKinley Square Boston, MA 02109 | $ - | $ 10,008.08 |
| Kollman & Saucier, P.A. | 1823 York Road Timonium, Maryland 21093-5119 | $ - | $ 35,846.40 |
| Lahive & Cockfield | 28 State Street Boston, MA 02109 | $ - | $ 110,412.28 |
| Lavery, de Billy & Associates | 925 Chemin St-Louis Bureau 500 Quebec PQ G1S1C1 Canada | $ - | $ 6,585.77 |
| Lerner, David, Littenberg, Krumholz & Mentik, LLP | 600 South Avenue West Westfield, NJ 07090 | $ 4,708.25 | $ 246,405.22 |
| Lewis and Roca LLP | 40 N Central Ave Suite 1900 Phoenix, AZ 85004 | $ - | $ 35,550.12 |
| Liedekerke-Wolters-Waelbroeck & Kirkpatrick | Boulevard De L'Empereur 3 Bruxelles | $ - | $ 811,848.49 |
| Lockridge Grindal Naulen, PLLP | 100 Washington Ave South, Suite 2200 Minneapolis, MN 55401-2179 | $ 3,554.91 | $ 162,951.72 |
| Loyens Loeff | P.O. Box 71170 1008 BD Amsterdam | $ 2,413.95 | $ 14,311.32 |
| Lynch, Daskal, Emery | 264 West 40Th Street New York, NY 10018 | $ 793.00 | $ 75,940.60 |
| MacPherson, Leslie & Tyerman | 1500-1874 Scarth Street Regina, Saskatchewan 24P 4E9 Canada | $ - | $ 189.80 |
| MAQS Law Firm | Ostra Hamngatan 24, Box 11918 SE-404 39 Gothenburg, Sweden | $ - | $ 12,692.53 |
| Mathews, Dinsdale & Clark | One Queen Street East, Suite 2500 | $ - | $ 68,463.90 |

| Name | Address | Total Amounts Paid For Three Months Ended Dec 31, 2011 | Total Amounts Paid Through December 31, 2011 |
|---|---|---|---|
| Barristers & Solicitors | Toronto, Ontario M5C 2Z1 | | |
| McConnell Valdes | 270 Munoz Rivera Avenue<br>San Juan, PR 00918 | $ - | $ 25,668.23 |
| McDermott, Will & Emery | 1850 K Street, N.W.<br>Washington, DC 20006-2296 | $ - | $ 151,263.70 |
| McGuire Woods Battle & Battle | Army and Navy Club Building<br>1627 Eye Street, N.W.<br>Washington, DC 20006 | $ - | $ 1,272.90 |
| McKenna Long & Aldridge, LLP | 1900 K Street NW<br>Washington, DC 20006-1108 | $ - | $ 27,397.10 |
| McKinney Stringer & Webster, P.C. | 101 North Robinson, Suite 1300<br>Oklahoma City, OK 73102 | $ - | $ 2,370.75 |
| McNair Law Firm, P.A. | 7 North Laurens Street, Suite 600<br>Greenville, SC 29601 | $ 798.60 | $ 82,741.45 |
| Melville & Sowerby | 2940 South 25th Street<br>Fort Pierce, FL 34981-5605 | $ - | $ 1,115.63 |
| Michael B. Cohan (Blackacre Services Group) | 17 Old Conant Road,<br>Lincoln, MA 01773 | $ 3,759.99 | $ 225,041.15 |
| Miller Martin PLLC | 832 Georgia Avenue, Suite 1000<br>Chattanooga, TN 37402-2289 | $ - | $ 989.00 |
| Miller Thomson Pouliot | 1155 René-Lévesque Blvd. West<br>Montréal, QC H3B 3S6 | $ - | $ 2,893.82 |
| Minter Ellison | PO BOX 769G<br>Melbourne, Victoria AC3001<br>Australia | $ 297.00 | $ 19,673.89 |
| Mintz, Levin, Cohn, Ferris, and Glovsky | One Financial Center<br>Boston, MA 02111 | $ - | $ 12,844.50 |
