IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al., | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) Relates to Docket No. 27621, 28333 |

## ORDER APPROVING STIPULATION RESOLVING MOTION OF INTRAWEST CALIFORNIA HOLDINGS, INC., ET AL. FOR RELIEF FROM AUTOMATIC STAY

The Court having considered the *Stipulation Resolving Motion of Intrawest Holdings, Inc. et. al. for Relief from the Automatic Stay* (the "Stipulation") attached hereto as **Exhibit A**; the Court having determined that good and adequate cause exists for approval of the Stipulation; and the Court having determined that no further notice of the Stipulation must be given.

**IT IS HEREBY ORDERED** that the Stipulation is approved.

Dated: January 17, 2012
Wilmington, Delaware

_Judith K. Fitzgerald_
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge    SJS