FILED

2012 JAN 18 PM 2:45

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

16547 Academia Drive
Encino, Ca. 91436
January 12, 2012

The United States Bankruptcy Court
For the District of Delaware
824 Market Street
Wilmington, Delaware 19801

      Re:  Claim No. 2114 of N Y Hillside, Inc in re the W. R.
            Grace Bankruptcy Case # 01-01139 (JKF)

On January 9, 2012 the court issued ORDER SETTING HEARING ON REQUEST OF CHARLES JURGENS FOR HEARING REGARDING CLAIM NO. 2114 RELATED TO NY HILLSIDE, INC. In accordance with that order I certify that I served a copy of the order and all relevant pleadings to Mahguib El Arabi on January 12, 2012. Thank you.

*Charles Jurgens*