**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| **In Re:** | ) | **Chapter 11** |
|  | ) |  |
| **W.R. Grace & Co., et al.** | ) | **Case No. 01-01139-JKF** |
|  | ) |  |
|  | ) | **Jointly Administered** |
| **Debtors.** | ) |  |

**NOTICE OF WITHDRAWAL OF DOCKET ENTRY NO. 27748 ENTERED IN ERROR**

PLEASE TAKE NOTICE that the undersigned attorney hereby requests the Clerk of the Court to withdraw the document filed at docket number 27748. The document was filed in error

Date: January 19, 2012

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
    Warren H. Smith
    Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 1250
Dallas, Texas 75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com