# Warren H. Smith & Associates, P.C.

325 North St. Paul Street
Suite 1250
Dallas, TX  75201
Tax Id# 01-0584406

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

January 13, 2012

In Reference To:   Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #10651

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/1/2011 | AL | Update database with Caplin's April electronic detail (.1); Charter's April electronic detail (.1); AKO's April electronic detail (.1); Campbell's April electronic detail (.1); Bilzin's 40Q electronic detail (.1); Alan Rich's May electronic detail (.1); Rich's May fee application (.2); Beveridge's March fee application (.2); Stroock's April fee application (.2); Kramer's April fee application (.2); Ewing's April fee application (.2); Foley's April fee application (.2) | 1.80 | 81.00 |
| 6/2/2011 | JAW | detailed review of Beveridge & Diamond March 2011 fee application (0.20); draft summary of same (0.10) | 0.30 | 46.50 |
| | JAW | detailed review of Stroock & Stroock's April 2011 fee application (2.9); draft summary of same (0.10) | 3.00 | 465.00 |
| | JAW | detailed review of Kramer Levin April 2011 fee application (0.30); draft summary of same (0.10) | 0.40 | 62.00 |
| | JAW | detailed review of Saul Ewing April 2011 fee application (0.30); draft summary of same (0.10) | 0.40 | 62.00 |
| | JAW | detailed review of Foley Hoag April 2011 fee application (0.30); draft summary of same (0.10) | 0.40 | 62.00 |
| | AL | Receive and review email from B. Ruhlander re revisions to prior period paragraphs during early interims (.1); research PACER for amounts applied for, recommended reductions, amounts approved and docket numbers re same for Buchanon (2.8) and Campbell (3.0). | 5.90 | 265.50 |
| | MW | Create extensive spreadsheets for all applicants in case to be used for final final reports (6.4); send same to B. Ruhlander (.1). | 6.50 | 1,007.50 |
| 6/3/2011 | AL | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered (1.9);  draft final fee chart for 16th - 27th | 5.40 | 243.00 |

W.R. Grace & Co.                                                                                     Page    2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  |  | Interims for AKO reflecting same (3.0); update database with Seitz' April electronic detail (.1); Seitz' March (.2) and April (.2) fee applications |  |  |
| 6/4/2011 | AL | research PACER for amounts applied for during all interims, approved amounts, recommended reductions and docket numbers re same for Casner (2.0) and CBBG (1.4). | 3.40 | 153.00 |
| 6/6/2011 | JAW | detailed review of PwC April 2011 fee application (.8); draft summary of same (.1) | 0.90 | 139.50 |
|  | JAW | detailed review of Seitz Van Ogtrop March 2011 fee application (0.10); draft summary of same (0.10) | 0.20 | 31.00 |
|  | JAW | detailed review of Seitz Van Ogtrop April 2011 fee application (0.10); draft summary of same (0.20) | 0.30 | 46.50 |
|  | JAW | detailed review of Alan B. Rich May 2011 fee application (.6); draft summary of same (.1) | 0.70 | 108.50 |
|  | MW | draft monthly application for compensation of WHSA for May 2011  (2.5); preliminary review of same (.3); send same to J. Wehrmann for review (.1); finalize for court filing (.1) | 3.00 | 465.00 |
|  | AL | Update database with Reed's April fee application (.2); receive and review email from Baer re 40Q IR response (.1); update database with same (.1); forward Baer's 40Q IR response to B. Ruhlander for review (.1); Bilzin's April electronic detail (.1); Baer's 40Q fee application (.2); Bilzin's 40Q fee application (.2); Campbell's April fee application (.2); Charter's April fee application (.2); AKO's April fee application (.2) | 1.60 | 72.00 |
| 6/7/2011 | BSR | telephone conferences (2) with Anthony Lopez re issues on spreadsheet of applicants' prior applications and court's orders | 0.20 | 57.00 |
|  | BSR | review K&E's 40th interim fee application, as well as monthly fee applications and fee summaries re same | 1.50 | 427.50 |
|  | AL | research PACER for amounts applied for during all interims, approved amounts, recommended reductions and docket number re same for Caplin (2.8) and Capstone (2.7) | 5.50 | 247.50 |
|  | AL | Update database with Blackstone's April fee application (.2); Blackstone's April electronic detail (.1); Capstone's April electronic detail (.1) | 0.40 | 18.00 |
|  | BSR | Draft initial report re K&E's 40th interim fee application | 2.00 | 570.00 |
|  | JAW | Proofread W. H. Smith & Associates May 2011 Notice of Monthly Fee & Expense Invoice and fee and expense statement (.7); e-mail to M. White regarding any changes needed (.1) | 0.80 | 124.00 |
| 6/8/2011 | BSR | brief review of Pachulski's January and February 2011 monthly fee applications, as well as fee summaries re same | 0.30 | 85.50 |

