**Warren H. Smith & Associates, P.C.**

325 North St. Paul Street
Suite 1250
Dallas, TX  75201
Tax Id# 01-0584406

---

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044


January 19, 2012

In Reference To:  Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #10735


Professional Services

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 7/1/2011 | MW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Day Pitney's 1st-15th interims (5.0). | 5.00 | 775.00 |
| | JAW | detailed review of Alan Rich June 2011 fee application (0.50); draft summary of same (0.1) | 0.60 | 93.00 |
| | JAW | detailed review of Hogan Firm May 2011 fee application (0.40); draft summary of same (0.1) | 0.50 | 77.50 |
| | JAW | detailed review of Bilzin Sumberg May 2011 fee application (0.20); draft summary of same (0.1) | 0.30 | 46.50 |
| | JAW | detailed review of Scarfone Hawkins May 2011 fee application (0.20); draft summary of same (0.1) | 0.30 | 46.50 |
| | JAW | detailed review of Lauzon Belanger May 2011 fee application (0.20); draft summary of same (0.1) | 0.30 | 46.50 |
| | WHS | detailed review of  FR KE 40Q 1-3.11. | 0.20 | 59.00 |
| | AL | Update database with Lauzon's May fee application (.2); Scarfone's May fee application (.2); Hogan's May fee application (.2); Bilzin's May fee application (.2); AKO's May electronic detail (.1); Caplin's May electronic detail (.1); Charter's May electronic detail (.1); Campbell's May electronic detail (.1); Alan Rich's June electronic detail (.1); Alan Rich's June fee application (.2) | 1.50 | 67.50 |
| | AL | Receive and review email from Woodcock Washburn re May electronic detail (.1); update database with same (.1); draft email to Woodcock Washburn re missing April fee application (.1) | 0.30 | 13.50 |

---

W.R. Grace & Co.                                                  Page    2

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 7/1/2011 | AL | Receive and review email from W. Smith re approval of K&E's 40Q FR (.1); update database with same (.2); electronic filing with the court of K&E's 40Q FR (.4); draft email to B. Ruhlander re service of same (.1) | 0.80 | 36.00 |
| 7/2/2011 | MW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Conaway's 1st-29th interims (8.1). | 8.10 | 1,255.50 |
| 7/5/2011 | AL | Update database with Woodcock's May fee application (.2); Ferry's May fee application (.2); AKO's May fee application (.2); Charter's May fee application (.2); Caplin's May fee application (.2) | 1.00 | 45.00 |
| 7/6/2011 | JAW | detailed review of Campbell May 2011 fee application (0.50); draft summary of same (0.1) | 0.60 | 93.00 |
|  | JAW | detailed review of Woodcock May 2011 fee application (0.20); draft summary of same (0.1) | 0.30 | 46.50 |
|  | JAW | detailed review of Reed May 2011 fee application (0.40); draft summary of same (0.1) | 0.50 | 77.50 |
|  | JAW | detailed review of Ferry May 2011 fee application (0.40); draft summary of same (0.2) | 0.60 | 93.00 |
|  | JAW | detailed review of Charter May 2011 fee application (0.30); draft summary of same (0.1) | 0.40 | 62.00 |
|  | JAW | detailed review of BMC Group January 2011 fee application (0.60); draft summary of same (0.2) | 0.80 | 124.00 |
|  | JAW | detailed review of Kaye Schole April 2011 fee application (0.40); draft summary of same (0.2) | 0.60 | 93.00 |
| 7/7/2011 | JAW | detailed review of Seitz May 2011 fee application (0.20); draft summary of same (0.10) | 0.30 | 46.50 |
|  | MW | draft monthly fee application of WHSA for June 2011 (2.4); preliminary review of same (.3); send to J. Wehrmann for review (.1); revise same per J. Wehrmann's comments (.3) | 3.10 | 480.50 |
|  | JAW | detailed review of Pachulski April 2011 fee application (1.20); draft summary of same (0.2) | 1.40 | 217.00 |
|  | AL | Update database with Ewing's May fee application (.2); Kramer's May fee application (.2) | 0.40 | 18.00 |
|  | JAW | detailed review of Caplin May 2011 fee application (2.00) | 2.00 | 310.00 |
|  | JAW | detailed review of Kramer May 2011 fee application (1.40); draft summary of same (0.1) | 1.50 | 232.50 |

