**Warren H. Smith & Associates, P.C.**

325 North St. Paul Street
Suite 1250
Dallas, TX  75201
Tax Id# 01-0584406

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044


January 13, 2012

In Reference To:  Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #10646


Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 11/1/2011 | BSR | Receive and review email from Celeste Hartman re PG&S' fee applications for July-Sept. 2010; email to Anthony Lopez with instructions re same | 0.10 | 28.50 |
| 11/2/2011 | JAW | detailed review of David Austern's July 2011 fee application (0.20); draft summary of same (0.10) | 0.30 | 46.50 |
|  | BSR | Receive and review email from Celeste Hartmen re PG&S' 38th quarterly fee application; email to Anthony Lopez with instructions re same | 0.10 | 28.50 |
|  | JAW | detailed review of Reed Smith's September 2011 fee application (0.40); draft summary of same (0.10) | 0.50 | 77.50 |
|  | JAW | detailed review of Phillips Goldman's July 2010 fee application (0.50); draft summary of same (0.10) | 0.60 | 93.00 |
|  | JAW | detailed review of Alan Rich's October 2011 fee application (0.20); draft summary of same (0.10) | 0.50 | 77.50 |
|  | JAW | detailed review of Ferry Joseph's September 2011 fee application (0.40); draft summary of same (0.10) | 0.50 | 77.50 |
|  | JAW | detailed review of Bilzin Sumberg's September 2011 fee application (0.30); draft summary of same (0.10) | 0.40 | 62.00 |
|  | JAW | detailed review of David Austern's June 2011 fee application (0.20); draft summary of same (0.10) | 0.30 | 46.50 |
|  | JAW | detailed review of Phillips Goldman's September 2010 fee application (0.20); draft summary of same (0.10) | 0.30 | 46.50 |
|  | JAW | detailed review of Phillips Goldman's August 2010 fee application (0.30); draft summary of same (0.10) | 0.40 | 62.00 |

W.R. Grace & Co. Page 2

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 11/2/2011 | AL | Receive and review email from B. Ruhlander re Phillips' 2010 monthlies and interim (.1); update database with July 1, 2010 through September 30, 2010 electronic detail (.2); update database with Pitney's August electronic detail (.1); Casner's September electronic detail (.2); Phillips' July through September fee application (.2) | 0.80 | 36.00 |
| | AL | Receive and review email from B. Ruhlander re Phillips' 28th interim (.1); update database with Phillips July (.1) August (.2) and September (.1) 2010 electronic detail; update database with Phillips July (.2) August (.2) and September (.2) 2010 fee applications; update database with Alan Rich's October electronic detail (.1) and fee application (.2); Austern's June (.2) and July (.2) fee applications; Baer's July fee application (.2); Steptoe's 41Q fee application (.1) | 2.10 | 94.50 |
| 11/3/2011 | BSR | Receive and review email from Celeste Hartman re PG&S' Oct. through Dec. 2010 monthly fee applications; email to Anthony Lopez with instructions re same | 0.10 | 28.50 |
| | MW | draft monthly application for compensation of WHSA for October 2011 (2.9); preliminary review of same (.3); send to J. Wehrmann for review (.1); revise fee application to reflect changes (.4); finalize same for service (.1). | 3.80 | 589.00 |
| | AL | Update database with Phillips' October (.1) November (.1) and December (.2) electronic detail; receive and review email from B. Ruhlander re same (.1); update database with Phillips' October (.2) November (.2) and December (.2) fee applications | 1.10 | 49.50 |
| | BSR | review of Lauzon Belanger's July and Aug. 2011 monthly fee applications and fee and expense summaries re same | 0.20 | 57.00 |
| | BSR | detailed review of Kirkland & Ellis' July and August 2011 monthly fee applications and fee and expense summaries re same | 0.60 | 171.00 |
| | BSR | review of Kramer Levin's July and August 2011 monthly fee applications and fee and expense summaries re same | 0.30 | 85.50 |
| 11/4/2011 | AL | Receive and review CNO from M. White (.1); finalize same for court filing (.3);update database with same (.1); electronic filing with the court of CNO (.4) | 0.90 | 40.50 |
| 11/7/2011 | JAW | detailed review of Casner & Edward's September 2011 fee application (0.50); draft summary of same (0.10) | 0.60 | 93.00 |
| | BSR | review of Baer Higgins' July and August 2011 monthly fee applications, as well as fee and expense summaries re same | 0.20 | 57.00 |
| | BSR | review of AKO's July and August 2011 monthly fee applications, as well as fee and expense summaries re same | 0.20 | 57.00 |
| | JAW | detailed review of Stroock's September 2011 fee application (1.70); draft summary of same (0.10) | 1.80 | 279.00 |

W.R. Grace & Co.                                                                                                                    Page      3

