# **EXHIBIT B**

## EXHIBIT B

**Projected Cash Impact Of Making 2012 Contribution (in $Millions)**

| Year | With 2011 Additional Contribution (No 2012 Additional Contribution) | With 2012 Additional Contribution | Cash-Flow Savings from 2012 Additional Contribution |
|---|---|---|---|
| 2011 | 245.7 | 245.7 | NA |
| 2012 | 36.4 | 109.3 | (72.9) |
| 2013 | 59.5 | 10.0 | 49.5 |
| 2014 | 59.0 | 12.0 | 47.0 |
| 2015 | 42.6 | 41.7 | 0.9 |
| **Totals** | **$443.2** | **$418.7** | **24.5** |

Please note that the forecast planned contributions for 2012 – 2015 that assume the 2011 Additional Contribution was made vary slightly from the forecast numbers set forth in Exhibit B to the 2011 Pension Contribution Motion. These changes are attributable to actual Plan Trust asset performance during 2011 and the evolution in underlying assumptions (e.g., appropriate discount rates, etc.).