**Warren H. Smith & Associates, P.C.**

325 North St. Paul Street
Suite 1250
Dallas, TX  75201
Tax Id# 01-0584406

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

January 23, 2012

In Reference To:   Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #10739

Professional Services

|  |  |  |  | Hours | Amount |
|---|---|---|---|---:|---:|
| 3/1/2011 | BSR | Receive and review agenda for March 2, 2011 hearing and respond to Melanie White re same | | 0.10 | 26.50 |
| | JAW | detailed review of Capstone December 2010 fee application (0.6); prepare summary of same (0.2) | | 0.80 | 122.00 |
| | MW | Receive and review hearing agenda (.2); confer with B. Ruhlander re same (.1); research PACER for revised agenda (.7). | | 1.00 | 140.00 |
| | AL | Update database with Capstone's 39Q electronic detail (.1) and fee application (.2); Blackstone's January fee application (.2) | | 0.50 | 22.50 |
| | AL | Update database with Reed's January electronic detail (.1); Stroock's January electronic detail (.1); Baer's January electronic (.1) and hard copy (.2) fee application; Pachulski's September (.1) October (.1) November (.2) and December (.1) full electronic detail; Pachulski's January fee application (.2); Saul's January electronic detail (.1); Kramer's January electronic detail (.1); Rich's February electronic detail (.2) | | 1.60 | 72.00 |
| 3/2/2011 | AL | Update database with AKO's January electronic detail (.1); Charter's January electronic detail (.1); Campbell's January electronic detail (.2); Caplin's January electronic detail (.1); Foley's January electronic detail (.2); Bilzin's January electronic detail (.1); Foley's January fee application (.2); Kramer's January fee application (.2); Ewing's January fee application (.2) | | 1.40 | 63.00 |
| | BSR | Receive and review response of Blackstone to inquiry concerning its 38th interim fee application | | 0.10 | 26.50 |
| 3/3/2011 | WHS | detailed review of  FR Blackstone 38Q 7-9.10 | | 0.30 | 88.50 |
| | BSR | Receive and review expense information provided by Holme Roberts & Owen | | 0.20 | 53.00 |

214 698-3868

W.R. Grace & Co.                                                Page 2

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 3/3/2011 | BSR | Draft omnibus final report for the 38th interim period | 0.50 | 132.50 |
| | BSR | detailed review of PwC Shared Services July 2010 fee application and Control Optimization Project June 2010 fee application (.2); telephone conference with Kathleen Miller re same (.1) | 0.30 | 79.50 |
| | BSR | research docket for Deloitte Tax's quarterly application for the 38th interim period; email Tony Scoles re same | 0.20 | 53.00 |
| | BSR | Draft final report re Blackstone's 38th interim fee application | 1.30 | 344.50 |
| | BSR | research docket for Kaye Scholer's 37th and 38th interim applications | 0.20 | 53.00 |
| | MW | Receive and review email from B. Ruhlander and W. Smith re Blackstone's revised final report (.1); finalize same for court filing (.2); update database with final version (.1); Electronic filing with court of Blackstone's 38th interim final report (.3); prepare same for service (.2); draft emails to B. Ruhlander re status (.1). | 1.00 | 140.00 |
| | AL | Electronic filing with the court of WHSA's January CNO | 0.30 | 13.50 |
| | AL | Receive and review email from W. Smith re approval of Blackstone's 38Q FR (.1); update database with revised version (.2); electronic filing with the court of Blackstone's 38Q FR (.3); draft email to B. Ruhlanderl re service of same (.1) | 0.70 | 31.50 |
| 3/4/2011 | JAW | detailed review of Saul Ewing January 2011 fee application (0.2); draft summary of same (0.1) | 0.30 | 45.75 |
| | JAW | detailed review of Foley Hoag January 2011 fee application (0.2); draft summary of same (0.1) | 0.30 | 45.75 |
| | JAW | detailed review of Kramer Levin January 2011 fee application (0.3); draft summary of same (0.1) | 0.40 | 61.00 |
| | JAW | detailed review of Stroock January 2011 fee application (0.7); draft summary of same (0.1) | 0.80 | 122.00 |
| | AL | Update database with Stroock's 39Q fee application (.2); Morris' 39Q fee application (.2); Ferry's January fee application (.2); Reed's January fee application (.2); Charter's January fee application (.2); Campbell's January fee application (.2); AKO's January fee application (.1); Caplin's January fee application (.2) | 1.50 | 67.50 |
| | JAW | detailed review of Baer Higgins January 2011 fee application (2.1); draft summary of same (0.3) | 2.40 | 366.00 |
| | AL | Telephone conference with B. Ruhlander re Morris' 39Q fee application | 0.20 | 9.00 |
| 3/7/2011 | JAW | Proofread W.H. Smith's February 2011 fee statement and Notice (0.6); e-mail to M. White regarding any revisions needed to same (0.1) | 0.70 | 106.75 |

