EXHIBIT A

PHILLIPS, GOLDMAN & SPENCE, P.A.

INVOICES BY TIME AND INDIVIDUAL

FOR THE TIME PERIOD
DECEMBER 1, 2011 THROUGH
DECEMBER 31, 2011

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE 19806
(302) 655-4200
EI #: 51-0328786

January 20, 2012

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC  20007--5135

File    WRG-AUS/JCP
Invoice number    101311

Re:  W. R. Grace & Co.
     David T. Austern
Case No.:  01-01139 (RLB)

|  |  |
|---|---|
| Subtotal for FEES only: 12/31/11 | $4,571.50 |
| Subtotal for COSTS only: 12/31/11 | $3,144.40 |
| CURRENT PERIOD FEES AND COSTS: 12/31/11 | $7,715.90 |

*************************************************************

Please send remittance copy with payment.  Thank you.

*************************************************************

Page  2

January 20, 2012

Orrick, Herrington & Sutcliffe, LLP

                                          File   WRG-AUS/JCP
                                    Invoice number   101311

Re:  W. R. Grace & Co.
     David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| FEE/EMPLOYMENT APPLICATIONS | 16.0 | 3,508.00 |
| CASE ADMINISTRATION | 0.5 | 113.50 |
| LITIGATION | 2.0 | 950.00 |
| Subtotal for FEES only: 12/31/11 | 18.5 | $4,571.50 |

| RATE | SUMM | | HOURS | | | |
|---|---|---|---|---|---|---|
| 475.00 | JCP | 4.90 | 4.90 | 2,327.50 | 0.00 | 0.00 |
| 165.00 | CAH | 13.60 | 13.60 | 2,244.00 | 0.00 | 0.00 |
| Totals | | 18.50 | 18.50 | 4,571.50 | 0.00 | 0.00 |

```
Sorts:   Grouping code              (Paginate)
         Client code
         Actual employee code       (Subtotal)
         Transaction date

Ranges:
   Include "Client code" from WRG to WRG
   Exclude "Billable $" from 0.00 to 0.00
   Include "Invoice Number" from 101311 to 101311
```

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | CASE ADMINISTRATION | CAH | 12/06/11 | Update 2002 list based on returned mail. | 0.30 | 49.50 | Ca |
| WRG | CASE ADMINISTRATION | CAH | 12/13/11 | Update docket to system. | 0.10 | 16.50 | |
| | | | | | ----- | ------ | |
| | | | | | 0.40 | 66.00 | |
| | | | | | ----- | ------ | |
| WRG | CASE ADMINISTRATION | JCP | 12/20/11 | Review of Debtors' Motion to Amend Post-Petition Letter of Credit Facility Agreement. | 0.10 | 47.50 | |
| | | | | | ----- | ------ | |
| | | | | | 0.10 | 47.50 | |
| | | | | | ----- | ------- | |
| | | | | | 0.50 | 113.50 | |
| | | | | | ----- | ------- | |

Total records this group:   3

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 12/08/11 | Review of Garlock's Emergency Motion to Expedite Appeal and Bypass Appellate Mediation re: denial of Garlock's request for 2019 Exhibits with Exhibits (.7); review of Garlock's Motion to Consolidate Appeals (.4). | 1.10 | 522.50 | Li |
| WRG | LITIGATION | JCP | 12/12/11 | Review of ECF Notification re: Answering Brief due date in Garlock appeal. | 0.10 | 47.50 | |
| WRG | LITIGATION | JCP | 12/13/11 | Review of Agenda for 12/19/11 Hearing; e-mail to and e-mail from paralegal re: registering John C. Phillips, Jr. for Court Call participation. | 0.20 | 95.00 | |
| WRG | LITIGATION | JCP | 12/14/11 | Review of Asbestos Claimants Committee's Response to Garlock's Emergency Motion to Expedite Briefing and By-Pass Mediation on Garlock's Appeal; review of Certain Appellee Plaintiffs' Lawfirms' Response to Garlock's Motion; review of Certain Other Plaintiffs' Lawfirms' Response to Garlock's Motion. | 0.40 | 190.00 | |
| WRG | LITIGATION | JCP | 12/20/11 | Review of Garlock's Reply Brief in support of Motion to Consolidate Appeals, Expedite Briefing and Bypass Mediation. | 0.10 | 47.50 | |
| WRG | LITIGATION | JCP | 12/27/11 | Review of miscellaneous pleadings. | 0.10 | 47.50 | |
| | | | | | 2.00 | 950.00 | |
| | | | | | 2.00 | 950.00 | |

