# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

## EXPENSE RECORDS

## FOR THE TIME PERIOD
## DECEMBER 1, 2011 THROUGH
## DECEMBER 31, 2011

Phillips, Goldman & Spence, P.A.

Page  2

January 20, 2012

Orrick, Herrington & Sutcliffe, LLP

File  WRG-AUS/JCP
Invoice number  101311

Re: W. R. Grace & Co.
    David T. Austern

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 11/21/11 | Photocopies | 41.00 |
| 12/01/11 | Long distance phone charges | 2.85 |
| 12/02/11 | Check No.: 47490 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 763.87 |
| 12/07/11 | Check No.: 47528 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 1,605.84 |
| 12/28/11 | Check No.: 47669 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 730.84 |
| | Subtotal for COSTS only: 12/31/11 | $3,144.40 |