# EXHIBIT A



# The Hogan Firm

1311 Delaware Avenue

Wilmington, DE 19806

(302) 656 7540

EIN 51-0352711

---

**Canadian ZAI Claimants**  **Date:** 12/1/2011
**c/o Lauzon Belanger Lesperance**  **File Number:** ZAI/WRG 060124-01
Attention: Careen Hannouche  **Invoice Number:** 19495
286 rue Street
Paul Quest bureau 100 Montreal QC H2Y 2A3

**Re:** Canadian Zonolite Claimants
WRGrace Chapter 11 Bankruptcy
Our File No. 060124-01

---

| Date | Initials | Description of Service | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/01/2011 | DKH | E-mail correspondence from David Thompson concerning the fee auditor's combined final report regarding applications for the 41st interim period (April-June 2011) for which there are de minimis or no objections. | 0.10 | 400.00 | 40.00 |
| 11/01/2011 | DKH | E-mail correspondence with Careen Hannouche concerning the fee auditor's combined final report regarding applications for the 41st interim period (April-June 2011) for which there are de minimis or no objections. | 0.10 | 400.00 | 40.00 |
| 11/01/2011 | DKH | E-mail correspondence with 'David Thompson' transmitting the fee auditor's combined final report regarding applications for the 41st interim period (April-June 2011) for which there are de minimis or no objections. | 0.20 | 400.00 | 80.00 |
| 11/03/2011 | KEH | E-mail correspondence from Grace Accounts Payable transmitting Remittance Advice regarding wire in the amount of $12,361.16 for THF's August 2011 fee application; review same and post to spreadsheet. | 0.30 | 190.00 | 57.00 |
| 11/04/2011 | KEH | E-mail correspondence to/from DKHogan regarding confirmation of wire from WRGrace for THF's August 2011 fee application prepare check for transmittal of funds to Scarfone Hawkins LLP - mail same. | 0.40 | 190.00 | 76.00 |
| 11/10/2011 | KEH | Enter project codes and prepare breakdown of project categories for Lauzon Belanger Lesperance's September time/expense statement. | 0.40 | 190.00 | 76.00 |
| 11/10/2011 | KEH | Enter project codes on Scarfone Hawkins' time/expense statement for September 2011; meet w/Lauren Campbell regarding calculation breakdowns into categories. | 0.30 | 190.00 | 57.00 |
| 11/10/2011 | KEH | Enter project codes on The Hogan Firm's time/expense statement for September 2011; meet w/Lauren Campbell regarding calculation breakdowns into categories. | 0.50 | 190.00 | 95.00 |
| 11/10/2011 | LNC | Prepare breakdown of project categories for Scarfone Hawkins' September time/expense statement. | 0.60 | 190.00 | 114.00 |
| 11/10/2011 | LNC | Prepare breakdown of project categories for The Hogan Firm's September time/expense statement. | 0.70 | 190.00 | 133.00 |

