# EXHIBIT A

# LAUZON BÉLANGER LESPÉRANCE
AVOCATS • ATTORNEYS

December 20, 2011

RE : W.R. GRACE & CO., and al.
U.S. FEE APPLICATION
CDN ZAI CLASS ACTION
Our file: 222

**CANADIAN ZAI SPECIAL COUNSEL FEE APPLICATION**
(November 1st 2011 to November 30th 2011)

**FOR PROFESSIONAL SERVICES RENDERED, INCLUDING:**

**Our fees :**

| DATE | INIT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 2011-11-02 | CH | Email to Cindy Yates re: confirmation of wire transfer | 0.17 | 285.00 | 48.45 |
| 2011-11-02 | MB | Letter to David Thompson; | 0.25 | 450.00 | 112.50 |
| 2011-11-02 | MB | Receipt of email from David Thompson and Mr. Pinchin; | 0.33 | 450.00 | 148.50 |
| 2011-11-03 | CH | Email to Don Pinchin re: memo of meeting September 28th | 0.25 | 285.00 | 71.25 |
| 2011-11-10 | CH | Email to Cindy Yates re: payment Don Pinchin account | 0.25 | 285.00 | 71.25 |
| 2011-11-11 | CH | Email to Karen Harvey re: confirmation of wire transfer receipt | 0.25 | 285.00 | 71.25 |
| 2011-11-21 | CH | Email to Karen Harvey re: monthly certification | 0.25 | 285.00 | 71.25 |
| 2011-11-23 | CH | Email to Cindy Yates re: confirmation of wire transfer | 0.17 | 285.00 | 48.45 |
| 2011-11-28 | CH | Email to Karen Harvey re: time summary October 2011 | 0.33 | 285.00 | 94.05 |
| 2011-11-30 | CH | Email to David Thompson re: wire transfer fees | 0.33 | 285.00 | 94.05 |
| | | **OUR FEES :** | **2.58** | | **$831.00** |

TIME SUMMARY BY LAWYER

| | | | |
|---|---|---|---|
| MB | 450.00 | 0.58 | $ 261.00 |
| CH | 285.00 | 2.00 | $ 570.00 |

LAUZON BÉLANGER LESPÉRANCE INC. | WWW.LBLAVOCATS.CA
286, RUE ST-PAUL OUEST | BUREAU 100 | MONTRÉAL | QUÉBEC | H2Y 2A3 | TÉLÉPHONE : 514.844.4646 | TÉLÉCOPIEUR : 514.844.7009

**DISBURSMENTS**

Photocopies (16 x .10¢)                                                               1.60

**TOTAL DISBURSEMENTS**                                                      **1.60**

**TOTAL FEES AND DISBURSEMENTS**                                     **$832.60**

    G.S.T. 5%                                                                              41.63
    Q.S.T. 8.5%                                                                          74.31

    **TOTAL**                                                                       **$   948.54**

# T.P.S.   814682340 RT 0001
# T.V.Q.  1211542736 TQ 0001