# EXHIBIT A

W.R. GRACE & CO., et al.  
CDN ZAI CLASS ACTION

U.S. FEE APPLICATION DATE:  
November 30, 2011  
OUR FILE NO: 05L121

# Scarfone Hawkins LLP
BARRISTERS AND SOLICITORS  
ONE JAMES STREET SOUTH  
14TH FLOOR  
P.O. BOX 926, DEPOT #1  
HAMILTON, ONTARIO  
L8N 3P9

TELEPHONE  
905-523-1333

TELEFAX  
905-523-5878

H.S.T. REGISTRATION NO. **873984314 RT – 0001**

**CANADIAN ZAI MONTHLY FEE APPLICATION**  
**(November 1, 2011 – November 30, 2011)**

| DATE | PROFESSIONAL SERVICE | LAWYER | RATE/HR | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 11 /01/11 | emails to and from Dan Hogan, etc., receipt and review Fee Auditor Report | DT | $525.00 | 0.25 | $131.25 |
| 11 /01/11 | email to Michel Belanger, Careen Hannouche and Anna Vettere as follow-up to September meeting | DT | $525.00 | 0.25 | $131.25 |
| 11 /01/11 | Email from Dan Hogan with attached 41st omnibus report; review; email replies from David Thompson and Careen Hannouche; | MGM | $450.00 | 0.10 | $45.00 |
| 11 /02/11 | Email from David Thompson to possible CDN ZAI PI claimant Neluka Leanage; review; email to Thompson regarding responses to claimants generally; email from Thompson | MGM | $450.00 | 0.20 | $90.00 |
| 11 /03/11 | receipt Michel Belanger email re: follow-up with Don Pinchin | DT | $525.00 | 0.10 | $52.50 |
| 11 /03/11 | Email from Careen Hannouche to Don Pinchin with attached memorandum; review and consider; reply to Hannouche; | MGM | $450.00 | 0.20 | $90.00 |
| 11 /04/11 | Emails from and to David Thompson regarding standard responses to CDN ZAI claimant inquiries | MGM | $450.00 | 0.10 | $45.00 |
| 11 /07/11 | receipt Careen Hannouche email, email to Careen Hannouche re: follow-up with Don Pinchin, receipt MGM memo | DT | $525.00 | 0.20 | $105.00 |
| 11 /08/11 | receipt MGM memo, letter to Lauzon Belanger, memo to CY re: payment of Don Pinchin account | DT | $525.00 | 0.25 | $131.25 |
| 11 /08/11 | Emails from and to David Thompson regarding invoice from Don Pinchin | MGM | $450.00 | 1.00 | $450.00 |
| 11 /09/11 | follow-up with Don Pinchin | DT | $525.00 | 0.10 | $52.50 |
| 11 /10/11 | Email from Sue McCormick regarding receipt of payment from Grace | MGM | $450.00 | 0.10 | $45.00 |
| 11 /11/11 | receipt CY memo, receipt SM memo, receipt fee payment | DT | $525.00 | 0.10 | $52.50 |

