## EXHIBIT A

### W. R. Grace & Co., et al.,
### District of Delaware, Bankruptcy Case No. 01-1139

### Report on Settlements of Certain Claims and Causes of Action
### October 1, 2011, through December 31, 2011

**Settlements Greater than $50,000, But Less Than $1,000,000**

| Date | Dkt | Notice of Settlement |
|------|-----|----------------------|
|      |     | None                 |

**Settlements Less Than $50,000**

| Date | Claim | Settlement |
|------|-------|------------|
|      |       | None       |