# EXHIBIT A

**W. R. Grace & Co., et al.,**
**District of Delaware, Bankruptcy Case No. 01-1139**

**Report on De Minimis Asset Sales**
**October 1, 2011, through December 31, 2011**

*Part I – Sales in excess of $25,000, but less than $250,000*

    NONE

*Part II – Sales equal to or less than $25,000*

    NONE