**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et*. *al*., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: January 6, 2012 @ 4:00 pm |
| | ) | |

**NO ORDER REQUIRED CERTIFICATE OF NO OBJECTION
REGARDING DOCKET NO. 28162
(TWENTIETH MONTHLY APPLICATION OF THE HOGAN FIRM
AS COUNSEL TO THE REPRESENTATIVE COUNSEL
AS SPECIAL COUNSEL FOR THE CANADIAN ZAI CLAIMANTS
FOR THE PERIOD OCTOBER 1, 2011, THROUGH OCTOBER 31, 2011)**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Twentieth Monthly Application of The Hogan Firm as Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants for the Period October 1, 2011, through October 31, 2011 (the "Application"). The undersigned further certifies that he caused the review of the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than 4:00 p.m., ET, January 6, 2012.

Pursuant to the Amended Administrative Order Under 11 USC §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members ("the Order") dated April 17, 2002, upon the filing of this certification and without the need for entry of a Court order approving the Application, the Debtors are authorized to pay the Applicant $8,620.00 (which is 80% of the total amount of the

allowed fees, $10,775.00) plus $55.81 (100% of the allowed expenses) requested in the Application for the period; a total of $8,675.81.

Dated: January 26, 2011            Respectfully submitted,

                By:    */s/ Daniel K. Hogan*
                      Daniel K. Hogan (DE Bar No. 2814)
                      THE HOGAN FIRM
                      1311 Delaware Avenue
                      Wilmington, Delaware 19806
                      Telephone: 302.656.7540
                      Facsimile: 302.656.7599
                      Email: dkhogan@dkhogan.com

                      **Counsel to the Representative Counsel As Special Counsel for the Canadian ZAI Claimants**