November 1, 2011 through November 30, 2011, upon the filing of this certification and without the need for entry of a Court order approving the Application.

Dated: January 26, 2012               FERRY, JOSEPH & PEARCE, P.A.


                                             /s/ Lisa L. Coggins
Michael B. Joseph (No. 392)
Theodore J. Tacconelli (No. 2678)
Lisa L. Coggins (No. 4234)
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE. 19899
(302) 575-1555

*Counsel to the Official Committee of Asbestos Property Damage Claimants*

2