# EXHIBIT A
# ORRICK, HERRINGTON & SUTCLIFFE LLP
# INVOICES FOR THE TIME PERIOD
# DECEMBER 1-31, 2011

ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, D.C. 20005-1706

*tel +1-202-339-8400*
*fax +1-202-339-8500*

WWW.ORRICK.COM

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

January 13, 2012
Client No. 17367
Invoice No. 1345380

Orrick Contact: Roger Frankel

| | | |
|---|---|---|
| FOR SERVICES RENDERED through December 31, 2011 in connection with the matters described on the attached pages: | $ | 30,886.00 |
| DISBURSEMENTS as per attached pages: | | -159.19 |
| **TOTAL CURRENT FEES & DISBURSEMENTS (Pay this Amount):** | **$** | **30,726.81** |

Matter(s): 17367/11, 12, 13, 2, 7, 8, 9

**DUE UPON RECEIPT**

The following is for information only:
Previous Balance not included in this invoice:
$247,181.90
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701. Fax (304) 231-2501.

**REMITTANCE COPY - PLEASE RETURN WITH PAYMENT**

**REMITTANCE ADDRESS:**

*Orrick, Herrington & Sutcliffe LLP*
*Lockbox #774619*
*4619 Solutions Center*
*Chicago, IL 60677-4006*
*Reference: 17367/ Invoice: 1345380*

**ELECTRONIC FUNDS TRANSFERS:**

***ACH & Wire Transfers:***
***ABA Number 121000248***
***SWIFT CODE: WFBIUS6S***
***Account Number: 4123701088***
*Wells Fargo*
*420 Montgomery Street*
*San Francisco, CA 94104*
*Account of*
*Orrick, Herrington & Sutcliffe LLP*
*Reference: 17367/ Invoice: 1345380*
*E.I.N. 94-2952627*

**OVERNIGHT DELIVERY:**

*Orrick, Herrington & Sutcliffe LLP*
*c/o Wells Fargo*
*Attn: Lockbox #774619*
*350 East Devon Avenue*
*Itasca, IL 60143*
*(213) 614-3248*
*Reference: 17367/ Invoice: 1345380*



David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

January 13, 2012
Client No. 17367
Invoice No. 1345380

Orrick Contact: Roger Frankel

For Legal Services Rendered Through December 31, 2011 in Connection With:

**Matter: 7 - Insurance Matters**

| | | | |
|---|---|---|---|
| 12/16/11 | R. Wyron | Review settlement proposal from P. Mahaley (.8). | 0.80 |
| 12/19/11 | P. Mahaley | Analyze revised settlement proposals for three insurers. | 0.70 |
| 12/20/11 | P. Mahaley | Office conference with R. Wyron re proposed settlement demands to three insurers (.6); telephone conference with R. Horkovich, counsel for ACC, re same (.4). | 1.00 |
| 12/20/11 | R. Wyron | Review materials from P. Mahaley (.4); confer with P. Mahaley re strategy and follow-up (.6). | 1.00 |

| | | |
|---|---|---|
| Total Hours | 3.50 | |
| Total For Services | | $2,635.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Peri N. Mahaley | 1.70 | 650.00 | 1,105.00 |
| Richard H. Wyron | 1.80 | 850.00 | 1,530.00 |
| Total All Timekeepers | 3.50 | $752.86 | $2,635.00 |

**Total For This Matter** **$2,635.00**


David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 3

January 13, 2012
Invoice No. 1345380

For Legal Services Rendered Through December 31, 2011 in Connection With:

