**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

_____
                               )
**In re:**                               )
                               )     **Chapter 11**
**W.R. GRACE & CO., et al.,**     )     **Case No. 01-01139 (JKF)**
                               )     **(Jointly Administered)**
          **Debtors.**      )     Objection Deadline: March 2, 2012 at 4:00 p.m.
_____)     Hearing: March 28, 2012 at 9:00 a.m.

**COVER SHEET TO TWENTY-EIGHTH QUARTERLY INTERIM
APPLICATION OF DAVID T. AUSTERN, ASBESTOS PI FUTURE
CLAIMANTS REPRESENTATIVE, FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD
JULY 1, 2011 THROUGH SEPTEMBER 30, 2011**

**SUMMARY SHEET**

| | |
|---|---|
| Name of Applicant: | David T. Austern, Future Claimants Representative (the "FCR") |
| Authorized to Provide Professional Services to: | As the Asbestos PI FCR |
| Date of Retention: | As of May 24, 2004 (pursuant to this Court's Order entered September 27, 2004) |
| Period for which Compensation and Reimbursement is sought: | July 1, 2011 through September 30, 2011 |
| Amount of Compensation sought as Actual Reasonable and Necessary: | $3,150.00 |
| Amount of Expense Reimbursement sought as Actual, Reasonable and Necessary: | $ 0.00 |

This is a   ___ monthly     _x_ interim     ___ final application

## PRIOR APPLICATIONS FILED

The FCR was retained effective as of May 24, 2004, pursuant to this Court's Order entered September 27, 2004. The FCR has filed a Sixty-Ninth Monthly Fee Application for the time period July 1-31, 2011, in the amount of $750.00 in fees and no expenses; a Seventieth Monthly Fee Application for the time period August 1-31, 2011, in the amount of $1,550.00 in fees and no expenses; and a Seventy-First Monthly Fee Application for the time period September 1-30, 2011, in the amount of $850.00 in fees and no expenses.

## COMPENSATION DURING THE TIME PERIOD
## JULY 1, 2011 – SEPTEMBER 30, 2011

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David T. Austern | Future Claimants Representative | $500.00 | 6.30 | $3,150.00 |
| **Total** | | | | **$3,150.00** |

**Total Fees:** $ 3,150.00
**Total Hours:** 6.30
**Blended Rate:** $ 500.00

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Plan and Disclosure Statement | 6.30 | $3,150.00 |
| **TOTAL** | **6.30** | **$3,150.00** |

**EXPENSE SUMMARY FOR THE TIME PERIOD**
**JULY 1, 2011 THROUGH SEPTEMBER 30, 2011**

| Expense Category | Total |
|---|---|
| No Expenses | $0.00 |
| **TOTAL** | **$0.00** |

Respectfully submitted,

*/S/ DAVID T. AUSTERN*
David T. Austern,
Asbestos PI Future Claimants' Representative
Claims Resolution Management Corporation
3110 Fairview Park Drive, Suite 200
Falls Church, VA  22042-0683
(703) 205-0835

Dated: January 26, 2012