**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | **Chapter 11** |
| **W.R. GRACE & CO., et al.,** ) | **Case No. 01-01139 (JKF)** |
| ) | **(Jointly Administered)** |
| **Debtors.** ) | |

## **VERIFICATION**

**STATE OF VIRGINIA, TO WIT:**

David T. Austern, after being duly sworn according to law, deposes and says:

1. I am the Asbestos PI Future Claimants Representative appointed by the Court in these cases.

2. I have reviewed the Twenty-Eighth Quarterly Interim Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

*/S/ DAVID T. AUSTERN*
DAVID T. AUSTERN

SWORN AND SUBSCRIBED TO BEFORE ME
this 26TH day of January, 2012

*/S/ DONITA F. SNOW*
Notary Public

My commission expires: 7-31-2014
Notary Registration: 316758