**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

_____

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W.R. GRACE & CO., et al. | ) | Case No. 01-1139 (JKF) |
|  | ) |  |
| Debtors. | ) | Objection Deadline: March 2, 2012 at 4:00 p.m. |
|  | ) | Hearing: March 28, 2012 at 9:00 a.m. |

_____)


**COVER SHEET TO TWENTY-FOURTH QUARTERLY APPLICATION OF**
**TOWERS WATSON, ACTUARIAL CONSULTANTS TO DAVID T. AUSTERN,**
**ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD**
**JULY 1, 2011 THROUGH SEPTEMBER 30, 2011**


| | |
|---|---|
| Name of Applicant: | Towers Watson |
| Authorized to Provide Professional Services to: | David T. Austern, Asbestos PI Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of October 29, 2004 (pursuant to this Court's Order entered December 21, 2004) |
| Period for which compensation is sought: | July 1, 2011 through September 30, 2011 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $8,675.50 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $     0.00 |

This is an:   __X__  interim   ____ monthly   ____ final application.

**COMPENSATION SUMMARY**
July 1, 2011 through September 30, 2011

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jenni Biggs | Consulting Actuary (26 years) FCAS | $715 | 5.70 | $4,075.50 |
| Julianne Callaway | Analyst (8 years) ACAS | $360 | 7.50 | $2,700.00 |
| Jeff Kimble | Consulting Actuary (10 years) ACAS | $475 | 4.00 | $1,900.00 |
| **Total Blended Rate: $504.39** | | | **17.20** | **$8,675.50** |

**COMPENSATION BY PROJECT CATEGORY**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Data Analysis | 17.20 | $8,675.50 |

**EXPENSE SUMMARY**

| Expense Category | Total |
|---|---|
| **No Expenses** | **$0.00** |

| | |
|---|---|
| **July – September 2011 – Grand Total** | **$8,675.50** |

Respectfully submitted,

TOWERS WATSON

By: */S/ JENNIFER L. BIGGS*
    Jennifer L. Biggs, FCAS, MAAA
    101 S. Hanley Rd.
    St. Louis, MO 63105
    (314) 719-5843

Dated: January 19, 2012