# EXHIBIT "A"

## *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:(302) 575-1555     Fax:   (302) 575-1714

WR Grace PD Committee                                               Dec. 1,  2011    to   Dec. 31,  2011

Inv  #:              42134

**RE:**     WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---:|---:|
| B14 | Case Administration - | 12.90 | 3,697.00 |
| B18 | Fee Applications, Others - | 1.90 | 426.00 |
| B25 | Fee Applications, Applicant - | 2.20 | 480.00 |
| B36 | Plan and Disclosure Statement - | 1.20 | 375.00 |
| B37 | Hearings - | 0.90 | 315.00 |
| B45 | Professional Retention Issues - | 0.20 | 70.00 |
| | **Total** | **19.30** | **$5,363.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---:|---:|---:|
| Lisa L. Coggins | 290.00 | 2.20 | 638.00 |
| Lisa L. Coggins | 300.00 | 0.10 | 30.00 |
| Regina Matozzo | 200.00 | 4.60 | 920.00 |
| Theodore J. Tacconelli | 325.00 | 0.20 | 65.00 |
| Theodore J. Tacconelli | 350.00 | 9.40 | 3,290.00 |
| Legal Assistant - KC | 150.00 | 2.80 | 420.00 |
| **Total** | | **19.30** | **$5,363.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                                                                 **$791.44**

