**EXHIBIT B**

```
slp_132r: Matter Detail                           KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE    1
                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 01/27/2012 16:44:10

Matter No: 056772-00001                                  Orig Prtnr : CRED. RGTS      - 06975        Proforma Number:    3267697
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP  - 02495        Bill Frequency: M
Matter Name : CASE ADMINISTRATION                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status        : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.10/w/o manu. services

                                              PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:                                                        TO:
UNBILLED DISB FROM:         12/27/2011                                     TO:    12/31/2011

                                        FEES                        COSTS

GROSS BILLABLE AMOUNT:                  0.00                        61.39
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                                                                 12/31/2011
CLOSE MATTER/FINAL BILLING?  YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:   BENTLEY PHILIP - 02495         WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


               ACCOUNTS RECEIVABLE TOTALS                          UNAPPLIED CASH

   FEES:                     0.00              UNIDENTIFIED RECEIPTS:      0.00
   DISBURSEMENTS:            61.39             PAID FEE RETAINER:          0.00
   FEE RETAINER:              0.00             PAID DISB RETAINER:         0.00
   DISB RETAINER:             0.00             TOTAL AVAILABLE FUNDS:      0.00
   TOTAL OUTSTANDING:        61.39             TRUST BALANCE:
                                   BILLING HISTORY

DATE OF LAST BILL:       11/30/11         LAST PAYMENT DATE:       01/11/12
LAST BILL NUMBER:        581459     ACTUAL FEES BILLED TO DATE:   364,932.00
                                  ON ACCOUNT FEES BILLED TO DATE:      0.00
                                  TOTAL FEES BILLED TO DATE:     364,932.00
LAST BILL THRU DATE:     10/31/11         FEES WRITTEN OFF TO DATE: 85,704.00
                                         COSTS WRITTEN OFF TO DATE: 23,827.85
                            Write Down/Up Reason Codes:
FOR ACCTG USE ONLY:
                            (1) Exceeded Fixed Fee          (4) Excessive Legal Time    (7) Fixed Fee
                            (2) Late Time & Costs Posted    (5) Business Development    (8) Premium
                            (3) Pre-arranged Discount       (6) Summer Associate        (9) Rounding     (10) Client Arrangement

BILL NUMBER:          DATE OF BILL:             Processed by:              FRC:                 CRC:
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    2
                                                        *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 01/27/2012 16:44:10

Matter No: 056772-00001                                                    Orig Prtnr : CRED. RGTS    - 06975         Proforma Number:   3267697
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                            Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                            Status         : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y  ---------- Total Unbilled ----------
                                              Oldest     Latest      Total
 Code   Description                           Entry      Entry       Amount
 ----   -----------                           ------     ------      ------
 0885   LONG-DISTANCE TEL.                    12/27/11   12/27/11     36.51
 0972   DOCUMENT RETRIEVAL FEES               12/31/11   12/31/11     24.88

          Total                                                       61.39


U N B I L L E D   C O S T S   D E T A I L
 Description/Code                          Employee            Date          Amount       Index#    Batch No   Batch Date
 ----------------                          --------            ----          ------       ------    --------   ----------
LONG-DISTANCE TEL. 0885
  PREMIERE CONFERENCING
  PREMIERE CONFERENCING                    BLABEY, D E         12/27/11       36.51      9528514    1174241    12/27/11

                                  0885 LONG-DISTANCE TEL. Total :             36.51

DOCUMENT RETRIEVAL FEES 0972
  DOCUMENT RETRIEVAL F
  Document Retrieval Fees                  PIZZARELLO, C       12/31/11       24.88      9538565    1181390    01/10/12

                                  0972 DOCUMENT RETRIEVAL F Total :           24.88


                Costs Total :                                                 61.39
```

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE     3
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 01/27/2012 16:44:10

Matter No: 056772-00001                                               Orig Prtnr : CRED. RGTS    - 06975        Proforma Number:    3267697
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                       Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                      Status        : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description              Amount              Bill        W/o / W/u        Transfer To    Clnt/Mtr    Carry Forward
---------------------------   ------              ----        ---------        -----------    --------    -------------

0885 LONG-DISTANCE TEL.        36.51

0972 DOCUMENT RETRIEVAL FEES   24.88


         Costs Total :         61.39
```

```
alp_132r: Matter Detail                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE      4
                                                              *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 01/27/2012 16:44:10

