# EXHIBIT A

## WR GRACE & CO
## COMPENSATION BY PROJECT CATEGORY
### DECEMBER 1, 2011 - DECEMBER 31, 2011

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 0.1 | $ 71.50 |
| 0013 | Business Operations | 0.9 | 643.50 |
| 0014 | Case Administration | 11.1 | 3,147.00 |
| 0018 | Fee Application, Applicant | 6.3 | 1,474.50 |
| 0019 | Creditor Inquiries | 0.7 | 626.50 |
| 0020 | Fee Application, Others | 5.9 | 1,334.50 |
| 0037 | Hearings | 1.0 | 715.00 |
|  |  |  |  |
|  | **Total** | **26.0** | **$ 8,012.50** |

# STROOCK

## INVOICE

| | |
|---|---|
| DATE | January 9, 2012 |
| INVOICE NO. | 554304 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through December 31, 2011, including:

| | |
|---|---|
| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos)<br>699843 0003 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/20/2011 | Review Garlock's reply to opposition pleadings filed by law firms, others re: procedural consolidation and expedition of appeals. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.1 | $ 715 | $ 71.50 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 71.50 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 71.50 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| | RE | Business Operations 699843 0013 |
|---|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/22/2011 | Attend to Debtors' motion amending post-petition LOC Agreement (.7); memoranda with Capstone re: same (.1). | Krieger, A. | 0.8 |
| 12/30/2011 | Attend to Capstone Memoranda re: 2d amendment to LOC Facility. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.9 | $715 | $643.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $643.50 |
|---|---|

| TOTAL FOR THIS MATTER | $643.50 |
|---|---|

# STROOCK

| | | |
|---|---|---|
| RE | Case Administration | |
| | 699843 0014 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/01/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.5 |
| 12/02/2011 | Attend to Fee Auditor's final report on 41st quarterly fee applications. | Krieger, A. | 0.1 |
| 12/02/2011 | Obtain docket updates and recently filed pleadings in main case (.4); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.5 |
| 12/05/2011 | Obtain and circulate recently docketed pleadings in main case (.3); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.4 |
| 12/07/2011 | Obtain and circulate recently docketed pleading in main case (.2); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.3 |
| 12/09/2011 | Obtain and circulate recently docketed pleading in main case (.2); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.3 |
| 12/12/2011 | Memoranda with DM re: 41st quarterly fee and expense chart. | Krieger, A. | 0.1 |
| 12/13/2011 | Review agenda notice for 12/19/11 hearing. | Krieger, A. | 0.1 |
| 12/13/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.6 |
| 12/14/2011 | O/c D. Mohamed re: 12/19/11 hearing and agenda, and court call arrangements. | Krieger, A. | 0.1 |
| 12/14/2011 | Obtain and circulate recently docketed pleadings in main case (.5); review fee auditor's project category summary for the 41st period as it pertains to SSL's fees (.4); monitor appeals case docket no. 11-199 (.1); schedule A. Krieger to appear telephonically at the 12/19/11 hearing (.1). | Mohamed, D. | 1.1 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/15/2011 | O/cs DM re back up information to respond to the fee auditor's inquiry (.3); o/c KP and response to B. Ruhlander re: inquiry on KP's expense charge (.7). | Krieger, A. | 1.0 |
| 12/15/2011 | Obtain and circulate recently docketed pleadings in main case (.3); obtain documents for attorney review (.3). | Mohamed, D. | 0.6 |
| 12/16/2011 | Exchanged memoranda with Debtors' counsel re: 12/19/11 hearing and attend to amended agenda. | Krieger, A. | 0.1 |
| 12/16/2011 | Obtain and circulate recently docketed pleadings in main case (.4); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.5 |
| 12/19/2011 | Obtain and circulate recently docketed pleadings in main case (.5); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.6 |
| 12/20/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.3 |
| 12/21/2011 | Attend to amended notice of appointment of Equity Committee. | Krieger, A. | 0.1 |
| 12/21/2011 | Obtain and circulate recently docketed pleadings in main case (.4); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.5 |
| 12/22/2011 | Attend to multiple claims transfer notices. | Krieger, A. | 0.2 |
| 12/22/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.4 |
| 12/27/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.3 |
| 12/28/2011 | Obtain and circulate recently docketed pleadings in main case (.4); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.5 |
| 12/29/2011 | Obtain and circulate recently docketed pleading in main case (.2); review case file documents (1.3). | Mohamed, D. | 1.5 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/30/2011 | Obtain and circulate recently docketed pleadings in main case (.3); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.8 | $715 | $1,287.00 |
| Mohamed, David | 9.3 | 200 | 1,860.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $3,147.00 |
|---|---|

