# EXHIBIT B

WR GRACE & CO
SUMMARY OF FEES
DECEMBER 1, 2011 - DECEMBER 31, 2011

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** |  |  |  |
| Pasquale, Kenneth | 0.7 | 895 | 626.50 |
|  |  |  |  |
| **Associates** |  |  |  |
| Krieger, Arlene G. | 4.4 | 715 | 3,146.00 |
|  |  |  |  |
| **Paraprofessionals** |  |  |  |
| Magzamen, Michael | 0.5 | 320 | 160.00 |
| Mohamed, David | 20.4 | 200 | 4,080.00 |
|  |  |  |  |
| **Total** | **26.0** |  | **$ 8,012.50** |