# EXHIBIT C

WR GRACE & CO
DISBURSEMENT SUMMARY
DECEMBER 1, 2011 - DECEMBER 31, 2011

| Outside Messenger Service | $ | 52.22 |
|---|---|---|
| | | |
| **TOTAL** | **$** | **52.22** |

# STROOCK

## DISBURSEMENT REGISTER

| DATE | January 9, 2012 |
|---|---|
| INVOICE NO. | 554304 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

**FOR EXPENSES INCURRED** in the captioned matter for the period through December 31, 2011, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 12/06/2011 | VENDOR: UPS; INVOICE#: 000010X827471; DATE: 11/19/2011 D Mohamed to Dave Klauder Esq Wilmington, DE on 11/16/2011 | 11.47 |
| 12/06/2011 | VENDOR: UPS; INVOICE#: 000010X827471; DATE: 11/19/2011 D Mohamed to Bobbi Ruthlander Esq Dallas, TX on 11/16/2011 | 17.81 |
| 12/06/2011 | VENDOR: UPS; INVOICE#: 000010X827471; DATE: 11/19/2011 D Mohamed to David Siegal Columbia ,MD on 11/16/2011 | 11.47 |
| 12/06/2011 | VENDOR: UPS; INVOICE#: 000010X827471; DATE: 11/19/2011 D Mohamed to Dawn Marra Wilmington, DE on 11/16/2011 | 11.47 |
| **Outside Messenger Service Total** | | **52.22** |

| BILL DISBURSEMENT SUMMARY | |
|---|---|
| Outside Messenger Service | $ 52.22 |
| TOTAL DISBURSEMENTS/CHARGES | $ 52.22 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM