**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 12/31/2011 |
| Wilmington  DE | ACCOUNT NO:      3000-01D |
|  | STATEMENT NO:               93 |

Asset Analysis and Recovery

| PREVIOUS BALANCE | $30.00 |
|---|---|
| BALANCE DUE | $30.00 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 12/31/2011 |
| Wilmington  DE | ACCOUNT NO:    3000-02D |
|  | STATEMENT NO:           127 |

Asset Disposition

| | |
|---|---|
| PREVIOUS BALANCE | $1,094.80 |
| 12/12/2011    Payment - Thank you. (September, 2011 - 80% Fees) | -180.00 |
| BALANCE DUE | $914.80 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                          12/31/2011
Wilmington  DE                      ACCOUNT NO:      3000-03D
                                    STATEMENT NO:         114

Business Operations

PREVIOUS BALANCE                                    $2,940.00

12/12/2011     Payment - Thank you. (September, 2011 - 80% Fees)      -930.00
12/19/2011     Payment - Thank you. (June, 2011 - 20% Fees)          -352.50
               TOTAL PAYMENTS                                       -1,282.50

               BALANCE DUE                                         $1,657.50

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 12/31/2011 |
| Wilmington  DE | ACCOUNT NO:        3000-04D |
| | STATEMENT NO:              127 |

Case Administration

|  |  |
|---|---|
| PREVIOUS BALANCE | $1,325.77 |

|  |  | HOURS |  |
|---|---|---|---|
| **12/14/2011** | | | |
| MTH | Reviewing notice of appearance; correspondence to MB re service list | 0.10 | 37.50 |
| **12/27/2011** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| **12/28/2011** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| **12/29/2011** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| **12/30/2011** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | FOR CURRENT SERVICES RENDERED | 0.90 | 125.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Santae M. Boyd | 0.80 | $110.00 | $88.00 |
| Mark T. Hurford | 0.10 | 375.00 | 37.50 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 125.50 |

W.R. Grace

Case Administration

| Date | Description | Amount |
|------|-------------|-------:|
| 12/12/2011 | Payment - Thank you. (September, 2011 - 80% Fees) | -60.00 |
| 12/19/2011 | Payment - Thank you. (April, 2011 - 20% Fees) | -72.00 |
| 12/19/2011 | Payment - Thank you. (May, 2011 - 20% Fees) | -63.00 |
| 12/19/2011 | Payment - Thank you. (June, 2011 - 20% Fees) | -5.00 |
| | TOTAL PAYMENTS | -200.00 |
| | BALANCE DUE | $1,251.27 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 12/31/2011 |
| Wilmington  DE | ACCOUNT NO:        3000-05D |
|  | STATEMENT NO:        127 |

Claims Analysis Objection & Resolution (Asbestos)

|  |  |  |
|---|---|---|
| | PREVIOUS BALANCE | $2,486.60 |
| 12/19/2011 | Payment - Thank you. (April, 2011 - 20% Fees) | -30.00 |
| | BALANCE DUE | $2,456.60 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  | Page: 1 |
|---|---|
| W.R. Grace | 12/31/2011 |
| Wilmington  DE | ACCOUNT NO:        3000-06D |
|  | STATEMENT NO:              127 |

Claims Analysis Objection & Resol. (Non-Asbestos)


PREVIOUS BALANCE                                                                                          $436.20


12/12/2011      Payment - Thank you. (September, 2011 - 80% Fees)                        -600.00


CREDIT BALANCE                                                                                          -$163.80


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |  |
|---|---|---|
|  |  | Page: 1 |
| W.R. Grace |  | 12/31/2011 |
| Wilmington  DE |  |  |
|  | ACCOUNT NO: | 3000-07D |
|  | STATEMENT NO: | 127 |

Committee, Creditors, Noteholders, Equity Holders

|  |  |  |
|---|---|---|
| PREVIOUS BALANCE |  | $14,213.44 |

|  |  | HOURS |  |
|---|---|---|---|
| **12/01/2011** |  |  |  |
| PEM | Review memo re: pleadings filed | 0.10 | 45.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| SMB | Prepare 2019 of Cooney & Conway; address filing, e-mail confirmation of same | 0.30 | 33.00 |
|  |  |  |  |
| **12/02/2011** |  |  |  |
| MK | Review committee events calendar and update attorney case calendar. | 0.10 | 15.00 |
| DAC | Review counsel's week memorandum | 0.20 | 100.00 |
| DAC | Review memorandum re: Garlock's appeal of 2019 | 0.10 | 50.00 |
| PEM | Review weekly recommendation memo re: pending motions and matters | 0.10 | 45.00 |
| SMB | Prepare weekly recommendation memorandum | 0.40 | 44.00 |
| MTH | Prepare weekly recommendation memo; discussion with SC re same | 0.30 | 112.50 |
|  |  |  |  |
| **12/05/2011** |  |  |  |
| MTH | Telephone conference with J. Renebaum re case status | 0.20 | 75.00 |
| SMB | Prepare and file 2019 of Edward O. Moody; e-mail confirmation of same | 0.30 | 33.00 |
| MTH | Review daily memo | 0.10 | 37.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
|  |  |  |  |
| **12/06/2011** |  |  |  |
| MTH | Research and review re Amended Rule 2019; discussion with MRE re same | 0.30 | 112.50 |
| MTH | Review daily memo | 0.10 | 37.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 11.00 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 12/07/2011 | | | | |
| | SMB | Review, retrieve, and distribute recently filed pleadings | 0.20 | 22.00 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| 12/08/2011 | | | | |
| | PEM | Review memo re: pleadings filed | 0.10 | 45.00 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| 12/09/2011 | | | | |
| | MTH | Prepare weekly recommendation memo | 1.20 | 450.00 |
| | PEM | Review weekly recommendation memorandum | 0.10 | 45.00 |
| | SMB | Prepare weekly recommendation memorandum | 0.30 | 33.00 |
| | MTH | Review correspondence from SC to Committee re weekly recommendation memo | 0.10 | 37.50 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| 12/11/2011 | | | | |
| | DAC | Review counsel's weekly memorandum | 0.20 | 100.00 |
| 12/12/2011 | | | | |
| | MK | Review committee events calendar. | 0.10 | 15.00 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| 12/13/2011 | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 45.00 |
| 12/14/2011 | | | | |
| | FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.30 | 25.50 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| 12/15/2011 | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 45.00 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |

