## EXHIBIT A

**Case Administration (1.50 Hours; $ 1,069.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .70 | $905 | 633.50 |
| Rita C. Tobin | .80 | $545 | 436.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/02/11 | RCT | 545.00 | 0.20 | Review local counsel recs re: EI update (.2). |
| 12/09/11 | PVL | 905.00 | 0.10 | Rv 9 misc. filings |
| 12/09/11 | RCT | 545.00 | 0.20 | Review local counsel recs re: EI update (.2). |
| 12/12/11 | PVL | 905.00 | 0.10 | Rv 25 misc. filings |
| 12/16/11 | RCT | 545.00 | 0.20 | Review local counsel recs re: EI update (.2). |
| 12/19/11 | PVL | 905.00 | 0.30 | Attend telephonic hearing |
| 12/21/11 | RCT | 545.00 | 0.20 | Review local counsel recs re: EI update (.2). |
| 12/28/11 | PVL | 905.00 | 0.20 | Rv 8 misc. filings (.1); rv 2012 scheduling (.1) |

**Total Task Code .04    1.50**

**Committee, Creditors', Noteholders' or Equity Holders' (25.30 Hours; $ 8,676.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Trevor W. Swett | .20 | $710 | 142.00 |
| Todd E. Phillips | 25.10 | $340 | 8,534.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/01/11 | TWS | 710.00 | 0.20 | Conference with TEP and KGH re research project - privilege issue |
| 12/01/11 | TEP | 340.00 | 0.30 | Confer with TWS re: committee matters (0.2); email to KGH re: same (0.1). |
| 12/06/11 | TEP | 340.00 | 0.10 | Review email from KGH re: committee. |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/07/11 | TEP | 340.00 | 6.80 | Review research and conduct research re: committee (6.6); confer with KGH re: same (0.2). |
| 12/08/11 | TEP | 340.00 | 2.20 | Review research and conduct research re: committee (1.8); prepare memo re: same (0.4). |
| 12/09/11 | TEP | 340.00 | 1.20 | Review research and conduct research re: committee (0.5); prepare memo re: same (0.7). |
| 12/12/11 | TEP | 340.00 | 6.30 | Review research and conduct research re: committee (2.3); prepare memo re: same (4.0). |
| 12/13/11 | TEP | 340.00 | 8.20 | Review research and conduct research re committee (7.5); prepare memo re same (.7). |

**Total Task Code .07        25.30**

**Fee Applications, Applicant (11.70 Hours; $ 5,023.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 7.60 | $545 | 4,142.00 |
| Sandy M. Saint-Cyr | 4.10 | $215 | 881.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/01/11 | RCT | 545.00 | 0.20 | Review fee application schedule for December (.2). |
| 12/07/11 | RCT | 545.00 | 0.10 | Conferences/emails AB re: Sherene Lewis billing (.1). |
| 12/07/11 | RCT | 545.00 | 1.40 | Correspondence to M. Brushwood (C&L) re: CNOs and payments (.2); review Certification (.2); review prebills (1.0). |
| 12/08/11 | RCT | 545.00 | 0.80 | Review exhibits (.8). |
| 12/09/11 | SMS | 215.00 | 0.30 | Review fee application (.3). |
| 12/12/11 | RCT | 545.00 | 1.10 | Review memos re: fee order and reply to same (.3); address fee and expense issues, fee auditor issue (.8). |
| 12/15/11 | RCT | 545.00 | 2.50 | Review and edit monthly fee statement (1.3); review all exhibits to monthly fee statement (1.0); |

