**EXHIBIT B**

**Case Administration (1.50 Hours; $ 1,069.50)**

  Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04   1.50**

**Committee Creditors', Noteholders' or Equity Holders' (25.30  Hours; $ 8,676.00)**

  Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07   25.30**

**Fee Applications, Applicant (11.70 Hours; $ 5,023.50)**

  Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & .

**Total Task Code .12   11.70**

**Litigation and Litigation Consulting (62.20 Hours; $ 25,997.00)**

  Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16   62.20**

**Plan & Disclosure Statement (5.60 Hours; $ 4,874.50)**

  Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17   5.60**