## EXHIBIT C

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | 24.27 |
| Database Research | 2,635.92 |
| Local Transportation - DC | 16.12 |
| Long Distance-Equitrac In-House | 1.00 |
| Xeroxing | 2.70 |
| **Total:** | **$ 2,680.01** |