| | | | |
|---|---|---|---|
| **Client Number: 4642** | **Grace Asbestos Personal Injury Claimants** | | Page: 1 |
| **Matter    000** | **Disbursements** | | 1/19/2012 |
| | | | Print Date/Time: 01/19/2012 2:07:41PM |
| Attn: | | | Invoice # |

PREBILL / CONTROL REPORT

Trans Date Range:  1/1/1950  to: 12/31/2011

**Matter    000**
**Disbursements**

Bill Cycle:    Monthly          Style:    i1          Start:    4/16/2001    Last Billed :    12/14/2011                13,655

Client Retainers Available       $4,806.34       Committed to Invoices:        $0.00        Remaining:        $4,806.34

                                      $3,920,987.49
                Total Expenses Billed To Date          Billing Empl:        0120    Elihu  Inselbuch
                                                      Responsible Empl:    0120    Elihu  Inselbuch
                                                      Alternate Empl:      0120    Elihu  Inselbuch
                                                      Originating Empl:    0120    Elihu  Inselbuch

**Summary  by Employee**

| | | | ---------- A C T U A L ---------- | | ---------- B I L L I N G --------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 24.27 | 0.00 | 24.27 |
| 0369 | TEP | Todd E Phillips | 0.00 | 12.08 | 0.00 | 12.08 |
| 0390 | SJD | Sara Joy  DelSavio | 0.00 | 4.04 | 0.00 | 4.04 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 2,639.62 | 0.00 | 2,639.62 |
| **Total Fees** | | | **0.00** | **2,680.01** | **0.00** | **2,680.01** |

**Detail Time / Expense  by  Date**

| | | | | | ---------- A C T U A L ---------- | | | ---------- B I L L I N G --------- | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 2785678 | Equitrac - Long Distance to 13369269145 | E | 12/07/2011 | 0999 C&D | | 0.00 | $0.04 | | 0.00 | $0.04 | 0.04 |
| 2785680 | Equitrac - Long Distance to 18136261334 | E | 12/07/2011 | 0999 C&D | | 0.00 | $0.04 | | 0.00 | $0.04 | 0.08 |
| 2785874 | Equitrac - Long Distance to 12123199240 | E | 12/08/2011 | 0999 C&D | | 0.00 | $0.92 | | 0.00 | $0.92 | 1.00 |

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | **Disbursements** | | | | | | | | | 1/19/2012 |

Print Date/Time: 01/19/2012 2:07:41PM

Attn:

| | | | | | | | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2791874 | Photocopy | | E | 12/15/2011 | 0999 | C&D | 0.00 | $2.70 | 0.00 | $2.70 | 3.70 |
| 2787922 | Yellow Cab Company of D.C., Inc. -O/T Svc. to residence, 11/4/11  (SJD; Split b/w clients 4642, 5028, 5155, & 5344) | | E | 12/20/2011 | 0390 | SJD | 0.00 | $4.04 | 0.00 | $4.04 | 7.74 |
| 2787927 | Yellow Cab Company of D.C., Inc. -Svc. to N.Bethesda, MD, 11/7/11  (TEP; Split b/w clients 4642, 5028, 5155, & 5344) | | E | 12/20/2011 | 0369 | TEP | 0.00 | $12.08 | 0.00 | $12.08 | 19.82 |
| 2790094 | Federal Express -Delivery to M.Brushwood, 11/18/11  (EI; Split b/w clients 4642 & 5334) | | E | 12/20/2011 | 0120 | EI | 0.00 | $10.32 | 0.00 | $10.32 | 30.14 |
| 2791387 | Federal Express -Delivery to M.Brushwood, 12/15/11  (EI) | | E | 12/29/2011 | 0120 | EI | 0.00 | $13.95 | 0.00 | $13.95 | 44.09 |
| 2794650 | Database Research - WESTLAW by KGH on 12/5-7 | | E | 12/31/2011 | 0999 | C&D | 0.00 | $1,686.54 | 0.00 | $1,686.54 | 1,730.63 |
| 2794651 | Database Research - WESTLAW by TEP on 12/7-13 | | E | 12/31/2011 | 0999 | C&D | 0.00 | $949.38 | 0.00 | $949.38 | 2,680.01 |

**Total Expenses**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | $2,680.01 | | $2,680.01 |
| | | | | | 0.00 | | 0.00 | |
| | Matter Total Fees | | | | | 0.00 | | 0.00 |
| | Matter Total Expenses | | | | | 2,680.01 | | 2,680.01 |
| | Matter Total | | | | 0.00 | 2,680.01 | 0.00 | 2,680.01 |
| | Prebill Total Fees | | | | | | | |
| | Prebill Total Expenses | | | | | $2,680.01 | | $2,680.01 |
| | Prebill Total | | | | 0.00 | $2,680.01 | 0.00 | $2,680.01 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 74,007 | 04/22/2010 | 55,577.50 | 137.53 |
| 83,038 | 08/22/2011 | 31,495.00 | 6,299.00 |
| 83,360 | 09/26/2011 | 32,416.50 | 6,483.30 |
| 83,859 | 10/20/2011 | 13,292.00 | 2,699.80 |
| 84,500 | 11/22/2011 | 16,063.50 | 3,212.70 |
| 84,967 | 12/14/2011 | 46,260.50 | 46,260.50 |
| | | 195,105.00 | 65,092.83 |