## EXHIBIT A

**December 2011 Fee Detail**

**Matter 3**                                     **Business Operations**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| JSB | 12/2/2011 | Review correspondence and confer with R. Higgins re Project Treadstone and related issues (.40). | .40 | $625 | $250.00 |
| RJH | 12/2/2011 | Telephone conference with C. Finke re proposed business transaction (1.00); analyze client documents and issues re same (1.20); telephone conference with C. Finke and D. Cantrell re same (.70); further analysis re same (.30). | 3.20 | $475 | $1,520.00 |
| JSB | 12/5/2011 | Confer re Project Treadstone issues (.40); follow up on issues re other ongoing new transactions (.30). | .70 | $625 | $437.50 |
| RJH | 12/5/2011 | Legal analysis re proposed business transaction (1.00); confer with J. Baer re same (.20). | 1.20 | $475 | $570.00 |
| JSB | 12/6/2011 | Confer with R. Higgins and review correspondence re various issues on pending transactions (.40); review comments from counsel on potential joint venture transaction and prepare response re same (.50); confer with C. Finke, J. McFarland and D. Lebow re Project Treadstone issues (.40); review correspondence re same (.30). | 1.70 | $625 | $1,062.50 |
| RJH | 12/6/2011 | Analyze business transaction issues (1.50); prepare for telephone conference with C. Finke, D. Cantrell, J. McFarland and J. Baer re same (.30); follow up re same (.50). | 2.30 | $475 | $1,092.50 |
| JSB | 12/7/2011 | Review correspondence and confer with R. Higgins on several pending issues re proposed new transactions (.40). | .40 | $625 | $250.00 |
| RJH | 12/14/2011 | Analyze issues re business transaction and review documents re same (.30). | .30 | $475 | $142.50 |
| JSB | 12/15/2011 | Review and respond to further issues re Brazilian matter (.30). | .30 | $625 | $187.50 |
| JSB | 12/19/2011 | Review draft L/C Facility motion and confer re same (.30). | .30 | $625 | $187.50 |
| Total | | | 10.80 | | $5,700.00 |

**Matter 5**                    **Claim Analysis Objection & Resolution (Asbestos)**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| JSB | 12/2/2011 | Review correspondence and follow up re counsel fee issues (.30); review research summary re counsel fee claim issues (.30); review draft December hearing agenda (.20); review and follow up on issues re NY Hillside claims transfer issue and confer with R. Higgins re same (.40). | 1.20 | $625 | $750.00 |
| JSB | 12/7/2011 | Review newly filed/received materials and attend to same (.30). | .30 | $625 | $187.50 |
| JSB | 12/9/2011 | Review updated summary of open matters (.30); review draft December hearing agenda and comment re same (.20); confer with R. Higgins on ongoing projects (.30). | .80 | $625 | $500.00 |
| JSB | 12/12/2011 | Review updated status list re outstanding matters and further update same (1.00); confer with R. Higgins re outstanding tasks and prioritize same (.70). | 1.70 | $625 | $1,062.50 |
| JSB | 12/14/2011 | Attend to matters re December hearing, PWC matter and newly filed pleadings and correspondence (.50). | .50 | $625 | $312.50 |
| JSB | 12/16/2011 | Attend to issues re December hearing (.20); review agenda and pleadings re remaining issues (.30) | .50 | $625 | $312.50 |
| JSB | 12/29/2011 | Review all pending matters and newly filed materials and organize same (.80). | .80 | $625 | $500.00 |
| Total | | | 5.80 | | $3,625.00 |

