## EXHIBIT B

### December 2011 Expense Detail

## EXPENSE SUMMARY

| Service Description | Amount |
|---|---:|
| Long Distance/Conference Telephone Charges/Internet | $1,258.36 |
| Online research | $503.28 |
| Total: | **$1,761.64** |

## ITEMIZED EXPENSES

### TRAVEL

| Date | Amount | Service Description |
|---|---:|---|
| -- | -- | None |
| Total | $ 0.00 | |

### NON-TRAVEL

| Date | Amount | Service Description |
|---|---:|---|
| 12/4/2011 | $1,258.36 | ICL Telecon - Conference Call Charges |
| 12/31/2011 | $503.28 | Lexis/Nexis . December Grace Lexis Charges |
| Total | $1,761.64 | |

Total December 2011 Expenses: $1,761.64