# EXHIBIT A

## Matter 18 - Other - Fees

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/2/2011 | Brian T Stansbury | .30 | Confer with J. Hughes re Henry x-ray study and Cascino Vaughn x-ray review. |
| 12/5/2011 | Brian T Stansbury | .60 | Confer with M. Cascino re Henry x-ray study (.3); draft and revise note to M. Cascino (.2); confer with L. Freyder of Tulane re Henry x-ray study (.1). |
| 12/14/2011 | Brian T Stansbury | .80 | Confer with J. Hughes re discussions between Exponent and attorney for CDC (.2); analyze and provide comments to draft letter (.3); confer with counsel for Exponent re letter to CDC counsel (.3). |
|  | Total: | 1.70 |  |

## Matter 19 - Claims Analysis Objection and Resolution (Non-Asbestos) - Fees

| Date | Name | Hours | Description |
| --- | --- | --- | --- |
| 12/1/2011 | Lisa G Esayian | 1.20 | Reply to additional insurance questions from Intrawest's counsel and propose various points to resolve lift-stay motion (1.0); correspond with K&E team re Intrawest's motion (.2). |
| 12/2/2011 | Lisa G Esayian | 1.50 | Update various constituencies re Intrawest claim (.5); work on response to Intrawest lift-stay motion (1.0). |
| 12/5/2011 | Lisa G Esayian | .50 | Review response from Intrawest's counsel re Grace's proposal for resolution of lift-stay motion (.3); confer and correspond with J. Hughes re same (.2). |
| 12/6/2011 | Adam C Paul | .20 | Correspond with L. Esayian re Intrawest. |
| 12/6/2011 | Lisa G Esayian | .80 | Confer with J. Hughes re Intrawest lift-stay issues (.5); confer and correspond with J. Donley and A. Paul re Intrawest issues (.3). |
| 12/7/2011 | Adam C Paul | 1.10 | Confer with J. Donley and L. Esayian re Intrawest (.4); analyze and revise Intrawest stipulation (.7). |
| 12/7/2011 | John Donley | .40 | Confer with L. Esayian and A. Paul re Intrawest motion. |
| 12/7/2011 | Lisa G Esayian | 3.00 | Confer with J. Donley and A. Paul re Intrawest claim and lift-stay issues (.4); draft stipulation re same (2.2); confer and correspond with J. Hughes re same (.4). |
| 12/8/2011 | Lisa G Esayian | 2.00 | Confer with R. Finke and J. Hughes re Intrawest lift-stay motion and potential stipulation (.8); revise draft stipulation (1.2). |
| 12/9/2011 | Adam C Paul | 1.60 | Correspond with L. Esayian re Intrawest (.5); analyze and revise Intrawest stipulation (1.1). |
| 12/9/2011 | John Donley | .30 | Review A. Paul and L. Esayian correspondence and draft stipulation language re Intrawest. |
| 12/9/2011 | Lisa G Esayian | .90 | Revise draft stipulation re Intrawest lift-stay and confer and correspond with R. Finke and J. Hughes re same. |
| 12/11/2011 | John Donley | .20 | Review draft language and correspondence from L. Esayian and A. Paul re Intrawest claim. |
| 12/14/2011 | Lisa G Esayian | .80 | Review additional insurance information from Grace relevant to Intrawest lift-stay issues. |
| 12/15/2011 | Adam C Paul | .90 | Analyze and revise Intrawest stipulation (.7); correspond with L. Esayian re same (.2). |
| 12/15/2011 | John Donley | .30 | Review Intrawest stipulation draft and correspond with L. Esayian re same. |

