# EXHIBIT B

## Matter 52 – Expenses – Expenses

| Service Description | Amount |
|---|---|
| Third Party Telephone Charges | $239.73 |
| Standard Copies or Prints | $850.00 |
| Overnight Delivery | $74.04 |
| Local Transportation | $65.00 |
| Library Document Retrieval | $25.00 |
| Computer Database Research | $1,748.10 |
| Conference Room Rental | $600.00 |
| **Total:** | **$3,601.87** |

## Matter 52 – Expenses – Itemized Expenses

| Date | Amount | Description |
|---|---|---|
| 11/4/2011 | 225.34 | West, Computer Database Research, Draye, Dominic, November 2011 |
| 11/17/2011 | 206.11 | West, Computer Database Research, Barakat, Rana, November 2011 |
| 11/22/2011 | 280.65 | West, Computer Database Research, Esayian, Lisa G., November 2011 |
| 11/22/2011 | 143.93 | West, Computer Database Research, Waldron, Anne M., November 2011 |
| 11/30/2011 | 48.27 | Intercall - Third Party Telephone Charges, J. Donley, 11/30/11 |
| 11/30/2011 | 9.52 | Intercall - Third Party Telephone Charges, L. Esayian, 11/30/11 |
| 11/30/2011 | 36.21 | Intercall - Third Party Telephone Charges, A. Paul, 11/30/11 |
| 11/30/2011 | 689.91 | West, Computer Database Research, Hasbani, Inbal, November 2011 |
| 11/30/2011 | 202.16 | LexisNexis, Computer Database Research, CourtLink Usage for 11/2011, Joseph Cali |
| 12/1/2011 | 5.10 | Standard Prints |
| 12/1/2011 | 14.80 | Standard Prints |
| 12/1/2011 | .80 | Standard Prints |
| 12/2/2011 | 25.80 | Standard Prints |
| 12/2/2011 | 1.70 | Standard Prints |
| 12/2/2011 | .30 | Standard Copies or Prints |
| 12/5/2011 | 3.10 | Standard Prints |
| 12/5/2011 | 1.70 | Standard Prints |
| 12/6/2011 | 2.90 | Standard Copies or Prints |
| 12/6/2011 | 5.10 | Standard Prints |
| 12/6/2011 | 20.00 | Standard Prints |
| 12/6/2011 | .10 | Standard Prints |
| 12/11/2011 | 49.90 | Standard Copies or Prints |
| 12/11/2011 | 1.00 | Standard Prints |
| 12/11/2011 | 10.10 | Standard Prints |
| 12/11/2011 | 25.00 | Library Document Retrieval |
| 12/12/2011 | 145.73 | Adam Paul, (Conference) Teleconference Charges at Red Carpet Club at O'Hare airport |
| 12/12/2011 | 23.90 | Standard Prints |
| 12/12/2011 | 1.40 | Standard Prints |
| 12/12/2011 | 13.10 | Standard Prints |
| 12/12/2011 | 37.00 | John Donley, Taxi, (Conference) Cab fare home from conference at O'Hare |
| 12/12/2011 | 28.00 | Adam Paul, Parking, Chicago, IL (Conference) |
| 12/12/2011 | 600.00 | Adam Paul, (Conference) Rental Fee for 2 Conference Rooms at Red Carpet Club at O'Hare airport |

| Date | Amount | Description |
|---|---:|---|
| 12/13/2011 | .80 | Standard Prints |
| 12/13/2011 | 1.10 | Standard Prints |
| 12/14/2011 | 1.50 | Standard Prints |
| 12/14/2011 | .60 | Standard Prints |
| 12/14/2011 | .60 | Standard Prints |
| 12/14/2011 | 55.20 | Standard Prints |
| 12/15/2011 | 3.80 | Standard Prints |
| 12/15/2011 | 4.40 | Standard Prints |
| 12/18/2011 | 1.50 | Standard Prints |
| 12/18/2011 | 125.40 | Standard Copies or Prints |
| 12/19/2011 | 2.00 | Standard Copies or Prints |
| 12/19/2011 | 2.20 | Standard Prints |
| 12/19/2011 | 202.80 | Standard Copies or Prints |
| 12/19/2011 | 141.40 | Standard Copies or Prints |
| 12/19/2011 | 69.30 | Standard Copies or Prints |
| 12/20/2011 | 22.80 | Standard Prints |
| 12/21/2011 | 1.20 | Standard Prints |
| 12/21/2011 | 3.90 | Standard Prints |
| 12/21/2011 | 9.20 | Standard Prints |
| 12/21/2011 | 5.50 | Standard Prints |
| 12/21/2011 | 74.04 | Fed Exp to: Jay Hughes, Cambridge, MA, from: T. Mace |
| 12/22/2011 | .70 | Standard Prints |
| 12/22/2011 | 3.90 | Standard Prints |
| 12/22/2011 | .10 | Standard Prints |
| 12/27/2011 | 3.10 | Standard Prints |
| 12/27/2011 | 1.20 | Standard Prints |
| 12/28/2011 | .20 | Standard Prints |
| 12/28/2011 | 1.30 | Standard Prints |
| 12/28/2011 | 3.50 | Standard Prints |
| Total: | 3,601.87 | |