# ATTACHMENT 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No.  01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

SEVENTIETH MONTHLY APPLICATION OF
BEVERIDGE & DIAMOND, P.C.
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES
AS COUNSEL TO THE DEBTORS FOR THE
PERIOD FROM AUGUST 1, 2011 THROUGH AUGUST 31, 2011

| | |
|---|---|
| Name of Applicant: | Beveridge & Diamond, P.C. |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | May 12, 2005 |
| Period for which Compensation and Reimbursement is Sought: | August 1, 2011 through August 31, 2011 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $31,785.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $268.57 |

This is a:     ___XX___  monthly     _____ interim     _____ final application.

---

[1] The Debtors consist of the following 62 entities:  W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

PRIOR APPLICATIONS FILED:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 12/05 | 10/1/05 – 10/31/05 | $13,486.25 | $ 337.02 | $13,486.25 | $ 337.02 |
| 2/06 | 11/1/05 – 11/30/05 | $46,587.50[2] | $ 57.62 | $46,587.50[3] | $ 57.62 |
| 2/06 | 12/1/05 – 12/31/05 | $ 5,726.25[4] | $1,308.41 | $ 5,726.25[5] | $1,308.41 |
| 3/06 | 1/1/06 – 1/31/06 | $11,187.50 | $ 173.56 | $11,187.50 | $ 173.56 |
| 4/06 | 2/1/06 – 2/28/06 | $16,106.25 | $ 156.33 | $16,106.25 | $ 156.33 |
| 5/06 | 3/1/06 – 3/31/06 | $11,377.50 | $ 70.33 | $11,377.50 | $ 70.33 |
| 6/06 | 4/1/06 -- 4/30/06 | $13,693.75 | $ 356.81 | $13,693.75 | $ 356.81 |
| 8/06 | 5/1/06 - 5/31/06 | $28,261.25 | $ 227.37 | $28,261.25 | $ 227.37 |
| 9/13/06 | 6/1/06 -- 6/30/06 | $10,103.75 | $ 285.26 | $10,103.75 | $ 285.26 |
| 9/13/06 | 7/1/06 -- 7/31/06 | $ 4,307.50 | $ 14.21 | $ 4,307.50 | $ 14.21 |
| 9/25/06 | 8/1/06 -- 8/31/06 | $4,812.50 | $ 131.31 | $4,812.50 | $ 131.31 |
| 10/30/06 | 9/1/06 -- 9/30/06 | $16,988.75 | $287.83 | $16,988.75 | $287.83 |
| 12/1/06 | 10/1/06 -- 10/31/06 | $19,348.25 | $ 210.02 | $19,348.25 | $ 210.02 |
| 1/11/07 | 11/1/06 - 11/30/06 | $34,281.25 | $ 425.47 | $34,281.25 | $ 425.47 |
| 3/7/07 | 12/1/06 - 12/31/06 | $43,924.00 | $ 338.42 | $43,924.00 | $ 338.42 |
| 3/7/07 | 1/1/07 - 1/31/07 | $51,760.00 | $ 211.32 | $51,760.00 | $ 211.32 |
| 6/4/07 | 2/1/07 - 2/28/07 | $36,245.00 | $ 94.79 | $36,245.00 | $ 94.79 |
| 6/4/07 | 3/1/07 - 3/31/07 | $33,840.00 | $ 480.06 | $33,840.00 | $ 480.06 |
| 6/18/07 | 4/1/07-4/30/07 | $35,377.50 | $ 514.32 | $35,377.50 | $ 514.32 |
| 6/18/07 | 5/1/07 - 5/31/07 | $17,681.25 | $ 389.29 | $17,681.25 | $ 389.29 |
| 8/23/07 | 6/1/07 - 6/30/07 | $22,225.00 | $ 133.35 | $22,225.00 | $ 133.35 |
| 10/11/07 | 7/1/07-7/31/07 | $31,450.00 | $ 248.66 | $31,100.00 | $ 248.66 |
| 10/11/07 | 8/1/07 - 8/31/07 | $30,497.50 | $ 567.93 | $29,875.50 | $ 567.93 |
| 10/19/07 | 9/1/07 - 9/30/07 | $18,575.00 | $ 311.53 | $18,575.00 | $ 311.53 |
| 1/2/08 | 10/1/07 – 10/31/07 | $7,217.50 | $ 791.76 | $7,217.50 | $ 791.76 |
| 1/2/08 | 11/1/07-11/30/07 | $5,200.00 | $ 111.41 | $5,200.00 | $ 111.41 |
| 4/29/08 | 12/1/07-12/31/07 | $8,670.00 | $ 142.43 | $8,670.00 | $ 142.43 |
| 4/29/08 | 1/1/08 – 2/28/08 | $19,480.00 | $ 74.16 | $19,480.00 | $ 74.16 |
| 5/5/08 | 3/1/08-3/31/08 | $6,320.00 | $ 81.38 | $6,320.00 | $ 81.38 |
| 6/23/08 | 4/1/08-4/30/08 | $5,358.00 | $ 54.14 | $5,358.00 | $ 54.14 |
| 7/21/08 | 5/1/08-5/31/08 | $32,068.00 | $ 19.86 | $32,068.00 | $ 19.86 |
| 9/3/08 | 6/1/08 – 6/30/08 | $39,793.00 | $ 1,384.81 | $39,793.00 | $ 1,384.81 |

