```
                         REED SMITH LLP
                         PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630


W.R. Grace & Co.                        Invoice Number      2224872
7500 Grace Drive                        Invoice Date        01/30/12
Columbia, Maryland 21044                Client Number        172573
USA


==============================================================================

Re: W. R. Grace & Co.


(50001)   Correa v. W.R. Grace

     Fees                         9,525.50
     Expenses                         0.00

              TOTAL BALANCE DUE UPON RECEIPT          $9,525.50
                                                     ==============
```

```
                         REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

| | |
|---|---|
| W.R. Grace & Co. | Invoice Number    2224872 |
| 7500 Grace Drive | Invoice Date      01/30/12 |
| Columbia, Maryland 21044 | Client Number      172573 |
| USA | Matter Number       50001 |

===========================================================================

Re: (50001)  Correa v. W.R. Grace

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2011

| Date | Name | | Hours |
|---|---|---|---|
| 12/02/11 | Espinosa | Call with M. Glover re Plaintiff's workers' compensation claims. | .20 |
| 12/05/11 | Espinosa | Read deposition transcript from the first day of Plaintiff's deposition, and draft follow-up questions for the second day of deposition (4.8); draft summary of the first day of deposition (.7). | 5.50 |
| 12/14/11 | Espinosa | Confer with L. Husar re case status and strategy. | .20 |
| 12/16/11 | Espinosa | Prepare for second day of Plaintiff's deposition. | 4.70 |
| 12/19/11 | Espinosa | Prepare for the day two of Plaintiff's deposition. | 6.80 |
| 12/20/11 | Espinosa | Prepare for and take day two of Plaintiff's deposition. | 9.00 |
| 12/20/11 | Husar | Confer with S. Espinosa regarding plaintiff's deposition testimony. | .50 |
| 12/21/11 | Espinosa | Draft summary of Plaintiff's deposition. | .80 |
| 12/27/11 | Espinosa | Review the second day of deposition transcript, and prepare for final day of Plaintiff's deposition. | 4.90 |

```
172573 W. R. Grace & Co.                          Invoice Number  2224872
 50001  Correa v. W.R. Grace                      Page    2
        January 30, 2012


    Date   Name                                                    Hours
  -------- -----------                                             -----

  12/28/11 Espinosa          Draft Public Records Act Request        .50
                             to the DFEH.

  12/29/11 Espinosa          Draft Freedom of Information Act        .50
                             Request to the EEOC.
                                                                   ------
                                                   TOTAL HOURS      33.60


  TIME SUMMARY               Hours        Rate         Value
  ------------------------   -----------------------   -------

  Linda S. Husar              0.50  at  $  515.00  =     257.50
  Stephanie Henderson Espin  33.10  at  $  280.00  =   9,268.00

                             CURRENT FEES                              9,525.50

                                                                   ------------
                             TOTAL BALANCE DUE UPON RECEIPT           $9,525.50
                                                                   ============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                     Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

| | |
|---|---|
| W.R. Grace & Co.<br>7500 Grace Drive<br>Columbia, Maryland 21044<br>USA | Invoice Number   2224873<br>Invoice Date     01/30/12<br>Client Number     172573 |

===========================================================================

Re: W. R. Grace & Co.

(60026)   Litigation and Litigation Consulting

    Fees                                    166.50
    Expenses                                0.00

               TOTAL BALANCE DUE UPON RECEIPT        $166.50
                                                   ==============

```
                         REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2224873
7500 Grace Drive                          Invoice Date        01/30/12
Columbia, Maryland 21044                  Client Number        172573
USA                                       Matter Number         60026


===============================================================================

Re: (60026)   Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2011

    Date    Name                                                   Hours
   -------- -----------                                            -----

  12/05/11 Ament       Review 12/19/11 hearing binder               .60
                       (.10); e-mails with P. Cuniff re:
                       same (.10); review agenda and CNO
                       re: 12/19/11 hearing binder (.10);
                       update hearing binder (.10);
                       coordinate hand delivery of same
                       to Judge Fitzgerald (.10);
                       follow-up e-mails with P. Cuniff
                       re: same (.10).

  12/13/11 Ament       E-mails with P. Cuniff re: final             .20
                       agenda re: 12/19 hearing (.10);
                       e-mails with P. Cuniff re: Jan.
                       filing deadlines (.10).

  12/14/11 Ament       E-mail to P. Cuniff requesting               .10
                       schedule of hearing dates and
                       filing deadlines for 2012.
                                                                  ------
                                                    TOTAL HOURS     .90


TIME SUMMARY                   Hours         Rate          Value
------------------------       -------------------         -------
Sharon A. Ament                0.90  at  $  185.00  =      166.50

                               CURRENT FEES                              166.50


                                                                   ------------
                               TOTAL BALANCE DUE UPON RECEIPT         $166.50
                                                                   ============
```

```
                           REED SMITH LLP
                           PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630
```

```
W.R. Grace & Co.                          Invoice Number      2224874
7500 Grace Drive                          Invoice Date        01/30/12
Columbia, Maryland 21044                  Client Number        172573
USA
```

===========================================================================

Re: W. R. Grace & Co.

