```
                          REED SMITH LLP
                          PO Box 360074M
                     Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
W.R. Grace & Co.                          Invoice Number      2224905
7500 Grace Drive                          Invoice Date       01/30/12
Columbia, Maryland 21044                  Client Number       172573
USA
```

===========================================================================

Re: W. R. Grace & Co.

(50001)   Correa v. W.R. Grace

```
    Fees                                      0.00
    Expenses                              3,966.11

                TOTAL BALANCE DUE UPON RECEIPT        $3,966.11
                                                     ==========
```

```
                         REED SMITH LLP
                         PO Box 360074M
                     Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630


  W.R. Grace & Co.                       Invoice Number     2224905
  7500 Grace Drive                       Invoice Date      01/30/12
  Columbia, Maryland 21044               Client Number      172573
  USA                                    Matter Number       50001


==============================================================================

Re: Correa v. W.R. Grace


FOR COSTS ADVANCED AND EXPENSES INCURRED:

     Duplicating/Printing/Scanning              49.10
     Postage Expense                             0.88
     Deposition Expense                      3,916.13

                CURRENT EXPENSES                                3,966.11
                                                              --------------

                TOTAL BALANCE DUE UPON RECEIPT                 $3,966.11
                                                              ==============
```

```
                       REED SMITH LLP
                       PO Box 360074M
                   Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
W.R. Grace & Co.                          Invoice Number      2224905
7500 Grace Drive                          Invoice Date       01/30/12
Columbia, Maryland 21044                  Client Number       172573
USA                                       Matter Number        50001
```

===========================================================================

Re: (50001)  Correa v. W.R. Grace

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 11/08/11 | Duplicating/Printing/Scanning ATTY # 10886; 96 COPIES | 9.60 |
| 11/08/11 | Duplicating/Printing/Scanning ATTY # 10886; 35 COPIES | 3.50 |
| 11/08/11 | Duplicating/Printing/Scanning ATTY # 10886; 240 COPIES | 24.00 |
| 11/09/11 | Duplicating/Printing/Scanning ATTY # 10886; 120 COPIES | 12.00 |
| 12/03/11 | Postage Expense Postage Expense: ATTY # 010886 User: Equitrac By | .44 |
| 12/14/11 | Deposition Expense -- VENDOR: NETWORK DEPOSITION SERVICES, INC.: Ralph Correa Deposition | 3916.13 |
| 12/28/11 | Postage Expense Postage Expense: ATTY # 010886 User: Equitrac By | .44 |

```
                       CURRENT EXPENSES              3,966.11
                                                     ------------
                       TOTAL BALANCE DUE UPON RECEIPT   $3,966.11
                                                     ============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
    W.R. Grace & Co.                      Invoice Number     2224906
    7500 Grace Drive                      Invoice Date       01/30/12
    Columbia, Maryland 21044              Client Number       172573
    USA
```

================================================================================

Re: W. R. Grace & Co.


(60026)   Litigation and Litigation Consulting

    Fees                                      0.00
    Expenses                                995.74

                    TOTAL BALANCE DUE UPON RECEIPT           $995.74
                                                         ==============

```
                        REED SMITH LLP
                        PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
W.R. Grace & Co.                       Invoice Number      2224906
7500 Grace Drive                       Invoice Date       01/30/12
Columbia, Maryland 21044               Client Number       172573
USA                                    Matter Number        60026
```

================================================================================

Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
    PACER                                    12.96
    Duplicating/Printing/Scanning            70.50
    Postage Expense                           3.76
    Courier Service - Outside               908.52

              CURRENT EXPENSES                             995.74
                                                       -------------

              TOTAL BALANCE DUE UPON RECEIPT            $995.74
                                                       =============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630



W.R. Grace & Co.                         Invoice Number      2224906
7500 Grace Drive                         Invoice Date       01/30/12
Columbia, Maryland 21044                 Client Number       172573
USA                                      Matter Number        60026


========================================================================

Re: (60026)  Litigation and Litigation Consulting



FOR COSTS ADVANCED AND EXPENSES INCURRED:

10/28/11   Duplicating/Printing/Scanning                         9.90
           ATTY # 0718; 99 COPIES

10/28/11   Duplicating/Printing/Scanning                         9.90
           ATTY # 0718; 99 COPIES

11/14/11   Duplicating/Printing/Scanning                        11.40
           ATTY # 0078; 114 COPIES

11/14/11   Duplicating/Printing/Scanning                        11.40
           ATTY # 0078; 114 COPIES

11/29/11   Duplicating/Printing/Scanning                         9.30
           ATTY # 0718; 93 COPIES

11/29/11   Duplicating/Printing/Scanning                         9.30
           ATTY # 0718; 93 COPIES

11/30/11   PACER                                                12.96

12/08/11   Courier Service - Outside -- VENDOR: DIGITAL        282.20
           LEGAL SERVICES, LLC: Copies/Postage

12/15/11   Courier Service - Outside -- VENDOR: DIGITAL        626.32
           LEGAL SERVICES, LLC: Digital Copies/Hand
           Deliveries

12/30/11   Duplicating/Printing/Scanning                         9.30
           ATTY # 0718; 93 COPIES
```

```
172573  W. R. Grace & Co.                              Invoice Number   2224906
 60026  Litigation and Litigation Consulting           Page    2
        January 30, 2012


 12/30/11   Postage Expense                                              3.76
            Postage Expense: ATTY # 000718 User: Equitrac By

                        CURRENT EXPENSES                               995.74
                                                                 -------------

                        TOTAL BALANCE DUE UPON RECEIPT                $995.74
                                                                 =============
```