January 24, 2012

FILED
2012 JAN 31 AM 9: 10
US BANKRUPTCY CLERK
DISTRICT OF DELAWARE COURT

David D. Bird, Clerk
United States Bankruptcy Court
824 North Market Street
3rd Floor
Wilmington, DE 19801

RE:    Notice of Withdrawal

Dear Mr. Bird:

In 2008, I left employment with the Attorney General's Office for the State of New Jersey, terminating my representation of the State of New Jersey, Division of Taxation. I returned to employment with a different Division of the Attorney General's Office in March 2011, but did not re-assume my bankruptcy responsibilities. I therefore request that my association with the following cases be withdrawn:

| | |
|---|---|
| WR Grace | 01-01139(JKF) |
| DVI, Inc. | 03-12656(MFW) |
| Montgomery Ward, LLC | 00-04667(KG) |

For your reference, the e-mail address associated with my ECF login and password is: Tracy.Richardson@dol.lps.state.nj.us. If there is additional action or information needed from me, please contact me at (609) 777-2293. Thank you for your assistance.

Respectfully submitted,

Tracy E. Richardson
Tracy E. Richardson