```
                          REED SMITH LLP
                         PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630



   W.R. Grace & Co.                         Invoice Number     2224872
   7500 Grace Drive                         Invoice Date       01/30/12
   Columbia, Maryland 21044                 Client Number       172573
   USA


==============================================================================

Re: W. R. Grace & Co.


(50001)  Correa v. W.R. Grace

     Fees                                   9,525.50
     Expenses                                   0.00

                      TOTAL BALANCE DUE UPON RECEIPT        $9,525.50
                                                          =============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630



W.R. Grace & Co.                          Invoice Number      2224872
7500 Grace Drive                          Invoice Date       01/30/12
Columbia, Maryland 21044                  Client Number       172573
USA                                       Matter Number        50001


==========================================================================

Re: (50001)  Correa v. W.R. Grace

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2011

  Date    Name                                                   Hours
--------  -----------                                            -----


12/02/11  Espinosa         Call with M. Glover re Plaintiff's      .20
                           workers' compensation claims.

12/05/11  Espinosa         Read deposition transcript from        5.50
                           the first day of Plaintiff's
                           deposition, and draft follow-up
                           questions for the second day of
                           deposition (4.8); draft summary of
                           the first day of deposition (.7).

12/14/11  Espinosa         Confer with L. Husar re case            .20
                           status and strategy.

12/16/11  Espinosa         Prepare for second day of              4.70
                           Plaintiff's deposition.

12/19/11  Espinosa         Prepare for the day two of             6.80
                           Plaintiff's deposition.

12/20/11  Espinosa         Prepare for and take day two of        9.00
                           Plaintiff's deposition.

12/20/11  Husar            Confer with S. Espinosa regarding       .50
                           plaintiff's deposition testimony.

12/21/11  Espinosa         Draft summary of Plaintiff's            .80
                           deposition.

12/27/11  Espinosa         Review the second day of               4.90
                           deposition transcript, and prepare
                           for final day of Plaintiff's
                           deposition.
```

```
172573 W. R. Grace & Co.                        Invoice Number  2224872
50001  Correa v. W.R. Grace                     Page    2
       January 30, 2012


  Date    Name                                                    Hours
--------  -----------                                             -----

12/28/11 Espinosa           Draft Public Records Act Request        .50
                            to the DFEH.

12/29/11 Espinosa           Draft Freedom of Information Act        .50
                            Request to the EEOC.

                                                                 ------
                                                    TOTAL HOURS   33.60


TIME SUMMARY                    Hours         Rate         Value
-------------------------    ----------------------      -------
Linda S. Husar                 0.50  at  $  515.00  =    257.50
Stephanie Henderson Espin     33.10  at  $  280.00  =  9,268.00

                            CURRENT FEES                                    9,525.50


                                                                       ------------
                            TOTAL BALANCE DUE UPON RECEIPT                 $9,525.50
                                                                       ============
```

```
                              REED SMITH LLP
                             PO Box 360074M
                          Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630



   W.R. Grace & Co.                              Invoice Number     2224873
   7500 Grace Drive                              Invoice Date       01/30/12
   Columbia, Maryland 21044                      Client Number       172573
   USA



==============================================================================

Re: W. R. Grace & Co.


(60026)   Litigation and Litigation Consulting

      Fees                                      166.50
      Expenses                                    0.00

                        TOTAL BALANCE DUE UPON RECEIPT         $166.50
                                                              =============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630


  W.R. Grace & Co.                          Invoice Number      2224873
  7500 Grace Drive                          Invoice Date       01/30/12
  Columbia, Maryland 21044                  Client Number       172573
  USA                                       Matter Number         60026


==============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2011

  Date    Name                                                    Hours
--------  -----------                                             -----

12/05/11  Ament          Review 12/19/11 hearing binder             .60
                         (.10); e-mails with P. Cuniff re:
                         same (.10); review agenda and CNO
                         re: 12/19/11 hearing binder (.10);
                         update hearing binder (.10);
                         coordinate hand delivery of same
                         to Judge Fitzgerald (.10);
                         follow-up e-mails with P. Cuniff
                         re: same (.10).

12/13/11  Ament          E-mails with P. Cuniff re: final           .20
                         agenda re: 12/19 hearing (.10);
                         e-mails with P. Cuniff re: Jan.
                         filing deadlines (.10).

12/14/11  Ament          E-mail to P. Cuniff requesting             .10
                         schedule of hearing dates and
                         filing deadlines for 2012.

                                                               ------
                                              TOTAL HOURS         .90


TIME SUMMARY                  Hours         Rate           Value
------------------------      ---------------------       -------
Sharon A. Ament                0.90  at  $ 185.00  =       166.50

                              CURRENT FEES                                166.50


                                                                    ------------
                              TOTAL BALANCE DUE UPON RECEIPT            $166.50
                                                                    ============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                     Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
   W.R. Grace & Co.                        Invoice Number      2224874
   7500 Grace Drive                        Invoice Date       01/30/12
   Columbia, Maryland 21044                Client Number       172573
   USA
```

==============================================================================

Re: W. R. Grace & Co.

