```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630


   W.R. Grace & Co.                        Invoice Number      2224905
   7500 Grace Drive                        Invoice Date        01/30/12
   Columbia, Maryland 21044                Client Number        172573
   USA


==============================================================================

Re: W. R. Grace & Co.


(50001)   Correa v. W.R. Grace

      Fees                                        0.00
      Expenses                                3,966.11

                      TOTAL BALANCE DUE UPON RECEIPT        $3,966.11
                                                         =============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                          Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630


    W.R. Grace & Co.                       Invoice Number       2224905
    7500 Grace Drive                       Invoice Date        01/30/12
    Columbia, Maryland 21044               Client Number        172573
    USA                                    Matter Number         50001



    ==============================================================================

    Re: Correa v. W.R. Grace


    FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Duplicating/Printing/Scanning                   49.10
        Postage Expense                                  0.88
        Deposition Expense                           3,916.13

                       CURRENT EXPENSES                              3,966.11
                                                                 -------------

                       TOTAL BALANCE DUE UPON RECEIPT              $3,966.11
                                                                 =============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630



  W.R. Grace & Co.                              Invoice Number     2224905
  7500 Grace Drive                              Invoice Date      01/30/12
  Columbia, Maryland 21044                      Client Number      172573
  USA                                           Matter Number       50001



==============================================================================

Re: (50001)  Correa v. W.R. Grace



FOR COSTS ADVANCED AND EXPENSES INCURRED:

11/08/11   Duplicating/Printing/Scanning                         9.60
           ATTY # 10886; 96 COPIES

11/08/11   Duplicating/Printing/Scanning                         3.50
           ATTY # 10886; 35 COPIES

11/08/11   Duplicating/Printing/Scanning                        24.00
           ATTY # 10886; 240 COPIES

11/09/11   Duplicating/Printing/Scanning                        12.00
           ATTY # 10886; 120 COPIES

12/03/11   Postage Expense                                        .44
           Postage Expense: ATTY # 010886 User: Equitrac By

12/14/11   Deposition Expense -- VENDOR: NETWORK DEPOSITION   3916.13
           SERVICES, INC.: Ralph Correa Deposition

12/28/11   Postage Expense                                        .44
           Postage Expense: ATTY # 010886 User: Equitrac By

                         CURRENT EXPENSES                      3,966.11
                                                             ------------
                         TOTAL BALANCE DUE UPON RECEIPT       $3,966.11
                                                             ============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630


   W.R. Grace & Co.                         Invoice Number     2224906
   7500 Grace Drive                         Invoice Date      01/30/12
   Columbia, Maryland 21044                 Client Number      172573
   USA


==============================================================================

Re: W. R. Grace & Co.


(60026)   Litigation and Litigation Consulting

      Fees                                      0.00
      Expenses                                995.74

                    TOTAL BALANCE DUE UPON RECEIPT          $995.74
                                                      =============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630


   W.R. Grace & Co.                       Invoice Number      2224906
   7500 Grace Drive                       Invoice Date       01/30/12
   Columbia, Maryland 21044               Client Number       172573
   USA                                    Matter Number        60026



==============================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

      PACER                                        12.96
      Duplicating/Printing/Scanning               70.50
      Postage Expense                              3.76
      Courier Service - Outside                  908.52

                    CURRENT EXPENSES                                995.74
                                                                -------------

                    TOTAL BALANCE DUE UPON RECEIPT                 $995.74
                                                                =============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                          Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630


   W.R. Grace & Co.                      Invoice Number       2224906
   7500 Grace Drive                      Invoice Date        01/30/12
   Columbia, Maryland 21044              Client Number        172573
   USA                                   Matter Number         60026


==============================================================================

Re: (60026)  Litigation and Litigation Consulting



FOR COSTS ADVANCED AND EXPENSES INCURRED:

10/28/11   Duplicating/Printing/Scanning                         9.90
           ATTY # 0718; 99 COPIES

10/28/11   Duplicating/Printing/Scanning                         9.90
           ATTY # 0718; 99 COPIES

11/14/11   Duplicating/Printing/Scanning                        11.40
           ATTY # 0078; 114 COPIES

11/14/11   Duplicating/Printing/Scanning                        11.40
           ATTY # 0078; 114 COPIES

11/29/11   Duplicating/Printing/Scanning                         9.30
           ATTY # 0718; 93 COPIES

11/29/11   Duplicating/Printing/Scanning                         9.30
           ATTY # 0718; 93 COPIES

11/30/11   PACER                                                12.96

12/08/11   Courier Service - Outside -- VENDOR: DIGITAL        282.20
           LEGAL SERVICES, LLC: Copies/Postage

12/15/11   Courier Service - Outside -- VENDOR: DIGITAL        626.32
           LEGAL SERVICES, LLC: Digital Copies/Hand
           Deliveries

12/30/11   Duplicating/Printing/Scanning                         9.30
           ATTY # 0718; 93 COPIES
```

```
172573 W. R. Grace & Co.                          Invoice Number   2224906
60026  Litigation and Litigation Consulting       Page    2
       January 30, 2012


 12/30/11   Postage Expense                                         3.76
            Postage Expense: ATTY # 000718 User: Equitrac By

                        CURRENT EXPENSES                          995.74
                                                              ------------

                        TOTAL BALANCE DUE UPON RECEIPT           $995.74
                                                              ============
```