# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., <u>et al.</u>,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | |

## CERTIFICATE OF SERVICE

I, Kurt F. Gwynne, Esquire, certify that I am over 18 years of age and that on this 31st day of January 2012, I caused a true and correct copy of the Summary of Application of Reed Smith LLP for Compensation for Services and Reimbursement of Expenses as Special Asbestos Products Liability Defense Counsel to Debtors for the One Hundred Twenty-Sixth Monthly Interim Period from December 1, 2011 through December 31, 2011 (with attached Fee and Expense Detail) to be served upon the parties on the attached service list in the manner indicated.

By: /s/ Kurt F. Gwynne
Kurt F. Gwynne (No. 3951)

Special Asbestos Products Liability Defense Counsel

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## SERVICE LIST

**VIA FIRST CLASS MAIL AND ELECTRONIC MAIL**

Warren H. Smith
Warren H. Smith and Associates
325 N. St. Paul, Suite 1275
Dallas, TX  75201
E-mail:  feeaudit@whsmithlaw.com

**VIA FIRST CLASS MAIL**

David Klauder, Esq.
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE  19801

**VIA ELECTRONIC MAIL**

John Donley, Esq.
Adam Paul, Esq.
Kirkland & Ellis
E-mail:  john.donleyl@kirkland.com
            adam.paul@kirkland.com

Janet S. Baer, P.C.
Baer Higgins Fruchtman LLP
E-mail:  jbaer@bhflaw.com

Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Pachulski Stang Ziehl & Jones LLP
E-mail:  joneill@pszjlaw.com
            smcfarland@pszjlaw.com

David Heller, Esq.
Latham & Watkins
E-mail:  david.heller@lw.com

Lewis Kruger, Esq.
Stroock & Stroock & Lavan LLP
E-mail:  lkruger@stroock.com

Michael R. Lastowski, Esq.
Duane Morris LLP
Email: mlastowski@duanemorris.com

Scott L. Baena, Esq.
Bilzen, Sumberg, Dunn Baena, Price
  & Axelrod
E-mail: jsakalo@bilzin.com

Michael B. Joseph, Esq.
Ferry Joseph & Pearce, P.A.
E-mail: ttacconelli@ferryjoseph.com

Elihu Inselbuch, Esq.
Caplin & Drysdale
E-mail: pvnl@capdale.com

Mark T. Hurford, Esq.
Campbell & Levine, LLC
E-mail: mhurford@camlev.com

Philip Bentley, Esq.
Kramer Levin Naftalis & Frankel LLP
E-mail: pbentley@kramerlevin.com

Teresa K. D. Currier, Esq.
Saul Ewing LLP
E-mail: teresa.currier@saul.com

Neil B. Glassman, Esq.
Bayard, P.A.
E-mail: nglassman@bayardlaw.com