

January 9, 2012

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   205478

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
THROUGH December 31, 2011

### CLIENT SUMMARY

**BALANCE AS OF- 12/31/11**

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| **.15537 -** 01- Case Administration | $380.00 | $45.56 | $425.56 |
| **.15543 -** 07 - Applicant's Fee Application | $412.50 | $0.00 | $412.50 |
| **.15544 -** 08 - Hearings | $415.00 | $0.00 | $415.00 |
| *Client Total* | *$1,207.50* | *$45.56* | *$1,253.06* |

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---|---|---|
| **TIMEKEEPER** | **HOURS** | **RATE** | **AMOUNT** |
| Sakalo, Jay M | 0.90 | $525.00 | $472.50 |
| Snyder, Jeffrey I | 0.20 | $375.00 | $75.00 |
| Flores, Luisa M | 0.80 | $225.00 | $180.00 |
| Varela, Ana Carolina | 2.40 | $200.00 | $480.00 |
| | | | |
| *TOTAL PROFESSIONAL FEES THIS PERIOD* | | | ***$1,207.50*** |

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---|
| Long Distance Telephone | $8.36 |
| Copies | $37.20 |
| *TOTAL COSTS ADVANCED THIS PERIOD* | ***$45.56*** |

| | |
|---|---|
| **TOTAL BALANCE DUE THIS PERIOD** | **$1,253.06** |

**Atty – SLB**
**Client No.: 74817/15537**

**RE:  01- Case Administration**

| | | | | |
|---|---|---|---|---|
| 12/01/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 12/05/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 12/06/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 12/07/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 12/08/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 12/09/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 12/12/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 12/13/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 12/14/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 12/15/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 12/16/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 12/19/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 12/20/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 12/21/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 12/22/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 12/23/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 12/27/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 12/28/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 12/30/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay M. Sakalo thereon. |

**PROFESSIONAL SERVICES**                                                                                   **$380.00**

## COSTS ADVANCED

| | | |
|---|---|---|
| 12/01/11 | Long Distance Telephone (843)216-9501; 11 Mins. | 8.36 |
| 12/13/11 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 12/13/11 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 12/13/11 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 12/13/11 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 12/13/11 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 12/13/11 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 12/13/11 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 12/13/11 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 12/13/11 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 12/13/11 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 12/13/11 | Copies 39 pgs @ 0.10/pg | 3.90 |
| 12/13/11 | Copies 44 pgs @ 0.10/pg | 4.40 |
| 12/13/11 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 12/13/11 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 12/13/11 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 12/13/11 | Copies 71 pgs @ 0.10/pg | 7.10 |
| 12/13/11 | Copies 18 pgs @ 0.10/pg | 1.80 |
| 12/13/11 | Copies 30 pgs @ 0.10/pg | 3.00 |
| 12/13/11 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 12/13/11 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 12/14/11 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 12/15/11 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 12/27/11 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 12/27/11 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 12/27/11 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 12/27/11 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 12/27/11 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/28/11 | Copies 1 pgs @ 0.10/pg | 0.10 |

**TOTAL COSTS ADVANCED** $45.56

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Varela, Ana Carolina | 1.90 | $200.00 | $380.00 |
| *TOTAL* | *1.90* | | *$380.00* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Long Distance Telephone | $8.36 |
| Copies | $37.20 |
| *TOTAL* | *$45.56* |

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**CURRENT BALANCE DUE THIS MATTER**                                     **$425.56**

**Atty – SLB**
**Client No.: 74817/15543**

**RE:  07 - Applicant's Fee Application**

| | | | | |
|---|---|---|---|---|
| 12/05/11 | JIS | 0.20 | 75.00 | Review and revise November prebill. |
| 12/19/11 | JMS | 0.30 | 157.50 | Respond to fee auditor regarding 42nd interim period. |
| 12/27/11 | LMF | 0.80 | 180.00 | Follow up with accounting regarding November fees, prepare summary and notice and email to local counsel for filing and service. |

**PROFESSIONAL SERVICES**                                                         **$412.50**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.30 | $525.00 | $157.50 |
| Snyder, Jeffrey I | 0.20 | $375.00 | $75.00 |
| Flores, Luisa M | 0.80 | $225.00 | $180.00 |
| *TOTAL* | *1.30* | | *$412.50* |

**CURRENT BALANCE DUE THIS MATTER**                                                 **$412.50**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15544**

**RE: 08 - Hearings**

| | | | | |
|---|---|---|---|---|
| 12/14/11 | ACV | 0.10 | 20.00 | Arrange Court Call for attorneys appearing in 12/19 hearing. |
| 12/15/11 | ACV | 0.20 | 40.00 | Arrange Court Call appearance for Jay M. Sakalo (.2); prepare documents for 12/19 hearing. |
| 12/16/11 | ACV | 0.20 | 40.00 | Call with Darrell Scott's regarding hearing on 12/19. |
| 12/19/11 | JMS | 0.60 | 315.00 | Prepare for and attend hearing. |

**PROFESSIONAL SERVICES**                                               **$415.00**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.60 | $525.00 | $315.00 |
| Varela, Ana Carolina | 0.50 | $200.00 | $100.00 |
| *TOTAL* | *1.10* | | *$415.00* |

**CURRENT BALANCE DUE THIS MATTER**                                     **$415.00**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP