IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO., et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| *Debtors.* | § | Jointly Administered |
| | § | |
| | § | Objection Deadline: 2/21/2012; 4:00 PM ET |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS FOR THE FORTY-FIRST MONTHLY INTERIM PERIOD FROM JANUARY 1, 2012 THROUGH JANUARY 31, 2012**

| | |
|---|---|
| Name of Applicant: | Alan B. Rich, Esq. |
| Authorized to Provide Services To: | Hon. Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | September 29, 2008 (*nunc pro tunc*) |
| Period for Which Compensation and Reimbursement is Sought: | January 1, 2012 through January 31, 2012 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $8,372.00   [80% of $10,465.00] |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $0.00 |

This is a(n):   ☒Monthly     ☐Interim     ☐Final Application

## PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |

---

[1] At 80% of the total incurred.

| | | | | | |
|---|---|---|---|---|---|
| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | Paid | Paid |
| 5/3/2010 | 4/1/2010 to 4/30/2010 | $11,040.00 | $805.28 | Paid | Paid |
| 6/1/2010 | 5/1/2010 to 5/31/2010 | $5,808.00 | $44.00 | Paid | Paid |
| 7/1/2010 | 6/1/2010 to 6/30/2010 | $9,792.00 | $779.81 | Paid | Paid |
| 8/1/2010 | 7/1/2010 to 7/31/2010 | $7,824.00 | $208.00 | Paid | Paid |
| 9/1/2010 | 8/1/2010 to 8/31/2010 | $4,272.00 | $273.00 | Paid | Paid |
| 10/1/2010 | 9/1/2010 to 9/30/2010 | $6,672.00 | $30.00 | Paid | Paid |
| 11/1/2010 | 10/1/2010 to 10/31/2010 | $3,408.00 | $44.00 | Paid | Paid |
| 12/1/2010 | 11/1/2010 to 11/30/2010 | $6,012.00 | $0 | Paid | Paid |
| 1/3/2011 | 12/1/2010 to 12/31/2010 | $13,572.00 | $1,146.02 | Paid | Paid |
| 2/1/2011 | 1/1/2011 to 1/31/2011 | $13,416.00 | $1,247.19 | Paid | Paid |
| 3/1/2011 | 2/1/2011 to 2/28/2011 | $17,992.00 | $1,509.34 | Paid | Paid |
| 4/1/2011 | 3/1/2011 to 3/31/2011 | $10,660.00 | $201.00 | Paid | Paid |
| 5/2/2011 | 4/1/2011 to 4/30/2011 | $13,364.00 | $44.00 | Paid | Paid |
| 6/1/2011 | 5/1/2011 to 5/31/2011 | $22,932.00 | $243.05 | Paid | Paid |
| 7/1/2011 | 6/1/2011 to 6/30/2011 | $18,824.00 | $533.60 | Paid | Paid |
| 8/1/2011 | 7/1/2011 to 7/31/2011 | $10,088.00 | $0 | Paid | Paid |

| | | | | | |
|---|---|---|---|---|---|
| 9/1/2011 | 8/1/2011 to 8/31/2011 | $6,708.00 | $20.88 | Paid | Paid |
| 10/3/2011 | 9/1/2011 to 9/30/2011 | $6,500.00 | $0 | Paid | Paid |
| 11/1/2011 | 10/1/2011 to 10/31/2011 | $6,396.00 | $0 | Paid | Paid |
| 12/5/2011 | 11/1/2011 to 11/30/2011 | $6,084.00 | $0 | Paid | Paid |
| 1/3/2012 | 12/1/2011 to 12/31/2011 | $3,484.00 | $30.00 | CNO Filed | CNO Filed |

Alan B. Rich is the only attorney providing services in this Fee Application period. Mr. Rich has practiced law for 27 years, and his billing rate is $650 per hour. In this Application period Mr. Rich billed 16.1 hours,[2] for a total amount billed of $10,465.00 of which 80% is currently sought, in the amount of $8,372.00. The total sought by the Application is $8,372.00.

As stated above, this is the Forty-First application for monthly fees and expenses. The time for preparation of this Application is approximately 1.5 hours, for which $975.00 will be requested in a future application.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 14.4 | $9,360.00 |
| Fee Application Matters | 1.7 | $1,105.00 |
| TOTAL | 16.1 | $10,465.00 |

---

[2] Travel Time, if any, is included in this figure at 50% of actual time.

