**Warren H. Smith & Associates, P.C.**

325 North St. Paul Street
Suite 1250
Dallas, TX  75201
Tax Id# 01-0584406

---

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044


January 31, 2012

In Reference To:   Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #10786


Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 12/1/2011 | MW | Detailed review of interim fee applications for fee category breakdowns filed by Campbell & Levine (.4), Caplin (.3), Capstone (.4), Casner & Edwards (.5), Charter Oak (.3) and David Austern (.3), Deloitte (.6), Duane Morris (.4), Ferry Joseph (.3), Foley Hoag (.3); Draft category spreadsheets for the 41st interim for Campbell & Levine (.7), Caplin & Drysdale (.6), Casner & Edwards (.6), Charter Oak (.4), David Austern (.5), Deloitte (.6), Duane Morris (.4), Ferry Joseph (.3), Foley Hoag (.3); draft email to B. Ruhlander and multiple t/c's re same (.1). | 8.30 | 1,286.50 |
|  | AL | Update database with Fragomen's 41Q IR response (.2); update database with Campbell's October (.1) Caplin's October (.1) Charter's October (.2) and AKO's October (.1) electronic detail; Beveridge's complete October electronic detail (.2); Stroock's October electronic detail (.1) | 1.00 | 45.00 |
|  | BSR | Draft amended omnibus final report for the 41st interim period | 1.30 | 370.50 |
|  | BSR | Receive and review response of Fragomen to our email inquiry concerning its quarterly application for the 41st interim period | 0.10 | 28.50 |
| 12/2/2011 | BSR | Draft e-mail to various applicants re amended omnibus final report (41Q) | 0.20 | 57.00 |
|  | BSR | telephone conference with Warren Smith re amended omnibus final report for the 41st interim period | 0.10 | 28.50 |
|  | BSR | Draft fee and expense exhibit for proposed fee order (41st) | 3.10 | 883.50 |
|  | MW | Detailed review of 41st interim fee applications for category breakdowns filed by Kirkland & Ellis (.6), Kramer (.5), Lauzon (.3), Lincoln (.3), Ogilvy (.4), Orrick (.5), Pachulski (.4); draft category spreadsheets for Kirkland & Ellis (.6), Kramer (.7), Lauzon (.4), Lincoln (.5), Ogilvy (.7), Orrick (.6), Pachulski (.6); t/c with B. Ruhlander re status of 41st interim category spreadsheet (.1). | 7.20 | 1,116.00 |

---

W.R. Grace & Co.                                                                                         Page    2

