IN THE UNITED STATES BANKRUPTCY COURT
FOR DISTRICT OF DELAWARE

In Re:

**W.R. Grace & Co.**
    Debtor(s)

**Chapter 11**
Case No.: 01-1139

RE: 28430, 28431 & 28432

### ORDER DISMISSING CERTAIN APPLICATIONS FOR COMPENSATION

The Applications for Compensation at the above docket numbers are hereby **dismissed without prejudice** subject to being refiled within 10 days in PDF searchable format in compliance with Local Bankruptcy Rule 5005-4.

_February 2, 2012_
Date

_Judith K. Fitzgerald_
The Honorable Judith K. Fitzgerald

SJS