## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE & CO., *et al.,* | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline:  March 2, 2012 at 4:00 |
| | : | Hearing Date:  March 28, 2012 at 9:00 a.m. |

## SUMMARY COVERSHEET TO FORTY-SECOND QUARTERLY FEE APPLICATION OF DAY PITNEY LLP[1]
## FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
## FOR JULY 1, 2011 THROUGH SEPTEMBER 30, 2011

| | |
|---|---|
| Name of Applicant: | **Day Pitney LLP** |
| Authorized to Provide Professional Services to: | **W. R. GRACE & CO.,** *et al.* |
| Date of Retention: | **May 30, 2001 (***nunc pro tunc to* **April 2, 2001)** |
| Period for which compensation and reimbursement is sought: | **July 1, 2011 through September 30, 2011** |
| Amount of Compensation sought as actual, reasonable, and necessary: | **$3,834.00** |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary | **$0.00** |

This is a: ___ monthly  __X__ quarterly interim ___final application

Note regarding preparation for fee application.[2]

---

[1] As of January 1, 2007 and as the result of a merger, Pitney Hardin LLP became known as Day Pitney LLP.  A Notice of Name Change was filed on January 11, 2007 at docket entry #14287.

[2] Applicant will apply to recover compensation relating to this Fee Application in a subsequent application.

| Date Filed Docket No. | Period Covered | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 14, 2001 #793 CNO filed September 20, 2001 #943 | 4/2/01 – 4/30/01 | $13,859.50 | $7,239.68 | Approved @ 80% ($11,087.60) | Approved @ 100% |
| August 14, 2001 #794 CNO filed September 20, 2001 #944 | 5/1/01 – 5/31/01 | $37,837.50 | $10,539.48 | Approved @ 80% ($30,270.00) | Approved @ 100% |
| August 14, 2001 #795 CNO filed September 20, 2001 #946 | 6/1/01 – 6/30/01 | $29,079.00 | $10,548.57 | Approved @ 80% ($23,263.20) | Approved @ 100% |
| August 14, 2001 #796; Approved 11/25/02 #3091 | 4/2/01 – 6/30/01 | $80,776.00 | $28,327.73 | Approved @ 100% | Approved @ 100% |
| September 27, 2001 #967 Amended Exhibit B October 30, 2001 #1050 CNO filed October 31, 2001 #1062 | 7/1/01 – 7/31/01 | $33,349.00 Voluntarily Reduced to $32,429.00 | $11,075.18 | Approved @ 80% ($25,943.20) | Approved @ 100% |
| October, 31, 2001 #1046 CNO filed November 28,2001 #1259 | 8/1/01 – 8/31/01 | $60,105.00 | $8,715.77 | Approved @ 80% ($48,084.00) | Approved @ 100% |

| Date Filed Docket No. | Period Covered | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| November, 30, 2001 #1292 CNO filed 12/21/01 #1419 | 9/1/01 – 9/30/01 | $94,112.50 | $10,714.88 | Approved @ 80% ($75,290.00) | Approved @ 100% |
| December 4, 2001 #1305 CNO filed 12/27/01 #1423 | 4/2/01 – 12/3/01 | $240,000.00 | $0.00 | Contingency Matter Approved @80% ($192,000.00) | N/A |
| December, 11, 2001 #1331 CNO filed 1/9/02 #1477 | 10/1/01 – 10/31/01 | $68,805.50 | $23,481.14 | Approved @ 80% ($55,044.40) | Approved @ 100% |
| January 9, 2002 #1481; Approved 11/25/02 #3091 | 7/1/01 – 9/30/01 | $186,646.50 | $30,505.83 | Approved @ 100% | Approved @ 100% |
| February 26, 2001 #1723 CNO filed 4/17/02 #1936 | 11/1/01 – 11/30/01 | $62,334.50 | $7,507.05 | Approved @ 80% ($49,867.60) | Approved @ 100% |
| February 26, 2001 #1722 CNO filed 4/17/02 #1937 | 12/1/01 – 12/31/01 | $85,347.50 | $10,019.15 | Approved @ 80% ($68,278.00) | Approved @ 100% |
| March 27, 2002 #1868 CNO filed 4/18/02 #1942 | 1/1/02 – 1/31/02 | $38,823.00 | $11,182.95 | Approved @ 80% ($31,058.40) | Approved @ 100% |
| March 28, 2002 #1871; Approved 11/25/02 #3091 | 10/1/01 – 12/31/01 | $456,487.00 | $28,241.08 | Approved @ 100% | Approved @ 100% |

| Date Filed Docket No. | Period Covered | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| April 17, 2002 #1938 CNO filed 5/9/02 #2031 | 2/1/02 – 2/28/02 | $67,270.10 | $8,972.08 | Approved @ 80% ($53,816.08) | Approved @ 100% |
| May 6, 2002 #2061 CNO filed 6/7/02 #2187 | 3/1/02 – 3/31/02 | $30,424.00 | $6,076.45 | Approved @ 80% ($24,339.20) | Approved @ 100% |
| June 19, 2002 #2259-60 | 1/1/02 – 3/31/02 | $136,517.10 | $26,231.48 | Approved @ $130,255.00 | Approved @ 100% |
| June 12, 2002 # 2208 CNO filed 7/9/02 #2349 | 4/1/02 – 4/30/02 | $33,180.00 | $1,119.59 | Approved @ 80% ($26,544.00) | Approved @ 100% |
| July 9, 2002 #2349 CNO filed 7/30/02 #2468 | 5/1/02 – 5/31/02 | $10,995.50 | $9,230.90 | Approved @ 80% ($8,796.40) | Approved @ 100% |
| August 23, 2002 #2596 CNO filed 9/17/02 #2696 | 6/1/02 – 6/30/02 | $28,403.00 | $3,922.05 | Approved @ 80% ($22,722.40) | Approved @ 100% |
| September 20, 2002 #2719 and 2721; Approved 11/25/02 #3092 | 4/1/02 – 6/30/02 | $72,578.50 | $14,272.56 | Approved @ 100% | Approved @ 100% |
| October 22, 2002 #2858 CNO filed 11/13/02 #2971 | 7/1/02 – 7/31/02 | $102,925.00 | $17,692.88 | Approved @ 80% ($82,340.00) | Approved @ 100% |
| November 14, 2002 #2977 CNO Filed 12/11/02 # 3139 | 8/1/02 – 8/31/02 | $51,745.50 | $7,075.39 | Approved @ 80% ($41,396.40) | Approved @ 100% |
| November 20, 2002 #3039 CNO filed 12/11/02 # 3135 | 9/1/02 – 9/30/02 | $29,291.10 | $4,744.95 | Approved @ 80% ($23,432.88) | Approved @ 100% |
| November 27, 2002 #3084 & #3087 Order filed 3/14/03; | 7/1/02 – 9/30/02 | $183,969.60 | $29,513.22 | Approved for $182,143.10 | Approved |

