# EXHIBIT B

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE and CO., *et al.*[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline:  March 2, 2012 at 4:00 |
| | : | Hearing Date:  March 28, 2012 at 9:00 am |

### FEE DETAIL FOR DAY PITNEY LLP'S
### FORTY-SECOND QUARTERLY APPLICATION FOR THE PERIOD
### FROM JULY 1, 2011 THROUGH SEPTEMBER 30, 2011

---

[1] The Debtors consist of the following 62 entities: W. R. Grace and Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace and Co.-Conn., A-1 Bit and Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., EandC Liquidating Corp., Emerson and Cuming, Inc.), Southern Oil, Resin and Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**EXHIBIT B**

**FEES FOR THE FEE PERIOD**
**JULY 1, 2011 THROUGH JULY 31, 2011** [2]

Client: 482910 W.R. GRACE & CO.
Matter: 111099 TRENTON ENVIRONMENTAL ISSUES

| | | | |
|---|---|---|---|
| 07/01/11 14 | Memo to client on status of access agreement<br>W. Hatfield | 0.1 | 43.50 |
| 07/06/11 22 | Review information regarding access agreement<br>A. Marchetta | 0.4 | 268.00 |
| 07/07/11 22 | Follow up regarding W. Hatfield e-mail regarding remediation<br>A. Marchetta | 0.4 | 268.00 |
| 07/07/11 14 | Respond to email from client on access issues and SOW for PA from URS; memos with C. Donovan on matter; review memos between client and C. Warren on PA and access issues and forward to case team<br>W. Hatfield | 0.6 | 261.00 |
| 07/07/11 22 | Email exchange with W. Hatfield; telephone conference with B. Medler.<br>C. Donovan | 0.2 | 92.00 |
| 07/08/11 14 | Review memos on access issues and PA from client; memos with C. Donovan on matter<br>W. Hatfield | 0.3 | 130.50 |
| 07/12/11 22 | Conference call with B. Medler regarding securing access from Amtrak.<br>C. Donovan | 0.5 | 230.00 |
| 07/13/11 14 | Memos from client with Roux data; memos with C. Donovan on access and Amtrak issues; communications with LSRP<br>W. Hatfield | 0.4 | 174.00 |
| 07/14/11 | Review and reply to memo from client on comments from CCNJ to NJDEP | | |

---

[2] Legend for Day Pitney LLP's fees:
22 = Environmental matters/regulations/litigation
14 = Case Administration, category 4

| | on historic fill guidance | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.2 | 87.00 |
| 07/19/11 | Follow up regarding remediation information with W. Hatfield | | |
| 14 | A. Marchetta | 0.3 | 201.00 |
| 07/20/11 | Review materials received from Amtrak. | | |
| 22 | C. Donovan | 0.2 | 92.00 |
| 07/20/11 | Memo from A. Marchetta on matter; memos with C. Donovan on access; memo to client on Amtrak issues; review reply; update A. Marchetta on access and path forward with Amtrak; review memo on access from client; reply to same and provide guidance on communications under LSRP | | |
| 14 | W. Hatfield | 0.6 | 261.00 |
| 07/20/11 | Conference with W. Hatfield regarding right of entry versus access agreement | | |
| 14 | A. Marchetta | 0.3 | 201.00 |
| 07/27/11 | Review and revise draft access letter; forward to client | | |
| 14 | W. Hatfield | 0.5 | 217.50 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| C. Donovan | 0.90 | 460.00 | 414.00 |
| W. Hatfield | 2.70 | 435.00 | 1,174.50 |
| A. Marchetta | 1.40 | 670.00 | 938.00 |
| TOTALS | 5.00 | | 2,526.50 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE (DISCOUNTED) |
|---|---|---|---|---|
| A. Marchetta | 14 | 0.6 | | |
| | 22 | 0.8 | 670.00 | 938.00 |
| C. Donovan | 22 | 0.9 | 460.00 | 414.00 |

3

| | | | | |
|---|---|---|---|---|
| W. Hatfield | 14 | 2.7 | 435.00 | 1,174.50 |
| | TOTAL | 5.0 | | 2,526.50 |

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

| | | | |
|---|---|---|---|
| 07/20/11 | Prepare Fortieth Quarterly Fee Application | | |
| B160 | J. Gates | 1.6 | 520.00 |
| 07/21/11 | Finalize and attend to filing of 40th Quarterly fee application; e-mails to/from L. Oberholzer | | |
| B160 | J. Gates | 0.4 | 130.00 |
| 07/31/11 | Draft fee application for May 2011 | | |
| B160 | J. Gates | 0.7 | 227.50 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| J. Gates | 2.70 | 325.00 | 877.50 |
| TOTALS | 2.70 | | 877.50 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE (DISCOUNTED) |
|---|---|---|---|---|
| J. Gates | B160 | 2.7 | 325.00 | 877.50 |
| | TOTAL | 2.7 | | 877.50 |

**FEES FOR THE FEE PERIOD**
**AUGUST 1, 2011 THROUGH AUGUST 31, 2011**

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

| 08/02/11 | Continue drafting Monthly Fee Application for May 2011; e-mail S. Zuber regarding same | | |
|---|---|---|---|
| B160 | J. Gates | 0.5 | 162.50 |
| 08/08/11 | Review and discuss with J. Gates DP's May 2011 Fee Application | | |
| B160 | S. Zuber | 0.2 | 105.00 |
| 08/08/11 | Phone call from S. Zuber regarding 116th Monthly Fee Application | | |
| B160 | J. Gates | 0.1 | 32.50 |
| 08/09/11 | Finalize and attend to filing Monthly Fee Application for May 2011 | | |
| B160 | J. Gates | 0.4 | 130.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| S. Zuber | 0.20 | 525.00 | 105.00 |
| J. Gates | 1.00 | 325.00 | 325.00 |
| TOTALS | 1.20 | | 430.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE (DISCOUNTED) |
|---|---|---|---|---|
| J. Gates | B160 | 1.0 | 325.00 | 325.00 |
| S. Zuber | B160 | 0.2 | 525.00 | 105.00 |
| TOTAL | | 1.2 | | 430.00 |

5