# **EXHIBIT C**

## SUMMARY OF EXPENSES FOR THE FEE PERIOD
## JULY 1, 2011 THROUGH SEPTEMBER 30, 2011

None.