# **EXHIBIT A**

# DuaneMorris

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
LAKE TAHOE
HO CHI MINH CITY

January 12, 2012

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001       Invoice# 1726238       IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 12/31/2011 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 2.20 hrs. at | $745.00 | /hr. = | $1,639.00 | |
| WS KATCHEN | OF COUNSEL | 1.50 hrs. at | $835.00 | /hr. = | $1,252.50 | |
| S LENKIEWICZ | PARALEGAL | 6.70 hrs. at | $175.00 | /hr. = | $1,172.50 | |
| | | | | | | $4,064.00 |

DISBURSEMENTS
COURT SEARCH SERVICE                                    $10.44
PRINTING & DUPLICATING                                  $110.00
TOTAL DISBURSEMENTS                                                     $120.44

BALANCE DUE THIS INVOICE                                                $4,184.44

D<small>UANE</small> M<small>ORRIS</small><small>LLP</small>

Duane Morris
January 12, 2012
Page 2

File # K0248-00001 INVOICE# 1726238
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 12/2/2011 | 012 | MR LASTOWSKI | REVIEW FEE AUDITOR FINAL REPORT | 0.20 | $149.00 |
| 12/5/2011 | 012 | S LENKIEWICZ | RECEIPT AND REVIEW OF NOVEMBER INVOICE | 0.20 | $35.00 |
| 12/28/2011 | 012 | S LENKIEWICZ | REVIEW NOVEMBER INVOICE (.2); PREPARE DUANE MORRIS 118TH MONTHLY FEE APPLICATION FOR NOVEMBER 2011 (.7); FINALIZE APPLICATION AND EXHIBIT AND EFILE SAME (.3); COORDINATE SERVICE OF SAME (.2) | 1.40 | $245.00 |
| | | | Code Total | 1.80 | $429.00 |

Duane Morris
January 12, 2012
Page 3

File # K0248-00001  INVOICE# 1726238
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 12/14/2011 | 013 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO SSL 41ST QUARTERLY (.1); PREPARE CERTIFICATE OF NO OBJECTION RE SAME (.2); EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.60 | $105.00 |
| 12/14/2011 | 013 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO CAPSTONE 30TH QUARTERLY (.1); PREPARE CERTIFICATE OF NO OBJECTION RE SAME (.2); EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.60 | $105.00 |
| 12/19/2011 | 013 | S LENKIEWICZ | RECEIPT OF CAPSTONE'S 92ND MONTHLY FEE APPLICATION AND REVISE NOTICE (.2); FINALIZE APPLICATION FOR EFILING (.2); EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.70 | $122.50 |
| 12/19/2011 | 013 | S LENKIEWICZ | RECEIPT OF CAPSTONE'S 93RD MONTHLY FEE APPLICATION AND REVISE NOTICE (.2); FINALIZE APPLICATION FOR EFILING (.2); EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.70 | $122.50 |
| 12/27/2011 | 013 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO SSL 127TH MONTHLY FEE APPLICATION (.1); PULL FEE APPLICATION PREPARE CERTIFICATE OF NO OBJECTION RE SAME (.3); EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.70 | $122.50 |
| 12/28/2011 | 013 | S LENKIEWICZ | RECEIPT OF SSL'S 128TH MONTHLY FEE APPLICATION AND FINALIZE NOTICE (.2); FINALIZE NOTICE, APPLICATION, EXHIBITS AND CERTIFICATE OF SERVICE FOR EFILING (.3); EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.80 | $140.00 |
| 12/29/2011 | 013 | S LENKIEWICZ | PREPARE CERTIFICATE OF SERVICE RE 2002 NOTICE PARTIES RE CAPSTONE'S 31ST QUARTERLY FEE APPLICATION (.2); FINALIZE NOTICE, APPLICATION, | 1.00 | $175.00 |

Duane Morris
January 12, 2012
Page 4

File # K0248-00001 INVOICE# 1726238
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| | | | CERTIFICATES OF SERVICE AND EXHIBITS FOR EFILING (.3); EFILE SAME (.2); COORDINATE SERVICE OF NOTICE (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | | |
| | | | Code Total | 5.10 | $892.50 |

Duane Morris
January 12, 2012
Page 5

File # K0248-00001                                                                                              INVOICE# 1726238
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 12/12/2011 | 015 | MR LASTOWSKI | REVIEW AGENDA NOTICE FOR 12/19/11 HEARING AND ITEMS IDENTIFIED THEREON | 1.60 | $1,192.00 |
| 12/19/2011 | 015 | MR LASTOWSKI | TELEPHONIC APPEARANCE AT OMNIBUS HEARING | 0.40 | $298.00 |
| | | | Code Total | 2.00 | $1,490.00 |

Duane Morris
January 12, 2012
Page 6

File # K0248-00001  INVOICE# 1726238
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 12/14/2011 | 016 | WS KATCHEN | EMERGENCY MOTION OF GALCOCH SEALING TO EXPEDITE BRIEFING (APPEAL) | 0.30 | $250.50 |
| | | | Code Total | 0.30 | $250.50 |

Case 01-01139-AMC   Doc 28464-1   Filed 02/03/12   Page 8 of 10

Duane Morris
January 12, 2012
Page 7

File # K0248-00001                                                                              INVOICE# 1726238
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 12/14/2011 | 025 | WS KATCHEN | DOCKET UPDATE AGENDA | 0.20 | $167.00 |
| 12/19/2011 | 025 | WS KATCHEN | REVIEW CONSOLIDATED RESPONSE, APPEAL TO DISTRICT COURT (GARLOCK) (.2); RESPONSE TO ACC APPELLEES (.1); RESPONSE OF CERTAIN LAW FIRMS (.1) | 0.40 | $334.00 |
| 12/19/2011 | 025 | WS KATCHEN | UPDATE DOCKET STATUS | 0.10 | $83.50 |
| 12/22/2011 | 025 | WS KATCHEN | REVIEW MOTION TO AUTHORIZE 2D AMENDMENT TO LC FACILITY (.2); REVIEW GARLOCK APPEAL BRIEF (.3) | 0.50 | $417.50 |
| | | | Code Total | 1.20 | $1,002.00 |
| | | | TOTAL SERVICES | 10.40 | $4,064.00 |

Duane Morris
January 12, 2012
Page 8

File # K0248-00001                                          INVOICE# 1726238
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|---|---|---|---|
| 12/31/2011 | COURT SEARCH SERVICE | | 10.44 |
| | | Total: | $10.44 |
| 12/31/2011 | PRINTING & DUPLICATING | | 110.00 |
| | | Total: | $110.00 |
| | | TOTAL DISBURSEMENTS | $120.44 |

Duane Morris
January 12, 2012
Page 9

File # K0248-00001                                                        INVOICE# 1726238
    W.R. GRACE & CO.

| TIMEKEEPER NO. | NAME | CLASS | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 02394 | MR LASTOWSKI | PARTNER | 2.20 | 745.00 | $1,639.00 |
| 02602 | WS KATCHEN | OF COUNSEL | 1.50 | 835.00 | $1,252.50 |
| 03723 | S LENKIEWICZ | PARALEGAL | 6.70 | 175.00 | $1,172.50 |
|  |  |  | 10.40 |  | $4,064.00 |