**EXHIBIT A**

# KRAMER LEVIN NAFTALIS & FRANKEL LLP

1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
PHONE 212.715.9100
FAX 212.715.8000

January 27, 2012

W.R. GRACE & CO. EQUITY COMMITTEE

When remitting,
please reference:
Invoice Number: 587379
056772

---

### CLIENT SUMMARY - 056772 - W.R. GRACE & CO. EQUITY COMMITTEE

#### 056772-00001/CASE ADMINISTRATION

| | |
|---|---|
| FEES.............................................................. | $67.00 |
| DISBURSEMENTS ......................................... | 61.39 |
| MATTER TOTAL............................................ | $128.39 |

#### 056772-00002/CREDITOR COMMITTEE

| | |
|---|---|
| FEES.............................................................. | $1,583.00 |
| DISBURSEMENTS ......................................... | 0.00 |
| MATTER TOTAL............................................ | $1,583.00 |

#### 056772-00008/FEE APPLICATIONS, APPLICANT

| | |
|---|---|
| FEES.............................................................. | $650.00 |
| DISBURSEMENTS ......................................... | 18.88 |
| MATTER TOTAL............................................ | $668.88 |

| | |
|---|---|
| CLIENT GRAND TOTAL................................. | $2,380.27 |

---

Amounts due may be remitted by wire transfer.

| | |
|---|---|
| To: | Citibank, N.A. |
| | Citicorp Center 153 E. 53rd Street NY, N.Y. 10043 |
| | ABA #021000089 |
| Account: | Kramer Levin Naftalis & Frankel LLP Money Market A\C 9992122019 |
| By Order of: | Invoice No. 587379 |
| Citibank Contact: | Gaetana Mauceli (212) 559-0165 |

TIME AND DISBURSEMENT AMOUNTS POSTED AFTER THE BILLING PERIOD SHOWN
ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE
CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.
TAX ID# 13-1944339

KL4 2328458.1

Kramer Levin Naftalis & Frankel LLP

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00001

January 27, 2012
Invoice No. 587379

## CASE ADMINISTRATION

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 12/22/11 | BLABEY, DAVID E | Review and summarize DIP motion for client. | 0.10 | 67.00 |
| **TOTAL HOURS AND FEES** | | | **0.10** | **$67.00** |

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|-------------|--------|
| LONG-DISTANCE TEL. | 36.51 |
| DOCUMENT RETRIEVAL FEES | 61.39 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$61.39** |

| | |
|-------------|--------|
| **TOTAL FOR THIS MATTER** | **$128.39** |

KL4 2328458.1

W.R. GRACE & CO. EQUITY COMMITTEE                              January 27, 2012
056772-00002                                                  Invoice No. 587379

## CREDITOR COMMITTEE

## DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 12/01/11 | BENTLEY, PHILIP | Trade emails re committee membership change | 0.20 | 166.00 |
| 12/02/11 | BENTLEY, PHILIP | Trade emails re committee issues | 0.10 | 83.00 |
| 12/06/11 | BLABEY, DAVID E | Call with equity holder re appellate issues. | 1.00 | 670.00 |
| 12/12/11 | BENTLEY, PHILIP | Multiple TCs D. Klauder and trade emails re committee membership change | 0.40 | 332.00 |
| 12/14/11 | BENTLEY, PHILIP | Trade emails re committee membership change | 0.10 | 83.00 |
| 12/16/11 | BENTLEY, PHILIP | Trade multiple emails re committee membership change | 0.30 | 249.00 |

**TOTAL HOURS AND FEES**                                      **2.10**   **$1,583.00**

**TOTAL FOR THIS MATTER**                     **$1,583.00**

Kramer Levin Naftalis & Frankel LLP

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00008

January 27, 2012
Invoice No. 587379

## FEE APPLICATIONS, APPLICANT

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 12/01/11 | BLABEY, DAVID E | Prepare fee application. | 0.50 | 335.00 |
| 12/21/11 | FRIEDMAN, JOSHUA | Drafting fee application | 0.60 | 315.00 |
| **TOTAL HOURS AND FEES** | | | **1.10** | **$650.00** |

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|-------------|--------|
| DOCUMENT RETRIEVAL FEES | 18.88 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$18.88** |

**TOTAL FOR THIS MATTER**                **$668.88**