**EXHIBIT B**

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE    1
Run Date & Time: 01/27/2012 16:44:10                 *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                              Orig Prtnr : CRED. RGTS    - 06975              Proforma Number:    3267697
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495             Bill Frequency: M
Matter Name : CASE ADMINISTRATION                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status         : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.10/w/o manu. services

                                              PRE-BILLING SUMMARY REPORT

      UNBILLED TIME FROM:                                          TO:
      UNBILLED DISB FROM:  12/27/2011                              TO:  12/31/2011

                              FEES                                     COSTS

  GROSS BILLABLE AMOUNT:                0.00                                     61.39
  AMOUNT WRITTEN DOWN:
             PREMIUM:
   ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
       AMOUNT BILLED:
           THRU DATE:                                                         12/31/2011
CLOSE MATTER/FINAL BILLING?   YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:  BENTLEY PHILIP - 02495       WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

                         ACCOUNTS RECEIVABLE TOTALS                              UNAPPLIED CASH

              FEES:                 0.00
     DISBURSEMENTS:                61.39          UNIDENTIFIED RECEIPTS:           0.00
       FEE RETAINER:                0.00             PAID FEE RETAINER:            0.00
      DISB RETAINER:                0.00            PAID DISB RETAINER:            0.00
  TOTAL OUTSTANDING:               61.39         TOTAL AVAILABLE FUNDS:            0.00
                                                       TRUST BALANCE:
                                                      BILLING HISTORY

DATE OF LAST BILL:     11/30/11              LAST PAYMENT DATE:         01/11/12
LAST BILL NUMBER:      581459  ACTUAL FEES BILLED TO DATE:         364,932.00
                                 ON ACCOUNT FEES BILLED TO DATE:         0.00
LAST BILL THRU DATE:   10/31/11          TOTAL FEES BILLED TO DATE:  364,932.00
                                         FEES WRITTEN OFF TO DATE:   85,704.00
                                        COSTS WRITTEN OFF TO DATE:   23,827.85

                            Write Down/Up Reason Codes:

FOR ACCTG USE ONLY:       (1) Exceeded Fixed Fee         (4) Excessive Legal Time      (7) Fixed Fee
                          (2) Late Time & Costs Posted   (5) Business Development      (8) Premium
                          (3) Pre-arranged Discount      (6) Summer Associate          (9) Rounding         (10) Client Arrangement

BILL NUMBER:          DATE OF BILL:          Processed by:                  FRC:                      CRC:
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE    2
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 01/27/2012 16:44:10

Matter No: 056772-00001                                              Orig Prtnr : CRED. RGTS    - 06975          Proforma Number: 3267697
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                       Status      : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y  ----------- Total Unbilled -----------
                                              Oldest       Latest        Total
Code Description                              Entry        Entry         Amount
---- -----------                              ------       ------        ------
0885 LONG-DISTANCE TEL.                       12/27/11     12/27/11       36.51
0972 DOCUMENT RETRIEVAL FEES                  12/31/11     12/31/11       24.88

          Total                                                           61.39


U N B I L L E D   C O S T S   D E T A I L
Description/Code                              Employee              Date          Amount        Index#     Batch No   Batch-Date
----------------                              --------              ----          ------        ------     --------   ----------

LONG-DISTANCE TEL. 0885
  PREMIERE CONFERENCING
  PREMIERE CONFERENCING                       BLABEY, D E           12/27/11        36.51       9528514    1174241    12/27/11

                                    0885 LONG-DISTANCE TEL. Total :             36.51

DOCUMENT RETRIEVAL FEES 0972
  DOCUMENT RETRIEVAL F
  Document Retrieval Fees                     PIZZARELLO, C         12/31/11        24.88       9538565    1181390    01/10/12

                                    0972 DOCUMENT RETRIEVAL F Total :           24.88


            Costs Total :                                                       61.39
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                         PAGE    3
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 01/27/2012 16:44:10


Matter No: 056772-00001                                              Orig Prtnr : CRED. RGTS    - 06975          Proforma Number:   3267697
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                       Status      : ACTIVE

BILLING   INSTRUCTIONS   FOR   UNBILLED   COSTS   SUMMARY
Code Description                Amount         Bill       W/o / W/u       Transfer To    Clnt/Mtr    Carry Forward
------------------------------  ----------    --------    ------------    ------------   --------    -------------

