# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF DOCUMENT

Please be advised that on February 2, 2012, Saul Ewing LLP filed its Certification of No Objection to the Twenty Ninth Monthly Fee Application of Saul Ewing LLP, Co-Counsel to the Official Committee of Equity Security Holders, for Compensation and Reimbursement of Expenses for the Period November 1, 2011 through November 30, 2011 (the "CNO"; D.I. 28458). The CNO was filed with an incorrect type of .pdf file; therefore, the CNO is withdrawn. The CNO will be correctly re-filed with the filing of this Notice.

Dated: February 6, 2012                    SAUL EWING LLP

/s/ Teresa K.D. Currier
Teresa K.D. Currier (DE Bar No. 3080)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6826
Facsimile: (302) 421-5861

Co-Counsel to the Official Committee of Equity Security Holders

611411.1 2/6/12