IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: February 27, 2012 at 4:00pm. |

**SUMMARY APPLICATION OF KAYE SCHOLER LLP FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES
AS SPECIAL COUNSEL FOR INTELLECTUAL PROPERTY FOR W.R. GRACE &
CO., ET AL.,
THROUGH THE MONTHLY PERIOD OF December 31, 2011**

| | |
|---|---|
| Name *of Applicant*: | <u>**Kaye Scholer LLP**</u> |
| Authorized to Provide Professional Services to: | <u>**W. R. Grace & Co., et al., Debtors and Debtors-in-Possession**</u> |
| Date of Retention as Special Counsel for Intellectual Property | <u>**Retention Order entered April 7, 2010**</u> |
| Period for which compensation and reimbursement is sought | <u>**December 1, 2011 - December 31, 2011**</u> |
| Amount of Compensation sought as actual, reasonable and necessary: | <u>**$27,216.00**</u> |
| Amount of Expense Reimbursement sought | <u>**$127.80**</u> |

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville, Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc., (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation Gracoal, Inc., Gracoal II, Inc., Guantica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc., (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc., (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Applicant Kaye Scholer LLP submits this application for fees and expenses for the month of December 2011. This is the twentieth application for compensation for services that has been filed with the Bankruptcy Court by Kaye Scholer LLP. Previously, Kaye Scholer was appointed Ordinary Course Professional. On April 7, 2010, based on a motion made by Debtor on February 11, 2010, the Bankruptcy Court entered an order authorizing Kaye Scholer LLP to provide further services to Debtor as Special Counsel for Intellectual Property.

The monthly applications previously filed by Kaye Scholer LLP are shown in the following table:

| Period Covered | Date Filed | Requested Fees | Requested Disbursements |
|---|---|---|---|
| 01/01/2010-05/31/2010 | July 2, 2010 | $74,212.84 | $26.58 |
| 06/01/2010-06/30/2010 | July 28, 2010 | $6,707.61 | 0.00 |
| 07/01/2010-07/31/2010 | August 11, 2010 | $17,395.49 | $5.60 |
| 08/01/2010-08/31/2010 | September 21, 2010 | $15,779.61 | 0.00 |
| 09/01/2010-09/30/2010 | October 20, 2010 | $17,440.92 | $0.40 |
| 10/01/2010-10/31/2010 | November 8, 2010 | $13,194.09 | $0.20 |
| 11/01/2010-11/30/2010 | December 13, 2010 | $12,479.67 | $16.62 |
| 12/1/2010-12/31/2010 | January 21, 2011 | $11,062.17 | $0.60 |
| 01/01/11-02/25/2011 | February 1, 2011 | $10,682.28 | $0.00 |
| 01/01/2011-02/28/2011 | April 1, 2011 | $15,876.00 | $0.00 |
| 03/01/2011-03/31/2011 | May 3, 2011 | $20,791.89 | $16.07 |
| 04/01/2011-04/30/2011 | June 1, 2011 | $12,479.67 | $13.50 |
| 05/01/2011-05/31/2011 | June 28, 2011 | $13,222.44 | $37.25 |
| 06/01/2011-06/30/2011 | July 25, 2011 | $17,344.53 | $16.95 |
| 07/01/2011-07/31/2011 | September 1, 2011 | $13,182.75 | $1.34 |
| 08/01/2011-08/31/2011 | September 30, 2011 | $18,852.75 | $19.77 |
| 09/01/2011-09/30/2011 | October 14, 2011 | $27,924.75 | $14.70 |
| 10/1/2011-10/31/2011 | November 10, 2011 | $23,757.30 | $0.30 |
| 11/01/2011-11/30/2011 | December 13, 2011 | $41,118.84 | $12.13 |

During this fee period, Kaye Scholer LLP provided intellectual property services in connection with various matters, which are detailed in the attached fee schedules for the matters, and a procedural matter relating to preparation of petitions for submission to this court.

The Kaye Scholer professional who rendered the legal services during the fee period is:

| Name of Professional | Position with the Applicant | Year Admitted to Bar | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Generated |
|---|---|---|---|---|---|---|
| John P. Rynkiewicz | Counsel | 1981 | Intellectual Property | $567.00 | 48.00 | $27,216.00 |

Total Fees: $27,216.00

**WHEREFORE**, Applicant respectfully requests (a) that an allowance be made to it, as fully described above, for (i) 80% of the amount of $27,343.80 for reasonable and necessary professional services Applicant has rendered to the Debtors during the Fee period (December 1, 2011-December 31, 2011), and (b) that the fees are payable as administrative expenses of the Debtors' estates.

