**EXHIBIT A**
(Fee Detail)

## FEES

| | |
|---|---:|
| **LITIGATION AND LITIGATION CONSULTING** | $10,684.00 |
| **FEE APPLICATION – APPLICANT** | $875.00 |
| **TOTAL FEES** | $11,559.00 |

# CASNER & EDWARDS, LLP

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

January 27, 2012
Bill Number 142060
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re:   Litigation and Litigation Consulting

**LEGAL SERVICES**

THROUGH DECEMBER 31, 2011

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 12/01/11 | ARA | Quality control documents in the production set. | 3.70 Hrs | 499.50 |
| 12/02/11 | MTM | Telephone call from Armes re: request to review Winthrop Square for Masonry Fill documents (.2); leave message for in-house counsel re: same (.1); telephone call to Armes and ARA re: same (.2). | 0.50 Hrs | 150.00 |
| 12/02/11 | ARA | Quality control documents in the production set (4.5). Telephone calls from MTM re: document production (.2); prepare for production (.5). | 5.20 Hrs | 702.00 |
| 12/05/11 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.20 Hrs | 70.00 |
| 12/05/11 | MTM | Telephone call from Armes re: information from ledgers (.1); telephone call to ARA re: locating ledger code translation packet (.1); telephone call to Armes re: same (.1) | 0.30 Hrs | 90.00 |
| 12/05/11 | ARA | Monitor document production re: Philadelphia Masonry Fill case. | 7.00 Hrs | 945.00 |

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re: Litigation and Litigation Consulting

THROUGH DECEMBER 31, 2011

| Date | Atty | Description | Time | Amount |
|---|---|---|---:|---:|
| 12/06/11 | RAM | Read selected documents filed in bankruptcy court. | 0.40 Hrs | 140.00 |
| 12/06/11 | MTM | Receipt and review of draft document authentication affidavit from Armes (.1); email to him re: same (.1); telephone call from Armes re: affidavit (.1); email and telephone call to in-house counsel re: same (.1); telephone call from in-house counsel re: independent licensee agreements (.1); telephone call to ARA re: same (.1). | 0.60 Hrs | 180.00 |
| 12/06/11 | ARA | Monitor document production re: Philadelphia Masonry Fill case (7.2). Per telephone call from MTM, search for Licensee Agreements in specific licensee binders; telephone call to MTM re: same (.5). | 7.70 Hrs | 1,039.50 |
| 12/07/11 | MTM | Conference with ARA re: review of licensing agreements, per request of in-house counsel (.4); telephone call to in-house counsel re: same and re: document review at Winthrop Square in Masonry Fill case (.3). Telephone call from Armes re: Winthrop Square document review (.2); telephone call from ARA re: request from Armes for copies of ledger codes translation packet (.3); email copies of documents tagged by Armes to in-house counsel (.2). | 1.40 Hrs | 420.00 |
| 12/07/11 | ARA | Search for and locate Licensee binders (.9); produce and discuss Licensee Agreements with MTM (.4). Telephone call from M. Armes and telephone call to MTM re: documents to be copied (.5); prepare documents to be copied (2.4); receipt of documents from copy service and telephone conference with MTM re: same (.6). Quality control property damage ledgers (.5). | 5.30 Hrs | 715.50 |
| 12/07/11 | ARA | Document control. | 1.00 Hrs | 85.00 |
| 12/08/11 | ARA | Quality control licensee binders (1.1). Quality control property damage binders (4.3). | 5.40 Hrs | 729.00 |
| 12/08/11 | ARA | Document control. | 0.20 Hrs | 17.00 |
| 12/09/11 | ARA | Quality control property damage ledgers. | 1.30 Hrs | 175.50 |
| 12/12/11 | ARA | Quality control property damage ledgers. | 6.00 Hrs | 810.00 |

**CASNER & EDWARDS, LLP**
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

THROUGH DECEMBER 31, 2011

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 12/13/11 | ARA | Quality control property damage ledgers. | 6.00 Hrs | 810.00 |
| 12/14/11 | ARA | Quality control property damage ledgers. | 3.50 Hrs | 472.50 |
| 12/16/11 | ARA | Quality control property damage ledgers. | 2.10 Hrs | 283.50 |
| 12/19/11 | ARA | Quality control property damage ledgers. | 5.40 Hrs | 729.00 |
| 12/21/11 | RAM | Read updated bankruptcy court docket entries to select documents to read. Read selected documents filed in bankruptcy court. | 0.20 Hrs | 70.00 |
| 12/21/11 | ARA | Quality control property damage ledgers. | 4.40 Hrs | 594.00 |
| 12/21/11 | ARA | Document control. | 1.50 Hrs | 127.50 |
| 12/22/11 | ARA | Quality control property damage ledgers. | 2.20 Hrs | 297.00 |
| 12/22/11 | ARA | Document control. | 0.50 Hrs | 42.50 |
| 12/23/11 | ARA | Quality control property damage ledgers. | 2.50 Hrs | 337.50 |
| 12/29/11 | ARA | Quality control property damage ledgers. | 0.50 Hrs | 67.50 |
| 12/29/11 | ARA | Document control. | 1.00 Hrs | 85.00 |

TOTAL LEGAL SERVICES     $10,684.00

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 0.80 | 350.00 | 280.00 |
| Matthew T. Murphy | 2.80 | 300.00 | 840.00 |
| Angela R. Anderson | 68.20 | 135.00 | 9,207.00 |
| Angela R. Anderson | 4.20 | 85.00 | 357.00 |
| | 76.00 | | $10,684.00 |

TOTAL THIS BILL     $10,684.00

Page 3

# CASNER & EDWARDS, LLP

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

January 27, 2012
Bill Number 142059
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re:   Fee Applications, Applicant

## LEGAL SERVICES

THROUGH DECEMBER 31, 2011

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 12/04/11 | RAM | Read Fee Auditor's Amended Combined Final Report for 41st Interim Period. | 0.10 Hrs | 35.00 |
| 12/07/11 | RAM | Finalize October fee application and send it to in-house counsels to review. | 0.30 Hrs | 105.00 |
| 12/12/11 | RAM | Send "as filed" October fee application to Fee Auditor. | 0.10 Hrs | 35.00 |
| 12/16/11 | RAM | Read and respond to questions from Fee Auditor (B. Ruhlander) re 42nd Interim Period Quarterly Fee Application; email from Ms. Ruhlander acknowledging receipt of my email. | 0.90 Hrs | 315.00 |
| 12/19/11 | RAM | Work on November fee application. | 0.60 Hrs | 210.00 |
| 12/20/11 | RAM | Work on November fee application; send it to in-house counsels to review; telephone conference with in-house counsel; OK to file. | 0.20 Hrs | 70.00 |
| 12/27/11 | RAM | Finalize November fee application and send it to Delaware counsel to file. | 0.20 Hrs | 70.00 |
| 12/29/11 | RAM | Send "as filed" November fee application to Fee Auditor. | 0.10 Hrs | 35.00 |

**CASNER & EDWARDS, LLP**
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Fee Applications, Applicant

|  |  | TOTAL LEGAL SERVICES | $875.00 |

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 2.50 | 350.00 | 875.00 |
|  | 2.50 |  | $875.00 |

|  | TOTAL THIS BILL | $875.00 |