**EXHIBIT B**
(Expense Detail)

## EXPENSES

| | |
|---|---:|
| **LITIGATION AND LITIGATION CONSULTING** | $12,122.67 |
| **FEE APPLICATION – APPLICANT** | $45.95 |
| **TOTAL EXPENSES** | $12,168.62 |



**CASNER & EDWARDS, LLP**

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

January 27, 2012
Bill Number 142061
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES

Re:   Litigation and Litigation Consulting

LEGAL SERVICES

COSTS

THROUGH DECEMBER 31, 2011

EXCESS POSTAGE
| 12/31/11 | EXCESS POSTAGE | 3.56 | |
|---|---|---|---|
| | | | $3.56 |

FEDERAL EXPRESS
| 12/20/11 | FEDERAL EXPRESS CORPORATION: To 41 University Dr., Cornerstone Consulting Service, Michael Armes from Casner and Edwards on December 7, 2011 by M T Murphy. | 27.06 | |
|---|---|---|---|
| | | | $27.06 |

OUTSIDE PHOTOCOPYING
| 12/13/11 | MERRILL COMMUNICATIONS, LLC: Copy Libby personnel file on 11/15/11. | 2.76 | |
|---|---|---|---|
| | | | $2.76 |

PHOTOCOPYING
| 12/14/11 | 21 copies at $.10 per copy | 2.10 | |
|---|---|---|---|
| | | | $2.10 |

RENT REIMBURSEMENT
| 12/01/11 | ONE WINTHROP SQUARE, LLC: Rent and utilities | 11,637.90 |
|---|---|---|

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

**COSTS**

THROUGH DECEMBER 31, 2011

     for document repository at One Winthrop Square - December 2011.

                                                            $11,637.90

MISCELLANEOUS

| | | |
|---|---|---|
| 12/13/11 | RECORDKEEPER ARCHIVE CENTERS,: Storage from 12/01/11 through 12/31/11. | 449.29 |

                                                            $449.29

                   TOTAL COSTS      $12,122.67

                   TOTAL THIS BILL      $12,122.67

# CASNER & EDWARDS, LLP
## ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

January 27, 2012
Bill Number 142062
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES

Re:   Fee Applications, Applicant

LEGAL SERVICES

COSTS

THROUGH DECEMBER 31, 2011

FEDERAL EXPRESS

| | | |
|---|---|---|
| 12/08/11 | FEDERAL EXPRESS CORPORATION: To 919 N Market Street, Pachulski Stang Ziehl Jones from Casner and Edwards on November 10, 2011 by R A Murphy. | 27.06 |
| 12/20/11 | FEDERAL EXPRESS CORPORATION: To 919 N Market Street, Pachuli Stang Ziahl & Jones, Lynzey Oberholzer from Casner and Edwards on December 7, 2011 by R A Murphy. | 18.89 |
| | | $45.95 |
| | TOTAL COSTS | $45.95 |
| | TOTAL THIS BILL | $45.95 |