# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-1139 (JKF) |
| Debtors. | : | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF DOCUMENT

Please be advised that on February 6, 2011, Saul Ewing LLP filed the Application of Kramer Levin Naftalis & Frankel LLP, Counsel to the Official Committee of Equity Security Holders, for Compensation and Reimbursement of Disbursements for the Period from December 1, 2011 through December 31, 2011 (the "Application"; D.I. 28472). The Application was filed with an incorrect type of .pdf file; therefore, the Application is withdrawn. The Application will be correctly refiled with the filing of this Notice.

Dated: February 9, 2012          SAUL EWING LLP

/s/ Teresa K.D. Currier
Teresa K.D. Currier (DE Bar No. 3080)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6826
Facsimile: (302) 421-5861

Co-Counsel to the Official Committee of Equity Security Holders

611393.1 2/9/12