**EXHIBIT B**

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    1
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 01/27/2012 16:44:10

Matter No: 056772-00001                                               Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:   3267697
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                       Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                      Status      : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.10/w/o manu. services
------------------------------------------------------------------------------------------------------------------------------------
                                                  PRE-BILLING SUMMARY REPORT
------------------------------------------------------------------------------------------------------------------------------------
             UNBILLED TIME FROM:                                        TO:
             UNBILLED DISB FROM:     12/27/2011                         TO:      12/31/2011
------------------------------------------------------------------------------------------------------------------------------------
                                              FEES                             COSTS

              GROSS BILLABLE AMOUNT:                       0.00                          61.39
              AMOUNT WRITTEN DOWN:
                          PREMIUM:
                 ON ACCOUNT BILLED:
         DEDUCTED FROM PAID RETAINER:
                    AMOUNT BILLED:
                        THRU DATE:                                                  12/31/2011
          CLOSE MATTER/FINAL BILLING?    YES   OR   NO
         EXPECTED DATE OF COLLECTION:

            BILLING PARTNER APPROVAL:
                                         BENTLEY PHILIP - 02495         WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
                  BILLING COMMENTS:


------------------------------------------------------------------------------------------------------------------------------------
                                       ACCOUNTS RECEIVABLE TOTALS                      UNAPPLIED CASH

                         FEES:                            0.00
                 DISBURSEMENTS:                          61.39       UNIDENTIFIED RECEIPTS:      0.00
                   FEE RETAINER:                          0.00           PAID FEE RETAINER:     0.00
                  DISB RETAINER:                          0.00          PAID DISB RETAINER:     0.00
              TOTAL OUTSTANDING:                         61.39        TOTAL AVAILABLE FUNDS:    0.00
                                                                             TRUST BALANCE:
                                                    BILLING HISTORY

             DATE OF LAST BILL:           11/30/11      LAST PAYMENT DATE:     01/11/12
             LAST BILL NUMBER:      581459 ACTUAL FEES BILLED TO DATE:       364,932.00
                                        ON ACCOUNT FEES BILLED TO DATE:            0.00
                                             TOTAL FEES BILLED TO DATE:      364,932.00
            LAST BILL THRU DATE:    10/31/11    FEES WRITTEN OFF TO DATE:     85,704.00
                                                COSTS WRITTEN OFF TO DATE:    23,827.85
FOR ACCTG USE ONLY:                  Write Down/Up Reason Codes:

          (1) Exceeded Fixed Fee       (4) Excessive Legal Time     (7) Fixed Fee
          (2) Late Time & Costs Posted (5) Business Development     (8) Premium
          (3) Pre-arranged Discount    (6) Summer Associate         (9) Rounding        (10) Client Arrangement

   BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    2
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 01/27/2012 16:44:10

Matter No: 056772-00001                                         Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:    3267697
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CASE ADMINISTRATION                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                              Status       : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y --------------- Total Unbilled ----------------
Code  Description                        Oldest       Latest        Total
                                         Entry        Entry         Amount
----  ------------------------------     ------       ------        ------------
0885  LONG-DISTANCE TEL.                 12/27/11     12/27/11          36.51
0972  DOCUMENT RETRIEVAL FEES            12/31/11     12/31/11          24.88

         Total                                                          61.39


U N B I L L E D   C O S T S   D E T A I L
Description/Code                           Employee            Date          Amount      Index#   Batch No   Batch Date
-----------------------------------        --------            ------        ----------  -------  --------   ----------

LONG-DISTANCE TEL. 0885
    PREMIERE CONFERENCING                  BLABEY, D E         12/27/11        36.51     9528514  1174241    12/27/11
    PREMIERE CONFERENCING
                                           0885 LONG-DISTANCE TEL. Total :     36.51

DOCUMENT RETRIEVAL FEES 0972
    DOCUMENT RETRIEVAL F                   PIZZARELLO, C       12/31/11        24.88     9538565  1181390    01/10/12
    Document Retrieval Fees
                                           0972 DOCUMENT RETRIEVAL F Total :   24.88



         Costs Total :                                                         61.39
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE     3
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 01/27/2012 16:44:10

Matter No: 056772-00001                                  Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:     3267697
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CASE ADMINISTRATION                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                         Status         : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description            Amount            Bill        W/o / W/u         Transfer To   Clnt/Mtr    Carry Forward
--------------------        ----------------  ----------  ---------------   ----------------------   -----------------

