IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: **February 29, 2012 at 4:00 p.m.** |

THIRTIETH MONTHLY APPLICATION OF
SAUL EWING LLP CO-COUNSEL TO THE OFFICIAL
COMMITTEE OF EQUITY SECURITY HOLDERS, FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD DECEMBER 1, 2011 THROUGH DECEMBER 31, 2011

| | |
|---|---|
| Name of Applicant: | Saul Ewing LLP |
| Authorized to Provide Professional Services to: | The Official Committee of Equity Security Holders |
| Date of Retention: | May 18, 2009 *nunc pro tunc* |
| Period for which compensation and reimbursement is sought: | December 1, 2011 through December 31, 2011 |
| Amount of fees to be approved as actual, reasonable and necessary: | $7,475.00 |
| Amount of expenses sought as actual, reasonable and necessary: | $92.73 |

This is a(n): ___ interim      ___ final application.      _x_ monthly application.

The total time expended for the preparation of this application will be included in the next interim fee application.

**Prior Monthly Applications:**

| Date Filed and Docket No. | Period Covered | Requested Fees/ Expenses | Approved Fees/ Expenses | CNO/Docket No. |
|---|---|---|---|---|
| 9/1/09 23059 | 5/18/09 through 7/31/09 | $108,445.50/ $1,156.09 | $86,756.40 $1,156.09 | 23322 |
| 9/29/09 23364 | 8/1/09 through 8/31/09 | $38,437.50/ $651.48 | $30,750.00/ $651.48 | 23547 |
| 10/29/09 23614 | 9/1/09 through 9/30/09 | $22,354.50 $86.25 | $17,883.60 $86.25 | 23812 |
| 11/30/09 23869 | 10/1/09 through 10/31/09 | $13,047.00 $39.44 | $10,437.60 $39.44 | 24047 |
| 12/29/09 24066 | 11/1/09 through 11/30/09 | $27,112.50 $64.77 | $21,690.00 $64.77 | 24167 |
| 1/29/10 24208 | 12/1/09 through 12/31/09 | $20,043.00 $842.45 | $16,034.40 $842.45 | 24333 |
| 3/1/10 24371 | 1/1/10 through 1/31/10 | $16,131.00 $44.90 | $12,904.48 $44.90 | 24498 |
| 3/29/10 24517 | 2/1/10 through 2/28/10 | $14,617.50 $12.49 | $11,694.00 $12.49 | 24645 |
| 4/29/10 24695 | 3/1/10 through 3/31/10 | $19,198.50 $1601.38 | $15,358.80 $1601.38 | 24823 |
| 5/28/10 24852 | 4/1/10 through 4/30/10 | $8,928.00 $23.88 | $7,142.40 $23.88 | 24962 |
| 7/9/2010 25056 | 5/1/10 through 5/31/10 | $8,061.00 $517.61 | $6,448.80 $517.61 | 25148 |
| 7/29/2010 25135 | 6/1/10 through 6/30/10 | $6,702.00 $930.06 | $5,361.60 $930.06 | 25256 |
| 8/18/10 25238 | 7/1/10 through 7/31/10 | $10,611.50 $78.10 | $8,489.20 $78.10 | 25400 |

| Date / Doc | Period | Fees / Expenses | Approved Fees / Expenses | Check # |
|---|---|---|---|---|
| 9/29/10 25494 | 8/1/10 through 8/31/10 | $12,146.50 $158.56 | $9,717.20 $158.56 | 25629 |
| 11/11/10 257535 | 9/1/10 through 9/30/10 | $9,865.00 $175.99 | $7,892.00 $175.99 | 25855 |
| 12/1/10 25838 | 10/1/10 through 10/31/10 | $7,748.50 $186.48 | $6,198.80 $186.48 | 25958 |
| 1/4/10 26008 | 11/1/10 through 11/30/110 | $8,349.00 $174.91 | $6,679.20 $174.91 | 26125 |
| 1/26/11 26126 | 12/1/10 through 12/31/10 | $9,467.50 $136.50 | $7,574.00 $136.50 | 26389 |
| 3/1/11 26447 | 1/1/11 through 1/31/11 | $5,471.00 $227.01 | $4,376.80 $227.01 | 26616 |
| 3/30/11 26665 | 2/1/11 through 2/28/11 | $16,418.00 $140.84 | $13,134.40 $140.84 | 26665 |
| 5/2/11 26857 | 3/1/11 through 3/31/11 | $17,325.50 $172.16 | $13,860.40 $172.16 | 26997 |
| 5/31/11 27014 | 4/1/11 through 4/30/11 | $14,790.00 $170.71 | $11,832.00 $170.71 | 27151 |
| 7/5/11 27214 | 5/1/11 through 5/31/11 | $15,903.00 $116.17 | $12,722.40 $116.17 | 27325 |
| 8/1/11 27352 | 6/1/11 through 6/30/11 | $9,849.00 $167.76 | $7,879.20 $167.76 | 27505 |
| 9/2/11 27556 | 7/1/11 through 7/31/11 | $11,115.00 $94.44 | $8,892.00 $94.44 | 27676 |
| 9/29/11 27688 | 8/1/11 through 5/31/11 | $10,712.00 $149.46 | $8,569.60 $149.46 | 27802 |
| 10/26/11 27828 | 9/1/11 through 9/30/11 | $7,943.00 $115.90 | $6,354.40 $115.90 | 27990 |
| 11/29/11 28044 | 10/1/11 through 10/31/11 | $11,661.00 $158.62 | $9,328.80 $158.62 | 28196 |

| 1/10/12 | 11/1/11 through 11/30/11 | $10,874.50 $31.80 | 8,699.60 $31.80 | 28487 |

## SUMMARY OF TIME FOR BILLING PERIOD
## DECEMBER 1, 2011 THROUGH DECEMBER 31, 2011

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
| --- | ---: | ---: | ---: |
| Teresa K.D. Currier | $650 | 10.3 | $6,695.00 |
| Tracy B. Buck | $195 | 4.0 | $780.00 |
| **TOTAL** | | **14.3** | **$7,475.00** |

\*   The rate is Saul Ewing LLP's regular hourly rate for legal services. All hourly rates are adjusted by Saul Ewing LLP on a periodic basis (the last such adjustment occurred on July 1, 2011 for the Bankruptcy and Restructuring Department).

## SUMMARY OF TIME BY PROJECT CATEGORY FOR BILLING PERIOD
## DECEMBER 1, 2011 THROUGH DECEMBER 31, 2011

| Project category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | 0.5 | $325.00 |
| Case Administration | 8.3 | $5,395.00 |
| Committee: Creditors', Noteholders' or Equity Holders' | 0.3 | $195.00 |
| Fee Applications, Applicant | 1.1 | $214.50 |
| Fee Applications, Others | 4.1 | $1,345.50 |
| **TOTAL** | **14.3** | **$7,475.00** |

## SUMMARY OF EXPENSES BY CATEGORY FOR BILLING PERIOD
## DECEMBER 1, 2011 THROUGH DECEMBER 31, 2011

| Photocopying | $14.40 |
|---|---|
| Federal Express | $78.33 |
| **TOTAL** | **$92.73** |

SAUL EWING LLP

By: /s/ Teresa K.D. Currier
Teresa K.D. Currier (Del. ID No. 3080)
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800

Co-Counsel to the Official Committee of
Equity Security Holders

Dated: February 9, 2012