# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2150041 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 01/31/12 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00001 |
| Charlottesville, VA 22902 | |

Re: Asset Disposition

FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/11:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/16/11 | TKD | Review Motion to Authorize Second Amendment to Post-Petition Letter of Credit Facility Agreement | 0.5 | 325.00 |
| | | TOTAL HOURS | 0.5 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.5 | at | $650.00 | = | 325.00 |

| | |
|---|---|
| CURRENT FEES | 325.00 |
| **TOTAL AMOUNT OF THIS INVOICE** | 325.00 |
| **NET AMOUNT OF THIS INVOICE** | 325.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2150042 |
| Invoice Date | 01/31/12 |
| Client Number | 359022 |
| Matter Number | 00004 |

Re: Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/11:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/01/11 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 12/02/11 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 12/05/11 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 12/06/11 | TKD | Review all case filings and share with team | 0.3 | 195.00 |
| 12/07/11 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 12/08/11 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 12/09/11 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 12/12/11 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 12/13/11 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 12/14/11 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 12/15/11 | TKD | Review all case filings and share with team | 0.6 | 390.00 |
| 12/16/11 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 12/19/11 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 12/20/11 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 12/21/11 | TKD | Reivew all case filings and share with team | 0.5 | 325.00 |
| 12/28/11 | TKD | Review all case filings and share with team | 1.1 | 715.00 |
| 12/29/11 | TKD | Review all case filings and share with team | 0.4 | 260.00 |

TOTAL HOURS   8.3

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022  
00004  
01/31/12

WR Grace - Official Committee of Equity Security Holders  
Case Administration

Invoice Number 2150042  
Page 2

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 8.3 | at | $650.00 | = | 5,395.00 |

CURRENT FEES     5,395.00

**TOTAL AMOUNT OF THIS INVOICE**     5,395.00

**NET AMOUNT OF THIS INVOICE**     5,395.00

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2150043 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 01/31/12 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00008 |
| Charlottesville, VA 22902 | |

Re: Committee: Creditors', Noteholders' Or Equity Holders'

FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/11:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/20/11 | TKD | Review notice of appointment of committee, share with David Blabey | 0.3 | 195.00 |
| | | TOTAL HOURS | 0.3 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.3 | at | $650.00 | = | 195.00 |

CURRENT FEES                                                                 195.00

**TOTAL AMOUNT OF THIS INVOICE**                                              195.00

**NET AMOUNT OF THIS INVOICE**                                                195.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

Invoice Number    2150045
Invoice Date      01/31/12
Client Number     359022
Matter Number     00015

Re: Fee Applications/Applicant

FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/11:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/21/11 | TBB | Draft CNO to Saul Ewing's Twenty Eighth Monthly Fee Application. | 0.3 | 58.50 |
| 12/21/11 | TBB | File and serve CNO to Saul Ewing's Twenty Eighth Monthly Fee Application. | 0.7 | 136.50 |
| 12/21/11 | TBB | Review docket for objections to Saul Ewing's Twenty Eighth Monthly Fee Application. | 0.1 | 19.50 |
| | | TOTAL HOURS | 1.1 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 1.1 | at | $195.00 | = | 214.50 |

CURRENT FEES                                        214.50

**TOTAL AMOUNT OF THIS INVOICE**                    214.50

**NET AMOUNT OF THIS INVOICE**                      214.50

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2150046 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 01/31/12 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00016 |
| Charlottesville, VA 22902 | |

Re: Fee Applications/Others

FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/11:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/01/11 | TBB | Draft Notice for Kramer Levin's one hundred twenty second monthly fee application. | 0.2 | 39.00 |
| 12/01/11 | TBB | File and serve Kramer Levin's one hundred twenty second monthly fee application. | 0.8 | 156.00 |
| 12/02/11 | TBB | Draft and file affidavit of service for Kramer Levin's one hundred twenty second monthly fee application. | 0.4 | 78.00 |
| 12/05/11 | TKD | Review Fee Auditor Report on Professional Fees | 0.2 | 130.00 |
| 12/12/11 | TKD | Review Kramer Levin CNO | 0.2 | 130.00 |
| 12/12/11 | TKD | Check fee chart for Court | 0.4 | 260.00 |
| 12/12/11 | TBB | Draft CNO to Kramer Levin's Thirty Eighth Quarterly Fee Application | 0.5 | 97.50 |
| 12/12/11 | TBB | File and serve CNO to Kramer LEvin's Thirty Eighth Quarterly Fee Application | 0.8 | 156.00 |
| 12/12/11 | TBB | Review docket for any objections filed. | 0.2 | 39.00 |
| 12/29/11 | TKD | Arranged for filing of Kramer Levin fee application | 0.4 | 260.00 |
| | | TOTAL HOURS | 4.1 | |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022  
00016  
01/31/12

WR Grace - Official Committee of Equity Security Holders  
Fee Applications/Others

Invoice Number 2150046  
Page 2

## TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 2.9 | at | $195.00 | = | 565.50 |
| Teresa K.D. Currier | 1.2 | at | $650.00 | = | 780.00 |

CURRENT FEES     1,345.50

**TOTAL AMOUNT OF THIS INVOICE**     1,345.50

**NET AMOUNT OF THIS INVOICE**     1,345.50

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2150044 |
| Invoice Date | 01/31/12 |
| Client Number | 359022 |
| Matter Number | 00014 |

Re:   Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Photocopying | 14.40 |
| Federal Express | 78.33 |
| CURRENT EXPENSES | 92.73 |
| **TOTAL AMOUNT OF THIS INVOICE** | 92.73 |
| **NET AMOUNT OF THIS INVOICE** | 92.73 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP