**NINETY-FIFTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED**
<u>**(FOR THE PERIOD FROM DECEMBER 1, 2011 THROUGH DECEMBER 31, 2011)**</u>

ATTACHMENT B

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Task Descriptions
4. Summary of Expenses

# W.R. Grace & Co.
**Capstone Advisory Group, LLC**
**Summary of Fees by Professional**
**For the Period 12-1-2011 through 12-31-2011**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $760 | 5.30 | $4,028.00 |
| R. Frezza | Member | $670 | 1.90 | $1,273.00 |
| J. Dolan | Consultant | $445 | 27.30 | $12,148.50 |
| M. Haverkamp | Paraprofessional | $120 | 4.80 | $576.00 |
| M. Viola | Paraprofessional | $120 | 1.00 | $120.00 |
| **For the Period 12-1-2011 through 12-31-2011** | | | **40.30** | **$18,145.50** |

# W.R. Grace & Co.
**Capstone Advisory Group, LLC**
**Summary of Fees by Task Code**
**For the Period 12-1-2011 through 12-31-2011**

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant reviewed and analyzed data and reports and prepared various interest claim scenarios. | 4.90 | $2,779.00 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant reviewed and analyzed recent docket submissions and participated in calls with Committee members. | 6.60 | $3,567.00 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared September, October and November monthly fee statements and the 31st quarterly fee application. | 11.90 | $3,631.00 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant prepared various analyses for a report to the Committee. | 5.80 | $2,581.00 |
| 10. Financial Analysis - Cash Collateral and DIP Financing | During the Fee Application period, the Applicant reviewed and analyzed motions and exhibits regarding LC facility amendment. | 11.10 | $5,587.50 |
| **For the Period 12-1-2011 through 12-31-2011** | | **40.30** | **$18,145.50** |

# W.R. Grace & Co.
**Capstone Advisory Group, LLC**
**Detailed Time Description by Task Code**
**For the Period 12-1-2011 through 12-31-2011**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| **03. Claims Analysis & Valuation** | | | |
| 12/2/2011 | E. Ordway | 0.60 | Reviewed peer group valuation data. |
| 12/8/2011 | J. Dolan | 1.50 | Prepared update to interest scenarios and other analyses. |
| 12/13/2011 | E. Ordway | 0.40 | Reviewed and analyzed latest interest scenarios. |
| 12/13/2011 | J. Dolan | 1.50 | Reviewed and analyzed latest interest scenarios and recalculated based on various dates. |
| 12/20/2011 | E. Ordway | 0.90 | Reviewed and analyzed reports related to chemical industry to compare company's performance to peers. |
| Subtotal | | 4.90 | |
| **04. Creditor Committee Matters** | | | |
| 12/5/2011 | E. Ordway | 0.30 | Participated in call with a bank claim holder re: case status and confirmation. |
| 12/6/2011 | J. Dolan | 1.20 | Reviewed and analyzed recent docket submissions. |
| 12/8/2011 | E. Ordway | 0.40 | Reviewed recent docket submissions. |
| 12/12/2011 | E. Ordway | 0.40 | Participated in call with a bank claim holder re: case issues. |
| 12/13/2011 | J. Dolan | 0.80 | Updated work plan for the case. |
| 12/13/2011 | J. Dolan | 0.60 | Reviewed and analyzed recent docket submissions. |
| 12/19/2011 | E. Ordway | 0.50 | Participated in call with a bank claim holder re: company operating performance. |
| 12/20/2011 | J. Dolan | 0.90 | Participated in discussion with team re: case status and issues. |
| 12/22/2011 | J. Dolan | 1.10 | Reviewed and analyzed recent docket submissions. |
| 12/29/2011 | E. Ordway | 0.40 | Reviewed recent docket submissions. |
| Subtotal | | 6.60 | |
| **07. Fee Applications & Invoices** | | | |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 12/1/2011 | M. Haverkamp | 1.80 | Prepared the September and October 2011 fee applications. |
| 12/6/2011 | J. Dolan | 0.80 | Prepared September 2011 fee application. |
| 12/6/2011 | M. Haverkamp | 0.40 | Prepared the September and October 2011 fee applications. |
| 12/6/2011 | J. Dolan | 0.70 | Prepared October 2011 fee application. |
| 12/9/2011 | M. Haverkamp | 0.90 | Prepared the September 2011 fee application. |
| 12/12/2011 | M. Haverkamp | 0.70 | Prepared the October 2011 fee applications. |
| 12/13/2011 | E. Ordway | 0.30 | Prepared fee application. |
| 12/14/2011 | M. Haverkamp | 0.70 | Prepared the 31st quarterly fee application. |
| 12/14/2011 | E. Ordway | 0.40 | Prepared fee application. |
| 12/14/2011 | M. Viola | 0.50 | Prepared November 2011 fee application. |
| 12/19/2011 | J. Dolan | 0.90 | Finalized and filed October fee application. |
| 12/19/2011 | M. Viola | 0.50 | Prepared November 2011 fee application. |
| 12/19/2011 | J. Dolan | 1.00 | Prepared November 2011 fee application. |
| 12/19/2011 | J. Dolan | 0.90 | Finalized and filed September 2011 fee application. |
| 12/20/2011 | M. Haverkamp | 0.30 | Prepared 31st quarterly fee application. |
| 12/29/2011 | J. Dolan | 1.10 | Finalized and filed 31st quarterly fee application. |
| Subtotal | | 11.90 | |

08. Financial Analysis - Schedules & Statements

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 12/8/2011 | J. Dolan | 2.70 | Prepped model and schedules for 4Q11 report to the Committee. |
| 12/12/2011 | J. Dolan | 2.20 | Prepared various analyses and charts for 4Q11 report. |
| 12/13/2011 | J. Dolan | 0.90 | Prepared charts for 4Q11 report. |
| Subtotal | | 5.80 | |

10. Financial Analysis - Cash Collateral and DIP Financing

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 12/27/2011 | J. Dolan | 0.80 | Analyzed prior year LC Amendment report to Committee for issues. |

**Capstone Advisory Group, LLC**
**Invoice for the 12-1-2011 - 12-31-2011 Fee**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 12/27/2011 | J. Dolan | 2.30 | Reviewed and analyzed motion and exhibits related to 2nd amendment to LC facility. |
| 12/29/2011 | E. Ordway | 0.70 | Reviewed and analyzed information re: LC facility. |
| 12/29/2011 | R. Frezza | 0.80 | Reviewed LC amendment authorization motion. |
| 12/29/2011 | J. Dolan | 3.40 | Prepared tables and report to the Committee related to LC facility amendment. |
| 12/29/2011 | J. Dolan | 0.90 | Prepared request for information for Company related to LC facility 2nd amendment. |
| 12/30/2011 | R. Frezza | 1.10 | Reviewed memo to Committee re: LC amendment authorization. |
| 12/30/2011 | J. Dolan | 1.10 | Prepared report to the Committee on LC Facility Amendment and distributed to Counsel for review. |
| Subtotal | | 11.10 | |
| **Total Hours** | | **40.30** | |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 12-1-2011 through 12-31-2011

| Date | Professional | Detail | Amount |
|------|--------------|--------|--------|
| Research | | | |
| 12/8/2011 | Capstone Expense | Pacer | $5.52 |
| Subtotal - Research | | | $5.52 |
| Telecom | | | |
| 12/9/2011 | Capstone Expense | December Telecom | $46.35 |
| Subtotal - Telecom | | | $46.35 |
| **For the Period 12-1-2011 through 12-31-2011** | | | $51.87 |