# Notice Recipients

| District/Off: 0311−1 | User: Brandon | Date Created: 2/10/2012 |
|---|---|---|
| Case: 01−01139−JKF | Form ID: ntcBK | Total: 16 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | USTPREGION03.WL.ECF@USDOJ.GOV |
| aty | Curtis A. Hehn | chehn@pszyj.com |
| aty | Daniel K. Hogan | dkhogan@dkhogan.com |
| aty | David W. Carickhoff | carickhoff@blankrome.com |
| aty | James E. O'Neill | jo'neill@pszjlaw.com |
| aty | Janet S. Baer | jbaer@bhflaw.net |
| aty | Kathleen P. Makowski | kmakowski@pszjlaw.com |
| aty | Kathleen P. Makowski | kmakowski@pszjlaw.com |
| aty | Laura Davis Jones | ljones@pszjlaw.com |
| aty | Mark M. Billion | mbillion@pszjlaw.com |
| aty | Paul W. Turner | pturner@carlilelawfirm.com |
| aty | Timothy P. Cairns | tcairns@pszjlaw.com |
| aty | Timothy P. Cairns | tcairns@pszjlaw.com |

TOTAL: 13

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | W.R. Grace &Co., et al.   7500 Grace Drive   Columbia, MD 21044 | |
| aty | James E. O'Neill   Pachulski Stang Ziehl &Jones LLP   919 North Market Street, 17th Floor   PO Box 8705   Wilmington, DE 19899−8705 | |
| aty | Roger J. Higgins, P.C.   Baer Higgins Fruchtman LLC   111 East Wacker Driver   Suite 2800   Chicago, IL 60601 | |

TOTAL: 3