# Warren H. Smith & Associates, P.C.

325 North St. Paul Street
Suite 1250
Dallas, TX 75201
Tax Id# 01-0584406

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

February 10, 2012

In Reference To:  Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #10859

Professional Services

| | | Hours | Amount |
|---|---|---|---|
| 1/2/2012 AL | Update database with Pachulski's September fee application (.2); Steptoe's July through September interim fee application (.1); Casner's November fee application (.1); Capstone's November fee application (.2); Capstone's July through September interim fee application (.2); BMC's October (.1) and November (.2) fee applications; AKO's November fee application (.2) | 1.30 | 58.50 |
| 1/3/2012 JAW | detailed review of Beverage & Diamond November 2011 fee application (0.3); draft summary of same (0.1) | 0.40 | 62.00 |
| JAW | Draft e-mail to Anthony Lopez  forwarding prepared summaries (0.1) | 0.10 | 15.50 |
| JAW | detailed review of Bear Higgins November 2011 fee application (2.1); draft summary of same (0.1) | 2.20 | 341.00 |
| JAW | detailed review of Stroock & Stroock November 2011 fee application (0.6); draft summary of same (0.1) | 0.70 | 108.50 |
| BSR | review responses to initial reports received from various applicants. | 0.40 | 114.00 |
| JAW | detailed review of Casner Edwards November 2011 fee application (0.2); draft summary of same (0.1) | 0.30 | 46.50 |
| JAW | detailed review of Deloitte Tax October 2011 fee application (0.2); draft summary of same (0.1) | 0.30 | 46.50 |
| JAW | detailed review of Norton Rose November 2011 fee application (0.2); draft summary of same (0.1) | 0.30 | 46.50 |
| JAW | Draft e-mail to Al  forwarding prepared summaries (0.1) | 0.10 | 15.50 |
| 1/4/2012 JAW | detailed review of Kirkland & Ellis November 2011 fee application (4.9); draft summary of same (0.2) | 5.10 | 790.50 |

W.R. Grace & Co.                                                                                                      Page     2

|  |  | Hours | Amount |
|---|---|---|---|
| 1/5/2012 JAW | detailed review of Foley Hoag November 2011 fee application (0.2); draft summary of same (0.1) | 0.30 | 46.50 |
| JAW | detailed review of BMC Group November 2011 fee application (0.6); draft summary of same (0.1) | 0.70 | 108.50 |
| 1/6/2012 AL | Update database with Campbell's November electronic detail (.1); AKO's November electronic detail (.1); Caplin's November electronic detail (.2); receive and review email from J. Wehrmann re 43rd interim (.1); update database with Nelson's October (.1) Lauzon's October (.1) Scarfone's October (.2) Hogan's October (.2) Fragomen's November (.1) Capstone's September (.1) Scholer's November (.1) and Capstone's October fee and expense summaries (.1); Alan Rich's December fee application (.2) and electronic detail (.1); K&E's November electronic detail (.1); Bilzin's November electronic detail (.1) | 2.00 | 90.00 |
| JAW | detailed review of BMC Group October 2011 fee application (1.4) | 1.40 | 217.00 |
| 1/9/2012 JAW | detailed review of Pachulski Stang September 2011 fee application (0.9) | 0.90 | 139.50 |
| JAW | detailed review of Anderson Kill November 2011 fee application (1.0) | 1.00 | 155.00 |
| JAW | detailed review of Caplin & Drysdale November 2011 fee application (0.9) | 0.90 | 139.50 |
| JAW | detailed review of Campbell & Levine November 2011 fee application (0.6) | 0.60 | 93.00 |
| AL | Update database with review status of Baer's November fee application (.1); Bilzin's November fee application (.2); Ferry's November fee application (.2); Pachulski's July through September Interim fee application (.2); Pachulski's October electronic detail (.1) | 0.80 | 36.00 |
| JAW | detailed review of Alan B. Rich December 2011 fee application (0.2) | 0.20 | 31.00 |
| JAW | detailed review of Reed Smith November 2011 fee application (0.3) | 0.30 | 46.50 |
| 1/10/2012 BSR | detailed review of Deloitte Tax's quarterly application for the 41st interim period and monthly applications for same. | 0.30 | 85.50 |
| AL | Update database with Pachulski's October fee application (.2); Reed's November fee application (.2); Ewing's November electronic detail (.1) | 0.50 | 22.50 |
| BSR | e-mail to Anthony Lopez requesting Deloittle Tax's April through June 2011 monthly fee applications; review fwee and expense summaries re same. | 0.20 | 57.00 |
| JAW | detailed review of Bilzin Sumberg November 2011 fee application (0.2) | 0.20 | 31.00 |
| JAW | detailed review of Ferry Joseph November 2011 fee application (0.2) | 0.20 | 31.00 |
| JAW | detailed review of Pachulski Stang October 2011 fee application (1.0) | 1.00 | 155.00 |

