IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: March 1, 2012 at 4:00pm. |

SUMMARY APPLICATION OF KAYESCHOLER LLP FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES
AS SPECIAL COUNSEL FOR INTELLECTUAL PROPERTY FOR W.R. GRACE &
CO., ET AL.,
THROUGH THE MONTHLY PERIOD OF January 31, 2012

| | |
|---|---|
| Name *of Applicant*: | **Kaye Scholer LLP** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention as Special Counsel for Intellectual Property | **Retention Order entered April 7, 2010** |
| Period for which compensation and reimbursement is sought | **January 1, 2012 - January 31, 2012** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$14,727.83** |
| Amount of Expense Reimbursement sought | **$0.00** |

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville, Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc., (f/k/a Dearborn International Holdings, Inc.,), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation Gracoal, Inc., Gracoal II, Inc., Guantica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc., (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc., (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Applicant Kaye Scholer LLP submits this application for fees and expenses for the month of January 2012. This is the first application for compensation for services that has been filed with the Bankruptcy Court by Kaye Scholer LLP for the 2012 calendar year. Previously, Kaye Scholer was appointed Ordinary Course Professional. On April 7, 2010, based on a motion made by Debtor on February 11, 2010, the Bankruptcy Court entered an order authorizing Kaye Scholer LLP to provide further services to Debtor as Special Counsel for Intellectual Property.

The monthly applications previously filed by Kaye Scholer LLP are shown in the following table:

| Period Covered | Date Filed | Requested Fees | Requested Disbursements |
|---|---|---|---|
| 01/01/2012-01/31/2012 | February 9, 2012 | $14,727.83 | $0.00 |

During this fee period, Kaye Scholer LLP provided intellectual property services in connection with various matters, which are detailed in the attached fee schedules for the matters, and a procedural matter relating to preparation of petitions for submission to this court.

The Kaye Scholer professional who rendered the legal services during the fee period is:

| Name of Professional | Position with the Applicant | Year Admitted to Bar | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Generated |
|---|---|---|---|---|---|---|
| John P. Rynkiewicz | Counsel | 1981 | Intellectual Property | $587.00 | 25.09 | $14,727.83 |

Total Fees: $14,727.83

**WHEREFORE**, Applicant respectfully requests (a) that an allowance be made to it, as fully described above, for (i) 80% of the amount of $14,727.83 for reasonable and necessary professional services Applicant has rendered to the Debtors during the Fee period (January 1, 2012-January 31, 2012), and (b) that the fees are payable as administrative expenses of the Debtors' estates.

Respectfully submitted

Dated: February 9, 2012

John P. Rynkiewicz
Kaye Scholer LLP
901 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 682-3671
jrynkiewicz@kayescholer.com

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO: W.R. Grace & Co-Conn.
7500 Grace Drive
Columbia, Maryland 21004
Attn: Robert A. Maggio, Chief Patent Counsel

February 8, 2012

RE: General
Our File Number: 63812/0001
Client Reference: 100062

Invoice#: 693780

PAGE: 1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/2012

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 01/04/2012 | Rynkiewicz, John P | Beginning of the month review, overview of GRACE pending matters, issues, status. | 1.42 |
| 01/04/2012 | Rynkiewicz, John P | Emails to/from Grace's Canadian counsel S. Keri regarding issues and possible challenge in Canada; advise re same. | 0.42 |
| 01/05/2012 | Rynkiewicz, John P | Emails to/from S. Keri regarding possible GRACE misuse in Canada; review prior emails. | 0.25 |
| 01/09/2012 | Rynkiewicz, John P | Beginning of the month trademark review of GRACE mark matters in the US and abroad. | 1.58 |
| 01/09/2012 | Rynkiewicz, John P | Review, search USPTO records for newest GRACE mark filings covering all product lines; trademark assessment and consider need for additional applics/regs for protection. | 1.92 |
| 01/10/2012 | Rynkiewicz, John P | Review series of emails and issues re Letter of consent required for TM GRACEVIT - and Grace's cited marks TM Nos. 94/11909 & 94/11907 - GRACE classes 1 and 5; overview of issues. | 0.83 |
| 01/13/2012 | Rynkiewicz, John P | Review Grace email and letter from Canadian agents regarding possible opposition of GRACE KENNEDY design mark in Canada; review issues; assess opposition, review prior Grace Kennedy settlement terms,a and effect in Canadian matter; research; review USPTO applics. | 1.83 |

**KAYE SCHOLER LLP**

TO:   W.R. Grace & Co-Conn.                                   February 8, 2012

**RE: General**                                                **Invoice#: 693780**
**Our File Number: 63812/0001**
**Client Reference: 100062**                                   PAGE:   2

---

01/17/2012  Rynkiewicz, John P                                                    1.58
Review Grace email, watch report from J. Isern. in Spain, re possible opposition of GRACE, Appln. No. 10344703 in the EC, owned by Grace Hotels, Limited; assess confusions, issues and likelihood of success.

