<u>EXHIBIT B</u>

**November Fee Application**

Available on the docket of the Bankruptcy Court for the District of Delaware at docket # 28285 under Case No. 01-01139.  Also available upon request from Baer Higgins Fruchtman LLC or Pachulski, Stang, Ziehl, & Jones LLP.