# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
W.R. Grace & Co., et al.
7500 Grace Drive
Columbia, MD 21044
 **EIN:** 65–0773649

**Chapter:** 11

*Case No*.: 01–01139–JKF

### NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on 12/19/2011 was filed on 2/10/2012 . The following deadlines apply:

The parties have 7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 3/2/2012 .

If a request for redaction is filed, the redacted transcript is due 3/12/2012 .

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 5/10/2012 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

Clerk of Court

Date: 2/10/12

(ntc)

```
                           United States Bankruptcy Court
                                District of Delaware
In re:                                                       Case No. 01-01139-JKF
W.R. Grace & Co., et al.                                     Chapter 11
       Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0311-1          User: Brandon            Page 1 of 2           Date Rcvd: Feb 10, 2012
                              Form ID: ntcBK           Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 12, 2012.
```
db            +W.R. Grace & Co., et al.,   7500 Grace Drive,   Columbia, MD 21044-4029
aty            James E. O'Neill,   Pachulski Stang Ziehl & Jones LLP,   919 North Market Street, 17th Floor,
                PO Box 8705,   Wilmington, DE  19899-8705
aty           +Roger J. Higgins, P.C.,   Baer Higgins Fruchtman LLC,   111 East Wacker Driver,   Suite 2800,
                Chicago, IL 60601-4277
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 12, 2012**               **Signature:**  _/s/ Joseph Speetjens_

```
District/off: 0311-1           User: Brandon              Page 2 of 2                Date Rcvd: Feb 10, 2012
                               Form ID: ntcBK             Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2012 at the address(es) listed below:
NONE.                                                                                                TOTAL: 0