**Attachment A-2**
**To Fee Application**
**Summary of PwC's Fees By Professional**
**For the months of October 2011 through December 2011**

Professional Profiles
W.R. Grace & Co. Time Tracking - Global Restructuring
For the months of October 2011 through December 2011

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| James H Prettyman | Partner | 20+ | Global Restructuring | $ 803.00 | 7.0 | $ 5,621.00 |
| Michael F Urse | Partner | 20+ | Global Restructuring | $ 858.00 | 8.0 | $ 6,864.00 |
| Monica Cohen-Dumani | Partner | 20+ | Global Restructuring | $ 918.50 | 2.5 | $ 2,296.25 |
| Ronald S Gale | Partner | 20+ | Global Restructuring | $ 748.00 | 8.0 | $ 5,984.00 |
| David Schapiro | Partner | 20+ | Global Restructuring | $ 858.00 | 0.3 | $ 257.40 |
| Alan Fischl | Partner | 20+ | Global Restructuring | $ 858.00 | 0.2 | $ 171.60 |
| Lorie Fale McDonald | Director | 10 | Global Restructuring | $ 434.50 | 1.0 | $ 434.50 |
| Lauren Janosy | Director | 8 | Global Restructuring | $ 660.00 | 0.5 | $ 330.00 |
| Alessandro Di Stefano | Director | 8 | Global Restructuring | $ 654.50 | 5.0 | $ 3,272.50 |
| Bertrand Vandepitte | Director | 8 | Global Restructuring | $ 654.50 | 11.4 | $ 7,461.30 |
| Christian Marty | Director | 8 | Global Restructuring | $ 654.50 | 28.5 | $ 18,653.25 |
| Jennifer E Breen | Director | 8 | Global Restructuring | $ 621.50 | 2.5 | $ 1,553.75 |
| Ilene W Fine | Manager | 6 | Global Restructuring | $ 467.50 | 2.5 | $ 1,168.75 |
| Todd S. Chesla | Manager | 6 | Global Restructuring | $ 330.00 | 52.8 | $ 17,424.00 |
| Mary Irene Slonina | Senior Associate | 4 | Global Restructuring | $ 341.00 | 6.0 | $ 2,046.00 |
| Victor Sebastian Diaz Parro | Senior Associate | 4 | Global Restructuring | $ 253.00 | 50.4 | $ 12,751.20 |
| Veronica Joelle Flores | Experienced Associate | 2 | Global Restructuring | $ 170.50 | 40.9 | $ 6,973.45 |
| Beatrice Rivero | Executive Assistant | 4 | Global Restructuring | $ 99.00 | 2.8 | $ 277.20 |
| Maureen Bravo | Executive Assistant | 4 | Global Restructuring | $ 99.00 | 0.3 | $ 29.70 |
| Totals | | | | | 230.6 | $ 93,569.85 |

Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court

Totals    12.5    $ 2,131.25

{02411:PLDG:10163615.DOCX}

Summary of PwC's Fees By Project Category:
For the months of October 2011 through December 2011

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 12.5 | $2,131.25 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | 230.6 | $93,569.85 |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |

{02411:PLDG:10163615.DOCX}

| | | |
|---|---|---|
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | | |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 243.1 | $95,701.10 |