## Attachment B
## To Fee Application
## Summary of PwC's Fees By Professional
## For the months of October 2011 through December 2011

**Professional Profiles**
**W.R. Grace & Co. Time Tracking - Global Restructuring**
**For the months of October 2011 through December 2011**

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| James H Prettyman | Partner | 20+ | Global Restructuring | $ 803.00 | 7.0 | $ 5,621.00 |
| Michael F Urse | Partner | 20+ | Global Restructuring | $ 858.00 | 8.0 | $ 6,864.00 |
| Monica Cohen-Dumani | Partner | 20+ | Global Restructuring | $ 918.50 | 2.5 | $ 2,296.25 |
| Ronald S Gale | Partner | 20+ | Global Restructuring | $ 748.00 | 8.0 | $ 5,984.00 |
| David Schapiro | Partner | 20+ | Global Restructuring | $ 858.00 | 0.3 | $ 257.40 |
| Alan Fischl | Partner | 20+ | Global Restructuring | $ 858.00 | 0.2 | $ 171.60 |
| Lorie Fale McDonald | Director | 10 | Global Restructuring | $ 434.50 | 1.0 | $ 434.50 |
| Lauren Janosy | Director | 8 | Global Restructuring | $ 660.00 | 0.5 | $ 330.00 |
| Alessandro Di Stefano | Director | 8 | Global Restructuring | $ 654.50 | 5.0 | $ 3,272.50 |
| Bertrand Vandepitte | Director | 8 | Global Restructuring | $ 654.50 | 11.4 | $ 7,461.30 |
| Christian Marty | Director | 8 | Global Restructuring | $ 654.50 | 28.5 | $ 18,653.25 |
| Jennifer E Breen | Director | 8 | Global Restructuring | $ 621.50 | 2.5 | $ 1,553.75 |
| Ilene W Fine | Manager | 6 | Global Restructuring | $ 467.50 | 2.5 | $ 1,168.75 |
| Todd S. Chesla | Manager | 6 | Global Restructuring | $ 330.00 | 52.8 | $ 17,424.00 |
| Mary Irene Slonina | Senior Associate | 4 | Global Restructuring | $ 341.00 | 6.0 | $ 2,046.00 |
| Victor Sebastian Diaz Parro | Senior Associate | 4 | Global Restructuring | $ 253.00 | 50.4 | $ 12,751.20 |
| Veronica Joelle Flores | Experienced Associate | 2 | Global Restructuring | $ 170.50 | 40.9 | $ 6,973.45 |
| Beatrice Rivero | Executive Assistant | 4 | Global Restructuring | $ 99.00 | 2.8 | $ 277.20 |
| Maureen Bravo | Executive Assistant | 4 | Global Restructuring | $ 99.00 | 0.3 | $ 29.70 |

{02411:PLDG:10155550.DOCX}

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| Totals |  |  |  |  | 230.6 | $ 93,569.85 |

**Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court**

| Totals | 12.5 |  | $ 2,131.25 |
|---|---|---|---|

## Summary of PwC's Fees By Project Category:
## For the months of October 2011 through December 2011

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery |  |  |
| 02-Asset Disposition |  |  |
| 03-Business Operations |  |  |
| 04-Case Administration |  |  |
| 05-Claim Analysis Objection & Resolution (Asbestos) |  |  |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) |  |  |
| 07-Committee, Creditors', Noteholders', or Equity Holders' |  |  |
| 08-Employee Benefits/Pension |  |  |
| 09-Employee Applications, Applicant |  |  |
| 10-Employment Applications, Others |  |  |
| 11-Financing |  |  |
| 12-Fee Applications, Others | **12.5** | **$2,131.25** |
| 13-Financing |  |  |

{02411:PLDG:10155550.DOCX}

| | | |
|---|---|---|
| **14-Hearings** | | |
| **15-Litigation and Litigation Consulting** | | |
| **16-Plan and Disclosure Statement** | | |
| **17-Relief from Stay Proceedings** | | |
| **18-Tax Issues** | **230.6** | **$93,569.85** |
| **19-Tax Litigation** | | |
| **20-Travel- Non-working** | | |
| **21-Valuation** | | |
| **22-ZAI Science Trial** | | |
| **23-ZAI Science Trial-Expenses** | | |
| **24-Other** | | |
| **25-Accounting/Auditing** | | |
| **26-Business Analysis** | | |
| **27-Corporate Finance** | | |
| **28-Data Analysis** | | |
| **TOTAL:** | **243.1** | **$95,701.10** |