# EXHIBIT - A

**W.R. Grace & Co.**
**Fee Application Preparation**
**For the months October 2011 through December 2011**

| Date | Hours | Description of Services Provided | Bill Rate | | Extended Cost |
|------|-------|----------------------------------|-----------|---|---------------|
| **FEE APPLICATION PREPARATION** | | | | | |
| | | | | | |
| **Name: Veronica Flores** | | | | | |
| | | | | | |
| 11-Oct | 0.5 | Compiling time from all PwC employees who charged time to the tax project | $ 170.50 | $ | 85.25 |
| | | | | | |
| 26-Oct | 1.9 | Reviewing time entries for tax project for compliance with bankruptcy court guidelines | $ 170.50 | $ | 323.95 |
| 28-Oct | 2.0 | Reformatting time entries and compiling extra detail for bankruptcy court guidelines | $ 170.50 | $ | 341.00 |
| 25-Oct | 2.0 | Compiling timesheets into required format for bankruptcy court | $ 170.50 | $ | 341.00 |
| 26-Oct | 0.6 | Compiling timesheets into required format for bankruptcy court | $ 170.50 | $ | 102.30 |
| 26-Oct | 2.0 | Performing final review of fee application or submission to bankruptcy court | $ 170.50 | $ | 341.00 |
| 7-Nov | 1.5 | Preparing October and November time for fee application | $ 170.50 | $ | 255.75 |
| 29-Nov | 2.0 | Preparing October and November time for fee application | $ 170.50 | $ | 341.00 |
| | **12.5** | | | | |
| | | | | | |
| | **12.5** | **Total Tax Restructuring Project Fee Application Charged Hours** | | **$** | **2,131.25** |

**Professional Profiles**
**W.R. Grace & Co. Time Tracking - Global Restructuring**
**For the months of October 2011 through December 2011**

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| James H Prettyman | Partner | 20+ | Global Restructuring | $  803.00 | 7.0 | $          5,621.00 |
| Michael F Urse | Partner | 20+ | Global Restructuring | $  858.00 | 8.0 | $          6,864.00 |
| Monica Cohen-Dumani | Partner | 20+ | Global Restructuring | $  918.50 | 2.5 | $          2,296.25 |
| Ronald S Gale | Partner | 20+ | Global Restructuring | $  748.00 | 8.0 | $          5,984.00 |
| David Schapiro | Partner | 20+ | Global Restructuring | $  858.00 | 0.3 | $            257.40 |
| Alan Fischl | Partner | 20+ | Global Restructuring | $  858.00 | 0.2 | $            171.60 |
| Lorie Fale McDonald | Director | 10 | Global Restructuring | $  434.50 | 1.0 | $            434.50 |
| Lauren Janosy | Director | 8 | Global Restructuring | $  660.00 | 0.5 | $            330.00 |
| Alessandro Di Stefano | Director | 8 | Global Restructuring | $  654.50 | 5.0 | $          3,272.50 |
| Bertrand Vandepitte | Director | 8 | Global Restructuring | $  654.50 | 11.4 | $          7,461.30 |
| Christian Marty | Director | 8 | Global Restructuring | $  654.50 | 28.5 | $         18,653.25 |
| Jennifer E Breen | Director | 8 | Global Restructuring | $  621.50 | 2.5 | $          1,553.75 |
| Ilene W Fine | Manager | 6 | Global Restructuring | $  467.50 | 2.5 | $          1,168.75 |
| Todd S. Chesla | Manager | 6 | Global Restructuring | $  330.00 | 52.8 | $         17,424.00 |
| Mary Irene Slonina | Senior Associate | 4 | Global Restructuring | $  341.00 | 6.0 | $          2,046.00 |
| Victor Sebastian Diaz Parro | Senior Associate | 4 | Global Restructuring | $  253.00 | 50.4 | $         12,751.20 |
| Veronica Joelle Flores | Experienced Associate | 2 | Global Restructuring | $  170.50 | 40.9 | $          6,973.45 |
| Beatrice Rivero | Executive Assistant | 4 | Global Restructuring | $    99.00 | 2.8 | $            277.20 |
| Maureen Bravo | Executive Assistant | 4 | Global Restructuring | $    99.00 | 0.3 | $             29.70 |
|  |  |  |  |  |  |  |
| Totals |  |  |  |  | 230.6 | $         93,569.85 |

