# Attachment A-1
# To Fee Application
## Summary of PwC's Fees By Professional
## For the months of October 2011 through December 2011

**Professional Profiles**
**W.R. Grace & Co. Time Tracking - Audit**
**For the months of October through December 2011**

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| John Edward Newstead | Audit Partner | 20+ | Integrated Audit | $ 688.34 | 5.2 | $ 3,579.37 |
| George Baccash | Tax Partner | 20+ | Integrated Audit | $ 618.80 | 3.0 | $ 1,856.40 |
| Thomas E Smith | Audit Partner | 20+ | Integrated Audit | $ 796.29 | 87.5 | $ 69,675.38 |
| Jill McCormack | Audit Partner | 20+ | Integrated Audit | $ 688.34 | 4.5 | $ 3,097.53 |
| Robert Eydt | Audit Partner | 20+ | Integrated Audit | $ 1,052.83 | 2.0 | $ 2,105.66 |
| Douglas Parker | Audit Partner | 20+ | Integrated Audit | $ 1,052.83 | 1.0 | $ 1,052.83 |
| Cody Smith | Audit Partner | 20+ | Integrated Audit | $ 1,052.83 | 0.5 | $ 526.42 |
| Cheryl Tjon-Hing | Audit Partner | 20+ | Integrated Audit | $ 935.99 | 3.8 | $ 3,556.76 |
| Jody B Underhill | Tax Director | 12 | Integrated Audit | $ 410.80 | 60.5 | $ 24,853.40 |
| Damien Hughes | Audit Senior Manager | 12 | Integrated Audit | $ 674.37 | 6.5 | $ 4,383.41 |
| James C Horvath | Audit Senior Manager | 9 | Integrated Audit | $ 540.00 | 1.0 | $ 540.00 |
| Andrew Barclay | Audit Senior Manager | 9 | Integrated Audit | $ 763.27 | 1.5 | $ 1,144.91 |
| Evgeny Gonokhin | Audit Senior Manager | 9 | Integrated Audit | $ 436.88 | 233.8 | $ 102,142.54 |
| David C Sands | Audit Director | 12 | Integrated Audit | $ 436.88 | 21.5 | $ 9,392.92 |
| Konstantinos Theocharidis | Audit Manager | 7 | Integrated Audit | $ 431.80 | 16.0 | $ 6,908.80 |
| Heinrich Franz Wessels | Audit Manager | 7 | Integrated Audit | $ 396.24 | 2.0 | $ 792.48 |
| Todd S. Chesla | Tax Manager | 7 | Integrated Audit | $ 312.00 | 5.3 | $ 1,653.60 |
| Brett Czajkowski | Audit Manager | 7 | Integrated Audit | $ 316.23 | 20.7 | $ 6,545.96 |
| Edward Huang | Audit Manager | 7 | Integrated Audit | $ 363.22 | 5.0 | $ 1,816.10 |
| Elizabeth Sama | Tax Senior Associate | 4 | Integrated Audit | $ 239.20 | 41.0 | $ 9,807.20 |
| Pavel Katsiak | Audit Senior Associate | 5 | Integrated Audit | $ 257.81 | 166.5 | $ 42,925.36 |
| Phillip Crosby | Audit Senior Associate | 5 | Integrated Audit | $ 234.95 | 46.3 | $ 10,878.19 |
| Alexandra L Schmidt | Audit Senior Associate | 4 | Integrated Audit | $ 241.30 | 184.0 | $ 44,399.20 |
| Kristy Gold | Audit Senior Associate | 4 | Integrated Audit | $ 223.52 | 30.7 | $ 6,872.49 |
| Jennifer Lynn Bosanac | Audit Senior Associate | 4 | Integrated Audit | $ 285.76 | 7.5 | $ 2,143.20 |
| Hans F Kist | Audit Senior Associate | 3 | Integrated Audit | $ 193.04 | 7.5 | $ 1,447.80 |
| Kathryn A Colaianni | Audit Experienced Associate | 2 | Integrated Audit | $ 180.34 | 222.0 | $ 40,035.48 |
| Kathleen Elizabeth Bradley | Audit Experienced Associate | 2 | Integrated Audit | $ 180.34 | 352.5 | $ 63,569.85 |
| Pocha Bromiley | Audit Experienced Associate | 2 | Integrated Audit | $ 180.34 | 391.4 | $ 70,583.45 |
| Ryan P Boyle | Audit Experienced Associate | 2 | Integrated Audit | $ 186.69 | 71.6 | $ 13,367.00 |
| Veronica Joelle Flores | Tax Experienced Associate | 2 | Integrated Audit | $ 161.20 | 27.5 | $ 4,433.00 |
| Drew Levy | Audit Associate | 1 | Integrated Audit | $ 130.81 | 379.7 | $ 49,668.56 |
| Alfiya Galieva | Audit Associate | 1 | Integrated Audit | $ 163.83 | 21.0 | $ 3,440.43 |
| Crystal Jamison | Audit Associate | 1 | Integrated Audit | $ 171.46 | 0.5 | $ 85.73 |
| Melissa Ranson | Audit Associate | 1 | Integrated Audit | $ 171.46 | 18.2 | $ 3,120.57 |
| Maricel M Vera | Project Specialist | 1 | Integrated Audit | $ 118.00 | 0.5 | $ 59.00 |
| Vanina Straniero | Project Specialist | 1 | Integrated Audit | $ 118.00 | 0.5 | $ 59.00 |
| Mauricio Ciparelli | Project Specialist | 1 | Integrated Audit | $ 118.00 | 5.2 | $ 613.60 |

