# EXHIBIT - A

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.* | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors | : | (Jointly Administered) |

**ORDER APPROVING FORTY-THIRD QUARTERLY FEE APPLICATION OF PRICEWATERHOUSECOOPERS LLP, AUDITORS AND TAX CONSULTANTS FOR DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE INTERIM PERIOD OF OCTOBER 1, 2011 THROUGH DECEMBER 31, 2011**

Upon consideration of the Forty-Third Quarterly Fee Application of PricewaterhouseCoopers LLP ("PwC"), Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses, incurred during the interim period October 1, 2011 through December 31, 2011, dated February 13, 2012 (the "Application"); and upon the Certification of Thomas E. Smith in support of the Application; and upon a hearing having been held before this Court to consider the Forty-Third Quarterly Fee Application; and upon notice having been given pursuant to Bankruptcy Rule 2002(a)(7) and (c)(2); and due consideration having been given to any responses thereto, and sufficient cause having been shown therefore, it is hereby:

ORDERED that the Forty-Third Quarterly Fee Application is approved, and it is further

ORDERED that the compensation for services rendered in the amount of $712,190.43 (plus $7,769.99 for preparing the related fee applications) and reimbursement of expenses in the aggregate amount of $23,359.11 with respect to the July 1, 2010 through September 30, 2010 monthly applications is hereby granted to PwC.

Dated: _____, 2011

_____
Judith K. Fitzgerald
United States Bankruptcy Judge

{02411:ORD:10163994.DOC}