## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | Objection Deadline: 3/5/2012; 4:00 PM ET |
| | § | Hearing Date: 6/18/2012; 9:00 AM ET |

**THIRTEENTH QUARTERLY APPLICATION OF ALAN B. RICH, ESQ. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS FOR THE 43rd QUARTERLY PERIOD FROM OCTOBER 1, 2011 THROUGH DECEMBER 31, 2011**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Alan B. Rich, Esq., pursuant to sections 327, 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Retention Order (as defined below), the Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Professionals and Official Committee Members (the "Interim Compensation Order"), the Amended Administrative Order under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members (the "Amended Interim Compensation Order") and Del. Bankr. LR 2016-2, and hereby applies for an order allowing him (i) compensation in the amount of $19,955.00 for the reasonable and necessary legal services he has rendered to the Hon. Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property

Damage Claimants and Holders of Demands, and (ii) reimbursement of actual and necessary

expenses that he has incurred in the amount of $30.00, for a total of $19,985.00, or one hundred

percent (100%) of all compensation and expense reimbursement requested for the period October

1, 2011 through December 31, 2011 (the "Quarterly Fee Application"), and in support of this

Quarterly Fee Application, would respectfully show as follows:

<u>SUMMARY</u>

Name of Applicant:                          Alan B. Rich, Esq.

Authorized to Provide Services To:          Hon. Alexander M. Sanders, Jr.,
                                            Legal Representative for Future Asbestos-
                                            Related Property Damage Claimants
                                            and Holders of Demands

Date of Retention:                          September 29, 2008 (*nunc pro tunc*)

Period for Which Compensation
and Reimbursement is Sought:                October 1, 2011 through December 31, 2011

Amount of Fees Sought as Actual
Reasonable and Necessary:                   $19,955.00

Amount of Expenses Sought as
Actual, Reasonable and Necessary:           $30.00

This is a(n):   ☐Monthly   ☒Quarterly   ☐Interim   ☐Final Application

<u>PRIOR APPLICATIONS</u>

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |

---

[1] At 80% of the total incurred.

| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
|---|---|---|---|---|---|
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |
| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | Paid | Paid |
| 5/3/2010 | 4/1/2010 to 4/30/2010 | $11,040.00 | $805.28 | Paid | Paid |
| 6/1/2010 | 5/1/2010 to 5/31/2010 | $5,808.00 | $44.00 | Paid | Paid |

| 7/1/2010 | 6/1/2010 to 6/30/2010 | $9,792.00 | $779.81 | Paid | Paid |
|---|---|---|---|---|---|
| 8/2/2010 | 7/1/2010 to 7/31/2010 | $7,824.00 | $208.00 | Paid | Paid |
| 9/1/2010 | 8/1/2010 to 8/31/2010 | $4,272.00 | $273.00 | Paid | Paid |
| 10/1/2010 | 9/1/2010 to 9/30/2010 | $6,672.00 | $30.00 | Paid | Paid |
| 11/1/2010 | 10/1/2010 to 10/31/2010 | $3,408.00 | $44.00 | Paid | Paid |
| 12/1/2010 | 11/1/2010 to 11/30/2010 | $6,012.00 | $0 | Paid | Paid |
| 1/3/2011 | 12/1/2010 to 12/31/2010 | $13,572.00 | $1,146.02 | Paid | Paid |
| 2/1/2011 | 1/1/2011 to 1/31/2011 | $13,416.00 | $1,247.19 | Paid | Paid |
| 3/1/2011 | 2/1/2011 to 2/28/2011 | $17,992.00 | $1,509.34 | Paid | Paid |
| 4/1/2011 | 3/1/2011 to 3/31/2011 | $10,660.00 | $201.00 | Paid | Paid |
| 5/2/2011 | 4/1/2011 to 4/30/2011 | $13,364.00 | $44.00 | Paid | Paid |
| 6/1/2011 | 5/1/2011 to 5/31/2011 | $22,932.00 | $243.05 | Paid | Paid |
| 7/1/2011 | 6/1/2011 to 6/30/2011 | $18,824.00 | $533.60 | Paid | Paid |
| 8/1/2011 | 7/1/2011 to 7/31/2011 | $10,088.00 | $0 | Paid | Paid |
| 9/1/2011 | 8/1/2011 to 8/31/2011 | $6,708.00 | $20.88 | Paid | Paid |
| 10/3/2011 | 9/1/2011 to 9/30/2011 | $6,500.00 | $0 | Paid | Paid |
| 11/1/2011 | 10/1/2011 to 10/31/2011 | $6,396.00 | $0 | Paid | Paid |
| 12/5/2011 | 11/1/2011 to 11/30/2011 | $6,084.00 | $0 | Paid | Paid |
| 1/3/2012 | 12/1/2011 to 12/31/2011 | $3,484.00 | $30.00 | Paid | Paid |

Alan B. Rich is the only attorney providing services in this Fee Application period.  Mr. Rich has practiced law for 27 years, and his billing rate is $650 per hour.  In this Quarterly Application period Mr. Rich billed 30.7 hours,[2] for a total amount billed of $19.955.00, of which 80% ($15,964.00) has already been paid, leaving the amount not yet approved or paid of $3,991.00.

