# **Exhibit A**

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

January 31, 2012

**FOR PROFESSIONAL SERVICES RENDERED**

RE: Siva POTHIREDDY

Invoice #: 12.40957104

Preparation of response to inquiry notice from the USCIS to provide additional documentation as requested. Communication with FN for additional information. Final preparation and submission to the appropriate Regional Service Center of the USCIS.

| | |
|---|---|
| Total Legal Fees | $250.00 |

**Disbursements**

| | |
|---|---|
| Fedex (domestic) | $29.00 |
| Miscellaneous expenses | $12.50 |
| Total Disbursements | $41.50 |
| Please Remit | $291.50 |

| Checks | Wire Transfers |
|---|---|
| Please send checks made payable to: | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | The Northern Trust Company |
| 75 Remittance Drive | Account # 30147775 |
| Suite # 6072 | ABA Transit # 071000152 |
| Chicago, Illinois 60675-6072 | Swift Code: CNORUS44 |

*** Please return invoice with check or include invoice number on wire transfer instructions ***

**Additional Comments:**
For billing inquiries, please call 305-774-5800.

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia  
W. R. Grace & Co.  
7500 Grace Drive  
Columbia, MD 21044  
USA

January 31, 2012

---

**FOR PROFESSIONAL SERVICES RENDERED**

RE: Yong PAN

Invoice #: 12.40957105

Preparation of Form I-765 on behalf of foreign national for permission to obtain employment authorization during pendency of application for U.S. permanent residence.

Preparation Form I-131, Application for Travel Document (advance parole), with supporting documentation, to facilitate international travel during the pendency of an Application for Adjustment of Status. Submission to the United States Citizenship and Immigration Services.

Preparation of Application for Adjustment of Status to Lawful Permanent Resident of the United States for principal beneficiary of immigrant visa petition including preparation of Forms I-485, G-325A, and supporting documentation. Preparation of final package and submission to the appropriate Regional Service Center of the United States Citizenship and Immigration Services.

| | |
|---|---:|
| **Total Legal Fees** | $2,625.00 |
| **Disbursements** | |
| Fedex (domestic) | $29.00 |
| Miscellaneous expenses | $131.25 |
| **Total Disbursements** | $160.25 |
| **Please Remit** | $2,785.25 |

---

| Checks | Wire Transfers |
|---|---|
| Please send checks made payable to:<br>FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP<br>75 Remittance Drive<br>Suite # 6072<br>Chicago, Illinois 60675-6072 | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP<br>The Northern Trust Company<br>Account # 30147775<br>ABA Transit # 071000152<br>Swift Code: CNORUS44 |

\*\*\* Please return invoice with check or include invoice number on wire transfer instructions \*\*\*

**Additional Comments:**
For billing inquiries, please call 305-774-5800.

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
One Alhambra Plaza
Suite 600
Coral Gables, FL  33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia                                                                                            January 31, 2012
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044
USA

---

**FOR PROFESSIONAL SERVICES RENDERED**

    RE: Yong PAN                                                                     Invoice #: 12.40959444

|   |   |
|---|---:|
| **Total Legal Fees** | $0.00 |

**Disbursements**

| | |
|---|---:|
| Education evaluation fee | $115.00 |
| **Total Disbursements** | $115.00 |
| **Please Remit** | **$115.00** |

---

| Checks | Wire Transfers |
|:---:|:---:|
| Please send checks made payable to: | |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| 75 Remittance Drive | The Northern Trust Company |
| Suite # 6072 | Account # 30147775 |
| Chicago, Illinois 60675-6072 | ABA Transit # 071000152 |
| | Swift Code: CNORUS44 |

*** Please return invoice with check or include invoice number on wire transfer instructions ***

**Additional Comments:**
For billing inquiries, please call 305-774-5800