IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., [1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | |

**ORDER GRANTING FORTY-THIRD QUARTERLY INTERIM
APPLICATION OF PACHULSKI STANG ZIEHL &
JONES LLP FOR COMPENSATION AND FOR REIMBURSEMENT
OF EXPENSES FOR OCTOBER 1, 2011 THROUGH DECEMBER 31, 2011**

Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), as counsel to the captioned

debtors and debtors-in-possession (the "Debtors"), filed the Forty-Third Quarterly interim

application for allowance of compensation and reimbursement of expenses for October 1, 2011

through December 31, 2011 (the "Forty-Third Quarterly Application"). The Court has reviewed

the Forty-Third Quarterly Application and finds that: (a) the Court has jurisdiction over this

matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Forty-Third Quarterly

Application, and any hearing on the Forty-Third Quarterly Application, was adequate under the

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.
Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe
Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco
Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited
Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC
Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc.,
Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy
Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation,
Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation,
Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital
Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover
Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a
GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA
Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems,
Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating
Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC
Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company

circumstances; and (c) all persons with standing have been afforded the opportunity to be heard

on the Forty-Third Quarterly Application.  Accordingly, it is hereby

ORDERED that the Forty-Third Quarterly Application is GRANTED on an

interim basis.  Debtors shall pay to PSZ&J the sum of $73,932.00 as compensation and

$63,473.99 as reimbursement of expenses, for a total of $137,405.99 for services rendered and

disbursements incurred by PSZ&J for the period October 1, 2011 through December 31, 2011,

less any amounts previously paid in connection with the monthly fee applications.

Dated: _____

_____
United States Bankruptcy Judge