**Exhibit C**

**Notice of Claims Transfer**

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., et. al. | § | Case No. 01-01139 (JKF) |
| | § | (Jointly Administered) |

## NOTICE OF TRANSFER OF PORTION OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED in these Jointly Administered Cases. Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), F.R.Bankr.P., of the transfer, other than for security, of a portion of the claim referenced in this notice and attached evidence (a portion of Proof of Claim nos. 18526 and 18527, as described below). Evidence of the transfer of such transferred portion of the claim is the attached Consent Decree. The portion of the claim transferred to Transferee is identified and described in the attached Consent Decree as the "Samson Hydrocarbons Allowed Otis Claim" and is in the amount of $7,440,000 plus applicable interest as provided in the attached Consent Decree.

United States of America
Name of Transferee

SGH Enterprises, Inc., formerly known as Samson Hydrocarbons Company
Name of Transferor

Name and Address where notices to transferee should be sent:

Court Claim # (if known): 18526 and 18527
Amount of Portion of Claim Transferred: $7,440,000 plus applicable interest, as set forth in the Consent Decree.

Chief Environmental Enforcement Section
Environment and Natural Resources Div.
United States Department of Justice
DOJ #90-11-2-975
P.O. Box 7611
Washington, DC 20044
Phone: (202) 514-2277
Last Four Digits of Acct #: N/A

Date Claim Filed: 8/7/2009

Phone: _____
Last Four Digits of Acct #: _____

Name and Address where transferee payments
should be sent (if different from above):

See paragraph 7.c of the attached Consent Decree

Phone: (202) 514-2277
Last Four Digits of Acct #: N/A


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.


By: _____     Date: _____
    Elizabeth Yu, Attorney, U.S. Department of Justice
    Transferee/Transferee's Agent




By: _____     Date: _____
    By: _____
    Its: _____

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3671.*