# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Objection Deadline: December 22, 2011 at 4:00 p.m.** |
| | | **Hearing Date:  Only if Objections are Filed** |

## SUMMARY OF APPLICATION OF REED SMITH LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL TO DEBTORS FOR THE ONE HUNDRED TWENTY-FOURTH MONTHLY INTERIM PERIOD FROM OCTOBER 1, 2011 THROUGH OCTOBER 31, 2011

Name of Applicant:                                    Reed Smith LLP

Authorized to Provide Professional Services to:  W. R. Grace & Co., *et al.*, Debtors and Debtors-in-Possession

Date of Retention:                                   July 19, 2001, effective as of April 2, 2001

Period for which compensation and reimbursement is sought:                        October 1 through October 31, 2011

Amount of fees sought as actual, reasonable and necessary:                         $19,260.50

Amount of expenses sought as actual, reasonable and necessary                      $31.80

This is a(n):  X  monthly      __ interim      __ final application.

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

DKT NO: 28043

DT FILED: 11/29/11

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through /31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00[2] | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through 1/31/04 | $21,531.00 | $85.71 | No objections served on counsel | No objections served on counsel |
| 4/7/04 | 2/1/04 through 2/29/04 | $21,116.00 | $2,537.94 | No objections served on counsel | No objections served on counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |
| 6/4/04 | 4/1/04 through 4/30/04 | $16,495.50 | $41.08 | No objections served on counsel | No objections served on counsel |
| 7/1/04 | 5/1/04 through 5/31/04 | $41,085.00 | $2,386.50 | No objections served on counsel | No objections served on counsel |
| 8/2/04 | 6/1/04 through 6/30/04 | $28,692.50 | $725.43 | No objections served on counsel | No objections served on counsel |
| 9/3/04 | 7/1/04 through 7/31/04 | $13,176.50 | $328.55 | No objections served on counsel | No objections served on counsel |
| 10/5/04 | 8/1/04 through 8/31/04 | $11,792.00 | $1,500.03 | No objections served on counsel | No objections served on counsel |
| 10/28/04 | 9/1/04 through 9/30/04 | $22,618.00 | $97.76 | No objections served on counsel | No objections served on counsel |
| 11/29/04 | 10/1/04 through 10/31/04 | $127,040.00 | $2,696.29 | No objections served on counsel | No objections served on counsel |
| 1/7/05 | 11/1/04 through 11/30/04 | $29,207.50 | $1,858.91 | No objections served on counsel | No objections served on counsel |
| 2/9/05 | 12/1/04 through 12/31/04 | $123,722.25 | $2,598.89 | No objections served on counsel | No objections served on counsel |
| 3/1/05 | 1/1/05 through 1/31/05 | $112,761.00 | $3,520.69 | No objections served on counsel | No objections served on counsel |
| 3/29/05 | 2/1/05 through 2/28/05 | $40,738.00 | $2,719.01 | No objections served on counsel | No objections served on counsel |
| 4/27/05 | 3/1/05 through 3/31/05 | $22,165.50 | $281.04 | No objections served on counsel | No objections served on counsel |

