# EXHIBIT B

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
|  | ) | (Jointly Administered) |
| Debtors. | ) |  |
|  | ) | Objection Deadline: January 23, 2012 at 4:00 p.m. |
|  |  | Hearing Date: Only if Objections are Filed |

### SUMMARY OF APPLICATION OF REED SMITH LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL TO DEBTORS FOR THE ONE HUNDRED TWENTY-FIFTH MONTHLY INTERIM PERIOD FROM NOVEMBER 1, 2011 THROUGH NOVEMBER 30, 2011

Name of Applicant:                                                 Reed Smith LLP

Authorized to Provide Professional Services to: W. R. Grace & Co., *et al.*, Debtors and
Debtors-in-Possession

Date of Retention:                                                 July 19, 2001, effective as of April 2, 2001

Period for which compensation and
reimbursement is sought:                                       November 1 November 30, 2011

Amount of fees sought as actual,
reasonable and necessary:                                     $19,841.50

Amount of expenses sought as actual,
reasonable and necessary                                      $304.30

This is a(n): X monthly ___ interim ___ final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

DKT NO: 26292

DT FILED: 12/30/11

US_ACTIVE-108004913.1-SAAMENT

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through /31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00[2] | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through 1/31/04 | $21,531.00 | $85.71 | No objections served on counsel | No objections served on counsel |
| 4/7/04 | 2/1/04 through 2/29/04 | $21,116.00 | $2,537.94 | No objections served on counsel | No objections served on counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |
| 6/4/04 | 4/1/04 through 4/30/04 | $16,495.50 | $41.08 | No objections served on counsel | No objections served on counsel |
| 7/1/04 | 5/1/04 through 5/31/04 | $41,085.00 | $2,386.50 | No objections served on counsel | No objections served on counsel |
| 8/2/04 | 6/1/04 through 6/30/04 | $28,692.50 | $725.43 | No objections served on counsel | No objections served on counsel |
| 9/3/04 | 7/1/04 through 7/31/04 | $13,176.50 | $328.55 | No objections served on counsel | No objections served on counsel |
| 10/5/04 | 8/1/04 through 8/31/04 | $11,792.00 | $1,500.03 | No objections served on counsel | No objections served on counsel |
| 10/28/04 | 9/1/04 through 9/30/04 | $22,618.00 | $97.76 | No objections served on counsel | No objections served on counsel |
| 11/29/04 | 10/1/04 through 10/31/04 | $127,040.00 | $2,696.29 | No objections served on counsel | No objections served on counsel |
| 1/7/05 | 11/1/04 through 11/30/04 | $29,207.50 | $1,858.91 | No objections served on counsel | No objections served on counsel |
| 2/9/05 | 12/1/04 through 12/31/04 | $123,722.25 | $2,598.89 | No objections served on counsel | No objections served on counsel |
| 3/1/05 | 1/1/05 through 1/31/05 | $112,761.00 | $3,520.69 | No objections served on counsel | No objections served on counsel |
| 3/29/05 | 2/1/05 through 2/28/05 | $40,738.00 | $2,719.01 | No objections served on counsel | No objections served on counsel |
| 4/27/05 | 3/1/05 through 3/31/05 | $22,165.50 | $281.04 | No objections served on counsel | No objections served on counsel |

