# EXHIBIT C

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Objection Deadline: February 22, 2012 at 4:00 p.m.** |
| | | **Hearing Date: Only if Objections are Filed** |

## SUMMARY OF APPLICATION OF REED SMITH LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL TO DEBTORS FOR THE ONE HUNDRED TWENTY-SIXTH MONTHLY INTERIM PERIOD FROM DECEMBER 1, 2011 THROUGH DECEMBER 31, 2011

Name of Applicant: Reed Smith LLP

Authorized to Provide Professional Services to: W. R. Grace & Co., et al., Debtors and Debtors-in-Possession

Date of Retention: July 19, 2001, effective as of April 2, 2001

Period for which compensation and reimbursement is sought: December 1 December 31, 2011

Amount of fees sought as actual, reasonable and necessary: $27,648.00

Amount of expenses sought as actual, reasonable and necessary $4,961.85

This is a(n): X monthly __ interim __ final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

DKT NO: 28450

DT FILED: 1/31/17

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through /31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00[2] | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through 1/31/04 | $21,531.00 | $85.71 | No objections served on counsel | No objections served on counsel |
| 4/7/04 | 2/1/04 through 2/29/04 | $21,116.00 | $2,537.94 | No objections served on counsel | No objections served on counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |
| 6/4/04 | 4/1/04 through 4/30/04 | $16,495.50 | $41.08 | No objections served on counsel | No objections served on counsel |
| 7/1/04 | 5/1/04 through 5/31/04 | $41,085.00 | $2,386.50 | No objections served on counsel | No objections served on counsel |
| 8/2/04 | 6/1/04 through 6/30/04 | $28,692.50 | $725.43 | No objections served on counsel | No objections served on counsel |
| 9/3/04 | 7/1/04 through 7/31/04 | $13,176.50 | $328.55 | No objections served on counsel | No objections served on counsel |
| 10/5/04 | 8/1/04 through 8/31/04 | $11,792.00 | $1,500.03 | No objections served on counsel | No objections served on counsel |
| 10/28/04 | 9/1/04 through 9/30/04 | $22,618.00 | $97.76 | No objections served on counsel | No objections served on counsel |
| 11/29/04 | 10/1/04 through 10/31/04 | $127,040.00 | $2,696.29 | No objections served on counsel | No objections served on counsel |
| 1/7/05 | 11/1/04 through 11/30/04 | $29,207.50 | $1,858.91 | No objections served on counsel | No objections served on counsel |
| 2/9/05 | 12/1/04 through 12/31/04 | $123,722.25 | $2,598.89 | No objections served on counsel | No objections served on counsel |
| 3/1/05 | 1/1/05 through 1/31/05 | $112,761.00 | $3,520.69 | No objections served on counsel | No objections served on counsel |
| 3/29/05 | 2/1/05 through 2/28/05 | $40,738.00 | $2,719.01 | No objections served on counsel | No objections served on counsel |
| 4/27/05 | 3/1/05 through 3/31/05 | $22,165.50 | $281.04 | No objections served on counsel | No objections served on counsel |

