# EXHIBIT C

# Bilzin Sumberg
ATTORNEYS AT LAW

January 9, 2012

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   205478

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
THROUGH December 31, 2011

## CLIENT SUMMARY

BALANCE AS OF- 12/31/11

| MATTERS | TIME | COSTS | TOTAL |
| --- | --- | --- | --- |
| .15537 - 01- Case Administration | $380.00 | $45.56 | $425.56 |
| .15543 - 07 - Applicant's Fee Application | $412.50 | $0.00 | $412.50 |
| .15544 - 08 - Hearings | $415.00 | $0.00 | $415.00 |
| **Client Total** | **$1,207.50** | **$45.56** | **$1,253.06** |

### CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.90 | $525.00 | $472.50 |
| Snyder, Jeffrey I | 0.20 | $375.00 | $75.00 |
| Flores, Luisa M | 0.80 | $225.00 | $180.00 |
| Varela, Ana Carolina | 2.40 | $200.00 | $480.00 |

**TOTAL PROFESSIONAL FEES THIS PERIOD**    **$1,207.50**

### CLIENT SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Long Distance Telephone | $8.36 |
| Copies | $37.20 |
| **TOTAL COSTS ADVANCED THIS PERIOD** | **$45.56** |

**TOTAL BALANCE DUE THIS PERIOD**    **$1,253.06**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15537

RE: 01- Case Administration

| Date | | Hours | Amount | Description |
|---|---|---|---|---|
| 12/01/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 12/05/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 12/06/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 12/07/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 12/08/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 12/09/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 12/12/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 12/13/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 12/14/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 12/15/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 12/16/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 12/19/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 12/20/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 12/21/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 12/22/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 12/23/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 12/27/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 12/28/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 12/30/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay M. Sakalo thereon. |

**PROFESSIONAL SERVICES** $380.00


BILZIN SUMBERG BAENA PRICE & AXELROD LLP

## COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 12/01/11 | Long Distance Telephone (843)216-9501; 11 Mins. | 8.36 |
| 12/13/11 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 12/13/11 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 12/13/11 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 12/13/11 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 12/13/11 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 12/13/11 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 12/13/11 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 12/13/11 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 12/13/11 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 12/13/11 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 12/13/11 | Copies 39 pgs @ 0.10/pg | 3.90 |
| 12/13/11 | Copies 44 pgs @ 0.10/pg | 4.40 |
| 12/13/11 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 12/13/11 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 12/13/11 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 12/13/11 | Copies 71 pgs @ 0.10/pg | 7.10 |
| 12/13/11 | Copies 18 pgs @ 0.10/pg | 1.80 |
| 12/13/11 | Copies 30 pgs @ 0.10/pg | 3.00 |
| 12/13/11 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 12/13/11 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 12/14/11 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 12/15/11 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 12/27/11 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 12/27/11 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 12/27/11 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 12/27/11 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 12/27/11 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/28/11 | Copies 1 pgs @ 0.10/pg | 0.10 |

**TOTAL COSTS ADVANCED** $45.56

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Varela, Ana Carolina | 1.90 | $200.00 | $380.00 |
| *TOTAL* | *1.90* | | *$380.00* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Long Distance Telephone | $8.36 |
| Copies | $37.20 |
| *TOTAL* | *$45.56* |



BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**CURRENT BALANCE DUE THIS MATTER** $425.56

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15543

RE: 07 - Applicant's Fee Application

| 12/05/11 | JIS | 0.20 | 75.00 | Review and revise November prebill. |
| 12/19/11 | JMS | 0.30 | 157.50 | Respond to fee auditor regarding 42nd interim period. |
| 12/27/11 | LMF | 0.80 | 180.00 | Follow up with accounting regarding November fees, prepare summary and notice and email to local counsel for filing and service. |

**PROFESSIONAL SERVICES** $412.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.30 | $525.00 | $157.50 |
| Snyder, Jeffrey I | 0.20 | $375.00 | $75.00 |
| Flores, Luisa M | 0.80 | $225.00 | $180.00 |
| **TOTAL** | **1.30** | | **$412.50** |

