Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 491297
December 29, 2011
Page 3

### TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 5.6 | at | 650.00 | = | 3,640.00 |
| **Total Fees** | | | | | **$3,640.00** |

| | | |
|---|---|---|
| **Total Fees** | | **$3,640.00** |
| **Total Fees and Disbursements** | | **$3,640.00** |


# FOLEY HOAG LLP

Seth D. Jaffe
617-832-1203
Boston

# <u>REMITTANCE PAGE</u>

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

December 29, 2011
Invoice No.: 491297
Matter No.: 08743.00102

**Re:**  **Blackburn and Union Privileges Superfund Site, Walpole, Mass**

 **Total Fees and Disbursements**  **$3,640.00**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
| --- | --- |
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00102, **Invoice #:** 491297
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company

**Matter 103 – Wells G&H Superfund Site**

**Fees**

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $650.00 | 5.7 | $  3,705.00 |
|  |  |  |  |  |  |
| **TOTAL** |  |  |  | **5.7** | **$  3,705.00** |


# FOLEY HOAG LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

December 29, 2011
Invoice No.: 491299
Matter No.: 08743.00103

**Re:** **Wells G&H Superfund Site**

For Professional Services rendered through November 30, 2011

| | |
|---|---|
| Fees | $3,705.00 |
| **Total Fees and Disbursements** | **$3,705.00** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON        WASHINGTON        EMERGING ENTERPRISE CENTER        FOLEYHOAG.COM

Matter No.: 08743.00103
Re: Wells G&H Superfund Site

Invoice No.: 491299
December 29, 2011
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 11/03/11 | Jaffe | P230 | Reviewing, revising, draft letter to EPA and emails with team regarding same (.6); reviewing, revising, draft annual report (1.1). | 1.7 |
| 11/04/11 | Jaffe | P230 | Attention to negotiations with EPA, including reviewing, revising, draft annual report to EPA, reviewing revised draft letter to EPA, and emails with team regarding both submittals (2.6). | 2.6 |
| 11/07/11 | Jaffe | P230 | Attention to Northeast Quadrant issues, including telephone conference with team regarding same (1.4). | 1.4 |
| | | | **Total Hours** | **5.7** |

Matter No.: 08743.00103
Re: Wells G&H Superfund Site

Invoice No.: 491299
December 29, 2011
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 5.7 | at | 650.00 | = | 3,705.00 |
| **Total Fees** | | | | | **$3,705.00** |

| | | | |
|---|---|---|---|
| **Total Fees** | | | **$3,705.00** |
| **Total Fees and Disbursements** | | | **$3,705.00** |



Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

December 29, 2011
Invoice No.: 491299
Matter No.: 08743.00103

**Re:**   **Wells G&H Superfund Site**

**Total Fees and Disbursements**         **$3,705.00**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #: 08743.00103, Invoice #: 491299**
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company

### Matter 106 - Walpole Consent Decree Compliance Property Matters

#### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Jacob N. Polatin | Partner | Real Estate | $635.00 | 1.9 | $ 1,206.50 |
| Jonathan E. Book | Counsel | Real Estate | $550.00 | 0.5 | $ 275.00 |
| | | | | | |
| **TOTAL** | | | | **2.4** | **$ 1,481.50** |

#### Expenses

| Description | Total |
|---|---|
| Outside Professional Fees: At client request, Adelson Loria & Weisman Reports and Title Examinations with the Norfolk County Registry of Deeds and Norfolk County Registry District of the Land Court for South Street and Gleason Court, Walpole, MA Assessors' Parcels 33-21, 33-359, 33-264 and 25-277 | $ 2,432.00 |
| | |
| **TOTAL** | **$ 2,432.00** |

 FOLEY
HOAG LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

December 29, 2011
Invoice No.: 491300
Matter No.: 08743.00106

Re:   **Walpole Consent Decree Compliance Property Matters**

For Professional Services rendered through November 30, 2011

| | |
|---|---|
| Fees | $1,481.50 |
| Disbursements | 2,432.00 |
| **Total Fees and Disbursements** | **$3,913.50** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON        WASHINGTON        EMERGING ENTERPRISE CENTER        FOLEYHOAG.COM