| Morgan, Lewis, & Bockius LLP | 1701 Market Street<br>Philadelphia, PA 19103 | $ - | $ 381,197.74 |
| Nields Lemack & Dingman | 176 East Main Street, Suite 8<br>Westborough, MA 01581 | $ 7,228.99 | $ 227,842.95 |
| Oertel Hoffman Fernandez & Cole, P.A. | P O Box 1110<br>Tallahassee, FL 32302-1110 | $ - | $ 89,521.60 |
| Ogletree Deakins Nash Smoak & Stewart | PO Box 2757<br>Greenville, SC 29602 | $ - | $ 22,396.60 |
| O'Hagan, Smith & Amundsen, LLC | 150 N. Michigan Avenue, Suite 3300<br>Chicago, IL 60601 | $ - | $ 15,440.15 |
| Patton Boggs LLP | 2550 M Street, NW<br>Washington, DC 20037-1350 | $ - | $ 287,767.48 |
| Pepper Hamilton LLP | 1235 Westlakes Drive<br>Berwyn, PA 19312 | $ - | $ 104,164.77 |
| Phillips Lytle Hitchcock Blaine & Huber LLP | 3400 HSBC Center<br>Buffalo, NY 14203 | $ - | $ 520,019.99 |
| Piper Marbury Rudnick & Wolfe LLP | 6225 Smith Ave<br>Baltimore, MD 21209-3600 | $ - | $ 4,500.00 |
| Plauche Smith and Nieset | 1123 Pithon Street<br>Lake Charles, LA 70602 | $ - | $ 14,968.23 |
| Potter Anderson & Corroon, LLP | East Bridge At Riverplace | $ - | $ 15,696.32 |
| Proskauer Rose LLP | 1585 Broadway<br>New York, NY 10036 | $ - | $ 23,556.63 |
| Quigley, O'Connor and Carnathan | 20 Custom House Street, Suite 1040<br>Boston, MA 02110 | $ - | $ 11,876.98 |

| Name | Address | Total Amounts Paid For Three Months Ended Dec 31, 2011 | Total Amounts Paid Through December 31, 2011 |
|---|---|---|---|
| Quisumbing Torres | 12th Floor, Net One Center<br>26th Street Corner 3rd Avenue<br>Taguig City, Philippines 1634 | $ - | $ 561.00 |
| Remmes, Richard G., Attorney | 115 Woolford Road<br>Wrentham, MA 02093 | $ - | $ 24,538.40 |
| Riddlesperger, Anthony G. | 15 Grovenor Court<br>Dallas, TX 75225 | $ - | $ 600,897.21 |
| Robin Law P.A. | 1123 S. 21st Avenue, Suite 2<br>Hollywood, Florida 33020 | $ - | $ - |
| Roe Cassidy Coates & Price, P.A. | PO Box 10529<br>Greenville, SC 29603 | $ - | $ 54,471.58 |
| Rosenberg, Martin, Funk, Greenberg | 25 South Charles Street, Suite 2115<br>Baltimore, Maryland 21201 | $ - | $ 8,721.08 |
| Rubin and Rudman LLP | 50 Rowes Wharf<br>Boston, MA 02110 | $ - | $ 87,599.18 |
| Sandler, Travis & Rosenberg, P.A. | P.O. Box 523304<br>Miami, FL 33102 | $ - | $ 4,538.44 |
| Schauer & Simank | 615 North Upper Broadway, Suite 2000<br>Corpus Christi, TX 78477 | $ - | $ 451.12 |
| Seeler, Marcia D., Esquire | PO Box 3154<br>Wellfleet, MA 02667 | $ 892.50 | $ 367,971.64 |
| Seyfarth Shaw Fairweather & Geraldson | 55 East Monroe St, Suite 4200<br>Chicago, IL 60603-5803 | $ - | $ 547,268.18 |
| Shapiro Forman Allen & Miller, LLC | 380 Madison Avenue<br>New York, NY 10017 | $ - | $ 7,196.61 |
| Sherin & Lodgen LLP | 100 Summer Street<br>Boston, MA 02110 | $ - | $ 342,385.71 |