W.R. Grace & Co.                                                                                      Page    3

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/8/2011 | BSR | review of LAS' quarterly application for the 40th interim period, monthly applications, and fee summaries re same | 0.20 | 57.00 |
|  | BSR | detailed review of Reed Smith's 40th interim fee application, monthly fee applications, and fee summaries re same | 0.50 | 142.50 |
|  | BSR | detailed review of PwC's Jan. and Feb. 2011 monthly applications, along with summaries of fees and expenses | 0.80 | 228.00 |
|  | JAW | detailed review of Reed Smith April 2011 fee application (.6); draft summary of same (.1) | 0.70 | 108.50 |
|  | BSR | research server for status of Orrick's January through March 2011 monthly applications; email to Deborah Fullem re expense detail; email to James Wehrmann inquiring as to status of monthlies | 0.20 | 57.00 |
|  | JAW | detailed review of Campbell & Levine April 2011 fee application (.5); draft summary of same (.1) | 0.60 | 93.00 |
|  | JAW | detailed review of Caplin & Drysdale April 2011 fee application | 2.00 | 310.00 |
|  | BSR | brief review of Ogilvy's quarterly and monthly applications for the 40th interim period, as well as fee summaries covering same | 0.20 | 57.00 |
|  | BSR | detailed review of Nelson Mullins' March 2011 monthly application | 0.10 | 28.50 |
|  | BSR | Draft e-mail to K&E re initial report (40Q) | 0.10 | 28.50 |
|  | BSR | detailed review of Saul Ewing's quarterly interim fee application for the 40th interim period, monthly fee applications, and fee and expense summaries re same | 0.40 | 114.00 |
|  | DTW | Review and revise KE 40th interim initial report (.1). | 0.10 | 16.50 |
|  | AL | Receive, review and finalize K&E's 40Q IR (.2); update database with same (.2); draft email to B. Ruhlander re service of K&E's 40Q IR (.1); Update database with K&E's April electronic detail (.1); Baer's April electronic detail (.1); K&E's April fee application (.2); Capstone's April fee application (.2); Baer's April fee application (.2) | 1.30 | 58.50 |
|  | AL | Finalize monthly fee application for Court Filing (.2); electronic filing re same (.3); update database with final version (.1); prepare same for service (.2). | 0.80 | 36.00 |
|  | AL | Update database with Judge Sander's May electronic detail (.1) and hard copy (.2) | 0.30 | 13.50 |
| 6/9/2011 | AL | Update database with Pachulski's March fee application (.2); Pachulski's March electronic detail (.1); Ferry's April fee application (.2); Bilzin's April fee application; Office conference with J. Wehrmann re April monthly fee applications (.4); Receive review and finalize Ewing's 40Q IR (.2); update | 1.40 | 63.00 |