W.R. Grace & Co.             Page 3

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 7/7/2011 | JAW | detailed review of Sanders May 2011 fee application (0.20); draft summary of same (0.1) | 0.30 | 46.50 |
|  | JAW | detailed review of Saul Ewing May 2011 fee application (0.40); draft summary of same (0.1) | 0.50 | 77.50 |
|  | JAW | detailed review of BMC Group February 2011 fee application (0.90); draft summary of same (0.1) | 1.00 | 155.00 |
|  | JAW | detailed review of BMC Group March 2011 fee application (1.10); draft summary of same (0.1) | 1.20 | 186.00 |
| 7/8/2011 | JAW | Proofread WHSmith June 2011 fee/expense statement and Notice of Filing (0.90); e-mail M. White re: any changes needed (0.1). | 1.00 | 155.00 |
|  | JAW | continued detailed review of Caplin May 2011 fee application (3.30) | 3.30 | 511.50 |
|  | AL | receive and review finalized version of WHSA's monthly fee application from J. Wehrmann (.1); update database with same (.2); electronic filing with the court re WHSA's June fee application (.4); prepare same for service (.1) | 0.80 | 36.00 |
| 7/9/2011 | JAW | Draft summary of Caplin May 2011 fee application (0.70) | 0.70 | 108.50 |
|  | JAW | detailed review of Anderson Kill May 2011 fee applicaiton (1.40); draft summary of same (0.10) | 1.50 | 232.50 |
| 7/10/2011 | MW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re CBBG's 4th-17th interims (5.9). | 5.90 | 914.50 |
|  | MW | Continue researching PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Day Pitney's 16th-31st interims (3.4). | 3.40 | 527.00 |
| 7/11/2011 | AL | Receive and review email from B. Ruhlander re Omnibus' 40Q FR (.1); update database with same (.1); draft email to W. Smith re approval of Omnibus' 40Q FR (.1) | 0.30 | 13.50 |
|  | AL | Telephone conference with B. Ruhlander re BMC's January through March fee applications (.1); research re same (.2); draft email to B. Ruhlander re BMC's January through March fee applications (.1) update database with Beveridge's May electronic detail (.1); update database with Beveridge's May fee application (.2); receive and review email from J. Wehrmann re BMC's January through March monthly fee application fee summaries (.1); update database with same (.2); receive and review email from J. Wehrmann re 41st interim fee summaries (.1); update database with Pachulski's April (.2) Kramer's May (.1) Saul Ewing's May (.2) AKO May (.1) and Caplin's May (.2) fee summaries | 1.90 | 85.50 |