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 11/7/2011 | JAW | detailed review of Foley Hoag's September 2011 fee application (0.30); draft summary of same (0.20) | 0.50 | 77.50 |
|  | BSR | review of Beveridge & Diamond's July and August 2011 monthly fee applications, as well as fee and expense summaries re same | 0.20 | 57.00 |
|  | AL | Update database with Pachulski's July electronic detail | 0.10 | 4.50 |
|  | AL | Update database with Pitney's August fee application (.2); PWC's August (.1) September (.1) and 42Q (.2) electronic detail; Phillips' October through December 2010 fee application (.2) | 0.80 | 36.00 |
|  | BSR | detailed review of Bilzin Sumberg's July and August 2011 monthly fee applications, as well as fee and expense summaries re same | 0.20 | 57.00 |
|  | BSR | telephone conference with Adam Paul re revising PwC's time reporting requirements (.3); telephone conference with Warren Smith re same (.1); telephone conference with Adam Paul re same (.1); email to Warren Smith re same (.2) | 0.70 | 199.50 |
| 11/8/2011 | MW | Draft interim fee application including detailed review of all fees and expenses for 42nd interim fee application of WHS&A (4.1); send same to J. Wehrmann for review (.1); revise same per J. Wehrmann's comments (.4); finalize same for court filing (.3). | 4.90 | 759.50 |
|  | JAW | detailed review of Baer Higgins' September 2011 fee application (3.40); draft summary of same (0.10) | 3.50 | 542.50 |
|  | JAW | detailed review of Baer Higgins' July 2011 fee application (2.90); draft summary of same (0.30) | 3.20 | 496.00 |
|  | AL | Research PACER for all applicants with fee applications for the 35th interim (1.5); research fee and expense amounts requested, final report docket numbers and dates filed, fee and expense reduction recommendations, order docket numbers and dates and all amounts approved for Baer, Canadian Zai, Lincoln, PWC Darex, Asbestos Committee, Anderson Kill, David Austern, Baker, Bilzin, Beveridge, Blackstone, BMC, Buchanan, Campbell, Caplin, Capstone, Casner, Charter, Conway, Deloitte and Deloitte Tax (5.9); draft detailed spreadsheet with all researched information in preparation for drafting prior period paragraphs (1.3). | 8.70 | 391.50 |
|  | BSR | Multiple telephone conferences with Warren Smith re PwC reporting requirements. | 0.10 | 28.50 |
| 11/9/2011 | BSR | review of Blackstone's July and August 2011 monthly fee applications and fee and expense summaries re same | 0.20 | 57.00 |
|  | BSR | Conference with James Wehrmann re applications for the 42nd interim. | 0.10 | 28.50 |
|  | BSR | telephone conference with Adam Paul re PwC fee applications; telephone conference with Warren Smith re same | 0.20 | 57.00 |

W.R. Grace & Co.                                                                                                                        Page     4

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                          | Hours | Amount   |
|------------|-----|----|---|---|
| 11/9/2011  | BSR | review of Campbell & Levine's July and August 2011 monthly fee applications, as well as fee and expense summaries re same | 0.20 | 57.00 |
|            | BSR | review of Caplin & Drysdale's July and August 2011 monthly fee applications, as well as fee and expense summaries re same | 0.20 | 57.00 |
|            | JAW | detailed review of Phillips Goldman's December 2010 fee application (0.20); draft summary of same (0.10) | 0.30 | 46.50 |
|            | JAW | detailed review of Phillips Goldman's October 2010 fee application (0.20); draft summary of same (0.10) | 0.30 | 46.50 |
|            | JAW | detailed review of Phillips Goldman's November 2010 fee application (0.20); draft summary of same (0.10) | 0.30 | 46.50 |
|            | JAW | detailed review of Day Pitney's August 2011 fee application (0.10); draft summary of same (0.10) | 0.20 | 31.00 |
|            | AL  | Update database with Baer's July through September interim electronic detail (.1); Phillips' January (.2) February (.1) March (.1) and 40th interim (.2) electronic detail | 0.70 | 31.50 |
|            | MW  | Research PACER for all applicants with fee applications for the 30th interim (1.2); research fee and expense amounts requested, final report docket numbers and dates filed, fee and expense reduction recommendations, order docket numbers and dates and all amounts approved for Baer, Canadian Zai, Lincoln, PWC Darex, Asbestos Committee, Anderson Kill, David Austern, Baker, Bilzin, Beveridge, Blackstone, BMC, Buchanan, Campbell, Caplin, Capstone, Casner, Charter, Conway, Deloitte and Deloitte Tax (5.9); draft detailed spreadsheet with all researched information in preparation for drafting prior period paragraphs (1.4). | 8.50 | 1,190.00 |
| 11/10/2011 | BSR | review of Capstone's July and August 2011 monthly fee applications, as well as fee and expense summaries re same | 0.20 | 57.00 |
|            | AL  | Update database with K&E's September electronic detail (.1); K&E's September fee application (.2); Pachulski's July fee application (.2) | 0.50 | 22.50 |
|            | AL  | Draft timekeeper chart for 42nd interim fee application of WHS&A (1.4); calculate hours spent on our fee applications (.4); draft expense chart for 42nd interim (.8); send same to M. White to insert into interim fee application (.1) | 2.70 | 121.50 |
|            | MW  | Continue Researching PACER for 30th interim fee and expense amounts requested, final report docket numbers and dates filed, fee and expense reduction recommendations, order docket numbers and dates and all amounts approved for Ferry Joseph, Foley Hoag, Fragomen, Hamilton, Hilsoft, Holme, Kirkland & Ellis, Kramer Levin, Latham Watkins, LAS, Lexecon, Duane Morris, Nelson, Ogilvy Renault, Orrick Herrington, Pachulski, Piper, PG&S, PWC, Morrison, Reed Smith, Scott Law, Stroock, Steptoe, Sullivan, Tre Angeli, Towers Watson, Woodcock, Damage | 9.00 | 1,395.00 |