W.R. Grace & Co.                                                                                                                          Page     3

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 3/7/2011 | JAW | detailed review of Blackstone expenses in their January 2011 fee application (0.3) | 0.30 | 45.75 |
|  | JAW | detailed review of Ferry Joseph January 2011 fee application (0.4); draft summary of same (0.1) | 0.50 | 76.25 |
|  | JAW | detailed review of Charter Oak January 2011 fee application (0.2); draft summary of same (0.1) | 0.30 | 45.75 |
|  | JAW | detailed review of Campbell Levine January 2011 fee application (0.6); draft summary of same (0.1) | 0.70 | 106.75 |
|  | AL | Update database with Stroock's October through December electronic detail (.1); Blizin's January fee application (.2); Casner's October through December fee application (.2); HRO's April 2010 electronic detail (.1); BMC's October (.2) November (.2) and December (.1) electronic detail | 1.10 | 49.50 |
| 3/8/2011 | JAW | detailed review of Duane Morris 39th Interim Fee Application (October 1, 2010 - December 31, 2010) (0.4); draft summary of same (0.2) | 0.60 | 91.50 |
|  | JAW | detailed review of Reed Smith January 2011 fee application (0.6); draft summary of same (0.1) | 0.70 | 106.75 |
|  | JAW | detailed review of Anderson Kill January 2011 fee application (3.2); draft summary of same (0.2) | 3.40 | 518.50 |
|  | AL | Update database with BMC's October (.2) November (.2) and December (.2) fee applications; Ogilvy's January fee application (.2); Hogan's January electronic detail (.1); Scarfone's January full electronic detail (.2) | 1.10 | 49.50 |
|  | MW | draft monthly fee application of WHS&A for February 2011 including review of fees and expenses (2.1); send same to J. Wehrmann for review (.1); revise per J. Wehrmann's comments (.1); finalize for court filing (.3) and update database with finalized version (.1) | 2.70 | 378.00 |
| 3/9/2011 | BSR | Draft chart with fee and expense recommendations to be attached to proposed fee order for the 38th interim period | 2.00 | 530.00 |
|  | BSR | Draft e-mail to debtor's counsel and to various applicants forwarding omnibus final report for the 38th interim period | 0.20 | 53.00 |
|  | WHS | detailed review of  omnibus final report 38Q 7-9.10. | 0.10 | 29.50 |
|  | BSR | Draft omnibus final report for the 38th interim period and forward same for filing | 0.10 | 26.50 |
|  | AL | Update database with Saul's January fee summary (.2); Beveridge's December fee detail (.1); Lauzon's January fee application (.2); Scarfone's January fee application (.2); Hogan's January fee application (.2); Beveridge's December fee application (.2) | 1.10 | 49.50 |

W.R. Grace & Co.  Page    4

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 3/9/2011 | BSR | research docket to determine whether Deloitte Tax had filed a quarterly application for the 38th interim period; confirm same with Lynzy Oberholzer | 0.20 | 53.00 |
|  | AL | Receive and review email from B. Ruhlander re Omnibus' 38Q FR (.1); update database with same (.2); draft email to W. Smith re finalization of Omnibus' 38Q FR (.1) | 0.40 | 18.00 |
|  | AL | Receive email from W. Smith re finalized version of Omnibus' 38Q FR (.1); update database with same (.2); electronic filing with the court of Omnibus' 38Q FR (.3); prepare same for service (.1) | 0.70 | 31.50 |
|  | MW | research PACER and hard copy fee applications for all 38th interim category spreadsheets (1.9); draft list of all applicants for same (1.0); receive and review emails from B. Ruhlander re hearing professionals chart (.2); begin drafting 38th interim category spreadsheet (6.8). | 9.90 | 1,386.00 |
| 3/10/2011 | AL | Update database with HRO's May (.2) and June (.1) electronic detail | 0.30 | 13.50 |
|  | AL | Assist M. White in drafting the 38th interim category spreadsheet (4.2) | 4.20 | 189.00 |
|  | MW | Continue drafting 38th interim category spreadsheet (3.8); confer with A. Lopez re assistance with same (.1); telephone conference with B. Ruhlander re missing category spreadsheets and discrepancies in hearing chart compared to fee applications (.3). | 4.20 | 588.00 |
|  | MW | Draft & review multiple emails to/from B. Ruhlander re Orrick's and Baker Donelson's 38th interim category spreadsheets (.3); research PACER for same (.5); calculate totals for each category and input into interim spreadsheet for B. Ruhlander (1.0); confer with B. Ruhlander re Fragomen's categories (.1); draft category spreadsheet re same (.5). | 2.40 | 336.00 |
| 3/11/2011 | JAW | detailed review of BMC Group December 2010 fee application (0.4); draft summary of same (0.1) | 0.50 | 76.25 |
|  | BSR | Receive and review project category spreadsheet (38Q) (.2); email to Melanie White re same (.1) | 0.30 | 79.50 |
|  | JAW | detailed review of Scarfone January 2011 fee application (1.0); draft summary of same (0.7) | 1.70 | 259.25 |
|  | JAW | detailed review of BMC Group October 2010 fee application (0.5); draft summary of same (0.1) | 0.60 | 91.50 |
|  | JAW | detailed review of Beveridge & Diamond December 2010 fee application (0.4); draft summary of same (0.1) | 0.50 | 76.25 |
|  | JAW | detailed review of BMC Group November 2010 fee application (0.5); draft summary of same (0.1) | 0.60 | 91.50 |
|  | JAW | detailed review of Hogan Firm January 2011 fee application (0.5); draft summary of same (0.1) | 0.60 | 91.50 |