Total records this group:  6

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/02/11 | Scan file and serve Certificate of No Objection for Phillips, Goldman & Spence January, February and March 2011 Fee Applications. | 0.60 | 99.00 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/02/11 | Draft Certificates of No Objection for Phillips, Goldman & Spence 8th Quarterly Fee Applications and Certificates of Service for Phillips, Goldman & Spence Quarterly Fee Applications. | 1.50 | 247.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/02/11 | Draft Certificate of No Objection for Phillips, Goldman & Spence April, May and June Fee Applications. | 0.50 | 82.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/02/11 | Draft Certificate of No Objection for Phillips, Goldman & Spence July, August and September Fee Applications. | 0.50 | 82.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/05/11 | Update fee chart and conference with John C. Phillips, Jr. re: payments. | 0.60 | 99.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/05/11 | Scan file, label and serve Certificate of No Objection for Phillips, Goldman & Spence April, May, June, July, August and September 2011 Monthly Fee Applications and serve same. | 1.10 | 181.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/05/11 | Review of Fee Application report form Fee Examiner. | 0.10 | 16.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/06/11 | Scan file, label and serve Certificates of No Objection for 22nd through 29th (8 total) Quarterly Fee Applications for Phillips, Goldman & Spence and file the Certification of Counsel for the 29th Quarterly Fee Application for Phillips, Goldman & Spence. | 1.30 | 214.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/09/11 | Reconcile payment to invoices. | 0.50 | 82.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/09/11 | E-mail to Chris at W.R. Grace re: outstanding invoices. | 0.10 | 16.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/12/11 | Review of e-mails from D. Fullem and respond to same re: filing and timing of Austern Fee Applications. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/12/11 | Download and file Austern's August, September and October 2011 Fee Applications. | 0.60 | 99.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/13/11 | Draft Certificate of No Objection for Phillips, Goldman & Spence October Fee Application | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/13/11 | Begin draft Phillips, Goldman & Spence November Fee Application. | 0.50 | 82.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/14/11 | E-mail to W.R. Grace AP Audit re: payment of fees. | 0.10 | 16.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/14/11 | Complete Monthly Fee Application for Phillips, Goldman & Spence for November 2011 and update Table of Fee Applications filed. | 0.70 | 115.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/15/11 | Reconcile payment to invoices and e-mail to AP Department re: missing payments. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/16/11 | Reconcile payments to invoices. | 0.20 | 33.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/16/11 | Download and file Orrick's Certificate of No Objection for its October Fee Application and e-mail to D. Fullem. | 0.30 | 49.50 | |

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/19/11 | Reconcile payments to invoices and phone conference with Jason at W.R. Grace re: payment for earlier Application (.6); conference with Lora L. Burris re: same and report to John C. Phillips, Jr. (.3). | 0.90 | 148.50 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/20/11 | Update Fee Chart adding payments received. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/20/11 | Review and respond to e-mail from D. Fullem; download July through October Fee Applications for Lincoln and begin to file; note deadline wrong and e-mail to D. Fullem. | 0.50 | 82.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/20/11 | Phone conference with D. Fullem re: downloading Lincoln July through October changes to Fee Applications and file same. | 0.60 | 99.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/22/11 | Respond to e-mail from D. Fullem and download Austern's and Orrick's December Fee Applications. | 0.20 | 33.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/23/11 | File and serve Phillips, Goldman & Spence November Fee Application. | 0.20 | 33.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/23/11 | File and e-mail docket numbers to D. Fullem for Austern's and Orrick's November Fee Applications. | 0.40 | 66.00 | |
| | | | | | 13.20 | 2,178.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 12/01/11 | Review of, revise and execute Certificate of No Objection re: 80th Monthly Fee Application; review of, revise and execute Certificate of No Objection re: 81st Monthly Fee Application; review of, revise and execute Certificate of No Objection re: 82nd Monthly Fee Application; conference with Celeste A. Hartman re: same. | 0.30 | 142.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 12/02/11 | Review of Fee Auditor's Amended Combined Final Report for 41st Interim Period. | 0.10 | 47.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 12/05/11 | Review of, revise and execute Certificate of No Objection re: 83rd Monthly Fee Application (.1); review of, revise and execute Certificate of No Objection re: 84th Monthly Fee Application (.1); review of, revise and execute Certificate of No Objection re: 85th Monthly Fee Application (.1); review of, revise and execute Certificate of No Objection re: 86th Monthly Fee Application (.1); review of, revise and execute Certificate of No Objection re: 87th Monthly Fee Application (.1); review of, revise and execute Certificate of No Objection re: 88th Monthly Fee Application (.1); conference with Celeste A. Hartman re: same (.1). | 0.70 | 332.50 | |

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 12/06/11 | Review of, revise and execute Certificate of No Objection re: Phillips, Goldman & Spence 22nd Quarterly Fee Application (.1); review of, revise and execute Certificate of No Objection re: Phillips, Goldman & Spence 23rd Quarterly Fee Application (.1); review of, revise and execute Certificate of No Objection re: Phillips, Goldman & Spence 24th Quarterly Fee Application (.1); review of, revise and execute Certificate of No Objection re: Phillips, Goldman & Spence 25th Quarterly Fee Application (.1); review of, revise and execute Certificate of No Objection re: Phillips, Goldman & Spence 26th Quarterly Fee Application (.1); review of, revise and execute Certificate of No Objection re: Phillips, Goldman & Spence 27th Quarterly Fee Application (.1); review of, revise and execute Certificate of No Objection re: Phillips, Goldman & Spence 28th Quarterly Fee Application (.1); review of, revise and execute Certificate of No Objection re: Phillips, Goldman & Spence 29th Quarterly Fee Application (.1); review of, revise and execute Certificate of No Objection re: Phillips, Goldman & Spence 30th Quarterly Fee Application (.1); conference with Celeste A. Hartman re: same (.1). | 1.00 | 475.00 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 12/10/11 | Review of and revise November 2011 pre-bill. | 0.20 | 95.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 12/12/11 | Review of Fee Auditor's 41st Interim Fee Report. | 0.10 | 47.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 12/13/11 | Review of and execute Certificate of No Objection re: Phillips, Goldman & Spence 89th Monthly Fee Application; conference with Celeste A. Hartman re: same. | 0.10 | 47.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 12/20/11 | Review of, revise and execute Phillips, Goldman & Spence November 2011 (90th) Monthly Fee Application; conference with Celeste A. Hartman re: same. | 0.30 | 142.50 | |
| | | | | | 2.80 | 1,330.00 | |
| | | | | | 16.00 | 3,508.00 | |
| Total records this group: 34 | | | | | | | |
| | | | | | 18.50 | 4,571.50 | |

43 records printed.