| 12/1/2011 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | | Page:2 |
|---|---|---|---|---|---|---|
| 11/11/2011 | KEH | | E-mail correspondence from Careen Hannouche regarding receipt of payment in the amount of $907.74 on November 4th for LBL's August 2011 fee application; post same to spreadsheet. | 0.20 | 190.00 | 38.00 |
| 11/11/2011 | KEH | | E-mail correspondence from Cindy Yates approving changes made to SH's September time/expense statement. | 0.10 | 190.00 | 19.00 |
| 11/11/2011 | KEH | | E-mail correspondence from Cindy Yates with confirmation of payment in the amount of $6,038.59 from WRG for SH's August 2011 fee application; post same to spreadsheet. | 0.20 | 190.00 | 38.00 |
| 11/11/2011 | KEH | | E-mail correspondence to Careen Hannouche & Cindy Yates regarding payment from WRG for August fee application. | 0.10 | 190.00 | 19.00 |
| 11/11/2011 | KEH | | E-mail correspondence to Careen Hannouche transmitting the 19th monthly fee application of Lauzon Belanger Lesperance for the period September 1, through September 30, 2011, for review - along with certification for execution. | 0.20 | 190.00 | 38.00 |
| 11/11/2011 | KEH | | E-mail correspondence to Cindy Yates transmitting the 19th monthly fee application of Scarfone Hawkins for the period September 1, through September 30, 2011, for review and certification to be executed by David Thompson. | 0.20 | 190.00 | 38.00 |
| 11/11/2011 | DKH | | E-mail correspondence with Careen Hannouche regarding changes to the19th Monthly Fee application. | 0.20 | 400.00 | 80.00 |
| 11/11/2011 | KEH | | E-mail correspondence with Careen Hannouche regarding their review of the 19th Monthly Fee application and have no changes to request - need certification changed to Michel Bélanger's name; revise same. | 0.40 | 190.00 | 76.00 |
| 11/11/2011 | KEH | | E-mail to Careen Hannouche and Michel Belanger transmitting revised certification for the 19th monthly fee application. | 0.10 | 190.00 | 19.00 |
| 11/11/2011 | KEH | | Meeting with DKHogan for review of 19th monthly fee applications; revise per instructions. | 0.40 | 190.00 | 76.00 |
| 11/11/2011 | KEH | | Prepare 19th monthly fee application of Lauzon Belanger Lesperance for the period September 1, through September 30, 2011. | 0.60 | 190.00 | 114.00 |
| 11/11/2011 | KEH | | Prepare 19th monthly fee application of Scarfone Hawkins for the period September 1, through September 30, 2011. | 0.80 | 190.00 | 152.00 |
| 11/11/2011 | KEH | | Prepare 19th Monthly fee application of The Hogan Firm for the period September 1, through September 30, 2011. | 1.10 | 190.00 | 209.00 |
| 11/11/2011 | KEH | | Review of SH's time/expense summary for Sept. 2011; E-mail correspondence with Cindy Yates at Scarfone Hawkins transmitting revised time/expense statement for September 2011 - errors found in Disbursements Summary. | 0.40 | 190.00 | 76.00 |
| 11/11/2011 | DKH | | Reviewed and revised LBL's 19th Monthly Fee Application. | 0.70 | 400.00 | 280.00 |
| 11/11/2011 | DKH | | Reviewed and revised SH's 19th Monthly Fee Application. | 0.60 | 400.00 | 240.00 |
| 11/11/2011 | DKH | | Reviewed and revised SH's fee application, addressing errors in the Disbursements Summary. | 0.40 | 400.00 | 160.00 |
| 11/11/2011 | DKH | | Reviewed revised certification of Michel Belanger for the 19th Monthly Fee application. | 0.20 | 400.00 | 80.00 |
| 11/11/2011 | DKH | | Reviewed spreadsheet of fee applications for determinations required for quarterly fee applications. | 0.40 | 400.00 | 160.00 |
| 11/11/2011 | KEH | | Revise LBL's time/expense statement to include Rate and Amount for each entry. | 0.20 | 190.00 | 38.00 |
| 11/14/2011 | DKH | | E-mail correspondence Cindy Yates transmitting the Certification duly executed by David Thompson.  Reviewed same. | 0.20 | 400.00 | 80.00 |
| 11/14/2011 | KEH | | E-mail correspondence from Cindy Yates transmitting Certification duly executed by David Thompson regarding the 19th monthly fee application of Scarfone Hawkins; save to file as exhibit. | 0.30 | 190.00 | 57.00 |
| 11/14/2011 | KEH | | E-mail correspondence from Info-LBLavocats transmitting Certification duly executed by Michel Belanger regarding the 19th monthly application of Lauzon Belanger Lesperance; save to file as exhibit. | 0.30 | 190.00 | 57.00 |