| Date | Description | Atty | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 11/11/11 | Emails from and to David Thompson, Sue McCormick and Cindy Yates regarding receipt and reconciliation of Grace payment | MGM | $450.00 | 0.10 | $45.00 |
| 11/14/11 | review and execute certification for September 2011 monthly fee application, memos to and from Cindy Yates | DT | $525.00 | 0.25 | $131.25 |
| 11/14/11 | email to Grace re: overpayment of funds | DT | $525.00 | 0.10 | $52.50 |
| 11/14/11 | Various emails from Karen Harvey with attached monthly fee applications for The Hogan Firm, Lauzon Belanger and Scarfone Hawkins; review | MGM | $450.00 | 0.20 | $90.00 |
| 11/15/11 | receipt Careen Hannouche letter and Dan Hogan Invoice, memo to Cindy Yates, receipt and review Karen Harvey emails attaching all accounts for The Hogan Firm, Scarfone Hawkins and Lauzon Belanger, memo to Cindy Yates, etc. | DT | $525.00 | 0.35 | $183.75 |
| 11/16/11 | emails to and from Keith Ferbers re: status of U.S. appeals | DT | $525.00 | 0.10 | $52.50 |
| 11/16/11 | Emails from Keith Ferbers and David Thompson regarding status of U.S. proceedings and updates | MGM | $450.00 | 0.10 | $45.00 |
| 11/16/11 | Several emails from Karen Harvey with attached 7th Quarterly Fee Applications for The Hogan Firm and Scarfone, Hawkins; review | MGM | $450.00 | 0.20 | $90.00 |
| 11/17/11 | receipt Karen Harvey email, review application, execute certification of counsel, email back to Karen Harvey | DT | $525.00 | 0.35 | $183.75 |
| 11/18/11 | receipt Karen Harvey and James Luckey emails with respect to 7th Quarterly Fee Applications | DT | $525.00 | 0.10 | $52.50 |
| 11/21/11 | receipt Karen Harvey emails, etc., re: fee application, memo to Cindy Yates re: Pinchin Environmental account and monies from Lauzon Belanger | DT | $525.00 | 0.25 | $131.25 |
| 11/21/11 | Emails from Karen Harvey with attached 7th Quarterly Fee Application of Lauzon, Belanger | MGM | $450.00 | 0.10 | $45.00 |
| 11/23/11 | receipt Hogan Firm cheque, discuss with Cindy Yates, memo to Helen Martin, wire transfer to Lauzon Belanger, etc. | DT | $525.00 | 0.25 | $131.25 |
| 11/23/11 | Emails from Sue McCormick and David Thompson regarding receipt and reconciliation of payment received from Grace | MGM | $450.00 | 0.10 | $45.00 |
| 11/24/11 | emails to and from Careen Hannouche, memos to and from Sue McCormick and Cindy Yates, all re: wire transfer of payment to Lauzon Belanger | DT | $525.00 | 0.25 | $131.25 |
| 11/24/11 | receipt Careen Hannouche email confirming receipt of wire transfer funds | DT | $525.00 | 0.10 | $52.50 |
| 11/24/11 | Email from Careen Hannouche confirming receipt of payment of funds | MGM | $450.00 | 0.10 | $45.00 |
| 11/25/11 | receipt of and respond to class member inquiries re: status of claims | DT | $525.00 | 0.10 | $52.50 |
| 11/28/11 | receipt of and respond to class member inquiries | DT | $525.00 | 0.25 | $131.25 |

| | | | | | |
|---|---|---|---|---|---|
| 11/30/11 | receipt Karen Harvey email re: October monthly fee application | DT | $525.00 | 0.10 | $52.50 |
| 11/30/11 | Email from David Thompson to Careen Hannouche and Michel Belanger regarding reconciliation of receipts from Grace; email from CDN ZAI PD claimant Andre Malouin | MGM | $450.00 | 0.10 | $45.00 |
| 11/30/11 | review dockets for period November 1, 2011 to November 30, 2011, amend dockets, review disbursements, discuss with David Thompson, draft account, review with David Thompson and Matt Moloci, assemble account into form required by U.S. Bankruptcy Court, email to Karen Harvey enclosing monthly fee application for the period of November 1, 2011 to November 30, 2011 | LC | $120.00 | 2.00 | $240.00 |
| | | | **SUB-TOTAL** | 8.50 | $3,450.00 |

| TIMEKEEPER | ID | HOURS | RATE | TOTAL | PLUS 13% H.S.T |
|---|---|---|---|---|---|
| DAVID THOMPSON 23 + years | DT | 3.80 | $525.00 | $1,995.00 | $259.35 |
| MATTHEW G. MOLOCI 13 + years | MGM | 2.7 | $450.00 | $1,215.00 | $157.95 |
| LAW CLERK Cindy Yates 30 years | CY | 2.00 | $120.00 | $240.00 | $31.20 |
| **SUB-TOTAL:** | | 8.50 | | $3,450.00 | $448.50 |
| **TOTAL FEES AND TAXES:** | | | | | $3,898.50 |

| | |
|---|---|
| **TOTAL FEES AND APPLICABLE TAXES:** | **$3,898.50** |

THIS IS OUR FEE APPLICATION,
Per:


**SCARFONE HAWKINS LLP**
E. & O.E.


*Del. Bankr. LR 2016-2(e)(iii) allows for
$.10 per page for photocopies.