**Matter: 8 - Litigation**

| Date | Name | Description | Hours |
|---|---|---|---|
| 12/01/11 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 12/01/11 | R. Frankel | Review files re open issues (.5); confer with R. Wyron re same (.1). | 0.60 |
| 12/02/11 | R. Wyron | Review materials re mediation and respond to e-mails re same (.4); review and respond to e-mail re Intrawest stipulation (.2). | 0.60 |
| 12/02/11 | R. Frankel | E-mails re mediation session in NY. | 0.30 |
| 12/05/11 | R. Frankel | Review prior global term sheets. | 0.60 |
| 12/06/11 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 12/06/11 | R. Wyron | Meet with D. Austern, J. Radecki and Lincoln team re financial update and strategy session (2.1); review e-mails re mediation and follow-up (.3). | 2.40 |
| 12/06/11 | R. Frankel | Confer with J. Radecki, J. Solganick, D. Austern, R. Wyron for semi-annual Grace review (1.6); prepare notes re same (.3). | 1.90 |
| 12/06/11 | R. Frankel | Telephone conference with client as follow-up to meeting. | 0.30 |
| 12/06/11 | R. Frankel | Review notes in preparation for meeting with client, Lincoln International. | 0.70 |
| 12/08/11 | R. Frankel | Preliminary review of 2019 appeal pleadings filed by Garlock. | 0.40 |
| 12/09/11 | R. Frankel | Series of e-mails re mediation session (.4); telephone conference with J. Aldock re same (.7). | 1.10 |
| 12/09/11 | R. Frankel | Review Garlock pleadings to consolidate appeals, to expedite briefings, bypass mediation, exhibits related thereto. | 1.30 |
| 12/11/11 | R. Frankel | Review term sheets re global settlement with Libby, et al. | 0.60 |
| 12/12/11 | R. Frankel | Telephone conference with R. Wyron re J. Aldock conference call, mediation (.3); review term sheet re same (.5). | 0.80 |
| 12/13/11 | R. Wyron | Call with Grace and ACC (.7); work on mediation issues outline (.3). | 1.00 |
| 12/13/11 | R. Frankel | Telephone conference with J. Donley re mediation with Libby. | 0.30 |
| 12/13/11 | R. Frankel | Telephone conference with M. Shelnitz, J. Donley, et al. re settlement issues. | 1.00 |
| 12/14/11 | R. Frankel | Review responsive pleadings of ACC, certain Plaintiffs law firms to motions of Garlock to expedite, consolidate appeals. | 0.90 |


ORRICK

| | | | |
|---|---|---|---|
| 12/15/11 | R. Frankel | Review, edit global term sheet from A. Paul (.9); confer with R. Wyron re same, mediation issues (.4). | 1.30 |
| 12/16/11 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 12/16/11 | D. Fullem | Review agenda for matters set for hearing on December 19. | 0.10 |
| 12/16/11 | R. Wyron | Review A. Paul memo re mediation and follow-up (.4). | 0.40 |
| 12/16/11 | R. Frankel | Prepare further edits to global term sheet from Libby. | 0.60 |
| 12/19/11 | D. Fullem | Review e-mail from R. Wyron regarding recently entered Court Order and follow-up re same. | 0.50 |
| 12/19/11 | R. Wyron | Confer with R. Frankel and Court Call (.4); call with M. Hurford re hearing and follow-up (.5); organize notes re open issues (.2); review cash balance issues (.6). | 1.70 |
| 12/19/11 | R. Frankel | Telephone conferences through Court Call re cancelled, rescheduled hearing (.3); telephone conference with M. Hurford, R. Wyron re hearing (.4); review revised agenda (.1). | 0.80 |
| 12/19/11 | R. Frankel | Confer with R. Wyron re Montana settlement issues (.3); review memo re indemnification (.4). | 0.70 |
| 12/19/11 | R. Frankel | Review, consider e-mail memo from Lincoln re risk management issues. | 0.40 |
| 12/20/11 | D. Fullem | Follow-up on Order regarding Section 345; update R. Wyron re same. | 0.40 |
| 12/20/11 | R. Wyron | Review filing re DIP and follow-up. | 0.40 |
| 12/21/11 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 12/21/11 | D. Fullem | Review updated notice of equity security holders committee. | 0.20 |
| 12/21/11 | R. Wyron | Review analysis on cash issues and follow-up. | 0.40 |
| 12/22/11 | D. Fullem | Review e-mail from R. Wyron re research on Order re Section 345 and follow-up. | 0.50 |
| 12/22/11 | R. Wyron | Review cash balances issues and follow-up on e-mails re same (.4); review Libby mediation memo (.4); call with A. Paul (.3). | 1.10 |
| 12/22/11 | R. Frankel | Series of e-mails with client and J. Radecki re Grace risk management. | 0.40 |
| 12/23/11 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 12/27/11 | R. Frankel | Consider timing issues re Buckwalter opinion. | 0.60 |