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Dec-01-11 | *Case Administration* - Review account status information relating to request from WRGrace for same | 0.10 | LLC |
| | *Fee Applications, Others* - Review Bilzin Oct 2011 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Fee Applications, Others* - Download and review attachments of Bilzin's Oct. 2011 monthly fee app; revisions, prepare COS and to LLC for review | 0.20 | KC |
| Dec-02-11 | *Case Administration* - Review fee auditors report re: fee apps with no issues and forward same to KC | 0.10 | LLC |
| | *Case Administration* - E-mail from B. Ruhlander re: fee auditor's combined report re: firm's fee apps with no issues | 0.10 | LLC |
| | *Case Administration* - Review correspondence from B. Ruhlander re: fee Auditor's Amended Final Report for 31st Interim Period re: no objections | 0.10 | TJT |
| | *Fee Applications, Others* -Efile Bilzin October 2011 fee app and service of same | 0.20 | KC |
| | *Fee Applications, Applicant* - Draft prebill for Nov. 2011 monthly fee app; to T. Tacconelli for review | 0.20 | KC |
| Dec-03-11 | *Case Administration* - Review supplemental 2019 Statement by Cooney Conway | 0.10 | TJT |
| | *Professional Retention Issues* - Review Notice of Withdrawal of Debtor's Motion to Retain Baker McKenzie | 0.10 | TJT |
| Dec-04-11 | *Case Administration* - Review Fee Auditor's Amended Final Report re: 41st Interim Period re: no objections | 0.10 | TJT |
| | *Case Administration* - Review letter from R. Jurgens to Judge Fitzgerald re: hearing on claim | 0.10 | TJT |
| | *Case Administration* - Review four miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| Dec-05-11 | *Professional Retention Issues* - Review Certificate of No Objection re: Debtor's Motion to Amend PWC Retention Order | 0.10 | TJT |
| Dec-06-11 | *Case Administration* - Review case management memo re: week ending 12-2-11 | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review main docket re: status for week ending 12/2/11; memo to T. Tacconelli and L. Coggins re: same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review case status memo for week ending 12/2 | 0.10 | TJT |
| | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review certification of counsel filed by PI FCR re: reduction in Fee App. | 0.10 | TJT |
| Dec-07-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Case Administration* - Review 2019 Statement filed by E. Moody | 0.10 | TJT |
| Dec-08-11 | *Fee Applications, Others* - Prepare, finalize, efile and coordinate service of CNO related to Bilzin 42nd Quarterly fee application | 0.40 | LLC |
| | *Fee Applications, Others* - Prepare, finalize, efile and coordinate service of CNO re: HRA 29th Interim Quarterly fee app | 0.40 | LLC |
| | *Fee Applications, Applicant* - Prepare, finalize, efile and coordinate service of Certificate of No Objection re: 42nd Quarterly fee application | 0.40 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Motion by Garlock to Consolidate Appeals | 0.20 | TJT |
| | *Case Administration* - Review Motion by Garlock to Expedite Appeal with attachments | 0.40 | TJT |
| | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| Dec-09-11 | *Case Administration* - Review daily memos | 0.10 | TJT |
| Dec-10-11 | *Case Administration* - Review affidavit of J. Warren | 0.10 | TJT |
| | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review Notice of Withdrawal of Casner Edwards Oct. Fee app. | 0.10 | TJT |
| Dec-11-11 | *Case Administration* - Review four miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| Dec-12-11 | *Case Administration* - Review correspondence from L. Oberholzer re: 41st Interim period Quarterly Fee Chart | 0.10 | TJT |
| | *Case Administration* - Review 41st Interim period Quarterly Fee Chart and confer with K. Callahan re: same | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Research re: transfer of insurance policies into PI Trust | 0.80 | TJT |
| | *Case Administration* - Per T. Tacconelli, review 41st quarterly amounts for Bilzin and Ferry, Joseph & Pearce's; response to TJT re: same | 0.20 | KC |
| Dec-13-11 | *Case Administration* - Review notice of agenda re: 12-19-2011 hearing | 0.10 | LLC |
| | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review Certificate of Counsel re: proposed order for 41st Interim period Quarterly Fees | 0.10 | TJT |
| | *Hearings* - Review agenda for 12/19 hearing | 0.10 | TJT |
| Dec-14-11 | *Case Administration* - Review notice of appearance and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review certificate of counsel re: 41st Interim Period Project Category Fee Summary | 0.10 | TJT |
| | *Case Administration* - Review order entered in Garlock appeal re: Access to 2019 Statements | 0.10 | TJT |
| | *Case Administration* - Review consolidated Response by PI Committee to Garlock Motions in Garlock appeal re: Access to 2019 statements | 0.10 | TJT |
| | *Case Administration* - Review consolidated Response by Peter Angelos, et al. to Garlock Motions in Garlock appeal re: Access to 2019 statements | 0.10 | TJT |
| Dec-15-11 | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Case Administration* - Confer with K. Callahan re: 41st Interim Period Project Category summary | 0.10 | TJT |
| | *Case Administration* - Review Consolidated Response by Kazan, McClain, et al. to Motions by Garlock re: 2019 Statements access appeal | 0.10 | TJT |
| Dec-16-11 | *Case Administration* - Review amended agenda re: 12/19 hearing | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Hearings* - Review Amended Agenda for 12/19 Hearing | 0.10 | TJT |
| | *Case Administration* - Review entry of appearance forwarded from LLC; update 2002 service list re: same | 0.20 | KC |
| Dec-17-11 | *Case Administration* - Review Order Granting 41st Interim Period Quarterly Fee Apps | 0.10 | TJT |
| | *Case Administration* - Consolidated Reply by Garlock re: 2019 statement Access appeal by Garlock | 0.10 | TJT |
| | *Hearings* - Review matters on agenda for 12/19 hearing | 0.30 | TJT |
| Dec-18-11 | *Case Administration* - Review three miscellaneous Certificates of No Objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review Notice of Appearance by Counsel for Intrawest | 0.10 | TJT |
| Dec-19-11 | *Case Administration* - Review case management memo re: week ending 12/16/11 | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review main docket re: status for week ending 12/17/11; memo to T. Tacconelli and L. Coggins re: same | 0.00 | RM |
| | *Plan and Disclosure Statement* - Review transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review Case Status Memo for week ending 12/16 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Confer with M. Joseph re: status of appeals of confirmation orders | 0.10 | TJT |
| | *Hearings* - Prepare for and attend Bankruptcy Court | 0.40 | TJT |
| **Dec-20-11** | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Case Administration* -  Committee, Creditors', Noteholders' or review Amended Notice of Appointment of Equity Committee | 0.10 | TJT |
| **Dec-21-11** | *Fee Applications, Others*  - Review Certificate of No Objection re: Bilzin 10/20/11 fee app | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review Certificate of No Objection re: 10/20/11 fee app | 0.10 | LLC |
| | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Case Administration* - review four miscellaneous certificate of no objection filed by Debtors | 0.10 | TJT |
| | *Fee Applications, Others*  - Begin preparation of CNO to Bilzin's Oct. 2011 fee app | 0.20 | KC |
| | *Fee Applications, Applicant* - Begin preparation of Certificate of No Objection to Oct. 2011 fee app | 0.20 | KC |
| | *Fee Applications, Applicant* - Docket review for objections to Oct. 2011 fee app | 0.10 | KC |
| | *Fee Applications, Applicant* - Prepare Certificate of No Objection of Oct | 0.20 | KC |