Matter No: 056772-00008                                    Orig Prtnr  : CRED. RGTS       - 06975              Proforma Number:    3267697
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr  : BENTLEY PHILIP   - 02495              Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                  Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                     Status        : ACTIVE

Special Billing Instructions:

===============================================================================================================================================
                                                        PRE-BILLING SUMMARY REPORT
===============================================================================================================================================

  UNBILLED TIME FROM:                                                 TO:
  UNBILLED DISB FROM:   12/31/2011                                    TD:   12/31/2011

                            FEES                                             COSTS

  GROSS BILLABLE AMOUNT:         0.00                                               18.88
  AMOUNT WRITTEN DOWN:
             PREMIUM:
     ON ACCOUNT BILLED:
  DEDUCTED FROM PAID RETAINER:
         AMOUNT BILLED:
             THRU DATE:                                                             12/31/2011
  CLOSE MATTER/FINAL BILLING?  YES OR NO
  EXPECTED DATE OF COLLECTION:

  BILLING PARTNER APPROVAL:
                         BENTLEY PHILIP - 02495               WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

  BILLING COMMENTS:


===============================================================================================================================================

                ACCOUNTS RECEIVABLE TOTALS                                   UNAPPLIED CASH

        FEES:                             0.00
DISBURSEMENTS:                           18.88      UNIDENTIFIED RECEIPTS:            0.00
FEE RETAINER:                             0.00       PAID FEE RETAINER:               0.00
DISB RETAINER:                            0.00       PAID DISB RETAINER:              0.00
TOTAL OUTSTANDING:                       18.88      TOTAL AVAILABLE FUNDS:            0.00
                                                    TRUST BALANCE:
                                                    BILLING HISTORY

DATE OF LAST BILL:       12/21/11          LAST PAYMENT DATE:                 01/11/12
LAST BILL NUMBER:        583620    ACTUAL FEES BILLED TO DATE:              230,821.50
                                   ON ACCOUNT FEES BILLED TO DATE:                0.00
                                   TOTAL FEES BILLED TO DATE:              230,821.50
LAST BILL THRU DATE:     11/30/11     FEES WRITTEN OFF TO DATE:             20,054.00
                                      COSTS WRITTEN OFF TO DATE:               944.50

                             Write Down/Up Reason Codes:

FOR ACCTG USE ONLY:       (1) Exceeded Fixed Fee       (4) Excessive Legal Time     (7) Fixed Fee
                          (2) Late Time & Costs Posted (5) Business Development     (8) Premium
                          (3) Pre-arranged Discount    (6) Summer Associate         (9) Rounding         (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____   CRC: _____
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE     5
                                              *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 01/27/2012 16:44:10

Matter No: 056772-00008                                   Orig Prtnr : CRED. RGTS    - 06975          Proforma Number:  3267697
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE           Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency:  M
Matter Name : FEE APPLICATIONS, APPLICANT                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                            Status         : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y  -------- Total Unbilled --------
                                              Oldest       Latest       Total
Code Description                              Entry        Entry        Amount
----  -----------                             -------      -------      -------
0972 DOCUMENT RETRIEVAL FEES                  12/31/11     12/31/11       18.88

               Total                                                      18.88


U N B I L L E D   C O S T S   D E T A I L
Description/Code                                Employee              Date        Amount       Index#   Batch No  Batch Date
---------------------------                     ----------            ------      --------     ------   --------  ----------

DOCUMENT RETRIEVAL FEES 0972
  DOCUMENT RETRIEVAL F                          PIZZARELLO, C         12/31/11      18.88      9538566  1181390   01/10/12
  Document Retrieval Fees
                                   0972 DOCUMENT RETRIEVAL F Total :    18.88


                Costs Total :                                           18.88
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE      6
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 01/27/2012 16:44:10

Matter No: 056772-00008                                        Orig Prtnr : CRED. RGTS       - 06975        Proforma Number:  3267697
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP  - 02495        Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status      : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description                Amount           Bill             W/o / W/u         Transfer To     Clnt/Mtr    Carry Forward
---------------------------     -------          -------          ---------         -----------     --------    -------------

0972 DOCUMENT RETRIEVAL FEES     18.88

         Costs Total :           18.88
```