| TOTAL FOR THIS MATTER | $3,147.00 |
|---|---|

# STROOCK

| RE | Fee Application, Applicant |
|---|---|
|    | 699843  0018 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/01/2011 | Finalize SSL's 127th monthly fee application for filing (.8); prepare notice and CoS re: same and forward to local counsel for filing (.6); prepare and effectuate service re: fee application (.7). | Mohamed, D. | 2.1 |
| 12/05/2011 | Review and revise November fee detail. | Magzamen, M. | 0.5 |
| 12/07/2011 | Review November 2011 fee application. | Krieger, A. | 0.3 |
| 12/07/2011 | Prepare draft of SSL's 128th monthly fee application for attorney review. | Mohamed, D. | 1.1 |
| 12/15/2011 | Review revised draft of SSL's 128th monthly fee application. | Mohamed, D. | 0.6 |
| 12/28/2011 | Finalize SSL's 128th monthly fee application for filing (.6); prepare notice and CoS re: same and forward to local counsel for filing (.5); prepare and effectuate service re: fee application (.6). | Mohamed, D. | 1.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.3 | $715 | $214.50 |
| Magzamen, Michael | 0.5 | 320 | 160.00 |
| Mohamed, David | 5.5 | 200 | 1,100.00 |
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | | $1,474.50 |

| TOTAL FOR THIS MATTER | $1,474.50 |
|---|---|

# STROOCK

| | | |
|---|---|---|
| RE | Creditor Inquiries<br>699843 0019 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/05/2011 | Telephone conferences creditor re: confirmation status. | Pasquale, K. | 0.3 |
| 12/06/2011 | Emails with creditor re: confirmation status. | Pasquale, K. | 0.2 |
| 12/13/2011 | Emails with creditor re: confirmation status. | Pasquale, K. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Pasquale, Kenneth | 0.7 | $ 895 | $ 626.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 626.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 626.50 |
|---|---|

# STROOCK

| | | |
|---|---|---|
| RE | Fee Application, Others 699843 0020 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/14/2011 | Attend to other professionals' fee applications, certifications. | Krieger, A. | 0.2 |
| 12/19/2011 | Finalize Capstone's 92nd and 93rd monthly fee applications for filing (1.5); prepare notices and CoS's re: same and forward to local counsel for filing (1.2); prepare and effectuate service re: fee applications (.9). | Mohamed, D. | 3.6 |
| 12/20/2011 | Attend to other professionals' fee applications. | Krieger, A. | 0.1 |
| 12/30/2011 | Finalize Capstone's 31st quarterly fee application for filing (.7); prepare notice and CoS re: same and forward to local counsel for filing (.7); prepare and effectuate service re: fee application (.6). | Mohamed, D. | 2.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.3 | $715 | $214.50 |
| Mohamed, David | 5.6 | 200 | 1,120.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $1,334.50 |
|---|---|

| TOTAL FOR THIS MATTER | $1,334.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Expenses<br>699843 0024 | |
|---|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|---|---|

| MATTER DISBURSEMENT SUMMARY | |
|---|---|
| Outside Messenger Service | $ 52.22 |

| TOTAL DISBURSEMENTS/CHARGES | $ 52.22 |
|---|---|

| TOTAL FOR THIS MATTER | $ 52.22 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Hearings<br>699843 0037 |
| --- | --- |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 12/19/2011 | Review PWC materials and attend telephonic hearing re: requested waiver of local rules for PWC (.6); and memorandum for LK, KP re: hearing (.4). | Krieger, A. | 1.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
| --- | --- | --- | --- |
| Krieger, Arlene G. | 1.0 | $ 715 | $ 715.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 715.00 |
| --- | --- |

| TOTAL FOR THIS MATTER | $ 715.00 |
| --- | --- |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 8,012.50 |
| --- | --- |
| TOTAL DISBURSEMENTS/CHARGES | $ 52.22 |
| TOTAL BILL | $ 8,064.72 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.