W.R. Grace

ACCOUNT NO:       3000-07D
STATEMENT NO:            127

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| **12/16/2011** |  |  |  |  |
| MK | Review committee events calendar and update attorney case calendar. | | 0.10 | 15.00 |
| MTH | Prepare weekly recommendation memo | | 1.00 | 375.00 |
| MTH | Review correspondence from SC to Committee re weekly recommendation memo | | 0.10 | 37.50 |
| PEM | Review weekly recommendation memorandum re: pending motions and matters. | | 0.10 | 45.00 |
| DAC | Review counsel's weekly memorandum | | 0.20 | 100.00 |
| SMB | Prepare weekly recommendation memorandum | | 0.30 | 33.00 |
| MTH | Review daily memo | | 0.10 | 37.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 22.00 |
| **12/19/2011** |  |  |  |  |
| MTH | Review correspondence from EI re status and response to same | | 0.10 | 37.50 |
| MTH | Review daily memo | | 0.10 | 37.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 22.00 |
| **12/20/2011** |  |  |  |  |
| MTH | Correspondence to and from EI re status of pending matters | | 0.20 | 75.00 |
| SMB | Review, retrieve and distribute recently filed pleadings | | 0.10 | 11.00 |
| MTH | Review daily memo | | 0.10 | 37.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 22.00 |
| **12/21/2011** |  |  |  |  |
| PEM | Review memo re: pleadings filed. | | 0.10 | 45.00 |
| MTH | Review daily memo | | 0.10 | 37.50 |
| MTH | Review correspondence from PVNL and SC re recently filed pleadings | | 0.10 | 37.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 22.00 |
| **12/22/2011** |  |  |  |  |
| MTH | Review daily memo | | 0.10 | 37.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 22.00 |
| **12/23/2011** |  |  |  |  |
| PEM | Review weekly recommendation memo re: pending motions and matters. | | 0.10 | 45.00 |
| SMB | Prepare weekly recommendation memorandum | | 0.30 | 33.00 |
| MTH | Review daily memo | | 0.10 | 37.50 |
| MTH | Preparing weekly recommendation memo | | 0.70 | 262.50 |
| MTH | Review correspondence from SB to Committee re weekly recommendation memo | | 0.10 | 37.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and | |  |  |

Page: 4

W.R. Grace

12/31/2011

ACCOUNT NO:        3000-07D
STATEMENT NO:            127

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
|  | distribute daily memo | 0.20 | 22.00 |
| DAC | Review counsel's weekly memo | 0.20 | 100.00 |
| **12/27/2011** |  |  |  |
| PEM | Review memo re: pleadings filed | 0.10 | 45.00 |
| MTH | Review daily memo | 0.10 | 37.50 |
| **12/28/2011** |  |  |  |
| MTH | Review daily memo | 0.10 | 37.50 |
| **12/29/2011** |  |  |  |
| PEM | Review memo re: pleadings filed | 0.10 | 45.00 |
| MTH | Review daily memo | 0.10 | 37.50 |
| **12/30/2011** |  |  |  |
| MTH | Review daily memo | 0.10 | 37.50 |
|  | FOR CURRENT SERVICES RENDERED | 13.70 | 3,879.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.90 | $500.00 | $450.00 |
| Philip E. Milch | 1.10 | 450.00 | 495.00 |
| Michele Kennedy | 0.30 | 150.00 | 45.00 |
| Santae M. Boyd | 4.90 | 110.00 | 539.00 |
| Mark T. Hurford | 6.20 | 375.00 | 2,325.00 |
| Freddie Koenig-Leuck | 0.30 | 85.00 | 25.50 |

TOTAL CURRENT WORK                                                            3,879.50

| 12/12/2011 | Payment - Thank you. (September, 2011 - 80% Fees) | -3,218.40 |
|---|---|---|
| 12/19/2011 | Payment - Thank you. (April, 2011 - 20% Fees) | -866.90 |
| 12/19/2011 | Payment - Thank you. (May, 2011 - 20% Fees) | -489.20 |
| 12/19/2011 | Payment - Thank you. (June, 2011 - 20% Fees) | -861.50 |
|  | TOTAL PAYMENTS | -5,436.00 |
|  | BALANCE DUE | $12,656.94 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 12/31/2011 |
| Wilmington  DE | ACCOUNT NO:     3000-08D |
|  | STATEMENT NO:          126 |

Employee Benefits/Pension

| | | |
|---|---|---|
| PREVIOUS BALANCE | | -$868.90 |
| 12/19/2011 | Payment - Thank you. (April, 2011 - 20% Fees) | -7.50 |
| CREDIT BALANCE | | -$876.40 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 12/31/2011 |
| Wilmington  DE | ACCOUNT NO:     3000-09D |
|  | STATEMENT NO:              58 |

Employee Applications, Applicant

| | | |
|---|---|---|
| | PREVIOUS BALANCE | $75.00 |
| 12/12/2011 | Payment - Thank you. (September, 2011 - 80% Fees) | -60.00 |
| | BALANCE DUE | $15.00 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 12/31/2011 |
| Wilmington  DE | ACCOUNT NO:        3000-10D |
|  | STATEMENT NO:              127 |