| Date | Init | Rate | Hours | Narrative |
|---|---|---|---|---|
| | | | | conference S. Saint-Cyr re: monthly fee application service (.2). |
| 12/15/11 | SMS | 215.00 | 0.90 | Work on monthly application for attorney's review (.9). |
| 12/16/11 | RCT | 545.00 | 0.10 | Check cumulative charts for edits (.1). |
| 12/16/11 | RCT | 545.00 | 0.30 | Work on fee and expense protocol (.3). |
| 12/19/11 | RCT | 545.00 | 0.40 | Review fee application history as per Certifications (.4). |
| 12/21/11 | RCT | 545.00 | 0.70 | Review AB email re: payment issue (.1); review files re: payment issue (.3); conference S. Saint-Cyr re: payment issue (.3). |
| 12/21/11 | SMS | 215.00 | 2.10 | Work on check payment for EI; update binder and spreadsheet of checks received (2.1). |
| 12/22/11 | SMS | 215.00 | 0.80 | Review and update fee charts (.8). |

**Total Task Code .12      11.70**


**Litigation and Litigation Consulting (62.20 Hours; $ 25,997.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Trevor W. Swett | .90 | $710 | 639.00 |
| Kevin C. Maclay | 31.80 | $535 | 17,013.00 |
| Sean I. Kahng | 1.70 | $400 | 680.00 |
| Jeanna Rickards Koski | 8.10 | $380 | 3,078.00 |
| Todd E. Phillips | .20 | $340 | 68.00 |
| Kate G. Henningsen | 14.90 | $240 | 3,576.00 |
| Sara Joy DelSavio | 1.50 | $205 | 307.50 |
| Mollie E. Gelburd | .30 | $205 | 61.50 |
| Zachary D. Orsulak | 2.80 | $205 | 574.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/01/11 | KCM | 535.00 | 1.60 | Draft/revise update memo to ACC (.6) and review/analyze related materials (.6); review/analyze briefs, cases and materials re appeal issues (.4.8); plan/prepare for and meet with TEP re appeal research issues (.4). (Divided among 4 clients). |