**Matter 6**                    **Claim Analysis Objection & Resolution (Non-asbestos)**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 12/1/2011 | Legal research re various claims issues (.80); telephone conference with M. Araki re same (.20); analyze Hillside claim transfer issue (.60); draft correspondence re same (.30); telephone conferences with K. Makowski re same (.50); confer with J. Baer re various issues (.20). | 2.60 | $475 | $1,235.00 |
| RJH | 12/2/2011 | Analyze tax claims issues and review constituent documents re same (1.00); telephone conference with K. Makowski re Hillside and other issues (.30); exchange correspondence with various parties re same (.20). | 1.50 | $475 | $712.50 |
| RJH | 12/5/2011 | Legal research re tax claims issues (1.50); telephone conference with M. Araki re same (.50); legal research re open claims (.50). | 2.50 | $475 | $1,187.50 |
| JSB | 12/6/2011 | Review correspondence re further inquiries on CRG claims and prepare response re same (.50). | .50 | $625 | $312.50 |
| RJH | 12/6/2011 | Analyze open tax claims (1.00); telephone conference with M Araki re same (.30). | 1.30 | $475 | $617.50 |
| JSB | 12/8/2011 | Review correspondence re NY Hillside and confer re same (.30); review correspondence on several outstanding claim issues with BMC (.30). | .60 | $625 | $375.00 |
| RJH | 12/8/2011 | Analyze open tax claims issues and update task list re same (1.90); analyze open non-tax claims and update task list re same (1.50); exchange correspondence with M. Araki re same (.40). | 3.80 | $475 | $1,805.00 |
| RJH | 12/9/2011 | Analyze client documents re tax claims (2.00); analyze client documents re open claims (1.50); analyze allowed and disallowed tax claims schedules (1.00); update tax claims task list (.50); update task list (.50). | 5.50 | $475 | $2,612.50 |
| JSB | 12/12/2011 | Review correspondence on Seneca Meadows claim issues (.30); review notes/correspondence on several outstanding issues (.30); begin chart of professional claims (.50). | 1.10 | $625 | $687.50 |
| RJH | 12/12/2011 | Revise tax claims report (2.50); telephone conference with C. Finke and K. Edouard re tax claim issue (.50); legal research re same (.30). | 3.30 | $475 | $1,567.50 |
| JSB | 12/13/2011 | Continue preparation of chart re professionals claims (.1.40); review materials re same (.40). | 1.80 | $625 | $1,125.00 |
| JSB | 12/14/2011 | Confer with C. Jurgens re hearing on NY Hillside claim (.20); confer with L. Larwick re case status (.30). | .50 | $625 | $312.50 |
| RJH | 12/15/2011 | Legal research re plan interest issue for potential claim settlement (2.50); exchange correspondence re same (.50); confer with J. Baer re same (.10). | 3.10 | $475 | $1,472.50 |
| JSB | 12/16/2011 | Continue preparation of chart re professional claims (.50). | .50 | $625 | $312.50 |

3

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 12/16/2011 | Legal research re Locke matter (1.00); telephone conference with D. Klein re same (.50). | 1.50 | $475 | $712.50 |
| JSB | 12/19/2011 | Continue preparation of chart re professional fee claims and disclosures and review back-up documents re same (3.00); confer with R. Higgins re interest rate issue on claims (.30). | 3.30 | $625 | $2,062.50 |
| RJH | 12/19/2011 | Legal analysis re Locke claim (.90); exchange correspondence with various parties (.30). | 1.20 | $475 | $570.00 |
| JSB | 12/20/2011 | Continue review of materials re professional retentions and revise chart re same (2.00); | 2.00 | $625 | $1,250.00 |
| RJH | 12/20/2011 | Exchange correspondence with various parties re Locke (.40); legal analysis and confer with J. Baer re same (.50). | .90 | $475 | $427.50 |
| JSB | 12/21/2011 | Continue preparation of professional fee claim chart and review further documents re same (1.50). | 1.50 | $625 | $937.50 |
| JSB | 12/22/2011 | Continue preparation of chart of professional claims and follow up re documents re same (1.00). | 1.00 | $625 | $625.00 |
| RJH | 12/22/2011 | Analyze legal issues re interest for claims resolution (3.50). | 3.50 | $475 | $1,662.50 |
| RJH | 12/22/2011 | Analyze open claim issue (.50). | .50 | $475 | $237.50 |
| JSB | 12/27/2011 | Finish chart re professional fees and highlight issues re same (.80); review correspondence re Fair Harbor Credit issues (.20). | 1.00 | $625 | $625.00 |
| Total | | | 45.00 | | $23,445.00 |