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/15/2011 | Lisa G Esayian | 2.50 | Revise potential stipulation re Intrawest lift-stay motion and various internal and client communications re same (1.6); confer with R. Wyron re Intrawest issues (.4); confer and correspond with Intrawest's counsel re proposed stipulation (.4); confer and correspond with K. Makowski re agenda item re same (.1). |
| 12/20/2011 | Kimberly K Love | 3.50 | Review files and obtain information re ordinary course professional affidavits as requested by J. Baer. |
| 12/20/2011 | Lisa G Esayian | .50 | Confer and correspond with Intrawest's counsel re lift-stay issues. |
| 12/22/2011 | Adam C Paul | .40 | Correspond with L. Esayian and J. Donley re Intrawest. |
| 12/22/2011 | Lisa G Esayian | 1.50 | Confer and correspond with Intrawest's counsel re resolution of lift-stay motion (.3); add to brief re Intrawest lift-stay motion (1.2). |
| 12/23/2011 | Lisa G Esayian | .40 | Attend to issues re Intrawest lift-stay motion. |
| 12/26/2011 | Lisa G Esayian | 1.00 | Review correspondence from Intrawest's counsel with comments re proposed stipulation (.4); confer and correspond with team re same (.4); review certain previous communications from Intrawest's counsel (.2). |
| 12/27/2011 | Lisa G Esayian | 2.30 | Confer with R. Finke re Intrawest issues (.4); summarize prior communications with Intrawest re insurance issues for R. Finke (1.4); confer and correspond with R. Wyron re Intrawest issues (.3); confer and correspond with A. Paul re same (.2). |
| 12/28/2011 | Lisa G Esayian | .30 | Confer and correspond with various parties re Intrawest lift-stay motion. |
| 12/29/2011 | Lisa G Esayian | 1.00 | Confer and correspond with various constituencies re Intrawest lift-stay motion (.3); draft certification of counsel re Intrawest motion (.7). |
| | Total: | 29.10 | |

## Matter 20 - Case Administration - Fees

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/9/2011 | Andrew Brniak | .20 | Review and compile recently filed pleadings and correspond with working group re same. |
| 12/13/2011 | Kimberly K Love | .50 | Prepare and organize transcripts requested by L. Esayian. |
| 12/14/2011 | Kimberly K Love | .70 | Prepare Courtcall numbers for various attorneys (.4); assist Pachulski with obtaining Courtcall numbers (.3). |
| 12/14/2011 | Andrew Brniak | .20 | Review and compile recently filed pleadings and correspond with working group re same. |
| 12/16/2011 | Andrew Brniak | .20 | Review and compile recently filed pleadings and correspond with working group re same. |
| 12/20/2011 | Andrew Brniak | .20 | Review and compile recently filed pleadings and correspond with working group re same. |
| 12/27/2011 | Andrew Brniak | .20 | Review and compile recently filed pleadings and correspond with working group re same. |
| 12/28/2011 | Andrew Brniak | .20 | Review and compile recently filed pleadings and correspond with working group re same. |
| 12/30/2011 | Andrew Brniak | .20 | Review and compile recently filed pleadings and correspond with working group re same. |
| | Total: | 2.60 | |

## Matter 28 - Litigation and Litigation Consulting - Fees

| Date | Name | Hours | Description |
| --- | --- | --- | --- |
| 12/14/2011 | Daniel T Rooney | 1.50 | Review and identify criminal case materials re Locke (1.0); confer with B. Harding re Locke materials for J. Hughes (.5). |
| 12/21/2011 | Kimberly K Love | 6.70 | Prepare and organize materials re ordinary course professional affidavits requested by J. Baer (5.8); prepare and organize certificates of no objection requested by Norton Rose (.9). |
| 12/23/2011 | Kimberly K Love | 3.90 | Review files and materials for information re ordinary course professionals as requested by J. Baer. |
|  | Total: | 12.10 |  |

**Matter 30 - Hearings - Fees**

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/14/2011 | John Donley | .20 | Confer with A. Paul re omnibus hearing (.1); correspond with K. Love re hearing (.1). |
| 12/16/2011 | Adam C Paul | .70 | Prepare for PwC hearing. |
| 12/17/2011 | Adam C Paul | 1.70 | Prepare for PwC hearing. |
| 12/19/2011 | Adam C Paul | 1.90 | Prepare for PwC hearing (1.0); participate in telephonic hearing (.5); confer with R. Finke re same (.3); correspond with J. Baer re PwC application (.1). |
|  | Total: | 4.50 |  |