[2] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[3] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[4] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

[5] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 9/15/08 | 7/1/08-7/31/08 | $89,644 | $273.65 | $89,644 | $273.65 |
| 11/14/08 | 8/1/08-8/31/08 | $50,539.50 | $224.70 | $50,539.50 | $224.70 |
| 11/14/08 | 9/1/08 - 9/30/08 | 3,905.50 | $986.54 | 3,905.50 | $986.54 |
| 2/6/09 | 10/1/08 - 10/31/08 | 1,360.00 | $365.78 | 1,360.00 | $365.78 |
| 2/6/09 | 11/1/08 - 11/30/08 | $920.00 | $524.75 | $920.00 | $524.75 |
| 3/24/09 | 12/1/08 - 12/31/08 | $2,702.50 | $11.37 | $2,702.50 | $11.37 |
| 3/30/09 | 1/1/09 - 1/31/09 | $25,585.00 | $1.40 | $25,585.00 | $1.40 |
| 4/21/09 | 2/1/09 - 2/28/09 | $39,237.00 | $516.80 | $39,237.00 | $516.80 |
| 4/30/09 | 3/1/09 - 3/31/09 | $ 8,128.00 | $ 46.35 | $ 8,128.00 | $ 46.35 |
| 7/7/09 | 4/1/09 - 4/30/09 | $80,837.00 | $1,411.58 | $80,837.00 | $1,411.58 |
| 7/20/09 | 5/1/09 - 5/31/09 | $ 80,837.00 | $ 1,411.58 | $ 80,837.00 | $ 1,411.58 |
| 9/2/09 | 6/1/09 - 6/30/09 | $38,481.50 | $ 888.98 | $38,481.50 | $ 888.98 |
| 9/15/09 | 7/1/089 - 7/31/09 | $6,972.00 | $ 534.11 | $6,972.00 | $ 534.11 |
| 10/1/09 | 8/1/09 - 8/31/09 | $1,991.50 | $ 5.80 | $1,991.50 | $ 5.80 |
| 11/2/09 | 9/1/09 - 9/30/09 | $ 6,836.00 | $ 53.92 | $ 6,836.00 | $ 53.92 |
| 12/9/09 | 10/1/09 - 10/31/09 | $ 15,246.00 | $ 75.86 | $ 15,246.00 | $ 75.86 |
| 1/4/10 | 11/1/09 - 11/30/09 | $ 14,828.50 | $ 56.80 | $ 14,828.50 | $ 56.80 |
| 2/3/10 | 12/1/09 - 12/31/09 | $ 7,224.00 | $ 84.20 | $ 7,224.00 | $ 84.20 |
| 3/31/10 | 1/1/10 - 1/31/10 | $ 2,778.00 | $ 36.85 | $ 2,778.00 | $ 36.85 |
| 3/31/10 | 2/1/10 - 2/28/10 | $ 4,449.50 | $12.27 | $ 4,449.50 | $12.27 |
| 5/17/10 | 3/1/10 – 3/31,2010 | $ 24,367.50 | $11.00 | $ 24,367.50 | $11.00 |
| 7/1/10 | 4/1/10 – 4/30/10 | $ 10,250.00 | $ 82.97 | $ 10,250.00 | $ 82.97 |
| 7/1/10 | 5/1/10 – 5/31/10 | $ 3,476.00 | $ 23.86 | $ 3,476.00 | $ 23.86 |
| 8/16/10 | 6/1/10 - 6/30/10 | $ 24,234.00 | $ 19.20 | $ 24,234.00 | $ 19.20 |
| 8/30/10 | 7/1/10 - 7/31/10 | $ 20,113.50 | $ 18.28 | $ 20,113.50 | $ 18.28 |