(60029)   Fee Applications-Applicant

    Fees                                        1,427.00
    Expenses                                    0.00

                        TOTAL BALANCE DUE UPON RECEIPT         $1,427.00

```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630



W.R. Grace & Co.                      Invoice Number        2224874
7500 Grace Drive                      Invoice Date          01/30/12
Columbia, Maryland 21044              Client Number          172573
USA                                   Matter Number           60029


==============================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2011

    Date    Name                                              Hours
    ------- -----------                                       -----

12/02/11 Ament          E-mails and meet with to A. Muha       .20
                        re: Nov. monthly fee application.

12/05/11 Ament          Review e-mail from A. Muha re:         .20
                        quarterly fee application (.10);
                        attention to billing matters re:
                        same (.10).

12/06/11 Ament          E-mails re: Nov. monthly fee           .10
                        application.

12/06/11 Muha           Review and revise fee and expense      .30
                        detail for Nov. 2011 monthly
                        application.

12/13/11 Ament          Begin drafting Nov. monthly fee        .50
                        application and spreadsheets re:
                        same.

12/16/11 Ament          Review e-mail re: Nov. monthly fee     .60
                        application (.10); review invoices
                        and begin calculating Nov. monthly
                        fee application (.30); draft Nov.
                        monthly fee application (.20).

12/19/11 Ament          Continue calculating fees and          .90
                        expenses re: Nov. monthly fee
                        application (.10); prepare
                        spreadsheets re: same (.30);
                        continue drafting Nov. monthly fee
                        application (.10); provide same to
                        A. Muha for review (.10);
                        attention to billing matters
                        (.10); e-mail to D. Cameron and A.
```

```
172573 W. R. Grace & Co.                          Invoice Number   2224874
60029  Fee Applications-Applicant                 Page    2
       January 30, 2012
```

| Date | Name | | Hours |
|---|---|---|---|
| | | Muha re: same (.10); review and respond to e-mail re: Oct. monthly fee application (.10). | |
| 12/19/11 | Muha | Final review and revisions to Nov. 2011 monthly fee application. | .30 |
| 12/20/11 | Ament | Finalize 125th monthly fee application (.10); e-mail same to J. Lord for DE filing (.10); follow-up e-mails with J. Lord re: same (.10). | .30 |
| 12/21/11 | Lord | Research docket and draft CNO for Reed Smith's October monthly fee application. | .40 |
| 12/21/11 | Lord | Revise and prepare Reed Smith December monthly fee application for e-filing and service. | 1.20 |
| 12/28/11 | Lankford | E-file and service of CNO to RS's 124th Fee Application. | .40 |
| 12/30/11 | Lord | Finalize, e-file and perfect service of Reed Smith 125th monthly fee application. | .80 |

```
                                          TOTAL HOURS      6.20
```

| TIME SUMMARY | Hours | Rate | Value |
|---|---|---|---|
| Andrew J. Muha | 0.60 at $ 435.00 = | | 261.00 |
| John B. Lord | 2.40 at $ 245.00 = | | 588.00 |
| Sharon A. Ament | 2.80 at $ 185.00 = | | 518.00 |
| Lisa Lankford | 0.40 at $ 150.00 = | | 60.00 |

```
              CURRENT FEES                                 1,427.00

              TOTAL BALANCE DUE UPON RECEIPT              $1,427.00
```

```
                         REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630



    W.R. Grace & Co.                     Invoice Number      2224875
    7500 Grace Drive                     Invoice Date       01/30/12
    Columbia, Maryland 21044             Client Number       172573
    USA



============================================================================

Re: W. R. Grace & Co.


(60033)   Claim Analysis Objection Resolution & Estimation
          (Asbestos)

       Fees                             1,529.00
       Expenses                             0.00

                     TOTAL BALANCE DUE UPON RECEIPT        $1,529.00
                                                          ==============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                   Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630



   W.R. Grace & Co.                       Invoice Number    2224875
   7500 Grace Drive                       Invoice Date      01/30/12
   Columbia, Maryland 21044               Client Number      172573
   USA                                    Matter Number       60033
```

================================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2011

| Date | Name | Description | Hours |
|---|---|---|---|
| 12/05/11 | Restivo | Telephone call with E. Westbrook. | .20 |
| 12/08/11 | Rea | Review Solow settlement agreement for termination provisions (.2); e-mail re: same (.2). | .40 |
| 12/08/11 | Restivo | Correspondence and telephone calls with client. | .50 |
| 12/12/11 | Cameron | Review Solow settlement agreement and correspondence re: same. | .30 |
| 12/13/11 | Cameron | Review asbestos p.d. claims materials. | .50 |
| 12/19/11 | Cameron | Review asbestos p.d. files. | .50 |

```
                                          TOTAL HOURS     2.40
```