(60029)   Fee Applications-Applicant

```
      Fees                              1,427.00
      Expenses                              0.00

                      TOTAL BALANCE DUE UPON RECEIPT      $1,427.00
                                                         =============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630



   W.R. Grace & Co.                          Invoice Number      2224874
   7500 Grace Drive                          Invoice Date        01/30/12
   Columbia, Maryland 21044                  Client Number        172573
   USA                                       Matter Number         60029



===========================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2011

   Date     Name                                                     Hours
 --------  -----------                                               -----

 12/02/11 Ament          E-mails and meet with to A. Muha              .20
                         re: Nov. monthly fee application.

 12/05/11 Ament          Review e-mail from A. Muha re:                .20
                         quarterly fee application (.10);
                         attention to billing matters re:
                         same (.10).

 12/06/11 Ament          E-mails re: Nov. monthly fee                  .10
                         application.

 12/06/11 Muha           Review and revise fee and expense             .30
                         detail for Nov. 2011 monthly
                         application.

 12/13/11 Ament          Begin drafting Nov. monthly fee               .50
                         application and spreadsheets re:
                         same.

 12/16/11 Ament          Review e-mail re: Nov. monthly fee            .60
                         application (.10); review invoices
                         and begin calculating Nov. monthly
                         fee application (.30); draft Nov.
                         monthly fee application (.20).

 12/19/11 Ament          Continue calculating fees and                 .90
                         expenses re: Nov. monthly fee
                         application (.10); prepare
                         spreadsheets re: same (.30);
                         continue drafting Nov. monthly fee
                         application (.10); provide same to
                         A. Muha for review (.10);
                         attention to billing matters
                         (.10); e-mail to D. Cameron and A.
```

```
172573 W. R. Grace & Co.                        Invoice Number   2224874
60029  Fee Applications-Applicant               Page     2
       January 30, 2012


  Date    Name                                                   Hours
--------  -----------                                            -----

                        Muha re: same (.10); review and
                        respond to e-mail re: Oct. monthly
                        fee application (.10).

12/19/11 Muha           Final review and revisions to Nov.        .30
                        2011 monthly fee application.

12/20/11 Ament          Finalize 125th monthly fee                .30
                        application (.10); e-mail same to
                        J. Lord for DE filing (.10);
                        follow-up e-mails with J. Lord re:
                        same (.10).

12/21/11 Lord           Research docket and draft CNO for         .40
                        Reed Smith's October monthly fee
                        application.

12/21/11 Lord           Revise and prepare Reed Smith            1.20
                        December monthly fee application
                        for e-filing and service.

12/28/11 Lankford       E-file and service of CNO to RS's         .40
                        124th Fee Application.

12/30/11 Lord           Finalize, e-file and perfect              .80
                        service of Reed Smith 125th
                        monthly fee application.
                                                                ------
                                                TOTAL HOURS       6.20


TIME SUMMARY                  Hours         Rate         Value
-------------------------   -----------------------    -------
Andrew J. Muha               0.60  at  $   435.00  =    261.00
John B. Lord                 2.40  at  $   245.00  =    588.00
Sharon A. Ament              2.80  at  $   185.00  =    518.00
Lisa Lankford                0.40  at  $   150.00  =     60.00

                            CURRENT FEES                              1,427.00

                                                                  ------------
                            TOTAL BALANCE DUE UPON RECEIPT           $1,427.00
                                                                  ============
```

```
                             REED SMITH LLP
                             PO Box 360074M
                         Pittsburgh, PA  15251-6074
                           Tax ID# 25-0749630



   W.R. Grace & Co.                        Invoice Number      2224875
   7500 Grace Drive                        Invoice Date        01/30/12
   Columbia, Maryland 21044                Client Number        172573
   USA


==============================================================================

Re: W. R. Grace & Co.


(60033)   Claim Analysis Objection Resolution & Estimation
          (Asbestos)

     Fees                                   1,529.00
     Expenses                                   0.00

                       TOTAL BALANCE DUE UPON RECEIPT          $1,529.00
                                                             =============
```

```
                           REED SMITH LLP
                           PO Box 360074M
                       Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630



   W.R. Grace & Co.                          Invoice Number     2224875
   7500 Grace Drive                          Invoice Date      01/30/12
   Columbia, Maryland 21044                  Client Number      172573
   USA                                       Matter Number       60033


==============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2011

  Date    Name                                                    Hours
--------  -----------                                             -----

12/05/11 Restivo          Telephone call with E. Westbrook.         .20

12/08/11 Rea              Review Solow settlement agreement         .40
                          for termination provisions (.2);
                          e-mail re: same (.2).

12/08/11 Restivo          Correspondence and telephone calls        .50
                          with client.

12/12/11 Cameron          Review Solow settlement agreement         .30
                          and correspondence re: same.

12/13/11 Cameron          Review asbestos p.d. claims               .50
                          materials.