EXPENSE SUMMARY

| Description | Expense |
|---|---|
| NONE | |
| TOTAL | $0.00 |

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

    I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

    Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Elm Street, Suite 4244
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

## **CERTIFICATE OF SERVICE**

      I certify that on the 1st day of February, 2012, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

                                                                                          _____

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*
4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (Jan. 2012)

**Client**

Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands

**Matter**

*In re W. R. Grace*, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|---|---|---|
| 1/3/2012 | Prepare, file and serve 40th monthly fee application | 1.5 |
| 1/3/2012 | Review Notice of Withdrawal of Appearance as class counsel | 0.1 |
| 1/3/2012 | Review Miscellaneous Pleadings filed today | 0.1 |
| 1/4/2012 | Email from client re status | 0.1 |
| 1/4/2012 | Review Miscellaneous Pleadings filed today | 0.1 |
| 1/5/2012 | Review Miscellaneous Pleadings filed today | 0.1 |
| 1/6/2012 | Review Garlock's Motion to Consolidate Appeals | 0.3 |
| 1/6/2012 | Review Responses of various Appellees to Garlock's Motion to Consolidate appeals | 0.4 |
| 1/6/2012 | Review Reply Brief of Garlock in Support of its Motion to Consolidate appeals | 0.1 |

Page 1 of 4

| Date | Description | Hours |
|---|---|---|
| 1/6/2012 | Review Order of District Court procedurally consolidating appeals | 0.2 |
| 1/6/2012 | Email to Garlock counsel re service list issue | 0.1 |
| 1/6/2012 | Emails to various counsel re Garlock appeal pleadings and service | 0.1 |
| 1/6/2012 | Review Certification of Counsel re Intrawest California Lift Stay Motion | 0.2 |
| 1/7/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 1/9/2012 | Review Certification of Counsel re second amendment to post-confirmation credit facility agreement | 0.1 |
| 1/9/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 1/9/2012 | Review order re setting NY Hilside motion | 0.1 |
| 1/10/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 1/11/2012 | Review email from debtors' counsel re pension contribution plans for 2012 | 0.2 |
| 1/11/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 1/11/2012 | Email to client re pension plan issues | 0.1 |
| 1/11/2012 | Email to R. Wyron re pension plan issues | 0.1 |
| 1/12/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 1/12/2012 | Email from client re pension plan issues | 0.1 |
| 1/13/2012 | Review Miscellaneous Pleadings received today | 0.2 |
| 1/13/2012 | Emails to and from client re status | 0.1 |
| 1/13/2012 | Review Agenda for January Omnibus | 0.1 |
| 1/13/2012 | Review Quarterly Statement of Professional's Compensation | 0.2 |
| 1/16/2012 | Review of Garlock's appeal brief and appendix in 2019 appeal | 1.5 |
| 1/17/2012 | Email to client re Garlock appeal | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 1/17/2012 | Review Order resolving Intrawest motion | 0.1 |
| 1/17/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 1/18/2012 | Attend to arranging telephonic appearance at January Omnibus hearing | 0.1 |
| 1/18/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 1/18/2012 | Emails to and from client re omnibus hearing | 0.1 |
| 1/18/2012 | Review Garlock appeal filings in WD Pa and motion to correct clerical errors | 0.2 |
| 1/18/2012 | Review Pro Se Certificate of Service re NY Hilside claim objection hearing | 0.1 |
| 1/18/2012 | Review Order approving second amendment to post petition letter of credit facility order | 0.2 |
| 1/19/2012 | Review Amended January omnibus hearing agenda | 0.1 |
| 1/19/2012 | Email to client re cancellation of January Omnibus hearing | 0.1 |
| 1/19/2012 | Attention to cancellation of courtcall reservation for January Omnibus hearing | 0.1 |
| 1/19/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 1/20/2012 | Review Materials re pension plan conference call | 0.4 |
| 1/20/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 1/20/2012 | Attend telephonic conference call re pension plan motion | 0.5 |
| 1/23/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 1/23/2012 | Prepare, file and serve CNO re 40th monthly fee application | 0.2 |
| 1/24/2012 | Review Motion to Extend the credit agreement with Advanced Refining and email to client re same | 0.3 |
| 1/24/2012 | Review Debtors' motion to authorize 2012 pension plan contribution and email to client re same | 0.5 |
| 1/24/2012 | Review Miscellaneous Pleadings received today | 0.1 |

| | | |
|---|---|---|
| 1/25/2012 | Review Canadian ZAI counsel monthly fee Applications | 0.3 |
| 1/25/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 1/26/2012 | Review CNOs for Canadian ZAI counsel 20th monthly fee Applications | 0.1 |
| 1/26/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 1/26/2012 | Review Debtors' 42nd Quarter report of de minimus asset sales | 0.1 |
| 1/26/2012 | Review Debtors' 42nd Quarter report of de minimus settlements | 0.1 |
| 1/27/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 1/30/2012 | Review Miscellaneous Pleadings received today | 0.2 |
| 1/31/2012 | Review Opinion and Order re Confirmation of Plan | 3.5 |
| 1/31/2012 | Email to client re Opinion and Order re Confirmation of Plan | 0.1 |
| 1/31/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 1/31/2012 | Review Withdrawal and Substitution of Counsel by GEICO in USDC | 0.1 |
| 1/31/2012 | Review Garlock's Reply Brief in 2019 appeal in USDC | 0.8 |

Total:   16.1 hours @ $650/hour = $4,355.00

Expenses:   None

**Total Fees and Expenses Due:  $10,465.00**