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 12/2/2011 | WHS | detailed review of and revisions to, Omnibus Final Report 41Q 4-6.11 amended. | 0.30 | 88.50 |
|  | AL | Receive and review email from B. Ruhlander re Amended Omnibus 41Q FR (.1); update database with same (.2); draft email to W. Smith re approval of Amended Omnibus 41Q FR (.1); telephone conference with B. Ruhlander re same (.1); update database with Beveridge's October fee application (.2); Stroock's October fee application (.2); Phillips' March (.1) April (.1) and May (.1) CNO's; Kramer's October electronic detail (.1); K&E's October editable electronic detail (.2); Bilzin's October electronic detail (.1); K&E's 42nd Q electronic detail (.1); Receive and review email from B. Ruhlander re Second Amended Omnibus 41Q FR (.1); update database with same (.2); draft email to W. Smith re approval of Second Amended Omnibus 41Q FR (.1); Reed's October fee application (.2) | 2.30 | 103.50 |
|  | AL | Receive and review email from W. Smith re approval of Omnibus 41Q FR (.1); prepare same for electronic filing (.3); update database with same (.1); electronic filing with the court of Omnibus 41Q FR (.4); prepare same for service (.1) | 1.00 | 45.00 |
| 12/5/2011 | JAW | Draft e-mail to A. Lopez attaching summaries prepared (0.30) | 0.30 | 46.50 |
|  | MW | Research PACER for objections or responses to monthly fee application of WHS&A (.7); draft CNO for November fee application (.6) | 1.30 | 201.50 |
|  | JAW | detailed review of Baer Higgins' October 2011 fee application (1.00) | 1.00 | 155.00 |
|  | JAW | detailed review of Kirkland & Ellis' October 2011 fee application (1.50); draft summary of same (0.20) | 1.70 | 263.50 |
|  | JAW | detailed review of Stroock & Stroock's October 2011 fee application (1.20); draft summary of same (0.10) | 1.30 | 201.50 |
|  | JAW | detailed review of Reed Smith's October 2011 fee application (0.40); draft summary of same (0.10) | 0.50 | 77.50 |
|  | JAW | detailed review of Saul Ewing's October 2011 fee application (0.30); draft summary of same (0.10) | 0.40 | 62.00 |
|  | JAW | detailed review of Beveridge & Diamond's October 2011 fee application (0.30); draft summary of same (0.10) | 0.40 | 62.00 |
|  | AL | Update database with Kramer's October fee application (.2); receive and review email from J. Wehrmenn re 40th through 41st interim periods (.1); update database with Phillips' July (.2) Phillips' August (.1) Phillips' September (.2) Campbell's September (.2); Caplin's September (.1) Charter's September (.1) AKO's September (.1) Phillips' January (.1) Phillips' February (.1) Phillips' March (.1) Woodcock's September (.2) Lauzon's September (.1) Hogan's September (.1) Beveridge's September (.1) Scarfone's September (.2) Orrick's September (.1) Pachulski's August (.2) BMC's July (.2) BMC's August (.1) BMC's September (.1) Blackstone's September (.1) Phillips' April (.1) Phillips' May (.1) and Phillips' June (.2) fee | 4.00 | 180.00 |

W.R. Grace & Co. Page 3

| | | | Hours | Amount |
|---|---|---|---|---|
| | | and expense summaries; Phillips' April through September CNO's (.2); update database with Alan Rich's November electronic detail (.1) and fee application (.2) | | |
| 12/6/2011 | AL | Receive and review CNO from M. White (.1); finalize same for court filing (.3); update database with same (.1); electronic filing with the court of CNO (.4) | 0.90 | 40.50 |
| | AL | Update database with Phillips' July through September 2009 (.1) October through December (.2) January through March 2010 (.1) April through June 2010 (.1) July through September 2010 (.1) October through December 2010 (.2) January through March 2011 (.1) April through June 2011 (.1) and July through September 2011 (.2) CNO's | 1.20 | 54.00 |
| | JAW | Draft e-mail to AL attaching summaries prepared (0.10) | 0.10 | 15.50 |
| | JAW | continued detailed review of Baer Higgins' October 2011 fee application (2.10); draft summary of same (0.20) | 2.30 | 356.50 |
| 12/7/2011 | JAW | detailed review of Kramer Levin's October 2011 fee application (0.20); draft summary of same (0.10) | 0.30 | 46.50 |
| | AL | Update database with Bilzin's October fee application (.2); Ferry's October fee application (.2); Caplin's October fee application (.1); Campbell's October fee application (.1); Charter's October fee application (.2); AKO's October fee application (.2) | 1.00 | 45.00 |
| | BSR | receive, review, and respond to email from Melanie White concerning project category spreadsheet | 0.10 | 28.50 |
| | JAW | detailed review of Campbell & Levine's October 2011 fee application (0.50); draft summary of same (0.10) | 0.60 | 93.00 |
| | JAW | detailed review of Alan Rich's November 2011 fee application (0.20); draft summary of same (0.10) | 0.30 | 46.50 |
| | JAW | detailed review of Ferry Joseph's October 2011 fee application (0.30); draft summary of same (0.10) | 0.40 | 62.00 |
| | JAW | detailed review of Caplin & Drysdale's October 2011 fee application (0.40); draft summary of same (0.10) | 0.50 | 77.50 |
| | AL | Assist M. White with researching 41st interim applications for project category spreadsheets (2.1) | 2.10 | 94.50 |
| | JAW | detailed review of Bilzin Sumberg's October 2011 fee application (0.20); draft summary of same (0.10) | 0.30 | 46.50 |
| 12/8/2011 | JAW | detailed review of Charter Oak's October 2011 fee application (0.30); draft summary of same (0.10) | 0.40 | 62.00 |