4

| Date Filed Docket No. | Period Covered | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| #3511 | | | | | |
| December 16, 2002 #3165 CNO filed 1/14/03 #3250 | 10/1/02 – 10/31/02 | $26,061.00 | $5,340.26 | Approved @ 80% ($20,848. 80) | Approved @ 100% |
| December 27, 2002 #3198 Order signed 3/3/03 # 3446 | 4/4/01 – 12/3/01 | $240,000.00 | N/A | Approved | N/A |
| January 13, 2003 #3238 CNO filed 2/6/03 #3227 | 11/1/02 – 11/30/02 | $28,150.50 | $4,980.91 | Approved @ 80% ($22,520. 40) | Approved @ 100% |
| February 6, 2003 #3345 CNO filed 3/27/03 #3557 | 12/1/02 – 12/31/02 | $21,414.00 | $3,594.17 | Approved @ 80% ($17,131. 20 ) | Approved @ 100% |
| February 14, 2003 Order signed on 7/28/03 | 10/1/03 – 12/31/03 | $75,625.50 | $13,915.34 | Approved for $72,625.50 | Approved @ 100% |
| March 21, 2003 # 3536 CNO filed 4/15/03 #3666 | 1/1/03 – 1/31/03 | $77,836.00 | $6,477.81 | Approved @ 80% ($62,268.80) | Approved @ 100% |
| April 22, 2003 #3701 CNO filed 5/15/03 #3794 | 2/1/03 – 2/28/03 | $28,050.00 | $3,923.92 | Approved @ 80% ($22,440.00) | Approved @ 100% |
| May 28, 2003 #3836 CNO filed 7/3/03 #3999 | 3/1/03 – 3/31/03 | $14,142.00 | $471.79 | Approved @ 80% ($11,313.60) | Approved @ 100% |
| June 3, 2003 #3864 Order signed 9/22/03 #4480 | 1/1/03 – 3/31/03 | $120,028.00 | $10,873.52 | Approved for $118,379.00 | Approved @ 100% |
| June 18, 2003 #3912 CNO filed 7/11/03 #4054 | 4/1/03 – 4/30/03 | $21,507.50 | $370.10 | Approved @ 80% ($17,206.00) | Approved @ 100% |
| August 7, 2003 #4181 CNO filed 9/24/03 #4475 | 5/1/03 – 5/31/03 | $22,184.50 | $864.72 | Approved @ 80% ($17,747.60) | Approved @ 100% |
| September 9, 2003 #4407 | 6/1/03 – 6/30/03 | $28,764.50 | $9,472.70 | Approved @ 80% | Approved @ 100% |

| Date Filed Docket No. | Period Covered | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| CNO filed 10/2/03 #4524 | | | | ($23,011.60) | |
| September 26, 2003 #4495 & 4496 | 4/1/03 – 6/30/03 | $72,456.50 | $10,707.52 | Approved for $72,456.50 | Approved @ 100% |
| October 17, 2003 #4583 CNO filed 11/12/03 #4685 | 7/1/03 – 7/31/03 | $11,104.50 | $2,829.93 | Approved @ 80% ($8,883.60) | Approved @ 100% |
| November 6, 2003 #4666 CNO filed 12/9/03 #4798 | 8/1/03 – 8/31/03 | $3,427.50 | $2,242.92 | Approved @ 80% ($2,742.00) | Approved @ 100% |
| November 25, 2003 #4751 CNO filed 12/16/03 #4813 | 9/1/03 – 9/30/03 | $9,912.00 | $2,311.40 | Approved @ 80% ($7,929.60) | Approved @ 100 % |
| December 16, 2003 #4822 & 4823 Order filed 4/26/04 | 7/1/03- 9/30/03 | $24,444.00 | $7,370.04 | Approved for $24,440.00 | Approved @ 100% |
| November 25, 2003 # 4752 CNO filed 12/16/03 #4814 | 10/1/03- 10/31/03 | $6,779.00 | $3,507.88 | Approved @ 80% ($5,423.20) | Approved @ 100% |
| December 31, 2003 #4893 CNO filed 2/3/04 #5052 | 11/1/03 – 11/30/03 | $16,464.50 | $2,478.06 | Approved @ 80% ($13,171.60) | Approved @ 100% |
| February 20, 2004 #5144 CNO filed 4/1/04 #5459 | 12/1/03 – 12/31/03 | $18,088.50 | $2,839.22 | Approved @ 80% ($14,470.80) | Approved @ 100% |
| February 25, 2004 #5165 Order filed 6/16/04 #5822 | 10/1/04 – 12/31/04 | $41,332.00 | $8,825.16 | Approved for $41,332.00 | Approved @ 100% |
| March 29, 2004 #5362 CNO filed 4/22/04 | 1/1/04 – 1/31/04 | $39,097.50 | $2,315.38 | Approved @ 80% ($31,278.00) | Approved @ 100% |
| April 20, 2004 #5464 CNO filed 6/22/04 #5872 | 2/1/04 – 2/29/04 | $61,379.50 | $2,435.48 | Approved @ 80% ($49,103.60) | Approved @ 100% |
| June 1, 2004 | 3/1/04 – | $266,775.00 | $9,819.15 | Approved @ 80% | Approved |