0885 LONG-DISTANCE TEL.          36.51
0972 DOCUMENT RETRIEVAL FEES     24.88

          Costs Total :          61.39
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    4
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 01/27/2012 16:44:10

Matter No: 056772-00008                          Orig Prtnr : CRED. RGTS    - 06975           Proforma Number:  3267697
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : FEE APPLICAT:KL, APPLICANT         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                     Status      : ACTIVE

Special Billing Instructions:

                                          PRE-BILLING SUMMARY REPORT

      UNBILLED TIME FROM:                                      TO:
      UNBILLED DISB FROM: 12/31/2011                           TO: 12/31/2011

                               FEES                                 COSTS

      GROSS BILLABLE AMOUNT:            0.00                         18.88
      AMOUNT WRITTEN DOWN:
                  PREMIUM:
         ON ACCOUNT BILLED:
   DEDUCTED FROM PAID RETAINER:
            AMOUNT BILLED:
                THRU DATE:                                     12/31/2011
   CLOSE MATTER/FINAL BILLING?  YES OR NO
   EXPECTED DATE OF COLLECTION:

   BILLING PARTNER APPROVAL:   BENTLEY PHILIP - 02495    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

   BILLING COMMENTS:


                                ACCOUNTS RECEIVABLE TOTALS                               UNAPPLIED CASH
                     FEES:                    0.00
             DISBURSEMENTS:                  18.88      UNIDENTIFIED RECEIPTS:              0.00
              FEE RETAINER:                   0.00         PAID FEE RETAINER:               0.00
            DISB RETAINER:                    0.00        PAID DISB RETAINER:               0.00
         TOTAL OUTSTANDING:                  18.88     TOTAL AVAILABLE FUNDS:               0.00
                                                             TRUST BALANCE:
                                                BILLING HISTORY

   DATE OF LAST BILL:       12/21/11         LAST PAYMENT DATE:                 01/11/12
   LAST BILL NUMBER:        583620   ACTUAL FEES BILLED TO DATE:               230,821.50
                                      ON ACCOUNT FEES BILLED TO DATE:                0.00
                                         TOTAL FEES BILLED TO DATE:            230,821.50
                                         FEES WRITTEN OFF TO DATE:              20,054.00
   LAST BILL THRU DATE:     11/30/11      COSTS WRITTEN OFF TO DATE:               944.50

FOR ACCTG USE ONLY:   Write Down/Up Reason Codes:

      (1) Exceeded Fixed Fee         (4) Excessive Legal Time      (7) Fixed Fee
      (2) Late Time & Costs Posted   (5) Business Development      (8) Premium
      (3) Pre-arranged Discount      (6) Summer Associate          (9) Rounding      (10) Client Arrangement

BILL NUMBER:_____  DATE OF BILL:_____  Processed by:_____  FRC:_____  CRC:_____
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    5
                                             *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 01/27/2012 16:44:10

Matter No: 056772-00008                              Orig Prtnr : CRED. RGTS       - 06975         Proforma Number:  3267697
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP   - 02495         Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                         Status        : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y  -----------  Total Unbilled  -----------
Code Description                              Oldest        Latest           Total
                                              Entry         Entry           Amount
                                              ---------     ---------     ---------
0972 DOCUMENT RETRIEVAL FEES                  12/31/11      12/31/11          18.88

               Total                                                          18.88


U N B I L L E D   C O S T S   D E T A I L
Description/Code                         Employee             Date             Amount     Index#    Batch No    Batch Date
---------------------                    --------             ----             ------     ------    --------    ----------

DOCUMENT RETRIEVAL FEES 0972
   DOCUMENT RETRIEVAL F                  PIZZARELLI, C        12/31/11          18.88     9538566   1181390     01/10/12
   Document Retrieval Fees

                                         0972 DOCUMENT RETRIEVAL F Total :      18.88


                            Costs Total :                                       18.88
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    6
                                              *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 01/27/2012 16:44:10

Matter No: 056772-00008                                            Orig Prtnr : CRED. RGTS      - 06975        Proforma Number:   3267697
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                    Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                    Status      : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description                Amount              Bill         W/o / W/u       Transfer To   Clnt/Mtr      Carry Forward
----------------------------    ---------           ----         ---------       ----------    --------      -------------

0972 DOCUMENT RETRIEVAL FEES       18.88

        Costs Total :              18.88
```