Respectfully submitted

Dated: February 3, 2012

John P. Rynkiewicz
Kaye Scholer LLP
901 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 682-3671
jrynkiewicz@kayescholer.com

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  W.R. Grace & Co-Conn.                              January 31, 2012
7500 Grace Drive
Columbia, Maryland 21004
Attn: Robert A. Maggio, Chief Patent Counsel

**RE:** General                                   **Invoice#:** 692924
**Our File Number:** 63812/0001
**Client Reference:** 100062                       **PAGE:**   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2011

|  |  | **Hours** |
|---|---|---|
| 12/01/2011 | Rynkiewicz, John P | 0.58 |
| | Review email from R. Maggio re intent to use TTAB decision; prepare guidance summary re Grace's filing of intent-to-use applications. | |
| 12/01/2011 | Rynkiewicz, John P | 0.75 |
| | Review Grace emails and information regarding new Grace applications in additional countries to cover GCP product line; assess other filing options, including Class 1; advise Grace re same. | |
| 12/02/2011 | Rynkiewicz, John P | 1.75 |
| | Beginning of month review, assess pending GRACE mark protection matters and issues, check status. | |
| 12/05/2011 | Rynkiewicz, John P | 1.25 |
| | Review grace emails and GCP additional requests for goods' descriptions to be added to new expanded GRACE application filings; review prior communications/issues re same. | |
| 12/07/2011 | Rynkiewicz, John P | 0.75 |
| | Review emails, prior GRACEVIT consent and edits to prior rights agreement. | |
| 12/09/2011 | Rynkiewicz, John P | 0.58 |
| | Review Grace email and inquiry regarding any issues in Del taco merger; review USPTO, DEL TACO regs., recorded assignments and agreements; provide detailed summary to R. Maggio re same. | |
| 12/13/2011 | Rynkiewicz, John P | 1.25 |
| | Review Grace correspondence and draft GRACEVIT consent from Malaysian agents; review, revise Consent with prior rights language in Grace's favor; send to Grace with email comments. | |

**KAYE SCHOLER LLP**

TO:   W.R. Grace & Co-Conn.                                    January 31, 2012

**RE:** General                                                      **Invoice#:** 692924
**Our File Number:** 63812/0001
**Client Reference:** 100062                                    **PAGE:**   2

---

| | | | |
|---|---|---|---:|
| 12/14/2011 | Rynkiewicz, John P | | 0.50 |
| | Emails re GRACEVIT consent; review executed document and prior communications. | | |
| 12/23/2011 | Rynkiewicz, John P | | 1.92 |
| | Review GRACE regs. in US, newer filings/regs; assess coverage of Core product lines; review series of prior emails re added GRACE regs, GCP goods/services; review related GRACE DAVISON marks. | | |
| 12/27/2011 | Rynkiewicz, John P | | 2.25 |
| | Month end, and year end review, updates and status check of multiple Grace trademark matters. | | |
| 12/29/2011 | Rynkiewicz, John P | | 2.42 |
| | Review of GRACE mark, protection, opposition and potential opposition issues; assess issues and deadlines; review multiple Grace and foreign agents' correspondence. | | |

Total Hours................. 14.00

Fees through 12/31/2011.................................... $7,938.00

\*------------------------------TIME AND FEE SUMMARY-------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 14.00 | $7,938.00 |
| Fees through 12/31/2011.............. | | 14.00 | $7,938.00 |

\*--------------------COSTS ADVANCED THROUGH 12/31/2011--------------------\*

| | |
|---|---|
| Duplicating | $0.30 |
| Total Costs through 12/31/2011........................ | $0.30 |

\*------------------------------OUTSTANDING BALANCE------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 628636 | 03/31/2010 | $440.43 |
| 628637 | 03/31/2010 | 1,690.79 |
| 637193 | 06/30/2010 | 3,978.07 |
| 639770 | 07/28/2010 | 813.08 |

# KAYE SCHOLER LLP

TO:    W.R. Grace & Co-Conn.                                              January 31, 2012