0885 LONG-DISTANCE TEL.         36.51

0972 DOCUMENT RETRIEVAL FEES    24.88



          Costs Total :         61.39
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE    4
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 01/27/2012 16:44:10

Matter No: 056772-00008                                    Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    3267697
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status      : ACTIVE

Special Billing Instructions:
-------------------------------------------------------------------------------------------------------------------------------
                                              PRE-BILLING SUMMARY REPORT
-------------------------------------------------------------------------------------------------------------------------------
               UNBILLED TIME FROM:                              TO:
               UNBILLED DISB FROM:    12/31/2011               TO:    12/31/2011
-------------------------------------------------------------------------------------------------------------------------------
                                         FEES                           COSTS
                                         ----                           -----
         GROSS BILLABLE AMOUNT:          0.00                           18.88
          AMOUNT WRITTEN DOWN:
                     PREMIUM:
            ON ACCOUNT BILLED:
     DEDUCTED FROM PAID RETAINER:
                AMOUNT BILLED:
                    THRU DATE:                                          12/31/2011
     CLOSE MATTER/FINAL BILLING?   YES   OR   NO
     EXPECTED DATE OF COLLECTION:

     BILLING PARTNER APPROVAL:
                                   BENTLEY PHILIP - 02495       WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
            BILLING COMMENTS:


-------------------------------------------------------------------------------------------------------------------------------
                                   ACCOUNTS RECEIVABLE TOTALS                   UNAPPLIED CASH
                                   ---------------------------                  --------------
                        FEES:                         0.00
                DISBURSEMENTS:                       18.88    UNIDENTIFIED RECEIPTS:      0.00
                  FEE RETAINER:                       0.00         PAID FEE RETAINER:    0.00
                 DISB RETAINER:                       0.00        PAID DISB RETAINER:    0.00
              TOTAL OUTSTANDING:                     18.88      TOTAL AVAILABLE FUNDS:   0.00
                                                                          TRUST BALANCE:
                                                  BILLING HISTORY
                                                  ----------------
             DATE OF LAST BILL:            12/21/11        LAST PAYMENT DATE:       01/11/12
             LAST BILL NUMBER:    583620  ACTUAL FEES BILLED TO DATE:         230,821.50
                                          ON ACCOUNT FEES BILLED TO DATE:          0.00
                                              TOTAL FEES BILLED TO DATE:     230,821.50
             LAST BILL THRU DATE:    11/30/11    FEES WRITTEN OFF TO DATE:    20,054.00
                                                 COSTS WRITTEN OFF TO DATE:      944.50
FOR ACCTG USE ONLY:                        Write Down/Up Reason Codes:
                                           ---------------------------
              (1) Exceeded Fixed Fee       (4) Excessive Legal Time    (7) Fixed Fee
              (2) Late Time & Costs Posted (5) Business Development    (8) Premium
              (3) Pre-arranged Discount    (6) Summer Associate        (9) Rounding              (10) Client Arrangement

   BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                           PAGE    5
                                                   *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 01/27/2012 16:44:10

Matter No: 056772-00008                                              Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:   3267697
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                     Status        : ACTIVE

UNBILLED  COSTS  SUMMARY -------------- Total Unbilled ----------------
Code  Description                       Oldest      Latest       Total
                                        Entry       Entry        Amount
----  ------------------------------    ------      ------       ------------
0972  DOCUMENT RETRIEVAL FEES           12/31/11    12/31/11         18.88

          Total                                                      18.88


UNBILLED  COSTS DETAIL
Description/Code                               Employee         Date         Amount       Index#   Batch No   Batch Date
---------------------------------------        --------         ------       ---------    -------- ---------  ----------

DOCUMENT RETRIEVAL FEES 0972
    DOCUMENT RETRIEVAL F                       PIZZARELLD, C    12/31/11       18.88      9538566  1181390     01/10/12
    Document Retrieval Fees
                                     0972 DOCUMENT RETRIEVAL F Total :         18.88




          Costs Total :                                                        18.88
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    6
                                                          *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 01/27/2012 16:44:10

Matter No: 056772-00008                              Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    3267697
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                     Status      : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description              Amount           Bill        W/o / W/u        Transfer To   Clnt/Mtr   Carry Forward
-------------------------  ------------------  ---------  --------------  --------------------------------  -----------------

0972 DOCUMENT RETRIEVAL FEES        18.88



            Costs Total :           18.88
```