W.R. Grace & Co.                                                                                          Page     3

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/11/2012 | JAW | Draft summary of Campbell & Levine November 2011 fee application (0.2) | 0.20 | 31.00 |
| | BSR | review of BMC's 42nd quarterly fee application, monthly fee applications, and fee and expense summaries re same. | 0.50 | 142.50 |
| | BSR | review of Hamilton Rabinovitz's quarterly fee application for the 42nd interim period | 0.10 | 28.50 |
| | BSR | review of Hogan Firm's quarterly application for the 42nd interim period (monthly applications previously reviewed) | 0.10 | 28.50 |
| | BSR | review of Kramer Levin's quarterly application for the 42nd interim period (monthly applications previously reviewed) | 0.10 | 28.50 |
| | BSR | research server to determine status of applications not yet received for the 42nd interim period | 0.50 | 142.50 |
| | BSR | research Pacer for applications not yet received for the 42nd interim period | 0.60 | 171.00 |
| | JAW | Draft summary of Pachulski Stang September 2011 fee application (0.1) | 0.10 | 15.50 |
| | AL | Update database with Ewing's November fee application (.2); Capstone's November electronic detail (.1) | 0.30 | 13.50 |
| | JAW | Draft summary of BMC Group October 2011 fee application (0.1) | 0.10 | 15.50 |
| | JAW | Draft summary of Alan B. Rich December 2011 fee application (0.1) | 0.10 | 15.50 |
| | JAW | Draft prior period paragraphs in preparation for drafting final final reports for PI Committee's 5,6,7,15,21,23, 27-31, and 33 interim paragraphs (4.4); daft revisions to 25 and 26 interim paragraph's (0.3) | 4.70 | 728.50 |
| | JAW | Draft summary of Anderson Kill November 2011 fee application (0.1) | 0.10 | 15.50 |
| | JAW | Draft summary of Caplin & Drysdale November 2011 fee application (0.1) | 0.10 | 15.50 |
| | JAW | Draft summary of Bilzin Sumberg November 2011 fee application (0.1) | 0.10 | 15.50 |
| | JAW | Draft summary of Ferry Joseph November 2011 fee application (0.1) | 0.10 | 15.50 |
| | JAW | Draft summary of Pachulski Stang October 2011 fee application (0.1) | 0.10 | 15.50 |
| | JAW | Draft revisions to CIBC World prior period paragraphs 14-22 (1.6) | 1.60 | 248.00 |
| | JAW | Draft summary of Reed Smith November 2011 fee application (0.1) | 0.10 | 15.50 |
| 1/12/2012 | AL | Receive and review email from B. Ruhlander re missing Lincoln and Austern fee applications (.1); Research Pacer re Austern's August through November filed fee applications (.5); update database with Austern's October and November electronic detail (.2); Research Pacer re Lincoln's July through September filed fee applications (.4); update database with | 1.60 | 72.00 |

W.R. Grace & Co.                                                                              Page    4