01/26/2012  Rynkiewicz, John P                                                    0.75
Overview of Grace mark issues, correspondence and deadlines.

                                        Total Hours..................    10.58

            Fees through 01/31/2012.....................    $6,210.46


*----------------------------------TIME AND FEE SUMMARY---------------------------------*
                                    Rate        Hours           Fees
Rynkiewicz, John P                  $587.00     10.58           $6,210.46

            Fees through 01/31/2012...............    10.58     $6,210.46


*---------------------------OUTSTANDING BALANCE---------------------------*

| Invoice# | Date       | Amount    |
|----------|------------|-----------|
| 628636   | 03/31/2010 | $440.43   |
| 628637   | 03/31/2010 | 1,690.79  |
| 637193   | 06/30/2010 | 3,978.07  |
| 639770   | 07/28/2010 | 813.08    |
| 641101   | 08/10/2010 | 3,477.98  |
| 643967   | 09/09/2010 | 1,171.42  |
| 647685   | 10/18/2010 | 472.96    |
| 650334   | 11/04/2010 | 350.44    |
| 654086   | 12/10/2010 | 303.06    |
| 657770   | 01/19/2011 | 349.39    |
| 660963   | 02/28/2011 | 368.75    |
| 664046   | 03/31/2011 | 1,369.87  |
| 666733   | 04/30/2011 | 1,256.53  |
| 669550   | 05/31/2011 | 595.35    |
| 672317   | 06/27/2011 | 519.43    |

**KAYE SCHOLER LLP**

TO:   W.R. Grace & Co-Conn.                                                        February 8, 2012

RE: General                                                                         **Invoice#:** 693780
**Our File Number:** 63812/0001
**Client Reference:** 100062                                                        **PAGE:**   3

| Invoice# | Date | Amount |
|---|---|---|
| 674217 | 07/15/2011 | 1,926.66 |
| 678864 | 08/31/2011 | 775.92 |
| 681371 | 09/29/2011 | 859.57 |
| 682892 | 10/13/2011 | 407.11 |
| 685356 | 11/07/2011 | 462.73 |
| 688457 | 12/12/2011 | 1,342.66 |
| 692924 | 02/02/2012 | 7,938.30 |
| Prior Balance Due.......................................................... | | $30,870.50 |

| | |
|---|---|
| Fees this Invoice.................................................................. | $6,210.46 |
| Total Due this Invoice.......................................................... | $6,210.46 |
| Prior Balance Due (from above)............................................. | 30,870.50 |
| **TOTAL DUE**...................................................................... | **$37,080.96** |

**Please remit payment within thirty (30) days.**

IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
　　　666 5th Avenue
　　　New York, New York 10103
　　　Attention: Yoannis Cepeda
　　　Telephone: 212.559.1980

　　　ABA Routing Number: 021000089
　　　Bank Identification Code/SWIFT Code: CITIUS33
　　　Account Name: Kaye Scholer LLP
　　　Account Number: 9981494431

　　　RE: W.R. Grace Trademarks
　　　Our File Number: 63812/0001
　　　Invoice Number: 693780
　　　Total Amount Due: $37,080.96

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO: W.R. Grace & Co.-Conn
7500 Grace Drive
Columbia, Maryland 21044
Attn: Robert A. Maggio, Esq.