**W.R. Grace & Co.**
**W.R. Grace & Co. Time Tracking - Global Restructuring**
**For the months October 2011 through December 2011**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**FINANCIAL STATEMENT AUDIT TIME INCURRED**

**Name: James H Prettyman**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 14-Nov | 1.3 | Discussing changes to transaction due to DeNeef liquidation |
| 18-Nov | 0.7 | Reviewing changes to structure due to De Neef liquidation |
| 18-Nov | 1.4 | Review of Check the Box timing issues |
| 1-Dec | 1.8 | Review step transaction issues and revised slides |
| 1-Dec | 1.1 | Review revised slides for accuracy |
| 14-Dec | 0.7 | Review DeNeef conversion document |
| | **7.0** | **Total Grace Tax Restructuring Charged Hours** |

**W.R. Grace & Co.**
**W.R. Grace & Co. Time Tracking - Global Restructuring**
**For the months October 2011 through December 2011**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |

**Name:  Michael F Urse**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 28-Jul | 1.6 | Reviewing the proposed Phase 2 structure as to be implemented Pre-January 31, 2012 |
| 15-Aug | 1.3 | Preparation for Implementation meeting at WR Grace |
| 6-Oct | 1.2 | Review of Opinion outline |
| 22-Nov | 1.9 | Status call and follow up emails with T Chesla (PwC) regarding updated transaction with the Swiss conversion |
| 29-Nov | 2.0 | Status Call S Diaz, C Marty, V Flores, B Vandepitte, R Gale, T Chesla B Vandepitte (ALL PWC) regarding updates to step plan |

| | **8.0** | **Total Grace Tax Restructuring Charged Hours** |

**W.R. Grace & Co.**
**W.R. Grace & Co. Time Tracking - Global Restructuring**
**For the months October 2011 through December 2011**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| | | |
| **Name:  Monica Cohen-Dumani** | | |
| 4-Oct | | |
| | 1.9 | Review of the latest version of ruling and discussions with C Marty and T Chesla (All PwC) regarding the ruling |
| 10-Nov | 0.6 | Call with T Chesla and C Marty (ALL PWC) regarding the check the box and conversation of an entity |
| | **2.5** | **Total Grace Tax Restructuring Charged Hours** |

**W.R. Grace & Co.**
**W.R. Grace & Co. Time Tracking - Global Restructuring**
**For the months October 2011 through December 2011**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |

**Name: Ron Gale**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 6-Oct | 1.4 | Review of Opinion outline for Swiss Ruling |
| 21-Oct | 1.8 | DIscussing responses to the ruling with T Chesla (PwC) |
| 29-Nov | 1.1 | Status call with M Urse, S Diaz, C Marty, V Flores, B Vandepitte, T Chesla,  B Vandepitte (ALL PwC) regarding updates to the step plan |
| 23-Dec | 1.9 | Reviewing Swiss Dividend Inquiries and the revised slide deck and step plan |
| 23-Dec | 1.8 | Reviewing opinion issues and facts |
| | **8.0** | **Total Grace Tax Restructuring Charged Hours** |

**W.R. Grace & Co.**
**W.R. Grace & Co. Time Tracking - Global Restructuring**
**For the months October 2011 through December 2011**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**FINANCIAL STATEMENT AUDIT TIME INCURRED**

**Name: David Schapiro**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 17-Oct | 0.3 | Discussions with T Chesla (PwC)  regarding response to D. Poole (Grace) about US Finance Branch becoming a member of cash pooling agreement |
|  | **0.3** | **Total Grace Tax Restructuring Charged Hours** |

**W.R. Grace & Co.**
**W.R. Grace & Co. Time Tracking - Global Restructuring**
**For the months October 2011 through December 2011**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**FINANCIAL STATEMENT AUDIT TIME INCURRED**

**Name: Alan L. Fischl**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 22-Sep | 0.2 | Call from T. Chesla (PwC) regarding the timing of stock sale under 956 |
| | **0.2** | **Total Grace Tax Restructuring Charged Hours** |

**W.R. Grace & Co.**
**W.R. Grace & Co. Time Tracking - Global Restructuring**
**For the months October 2011 through December 2011**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |

**Name: Lorie Fale McDonald**

| 26-Oct | 1.0 | Review Florida filings and preparation of email with comments |
|--------|-----|---------------------------------------------------------------|
| | **1.0** | **Total Grace Tax Restructuring Charged Hours** |

**W.R. Grace & Co.**
**W.R. Grace & Co. Time Tracking - Global Restructuring**
**For the months October 2011 through December 2011**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |

**Name: Lauren Janosy**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 18-Nov | 0.5 | Foreign Investment Real Estate Property Tax Act discussion with L. Fine and S Slonina (ALL PwC) |
| | **0.5** | **Total Grace Tax Restructuring Charged Hours** |

**W.R. Grace & Co.**
**W.R. Grace & Co. Time Tracking - Global Restructuring**
**For the months October 2011 through December 2011**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |

**Name: Alessandro Di Stefano**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 4-Oct | 0.5 | Conference call with the E Filon (Grace)  and B Vandepitte (PwC) regarding the tax implications of the Italian planning |
| 6-Oct | 1.2 | Call with E Filon (Grace ) regarding text predisposition of the transaction |
| 7-Oct | 1.3 | Self-declarations (preparation of ) to benefit from the tax treaties protection |
| 10-Oct | 0.4 | Drafting email on Treaty protection |
| 11-Oct | 0.6 | Conference call with the E Filon (Grace) regarding the Italian entities within the new structure |
| 29-Nov | 1.0 | Answering questions regarding the structuring as it pertains to the Italian entity |
| | **5.0** | **Total Grace Tax Restructuring Charged Hours** |

**W.R. Grace & Co.**
**W.R. Grace & Co. Time Tracking - Global Restructuring**
**For the months October 2011 through December 2011**

| Date | Hours | Description of Services Provided |
|---|---|---|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| | | |
| **Name: Bertrand Vandepitte** | | |
| | | |
| 3-Oct | 0.9 | Reviewing the step plan |
| 4-Oct | | |
| | 1.1 | Conference call with the E Filon (Grace) A De Stefano (PwC) regarding the Italian entities within structure |
| 10-Oct | 0.5 | Reviewing the conversion process |
| 11-Oct | | Weekly conference calls with E Filon, D Libow, D Poole (Grace) T Chesla, S Diaz, C Marty  (All PwC) discussing |
| | 0.8 | the progress of the implementation |
| 2-Nov | 0.5 | Reviewing Transaction documents as they pertain to Belgium |
| 8-Nov | 1.0 | Reviewing Revised Transaction documents as they pertain to Belgium |
| 10-Nov | 1.0 | Discussions with C Marty (PwC) regarding shareholding of USF in BegiumCo, regarding check the box |
| 15-Nov | 0.5 | Reviewing emails regarding research of Belgium entities |
| 18-Nov | 0.2 | Call with R.Gale (PwC) to discuss document review |
| 22-Nov | 0.7 | Reviewing De Neef sale contract |
| 28-Nov | 1.0 | Call with S Diaz (PwC) regarding the updated slide deck |
| 29-Nov | 1.0 | Weekly conference call with M Urse, S Diaz, C Marty, V Flores, B Vandepitte, R Gale, T Chesla  (ALL PWC) |
| | | regarding updates to step plan |
| 2-Dec | 0.5 | Reviewing De Neef sale contract |
| 5-Dec | 0.7 | Review the impact of the new timing as it relates to withholding tax position in Belgium |
| 6-Dec | 0.5 | Reviewing Transaction documents as they pertain to Belgium |
| 13-Dec | 0.5 | Reviewing requirements for the De Neef sales contract |

| | | |
|---|---|---|
| | **11.4** | **Total Grace Tax Restructuring Charged Hours** |

**W.R. Grace & Co.**
**W.R. Grace & Co. Time Tracking - Global Restructuring**
**For the months October 2011 through December 2011**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**FINANCIAL STATEMENT AUDIT TIME INCURRED**