{02411:PLDG:10155541.DOC}

| Name | Title | | Category | Rate | Hours | Fees |
|---|---|---|---|---|---|---|
| Arnab Das | Project Specialist | 1 | Integrated Audit | $ 118.00 | 0.3 | $ 35.40 |
| Luciana Herrera | Project Specialist | 1 | Integrated Audit | $ 118.00 | 3.0 | $ 354.00 |
| María F Castro Bianchi | Project Specialist | 1 | Integrated Audit | $ 118.00 | 0.5 | $ 59.00 |
| Leonardo D Zarate | Project Specialist | 1 | Integrated Audit | $ 118.00 | 1.5 | $ 177.00 |
| Nicolas Colombo | Project Specialist | 1 | Integrated Audit | $ 118.00 | 1.0 | $ 118.00 |
| Elizabeth Romano | Project Specialist | 1 | Integrated Audit | $ 118.00 | 3.3 | $ 389.40 |
| Maria L Yapur | Project Specialist | 1 | Integrated Audit | $ 118.00 | 2.0 | $ 236.00 |
| Ana Manevy | Project Specialist | 1 | Integrated Audit | $ 118.00 | 1.8 | $ 212.40 |
| Promita Saha | Project Specialist | 1 | Integrated Audit | $ 118.00 | 0.3 | $ 35.40 |
| Rajesh Paul | Project Specialist | 1 | Integrated Audit | $ 118.00 | 0.8 | $ 94.40 |
| Ailin Fernandez | Project Specialist | 1 | Integrated Audit | $ 118.00 | 6.0 | $ 708.00 |
| Martin J. Assandri | Project Specialist | 1 | Integrated Audit | $ 118.00 | 13.5 | $ 1,593.00 |
| Laura Alonso | Project Specialist | 1 | Integrated Audit | $ 118.00 | 0.3 | $ 35.40 |
| Jenny Vera Saldivar | Project Specialist | 1 | Integrated Audit | $ 118.00 | 7.0 | $ 826.00 |
| Renee Lynn Schramm | Project Specialist | 1 | Integrated Audit | $ 118.00 | 2.1 | $ 247.80 |
| Jacob Bokor | Project Specialist | 1 | Integrated Audit | $ 118.00 | 1.6 | $ 188.80 |
| Diego Orieta | Project Specialist | 1 | Integrated Audit | $ 118.00 | 1.5 | $ 177.00 |
| | | | | | | |
| Totals | | | | | 2,501.9 | $ 618,620.58 |

**Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)**

| Totals | 39.1 | | $ 5,638.74 |
|---|---|---|---|

## Summary of PwC's Fees By Project Category:
## For the months of October 2011 through December 2011

| Project Category | Total Hours | Total Fees |
|---|---|---|
| **01-Assets Analysis and Recovery** | | |
| **02-Asset Disposition** | | |
| **03-Business Operations** | | |
| **04-Case Administration** | | |
| **05-Claim Analysis Objection & Resolution (Asbestos)** | | |
| **06-Claim Analysis Objection & Resolution (Non-asbestos)** | | |
| **07-Committee, Creditors',** | | |

{02411:PLDG:10155541.DOC}

| | | |
|---|---:|---:|
| **Noteholders', or Equity Holders'** | | |
| **08-Employee Benefits/Pension** | | |
| **09-Employee Applications, Applicant** | | |
| **10-Employment Applications, Others** | | |
| **11-Financing** | | |
| **12-Fee Applications, Others** | **39.1** | **$5,638.74** |
| **13-Financing** | | |
| **14-Hearings** | | |
| **15-Litigation and Litigation Consulting** | | |
| **16-Plan and Disclosure Statement** | | |
| **17-Relief from Stay Proceedings** | | |
| **18-Tax Issues** | | |
| **19-Tax Litigation** | | |
| **20-Travel- Non-working** | | |
| **21-Valuation** | | |
| **22-ZAI Science Trial** | | |
| **23-ZAI Science Trial-Expenses** | | |
| **24-Other** | | |
| **25-Accounting/Auditing** | **2,501.9** | **$618,620.58** |
| **26-Business Analysis** | | |
| **27-Corporate Finance** | | |
| **28-Data Analysis** | | |
| **TOTAL:** | **2,541.0** | **$ 624,259.22** |

{02411:PLDG:10155541.DOC}

**Expense Summary**
**October 1, 2011 - December 31, 2011**

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $15,316.62 |
| Lodging | N/A | $5,971.20 |
| Sundry | N/A | $483.51 |
| Business Meals | N/A | $1,587.78 |
| TOTAL: | | $ 23,359.11 |

{02411:PLDG:10155541.DOC}