The time for preparation of this Twelfth Quarterly Application is approximately 1.5 hours, for which $975.00 will be requested in a future application.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 20.8 | $13,520.00 |
| Fee Applications | 9.9 | $6,435.00 |
| TOTAL | 30.7 | $19.955.00 |

## EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Court Call | $30.00 |
| TOTAL | $30.00 |

---

[2] Non-Productive travel time, if any, is included in this figure, but at 50% of the actual time.

## APPLICATION

1.      On April 2, 2001 , (the "Petition Date") each of the Debtors filed a

voluntary petition for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code

(the "Chapter 11 Cases").  On April 2, 2001, the Court entered an order procedurally

consolidating the Chapter 11 Cases for administrative purposes only.  Since the Petition Date, the

Debtors are continuing to operate their businesses and manage their properties and assets as

debtors-in-possession pursuant to sections 1107(a) and 1108 of the United States Bankruptcy

Code.

2.      On May 3, 2001, the Court entered an Interim Compensation Order, as

amended by the Amended Interim Compensation Order, establishing procedures for monthly

compensation and reimbursement of expenses of professionals (each such application, a

"Monthly Fee Application"), and whereby any notice party listed in the Amended Interim

Compensation Order may object to such Monthly Fee Application.  If no notice party objects to

professional's Monthly Fee Application within twenty (20) days after the date of service of the

Monthly Fee Application, the applicable professional may submit to the Court a certification of

no objection authorizing the interim compensation and reimbursement of eighty percent (80%) of

the fees requested and one hundred percent (100%) of the expenses requested, subject to the

filing and approval of the interim and final fee applications of the professional.

3.      Furthermore, and also pursuant to the Amended Interim Compensation

Order, within forty-five (45) days of the end of each quarter, professionals are required to file

and serve, upon the notice parties, a quarterly request (a "Quarterly Fee Application") for interim

Court approval and allowance of the Monthly Fee Applications filed during the quarter covered

by that Quarterly Fee Application.  If the Court grants the relief requested by the Quarterly Fee Application, the Debtors are authorized and directed to pay the professional 100% of the fees and expenses requested in the Monthly Fee Applications covered by that Quarterly Fee Application, less any amounts previously paid in connection with the Monthly Fee Applications.  Any payment made pursuant to the Monthly Fee Applications or a Quarterly Fee Application is subject to final approval of all fees and expenses at a hearing on the professional's final fee application.

4.      By an order of this Court, the PD FCR was authorized to retain Alan B. Rich as his counsel, effective as of September 29, 2008 (the "Retention Order").  The Retention Order authorizes the Debtors to compensate Rich at his hourly rate charged for services of this type and to be reimbursed for actual and necessary out-of-pocket expenses that he incurred, subject to application to this Court in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, all applicable local rules and orders of this Court.

5.      This Quarterly Fee Application, which is submitted in accordance with the Amended Interim Compensation Order, is Rich's Thirteenth Quarterly Fee Application for compensation for services rendered in connection with the Chapter 11 Cases and covers the 43rd Quarterly fee period of October 1, 2011 through December 31, 2011 (the "Fee Period").

6.      Rich has filed with the Court the following Monthly Fee Applications for interim compensation during the Fee Period:

(a)      Application of Alan B. Rich, Esq. For Compensation for Services and Reimbursement of Expenses as Counsel to the Legal Representative for Future Asbestos-related Property Damage Claimants And Holders of Demands for the Thirty-Eighth Monthly Interim Period from October 1, 2011 Through October 31, 2011, seeking $6396.00 in fees (80% of $7,995.00);

(b)      Application of Alan B. Rich, Esq. For Compensation for Services and Reimbursement of Expenses as Counsel to the Legal Representative for Future Asbestos-related Property Damage Claimants And Holders of Demands for the Thirty-Ninth Monthly Interim Period from September 1, 2011 Through September 30, 2011, seeking $6,084.00 in fees (80% of $7,605.00);

(c)      Application of Alan B. Rich, Esq. For Compensation for Services and Reimbursement of Expenses as Counsel to the Legal Representative for Future Asbestos-related Property Damage Claimants And Holders of Demands for the Fortieth Monthly Interim Period from December 1, 2011 Through December 31, 2011, seeking $3,484.00 in fees (80% of $4,355.00) and $30.00 in expenses.

7.      The monthly fee applications covered by this Quarterly Fee Application contain detailed daily time logs describing the actual and necessary services provided by Rich during the Fee Period, as well as other detailed information required to be included in fee applications. The Thirty-Eighth, Thirty-Ninth and Fortieth monthly fee applications (collectively, the "Applications") are attached hereto as Exhibits "1," "2" and "3" respectively.

8.      The periods for objecting to the fee and expense reimbursements relating to the Thirty-Eighth, Thirty-Ninth and Fortieth monthly fee applications have each passed without any objections being filed, whereupon Rich filed Certificates of No Objection with the Court, and Rich has been paid interim compensation and reimbursement of 80% of the fees and 100% of the expenses requested.