---

2   Although Reed Smith initially requested $9,795.00 for the December 2003 monthly interim period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor). The corrected amount requested by Reed Smith for that period is reflected above.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 5/31/05 | 4/1/05 through 4/30/05 | $27,745.00 | $373.42 | No objections served on counsel | No objections served on counsel |
| 6/30/05 | 5/1/05 through 5/31/05 | $48,125.50 | $1,444.96 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 6/1/05 through 6/30/05 | $53,677.50 | $2,901.34 | No objections served on counsel | No objections served on counsel |
| 8/31/05 | 8/1/05 through 8/31/05 | $67,024.00 | $4,443.37 | No objections served on counsel | No objections served on counsel |
| 10/28/05 | 9/1/05 through 9/31/05 | $75,564.50 | $1,333.69 | No objections served on counsel | No objections served on counsel |
| 11/28/05 | 10/1/05 through 10/31/05 | $100,140.00 | $2,209.06 | No objections served on counsel | No objections served on counsel |
| 12/29/05 | 11/1/05 through 11/30/05 | $73,829.00 | $2,476.74 | No objections served on counsel | No objections served on counsel |
| 2/3/06 | 12/1/05 through 12/31/05 | $132,709.00 | $9,322.91 | No objections served on counsel | No objections served on counsel |
| 3/6/06 | 1/1/06 through 1/31/065 | $179,492.75 | $7,814.56 | No objections served on counsel | No objections served on counsel |
| 3/28/06 | 2/1/06 through 2/28/06 | $121,127.50 | $2,113.02 | No objections served on counsel | No objections served on counsel |
| 4/28/06 | 3/1/06 through 3/31/06 | $138,244.50 | $8,928.17 | No objections served on counsel | No objections served on counsel |
| 5/30/06 | 4/1/06 through 4/30/06 | $258,539.00 | $3,990.53 | No objections served on counsel | No objections served on counsel |
| 6/28/06 | 5/1/06 through 5/31/06 | $187,688.50 | $7,066.20 | No objections served on counsel | No objections served on counsel |
| 7/31/06 | 6/1/06 through 6/30/06 | $290,925.50 | $7,211.50 | No objections served on counsel | No objections served on counsel |
| 9/1/06 | 7/1/06 through 7/31/06 | $318,207.00 | $5,751.93 | No objections served on counsel | No objections served on counsel |
| 9/28/06 | 8/1/06 through 8/31/06 | $431,035.00 | $19,258.20 | No objections served on counsel | No objections served on counsel |
| 10/30/06 | 9/1/06 through 9/30/06 | $214,071.00 | $8,718.91 | No objections served on counsel | No objections served on counsel |
| 11/28/06 | 10/1/06 through 10/31/06 | $253,411.00 | $3,957.53 | No objections served on counsel | No objections served on counsel |
| 12/21/06 | 11/1/06 through 11/30/06 | $269,985.00 | $10,276.93 | No objections served on counsel | No objections served on counsel |
| 1/29/07 | 12/1/06 through 12/31/06 | $449,619.00 | $13,006.42 | No objections served on counsel | No objections served on counsel |
| 3/2/07 | 1/1/07 through 1/31/07 | $451,799.50 | $10,807.56 | No objections served on counsel | No objections served on counsel |
| 3/28/07 | 2/1/07 through 2/28/07 | $571,452.50 | $26,064.65 | No objections served on counsel | No objections served on counsel |
| 5/1/07 | 3/1/07 through 3/31/07 | $612,334.00 | $21,618.02 | No objections served on counsel | No objections served on counsel |
| 5/30/07 | 4/1/07 through 4/30/07 | $659,653.00 | $95,262.97 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/07 | 5/1/07 through 5/31/07 | $381,244.00 | $76,304.87 | No objections served on counsel | No objections served on counsel |
| 7/31/07 | 6/1/07 through 6/30/07 | $285,417.50 | $25,072.31 | No objections served on counsel | No objections served on counsel |
| 8/31/07 | 7/1/07 through 7/31/07 | $565,946.00 | $27,996.57 | No objections served on counsel | No objections served on counsel |
| 9/28/07 | 8/1/07 through 8/31/07 | $341,805.00 | $30,377.98 | No objections served on counsel | No objections served on counsel |
| 10/30/07 | 9/1/07 through 9/30/07 | $266,475.00 | $47,419.66 | No objections served on counsel | No objections served on counsel |
| 11/29/07 | 10/1/07 through 10/31/07 | $425,753.50 | $56,702.47 | No objections served on counsel | No objections served on counsel |
| 12/31/07 | 11/1/07 through 11/30/07 | $346,948.50 | $28,452.97 | No objections served on counsel | No objections served on counsel |
| 2/1/08 | 12/1/07 through 12/31/07 | $328,899.50 | $6,684.25 | No objections served on counsel | No objections served on counsel |
| 2/29/08 | 1/1/08 through 1/31/08 | $190,026.50 | $66,680.87 | No objections served on counsel | No objections served on counsel |
| 3/28/08 | 2/1/08 through 2/29/08 | $164,778.50 | $6,812.83 | No objections served on counsel | No objections served on counsel |
| 4/29/08 | 3/1/08 through 3/31/08 | $196,624.00 | $7,770.05 | No objections served on counsel | No objections served on counsel |
| 5/28/08 | 4/1/08 through 4/30/08 | $265,172.00 | $14,840.69 | No objections served on counsel | No objections served on counsel |
| 6/30/08 | 5/1/08 through 5/31/08 | $198,308.50 | $5,407.12 | No objections served on counsel | No objections served on counsel |
| 7/29/08 | 6/1/08 through 6/30/08 | $294,750.00 | $11,846.36 | No objections served on counsel | No objections served on counsel |