---

2  Although Reed Smith initially requested $9,795.00 for the December 2003 monthly interim period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor).  The corrected amount requested by Reed Smith for that period is reflected above.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 5/31/05 | 4/1/05 through 4/30/05 | $27,745.00 | $373.42 | No objections served on counsel | No objections served on counsel |
| 6/30/05 | 5/1/05 through 5/31/05 | $48,125.50 | $1,444.96 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 6/1/05 through 6/30/05 | $53,677.50 | $2,901.34 | No objections served on counsel | No objections served on counsel |
| 8/31/05 | 8/1/05 through 8/31/05 | $67,024.00 | $4,443.37 | No objections served on counsel | No objections served on counsel |
| 10/28/05 | 9/1/05 through 9/31/05 | $75,564.50 | $1,333.69 | No objections served on counsel | No objections served on counsel |
| 11/28/05 | 10/1/05 through 10/31/05 | $100,140.00 | $2,209.06 | No objections served on counsel | No objections served on counsel |
| 12/29/05 | 11/1/05 through 11/30/05 | $73,829.00 | $2,476.74 | No objections served on counsel | No objections served on counsel |
| 2/3/06 | 12/1/05 through 12/31/05 | $132,709.00 | $9,322.91 | No objections served on counsel | No objections served on counsel |
| 3/6/06 | 1/1/06 through 1/31/065 | $179,492.75 | $7,814.56 | No objections served on counsel | No objections served on counsel |
| 3/28/06 | 2/1/06 through 2/28/06 | $121,127.25 | $2,113.02 | No objections served on counsel | No objections served on counsel |
| 4/28/06 | 3/1/06 through 3/31/06 | $138,244.50 | $8,928.17 | No objections served on counsel | No objections served on counsel |
| 5/30/06 | 4/1/06 through 4/30/06 | $258,539.00 | $3,990.53 | No objections served on counsel | No objections served on counsel |
| 6/28/06 | 5/1/06 through 5/31/06 | $187,688.50 | $7,066.20 | No objections served on counsel | No objections served on counsel |
| 7/31/06 | 6/1/06 through 6/30/06 | $290,925.50 | $7,211.50 | No objections served on counsel | No objections served on counsel |
| 9/1/06 | 7/1/06 through 7/31/06 | $318,207.00 | $5,751.93 | No objections served on counsel | No objections served on counsel |
| 9/28/06 | 8/1/06 through 8/31/06 | $431,035.00 | $19,258.20 | No objections served on counsel | No objections served on counsel |
| 10/30/06 | 9/1/06 through 9/30/06 | $214,071.00 | $8,718.91 | No objections served on counsel | No objections served on counsel |
| 11/28/06 | 10/1/06 through 10/31/06 | $253,411.00 | $3,957.53 | No objections served on counsel | No objections served on counsel |
| 12/21/06 | 11/1/06 through 11/30/06 | $269,985.00 | $10,276.93 | No objections served on counsel | No objections served on counsel |
| 1/29/07 | 12/1/06 through 12/31/06 | $449,619.00 | $13,006.42 | No objections served on counsel | No objections served on counsel |
| 3/2/07 | 1/1/07 through 1/31/07 | $451,799.50 | $10,807.56 | No objections served on counsel | No objections served on counsel |
| 3/28/07 | 2/1/07 through 2/28/07 | $571,452.50 | $26,064.65 | No objections served on counsel | No objections served on counsel |
| 5/1/07 | 3/1/07 through 3/31/07 | $612,334.00 | $21,618.02 | No objections served on counsel | No objections served on counsel |
| 5/30/07 | 4/1/07 through 4/30/07 | $659,653.00 | $95,262.97 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/07 | 5/1/07 through 5/31/07 | $381,244.00 | $76,304.87 | No objections served on counsel | No objections served on counsel |
| 7/31/07 | 6/1/07 through 6/30/07 | $285,417.50 | $25,072.31 | No objections served on counsel | No objections served on counsel |
| 8/31/07 | 7/1/07 through 7/31/07 | $565,946.00 | $27,996.57 | No objections served on counsel | No objections served on counsel |
| 9/28/07 | 8/1/07 through 8/31/07 | $341,805.00 | $30,377.98 | No objections served on counsel | No objections served on counsel |
| 10/30/07 | 9/1/07 through 9/30/07 | $266,475.00 | $47,419.66 | No objections served on counsel | No objections served on counsel |
| 11/29/07 | 10/1/07 through 10/31/07 | $425,753.50 | $56,702.47 | No objections served on counsel | No objections served on counsel |
| 12/31/07 | 11/1/07 through 11/30/07 | $346,948.50 | $28,452.97 | No objections served on counsel | No objections served on counsel |
| 2/1/08 | 12/1/07 through 12/31/07 | $328,899.50 | $6,684.25 | No objections served on counsel | No objections served on counsel |
| 2/29/08 | 1/1/08 through 1/31/08 | $190,026.50 | $66,680.87 | No objections served on counsel | No objections served on counsel |
| 3/28/08 | 2/1/08 through 2/29/08 | $164,778.50 | $6,812.83 | No objections served on counsel | No objections served on counsel |
| 4/29/08 | 3/1/08 through 3/31/08 | $196,624.00 | $7,770.05 | No objections served on counsel | No objections served on counsel |
| 5/28/08 | 4/1/08 through 4/30/08 | $265,172.00 | $14,840.69 | No objections served on counsel | No objections served on counsel |
| 6/30/08 | 5/1/08 through 5/31/08 | $198,308.50 | $5,407.12 | No objections served on counsel | No objections served on counsel |
| 7/29/08 | 6/1/08 through 6/30/08 | $294,750.00 | $11,846.36 | No objections served on counsel | No objections served on counsel |