---

2  Although Reed Smith initially requested $9,795.00 for the December 2003 monthly interim period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor).  The corrected amount requested by Reed Smith for that period is reflected above.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 5/31/05 | 4/1/05 through 4/30/05 | $27,745.00 | $373.42 | No objections served on counsel | No objections served on counsel |
| 6/30/05 | 5/1/05 through 5/31/05 | $48,125.50 | $1,444.96 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 6/1/05 through 6/30/05 | $53,677.50 | $2,901.34 | No objections served on counsel | No objections served on counsel |
| 8/31/05 | 8/1/05 through 8/31/05 | $67,024.00 | $4,443.37 | No objections served on counsel | No objections served on counsel |
| 10/28/05 | 9/1/05 through 9/31/05 | $75,564.50 | $1,333.69 | No objections served on counsel | No objections served on counsel |
| 11/28/05 | 10/1/05 through 10/31/05 | $100,140.00 | $2,209.06 | No objections served on counsel | No objections served on counsel |
| 12/29/05 | 11/1/05 through 11/30/05 | $73,829.00 | $2,476.74 | No objections served on counsel | No objections served on counsel |
| 2/3/06 | 12/1/05 through 12/31/05 | $132,709.00 | $9,322.91 | No objections served on counsel | No objections served on counsel |
| 3/6/06 | 1/1/06 through 1/31/065 | $179,492.75 | $7,814.56 | No objections served on counsel | No objections served on counsel |
| 3/28/06 | 2/1/06 through 2/28/06 | $121,127.50 | $2,113.02 | No objections served on counsel | No objections served on counsel |
| 4/28/06 | 3/1/06 through 3/31/06 | $138,244.50 | $8,928.17 | No objections served on counsel | No objections served on counsel |
| 5/30/06 | 4/1/06 through 4/30/06 | $258,539.00 | $3,990.53 | No objections served on counsel | No objections served on counsel |
| 6/28/06 | 5/1/06 through 5/31/06 | $187,688.50 | $7,066.20 | No objections served on counsel | No objections served on counsel |
| 7/31/06 | 6/1/06 through 6/30/06 | $290,925.50 | $7,211.50 | No objections served on counsel | No objections served on counsel |
| 9/1/06 | 7/1/06 through 7/31/06 | $318,207.00 | $5,751.93 | No objections served on counsel | No objections served on counsel |
| 9/28/06 | 8/1/06 through 8/31/06 | $431,035.00 | $19,258.20 | No objections served on counsel | No objections served on counsel |
| 10/30/06 | 9/1/06 through 9/30/06 | $214,071.00 | $8,718.91 | No objections served on counsel | No objections served on counsel |
| 11/28/06 | 10/1/06 through 10/31/06 | $253,411.00 | $3,957.53 | No objections served on counsel | No objections served on counsel |
| 12/21/06 | 11/1/06 through 11/30/06 | $269,985.00 | $10,276.93 | No objections served on counsel | No objections served on counsel |
| 1/29/07 | 12/1/06 through 12/31/06 | $449,619.00 | $13,006.42 | No objections served on counsel | No objections served on counsel |
| 3/2/07 | 1/1/07 through 1/31/07 | $451,799.50 | $10,807.56 | No objections served on counsel | No objections served on counsel |
| 3/28/07 | 2/1/07 through 2/28/07 | $571,452.50 | $26,064.65 | No objections served on counsel | No objections served on counsel |
| 5/1/07 | 3/1/07 through 3/31/07 | $612,334.00 | $21,618.02 | No objections served on counsel | No objections served on counsel |
| 5/30/07 | 4/1/07 through 4/30/07 | $659,653.00 | $95,262.97 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/07 | 5/1/07 through 5/31/07 | $381,244.00 | $76,304.87 | No objections served on counsel | No objections served on counsel |
| 7/31/07 | 6/1/07 through 6/30/07 | $285,417.50 | $25,072.31 | No objections served on counsel | No objections served on counsel |
| 8/31/07 | 7/1/07 through 7/31/07 | $565,946.00 | $27,996.57 | No objections served on counsel | No objections served on counsel |
| 9/28/07 | 8/1/07 through 8/31/07 | $341,805.00 | $30,377.98 | No objections served on counsel | No objections served on counsel |
| 10/30/07 | 9/1/07 through 9/30/07 | $266,475.00 | $47,419.66 | No objections served on counsel | No objections served on counsel |
| 11/29/07 | 10/1/07 through 10/31/07 | $425,753.50 | $56,702.47 | No objections served on counsel | No objections served on counsel |
| 12/31/07 | 11/1/07 through 11/30/07 | $346,948.50 | $28,452.97 | No objections served on counsel | No objections served on counsel |
| 2/1/08 | 12/1/07 through 12/31/07 | $328,899.50 | $6,684.25 | No objections served on counsel | No objections served on counsel |
| 2/29/08 | 1/1/08 through 1/31/08 | $190,026.50 | $66,680.87 | No objections served on counsel | No objections served on counsel |
| 3/28/08 | 2/1/08 through 2/29/08 | $164,778.50 | $6,812.83 | No objections served on counsel | No objections served on counsel |
| 4/29/08 | 3/1/08 through 3/31/08 | $196,624.00 | $7,770.05 | No objections served on counsel | No objections served on counsel |
| 5/28/08 | 4/1/08 through 4/30/08 | $265,172.00 | $14,840.69 | No objections served on counsel | No objections served on counsel |
| 6/30/08 | 5/1/08 through 5/31/08 | $198,308.50 | $5,407.12 | No objections served on counsel | No objections served on counsel |
| 7/29/08 | 6/1/08 through 6/30/08 | $294,750.00 | $11,846.36 | No objections served on counsel | No objections served on counsel |
| 8/28/08 | 7/1/08 through 7/31/08 | $260,723.00 | $30,905.57 | No objections served on counsel | No objections served on counsel |