**CURRENT BALANCE DUE THIS MATTER** $412.50


BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Case 01-01139-AMC    Doc 28527-4    Filed 02/14/12    Page 8 of 18

Page 7

Atty – SLB
Client No.: 74817/15544

RE: 08 - Hearings

| Date | | Hours | Amount | Description |
|---|---|---|---|---|
| 12/14/11 | ACV | 0.10 | 20.00 | Arrange Court Call for attorneys appearing in 12/19 hearing. |
| 12/15/11 | ACV | 0.20 | 40.00 | Arrange Court Call appearance for Jay M. Sakalo (.2); prepare documents for 12/19 hearing. |
| 12/16/11 | ACV | 0.20 | 40.00 | Call with Darrell Scott's regarding hearing on 12/19. |
| 12/19/11 | JMS | 0.60 | 315.00 | Prepare for and attend hearing. |

PROFESSIONAL SERVICES $415.00

MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.60 | $525.00 | $315.00 |
| Varela, Ana Carolina | 0.50 | $200.00 | $100.00 |
| TOTAL | *1.10* | | *$415.00* |

CURRENT BALANCE DUE THIS MATTER $415.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP


**Bilzin Sumberg**
ATTORNEYS AT LAW

December 27, 2011

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   204998

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
THROUGH November 30, 2011

## CLIENT SUMMARY

**BALANCE AS OF- 11/30/11**

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| .15537 - 01- Case Administration | $420.00 | $7.76 | $427.76 |
| .15543 - 07 - Applicant's Fee Application | $1,125.00 | $0.00 | $1,125.00 |
| .17781 - 30 - Fee Application of Others | $382.50 | $0.00 | $382.50 |
| *Client Total* | **$1,927.50** | **$7.76** | **$1,935.26** |

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---|---|---|
| TIMEKEEPER | HOURS | RATE | AMOUNT |
| Sakalo, Jay M | 0.30 | $525.00 | $157.50 |
| Snyder, Jeffrey I | 1.50 | $375.00 | $562.50 |
| Flores, Luisa M | 3.50 | $225.00 | $787.50 |
| Varela, Ana Carolina | 2.10 | $200.00 | $420.00 |

**TOTAL PROFESSIONAL FEES THIS PERIOD**     **$1,927.50**

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---|
| Postage | $3.96 |
| Copies | $3.80 |
| **TOTAL COSTS ADVANCED THIS PERIOD** | **$7.76** |

**TOTAL BALANCE DUE THIS PERIOD**     **$1,935.26**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15537

**RE: 01- Case Administration**

| Date | | | | Description |
|---|---|---|---|---|
| 11/01/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 11/02/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 11/03/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 11/04/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 11/07/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 11/08/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 11/09/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 11/09/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 11/10/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 11/11/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 11/14/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 11/15/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 11/16/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 11/17/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 11/18/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 11/21/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 11/22/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 11/23/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 11/28/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 11/29/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 11/30/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |

**PROFESSIONAL SERVICES** $420.00

**COSTS ADVANCED**

| | | |
|---|---|---|
| 11/02/11 | Postage | 3.96 |
| 11/02/11 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 11/02/11 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/02/11 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 11/02/11 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/02/11 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 11/02/11 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/14/11 | Copies 4 pgs @ 0.10/pg | 0.40 |

**TOTAL COSTS ADVANCED** $7.76


BILZIN SUMBERG BAENA PRICE & AXELROD LLP

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Varela, Ana Carolina | 2.10 | $200.00 | $420.00 |
| **TOTAL** | **2.10** | | **$420.00** |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Postage | $3.96 |
| Copies | $3.80 |
| **TOTAL** | **$7.76** |