Matter No.: 08743.00106  
Re: Walpole Consent Decree Compliance Property Matters

Invoice No.: 491300  
December 29, 2011  
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 11/14/11 | Polatin | P230 | Email to P. Bucens regarding Parcel 33-364 (0.2). | 0.2 |
| 11/18/11 | Book | C300 | Attention to title report for Walpole property and e-mail to Paul Bucens regarding same (0.5). | 0.5 |
| 11/30/11 | Polatin | P230 | Review plans and deeds and telephone conference with title examiner regarding title search (1.7). | 1.7 |
| | | | **Total Hours** | **2.4** |

Matter No.: 08743.00106
Re: Walpole Consent Decree Compliance Property Matters

Invoice No.: 491300
December 29, 2011
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Jacob N. Polatin | 1.9 | at | 635.00 | = | 1,206.50 |
| Jonathan E. Book | 0.5 | at | 550.00 | = | 275.00 |
| | **Total Fees** | | | | **$1,481.50** |

## Disbursement Summary

| Date | | Amount |
|---|---|---|
| 11/10/11 | Outside Professional Fees - ADELSON LORIA & WEISMAN P.C. RE SOUTH ST & GLEASON COURT WALPOLE MA: TITLE EXAMINATIONS WITH THE NORFOLK COUNTY REGISTRY OF DEEDS & NORFOLK COUNTY REGISTRY DISTRICT OF THE LAND COURT, REPORT OF 08/10/11, SUBSEQUENT RESEARCH TO 08/23/11 | 1,776.00 |
| 11/10/11 | Outside Professional Fees - ADELSON LORIA & WEISMAN P.C. RE UNIT 1081-1081 MAIN STREET WALPOLE MA & UNIT 1083-1083 MAIN ST WALPOLE MA: TITLE EXAMINATIONS AT THE NORFOLK COUNTY REGISTRY OF DEEDS & REPORTS OF 10/27/11 | 656.00 |
| | **Total Disbursements** | **$2,432.00** |

| | |
|---|---|
| **Total Fees** | **$1,481.50** |
| **Total Disbursements** | 2,432.00 |
| **Total Fees and Disbursements** | **$3,913.50** |


FOLEY HOAG LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

December 29, 2011
Invoice No.: 491300
Matter No.: 08743.00106

Re:   **Walpole Consent Decree Compliance Property Matters**

**Total Fees and Disbursements**               $3,913.50

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00106, **Invoice #:** 491300
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company

# Exhibit E

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Objection Deadline:<br>Hearing Date: TBD only if necessary |

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE
PERIOD OF DECEMBER 1, 2011 THROUGH DECEMBER 31, 2011**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**Matter 102 - Blackburn and Union Privileges Superfund Site, Walpole, Mass**

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $650.00 | 5.9 | $  3,835.00 |
| TOTAL | | | | 5.9 | $  3,835.00 |

### Expenses

| Description | Total |
|---|---|
| Document Preparation | $    2.00 |
| TOTAL | $    2.00 |

 **FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

January 30, 2012
Invoice No.: 492374
Matter No.: 08743.00102

**Re:    Blackburn and Union Privileges Superfund Site, Walpole, Mass**

For Professional Services rendered through December 31, 2011

| | |
|---|---|
| Fees | $3,835.00 |
| Disbursements | 2.00 |
| **Total Fees and Disbursements** | **$3,837.00** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 492374
January 30, 2012
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 12/01/11 | Jaffe | P230 | Emails with team regarding access issues (.3). | 0.3 |
| 12/02/11 | Jaffe | P230 | Attention to access issue, including reviewing, revising, draft MBTA license and email and telephone call with Mr. Campbell regarding same (1.2). | 1.2 |
| 12/05/11 | Jaffe | P230 | Emails with team regarding access, including reviewing, revising, draft letter from EPA to property owners (1.2). | 1.2 |
| 12/06/11 | Jaffe | P230 | Emails with team regarding access and Shea property, including review of EPA letter to Shea (.7). | 0.7 |
| 12/08/11 | Jaffe | P230 | Attention to natural resource damage settlement, including emails with team and governments' counsel (.5); attention to access, including emails with team (.4). | 0.9 |
| 12/09/11 | Jaffe | P230 | Emails with government counsel and Grace team regarding consent decree entry (.3). | 0.3 |
| 12/12/11 | Jaffe | P230 | Attention to access issues, including review of letter to EPA regarding same (.5). | 0.5 |
| 12/13/11 | Jaffe | P230 | Attention to access issues, including review of revised MBTA agreement and email to MBTA (.3). | 0.3 |
| 12/28/11 | Jaffe | P230 | Reviewing EPA oversight bill and emails with team regarding same (.5). | 0.5 |
| | | | **Total Hours** | **5.9** |