| Sidley & Austin | 1722 Eye Street, NW<br>Washington, DC 20006 | $ - | $ 7,705.46 |
| Spencer Fane Britt & Browne | Suite 1400<br>Kansas City, MO 64106 | $ - | $ 64,184.25 |
| SC&H Consulting (Stout, Casey) | P.O. Box 64271<br>Baltimore, MD 21264 | $ 85,979.13 | $ 1,290,343.91 |
| Sterns & Weinroth | P.O. Box 1298<br>Trenton, NJ 08607-1298 | $ - | $ 158,447.09 |
| Stone Pigman Walther Wittman & Hutchinson LLC | 546 Carondelet Street<br>New Orleans, LA 70130-3588 | $ - | $ 43,060.96 |
| Storslee Law Firm, P.C. | 1802 Allison Drive<br>Bismarck, ND 58501 | $ - | $ 6,848.53 |
| Strasburger & Price | 901 Main Street<br>Suite 4300<br>Dallas, TX 75250 | $ - | $ 4,695.46 |
| Taft, Stettinius & Hollister, LLP | 425 Walnut Street<br>Cincinnati, OH 45202-3957 | $ - | $ 4,254.29 |
| Thomas A. Baker P.A. | Baltimore, MD 21201 | $ 1,560.00 | $ 27,932.21 |
| Thomson & Thomson | PO Box 71892<br>Chicago, IL 60694-1892 | $ - | $ 33.50 |
| Timothy Cremin | 3140 St. James Drive<br>Boca Raton, FL 33434 | $ - | $ 12,339.00 |
| Troffkin, Howard J., Esquire | 7808 Ivymont Terrace<br>Potomac, MD 20854 | $ 4,950.00 | $ 395,820.91 |
| Tyler Cooper & Alcorn, LLP | 555 Long Wharf Dr, 8th Floor | $ - | $ - |

| Name | Address | Total Amounts Paid For Three Months Ended Dec 31, 2011 | Total Amounts Paid Through December 31, 2011 |
|---|---|---|---|
|  | PO Box 1936<br>New Haven, CT 06509-0906 |  |  |
| Vertlieb, Anderson | 835 Granvilles Street # 200<br>Vancouver, BC, Canada V6Z 1K7 | $ - | $ 606.55 |
| Verusio E. Cosmelli Studio Legal | Foro Traiano 1-A<br>00187 Roma, Italy 00187 | $ - | $ 33,029.97 |
| Vinson & Elkins | 3500 First City Tower<br>1001 Fannin Suite 2300<br>Houston, TX 77002-6760 | $ - | $ 8,989.16 |
| Waller Lansden Dortch & Davis | P. O. Box 198966<br>Nashville, TN 37219-8966 | $ - | $ 83,330.34 |
| Watson Wyatt | 191 North Wacker Drive<br>Chicago, IL 60606 | $ - | $ 206,309.00 |
| Webber Wentzel | 10 Fricker Road, Illovo Boulevard,<br>Republic of Souoth Africa | $ - | $ - |
| Weil, Gotshal & Manges | 767 Fifth Avenue<br>New York, NY 10153-0119 | $ - | $ 261,609.49 |
| White & Case | 1155 Avenue of the Americas<br>New York, NY 10036-2787 | $ - | $ 67,989.96 |
| Wilmer Cutler Pickering Hale and Dorr | P.O. Box 7247-8760<br>Philadelphia, PA 19170-8760 | $ - | $ 2,381.00 |
| Womble Carlyle Sandridge and Rice, LLP | 550 South Main Street, Suite 400,<br>Greenville, SC 29601 | $ - | $ - |
| Woolf, McClane, Bright & Allen | 900 Riverview Tower<br>900 South Gay Street<br>Knoxville, TN 37902 | $ - | $ 18,880.43 |
| Wyatt, Tarrant & Combs | Citizens Plaza<br>Louisville, KY 40202 | $ - | $ 9,730.46 |
| Zuleta Suarez Araque, Et Al | Carrera 11 NO.82-01 Of. 902<br>Bogota, D.C. Colombia | $ - | $ 15,332.60 |