W.R. Grace & Co.                                                                                                    Page    4

|  |  | | Hours | Amount |
|---|---|---|---|---|
| | | database with same (.2); draft email to B. Ruhlander re service of Ewing's 40Q IR (.1) | | |
| 6/9/2011 | AL | Receive and review email from B. Ruhlander re revisions to prior period paragraphs during early interims (.1); research PACER for amounts applied for, recommended reductions, amounts approved and docket numbers re same for CIBC (1.2), Charter Oak (2.0) Committee (1.3) and  Conway (2.5); confer with M. White and B. Ruhlander re Committees involved in case (.2). | 7.30 | 328.50 |
| | BSR | detailed review of Woodcock Washburn's Jan., Feb. and March 2011 monthly fee applications | 0.20 | 57.00 |
| | BSR | detailed review of Stroock's 40th interim fee application, monthly fee applications, and fee and expense summaries re same | 0.50 | 142.50 |
| | BSR | Draft e-mail to Saul Ewing re initial report (40Q) | 0.10 | 28.50 |
| | BSR | Draft initial report re Saul Ewing's quarterly application for the 40th interim period | 0.60 | 171.00 |
| | JAW | detailed review of Baer Higgins April 2011 fee application (3.00); draft summary of same (0.10) | 3.10 | 480.50 |
| | JAW | continued detailed review of Caplin & Drysdale April 2011 fee application (1.1); draft summary of same (.6) | 1.70 | 263.50 |
| | JAW | detailed review of Capstone April 2011 fee application (1.20); draft summary of same (0.10) | 1.30 | 201.50 |
| 6/10/2011 | MW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered (3.0);  draft final fee chart for 1st-37th Interims for Bilzin Sumberg reflecting same (4.7) | 7.70 | 1,193.50 |
| | DTW | Review and revise 40th interim initial report for Saul Ewing (.1). | 0.10 | 16.50 |
| | AL | Update database with Lauzon's April electronic detail (.1); Hogan's April electronic detail (.1); Scarfone's April electronic detail (.1); | 0.30 | 13.50 |
| | AL | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered (1.9);  draft final fee chart for 16th - 27th Interims for David T. Austern reflecting same (3.1). | 5.00 | 225.00 |
| | JAW | detailed review of Pachulski Stang March 2011 fee application (1.5); draft summary of same (.2) | 1.70 | 263.50 |
| | BSR | brief review of Scarfone's March 2011 monthly application and fee summary re same (.1) as well as quarterly fee application for the 40th interim period (.1) | 0.20 | 57.00 |

W.R. Grace & Co.                                                                                            Page    5

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                  | Hours | Amount   |
|------------|-----|--|-------|----------|
| 6/10/2011  | JAW | detailed review of Charter Oak April 2011 fee application (0.20); draft summary of same (0.10) | 0.30  | 46.50    |
|            | JAW | detailed review of Alexander Sanders May 2011 fee application (2.0); draft summary of same (0.1) | 2.10  | 325.50   |
|            | JAW | detailed review of Kirkland & Ellis April 2011 fee application | 2.40  | 372.00   |
|            | BSR | brief review of Lauzon Belanger's quarterly application for the 40th interim period (.1), as well as March 2011 monthly and fee summary re same (.1) | 0.20  | 57.00    |
|            | BSR | brief review of Seitz Van Ogtrop's March 2011 monthly fee application | 0.10  | 28.50    |
|            | BSR | review of Hogan Firm's quarterly application for the 40th interim period (.1) and March 2011 monthly fee application and fee and expense summary re same (.1) | 0.20  | 57.00    |
|            | BSR | review of Beveridge & Diamond's March 2011 monthly fee application | 0.10  | 28.50    |
| 6/11/2011  | MW  | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered (2.7);  draft final fee chart for 1st-25th Interims for Blackstone reflecting same (4.2) | 6.90  | 1,069.50 |
|            | AL  | Confer with M. White re status of Baker's and Blackstone's prior period research (.1); research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Baker's 24th-37th interims (1.7);  draft final fee chart for 24th - 37th Interims for Baker reflecting same (2.2); research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Beveridge's 16th-37th interims (1.3); draft final fee chart for 24th - 37th Interims for Beveridge reflecting same (2.0) | 7.30  | 328.50   |
| 6/13/2011  | BSR | detailed review of Orrick's expenses for Jan-March 2011 (.3); review of monthly applications and fee summaries for Orrick's January through March 2011 monthly fee applications (.7); edit fee summaries for inclusion in initial report (.2); review of Orrick's quarterly application for Jan-March 2011 (.1) | 1.30  | 370.50   |
|            | BSR | review of PwC's 40th interim fee application, March 2011 monthly fee application and fee summary re same (1.9); additional review of PwC's Jan. 2011 monthly fee application (.3) | 2.20  | 627.00   |
|            | BSR | Draft initial report re Orrick for the 40th interim period | 1.50  | 427.50   |
|            | BSR | Draft initial report re PwC's 40th interim fee application | 1.70  | 484.50   |
|            | JAW | continued detailed review of Kirkland & Ellis April 2011 fee application (8.20); draft summary of same (0.70) | 8.90  | 1,379.50 |