W.R. Grace & Co. Page 4

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 7/11/2011 | WHS | detailed review of omnibus final report 40Q 1-3.11. | 0.30 | 88.50 |
| | JAW | detailed review of Beveridge May 2011 fee applicaiton (0.30); draft summary of same (0.10) | 0.40 | 62.00 |
| | AL | Update database with BMC's January through March fee application | 0.20 | 9.00 |
| | BSR | telephone conference with Anthony Lopez re BMC's 40th interim fee application; email to James Wehrmann re same | 0.10 | 28.50 |
| | BSR | Receive and review fee summaries for BMC's January through March 2011 monthly fee applications (.1); email to Martha Araki at BMC with question re same (.1); conference with James Wehrmann re BMC and other WR Grace fee applications reviewed (.1) | 0.30 | 85.50 |
| | BSR | review of BMC's 40th interim fee application (.3). | 0.30 | 85.50 |
| | BSR | Draft omnibus final report for the 40th interim period | 1.10 | 313.50 |
| | BSR | Draft final report re PwC's 40th interim fee application and special project applications | 0.90 | 256.50 |
| 7/12/2011 | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Woodcocks 8th - 19th interims and update chart accordingly (4.80) | 4.80 | 744.00 |
| | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Towers 27th - 34th interims and update chart accordingly (1.30) | 1.30 | 201.50 |
| | JAW | Meeting with M. White re: WR Grace project (0.80) | 0.80 | 124.00 |
| | BSR | Draft e-mail to PwC's counsel re final report (40Q) | 0.10 | 28.50 |
| | BSR | Draft e-mail to various applicants concerning omnibus final report (40Q) | 0.30 | 85.50 |
| | AL | Receive and review email from B. Ruhlander re PWC's 40Q FR (.1); update database with same (.2); draft email to W. Smith re approval of PWC's 40Q FR (.1) | 0.40 | 18.00 |
| | AL | Receive and review email from W. Smith re approval of Omnibus' 40Q FR (.1); update database with same (.2); electronic filing with the court of Omnibus'40Q FR (.4); draft email to B. Ruhlander re service of same (.1); Receive and review email from W. Smith re approval of PWC's 40Q FR (.1); update database with same (.2); electronic filing with the court of PWC's'40Q FR (.4); draft email to B. Ruhlander re service of same (.1) | 1.60 | 72.00 |
| | BSR | research docket re filing of all final reports for the 40th interim period | 0.30 | 85.50 |

W.R. Grace & Co. Page 5

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 7/13/2011 | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Wallace 1st - 16th interims and update chart accordingly (2.40) | 2.40 | 372.00 |
| | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Hilton 33rd interim and update chart accordingly (0.50) | 0.50 | 77.50 |
| | JAW | Meeting with A. Lopez re question on the WRGrace project (0.30) | 0.30 | 46.50 |
| | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Woodcocks 25th - 30th interims and update chart accordingly (2.10) | 2.10 | 325.50 |
| | AL | Office conference with J. Wehrmann re Woodcock's 25th interim prior period paragraph | 0.50 | 22.50 |
| 7/14/2011 | AL | Update database with K&E's May fee application | 0.20 | 9.00 |
| | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Wachtell 1- 9th interims and update chart accordingly | 0.50 | 77.50 |
| | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Venable 31st -36th interims and update chart accordingly (1.10) | 1.10 | 170.50 |
| | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Tre Angeli 28th -34th interims and update chart accordingly (1.30) | 1.30 | 201.50 |
| | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Towers 18th -26th interims and update chart accordingly (3.20) | 3.20 | 496.00 |
| | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Woodcocks 31st -37th interims and update chart accordingly (2.90) | 2.90 | 449.50 |
| 7/15/2011 | JAW | detailed review of Kirkland May 2011 fee application (3.90) | 3.90 | 604.50 |
| 7/18/2011 | JAW | detailed review of Kirkland May 2011 fee application (9.20) | 9.20 | 1,426.00 |