W.R. Grace & Co. Page 5

| | | | Hours | Amount |
|---|---|---|---|---|
| | | Claimants and Day Pitney (6.7); continue drafting detailed spreadsheet with all above information in preparation for drafting prior period paragraphs (2.3). | | |
| 11/11/2011 | BSR | review of Casner & Edwards' July and August 2011 monthly fee applications and fee and expense summaries re same | 0.20 | 57.00 |
| | BSR | review of Charter Oak's July and August 2011 monthly fee applications, as well as fee and expense summaries re same | 0.20 | 57.00 |
| | BSR | review of Day Pitney's July 2011 monthly fee application, as well as fee and expense summary re same | 0.10 | 28.50 |
| | BSR | research docket for applications most recently filed. | 0.30 | 85.50 |
| | JAW | Draft e-mail to B. Ruhlander forwarding completed fee application summaries (0.40) | 0.40 | 62.00 |
| | JAW | detailed review of Pachulski Stang's July 2011 fee application (2.10); draft summary of same (0.10) | 2.20 | 341.00 |
| | JAW | detailed review of Kaye Scholer's October 2011 fee application (0.70); draft summary of same (0.20) | 0.90 | 139.50 |
| | AL | Update database with Scholer's October fee application (.2); update database with Norton's October electronic detail (.1); Phillips' April (.2) May (.2) June (.1) and Interim (.2) electronic detail' Scholer's October electronic detail (.1); Norton's editable October (.1) and July through September (.2) interim detail | 1.40 | 63.00 |
| | MW | Research PACER for all applicants with fee applications for the 35th interim (1.5); research fee and expense amounts requested, final report docket numbers and dates filed, fee and expense reduction recommendations, order docket numbers and dates and all amounts approved for Baer, Canadian Zai, Lincoln, PWC Darex, Asbestos Committee, Anderson Kill, David Austern, Baker, Bilzin, Beveridge, Blackstone, BMC, Buchanan, Campbell, Caplin, Capstone, Casner, Charter, Conway, Deloitte and Deloitte Tax (5.9); draft detailed spreadsheet with all researched information in preparation for drafting prior period paragraphs (1.3). | 8.70 | 1,218.00 |
| | JAW | detailed review of Kirkland & Ellis' September 2011 fee application (5.50); draft summary of same (0.50) | 6.00 | 930.00 |
| 11/13/2011 | BSR | review of David Austern's July 2011 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
| | BSR | review of Kaye Scholer's July, August and Sept 2011 monthly fee applications, as well as fee and expense summaries re same | 0.30 | 85.50 |
| | BSR | review of The Hogan Firm's July and August 2011 monthly fee applications and fee and expense summaries re same | 0.20 | 57.00 |

W.R. Grace & Co.                                                                                                                                 Page     6

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/13/2011 BSR | review of Fragomen's 42nd interim fee application, monthly fee applications for July through Sept. 2011, and fee and expense summaries re same | | 0.30 | 85.50 |
| BSR | review of Foley Hoag's July, August, and Sept. 2011 monthly fee applications, as well as fee and expense summaries re same | | 0.30 | 85.50 |
| BSR | review of Kramer Levin's Sept. 2011 monthly fee application, as well as fee and expense summary re same | | 0.10 | 28.50 |
| BSR | Draft amended omnibus final report for the 41st interim period to add late-filed fee applications | | 0.20 | 57.00 |
| BSR | review of Casner & Edwards' Sept. 2011 monthly fee application, as well as fee and expense summary re same | | 0.10 | 28.50 |
| BSR | review of Ferry Joseph's Sept. 2011 monthly fee application and fee and expense summary re same | | 0.10 | 28.50 |
| BSR | review of Bilzin Sumberg's Sept. 2011 monthly fee application and fee and expense summary re same | | 0.10 | 28.50 |
| BSR | review of Phillips Goldman & Spence's 38th quarterly fee application, monthly fee applications for July through Sept. 2010, and fee and expense summaries re same | | 0.40 | 114.00 |
| 11/14/2011 BSR | detailed review of Stroock's July, August, and Sept. 2011 monthly fee applications, as well as fee and expense summaries re same | | 0.40 | 114.00 |
| BSR | detailed review of Steptoe & Johnson's July and August 2011 monthly fee applications | | 0.20 | 57.00 |
| BSR | review of Alan Rich's July, August, and Sept. 2011 monthly fee applications, as well as fee and expense summaries re same | | 0.30 | 85.50 |
| BSR | review of Towers Perrin's August 2011 monthly fee application and fee and expense summary re same (.1); review Towers Perrin's Sept. 2011 monthly fee application (.1) | | 0.20 | 57.00 |
| BSR | review of Saul Ewing's July, August, and Sept. 2011 monthly fee applications, as well as fee and expense summaries re same | | 0.30 | 85.50 |
| BSR | detailed review of Judge Sanders' monthly fee applications for July, August, and Sept. 2011, as well as fee and expense summaries for August and Sept 2011 | | 0.20 | 57.00 |
| BSR | review of Reed Smith's July, August, and Sept. 2011 monthly fee application, as well as fee and expense summaries re same | | 0.30 | 85.50 |
| BSR | telephone conference with Anthony Lopez (.1) and telephone conference with James Wehrmann (.1) re reviewing Deloitte Tax's fee applications and other late-filed applications for the 41st interim period | | 0.20 | 57.00 |