W.R. Grace & Co.                                                                                                                Page     5

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 3/11/2011 | JAW | detailed review of Ogilvy January 2011 fee application (0.4); draft summary of same (0.2) | 0.60 | 91.50 |
|  | BSR | Draft e-mails to debtor's counsel concerning project category spreadsheet and fee and expense chart for the 38th interim period | 0.20 | 53.00 |
|  | JAW | detailed review of Lauzon January 2011 fee application (0.2); draft summary of same (0.1) | 0.30 | 45.75 |
|  | MW | Confer with B. Ruhlander re BMC, Ogilvy, Scarfone Hawkins and Lauzon's category issues for the 38th interim (.2); draft quarterly category spreadsheet revisions per B. Ruhlander (2.1); finalize same to be sent to debtors counsel (1.2); send same to B. Ruhlander (.1) | 3.60 | 504.00 |
|  | AL | Update database with HRO's April fee application (.2); BMC's October through December fee application (.2) | 0.40 | 18.00 |
|  | AL | Assist M. White in drafting quarterly category spreadsheet revisions for the 38th interim period for Lauzon, Stroock, Steptoe and Saul Ewing | 2.60 | 117.00 |
|  | AL | Update database with Woodcock's January electronic detail (.1); Austern's December (.1) and January (.1) electronic detail | 0.30 | 13.50 |
| 3/12/2011 | AL | Draft of project category spread sheet for all applicants in the 24th interim period (3.8); telephone conference with M. White re same (.2) | 4.00 | 180.00 |
| 3/14/2011 | BSR | research PACER re effective date entered; draft email to Anthony Lopez and Melanie White re "prior period" paragraphs and spreadsheet | 0.20 | 53.00 |
|  | AL | Update database with HRO's May (.2) and June (.2) fee applications; Deloitte (TAX) July through September fee application (.2); Deloitte's final fee application (.2) and electronic detail (.1) | 0.90 | 40.50 |
|  | MW | detailed review and comparison of draft chart from Kathe Finlayson in preparation for hearing (1.0); draft email to B. Ruhlander re same (.1). | 1.10 | 154.00 |
| 3/15/2011 | JAW | detailed review of Blackstone December 2010 expenses to fee application (0.3); draft summary (0.1) | 0.40 | 61.00 |
| 3/16/2011 | MW | Research PACER for all applicants with fee applications for the 29th interim (1.0); research fee and expense amounts requested, final report docket numbers and dates filed, fee and expense reduction recommendations, order docket numbers and dates and all amounts approved for Baer, Canadian Zai, Lincoln, PWC Darex, Asbestos Committee, Anderson Kill, David Austern, Baker, Bilzin, Beveridge, Blackstone, BMC, Buchanan (2.8); draft detailed spreadsheet with all researched information in preparation for drafting prior period paragraphs (1.1). | 4.90 | 686.00 |
|  | AL | Update database with K&E's January fee application (.2); Casner's January fee application (.2); Woodcock's January fee application (.2); Woodcock's October through December fee application (.2) | 0.80 | 36.00 |