| 12/1/2011 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | | Page:3 |
|---|---|---|---|---|---|---|
| 11/14/2011 | KEH | | E-mail correspondence to Fee Auditor transmitting, in Word format,  the Nineteenth Monthly Application of Lauzon Bélanger Lespérance as Special Counsel for the Canadian ZAI Claimants, Docket No. 27940. | 0.20 | 190.00 | 38.00 |
| 11/14/2011 | KEH | | E-mail correspondence to Fee Auditor transmitting, in Word format,  the Nineteenth Monthly Application of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants, Docket No. 27939. | 0.20 | 190.00 | 38.00 |
| 11/14/2011 | KEH | | E-mail correspondence to Fee Auditor transmitting, in Word format, the Nineteenth Monthly Application of The Hogan Firm as Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants, Docket No. 27938 | 0.20 | 190.00 | 38.00 |
| 11/14/2011 | KEH | | E-mail correspondence to IKON Office Solutions transmitting the Nineteenth Monthly Applications of The Hogan Firm, Lauzon Bélanger Lespérance and Scarfone Hawkins, LLP, for hand delivery to the Office of the U.S. Trustee. | 0.20 | 190.00 | 38.00 |
| 11/14/2011 | KEH | | E-mail correspondence to Service Parties transmitting the Nineteenth Monthly Application of Lauzon Bélanger Lespérance,  Docket No. 27940 | 0.20 | 190.00 | 38.00 |
| 11/14/2011 | KEH | | E-mail correspondence to Service Parties transmitting the Nineteenth Monthly Application of Scarfone Hawkins LLP, Docket No. 27939. | 0.20 | 190.00 | 38.00 |
| 11/14/2011 | KEH | | E-mail correspondence to Service Parties transmitting the Nineteenth Monthly Application of The Hogan Firm, Docket No. 27938. | 0.20 | 190.00 | 38.00 |
| 11/14/2011 | DKH | | E-mail correspondence with dummail@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation (Nineteenth) of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period September 2, 2011, to September 30, 2011. Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 11/14/2011 | DKH | | E-mail correspondence with dummail@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation (Nineteenth) of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period September 1, 2011, to September 30, 2011. Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 11/14/2011 | DKH | | E-mail correspondence with dummail@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation (Nineteenth) of Scafone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period September 1, 2011, to September 30, 2011. Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 11/14/2011 | KEH | | Prepare for and electronically file the 19th monthly fee application of Lauzon Belanger Lesperance for the period September 1, through September 30, 2011. | 0.50 | 190.00 | 95.00 |
| 11/14/2011 | KEH | | Prepare for and electronically file the 19th monthly fee application of Scarfone Hawkins for the period September 1, through September 30, 2011. | 0.50 | 190.00 | 95.00 |
| 11/14/2011 | KEH | | Prepare for and electronically file the 19th monthly fee application of The Hogan Firm for the period September 1, through September 30, 2011. | 0.50 | 190.00 | 95.00 |
| 11/14/2011 | DKH | | Reviewed and revised Monthly Application for Compensation (Nineteenth) of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period September 1, 2011, to September 30, 2011. | 0.60 | 400.00 | 240.00 |
| 11/14/2011 | DKH | | Reviewed and revised Monthly Application for Compensation (Nineteenth) of Scafone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period September 1, 2011, to September 30, 2011. | 0.80 | 400.00 | 320.00 |
| 11/14/2011 | DKH | | Reviewed and revised the Monthly Application for Compensation (Nineteenth) of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period September 2, 2011, to September 30, 2011. | 0.90 | 400.00 | 360.00 |