| | | |
|---|---|---|
| Total Hours | 26.30 | |
| Total For Services | | $22,881.50 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 5

January 13, 2012
Invoice No. 1345380

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Roger Frankel | 15.60 | 985.00 | 15,366.00 |
| Debra O. Fullem | 2.70 | 265.00 | 715.50 |
| Richard H. Wyron | 8.00 | 850.00 | 6,800.00 |
| Total All Timekeepers | 26.30 | $870.02 | $22,881.50 |

Disbursements

| | | |
|---|---|---|
| Court Photocopy/Document Retrieval Fee | 245.40 | |
| Express Delivery | 11.81 | |
| Outside Reproduction Services | 3.30 | |
| Travel Expense, Air Fare | -419.70 | |
| Total Disbursements | | $-159.19 |

**Total For This Matter** **$22,722.31**



For Legal Services Rendered Through December 31, 2011 in Connection With:

**Matter: 11 - Compensation of Professionals - Other**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 12/02/11 | D. Fullem | Review fee auditor's report regarding no fee/expense issues with fee application filings. | 0.20 |
| 12/06/11 | D. Fullem | E-mail to D. Austern regarding status of current billing. | 0.20 |
| 12/09/11 | D. Fullem | Prepare D. Austern's monthly fee applications for the time periods August, September, October and November (2.0); forward with e-mail to D. Austern for review/comment/approval (.2); update R. Wyron re status of same (.1). | 2.30 |
| 12/12/11 | D. Fullem | Review e-mail from D. Austern regarding approval/signature on August - November monthly fee applications; obtain R. Wyron's review/approval/signature on Notices of same; update D. Austern re filing/serving of same. | 0.40 |
| 12/12/11 | D. Fullem | Coordinate filing and serving of D. Austern's August - October 2011 monthly fee applications. | 1.00 |
| 12/16/11 | D. Fullem | Review e-mail from C. Burke at Lincoln with monthly fee applications for July-October 2011. | 0.20 |
| 12/19/11 | D. Fullem | Respond to C. Burke's e-mail regarding filing of recently sent monthly fee applications; update R. Wyron re same. | 0.20 |
| 12/20/11 | D. Fullem | Review/revise notices of Lincoln's monthly fee applications for July through October, 2011 (.8); confer/provide notices to R. Wyron for review/signature (.2); coordinate finalizing/filing/serving of all applications (.5). | 1.50 |

| | | |
|---|---|---|
| Total Hours | 6.00 | |
| Total For Services | | $1,590.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra O. Fullem | 6.00 | 265.00 | 1,590.00 |
| Total All Timekeepers | 6.00 | $265.00 | $1,590.00 |

**Total For This Matter** **$1,590.00**


David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 7

January 13, 2012
Invoice No. 1345380

For Legal Services Rendered Through December 31, 2011 in Connection With:

**Matter: 12 - Retention of Professionals - Orrick**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 12/19/11 | R. Wyron | Review potential disclosure issues and follow-up. | 0.30 |
| 12/20/11 | D. Fullem | Review, research and respond to e-mail from R. Wyron regarding disclosure issues. | 0.30 |
| 12/20/11 | R. Wyron | Follow-up on possible supplemental disclosure. | 0.20 |
| 12/22/11 | D. Fullem | Prepare supplemental disclosure and e-mail to R. Wyron for review/comment. | 0.80 |
| 12/29/11 | R. Wyron | Review e-mails re potential disclosure and follow-up. | 0.30 |

| | | |
|---|---|---|
| Total Hours | 1.90 | |
| Total For Services | | $971.50 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra O. Fullem | 1.10 | 265.00 | 291.50 |
| Richard H. Wyron | 0.80 | 850.00 | 680.00 |
| Total All Timekeepers | 1.90 | $511.32 | $971.50 |

**Total For This Matter** **$971.50**


David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 8

January 13, 2012
Invoice No. 1345380

For Legal Services Rendered Through December 31, 2011 in Connection With:

**Matter: 13 - Compensation of Professionals - Orrick**

| | | | |
|---|---|---|---|
| 12/02/11 | D. Fullem | Confer with R. Wyron regarding year-end filings of fee applications and expected payments from Grace; telephone call and e-mail to debtors' counsel regarding same; update R. Wyron re same. | 0.50 |
| 12/05/11 | D. Fullem | Review November prebill. | 1.00 |
| 12/05/11 | D. Fullem | E-mail to D. Felder regarding comments to November prebill. | 0.20 |
| 12/06/11 | D. Fullem | Prepare updated fee/expense charts; e-mail to group. | 0.40 |
| 12/06/11 | D. Fullem | Review edits to November prebill. | 0.20 |
| 12/06/11 | D. Felder | Review November prebill. | 0.80 |
| 12/06/11 | R. Frankel | Review, exchange series of e-mails re payments from Grace (.3); review with R. Wyron (.1). | 0.40 |
| 12/07/11 | D. Fullem | Review e-mail from R. Wyron re status of payments. | 0.20 |
| 12/09/11 | D. Fullem | Prepare update to fee/expense charts. | 0.20 |
| 12/13/11 | D. Fullem | Begin draft of November fee application. | 0.50 |
| 12/16/11 | D. Fullem | E-mail to H. Quinn regarding status of final November invoice. | 0.10 |
| 12/16/11 | D. Fullem | Prepare CNO for Grace's October monthly fee application; obtain R. Wyron's signature; coordinate filing/serving. | 0.50 |
| 12/16/11 | R. Wyron | Review CNO and follow-up. | 0.30 |
| 12/19/11 | D. Fullem | Review recent payment information from accounting; update fee/expense charts and circulate to group. | 0.30 |
| 12/19/11 | D. Fullem | Review November invoice (.2); prepare monthly fee application (1.0). | 1.20 |
| 12/20/11 | D. Fullem | Coordinate finalizing/filing/serving of Orrick's November monthly fee application. | 0.50 |
| 12/23/11 | D. Fullem | Review recently filed fee applications. | 0.20 |
| 12/23/11 | D. Fullem | E-mails to and from C. Hartman regarding timing/filing of quarterly fee applications. | 0.20 |

| | | |
|---|---|---|
| Total Hours | 7.70 | |
| Total For Services | | $2,808.00 |



David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 9

January 13, 2012
Invoice No. 1345380

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 0.80 | 645.00 | 516.00 |
| Roger Frankel | 0.40 | 985.00 | 394.00 |
| Debra O. Fullem | 6.20 | 265.00 | 1,643.00 |
| Richard H. Wyron | 0.30 | 850.00 | 255.00 |
| Total All Timekeepers | 7.70 | $364.68 | $2,808.00 |

**Total For This Matter** **$2,808.00**

*** * * COMBINED TOTALS * * ***

| | | |
|---|---|---|
| Total Hours | 45.40 | |
| Total Fees, all Matters | | $30,886.00 |
| Total Disbursements, all Matters | | $-159.19 |
| Total Amount Due | | $30,726.81 |