| Date | Description | Hours | Staff |
|---|---|---|---|
| | 2011 monthly fee app for filing; efile and service of same | | |
| Dec-22-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review Affidavit of J. Milner | 0.10 | TJT |
| Dec-23-11 | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| Dec-24-11 | *Case Administration* - Review Affidavit of S. Robin | 0.10 | TJT |
| | *Case Administration* - Review Debtor's Motion for 2nd Amendment to Post Petition Credit Facility with attachment | 0.40 | TJT |
| | *Case Administration* - Review Garlock's Opening Brief re: Appeal No. 11-1130 LPS | 1.20 | TJT |
| Dec-26-11 | *Case Administration* - Review three miscellaneous certificate of no objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review Appendix to Garlock's Opening Brief re: Appeal No. 11-1130 LPS | 0.40 | TJT |
| Dec-27-11 | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review note and copy of check from T. Tacconelli; update payment receivable chart and return same to TJT | 0.20 | KC |
| Dec-28-11 | *Fee Applications, Applicant* - Review and revise Ferry Joseph & Pearce's November Prebill, confer with K. Callahan re: same | 0.40 | TJT |
| | *Fee Applications, Others* - Review and download attachments from L. Flores re: Nov. 2011 monthly fee app; prepare COS and revise notice; to LLC for review prior to filing | 0.30 | KC |
| | *Fee Applications, Applicant* - Revisions to Nov. 2011 bill per T. Tacconelli; prepare invoice as exhibit to Nov. 2011 fee app | 0.30 | KC |
| | *Fee Applications, Applicant* - Preparation of Nov. 2011 monthly fee app, notice, and COS; to LLC for review | 0.30 | KC |
| Dec-29-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review main docket re: status for week ending 12/23/11; memo to T. Tacconelli and L. Coggins re: same | 0.40 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review case status memo for week ending 12/23 | 0.10 | TJT |
| Dec-31-11 | *Case Administration* - Review daily memos | 0.10 | TJT |
| | Totals | 19.30 | |

### DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| Dec-02-11 | Photocopy Cost | 2.20 |
| Dec-07-11 | Cost Advance -   First State Deliveries - hand delivery | 7.50 |
| Dec-08-11 | Photocopy Cost | 1.40 |
| | Photocopy Cost | 1.00 |
| Dec-09-11 | Cost Advance -   First State Deliveries - hand delivery | 7.50 |
| Dec-15-11 | Cost Advance - Blue Marble Logistics - copies/service (Inv # 55931) | 764.44 |
| Dec-27-11 | Photocopy Cost | 4.30 |
| Dec-28-11 | Photocopy Cost | 0.60 |
| | Photocopy Cost | 0.60 |
| | Photocopy Cost | 0.60 |

|  |  |
|---|---:|
| Photocopy Cost | 0.60 |
| Photocopy Cost | 0.70 |
| Totals | $791.44 |

**Total Fees & Disbursements**     **$6,154.44**