Employment Applications, Others

| | | |
|---|---|---|
| | PREVIOUS BALANCE | $731.70 |
| 12/19/2011 | Payment - Thank you. (April, 2011 - 20% Fees) | -7.50 |
| | BALANCE DUE | $724.20 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 12/31/2011 |
| Wilmington  DE | ACCOUNT NO:  3000-11D |
|  | STATEMENT NO:  125 |

Expenses

| | PREVIOUS BALANCE | $8,810.32 |
|---|---|---|
| 12/01/2011 | Pacer charges for the month of November | 154.88 |
| 12/05/2011 | Parcels - copy/service - Certificate of No Objection for Fee Applications | 26.18 |
| 12/07/2011 | Parcels - copy/service - Certificate of No Objection for Fee Applications | 60.94 |
| 12/13/2011 | Parcels - copy/service - Response to Garlock's Motion | 23.25 |
| 12/14/2011 | Parcels - hand delivery - Response to Garlock's Motion to U.S. District Court | 1.87 |
| 12/22/2011 | Parcels - copy/service - (4) Certificates of No Objection for October 2011 | 46.58 |
| 12/22/2011 | Parcels - hand delivery - (4) Certificates of No Objection for October 2011 | 40.00 |
| | TOTAL EXPENSES | 353.70 |
| | TOTAL CURRENT WORK | 353.70 |
| 12/12/2011 | Payment - Thank you. (September, 2011 - 100% Expenses) | -745.28 |
| | BALANCE DUE | $8,418.74 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 12/31/2011 |
| Wilmington  DE | ACCOUNT NO:    3000-12D |
|  | STATEMENT NO:    125 |

Fee Applications, Applicant

| | | HOURS | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $3,860.80 |

| | | | HOURS | |
|---|---|---|---|---|
| 12/05/2011 | | | | |
| | MB | Prepare, finalize and e-file certificate of no objection for C&L September 2011 application | 0.30 | 37.50 |
| | MTH | Reviewing correspondence from MB re CNO's to be filed; reviewing docket and reviewing and signing CNO for C&L fee application | 0.20 | 75.00 |
| 12/07/2011 | | | | |
| | MTH | Reviewing docket and reviewing and signing CNO for C&L Interim fee application | 0.10 | 37.50 |
| | MB | Review docket for objections; Prepare, finalize and e-file certificate of no objection for C&L July to September 2011 interim application | 0.30 | 37.50 |
| 12/09/2011 | | | | |
| | MTH | Reviewing pre-bill | 0.60 | 225.00 |
| 12/22/2011 | | | | |
| | MB | Review docket, draft and file certificate of no objection for Campbell & Levine October 2011 fee application | 0.30 | 37.50 |
| | MTH | Reviewing docket and reviewing and signing CNO for C&L fee application | 0.10 | 37.50 |
| 12/30/2011 | | | | |
| | MTH | Review correspondence from MB (x2) re fee applications | 0.10 | 37.50 |
| | MB | Review email from DS re: November bill(.1); Prepare C&L November fee application (.5); Finalize and e-file November 2011 fee application (.4) | 1.00 | 125.00 |
| | | FOR CURRENT SERVICES RENDERED | 3.00 | 650.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Matthew Brushwood | 1.90 | $125.00 | $237.50 |

W.R. Grace

Fee Applications, Applicant

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.10 | 375.00 | 412.50 |

|  |  |  | TOTAL |
|---|---|---|---|
| TOTAL CURRENT WORK |  |  | 650.00 |

| 12/12/2011 | Payment - Thank you. (September, 2011 - 80% Fees) | -543.60 |
|---|---|---|
| 12/19/2011 | Payment - Thank you. (April, 2011 - 20% Fees) | -110.00 |
| 12/19/2011 | Payment - Thank you. (May, 2011 - 20% Fees) | -154.00 |
| 12/19/2011 | Payment - Thank you. (June, 2011 - 20% Fees) | -97.50 |
|  | TOTAL PAYMENTS | -905.10 |
|  | BALANCE DUE | $3,605.70 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 12/31/2011 |
| Wilmington  DE | ACCOUNT NO:      3000-13D |
|  | STATEMENT NO:              112 |

Fee Applications, Others

|  |  |
|---|---|
| PREVIOUS BALANCE | $16,360.30 |

| Date | | | HOURS | |
|---|---|---|---|---|
| 12/02/2011 | | | | |
| | SMB | Review October 2011 application of Duane Morris LLP (.1); update weekly recommendation memorandum | 0.20 | 22.00 |
| | SMB | Review October 2011 application of Reed Smith LLP (.1); update weekly recommendation memorandum | 0.20 | 22.00 |
| | SMB | Review October 2011 application of Saul Ewing LLP (.1); update weekly recommendation memorandum | 0.20 | 22.00 |
| | SMB | Review October 2011 application of Baer Higgins Fruchtman LLC (.1); update weekly recommendation memorandum | 0.20 | 22.00 |
| | SMB | Review October 2011 application of Kirkland & Ellis LLP (.1); update weekly recommendation memorandum | 0.20 | 22.00 |
| | SMB | Review July through September 2011 application of Kramer Levin Naftalis & Frankel LLP (.1); update weekly recommendation memorandum | 0.20 | 22.00 |
| | SMB | Review July through September 2011 application of Scarfone Hawkins LLP (.1); update weekly recommendation memorandum | 0.20 | 22.00 |
| | SMB | Review July through September 2011 application of The Hogan Firm (.1); update weekly recommendation memorandum | 0.20 | 22.00 |
| | SMB | Review January through March 2011 application of Baker Donelson Bearman Caldwell & Berkowitz P.C.(.1); update weekly recommendation memorandum | 0.20 | 22.00 |
| | SMB | Review July through September  2011 application of Lauzon Belanger & Lesperance (.1); update weekly recommendation memorandum | 0.20 | 22.00 |
| | SMB | Review October 2011 application of Fragomen Del Rey Bernsen & Loewy LLP (.1); update weekly recommendation memorandum | 0.20 | 22.00 |
| | SMB | Review July through September  2011 application of BMC Group (.1); update weekly recommendation memorandum | 0.20 | 22.00 |
| | SMB | Review September  2011 application of BMC Group (.1); update weekly recommendation memorandum | 0.20 | 22.00 |
| | SMB | Review August 2011 application of BMC Group (.1); update weekly | | |