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 12/01/11 | TEP | 340.00 | 0.10 | Confer with KCM re: appeal (0.3); review materials re: same (0.1) (Divided among 4 clients). |
| 12/02/11 | KCM | 535.00 | 1.00 | Review/analyze briefs, cases and materials re appeal issues (.6); finalize and send out update memo to Committee (.4). |
| 12/05/11 | KCM | 535.00 | 1.00 | Plan/prepare for appellee brief (.3); and review/analyze related briefs, cases and materials (.7). |
| 12/05/11 | ZDO | 205.00 | 0.30 | At request of KCM, gather and provide 2019 documents to JMR. |
| 12/05/11 | KGH | 240.00 | 1.50 | Research on privilege issue. |
| 12/06/11 | MEG | 205.00 | 0.10 | Conference with ZDO re 2019 statements (.4) (split among 4 companies) |
| 12/06/11 | KCM | 535.00 | 1.00 | Review/analyze cases, briefs (.6); and materials and plan/prepare for appellate brief (.4). |
| 12/06/11 | ZDO | 205.00 | 0.80 | At request of KCM, research previously filed 2019 Verified Statements (1.5) ; compile information re same (1.5); resolve committee members which have yet to file (.2) (Divided among 4 clients). |
| 12/06/11 | KGH | 240.00 | 7.80 | Research on privilege issue. |
| 12/07/11 | KCM | 535.00 | 1.10 | Review/analyze briefs, cases and materials |
| 12/07/11 | KGH | 240.00 | 5.60 | Research and draft memos on privilege issue. |
| 12/08/11 | KCM | 535.00 | 0.30 | Plan/prepare for appeal brief (.1) and review related briefs (.2). |
| 12/12/11 | KCM | 535.00 | 2.20 | Draft/revise response to Garlock's emergency motion re appeal (.4) and review/analyze related briefs and materials (.4); communicate with appellee counsel re response to emergency motion (.2); communicate with JMR re appeal issue (.3); review/analyze Garlock appeal brief (.5); review/analyze cases and materials re appeal (.4). |
| 12/12/11 | JMR | 380.00 | 1.80 | Review papers regarding Garlock's motions to access 2019 statements (.8); research regarding impact of consolidation (.2); research re procedural issues (.8). |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 12/12/11 | TEP | 340.00 | 0.10 | Attend conference call re: appeal (0.4); prepare materials re: appeal (0.2). (Total time split up among Grace, NARCO, PCC and Flintkote.) |
| 12/13/11 | KCM | 535.00 | 2.00 | Finalize and send out response to emergency appeal motion (.5); review/analyze Garlock appeal brief(.6); plan/prepare for response (.3) and review/analyze related briefs and materials (.4); communicate with JMR and appellee counsel re appeal issues (.2). |
| 12/13/11 | JMR | 380.00 | 1.70 | Review Garlock's appellate brief and consult cases cited therein (.7); telephone call with co-appellees re issues with responses (.2); research regarding standing issues (.8). |
| 12/13/11 | ZDO | 205.00 | 0.30 | Provide previously gathered 2019 documents to KCM for review. |
| 12/14/11 | MEG | 205.00 | 0.20 | Review filings re 2019 appeal and gather select documents per ZDO (.8) |
| 12/14/11 | KCM | 535.00 | 1.70 | Review/analyze briefs, cases and materials re appeal issues |
| 12/14/11 | JMR | 380.00 | 2.40 | Research and analysis re standing issue |
| 12/14/11 | SJD | 205.00 | 0.80 | Organize and create electronic files for appeal documents. |
| 12/14/11 | ZDO | 205.00 | 1.10 | Assemble ROA documents from Appellants' Opening Brief (3.6); prepare for attorney review (.8) (Divided among 4 clients). |
| 12/15/11 | KCM | 535.00 | 1.80 | Review/edit section of appeal brief (.8); review analyze cases and materials re appeal brief (1.0). |
| 12/15/11 | JMR | 380.00 | 2.20 | Continue research and analysis regarding issues for Grace response to Garlock's appeal |
| 12/15/11 | ZDO | 205.00 | 0.30 | Per KCM, revise Appellant Opening Brief case index; add non-overlapping cases and supplement index with decision dates. |
| 12/16/11 | KCM | 535.00 | 1.60 | Telephone conference with PVNL re 2019 appeal issues (.2); plan/prepare for and telephone conference with appellee counsel re appeal issues (.6); review/edit section of appeal brief and review/analyze related cases and materials (.8). |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 12/16/11 | SJD | 205.00 | 0.30 | Update J:drive files per KCM. |
| 12/19/11 | TWS | 710.00 | 0.10 | Telephone conference with EI re memo on privilege issue |
| 12/19/11 | TWS | 710.00 | 0.30 | Note to TAC re PD matters |
| 12/19/11 | KCM | 535.00 | 2.10 | Outline arguments and draft/revise appeal brief (.7); review/analyze cases and materials re appeal brief(1.2); communicate with JMR re research (.2). |
| 12/19/11 | SJD | 205.00 | 0.40 | Assist with filing of pleadings. |
| 12/20/11 | TWS | 710.00 | 0.50 | Read memo re privilege issue and e-mail team re same |
| 12/20/11 | KCM | 535.00 | 2.20 | Draft/revise appeal brief (.7) and review/analyze related briefs, cases and materials (1.5) |
| 12/21/11 | KCM | 535.00 | 1.60 | Draft/revised appeal brief (.6) and review/analyze related briefs, cases and materials (1.0). |
| 12/22/11 | KCM | 535.00 | 2.20 | Draft/revise appeal brief (.8) and review/analyze related cases and materials (1.0); communicate with JMR re research and brief issues (.4). |
| 12/23/11 | KCM | 535.00 | 1.10 | Draft/revise appeal brief (.5) and review/analyze related cases and materials (.6). |
| 12/27/11 | KCM | 535.00 | 1.50 | Draft/revise appeal brief (.6) and review/analyze related cases and materials (.6); communicate with JMR re research (.3). |
| 12/28/11 | KCM | 535.00 | 1.80 | Draft/revise appeal brief (.7) and review/analyze related cases and materials (.9); communicate with JMR re research and appeal issues (.2). |
| 12/29/11 | KCM | 535.00 | 2.10 | Plan/prepare for and attend telephone conference with JMR re appeal brief issues (.6); draft/revise brief (.7) and review/analyze related cases and materials (.8). |
| 12/30/11 | KCM | 535.00 | 1.90 | Draft/revise appeal brief (.7) and review/analyze related cases and materials (.9); communicate with JMR re research and brief issues (.3). |
| 12/30/11 | SIK | 400.00 | 1.70 | Legal research on issues for 2019 appeal (4.5); draft email memo concerning legal research for 2019 appeal (2.3) (Divided among 4 clients) |