4

Matter 10                                     Employment Applications, Others

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 12/1/2011 | Draft memorandum re section 327(e) issues (3.50); legal research re same (1.50). | 5.00 | $475 | $2,375.00 |
| RJH | 12/5/2011 | Analyze professionals retention issues (.50); telephone conference with J. McFarland re same (.40). | .90 | $475 | $427.50 |
| RJH | 12/6/2011 | Telephone conference with J. McFarland re retention of professionals (.70); analyze issues re same (.80); confer with J. Baer re same (.20); exchange correspondence with various parties re same (.30). | 2.00 | $475 | $950.00 |
| RJH | 12/13/2011 | Multiple telephone conferences with J. McFarland re professionals' retention issues (1.00); draft correspondence re same (.50); analyze issues re same (.70). | 2.20 | $475 | $1,045.00 |
| RJH | 12/14/2011 | Telephone conference with K. Makowski re PwC retention matter (.40); exchange correspondence with various parties re same (.50); confer with J. Baer re same (.20); analyze and attend to matters re Grant Thornton retention and fee application issues (.60); telephone conference with J. McFarland re same (.30); analyze issues and attend to matters re McGladrey retention and fee application (.50). | 2.50 | $475 | $1,187.50 |
| RJH | 12/16/2011 | Exchange correspondence with V. Marsh re retention of ordinary course professionals and analyze and resolve issues re same (.30). | .30 | $475 | $142.50 |
| RJH | 12/21/2011 | Attend to matters re ordinary course professionals (.50); telephone conference with J. Heilman re same and attend to matters re second OCP issue (.50). | 1.00 | $475 | $475.00 |
| RJH | 12/22/2011 | Attend to OCP matters (.50). | .50 | $475 | $237.50 |
| Total | | | 14.40 | | $6,840.00 |

Matter 11                                Fee Applications, Applicant

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 12/1/2011 | Prepare November fee application (.50). | .50 | $475 | $237.50 |
| JSB | 12/7/2011 | Prepare November fee and expense application and review same (2.30). | 2.30 | $625 | $1,437.50 |
| JSB | 12/15/2011 | Review W. Smith questions re Third Quarterly 2011 fee application and respond re same (.40). | .40 | $625 | $250.00 |
| JSB | 12/20/2011 | Review final November fee application for filing (.50). | .50 | $625 | $312.50 |
| RJH | 12/20/2011 | Prepare November fee application (3.00). | 3.00 | $475 | $1,425.00 |
| RJH | 12/21/2011 | Prepare November fee application for filing (.50). | .50 | $475 | $237.50 |
| RJH | 12/28/2012 | Correspond with various parties re November fee application (.50). | .50 | $475 | $237.50 |
| Total | | | 7.70 | | $4,137.50 |

**Matter 12**                                    **Fee Applications, Others**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| JSB | 12/6/2011 | Review correspondence re end of year fee issues and prepare correspondence re same (.30). | .30 | $625 | $187.50 |
| Total | | | 0.30 | | $ 187.50 |

**Matter 13**                                                    **Financing**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 12/7/2011 | Analyze and resolve L/C facility issues (1.10); telephone conference with J. McFarland re same and other issues (.40). | 1.50 | $475 | $712.50 |
| RJH | 12/12/2011 | Draft L/C Facility amendment motion (4.00); correspond with various parties re same (.50); legal research re same (.50); review support documents re same (.50). | 5.50 | $475 | $2,612.50 |
| RJH | 12/13/2011 | Draft and revise L/C facility amendment motion (1.50); exchange correspondence re same (.60). | 2.10 | $475 | $997.50 |
| RJH | 12/14/2011 | Review client edits to L/C Facility Amendment motion (2.50); review and analyze proposed term sheet and proposal letter (.70). | 3.20 | $475 | $1,520.00 |
| RJH | 12/15/2011 | Exchange correspondence with J. McFarland re L/C Facility Amendment motion (.40); revise motion (3.10). | 3.50 | $475 | $1,662.50 |
| RJH | 12/16/2011 | Revise L/C Facility Amendment motion and circulate same (1.00); further revise motion (1.50). | 2.50 | $475 | $1,187.50 |
| RJH | 12/19/2011 | Revise L/C Facility Amendment motion (3.80); prepare same for filing (.50). | 4.30 | $475 | $2,042.50 |
| Total | | | 22.60 | | $10,735.00 |