### Matter 32 - Fee Applications, Applicant - Fees

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/1/2011 | Linda A Scussel | 1.00 | Conduct analysis for disclosure of creditors/parties submitted as shareholders. |
| 12/2/2011 | Maureen McCarthy | .70 | Prepare October fee application and forty-second quarterly fee application for distribution to fee auditor. |
| 12/5/2011 | Stephanie D Frye | 5.30 | Conduct organization and review of disclosures re parties submitted as five percent equity holders, officers and directors, ordinary course professionals, Rule 2002, shareholders-debtholders and vendors. |
| 12/5/2011 | Linda A Scussel | .50 | Conduct analysis update for supplemental disclosure of creditors/parties submitted as significant equity holders. |
| 12/6/2011 | Stephanie D Frye | .30 | Conduct organization and review of disclosures re parties submitted as debtholders. |
| 12/6/2011 | Linda A Scussel | 4.10 | Conduct organization and review of disclosures relating to creditors/parties submitted as bank creditors, customers, debtholders, insurers, lessors, letter of credit beneficiaries, ordinary course professionals, parties with interest, Rule 2002 parties, significant equity holders and top 30 unsecured creditors. |
| 12/7/2011 | Linda A Scussel | 4.30 | Review and update conflicts email tracking chart re all interested parties (1.3); draft exhibit A to the 29th supplemental declaration (3.0). |
| 12/8/2011 | Christine A Farmer | .70 | Review conflicts search results re supplemental disclosure. |
| 12/8/2011 | Linda A Scussel | .60 | Update schedule 2 to the 29th supplemental declaration (.3); review conflicts results for specific disclosures to be included in same (.3). |
| 12/9/2011 | Christine A Farmer | 1.80 | Review conflicts search results (.5); correspond with R. Cieri re same (.1); search DMS and docket for precedent (.4); correspond with M. McCarthy re same (.1); correspond with New Business conflicts re conflicts search (.1); review supplemental declaration precedent (.2); draft supplemental declaration (.4). |
| 12/9/2011 | Linda A Scussel | .50 | Prepare and send exhibit A and specific disclosures for the 29th supplemental. |
| 12/9/2011 | Maureen McCarthy | .70 | Begin draft of twenty-ninth supplemental affidavit of disinterestedness. |

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/12/2011 | Christine A Farmer | .50 | Revise supplemental declaration (.2); correspond with J. Gettleman re same (.1); correspond with K. Love re FEIN (.1); revise supplemental declaration re J. Gettleman's comments (.1). |
| 12/13/2011 | Christine A Farmer | .50 | Correspond with K. Love re FEIN (.1); search DMS for FEIN (.2); correspond with accounting department re same (.1); correspond with J. Gettleman re same (.1). |
| 12/15/2011 | Christine A Farmer | .20 | Correspond and confer with J. Gettleman re supplemental declaration (.1); correspond with A. Paul re same (.1). |
| 12/15/2011 | Adam C Paul | .40 | Analyze and revise affidavit of disinterestedness. |
| 12/16/2011 | Christine A Farmer | .30 | Revise supplemental declaration re A. Paul's comments (.2); correspond with R. Schrock and C. Husnick re same (.1). |
| 12/21/2011 | Maureen McCarthy | 1.70 | Draft October fee application. |
| 12/22/2011 | Adam C Paul | .90 | Analyze and revise November fee application. |
| 12/28/2011 | Maureen McCarthy | 1.30 | Revise and finalize November fee application for filing and service. |
| 12/29/2011 | Adam C Paul | 1.20 | Review fee auditor's report for K&E quarterly fee application (.4); analyze background to fee auditor's report (.5); correspond with J. Donley re same (.3). |
| 12/30/2011 | Christine A Farmer | .10 | Correspond with J. Gettleman re supplemental affidavit of disinterestedness. |
| 12/30/2011 | Adam C Paul | .30 | Correspond with J. Donley re fee auditor's report. |
| | Total: | 27.90 | |