| 10/25/10 | 8/1/10 - 8/31/10 | $2,986.00 | $ 235.07 | $2,986.00 | $ 235.07 |
| 11/9/10 | 9/1/10 - 9/30/10 | $25,288.00 | $ 251.36 | $25,288.00 | $ 251.36 |
| 12/1710 | 10/1/10 - 10/31/10 | $13,119.50 | $ 352.94 | $13,119.50 | $ 352.94 |
| 1/10/11 | 11/1/10 - 11/30/10 | $ 13,940.00 | $ 50.56 | $ 13,940.00 | $ 50.56 |
| 3/3/11 | 12/1/10 - 12/31/10 | $ 18,381.47 | $46.47 | $ 18,381.47 | $46.47 |
| 4/5/11 | 1/1/11 - 1/31/11 | $ 4,046.00 | $129.34 | $ 4,046.00 | $129.34 |
| 4/5/11 | 2/1/11 - 2/28/11 | $ 9,082.00 | $ 0.20 | $ 9,082.00 | $ 0.20 |
| 5/31/11 | 3/1/11 - 3/31/11 | $ 5,617.50 | $ 21.36 | $ 5,617.50 | $ 21.36 |
| 6/13/11 | 4/1/11 - 4/30/11 | $ 5,612.00 | $ 96.75 | Pending | Pending |
| 7/8/11 | 5/1/11 - 5/31/11 | $10,248.00 | $ 16.76 | Pending | Pending |
| 9/14/11 | 6/1/11 - 6/30/11 | $ 22,223.50 | $ 20.40 | Pending | Pending |
| 9/14/11 | 7/1/11 - 7/31/11 | $ 9,342.00 | $ 94.66 | Pending | Pending |

## B&D PROFESSIONALS[6]

| Name of Professional Individual | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Pamela D. Marks | Principal; Joined Firm 1997; Member of MD Bar since 1986 | $460.00 | 13.90 | $6,394.00 |
| Robert Brager | Principal; Joined Firm 1981; Member of NY Bar since 1979 | $680.00 | 6.20 | $4,216.00 |
| Thomas Richichi | Principal; Joined firm 1981; Member of DC Bar since 1978 | $575.00 | 18.70 | $10,752.50 |
| Bethany S. French | Associate; Joined firm 2006; Member of DC Bar since 2006 | $335.00 | 3.80 | $1,273.00 |
| Lindsey Selba | Associate; Joined Firm 2010; Member of Maryland Bar since 2010 | $250.00 | 36.60 | 9,150.00 |

Total Fees:     $31,785.50
Total Hours:    79.20
Blended Rate:   $4012.00

## TASK CODE SUMMARY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Litigation and Litigation Consulting | 79.20 | $31,785.50 |

## EXPENSE SUMMARY[7]

| Expense Category | Service Provider (if applicable)[8] | Total Expense |
|---|---|---|
| Photocopying | | $82.50 |
| Long Distance Telephone | | $1.40 |
| Postage | | $5.59 |
| Outside Printing | | $179.08 |

---

[6] These amounts are the sum total from all of the invoices attached hereto.