| TIME SUMMARY | Hours | Rate | Value |
|---|---|---|---|
| Douglas E. Cameron | 1.30 at $ 650.00 = | | 845.00 |
| James J. Restivo Jr. | 0.70 at $ 700.00 = | | 490.00 |
| Traci Sands Rea | 0.40 at $ 485.00 = | | 194.00 |

```
                CURRENT FEES                              1,529.00


                TOTAL BALANCE DUE UPON RECEIPT           $1,529.00
                                                      ============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                     Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630


W.R. Grace & Co.                           Invoice Number      2224876
62 Whittemore Avenue                       Invoice Date        01/30/12
Cambridge, MA  02140                       Client Number        172573



=============================================================================

Re: W. R. Grace & Co.


(60041)   Specifications Inquiry

     Fees                         15,000.00
     Expenses                          0.00

                   TOTAL BALANCE DUE UPON RECEIPT         $15,000.00
                                                         ==============
```

```
                           REED SMITH LLP
                           PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2224876
62 Whittemore Avenue                      Invoice Date        01/30/12
Cambridge, MA  02140                      Client Number        172573
                                          Matter Number         60041


===========================================================================

Re: (60041)  Specifications Inquiry

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2011

   Date     Name                                              Hours
  -------- ------------                                       -----

12/19/11 Flatley          Scheduling meeting and travel         .80
                          arrangements (0.4); preparation
                          for Cambridge trip (0.4).

12/19/11 Klapper          Prepare for meeting with client.     3.50

12/20/11 Flatley          With J. Hughes, T. Klapper and J.    9.00
                          Luchini to overview new matter
                          (1.0); meeting at Grace to discuss
                          new matter (5.0); reviewing notes
                          and materials and outlining "to
                          do" after meeting (1.5); follow-up
                          on meeting with team members
                          (0.5); reviewing materials in
                          preparation for Boston meeting
                          (1.0);

12/20/11 Klapper          Meet with client re new issue        7.40
                          (5.4); draft documents (2.0).

12/20/11 Klapper          Prepare for meeting with client.     2.10

12/20/11 Luchini          Meeting with WR Grace re: issue      8.50
                          and review Grace documents,
                          discuss draft.

12/21/11 Flatley          Review and comment on draft          4.50
                          e-mails (0.7); further review and
                          analysis of issues (0.5); review
                          and comment on draft analysis
                          (1.0); conference call with J.
                          Hughes et al. and RS Team and
                          follow-up (1.8); conference call
                          (0.5).
```

```
172573  W. R. Grace & Co.                          Invoice Number  2224876
60041   Specifications Inquiry                     Page    2
        January 30, 2012
```

| Date | Name | | Hours |
|---|---|---|---|
| 12/21/11 | Klapper | Revise documents and create additional ones per conversation with client (6.1); confer with client re strategy (0.8); confer with J. Luchini and L. Flatley re strategy (0.5). | 7.40 |
| 12/21/11 | Luchini | Edit talking points (1.2); conference call with T. Klapper/L. Flatley and then with WR Grace (2.4). | 3.60 |
| 12/22/11 | Flatley | Review new drafts and e-mail comments to RS team. | 1.10 |
| 12/22/11 | Klapper | Edit, finalize documents (3.8); participate in call with client re (0.3); draft project list (2.4). | 6.50 |
| 12/22/11 | Luchini | Review/edit draft documents (2.1); telephone call from T. Klapper and edit To Do list (0.5). | 2.60 |
| 12/23/11 | Klapper | Confer with client re strategy. | .40 |
| 12/27/11 | Flatley | E-mail to J. Hughes to schedule call (0.1); review e-mails and outlines since 12/21/11 and analysis of proposed Reed Smith "to do" list and other preparations for conference call with J. Hughes and J. Luchini (2.7); further e-mails to schedule conference call (0.2); additional preparation for call (0.6); conference call with J. Hughes and J. Luchini to discuss Reed Smith "to do" and priorities list (0.6); follow-up on J. Hughes conference call (0.5). | 4.70 |
| 12/27/11 | Luchini | Prepare for and attend conference call with J. Hughes and L. Flatley re: To Do list and priorities. Update expert topics. | 1.20 |
| 12/29/11 | Flatley | E-mails from/to T. Klapper. | .30 |

```
                                                   TOTAL HOURS    63.60
```

```
172573 W. R. Grace & Co.                          Invoice Number  2224876
60041  Specifications Inquiry                     Page     3
       January 30, 2012
```

```
TIME SUMMARY                    Hours         Rate           Value
---------------------------     ----------------------       -------
Lawrence E. Flatley             20.40  at  $  655.00   =   13,362.00
Joseph S. Luchini               15.90  at  $  585.00   =    9,301.50
Antony B. Klapper               27.30  at  $  610.00   =   16,653.00

                                TOTAL VALUE OF FEES          39,316.50

         DISCOUNT FOR DECEMBER 2011 FLAT FEE ARRANGEMENT     (24,316.50)
                                                            ------------
                                TOTAL BALANCE DUE UPON RECEIPT  $15,000.00
                                                            ============
```