12/19/11 Cameron          Review asbestos p.d. files.               .50
                                                                 ------
                                               TOTAL HOURS         2.40


TIME SUMMARY              Hours          Rate         Value
------------------------  ----------------------     -------
Douglas E. Cameron        1.30  at  $  650.00  =      845.00
James J. Restivo Jr.      0.70  at  $  700.00  =      490.00
Traci Sands Rea           0.40  at  $  485.00  =      194.00

                          CURRENT FEES                             1,529.00


                                                                ------------
                          TOTAL BALANCE DUE UPON RECEIPT           $1,529.00
                                                                ============
```

```
                           REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630



    W.R. Grace & Co.                        Invoice Number      2224876
    62 Whittemore Avenue                    Invoice Date       01/30/12
    Cambridge, MA   02140                   Client Number       172573




    ==============================================================================

    Re: W. R. Grace & Co.


    (60041)   Specifications Inquiry

         Fees                                 15,000.00
         Expenses                                  0.00

                          TOTAL BALANCE DUE UPON RECEIPT       $15,000.00
                                                              =============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630



W.R. Grace & Co.                          Invoice Number      2224876
62 Whittemore Avenue                      Invoice Date       01/30/12
Cambridge, MA   02140                     Client Number       172573
                                          Matter Number        60041


==============================================================================

Re: (60041)  Specifications Inquiry

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2011

  Date   Name                                                    Hours
-------- -----------                                             -----


12/19/11 Flatley         Scheduling meeting and travel            .80
                         arrangements (0.4); preparation
                         for Cambridge trip (0.4).

12/19/11 Klapper         Prepare for meeting with client.        3.50

12/20/11 Flatley         With J. Hughes, T. Klapper and J.       9.00
                         Luchini to overview new matter
                         (1.0); meeting at Grace to discuss
                         new matter (5.0); reviewing notes
                         and materials and outlining "to
                         do" after meeting (1.5); follow-up
                         on meeting with team members
                         (0.5); reviewing materials in
                         preparation for Boston meeting
                         (1.0);

12/20/11 Klapper         Meet with client re new issue           7.40
                         (5.4); draft documents (2.0).

12/20/11 Klapper         Prepare for meeting with client.        2.10

12/20/11 Luchini         Meeting with WR Grace re: issue         8.50
                         and review Grace documents,
                         discuss draft.

12/21/11 Flatley         Review and comment on draft             4.50
                         e-mails (0.7); further review and
                         analysis of issues (0.5); review
                         and comment on draft analysis
                         (1.0); conference call with J.
                         Hughes et al. and RS Team and
                         follow-up (1.8); conference call
                         (0.5).
```

```
172573 W. R. Grace & Co.                          Invoice Number   2224876
60041  Specifications Inquiry                     Page    2
       January 30, 2012


  Date    Name                                                      Hours
 -------- -----------                                                -----


12/21/11 Klapper      Revise documents and create                    7.40
                      additional ones per conversation
                      with client (6.1); confer with
                      client re strategy (0.8); confer
                      with J. Luchini and L. Flatley re
                      strategy (0.5).

12/21/11 Luchini      Edit talking points (1.2);                     3.60
                      conference call with T. Klapper/L.
                      Flatley and then with WR Grace
                      (2.4).

12/22/11 Flatley      Review new drafts and e-mail                   1.10
                      comments to RS team.

12/22/11 Klapper      Edit, finalize documents (3.8);                6.50
                      participate in call with client re
                      (0.3); draft project list (2.4).

12/22/11 Luchini      Review/edit draft documents (2.1);             2.60
                      telephone call from T. Klapper and
                      edit To Do list (0.5).

12/23/11 Klapper      Confer with client re strategy.                 .40

12/27/11 Flatley      E-mail to J. Hughes to schedule                4.70
                      call (0.1); review e-mails and
                      outlines since 12/21/11 and
                      analysis of proposed Reed Smith
                      "to do" list and other
                      preparations for conference call
                      with J. Hughes and J. Luchini
                      (2.7); further e-mails to schedule
                      conference call (0.2); additional
                      preparation for call (0.6);
                      conference call with J. Hughes and
                      J. Luchini to discuss Reed Smith
                      "to do" and priorities list (0.6);
                      follow-up on J. Hughes conference
                      call (0.5).

12/27/11 Luchini      Prepare for and attend conference              1.20
                      call with J. Hughes and L. Flatley
                      re: To Do list and priorities.
                      Update expert topics.

12/29/11 Flatley      E-mails from/to T. Klapper.                     .30
                                                                   ------
                                              TOTAL HOURS           63.60
```

```
172573 W. R. Grace & Co.                       Invoice Number   2224876
 60041 Specifications Inquiry                   Page    3
       January 30, 2012




 TIME SUMMARY                    Hours          Rate           Value
 -------------------------       ----------------------        -------
 Lawrence E. Flatley             20.40  at  $  655.00  =     13,362.00
 Joseph S. Luchini               15.90  at  $  585.00  =      9,301.50
 Antony B. Klapper               27.30  at  $  610.00  =     16,653.00

                                 TOTAL VALUE OF FEES         39,316.50

             DISCOUNT FOR DECEMBER 2011 FLAT FEE ARRANGEMENT (24,316.50)
                                                             ------------
                           TOTAL BALANCE DUE UPON RECEIPT    $15,000.00
                                                             ============
```