W.R. Grace & Co.                                                           Page 4

| Date | Init. | Description | Hours | Amount |
|---|---|---|---:|---:|
| 12/8/2011 | JAW | detailed review of Anderson Kill's October 2011 fee application (1.90); draft summary of same (0.60) | 2.50 | 387.50 |
| | BSR | telephone conference with Melanie White re additions to project category spreadsheet (41st) | 0.10 | 28.50 |
| | BSR | Draft e-mail to debtor's counsel re project category spreadsheet (41Q) | 0.10 | 28.50 |
| | BSR | Receive and review draft project category spreadsheet (.8); email to Melanie White re same (.3); review revised version of spreadsheet (.3) | 1.40 | 399.00 |
| 12/9/2011 | MW | draft monthly fee application of WHSA for November 2011 (3.1); preliminary review of same (.3); send to J. Wehrmann for review (.1); revise to reflect changes (.5); finalize same for service (.1). | 4.10 | 635.50 |
| | AL | Update database with Casner's October fee application (.2); Steptoe's September fee application (.2); Receive and review email from J. Wehrmann re 15th interim (.1); update database with Beveridge's October (.1) Saul's October (.1) Reed's October (.2) Stroock's October (.2) K&E's October (.1) and Baer's October (.2) fee and expense summaries; Casner's October electronic detail (.1) | 1.50 | 67.50 |
| 12/12/2011 | MW | Detailed review of 41st interim fee applications for fee and expense breakdowns filed by Phillips Goldman (.5), PWC (.3), PWC Darex Audit (.5), Reed Smith (.4), Saul Ewing (.3), Stroock (.5), Woodcock (.4) and the Hogan Firm (.4); draft category spreadsheets for Phillips Goldman (.7), PWC (.5), PWC Darex Audit (.6), Reed Smith (.6), Saul Ewing (.7), Stroock (.7), Woodcock (.6) and the Hogan Firm (.4); | 8.10 | 1,255.50 |
| | AL | Receive and review email from J. Wehrmann re 42nd and 43rd interim (.1); update database with Alan Rich's November (.1) AKO's October (.1) Bilzin's October (.2) Campbell's October (.2) Caplin's October (.1) Caplin's October (.1) Charter's October (.2) Ferry's October (.2) Kramer's October (.1) and Steptoe's September (.1) fee and expense summaries; Update database with Deloitte (Tax) April through June interim fee application (.2) | 1.70 | 76.50 |
| | JAW | Draft e-mail to AL attaching summaries prepared (0.10) | 0.10 | 15.50 |
| | JAW | Draft prior period paragraphs in preparation for drafting final final reports for AKO's 29th - 40th interim fee application (4.90); several e-mails to M. White re same (0.20); draft revisions to 18th - 28th interim paragraphs (2.0) | 7.10 | 1,100.50 |
| | JAW | detailed review of Casner & Edward's October 2011 fee application (0.30); draft summary of same (0.10) | 0.40 | 62.00 |
| | JAW | detailed review of Steptoe & Johnson's September 2011 fee application (0.10); draft summary of same (0.10) | 0.20 | 31.00 |
| | BSR | review hearing agenda for 12.19.11 hearing (.1); review proposed fee order (.1) and project category spreadsheet (.1) re same; email to Warren Smith re same (.2) | 0.50 | 142.50 |