| Date Filed Docket No. | Period Covered | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| #5678 CNO filed 6/22/04 #5873 | 3/31/04 | | | 80% ($213,420.00) | @ 100% |
| June 9, 2004 #5766 & 5767 Order filed 9/27/04 #6465 | 1/1/04 – 3/31/04 | $367,258.00 | $14,570.01 | Approved @ 100% ($367,258.00) | Approved @ 100% |
| July 1, 2004 #5915 CNO filed 7/28/04 | 4/1/04 – 4/30/04 | $242,320.50 | $33,506.28 | Approved @ 80% ($293,806.40) | Approved @ 100% |
| July 29, 2004 #6066 CNO filed 8/19/04 #6219 | 5/1/04 – 5/31/04 | $205,386.50 | $3,393.87 | Approved @ 80% ($164,309.20) | Approved @ 100% |
| August 12, 2004 #6162 CNO filed 9/7/04 #6325 | 6/1/04 – 6/30/04 | $181,394.50 | $41,141.14 | Approved @ 80% ($145,115.60) | Approved @ 100% |
| September 1, 2004 ## 6302; 6303 Order filed 1/26/05 #7622 | 4/1/04 – 6/30/04 | $629,101.50 | $78,003.35 | Approved for $629,101.50 | Approved @ 100% |
| September 17, 2004 #6416 CNO filed 10/13/04 #6609 | 7/1/04- 7/31/04 | $22,957.00 | $8,896.12 | Approved @ 80% ($18,365.60) | Approved @ 100% |
| October 14, 2004 #6631 CNO filed 11/9/04 #6854 | 8/1/04- 8/31/04 | $28,122.50 | $2,338.02 | Approved @ 80% (22,490.00) | Approved @ 100% |
| November 16, 2004 #6943 CNO filed 12/13/04 #7152 | 9/1/2004- 9/30/2004 | $25,615.50 | $3,246.99 | Approved @ 80% (20,492.40) | Approved @ 100% |
| November 17, 2004 #6966 Order filed 3/22/05 #8081 | 7/1/04- 9/30/04 | $76,695.00 | $14,481.13 | Approved for $76,695.00 | Approved @ 100% |
| December 16, 2004 #7198 CNO filed 1/25/05 #7621 | 10/1/04 – 10/31/04 | $27,632.50 | $4,766.94 | Approved @ 80% (22,106.00) | Approved @ 100% |
| January 10, 2005 #7521 CNO filed 2/2/05 #7670 | 11/1/04 – 11/30/04 | $31,261.00 | $11,977.87 | Approved @ 80% (25,008.80) | Approved @ 100% |
| February 11, 2005 #7745 | 12/1/04- 12/31/04 | $112,852.00 | $4,502.70 | Approved @ 80% | Approved @ 100% |

| Date Filed Docket No. | Period Covered | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| CNO filed 3/8/05 #7992 | | | | ($90,281.60) | |
| March 16, 2005 ##8051-52 Order filed 6/29/05 #8728 | 10/1/04-12/31/04 | $171,475.50 | $21,247.51 | Approved for $171,475.50 | Approved @ 100% |
| March 18, 2005 #8076 CNO filed 4/26/05 #8286 | 1/1/05-1/31/05 | $44,219.00 | $3,351.01 | Approved @ 80% ($35,375.50) | Approved @ 100% |
| May 10, 2005 #8391 CNO filed 6/24/05 #8683 | 2/1/05-2/28/05 | $38,780.50 | $7,826.47 | Approved @ 80% ($31,024.40) | Approved @ 100% |
| May 16, 2005 #8443 CNO filed 6/24/05 #8684 | 3/1/05 – 3/31/05 | $42,702.00 | $3,222.62 | Approved @ 80% ($34,161.60) | Approved @ 100% |
| May 26, 2005 ##8511-12 Order filed 9/27/05 #9513 | 1/1/05 – 3/31/05 | $125,701.50 | $14,400.10 | Approved for $125,701.50 | Approved @ 100% |
| June 27, 2005 #8691 CNO filed 7/26/05 #9090 | 4/1/05-4/30/05 | $76,920.50 | $3,699.77 | Approved @ 80% ($61,536.40) | Approved @ 100% |
| July 20, 2005 #9035 CNO filed 8/19/05 #9220 | 5/1/05-5/31/05 | $73,041.00 | $4,608.05 | Approved @ 80% ($57,112.80) | Approved @ 100% |
| August 11, 2005 #9175 CNO filed 9/8/05 #9360 | 6/1/05 – 6/30/05 | $246,447.50 | $5,298.28 | Approved @ 80% ($197,158.00) | Approved @ 100% |
| August 19, 2005 #9210 Order filed 12/21/05 #11402 | 4/1/05 – 6/30/05 | $396,409.00 | $13,606.10 | Approved for $396,409.00 | Approved @ 100% |
| October 4, 2005 #9572 CNO filed 10/31/05 #10938 | 7/1/05 – 7/31/05 | $363,936.00 | $10,742.66 | Approved @ 80% ($291,148.80) | Approved @ 100% |
| October 20, 2005 #9708 CNO filed 11/15/05 #11091 | 8/1/05 – 8/31/05 | $276,504.50 | $21,554.17 | Approved @ 80% ($221,203.60) | Approved @ 100% |
| November 23, 2005 #11156 CNO filed December 16, 2005 #11359 | 9/1/05 – 9/30/05 | $243,011.00 | $7,658.60 | Approved @ 80% ($194,408.80) | Approved @ 100% |

| Date Filed Docket No. | Period Covered | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| November 23, 2005 #11162 Order filed 3/27/06 #12121 | 7/1/05 – 9/30/05 | $883,451.50 | $39,955.43 | Approved for $883,451.50 | Approved @ 100% |
| January 31, 2006 #11681 CNO filed 3/9/06 #12027 | 10/1/05 – 10/31/05 | $189,747.50 | $9,364.24 | Approved @ 80% ($151,798.00) | Approved @ 100% |
| January 31, 2006 #11677 CNO filed 3/9/06 #12024 | 11/1/05 – 11/30/05 | $170,059.00 | $25,007.67 | Approved @ 80% ($136,047.20) | Approved @ 100% |
| February 14, 2006 #11774 CNO filed 3/9/06 #12028 | 12/1/05 – 12/31/05 | $135,672.00 | $2,489.35 | Approved @ 80% ($108,537.60) | Approved @ 100% |
| February 14, 2006 #11785 Order filed 6/16/06 #12660 | 10/1/05 – 12/31/05 | $495,478.50 | $36,861.26 | Approved for $495,478.50 | Approved @ 100% |
| April 5, 2006 #12205 CNO filed 5/20/06 # 12479; Amended CNO filed 6/7/06 #12612 | 1/1/06- 1/31/06 | $136,335.50 | $7,996.90 | Approved @ 80% ($109,084.40) | Approved @ 100% |
| April 14, 2006 #12243 CNO filed 5/20/06 #12478 | 2/1/06 – 2/28/06 | $101,184.50 | $6,294.63 | Approved @ 80% ($809,947.60) | Approved @ 100% |
| July 19, 2006 #12834 CNO filed 8/9/06 #12953 | 3/1/06 – 3/31/06 | $108,740.50 | $25,246.79 | Approved @ 80% ($86,992.40) | Approved @ 100% |
| July 19, 2006 #12834 Order filed 9/26/06 #13298 | 1/1/06 - 3/31/06 | $346,260.50 | $39,538.32 | Approved for $346,260.50 | Approved @ 100% |
| July 19, 2006 #12834 CNO filed 8/9/06 #12954 | 4/1/06 – 4/30/06 | $47,442.00 | $363.81 | Approved@ 80% ($37,953.60) | Approved @ 100% |
| August 2, 2006 | 5/1/06 – | $40,694.00 | $16,160.02 | Approved @ | Approved |