**RE:** General                                                          Invoice#: 692924
**Our File Number:** 63812/0001
**Client Reference:** 100062                                             **PAGE:**   3

| Invoice# | Date | Amount |
|----------|------|--------|
| 641101 | 08/10/2010 | 3,477.98 |
| 643967 | 09/09/2010 | 1,171.42 |
| 647685 | 10/18/2010 | 472.96 |
| 650334 | 11/04/2010 | 350.44 |
| 654086 | 12/10/2010 | 303.06 |
| 657770 | 01/19/2011 | 349.39 |
| 660963 | 02/28/2011 | 368.75 |
| 664046 | 03/31/2011 | 1,369.87 |
| 666733 | 04/30/2011 | 1,256.53 |
| 669550 | 05/31/2011 | 595.35 |
| 672317 | 06/27/2011 | 519.43 |
| 674217 | 07/15/2011 | 1,926.66 |
| 678864 | 08/31/2011 | 775.92 |
| 681371 | 09/29/2011 | 859.57 |
| 682892 | 10/13/2011 | 407.11 |
| 685356 | 11/07/2011 | 462.73 |
| 688457 | 12/12/2011 | 1,342.66 |
| Prior Balance Due............................................................ | | $22,932.20 |

| | |
|---|---|
| Fees this Invoice......................................................... | $7,938.00 |
| Costs this Invoice........................................................ | $0.30 |
| Total Due this Invoice................................................. | $7,938.30 |
| Prior Balance Due (from above)................................... | 22,932.20 |
| **TOTAL DUE**........................................................... | **$30,870.50** |

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0001
Invoice Number: 692924
Total Amount Due: $30,870.50

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  W.R. Grace & Co.-Conn                                     January 31, 2012
     7500 Grace Drive
     Columbia, Maryland 21044
     Attn: Robert A. Maggio, Esq.

**RE: I. GRACE Trademarks**                          **Invoice#:** 692925
**Our File Number: 63812/0003**
**Client Reference: 100063**                         **PAGE:**   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2011

|  |  | **Hours** |
|---|---|---|
| 12/05/2011 | Rynkiewicz, John P | 0.75 |
|  | Review I. Grace's voluntary amendment to the goods, TTAB receipt; check status of proceedings/settlement. |  |
| 12/07/2011 | Rynkiewicz, John P | 1.00 |
|  | Review communication from opposing counsel re signed settlement; review next issues in filed amendment to services as part of settlement agreement; research. |  |
| 12/15/2011 | Rynkiewicz, John P | 0.75 |
|  | Review service copy of I. Grace's voluntary amendment to the goods as per agreement; check on status of receipt of signed settlement agreement from opposing party; send email re same. |  |
| 12/19/2011 | Rynkiewicz, John P | 1.00 |
|  | Review settlement, status, next step Grace filing of dismissal. |  |
| 12/22/2011 | Rynkiewicz, John P | 1.25 |
|  | Review signed settlement and filed amendment to the goods/services filed with TTAB as part of settlement; check status of proceeding. |  |

Total Hours................. 4.75

Fees through 12/31/2011.................................... $2,693.25

*--------------------------------TIME AND FEE SUMMARY--------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 4.75 | $2,693.25 |
| Fees through 12/31/2011.............. | | 4.75 | $2,693.25 |

# KAYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                                    January 31, 2012

**RE:** I. GRACE Trademarks                                     **Invoice#:** 692925
**Our File Number:** 63812/0003
**Client Reference:** 100063                                    **PAGE:**   2

\*-----------------------COSTS ADVANCED THROUGH 12/31/2011-----------------------\*

Duplicating                                                          $0.50

Total Costs through 12/31/2011.........................    $0.50

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date | Amount |
|----------|------|--------|
| 623146 | 01/28/2010 | $406.98 |
| 628638 | 03/31/2010 | 435.46 |
| 628639 | 03/31/2010 | 605.56 |
| 637194 | 06/30/2010 | 1,485.54 |
| 639771 | 07/28/2010 | 349.27 |
| 643965 | 09/09/2010 | 453.60 |
| 647687 | 10/18/2010 | 481.95 |
| 650336 | 11/04/2010 | 501.23 |
| 654087 | 12/10/2010 | 283.50 |
| 657771 | 01/19/2011 | 510.30 |
| 660985 | 02/28/2011 | 425.25 |
| 664048 | 03/31/2011 | 274.43 |
| 669551 | 05/31/2011 | 302.78 |
| 674218 | 07/15/2011 | 217.72 |
| 678869 | 08/31/2011 | 907.20 |
| 681372 | 09/29/2011 | 1,454.92 |
| 682893 | 10/13/2011 | 1,529.77 |
| 685362 | 11/07/2011 | 935.55 |
| 688458 | 12/12/2011 | 1,354.15 |

Prior Balance Due.......................................................    $12,915.16

**KAYE SCHOLER LLP**

TO:   W.R. Grace & Co.-Conn                          January 31, 2012

**RE:** I. GRACE Trademarks                          **Invoice#:** 692925
**Our File Number:** 63812/0003
**Client Reference:** 100063                          **PAGE:**   3

---

Fees this Invoice..............................................................   $2,693.25
Costs this Invoice.............................................................     $0.50
Total Due this Invoice.......................................................   $2,693.75
Prior Balance Due (from above)...........................................   12,915.16

**TOTAL DUE**.................................................................   **$15,608.91**

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

# **KAYE SCHOLER LLP**

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0003
Invoice Number: 692925
Total Amount Due: $15,608.91

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co.-Conn                                     January 31, 2012
      7500 Grace Drive
      Columbia, Maryland 21044
      Attn: Robert A. Maggio, Esq.