| | | Hours | Amount |
|---|---|---|---|
| | Morris' July through September fee applications (.2); Capstone's November fee application (.2) | | |
| 1/12/2012 JAW | Draft prior period paragraphs in preparation for drafting final final reports for David Austern's 13, 18, 27-40 interim paragraph (5.2); draft revisions to 14-17 and 19-26 interim paragraph's (2.0) | 7.20 | 1,116.00 |
| JAW | Draft prior period paragraphs in preparation for drafting final final reports for Conaway Del Rio's 29 interim paragraph (0.3); daft revisions to 1st through 25th interim paragraph's (3.1) | 3.40 | 527.00 |
| 1/13/2012 WHS | Receive and review agenda | 0.10 | 29.50 |
| JAW | Draft prior period paragraphs in preparation for drafting final final reports for Duane Morris' 27-40 interim paragraphs (5.7); daft revisions to 1-26 interim paragraph's (2.8) | 8.50 | 1,317.50 |
| 1/14/2012 JAW | Draft prior period paragraphs in preparation for drafting final final reports for Deloitte & Touche's 12,14,26-29    interim paragraphs (1.6); draft revisions to 11 and 14 interim paragraph's (0.3) | 1.90 | 294.50 |
| JAW | Draft prior period paragraphs in preparation for drafting final final reports for Deloitte FAS 27 interim paragraph(0.3) | 0.30 | 46.50 |
| JAW | Draft prior period paragraphs in preparation for drafting final final reports for Deloitte Tax 16, 23-29, 31-37 interim paragraphs (2.9) | 2.90 | 449.50 |
| 1/16/2012 JAW | Draft prior period paragraphs in preparation for drafting final final reports for Ferry's 12th, 27th - 40th interim fee applications (5.6); draft revisions to 1st - 26th interim paragraphs (2.8) | 8.40 | 1,302.00 |
| JAW | Draft several e-mails to AL forwarding prior period paragraphs prepared for various applicants (0.30) | 0.30 | 46.50 |
| JAW | Draft e-mail to AL forwarding summaries prepared (0.3) | 0.30 | 46.50 |
| 1/17/2012 BSR | Draft e-mail to Jason Solganick of Lincoln Partners with question regarding expense on July 2011 monthly fee application | 0.10 | 28.50 |
| BSR | detailed review of David Austern's August and Sept. 2011 monthly fee applications; checked docket for quarterly fee application | 0.20 | 57.00 |
| BSR | detailed review of Pachulski's Sept. 2011 monthly fee application and fee and expense summary re same | 0.20 | 57.00 |
| BSR | Receive and review K&E response to initial report (42Q) | 0.10 | 28.50 |
| BSR | Draft final report re K&E's 42nd interim fee application | 0.40 | 114.00 |
| BSR | detailed review of Lincoln Partners' July, August, and Sept. 2011 monthly fee applications and quarterly fee application (42Q) | 0.70 | 199.50 |

W.R. Grace & Co.                                                                                        Page    5

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 1/17/2012 | BSR | E-mail to Tony Scoles inquiring as to status of Deloitte Tax's quarterly application for the 42nd interim period | 0.10 | 28.50 |
|  | BSR | Receive and review agenda for 1/23/2012 hearing | 0.10 | 28.50 |
|  | BSR | detailed review of Duane Morris' quarterly and monthly applications for the 42nd interim period | 0.50 | 142.50 |
|  | JAW | Draft prior period paragraphs in preparation for drafting final final reports for Foley Hoag's 27th - 40th interim fee applications (5.4); draft revisions to 18th - 26th interim paragraphs (1.6) | 7.00 | 1,085.00 |
|  | JAW | Draft prior period paragraphs in preparation for drafting final final reports for Elzufon's 12th interim fee applications (0.3); draft revisions to 6th - 11th, 13th and 14th interim paragraphs (1.2) | 1.50 | 232.50 |
|  | JAW | Draft revisions to Dies 11th interim paragraph for final final reports  (0.2) | 0.20 | 31.00 |
|  | JAW | Draft prior period paragraphs in preparation for drafting final final reports for Duff's 12th interim fee applications (0.3); draft revisions to 11th interim paragraph (0.2) | 0.50 | 77.50 |
| 1/18/2012 | BSR | Draft initial report re Orrick's 42nd interim fee application | 1.00 | 285.00 |
|  | BSR | detailed review of Orrick's quarterly fee application (monthlies previously reviewed) | 0.30 | 85.50 |
|  | BSR | detailed review of Pachulski's quarterly fee application for the 42nd interim period (monthlies previously reviewed) | 0.20 | 57.00 |
|  | JAW | Draft prior period paragraphs in preparation for drafting final final reports for Hamilton's 27th - 33rd interim fee applications (2.8); draft revisions to 4th - 26th interim paragraphs (2.6) | 5.40 | 837.00 |
|  | JAW | Draft revisions to Goodwin's 11th - 13th, 21st and 22nd interim paragraph for final final reports  (0.9) | 0.90 | 139.50 |
|  | JAW | Draft revisions to FTI's 1st - 13th interim paragraph for final final reports (1.6) | 1.60 | 248.00 |
|  | JAW | Draft revisions to Forman Perry's 24th - 26th interim paragraph for final final reports  (0.6) | 0.60 | 93.00 |
| 1/19/2012 | AL | Update database with Fragomen's December fee application (.2); Fragomen's December electronic detail (.1); Lincoln's July through September electronic detail (.1) | 0.40 | 18.00 |
|  | AL | Receive, review and finalize Orrick's 42nd Q IR (.3); update database with same (.1); prepare same for service (.1) | 0.50 | 22.50 |