February 8, 2012

**RE: I. GRACE Trademarks**
**Our File Number: 63812/0003**
**Client Reference: 100063**

Invoice#: 693782

PAGE: 1

---

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/2012**

---

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 01/06/2012 | Rynkiewicz, John P | Review proceeding status and next TTAB deadlines. | 0.83 |
| 01/09/2012 | Rynkiewicz, John P | Emails to/from opposing counsel in proceeding; review TTAB Order re opposing party's accepted amendment to identification; assess next options and termination/withdrawal of proceeding. | 0.92 |
| 01/10/2012 | Rynkiewicz, John P | Emails to/from opposing counsel re USPTO TTAB Consented Motion to Withdraw; review and discuss revisions; finalize same. | 0.75 |
| 01/11/2012 | Rynkiewicz, John P | Communications with opposing counsel re withdrawal of TTAB proceedings; review consented, signed motion; sign motion and file with TTAB; review TTAB receipt; serve opposing counsel. | 0.92 |
| 01/25/2012 | Rynkiewicz, John P | Review TTAB order and termination of proceedings following Grace's withdrawal and settlement of Opposition; review files and note resolution. | 0.92 |

Total Hours.................. 4.34

Fees through 01/31/2012...................................... $2,547.58

\*----------------------------------TIME AND FEE SUMMARY----------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $587.00 | 4.34 | $2,547.58 |
| Fees through 01/31/2012............... | | 4.34 | $2,547.58 |

**KAYE SCHOLER LLP**

TO:   W.R. Grace & Co.-Conn                                                    February 8, 2012

RE: I. GRACE Trademarks                                                         Invoice#: 693782
**Our File Number:** 63812/0003
**Client Reference:** 100063                                                    PAGE:   2

*------------------------------OUTSTANDING BALANCE------------------------------*

| Invoice# | Date | Amount |
|---|---|---|
| 623146 | 01/28/2010 | $406.98 |
| 628638 | 03/31/2010 | 435.46 |
| 628639 | 03/31/2010 | 605.56 |
| 637194 | 06/30/2010 | 1,485.54 |
| 639771 | 07/28/2010 | 349.27 |
| 643965 | 09/09/2010 | 453.60 |
| 647687 | 10/18/2010 | 481.95 |
| 650336 | 11/04/2010 | 501.23 |
| 654087 | 12/10/2010 | 283.50 |
| 657771 | 01/19/2011 | 510.30 |
| 660985 | 02/28/2011 | 425.25 |
| 664048 | 03/31/2011 | 274.43 |
| 669551 | 05/31/2011 | 302.78 |
| 674218 | 07/15/2011 | 217.72 |
| 678869 | 08/31/2011 | 907.20 |
| 681372 | 09/29/2011 | 1,454.92 |
| 682893 | 10/13/2011 | 1,529.77 |
| 685362 | 11/07/2011 | 935.55 |
| 688458 | 12/12/2011 | 1,354.15 |
| 692925 | 02/02/2012 | 2,693.75 |
| Prior Balance Due............................................................. | | $15,608.91 |

| | |
|---|---|
| Fees this Invoice.............................................................. | $2,547.58 |
| Total Due this Invoice..................................................... | $2,547.58 |
| Prior Balance Due (from above)..................................... | 15,608.91 |
| **TOTAL DUE**.............................................................. | **$18,156.49** |

**Please remit payment within thirty (30) days.**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0003
Invoice Number: 693782
Total Amount Due: $18,156.49

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

## KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO: W.R. Grace & Co.-Conn
Legal Department
7500 Grace Drive
Columbia, Maryland 21044
Attn: Robert A. Maggio, Esq.

February 8, 2012

RE: Special Counsel
Our File Number: 63812/0108
Client Reference: 100071

Invoice#: 693784

PAGE: 1

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/2012

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 01/04/2012 | Rynkiewicz, John P | Emails and calls to/from Grace re fee payments; emails to/from R. Finke and M. Blessing re same; work on Special Counsel fee invoices. | 0.33 |

Total Hours.................. 0.33

Fees through 01/31/2012..................... $193.71

\*------------------------------TIME AND FEE SUMMARY------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $587.00 | 0.33 | $193.71 |
| Fees through 01/31/2012............... | | 0.33 | $193.71 |

\*------------------------------OUTSTANDING BALANCE------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 628642 | 03/31/2010 | $484.20 |
| 637196 | 06/30/2010 | 1,008.17 |
| 643961 | 09/09/2010 | 321.37 |
| 647689 | 10/18/2010 | 217.65 |
| 650341 | 11/04/2010 | 180.31 |
| 654089 | 12/10/2010 | 528.44 |
| 660967 | 02/28/2011 | 94.12 |
| 664052 | 03/31/2011 | 75.98 |