**Name: Christian Marty**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 3-Oct | | |
| | 1.1 | Write up regarding Ruling and Form 823 and sending emails to D Poole (Grace) regarding participation |
| 4-Oct | 1.6 | Discussions regarding amortization, and amended ruling, with T Chesla and M Dumani (All PwC) |
| 5-Oct | 1.4 | Emailing D.Libow (Grace) regarding securities transfer tax, amending and send ruling, |
| 6-Oct | 1.9 | Finalizing form 823, emails and work plan review as requested by T Chesla (PwC) |
| 7-Oct | 1.8 | Finalization of Swiss ruling translation |
| 10-Oct | 1.2 | Finalizing ruling and emailing ruling and Form 823 to PwC team |
| 11-Oct | 0.7 | Weekly conference calls with E Filon, D Libow, D Poole (Grace) T Chesla, S Diaz, B Vandepitte, C Marty (All PwC)  discussing the progress and status of the implementation |
| 14-Oct | 1.1 | Performing write up on loan to Luxembourg |
| 17-Oct | 0.6 | Working on the Swiss Ruling translation as per M Dumani request ( PwC) |
| 20-Oct | 0.4 | Reviewing emails regarding assignment of Luxembourg loans |
| 21-Oct | 0.8 | Reviewing Swiss ruling enclosures |
| 28-Oct | 0.9 | Producing Email to D Poole (Grace) with the findings regarding the Swiss ruling |
| 8-Nov | 1.1 | Review of form 823 and its requirements |
| 10-Nov | 0.9 | Discussions with B Vandepitte (PwC) regarding shareholding in BegiumCo, and check the box |
| 10-Nov | 0.6 | Call with M Dumani and T Chesla (ALL PWC) regarding the check the box and conversion of the entity to Société Anonyme à Responsabilité Limitée ("Sarl") or a Limited Liability Company. |
| 14-Nov | 0.9 | Email to T Chesla (PwC)  regarding conversion of BelgiumCo. |
| 15-Nov | 1.0 | Researching Swiss law regarding conversion |
| 16-Nov | 0.4 | Composing an email to respond to questions posed by S Diaz and T Chesla (ALL PWC) regarding entity conversion |
| 22-Nov | 0.6 | Reviewing Swiss ruling documents |
| 29-Nov | 0.7 | Call M Urse, S Diaz, C Marty, V Flores, B Vandepitte, R Gale, T Chesla B Vandepitte (ALL PWC) regarding updates to the step plan |
| 6-Dec | 0.3 | Call with E Filon and D Poole (All Grace) about the conversion of the Swiss entity to a  Société Anonyme à Responsabilité Limitée ("Sarl") or a Limited Liability Company |
| 13-Dec | 1.9 | Review of transaction documents as they relate to the Swiss entities |
| 15-Dec | 2.0 | Review of transaction documents as they relate to the Swiss entities |
| 19-Dec | 0.7 | Emailing D Poole and E Filon (All Grace), to discuss reserves |
| 20-Dec | 1.9 | Researching dividend distribution and check the box ruling request in Switzerland |
| 21-Dec | 1.2 | Email D Poole (Grace) to request additional information for Swiss portion of the transaction |
| 23-Dec | 0.8 | Email D Poole (Grace) to request additional information for Swiss portion of the transaction |

**28.5**    **Total Grace Tax Restructuring Charged Hours**

**W.R. Grace & Co.**
**W.R. Grace & Co. Time Tracking - Global Restructuring**
**For the months October 2011 through December 2011**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**FINANCIAL STATEMENT AUDIT TIME INCURRED**

**Name: Jennifer E Breen**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 5-Oct | 1.2 | Reviewing the Foreign Investment Real Property Tax Act  and emailing comments to S Diaz (PwC) |
| 6-Oct | 0.8 | Call with S Diaz (PwC) regarding comments to Foreign Investment Real Property Tax Act plan |
| 20-Dec | 0.5 | Call with S Diaz (PwC) regarding 338 election issues |
| | **2.5** | **Total Grace Tax Restructuring Charged Hours** |

**W.R. Grace & Co.**
**W.R. Grace & Co. Time Tracking - Global Restructuring**
**For the months October 2011 through December 2011**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| | | |
| **Name: Ilene W Fine** | | |
| | | |
| 18-Nov | 0.6 | Discussing Foreign Investment Real Property Tax Act issues with M Slonina and L Janosy (ALL PwC) |
| 21-Nov | 1.9 | Reviewing Foreign Investment Real Property Tax Act forms |
| | **2.5** | **Total Grace Tax Restructuring Charged Hours** |

**W.R. Grace & Co.**
**W.R. Grace & Co. Time Tracking - Global Restructuring**
**For the months October 2011 through December 2011**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**FINANCIAL STATEMENT AUDIT TIME INCURRED**