9.      Rich has filed 12 prior Quarterly Fee Applications.

10.      By this Thirteenth Quarterly Fee Application, Rich requests that the Court approve the interim allowance of compensation for professional services rendered and the reimbursement of actual and necessary expenses incurred by Rich from October 1, 2011 through December 31, 2011, and authorize and require payment of said amounts less any amounts

previously paid to Rich pursuant to the Monthly Fee Applications and the procedures set forth in

the Amended Interim Compensation Order.  As stated above, the full scope of the services

provided and the related expenses incurred are fully described in the Monthly Fee Applications

that already have been filed with the Court.

11.    Rich reserves his right to seek at a later date compensation for services rendered

and expenses incurred during the applicable period that are not otherwise included in the relevant

monthly fee application.

12.    At all relevant times, Rich has been a disinterested person as that term is defined

in Section 101(14) of the United States Bankruptcy Code, as modified by section 1107(b) of the

United States Bankruptcy Code and has not represented or held an interest adverse to the interest

of the Debtors.

13.    All services for which compensation is requested by Rich were performed for or

on behalf of the PD FCR and not on behalf of any committee, creditor, or other person.

14.    Rich believes that this Quarterly Fee Application complies with the requirements

of Del. Bankr. LR 2016-2 and the Amended Interim Compensation Order.

15.    During the Interim Period, Rich has received no promises for payment from

any source for services rendered or to be rendered in any capacity whatsoever in connection with

these Chapter 11 Cases, other than the interim compensation payments pursuant to the Amended

Interim Compensation Order.  There is no agreement or understanding between Rich and any

other person for the sharing of compensation to be received for services rendered in these cases.

16.    The professional services and related expenses for which Rich requests interim

allowance of compensation and reimbursement of expenses were rendered and incurred in

connection with these cases in the discharge of Rich's professional responsibilities as counsel for the PD FCR in the Chapter 11 Cases.  Rich's services have been necessary and beneficial to the PD FCR as well as the Debtors and their estates, creditors, and other parties in interest.

17.      Pursuant to Fed R. Bankr. P. 2016(b), Rich has not shared, nor has agreed to share: (a) any compensation it has received or may receive with another party or person, or (b) any compensation another person or party has received or may receive in connection with the Chapter 11 Cases.

WHEREFORE, Alan B. Rich, Esq. respectfully requests that the Court enter an order, providing that (a) for the period from October 1, 2011 through December 31, 2011, an administrative allowance be made to Rich in the sum of $19,955.00 as compensation for reasonable and necessary professional services rendered to the PD FCR and, in the sum of $30.00 for reimbursement of actual and necessary costs and expenses incurred, for a total of $19,985.00; (b) that the Debtors be authorized and directed to pay to Rich the outstanding amount of such sums, less any sums previously paid to Rich pursuant to the Monthly Fee Applications and the procedures set forth in the Amended Interim Compensation Order and (c) this Court grant such other and further relief to which Rich is justly entitled.

Respectfully Submitted,

_____
Alan B. Rich
Texas Bar No. 16842350
4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER
M. SANDERS, JR., LEGAL
REPRESENTATIVE FOR FUTURE
ASBESTOS-RELATED PROPERTY
DAMAGE CLAIMANTS AND HOLDERS
OF DEMANDS

<u>DECLARATION</u>

Alan B. Rich, declares as follows:

I am the counsel hired by the PD FCR with the approval of the Court, and am familiar with the legal services which I rendered to the PD FCR. I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I believe that this Application substantially complies with Local Bankruptcy Rules for the District of Delaware.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 13, 2012.

_____

## <u>CERTIFICATE OF SERVICE</u>

I certify that on the 13th day of February, 2012, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT 1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO., et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| *Debtors.* | § | Jointly Administered |
| | § | |
| | § | Objection Deadline: 11/21/2011; 4:00 PM ET |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR
FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS
AND HOLDERS OF DEMANDS FOR THE THIRTY-EIGHTH MONTHLY
INTERIM PERIOD FROM OCTOBER 1, 2011 THROUGH OCTOBER 31, 2011**

Name of Applicant:                          Alan B. Rich, Esq.

Authorized to Provide Services To:          Hon. Alexander M. Sanders, Jr.,
                                            Legal Representative for Future Asbestos-
                                            Related Property Damage Claimants
                                            and Holders of Demands

Date of Retention:                          September 29, 2008 (*nunc pro tunc*)

Period for Which Compensation
and Reimbursement is Sought:                October 1, 2011 through October 31, 2011

Amount of Fees Sought as Actual
Reasonable and Necessary:                   $6,396.00   [80% of $7,995.00]

Amount of Expenses Sought as
Actual, Reasonable and Necessary:           $0.00

This is a(n):  ☒Monthly      ☐Interim      ☐Final Application

-1-

## PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |

---

[1] At 80% of the total incurred.

| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
|---|---|---|---|---|---|
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | Paid | Paid |
| 5/3/2010 | 4/1/2010 to 4/30/2010 | $11,040.00 | $805.28 | Paid | Paid |
| 6/1/2010 | 5/1/2010 to 5/31/2010 | $5,808.00 | $44.00 | Paid | Paid |
| 7/1/2010 | 6/1/2010 to 6/30/2010 | $9,792.00 | $779.81 | Paid | Paid |
| 8/1/2010 | 7/1/2010 to 7/31/2010 | $7,824.00 | $208.00 | Paid | Paid |
| 9/1/2010 | 8/1/2010 to 8/31/2010 | $4,272.00 | $273.00 | Paid | Paid |
| 10/1/2010 | 9/1/2010 to 9/30/2010 | $6,672.00 | $30.00 | Paid | Paid |
| 11/1/2010 | 10/1/2010 to 10/31/2010 | $3,408.00 | $44.00 | Paid | Paid |
| 12/1/2010 | 11/1/2010 to 11/30/2010 | $6,012.00 | $0 | Paid | Paid |
| 1/3/2011 | 12/1/2010 to 12/31/2010 | $13,572.00 | $1,146.02 | Paid | Paid |
| 2/1/2011 | 1/1/2011 to 1/31/2011 | $13,416.00 | $1,247.19 | Paid | Paid |
| 3/1/2011 | 2/1/2011 to 2/28/2011 | $17,992.00 | $1,509.34 | Paid | Paid |
| 4/1/2011 | 3/1/2011 to 3/31/2011 | $10,660.00 | $201.00 | Paid | Paid |
| 5/2/2011 | 4/1/2011 to 4/30/2011 | $13,364.00 | $44.00 | Paid | Paid |
| 6/1/2011 | 5/1/2011 to 5/31/2011 | $22,932.00 | $243.05 | Paid | Paid |
| 7/1/2011 | 6/1/2011 to 6/30/2011 | $18,824.00 | $533.60 | Paid | Paid |
| 8/1/2011 | 7/1/2011 to 7/31/2011 | $10,088.00 | $0 | Paid | Paid |

| 9/1/2011 | 8/1/2011 to 8/31/2011 | $6,708.00 | $20.88 | Paid | Paid |
| 10/3/2011 | 9/1/2011 to 9/30/2011 | $6,500.00 | $0 | CNO Filed | CNO Filed |

Alan B. Rich is the only attorney providing services in this Fee Application period.  Mr. Rich has practiced law for 27 years, and his billing rate is $650 per hour.  In this Application period Mr. Rich billed 12.3 hours,[2] for a total amount billed of $7,995.00 of which 80% is currently sought, in the amount of $6,396.00.  The total sought by the Application is $6,396.00

As stated above, this is the Thirty-Eighth application for monthly fees and expenses.  The time for preparation of this Application is approximately 1.5 hours, for which $975.00 will be requested in a future application.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 9.9 | $6,435.00 |
| Fee Application Matters (including FCR and Local Counsel) | 2.4 | $1,560.00 |
| TOTAL | 12.3 | $7,995.00 |

## EXPENSE SUMMARY

| Description | Expense |
|---|---|
|  |  |
| TOTAL | $0.00 |

---

[2] Travel Time, if any, is included in this figure at 50% of actual time.

-4-

<u>CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)</u>

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____

Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Elm Street, Suite 4244
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER
M. SANDERS, JR., LEGAL
REPRESENTATIVE FOR FUTURE
ASBESTOS-RELATED PROPERTY
DAMAGE CLAIMANTS AND HOLDERS
OF DEMANDS

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on the 1st day of November, 2011, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*

4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (Oct. 2011)

**Client**

**Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands**

**Matter**

*In re W. R. Grace*, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|------|-------------------|------|
| 10/1/2011 | Prepare 37th Monthly Fee Application, Notice and attention to filing of same | 1.5 |
| 10/3/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 10/4/2011 | Review Request for Status Conference of Garlock | 0.5 |
| 10/4/2011 | Review Canadian ZAI counsel fee applications | 0.3 |
| 10/4/2011 | Email from J. Baer re timing of Intrawest lift stay motion | 0.1 |
| 10/5/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 10/6/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 10/7/2011 | Review Order re Garlock Request for Status Conference | 0.1 |
| 10/7/2011 | Review Order denying Access to Rule 2019 Statements | 0.1 |

| | | |
|---|---|---|
| 10/7/2011 | Review Opinion re pending Garlock motions | 0.5 |
| 10/7/2011 | Review Order cancelling October Omnibus hearing | 0.1 |
| 10/10/2011 | Review new expense guidelines from fee auditor | 0.1 |
| 10/11/2011 | Review Order rescheduling March, 2012 Omnibus hearing | 0.1 |
| 10/12/2011 | Emails to and from client re quarterly fee applications | 0.1 |
| 10/12/2011 | Prepare and file Certification of No Objection to FCR August Fee Application | 0.2 |
| 10/13/2011 | Prepare FCR's September, 2011 fee application and notice and service thereof | 0.5 |
| 10/13/2011 | Emails to and from client and to Debtors re FCR Quarterly Fee payment | 0.1 |
| 10/14/2011 | Email to Garlock counsel re service of pleadings | 0.1 |
| 10/14/2011 | Review Notice of Appeal of Garlock from denial of 2019 Access motion | 0.1 |
| 10/14/2011 | Email to client re October Omnibus hearing | 0.1 |
| 10/17/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 10/18/2011 | Emails to and from R. Higgins re Plate and other motions | 0.1 |
| 10/18/2011 | Review Order re letter request from B. Johnson | 0.1 |
| 10/18/2011 | Review CNO re claims settlement notice 8378-80 | 0.1 |
| 10/18/2011 | Review motion re OCP payments | 0.4 |
| 10/18/2011 | Review motion re sale of certain WRG entities | 1.4 |
| 10/18/2011 | Review motion re merger of various WRG entities | 1.2 |