| 8/28/08 | 7/1/08 through 7/31/08 | $260,723.00 | $30,905.57 | No objections served on counsel | No objections served on counsel |
| 9/29/08 | 8/1/08 through 8/31/08 | $133,508.50 | $25,510.91 | No objections served on counsel | No objections served on counsel |
| 10/30/08 | 9/1/08 through 9/30/08 | $178,342.50 | $62,002.21 | No objections served on counsel | No objections served on counsel |
| 11/28/08 | 10/1/08 through 10/31/08 | $180,835.00 | $97,238.00 | No objections served on counsel | No objections served on counsel |
| 12/29/08 | 11/1/08 through 11/30/08 | $262,272.50 | $66,906.64 | No objections served on counsel | No objections served on counsel |
| 2/2/09 | 12/1/08 through 12/31/08 | $296,040.50 | $61,115.32 | No objections served on counsel | No objections served on counsel |
| 3/5/09 | 1/1/09 through 1/31/09 | $187,083.50 | $48,496.26 | No objections served on counsel | No objections served on counsel |
| 3/30/09 | 2/1/09 through 2/28/09 | $170,090.00 | $71,440.61 | No objections served on counsel | No objections served on counsel |
| 4/28/09 | 3/1/09 through 3/31/09 | $119,493.00 | $91,664.16 | No objections served on counsel | No objections served on counsel |
| 5/28/09 | 4/1/09 through 4/30/09 | $82,997.00 | $31,796.74 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/09 | 5/1/09 through 5/31/09 | $46,410.00 | $1,641.97 | No objections served on counsel | No objections served on counsel |
| 7/29/09 | 6/1/09 through 6/30/09 | $37,799.50 | $8,098.44 | No objections served on counsel | No objections served on counsel |
| 8/31/09 | 7/1/09 through 7/31/09 | $26,413.00 | $6,408.90 | No objections served on counsel | No objections served on counsel |
| 9/30/09 | 8/1/09 through 8/31/09 | $57,230.00 | $5,569.75 | No objections served on counsel | No objections served on counsel |
| 10/29/09 | 9/1/09 through 9/30/09 | $26,700.00 | $35,383.32 | No objections served on counsel | No objections served on counsel |
| 12/1/09 | 10/1/09 through 10/31/09 | $36,478.50 | $11,042.24 | No objections served on counsel | No objections served on counsel |
| 12/31/09 | 11/1/09 through 11/30/09 | $26,217.00 | $6,599.14 | No objections served on counsel | No objections served on counsel |
| 1/29/10 | 12/1/09 through 12/31/09 | $18,402.00 | $350.26 | No objections served on counsel | No objections served on counsel |
| 3/2/10 | 1/1/1 through 1/31/10 | $67,941.00 | $5,542.74 | No objections served on counsel | No objections served on counsel |
| 3/29/10 | 2/1/10 through 02/28/10 | $8,019.00 | $1,025.90 | No objections served on counsel | No objections served on counsel |
| 4/28/10 | 3/1/10 through 3/31/10 | $7,581.50 | $2,008.26 | No objections served on counsel | No objections served on counsel |
| 5/28/10 | 4/1/10 through 4/30/10 | $28,603.00 | $1,030.65 | No objections served on counsel | No objections served on counsel |
| 6/29/10 | 5/1/1/10 through 5/31/10 | $6,594.50 | $1,375.18 | No objections served on counsel | No objections served on counsel |
| 7/28/10 | 6/1/10 through 6/30/10 | $7,500.50 | $299.18 | No objections served on counsel | No objections served on counsel |
| 8/31/10 | 7/1/10 through 7/31/10 | $9,446.00 | $100.30 | No objections served on counsel | No objections served on counsel |
| 9/28/10 | 8/1/10 through 8/31/10 | $3,635.50 | $821.90 | No objections served on counsel | No objections served on counsel |
| 10/28/10 | 9/1/10 through 9/30/10 | $5,575.50 | $49.74 | No objections served on counsel | No objections served on counsel |
| 11/30/10 | 10/1/10 through 10/31/10 | $6,159.30 | $18.26 | No objections served on counsel | No objections served on counsel |
| 12/29/10 | 11/1/10 through 11/30/10 | $19,070.80 | $76.00 | No objections served on counsel | No objections served on counsel |
| 1/31/11 | 12/1/10 through 12/31/10 | $15,773.50 | $1,381.58 | No objections served on counsel | No objections served on counsel |
| 2/28/11 | 1/1/11 through 1/31/11 | $29,967.50 | $1,110.22 | No objections served on counsel | No objections served on counsel |
| 3/28/11 | 2/1/11 through 2/28/11 | $41,503.00 | $11,883.46 | No objections served on counsel | No objections served on counsel |
| 4/29/11 | 3/1/11 through 3/31/11 | $6,362.50 | $2,549.26 | No objections served on counsel | No objections served on counsel |
| 5/31/11 | 4/1/11 through 4/30/11 | $18,201.00 | $147.45 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/11 | 5/1/11 through 5/31/11 | $6,949.00 | $785.03 | No objections served on counsel | No objections served on counsel |
| 7/28/11 | 6/1/11 through 6/30/11 | $24,354.50 | $387.90 | No objections served on counsel | No objections served on counsel |
| 8/29/11 | 7/1/11 through 7/31/11 | $11,068.00 | $81.61 | No objections served on counsel | No objections served on counsel |
| 9/29/11 | 8/1/11 through 8/31/11 | $8,986.50 | $1,113.30 | No objections served on counsel | No objections served on counsel |
| 10/28/11 | 9/1/11 through 9/30/11 | $12,101.50 | $94.10 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the one hundred twenty-fourth application for monthly interim compensation of services filed with the Bankruptcy Court in these chapter 11 cases.