| 8/28/08 | 7/1/08 through 7/31/08 | $260,723.00 | $30,905.57 | No objections served on counsel | No objections served on counsel |
| 9/29/08 | 8/1/08 through 8/31/08 | $133,508.50 | $25,510.91 | No objections served on counsel | No objections served on counsel |
| 10/30/08 | 9/1/08 through 9/30/08 | $178,342.50 | $62,002.21 | No objections served on counsel | No objections served on counsel |
| 11/28/08 | 10/1/08 through 10/31/08 | $180,835.00 | $97,238.00 | No objections served on counsel | No objections served on counsel |
| 12/29/08 | 11/1/08 through 11/30/08 | $262,272.50 | $66,906.64 | No objections served on counsel | No objections served on counsel |
| 2/2/09 | 12/1/08 through 12/31/08 | $296,040.50 | $61,115.32 | No objections served on counsel | No objections served on counsel |
| 3/5/09 | 1/1/09 through 1/31/09 | $187,083.50 | $48,496.26 | No objections served on counsel | No objections served on counsel |
| 3/30/09 | 2/1/09 through 2/28/09 | $170,090.00 | $71,440.61 | No objections served on counsel | No objections served on counsel |
| 4/28/09 | 3/1/09 through 3/31/09 | $119,493.00 | $91,664.16 | No objections served on counsel | No objections served on counsel |
| 5/28/09 | 4/1/09 through 4/30/09 | $82,997.00 | $31,796.74 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/09 | 5/1/09 through 5/31/09 | $46,410.00 | $1,641.97 | No objections served on counsel | No objections served on counsel |
| 7/29/09 | 6/1/09 through 6/30/09 | $37,799.50 | $8,098.44 | No objections served on counsel | No objections served on counsel |
| 8/31/09 | 7/1/09 through 7/31/09 | $26,413.00 | $6,408.90 | No objections served on counsel | No objections served on counsel |
| 9/30/09 | 8/1/09 through 8/31/09 | $57,230.00 | $5,569.75 | No objections served on counsel | No objections served on counsel |
| 10/29/09 | 9/1/09 through 9/30/09 | $26,700.00 | $35,383.32 | No objections served on counsel | No objections served on counsel |
| 12/1/09 | 10/1/09 through 10/31/09 | $36,478.50 | $11,042.24 | No objections served on counsel | No objections served on counsel |
| 12/31/09 | 11/1/09 through 11/30/09 | $26,217.00 | $6,599.14 | No objections served on counsel | No objections served on counsel |
| 1/29/10 | 12/1/09 through 12/31/09 | $18,402.00 | $350.26 | No objections served on counsel | No objections served on counsel |
| 3/2/10 | 1/1/1 through 1/31/10 | $67,941.00 | $5,542.74 | No objections served on counsel | No objections served on counsel |
| 3/29/10 | 2/1/10 through 02/28/10 | $8,019.00 | $1,025.90 | No objections served on counsel | No objections served on counsel |
| 4/28/10 | 3/1/10 through 3/31/10 | $7,581.50 | $2,008.26 | No objections served on counsel | No objections served on counsel |
| 5/28/10 | 4/1/10 through 4/30/10 | $28,603.00 | $1,030.65 | No objections served on counsel | No objections served on counsel |
| 6/29/10 | 5/1/1/10 through 5/31/10 | $6,594.50 | $1,375.18 | No objections served on counsel | No objections served on counsel |
| 7/28/10 | 6/1/10 through 6/30/10 | $7,500.50 | $299.18 | No objections served on counsel | No objections served on counsel |
| 8/31/10 | 7/1/10 through 7/31/10 | $9,446.00 | $100.30 | No objections served on counsel | No objections served on counsel |
| 9/28/10 | 8/1/10 through 8/31/10 | $3,635.50 | $821.90 | No objections served on counsel | No objections served on counsel |
| 10/28/10 | 9/1/10 through 9/30/10 | $5,575.50 | $49.74 | No objections served on counsel | No objections served on counsel |
| 11/30/10 | 10/1/10 through 10/31/10 | $6,159.30 | $18.26 | No objections served on counsel | No objections served on counsel |
| 12/29/10 | 11/1/10 through 11/30/10 | $19,070.80 | $76.00 | No objections served on counsel | No objections served on counsel |
| 1/31/11 | 12/1/10 through 12/31/10 | $15,773.50 | $1,381.58 | No objections served on counsel | No objections served on counsel |
| 2/28/11 | 1/1/11 through 1/31/11 | $29,967.50 | $1,110.22 | No objections served on counsel | No objections served on counsel |
| 3/28/11 | 2/1/11 through 2/28/11 | $41,503.00 | $11,883.46 | No objections served on counsel | No objections served on counsel |
| 4/29/11 | 3/1/11 through 3/31/11 | $6,362.50 | $2,549.26 | No objections served on counsel | No objections served on counsel |
| 5/31/11 | 4/1/11 through 4/30/11 | $18,201.00 | $147.45 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/11 | 5/1/11 through 5/31/11 | $6,949.00 | $785.03 | No objections served on counsel | No objections served on counsel |
| 7/28/11 | 6/1/11 through 6/30/11 | $24,354.50 | $387.90 | No objections served on counsel | No objections served on counsel |
| 8/29/11 | 7/1/11 through 7/31/11 | $11,068.00 | $81.61 | No objections served on counsel | No objections served on counsel |
| 9/29/11 | 8/1/11 through 8/31/11 | $8,986.50 | $1,113.30 | No objections served on counsel | No objections served on counsel |
| 10/28/11 | 9/1/11 through 9/30/11 | $12,101.50 | $94.10 | No objections served on counsel | No objections served on counsel |
| 11/29/11 | 10/1/11 through 10/31/11 | $19,260.50 | $31.80 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the one hundred twenty-fifth application for monthly interim compensation of services filed with the Bankruptcy Court in these chapter 11 cases.