| 9/29/08 | 8/1/08 through 8/31/08 | $133,508.50 | $25,510.91 | No objections served on counsel | No objections served on counsel |
| 10/30/08 | 9/1/08 through 9/30/08 | $178,342.50 | $62,002.21 | No objections served on counsel | No objections served on counsel |
| 11/28/08 | 10/1/08 through 10/31/08 | $180,835.00 | $97,238.00 | No objections served on counsel | No objections served on counsel |
| 12/29/08 | 11/1/08 through 11/30/08 | $262,272.50 | $66,906.64 | No objections served on counsel | No objections served on counsel |
| 2/2/09 | 12/1/08 through 12/31/08 | $296,040.50 | $61,115.32 | No objections served on counsel | No objections served on counsel |
| 3/5/09 | 1/1/09 through 1/31/09 | $187,083.50 | $48,496.26 | No objections served on counsel | No objections served on counsel |
| 3/30/09 | 2/1/09 through 2/28/09 | $170,090.00 | $71,440.61 | No objections served on counsel | No objections served on counsel |
| 4/28/09 | 3/1/09 through 3/31/09 | $119,493.00 | $91,664.16 | No objections served on counsel | No objections served on counsel |
| 5/28/09 | 4/1/09 through 4/30/09 | $82,997.00 | $31,796.74 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/09 | 5/1/09 through 5/31/09 | $46,410.00 | $1,641.97 | No objections served on counsel | No objections served on counsel |
| 7/29/09 | 6/1/09 through 6/30/09 | $37,799.50 | $8,098.44 | No objections served on counsel | No objections served on counsel |
| 8/31/09 | 7/1/09 through 7/31/09 | $26,413.00 | $6,408.90 | No objections served on counsel | No objections served on counsel |
| 9/30/09 | 8/1/09 through 8/31/09 | $57,230.00 | $5,569.75 | No objections served on counsel | No objections served on counsel |
| 10/29/09 | 9/1/09 through 9/30/09 | $26,700.00 | $35,383.32 | No objections served on counsel | No objections served on counsel |
| 12/1/09 | 10/1/09 through 10/31/09 | $36,478.50 | $11,042.24 | No objections served on counsel | No objections served on counsel |
| 12/31/09 | 11/1/09 through 11/30/09 | $26,217.00 | $6,599.14 | No objections served on counsel | No objections served on counsel |
| 1/29/10 | 12/1/09 through 12/31/09 | $18,402.00 | $350.26 | No objections served on counsel | No objections served on counsel |
| 3/2/10 | 1/1/1 through 1/31/10 | $67,941.00 | $5,542.74 | No objections served on counsel | No objections served on counsel |
| 3/29/10 | 2/1/10 through 02/28/10 | $8,019.00 | $1,025.90 | No objections served on counsel | No objections served on counsel |
| 4/28/10 | 3/1/10 through 3/31/10 | $7,581.50 | $2,008.26 | No objections served on counsel | No objections served on counsel |
| 5/28/10 | 4/1/10 through 4/30/10 | $28,603.00 | $1,030.65 | No objections served on counsel | No objections served on counsel |
| 6/29/10 | 5/1/1/10 through 5/31/10 | $6,594.50 | $1,375.18 | No objections served on counsel | No objections served on counsel |
| 7/28/10 | 6/1/10 through 6/30/10 | $7,500.50 | $299.18 | No objections served on counsel | No objections served on counsel |
| 8/31/10 | 7/1/10 through 7/31/10 | $9,446.00 | $100.30 | No objections served on counsel | No objections served on counsel |
| 9/28/10 | 8/1/10 through 8/31/10 | $3,635.50 | $821.90 | No objections served on counsel | No objections served on counsel |
| 10/28/10 | 9/1/10 through 9/30/10 | $5,575.50 | $49.74 | No objections served on counsel | No objections served on counsel |
| 11/30/10 | 10/1/10 through 10/31/10 | $6,159.30 | $18.26 | No objections served on counsel | No objections served on counsel |
| 12/29/10 | 11/1/10 through 11/30/10 | $19,070.80 | $76.00 | No objections served on counsel | No objections served on counsel |
| 1/31/11 | 12/1/10 through 12/31/10 | $15,773.50 | $1,381.58 | No objections served on counsel | No objections served on counsel |
| 2/28/11 | 1/1/11 through 1/31/11 | $29,967.50 | $1,110.22 | No objections served on counsel | No objections served on counsel |
| 3/28/11 | 2/1/11 through 2/28/11 | $41,503.00 | $11,883.46 | No objections served on counsel | No objections served on counsel |
| 4/29/11 | 3/1/11 through 3/31/11 | $6,362.50 | $2,549.26 | No objections served on counsel | No objections served on counsel |
| 5/31/11 | 4/1/11 through 4/30/11 | $18,201.00 | $147.45 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/11 | 5/1/11 through 5/31/11 | $6,949.00 | $785.03 | No objections served on counsel | No objections served on counsel |
| 7/28/11 | 6/1/11 through 6/30/11 | $24,354.50 | $387.90 | No objections served on counsel | No objections served on counsel |
| 8/29/11 | 7/1/11 through 7/31/11 | $11,068.00 | $81.61 | No objections served on counsel | No objections served on counsel |
| 9/29/11 | 8/1/11 through 8/31/11 | $8,986.50 | $1,113.30 | No objections served on counsel | No objections served on counsel |
| 10/28/11 | 9/1/11 through 9/30/11 | $12,101.50 | $94.10 | No objections served on counsel | No objections served on counsel |
| 11/29/11 | 10/1/11 through 10/31/11 | $19,260.50 | $31.80 | No objections served on counsel | No objections served on counsel |
| 12/30/11 | 11/1/11 through 11/30/11 | $19,841.50 | $304.30 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the one hundred twenty-sixth application for monthly interim compensation of services filed with the Bankruptcy Court in these chapter 11 cases.