**CURRENT BALANCE DUE THIS MATTER** $427.76

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15543

RE: 07 - Applicant's Fee Application

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 11/02/11 | LMF | 0.50 | 112.50 | Continue updating quarterly fee application. |
| 11/03/11 | JIS | 1.20 | 450.00 | Review and revise 42nd quarterly interim fee application. |
| 11/08/11 | LMF | 0.60 | 135.00 | Finalize quarterly fee application and submit to local counsel for filing and service. |
| 11/11/11 | JIS | 0.30 | 112.50 | Review and revise October prebill. |
| 11/29/11 | LMF | 0.70 | 157.50 | Prepare notice and summary for October 2011 fees and submit to local counsel for filing and service. |
| 11/30/11 | JMS | 0.30 | 157.50 | Telephone conference with M. Thompson regarding response to WR Grace on outstanding accounts receivable and review form of same. |

**PROFESSIONAL SERVICES** $1,125.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.30 | $525.00 | $157.50 |
| Snyder, Jeffrey I | 1.50 | $375.00 | $562.50 |
| Flores, Luisa M | 1.80 | $225.00 | $405.00 |
| **TOTAL** | **3.60** | | **$1,125.00** |

**CURRENT BALANCE DUE THIS MATTER** $1,125.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/17781

RE: 30 - Fee Application of Others

| | | | | |
|---|---|---|---|---|
| 11/02/11 | LMF | 0.90 | 202.50 | Prepare and finalize quarterly fee application on behalf of Hamilton Rabinovitz. |
| 11/08/11 | LMF | 0.40 | 90.00 | Finalize quarterly application of Hamilton and submit to local counsel for filing and service. |
| 11/18/11 | LMF | 0.40 | 90.00 | Attend to payment to third party from trust account. |

**PROFESSIONAL SERVICES** $382.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Flores, Luisa M | 1.70 | $225.00 | $382.50 |
| **TOTAL** | **1.70** | | **$382.50** |

**CURRENT BALANCE DUE THIS MATTER** $382.50


**Bilzin Sumberg**
ATTORNEYS AT LAW

November 14, 2011

WR Grace-The Official Committee of Property Damage Claimants

Invoice # 202553

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
THROUGH October 31, 2011

## CLIENT SUMMARY

**BALANCE AS OF- 10/31/11**

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| .15537 - 01- Case Administration | $620.00 | $184.32 | $804.32 |
| .15543 - 07 - Applicant's Fee Application | $1,087.50 | $0.00 | $1,087.50 |
| **Client Total** | **$1,707.50** | **$184.32** | **$1,891.82** |

### CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Snyder, Jeffrey I | 0.50 | $375.00 | $187.50 |
| Flores, Luisa M | 4.00 | $225.00 | $900.00 |
| Varela, Ana Carolina | 3.10 | $200.00 | $620.00 |

TOTAL PROFESSIONAL FEES THIS PERIOD        $1,707.50

### CLIENT SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Pacer - Online Services | $175.52 |
| Copies | $8.80 |
| **TOTAL COSTS ADVANCED THIS PERIOD** | **$184.32** |