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 492374
January 30, 2012
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 5.9 | at | 650.00 | = | 3,835.00 |
| **Total Fees** | | | | | **$3,835.00** |

## Disbursement Summary

| Date | | Amount |
|---|---|---|
| 12/21/11 | Document Preparation | 2.00 |
| | **Total Disbursements** | **$2.00** |

| | |
|---|---|
| **Total Fees** | **$3,835.00** |
| **Total Disbursements** | **2.00** |
| **Total Fees and Disbursements** | **$3,837.00** |

 **FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

January 30, 2012
Invoice No.: 492374
Matter No.: 08743.00102

Re:   **Blackburn and Union Privileges Superfund Site, Walpole, Mass**

**Total Fees and Disbursements**          **$3,837.00**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00102, **Invoice #:** 492374
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company

## Matter 103 – Wells G&H Superfund Site

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $650.00 | 2.6 | $ 1,690.00 |
| | | | | | |
| TOTAL | | | | 2.6 | $ 1,690.00 |

 **FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

January 30, 2012
Invoice No.: 492375
Matter No.: 08743.00103

Re:  **Wells G&H Superfund Site**

For Professional Services rendered through December 31, 2011

| | |
|---|---|
| Fees | $1,690.00 |
| **Total Fees and Disbursements** | **$1,690.00** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON        WASHINGTON        EMERGING ENTERPRISE CENTER        FOLEYHOAG.COM

Matter No.: 08743.00103
Re: Wells G&H Superfund Site

Invoice No.: 492375
January 30, 2012
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 12/05/11 | Jaffe | P230 | Emails with team regarding soil management plan, Central Area, and Capture report (.7). | 0.7 |
| 12/13/11 | Jaffe | P230 | Attention to Grace property issues, including team telephone conference regarding soil management and review of documents in preparation for same (1.3); attention to Central Area issues, including team conference call and review of documents in preparation for same (.6). | 1.9 |
| | | | **Total Hours** | **2.6** |

Matter No.: 08743.00103
Re: Wells G&H Superfund Site

Invoice No.: 492375
January 30, 2012
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 2.6 | at | 650.00 | = | 1,690.00 |
| | | | | | |
| **Total Fees** | | | | | **$1,690.00** |

| | | |
|---|---|---|
| **Total Fees** | | **$1,690.00** |
| **Total Fees and Disbursements** | | **$1,690.00** |

 FOLEY HOAG LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

January 30, 2012
Invoice No.: 492375
Matter No.: 08743.00103

**Re:    Wells G&H Superfund Site**

**Total Fees and Disbursements**            **$1,690.00**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00103, **Invoice #:** 492375
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company

**Matter 105 - FDA Matters**

Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| James Flaherty | Associate | Administrative | $505.00 | 1.2 | $ 606.00 |
| | | | | | |
| TOTAL | | | | 1.2 | $ 606.00 |

Expenses

| Description | Total |
|---|---|
| Telephone | $ 4.55 |
| | |
| TOTAL | $ 4.55 |

 **FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

January 30, 2012
Invoice No.: 492376
Matter No.: 08743.00105

Re:   **FDA Matters**

For Professional Services rendered through December 31, 2011

| | |
|---|---|
| Fees | $606.00 |
| Disbursements | <u>4.55</u> |
| **Total Fees and Disbursements** | **<u>$610.55</u>** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM

Matter No.: 08743.00105
Re: FDA Matters

Invoice No.: 492376
January 30, 2012
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 12/01/11 | Flaherty | C300 | Voicemail and e-mail correspondence with L. Duff regarding DMF requirements and fees (.1). | 0.1 |
| 12/05/11 | Flaherty | C300 | E-mail correspondence with L. Duff regarding DMF requirements (.2). | 0.2 |
| 12/12/11 | Flaherty | C300 | E-mail correspondence with L. Duff regarding FDA compliance gap analysis and review work plan regarding same (.1). | 0.1 |
| 12/14/11 | Flaherty | C300 | Prepare for telephone conference with L. Duff regarding FDA compliance gap analysis (.1); review work plan and related materials (.2); e-mail correspondence with L. Duff regarding same (.1). | 0.4 |
| 12/15/11 | Flaherty | C300 | Prepare for and participate in telephone conference with L. Duff regarding FDA compliance gap analysis (.1); review work plan and related materials (.1); e-mail correspondence with L. Duff regarding same (.1); review and analyze additional background materials provided by L. Duff (.1). | 0.4 |