W.R. Grace & Co.                                                                                     Page     6

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/13/2011 | MW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Young Conaway's 1-26th interims (3.7);  draft final fee chart for 1st-26th interims for Young Conaway reflecting same (4.5) | 8.20 | 1,271.00 |
|  | AL | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Austern's 28th-37th interims (1.9) and Baker's 14th - 23rd interims (2.1) | 4.00 | 180.00 |
|  | AL | Update database with Seitz' March (.1) and April (.1) fee summaries; Campbell's April fee summary (.2); Beveridge's March fee summary (.1); Orrick's January fee summary (.1); Beveridge's April electronic detail (.1); Receive and review email from Norton Rose re May electronic detail (.1); telephone conference re Norton's name change (.1); update database with Norton's May electronic detail (.2) | 1.10 | 49.50 |
| 6/14/2011 | BSR | research docket and server to make sure no applications overlooked (40Q) | 1.00 | 285.00 |
|  | BSR | brief review of Holme's Jan, Feb, and March 2011 monthly fee applications and check status of quarterly application for that period (40Q) | 0.20 | 57.00 |
|  | BSR | detailed review of Seitz Van Ogtrop's 1st quarterly fee application. | 0.10 | 28.50 |
|  | BSR | Draft initial report re R. Karl Hill's 1st quarterly fee application | 1.20 | 342.00 |
|  | BSR | research docket for pertinent filings and any quarterly applications not yet received | 0.20 | 57.00 |
|  | BSR | telephone conference with Anthony Lopez re issue on prior period spreadsheet with Bowe firm | 0.10 | 28.50 |
|  | DTW | Review and revise 40th interim initial reports for PwC and Orrick (.2); same re Hill (.1). | 0.30 | 49.50 |
|  | BSR | receive, review, and respond to 2 emails from Teresa Currier at Saul Ewing re proposed reductions to 40th interim fee application (.2); review file and note same for final report (.1) | 0.30 | 85.50 |
|  | BSR | Draft e-mail to Alan Rich re Karl Hill 1st quarterly fee application | 0.10 | 28.50 |
|  | JAW | detailed review of Ferry Joseph April 2011 fee application (0.40); draft summary of same (0.10) | 0.50 | 77.50 |
|  | JAW | detailed review of Beveridge & Diamond April 2011 fee application (0.20); draft summary of same (0.10) | 0.30 | 46.50 |
|  | JAW | detailed review of Bilzin Sumberg April 2011 fee application (0.30); draft summary of same (0.10) | 0.40 | 62.00 |

W.R. Grace & Co.