W.R. Grace & Co. Page 6

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 7/18/2011 | MW | Meet with J. Wehrmann re final final chart project (.5); receive and review updated info re Woodcock and Towers for all interims (.2); update prior period information re same (1.7) | 2.40 | 372.00 |
| | WHS | Receive and review agenda | 0.10 | 29.50 |
| | AL | Update database with Morris' January through March interim fee application | 0.20 | 9.00 |
| | AL | Update database with K&E's May electronic detail | 0.10 | 4.50 |
| | AL | Update database with PWC's May electronic detail | 0.10 | 4.50 |
| 7/19/2011 | AL | Update database with Beveridge's May fee summary | 0.20 | 9.00 |
| | JAW | continued detailed review of Kirkland May 2011 fee application (5.30); draft summary of same (3.90) | 9.20 | 1,426.00 |
| | AL | Finish drafting final fee chart with information from M. White for Day Pitney's 16th-37th interims (7.1). | 7.10 | 319.50 |
| | BSR | research docket, server, and files to determine which applications not yet received for the 40th interim period (.5); emails to various applicants inquiring as to status of their applications for the 40th interim period (.2) | 0.70 | 199.50 |
| 7/20/2011 | BSR | review of Steptoe & Johnson's quarterly fee application for the 40th interim period | 0.10 | 28.50 |
| | AL | Update database with Blackstone's May electronic detail (.1); receive and review email from Alan Rich re Nunc Pro Tunc Order re Judge Sanders' local counsel (.1); update database with same (.2); draft email to B. Ruhlander re same (.1); update database with Blackstone's May fee application (.2); Beveridge's January through March electronic detail (.2); Norton Rose's Complete June electronic detail (.2); update database with PWC's May fee application (.2); Norton's June fee application (.2) | 1.50 | 67.50 |
| | AL | Update database with Kaye Scholer's April Fee Application (.2); BMC's January (.2) February (.2) and March (.2) monthly fee applications; draft email to B. Ruhlander re BMC's 40th interim monthly fee applications (.1); update database with Pachulski's April fee application (.2) Reed's May fee application (.2); Kaye Scholer's April electronic detail (.1); BMC's January (.1) February (.1) and March (.2) electronic detail; Pachulski's April electronic detail (.1); Alan Rich's June electronic detail (.2); Seitz' May fee application (.2) and electronic detail (.1); Sanders' June fee application (.2); and electronic detail (.1); Ewing's May electronic detail (.1); Kramer's May electronic detail (.2) | 3.00 | 135.00 |
| | BSR | Receive and review corrected retention order of Karl Hill of Seitz Van Ogtrop et al. | 0.10 | 28.50 |
| | BSR | review of Beveridge & Diamond's quarterly application for the 40th interim period | 0.10 | 28.50 |

W.R. Grace & Co.                                                                                                              Page    7

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 7/21/2011 | AL | Draft Final Fee Chart from information received from M. White re Conaway's 1st-29th interims (7.5). | 7.50 | 337.50 |
| 7/22/2011 | WHS | Receive and review agenda | 0.10 | 29.50 |
|  | AL | research PACER for docket number of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Ferry Joseph's 1st-15th interims | 4.00 | 180.00 |
|  | AL | Telephone conference with B. Ruhlander re 41st interim period (.1); Research re monthlies and interim fee applications received (.5); draft email to B. Ruhlander re same (.1) | 0.70 | 31.50 |
| 7/23/2011 | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Tersigni 1st -24th interims and update chart accordingly (4.10) | 4.10 | 635.50 |
| 7/24/2011 | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Sullivan 22nd -29th interims and update chart accordingly (2.00) | 2.00 | 310.00 |
|  | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Stroock 1st -11th interims  and update chart accordingly | 1.10 | 170.50 |
|  | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Swidler 13th -20th interims and update chart accordingly (1.00) | 1.00 | 155.00 |
| 7/25/2011 | JAW | detailed review of PwC May 2011 fee application (0.90) | 0.90 | 139.50 |
|  | JAW | detailed review of Duane Morris interim fee application for the period 1-1-1 to 3-31-11 (2.10); draft summary of same (0.60) | 2.70 | 418.50 |
|  | JAW | detailed review of Norton Rose June 2011 fee application (0.10); draft summary of same (0.10) | 0.20 | 31.00 |
|  | AL | Update database with Pitney's January through March fee application (.2); Beveridge's January through March fee application (.2) | 0.40 | 18.00 |
| 7/26/2011 | AL | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Ferry Joseph's 16th-37th interims (4.9). | 4.90 | 220.50 |
|  | AL | Draft Final Fee Chart from information received from M. White re CBBG's 4th-17th interims (4.7). | 4.70 | 211.50 |