W.R. Grace & Co.                      Page   7

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 11/14/2011 | BSR | detailed review of Orrick's July and August 2011 monthly fee applications, as well as fee summaries re same | 0.60 | 171.00 |
| | BSR | review of Woodcock Washburn's July and August 2011 monthly fee applications and fee and expense summaries re same | 0.10 | 28.50 |
| | JAW | detailed review of Deloitte Tax April 2011 fee application (0.20); draft summary of same (0.10) | 0.30 | 46.50 |
| | JAW | detailed review of Deloitte Tax May 2011 fee application (0.30); draft summary of same (0.10) | 0.40 | 62.00 |
| | JAW | detailed review of Deloitte Tax June 2011 fee application (0.30); draft summary of same (0.10) | 0.40 | 62.00 |
| | JAW | detailed review of Deloitte Tax July 2011 fee application (0.10); draft summary of same (0.10) | 0.20 | 31.00 |
| | JAW | detailed review of Deloitte Tax August 2011 fee application (0.30); draft summary of same (0.10) | 0.40 | 62.00 |
| | JAW | detailed review of Deloitte Tax September 2011 fee application (0.10); draft summary of same (0.10) | 0.20 | 31.00 |
| | JAW | detailed review of Norton Rose October 2011 fee application (0.10); draft summary of same (0.10) | 0.20 | 31.00 |
| | JAW | detailed review of PwC's Global Restructuring Project August 1, 2011 - September 30, 2011 fee application (5.10); draft summary of same (1.40) | 6.50 | 1,007.50 |
| | BSR | review of Scarfone Hawkins' July and August 2011 monthly fee applications, as well as fee and expense summaries re same | 0.30 | 85.50 |
| | BSR | review of Hamilton's July 2011 monthly fee application and Nelson Mullins' Sept 2011 monthly fee application, and fee and expense summaries re same | 0.10 | 28.50 |
| | BSR | receive, review, and respond to email from Lynzy Oberholzer re past due fee applications of Baker Donelson to be filed | 0.10 | 28.50 |
| | AL | Receive and review WHSA's October fee application from M. White (.1); prepare same for electronic filing (.3); update database with same (.1); electronic filing with the court of WHSA's October fee application (.4); prepare same for service (.1) | 1.00 | 45.00 |
| | BSR | review of Norton Rose's July, August and Sept. 2011 monthly fee applications, as well as fee summaries re same | 0.30 | 85.50 |
| 11/15/2011 | BSR | review of PwC's July and August 2011 monthly fee applications, as well as fee and expense summaries re same | 0.60 | 171.00 |

W.R. Grace & Co.                                                                                                                                         Page     8

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 11/15/2011 JAW | | detailed review of PwC's September 2011 fee application (6.40); draft summary of same (1.90) | 8.30 | 1,286.50 |
| | AL | Receive and review email from Caplin re September electronic detail (.1); update database with same (.2); draft email to Caplin re missing August fee application (.1); update database with Caplin's July through September electronic detail (.1); AKO's July through September electronic detail (.1); Charter's July through September electronic detail (.1); Campbell's July through September electronic detail (.1); Caplin's August fee application (.2); Baker's December 2010 (.2) January (.1) February (.1) March (.2) April (.1) May (.1) June (.2) July (.1) August (.2) September (.2) and October (.2) fee applications; Scarfone's September electronic detail (.1); AKO's September fee application (.2); Charter's September fee application (.2); Campbell's September fee application (.2); Phillips' January (.2) February (.2) March (.2) January through March interim (.1) April through June interim (.1) and July through September interim (.1) fee applications | 4.30 | 193.50 |
| | BSR | Receive and review application of debtor to allow PwC to avoid 6-minute timekeeping (.3); email to Warren Smith re same (.2) | 0.50 | 142.50 |
| | BSR | e-mail to Adam Paul re status of appeal of confirmation order; email to Warren Smith re same | 0.10 | 28.50 |
| | BSR | review of PricewaterhouseCoopers' Global Restructuring Project monthly application for the period of April through July 2011, as well as Supplemental Application for same | 0.50 | 142.50 |
| | BSR | review of PwC's monthly application for the Darex Puerto Rico Audit (May-July 2011), as well as fee and expense summary re same | 0.20 | 57.00 |
| | BSR | Receive and review agenda for Nov. 28 hearing and respond to Melanie White re same | 0.10 | 28.50 |
| 11/16/2011 WHS | | Receive and review agenda | 0.10 | 29.50 |
| | MW | Receive and review emails from J. Wehrmann re final final info chart through the 40th interim (.1); revise spreadsheet with updated docket numbers, amounts applied for, amounts approved and dates filed for all prior interim applications of Fragomen (1.2), Goodwin (1.3), Hamilton (1.0), The Hogan Firm (2.0), Holme Roberts (1.1), Janet Baer (1.4) and Hilsoft (1.8); update database with revised chart and send to J. Wehrmann (.1). | 10.00 | 1,550.00 |
| | AL | Update database with Phillips' July (.2) August (.2) September (.2) and interim (.1) fee applications; telephone conference with J. Wehrmann re same (.1); Foley's July through September fee application (.2) | 1.00 | 45.00 |
| | AL | Receive and review WHSA's Interim Fee Application from M. White (.1); prepare same for court filing (.3); update database with same (.2); electronic filing with the court of WHSA's Interim Fee Application (.4); prepare same for service (.1) | 1.10 | 49.50 |