W.R. Grace & Co.                                                                                                                    Page    6

|              |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                    | Hours | Amount |
|--------------|-----|----|----|----|
| 3/17/2011    | MW  | Continue Researching PACER for 29th interim fee and expense amounts requested, final report docket numbers and dates filed, fee and expense reduction recommendations, order docket numbers and dates and all amounts approved for Campbell, Caplin, Capstone, Casner, Charter, Conway, Deloitte and Deloitte Tax, Ferry Joseph, Foley Hoag, Fragomen, Hamilton, Hilsoft, Holme, Kirkland & Ellis (1.9); continue drafting detailed spreadsheet with all researched information (1.8); multiple telephone calls with A. Lopez re assistance with same (.3). | 4.00  | 560.00 |
|              | BSR | Draft e-mail to Deanna Boll re status of effective date | 0.10 | 26.50 |
|              | AL  | Update database with Orrick's January CNO (.2); PWC's January electronic detail (.1); PWC's December 2010 CNO (.2) | 0.50 | 22.50 |
|              | AL  | Multiple telephone calls with M. White re assisting with prior period spreadsheet (.3); Research PACER for fee and expense amounts requested, 28th interim final report docket numbers and dates filed, fee and expense reduction recommendations, order docket numbers and dates and all amounts approved for Hamilton, Hilsoft, Holme, Kirkland & Ellis, Kramer Levin, Latham Watkins, LAS, Lexecon, Duane Morris, Ogilvy Renault, Orrick Herrington, Pachulski, Piper, PG&S, PWC, Morrison, Reed Smith, Scott Law, Stroock, Steptoe, Sullivan, Tre Angeli, Towers Watson, Woodcock, and Day Pitney (5.8); continue drafting detailed spreadsheet with all above information (1.5) | 7.60 | 342.00 |
| 3/18/2011    | JAW | detailed review of Woodcock & Washburn January 2011 fee application (0.1); draft summary of same (0.1) | 0.20 | 30.50 |
|              | JAW | detailed review of Holme Roberts June 2010 fee application (0.1); draft summary of same (0.1) | 0.20 | 30.50 |
|              | JAW | detailed review of Holme Roberts May 2010 fee application (0.1); draft summary of same (0.1) | 0.20 | 30.50 |
|              | JAW | detailed review of Holme Roberts April 2010 fee application (0.1); draft summary of same (0.1) | 0.20 | 30.50 |
|              | MW  | Continue researching PACER for 29th interim fee and expense amounts requested, final report docket numbers and dates filed, fee and expense reduction recommendations, order docket numbers and dates and all amounts approved for Kramer Levin, Latham Watkins, LAS, Lexecon, Duane Morris, Nelson, Ogilvy Renault, Orrick Herrington, Pachulski, Piper, PG&S, PWC, Morrison, Reed Smith, Scott Law, Stroock, Steptoe, Sullivan, Tre Angeli, Towers Watson, Woodcock, Damage Claimants and Day Pitney (4.0) | 4.00 | 560.00 |
|              | JAW | detailed review of Casner & Edwards January 2011 fee application (0.2); draft summary of same (0.2) | 0.40 | 61.00 |
|              | AL  | Research PACER for all applicants with fee applications for the 31st interim (1.0); research fee and expense amounts requested, final report docket numbers and dates filed, fee and expense reduction recommendations, | 7.60 | 342.00 |

W.R. Grace & Co. Page 7

| | | | Hours | Amount |
|---|---|---|---:|---:|
| | | order docket numbers and dates and all amounts approved for Baer, Canadian Zai, Lincoln, PWC Darex, Asbestos Committee, Anderson Kill, David Austern, Baker, Bilzin, Beveridge, Blackstone, BMC, Buchanan, Campbell, Caplin, Capstone, Casner, Charter, Conway, Deloitte and Deloitte Tax (5.3); draft detailed spreadsheet with all researched information (1.2); telephone calls with M. White re same (.2); emails with M. White and B. Ruhlander re same (.1). | | |
| 3/19/2011 | MW | Research PACER for all applicants with fee applications for the 30th interim (1.2); research fee and expense amounts requested, final report docket numbers and dates filed, fee and expense reduction recommendations, order docket numbers and dates and all amounts approved for Baer, Canadian Zai, Lincoln, PWC Darex, Asbestos Committee, Anderson Kill, David Austern, Baker, Bilzin, Beveridge, Blackstone, BMC, Buchanan, Campbell, Caplin, Capstone, Casner, Charter, Conway, Deloitte and Deloitte Tax (5.9); draft detailed spreadsheet with all researched information in preparation for drafting prior period paragraphs (1.4). | 8.50 | 1,190.00 |
| 3/20/2011 | MW | Continue Researching PACER for 30th interim fee and expense amounts requested, final report docket numbers and dates filed, fee and expense reduction recommendations, order docket numbers and dates and all amounts approved for Ferry Joseph, Foley Hoag, Fragomen, Hamilton, Hilsoft, Holme, Kirkland & Ellis, Kramer Levin, Latham Watkins, LAS, Lexecon, Duane Morris, Nelson, Ogilvy Renault, Orrick Herrington, Pachulski, Piper, PG&S, PWC, Morrison, Reed Smith, Scott Law, Strook, Steptoe, Sullivan, Tre Angeli, Towers Watson, Woodcock, Damage Claimants and Day Pitney (6.0); continue drafting detailed spreadsheet with all above information in preparation for drafting prior period paragraphs (1.9). | 7.90 | 1,106.00 |
| 3/21/2011 | MW | Research PACER for all applicants with fee applications for hte 31st interim (1.6); research fee and expense amounts requested, final report docket numbers and dates filed, fee and expense reduction recommendations, order docket numbers and dates and all amounts approved for Baer, Canadian Zai, Lincoln, PWC Darex, Abestos Committee, Anderson Kill, David Austern, Baker, Bilzin, Beveridge, Blackstone, BMC, Buchanan, Campbell, Caplin, Capstone, Casner, Charter, Conway, Deloitte and Deloitte Tax (5.7), draft detailed spreadsheet with all researched information in preparation for drafting prior period paragraphs (1.3). | 8.60 | 1,204.00 |
| | JAW | detailed review of Kirkland Ellis January 2011 fee application (5.4) | 5.40 | 823.50 |
| | AL | Continue Researching PACER for 31st interim fee and expense amounts requested, final report docket numbers and dates filed, fee and expensereduction recommendations, order docket numbers and dates and all amounts approved for Ferry Joseph, Foley Hoag, Fragomen, Hamilton, Hilsoft, Holme, Kirkland & Ellis, Kramer Levin, Latham Watkins, LAS, Lexecon, Duane Morris, Nelson, Ogilvy Renault, Orrick Herrington, Pachulski, Piper, PG&S, PWC, Morrison, Reed Smith, Scott Law, Strook, Steptoe, Sullivan, Tre Angeli, Towers Watson, Woodcock, Damage Claimants and Day Pitney (4.5); continue | 6.40 | 288.00 |