| | | | | | |
|---|---|---|---|---|---|
| 12/1/2011 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants c/o Lauzon Belanger Lesperance | | Page:4 |
| 11/15/2011 | DKH | | E-mail correspondence with dummail@deb.uscourts.gov. Retrieved and reviewed Notice of Agenda of Matters Scheduled for Hearing Filed by W.R. Grace & Co., et al.. Hearing scheduled for 11/28/2011 at 09:00 AM. | 0.30  400.00 | 120.00 |
| 11/15/2011 | DKH | | E-mail correspondence with dummail@deb.uscourts.gov. Reviewed Certification of Counsel Regarding Order: (A) Approving the Form of Asset Sale Agreement; (B) Authorizing the Sale of Certain Vermiculite Assets Free and Clear of all Liens, Claims, Encumbrances and Other Interests; (C) Authorizing the Assumption and Assignment of Executory Contracts; and (D) Approving Procedures for Noticing and Determining Cure Amounts. (related document(s)[27771]) Filed by W.R. Grace & Co. | 0.60  400.00 | 240.00 |
| 11/15/2011 | DKH | | E-mail correspondence with dummail@deb.uscourts.gov. Reviewed Certification of Counsel Regarding Order: (I) Approving Agreement; (II) Authorizing, but not Directing the Debtors to Merge Certain Non-Operating Debtor Subsidiaries into W R Grace & Co.-Conn.; (III) Expunging Certain Active Claims, Conditionally Expunged Claims and Intercompany Claims; and (IV) Transferring Certain Active and Intercompany Claims to W R Grace & Co.-Conn. (related document(s) [27769]) Filed by W.R. Grace & Co. | 0.50  400.00 | 200.00 |
| 11/16/2011 | KEH | | E-mail correspondence from Lauren Campbell transmitting Notice of Agenda for Grace hearing on November 28th - review and save to file. | 0.20  190.00 | 38.00 |
| 11/16/2011 | KEH | | E-mail correspondence with Daniel Hogan regarding Grace hearing on November 28th. | 0.10  190.00 | 19.00 |
| 11/16/2011 | KEH | | Review docket for 2012 Omnibus Hearing Dates - no Omnibus scheduling order entered for 2012. | 0.20  190.00 | 38.00 |
| 11/17/2011 | KEH | | E-mail correspondence from Careen Hannouche confirming 1994 and Michel Belanger's service date; revise same on LBL application. | 0.30  190.00 | 57.00 |
| 11/17/2011 | DKH | | E-mail correspondence from Cindy Yates transmitting Certification executed by David Thompson. Reviewed same. | 0.20  400.00 | 80.00 |
| 11/17/2011 | KEH | | E-mail correspondence to Cindy Yates transmitting Scarfone Hawkins' 7th Quarterly fee application for the period July 1, 2011, through September 30, 2011, along with certification for David Thompson's execution. | 0.20  190.00 | 38.00 |
| 11/17/2011 | KEH | | E-mail correspondence with Careen Hannouche regarding discrepancy in Michel Belanger's service year on applications. | 0.20  190.00 | 38.00 |
| 11/17/2011 | DKH | | E-mail correspondence with ded_ecf@ded.uscourts.gov. Retrieved and reviewed STATEMENT OF ISSUES AND DESIGNATION OF RECORD on Appeal filed by Garlock Sealing Technologies LLC. | 0.40  400.00 | 160.00 |
| 11/17/2011 | DKH | | E-mail correspondence with ded_ecf@ded.uscourts.gov. Reviewed DESIGNATION OF RECORD on Appeal filed by Official Committees of Asbestos Claimants in the Flintkote Grace Narco and Pittsburgh Corning Bankruptcies. | 0.30  400.00 | 120.00 |
| 11/17/2011 | DKH | | E-mail correspondence with ded_ecf@ded.uscourts.gov. Reviewed Notice of APPEAL FROM BANKRUPTCY COURT appealing the Order entered on 10/7/11 by Judge Fitzgerald in Bankruptcy case number 01-1139. Fee Status Paid.- filed by Garlock Sealing Technologies LLC. | 0.50  400.00 | 200.00 |
| 11/17/2011 | DKH | | E-mail correspondence with ded_ecf@ded.uscourts.gov. Reviewed DESIGNATION OF RECORD on Appeal filed by Bergman Draper & Frockt, Bifferato LLC, Cooney & Conway, Early Lucarelli Sweeney & Strauss, Gori Julian & Associates PC, Kazan McClain Lyons Greenwood & Harley, Lipsitz & Ponterio LLC, Montgomery McCracken Walker & Rhoades LLP, Simmons Browder Gianaris Angelides & Barnerd LLC, Waters & Kraus LLP. | 0.30  400.00 | 120.00 |
| 11/17/2011 | KEH | | Email to Careen Hannouche transmitting LBL's 7th Quarterly fee application for the period July 1, 2011, through September 30, 2011, for review execution of certification (prepared cert for Hannouche and Belanger). | 0.20  190.00 | 38.00 |