Page: 2
W.R. Grace
12/31/2011
ACCOUNT NO:        3000-13D
STATEMENT NO:            112

Fee Applications, Others

| | | HOURS | |
|---|---|---|---|
| | recommendation memorandum | 0.20 | 22.00 |
| SMB | Review July 2011 application of BMC Group (.1); update weekly recommendation memorandum | 0.20 | 22.00 |
| SMB | Review July through September  2011 application of Alexander M. Sanders, Jr.(.1); update weekly recommendation memorandum | 0.20 | 22.00 |
| SMB | Review July through September 2011 application of Alan B. Rich, Esquire (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review July through September 2011 application of Saul Ewing LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review July through September 2011 application of Blackstone Advisory Services, L.P. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review July through September 2011 application of Kirkland & Ellis LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review October 2011 application of  Orrick Herrington & Sutcliffe LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review October 2011 application of Phillips Goldman & Spence P.A. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review October 2011 application of Ferry Joseph & Pearce P.A. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review October 2011 application of Beveridge & Diamond P.C. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review October 2011 application of Stroock & Stroock & Lavan LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review October 2011 application of Kramer Levin Naftalis & Frankel LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |

12/05/2011
| | | | |
|---|---|---|---|
| MB | Prepare, finalize and e-file certificate of no objection for C&D September 2011 application | 0.30 | 37.50 |
| MB | Prepare, finalize and e-file certificate of no objection for Charter Oak September 2011 application | 0.30 | 37.50 |
| MTH | Reviewing correspondence from MB re CNO to be filed; reviewing docket and reviewing and signing CNO for Charter Oak fee application | 0.20 | 75.00 |
| MTH | Reviewing correspondence from MB re CNO to be filed; reviewing docket and reviewing and signing CNO for AKO fee application | 0.20 | 75.00 |

12/06/2011
| | | | |
|---|---|---|---|
| MTH | Review correspondence from CH re multiple CNO's | 0.10 | 37.50 |

12/07/2011
| | | | |
|---|---|---|---|
| MTH | Reviewing docket and reviewing and signing CNO for AKO interim fee application | 0.10 | 37.50 |
| MTH | Reviewing docket and reviewing and signing CNO for Charter Oak interim fee application | 0.10 | 37.50 |
| MTH | Reviewing docket and reviewing and signing CNO for C&D interim fee application | 0.10 | 37.50 |

W.R. Grace

ACCOUNT NO:        3000-13D
STATEMENT NO:              112

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
| MTH | Reviewing docket and reviewing and signing CNO for C&D September monthly fee application | 0.10 | 37.50 |
| MB | Review docket for objections; Prepare, finalize and e-file certificate of no objection for Charter Oak July to September 2011 interim application | 0.30 | 37.50 |
| MB | Review docket for objections; Prepare, finalize and e-file certificate of no objection for LAS July to September 2011 interim application | 0.30 | 37.50 |
| MB | Review docket for objections; Prepare, finalize and e-file certificate of no objection for C&D July to September 2011 interim application | 0.30 | 37.50 |
| MB | Review docket for objections; Prepare, finalize and e-file certificate of no objection for AKO September 2011 monthly application | 0.30 | 37.50 |
| MTH | Reviewing correspondence from KEH re three CNO's for fee applications | 0.10 | 37.50 |
| MTH | Review correspondence from MB re CNO's for C&D fee applications | 0.10 | 37.50 |
| **12/08/2011** |  |  |  |
| MB | Update fee application tracking charts | 0.30 | 37.50 |
| MTH | Review correspondence from TT re Casner fee application | 0.10 | 37.50 |
| **12/09/2011** |  |  |  |
| MTH | Reviewing and revising pre-bill | 0.80 | 300.00 |
| SMB | Review November 2011 application of Alan B. Rich, Esquire (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review April through June 2011 application of Deloitte Tax LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review October 2011 application of Bilzin Sumberg Baena Price & Axelrod LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review July through September 2011 application of Woodcock Washburn LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review September 2011 application of Steptoe & Johnson LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review October 2011 application of Casner & Edwards LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| **12/12/2011** |  |  |  |
| MB | Review docket for objections; prepare, finalize and e-file certificate of no objection for C&D October 2011 monthly application | 0.30 | 37.50 |
| MB | Review forty-first fee and expense chart; E-mail to MTH re: same | 0.20 | 25.00 |
| MTH | Review correspondence from DW re Nelson Mullins fee application | 0.10 | 37.50 |
| MTH | Review correspondence from LO re fee application documents to be filed; correspondence to and from MB re same | 0.20 | 75.00 |
| **12/14/2011** |  |  |  |
| MTH | Reviewing Order entered re fee applications and correspondence to MB re same | 0.10 | 37.50 |
| MTH | Review correspondence from CH re CNO for PG&S | 0.10 | 37.50 |
| MB | Docket review and retrieval re: Fee auditor's twenty-eighth report with no issues | 0.20 | 25.00 |