**Total Task Code .16**         62.20

**Plan & Disclosure Statement (5.60 Hours; $ 4,874.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 1.50 | $1,000 | 1,500.00 |
| Peter Van N. Lockwood | 2.90 | $905 | 2,624.50 |
| Ann c.McMillan | 1.20 | $625 | 750.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/01/11 | PVL | 905.00 | 0.20 | Rv Phillips email & reply |
| 12/02/11 | EI | 1,000.00 | 0.10 | Scheduling meeting re pending matters (.1). |
| 12/05/11 | EI | 1,000.00 | 0.10 | Status inquiry to R. Horkovich (.1). |
| 12/06/11 | EI | 1,000.00 | 0.20 | Telephone conference R. Frankel and memo to J. Rice re: Stengel (.2). |
| 12/07/11 | ACM | 625.00 | 0.20 | Teleconference two Grace claimants re status of case. |
| 12/08/11 | PVL | 905.00 | 0.20 | Rv several emails & reply |
| 12/08/11 | EI | 1,000.00 | 0.40 | Zonolite matters and memo to M. Peterson (.3); telephone conference PVNL re: Libby meeting (.1). |
| 12/08/11 | ACM | 625.00 | 0.20 | Exchange e-mails with R. Phillips re ZAI exposures. |
| 12/09/11 | PVL | 905.00 | 0.10 | Rv emails & reply and teleconference EI |
| 12/09/11 | EI | 1,000.00 | 0.10 | Scheduling meeting re pending matters (.1). |
| 12/12/11 | PVL | 905.00 | 0.30 | Rv Towers Watson rept. |
| 12/13/11 | PVL | 905.00 | 1.00 | Tcn Shelnitz, Donley, Hughes, Paul, Baer, Frankel & Wyron |
| 12/15/11 | PVL | 905.00 | 0.10 | Rv Paul memo |
| 12/19/11 | EI | 1,000.00 | 0.30 | Status inquiry to R. Horkovich (.1); memos with ACM re: Zonolite (.2). |

| | | | | |
|---|---|---|---|---|
| 12/19/11 | ACM | 625.00 | 0.30 | Exchange e-mails with EI re ZAI claims. |
| 12/20/11 | EI | 1,000.00 | 0.20 | Read memos from R. Horkovich (.1); telephone conference with R. Horkovich re: same (.1). |
| 12/21/11 | PVL | 905.00 | 0.90 | Teleconference Wyron re pending matter. |
| 12/21/11 | EI | 1,000.00 | 0.10 | Telephone conference ACM re: Zonolite issue (.1). |
| 12/21/11 | ACM | 625.00 | 0.50 | Teleconference EI re Zonalite claims (.1); teleconference M. Peterson re same (.2); exchange e-mails with EI re same (.2). |
| 12/27/11 | PVL | 905.00 | 0.10 | Rv motion re amended credit agmt |

**Total Task Code   .17        5.60**

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | 24.27 |
| Database Research | 2,635.92 |
| Local Transportation - DC | 16.12 |
| Long Distance-Equitrac In-House | 1.00 |
| Xeroxing | 2.70 |
| **Total:** | **$ 2,680.01** |