**Matter 14**                                        **Hearings**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 12/2/2011 | Review draft 12/19 hearing agenda (.30). | .30 | $475 | $142.50 |
| RJH | 12/14/2011 | Attend to matters re 12/19 telephonic hearing (.30). | .30 | $475 | $142.50 |
| RJH | 12/16/2011 | Review agenda for 12/19 hearing (.30). | .30 | $475 | $142.50 |
| JSB | 12/19/2011 | Participate and conduct December Omnibus hearing (.50). | .50 | $625 | $312.50 |
| RJH | 12/19/2011 | Prepare for 12/19 hearing and exchange correspondence with various parties re same (.40); participate in hearing (.50). | .90 | $475 | $427.50 |
| Total |  |  | 2.30 |  | $1,167.50 |

**Matter 15**                          **Litigation and Litigation Consulting**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| JSB | 12/15/2011 | Review Garlock emergency motion re discovery appeal (.50). | .50 | $625 | $312.50 |
| JSB | 12/27/2011 | Review correspondence and materials re Alta Building Material Company and prepare follow up re same (.80). | .80 | $625 | $500.00 |
| JSB | 12/28/2011 | Review materials re Libby, BNSF and Continental in preparation for meetings re same (3.50). | 3.50 | $625 | $2,187.50 |
| JSB | 12/29/2011 | Review additional briefs re BNSF, Libby and Continental (1.70). | 1.70 | $625 | $1,062.50 |
| JSB | 12/30/2011 | Review appellate briefs re Libby, BNSF and Continental (3.00). | 3.00 | $625 | $1,875.00 |
| Total | | | 9.50 | | $5,937.50 |

**Matter 16**                                **Plan and Disclosure Statement**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 12/5/2011 | Legal research re plan settlement issues (1.00); confer with J. Baer re same (.30); telephone conference with K. Makowski and J. Baer re same (.50); telephone conference with J. Baer and A. Paul re same (.30). | 2.10 | $475 | $997.50 |
| RJH | 12/8/2011 | Analyze plan appellate and settlement issues (.50). | .50 | $475 | $237.50 |
| JSB | 12/13/2011 | Participate in conference with Plan Proponents and Grace re case status (.90). | .90 | $625 | $562.50 |
| RJH | 12/13/2011 | Legal research re plan litigation matter (3.50); analyze and resolve plan-related issues (.60). | 4.10 | $475 | $1,947.50 |
| RJH | 12/14/2011 | Correspond with M. Araki re plan interest issue (.30); legal research re same (.90); confer with J. Baer re same (.30). | 1.50 | $475 | $712.50 |
| RJH | 12/16/2011 | Legal research re plan interest issues (2.00). | 2.00 | $475 | $950.00 |
| RJH | 12/19/2011 | Legal research re plan interest issues (2.50). | 2.50 | $475 | $1,187.50 |
| JSB | 12/20/2011 | Confer with R. Higgins re Locke issues and interest rate analysis on certain claims (.50); review and respond to correspondence re Alta Building material matter (.30); prepare correspondence re Otis Pipeline status (.30). | 1.10 | $625 | $687.50 |
| RJH | 12/20/2011 | Analyze claims and client documents re plan interest issue (1.50); prepare summary analysis re same (1.70); confer with J. Baer re same (.10); exchange correspondence with various parties re same (.30). | 3.60 | $475 | $1,710.00 |
| RJH | 12/21/2011 | Legal research re plan interest issue (3.70); exchange correspondence with various parties re same (.30). | 4.00 | $475 | $1,900.00 |
| JSB | 12/22/2011 | Confer with A. Paul re Libby related matters (.30); review and assemble materials re same (.70). | 1.00 | $625 | $625.00 |
| JSB | 12/27/2011 | Review memo re PI issues and other related documents (.50). | .50 | $625 | $312.50 |
| Total | | | 23.80 | | $11,830.00 |