### Matter 35 - Fee Applications Others - Fees

| Date | Name | Hours | Description |
| --- | --- | --- | --- |
| 12/14/2011 | Andrew Brniak | .60 | Prepare and assemble PwC employment retention materials (.4); correspond with A. Paul, J. Gettleman and C. Cheetham re same (.2). |
| 12/14/2011 | Jeffrey Gettleman | 1.30 | Correspond with A. Paul re PwC retention (.3); correspond with R. Higgins re same (.3); correspond with K. Makowski re same (.1); correspond with A. Brniak re same (.3); correspond with E. O'Connor re same (.1); correspond with A. Brniak and C. Cheetham re same (.1); correspond with C. Cheetham re local inside precedential order re same (.1). |
| 12/14/2011 | Adam C Paul | .90 | Correspond with Pachulski re PwC retention (.2); confer with R. Finke re same (.3); prepare for hearing re same (.4). |
| 12/14/2011 | John Donley | .20 | Correspond with A. Paul and R. Higgins re PwC motion and hearing. |
| 12/15/2011 | Jeffrey Gettleman | .30 | Confer with A. Paul re PwC retention application hearing (.2); correspond with B. Ruhlander re hearing on PwC retention (.1). |
| 12/15/2011 | Adam C Paul | .30 | Review correspondence from Pachulski re PwC hearing (.1); confer with J. Gettleman re same (.1); correspond with B. Ruhlander re same (.1). |
| 12/17/2011 | Jeffrey Gettleman | .20 | Correspond with A. Paul re research re PwC employment application for hearing (.1); correspond with C. Cheetham re same (.1). |
| 12/18/2011 | Cameron Cheetham | 1.50 | Correspond with J. Gettleman and A. Paul re application in Local Insight Media case (.3); review, locate and summarize Local Insight Media documents (1.2). |
| 12/18/2011 | Jeffrey Gettleman | .40 | Correspond with C. Cheetham re PwC information for A. Paul (.2); correspond with C. Cheetham and A. Paul re same (.2). |
| 12/19/2011 | Kimberly K Love | 3.00 | Review and obtain information re ordinary course professionals requested by J. Baer. |
| | Total: | 8.70 | |

### Matter 37 - Plan and Disclosure Statement - Fees

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/1/2011 | Inbal Hasbani | 3.40 | Research class settlement issue and summarize same. |
| 12/1/2011 | Jeffrey Gettleman | .30 | Correspond with A. Paul and J. Donley re Garlock plan (.2); review summary of Garlock plan of reorganization (.1). |
| 12/1/2011 | Adam C Paul | 2.00 | Confer with M. Shelnitz and R. Finke re appeal (.3); correspond with J. Donley re Libby (.4); confer with J. Donley re same (.2); analyze state court class action settlement (.8); correspond with I. Hasbani re same (.3). |
| 12/1/2011 | Rana Barakat | .40 | Review dockets of asbestos bankruptcy cases for key rulings or developments. |
| 12/1/2011 | Lisa G Esayian | .30 | Correspond with K. Makowski re matters for 12/19 hearing agenda. |
| 12/2/2011 | Inbal Hasbani | 3.10 | Summarize research on legal effect of prior PD claim treatment (.5); research debt retirement issues (2.6). |
| 12/2/2011 | Jeffrey Gettleman | .40 | Correspond with I. Hasbani re research assignment re retirement of debt (.1); confer with I. Hasbani re same (.3). |
| 12/2/2011 | Adam C Paul | 3.30 | Analyze claimant correspondence and recent pleadings (.6); analyze expunged claims (1.4); analyze and revise agenda (.3); correspond with R. Higgins and P. Cuniff re same (.2); prepare for Libby meeting (.8). |
| 12/2/2011 | Rana Barakat | 1.60 | Review dockets of asbestos bankruptcy cases for key rulings or developments (.4); draft summary re same (1.2). |
| 12/2/2011 | Lisa G Esayian | 1.40 | Work on issues re Speights & Runyan claims. |
| 12/3/2011 | Rana Barakat | 1.70 | Review recent filings in asbestos bankruptcy cases (1.4); draft summary re key developments in asbestos bankruptcy cases (.3). |
| 12/5/2011 | Inbal Hasbani | 3.70 | Research re debt retirement issue. |
| 12/5/2011 | Jeffrey Gettleman | .30 | Review I. Hasbani analysis re purchasing debt (.2); correspond with I. Hasbani re same (.1). |
| 12/5/2011 | Adam C Paul | 4.60 | Analyze research re expunged claims (1.2); correspond with I. Hasbani re same (.4); correspond with R. Finke re same (.2); analyze Libby medical plan (1.7); correspond with J. Donley re same (.8); confer with J. Baer re expunged claims (.3). |