[7] These amounts are the sum total of the disbursements as shown on all of the invoices attached hereto.

[8] B&D may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

WHEREFORE, Beveridge & Diamond, P.C. respectfully requests that, for the period August 1, 2011 through August 31, 2011, an interim allowance be made to Beveridge & Diamond, P.C. for compensation in the amount of $31,785.50 and actual and necessary expenses in the amount of $268.57 for a total allowance of $31,054.07 and payment of $25,428.40 (80% of the allowed fees) and reimbursement of $268.57 (100% of the allowed expenses) be authorized for a total payment of $25,696.97 and for such other and further relief as this Court may deem just and proper.

Dated: September 26, 2011          BEVERIDGE & DIAMOND, P.C.

Pamela D. Marks
201 N. Charles Street, Suite 2210
Baltimore, MD 21201
Telephone:  410-230-1315
Facsimile:  410-230-1389
Counsel for Debtors and Debtors in Possession

<u>VERIFICATION</u>

Pamela D. Marks, after being duly sworn according to law, deposes and says:

a)  I am an attorney with the applicant law firm Beveridge & Diamond, P.C..

b)  I am familiar with the legal services rendered by Beveridge & Diamond, P.C. as counsel to the Debtor and am thoroughly familiar with the other work performed on behalf of the Debtor by the lawyers and paraprofessionals of Beveridge & Diamond, P.C.

c)  I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware, and submit that the Application substantially complies with such rules.

_____
Pamela D. Marks


SWORN AND SUBSCRIBED
before me this 26 day of September, 2011.

_____
Notary Public:  Debora R. Melnyk
My Commission Expires:  May 27, 2013

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
AUGUST 1, 2011 THROUGH AUGUST 31, 2011

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (Curtis Bay RCRA 2)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co. - Conn                     September 20, 2011
Attn: Lydia B. Duff, Esq.                    Client/Matter #  01246-013923
7500 Grace Drive                             Invoice # 143770
Columbia, MD  21044                          Federal ID# 52-1247549

---

For Legal Services Rendered Through 08/31/11 in Connection With:

**PLEASE REMIT PAYMENT TO :**      **BEVERIDGE & DIAMOND, P.C.**
                                   **SUITE 700**
                                   **1350 I STREET, N.W.**
                                   **WASHINGTON, D.C. 20005-3311**

<u>Curtis Bay RCRA 2</u>
<u>100104</u>

| | | | | |
|---|---|---|---|---|
| 08/03/11 | P. Marks | L120 | 0.10 | Communications with EPA re CAFO. |
| 08/15/11 | P. Marks | L120 | 0.20 | Check status of CAFO; email to EPA re same. |
| 08/16/11 | P. Marks | L110 | 0.70 | Check CAFO status with J. Howell; telephone conference with L. Duff re same and re related issues. |
| 08/18/11 | P. Marks | L120 | 0.50 | Receipt of CAFO and related communications with EPA and client re same. |

Total Hours :              1.50

Total Fees :          $690.00

BEVERIDGE & DIAMOND, P.C.