W.R. Grace & Co.  Page    5

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 12/13/2011 BSR | Receive and review fee and expense summary for Kirkland & Ellis' Sept. 2011 monthly fee application | | 0.20 | 57.00 |
| | BSR | review of Bilzin Sumberg's quarterly application for the 42nd interim period; review of fee and expense summary for Bilzin's Sept. 2011 monthly fee application (.2); email to Jay Sakalo re same (.1) | 0.30 | 85.50 |
| | BSR | review of Orrick's Sept. 2011 monthly fee application and fee and expense summary re same (.2); check docket for Orrick's quarterly application for July-Sept. 2011; email Debra Fullem re same (.1) | 0.30 | 85.50 |
| | BSR | detailed review of Campbell & Levine's 42nd interim fee application (monthly applications previously reviewed) | 0.10 | 28.50 |
| | BSR | review of Caplin & Drysdale's 42nd quarterly fee application (monthlies previously reviewed) | 0.10 | 28.50 |
| | BSR | review of Baer Higgins' quarterly application for the 42nd interim period (monthlies previously reviewed) (.2); email to Janet Baer re same (.2) | 0.40 | 114.00 |
| | BSR | review of AKO's quarterly application for the period of July - Sept. 2011 (monthlies previously reviewed); email to Robert Chung with expense question re same | 0.20 | 57.00 |
| | BSR | review fee and expense summary for Beveridge & Diamond's Sept. 2011 monthly fee application | 0.10 | 28.50 |
| | BSR | detailed review of Baker Donelson's 42nd interim fee application | 0.10 | 28.50 |
| | BSR | detailed review of Blackstone's Sept. 2011 monthly fee application (expense portion) (.2); check server for quarterly fee application (.1) | 0.30 | 85.50 |
| | AL | telephone conference with B. Ruhlander re K&E's September and October fee applications (.1); Research Pacer re same (.7); telephone conference with B. Ruhlander re findings of same (.1) | 0.90 | 40.50 |
| | BSR | review of Scarfone Hawkins' Sept. 2011 monthly fee application and fee summary re same (.3) and quarterly application for July-Sept. 2011 (.1) | 0.40 | 114.00 |
| | BSR | Receive and review faxed hearing agenda for 12/19/2011 (.1); check docket for entry of fee order (.1) | 0.20 | 57.00 |
| | JAW | Draft prior period paragraphs in preparation for drafting final final reports for Baker's 27th - 40th interim fee application (5.90); e-mail to M. White re same (0.10); draft revisions to 18th - 28th interim paragraphs (2.3) | 8.30 | 1,286.50 |
| | MW | Receive and review multiple emails from B. Ruhlander re 41st interim category spreadsheets (.2); research Pacer to determine whether Deloitte Tax filed for the 41st interim (.5); draft revisions to chart to reflect combined 39th & 40th interims for Deloitte Tax (.2); research previous interims to locate cumulative discrepancy re the Hogan Firm (.8); draft revisions to category spreadsheet re same (.5); research Pacer for Ogilvy Renault's | 6.80 | 1,054.00 |