| Date Filed Docket No. | Period Covered | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| #12907 CNO filed 8/29/06 #13096 | 5/31/06 | | | 80% ($32,555.20) | @ 100% |
| August 3, 2006 #12920 CNO filed 8/29/06 #13097 | 6/1/06 – 6/30/06 | $52,860.00 | $11,368.11 | Approved @ 80% ($42,288.00) | Approved @ 100% |
| August 8, 2006 #12949 Order filed 12/19/06 #14069 | 4/1/06 – 6/30/06 | $140,996.00 | $27,891.94 | Approved for $140,996.00 | Approved @ 100% |
| September 5, 2006 #13136 CNO filed 9/28/06 #13315 | 7/1/06 – 7/31/06 | $16,131.00 | $12,069.87 | Approved @ 80% ($33,830.40) | Approved @ 100% |
| September 28, 2006 #13317 CNO filed 10/25/06 #13469 | 8/1/06- 8/31/06 | $36,807.00 | $184.24 | Approved @ 80% ($29,445.60) | Approved @ 100% |
| October 30. 2006 #13526 CNO filed 12/4/06 #13909 | 9/1/06- 9/30/06 | $14,467.00 | $470.65 | Approved @ 80% ($11,573.60) | Approved @ 100% |
| October 30. 2006 #13535 Order filed 3/30/07 #15044 | 7/1/06- 9/30/06 | $67,405.00 | $12,724.76 | Approved @ $67,405.00 | Approved @ 100% |
| December 5, 2006 #13930 CNO filed 1/2/07 #14196 | 10/1/06- 10/31/06 | $26,557.50 | $0.00 | Approved @ 80% ($21,246.00) | $0.00 |
| December 28, 2006 #14179 CNO filed 1/25/07 #14394 | 11/1/06 – 11/30/06 | $23,552.00 | $1,048.56 | Approved @ 80% ($18,841.60) | Approved @ 100% |
| January 30, 2007 #14434 CNO filed 2/21/07 #14627 | 12/1/06- 12/31/06 | $30,737.00 | $255.69 | Approved @ 80% ($24,589.60) | Approved @ 100% |
| January 30, 2007 #14435 Order filed 6/20/07 #16105 | 10/1/06- 12/31/06 | $80,846.50 | $1,304.25 | Approved @ $80,846.50 | Approved @ 100% |

| Date Filed Docket No. | Period Covered | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| March 1, 2007 #14723 CNO filed 3/22/07 #14939 | 1/1/07-1/37/07 | $63,053.50 | $1,265.56 | Approved @ 80% ($50,442.80) | Approved @ 100% |
| April 4, 2007 #15091 CNO filed 5/2/07 #15490 | 2/1/07 – 2/28/07 | $36,914.00 | $1,658.23 | Approved @ 80% ($29,531.20) | Approved @ 100% |
| May 3, 2007 #15515 CNO filed 5/24/07 #15807; Amended CNO filed 6/1/07 #15943 | 3/1/07 – 3/31/07 | $39,900.00 | $107.93 | Approved @ 80% ($31,920.00) | Approved @ 100% |
| May 10, 2007 #15638 Order filed 9/25/04 #16916 | 1/1/07-3/31/07 | $139,867.50 | $3,031.72 | Approved @ $139,867.50 | Approved @ 100% |
| June 1, 2007 #15924 CNO filed 6/22/07 #16133 | 4/1/07 – 4/30/07 | $38,637.00 | $686.36 | Approved @ 80% ($30,909.60) | Approved @ 100% |
| July 9, 2007 #16252 CNO filed 7/31/07 #16446 | 5/1/07 – 5/31/07 | $40,494.50 | $39.68 | Approved @ 80% ($32,495.60) | Approved @ 100% |
| July 27, 2007 #16399 CNO filed 8/17/07 #16593 | 6/1/07 – 6/30/07 | $55,820.00 | $311.01 | Approved @ 80% ($44,656.60) | Approved @ 100% |
| July 27, 2007 #16400 Order filed 9/25/04 #17629 | 4/1/07 – 6/30/07 | $134,951.50 | $1,037.05 | Approved @ $134,951.50 | Approved @ 100% |
| August 28, 2007 #16650 CNO filed 9/18/07 #16876 | 7/1/07 – 7/31/07 | $51,718.50 | $375.00 | Approved @ 80% ($41,374.80) | Approved @ 100% |
| September 28, 2007 #16940 CNO filed 10/22/07 #17109 | 8/1/07 – 8/31/07 | $27,529.50 | $2,297.39 | Approved @ 80% ($22,023.60) | Approved @ 100% |