**RE:** Power Grace                                         **Invoice#:** 692926
**Our File Number:** 63812/0019
**Client Reference:** 100067                                   **PAGE:**   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2011

|  |  | **Hours** |
|---|---|---|
| 12/05/2011 | Rynkiewicz, John P | 4.42 |
| | Review Grace email and request for assistance/review in  two Indian trademark oppositions against Trade Mark: POWER GRACE - Application No. 1678333 in Class 1 and Application No. 1678334 in Class 2; review letter from Indian agents; review draft Grace Affidavits, evidence, arguments, cover sheets; revise and edit; research; review  Grace website and core businesses; review US applications and regs. and edit both sets of Affidavits; send to Grace. | |
| 12/08/2011 | Rynkiewicz, John P | 1.25 |
| | Review Grace email, changed affidavits and documents for Indian proceedings; review series of prior communications re same; re-read suggested changes and confirm no others. | |
| 12/20/2011 | Rynkiewicz, John P | 1.00 |
| | Review files, evidence and series of prior communications regarding Indian proceedings. | |
| 12/27/2011 | Rynkiewicz, John P | 0.83 |
| | Review Indian oppositions, issues and series of prior communications; check status and any open issues in filed oppositions. | |

Total Hours................. 7.50

Fees through 12/31/2011..................................... $4,252.50

# KAYE SCHOLER LLP

TO:   W.R. Grace & Co.-Conn

January 31, 2012

**RE:** Power Grace
**Our File Number:** 63812/0019
**Client Reference:** 100067

**Invoice#:** 692926

**PAGE:**   2

*--------------------------------TIME AND FEE SUMMARY--------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 7.50 | $4,252.50 |
| Fees through 12/31/2011............... | | 7.50 | $4,252.50 |

*--------------------------------OUTSTANDING BALANCE--------------------------------*

| Invoice# | Date | Amount |
|---|---|---|
| 623147 | 01/28/2010 | $396.27 |
| 628641 | 03/31/2010 | 340.20 |
| 639774 | 07/28/2010 | 65.77 |
| 643963 | 09/09/2010 | 444.53 |
| 647688 | 10/18/2010 | 340.20 |
| 650338 | 11/04/2010 | 85.05 |
| 660989 | 02/28/2011 | 633.91 |
| 664051 | 03/31/2011 | 349.27 |
| 666739 | 04/30/2011 | 1,297.05 |
| 669553 | 05/31/2011 | 728.03 |
| 672309 | 06/27/2011 | 105.89 |
| 682894 | 10/13/2011 | 264.22 |
| 685364 | 11/07/2011 | 1,171.42 |
| 688459 | 12/12/2011 | 434.32 |
| Prior Balance Due........................................ | | $6,656.13 |

| | |
|---|---|
| Fees this Invoice.......................................................... | $4,252.50 |
| Total Due this Invoice.................................................. | $4,252.50 |
| Prior Balance Due (from above)................................. | 6,656.13 |
| **TOTAL DUE..........................................................** | **$10,908.63** |

**Please remit payment within thirty (30) days.**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0019
Invoice Number: 692926
Total Amount Due: $10,908.63

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co.-Conn                          January 31, 2012
      Legal Department
      7500 Grace Drive
      Columbia, Maryland 21044
      Attn: Robert A. Maggio, Esq.


RE: Special Counsel                          Invoice#: 692932
**Our File Number:** 63812/0108
**Client Reference:** 100071                   PAGE:   1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2011

---

|  |  | Hours |
|---|---|---|
| 12/08/2011 | Rynkiewicz, John P | 0.42 |
|  | Review series of prior fee payment submissions to Delaware firm; email and check on issued CNO's. |  |
| 12/15/2011 | Rynkiewicz, John P | 0.25 |
|  | Prepare and finalize Special Counsel invoices, send to Pachulsky form for court filing. |  |
| 12/30/2011 | Rynkiewicz, John P | 0.75 |
|  | Year-end review of Special Counsel issues, billings; review series of prior emails re bills, payments and status with Grace AP and legal. |  |
|  | Total Hours................. | 1.42 |

Fees through 12/31/2011....................................   $805.14


\*------------------------------TIME AND FEE SUMMARY------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 1.42 | $805.14 |
| Fees through 12/31/2011.............. |  | 1.42 | $805.14 |