W.R. Grace & Co.                                                                                           Page      6

|  |  | | Hours | Amount |
|---|---|---|---|---|
| 1/19/2012 DTW | Review and revise 42nd interim initial report for Orrick (.1). | | 0.10 | 16.50 |
| | BSR | receive, review, and respond to email from Jason Solganick responding to expense inquiry | 0.10 | 28.50 |
| | JAW | Draft prior period paragraphs in preparation for drafting final final reports for Holme Robert's 12, 26th - 40th interim fee applications (5.9); draft revisions to 1st - 11th and 12th - 25th interim paragraphs (2.7) | 8.60 | 1,333.00 |
| | WHS | Receive and review agenda | 0.10 | 29.50 |
| 1/20/2012 JAW | Draft prior period paragraphs in preparation for drafting final final reports for Hilsoft's 29th interim fee applications (0.3); draft revisions to 5th, 6th, 16th, 19th, 20th, 24th and 25th interim paragraphs (1.2) | | 1.50 | 232.50 |
| | JAW | Draft revisions to Klett Rooney's 1st - 20th interim paragraph for final final reports  (1.9) | 1.90 | 294.50 |
| | JAW | Draft prior period paragraphs in preparation for drafting final final reports for Kirkland's 12, 27th - 32nd interim fee applications (2.6); draft revisions to 1st - 11th and 13th - 26th interim paragraphs (2.4) | 5.00 | 775.00 |
| 1/23/2012 JAW | Draft prior period paragraphs in preparation for drafting final final reports for Kirkland's 33rd - 40th interim fee applications (2.7) | | 2.70 | 418.50 |
| | JAW | detailed review of Fragomen, Del Rey's December 2011 fee application (0.20); draft summary to same (0.20) | 0.40 | 62.00 |
| | JAW | detailed review of Blackstone's November 2011 fee application (0.20); draft summary to same (0.10) | 0.30 | 46.50 |
| | JAW | detailed review of Capstone's November 2011 fee application (0.80); draft summary to same (0.10) | 0.90 | 139.50 |
| | JAW | detailed review of Duane Morris' 42nd Quarterly Fee Application (July 1, 2011 - September 30, 2011) (0.40); draft summary to same (0.30) | 0.70 | 108.50 |
| | JAW | detailed review of Saul Ewing's November 2011 fee application (0.20); draft summary to same (0.10) | 0.30 | 46.50 |
| 1/24/2012 JAW | Draft prior period paragraphs in preparation for drafting final final reports for Kramer's 27th - 40th interim fee applications (5.7); draft revisions to 1st - 26th interim paragraphs (2.6) | | 8.30 | 1,286.50 |
| 1/25/2012 BSR | research which applicants have not yet sent us their quarterly fee applications for the 42nd interim period and emails to same inquiring as to status | | 0.50 | 142.50 |
| | AL | Receive and review email from B. Ruhlander re Lincoln's 42Q IR response (.1); update database with same (.1) | 0.20 | 9.00 |

W.R. Grace & Co.                                                                                                    Page     7