**KAYE SCHOLER LLP**

TO:   W.R. Grace & Co.-Conn                                February 8, 2012

RE: Special Counsel                                        Invoice#: 693784
Our File Number: 63812/0108
Client Reference: 100071                                   PAGE:   2

| Invoice# | Date | Amount |
|---|---|---|
| 666741 | 04/30/2011 | 189.38 |
| 669561 | 05/31/2011 | 122.47 |
| 672310 | 06/27/2011 | 131.54 |
| 674222 | 07/15/2011 | 56.70 |
| 678870 | 08/31/2011 | 65.77 |
| 681374 | 09/29/2011 | 104.33 |
| 682895 | 10/13/2011 | 47.63 |
| 685365 | 11/07/2011 | 65.77 |
| 688460 | 12/12/2011 | 95.26 |
| 692932 | 02/02/2012 | 805.14 |
| Prior Balance Due............................................................... | | $4,594.23 |

| | |
|---|---|
| Fees this Invoice................................................................. | $193.71 |
| Total Due this Invoice......................................................... | $193.71 |
| Prior Balance Due (from above)............................................ | 4,594.23 |
| **TOTAL DUE**..................................................................... | **$4,787.94** |

**Please remit payment within thirty (30) days.**

---

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0108
Invoice Number: 693784
Total Amount Due: $4,787.94

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO: W.R. Grace & Co.-Conn
7500 Grace Drive
Columbia, Maryland 21044
Attn: Robert A. Maggio, Esq.

February 8, 2012

**RE:** Trademark Watches
**Our File Number:** 63812/0111

**Invoice#:** 693785
**PAGE:** 1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/2012

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 01/03/2012 | Rynkiewicz, John P | Review Grace email and watch report from Corsearch dated December 28, 2011, and multiple GRACE marks; assess confusion, options and risks in all third party marks. | 0.83 |
| 01/03/2012 | Rynkiewicz, John P | Review 3 third party marks, email from Grace and and watch report from Corsearch dated December 30, 2011; assess confusion with multiple GRACE marks;marks. | 0.58 |
| 01/10/2012 | Rynkiewicz, John P | Review Grace email and Corsearch GRACE Watch REPORT dated/10/2012; assess marks, advise Grace re same. | 0.42 |
| 01/20/2012 | Rynkiewicz, John P | Review Grace email and Corsearch Watch notice dated January 20, 2012; assess multiple marks, confusion issues. | 0.75 |
| 01/26/2012 | Rynkiewicz, John P | Review Corsearch Watch notice of Dec 30; review marks with opposition deadlines; send comments and recommendation to Grace not to oppose any of multiple marks listed. | 0.42 |
| 01/27/2012 | Rynkiewicz, John P | Review Grace email and Spanish agents' notice re watch report from J. Isern dated January 27, 2012, re PURE GRACE; Appln. No. 10409671 in the EC; assess confusion. | 0.50 |

Total Hours................. 3.50

Fees through 01/31/2012..................................  $2,054.50

**KAYE SCHOLER LLP**

TO: W.R. Grace & Co.-Conn                                                February 8, 2012

**RE:** Trademark Watches                                                **Invoice#:** 693785
**Our File Number:** 63812/0111                                          **PAGE:** 2

---

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $587.00 | 3.50 | $2,054.50 |
| Fees through 01/31/2012............... |  | 3.50 | $2,054.50 |

\*---------------------------------OUTSTANDING BALANCE---------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 647691 | 10/18/2010 | $802.87 |
| 650345 | 11/04/2010 | 368.55 |
| 654090 | 12/10/2010 | 520.51 |
| 657773 | 01/19/2011 | 435.46 |
| 660996 | 02/28/2011 | 141.75 |
| 664053 | 03/31/2011 | 471.74 |
| 666742 | 04/30/2011 | 595.35 |
| 669562 | 05/31/2011 | 444.53 |
| 672316 | 06/27/2011 | 481.95 |
| 674223 | 07/15/2011 | 207.52 |
| 678872 | 08/31/2011 | 368.55 |
| 681377 | 09/29/2011 | 349.27 |
| 682905 | 10/13/2011 | 831.22 |
| 685366 | 11/07/2011 | 481.95 |
| 688461 | 12/12/2011 | 396.90 |
| 692935 | 01/31/2012 | 1,372.14 |
| Prior Balance Due................................................... | | $8,270.26 |

| | |
|---|---|
| Fees this Invoice................................................... | $2,054.50 |
| Total Due this Invoice........................................... | $2,054.50 |
| Prior Balance Due (from above)............................. | 8,270.26 |
| **TOTAL DUE**................................................... | **$10,324.76** |

**Please remit payment within thirty (30) days.**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0111
Invoice Number: 693785
Total Amount Due: $10,324.76

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO: W.R. Grace & Co.-Conn
7500 Grace Drive
Columbia, Maryland 21044
Attn: Robert A. Maggio, Esq.