**Name: Todd Chesla**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 3-Oct | 1.9 | Updating slides and reviewing work plan |
| 4-Oct | 1.6 | Working on amended ruling and discussing it with B Vandepitte and C Marty (All PwC) |
| 5-Oct | 1.9 | Reviewing Issues Outline |
| 6-Oct | 0.8 | Working on Opinion outline and work plan, |
| 6-Oct | 1.2 | Call with Paul Daschenko (Grace) regarding Italy |
| 7-Oct | 1.8 | Reviewing 823B issues and Italian self declaration review |
| 11-Oct | 1.6 | Reviewing opinion outline and US finance branch sublease |
| 11-Oct | 0.8 | Weekly conference calls with E Filon, D Libow, D Poole (Grace) T Chesla, S Diaz, B Vandepitte (All PwC) to discuss the progress and status of the implementation |
| 12-Oct | 2.0 | Reviewing Opinion outline |
| 13-Oct | 0.9 | Preparing issues outline responses |
| 13-Oct | 0.9 | Preparing the DeNeef Belgium check the box effective date confirmation |
| 14-Oct | 1.9 | Reviewing Luxembourg loan and  US Branch participation in cash pooling |
| 17-Oct | 2.0 | Discussion with D. Schapiro (PwC) regarding response to D. Poole (Grace) about US Finance Branch becoming a member of cash pooling agreement |
| 18-Oct | 2.2 | Call to follow up with J Breen (PwC) regarding check the box timing in Belgium |
| 19-Oct | 1.9 | Updating the master step plan |
| 20-Oct | 2.0 | Discussing the issues outline responses with R Gale (PwC) |
| 22-Oct | 1.7 | Call with A Fischl  (PwC) regarding the timing of stock sale under 956 |
| 25-Oct | 2.0 | Status call with E Filon (Grace) and follow ups with D Libow (Grace) regarding tax filings |
| 26-Oct | 2.1 | Slidedeck update for board meeting |
| 28-Oct | 2.0 | Updating Swiss ruling |
| 1-Nov | 2.5 | Reviewing the Revised Slide deck |
| 3-Nov | 2.1 | Reviewing Luxembourg Board Meeting Documents |
| 4-Nov | 1.0 | Update step plan for board meeting activities |
| 8-Nov | 1.5 | Various follow-ups relating to the Swiss, Belgium and Italian work streams |
| 9-Nov | 2.5 | Reviewing Swiss opinion |
| 10-Nov | 0.5 | Call with M Dumani and C Marty (ALL PWC) regarding the check the box and conversation of an entity to aSociété Anonyme à Responsabilité Limitée ("Sarl") or a Limited Liability Company. |
| 22-Nov | 2.0 | Follow up emails with M Urse (PwC) regarding update on the Swiss conversion |
| 29-Nov | 1.0 | Status call with M Urse, S Diaz, C Marty, V Flores, B Vandepitte, R Gale,  B Vandepitte(ALL PwC) regarding updates to the step plan |
| 29-Nov | 1.0 | Call with Mike Urse (PwC) to discuss updates regarding the step plan |
| 19-Dec | 1.2 | Researching Swiss withholding tax inquiry |
| 20-Dec | 1.8 | Reviewing Swiss Dividend Inquiries |
| 21-Dec | 1.0 | Call with D Poole (Grace) regarding Swiss dividend |
| 23-Dec | 1.5 | Emailing for E Filon ( Grace) regarding Swiss dividends and withholding taxes |

52.8     **Total Grace Tax Restructuring Charged Hours**

**W.R. Grace & Co.**
**W.R. Grace & Co. Time Tracking - Global Restructuring**
**For the months October 2011 through December 2011**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**FINANCIAL STATEMENT AUDIT TIME INCURRED**

**Name: Mary Irene Slonina**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 15-Nov | 0.6 | Reviewing Form 8832 withdrawal and Foreign Investment Real Property Tax Act issue. |
| 16-Nov | 0.4 | Preparing Power of Attorney for Societe Union |
| 17-Nov | 1.4 | Reviewing Foreign Investment Real Property Tax Act letters and Review Procedure 2008-27 and regulations. |
| 18-Nov | 0.5 | Discussion with I. Fine and L Janosy (All PwC) regarding Foreign Investment Real Property Tax Act letters |
| 9-Dec | 1.6 | Preparation of Union Societe Form 8832 withdrawal request. |
| 13-Dec | 0.8 | Submission of Form 8832 withdrawal request. |
| 20-Dec | 0.7 | Review of Section 338 election. |
| | **6.0** | **Total Grace Tax Restructuring Charged Hours** |