| | | |
|---|---|---|
| 10/18/2011 | Review Withdrawal of Appearance counsel for BNSF | 0.1 |
| 10/18/2011 | Email from client re quarterly fee payment | 0.1 |
| 10/18/2011 | Email from ZAI Special Counsel re sale motion | 0.1 |
| 10/18/2011 | Review motions to change filing dates of sale motion, merger motion and OCF payment motion | 0.5 |
| 10/19/2011 | Email from debtor re Judge Sanders' fee application | 0.1 |
| 10/20/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 10/21/2011 | Emails to and from debtors' counsel re Asset Sale motion and Merger Motion | 0.2 |
| 10/22/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 10/24/2011 | Email to Debtors' counsel re Merger motion | 0.1 |
| 10/24/2011 | Review BMC Analysis of claims re merger motion | 0.5 |
| 10/24/2011 | Draft, file and serve CNO for 37th Monthly Fee Application | 0.2 |
| 10/25/2011 | Emails to and from client re payments | 0.1 |
| 10/25/2011 | Review Maryland Casualty and AWI PD Proofs of Claim re analysis of Merger Motion | 0.4 |
| 10/25/2011 | Email from R. Higgins re project Plate issue | 0.1 |
| 10/26/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 10/27/2011 | Review 41st Quarter report of de minimus asset sales | 0.1 |
| 10/27/2011 | Review 41st Quarter report of ordinary course professional fees | 0.2 |
| 10/27/2011 | Email to client re Merger Motion | 0.2 |
| 10/27/2011 | Email to client re Project Plate Motion | 0.2 |

| | | |
|---|---|---|
| 10/27/2011 | Review CNO's re Canadian ZAI claimants' counsel | 0.1 |
| 10/28/2011 | Conference with client re various pending motions | 0.1 |
| 10/28/2011 | Review NY Hillside claim transfer notice | 0.1 |
| 10/29/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 10/31/2011 | Review Miscellaneous ECF Notices | 0.1 |

Total:   12.3 hours @ $650/hour = $7,995.00

Expenses:    None

**Total Fees and Expenses Due:  $7,995.00**

# EXHIBIT 2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | Objection Deadline: 12/26/2011; 4:00 PM ET |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR
FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS
AND HOLDERS OF DEMANDS FOR THE THIRTY-NINTH MONTHLY
INTERIM PERIOD FROM NOVEMBER 1, 2011 THROUGH NOVEMBER 30, 2011**

| | |
|---|---|
| Name of Applicant: | Alan B. Rich, Esq. |
| Authorized to Provide Services To: | Hon. Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | September 29, 2008 (*nunc pro tunc*) |
| Period for Which Compensation and Reimbursement is Sought: | November 1, 2011 through November 30, 2011 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $6,084.00   [80% of $7,605.00] |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $0.00 |

This is a(n):  ☒ Monthly        ☐ Interim        ☐ Final Application

PRIOR APPLICATIONS

| Date  Filed | Period  Covered | Requested  Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |

[1] At 80% of the total incurred.

-2-

| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
|---|---|---|---|---|---|
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | Paid | Paid |
| 5/3/2010 | 4/1/2010 to 4/30/2010 | $11,040.00 | $805.28 | Paid | Paid |
| 6/1/2010 | 5/1/2010 to 5/31/2010 | $5,808.00 | $44.00 | Paid | Paid |
| 7/1/2010 | 6/1/2010 to 6/30/2010 | $9,792.00 | $779.81 | Paid | Paid |
| 8/1/2010 | 7/1/2010 to 7/31/2010 | $7,824.00 | $208.00 | Paid | Paid |
| 9/1/2010 | 8/1/2010 to 8/31/2010 | $4,272.00 | $273.00 | Paid | Paid |
| 10/1/2010 | 9/1/2010 to 9/30/2010 | $6,672.00 | $30.00 | Paid | Paid |
| 11/1/2010 | 10/1/2010 to 10/31/2010 | $3,408.00 | $44.00 | Paid | Paid |
| 12/1/2010 | 11/1/2010 to 11/30/2010 | $6,012.00 | $0 | Paid | Paid |
| 1/3/2011 | 12/1/2010 to 12/31/2010 | $13,572.00 | $1,146.02 | Paid | Paid |
| 2/1/2011 | 1/1/2011 to 1/31/2011 | $13,416.00 | $1,247.19 | Paid | Paid |
| 3/1/2011 | 2/1/2011 to 2/28/2011 | $17,992.00 | $1,509.34 | Paid | Paid |
| 4/1/2011 | 3/1/2011 to 3/31/2011 | $10,660.00 | $201.00 | Paid | Paid |
| 5/2/2011 | 4/1/2011 to 4/30/2011 | $13,364.00 | $44.00 | Paid | Paid |
| 6/1/2011 | 5/1/2011 to 5/31/2011 | $22,932.00 | $243.05 | Paid | Paid |
| 7/1/2011 | 6/1/2011 to 6/30/2011 | $18,824.00 | $533.60 | Paid | Paid |
| 8/1/2011 | 7/1/2011 to 7/31/2011 | $10,088.00 | $0 | Paid | Paid |