The total time expended for the preparation of this application is approximately six hours, and the corresponding estimated compensation that will be requested in a future application is approximately $2,000.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Year Admitted | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| James S. Restivo, Jr. | Partner | 1971 | Litigation | $700.00 | 1.00 | $700.00 |
| Douglas E. Cameron | Partner | 1984 | Litigation | $650.00 | 9.90 | $6,435.00 |
| Linda S. Husar | Partner | 1980 | Litigation | $515.00 | 1.00 | $515.00 |
| Andrew J. Muha | Partner | 2001 | Litigation | $435.00 | 4.30 | $1,870.50 |
| Stephanie Henderson Espinosa | Associate | 2007 | Litigation | $280.00 | 30.70 | $8,596.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant and number of years as a paraprofessional | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|
| John B. Lord | Paralegal | 20 Years | Bankruptcy | $245.00 | 1.80 | $441.00 |
| Sharon A. Ament | Paralegal | 7 Years | Litigation | $185.00 | 3.80 | $703.00 |

**Total Fees: $19,260.50**

### COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Correa vs. W.R. Grace | 31.70 | $9,111.00 |
| Fee Applications | 6.60 | $2,015.50 |
| Claim Analysis Objection Resolution & Estimation | 14.20 | $8,134.00 |
| **Total** | **52.50** | **$19,260.50** |