The total time expended for the preparation of this application is approximately eight hours, and the corresponding estimated compensation that will be requested in a future application is approximately $2,000.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Year Admitted | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Douglas E. Cameron | Partner | 1984 | Litigation | $650.00 | 3.00 | $1,950.00 |
| Linda S. Husar | Partner | 1980 | Litigation | $515.00 | 2.80 | $1,442.00 |
| Andrew J. Muha | Partner | 2001 | Litigation | $435.00 | 1.00 | $435.00 |
| Stephanie Henderson Espinosa | Associate | 2007 | Litigation | $280.00 | 51.30 | $14,364.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant and number of years as a paraprofessional | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|
| John B. Lord | Paralegal | 20 Years | Bankruptcy | $245.00 | 5.00 | $1,225.00 |
| Sharon A. Ament | Paralegal | 7 Years | Litigation | $185.00 | 2.30 | $425.50 |

**Total Fees: $19,841.50**

7

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Correa vs. W.R. Grace | 54.10 | $15,806.00 |
| Fee Applications | 8.10 | $2,048.50 |
| Claim Analysis Objection Resolution & Estimation | 3.20 | $1,987.00 |
| **Total** | **65.40** | **$19,841.50** |

## EXPENSE SUMMARY

| Description | Non-ZAI Science Trial | ZAI Science Trial |
|---|---|---|
| Duplicating/Printing/Scanning | $148.50 | $0.00 |
| PACER | $2.80 | -- |
| Westlaw | $142.92 | -- |
| Postage Expense | $5.08 | -- |
| Courier Service – Outside | $5.00 | -- |
| SUBTOTAL | $304.30 | $0.00 |
| **TOTAL** | **$304.30** | **$0.00** |