The total time expended for the preparation of this application is approximately eight hours, and the corresponding estimated compensation that will be requested in a future application is approximately $2,000.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Year Admitted | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| James J. Restivo, Jr. | Partner | 1971 | Litigation | $700.00 | .70 | $490.00 |
| *Lawrence E. Flatley | Partner | 1975 | Litigation | $655.00 | 20.40 | $5,000.00 |
| Douglas E. Cameron | Partner | 1984 | Litigation | $650.00 | 1.30 | $845.00 |
| *Anthony B. Klapper | Partner | 1996 | Litigation | $610.00 | 27.30 | $5,000.00 |
| *Joseph S. Luchini | Partner | 1973 | Litigation | $585.00 | 15.90 | $5,000.00 |
| Linda S. Husar | Partner | 1980 | Litigation | $515.00 | .50 | $257.50 |
| Traci Sands Rea | Partner | 1995 | Litigation | $485.00 | .40 | $194.00 |
| Andrew J. Muha | Partner | 2001 | Litigation | $435.00 | .60 | $261.00 |
| Stephanie Henderson Espinosa | Associate | 2007 | Litigation | $280.00 | 33.10 | $9,268.00 |

\*      As a result of an alternative fee arrangement between Reed Smith and the Debtors in the Specifications Inquiry matter, all work done by professionals on this matter in December 2011 was subject to a $15,000 flat fee. For purposes of this summary and for other summaries in this Fee Application, each of the three professionals who incurred fees on this matter in December 2011 has been allocated one-third of the total flat fee, or $5,000 per professional.

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant and number of years as a paraprofessional | | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| John B. Lord | Paralegal | 20 Years | Bankruptcy | $245.00 | 2.40 | $588.00 |
| Sharon A. Ament | Paralegal | 7 Years | Litigation | $185.00 | 3.70 | $684.50 |
| Lisa Lankford | Case Assistant | 8 Years | Bankruptcy | $150.00 | .40 | $60.00 |

**Total Fees: $27,648.00**

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Litigation & Litigation Consulting | .90 | $166.50 |
| Fee Applications | 6.20 | $1,427.00 |
| Claim Analysis Objection Resolution & Estimation | 2.40 | $1,529.00 |
| Correa vs. W.R. Grace | 33.60 | $9,525.50 |
| Specifications Inquiry | 63.60 | $15,000.00 |
| **Total** | **106.70** | **$27,648.00** |

## EXPENSE SUMMARY

| Description | Non-ZAI Science Trial | ZAI Science Trial |
|---|---|---|
| Duplicating/Printing/Scanning | $119.60 | $0.00 |
| PACER | $12.96 | -- |
| Deposition Expense | $3,916.13 | -- |
| Postage Expense | $4.64 | -- |
| Courier Service – Outside | $908.52 | -- |
| SUBTOTAL | $4,961.85 | $0.00 |
| **TOTAL** | **$4,961.85** | **$0.00** |

8

Dated:   January 31, 2012                REED SMITH LLP
          Wilmington, Delaware

By: /s/ Kurt F. Gwynne              
       Kurt F. Gwynne (No. 3951)
       1201 Market Street, Suite 1500
       Wilmington, DE  19801
       Telephone:  (302) 778-7500
       Facsimile:  (302) 778-7575
       E-mail: kgwynne@reedsmith.com

          and

       James J. Restivo, Jr., Esquire
       Lawrence E. Flatley, Esquire
       Douglas E. Cameron, Esquire
       Reed Smith Centre
       225 Fifth Avenue
       Pittsburgh, PA 15222
       Telephone:  (412) 288-3131
       Facsimile:  (412) 288-3063

       Special Asbestos Products Liability Defense
       Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2224872
7500 Grace Drive                          Invoice Date      01/30/12
Columbia, Maryland 21044                  Client Number      172573
USA


===============================================================================

Re: W. R. Grace & Co.