**TOTAL BALANCE DUE THIS PERIOD        $1,891.82**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

1450 Brickell Avenue, Suite 2300, Miami, FL 33131-3456   Tel 305.374.7580   Fax 305.374.7593        www.bilzin.com

Atty – SLB
Client No.: 74817/15537

**RE: 01- Case Administration**

| Date | | | | |
|---|---|---|---|---|
| 10/03/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 10/04/11 | ACV | 0.20 | 40.00 | Review and analyze docket activity and email Jay Sakalo thereon; obtain requested pleading and exhibits. |
| 10/05/11 | ACV | 0.20 | 40.00 | Review and analyze docket activity and email Jay Sakalo thereon; obtain requested pleading and exhibits. |
| 10/06/11 | ACV | 0.20 | 40.00 | Review and analyze docket activity and email Jay Sakalo thereon; obtain requested pleading and exhibits. |
| 10/07/11 | ACV | 0.20 | 40.00 | Review and analyze docket activity and email Jay Sakalo thereon; obtain requested pleading and exhibits. |
| 10/10/11 | ACV | 0.20 | 40.00 | Review and analyze docket activity and email Jay Sakalo thereon; obtain requested pleading and exhibits. |
| 10/11/11 | ACV | 0.20 | 40.00 | Review and analyze docket activity and email Jay Sakalo thereon; obtain requested pleading and exhibits. |
| 10/12/11 | ACV | 0.20 | 40.00 | Review and analyze docket activity and email Jay Sakalo thereon; obtain requested pleading and exhibits. |
| 10/14/11 | ACV | 0.20 | 40.00 | Review and analyze docket activity and email Jay Sakalo thereon; obtain requested pleading and exhibits. |
| 10/17/11 | ACV | 0.20 | 40.00 | Review and analyze docket activity and email Jay Sakalo thereon; obtain requested pleading and exhibits. |
| 10/18/11 | ACV | 0.20 | 40.00 | Review and analyze docket activity and email Jay Sakalo thereon; obtain requested pleading and exhibits. |
| 10/19/11 | ACV | 0.20 | 40.00 | Review and analyze docket activity and email Jay Sakalo thereon; obtain requested pleading and exhibits. |
| 10/20/11 | ACV | 0.20 | 40.00 | Review and analyze docket activity and email Jay Sakalo thereon; obtain requested pleading and exhibits. |
| 10/21/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 10/24/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 10/25/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 10/26/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 10/27/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |
| 10/28/11 | ACV | 0.10 | 20.00 | Review and analyze docket activity and email Jay Sakalo thereon. |

**PROFESSIONAL SERVICES** $620.00

### COSTS ADVANCED

| Date | Description | Amount |
|---|---|---:|
| 09/30/11 | Pacer - Online Services Pacer 07/01/11 through 09/30/11 - VENDOR: PACER SERVICE CENTER; INVOICE#: RB0120-Q32011; DATE: 9/30/2011 - Acct. RB0120 | 173.36 |
| 09/30/11 | Pacer - Online Services Pacer 07/01/11 through 09/30/11 - VENDOR: PACER SERVICE CENTER; INVOICE#: RB0120-Q32011; DATE: 9/30/2011 - Acct. RB0120 | 2.16 |
| 10/11/11 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 10/24/11 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 10/24/11 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 10/24/11 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/25/11 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 10/25/11 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 10/25/11 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 10/25/11 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 10/27/11 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 10/27/11 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 10/27/11 | Copies 1 pgs @ 0.10/pg | 0.10 |

**TOTAL COSTS ADVANCED** $184.32

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---:|---:|---:|
| Varela, Ana Carolina | 3.10 | $200.00 | $620.00 |
| **TOTAL** | **3.10** | | **$620.00** |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---:|
| Pacer - Online Services | $175.52 |
| Copies | $8.80 |
| **TOTAL** | **$184.32** |

**CURRENT BALANCE DUE THIS MATTER** $804.32


BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15543

RE: 07 - Applicant's Fee Application

| 10/13/11 | JIS | 0.50 | 187.50 | Review and revise September prebill. |
| 10/17/11 | LMF | 0.30 | 67.50 | Attend to finalizing September statement of fees. |
| 10/18/11 | LMF | 0.20 | 45.00 | Attend to email regarding September edits. |
| 10/25/11 | LMF | 0.60 | 135.00 | Prepare summary and notice for September fees and costs and submit to local counsel for filing and service. |
| 10/25/11 | LMF | 1.60 | 360.00 | Attend to drafting quarterly fee application for Bilzin Sumberg. |
| 10/26/11 | LMF | 0.90 | 202.50 | Continue working on quarterly application. |
| 10/27/11 | LMF | 0.40 | 90.00 | Continue with quarterly fee application. |

**PROFESSIONAL SERVICES** $1,087.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
| --- | --- | --- | --- |
| Snyder, Jeffrey I | 0.50 | $375.00 | $187.50 |
| Flores, Luisa M | 4.00 | $225.00 | $900.00 |
| **TOTAL** | **4.50** | | **$1,087.50** |

**CURRENT BALANCE DUE THIS MATTER** $1,087.50


BILZIN SUMBERG BAENA PRICE & AXELROD LLP