**Total Hours**      1.2

Matter No.: 08743.00105
Re: FDA Matters

Invoice No.: 492376
January 30, 2012
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| James Flaherty | 1.2 | at | 505.00 | = | 606.00 |
| **Total Fees** | | | | | **$606.00** |

## Disbursement Summary

| Date | | Amount |
|---|---|---|
| 12/14/11 | Telephone 14435358439 - Columbia - MD (USA) | 1.82 |
| 12/15/11 | Telephone 14435358439 - Columbia - MD (USA) | 2.73 |
| **Total Disbursements** | | **$4.55** |

| | |
|---|---|
| **Total Fees** | $606.00 |
| **Total Disbursements** | 4.55 |
| **Total Fees and Disbursements** | **$610.55** |

 **FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

# <u>REMITTANCE PAGE</u>

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

January 30, 2012
Invoice No.: 492376
Matter No.: 08743.00105

Re:   FDA Matters

  **Total Fees and Disbursements**            <u>**$610.55**</u>

**Remittance Address:**
**Foley Hoag LLP**
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #: 08743.00105, Invoice #: 492376**
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company

**Matter 106 - Walpole Consent Decree Compliance Property Matters**

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Jacob N. Polatin | Partner | Real Estate | $635.00 | 2.5 | $ 1,587.50 |
| | | | | | |
| **TOTAL** | | | | 2.5 | $ 1,587.50 |

### Expenses

| Description | Total |
|---|---|
| Outside Professional Fees: At client request, Adelson Loria & Weisman Reports and Title Examinations with the Norfolk County Registry of Deeds and Norfolk County Registry District of the Land Court for Lot 33-364 Lewis Pond | $ 650.00 |
| | |
| **TOTAL** | $ 650.00 |


**FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

January 30, 2012
Invoice No.: 492377
Matter No.: 08743.00106

**Re:    Walpole Consent Decree Compliance Property Matters**

For Professional Services rendered through December 31, 2011

| | |
|---|---|
| Fees | $1,587.50 |
| Disbursements | 650.00 |
| **Total Fees and Disbursements** | **$2,237.50** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON        WASHINGTON        EMERGING ENTERPRISE CENTER        FOLEYHOAG.COM

Matter No.: 08743.00106
Re: Walpole Consent Decree Compliance Property Matters

Invoice No.: 492377
January 30, 2012
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 12/08/11 | Polatin | P230 | Review M. Loria response (.9); review abutter status (.6); email to client (.1). | 1.6 |
| 12/20/11 | Polatin | P230 | Review Lewis Pond abutter issues (.9). | 0.9 |
| | | | **Total Hours** | **2.5** |

Matter No.: 08743.00106  
Re: Walpole Consent Decree Compliance Property Matters

Invoice No.: 492377  
January 30, 2012  
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Jacob N. Polatin | 2.5 | at | 635.00 | = | 1,587.50 |
| | **Total Fees** | | | | **$1,587.50** |

## Disbursement Summary

| Date | | Amount |
|---|---|---|
| 12/15/11 | Outside Professional Fees - ADELSON LORIA & WEISMAN P.C. LOT33-364 LEWIS POND: RESEARCH NORFOLK REGISTRY OF DEEDS, NORFOLK REGISTRY DISTRICT OF THE LAND COURT & LETTER OF 12/06/11 | 650.00 |
| | **Total Disbursements** | **$650.00** |

| | |
|---|---|
| **Total Fees** | **$1,587.50** |
| **Total Disbursements** | **650.00** |
| **Total Fees and Disbursements** | **$2,237.50** |

To ensure proper credit to your account,  
please include remittance page with your payment.



Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

January 30, 2012
Invoice No.: 492377
Matter No.: 08743.00106

**Re:**    **Walpole Consent Decree Compliance Property Matters**

**Total Fees and Disbursements**                    **$2,237.50**

Remittance Address:
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account . |

Reference
Information:

**Client/Matter #:** 08743.00106, **Invoice #:** 492377
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company