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/14/2011 JAW | detailed review of Norton Rose May 2011 fee application (0.20); draft summary of same (0.10) | | 0.30 | 46.50 |
| JAW | detailed review of Blacktone expenses to April 2011 fee application (.5); draft summary of same (0.10) | | 0.60 | 93.00 |
| JAW | detailed review of Anderson Kill April 2011 fee application (2.1); draft summary of same (0.10) | | 2.20 | 341.00 |
| JAW | continued drafting summary of Kirkland & Ellis April 2011 fee application | | 0.70 | 108.50 |
| BSR | Draft e-mails to PwC and Orrick re initial reports (40Q) | | 0.20 | 57.00 |
| AL | Update database with Hogan's April fee application (.2); Scarfone's April fee application (.2); Lauzon's April fee application (.2); Research Pacer re BMC's 28th interim FR (.4); telephone conference with B. Ruhlander re same (.1); continue drafting BMC's chart reflecting final reports and order approving  BMC's fees and expenses for the 5th through 37th interim periods (1.2) | | 2.30 | 103.50 |
| AL | Update database with Beveridge's April fee application (.2); Norton's May fee application (.2); Office conference with J. Wehrmann re April fee applications for all applicants (.4); Receive, review and finalize PWC's 40Q IR (.2); update database with same (.2); draft email to B. Ruhlander re service of PWC's 40Q IR (.1); Receive, review and finalize Orrick's 40Q IR (.2); update database with same (.2); draft email to B. Ruhlander re service of Orrick's 40Q IR (.1); Receive, review and finalize Hill's 40Q IR (.2); update database with same (.2); draft email to B. Ruhlander re service of Hill's 40Q IR (.1); | | 2.30 | 103.50 |
| 6/15/2011 AL | Update database with PWC's April full electronic detail (.2) | | 0.20 | 9.00 |
| AL | draft final fee chart for 28th - 37th Interims for David T. Austern reflecting same (2.9) and for Baker (2.7); | | 5.60 | 252.00 |
| 6/16/2011 JAW | detailed review of Scarfone Hawkins April 2011 fee application (0.50); draft summary of same (0.10) | | 0.60 | 93.00 |
| JAW | detailed review of Hogan Firm April 2011 fee application (0.30); draft summary of same (0.10) | | 0.40 | 62.00 |
| JAW | detailed review of Lauzon Belanger April 2011 fee application (0.20); draft summary of same (0.10) | | 0.30 | 46.50 |
| 6/17/2011 MW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Blackstone's 27th - 37th interims (2.3);  draft final fee chart for 27th - 37th Interims for Blackstone reflecting same (3.0); research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Buchanon's 16th - | | 9.90 | 1,534.50 |

W.R. Grace & Co.                                                                                                    Page     8

|  |  | | Hours | Amount |
|---|---|---|---|---|
|  |  | 23rd interims (1.9);  draft final fee chart for 16th - 23rd Interims for Buchanon reflecting same (2.7) | | |
| 6/18/2011 | AL | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Buchanon's 24th-33rd interims (4.9); multiple telephone conferences with M. White re same (.1). | 5.00 | 225.00 |
|  | MW | Two telephone conferences with A. Lopez re final fee chart status (.1); receive and review email from A. Lopez with numbers for Buchanon's applications for 24th - 33rd interims (.1); draft final fee chart reflecting same for all interims (4.0) | 4.20 | 651.00 |
| 6/20/2011 | MW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Caplin & Drysdale 1st-37th interims (6.7). | 6.70 | 1,038.50 |
|  | BSR | receive, review, and respond to email from Lynzy Oberholzer re final version of fee and expense chart for the 39th interim period (.1); check docket to determine if any applications should be added to the chart (.4); review project category spreadsheet (39Q) and email to Melanie White requesting revisions to same (.2) | 0.70 | 199.50 |
|  | MW | Draft extensive revisions to 39th interim category spreadsheet (2.0); multiple telephone conferences with B. Ruhlander re same (.2). | 2.20 | 341.00 |
|  | BSR | Receive and review revised project category spreadsheet (39Q) and forward same to Lynzy Oberholzer | 0.10 | 28.50 |
|  | BSR | Draft amended omnibus final report for the 39th interim period (.2); email to Warren Smith re same (.1). | 0.30 | 85.50 |
|  | WHS | detailed review of, and revisions to, FR PwC 40Q 1-3.11. | 0.30 | 88.50 |
|  | WHS | detailed review of, and revisions to, FR PwC 40Q 1-3.11 | 0.30 | 88.50 |
|  | AL | Update database with Anderson (.1) Blackstone (.1) Beveridge (.1) Bilzin (.2) Norton (.1) Charter (.2) Caplin (.1) Capstone (.1) Baer (.1) and Kirkland's April fee summaries (.1); Pachulski's January through March fee application (.2) | 1.40 | 63.00 |
|  | AL | Update database with PWC's April fee application | 0.20 | 9.00 |
|  | AL | Receive and review email from B. Ruhlander re Amended Omnibus' 39Q FR (.1); update database with same (.1); draft email to W. Smith re approval of Amended Omnibus' 39Q FR (.1); update database with Pitney's April electronic detail (.2); Casner's April electronic detail (.1) | 0.60 | 27.00 |
| 6/21/2011 | WHS | detailed review of omnibus final report amended 39Q 10-12.10. | 0.20 | 59.00 |