W.R. Grace & Co.  Page   8

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 7/26/2011 | AL | Update database with Pachulski's May fee application (.2); Pachulski's June electronic detail (.1) | 0.30 | 13.50 |
| | JAW | detailed review of Pachulski Stang May 2011 fee application (1.50); draft summary of same (0.40) | 1.90 | 294.50 |
| | JAW | continued detailed review of PwC May 2011 fee application (2.30); draft summary of same (0.50) | 2.80 | 434.00 |
| 7/27/2011 | AL | Update database with Norton's April through June interim fee application detail | 0.10 | 4.50 |
| | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Scott Law 16th to 29th interims and update chart accordingly | 1.10 | 170.50 |
| | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Steptoe 1st -34th interims and update chart accordingly | 3.40 | 527.00 |
| | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Stroock 12th -37th interims and update chart accordingly | 4.20 | 651.00 |
| | AL | Draft Final Fee Chart re Ferry Joseph's 1st-29th interims | 5.70 | 256.50 |
| | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Socha 24th interim and update chart accordingly | 0.80 | 124.00 |
| | BSR | research docket for pertinent pleadings, applications, etc., and case status | 0.20 | 57.00 |
| 7/28/2011 | JAW | detailed review of Blackstone Advisory May 2011 fee application (0.20); draft summary of same (0.10) | 0.30 | 46.50 |
| | AL | Update database with Baer's June electronic detail (.1); update database with Kaye Scholer's May (.2) and June (.1) electronic detail; update database with Hogan's June electronic detail (.1); Lauzon's June electronic detail (.1); Reed's June electronic detail (.2) | 0.80 | 36.00 |
| | MW | Research Pacer for objections to WHS&A's June monthly fee application (.8); draft CNO re same (.4); send same to A. Lopez for court filing (.1) | 1.30 | 201.50 |
| 7/29/2011 | BSR | review of Steptoe & Johnson's 40th interim fee application | 0.10 | 28.50 |

W.R. Grace & Co.      Page    9

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 7/29/2011 | BSR | research server for Holme Roberts & Owens' 40th interim fee application (.1); email to Eric Johnson inquiring as to status of HRO's quarterly application and requesting copies of Morris James invoices (.2) | 0.30 | 85.50 |
| | BSR | research docket for quarterly applications (40Q) not yet received | 0.40 | 114.00 |
| | BSR | review of Beveridge & Diamond's 40th interim fee application | 0.10 | 28.50 |
| | BSR | detailed review of Day Pitney's 40th interim fee application | 0.10 | 28.50 |
| | BSR | detailed review of Duane Morris' quarterly application for the 40th interim period, as well as monthly fee applications for Jan. - March 2011 | 0.90 | 256.50 |
| | BSR | Draft initial report re Duane Morris for the 40th interim period | 0.60 | 171.00 |
| | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Reed Smith 1st to 37th interims and update chart accordingly | 4.20 | 651.00 |
| | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Richardson 6th to 26th interims and update chart accordingly | 2.30 | 356.50 |
| | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Saul Ewing 33rd to 37th interims and update chart accordingly | 1.20 | 186.00 |
| | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Scarfone Hawkins 35th to 37th interims and update chart accordingly | 1.60 | 248.00 |
| | AL | Receive and review finalized version of WHSA's June CNO from M. White (.1); update database with same (.2); electronic filing with the court of WHSA's June CNO (.4) | 0.70 | 31.50 |
| | AL | Update database with Kaye Scholer's May (.2) and June (.2) hard copy fee applications; Foley's June fee application (.2) and Baer Higgin's June fee application (.2) | 0.80 | 36.00 |
| 7/30/2011 | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re PwC Darex 29th - 33rd interims and update chart accordingly | 0.70 | 108.50 |

W.R. Grace & Co.                                                          Page    10