W.R. Grace & Co.                                                                                                Page    9

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                          | Hours | Amount |
|------------|-----|------|---|---|
| 11/17/2011 | AL  | Update database with Baker's October through December 2010 interim fee application (.2); Baker's April through June fee application (.2); Baker's January through March fee application (.1); Baker's July through September interim fee application (.1); Foley's July through September interim fee application (.2); Ferry's July through September interim fee application (.2); Bilzin's July through September interim fee application (.2); Hamilton's July through September interim fee application (.2); Woodcock's September electronic detail (.1); Strooock's July through September electronic detail (.1); Orrick's July fee application (.2); Tower's September CNO (.1); Orrick's September CNO (.1); Sanders' October electronic detail (.1); receive and review email from J. Wehrmann re 39th 41st 42nd and 43rd interim periods (.1); update database with Fragomen's July (.1) August (.1) and September (.1) fee and expense summaries; Kramer's September (.2) Austern's July (.1) Phillips' September 2010 (.1) Casner's September (.2) Reed's September (.2) Baer's July (.1) Foley's September (.1) Stroock's September (.1) Pitney's August (.1) Baer's September (.1) Pachulski's July (.1) PWC (Global) Combined August and September (.1) Deloitte Tax July (.1) Deloitte Tax August (.2) Deloitte Tax September (.2) PWC September (.1) Scholer's October (.1) Norton's October (.1) and Rich's October (.2) fee and expense summaries | 5.00  | 225.00 |
|            | MW  | Extensive telephone call with J. Wehrmann regarding PWC's various entities and incorporation of same into spreadsheet (.3). | 0.30 | 46.50 |
|            | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re: Seitz's 31-40 interims (.2); draft email to M. White with all revisions to final fee chart for 31-40 interims for Seitz's reflecting same (.1) | 0.30 | 46.50 |
|            | JAW | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re: PwC for the 37-40 interims, PwC Darex, PwC COP, PwC SSP, and PwC Darex Puerto Rico for the 1-40 interims (3.1); draft final fee chart for these interims for all the PwC filings reflecting same (.7) | 3.80 | 589.00 |
|            | JAW | Draft e-mail to AL attaching summaries prepared of various professionals monthly fee statements (0.20) | 0.20 | 31.00 |
|            | AL  | Update database with Beveridge's September fee application (.2); Caplin's September fee application (.2); Woodcock's September fee application (.2); telephone conference with J. Wehrmann re same (.1) | 0.70 | 31.50 |
|            | BSR | detailed review of Orrick's expense detail for July through Sept. 2011 | 0.30 | 85.50 |
| 11/18/2011 | JAW | detailed review of Anderson Kill's September 2011 fee application (0.10); draft summary of same (0.10) | 0.20 | 31.00 |
|            | AL  | Update database with Lauzon's September fee application (.2); Phillips' April (.2) May (.2) June (.1) and Interim (.1) fee applications; Scarfone's September fee application (.2); Lauzon's September fee application (.2); | 3.20 | 144.00 |

W.R. Grace & Co. Page   10

| | | | Hours | Amount |
|---|---|---|---:|---:|
| | | telephone conference with J.Wehrmann re same (.1); AKO's July through September interim fee application (.2); Campbell's July through September interim fee application (.2); Caplin's July through September interim fee application (.2); Charter's July through September interim fee application (.2); Stroock's July through September interim fee application (.2); Kramer's September CNO (.1); Ewing's September CNO (.1); Hogan's 42Q electronic detail (.1); Kramer's 42Q electronic detail (.1); Scarfone's 42Q electronic detail (.1); Ferry's September electronic detail (.1); Bilzin's September electronic detail (.1) Sanders' October fee application (.2) | | |
| 11/18/2011 | JAW | detailed review of Phillips Goldman's September 2011 fee application (0.20); draft summary of same (0.10) | 0.30 | 46.50 |
| | JAW | detailed review of Phillips Goldman's July 2011 fee application (0.20); draft summary of same (0.10) | 0.30 | 46.50 |
| | JAW | detailed review of Phillips Goldman's August 2011 fee application (0.20); draft summary of same (0.10) | 0.30 | 46.50 |
| | JAW | detailed review of Phillips Goldman's January 2011 fee application (0.20); draft summary of same (0.20) | 0.40 | 62.00 |
| | JAW | detailed review of Phillips Goldman's March 2011 fee application (0.20); draft summary of same (0.20) | 0.40 | 62.00 |
| | JAW | detailed review of Phillips Goldman's February 2011 fee application (0.20); draft summary of same (0.30) | 0.50 | 77.50 |
| | JAW | detailed review of Campbell Levine's September 2011 fee application (0.40); draft summary of same (0.10) | 0.50 | 77.50 |
| | JAW | detailed review of Caplin & Drysdale's August 2011 fee application (0.60); draft summary of same (0.10) | 0.70 | 108.50 |
| | JAW | detailed review of Charter Oak's September 2011 fee application (0.20); draft summary of same (0.10) | 0.30 | 46.50 |
| | MW | Receive and review emails from J. Wehrmann re final final info chart through the 40th interim (.1); revise spreadsheet with updated docket numbers, amounts applied for, amounts approved and dates filed for all prior interim applications of AKO (1.2), Alan Rich (1.3), Ashby (1.0), Beveridge (.9), Bilzin (1.1), Blackstone (1.4), BMC (.8) and Buchanan (.7). | 8.40 | 1,302.00 |
| 11/21/2011 | JAW | detailed review of Phillips Goldman's May 2011 fee application (0.50); draft summary of same (0.10) | 0.60 | 93.00 |
| | BSR | detailed review of Fragomen's April - June 2011 quarterly application, along with May and June 2011 monthly fee applications (.3); email to Scott Bettridge re same (.2) | 0.50 | 142.50 |