W.R. Grace & Co.            Page    8

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| | | drafting detailed spreadsheet with all above information (1.8); confer with M. White re same (.1) | | |
| 3/22/2011 | MW | Continue Researching PACER for 30th interim fee and expense amounts requested, final report docket numbers and dates filed, fee and expense reduction recommendations, order docket numbers and dates and all amounts approved for Ferry Joseph, Foley Hoag, Fragomen, Hamilton, Hilsoft, Holme, Kirkland & Ellis, Kramer Levin, Latham Watkins, LAS, Lexecon, Duane Morris, Nelson, Ogilvy Renault, Orrick Herrington, Pachulski, Piper, PG&S, PWC, Morrison, Reed Smith, Scott Law, Stroock, Steptoe, Sullivan, Tre Angeli, Towers Watson, Woodcock, Damage Claimants and Day Pitney (6.7); continue drafting detailed spreadsheet with all above information in preparation for drafting prior period paragraphs (2.3). | 9.00 | 1,260.00 |
| | AL | Receive and review email from B. Ruhlander re 3.28.11 hearing agenda (.1); update database with same (.1) | 0.20 | 9.00 |
| | AL | Research PACER for all applicants with fee applications for the 33rd interim (1.3); research fee and expense amounts requested, final report docket numbers and dates filed, fee and expense reduction recommendations, order docket numbers and dates and all amounts approved for Baer, Anderson Kill, David Austern, Baker, Bilzin, Beveridge, Blackstone, BMC, Campbell, Caplin, Capstone, Casner, Charter, Conway, Deloitte and Stroock (3.0); draft detailed spreadsheet with all researched information (1.4) | 5.70 | 256.50 |
| | JAW | continued detailed review of Kirkland Ellis January 2011 fee application (3.1); draft summary of same (1.8) | 4.90 | 747.25 |
| | MW | Continue Researching PACER for 31st interim fee and expense amounts requested, final report docket numbers and dates filed, fee and expense reduction recommendations, order docket numbers and dates and all amounts approved for Ferry Joseph, Foley Hoag, Fragomen, Hamilton, Hilsoft, Holme, Kirkland & Ellis, Kramer Levin, Latham Watkins, LAS, Lexecon, Duane Morris, Nelson, Ogilvy Renault, Orrick Herrington, Pachulski, Piper, PG&S, PWC, Morrison, Reed Smith, Scott Law, Stroock, Steptoe, Sullivan, Tre Angeli, Towers Watson, Woodcock, Damage Claimants and Day Pitney (6.5); continue drafting detailed spreadsheet with all above information in preparation for drafting prior period paragraphs (2.0). | 8.50 | 1,190.00 |
| 3/23/2011 | AL | Continue Researching PACER for 33rd interim fee and expense amounts requested, final report docket numbers and dates filed, fee and expense reduction recommendations, order docket numbers and dates and all amounts approved for Ferry Joseph, Foley Hoag, Fragomen, Hamilton, Hilsoft, Holme, Kirkland & Ellis, Kramer Levin, Latham Watkins, LAS, Lexecon, Duane Morris, Nelson, Ogilvy Renault, Orrick Herrington, Pachulski, Piper, PG&S, PWC, Morrison, Reed Smith, Scott Law, Steptoe, Sullivan, Tre Angeli, Towers Watson, Woodcock, Damage Claimants and Day Pitney (4.6); continue drafting detailed spreadsheet with all above information (1.5); confer with M. White re same (.1) | 6.20 | 279.00 |