| 12/1/2011 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | | Page:5 |
|---|---|---|---|---|---|---|
| 11/17/2011 | KEH | | Meeting with DKHogan regarding 7th Quarterly Fee Applications. | 0.40 | 190.00 | 76.00 |
| 11/17/2011 | KEH | | Preparation of LBL's 7th Quarterly fee application for the period July 1, 2011, through September 30, 2011. | 1.90 | 190.00 | 361.00 |
| 11/17/2011 | KEH | | Preparation of Scarfone Hawkins' 7th Quarterly fee application for the period July 1, 2011, through September 30, 2011. | 2.80 | 190.00 | 532.00 |
| 11/17/2011 | DKH | | Reviewed and revised LBL 6th Quarterly Application. | 1.60 | 400.00 | 640.00 |
| 11/17/2011 | DKH | | Reviewed and revised Scarfone Hawkins 6th Quarterly Fee Application . | 1.40 | 400.00 | 560.00 |
| 11/17/2011 | DKH | | Reviewed and revised The Hogan Firm's 6th Quarterly Fee Application . | 1.60 | 400.00 | 640.00 |
| 11/17/2011 | KEH | | Scan and prepare Daniel Hogan's certification for 7th quarterly fee application as exhibit. | 0.20 | 190.00 | 38.00 |
| 11/18/2011 | KEH | | E-mail correspondence from Careen Hannouche regarding the certification for LBL's Seventh Quarterly Application. | 0.10 | 190.00 | 19.00 |
| 11/18/2011 | KEH | | E-mail correspondence to Careen Hannouche and Michel Belanger - will file LBL's application on Monday if certification is received. | 0.10 | 190.00 | 19.00 |
| 11/18/2011 | KEH | | E-mail correspondence to Careen Hannouche regarding the certification needed for filing of the 7th quarterly application for LBL. | 0.10 | 190.00 | 19.00 |
| 11/18/2011 | KEH | | E-mail correspondence to Fee Auditor transmitting, in Word format, the Seventh Quarterly Application of Scarfone Hawkins as Special Counsel for the Canadian ZAI Claimants, Docket No. 28001. | 0.20 | 190.00 | 38.00 |
| 11/18/2011 | KEH | | E-mail correspondence to Fee Auditor transmitting, in Word format, the Seventh Quarterly Application of The Hogan Firm as counsel to Special Counsel for the Canadian ZAI Claimants, Docket No. 28000. | 0.20 | 190.00 | 38.00 |
| 11/18/2011 | KEH | | E-mail correspondence to Michel Belanger and Careen Hannouche regarding the certification needed for filing of the 7th quarterly application for LBL. | 0.10 | 190.00 | 19.00 |
| 11/18/2011 | KEH | | E-mail correspondence to Service Parties transmitting the 7th Quarterly Application for Compensation of Scarfone Hawkins, for the Period July 1, 2011, through September 30, 2011, Docket No. 28001. | 0.20 | 190.00 | 38.00 |
| 11/18/2011 | KEH | | E-mail correspondence to Service Parties transmitting the Seventh Quarterly Application for Compensation of The Hogan Firm, for the Period July 1, 2011, through September 30, 2011, Docket No. 28000. | 0.20 | 190.00 | 38.00 |
| 11/18/2011 | DKH | | E-mail correspondence with dummail@deb.uscourts.gov. Reviewed receipt for efiling of Quarterly Application for Compensation (Seventh) of Scarfone Hawkins for Compensation for Services Rendered and Reimbursement of Expenses for the period July 1, 2011, to September 30, 2011. Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 11/18/2011 | DKH | | E-mail correspondence with dummail@deb.uscourts.gov. Reviewed receipt for efiling of Quarterly Application for Compensation (Seventh) of The Hogan Firm for Compensation for Services Rendered and Reimbursement of Expenses for the period July 1, 2011, to September 30, 2011. Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 11/18/2011 | KEH | | E-mail correspondence with IKON Office Solutions transmitting the Notice of Seventh Quarterly Application of Scarfone Hawkins to be served upon all parties on the 2002 Service List. | 0.20 | 190.00 | 38.00 |
| 11/18/2011 | KEH | | E-mail correspondence with IKON Office Solutions transmitting the Notice of Seventh Quarterly Application of The Hogan Firm to be served upon all parties on the 2002 Service List. | 0.20 | 190.00 | 38.00 |
| 11/18/2011 | KEH | | Meeting with Daniel Hogan regarding the status of filing of 7th quarterly applications - THF & SH are filed - LBL's will be filed on Monday. | 0.20 | 190.00 | 38.00 |