Page: 4

W.R. Grace
12/31/2011
ACCOUNT NO:    3000-13D
STATEMENT NO:    112

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
| MB | E-mails with C&D re: monthly fee applications | 0.10 | 12.50 |
| MTH | Review correspondence from MB re Fee Auditor report for multiple professionals and reviewing same | 0.20 | 75.00 |

12/15/2011

| MTH | Review correspondence from KH re Scarfone fee application | 0.10 | 37.50 |
|---|---|---|---|
| MTH | Review correspondence from KH re Hogan fee application | 0.10 | 37.50 |
| MTH | Review correspondence from TBB re CNO for Saul Ewing | 0.10 | 37.50 |

12/16/2011

| SMB | Review November 2011 application of Fragomen, Del Rey, Bernsen & Loewy LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|---|---|---|---|
| SMB | Review October 2011 application of Nelson Mullins Riley & Scarborough LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review October 2011 application of Scarfone Hawkins LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review October 2011 application of The Hogan Firm (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review November 2011 application of Warren H. Smith (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review August 2011 application of David T. Austern (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review September 2011 application of David T. Austern (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review October 2011 application of David T. Austern (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| MTH | Review correspondence from KH re fee application | 0.10 | 37.50 |
| MTH | Review correspondence from TT re Kaye Scholer fee application | 0.10 | 37.50 |

12/19/2011

| MB | Document retrieval and review re: cumulative fee amounts; E-mail to R. Tobin re: same | 0.30 | 37.50 |
|---|---|---|---|
| MTH | Reviewing correspondence from D.M. re two Capstone fee applications | 0.10 | 37.50 |
| MTH | Review correspondence from J. Bower re Baker Donelson fee application | 0.10 | 37.50 |

12/20/2011

| MTH | Review correspondence from MS re Blackstone fee application | 0.10 | 37.50 |
|---|---|---|---|
| MTH | Reviewing correspondence from DF re four fee applications filed | 0.10 | 37.50 |
| MTH | Review correspondence from KH re three CNO's | 0.10 | 37.50 |

12/21/2011

| MTH | Review correspondence from YS re two CNO's filed | 0.10 | 37.50 |
|---|---|---|---|
| MTH | Review correspondence from TBB re Saul Ewing fee application | 0.10 | 37.50 |

W.R. Grace

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
| **12/22/2011** | | | | |
| | MB | E-mail to professionals re: August 2011 CNO's | 0.10 | 12.50 |
| | MB | Review docket, draft and file certificate of no objection for Caplin & Drysdale October 2011 fee application | 0.30 | 37.50 |
| | MB | Review docket, draft and file certificate of no objection for Anderson Kill and Olick October 2011 fee application | 0.30 | 37.50 |
| | MB | Review docket, draft and file certificate of no objection for Charter Oak October 2011 fee application | 0.30 | 37.50 |
| | MTH | Reviewing docket and reviewing and signing CNO for AKO fee application | 0.10 | 37.50 |
| | MTH | Reviewing docket and reviewing and signing CNO re Charter Oak fee application | 0.20 | 75.00 |
| | MTH | Reviewing docket and reviewing and signing CNO for Caplin fee application | 0.10 | 37.50 |
| **12/23/2011** | | | | |
| | SMB | Review July 2011 application of Lincoln Partners Advisors LLC (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review October 2011 application of Lincoln Partners Advisors LLC (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review September 2011 application of Lincoln Partners Advisors LLC (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review August 2011 application of Lincoln Partners Advisors LLC (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review October 2011 application of Blackstone Advisors Partners (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review November 2011 application of Norton Rose OR LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review November 2011 application of Baker Donelson Bearman Caldwell & Berkowitz P.C. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review October 2011 application of Capstone Advisory Group LLC (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review September 2011 application of Capstone Advisory Group LLC (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | MTH | Review correspondence from CH re fee application of Phillips Goldman | 0.10 | 37.50 |
| **12/27/2011** | | | | |
| | MTH | Review correspondence from TT re B&D fee application | 0.10 | 37.50 |
| **12/28/2011** | | | | |
| | MTH | Review correspondence from TB re Kramer fee application | 0.10 | 37.50 |
| | MTH | Review correspondence from TT re three fee applications | 0.10 | 37.50 |
| | MTH | Review correspondence from D.M. re SSI fee application | 0.10 | 37.50 |

W.R. Grace

Fee Applications, Others

| | | | HOURS | |
|---|---|---|---|---|
| **12/29/2011** | | | | |
| | MTH | Review correspondence from TT re fee applications of Foley Hoag | 0.10 | 37.50 |
| | | | | |
| **12/30/2011** | | | | |
| | KCD | Review and sign C&L application | 0.30 | 112.50 |
| | KCD | Review C&D application | 0.20 | 75.00 |
| | KCD | Review AKO application | 0.20 | 75.00 |
| | MTH | Review correspondence from LT re various fee applications | 0.10 | 37.50 |
| | MTH | Review correspondence from D.M. re Capstone fee application | 0.10 | 37.50 |
| | MTH | Review correspondence from JBL re fee application of Reed Smith | 0.10 | 37.50 |
| | MB | Review email from R. Tobin re: November bill(.1); Update and review C&D November fee application (.4); Finalize and e-file November 2011 fee application (.4) | 0.90 | 112.50 |
| | MB | Review email from A. Peltine re: November bill(.1); Update and review C&D November fee application (.3); Finalize and e-file November 2011 fee application (.4) | 0.80 | 100.00 |
| | SMB | Review November 2011 application of Phillips Goldman & Spence P.A. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review November 2011 application of Orrick Herrington & Sutcliffe LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review November 2011 application of David T. Austern (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review November 2011 application of Duane Morris LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review November 2011 application of Stroock Stroock & Lavan LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review October 2011 application of Deloitte Tax LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review November 2011 application of Casner & Edwards LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review November 2011 application of Baer Higgins Fruchtman LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review November 2011 application of Kramer Levin Naftalis & Frankel LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review November 2011 application of Kirkland & Ellis LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review July-September 2011 application of Steptoe Johnson LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review November 2011 application of Foley Hoag LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | | FOR CURRENT SERVICES RENDERED | 24.00 | 4,292.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Santae M. Boyd | 12.20 | $110.00 | $1,342.00 |
| Matthew Brushwood | 5.90 | 125.00 | 737.50 |