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/5/2011 | Rana Barakat | 2.30 | Review dockets of asbestos bankruptcy cases for key rulings or developments (.5); draft summary re same (1.8). |
| 12/6/2011 | Jeffrey Gettleman | .40 | Correspond with I. Hasbani re purchasing debt (.1); confer with A. Paul and I. Hasbani re same (.3). |
| 12/6/2011 | Adam C Paul | 4.40 | Prepare for Libby conference (3.2); draft memorandum re same (1.2). |
| 12/6/2011 | Rana Barakat | 2.70 | Review dockets of asbestos bankruptcy cases for key rulings or developments (1.3); draft summary re key developments in asbestos bankruptcy cases (1.4). |
| 12/7/2011 | Yolanda Herrera | 2.80 | Review list at 2976 Speights claims and identify key claims per K. Love. |
| 12/7/2011 | Kimberly K Love | 1.70 | Review and obtain information re Speights claims as requested by L. Esayian. |
| 12/7/2011 | Adam C Paul | 5.30 | Prepare for Libby meeting (1.2); confer with J. Donley and L. Esayian re Libby (.5); draft memorandum re same (2.1); correspond with J. Donley and M. Shelnitz re negotiations with lenders (.4); analyze AMH strategy (1.1). |
| 12/7/2011 | John Donley | 2.30 | Analyze LMP and Libby negotiation issues (.8); review and revise Libby key points (.2); confer with A. Paul re Libby strategy (.5); confer with A. Paul and M. Shelnitz re Libby meeting prep (.4); review various recent pleadings and filings (.2); correspond with A. Paul re bank debt issue (.2). |
| 12/8/2011 | Adam C Paul | 6.70 | Draft memorandum re Libby negotiations (2.9); confer with J. Donley re same and Libby meeting (.8); analyze AMH negotiations (.9); correspond with R. Finke re same (.2); confer with J. Donley re same (.6); correspond with M. Shelnitz and J. Donley re lender discussions (.4); prepare for Libby meeting (.9). |
| 12/8/2011 | John Donley | 1.30 | Analyze bank claim issues (.2); draft correspondence to M. Shelnitz re same (.1); analyze PD settlement legal and fact issues (.5); confer with A. Paul re same (.4); confer with R. Frankel re Libby negotiation (.1). |
| 12/8/2011 | Lisa G Esayian | 2.50 | Review update from R. Finke re Speights issues (.4); confer with J. Donley re same (.3); analyze prior briefing and objections and class issues (1.8). |
| 12/8/2011 | James H M Sprayregen, P.C. | .40 | Attention to strategy and tactics. |
| 12/9/2011 | Kimberly K Love | 3.60 | Review and obtain information re statements made by Judge re PD claims as requested by L. Esayian. |