INVOICE #  143770
September 20, 2011
PAGE  2

**Time Summary :**

|  | Title | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|---|
| P. Marks | Principal | 1.50 | $460.00 | $690.00 |
|  |  | **Total Fees:** |  | **$690.00** |

**Summary by Task Codes :**

| CODE |  | Hours | Bill Amount |
|---|---|---|---|
| L100 |  |  |  |
| L110 |  | 0.70 | $322.00 |
| L120 |  | 0.80 | $368.00 |
| Total L100 |  | 1.50 | $690.00 |
|  | **Total Fees :** | **1.50** | **$690.00** |

**Summary by Disbursement Codes :**

|  |  | Bill Amount |
|---|---|---|
| E101 | Copying | $82.50 |
| E102 | Outside Printing | $179.08 |
| E105 | Telephone | $1.40 |
| E108 | Postage | $5.59 |
|  | **Total Disbursements :** | **$268.57** |
|  | **TOTAL DUE :** | **$958.57** |

# EXHIBIT B

## (Trivalent Chromium)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co.                              September 20, 2011
Attn: Lydia B. Duff                            Client/Matter #  01246-014988
7500 Grace Drive                               Invoice # 143768
Columbia, MD  21044                            Federal ID# 52-1247549

---

For Legal Services Rendered Through 08/31/11 in Connection With:

PLEASE REMIT PAYMENT TO :      BEVERIDGE & DIAMOND, P.C.
                               SUITE 700
                               1350 I STREET, N.W.
                               WASHINGTON, D.C. 20005-3311

Trivalent Chromium

| Date | Timekeeper | Code | Hours | Description |
|---|---|---|---|---|
| 08/01/11 | L. Selba | L120 | 3.80 | Finish reviewing Wisconsin documents; begin drafting update on trivalent chromium exclusion research; telephone conference with Minnesota contact re Minnesota trivalent chromium exclusion procedure. |
| 08/02/11 | P. Marks | L110 | 0.90 | Conference with L. Selba re research progress and distilling information; telephone conference with L. Selba and L. Duff re same. |
| 08/02/11 | L. Selba | L110 | 4.00 | Prepare draft email re status of trivalent chromium exclusion; conference with P. Marks re same; telephone conference with P. Marks and L. Duff re same; communication with Michigan contact re trivalent chromium exclusion in Michigan; prepare email for P. Marks to L. Duff re topics for 8/16 meeting. |
| 08/03/11 | P. Marks | L110 | 0.30 | Direct L. Selba re information request. |
| 08/03/11 | L. Selba | L120 | 2.80 | Prepare draft FOIA request to Michigan Department of Environmental Quality re trivalent chromium exclusion; conference with P. Marks re same; begin preparing summary of trivalent chromium exclusion research for 8/16 conference with client. |

BEVERIDGE & DIAMOND, P.C.

| 08/05/11 | P. Marks | L120 | 1.00 | Evaluate summary of research and direct L. Selba re same. |
|----------|----------|------|------|------------------------------------------------------------|
| 08/05/11 | L. Selba | L110 | 5.00 | Hexavalent chromium analysis research; prepare summary of research to date re trivalent chromium exclusion; conference with P. Marks re same and Michigan FOIA request. |
| 08/08/11 | L. Selba | L120 | 4.30 | Revise Michigan FOIA request re submittals related to trivalent chromium exclusion; prepare summary of trivalent chromium research; compile petitions for binder for 8/16 conference. |
| 08/09/11 | L. Selba | L110 | 3.00 | Finalize draft memorandum re summary of trivalent chromium exclusion research and email to P. Marks. |
| 08/10/11 | L. Selba | L110 | 0.80 | Review responses to Michigan FOIA request; complete additional research re same and prepare email response. |
| 08/11/11 | L. Selba | L110 | 0.50 | Review binders of trivalent chromium exclusion petitions, follow-up research and final determinations from other states for 8/16 meeting. |
| 08/15/11 | P. Marks | L120 | 3.90 | Prepare for and conduct conference with L. Selba re memorandum evaluating multiple state determinations on trivalent chromium exclusion, and re preparation of binders; emails and telephone conference with L. Duff re same and prepare and provide her with memorandum. |
| 08/15/11 | L. Selba | L110 | 4.00 | Prepare summary of trivalent chromium exclusion research; conference with P. Marks re same and preparation for 8/16 conference with L. Duff; conference with P. Marks re Michigan FOIA response; communication with Michigan re same. |
| 08/16/11 | P. Marks | L120 | 4.50 | Prepare for and attend meeting with client team re trivalent chromium exclusion. |
| 08/16/11 | L. Selba | L120 | 4.50 | Prepare for conference with L. Duff; attend, and travel to/from. |
| 08/17/11 | P. Marks | L120 | 0.60 | Telephone conference with L. Duff re next steps. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  143768
September 20, 2011
PAGE  3