W.R. Grace & Co.                      Page    6

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| | | changed firm name (.4); update spreadsheet accordingly (.1); review all interim fee applications for Philips Goldman's 34th - 41st interims for fee and expense breakdowns (1.0); draft extensive additions to category spreadsheet to reflect all 7 interim applications filed by Philips Goldman (2.0); research Stroock's voluntary reductions to locate difference in fee totals (.6); draft revisions to Stroock's category spreadsheet (.2); multiple telephone conferences with B. Ruhlander and A. Lopez re same (.3). | | |
| 12/13/2011 | MW | Receive and proofread prior period paragraphs from J. Wehrmann for AKO for all interims up to, and including the 40th interim (1.5); draft multiple revisions to same (.5); update database with final version (.1); t/c with J. Wehrmann re same (.1). | 2.20 | 341.00 |
| | BSR | Draft initial report re Scarfone Hawkins' 42nd interim period fee application | 0.40 | 114.00 |
| | AL | receive and review email from B. Ruhlander re 12.19.11 fee hearing (.1); research Pacer re agenda and proposed orders re same (1.1); update database with hearing agenda and proposed order (.2) | 1.40 | 63.00 |
| | AL | Update database with Nelson's October fee application (.2); Woodcock's 42Q fee application (.2); Fragomen's November electronic detail (.1); Austern's August (.1) September (.1) and October (.2) electronic detail; Nelson's October electronic detail (.1) | 1.00 | 45.00 |
| 12/14/2011 | BSR | detailed review of Pachulski's July 2011 monthly fee application | 0.30 | 85.50 |
| | BSR | review of Woodcock Washburn's quarterly application for the period of July-Sept. 2011 (monthlies previously reviewed) | 0.10 | 28.50 |
| | BSR | review of Reed Smith's quarterly application for the period of July - Sept. 2011 (monthly applications previously reviewed) | 0.10 | 28.50 |
| | BSR | review of Stroock's quarterly application for the 42nd interim period (monthlies previously reviewed); draft email to Arlene Krieger with question re same | 0.20 | 57.00 |
| | BSR | review of Norton Rose's quarterly application for the period of July - Sept. 2011 (monthlies previously reviewed) | 0.10 | 28.50 |
| | BSR | review of PwC's quarterly fee application for July-Sept. 2011 (monthlies previously reviewed) | 0.30 | 85.50 |
| | BSR | review of Blackstone's quarterly fee application for the period of July-Sept. 2011 (monthly applications previously reviewed) | 0.10 | 28.50 |
| | BSR | review of Casner & Edwards' quarterly fee application for July-Sept. 2011 (monthlies previously reviewed) | 0.10 | 28.50 |
| | MW | Draft prior period paragraphs to be included in final final reports for the 24th interim applications of Andrews Kurth (.6), Baker & McKenzie (.6), BMC (.5), Beveridge (.7), Bilzin (.6), Blackstone (.5), Buchanan (.7), Campbell & | 9.00 | 1,395.00 |

W.R. Grace & Co. Page 7

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| | | Levine (.8), Caplin Drysdale (.6), Capstone (.6) and Casner & Edwards (.5), CIBC (.6), YCST (.6), David T. Austern (.5), Duane Morris (.6) | | |
| 12/14/2011 | BSR | review of Charter Oak's quarterly fee application for July-Sept. 2011 (monthlies previously reviewed) | 0.10 | 28.50 |
| | BSR | research docket for entry of fee order (41Q) (.1); review same and email to Kathleen Makowski re same (.1) | 0.20 | 57.00 |
| | DTW | Review and revise 42nd interim initial reports for PwC and Scarfone (.2). | 0.20 | 33.00 |
| | BSR | Review court records to uncover applications for the 42nd interim period that are missing from our files. | 0.40 | 114.00 |
| | AL | Update database with Phillips' October CNO | 0.10 | 4.50 |
| | AL | Receive, review and finalize PWC's 42Q IR (.3); update database with same (.1); draft email to B. Ruhlander re service of same (.1) | 0.50 | 22.50 |
| | AL | Research Pacer for Amended Hearing Agenda for 12.19.11 (.4); update database with agenda (.1); begin preparing hearing binder (.5) | 0.90 | 40.50 |
| | JAW | Draft prior period paragraphs in preparation for drafting final final reports for Beveridge's 27th - 40th interim fee application (5.60); draft revisions to 18th - 28th interim paragraphs (2.1) | 7.70 | 1,193.50 |
| | JAW | draft revisions to 1st - 26th prior period paragraphs for final final reports of Bilzin (2.3) | 2.30 | 356.50 |
| | AL | Update database with Fragomen's November fee application (.2); receive and review email from B. Ruhlander re K&E's September fee application (.1); research re same (.3); draft email to B. Ruhlander re findings of same (.1) | 0.70 | 31.50 |
| | BSR | Review our records to ensure whether all applications for the 42nd interim period have been received. | 0.30 | 85.50 |
| | BSR | review of Pachulski's Aug. 2011 monthly fee application and fee and expense summary re same; check server for status of filing and review of Pachulski's remaining monthlies and quarterly | 0.20 | 57.00 |
| | BSR | review of Alexander Sander's quarterly fee application for July-Sept. 2011 (monthlies previously reviewed); email to Alan Rich re same | 0.20 | 57.00 |
| | BSR | Draft initial report re PwC's fee applications for the period of July-Sept. 2011 | 1.20 | 342.00 |
| | BSR | review of Alan Rich's quarterly fee application for the period of July-Sept. 2011 (monthlies previously reviewed) | 0.10 | 28.50 |
| | BSR | detailed review of Saul Ewing's quarterly application for the period of July-September 2011 | 0.30 | 85.50 |