| Date Filed Docket No. | Period Covered | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| October 29, 2007 #17179 CNO filed 11/20/07 #17415 | 9/1/07-9/30/07 | $7,007.50 | $304.50 | Approved @ 80% ($5,606.00) | Approved @ 100% |
| October 29, 2007 #17188 Order filed 3/12/08 #18270 | 7/1/07-9/30/07 | $86,255.50 | $2,976.44 | Approved @ $85,900.50 | Approved @ 100% |
| November 28, 2007 #17472 CNO filed 12/19/07 | 10/1/07 – 10/31/07 | $11,545.00 | $187.35 | Approved @ 80% ($9,236.00) | Approved @ 100% |
| December 28, 2007 #17724 CNO filed 1/22/08 | 11/1/07 – 11/30/07 | $23,387.00 | $0.00 | Approved @ 80% ($18,709.60) | N/A |
| January 28, 2008 #17900 CNO filed 2/19/08 #18067 | 12/1/07 – 12/31/07 | $23,822.50 | $73.90 | Approved @ 80% ($19,058.00) | Approved @ 100% |
| January 28, 2008 #17902 Order filed 6/23/08 #18989 | 10/1/07-12/31/07 | $58,754.50 | $261.25 | Approved @ $58,754.50 | Approved @ 100% |
| February 28, 2008 #18142 CNO filed 3/21/08 #18360 | 1/1/08 – 1/31/08 | $35,066.50 | $1,067.95 | Approved @ 80% ($28,053.20) | Approved @ 100% |
| March 28, 2008 #18411 CNO filed 4/18/08 #18568 | 2/1/08 – 2/29/08 | $76,925.00 | $644.83 | Approved @ 80% ($61,540.00) | Approved @ 100% |
| April 30, 2008 #18640 CNO filed 5/21/08 #18766 | 3/1/08 – 3/31/08 | $11,642.00 | $617.65 | Approved @ 80% ($9,313.60) | Approved @ 100% |
| April 30, 2008 #18651 Order filed 10/1/08 #19663 | 1/1/08 – 3/31/08 | $123,633.50 | $2,330.43 | Approved @ $126,633.50 | Approved @ 100% |
| May 28, 2008 #18801 CNO filed 6/19/08 | 4/1/08 - 4/30/08 | $9,450.00 | $159.12 | Approved @ 80% ($7,560.00) | Approved @ 100% |

| Date Filed Docket No. | Period Covered | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| #18963 | | | | | |
| June 30, 2008 #19015 CNO filed 7/22/08 #19124 | 5/1/08 – 5/31/08 | $19,981.50 | $32.92 | Approved @ 80% ($15,985.20) | Approved @ 100% |
| July 29, 2008 #19192 CNO filed 8/19/08 #19339 | 6/1/08 – 6/30/08 | $31,809.00 | $203.71 | Approved @ 80% ($25,447.20) | Approved @ 100% |
| July 29, 2008 #19193 Order filed 12/17/08 #20283 | 4/1/08 – 6/30/08 | $61,240.50 | $395.75 | Approved @ $61,240.50 | Approved @ 100% |
| August 28, 2008 #19404 CNO filed 9/19/08 #19575 | 7/1/08 – 7/31/08 | $34,325.00 | $201.33 | Approved @ 80% ($27,460.00) | Approved @ 100% |
| September 29, 2008 #19635 CNO filed 10/22/08 #19831 | 8/1/08 – 8/31/08 | $8,748.50 | $182.99 | Approved @ 80% ($6,998.80) | Approved @ 100% |
| October 28, 2008 #19869 CNO filed 11/18/08 #20089 | 9/1/08 – 9/30/08 | $7,063.00 | $86.52 | Approved @ 80% ($5,650.40) | Approved @ 100% |
| October 28, 2008 #19902 (Objections due 11/17/08; Hearing scheduled for 4/1/09) Order filed 4/1/09 #21173 | 7/1/08 – 9/30/08 | $50,136.50 | $470.84 | Approved @ $50,136.50 | Approved @ $470.84 |
| December 1, 2008 #20163 CNO filed 12/23/08 #20347 | 10/1/08 – 10/31/08 | $10,083.50 | $95.20 | Approved @ 80% ($8,066.80) | Approved @ 100% |
| January 14, 2009 #20519 CNO filed 2/4/09 #20677 | 11/1/08 – 11/30/08 | $16,599.00 | $126.36 | Approved @ 80% ($13,279.20) | Approved @ 100% |

| Date Filed Docket No. | Period Covered | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| January 29, 2009 #20637 CNO filed 2/19/09 #20765 | 12/1/08 - 12/31/08 | $5,547.00 | $122.45 | Approved @ 80% ($4,437.60) | Approved @ 100% |
| Jan. 27, 2009 #20638 Hearing scheduled for 6/29/09 Order filed 7/7/09 #22354 | 10/1/08 – 12/31/08 | $32,229.50 | $344.01 | Approved @ $32,229.50 | Approved @ $344.01 |
| March 9, 2009 #20951 CNO filed 3/31/09 #21166 | 1/1/09 - 1/31/09 | $14,027.50 | $0.00 | Approved @ 80% ($11,222.00) | Approved @ 100% |
| April 1, 2009 #21172 CNO filed 4/22/09 #21370 | 2/1/09 – 2/28/09 | $4,633.00 | $0.00 | Approved @ 80% ($3,706.40) | Approved @ 100% |
| April 29, 2009 #21473 CNO filed May 20, 2009 #21807 | 3/1/09 – 3/31/09 | $12,087.00 | $4.00 | Approved @80% (9,669.60) | Approved @ 100% |
| May 5, 2009 #21547 Hearing scheduled for 9/22/09 Order filed 9/28/09 #23353 | 1/1/09 – 3/31/09 | $30,747.50 | $4.00 | Approved @ $30,747.50 | Approved @ $4.00 |
| June 2, 2009 #21954 CNO filed June 23, 2009 | 4/1/09 – 4/30/09 | $9,891.00 | $0.00 | Approved @ 80% ($7,912.80) | Approved @ 100% |
| July 14, 2009 #22456 CNO filed | 5/1/09 – 5/31/09 | $7,579.00 | $23.00 | Approved @ 80% ($6,063.20) | Approved @ 100% |

| Date Filed Docket No. | Period Covered | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 4, 2009 | | | | | |
| August 19, 2009 #22870 CNO filed Sept. 10, 2009 #23211 | 6/1/09 – 6/30/09 | $7,570.00 | $30.36 | Approved @ 80% ($6,056.00) | Approved @ 100% |
| Sept. 8, 2009 #23201 Hearing scheduled for Dec. 14, 2009 Approved March 5, 2010 #24406 | 4/1/09 – 6/30/09 | $25,040.00 | $53.36 | Approved @ $25,040.00 | Approved @ $53.36 |
| Sept. 30, 2009 #23377 CNO filed Oct. 21, 2009 #23546 | 7/1/09 – 7/31/09 | $3,529.50 | $0.00 | Approved @ 80% ($2,823.60) | Approved @ 100% |
| Oct. 28, 2009 #23601 CNO filed Nov. 19, 2009 #23794 | 8/1/09 – 8/31/09 | $8,385.00 | $0.00 | Approved @ 80% ($6,708.00) | Approved @ 100% |
| Nov. 19, 2009 #23798 CNO filed Dec.10, 2009 #23993 | 9/1/09 – 9/30/09 | $22,428.00 | $48.96 | Approved @ 80% ($17,942.40) | Approved @ 100% |
| Dec. 30, 2009 #24093 CNO filed Jan. 20, 2010 #24172 | 10/1/09 – 10/31/09 | $14,163.50 | $0.00 | Approved @ 80% $11,330.80 | Approved @ 100% |
| Jan. 7, 2010 #24123 Hearing scheduled for Mar. 22, 2010 Approved May 28, 2010 #24856 | 7/1/09 – 9/30/09 | $34,342.50 | $48.96 | Approved @ $34,342.50 | Approved @ $48.96 |