\*------------------------------OUTSTANDING BALANCE------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 628642 | 03/31/2010 | $484.20 |
| 637196 | 06/30/2010 | 1,008.17 |
| 643961 | 09/09/2010 | 321.37 |

# KAYE SCHOLER LLP

TO:   W.R. Grace & Co.-Conn                                      January 31, 2012

**RE:** Special Counsel                                          **Invoice#:** 692932
**Our File Number:** 63812/0108
**Client Reference:** 100071                                     **PAGE:**   2

| Invoice# | Date | Amount |
|---|---|---|
| 647689 | 10/18/2010 | 217.65 |
| 650341 | 11/04/2010 | 180.31 |
| 654089 | 12/10/2010 | 528.44 |
| 660967 | 02/28/2011 | 94.12 |
| 664052 | 03/31/2011 | 75.98 |
| 666741 | 04/30/2011 | 189.38 |
| 669561 | 05/31/2011 | 122.47 |
| 672310 | 06/27/2011 | 131.54 |
| 674222 | 07/15/2011 | 56.70 |
| 678870 | 08/31/2011 | 65.77 |
| 681374 | 09/29/2011 | 104.33 |
| 682895 | 10/13/2011 | 47.63 |
| 685365 | 11/07/2011 | 65.77 |
| 688460 | 12/12/2011 | 95.26 |
| Prior Balance Due................................................... | | $3,789.09 |

| | |
|---|---|
| Fees this Invoice.......................................................... | $805.14 |
| Total Due this Invoice................................................. | $805.14 |
| Prior Balance Due (from above)................................. | 3,789.09 |
| **TOTAL DUE**.......................................................... | **$4,594.23** |

**Please remit payment within thirty (30) days.**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0108
Invoice Number: 692932
Total Amount Due: $4,594.23

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co.-Conn                           January 31, 2012
      7500 Grace Drive
      Columbia, Maryland 21044
      Attn: Robert A. Maggio, Esq.

**RE:** Trademark Watches                       **Invoice#:** 692935
**Our File Number:** 63812/0111            **PAGE:** 1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2011

|  |  | **Hours** |
|---|---|---|
| 12/02/2011 | Rynkiewicz, John P | 0.42 |
|  | Review Grace email; review J. Isern agent's letter and potential opposition of LAIA GRACE; assess confusion; advise Grace re potential opposition. | |
| 12/02/2011 | Rynkiewicz, John P | 0.50 |
|  | Review Grace email and issue re GRACE INTEGRITY CTM applic and whether to oppose; review foreign agent Kemp's letter;  assess confusion; advise Grace re possible action. | |
| 12/06/2011 | Rynkiewicz, John P | 0.75 |
|  | Review Grace email, request for guidance and Corsearch Federal Watching Notice (GRACE) dtd December 6, 2011; assess marks and confusion; added research and review of USPTO records; send email and advise Grace. | |
| 12/13/2011 | Rynkiewicz, John P | 0.75 |
|  | Review Grace email and report from Corsearch dated December 13, 2011; research; assess possible GRACE mark confusion; advise Grace re same. | |

Total Hours................. 2.42

Fees through 12/31/2011.................................... $1,372.14

*------------------------------TIME AND FEE SUMMARY------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 2.42 | $1,372.14 |
| Fees through 12/31/2011............... | | 2.42 | $1,372.14 |

**KAYE SCHOLER LLP**

TO:   W.R. Grace & Co.-Conn                                    January 31, 2012

RE: Trademark Watches                                          Invoice#: 692935
Our File Number: 63812/0111                                    PAGE:   2

\*------------------------------OUTSTANDING BALANCE------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 647691 | 10/18/2010 | $802.87 |
| 650345 | 11/04/2010 | 368.55 |
| 654090 | 12/10/2010 | 520.51 |
| 657773 | 01/19/2011 | 435.46 |
| 660996 | 02/28/2011 | 141.75 |
| 664053 | 03/31/2011 | 471.74 |
| 666742 | 04/30/2011 | 595.35 |
| 669562 | 05/31/2011 | 444.53 |
| 672316 | 06/27/2011 | 481.95 |
| 674223 | 07/15/2011 | 207.52 |
| 678872 | 08/31/2011 | 368.55 |
| 681377 | 09/29/2011 | 349.27 |
| 682905 | 10/13/2011 | 831.22 |
| 685366 | 11/07/2011 | 481.95 |
| 688461 | 12/12/2011 | 396.90 |
| Prior Balance Due............................................................. | | $6,898.12 |

| | | |
|---|---|---|
| Fees this Invoice............................................................. | | $1,372.14 |
| Total Due this Invoice...................................................... | | $1,372.14 |
| Prior Balance Due (from above)...................................... | | 6,898.12 |
| **TOTAL DUE**............................................................. | | **$8,270.26** |

**Please remit payment within thirty (30) days.**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0111
Invoice Number: 692935
Total Amount Due: $8,270.26

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co.-Conn                                   January 31, 2012
      7500 Grace Drive
      Columbia, Maryland 21044
      Attn: Robert A. Maggio, Esq.