|  |  | Hours | Amount |
|---|---|---|---|
| 1/25/2012 BT | Prepare draft of monthly fee application of WHSA for December 2011 (.8); review of invoice (.9); draft revisions to same (.8). | 2.50 | 200.00 |
| JAW | Draft prior period paragraphs in preparation for drafting final final reports for LAS' 27th - 40th interim fee applications (5.5); draft revisions to 1st - 26th interim paragraphs (2.4) | 7.90 | 1,224.50 |
| BSR | Receive and review expense information provided by J. Solganick of Lincoln Partners sent in response to our email inquiry | 0.10 | 28.50 |
| 1/26/2012 BSR | Draft e-mail to Orrick re initial report for the 42nd interim period | 0.10 | 28.50 |
| JAW | Draft prior period paragraphs in preparation for drafting final final reports for Latham's 26th - 29th interim fee applications (1.5); draft revisions to 13th - 25th interim paragraphs (2.2) | 3.70 | 573.50 |
| JAW | Draft revisions to Lawson's 26th interim paragraph for final final reports (0.2) | 0.20 | 31.00 |
| JAW | Draft prior period paragraphs in preparation for drafting final final reports for Lexecon's 15th, 23rd, 27th - 29th interim fee applications (1.1); draft revisions to 24th - 26th interim paragraphs (1.9) | 3.00 | 465.00 |
| JAW | Draft prior period paragraphs in preparation for drafting final final reports for Lukins' 12th interim fee application (0.3); draft revisions to 6th - 11th and 13th - 15th interim paragraphs (1.3) | 1.60 | 248.00 |
| JAW | Draft revisions to LECG's 16th  and 17th interim paragraph for final final reports (0.4) | 0.40 | 62.00 |
| 1/27/2012 BSR | Draft e-mail to Warren Smith re project category spreadsheet | 0.30 | 85.50 |
| BSR | detailed review of Steptoe's Sept. 2011 monthly fee application and quarterly fee application (42Q) (.3); email to Anne Moran re fee discrepancy in Steptoe August 2011 monthly fee application (.1) | 0.40 | 114.00 |
| BSR | review of Towers' quarterly fee application (42Q) (monthlies previously reviewed) | 0.10 | 28.50 |
| BSR | review of David Austern quarterly application (42Q) (monthlies previously reviewed) | 0.10 | 28.50 |
| JAW | Draft revisions to Lynch's 19th interim paragraph for final final reports (0.3) | 0.30 | 46.50 |
| JAW | Draft prior period paragraphs in preparation for drafting final final reports for Nelson Mullin's 27th - 36th interim fee applications (3.10); draft revisions to 2nd - 26th interim paragraph (2.9) | 6.00 | 930.00 |
| JAW | Draft revisions to Norris' 19th interim paragraph for final final reports (0.3) | 0.30 | 46.50 |

W.R. Grace & Co.                                                                                    Page     8

|  |  | Hours | Amount |
|---|---|---|---|
| 1/27/2012 JAW | Draft prior period paragraphs in preparation for drafting final final reports for Ogilvy's 27th - 30th interim fee applications (1.40); draft revisions to 24th - 26th interim paragraph (0.6) | 2.00 | 310.00 |
| 1/30/2012 BSR | Draft omnibus final report for the 42nd interim period | 1.00 | 285.00 |
| BSR | telephone conferences with Warren Smith and with Anthony Lopez re preparation of project category spreadsheet | 0.20 | 57.00 |
| JAW | Draft prior period paragraphs in preparation for drafting final final reports for Ogilvy's 31st - 40th interim fee applications (3.9) | 3.90 | 604.50 |
| JAW | Proof read W.H. Smith's filing Notice and fee and expense statement for December 2011 (0.50); e-mail to AL regarding any revisions needed to same (0.10) | 0.60 | 93.00 |
| JAW | Draft prior period paragraphs in preparation for drafting final final reports for Orrick's 27th - 29th interim fee applications (1.00); draft revisions to 20th - 26th interim paragraph (1.3) | 2.30 | 356.50 |
| 1/31/2012 BSR | Draft omnibus final report for the 42nd interim period | 1.90 | 541.50 |
| JAW | Draft prior period paragraphs in preparation for drafting final final reports for Orrick's 30th - 40th interim fee applications (4.30) | 4.30 | 666.50 |
| **For professional services rendered** |  | **164.50** | **$25,998.00** |

Additional Charges :

| 1/31/2012 Third party copies & document prep/setup. |  | 329.36 |
|---|---|---|
| PACER Charges |  | 64.08 |
| **Total additional charges** |  | **$393.44** |
| **Total amount of this bill** |  | **$26,391.44** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Anthony Lopez | 7.60 | 45.00 | $342.00 |
| Becki Tomamichel | 2.50 | 80.00 | $200.00 |
| Bobbi S. Ruhlander | 11.50 | 285.00 | $3,277.50 |
| Doreen Williams | 0.10 | 165.00 | $16.50 |
| James A. Wehrmann | 142.60 | 155.00 | $22,103.00 |
| Warren H Smith | 0.20 | 295.00 | $59.00 |