February 8, 2012

RE: Potential Trademark Oppositions
Our File Number: 63812/0112

Invoice#: 693786
PAGE: 1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/2012

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 01/03/2012 | Rynkiewicz, John P | Review Grace email and correspondence from foreign agents J. Isern dated December 28, 2011, regarding THE GRACE, Appln. No. 303987 in Spain; analyze confusion and assess whether opposition is needed. | 0.50 |
| 01/19/2012 | Rynkiewicz, John P | Review correspondence from Grace and Spanish agents re watch report from J. Isern involving possible opposition of GRACE HAN, Appln. No. 10279214, in the EC, owned by Tsu Han Wong, Grace; assess confusion; research. | 0.67 |
| 01/26/2012 | Rynkiewicz, John P | Review series of prior communications to/from Grace legal and foreign agents regarding potential GRACE opposition matters; conduct update, review actions taken, and review deadlines re same. | 1.92 |
| 01/27/2012 | Rynkiewicz, John P | Review Grace and European agents' correspondence regarding watch report dated January 20, 2012, for GRACE WONG; Appln. No. 10279198; evaluate potential confusion issues. | 0.50 |

Total Hours.................. 3.59

Fees through 01/31/2012...................................... $2,107.33

\*------------------------------TIME AND FEE SUMMARY------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $587.00 | 3.59 | $2,107.33 |
| Fees through 01/31/2012............... | | 3.59 | $2,107.33 |

**KAYE SCHOLER LLP**

TO:   W.R. Grace & Co.-Conn                                February 8, 2012

RE: Potential Trademark Oppositions                        Invoice#: 693786
Our File Number: 63812/0112                                PAGE:   2

---

\*------------------------------OUTSTANDING BALANCE------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 647693 | 10/18/2010 | $963.90 |
| 650352 | 11/04/2010 | 462.67 |
| 654091 | 12/10/2010 | 472.88 |
| 657778 | 01/19/2011 | 198.45 |
| 660997 | 02/28/2011 | 302.66 |
| 664054 | 03/31/2011 | 633.91 |
| 666743 | 04/30/2011 | 299.56 |
| 669563 | 05/31/2011 | 198.45 |
| 672313 | 06/27/2011 | 283.50 |
| 678873 | 08/31/2011 | 94.12 |
| 681381 | 09/29/2011 | 784.73 |
| 682906 | 10/13/2011 | 311.85 |
| 685367 | 11/07/2011 | 264.22 |
| 688462 | 12/12/2011 | 113.40 |
| 692936 | 01/31/2012 | 992.25 |

Prior Balance Due................................................................ $6,376.55

Fees this Invoice................................................................. $2,107.33
Total Due this Invoice......................................................... $2,107.33
Prior Balance Due (from above)......................................... 6,376.55
**TOTAL DUE**................................................................. **$8,483.88**

**Please remit payment within thirty (30) days.**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0112
Invoice Number: 693786
Total Amount Due: $8,483.88

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO: W.R. Grace & Co-Conn.
7500 Grace Drive
Columbia, Maryland 21004
Attn: Robert A. Maggio, Chief Patent Counsel

February 8, 2012

RE: Davison FCC
Our File Number: 63812/3002
Client Reference: 100075

Invoice#: 693787

PAGE: 1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/2012

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 01/06/2012 | Rynkiewicz, John P | Review Grace email and PERSEUS trademark issues; review searches, results and prior communications. | 0.83 |
| 01/13/2012 | Rynkiewicz, John P | Review Grace email, PERSEUS issues; review AMPLIFY matter; conf call with R. Maggio; research AMPLIFY regs, ownership, issues and risks; assess and review risk and recommendations to Grace. | 1.92 |

Total Hours.............. 2.75

Fees through 01/31/2012................................... $1,614.25

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $587.00 | 2.75 | $1,614.25 |
| Fees through 01/31/2012............... | | 2.75 | $1,614.25 |

Fees this Invoice....................................................................... $1,614.25

**Total Due this Invoice**................................................................ $1,614.25

**Please remit payment within thirty (30) days.**

**KAYE SCHOLER LLP**

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/3002
Invoice Number: 693787
Total Amount Due: $1,614.25

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.