**W.R. Grace & Co.**
**W.R. Grace & Co. Time Tracking - Global Restructuring**
**For the months October 2011 through December 2011**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**FINANCIAL STATEMENT AUDIT TIME INCURRED**

**Name: Victor Sebastian Diaz Parro**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 3-Oct | 1.3 | Updating slide deck and work plan for Foreign Investment real property tax act |
| 4-Oct | 1.7 | Reviewing Italy Issues and making updates to work plan for Swiss ruling issue |
| 5-Oct | 1.8 | Updating the work plan and step-plan |
| 5-Oct | 1.2 | Emailing J Breen (PwC) regarding Foreign Investment Real Property Tax Act review and related comments to the plan |
| 6-Oct | 1.3 | Call with J Breen (PwC) regarding comments to Foreign Investment Real Property Tax Act plan and email |
| 10-Oct | 1.7 | Working on Foreign Investment real property tax act email and Opinion outline |
| 11-Oct | 1.8 | Weekly conference calls with E Filon, D Libow, D Poole (Grace) T Chesla, B Vandepitte (All PwC) to discuss the progress and status of the implementation of the structure and various outline updates |
| 13-Oct | 1.7 | Working on the Opinion outline and Check the box question |
| 14-Oct | 1.8 | Following up on the Check the box question and Belgium issues. |
| 17-Oct | 1.5 | Following up on the Check the box question and Belgium issues. |
| 18-Oct | 1.9 | Follow up regarding the progress and status of the implementation of the structure |
| 19-Oct | 1.1 | Check the box call with J Breen (PwC) and email to R Gale and T Chesla (All PwC). |
| 21-Oct | 1.7 | Review of Luxembourg Tax Ruling review |
| 24-Oct | 1.9 | Opinion outline updates |
| 25-Oct | 1.9 | Email to D. Libow (Grace) on open fillings |
| 15-Nov | 1.5 | Researching 8832 issues and follow up on Foreign Investment Real Property Tax Act |
| 15-Nov | 1.6 | Emails to follow up on Sweden and Switzerland changes to the structure |
| 16-Nov | 2.0 | Follow up on changes due to check the box election of SwissCo |
| 17-Nov | 1.9 | Researching Foreign Investment Real Property Tax Act issues |
| 18-Nov | 1.0 | Working on the outline of the opinion |
| 21-Nov | 1.5 | Foreign Investment Real Property Tax Act review and related updates to the slides |
| 22-Nov | 1.8 | Reviewing Switzerland, 338 election issues |
| 23-Nov | 1.7 | Follow up on Foreign Investment Real Property Tax Act statement of 338 election. |
| 28-Nov | 1.8 | Call with D Poole (Grace) on changes to steps |
| 28-Nov | 1.1 | Call with B Vandepitte (PwC) regarding Belgium issues and changes to slide deck |
| 29-Nov | 0.9 | Status call with M Urse, S Diaz, C Marty, V Flores, B Vandepitte, R Gale,  B Vandepitte(ALL PwC) regarding updates to the step plan |
| 29-Nov | 0.8 | Call with D Libow (Grace) to discuss updates regarding step plan |
| 1-Dec | 1.5 | Preparation of email for D.Poole (Grace) regarding 8832 withdrawal |
| 5-Dec | 2.0 | Updates to step plan to reflect board decisions |
| 5-Dec | 2.0 | Reviewing SwissCo withdrawal and section 338 election and making updates to step plan to reflect this review |
| 7-Dec | 0.8 | Call with David Libow (Grace) on 338 election |
| 8-Dec | 1.6 | Section 338 election review |
| 14-Dec | 0.6 | Reviewing SwissCo withdrawal and section 338 election. |

**50.4**  **Total Grace Tax Restructuring Charged Hours**

**W.R. Grace & Co.**
**W.R. Grace & Co. Time Tracking - Global Restructuring**
**For the months October 2011 through December 2011**

| Date | Hours | Description of Services Provided |
|------|-------|-----------------------------------|