| 9/1/2011 | 8/1/2011 to 8/31/2011 | $6,708.00 | $20.88 | Paid | Paid |
| 10/3/2011 | 9/1/2011 to 9/30/2011 | $6,500.00 | $0 | Paid | Paid |
| 11/1/2011 | 10/1/2011 to 10/31/2011 | $6,396.00 | $0 | CNO Filed | CNO Filed |

Alan B. Rich is the only attorney providing services in this Fee Application period.  Mr. Rich has practiced law for 27 years, and his billing rate is $650 per hour.  In this Application period Mr. Rich billed 11.7 hours,[2] for a total amount billed of $7,605.00 of which 80% is currently sought, in the amount of $6,084.00.  The total sought by the Application is $6,084.00

As stated above, this is the Thirty-Ninth application for monthly fees and expenses.  The time for preparation of this Application is approximately 1.5 hours, for which $975.00 will be requested in a future application.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
| --- | --- | --- |
| Confirmation | 6.7 | $4,355.00 |
| Fee Application Matters (Monthly and Quarterly, including FCR) | 5.0 | $3,250.00 |
| TOTAL | 11.7 | $7,605.00 |

## EXPENSE SUMMARY

| Description | Expense |
| --- | --- |
|  |  |
| TOTAL | $0.00 |

---

[2] Travel Time, if any, is included in this figure at 50% of actual time.

<u>CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)</u>

  I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

        Respectfully Submitted,


        _____
        Alan B. Rich, Esq.
        Texas Bar No. 16842350
        1201 Elm Street, Suite 4244
        Dallas, Texas 75270
        (214) 744-5100
        (214) 744-5101 [fax]
        arich@alanrichlaw.com

        COUNSEL TO HON. ALEXANDER
        M. SANDERS, JR., LEGAL
        REPRESENTATIVE FOR FUTURE
        ASBESTOS-RELATED PROPERTY
        DAMAGE CLAIMANTS AND HOLDERS
        OF DEMANDS


<u>**CERTIFICATE OF SERVICE**</u>

  I certify that on the 5th day of December, 2011, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.


        _____

-5-

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*

4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (Nov. 2011)

**Client**

**Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands**

**Matter**

*In re W. R. Grace*, **No. 01-1139 (Bankr. D. Del)**

| Date | Services Performed | Time |
|------|-------------------|------|
| 11/1/2011 | Review of Garlock's designation of record on appeal | 0.3 |
| 11/1/2011 | Prepare 38th Monthly Fee Application, Notice and attention to filing of same | 1.5 |
| 11/1/2011 | Review Fee Auditor's Final Report for 41st Quarter | 0.2 |
| 11/1/2011 | Review Notice of Settlements for the 41st Quarter | 0.1 |
| 11/2/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 11/3/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 11/4/2011 | Review Post Confirmation operating report | 0.2 |
| 11/7/2011 | Review letter request for matrix and IFP affidavit from pro se creditor | 0.1 |
| 11/7/2011 | Review Order denying pro se request for matrix | 0.1 |

| | | |
|---|---|---|
| 11/7/2011 | Review Certificate of No Objection re amendment to OCP compensation order | 0.1 |
| 11/8/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 11/9/2011 | Prepare and file CNO for PD FCR 29th Monthly Fee Application | 0.2 |
| 11/9/2011 | Review of Designation of additional items for record on appeal in Garlock appeal by Kazen, et al. | 0.3 |
| 11/9/2011 | Review of Designation of additional items for record on appeal in Garlock appeal by Angelos, et al. | 0.3 |
| 11/10/2011 | Review of Designation of additional items for record on appeal in Garlock appeal by the ACC's | 0.3 |
| 11/11/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 11/12/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 11/14/2011 | Review of monthly fee applications of Canadian ZAI counsels | 0.3 |
| 11/15/2011 | Preparation, filing and service of the 30th Monthly Fee Application of the PD FCR | 0.6 |
| 11/15/2011 | Review Debtors' Application to Employ PWC | 0.5 |
| 11/15/2011 | Review Debtors' Application to Employ Baker and MacKenzie | 0.4 |
| 11/15/2011 | Review Certification of Counsel re sale of Vermiculite business | 0.5 |
| 11/15/2011 | Review Certification of Counsel re Merger of non-operating subsidiaries | 0.5 |
| 11/16/2011 | Review Agenda for November omnibus hearing and email to client re same | 0.2 |
| 11/16/2011 | Review Transmittal of Record on Appeal to District Court. BAP #11-83 | 0.1 |
| 11/17/2011 | Review Miscellaneous ECF Notices | 0.1 |