### EXPENSE SUMMARY

| Description | Non-ZAI Science Trial | ZAI Science Trial |
|---|---|---|
| Duplicating/Printing/Scanning | $31.80 | $0.00 |
| SUBTOTAL | $31.80 | $0.00 |
| **TOTAL** | **$31.80** | **$0.00** |

Dated:    November 29, 2011                    REED SMITH LLP
          Wilmington, Delaware

                                     By: /s/ Kurt F. Gwynne
                                         Kurt F. Gwynne (No. 3951)
                                         1201 Market Street, Suite 1500
                                         Wilmington, DE  19801
                                         Telephone:  (302) 778-7500
                                         Facsimile:  (302) 778-7575
                                         E-mail: kgwynne@reedsmith.com

                                             and

                                         James J. Restivo, Jr., Esquire
                                         Lawrence E. Flatley, Esquire
                                         Douglas E. Cameron, Esquire
                                         Reed Smith Centre
                                         225 Fifth Avenue
                                         Pittsburgh, PA 15222
                                         Telephone:  (412) 288-3131
                                         Facsimile:  (412) 288-3063

                                         Special Asbestos Products Liability Defense
                                         Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      2200101
7500 Grace Drive                          Invoice Date      11/23/11
Columbia, Maryland 21044                  Client Number      172573
USA

===============================================================================

Re: W. R. Grace & Co.


(50001)  Correa v. W.R. Grace

    Fees                                    9,111.00
    Expenses                                    0.00

                TOTAL BALANCE DUE UPON RECEIPT        $9,111.00
                                                     =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number    2200101
7500 Grace Drive                          Invoice Date      11/23/11
Columbia, Maryland 21044                  Client Number       172573
USA                                       Matter Number        50001


==============================================================================

Re: (50001)  Correa v. W.R. Grace

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2011

| Date | Name | | Hours |
| --- | --- | --- | --- |
| 10/04/11 | Espinosa | Revise the deposition outline and conduct research on Plaintiff's disability and failure to accommodate causes of action. | 5.20 |
| 10/05/11 | Espinosa | Research Plaintiff's CFRA cause of action in preparation for the deposition. | .90 |
| 10/06/11 | Espinosa | Review Plaintiff's responses to the special interrogatories (1.0); research Plaintiff's breach of contract and CFRA causes of action (1.7); continue to review case files and outline questions in preparation for Plaintiff's deposition (3.3). | 6.00 |
| 10/06/11 | Husar | Review discovery responses and analyze damages issues. | .60 |
| 10/17/11 | Espinosa | Draft deposition questions based on Plaintiff's discovery responses. | .70 |
| 10/25/11 | Espinosa | Research continuing violation doctrine and judicial estoppel (3.1); call with A. Enriquez re allegations in Plaintiff's discovery responses (.8); continue to prepare for Plaintiff's deposition (3.3). | 7.20 |

```
172573 W. R. Grace & Co.                    Invoice Number  2200101
50001  Correa v. W.R. Grace                 Page   2
       November 23, 2011
```

| Date | Name | | Hours |
|------|------|---|-------|
| 10/25/11 | Husar | Work on strategy for Correa deposition. | .40 |
| 10/26/11 | Espinosa | Email with Plaintiff's counsel re outstanding discovery issues, including the document production and Plaintiff's deposition (.1); continue to review documents produced by Plaintiff and draft outline for Plaintiff's deposition (2.6). | 2.70 |
| 10/27/11 | Espinosa | Continue to review documents produced by Plaintiff and draft outline for Plaintiff's deposition. | 5.80 |
| 10/30/11 | Espinosa | Continue to review documents produced by Plaintiff and identify exhibits for Plaintiff's deposition. | 2.00 |
| 10/31/11 | Espinosa | Call and email to Plaintiff's counsel re outstanding discovery issues. | .20 |

```
                                            ------
                                TOTAL HOURS   31.70
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Linda S. Husar | 1.00 | at | $ 515.00 | = | 515.00 |
| Stephanie Henderson Espin | 30.70 | at | $ 280.00 | = | 8,596.00 |

```
              CURRENT FEES                            9,111.00


                                            ------------
       TOTAL BALANCE DUE UPON RECEIPT          $9,111.00
                                            ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2200102
7500 Grace Drive                          Invoice Date      11/23/11
Columbia, Maryland 21044                  Client Number        172573
USA


===============================================================================

Re: W. R. Grace & Co.