Dated:    December 30, 2011                    REED SMITH LLP
          Wilmington, Delaware

                                        By: /s/ Kurt F. Gwynne_____
                                            Kurt F. Gwynne (No. 3951)
                                            1201 Market Street, Suite 1500
                                            Wilmington, DE  19801
                                            Telephone:  (302) 778-7500
                                            Facsimile: (302) 778-7575
                                            E-mail: kgwynne@reedsmith.com

                                                and

                                            James J. Restivo, Jr., Esquire
                                            Lawrence E. Flatley, Esquire
                                            Douglas E. Cameron, Esquire
                                            Reed Smith Centre
                                            225 Fifth Avenue
                                            Pittsburgh, PA 15222
                                            Telephone:  (412) 288-3131
                                            Facsimile:  (412) 288-3063

                                            Special Asbestos Products Liability Defense
                                            Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2212082
7500 Grace Drive                          Invoice Date      12/16/11
Columbia, Maryland 21044                  Client Number       172573
USA


==============================================================================

Re: W. R. Grace & Co.


(50001)  Correa v. W.R. Grace

   Fees                                 15,806.00
   Expenses                                  0.00

               TOTAL BALANCE DUE UPON RECEIPT        $15,806.00
                                                 =============

```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
W.R. Grace & Co.                        Invoice Number     2212082
7500 Grace Drive                        Invoice Date      12/16/11
Columbia, Maryland 21044                Client Number       172573
USA                                     Matter Number        50001
```

===============================================================================

Re: (50001)  Correa v. W.R. Grace

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2011

| Date | Name | | Hours |
|------|------|--|-------|
| 11/01/11 | Espinosa | Continue to review documents produced by Plaintiff and identify exhibits for Plaintiff's deposition (1.5); emails to Plaintiff's counsel re the status of the document production and Plaintiff's failure to produce key records (0.4). | 1.90 |
| 11/02/11 | Espinosa | Email Plaintiff's counsel to confirm the electronic production of additional responsive documents (0.1); email A. Enriquez with questions relating to preparation for Plaintiff's deposition (0.2); continue to review documents produced by Plaintiff (5.2). | 5.50 |
| 11/03/11 | Espinosa | Organize and review for inclusion as exhibits at Plaintiff's deposition. | 2.90 |
| 11/04/11 | Espinosa | Call with A. Enriquez to discuss various questions on policies and Plaintiff's employment history. | .50 |
| 11/07/11 | Espinosa | Continue to prepare for Plaintiff's deposition and incorporate additional questions into the deposition outline from the documents produced by Plaintiff and Plaintiff's interrogatory responses. | 7.30 |

172573  W. R. Grace & Co.                          Invoice Number  2212082
50001  Correa v. W.R. Grace                        Page   2
        December 16, 2011

| Date | Name | | Hours |
|------|------|---|-------|
| 11/08/11 | Espinosa | Continue to prepare for Plaintiff's deposition including by identifying and preparing exhibits. | 5.00 |
| 11/09/11 | Espinosa | Continue to prepare for Plaintiff's deposition including by identifying and preparing exhibits (1.5); call with A. Enriquez to discuss deposition topic issues (0.4); call with Plaintiff's counsel re rescheduling Plaintiff's deposition (0.2). | 2.10 |
| 11/09/11 | Husar | Strategy session regarding approach to Plaintiff's deposition and plan and prepare for the same. | 1.00 |
| 11/10/11 | Espinosa | Continue to prepare for Plaintiff's deposition. | 4.80 |
| 11/14/11 | Espinosa | Review Plaintiff's Social Security Disability documents and email Plaintiff's counsel re same. | .30 |
| 11/23/11 | Espinosa | Continue to prepare for Plaintiff's deposition. | 4.00 |
| 11/28/11 | Espinosa | Review audio records for depostion preparation (1.2); prepare for Plaintiff's deposition (5.8). | 7.00 |
| 11/28/11 | Husar | Review documents produced in discovery, work on preparation for deposition and strategy. | 1.80 |
| 11/29/11 | Espinosa | Prepare for and take day one of Plaintiff's deposition. | 9.80 |
| 11/30/11 | Espinosa | Email A. Enriquez and Plaintiff's counsel re scheduling the second day of Plaintiff's deposition. | .20 |