(50001)  Correa v. W.R. Grace

        Fees                          9,525.50
        Expenses                          0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $9,525.50
                                                     ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number    2224872
7500 Grace Drive                          Invoice Date    01/30/12
Columbia, Maryland 21044                  Client Number     172573
USA                                       Matter Number      50001


======================================================================

Re: (50001)  Correa v. W.R. Grace

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2011

| Date | Name | | Hours |
|------|------|------|------|
| 12/02/11 | Espinosa | Call with M. Glover re Plaintiff's workers' compensation claims. | .20 |
| 12/05/11 | Espinosa | Read deposition transcript from the first day of Plaintiff's deposition, and draft follow-up questions for the second day of deposition (4.8); draft summary of the first day of deposition (.7). | 5.50 |
| 12/14/11 | Espinosa | Confer with L. Husar re case status and strategy. | .20 |
| 12/16/11 | Espinosa | Prepare for second day of Plaintiff's deposition. | 4.70 |
| 12/19/11 | Espinosa | Prepare for the day two of Plaintiff's deposition. | 6.80 |
| 12/20/11 | Espinosa | Prepare for and take day two of Plaintiff's deposition. | 9.00 |
| 12/20/11 | Husar | Confer with S. Espinosa regarding plaintiff's deposition testimony. | .50 |
| 12/21/11 | Espinosa | Draft summary of Plaintiff's deposition. | .80 |
| 12/27/11 | Espinosa | Review the second day of deposition transcript, and prepare for final day of Plaintiff's deposition. | 4.90 |

```
172573  W. R. Grace & Co.                    Invoice Number   2224872
50001   Correa v. W.R. Grace                 Page    2
        January 30, 2012
```

| Date | Name | | Hours |
|------|------|--|-------|
| 12/28/11 | Espinosa | Draft Public Records Act Request to the DFEH. | .50 |
| 12/29/11 | Espinosa | Draft Freedom of Information Act Request to the EEOC. | .50 |

```
                                             ------
                             TOTAL HOURS      33.60
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|--|------|--|-------|
| Linda S. Husar | 0.50 | at $ | 515.00 | = | 257.50 |
| Stephanie Henderson Espin | 33.10 | at $ | 280.00 | = | 9,268.00 |

```
                      CURRENT FEES                        9,525.50


                                                     ------------
                TOTAL BALANCE DUE UPON RECEIPT         $9,525.50
                                                     ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      2224873
7500 Grace Drive                          Invoice Date      01/30/12
Columbia, Maryland 21044                  Client Number        172573
USA

================================================================================

Re: W. R. Grace & Co.


(60026)   Litigation and Litigation Consulting

         Fees                          166.50
         Expenses                        0.00

                       TOTAL BALANCE DUE UPON RECEIPT            $166.50
                                                         ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number    2224873
7500 Grace Drive                        Invoice Date     01/30/12
Columbia, Maryland 21044                Client Number      172573
USA                                     Matter Number       60026

================================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2011

| Date | Name | | Hours |
|------|------|---|-------|
| 12/05/11 | Ament | Review 12/19/11 hearing binder (.10); e-mails with P. Cuniff re: same (.10); review agenda and CNO re: 12/19/11 hearing binder (.10); update hearing binder (.10); coordinate hand delivery of same to Judge Fitzgerald (.10); follow-up e-mails with P. Cuniff re: same (.10). | .60 |
| 12/13/11 | Ament | E-mails with P. Cuniff re: final agenda re: 12/19 hearing (.10); e-mails with P. Cuniff re: Jan. filing deadlines (.10). | .20 |
| 12/14/11 | Ament | E-mail to P. Cuniff requesting schedule of hearing dates and filing deadlines for 2012. | .10 |

                                                         ------
                                        TOTAL HOURS        .90

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Sharon A. Ament | 0.90 at $ 185.00 = | | 166.50 |

                    CURRENT FEES                          166.50

                                                    ------------
            TOTAL BALANCE DUE UPON RECEIPT             $166.50
                                                    ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number    2224874
7500 Grace Drive                          Invoice Date     01/30/12
Columbia, Maryland 21044                  Client Number      172573
USA


===============================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

    Fees                          1,427.00
    Expenses                          0.00

            TOTAL BALANCE DUE UPON RECEIPT        $1,427.00
                                                 =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number    2224874
7500 Grace Drive                          Invoice Date      01/30/12
Columbia, Maryland 21044                  Client Number      172573
USA                                       Matter Number       60029