W.R. Grace & Co.                                                                              Page      9

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/21/2011 | AL | Update database with Foley's May fee application (.2); Casner's May fee application (.2); Baer's May fee application (.2); Stroock's May fee application (.2); Reed's May electronic detail (.1) | 0.90 | 40.50 |
|  | MW | draft final fee chart for 1st-37th Interims for Caplin & Drysdale reflecting Pacer research (5.8) | 5.80 | 899.00 |
|  | BSR | Draft e-mail to Holme Roberts & Owen re amended combined no objection final report | 0.10 | 28.50 |
|  | JAW | detailed review of PwC April 2011 fee application (5.80) | 5.80 | 899.00 |
| 6/22/2011 | AL | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Campbell & Levine's 1st-15th interims (4.5). | 4.50 | 202.50 |
|  | JAW | detailed review of Day Pitney April 2011 fee application (0.60); draft summary of same (0.20) | 0.80 | 124.00 |
|  | BSR | detailed review of Bilzin Sumberg's quarterly application for the 40th interim period | 0.10 | 28.50 |
|  | BSR | research responses to initial reports (40th) (.2); email to Caplin & Drysdale re response to our initial report (.1) | 0.30 | 85.50 |
|  | BSR | Receive and review response of Janet Baer to initial report (40Q) | 0.10 | 28.50 |
|  | JAW | Draft summary of PwC April 2011 fee application (0.80) | 0.80 | 124.00 |
|  | JAW | detailed review of Casner & Edwards April 2011 fee application (0.50); draft summary of same (0.10) | 0.60 | 93.00 |
|  | MW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Capstone's 12th-37th interims (5.9). | 5.90 | 914.50 |
|  | AL | Update database with Pitney's April fee application (.2); Casner's April fee application (.2) | 0.40 | 18.00 |
|  | AL | Receive and review email from J. Wehrmann re PWC's April time detail (.1); draft email to PWC re same (.2); telephone conference with PWC re April task code (.1); telephone conference with J. Wehrmann re same (.2) | 0.60 | 27.00 |
| 6/23/2011 | BSR | receive, review, and respond to email from Lynzy Oberholzer re fee and expense chart | 0.10 | 28.50 |
|  | AL | Update database with K&E's IR response (.2); draft email to B. Ruhlander re same (.1); Receive and review email from PWC re April time entries (.1); update database with same (.2); telephone conference with J. Wehrmann re PWC's April time entries (.1) | 0.70 | 31.50 |

W.R. Grace & Co.                                                                                    Page    10