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 7/30/2011 | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re PwC Advisory 32nd interim and update chart accordingly | 0.30 | 46.50 |
| | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re PwC 6th to 37th interims and update chart accordingly | 3.50 | 542.50 |
| 7/31/2011 | BSR | review of Judge Sanders' April through June 2011 monthly fee applications, as well as fee and expense summaries re same | 0.20 | 57.00 |
| | BSR | review of Woodcock Washburn's May 2011 monthly fee application, as well as fee and expense summary re same | 0.10 | 28.50 |
| | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Reed Smith 16th to 37th interims (4.0); update chart accordingly (1.5) | 5.50 | 852.50 |
| | AL | Draft Final Fee Chart re Ferry Joseph's 30th - 37th interims | 2.10 | 94.50 |
| | BSR | detailed review of Stroock's April and May 2011 monthly fee applications, as well as fee and expense summaries re same | 0.40 | 114.00 |
| | BSR | review of Seitz Van Ogtrop's April and May 2011 monthly fee applications, as well as fee and expense summaries re same | 0.20 | 57.00 |
| | BSR | detailed review of Scarfone Hawkins' April and May 2011 monthly fee applications and fee and expense summaries re same | 0.30 | 85.50 |
| | BSR | detailed review of Saul Ewing's April and May 2011 monthly fee applications, as well as fee and expense summaries re same | 0.30 | 85.50 |
| | BSR | review of Lauzon Belanger's Apr. and May 2011 monthlies, as well as fee and expense summaries re same | 0.20 | 57.00 |
| | BSR | review of Alan Rich's April, May, and June 2011 monthly fee applications, as well as fee and expense summaries re same | 0.30 | 85.50 |
| | BSR | review of Reed Smith's Apr. and May 2011 monthly fee applications, as well as fee and expense summaries re same | 0.20 | 57.00 |
| | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Protiviti 10th to 35th interims and update chart accordingly | 3.40 | 527.00 |
| | BSR | review of PwC Darex March- April 2011 fee application, as well as fee summary re same | 0.20 | 57.00 |

W.R. Grace & Co.             Page 11

| Date | | Description | Hours | Amount |
|---|---|---|---:|---:|
| 7/31/2011 | BSR | review of PwC's April 2011 monthly fee application, as well as fee and expense summary re same | 0.20 | 57.00 |
| | BSR | detailed review of Pachulski's April 2011 monthly fee application, as well as fee and expense summary re same | 0.20 | 57.00 |
| | BSR | review of Norton Rose's (f/k/a Ogilvy Renault) April and May monthly fee applications, as well as fee and expense summaries re same | 0.20 | 57.00 |
| | BSR | review of Nelson Mullins' Apr. 2011 monthly fee application, as well as fee and expense summary re same | 0.10 | 28.50 |
| | BSR | review of Kramer Levin's Apr. and May 2011 monthlies, as well as fee and expense summaries re same | 0.20 | 57.00 |
| | | **For professional services rendered** | **208.70** | **$27,770.50** |

Additional Charges :

| Date | Description | Amount |
|---|---|---:|
| 7/31/2011 | PACER Charges | 535.68 |
| | PACER Charges | 108.80 |
| | PACER Charges | 57.68 |
| | Third party copies & document prep/setup. | 70.50 |
| | Third party copies & document prep/setup. | 266.60 |
| | **Total additional charges** | **$1,039.26** |
| | **Total amount of this bill** | **$28,809.76** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Anthony Lopez | 54.80 | 45.00 | $2,466.00 |
| Bobbi S. Ruhlander | 10.40 | 285.00 | $2,964.00 |
| James A. Wehrmann | 113.60 | 155.00 | $17,608.00 |
| Melanie White | 3.70 | 155.00 | $573.50 |
| Melanie White | 25.50 | 155.00 | $3,952.50 |
| Warren H Smith | 0.70 | 295.00 | $206.50 |