W.R. Grace & Co.                                                                                                                Page    11

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 11/21/2011 | BSR | detailed review of Baker Donelson's quarterly applications and monthly applications for the 39th, 40th, 41st, and 42nd interim periods (.6); telephone conference with Warren Smith re fee issue in same (.1); email to Frank Childress re photocopy charges (.1) | 0.80 | 228.00 |
|  | BSR | Draft amended omnibus final report for the 41Q in order to add late-filed applications | 0.60 | 171.00 |
|  | BSR | detailed review of Phillips, Goldman & Spence's quarterly fee application for the 39th interim period, as well as monthly applications and fee and expense summaries re same | 0.40 | 114.00 |
|  | BSR | detailed review of Deloitte Tax's April through June 2011 monthly fee applications, as well as fee and expense summaries re same | 0.40 | 114.00 |
|  | BSR | detailed review of Day Pitney's 41st interim fee application (including monthly fee applications) | 0.30 | 85.50 |
|  | JAW | detailed review of Orrick Herrington's September 2011 fee application (1.80); draft summary of same (0.20) | 2.00 | 310.00 |
|  | JAW | detailed review of Lauzon Belanger's September 2011 fee application (0.10); draft summary of same (0.10) | 0.20 | 31.00 |
|  | JAW | detailed review of Phillips Goldman's April 2011 fee application (0.30); draft summary of same (0.10) | 0.40 | 62.00 |
|  | JAW | detailed review of Scarfone Hawkin's September 2011 fee application (0.40); draft summary of same (0.40) | 0.80 | 124.00 |
|  | JAW | detailed review of Caplin & Drysdale's September 2011 fee application (0.30); draft summary of same (0.10) | 0.40 | 62.00 |
|  | JAW | detailed review of Phillips Goldman's June 2011 fee application (0.30); draft summary of same (0.20) | 0.50 | 77.50 |
|  | JAW | detailed review of Beveridge & Diamond's September 2011 fee application (0.20); draft summary of same (0.10) | 0.30 | 46.50 |
|  | JAW | detailed review of The Hogan Firm's September 2011 fee application (0.20); draft summary of same (0.10) | 0.30 | 46.50 |
|  | JAW | detailed review of Woodcock Washburn's September 2011 fee application (0.10); draft summary of same (0.10) | 0.20 | 31.00 |
| 11/22/2011 | JAW | Draft e-mail to BSR forwarding summaries of Phillips Goldman's January 2011 to September 2011 fee applicaitons (0.20) | 0.20 | 31.00 |
|  | WHS | Receive and review amended agenda | 0.10 | 29.50 |

W.R. Grace & Co. Page  12

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/22/2011 BSR | Draft e-mail to Tony Scoles re Deloitte Tax's quarterly application for the 41st interim period | | 0.10 | 28.50 |
| AL | Update database with Fragomen's October fee application (.2); Lauzon's July through September electronic detail (.1); Sanders' 42Q electronic detail (.1); Alan Rich's 42Q electronic detail (.1); Fragomen's October electronic detail (.1); receive and review email form B. Ruhlander re BMC's July through September (.1); update database with BMC's 42Q electronic detail (.1); Ewing's July through September electronic detail (.1); Ewing's September fee application (.2); Sanders' 42Q fee application (.2); Alan Rich's 42Q fee application (.2); Phillips' October electronic detail (.1); BMC's July (.2) August (.2) and September (.2) fee applications | | 2.20 | 99.00 |
| BSR | Receive and review email from James Wehrmann re fee and expense summaries for various PG&S fee applications (.1); conference with James Wehrmann re fee applications reviewed (.1) | | 0.20 | 57.00 |
| BSR | Draft amended omnibus final report for the 41st interim period | | 0.10 | 28.50 |
| 11/23/2011 AL | Update database with BMC's July (.1) August (.1) and September (.1) electronic detail | | 0.30 | 13.50 |
| AL | Update database with Deloitte Tax April (.2) May (.2) June (.2) July (.1) August (.2) and September (.2) fee applications; telephone conference with B. Ruhlander re 41st interim applications of Deloitte Tax (.1); update database with Norton's October fee application (.2); PWC September fee application (.2); PWC (Global) September fee application (.2); PWC's 42Q fee application (.2); Bilzin's 42Q electronic detail (.1); Ferry's 42Q electronic detail (.1); HRO's 42Q electronic detail (.1); Foley's 42Q electronic detail (.1); receive and review email from J. Wehrmann re 38th, 41st and 42nd interim periods (.1); update database with Austern's June (.1) Stroock's September (.2) Reed's September (.2) Kramer's September (.1) Fragomen's September (.1) Foley's September (.1) Ferry's September (.1) Casner's September (.2) Bilzin's September (.2) Phillips' September 2010 (.2) Fragomen's August (.1) Bilzin's August (.1) and Phillips' August 2010 (.2) fee and expense summaries; Deloitte (Tax) April (.1) May (.1) June (.1) July (.1) August (.1) and September (.1) electronic detail; AKO's September electronic detail (.1); Campbell's September electronic detail (.1); Charter's September electronic detail (.1); Phillip's July (.1) August (.1) September (.1) and interim (.1) electronic detail; Lauzon's September electronic detail (.1); Hogan's September electronic detail (.1); draft email to Scarfone requesting editable September electronic detail (.1); Norton's 42Q fee application (.2); Casner's 42Q fee application (.2); Reed's Baer's 42Q fee application (.2); Phillips' January through March interim fee application (.1); Baker's December 2010 (.1) January (.1) February (.1) March (.1) April (.1) May (.1) June (.1) July (.1) August (.1) September (.1) and October (.1) electronic detail | | 8.00 | 360.00 |
| BSR | receive, review, and respond to email from Celeste Hartman re PG&S fee applications | | 0.10 | 28.50 |