W.R. Grace & Co.   Page 9

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 3/23/2011 | JAW | detailed review of PwC January 2011 fee application (4.1) | 4.10 | 625.25 |
| | AL | Office conference with B. Ruhlander re 3.28.11 fee hearing | 0.30 | 13.50 |
| | AL | Update database with Pachulski's January electronic detail | 0.10 | 4.50 |
| | AL | Research PACER for 3.28.11 Amended Agenda and Proposed Fee Order (.3); draft email to W. Smith re 3.28.11 hearing (.1) | 0.40 | 18.00 |
| | MW | Receive and review hearing agenda for 38th interim fee applications (.3); assist with preparing binder for same (1.5); begin researching pacer for all applicants for the 32nd interim period (1.5); research fee and expense amounts requested, final report docket numbers and dates filed, fee and expense reduction recommendations, order docket numbers and dates and all amounts approved for Baer, Canadian Zai, Lincoln, PWC Darex, Asbestos Committee, Anderson Kill, David Austern, Baker, Bilzin, Beveridge, Blackstone, BMC, Buchanan, Campbell, Caplin, Capstone, Casner, Charter, Conway, Deloitte and Deloitte Tax (5.9); draft detailed spreadsheet with all researched information in preparation for drafting prior period paragraphs (1.3). | 10.50 | 1,470.00 |
| 3/24/2011 | AL | Receive and review email from B. Ruhlander re 3.28.11 hearing agenda (.1); update database with same (.2); update database with Pachulski's January 2011 fee application (.2) | 0.50 | 22.50 |
| | JAW | continued detailed review of PwC January 2011 fee application (7.0) | 7.00 | 1,067.50 |
| | BSR | Draft e-mail to Warren Smith, Melanie White, and Anthony Lopez re hearing agenda for March 28, 2011 fee hearing | 0.10 | 26.50 |
| | AL | Assist M. White with hearing preparation for 3.28.11 hearing (.7); telephone conference with B. Ruhlander re proposed fee order (.1); receive and review email from B. Ruhlander re signed fee order (.1); update database with same (.2) | 1.10 | 49.50 |
| | AL | Update database with Seitz' February fee application (.2); telephone conference with B. Ruhlander re same (.1); update database with K&E's October through December fee application (.2); Casner's Amended January fee application (.2); Lincoln's 39Q electronic detail (.1); Austern's 39Q electronic detail (.1); Orrick's 39Q electronic detail (.1) | 1.00 | 45.00 |
| | MW | Continue Researching PACER for 32nd interim fee and expense amounts requested, final report docket numbers and dates filed, fee and expense reduction recommendations, order docket numbers and dates and all amounts approved for Ferry Joseph, Foley Hoag, Fragomen, Hamilton, Hilsoft, Holme, Kirkland & Ellis, Kramer Levin, Latham Watkins, LAS, Lexecon, Duane Morris, Nelson, Ogilvy Renault, Orrick Herrington, Pachulski, Piper, PG&S, PWC, Morrison, Reed Smith, Scott Law, Stroock, Steptoe, Sullivan, Tre Angeli, Towers Watson, Woodcock, Damage Claimants and Day Pitney (6.0); continue drafting detailed spreadsheet with all above information in preparation for drafting prior period paragraphs (2.0). | 8.00 | 1,120.00 |

W.R. Grace & Co.                                                                                                                      Page    10