| 12/1/2011 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | | Page:6 |
|---|---|---|---|---|---|---|
| 11/18/2011 | KEH | | Prepare for and electronically file the Seventh Quarterly Application of Scarfone Hawkins as counsel to Special Counsel for the Canadian ZAI Claimants for the period July 1, 2011, through September 30, 2011. | 0.50 | 190.00 | 95.00 |
| 11/18/2011 | KEH | | Prepare for and electronically file the Seventh Quarterly Application of The Hogan Firm as counsel to Special Counsel for the Canadian ZAI Claimants for the period July 1, 2011, through September 30, 2011. | 0.70 | 190.00 | 133.00 |
| 11/18/2011 | DKH | | Reviewed service documentation for 6th Quarterly Fee applications. | 0.40 | 400.00 | 160.00 |
| 11/19/2011 | KEH | | E-mail correspondence from Johanne Bégin transmitting executed certification for LBL's 7th quarterly fee application; save to file as exhibit. | 0.30 | 190.00 | 57.00 |
| 11/19/2011 | DKH | | E-mail correspondence from LBL transmitting the certification for lauzon's 6th Quarterly fee application. Reviewed same. | 0.30 | 400.00 | 120.00 |
| 11/21/2011 | LNC | | Change dates on 7th quarterly fee application for LBL and prepare for filing. | 0.50 | 190.00 | 95.00 |
| 11/21/2011 | LNC | | Copied 7th quarterly fee applications and prepared mailing to Fee Auditor and Debtors. | 0.30 | 190.00 | 57.00 |
| 11/21/2011 | LNC | | E-mail correspondence to Fee Auditor transmitting, in Word format, the Seventh Quarterly Application of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants, Docket No. 28005. | 0.20 | 190.00 | 38.00 |
| 11/21/2011 | LNC | | E-mail correspondence to IKON Office Solutions transmitting Notice of Seventh Quarterly Application of Lauzon Belanger Lesperance for service upon all parties on 2002 Service List. | 0.20 | 190.00 | 38.00 |
| 11/21/2011 | LNC | | E-mail correspondence to Service Parties transmitting the Seventh Quarterly Application for Compensation of Lauzon Belanger Lesperance, for the Period July 1, 2011, through September 30, 2011. | 0.20 | 190.00 | 38.00 |
| 11/21/2011 | DKH | | E-mail correspondence with dummail@deb.uscourts.gov. Reviewed Order (MODIFIED) (I) Approving Agreement; (II) Authorizing, but not Directing, Debtors to Merge Certain Non-Operating Debtor Subsidiaries into W.R. Grace & Co.-Conn.; (III) Expunging Certain Active Claims, Conditionally Expunged Claims and Intercompany Claims; and (IV) Transferring Certain Active and Intercompany Claims to W.R. Grace & Co.-Conn. | 0.40 | 400.00 | 160.00 |
| 11/21/2011 | DKH | | E-mail correspondence with dummail@deb.uscourts.gov. Reviewed receipt for efiling of Quarterly Application for Compensation (Seventh) of Lauzon Belanger Lesperance for Compensation for Services Rendered and Reimbursement of Expenses for the period July 1, 2011 to September 30, 2011 Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 11/21/2011 | DKH | | E-mail correspondence with dummail@deb.uscourts.gov. Retrieved and reviewed Order (FOURTH AMENDED) Authorizing Debtors to Employ and Compensate Certain Professionals Utilized in the Ordinary Course of the Debtors' Businesses. | 0.40 | 400.00 | 160.00 |
| 11/21/2011 | DKH | | E-mail correspondence with dummail@deb.uscourts.gov. Reviewed Order (A) Approving Form of Asset Sale Agreement; (B) Authorizing Sale of Certain Vermiculite Assets Free and Clear of all Liens, Claims, Encumbrances and Other Interests; (C) Authorizing Assumption and Assignment of Executory Contracts; and (D) Approving Procedures for Noticing and Determining Cure Amounts (Related Doc # [27771], Exhibits at Doc #[27972]) Order Signed on 11/21/2011. | 0.40 | 400.00 | 160.00 |
| 11/21/2011 | LNC | | Prepare for and electronically file the 7th Quarterly Fee Application for Scarfone Hawkins for the Period July 1, 2011, through September 30, 2011. | 0.50 | 190.00 | 95.00 |
| 11/21/2011 | DKH | | Reviewed revised Quarterly Application for Compensation (Seventh) of Lauzon Belanger Lesperance for Compensation for Services Rendered and Reimbursement of Expenses for the period July 1, 2011 to September 30, 2011. | 0.50 | 400.00 | 200.00 |