Page: 7

W.R. Grace

12/31/2011

ACCOUNT NO:        3000-13D
STATEMENT NO:              112

Fee Applications, Others

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 5.20 | 375.00 | 1,950.00 |
| Kathleen Campbell Davis | 0.70 | 375.00 | 262.50 |
| | | | |
| TOTAL CURRENT WORK | | | 4,292.00 |

| | | |
|---|---|---|
| 12/12/2011 | Payment - Thank you. (September, 2011 - 80% Fees) | -3,290.00 |
| 12/19/2011 | Payment - Thank you. (April, 2011 - 20% Fees) | -706.70 |
| 12/19/2011 | Payment - Thank you. (May, 2011 - 20% Fees) | -1,007.50 |
| 12/19/2011 | Payment - Thank you. (June, 2011 - 20% Fees) | -424.00 |
| | TOTAL PAYMENTS | -5,428.20 |
| | BALANCE DUE | $15,224.10 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 12/31/2011 |
| Wilmington DE | ACCOUNT NO: 3000-14D |
|  | STATEMENT NO: 85 |

Financing

|  |  |  |  | HOURS |  |
|---|---|---|---|---|---|
| 12/23/2011 |  |  |  |  |  |
| MTH | Telephone conference with JS re Post-Petition Facility Motion; reviewing prior motions re amendments thereto; correspondence re same |  |  | 0.80 | 300.00 |
|  | FOR CURRENT SERVICES RENDERED |  |  | 0.80 | 300.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.80 | $375.00 | $300.00 |

| | |
|---|---|
| TOTAL CURRENT WORK | 300.00 |
| BALANCE DUE | $300.00 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                           12/31/2011
Wilmington  DE                                        ACCOUNT NO:        3000-15D
                                                      STATEMENT NO:              127

Hearings

| | | HOURS | |
|---|---|---|---|
| | PREVIOUS BALANCE | | $5,226.35 |
| **12/02/2011** | | | |
| MRE | E-mails with KM re: Garlock motion | 0.20 | 90.00 |
| **12/12/2011** | | | |
| MTH | Telephone conference with CH re omnibus hearing | 0.10 | 37.50 |
| **12/14/2011** | | | |
| MTH | Preparing for hearing; discussion with FLK re same; call to C. Hehn re same | 0.50 | 187.50 |
| MTH | Additional correspondence re hearing | 0.20 | 75.00 |
| MTH | Correspondence and communications re hearing preparations, issues with canceled reservations by Court Call | 0.50 | 187.50 |
| **12/15/2011** | | | |
| MTH | Hearing preparations | 0.30 | 112.50 |
| **12/16/2011** | | | |
| MTH | Reviewing Amended Agenda | 0.10 | 37.50 |
| MTH | Correspondence to and from SC re amended agenda | 0.10 | 37.50 |
| **12/19/2011** | | | |
| MTH | Participating in telephonic hearing | 0.30 | 112.50 |
| MTH | Telephone conference with RW and R.F. re omnibus hearing | 0.20 | 75.00 |
| MTH | Review correspondence from debtors' counsel re amended agenda | 0.10 | 37.50 |
| | FOR CURRENT SERVICES RENDERED | 2.60 | 990.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 2.40 | $375.00 | $900.00 |
| Marla R. Eskin | 0.20 | 450.00 | 90.00 |

W.R. Grace

12/31/2011

ACCOUNT NO:       3000-15D
STATEMENT NO:           127

Hearings


TOTAL CURRENT WORK                                                          990.00


| 12/12/2011 | Payment - Thank you. (September, 2011 - 80% Fees) | -300.00 |
| 12/19/2011 | Payment - Thank you. (April, 2011 - 20% Fees) | -136.50 |
| 12/19/2011 | Payment - Thank you. (May, 2011 - 20% Fees) | -30.00 |
| 12/19/2011 | Payment - Thank you. (June, 2011 - 20% Fees) | -943.00 |
| | TOTAL PAYMENTS | -1,409.50 |
| | BALANCE DUE | $4,806.85 |


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

<table>
<tr><td></td><td>Page: 1</td></tr>
<tr><td>W.R. Grace</td><td>12/31/2011</td></tr>
<tr><td>Wilmington  DE</td><td>ACCOUNT NO:   3000-16D</td></tr>
<tr><td></td><td>STATEMENT NO:   112</td></tr>
</table>