A-12

| Date | Name | Hours | Description |
| --- | --- | --- | --- |
| 12/9/2011 | Adam C Paul | 6.30 | Analyze and revise Libby memorandum (1.3); confer with J. Donley re Libby negotiations and AMH (.6); analyze AMH discussions (1.2); analyze status of AMH claims (1.7); correspond with R. Frankel re Libby meeting (.2); analyze recent developments in mass tort cases (.7); analyze class certification issues (.6). |
| 12/9/2011 | Timothy J Fitzsimmons | .50 | Find and review materials re expansion plants (.4); correspond with B. Stansbury re same (.1). |
| 12/9/2011 | John Donley | .60 | Analyze historical record and PD legal and settlement strategy issues. |
| 12/9/2011 | Lisa G Esayian | 4.50 | Analyze issues re Anderson class claim and appeal re same (2.3); review certain hearing transcript excerpts re same (2.0); confer and correspond with A. Paul re same (.2). |
| 12/11/2011 | Adam C Paul | 1.10 | Prepare for Libby meeting (.4); analyze AMH claims (.7). |
| 12/11/2011 | John Donley | .90 | Review memoranda from L. Esayian re procedural legal history and current record re AMH and class claims (.4); review correspondence from L. Esayian and A. Paul re same (.3); analyze PD strategy (.2). |
| 12/12/2011 | Adam C Paul | 11.00 | Prepare for Libby meeting (3.7); confer with J. Donley re same (.4); participate in Libby meeting (4.3); analyze and revise memorandum summarizing Libby discussions (2.1); confer with M. Shelnitz re meeting (.5). |
| 12/12/2011 | John Donley | 7.30 | Continue analysis of PD strategy and options (.6); review research and documents re Libby negotiation issues, LMP and substantial contribution issues (1.2); outline and prepare for Libby meeting (.4); confer with A. Paul re Libby strategy (.4); Libby negotiation with A. Paul, J. Heberling, D. Cohn and mediator (4.2); confer with M. Shelnitz re developments (.5). |
| 12/12/2011 | Lisa G Esayian | 2.60 | Confer and correspond with K. Makowski re agenda revisions for 12/19 hearing (.3); review prior bankruptcy court hearing transcripts re issues re expunged PD claims (2.1); confer and correspond with A. Paul re same (.2). |
| 12/13/2011 | Adam C Paul | 5.30 | Analyze and revise memorandum re Libby (1.8); confer with J. Donley re Libby (.3); confer with ACC/FCR re Libby discussions (1.1); confer with R. Finke re AMH claim (.9); prepare for same (.4); prepare for advisors call (.8). |

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/13/2011 | John Donley | 6.60 | Research trustee issues relating to Libby (1.4); draft correspondence to M. Shelnitz re same (.2); confer with A. Paul re Libby strategy and PD strategy (.3); analyze and outline Libby strategy, issues and options (1.6); review documents and analyze PD settlement strategy (.5); confer with L. Esayian re same (.2); confer with R. Finke, A. Paul and L. Esayian re PD strategy issues and options (.9); review various recent pleadings and filings (.3); confer with R. Frankel re Libby issues (.2); confer with R. Frankel, R. Wyron, P. Lockwood, M. Shelnitz, J. Baer and A. Paul re joint strategy issues (1.0). |
| 12/13/2011 | Lisa G Esayian | 2.40 | Confer with R. Finke, J. Donley and A. Paul re PD issues (1.4); analyze PD claims (1.0). |
| 12/14/2011 | Adam C Paul | 1.10 | Analyze and revise memorandum re Libby (.9); correspond with R. Finkel and others re same (.2). |
| 12/14/2011 | John Donley | 3.40 | Review draft re Moolgavkar confidentiality order and draft correspondence to B. Stansbury re same (.2); review Garlock database subpoena appeal briefs (.2); analyze PD, class and appeal issues (.7); continue analysis and research re Libby trustee issues (1.2); review summary of developments and key pleadings and transcripts in other 524(g) cases affecting Grace (.8); confer with M. Shelnitz re Libby issues (.3). |
| 12/15/2011 | Adam C Paul | .90 | Analyze AMH strategy. |
| 12/15/2011 | John Donley | 2.40 | Review research and cases re equitable mootness (1.9); correspond with R. Barakat re follow-up issues (.1); analyze and outline Libby issues (.4). |
| 12/15/2011 | Lisa G Esayian | 1.00 | Work on PD issues in anticipation of district court ruling re pending plan appeals. |
| 12/16/2011 | Adam C Paul | .80 | Prepare for district court opinion. |
| 12/19/2011 | Adam C Paul | 3.80 | Confer with J. Donley re Libby (.2); analyze AMH claim and related pleadings (1.7); analyze and revise L/C motion (1.1); correspond with R. Higgins re same (.8). |
| 12/19/2011 | John Donley | 3.40 | Research substantial contribution precedents relevant to Libby (.5); confer with A. Paul re same (.1); analyze and outline Libby settlement issues and options (2.7); correspond with team re district court appeal (.1). |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 12/20/2011 | Adam C Paul | 4.30 | Analyze AMH claims (1.9); confer with J. Donley re Libby (.4); confer with L. Esayian re AMH (.4); prepare for district court opinion (1.2); analyze background and historical precedent (.4). |
| 12/20/2011 | Rana Barakat | .80 | Review updates in key bankruptcy litigation for new developments in asbestos bankruptcy cases and impact on Grace case. |
| 12/20/2011 | John Donley | 3.70 | Analyze and outline Libby appeal issues, reviewing prior briefing (1.5); confer with M. Shelnitz and R. Finke re settlement strategy (1.0); review Garlock appeal papers (.2); review various recent pleadings and orders (.2); review and analyze Federal-Mogul Third Circuit arguments relevant to Grace (.5); confer with A. Paul re Libby negotiation issue (.2); correspond with J. Baer and J. Aldock re mediation (.1). |
| 12/20/2011 | Lisa G Esayian | 2.20 | Confer with A. Paul re PD class issues (.5); review certain transcript excerpts re same and follow-up with A. Paul (1.7). |
| 12/21/2011 | Adam C Paul | .30 | Correspond with L. Esayian re AMH. |
| 12/21/2011 | John Donley | 1.10 | Review Equity Committee filing and correspond with K. Makowski re same (.1); review various recent pleadings and filings (.2); additional analysis and outlining of Libby settlement strategy (.8). |
| 12/21/2011 | Lisa G Esayian | 3.00 | Additional analysis and review of prior transcripts re PD class issues. |
| 12/22/2011 | Adam C Paul | 1.60 | Confer with J. Baer re Libby (.2); analyze and revise Libby memorandum (.7); confer with R. Wyron re same (.4); review correspondence from L. Esayian re AMH (.3). |
| 12/22/2011 | Rana Barakat | 3.70 | Conduct research on new developments in case law re doctrine of equitable mootness (2.0); draft summary of new developments in case law re equitable mootness (1.7). |
| 12/22/2011 | John Donley | 1.20 | Confer with N. Dukov re pendency interest appeal issues (.3); additional analysis and outlining of Libby strategy (.5); confer with R. Finke re PD strategy (.2); confer with clerk's office and draft correspondence to client re appeal (.2). |
| 12/23/2011 | Adam C Paul | 1.10 | Prepare for district court opinion (.6); correspond with J. Donley re district court opinion (.2); prepare for Libby meeting (.3). |
| 12/23/2011 | Lisa G Esayian | .50 | Attend to issues re appeals of CNA settlement. |