| | | | | |
|---|---|---|---|---|
| 08/17/11 | L. Selba | L120 | 0.30 | Review notes from 8/16 conference with L. Duff re trivalent chromium and prepare email to P. Marks detailing next steps prior to 9/16 conference. |
| 08/18/11 | L. Selba | L120 | 0.50 | Begin compiling documents to prepare a second set of trivalent chromium petition binders. |
| 08/19/11 | P. Marks | L120 | 0.90 | Prepare for and conduct telephone conference with E. Hammerberg re trivalent chromium exclusion, process for state determinations and technical/procedural issues to address; email to client re same. |
| 08/19/11 | L. Selba | L110 | 1.50 | Compile documents for additional set of binders for petitions from other states; review Michigan FOIA response cost estimate; communication with P. Marks re same. |
| 08/22/11 | L. Selba | L110 | 0.30 | Communication with P. Marks re Michigan FOIA request; communications with Michigan re same. |
| 08/30/11 | L. Selba | L110 | 0.30 | Communications with Michigan re FOIA request. |

**Total Hours :**              47.70

**Total Fees :**         $14,466.00

BEVERIDGE & DIAMOND, P.C.

INVOICE #  143768
September 20, 2011
PAGE  4

**Time Summary :**

|  | Title | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|---|
| P. Marks | Principal | 12.10 | $460.00 | $5,566.00 |
| L. Selba | Associate | 35.60 | $250.00 | $8,900.00 |

**Total Fees:** $14,466.00

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| L100 |  |  |
| L110 | 20.60 | $5,402.00 |
| L120 | 27.10 | $9,064.00 |
| Total L100 | 47.70 | $14,466.00 |

**Total Fees :** 47.70 $14,466.00

**Summary by Disbursement Codes :**

**TOTAL DUE :** $14,466.00

# EXHIBIT C

**(Curtis Bay FUSRAP Bankruptcy Claim Resolution)**

# LAW OFFICES
## BEVERIDGE & DIAMOND, P.C.
### SUITE 2210
### 201 NORTH CHARLES STREET
### BALTIMORE, MD 21201-4150
### (410) 230-1300

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

September 20, 2011
Client/Matter #  01246-011548
Invoice # 143767
Federal ID# 52-1247549

---

For Legal Services Rendered Through 08/31/11 in Connection With:

**PLEASE REMIT PAYMENT TO :**        **BEVERIDGE & DIAMOND, P.C.**
                                     **SUITE 700**
                                     **1350 I STREET, N.W.**
                                     **WASHINGTON, D.C. 20005-3311**

<u>Curtis Bay FUSRAP Bankruptcy Claim Resolution</u>
<u>100103</u>

| | | | | |
|---|---|---|---|---|
| 08/19/11 | P. Marks | L120 | 0.30 | Telephone conference with Maryland Department of Environment re review of ROD and email to client re same. |

|                   |          |
|-------------------|----------|
| Total Hours :     | 0.30     |
| Total Fees :      | $138.00  |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  143767
September 20, 2011
PAGE  2

**Time Summary :**

| | Title | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|---|
| P. Marks | Principal | 0.30 | $460.00 | $138.00 |
| | | | Total Fees: | $138.00 |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| L100 | | |
| L120 | 0.30 | $138.00 |
| Total L100 | 0.30 | $138.00 |
| Total Fees : | 0.30 | $138.00 |

**Summary by Disbursement Codes :**

|  |  |  |
|---|---|---|
| **TOTAL DUE :** | | **$138.00** |

# EXHIBIT D

## (7B)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co.                          September 22, 2011
Attn: Lydia B. Duff                        Client/Matter #  01246-014991
7500 Grace Drive                           Invoice # 143769
Columbia, MD  21044                        Federal ID# 52-1247549