W.R. Grace & Co.                                                                                                                    Page    8

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 12/15/2011 BSR | | Receive and review response of Stroock to inquiry concerning their 42nd interim fee application | 0.10 | 28.50 |
| | BSR | receive, review, and respond to email from Warren Smith re PwC motion (.2); review PwC Motion and pertinent exhibits (.2) | 0.40 | 114.00 |
| | JAW | Draft prior period paragraphs in preparation for drafting final final reports for Bilzin's 27-40 interim fee applications (5.9) | 5.90 | 914.50 |
| | BSR | review of Foley Hoag's quarterly application for July-Sept. 2011 | 0.10 | 28.50 |
| | BSR | review of Ferry Joseph's 42nd interim fee application and monthly fee applications, as well as fee and expense summaries re same | 0.30 | 85.50 |
| | BSR | Draft e-mail to Robert Murphy of Casner & Edwards with questions re interim fee application for the 42nd period | 0.30 | 85.50 |
| | AL | Receive and review email from B. Ruhlander re 42nd Interim IR responses (.1); update database with Stroock's 42Q IR response (.1); Baer's 42Q IR response (.2); Ewing's 10Q CNO (.1); Casner's October 2011 fee application (.2) | 0.70 | 31.50 |
| | MW | Receive and proofread prior period paragraphs from J. Wehrmann for Baker Donelson for all interims up to, and including the 40th interim (1.4); draft multiple revisions to same (.6); update database with final version (.1); draft email to J. Wehrmann re formatting to use going forward (.1). | 2.20 | 341.00 |
| | AL | Receive and review monthly fee application for August 2011 from M. White (.1); prepare same for electronic filing (.2); update database with final version (.1); file same with Court electronically (.4); prepare same for service (.1) | 0.90 | 40.50 |
| | BSR | Receive and review email response from Janet Baer to inquiry concerning 42nd interim fee application. | 0.10 | 28.50 |
| | BSR | e-mail to Adam Paul re PwC's motion to revise terms of its retention | 0.10 | 28.50 |
| | BSR | receive, review, and respond to email from Alan Rich re Sanders application. | 0.10 | 28.50 |
| | BSR | e-mail to PwC re initial report (42Q) | 0.10 | 28.50 |
| 12/16/2011 BSR | | Receive and review response of Casner & Edwards to fee auditor inquiry | 0.10 | 28.50 |
| | AL | Update database with Scarfone's October electronic detail (.1); Hogan's October electronic detail (.2); Scholer's November electronic detail (.1); Lauzon's October electronic detail (.2) | 0.60 | 27.00 |
| 12/20/2011 AL | | Update database with Scholer's November fee application (.2); Baker's November fee application (.2); Capstone's September (.1) and October (.2) fee applications; Capstone's September (.1) and October (.1) electronic | 1.60 | 72.00 |