| Date Filed Docket No. | Period Covered | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| Feb. 3, 2010 #24231 CNO filed Feb. 23, 2010 #24337 | 11/1/09 – 11/30/09 | $4,632.00 | $0.00 | Approved @ 80% $3,705.60 | Approved @ 100% |
| Feb. 12, 2010 #24277 CNO filed Mar. 5, 2010 #24409 | 12/1/09 – 12/31/09 | $4,323.00 | $0.00 | Approved @ 80% $3,458.40 | Approved @ 100% |
| Mar. 23, 2010 #24487 CNO filed April 13, 2010 #24605 | 1/1/10 – 1/31/10 | $3,352.50 | $0.00 | Approved @ 80% $2,682.00 | Approved @ 100% |
| April 1, 2010 #24558 CNO filed April 22, 2010 #24658 | 2/1/10 – 2/28/10 | $1,845.50 | $0.00 | Approved @ 80% $1,476.40 | Approved @ 100% |
| April 27, 2010 #24679 Hearing scheduled for June 7, 2010 Order filed 9/3/10 #25334 | 10/1/09 – 12/31/09 | $23,118.50 | $0.00 | Approved @ $23,118.50 | Approved @ $0.00 |
| May 14, 2010 #24771 CNO filed June 4, 2010 #24909 | 3/1/10 – 3/31/10 | $8,830.00 | $221.20 | Approved @ 80% $7,064.00 | Approved @ 100% $221.20 |
| June 3, 2010 #24903 CNO filed June 24, 2010 #24978 | 4/1/10 – 4/30/10 | $5,195.00 | $61.39 | Approved @ 80% $4,156.00 | Approved @ 100% $61.39 |
| June 29, 2010 #25009 Hearing scheduled for Sept. 13 2010 | 1/1/10 – 3/31/10 | $14,028.00 | $221.20 | Pending | Pending |

| Date Filed Docket No. | Period Covered | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| June 30, 2010 #25018 CNO filed July 21, 2010 #25097 | 5/1/10 – 5/31/10 | $19,304.50 | $517.60 | Approved @ 80% $15,443.60 | Approved @ 100% $517.60 |
| August 2, 2010 #25150 CNO filed August 24, 2010 #25263 | 6/1/10 – 6/30/10 | $16,835.50 | $0.00 | Approved @ 80% $13,468.40 | Approved @ 100% |
| August 5, 2010 #25176 Hearing scheduled for Dec. 13, 2010 | 4/1/10 – 6/30/10 | $41,335.00 | $587.99 | Pending | Pending |
| Sept. 14, 2010 #25409 CNO filed Oct. 5, 2010 #25555 | 7/1/10 – 7/31/10 | $25,138.50 | $0.00 | Approved @ 80% $20,110.80 | Approved @ 100% |
| Oct. 7, 2010 #25565 CNO filed Oct. 28, 2010 #25661 | 8/1/10 – 8/31/10 | $42,225.00 | $0.00 | Approved @ 80% $33,780.00 | Approved @ 100% |
| Nov. 10, 2010 #25732 CNO Filed Dec. 1, 2010 #25848 | 9/1/10 – 9/30/10 | $8,169.00 | $44.57 | Approved @ 80% 6,535.20 | Approved @ 100% |
| Nov. 17, 2010 #25768 Hearing scheduled for March 28, 2011 | 7/1/10 – 9/30/10 | $75,532.50 | $44.57 | Pending | Pending |
| December 10, 2010 #25911 CNO Filed January 3, 2011 #26006 | 10/1/10 – 10/31/10 | $1,063.00 | $0.00 | Approved @ 80% $850.40 | Approved @ 100% |

| Date Filed Docket No. | Period Covered | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| January 7, 2011 #26043 CNO filed January 31, 2011 #26153 | 11/1/10 – 11/30/10 | $1,924.50 | $0.00 | Approved at 80% $1,539.60 | Approved @ 100% |
| February 9, 2011 #26229 CNO filed March 2, 2011 # 26478 | 12/1/10 – 12/31/10 | $1005.50 | $0.00 | Approved @ 80% $804.40 | Approved @ 100% |
| May 12, 2011 #26924 CNO filed June 6, 2011 #27037 | 3/1/11 – 3/31/11 | $2,775.50 | $0.00 | Approved @ 80% $2,220.40 | Approved @ 100% |
| June 21, 2011 #27120 CNO filed July 12, 2011 #27245 | 4/1/11 – 4/30/11 | $22,255.50 | $0.00 | Approved @ 80% $17,804.40 | Approved @ 100% |
| July 21, 2011 Hearing scheduled for September 26, 2011 Order entered September 20, 2011, #27622 | 1/1/11 – 3/31/11 | $2,775.50 | $0.00 | Approved @ 100% | Approved @ 100% |
| August 9, 2011 #27400 CNO filed August 30, 2011 #27529 | 5/1/11 – 5/31/11 | $1,820.00 | $0.00 | Approved @ 80% $1,456.00 | Approved @ 100% |
| September 21, 2011 | 6/1/11- 6/30/11 | $2,970.00 | $0.00 | Pending | Pending |
| October 3, 2011 #27710 CNO filed October 24, 2011 #27819 | 7/1/11 – 7/31/11 | $3,404.00 | $0.00 | Approved @ 80% $2,723.20 | Approved @ 100% |
| November 3, 2011 CNO filed | 8/1/11 – 8/31/11 | $430.00 | $0.00 | Approved @ 80% | Approved @ 100% |

| Date Filed Docket No. | Period Covered | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| November 29, 2011 #28047 | | | | | |