**RE:** Potential Trademark Oppositions              **Invoice#:** 692936
**Our File Number:** 63812/0112                        **PAGE:**  1

---

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2011

|  |  | Hours |
|---|---|---|
| 12/16/2011 | Rynkiewicz, John P | 1.75 |
|  | Review multiple emails, agents' letters/emails and possible GRACE oppositions; check status; research; assess legal actions. | |
|  | Total Hours................. | 1.75 |
|  | Fees through 12/31/2011.................................... | $992.25 |

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 1.75 | $992.25 |
| Fees through 12/31/2011............... | | 1.75 | $992.25 |

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 647693 | 10/18/2010 | $963.90 |
| 650352 | 11/04/2010 | 462.67 |
| 654091 | 12/10/2010 | 472.88 |
| 657778 | 01/19/2011 | 198.45 |
| 660997 | 02/28/2011 | 302.66 |
| 664054 | 03/31/2011 | 633.91 |
| 666743 | 04/30/2011 | 299.56 |
| 669563 | 05/31/2011 | 198.45 |
| 672313 | 06/27/2011 | 283.50 |
| 678873 | 08/31/2011 | 94.12 |

# KAYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                                    January 31, 2012

**RE:** Potential Trademark Oppositions                         **Invoice#: 692936**
**Our File Number: 63812/0112**                                **PAGE:   2**

| Invoice# | Date | Amount |
|----------|------|--------|
| 681381 | 09/29/2011 | 784.73 |
| 682906 | 10/13/2011 | 311.85 |
| 685367 | 11/07/2011 | 264.22 |
| 688462 | 12/12/2011 | 113.40 |
| Prior Balance Due.......................................................................... | | $5,384.30 |

| | |
|---|---|
| Fees this Invoice............................................................... | $992.25 |
| Total Due this Invoice....................................................... | $992.25 |
| Prior Balance Due (from above)................................................. | 5,384.30 |
| **TOTAL DUE**.......................................................................... | **$6,376.55** |

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0112
Invoice Number: 692936
Total Amount Due: $6,376.55

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co.-Conn                              January 31, 2012
      7500 Grace Drive
      Columbia, Maryland 21044
      Attn: Robert A. Maggio, Esq.

**RE:** Grace of New York                    **Invoice#:** 692939
**Our File Number:** 63812/0113                  **PAGE:**   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2011

|  |  | **Hours** |
|---|---|---|
| 12/20/2011 | Rynkiewicz, John P | 0.92 |
|  | Review TM application, potential opposition, issues. |  |
| 12/22/2011 | Rynkiewicz, John P | 0.75 |
|  | Review TM issues and possible opposition. |  |
| 12/30/2011 | Rynkiewicz, John P | 0.83 |
|  | Review mark and applic for possible opposition/cancellation action; assess options, likelihood of success. |  |

Total Hours................ 2.50

Fees through 12/31/2011.................................... $1,417.50

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 2.50 | $1,417.50 |
| Fees through 12/31/2011............... |  | 2.50 | $1,417.50 |

\*----------------------------OUTSTANDING BALANCE----------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 674224 | 07/15/2011 | $491.02 |
| 678874 | 08/31/2011 | 141.75 |
| 681384 | 09/29/2011 | 104.33 |
| 682907 | 10/13/2011 | 56.70 |
| 685368 | 11/07/2011 | 396.90 |
| 688463 | 12/12/2011 | 349.27 |

**K**AYE SCHOLER LLP

TO:   W.R. Grace & Co.-Conn                       January 31, 2012

**RE:** Grace of New York                    **Invoice#:** 692939
**Our File Number:** 63812/0113            **PAGE:**   2

| | |
|---|---|
| Prior Balance Due............................................................... | $1,539.97 |
| Fees this Invoice............................................................ | $1,417.50 |
| Total Due this Invoice.................................................. | $1,417.50 |
| Prior Balance Due (from above).................................. | 1,539.97 |
| **TOTAL DUE**............................................................... | **$2,957.47** |

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672823

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0113
Invoice Number: 692939
Total Amount Due: $2,957.47

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  W.R. Grace & Co.-Conn                                    January 31, 2012
     7500 Grace Drive
     Columbia, Maryland 21044
     Attn: Robert A. Maggio, Esq.