**FINANCIAL STATEMENT AUDIT TIME INCURRED**

**Name: Veronica Flores**

| Date | Hours | Description of Services Provided |
|------|-------|-----------------------------------|
| 3-Oct | 1.9 | Reviewing pending client deliverables status listing |
| 7-Oct | 1.6 | Revising the WR Grace engagement letter as per E Filon (Grace) requested changes. |
| 7-Oct | 0.4 | Sending the engagement letter to be processed and signed by G Baccash (PwC) |
| 10-Oct | 2.0 | Preparing requested documentation on the engagement progress as requested by the client |
| 11-Oct | 1.1 | Working on compiling project status update for client |
| 11-Oct | 1.5 | Following up with G Baccash and T Chesla (All PwC) regarding the status of engagement letter |
| 13-Oct | 2.0 | Requesting Engagement Letter Project Maintenance Step Plan and Master Slide Deck |
| 24-Oct | 1.6 | Providing Web Document Management System Access to the client, as requested |
| 24-Oct | 0.9 | Preparing documentation on the engagement progress. as requested by the client |
| 26-Oct | 1.0 | Responding to various inquiries  and sending various emails follow-up regarding project status |
| 27-Oct | 1.7 | Various Follow ups regarding the restructuring step plan |
| 27-Oct | 0.4 | Follow up on Engagement letter status |
| 1-Nov | 2.0 | Follow up on Engagement Letter status and upload to Data Management System |
| 3-Nov | 1.0 | Preparing requested documentation on the engagement progress as requested by the client |
| 23-Nov | 1.3 | Researching 8832 issues and following up on Foreign Investment Real Property Tax Act |
| 29-Nov | 1.0 | Weekly call M Urse, B Vandepitte, R Gale, T Chesla, B Vandepitte, C Marty (ALL PWC) regarding status of the step plan |
| 29-Nov | 2.0 | Updating slides to reflect changes based on weekly team call |
| 14-Dec | 1.5 | Documenting the SwissCo withdrawal and section 338 election. |
| 14-Dec | 1.0 | Reviewing the WR Grace 10Ks for years 05,06,07,08,09,10 |
| 16-Dec | 2.0 | Researching WR Grace's historical acquisitions and how they were handled to assist with current acquisitions |
| 16-Dec | 2.0 | Researching historical acquisitions and reviewing acquisition documentation |
| 19-Dec | 2.0 | Research on the issues and the steps as they apply to the opinion for US tax purposes |
| 19-Dec | 2.0 | Writing of the US Opinion facts regarding the historical acquisition. |
| 19-Dec | 2.0 | Writing of the US opinion facts as they pertain to the current transaction |
| 20-Dec | 1.0 | Writing of the US opinion facts as they pertain to the current Transaction |
| 20-Dec | 2.0 | Researching and preparing revised outline |
| 20-Dec | 2.0 | Researching and preparing the Statement of facts |
| | **40.9** | **Total Grace Tax Restructuring Charged Hours** |

**W.R. Grace & Co.**
**W.R. Grace & Co. Time Tracking - Global Restructuring**
**For the months October 2011 through December 2011**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| **FINANCIAL STATEMENT AUDIT TIME INCURRED** | | |
| | | |
| **Name: Beatrice Rivero** | | |
| | | |
| 5-Oct | 0.7 | Providing assistance in the production of final deliverable for WR Grace |
| 12-Oct | 0.6 | Finalizing signed engagement letter and preparing deliverable package for submission to client per G.Baccash (PwC) |
| 7-Nov | 0.7 | Researching 338 elections |
| 22-Nov | 0.4 | Review of Facts document for the Opinion |
| 13-Dec | 0.4 | Review of Facts document for the Opinion |
| | **2.8** | **Total Grace Tax Restructuring Charged Hours** |

**W.R. Grace & Co.**
**W.R. Grace & Co. Time Tracking - Global Restructuring**
**For the months October 2011 through December 2011**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**FINANCIAL STATEMENT AUDIT TIME INCURRED**

**Name: Maureen Bravo**

| | | |
|------|-------|--------------------------------|
| 25-Oct | 0.3 | Analysis of Luxembourg holding company structure and US finance branch |
| | **0.3** | **Total Grace Tax Restructuring Charged Hours** |