| | | |
|---|---|---|
| 11/18/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 11/21/2011 | Review Quarterly Fee Applications of Canadian ZAI counsel | 0.3 |
| 11/21/2011 | Review Modified Order granting merger motion | 0.1 |
| 11/21/2011 | Review Order granting motion to amend OCP Orders | 0.1 |
| 11/21/2011 | Review Order granting Vermiculite business sale motion | 0.1 |
| 11/21/2011 | Review docketing statement for Garlock appeal | 0.1 |
| 11/22/2011 | Attention to Court Call registration for November Omnibus | 0.1 |
| 11/22/2011 | Prepare, file and serve Quarterly Fee Appplication for the 42nd Period and Notice of filing | 1.5 |
| 11/22/2011 | Prepare, file and serve Judge Sanders' Quarterly Fee Application for the 42nd Period and Notice of filing | 1.0 |
| 11/23/2011 | Review Amended Agenda for November Omnibus hearing | 0.1 |
| 11/26/2011 | Email to client re omnibus hearing | 0.1 |
| 11/28/2011 | Review letter from Pro Se re receipt of Order | 0.1 |
| 11/28/2011 | Review Withdrawal of claim by Texas Comptroller | 0.1 |
| 11/29/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 11/30/2011 | Prepare, file and serve CNO for 38th Monthly Fee Application | 0.2 |
| 11/30/2011 | Review Letter to Court re setting hearing on Claim #2114 | 0.1 |
| 11/30/2011 | Review transfer of claim of NY Hillside | 0.1 |

Total:  11.7 hours @ $650/hour = $7,605.00

Expenses:    None

**Total Fees and Expenses Due:  $7,605.00**

# EXHIBIT 3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | Case No. 01-01139 (JKF) |
| | § | |
| *Debtors.* | § | Jointly Administered |
| | § | |
| | § | Objection Deadline: 1/23//2012; 4:00 PM ET |
| | § | Hearing Date: TBD (if needed) |

### SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS FOR THE FORTIETH MONTHLY INTERIM PERIOD FROM DECEMBER 1, 2011 THROUGH DECEMBER 31, 2011

Name of Applicant:                                    Alan B. Rich, Esq.

Authorized to Provide Services To:          Hon. Alexander M. Sanders, Jr.,
Legal Representative for Future Asbestos-
Related Property Damage Claimants
and Holders of Demands

Date of Retention:                                     September 29, 2008 (*nunc pro tunc*)

Period for Which Compensation
and Reimbursement is Sought:                December 1, 2011 through December 31, 2011

Amount of Fees Sought as Actual
Reasonable and Necessary:                      $3,484.00   [80% of $4,355.00]

Amount of Expenses Sought as
Actual, Reasonable and Necessary:         $30.00

This is a(n):  ☒Monthly      ☐Interim      ☐Final Application

-1-

## PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |

[1] At 80% of the total incurred.

| | | | | | |
|---|---|---|---|---|---|
| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | Paid | Paid |
| 5/3/2010 | 4/1/2010 to 4/30/2010 | $11,040.00 | $805.28 | Paid | Paid |
| 6/1/2010 | 5/1/2010 to 5/31/2010 | $5,808.00 | $44.00 | Paid | Paid |
| 7/1/2010 | 6/1/2010 to 6/30/2010 | $9,792.00 | $779.81 | Paid | Paid |
| 8/1/2010 | 7/1/2010 to 7/31/2010 | $7,824.00 | $208.00 | Paid | Paid |
| 9/1/2010 | 8/1/2010 to 8/31/2010 | $4,272.00 | $273.00 | Paid | Paid |
| 10/1/2010 | 9/1/2010 to 9/30/2010 | $6,672.00 | $30.00 | Paid | Paid |
| 11/1/2010 | 10/1/2010 to 10/31/2010 | $3,408.00 | $44.00 | Paid | Paid |
| 12/1/2010 | 11/1/2010 to 11/30/2010 | $6,012.00 | $0 | Paid | Paid |
| 1/3/2011 | 12/1/2010 to 12/31/2010 | $13,572.00 | $1,146.02 | Paid | Paid |
| 2/1/2011 | 1/1/2011 to 1/31/2011 | $13,416.00 | $1,247.19 | Paid | Paid |
| 3/1/2011 | 2/1/2011 to 2/28/2011 | $17,992.00 | $1,509.34 | Paid | Paid |
| 4/1/2011 | 3/1/2011 to 3/31/2011 | $10,660.00 | $201.00 | Paid | Paid |
| 5/2/2011 | 4/1/2011 to 4/30/2011 | $13,364.00 | $44.00 | Paid | Paid |
| 6/1/2011 | 5/1/2011 to 5/31/2011 | $22,932.00 | $243.05 | Paid | Paid |
| 7/1/2011 | 6/1/2011 to 6/30/2011 | $18,824.00 | $533.60 | Paid | Paid |
| 8/1/2011 | 7/1/2011 to 7/31/2011 | $10,088.00 | $0 | Paid | Paid |

| 9/1/2011 | 8/1/2011 to 8/31/2011 | $6,708.00 | $20.88 | Paid | Paid |
| 10/3/2011 | 9/1/2011 to 9/30/2011 | $6,500.00 | $0 | Paid | Paid |
| 11/1/2011 | 10/1/2011 to 10/31/2011 | $6,396.00 | $0 | Paid | Paid |
| 12/5/2011 | 11/1/2011 to 11/30/2011 | $6,084.00 | $0 | CNO Filed | CNO Filed |