(60029)   Fee Applications-Applicant

    Fees                              2,015.50
    Expenses                              0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $2,015.50
                                                      =============

```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630


   W.R. Grace & Co.                    Invoice Number    2200102
   7500 Grace Drive                    Invoice Date      11/23/11
   Columbia, Maryland 21044            Client Number      172573
   USA                                 Matter Number        60029
```

==========================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2011

| Date | Name | | Hours |
|------|------|------|------|
| 10/08/11 | Cameron | Review materials for fee applications | .50 |
| 10/10/11 | Muha | Revise fee and expense detail for Sept. monthly application. | .30 |
| 10/11/11 | Ament | Review various e-mails re: September monthly fee application. | .10 |
| 10/17/11 | Ament | Meet with A. Muha re: quarterly fee application. | .10 |
| 10/20/11 | Cameron | Review fee application materials | .60 |
| 10/21/11 | Ament | Telephone call from P. Dotterer re: Sept. monthly fee application (.10): meet with A. Muha re: same (.10). | .20 |
| 10/25/11 | Muha | Review and revise fee and expense detail for September monthly application. | .20 |
| 10/27/11 | Ament | Review invoices and calculate fees and expenses for Sept. monthly fee application (.50); draft Sept. monthly fee application (.30); e-mails re: same (.10); provide A. Muha with draft of fee application for review (.10); finalize fee application (.100: e-mail same to J. Lord for DE filing (.10). | 1.20 |

```
172573 W. R. Grace & Co.                        Invoice Number  2200102
60029  Fee Applications-Applicant               Page    2
       November 23, 2011
```

| Date | Name | | Hours |
|------|------|---|-------|
| 10/27/11 | Lord | Draft, e-file and serve CNO to Reed Smith 122nd monthly fee application (.40); revise and prepare Reed Smith's 123rd monthly fee application for e-filing and service (.60). | 1.00 |
| 10/27/11 | Muha | Final revisions to September 2011 monthly application. | .20 |
| 10/28/11 | Ament | E-mails with J. Lord re: monthly and quarterly fee applications (.10); attention to billing matters (.10). | .20 |
| 10/28/11 | Lord | Revise, e-file and serve Reed Smith's 123rd monthly fee application. | .80 |
| 10/31/11 | Ament | Calculate fees and expenses for 42nd quarterly fee application (.70); draft drafting quarterly fee application narrative and summary (.50). | 1.20 |

```
                                               ------
                                  TOTAL HOURS    6.60
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Douglas E. Cameron | 1.10 | at $ | 650.00 | = | 715.00 |
| Andrew J. Muha | 0.70 | at $ | 435.00 | = | 304.50 |
| John B. Lord | 1.80 | at $ | 245.00 | = | 441.00 |
| Sharon A. Ament | 3.00 | at $ | 185.00 | = | 555.00 |

```
                 CURRENT FEES                         2,015.50


                                              ------------
                 TOTAL BALANCE DUE UPON RECEIPT    $2,015.50
                                              ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      2200103
7500 Grace Drive                          Invoice Date        11/23/11
Columbia, Maryland 21044                  Client Number        172573
USA

===============================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

    Fees                          8,134.00
    Expenses                          0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $8,134.00
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R. Grace & Co. | Invoice Number    2200103 |
| 7500 Grace Drive | Invoice Date      11/23/11 |
| Columbia, Maryland 21044 | Client Number      172573 |
| USA | Matter Number       60033 |