                                                        ------
                                        TOTAL HOURS    54.10

```
172573  W. R. Grace & Co.                    Invoice Number   2212082
 50001  Correa v. W.R. Grace                 Page    3
        December 16, 2011
```

```
TIME SUMMARY                 Hours          Rate           Value
-------------------------   ---------------------        -------
  Linda S. Husar            2.80  at  $  515.00  =    1,442.00

  Stephanie Henderson Espin 51.30 at  $  280.00  =   14,364.00

                           CURRENT FEES                        15,806.00


                                              ------------
        TOTAL BALANCE DUE UPON RECEIPT          $15,806.00
                                              ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2212083
7500 Grace Drive                          Invoice Date      12/16/11
Columbia, Maryland 21044                  Client Number       172573
USA


================================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

    Fees                              2,048.50
    Expenses                             0.00

            TOTAL BALANCE DUE UPON RECEIPT      $2,048.50
                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| W.R. Grace & Co. | Invoice Number | 2212083 |
|---|---|---|
| 7500 Grace Drive | Invoice Date | 12/16/11 |
| Columbia, Maryland 21044 | Client Number | 172573 |
| USA | Matter Number | 60029 |

==============================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2011

| Date | Name | | Hours |
|---|---|---|---|
| 11/01/11 | Ament | Continue drafting 42nd quarterly fee application summary and narrative (.10); provide same to A. Muha for review (.10); finalize said fee application (.10); e-mail narrative and summary to J. Lord for DE filing (.10). | .40 |
| 11/01/11 | Lord | Communicate with S. Ament re: interim fee application (.1); review same (.2). | .30 |
| 11/02/11 | Ament | Review e-mail from J. Lord re: quarterly fee application. | .10 |
| 11/03/11 | Muha | Final review and revisions to quarterly fee application. | .40 |
| 11/08/11 | Lord | Review and revise Reed Smith's 42 interim fee application summary and narrative. | .50 |
| 11/09/11 | Lord | Additional revisions to Reed Smith's 42nd interim fee application with preparation of notice and other ancilliary papers to application (.8); research and update service for application (.3); | 1.10 |
| 11/10/11 | Lord | Revise, finalize and coordinate service of Reed Smith's 42nd interim fee application. | .90 |

```
172573 W. R. Grace & Co.                    Invoice Number  2212083
60029  Fee Applications-Applicant           Page   2
       December 16, 2011
```

|  Date  |  Name  |  |  Hours  |
| --- | --- | --- | --- |
| 11/18/11 | Ament | Review e-mail re: Oct. monthly fee application. | .10 |
| 11/18/11 | Muha | Review and revise fee and expense detail for Oct. 2011 monthly application. | .30 |
| 11/22/11 | Ament | Begin drafting Oct. monthly fee application (.30); e-mails with A. Muha re: DBR's for same (.10). | .40 |
| 11/22/11 | Lord | Research docket and draft CNO for Reed Smith September monthly fee application. | .30 |
| 11/28/11 | Ament | Review and respond to e-mail from J. Lord re: October monthly fee application (.10); calculate fees and expenses for same (.40); draft 124th monthly fee application (.20); provide same to A. Muha for review (.10). | .80 |
| 11/28/11 | Lord | Research docket and e-file CNO to Reed Smith's September monthly fee application (.3); communicate with S. Ament re: October monthly fee application (.1). | .40 |
| 11/29/11 | Ament | E-mail to A. Muha re: Oct. monthly fee application and meet with A. Muha re: same (.10); finalize fee application (.10); e-mail same to J. Lord for DE filing (.10). | .30 |
| 11/29/11 | Lord | Revise, e-file and coordinate service of Reed Smith's 124th (October) monthly fee application. | 1.50 |
| 11/29/11 | Muha | Final review and revisions to Oct. 2011 monthly application. | .30 |