========================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2011

| Date | Name | | Hours |
| -------- | ----------- | | ----- |
| 12/02/11 | Ament | E-mails and meet with to A. Muha re: Nov. monthly fee application. | .20 |
| 12/05/11 | Ament | Review e-mail from A. Muha re: quarterly fee application (.10); attention to billing matters re: same (.10). | .20 |
| 12/06/11 | Ament | E-mails re: Nov. monthly fee application. | .10 |
| 12/06/11 | Muha | Review and revise fee and expense detail for Nov. 2011 monthly application. | .30 |
| 12/13/11 | Ament | Begin drafting Nov. monthly fee application and spreadsheets re: same. | .50 |
| 12/16/11 | Ament | Review e-mail re: Nov. monthly fee application (.10); review invoices and begin calculating Nov. monthly fee application (.30); draft Nov. monthly fee application (.20). | .60 |
| 12/19/11 | Ament | Continue calculating fees and expenses re: Nov. monthly fee application (.10); prepare spreadsheets re: same (.30); continue drafting Nov. monthly fee application (.10); provide same to A. Muha for review (.10); attention to billing matters (.10); e-mail to D. Cameron and A. | .90 |

172573  W. R. Grace & Co.                        Invoice Number   2224874
60029   Fee Applications-Applicant               Page    2
        January 30, 2012

| Date | Name | | Hours |
|------|------|--|-------|

|  |  | Muha re: same (.10); review and respond to e-mail re: Oct. monthly fee application (.10). |  |
| 12/19/11 | Muha | Final review and revisions to Nov. 2011 monthly fee application. | .30 |
| 12/20/11 | Ament | Finalize 125th monthly fee application (.10); e-mail same to J. Lord for DE filing (.10); follow-up e-mails with J. Lord re: same (.10). | .30 |
| 12/21/11 | Lord | Research docket and draft CNO for Reed Smith's October monthly fee application. | .40 |
| 12/21/11 | Lord | Revise and prepare Reed Smith December monthly fee application for e-filing and service. | 1.20 |
| 12/28/11 | Lankford | E-file and service of CNO to RS's 124th Fee Application. | .40 |
| 12/30/11 | Lord | Finalize, e-file and perfect service of Reed Smith 125th monthly fee application. | .80 |

                                                        ------
                                      TOTAL HOURS        6.20


| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Andrew J. Muha | 0.60 at | $ 435.00 = | 261.00 |
| John B. Lord | 2.40 at | $ 245.00 = | 588.00 |
| Sharon A. Ament | 2.80 at | $ 185.00 = | 518.00 |
| Lisa Lankford | 0.40 at | $ 150.00 = | 60.00 |

                    CURRENT FEES                        1,427.00


                                                        ------------
              TOTAL BALANCE DUE UPON RECEIPT            $1,427.00
                                                        ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      2224875
7500 Grace Drive                          Invoice Date      01/30/12
Columbia, Maryland 21044                  Client Number      172573
USA

================================================================================

Re: W. R. Grace & Co.


(60033)   Claim Analysis Objection Resolution & Estimation
          (Asbestos)

     Fees                              1,529.00
     Expenses                             0.00

                    TOTAL BALANCE DUE UPON RECEIPT       $1,529.00
                                                     ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R. Grace & Co. | Invoice Number    2224875 |
| 7500 Grace Drive | Invoice Date    01/30/12 |
| Columbia, Maryland 21044 | Client Number    172573 |
| USA | Matter Number    60033 |

========================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
              (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2011

| Date | Name | | Hours |
|------|------|---|-------|
| 12/05/11 | Restivo | Telephone call with E. Westbrook. | .20 |
| 12/08/11 | Rea | Review Solow settlement agreement for termination provisions (.2); e-mail re: same (.2). | .40 |
| 12/08/11 | Restivo | Correspondence and telephone calls with client. | .50 |
| 12/12/11 | Cameron | Review Solow settlement agreement and correspondence re: same. | .30 |
| 12/13/11 | Cameron | Review asbestos p.d. claims materials. | .50 |
| 12/19/11 | Cameron | Review asbestos p.d. files. | .50 |

                                          ------
                            TOTAL HOURS    2.40

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Douglas E. Cameron | 1.30 at $ 650.00 = | | 845.00 |
| James J. Restivo Jr. | 0.70 at $ 700.00 = | | 490.00 |
| Traci Sands Rea | 0.40 at $ 485.00 = | | 194.00 |

                    CURRENT FEES                1,529.00

                                              ------------
        TOTAL BALANCE DUE UPON RECEIPT          $1,529.00
                                              ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.
62 Whittemore Avenue
Cambridge, MA  02140

| | |
|---|---|
| Invoice Number | 2224876 |
| Invoice Date | 01/30/12 |
| Client Number | 172573 |

===============================================================================

Re: W. R. Grace & Co.