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/23/2011 | AL | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Campbell & Levine's 16th-37th interims (4.7). | 4.70 | 211.50 |
|  | MW | draft final fee chart for 12th-37th Interims for Capstone reflecting Pacer research (4.7) | 4.70 | 728.50 |
| 6/24/2011 | BSR | Receive and review response of Karl Hill to initial report | 0.10 | 28.50 |
| 6/25/2011 | AL | Begin drafting final fee chart for 1st - 37th Interims for Campbell & Levine for prior period paragraphs (3.0) | 3.00 | 135.00 |
| 6/27/2011 | AL | Update database with Woodcock's Jan. - March interim fee application (.2); Orrick's May electronic detail (.1) | 0.30 | 13.50 |
|  | AL | Finish drafting final fee chart for 1st - 37th  Interims for Campbell & Levine for prior period paragraphs (4.7) | 4.70 | 211.50 |
| 6/28/2011 | JAW | detailed review of Steptoe & Johnson February 2011 fee application (0.10); draft summary of same (0.10) | 0.20 | 31.00 |
|  | JAW | detailed review of Nelson Mullins April 2011 fee application (0.10); draft summary of same (0.10) | 0.20 | 31.00 |
|  | MW | Research PACER for objections to WHSA's April fee application (.8); draft CNO re same (.6); send same to A. Lopez for e-filing (.1). | 1.50 | 232.50 |
|  | JAW | detailed review of Steptoe & Johnson March 2011 fee application (0.20); draft summary of same (0.10) | 0.30 | 46.50 |
|  | AL | Update database with Nelson's April fee application (.2); Steptoe's February fee application (.2); Steptoe's March fee application (.2); Nelson's April electronic detail (.1); Steptoe's February (.1) and March (.1) electronic detail; office conference with J. Wehrmann re Nelson's April fee application (.3); update database with Stroock's May electronic detail (.1); receive and review email from B. Ruhlander re same (.1); update database with Bilzin's May electronic detail (.2); Canser's May electronic detail (.1); Foley's May electronic detail (.1) | 1.80 | 81.00 |
|  | BSR | Draft final report re Baer Higgins Fruchtman for the 40th interim period | 1.20 | 342.00 |
|  | BSR | review and respond to email from Lynzy Oberholzer re 39th interim fee applications | 0.10 | 28.50 |
|  | BSR | Receive and review response of PwC to initial report (40Q) | 0.10 | 28.50 |
|  | AL | Receive and review email from B. Ruhlander re Baer's May electronic detail (.1); update database with same (.2); receive and review email from Baer Higgins re May hard copy (.1) | 0.40 | 18.00 |

W.R. Grace & Co.                                                                                        Page    11

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/29/2011 | WHS | detailed review of FR Baer 40Q 1-3.11. | 0.20 | 59.00 |
|  | BSR | Draft final report re Karl Hill's first quarterly fee application | 1.60 | 456.00 |
|  | BSR | Receive and review response of K&E to initial report (40Q) (.7); email to Deanna Boll re same (.2) | 0.90 | 256.50 |
|  | BSR | Detailed review of Orrick's response to initial report (40Q) | 0.90 | 256.50 |
|  | AL | Receive and review WHSA's May CNO from M. White (.1); update database with same (.2); electronic filing with the court of WHSA's May CNO (.4) | 0.70 | 31.50 |
|  | AL | Receive and review email from W. Smith re Baer's 40 Q FR  (.1); update database with same (.2); electronic filing with the court of Baer's 40 Q FR (.3); draft email to B. Ruhlander re service of same (.1) | 0.70 | 31.50 |
|  | AL | Receive and review email from B. Ruhlander re Baer's 40 Q FR (.1); update database with same (.2); draft email to W. Smith re approval of Baer's 40 Q FR (.1) | 0.40 | 18.00 |
|  | BSR | review of Pachulski's March 2011 monthly fee application, fee summary re same and 40th interim application. | 0.40 | 114.00 |
|  | BSR | research docket for filed quarterly applications (40Q). | 0.20 | 57.00 |
|  | BSR | review of Woodcock Washburn's quarterly application (40Q). | 0.10 | 28.50 |
|  | BSR | Draft final report re K&E's 40th interim application | 1.30 | 370.50 |
|  | BSR | Draft e-mail to Janet Baer re final report for the 40th interim period | 0.10 | 28.50 |
|  | BSR | Receive and review agenda for 7.6.11 hearing, as well as proposed fee order (.3); emails to Warren Smith, Melanie White and Anthony Lopez re same (.2) | 0.50 | 142.50 |
| 6/30/2011 | JAW | detailed review of Casner & Edwards May 2011 fee application (0.50); draft summary of same (0.10) | 0.60 | 93.00 |
|  | AL | Receive and review email from B. Ruhlander re Karl Hill's 40Q FR (.1); update database with same (.2); draft email to W. Smith re approval of Karl Hill's 40Q FR (.1); Receive and review email from B. Ruhlander re Karl Hill's Revised 40Q FR (.1); update database with same (.2); draft email to W. Smith re approval of Karl Hill's Revised 40Q FR (.1) | 0.80 | 36.00 |
|  | AL | Receive and review email from W. Smith re approval of Karl Hill's Revised 40Q FR (.1); update database with same (.2); electronic filing with the court of Karl Hill's Revised 40Q FR (.4); draft email to B. Ruhlander re service of same (.1) | 0.80 | 36.00 |
|  | AL | Update database with Ferry's May complete electronic detail (.2); Lauzon (.2) Scarfone (.1) and Hogan (.2) May complete electronic detail | 0.70 | 31.50 |