W.R. Grace & Co. Page 13

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/26/2011 | MW | Receive and review emails from J. Wehrmann re final final info chart (.1); revise spreadsheet with updated docket numbers, amounts applied for, amounts approved and dates filed for all prior interim applications of Campbell (1.2), Caplin (1.3), Capstone (1.0), Casner (.9), CBBG (.5), Charter (1.0), CIBC (.4) and David T. Austern (.7); send updated charts to J. Wehrmann (.1). | 7.20 | 1,116.00 |
| 11/27/2011 | AL | Draft prior period paragraphs for Anderson Kill for the 22nd - 28th interim periods (1.7) | 1.70 | 76.50 |
| 11/28/2011 | BSR | review of Beveridge & Diamond's Sept. 2011 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
|  | AL | Update database with Orrick's October electronic detail (.1); Phillips' October fee application (.2); Lauzon's July through September (.2) Scarfone's 42nd interim (.2) Hogan's 42nd interim (.1) BMC's 42Q (.2) Blackstone's 42Q fee application (.2), telephone conference with B. Ruhlander re same (.1); K&E's July through September fee application (.2); Foley's October electronic detail (.1); Blackstone's September electronic detail (.1) | 1.70 | 76.50 |
|  | DTW | Review and revise initial report for Philips 28th interim fee application (.1). | 0.10 | 16.50 |
|  | BSR | review of Phillips Goldman & Spence's quarterly and monthly fee applications for the period of Jan-March 2011, as well as fee and expense summaries re same | 0.60 | 171.00 |
|  | BSR | review of PG&S quarterly and monthly fee applications for the period of April through June 2011, as well as fee and expense summaries re same | 0.30 | 85.50 |
|  | BSR | review of PG&S' quarterly and monthly fee applications for the 42nd interim period, as well as fee and expense summaries re same | 0.30 | 85.50 |
|  | BSR | Receive and review applications received from James Wehrmann for Sept. 2011; draft email to James Wehrmann re summaries for same | 0.30 | 85.50 |
|  | BSR | review of Caplin & Drysdale's Aug. and Sept. 2011 monthly applications and fee and expense summaries re same | 0.20 | 57.00 |
|  | BSR | Draft initial report re Phillips Goldman & Spence's 40th interim fee application (Jan-Mar 2011) (.4); email to Jack Phillips and Celeste Hartman re same (.1) | 0.50 | 142.50 |
|  | BSR | review of Day Pitney's August 2011 monthly fee application and Woodcock Washburn Sept. 2011 monthly fee application, and fee and expense summaries re same | 0.10 | 28.50 |
|  | BSR | review of Campbell & Levine's Sept. 2011 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |