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 3/24/2011 | BSR | research docket for pertinent pleadings and case status | 0.20 | 53.00 |
| 3/25/2011 | JAW | detailed review of Pachulski January 2011 fee application (2.3); draft summary of same (0.2) | 2.50 | 381.25 |
|  | MW | Research PACER for all applicants with fee applications for the 35th interim (1.5); research fee and expense amounts requested, final report docket numbers and dates filed, fee and expense reduction recommendations, order docket numbers and dates and all amounts approved for Baer, Canadian Zai, Lincoln, PWC Darex, Asbestos Committee, Anderson Kill, David Austern, Baker, Bilzin, Beveridge, Blackstone, BMC, Buchanan, Campbell, Caplin, Capstone, Casner, Charter, Conway, Deloitte and Deloitte Tax (5.9); draft detailed spreadsheet with all researched information in preparation for drafting prior period paragraphs (1.3). | 8.70 | 1,218.00 |
|  | AL | Update database with Casner's Amended January fee application (.2); Beveridge's December electronic detail (.1); PWC's January fee application (.2) | 0.50 | 22.50 |
|  | AL | Research PACER for all applicants with fee applications for the 34th interim (1.5); research fee and expense amounts requested, final report docket numbers and Baker, Bilzin, Beveridge, Blackstone, BMC, Campbell, Caplin, Capstone, Casner, Charter, Conway, Deloitte and Stroock (4.1); draft detailed spreadsheet with all researched information (1.8) | 7.40 | 333.00 |
|  | BSR | research docket for signed fee order; forward same to Warren Smith | 0.20 | 53.00 |
| 3/26/2011 | MW | Research PACER for all applicants with fee applications for the 28th interim (1.5); research fee and expense amounts requested, final report docket numbers and dates filed, fee and expense reduction recommendations, order docket numbers and dates and all amounts approved for Baer, Campbell, Caplin, Capstone, Casner, Charter, and Conway (2.5); draft detailed spreadsheet with all researched information (1.6) | 5.60 | 784.00 |
| 3/28/2011 | AL | Continue Researching PACER for 34th interim fee and expense amounts requested, final report docket numbers and dates filed, fee and expense reduction recommendations, order docket numbers and dates and all amounts approved for Ferry Joseph, Foley Hoag, Fragomen, Hamilton, Hilsoft, Holme, Kirkland & Ellis, Kramer Levin, Latham Watkins, LAS, Lexecon, Duane Morris, Nelson, Ogilvy Renault, Orrick Herrington, Pachulski, Piper, PG&S, PWC, Morrison, Reed Smith, Scott Law, Steptoe, Sullivan, Tre Angeli, Towers Watson, Woodcock, Damage Claimants and Day Pitney (2.8); continue drafting detailed spreadsheet with all above information (1.3); confer with M. White re same (.2) | 4.30 | 193.50 |
|  | MW | Continue Researching PACER for 34th interim fee and expense amounts requested, final report docket numbers and dates filed, fee and expense reduction recommendations, order docket numbers and dates and all amounts approved for Ferry Joseph, Foley Hoag, Fragomen, Hamilton, Hilsoft, Holme, Kirkland & Ellis, Kramer Levin, Latham Watkins, LAS, Lexecon, Duane Morris, Nelson, Ogilvy Renault, Orrick Herrington,Pachulski, Piper, PG&S, PWC, Morrison, Reed Smith, Scott | 9.00 | 1,260.00 |

W.R. Grace & Co. Page 11

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | Law, Steptoe, Sullivan, Tre Angeli, Towers Watson, Woodcock, Damage Claimants and Day Pitney (6.7); continue drafting detailed spreadsheet with all above information n preparation for drafting prior period paragraphs (2.3); | | |
| 3/29/2011 | BSR | detailed review of Anderson Kill & Olick's interim application for the 39th interim period, Oct-Dec 2010 monthly fee applications, and fee summaries re same | 0.30 | 79.50 |
| | MW | Research PACER for filed objections and responses to monthly fee application of Warren H. Smith & Associates, P.C. (.7); draft CNO re same (.4); forward same to A. Lopez for e-filing (.1). | 1.20 | 168.00 |
| | AL | Update database with Reed's February electronic detail (.1); Baer's February electronic detail (.1); Baer's February fee application (.2); Stroock's February fee application (.2) | 0.60 | 27.00 |
| | AL | Electronic filing with the court of WHSA's February CNO (.4); prepare same for service (.1) | 0.50 | 22.50 |
| | BSR | detailed review of BMC's 39th interim fee application and monthly fee applications, as well as fee summaries re same | 0.30 | 79.50 |
| | BSR | research docket for Baker Donelson's Dec. and quarterly applications | 0.20 | 53.00 |
| | BSR | detailed review of Baker Donelson's Oct. and Nov. 2010 monthly fee applications | 0.10 | 26.50 |
| | BSR | detailed review of David Austern's interim fee application for the 39th interim period (.1); research server and docket for Dec. 2010 monthly (.1) and review same (.1) | 0.30 | 79.50 |
| | AL | Update database with Steptoe's December electronic detail | 0.10 | 4.50 |
| | BSR | detailed review of Beveridge & Diamond's monthly fee applications for Oct - Dec. 2010 and fee summaries re same (.2); research server and docket for Beveridge & Diamond's interim fee application for the 39th interim period (.2) | 0.40 | 106.00 |
| | BSR | detailed review of Blackstone's 39th interim fee application and monthly fee applications for Oct-Dec 2010 (1.0); draft email to Jamie O'Connell at Blackstone re same (.2) | 1.20 | 318.00 |
| | BSR | detailed review of Bilzin Sumberg's Oct through Dec 2010 monthly fee applications, as well as fee summaries re same (.2); research docket for Bilzin Sumberg's 39th interim fee application (.1) and review same (.1) | 0.40 | 106.00 |
| | BSR | detailed review of Janet Baer's interim fee application for the 39th interim period, monthly fee applications for Oct-Dec. 2010, and fee summaries re same (.7); draft email to Janet Baer re same (.2); completed review based on information provided by Roger Higgins of JSBPC (.1) | 1.00 | 265.00 |