| 12/1/2011 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | | Page:7 |
|---|---|---|---|---|---|---|
| 11/22/2011 | DKH | | E-mail correspondence with dummail@deb.uscourts.gov. Reviewed Amended Notice of Agenda of Matters Scheduled for Hearing (related document(s)[27975]) Filed by W.R. Grace & Co., et al.. Hearing scheduled for 11/28/2011 at 09:00 AM. | 0.30 | 400.00 | 120.00 |
| 11/28/2011 | KEH | | E-mail correspondence from Careen Hannouche transmitting LBL's time summary for October 2011 - also proof of disbursements (the invoice is addressed to Scarfone Hawkins but Lauzon Bélanger Lespérance has already paid half of the billed fee); review save to file. | 0.30 | 190.00 | 57.00 |
| 11/28/2011 | DKH | | E-mail correspondence with Careen Hannouche transmitting LBL time summary and proof of disbursements for October 2011. Reviewed same. | 0.50 | 400.00 | 200.00 |
| 11/28/2011 | KEH | | E-mail correspondence with Gabrielle Palagruto regarding WRGrace Agenda; review same a save to file. | 0.20 | 190.00 | 38.00 |
| 11/28/2011 | KEH | | Review invoices and e-mail correspondence with James Luckey at IKON regarding discrepancy in billing for service 7th quarterly fee applications - overbilled; received corrected invoices. | 0.40 | 190.00 | 76.00 |
| 11/28/2011 | KEH | | Revise LBL's time summary for October 2011, i.e., rates and amounts. | 0.30 | 190.00 | 57.00 |
| 11/30/2011 | LNC | | Calculation for project codes on The Hogan Firm's October 2011 time/ expense statement | 0.60 | 190.00 | 114.00 |
| 11/30/2011 | KEH | | E-mail correspondence with 'Cindy Yates' regarding status of October time/expense statement for Scarfone Hawkins. | 0.10 | 190.00 | 19.00 |
| 11/30/2011 | KEH | | Enter project codes on The Hogan Firm's time/expense statement for October, 2011; meet with Lauren Campbell regarding calculations for each project. | 0.60 | 190.00 | 114.00 |
| 11/30/2011 | KEH | | Meeting with Daniel Hogan regarding fee applications. | 0.20 | 190.00 | 38.00 |
| | | | **Total Fees** | **44.40** | | **$12,237.00** |

**Expenses**

| 11/07/2011 | Postage - US Postal Service | 5.36 | |
|---|---|---|---|
| 11/14/2011 | Photocopies (In-House) | 32.40 | |
| 11/15/2011 | Ikon office solutions-19th monthly | 9.20 | |
| 11/17/2011 | Photocopies (In-House) | 24.90 | |
| 11/22/2011 | Copying- Seventh quarterly fee applications for service | 59.40 | |
| 11/22/2011 | Postage- Mailing seventh quarterly applications for service | 10.11 | |
| 11/28/2011 | IKON Office Solutions - Inv. WIL11110063; THF 7th Qtrly Appl. | 548.35 | |
| 11/29/2011 | IKON Office Solutions outside printing | 472.75 | |
| | **Total Expenses** | | **$1,162.47** |

| | **TOTAL NEW CHARGES** | | **$13,399.47** |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 12/1/2011 | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | Page:8 |

**STATEMENT OF ACCOUNT**

| | |
|---|---:|
| Prior Balance | 10,860.81 |
| Payments | -10,860.81 |
| Current Fees | 12,237.00 |
| Current Expenses | 1,162.47 |
| **AMOUNT DUE AND OWING TO DATE** | **$13,399.47** |

**TERMS: DUE UPON RECEIPT; INTEREST WILL ACCRUE ON THE UNPAID BALANCE AT THE RATE OF 1.5% PER MONTH;  Please call 302.656.7540 if you have any questions or concerns.**

**Payments**

| Date | Ref # | Description | Amount |
|---|---|---|---:|
| 11/14/2011 | 9904791 | Payment on Account | 10,860.81 |