Litigation and Litigation Consulting

| | | |
|---|---|---:|
| PREVIOUS BALANCE | | $2,496.00 |

| | | HOURS | |
|---|---|---|---|
| **12/01/2011** | | | |
| MTH | Reviewing various correspondence re motion to extend deadlines re Garlock 9019 Appeals to District Court (split between four cases) | 0.10 | 37.50 |
| **12/02/2011** | | | |
| MTH | Review correspondence from KCM to Committee re status of Garlock appeal; reviewing correspondence from MM, BB and TS re same; reviewing correspondence from MK re pro hac's and orders entered (split between four cases) | 0.10 | 37.50 |
| **12/12/2011** | | | |
| MTH | Correspondence and communications with lead counsel re Judge's Order expediting response to two pending motions and response to same; drafting caption and correspondence re same; reviewing EOA of Armstrong and related Response and correspondence re same; communications re logistics re filing (split between four cases) | 0.30 | 112.50 |
| MTH | Telephone conference with KCM re Garlock 2019 appeal; reviewing filings in BK Court re same; correspondence to KCM re same; reviewing Armstrong's response to Garlock's motions filed in DE District Court; correspondence to lead counsel re same (split between four cases) | 0.30 | 112.50 |
| **12/13/2011** | | | |
| MK | Review appellee response to motion.  Confer w/DBS and MTH. (split between four cases) | 0.10 | 15.00 |
| AC | Discussions with MB re: filing of response to Garlock motion (split between four cases) | 0.10 | 22.50 |
| MB | Finalize and e-file response to Garlock motions; Multiple discussions with MTH and ACB re: same (split between four cases) | 0.70 | 87.50 |
| MTH | Various correspondence re Response on behalf of four ACC's re Garlock 2019 appeals, reviewing and revising same for filing and service; | | |

W.R. Grace

Litigation and Litigation Consulting

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | correspondence re same (split between four cases); reviewing Garlock's opening brief filed in PA District Court cases (split between four cases). | 0.40 | 150.00 |
| 12/14/2011 |  |  |  |  |
|  | MK | Work on matters related to Garlock appeal of order related to access for 2019 exhibits. (split between four cases) | 0.30 | 45.00 |
|  | MTH | Discussion with MB re filings completed; discussion re courtesy copies for Court (per local rule); correspondence to and from MK re multiple filings; reviewing correspondence from MK and K. Maclay re same; reviewing filing of MMWR firms to Garlock's motions and reviewing filing of Certain Law Firms to Garlock's motions (split with four cases). | 0.30 | 112.50 |
|  | MB | Prepare documents to send to District Court re: Response to Garlock motions (split between four cases) | 0.10 | 12.50 |
| 12/15/2011 |  |  |  |  |
|  | MTH | Reviewing Garlock's Reply to responses to Motions to consolidate and expedite; reviewing Armstrong's response to Garlock's Motions and correspondence with MK and counsel re same (split between four cases) | 0.20 | 75.00 |
| 12/16/2011 |  |  |  |  |
|  | MK | Attention to document retrieval and indexing of pleadings related to Garlock appeal of Order denying motion for access to 2019 exhibits. Update attorneys' case calendars. | 1.60 | 240.00 |
|  | MTH | Reviewing correspondence from court appointed mediator (x2); discussion with MRE re same; reviewing order entered re various Garlock motions and correspondence from MK re same (split between four cases) | 0.20 | 75.00 |
| 12/19/2011 |  |  |  |  |
|  | MK | Attention to document retrieval and organization of pleadings related to Garlock 12 case appeal. (split between four cases) | 0.20 | 30.00 |
|  | MTH | Correspondence to KCM (x2) re docket entries re Garlock district Court appeal; reviewing correspondence from KCM re information for brief; discussion with MK re same; reviewing correspondence from MK re same; correspondence to and from MK re brief (and correspondence from MK to lead counsel) re same; begin review of brief on appeal (split with four cases) | 0.40 | 150.00 |
| 12/20/2011 |  |  |  |  |
|  | MTH | Reviewing Armstrong's Motion re removal as appellee re Garlock 2019 Appeals; correspondence to and from MK re notices to lead counsel and revisions needed to draft pro hacs (split with four cases) | 0.20 | 75.00 |
| 12/21/2011 |  |  |  |  |
|  | MK | Work on document indexing related to Garlock appeal of 2019 order. (split between four cases) | 0.80 | 120.00 |

Page: 3
W.R. Grace                                                                                    12/31/2011
                                                        ACCOUNT NO:         3000-16D
                                                        STATEMENT NO:            112

Litigation and Litigation Consulting

|       |                                                                                                                                       | HOURS |        |
|-------|---------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| MK    | Revisions to DE pro hac admission motions for C&D counsel.                                                                             | 0.20  | 30.00  |
| MTH   | Reviewing various correspondence from MK re updated appeals chart and draft pro hac's, correspondence re attorney notices re Court Order (split between four cases) | 0.10  | 37.50  |
| MTH   | Reviewing Garlock's Opening Brief filed in Delaware District Court cases (split between four cases)                                     | 0.20  | 75.00  |

12/30/2011

|       |                                                                                                                                       | HOURS |          |
|-------|---------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| MTH   | Reviewing Orders/docket entries from the Court re revisions to appellees; correspondence with MK re same (split between four cases)     | 0.10  | 37.50    |
|       | FOR CURRENT SERVICES RENDERED                                                                                                          | 7.00  | 1,690.00 |

RECAPITULATION

| TIMEKEEPER        | HOURS | HOURLY RATE | TOTAL    |
|-------------------|-------|-------------|----------|
| Michele Kennedy   | 3.20  | $150.00     | $480.00  |
| Matthew Brushwood | 0.80  | 125.00      | 100.00   |
| Mark T. Hurford   | 2.90  | 375.00      | 1,087.50 |
| Ayesha Chacko     | 0.10  | 225.00      | 22.50    |

|                   |       |             |          |
|-------------------|-------|-------------|----------|
| TOTAL CURRENT WORK |      |             | 1,690.00 |

| 12/12/2011 | Payment - Thank you. (September, 2011 - 80% Fees) | -270.00 |
|------------|---------------------------------------------------|---------|

|            | BALANCE DUE                                       | $3,916.00 |
|------------|---------------------------------------------------|-----------|