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 12/26/2011 | Nia Dukov | 7.10 | Review authorities re bank lender appeal. |
| 12/27/2011 | Rana Barakat | 7.40 | Conduct research re new developments in asbestos bankruptcy cases and impact on Grace case (.4); review and analyze cases re application of equitable mootness in bankruptcy setting (2.6); conduct research re new developments in equitable mootness case law (1.2); draft summary re same (3.2). |
| 12/27/2011 | Nia Dukov | 1.90 | Review authorities re bank lender appeal. |
| 12/27/2011 | John Donley | .70 | Review Intrawest drafts (.2); review correspondence from A. Paul and L. Esayian re Intrawest issues (.2); review 3001 filings re interest claims (.1); review various recent pleadings (.2). |
| 12/28/2011 | Rana Barakat | 6.10 | Review and analyze recent cases re application of equitable mootness in bankruptcy setting (.3); draft summary and analysis of new developments in case law re equitable mootness (1.1); conduct research re new developments in asbestos bankruptcy cases (.8); review recent rulings and developments in asbestos bankruptcy cases (1.8); draft summary re same (2.1). |
| 12/28/2011 | Lisa G Esayian | .70 | Work on Anderson settlement issues. |
| 12/29/2011 | Rana Barakat | 3.60 | Review dockets of asbestos bankruptcy cases for new developments and key rulings (.8); review and analyze cases re application of equitable mootness in bankruptcy setting (.9); draft summary and analysis of new developments in case law re equitable mootness (1.9). |
| 12/30/2011 | Adam C Paul | 1.70 | Review correspondence re Libby meetings (.3); analyze Libby proposal (.8); correspond with J. Donley re same (.6). |
| 12/30/2011 | John Donley | .90 | Review Libby materials (.3); confer with F. McGovern re NY meeting (.3); review correspondence from D. Cohn and A. Paul's email commentary (.3). |
| 12/31/2011 | John Donley | 2.00 | Review, analyze and preliminary mark-up of Libby draft settlement papers. |
|  | Total: | 184.40 |  |