---

For Legal Services Rendered Through 08/31/11 in Connection With:

PLEASE REMIT PAYMENT TO :        BEVERIDGE & DIAMOND, P.C.
                                 SUITE 700
                                 1350 I STREET, N.W.
                                 WASHINGTON, D.C. 20005-3311

<u>7B</u>

| Date | Attorney | Code | Hours | Description |
|------|----------|------|-------|-------------|
| 08/03/11 | R. Brager | L120 | 1.25 | Review materials; telephone conference with L. Duff. |
| 08/04/11 | R. Brager | L120 | 0.50 | Tasks and coordination with L. Duff. |
| 08/05/11 | R. Brager | L120 | 0.25 | Exchange e-mails with L. Duff re strategy issues. |
| 08/09/11 | R. Brager | L120 | 0.50 | Telephone conference with L. Duff re strategy issues; review e-mails re same. |
| 08/12/11 | R. Brager | L120 | 0.30 | Exchange e-mails with L. Duff. |
| 08/15/11 | R. Brager | L120 | 0.70 | Telephone conference with Grace; exchange e-mails re research. |
| 08/15/11 | L. Selba | L120 | 1.00 | Conference with R. Brager re research; complete research and summarize same for R. Brager. |
| 08/19/11 | R. Brager | L120 | 0.30 | Telephone conference with T. Richichi re research issues. |
| 08/19/11 | T. Richichi | L120 | 2.00 | Conference call with L. Duff re research issues; initial research; conference with R. Brager re same. |

. BEVERIDGE & DIAMOND, P.C.

IVOICE #   143769
September 22, 2011
PAGE   2

| | | | | |
|---|---|---|---|---|
| 08/20/11 | R. Brager | L120 | 0.30 | Review documents sent by L. Duff. |
| 08/22/11 | R. Brager | L120 | 1.30 | Telephone conference with L. Duff and T. Richichi re research and telephone conference with T. Richichi re same; conference with P. Marks re same. |
| 08/22/11 | T. Richichi | L120 | 4.50 | Conference call with L. Duff and R. Brager; follow-up discussion with R. Brager; conduct research and analysis. |
| 08/23/11 | T. Richichi | L120 | 2.80 | Telephone conference with P. Marks and L. Duff re preliminary results of research, conduct analysis; research tasks for B. French. |
| 08/24/11 | B. French | L120 | 1.80 | Conduct research. |
| 08/25/11 | T. Richichi | L120 | 4.30 | Conduct research and analysis. |
| 08/25/11 | B. French | L120 | 2.00 | Conduct research. |
| 08/26/11 | R. Brager | L120 | 0.80 | Telephone conference with Grace. |
| 08/26/11 | T. Richichi | L120 | 3.80 | Conduct analysis; review B. French research. |
| 08/29/11 | T. Richichi | L120 | 1.30 | Analysis of issues. |

Total Hours :            29.70

Total Fees :        $16,491.50

BEVERIDGE & DIAMOND, P.C.

INVOICE #  143769
September 22, 2011
PAGE  3

## Time Summary :

|  | Title | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|---|
| R. Brager | Principal | 6.20 | $680.00 | $4,216.00 |
| T. Richichi | Principal | 18.70 | $575.00 | $10,752.50 |
| B. French | Associate | 3.80 | $335.00 | $1,273.00 |
| L. Selba | Associate | 1.00 | $250.00 | $250.00 |

Total Fees:                                  $16,491.50

## Summary by Task Codes :

| CODE | Hours | Bill Amount |
|---|---|---|
| L100 |  |  |
| L120 | 29.70 | $16,491.50 |
| Total L100 | 29.70 | $16,491.50 |

Total Fees :    29.70    $16,491.50

## Summary by Disbursement Codes :

TOTAL DUE :        $16,491.50