W.R. Grace & Co. Page 9

| | | | Hours | Amount |
|---|---|---|---:|---:|
| | | detail; Lincoln's July (.1) August (.1) September (.2) and October (.2) electronic fee and expense detail; Blackstone's October electronic detail (.1) | | |
| 12/21/2011 | AL | Update database with PWC's August and September CNO's (.1); Ferry's October CNO (.1); update database with Blackstone's October fee application (.2); Lauzon's October fee application (.2); Scarfone's October fee application (.2); Hogan's October fee application (.2); Ewing's October CNO (.1); Norton's November electronic detail (.1) | 1.20 | 54.00 |
| 12/22/2011 | JAW | detailed review of Fragomen Del Rey's November 2011 fee application (0.30); draft summary of same (0.10) | 0.40 | 62.00 |
| | AL | Update database with Norton's November fee application | 0.20 | 9.00 |
| | JAW | detailed review of Capstone's October 2011 fee application (0.30); draft summary of same (0.10) | 0.40 | 62.00 |
| | JAW | detailed review of Kaye Scholer's November 2011 fee application (0.40); draft summary of same (0.20) | 0.60 | 93.00 |
| | JAW | detailed review of Capstone's September 2011 fee application (0.40); draft summary of same (0.10) | 0.50 | 77.50 |
| | JAW | detailed review of Blackstone's October 2011 fee application (0.30); draft summary of same (0.10) | 0.40 | 62.00 |
| | JAW | detailed review of McDonald Hopkin's September 2011 fee application (0.30); draft summary of same (0.10) | 0.40 | 62.00 |
| | JAW | detailed review of Nelson Mullins October 2011 fee application (0.10); draft summary of same (0.10) | 0.20 | 31.00 |
| | JAW | detailed review of Lauzon Belanger October 2011 fee application (0.20); draft summary of same (0.10) | 0.30 | 46.50 |
| | JAW | detailed review of Scarfone Hawkins October 2011 fee application (0.20); draft summary of same (0.10) | 0.30 | 46.50 |
| | JAW | detailed review of Hogan Firm's October 2011 fee application (0.30); draft summary of same (0.10) | 0.40 | 62.00 |
| 12/23/2011 | JAW | Draft prior period paragraphs in preparation for drafting final final reports for Blackstone's 27th- 40th interim paragraphs (5.7); draft revisions to 1st - 26th interim paragraphs (2.3) | 8.00 | 1,240.00 |
| 12/26/2011 | JAW | Draft prior period paragraphs in preparation for drafting final final reports for BMC's 27th- 40th interim paragraphs (5.6); draft revisions to 7th - 26th interim paragraphs (2.1) | 7.70 | 1,193.50 |
| | JAW | Draft revisions to Bowe's 20th interim paragraph (0.2) | 0.20 | 31.00 |