## SUMMARY OF COMPENSATION FOR THE FEE PERIOD
### JULY 1, 2011 THROUGH SEPTEMBER 30, 2011

| Name of Professional Person | Year Admitted | Hourly Billing Rate | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| PARTNERS | | | | |
| Anthony J. Marchetta | 1974 | $670.00 | 1.4 | $938.00 |
| William S. Hatfield | 1993 | $435.00 | 2.7 | $1,174.50 |
| Colleen Donovan | 1987 | $460.00 | 0.9 | $414.00 |
| Scott A. Zuber | 1987 | $525.00 | 0.2 | $105.00 |
| ASSOCIATES | | | | |
| Jonathan E. Gates | 2006 | $325.00 | 3.7 | $1,202.50 |
| PARALEGAL S | | | | |
| Grand Total Time Reports (Hours and Dollars) for the Fee Period July 1, 2011 through September 30, 2011 | | | 8.9 | $3,834.00 |

| COMPENSATION BY PROJECT CATEGORY FOR THE FEE PERIOD | | | | | |
| PROJECT CATEGORIES | Total of July 1, 2011 through July 31, 2011 | Total of August 1, 2011 through August 31, 2011 | Total of September 1, 2011 through September 30, 2011 | Total of July 1, 2011 through September 30, 2011 | Total of April 2, 2001 - September 30, 2011 |
|---|---|---|---|---|---|
| 01 - Asset Analysis and Recovery | | | | $        - | $        3,888.50 |
| 02 - Asset Disposition | | | | $        - | $       13,881.00 |
| 03 - Business Operations | | | | $        - | $      381,336.50 |
| 04 - Case Administration | $1,576.50 | | | $1,576.50 | $1,728,075.60 |
| 05 - Claims Analysis, Objection, & Resolution (Asbestos) | | | | $        - | $        6,449.00 |
| 06 - Claims Analysis, Objection, & Resolution (Non-asbestos) | | | | | |
| 07 - Committee, Creditors', Noteholders' or Equity Holders' | | | | $        - | $        1,830.00 |
| 08 - Employee Benefits/ Pension | | | | | |
| 09 - Employment Applications, Applicant | | | | $        - | $          882.00 |
| 10 - Employment Applications, Others | | | | | |
| 11 - Fee Applications, Applicant | $877.50 | $430.00 | | $1,308 | $170,337.50 |
| 12 - Fee Applications, Others | | | | $        - | $        1,179.00 |
| 13 - Financing | | | | $        - | $          201.00 |
| 14 - Hearings | | | | $        - | $       72,325.50 |
| 15 - Litigation and Litigation Consulting | $950.00 | | | $950.00 | $3,756,629.50 |
| 16 - Plan and Disclosure Statement | | | | $        - | $       41,393.00 |
| 17 - Relief from Stay Proceedings | | | | $        - | $          185.50 |
| 18 - Tax Issues | | | | | $        4,247.00 |
| 19 - Tax Litigation | | | | | |
| 20 - Travel – Non Working | | | | | |
| 21 - Valuation | | | | | |
| 22 - ZAI Science Trial | | | | | |
| 23 - ZAI Science Trial – Expenses | | | | | |
| 24 - Other | | | | $        - | $       11,459.00 |
| 25 - Accounting/Auditing | | | | | |
| 26 - Business Analysis | | | | | |
| 27 - Corporate Finance | | | | | |
| 28 - Data Analysis | | | | | |
| TOTAL - FEES | $3,404.00 | $      430.00 | | $3,834.00 | $ 6,194,299.60 |
| TOTAL - EXPENSES | $0.00 | $        - | $        - | $        - | $      535,222.17 |
| TOTAL FEES AND EXPENSES | $3,404.00 | $      430.00 | $        - | $3,834.00 | $ 6,729,521.77 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re:* | : | Chapter 11 |
| | : | |
| W. R. GRACE & CO., *et al.*,[1] | : | Case No. 01-01139 (JKF) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | Objection Deadline: March 2, 2012 at 4:00 |
| | : | Hearing Date:  March 28, 2012 at 9:00 am |

**VERIFIED APPLICATION OF DAY PITNEY LLP FOR COMPENSATION FOR
SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO
W.R. GRACE & CO., *ET AL.*, FOR THE INTERIM PERIOD
JULY 1, 2011 THROUGH SEPTEMBER 30, 2011**

Pursuant to sections 327, 330 and 331 of title 11 of the United States Code (as

amended, the "Bankruptcy Code"), Fed. R. Bankr. P. 2016, the "Retention Order" (as defined

below), the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures

for Interim Compensation and Reimbursement of Professionals and Official Committee

Members (the "Interim Compensation Order") and Del.Bankr.LR 2016-2, the law firm of Day

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Pitney LLP ("Day Pitney")[2], special counsel and ordinary course professional[3] for the above-captioned debtors and debtors in possession (collectively, the "Debtors") in their Chapter 11 cases, hereby applies for an order approving: (i) compensation in the amount of $3,834.00 for the reasonable and necessary legal services Day Pitney has rendered to the Debtors, which amount includes 80% of the fees already approved, from the prior monthly fee application for July 2011 and August 2011; and (ii) reimbursement in the amount of $0.00 for the actual and necessary expenses that Day Pitney incurred in representing the Debtors (the "Application"), during the period from July 2011 through September 2011 (the "Fee Period").    In support of this Application, Day Pitney respectfully represents as follows:

## Retention of and Continuing Disinterestedness of Day Pitney

1.      On April 2, 2001 (the "Petition Date"), the Debtors each filed voluntary petitions for relief under chapter 11 of Title 11, United States Code (collectively, the "Chapter 11 Cases"). On April 2, 2001, the Court entered an order procedurally consolidating the Chapter 11 Cases for administrative purposes only.  Since the Petition Date, the Debtors have continued to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  On April 12, 2001, the office of the United States Trustee appointed:   (i) a committee of unsecured creditors in the Chapter 11 Cases; (ii) a committee of asbestos personal injury claimants; and (iii) a committee of asbestos property damage claimants.  On June 18, 2001, the office of the United States Trustee appointed a committee of equity security holders.

---

[2] As of January 1, 2007 and as the result of a merger, Pitney Hardin LLP became known as Day Pitney LLP.  A Notice of Name Change was filed on January 11, 2007 at docket entry #14287.

[3] Day Pitney's fee requests initially only related to three (3) matters for which Day Pitney was retained as special counsel to the Debtors.  Following discussions with the Office of the United States Trustee and counsel for Debtors, Day Pitney has included in its fee applications all matters in which Day Pitney represents the Debtors either as special counsel or an ordinary course professional.