**RE: BELL GRACE**                              **Invoice#: 692940**
**Our File Number: 63812/0114**                      **PAGE:   1**

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2011

---

| | | **Hours** |
|---|---|---|
| 12/09/2011 | Rynkiewicz, John P | 1.75 |
| | Review applic., potential opposition; review decision in Letter of Protest; assess options, next steps; review Opposition proceeding likelihood and success. | |
| 12/13/2011 | Rynkiewicz, John P | 0.75 |
| | Check on status of BELL GRACE Protest; request Jennison visit to USPTO Administrator for status inquiry and to expedite. | |
| 12/14/2011 | Rynkiewicz, John P | 0.75 |
| | Review applic., filed Protest; check on status; review decision from USPTO; assess options and next steps. | |
| 12/29/2011 | Rynkiewicz, John P | 1.83 |
| | Review potential opposition deadline; asses option; review USPTO decision in Letter of Protest; review grounds for opposition and likelihood of success. | |

Total Hours................  5.08

Fees through 12/31/2011....................................  $2,880.36


\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $567.00 | 5.08 | $2,880.36 |
| Fees through 12/31/2011............... | | 5.08 | $2,880.36 |

**KAYE SCHOLER LLP**

TO:    W.R. Grace & Co.-Conn                              January 31, 2012

**RE: BELL GRACE**                                       **Invoice#: 692940**
**Our File Number: 63812/0114**                          **PAGE:   2**

---

\*-----------------------COSTS ADVANCED THROUGH 12/31/2011-----------------------\*

| | |
|---|---|
| Corp. Filings & Searches | $127.00 |
| Total Costs through 12/31/2011......................... | $127.00 |

\*-----------------------------OUTSTANDING BALANCE-----------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 674225 | 07/15/2011 | $472.87 |
| 678875 | 08/31/2011 | 141.75 |
| 681386 | 09/29/2011 | 81.10 |
| 682908 | 10/13/2011 | 56.70 |
| 685369 | 11/07/2011 | 368.55 |
| 688465 | 12/12/2011 | 3,458.70 |
| Prior Balance Due........................................... | | $4,579.67 |

| | |
|---|---|
| Fees this Invoice......................................................... | $2,880.36 |
| Costs this Invoice........................................................ | $127.00 |
| Total Due this Invoice.................................................. | $3,007.36 |
| Prior Balance Due (from above)................................... | 4,579.67 |
| **TOTAL DUE**............................................................ | **$7,587.03** |

**Please remit payment within thirty (30) days.**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0114
Invoice Number: 692940
Total Amount Due: $7,587.03

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co.-Conn                                    January 31, 2012
      7500 Grace Drive
      Columbia, Maryland 21044
      Attn: Robert A. Maggio, Esq.


**RE: Dorazio Enterprises**                          **Invoice#: 692941**
**Our File Number: 63812/0115**                         **PAGE:   1**

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2011

---

|            |                                                                                                                                                                                                           | **Hours** |
|------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
| 12/12/2011 | Rynkiewicz, John P                                                                                                                                                                                         | 1.33      |
|            | Review potential GRACE objection/opposition issues.                                                                                                                                                       |           |
| 12/30/2011 | Rynkiewicz, John P                                                                                                                                                                                         | 1.75      |
|            | Review GRACE logo mark; check USPTO status; assess possible opposition/cancellation action at PTO; review and compare goods/services/businesses; search website and investigate possible uses of mark by Dorazio. |           |

Total Hours.................  3.08

Fees through 12/31/2011.....................................  $1,746.36


\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|                     | Rate       | Hours | Fees       |
|---------------------|------------|-------|------------|
| Rynkiewicz, John P  | $567.00    | 3.08  | $1,746.36  |
| Fees through 12/31/2011...............  |  | 3.08  | $1,746.36  |


\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date       | Amount     |
|----------|------------|------------|
| 682909   | 10/13/2011 | $586.28    |
| 685372   | 11/07/2011 | 255.15     |
| 688466   | 12/12/2011 | 577.21     |
| Prior Balance Due................................................................ | | $1,418.64 |

# KAYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                                January 31, 2012

**RE: Dorazio Enterprises**                                **Invoice#:** 692941
**Our File Number:** 63812/0115                            **PAGE:**   2

---

| | |
|---|---|
| Fees this Invoice........................................................................ | $1,746.36 |
| Total Due this Invoice............................................................... | $1,746.36 |
| Prior Balance Due (from above)................................................ | 1,418.64 |
| **TOTAL DUE**........................................................................ | **$3,165.00** |