Alan B. Rich is the only attorney providing services in this Fee Application period.  Mr. Rich has practiced law for 27 years, and his billing rate is $650 per hour.  In this Application period Mr. Rich billed 6.7 hours,[2] for a total amount billed of $4,355.00 of which 80% is currently sought, in the amount of $3,484.00.  Expenses in the amount of $30.00 (100% of those incurred) is also sought.  The total sought by the Application is $3,514.00

As stated above, this is the Fortieth application for monthly fees and expenses.  The time for preparation of this Application is approximately 1.5 hours, for which $975.00 will be requested in a future application.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
| --- | --- | --- |
| Confirmation | 4.2 | $2,730.00 |
| Fee Application Matters (Monthly and Quarterly, including FCR) | 2.5 | $1,625.00 |
| TOTAL | 6.7 | $4,355.00 |

---

[2] Travel Time, if any, is included in this figure at 50% of actual time.

-4-

EXPENSE SUMMARY

| Description | Expense |
|------------|---------|
| Courtcall | $30.00 |
| TOTAL | $30.00 |

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

     I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Elm Street, Suite 4244
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER
M. SANDERS, JR., LEGAL
REPRESENTATIVE FOR FUTURE
ASBESTOS-RELATED PROPERTY
DAMAGE CLAIMANTS AND HOLDERS
OF DEMANDS

## **CERTIFICATE OF SERVICE**

I certify that on the 3rd day of January, 2012, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*

4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (Dec. 2011)

**Client**

**Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands**

**Matter**

*In re W. R. Grace*, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|------|--------------------|------|
| 12/1/2011 | Review Notice of Withdrawal of Application to Employ Baker & McKenzie as Special Counsel | 0.1 |
| 12/2/2011 | Review Amended Final Report from Fee Auditor re 41st Quarter | 0.2 |
| 12/5/2011 | Review Certification of Counsel re amendment to PWC retention order | 0.1 |
| 12/5/2011 | Prepare, file and serve 39th Monthly Fee Application | 1.5 |
| 12/6/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 12/7/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 12/8/2011 | Review Certificates of No Objection re Canadian ZAI fee applications | 0.1 |
| 12/8/2011 | Prepare, file and serve Certificate of No Objection to FCR's 30th Monthly Fee Application | 0.2 |

| | | |
|---|---|---|
| 12/9/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 12/12/2011 | Review Agenda for December Omnibus | 0.1 |
| 12/12/2011 | Review 41st Quarter Fee and Expense Chart | 0.1 |
| 12/13/2011 | Review Certification of Counsel re 41st Quarter Fee Applications | 0.1 |
| 12/13/2011 | Review Certification of Counsel re 41st Quarter Project Categories | 0.2 |
| 12/13/2011 | Email from Courtcall re December Omnibus hearing | 0.1 |
| 12/13/2011 | Emails to and from client re December Omnibus hearing | 0.1 |
| 12/14/2011 | Review Order granting 41st Quarter Fee Applications | 0.2 |
| 12/14/2011 | Prepare, file and serve Certificate of No Objection to PD FCR's 12th Quarterly Fee Application | 0.2 |
| 12/14/2011 | Prepare, file and serve Certificate of No Objection to 12th Quarterly Fee Application | 0.2 |
| 12/14/2011 | Email from B. Ruhlander re FCR July invoice question and email to client re same | 0.1 |
| 12/15/2011 | Emails and telephone conferences with clients, courtcall and Debtors' counsel re December Omnibus hearing | 0.2 |
| 12/15/2011 | Email to B. Ruhlander re Judge Sanders' quarterly fee application | 0.1 |
| 12/16/2011 | Review monthly fee applications of Canadian ZAI counsel | 0.3 |
| 12/16/2011 | Review Amended Agenda for December omnibus hearing | 0.1 |
| 12/19/2011 | Review Motion for second amendment to post-petition Letter of Credit agreement | 0.4 |
| 12/19/2011 | Attend telephonic December omnibus hearing | 0.4 |

| | | |
|---|---|---|
| 12/20/2011 | Review CNO's re Canadian ZAI special counsel quarterly fee applications | 0.1 |
| 12/20/2011 | Review amended appointment of equity committee by US Trustee | 0.1 |
| 12/21/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 12/21/2011 | Email to client re status | 0.1 |
| 12/22/2011 | Review Miscellaneous ECF Notices | 0.2 |
| 12/23/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 12/27/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 12/28/2011 | Prepare, file and serve CNO for 39th Monthly Fee Application | 0.2 |
| 12/28/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 12/29/2011 | Review Miscellaneous ECF Notices | 0.1 |
| 12/30/2011 | Review Miscellaneous ECF Notices | 0.1 |

Total:  6.7 hours @ $650/hour = $4,355.00

Expenses:    Courtcall – $30.00

**Total Fees and Expenses Due:  $4,385.00**