===========================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2011

| Date | Name | | Hours |
|------|------|--|-------|
| 10/06/11 | Cameron | Review materials relating to asbestos property damage claim research. | .90 |
| 10/06/11 | Muha | Review materials from research of PD case dockets and prepare memo to D. Cameron re: same. | 1.20 |
| 10/07/11 | Cameron | Additional review of asbestos property damage claims (.4); research and emails re: same (.4). | .80 |
| 10/08/11 | Cameron | Review asbestos property damage research and prepare summary for R. Finke. | .90 |
| 10/10/11 | Ament | Meet with A. Muha re: PD claims. | .10 |
| 10/10/11 | Cameron | Emails re: asbestos-in-buildings claim research. | .70 |
| 10/10/11 | Muha | Meeting with D. Cameron re: email to R. Finke, revise email to R. Finke, and review emails in response. | .40 |
| 10/11/11 | Cameron | Attention to asbestos property damage claim research issues. | .70 |
| 10/11/11 | Restivo | Telephone call with E. Westbrook. | .30 |

```
172573  W. R. Grace & Co.                          Invoice Number   2200103
60033   Claim Analysis Objection Resolution & Estimation Page    2
        (Asbestos)
        November 23, 2011
```

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 10/12/11 | Cameron | Review asbestos property damage claims research. | .70 |
| 10/18/11 | Ament | Review and respond to e-mail from A. Muha re: PD claims. | .30 |
| 10/18/11 | Cameron | Multiple emails re: asbestos-in-buildings claims research (.60); review materials from California (.50). | 1.10 |
| 10/18/11 | Muha | Emails with D. Cameron and S. Ament re: PD litigation (0.1); prepare email to CA attorneys re: PD litigation in CA (0.4); review responses (0.1). | .60 |
| 10/18/11 | Restivo | Telephone call with R. Finke (.2); letter re: Solow (.5). | .70 |
| 10/19/11 | Ament | Various e-mails re: property damage claims research. | .30 |
| 10/19/11 | Muha | Attend to emails re: asbestos-in-buildings research. | .30 |
| 10/20/11 | Ament | Review e-mail re: property damage claims. | .10 |
| 10/20/11 | Cameron | Emails, materials re: asbestos-in-buildings claims research. | .80 |
| 10/26/11 | Cameron | Review materials re: California cases in tort system. | .70 |
| 10/27/11 | Cameron | Additional review of California cases information. | .70 |
| 10/27/11 | Muha | Contacts with J. Shoda re: status of asbestos-in-buildings litigation in CA (0.2); internet research re: asbestos-in-buildings litigation (0.6); email memo to D. Cameron re: same (0.3). | 1.10 |

172573 W. R. Grace & Co.                          Invoice Number  2200103
60033  Claim Analysis Objection Resolution & Estimation Page   3
       (Asbestos)
       November 23, 2011


10/29/11 Cameron          Attention to California asbestos        .80
                          P.D. claims research.

                                                  ------

                                 TOTAL HOURS    14.20


| TIME SUMMARY | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Douglas E. Cameron | 8.80 | at $ | 650.00 | = | 5,720.00 |
| James J. Restivo Jr. | 1.00 | at $ | 700.00 | = | 700.00 |
| Andrew J. Muha | 3.60 | at $ | 435.00 | = | 1,566.00 |
| Sharon A. Ament | 0.80 | at $ | 185.00 | = | 148.00 |

                          CURRENT FEES                      8,134.00

                                                    ------------
                 TOTAL BALANCE DUE UPON RECEIPT        $8,134.00
                                                    ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2200108
7500 Grace Drive                          Invoice Date       11/23/11
Columbia, Maryland 21044                  Client Number        172573
USA


==============================================================================

Re: W. R. Grace & Co.