```
                                          ------
                              TOTAL HOURS   8.10
```

172573 W. R. Grace & Co.
60029  Fee Applications-Applicant
       December 16, 2011

Invoice Number   2212083
Page   3

| TIME SUMMARY | Hours | | | Rate | | Value |
|---|---|---|---|---|---|---|
| Andrew J. Muha | 1.00 | at | $ | 435.00 | = | 435.00 |
| John B. Lord | 5.00 | at | $ | 245.00 | = | 1,225.00 |
| Sharon A. Ament | 2.10 | at | $ | 185.00 | = | 388.50 |

CURRENT FEES                                         2,048.50

                                                ------------
TOTAL BALANCE DUE UPON RECEIPT                    $2,048.50
                                                ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                        Invoice Number      2212084
7500 Grace Drive                        Invoice Date       12/16/11
Columbia, Maryland 21044                Client Number        172573
USA


================================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

    Fees                            1,987.00
    Expenses                            0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $1,987.00
                                                         =============

```
                        REED SMITH LLP
                        PO Box 360074M
                   Pittsburgh, PA  15251-6074
                     Tax ID# 25-0749630


  W.R. Grace & Co.                  Invoice Number    2212084
  7500 Grace Drive                  Invoice Date     12/16/11
  Columbia, Maryland 21044          Client Number      172573
  USA                               Matter Number       60033


===============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2011

   Date   Name                                            Hours
   ------ ----------                                      -----

  11/02/11 Cameron        Review materials re: California    .60
                          cases.

  11/03/11 Cameron        Review California court case        .70
                          research.

  11/07/11 Ament          Various e-mails with P. Cuniff re:  .20
                          agenda and hearing binder.

  11/09/11 Cameron        Attention to California claims      .60
                          materials.

  11/18/11 Cameron        Email summary to R. Finke.          .70

  11/23/11 Cameron        Review e-mails re: California        .40
                          asbestos property damage claims.

                                                          ------
                                         TOTAL HOURS       3.20


TIME SUMMARY              Hours        Rate          Value
-----------------------   ---------------------      -------
Douglas E. Cameron        3.00  at  $  650.00  =    1,950.00
Sharon A. Ament           0.20  at  $  185.00  =       37.00

                          CURRENT FEES                          1,987.00


                                                           ------------
                      TOTAL BALANCE DUE UPON RECEIPT         $1,987.00
                                                           ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      2212108
7500 Grace Drive                          Invoice Date     12/16/11
Columbia, Maryland 21044                  Client Number      172573
USA

========================================================================

Re: W. R. Grace & Co.


(50001)  Correa v. W.R. Grace

    Fees                            0.00
    Expenses                      135.24

                 TOTAL BALANCE DUE UPON RECEIPT          $135.24
                                                   ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2212108
7500 Grace Drive                          Invoice Date      12/16/11
Columbia, Maryland 21044                  Client Number       172573
USA                                       Matter Number        50001


=================================================================================

Re: Correa v. W.R. Grace


FOR COSTS ADVANCED AND EXPENSES INCURRED:

    Duplicating/Printing/Scanning                134.80
    Postage Expense                                0.44
                        CURRENT EXPENSES                         135.24
                                                        -------------

                    TOTAL BALANCE DUE UPON RECEIPT             $135.24
                                                        =============

```
                            REED SMITH LLP
                            PO Box 360074M
                        Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630
```

```
W.R. Grace & Co.                        Invoice Number     2212108
7500 Grace Drive                        Invoice Date     12/16/11
Columbia, Maryland 21044                Client Number      172573
USA                                     Matter Number       50001
```