(60041)  Specifications Inquiry

| | |
|---|---|
| Fees | 15,000.00 |
| Expenses | 0.00 |

TOTAL BALANCE DUE UPON RECEIPT          $15,000.00
============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      2224876
62 Whittemore Avenue                      Invoice Date       01/30/12
Cambridge, MA  02140                      Client Number        172573
                                          Matter Number         60041

===============================================================================

Re: (60041)  Specifications Inquiry

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2011

   Date   Name                                                    Hours
 -------- -----------                                             -----

12/19/11 Flatley          Scheduling meeting and travel            .80
                          arrangements (0.4); preparation
                          for Cambridge trip (0.4).

12/19/11 Klapper          Prepare for meeting with client.        3.50

12/20/11 Flatley          With J. Hughes, T. Klapper and J.       9.00
                          Luchini to overview new matter
                          (1.0); meeting at Grace to discuss
                          new matter (5.0); reviewing notes
                          and materials and outlining "to
                          do" after meeting (1.5); follow-up
                          on meeting with team members
                          (0.5); reviewing materials in
                          preparation for Boston meeting
                          (1.0);

12/20/11 Klapper          Meet with client re new issue          7.40
                          (5.4); draft documents (2.0).

12/20/11 Klapper          Prepare for meeting with client.        2.10

12/20/11 Luchini          Meeting with WR Grace re: issue        8.50
                          and review Grace documents,
                          discuss draft.

12/21/11 Flatley          Review and comment on draft            4.50
                          e-mails (0.7); further review and
                          analysis of issues (0.5); review
                          and comment on draft analysis
                          (1.0); conference call with J.
                          Hughes et al. and RS Team and
                          follow-up (1.8); conference call
                          (0.5).

```
172573 W. R. Grace & Co.                    Invoice Number  2224876
60041  Specifications Inquiry               Page   2
       January 30, 2012
```

| Date | Name | | Hours |
|------|------|---|-------|
| 12/21/11 | Klapper | Revise documents and create additional ones per conversation with client (6.1); confer with client re strategy (0.8); confer with J. Luchini and L. Flatley re strategy (0.5). | 7.40 |
| 12/21/11 | Luchini | Edit talking points (1.2); conference call with T. Klapper/L. Flatley and then with WR Grace (2.4). | 3.60 |
| 12/22/11 | Flatley | Review new drafts and e-mail comments to RS team. | 1.10 |
| 12/22/11 | Klapper | Edit, finalize documents (3.8); participate in call with client re (0.3); draft project list (2.4). | 6.50 |
| 12/22/11 | Luchini | Review/edit draft documents (2.1); telephone call from T. Klapper and edit To Do list (0.5). | 2.60 |
| 12/23/11 | Klapper | Confer with client re strategy. | .40 |
| 12/27/11 | Flatley | E-mail to J. Hughes to schedule call (0.1); review e-mails and outlines since 12/21/11 and analysis of proposed Reed Smith "to do" list and other preparations for conference call with J. Hughes and J. Luchini (2.7); further e-mails to schedule conference call (0.2); additional preparation for call (0.6); conference call with J. Hughes and J. Luchini to discuss Reed Smith "to do" and priorities list (0.6); follow-up on J. Hughes conference call (0.5). | 4.70 |
| 12/27/11 | Luchini | Prepare for and attend conference call with J. Hughes and L. Flatley re: To Do list and priorities. Update expert topics. | 1.20 |
| 12/29/11 | Flatley | E-mails from/to T. Klapper. | .30 |

```
                                            ------
                                TOTAL HOURS   63.60
```