W.R. Grace & Co.                                                                                          Page    12

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/30/2011 | AL | receive and review email from B. Ruhlander re 39th interim fee hearing (.1); update database with proposed order and agenda (.2); draft email to B. Ruhlander re same (.1) | 0.40 | 18.00 |
|  | WHS | detailed review of, and revisions to, FR Hill 40Q 9.09-3.11 v2 | 0.20 | 59.00 |
|  | AL | receive and review email from B. Ruhlander re K&E's 40Q FR (.1); update database with same (.2); draft email to W. Smith re approval of K&E's 40Q FR (.1) | 0.40 | 18.00 |
|  | AL | Receive and review email from B. Ruhlander re 7.6.11 hearing agenda and proposed fee order (.1); update database with same (.2) | 0.30 | 13.50 |
|  | JAW | detailed review of Baer Higgins May 2011 fee application (3.20); draft summary of same (0.10) | 3.30 | 511.50 |
|  | JAW | detailed review of Stroock & Stroock May 2011 fee application (1.70); draft summary of same (0.10) | 1.80 | 279.00 |
|  | BSR | Draft omnibus final report for the 40th interim period | 3.00 | 855.00 |
|  | JAW | detailed review of Foley Hoag May 2011 fee application (0.40); draft summary of same (0.10) | 0.50 | 77.50 |
|  | BSR | Draft e-mail to Lynzy Oberholzer re agenda for 7.6.11 hearing | 0.10 | 28.50 |
|  | MW | Receive and review email from Hogan firm re 39th interim category spreadsheet (.2); research fee amounts listed for Scarfone Hawkins, Lauzon Belanger and Hogan Firm (1.0); telephone conference with B. Ruhlander re same (.2); revise spreadsheet accordingly (.8). | 2.20 | 341.00 |
|  | BSR | telephone conference with Warren Smith re final report concerning Karl Hill fee application | 0.10 | 28.50 |
|  | BSR | Draft revision to final report re Karl Hill 1st quarterly application | 0.40 | 114.00 |
|  | BSR | receive, review, and respond to emails from Karen Harvey re 39th interim project category spreadsheet (.2); email to Melanie White re same (.1); telephone conference with Melanie White re same (.1) | 0.40 | 114.00 |
|  | BSR | Receive and review amended agenda for 7.6.11 hearing, download order approving 39th interim fee applications from Pacer and forward same to Melanie White and Warren Smith. | 0.20 | 57.00 |
|  | BSR | Receive and review K&E's supplemental response to initial report (40Q) | 0.10 | 28.50 |
|  | BSR | Draft final report re K&E's 40th interim fee application | 0.60 | 171.00 |
| **For professional services rendered** |  |  | **261.10** | **$34,197.50** |

W.R. Grace & Co.                                                                  Page    13

Additional Charges :

|  | **Amount** |
|---|---|
| 6/30/2011 Third party copies & document prep/setup. | 338.23 |
| PACER Charges | 240.00 |
| **Total additional charges** | **$578.23** |
| **Total amount of this bill** | **$34,775.73** |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Anthony Lopez | 97.60 | 45.00 | $4,392.00 |
| Bobbi S. Ruhlander | 33.00 | 285.00 | $9,405.00 |
| Doreen Williams | 0.50 | 165.00 | $82.50 |
| James A. Wehrmann | 53.40 | 155.00 | $8,277.00 |
| Melanie White | 75.40 | 155.00 | $11,687.00 |
| Warren H Smith | 1.20 | 295.00 | $354.00 |