W.R. Grace & Co.       Page 14

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 11/28/2011 | BSR | Draft amended omnibus final report for the 41st interim period | 0.20 | 57.00 |
| | BSR | review of Baer Higgins' Sept. 2011 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
| | BSR | review of Deloitte Tax's July, August, and Sept. 2011 monthly fee applications, as well as fee and expense summaries re same | 0.20 | 57.00 |
| | AL | Receive, review and finalize Phillips' 40Q IR (.3); update database with same (.1); draft email to B. Ruhlander re same (.1) | 0.50 | 22.50 |
| | BSR | review of Charter Oak's Sept. 2011 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
| | BSR | detailed review of Lauzon Belanger's Sept. 2011 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
| | BSR | review of The Hogan Firm's Sept. 2011 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
| | BSR | review of Anderson Kill & Olick's Sept. 2011 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
| 11/29/2011 | AL | Update database with Foley's October fee application (.2); Blackstone's September fee application (.2); Pachulski's August fee application (.2); Reed's October electronic detail (.1); Pachulski's August electronic detail (.1) | 0.60 | 27.00 |
| | BSR | review of PwC's Global Restructuring monthly application for August-Sept. 2011, as well as fee and expense summary re same | 0.50 | 142.50 |
| | BSR | Continued review of PwC's Sept. 2011 monthly fee application | 0.30 | 85.50 |
| | JAW | detailed review of Fragomen Del Rey's October 2011 fee application (0.30) draft summary of same (0.30) | 0.60 | 93.00 |
| | MW | Draft category spreadsheet re AKO (.7) and Janet Baer (.8); draft email to B. Ruhlander re Day Pitney's total fee discrepancy (.1); t/c with B. Ruhlander re same (.1); Research Pacer for monthlies filed by Day Pitney to locate discrepancy (.5); Detailed review of 41st interim fee applications for category breakdowns of Baker Donelson (.6), BMC (.5) Beveridge & Diamond (.6) Bilzin (.7) and Blackstone (.6) in preparation for drafting 41st interim category spreadsheet; draft category spreadsheet Baker, BMC, Beveridge, Bilzin, Blackstone and Day Pitney (1.6). | 6.20 | 961.00 |
| | BSR | review of PwC's Sept. 2011 monthly fee application, as well as fee and expense summary re same | 0.40 | 114.00 |
| | BSR | receive, review, and respond to email from Celeste Hartman re PG&S initial report for the 40th interim period (.1); research regarding driving expense (.1) email to Jack Phillips requesting more information re non-working travel issue (.1) | 0.30 | 85.50 |

W.R. Grace & Co.                                                                                                           Page    15

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 11/29/2011 JAW | Draft several e-mails to B. Ruhlander attaching copies of summaries requested (0.30) | | 0.30 | 46.50 |
| | BSR | Draft amended omnibus final report for the 41st interim period | 0.50 | 142.50 |
| 11/30/2011 MW | detailed review of 41st interim fee applications of Alan Rich (.6) and Judge Sanders (.6) for drafting category spreadsheet; Draft category spreadsheet re Alan Rich (.7) and Judge Sanders (.8); Research PACER for Holme Roberts' monthly fee applications for April - June 2011 to locate fee and expense discrepancy (.8); Compare monthly totals to the interim totals re same (.7); draft email to B. Ruhlander re same (.1); t/c with B. Ruhlander re same (.1); Detailed review of 41st interim fee applications of Scarfone Hawkins (.6), Seitz (.5) Woodcock (.6) and Steptoe (.7) in preparation for drafting 41st interim category spreadsheet; draft category spreadsheet re same for Scarfone Hawkins (.7), Seitz (.6), Woodcock (.7) and Steptoe (.6). | | 9.40 | 1,457.00 |
| | AL | Update database with Baer's October electronic detail (.1); K&E's October electronic detail (.2); Ferry's October electronic detail (.1); Ewing's October fee application (.2); Baer's October fee application (.2); K&E's October fee application (.2) | 1.00 | 45.00 |
| | JAW | Continued detailed review of Phillips Goldman's October 2011 fee application (0.30) draft summary of same (0.10) | 0.40 | 62.00 |
| | JAW | detailed review of Pachulski Stang's August 2011 fee application (0.80) draft summary of same (0.10) | 0.90 | 139.50 |
| | JAW | detailed review of BMC Group July 2011 fee application (0.70) draft summary of same (0.10) | 0.80 | 124.00 |
| | JAW | detailed review of BMC Group's August 2011 fee application (0.80) draft summary of same (0.10) | 0.90 | 139.50 |
| | JAW | detailed review of BMC Group's September 2011 fee application (1.10) draft summary of same (0.10) | 1.20 | 186.00 |
| | JAW | detailed review of Blackstone's September 2011 fee application (0.20) draft summary of same (0.10) | 0.30 | 46.50 |
| | BSR | Receive and review response of Scott Bettridge to initial report re Fragomen's 41st interim application | 0.10 | 28.50 |
| | BSR | telephone conference with Celeste Hartman re PG&S' certificates of no objection | 0.10 | 28.50 |
| | BSR | Draft e-mail to Toby Gerber and Michaela Crocker re our position on past due fees and setting up a conference call | 0.50 | 142.50 |
| | JAW | detailed review of Foley Hoag's October 2011 fee application (0.30) draft summary of same (0.20) | 0.50 | 77.50 |

W.R. Grace & Co. Page 16

| | Hours | Amount |
|---|---:|---:|
| **For professional services rendered** | 212.30 | $29,884.50 |

Additional Charges :

| | | |
|---|---|---:|
| 11/28/2011 PACER Charges | | 1,560.80 |
| Third Party Copy & Mail Out Services | | 939.64 |
| FedEx Charges | | 126.89 |
| **Total additional charges** | | **$2,627.33** |
| **Total amount of this bill** | | **$32,511.83** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Anthony Lopez | 52.10 | 45.00 | $2,344.50 |
| Bobbi S. Ruhlander | 22.60 | 285.00 | $6,441.00 |
| Doreen Williams | 0.10 | 165.00 | $16.50 |
| James A. Wehrmann | 60.90 | 155.00 | $9,439.50 |
| Melanie White | 59.20 | 155.00 | $9,176.00 |
| Melanie White | 17.20 | 140.00 | $2,408.00 |
| Warren H Smith | 0.20 | 295.00 | $59.00 |