W.R. Grace & Co.       Page 12

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 3/30/2011 | BSR | detailed review of BMC's 39th interim fee application and monthly fee applications | 0.10 | 26.50 |
|  | BSR | research server and docket for 39th interim fee applications of Caplin & Drysdale and Campbell & Levine and download same | 0.30 | 79.50 |
|  | AL | Update database with Steptoe's December fee application (.2); Ewing's February electronic detail (.1); K&E's January fee application (.2) | 0.50 | 22.50 |
|  | AL | Research PACER for all applicants with fee applications for the 37th interim (1.3); research fee and expense amounts requested, final report docket numbers and dates filed, fee and expense reduction recommendations, order docket numbers and dates and all amounts approved for Baer, Anderson Kill, David Austern, Baker, Bilzin, Beveridge, Blackstone, BMC, Campbell, Caplin, Capstone, Casner, Charter, Conway, Deloitte and Stroock (3.0); draft detailed spreadsheet with all researched information (1.4) | 5.70 | 256.50 |
|  | JAW | detailed review of Bear Higgins February 2011 fee application (2.3); draft summary of same (0.7) | 3.00 | 457.50 |
|  | JAW | detailed review of Stroock February 2011 fee application (2.8); draft summary of same (0.5) | 3.30 | 503.25 |
| 3/31/2011 | AL | Update database with Ewing's February fee application (.2); LAS' January electronic detail (.1); Caplin's February electronic detail (.1); Campbell's February electronic detail (.1); AKO's February electronic detail (.2); Charter's February electronic detail (.1); Bilzin's February electronic detail (.1); Ferry's February electronic detail (.2) | 1.10 | 49.50 |
|  | BSR | receive, review, and respond to email from The Hogan Firm re project category spreadsheet | 0.10 | 26.50 |
|  | AL | Receive and review email from J. Wehrmann re PWC's editable January 2011 electronic detail (.1); draft email to PWC re same (.1) | 0.20 | 9.00 |
|  | BSR | detailed review of Charter Oak's 39th interim fee application, monthly fee applications, and fee summaries re same | 0.20 | 53.00 |
|  | MW | Research PACER for all applicants with fee applications for the 36th interim (1.5); research fee and expense amounts requested, final report docket numbers and dates filed, fee and expense reduction recommendations, order docket numbers and dates and all amounts approved for Baer, Canadian Zai, Lincoln, PWC Darex, Asbestos Committee, Anderson Kill, David Austern, Baker, Bilzin, Beveridge, Blackstone, BMC, Buchanan, Campbell, Caplin, Capstone, Casner, Charter, Conway, Deloitte and Deloitte Tax (4.9); draft detailed spreadsheet with all researched information in preparation for drafting prior period paragraphs (1.3). | 7.70 | 1,078.00 |
|  | JAW | continued detailed review of BMC Group August 2010 fee application (0.7); draft summary of same (0.1) | 0.80 | 122.00 |

W.R. Grace & Co.           Page   13

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 3/31/2011 | BSR | detailed review of Day Pitney's Oct., Nov., and Dec. 2010 monthly fee applications and fee summaries re same | 0.10 | 26.50 |
| | BSR | detailed review of Casner & Edwards' 39th interim fee application and monthly fee applications, as well as fee summaries re same | 0.30 | 79.50 |
| | BSR | detailed review of Caplin & Drysdale's 39th interim fee application, monthly fee applications, and fee summaries re same | 0.20 | 53.00 |
| | BSR | detailed review of Campbell & Levine's 39th interim fee application and monthly fee applications, as well as fee summaries re same | 0.20 | 53.00 |
| | **For professional services rendered** | | **277.60** | **$33,256.50** |

Additional Charges :

| | | |
|---|---|---:|
| 3/31/2011 | PACER Charges | 42.24 |
| | Third party copies & document prep/setup. | 177.41 |
| | Copying cost | 16.00 |
| | **Total additional charges** | **$235.65** |
| | **Total amount of this bill** | **$33,492.15** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Anthony Lopez | 82.60 | 45.00 | $3,717.00 |
| Bobbi S. Ruhlander | 12.40 | 265.00 | $3,286.00 |
| James A. Wehrmann | 50.20 | 152.50 | $7,655.50 |
| Melanie White | 132.00 | 140.00 | $18,480.00 |
| Warren H Smith | 0.40 | 295.00 | $118.00 |