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 12/31/2011 |
| Wilmington  DE | ACCOUNT NO:      3000-17D |
|  | STATEMENT NO:             112 |

Plan and Disclosure Statement

| | | |
|---|---|---|
| PREVIOUS BALANCE | | $7,397.90 |

| | | |
|---|---|---|
| 12/12/2011 | Payment - Thank you. (September, 2011 - 80% Fees) | -330.00 |
| 12/19/2011 | Payment - Thank you. (April, 2011 - 20% Fees) | -592.50 |
| 12/19/2011 | Payment - Thank you. (May, 2011 - 20% Fees) | -1,086.50 |
| 12/19/2011 | Payment - Thank you. (June, 2011 - 20% Fees) | -652.50 |
| | TOTAL PAYMENTS | -2,661.50 |
| | BALANCE DUE | $4,736.40 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|                |                |
|----------------|---------------:|
|                | Page: 1        |
| W.R. Grace     | 12/31/2011     |
| Wilmington  DE | ACCOUNT NO:    3000-18D |
|                | STATEMENT NO:       112 |

Relief from Stay Proceedings

| | |
|---|---:|
| PREVIOUS BALANCE | $79.80 |
| 12/12/2011    Payment - Thank you. (September, 2011 - 80% Fees) | -240.00 |
| CREDIT BALANCE | -$160.20 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                          12/31/2011
Wilmington  DE                              ACCOUNT NO:        3000-20D
                                            STATEMENT NO:           111

Tax Litigation

PREVIOUS BALANCE                                               $468.80

BALANCE DUE                                                    $468.80

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

| | | Page: 1 |
|---|---|---|
| W.R. Grace | | 12/31/2011 |
| Wilmington  DE | ACCOUNT NO: | 3000-21D |
| | STATEMENT NO: | 103 |

Travel-Non-Working

| | PREVIOUS BALANCE | $168.50 |
|---|---|---|
| 12/19/2011 | Payment - Thank you. (June, 2011 - 20% Fees) | -172.50 |
| | CREDIT BALANCE | -$4.00 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|                    |                   |
|--------------------|-------------------|
|                    | Page: 1           |
| W.R. Grace         | 12/31/2011        |
| Wilmington  DE     | ACCOUNT NO:    3000-22D |
|                    | STATEMENT NO:         116 |

Valuation


PREVIOUS BALANCE                                              $1,185.00

BALANCE DUE                                                   $1,185.00


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|                |                |
|----------------|----------------|
|                | Page: 1        |
| W.R. Grace     | 12/31/2011     |
| Wilmington  DE | ACCOUNT NO:    3000-23D |
|                | STATEMENT NO:    116 |

ZAI Science Trial

PREVIOUS BALANCE                                              $1,203.30

BALANCE DUE                                                   $1,203.30

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
12/31/2011

ACCOUNT NO:        3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-01 Asset Analysis and Recovery | | | | | |
| 30.00 | 0.00 | 0.00 | 0.00 | 0.00 | $30.00 |
| 3000-02 Asset Disposition | | | | | |
| 1,094.80 | 0.00 | 0.00 | 0.00 | -180.00 | $914.80 |
| 3000-03 Business Operations | | | | | |
| 2,940.00 | 0.00 | 0.00 | 0.00 | -1,282.50 | $1,657.50 |
| 3000-04 Case Administration | | | | | |
| 1,325.77 | 125.50 | 0.00 | 0.00 | -200.00 | $1,251.27 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 2,486.60 | 0.00 | 0.00 | 0.00 | -30.00 | $2,456.60 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| 436.20 | 0.00 | 0.00 | 0.00 | -600.00 | -$163.80 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 14,213.44 | 3,879.50 | 0.00 | 0.00 | -5,436.00 | $12,656.94 |
| 3000-08 Employee Benefits/Pension | | | | | |
| -868.90 | 0.00 | 0.00 | 0.00 | -7.50 | -$876.40 |
| 3000-09 Employee Applications, Applicant | | | | | |
| 75.00 | 0.00 | 0.00 | 0.00 | -60.00 | $15.00 |
| 3000-10 Employment Applications, Others | | | | | |
| 731.70 | 0.00 | 0.00 | 0.00 | -7.50 | $724.20 |

W.R. Grace

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-11 Expenses | | | | | |
| 8,810.32 | 0.00 | 353.70 | 0.00 | -745.28 | $8,418.74 |
| 3000-12 Fee Applications, Applicant | | | | | |
| 3,860.80 | 650.00 | 0.00 | 0.00 | -905.10 | $3,605.70 |
| 3000-13 Fee Applications, Others | | | | | |
| 16,360.30 | 4,292.00 | 0.00 | 0.00 | -5,428.20 | $15,224.10 |
| 3000-14 Financing | | | | | |
| 0.00 | 300.00 | 0.00 | 0.00 | 0.00 | $300.00 |
| 3000-15 Hearings | | | | | |
| 5,226.35 | 990.00 | 0.00 | 0.00 | -1,409.50 | $4,806.85 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| 2,496.00 | 1,690.00 | 0.00 | 0.00 | -270.00 | $3,916.00 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 7,397.90 | 0.00 | 0.00 | 0.00 | -2,661.50 | $4,736.40 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| 79.80 | 0.00 | 0.00 | 0.00 | -240.00 | -$160.20 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| 168.50 | 0.00 | 0.00 | 0.00 | -172.50 | -$4.00 |
| 3000-22 Valuation | | | | | |
| 1,185.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,185.00 |
| 3000-23 ZAI Science Trial | | | | | |
| 1,203.30 | 0.00 | 0.00 | 0.00 | 0.00 | $1,203.30 |
| 69,721.68 | 11,927.00 | 353.70 | 0.00 | -19,635.58 | $62,366.80 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.