W.R. Grace & Co. Page 10

| | | | Hours | Amount |
|---|---|---|---|---|
| 12/26/2011 | JAW | Draft further revisions to Baker's 28th, 29th, 31st -37th interim paragraphs (1.1) | 1.10 | 170.50 |
| 12/27/2011 | JAW | Draft prior period paragraphs in preparation for drafting final final reports for Buchanon's 27th- 33rd interim paragraphs (2.6); draft revisions to 16th - 26th interim paragraphs (1.2) | 3.80 | 589.00 |
| | JAW | Draft prior period paragraphs in preparation for drafting final final reports for Campbell's 27th- 33rd interim paragraphs (2.5); draft revisions to 1st - 26th interim paragraphs (2.3) | 4.80 | 744.00 |
| | AL | Draft prior period paragraphs for AKO's 26th through 30th interim periods | 2.10 | 94.50 |
| | AL | Receive and review email from Phillips re filing of November fee application (.1); update database with Phillips' November 2011 electronic detail (.1); Beveridge's November electronic detail (.2) | 0.40 | 18.00 |
| 12/28/2011 | JAW | Draft prior period paragraphs in preparation for drafting final final reports for Campbell's 27th- 33rd interim paragraphs (2.7) | 2.70 | 418.50 |
| | JAW | Draft prior period paragraphs in preparation for drafting final final reports for Caplin's 27th- 35th interim paragraphs (3.1); draft revisions to 1st - 26th interim paragraphs (2.6) | 5.70 | 883.50 |
| | AL | Update database with Beveridge's November fee application (.2); Deloitte's October electronic detail (.1); Casner's November electronic detail (.1); Baer's November electronic detail (.2); Stroock's November electronic detail (.1) | 0.70 | 31.50 |
| 12/29/2011 | BSR | e-mail to Anthony Lopez re Deloitte Tax's monthly fee applications for April-June 2011 | 0.10 | 28.50 |
| | DTW | Review and revise initial report for K&E 42 interim fee app (.1). | 0.10 | 16.50 |
| | AL | Receive, review and finalize K&E's 42Q IR (.3); update database with same (.1); draft email to D. Williams re service of same (.1); update database with Stroock's November fee application (.2); K&E's November fee application (.2); Baer's November fee application (.2); Casner's November fee application (.1); Deloitte Tax October fee application (.1); Foley's November fee application (.2); Kramer's November electronic detail (.1); Foley's November electronic detail (.1); Reed's November electronic detail (.1); BMC's October (.1) and November (.1) electronic detail; Capstone's 43Q electronic detail (.1) | 2.10 | 94.50 |
| | BSR | detailed review of K&E's quarterly fee application for the 42nd interim period | 0.60 | 171.00 |
| | BSR | Draft initial report re K&E's 42nd interim fee application | 0.70 | 199.50 |
| | JAW | Draft prior period paragraphs in preparation for drafting final final reports for Caplin's 36th- 40th interim paragraphs (2.0) | 2.00 | 310.00 |

W.R. Grace & Co. Page 11

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 12/29/2011 | JAW | Draft prior period paragraphs in preparation for drafting final final reports for Capstone's 12, 13, 27th- 37th interim paragraphs (5.9); draft revisions to 14th - 26th interim paragraphs (1.6) | 7.50 | 1,162.50 |
| | BSR | Draft e-mail to K&E re initial report (42Q) | 0.10 | 28.50 |
| 12/30/2011 | JAW | Draft prior period paragraphs in preparation for drafting final final reports for Capstone's 38th- 40th interim paragraphs (1.0) | 1.00 | 155.00 |
| | JAW | Draft prior period paragraphs in preparation for drafting final final reports for Casner's 27th- 40th interim paragraphs (5.5); draft revisions to 1st - 26th interim paragraphs (2.2) | 7.70 | 1,193.50 |
| 12/31/2011 | JAW | draft revisions to Carella's 1st - 17th interim paragraphs (1.5) | 1.50 | 232.50 |
| | JAW | Draft prior period paragraphs in preparation for drafting final final reports for Charter Oak's 27th- 40th interim paragraphs (5.7); draft revisions to 26th interim paragraph (0.2) | 5.90 | 914.50 |
| | | **For professional services rendered** | **208.90** | **$31,115.50** |

Additional Charges :

| | | Amount |
|---|---|---:|
| 12/31/2011 | Third party copies & document prep/setup. | 161.89 |
| | Copying cost | 3.80 |
| | PACER Charges | 219.72 |
| | **Total additional charges** | **$385.41** |
| | **Total amount of this bill** | **$31,500.91** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Anthony Lopez | 32.70 | 45.00 | $1,471.50 |
| Bobbi S. Ruhlander | 17.60 | 285.00 | $5,016.00 |
| Doreen Williams | 0.30 | 165.00 | $49.50 |
| James A. Wehrmann | 108.80 | 155.00 | $16,864.00 |
| Melanie White | 49.20 | 155.00 | $7,626.00 |
| Warren H Smith | 0.30 | 295.00 | $88.50 |