2.      By this Court's order dated May 30, 2001 (the "Retention Order"), the Debtors were authorized to retain Day Pitney as special counsel, effective as of the Petition Date, with regard to the following three (3) matters, more particularly described in the application filed in support of such retention: (a) *In re Intercat, Inc.*; (b) *Maryland Cas. v. W. R. Grace & Co., et al.*; and (c) *Gloucester New Communities Company, Inc. v. Del Monte Corporation, et al.*

3.      The Retention Order authorizes the Debtors to compensate Day Pitney at Day Pitney's hourly rates, which are being charged for services of this type and to be reimbursed for actual and necessary out-of-pocket expenses that it incurred, subject to application to this Court in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, all applicable local rules, and orders of this Court.  A copy of the Retention Order is attached hereto as Exhibit "A."

As disclosed in the Affidavit of Anthony J. Marchetta in Support of Application of the Debtors for the Entry of an Order Authorizing the Retention and Employment of Pitney, Hardin, Kipp & Szuch LLP as Special Counsel to the Debtors (the "Marchetta Affidavit"), Day Pitney does not hold or represent any interest adverse to the Debtors' estates with respect to the matters on which Day Pitney is to be employed.

4.      Day Pitney may have in the past represented, may currently represent, and likely in the future will represent, parties-in-interest in connection with matters unrelated to the Debtors and the Chapter 11 Cases.  Day Pitney disclosed in the Marchetta Affidavit its connections to parties-in-interest that it has been able to ascertain using its reasonable efforts. Day Pitney will update the Marchetta Affidavit when necessary and when Day Pitney becomes aware of material new information.

3

5.    Day Pitney performed the services for which it is seeking compensation on behalf of or for the Debtors and their estates, and not on behalf of any committee, creditor or other person.

6.    Day Pitney has received payments applied for and authorized under the Interim Compensation Order.

7.    Pursuant to Fed. R. Bank. P. 2016(b), Day Pitney has not shared, nor has agreed to share:  (a) any compensation it has received or may receive with another party or person other than with the partners, counsel and associates of Day Pitney; or (b) any compensation another person or party has received or may receive in connection with the Chapter 11 Cases.  This is the forty-second quarterly application for interim compensation for services rendered that Day Pitney has filed with the Bankruptcy Court in connection with the Chapter 11 Cases.

**Reasonable and Necessary Services Rendered by Day Pitney**

8.    Day Pitney submits this Application pursuant to the Retention Order seeking approval of:  (i) compensation in the amount of $3,834.00 for the reasonable and necessary legal services Day Pitney has rendered to the Debtors, which amount includes 80% of the fees already approved from the prior monthly fee applications for July 2011 and August 2011; and (ii) reimbursement in the amount of $0.00 for the actual and necessary expenses that Day Pitney incurred.

9.    Day Pitney has maintained detailed records of the time expended in rendering the professional services performed on behalf of the Debtors in this case.  Such time records were generated contemporaneously with the performance of the professional services described therein and in the ordinary course of Day Pitney's practice.  The individual time

records were recorded by the attorney or legal assistant who rendered the particular services described. Annexed hereto as Exhibit "B" is a copy of the actual time records maintained by Day Pitney for services rendered during the Fee Period.

10.   Day Pitney also maintains records of all necessary expenses and disbursements (collectively, the "Expenses") incurred by Day Pitney in connection with the performance of its services. Day Pitney did not incur any expenses in connection with the performance of its services during the Fee Period.

11.   Bankruptcy Code Section 330 authorizes bankruptcy courts to award professionals employed by the Debtors under Bankruptcy Code Section 327 "reasonable compensation" for actual and necessary services rendered to the Debtors by such professionals. Under Bankruptcy Code section 330, the reasonableness of the compensation sought by a professional is determined by consideration of the nature, extent and value of such services, taking into account, *inter alia*, the following: (a) the time spent on such services; (b) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the task; and (c) the cost of comparable services for non-bankruptcy cases.

12.   Day Pitney respectfully submits that the professional services which it has rendered and the expenses that it has incurred on behalf of the Debtors were necessary and have resulted in substantial benefits to the Debtors. Set forth below is a summary of the services provided by Day Pitney to the Debtors during the Fee Period. Based upon an analysis of each of the foregoing, Day Pitney respectfully submits that the compensation sought in this Application is reasonable.

**Services Rendered**

13.     During the Fee Period, Day Pitney rendered professional legal services, on an hourly basis, to the Debtors in connection with the following matter: *Trenton Environmental Issues,* and *Chapter 11 Administration.* Day Pitney respectfully submits that the time entries on Exhibit "B" adequately describe the services rendered on those matters.

14.     A detailed summary of the engagement costs incurred for each of the above-noted matters is set forth in Exhibit "C."

**Representations**

15.     Day Pitney believes that the Application is in compliance with the requirements of Del.Bankr.LR 2016-2.

16.     Although every effort has been made to include all fees and expenses from the Fee Period in the Application, some fees and expenses from the Fee Period might not be included in the Application due to accounting and processing delays. Day Pitney reserves the right to make further application to the Court for allowance of fees and expenses for the Fee Period not included herein.

17.     In summary, by this Application, Day Pitney requests approval for compensation of fees and expenses in the total amount of $3,834.00 consisting of:   (i) compensation in the amount of $3,834.00 for the reasonable and necessary legal services Day Pitney has rendered to the Debtors, which amount includes 80% of the fees already approved, from the prior monthly fee applications for July 2011 and August 2011; and (ii) reimbursement in the amount of $0.00 for the actual and necessary expenses that Day Pitney incurred.

WHEREFORE, Day Pitney respectfully requests that the Court approve an award to Day Pitney of 100% of the reasonable and necessary professional services Day Pitney has rendered to the Debtors during the Fee Period, including the 80% already received on an interim basis by way of the monthly fee applications from July 2011 and August 2011.  Day Pitney respectfully requests further that all awarded fees and expenses be paid as administrative expenses of the Debtors' estates and that this Court grant such further relief as is equitable and just.

Parsippany, New Jersey
Dated:  February 2, 2012

Respectfully submitted,
DAY PITNEY LLP

Anthony J. Marchetta, Esq.
One Jefferson Road
Parsippany, New Jersey 07054
Telephone:  (973) 966-8032
Facsimile:  (973) 966-1015

7