**Please remit payment within thirty (30) days.**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0115
Invoice Number: 692941
Total Amount Due: $3,165.00

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co.-Conn.                                   January 31, 2012
      7500 Grace Drive
      Columbia, Maryland 21044
      Attn: Robert A. Maggio, Chief Patent Counsel

RE: Davison Silica                                  **Invoice#:** 692942
**Our File Number:** 63812/3001
**Client Reference:** 100074                         **PAGE:**   1

---

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 12/31/2011

|            |                                                                                                                                                              | **Hours** |
|------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
| 12/02/2011 | Rynkiewicz, John P                                                                                                                                            | 2.25      |
|            | Multiple emails to/from Grace re PERSEUS trademark, US and foreign searches; review results and search documents; preliminary comments and review of US issues  (GRACE - SCPT). |           |
| 12/22/2011 | Rynkiewicz, John P                                                                                                                                            | 1.75      |
|            | Review USPTO database, DAVISON regs. and coverage of Davison units; assess need for additional DAVISON applics in US; review DAVISON marks in Canada.          |           |

Total Hours................. 4.00

Fees through 12/31/2011....................................   $2,268.00

*-------------------------------TIME AND FEE SUMMARY-------------------------------*

|                    | Rate     | Hours | Fees      |
|--------------------|----------|-------|-----------|
| Rynkiewicz, John P | $567.00  | 4.00  | $2,268.00 |
| Fees through 12/31/2011............... | | 4.00 | $2,268.00 |

*-------------------------------OUTSTANDING BALANCE-------------------------------*

| **Invoice#** | **Date**   | **Amount** |
|--------------|------------|------------|
| 623151       | 01/28/2010 | $208.25    |
| 628646       | 03/31/2010 | 75.98      |
| 628647       | 03/31/2010 | 113.40     |
| 637201       | 06/30/2010 | 476.65     |

# KAYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn.                                    January 31, 2012

**RE:** Davison Silica                                    **Invoice#:** 692942
**Our File Number:** 63812/3001
**Client Reference:** 100074                            **PAGE:**   2

| Invoice# | Date | Amount |
|---|---|---|
| 639773 | 07/28/2010 | 113.40 |
| 643962 | 09/09/2010 | 311.85 |
| 647696 | 10/18/2010 | 161.03 |
| 650356 | 11/04/2010 | 161.03 |
| 672314 | 06/27/2011 | 311.85 |
| 678876 | 08/31/2011 | 85.05 |
| 682914 | 10/13/2011 | 170.10 |
| 685376 | 11/07/2011 | 198.45 |
| Prior Balance Due........................................................... | | $2,387.04 |

| | |
|---|---|
| Fees this Invoice........................................................... | $2,268.00 |
| Total Due this Invoice.................................................. | $2,268.00 |
| Prior Balance Due (from above)................................. | 2,387.04 |
| **TOTAL DUE**.............................................................. | **$4,655.04** |

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/3001
Invoice Number: 692942
Total Amount Due: $4,655.04

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co-Conn.                                    January 31, 2012
      7500 Grace Drive
      Columbia, Maryland 21004
      Attn: Robert A. Maggio, Chief Patent Counsel

**RE:** Davison FCC                                    **Invoice#:** 692943
**Our File Number:** 63812/3002
**Client Reference:** 100075                            **PAGE:**   1

---

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2011

|  |  | **Hours** |
|---|---|---:|
| 12/20/2011 | Rynkiewicz, John P | 0.75 |
|  | Review Grace email and message; call Grace and provide preliminary advice re use of specimens; review invoices for REDUCER, W-6081 REMEDY, W-6083; and REACTOR - W-6080 and assess acceptable trademark use. |  |
| 12/21/2011 | Rynkiewicz, John P | 0.42 |
|  | Emails to/from T. Hunter; calls; review issues re invoice use as specimens. |  |
| 12/30/2011 | Rynkiewicz, John P | 0.33 |
|  | Review ENCORE US applic., published status and current status during Opposition period. |  |

Total Hours................ 1.50

Fees through 12/31/2011.................................... $850.50

*-------------------------------TIME AND FEE SUMMARY-------------------------------*

|  | Rate | Hours | Fees |
|---|---:|---:|---:|
| Rynkiewicz, John P | $567.00 | 1.50 | $850.50 |
| Fees through 12/31/2011............... | | 1.50 | $850.50 |

Fees this Invoice........................................................... $850.50

**Total Due this Invoice..........................................................** **$850.50**

**Please remit payment within thirty (30) days.**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/3002
Invoice Number: 692943
Total Amount Due: $850.50

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.