(50001)  Correa v. W.R. Grace

     Fees                          0.00
     Expenses                      2.80

                  TOTAL BALANCE DUE UPON RECEIPT        $2.80
                                                  =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      2200108
7500 Grace Drive                          Invoice Date        11/23/11
Columbia, Maryland 21044                  Client Number         172573
USA                                       Matter Number          50001

==============================================================================

Re: Correa v. W.R. Grace

FOR COSTS ADVANCED AND EXPENSES INCURRED:

    Duplicating/Printing/Scanning                2.80

                        CURRENT EXPENSES                    2.80
                                                    -------------

                        TOTAL BALANCE DUE UPON RECEIPT      $2.80
                                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number     2200108
7500 Grace Drive                          Invoice Date     11/23/11
Columbia, Maryland 21044                  Client Number      172573
USA                                       Matter Number       50001


==============================================================================

Re: (50001)  Correa v. W.R. Grace


FOR COSTS ADVANCED AND EXPENSES INCURRED:

10/06/11   Duplicating/Printing/Scanning                    .10
           ATTY # 000349: 1 COPIES

10/28/11   Duplicating/Printing/Scanning                   2.70
           ATTY # 10886; 27 COPIES

                        CURRENT EXPENSES                    2.80
                                                    ------------
                        TOTAL BALANCE DUE UPON RECEIPT     $2.80
                                                    ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      2200109
7500 Grace Drive                          Invoice Date      11/23/11
Columbia, Maryland 21044                  Client Number       172573
USA

========================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

     Fees                              0.00
     Expenses                         29.00

                  TOTAL BALANCE DUE UPON RECEIPT          $29.00
                                                  ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      2200109
7500 Grace Drive                          Invoice Date       11/23/11
Columbia, Maryland 21044                  Client Number        172573
USA                                       Matter Number         60033

===============================================================================

Re: Claim Analysis Objection Resolution & Estimation
    (Asbestos)

FOR COSTS ADVANCED AND EXPENSES INCURRED:

    Duplicating/Printing/Scanning                 29.00

                        CURRENT EXPENSES                      29.00
                                                        -------------

                        TOTAL BALANCE DUE UPON RECEIPT       $29.00
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number    2200109
7500 Grace Drive                          Invoice Date      11/23/11
Columbia, Maryland 21044                  Client Number      172573
USA                                       Matter Number       60033


==============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 10/04/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 18 COPIES | 1.80 |
| 10/04/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 18 COPIES | 1.80 |
| 10/10/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 18 COPIES | 1.80 |
| 10/10/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 18 COPIES | 1.80 |
| 10/10/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 18 COPIES | 1.80 |
| 10/10/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 19 COPIES | 1.90 |
| 10/18/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 2 COPIES | .20 |
| 10/21/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 10/21/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 2 COPIES | .20 |
| 10/21/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 4 COPIES | .40 |
| 10/27/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |

172573  W. R. Grace & Co.                                    Invoice Number   2200109
 60033  Claim Analysis Objection Resolution & Estimation Page    2
        (Asbestos)
        November 23, 2011


| Date | Description | Amount |
|---|---|---|
| 10/27/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 10/27/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 10/27/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 10/27/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 10/27/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 10/27/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 10/27/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 10/27/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 10/27/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 10/27/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 12 COPIES | 1.20 |
| 10/27/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 12 COPIES | 1.20 |
| 10/27/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 10/27/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 10/27/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 12 COPIES | 1.20 |
| 10/27/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 18 COPIES | 1.80 |
| 10/27/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 10/27/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |

172573  W. R. Grace & Co.                         Invoice Number   2200109
60033   Claim Analysis Objection Resolution & Estimation Page    3
        (Asbestos)
        November 23, 2011


10/28/11    Duplicating/Printing/Scanning                          .10
            ATTY # 000559: 1 COPIES

10/28/11    Duplicating/Printing/Scanning                         1.80
            ATTY # 000559: 18 COPIES

10/28/11    Duplicating/Printing/Scanning                         1.80
            ATTY # 000559: 18 COPIES

10/28/11    Duplicating/Printing/Scanning                         1.80
            ATTY # 000559: 18 COPIES

                        CURRENT EXPENSES                         29.00
                                                           ------------
                        TOTAL BALANCE DUE UPON RECEIPT        $29.00
                                                           =============