===========================================================================

Re: (50001)  Correa v. W.R. Grace


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 11/02/11 | Duplicating/Printing/Scanning<br>ATTY # 10886; 79 COPIES | 7.90 |
| 11/02/11 | Duplicating/Printing/Scanning<br>ATTY # 10886; 479 COPIES | 47.90 |
| 11/02/11 | Duplicating/Printing/Scanning<br>ATTY # 10886; 33 COPIES | 3.30 |
| 11/02/11 | Duplicating/Printing/Scanning<br>ATTY # 10886; 56 COPIES | 5.60 |
| 11/03/11 | Duplicating/Printing/Scanning<br>ATTY # 10886; 95 COPIES | 9.50 |
| 11/03/11 | Duplicating/Printing/Scanning<br>ATTY # 10886; 57 COPIES | 5.70 |
| 11/07/11 | Duplicating/Printing/Scanning<br>ATTY # 10886; 135 COPIES | 13.50 |
| 11/08/11 | Duplicating/Printing/Scanning<br>ATTY # 10886; 225 COPIES | 22.50 |
| 11/15/11 | Postage Expense<br>Postage Expense: ATTY # 010886 User: Equitrac By | .44 |
| 11/28/11 | Duplicating/Printing/Scanning<br>ATTY # 10886; 10 COPIES | 1.00 |
| 11/28/11 | Duplicating/Printing/Scanning<br>ATTY # 10886; 20 COPIES | 2.00 |
| 11/29/11 | Duplicating/Printing/Scanning<br>ATTY # 10886; 8 COPIES | .80 |

```
172573 W. R. Grace & Co.                    Invoice Number  2212108
50001  Correa v. W.R. Grace                 Page   2
        December 16, 2011
```

```
  11/29/11   Duplicating/Printing/Scanning                 15.10
             ATTY # 10886; 151 COPIES

                          CURRENT EXPENSES                 135.24
                                                      ------------
                          TOTAL BALANCE DUE UPON RECEIPT   $135.24
                                                      ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044
USA

| | |
|---|---|
| Invoice Number | 2212110 |
| Invoice Date | 12/16/11 |
| Client Number | 172573 |

========================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

         Fees                              0.00
         Expenses                        169.06

                    TOTAL BALANCE DUE UPON RECEIPT        $169.06
                                                      =============

```
                            REED SMITH LLP
                            PO Box 360074M
                        Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630

 W.R. Grace & Co.                          Invoice Number      2212110
 7500 Grace Drive                          Invoice Date       12/16/11
 Columbia, Maryland 21044                  Client Number        172573
 USA                                       Matter Number         60033
```

================================================================================

Re: Claim Analysis Objection Resolution & Estimation
    (Asbestos)

FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
     PACER                                     2.80
     Duplicating/Printing/Scanning            13.70
     Westlaw                                 142.92
     Postage Expense                           4.64
     Courier Service - Outside                 5.00

                    CURRENT EXPENSES                    169.06
                                                  -------------

                    TOTAL BALANCE DUE UPON RECEIPT     $169.06
                                                  =============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
     W.R. Grace & Co.                    Invoice Number    2212110
     7500 Grace Drive                    Invoice Date     12/16/11
     Columbia, Maryland 21044            Client Number     172573
     USA                                 Matter Number       60033
```

==============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 10/29/11 | Postage Expense<br>Postage Expense: ATTY # 000718 User: Equitrac By | 3.76 |
| 10/31/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 10/31/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 10/31/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 10/31/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 10/31/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 10/31/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 10/31/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 10/31/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 10/31/11 | PACER | 2.80 |
| 11/01/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 11/01/11 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |

172573 W. R. Grace & Co.                                  Invoice Number  2212110
60033  Claim Analysis Objection Resolution & Estimation Page   2
       (Asbestos)
       December 16, 2011


11/01/11   Duplicating/Printing/Scanning                      .90
           ATTY # 000559: 9 COPIES

11/03/11   Duplicating/Printing/Scanning                     1.80
           ATTY # 000559: 18 COPIES

11/03/11   Duplicating/Printing/Scanning                     1.80
           ATTY # 000559: 18 COPIES

11/03/11   Duplicating/Printing/Scanning                     1.80
           ATTY # 000559: 18 COPIES

11/08/11   Westlaw - -  CA law research                    142.92

11/15/11   Postage Expense                                    .88
           Postage Expense: ATTY # 000349 User: Equitrac By

11/29/11   Courier Service - Outside -- VENDOR: JET          5.00
           MESSENGER: Messenger Trip - U.S. Bankruptcy
           Court - Claire Susi - 11/07/11

                        CURRENT EXPENSES                    169.06
                                                        ------------
                        TOTAL BALANCE DUE UPON RECEIPT     $169.06
                                                        ============