172573 W. R. Grace & Co.
60041 Specifications Inquiry
       January 30, 2012

Invoice Number  2224876
Page   3

```
TIME SUMMARY                 Hours            Rate           Value
------------------------     --------------------        -------
Lawrence E. Flatley          20.40  at  $  655.00  =   13,362.00
Joseph S. Luchini            15.90  at  $  585.00  =    9,301.50
Antony B. Klapper            27.30  at  $  610.00  =   16,653.00

                                  TOTAL VALUE OF FEES        39,316.50

         DISCOUNT FOR DECEMBER 2011 FLAT FEE ARRANGEMENT    (24,316.50)
                                                           ------------
                        TOTAL BALANCE DUE UPON RECEIPT     $15,000.00
                                                           ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                    Invoice Number    2224905
7500 Grace Drive                    Invoice Date    01/30/12
Columbia, Maryland 21044            Client Number     172573
USA

==============================================================================

Re: W. R. Grace & Co.


(50001)  Correa v. W.R. Grace

> Fees                          0.00
> Expenses                  3,966.11

                  TOTAL BALANCE DUE UPON RECEIPT      $3,966.11
                                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                           Invoice Number      2224905
7500 Grace Drive                           Invoice Date       01/30/12
Columbia, Maryland 21044                   Client Number       172573
USA                                        Matter Number        50001

==============================================================================

Re: Correa v. W.R. Grace


FOR COSTS ADVANCED AND EXPENSES INCURRED:

    Duplicating/Printing/Scanning              49.10
    Postage Expense                             0.88
    Deposition Expense                      3,916.13

                    CURRENT EXPENSES              3,966.11
                                                --------------

                    TOTAL BALANCE DUE UPON RECEIPT    $3,966.11
                                                ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number    2224905
7500 Grace Drive                          Invoice Date     01/30/12
Columbia, Maryland 21044                  Client Number      172573
USA                                       Matter Number       50001

===============================================================================

Re: (50001)  Correa v. W.R. Grace


FOR COSTS ADVANCED AND EXPENSES INCURRED:

11/08/11    Duplicating/Printing/Scanning                    9.60
            ATTY # 10886; 96 COPIES

11/08/11    Duplicating/Printing/Scanning                    3.50
            ATTY # 10886; 35 COPIES

11/08/11    Duplicating/Printing/Scanning                   24.00
            ATTY # 10886; 240 COPIES

11/09/11    Duplicating/Printing/Scanning                   12.00
            ATTY # 10886; 120 COPIES

12/03/11    Postage Expense                                   .44
            Postage Expense: ATTY # 010886 User: Equitrac By

12/14/11    Deposition Expense -- VENDOR: NETWORK DEPOSITION  3916.13
            SERVICES, INC.: Ralph Correa Deposition

12/28/11    Postage Expense                                   .44
            Postage Expense: ATTY # 010886 User: Equitrac By

                        CURRENT EXPENSES                    3,966.11
                                                         ------------
                        TOTAL BALANCE DUE UPON RECEIPT      $3,966.11
                                                         ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number    2224906
7500 Grace Drive                        Invoice Date      01/30/12
Columbia, Maryland 21044                Client Number       172573
USA

================================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

    Fees                              0.00
    Expenses                        995.74

                 TOTAL BALANCE DUE UPON RECEIPT      $995.74
                                                     =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                      Invoice Number      2224906
7500 Grace Drive                      Invoice Date      01/30/12
Columbia, Maryland 21044              Client Number      172573
USA                                   Matter Number       60026

===============================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

    PACER                                    12.96
    Duplicating/Printing/Scanning            70.50
    Postage Expense                           3.76
    Courier Service - Outside               908.52

                    CURRENT EXPENSES                       995.74
                                                      -------------

                    TOTAL BALANCE DUE UPON RECEIPT       $995.74
                                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number    2224906
7500 Grace Drive                          Invoice Date      01/30/12
Columbia, Maryland 21044                  Client Number      172573
USA                                       Matter Number       60026


==============================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 10/28/11 | Duplicating/Printing/Scanning<br>ATTY # 0718; 99 COPIES | 9.90 |
| 10/28/11 | Duplicating/Printing/Scanning<br>ATTY # 0718; 99 COPIES | 9.90 |
| 11/14/11 | Duplicating/Printing/Scanning<br>ATTY # 0078; 114 COPIES | 11.40 |
| 11/14/11 | Duplicating/Printing/Scanning<br>ATTY # 0078; 114 COPIES | 11.40 |
| 11/29/11 | Duplicating/Printing/Scanning<br>ATTY # 0718; 93 COPIES | 9.30 |
| 11/29/11 | Duplicating/Printing/Scanning<br>ATTY # 0718; 93 COPIES | 9.30 |
| 11/30/11 | PACER | 12.96 |
| 12/08/11 | Courier Service - Outside -- VENDOR: DIGITAL<br>LEGAL SERVICES, LLC: Copies/Postage | 282.20 |
| 12/15/11 | Courier Service - Outside -- VENDOR: DIGITAL<br>LEGAL SERVICES, LLC: Digital Copies/Hand<br>Deliveries | 626.32 |
| 12/30/11 | Duplicating/Printing/Scanning<br>ATTY # 0718; 93 COPIES | 9.30 |

```
172573 W. R. Grace & Co.                    Invoice Number  2224906
60026  Litigation and Litigation Consulting  Page    2
       January 30, 2012
```

```
12/30/11   Postage Expense                              3.76
           Postage Expense: ATTY # 000718 User: Equitrac By

                          CURRENT EXPENSES                  995.74
                                                      ------------

                          TOTAL BALANCE DUE UPON RECEIPT   $995.74
                                                      ============
```