## Exhibit A

## (Proposed Order)

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. Grace & Co., *et al.*,[3]<br><br>Debtors. | ) Chapter 11<br>) Case No. 01-01139 (JKF)<br>) (Jointly Administered)<br>)<br>)<br>) **Hearing Date: March 19, 2012**<br>) **Objections Due: March 2, 2012**<br>)<br>) |

## ORDER AUTHORIZING THE DEBTORS TO COMPENSATE BAKER & MCKENZIE IN EXCESS OF OCP LIMITS FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM NOVEMBER 1, 2011 TO NOVEMBER 30, 2011

Upon consideration of the Motion of Baker & McKenzie for an Order Authorizing the

Debtors to Compensate Bake & McKenzie in Excess of OCP Limits for Services rendered and

for Reimbursement of Expenses for the Period From November 1, 2011 to November 30, 2011

(the "Application")[4] seeking authorization for the Debtors to compensate Baker in excess of the

Monthly OCP Limit pursuant to the OCP Order and sections 1107(a) and 1108 of the

---

[3] The Debtors are: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[4] Capitalized terms used but not defined herein shall have the meanings set forth in the Application.

Bankruptcy Code, Bankruptcy Rule 2016 and Local Rule 2016-1; and the Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; the Court having reviewed the Application; and it appearing that notice of the Application and opportunity for a hearing on the Application was appropriate under the particular circumstances and that no other or further notice need be given; and it appearing that the relief requested in the Application is in the best interests of the Debtors, their estates and creditors, it is hereby ORDERED that:

15.    The Application is granted in its entirety.

16.    The Debtors are authorized to compensate Baker in excess of the Monthly OCP Limit for services rendered and for expenses incurred from November 1, 2011 through November 30, 2011, in amounts not to exceed $96,728.61 for fees for services rendered and $1,118,16 for actual and necessary expenses incurred.

17.    The Debtors and Baker are authorized to take all actions that may be necessary to effectuate the relief granted in this Order.

18.    The Court shall retain jurisdiction to hear and determine all matters arising from or relating to the implementation of this Order.

19.    This Order shall be effective and enforceable immediately upon entry and its provisions shall be self-executing and shall not be stayed under Fed. R. Bankr. P. 6004(h) or otherwise.

Dated: _____, 2011        _____

Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

CHIDMS1/2990650.5

**Exhibit B**

**(Fee Detail)**

CHIDMS1/2990650.5

**RE: Retention Issues**

| <u>Date</u> | <u>Name</u> | <u>Description</u> | <u>Hours</u> |
|---|---|---|---|
| 11/07/11 | Heroy | Confer with M. Paul re background facts and transaction specifics (.6); conf with A. McDermott re same (.5); teleconference with R. Higgins re same (.3); review engagement letter (.3). | 1.7 |
| 11/07/11 | McDermott | Conference with D. Heroy re new matter (.2); correspond with M. Paul, V. Marsh re same (.3); analyze work plan, review docket (.4); review and revise engagement letter for compliance with bankruptcy rules and guidelines (.2); correspond with D. Heroy re same (.1); conference and correspond with R. Higgins (debtor's counsel) re Baker retention, retention of OCPs (.5); coordinate conflicts review (.2). | 1.9 |
| 11/07/11 | Paul | Correspond with J. McFarland, D. Heroy, A. McDermott re retention application to bankruptcy court (.3); conference with D. Heroy and V. Marsh re same and action items needed (.2); correspond with A. McDermott re retention of correspondent counsel in South Korea and South Africa (.2); prepare engagement letter and confer with D. Heroy, A. McDermott J. McFarland re same (.3). | 1.0 |
| 11/08/11 | Heroy | Correspond with A. McDermott re retention issues (.3); confer with M. Paul re same ( .1). | .4 |
| 11/08/11 | McDermott | Coordinate conflicts review for compliance with bankruptcy guidelines (.1); prepare affidavit of disinterestedness and correspond with M. Paul, D. Heroy re same  (.2). | .3 |
| 11/09/11 | Heroy | Correspond with working group re conflicts issue (.3); confer with A. McDermott re retention (.3); correspond with working group re (.2). | .8 |
| 11/09/11 | McDermott | Coordinate conflicts review for compliance with bankruptcy guidelines, preparation of affidavit of disinterestedness (1.2); correspond with M. Paul, D. Heroy, international offices re same (.6); draft application to employ Baker (2.5). | 4.3 |

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 11/09/11 | Paul | Correspond with A. McDermott re new version of engagement letter, instructions for obtaining waivers, and obtaining engagement letters from local counsel in South Africa and South Korea (.3); conference with A. McDermott re revisions needed for engagement letter and action items for the conflict waivers and engagement letters (.2); revise engagement letter and send to J. McFarland with request re conflict waiver (.2); correspond with V. Marsh re instructions and contact details re engagement letters for South African and South Korea counsel (.2). | .9 |
| 11/09/11 | Young | Review and analyze materials re conflicts issue. | 3.0 |
| 11/10/11 | Heroy | Edit retention application (1.1); edit disclosures re same (.2). | 1.3 |
| 11/10/11 | Marsh | Correspond with working group re engagement issues (.2); review draft retention application (.2); revise same (.1); correspond with A. McDermott re same (.1). | .6 |
| 11/10/11 | McDermott | Coordinate conflicts review for compliance with bankruptcy guidelines, preparation of affidavit of disinterestedness (.6); correspond with M. Paul, D. Heroy, international offices re same (.5); telephone conference with M. Paul re same (.2); review comments to application to employ Baker (.5). | 1.8 |
| 11/10/11 | Paul | Review and revise draft retention application (.3); correspond with J. Barrett re same (.1); conference with V. Marsh re same (.1); review follow-up correspondence from J. Barrett and A. McDermott re same (.1). | .6 |
| 11/10/11 | Young | Analyze materials re conflicts issue. | 2.8 |
| 11/11/11 | Heroy | Analyze conflict issues. | .3 |
| 11/11/11 | McDermott | Review final conflicts results for compliance with bankruptcy guidelines, preparation of affidavit of disinterestedness (1.2); correspond with D. Heroy re same (.2); finalize application per comments received (1.4); prepare related affidavit (.4); review and revise conflicts disclosure appendix (.4); correspond with debtor's counsel re same (.5). | 4.1 |
| 11/11/11 | Paul | Correspond with A. McDermott and B. Higgens re conflict waivers. | .3 |

| **Date** | **Name** | **Description** | **Hours** |
|---|---|---|---|
| 11/11/11 | Young | Review and analyze materials re conflicts issue (2.1); conference with A. McDermott re same (.2). | 2.3 |
| 11/12/11 | McDermott | Correspond with non-US offices re retention. | .2 |
| 11/13/11 | McDermott | Correspond with global services re conflicts questions. | .2 |
| 11/14/11 | Heroy | Review, revise retention application. | .6 |
| 11/14/11 | Marsh | Review local counsel affidavit (.2); correspond with J. Milner re retention of South Africa counsel (.1); conference with M. Paul re: billing guidelines (.2); correspond with A. McDermott re same (.1). | .6 |
| 11/14/11 | McDermott | Finalize retention application and related affidavit per debtor's counsel comments (.8); correspond with M. Paul, R. Higgins (debtor's counsel) re same (.2); correspond with V. Marsh re ordinary course retention of correspondent firms (.2). | 1.2 |
| 11/15/11 | McDermott | Draft billing protocol memorandum re bankruptcy guidelines for distribution to billing lawyers (1.3); correspond with V. Marsh, M. Paul re same (.3); correspond with working group re filed application (.1). | 1.7 |
| 11/15/11 | Paul | Review and revise affidavit of disinterestedness (.4); review revise version of same and execute same in front of notary (.2). | .6 |
| 11/16/11 | Marsh | Correspond with M. Paul re bankruptcy billing guidelines. | .1 |
| 11/17/11 | Marsh | Review of draft affidavit of disinterestedness from South African counsel (.1); correspond with A. McDermott re same (.2).. | .3 |
| 11/17/11 | McDermott | Correspondence re retention of correspondent firms as OCPs. | .2 |
| 11/18/11 | Marsh | Correspond with J. Milner re draft affidavit of disinterestedness. | .1 |
| 11/18/11 | McDermott | Correspondence re retention of correspondent firms as OCPs. | .2 |
| 11/21/11 | Marsh | Review affidavit of disinterestedness from South Korean Counsel (.3); correspond with working group re same (.1). | .4 |
| 11/22/11 | Marsh | Correspond with A. McDermott re draft affidavit for South Korean counsel (.1); correspond with J. McFarland re engagement letter (.1). | .2 |
| 11/22/11 | McDermott | Correspondence with working group re retention issues, bankruptcy guidelines. | .5 |

| **Date** | **Name** | **Description** | **Hours** |
|---|---|---|---|
| 11/23/11 | Marsh | Revise engagement letter per comments received from J. Linklater (.5); conference with M. Paul re same (.2); further revise engagement letter per comments from M. Paul (.3); forward revised version and black line to M. Paul for submission to Executive Committee and J. Linklater for approval (.4); draft cover letter to J. McFarland re same (.9). | 2.3 |
| 11/23/11 | Paul | Review comments from J. Linklater on J. McFarland revisions to engagement letter (.2); conference with J. Linklater re follow-up question for same (.2); conference with V. Marsh with instructions for revising engagement letter in accordance with J. Linklater comments (.2); review and revise new version of engagement letter from V. Marsh, and conference with V. Marsh re additional revisions needed for same (.8); review new version of engagement letter from V. Marsh, and forward same to J. Linklater for approval (.2). | 1.6 |
| 11/25/11 | McDermott | Correspond with working group re retention issues, bankruptcy guidelines. | .3 |
| 11/26/11 | Marsh | Revise cover letter to J. McFarland and forward to M. Paul with revised engagement letter and blackline. | .4 |
| 11/30/11 | McDermott | Correspond and conferences with R. Higgins, M. Paul re withdrawal of retention application. | .5 |
| 11/30/11 | Paul | Conference with J. McFarland re deal stoppage and withdrawal of retention application (.1); correspond with deal team re same (.2); conferences with J. Barrett and A. McDermott re same (.2); follow-up correspondence with A. McDermott and J. Barrett re same (.2). | .7 |

**Summary of Fees**

**Chicago Office**

| **Name** | **Hours** | **Rate** | | **Amount** |
|---|---|---|---|---|
| David Heroy | 5.1 | 895.00 | $ | 4,564.50 |
| Andrew McDermott | 17.4 | 485.00 | | 8,439.00 |
| Mark A. Young | 8.1 | 215.00 | | 1,741.50 |
| | | | $ | **14,745.00** |

**Washington, D.C. Office**

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| Valerie A. Marsh | 5.0 | 505.00 | $ | 2,525.00 |
| Marc R. Paul | 5.7 | 795.00 | | 4,531.50 |
| | | | $ | 7,056.50 |
| | | **Total:** | $ | **21,801.50** |

**Total Fees for Retention Issues: $21,801.50**

**RE: Non-Working Travel**

| <u>Date</u> | <u>Name</u> | <u>Description</u> | <u>Hours</u> |
|------|------|-------------|-------|
| 11/21/11 | Moore | Travel to Boca Raton for client meeting (1.4); return travel from Boca Raton (1.4). | 2.8 |

**<u>Summary of Fees</u>**

**<u>Miami Office</u>**

| <u>Name</u> | <u>Hours</u> | <u>Rate</u> | | <u>Amount</u> |
|------|-------|------|---|--------|
| Robert H. Moore | 1.4* | 525.00 | $ | 735.00 |
| | | | $ | **735.00** |
| | | **Total** | $ | **735.00** |

**Total Fees for Non-Working Travel: $735.00**

**\* Non-working travel time billed at 50% of hours traveled**

**RE: Preparation for Proposed Transaction**

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 11/14/11 | Barrett | Correspond with E. Filon re upcoming client meeting (.3); outline issues to prepare for same (.6). | .9 |
| 11/14/11 | Moore | Review latest 10-Q for background on company to prepare for project (.8); review slide deck sent from C. Finke re same (.2); review issues list from J. Barrett (.2); prepared for upcoming client meeting (.8). | 2.0 |
| 11/15/11 | Barrett | Review issues to prepare for upcoming client meeting (1.6); begin follow-up with working group re same(1.6). | 3.2 |
| 11/15/11 | Marsh | Correspond with J. Milner regarding engagement of South African counsel (.2); correspond with South African firm re engagement of same (.3). | .5 |
| 11/15/11 | Moore | Prepared for call with client and J. Barrett re transaction details (.8); attend call with client and J. Barrett re same (.8). | 1.6 |
| 11/16/11 | Barrett | Telephone conference with R. Evans, E. Filon and D. Poole re background issues (.6); review issues and factual background with S. Hadjilogiou (.4); review multi-country inquiry (.4); correspond with working group re preparation status (.4). | 1.8 |
| 11/16/11 | Hadjilogiou | Conference with James H. Barrett re planned transactions (.8). correspond with working group re same (.4); review of transaction documents (.4). | 1.6 |
| 11/16/11 | Marsh | Correspond with working group re foreign tax advisors. | .3 |
| 11/16/11 | Moore | Review additional background materials re contemplated transaction (1.0); correspond with J. Barrett re same (.5). | 1.5 |
| 11/16/11 | Narvaez Hasfura | Review correspondence from J. Barret re contemplated transaction. | .8 |
| 11/17/11 | Barreiro | Review of the applicable laws and regulations related to the tax implications of an asset deal in the City of Buenos Aires. | 1.5 |
| 11/17/11 | Barrett | Review inquiries relating to contemplated transaction (.4); review issues with M. Paul (.1); correspond with international advisors re same (2.3). | 2.8 |

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 11/17/11 | Evans | Review correspondence from J. Barrett re proposed transaction and input on transfer taxes applicable to an asset sale in Venezuela, including a possible reduction of capital gains tax (.5). conference with R. Castillo re same (.2). prepare and forward response to J. Barrett (.8). | 1.5 |
| 11/17/11 | Grazio | Correspond with Steven Hadjilogiou re tax issues of the sale of assets by a Colombian entity. | 2.3 |
| 11/17/11 | Hadjilogiou | Correspond with counsel in multiple countries re local country tax questions (.7);  conference with J.. Barrett re same (.4). create working group list (1.0). | 2.1 |
| 11/17/11 | Jouniaux | Review answers to tax questions prepared by X. Berre. | .5 |
| 11/17/11 | Kay | Review correspondence from J. Barrett  re tax issues and correspond with R. Moon re same. | .3 |
| 11/17/11 | Liu | Review questions re tax free asset reorganization (.3); draft analysis re same (.7). | 1.0 |
| 11/17/11 | Mariano | Draft memorandum re main tax issues re swap of assets (4.4); research recent developments in legislation and precedents (4.0). | 8.4 |
| 11/17/11 | Moon | Draft memorandum re tax aspects of contemplated transaction. | 2.6 |
| 11/17/11 | Narvaez Hasfura | Analyze tax aspects of contemplated transaction. | 1.2 |
| 11/17/11 | Ordonez Namihira | Review background facts and circumstances re contemplated transaction (.3);  office conference with J. Narvaez re terms of advice to be provided (.2). | .5 |
| 11/17/11 | Paul | Review  reports from C. Finke and J. Barrett with summary information re the company's contemplated transaction (.8); correspond with J. Barrett with request for Indian counsel (.1); conference with J. Barrett re same (.1); correspond with Z. Mody of AZB Partners in India re same (.1). | 1.1 |
| 11/17/11 | Whatley | Review correspondence from J. Barrett re restructuring alternatives for Japan (.3); prepare draft response and circulate for review (.2). | .5 |
| 11/18/11 | Barreiro | Further review of applicable laws and regulations re the tax implications of an asset deal in the City of Buenos Aires. (1.2); drafting memoranda re same (1.8). | 3.0 |
| 11/18/11 | Barrett | Review issues re various tax related inquiries (.7); organize charts summarizing initial responses (1.0). | 1.7 |

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 11/18/11 | Berre | Researches re tax impact of share disposals (1.2); telephone conference with S. Jouniaux re same (.5);. correspond with James Barrett re same (.5). | 2.2 |
| 11/18/11 | Castillo Cottin | Analyze tax consequences and duties re assets and bulk sale. (3.2); correspond with Ronald Evans re same (.7). | 3.9 |
| 11/18/11 | Chmelev | Correspond with J. Barnett re Russian tax issues for planned transaction. | .1 |
| 11/18/11 | Hadjilogiou | Draft correspondence to counsel in multiple countries re local country tax questions (.5); revise chart of responses to local countries (.4). | .9 |
| 11/18/11 | Jouniaux | Review tax analysis prepared by X. Berre. | .5 |
| 11/18/11 | Kay | Review correspondence to J. Barrett re UK tax implications of proposed transaction. | .6 |
| 11/18/11 | Kobayashi | Review Japanese tax implications on the transfer of shares by a US company. | .9 |
| 11/18/11 | Liu | Coordinate with J. Barret re foreign tax counsels (.2); coordinate with L. Kuo re tax advice on planned transaction (.1). | .3 |
| 11/18/11 | Mariano | Revise memorandum re tax effects on the sale of assets (4.0); research precedents re same (4.0). | 8.0 |
| 11/18/11 | Moon | Discussion with G. Kay re tax issues (1.4); research re same (1.0); amend response re same (.4). | 2.8 |
| 11/18/11 | Narvaez Hasfura | Review and revise draft of communication to J. Barrett re tax issues for planned transaction (.6); legal analysis re same (.7). | 1.3 |
| 11/18/11 | Ordonez Namihira | Prepare preliminary comments to issues on stock sale (1.4); analyze Mexican tax treatment re goodwill issues (.6). | 2.0 |
| 11/18/11 | Rodrigues | Research recent tax decisions (.8); telephone conference and correspondence with working group re same (.4). | 1.2 |
| 11/18/11 | Sanchez de la Conc | Review communication from J. Barrett re description of structure and proposed transaction (.3); office conference with J; Ordonez (.3); preliminary legal analysis re same (.4). | 1.0 |
| 11/18/11 | Wen | Confer with L. Kuo re tax issues of contemplated transaction. | .3 |
| 11/18/11 | Whatley | Correspond with working group re review of draft advice. | .1 |
| 11/19/11 | Barrett | Review proposed tax issues (.1); review local country responses re same(2.). | .3 |

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 11/19/11 | Chan | Review and respond to correspondence from S. Hadjilogious re Hong Kong tax on asset transfer. | .4 |
| 11/19/11 | Hadjilogiou | Reviewed responses from counsel in various local countries re local tax issues. | .4 |
| 11/19/11 | Whatley | Review comments to draft tax advice (.1); correspond with J. Barrett re responses to open queries for Japan (.1). | .2 |
| 11/20/11 | Barrett | Review correspondence from working group re initial tax inquiries. | .2 |
| 11/20/11 | Hadjilogiou | Review local country responses to initial tax inquiries (.9); Create chart of responses from local countries (1.2). | 2.1 |
| 11/21/11 | Albarran | Prepare memorandum re Spanish indirect taxes. | 2.0 |
| 11/21/11 | Assis | Review tax issue memorandum drafted by G. Mariano. | 1.7 |
| 11/21/11 | Barrett | Review and respond to correspondence from trademark group re open issues and next steps (.6); prepare for client meeting re initial tax questions and next steps (2.5); attend client meeting re same (4.0). | 7.1 |
| 11/21/11 | Bridges | Analyze issues re the proposed transactions. | 1.0 |
| 11/21/11 | Chmelev | Review, revise Russian tax initial comments for the proposal asset-stock sale and send same to J. Barrett. | .4 |
| 11/21/11 | Chow | Draft correspondence to S. Hadjilogiou re Australian tax implications of proposed asset sale (.8); discussion with J. Walker re same (.4). | 1.2 |
| 11/21/11 | Dimagiba | Review and revise draft advice re tax implications of transfer of assets. | .6 |
| 11/21/11 | Hadjilogiou | Meeting with client at offices in Boca Raton (4.0); prepare for same (1.7); create charts of local country law (1.0); review same (.7). | 7.4 |
| 11/21/11 | Hearder | Review advice concerning transfer taxes and provide comments to same. | .9 |
| 11/21/11 | Jacinto | Review instructions sent re tax advice for client (.4); draft opinion regarding the tax implications of an asset sale (1.5); send same to S. Barnett (.2). | 2.1 |
| 11/21/11 | Kong | Analyze S. Hadjilogiou's request for preliminary overview of transfer taxes in Malaysia (.7); draft memorandum with advice re same (.3). | 1.0 |
| 11/21/11 | Kristalia | Prepare draft response re tax issues re transfer of assets. | 2.5 |

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 11/21/11 | Kuo | Confer with Jinghua Liu re transfer taxes applicable to asset transfer (.3); research and confirm the transfer tax rates (2.0); revise summary of transfer taxes (1.1); draft correspondence re transfer taxes and capital gain tax rate (.7). | 4.1 |
| 11/21/11 | Lee | Draft memorandum re tax law and regulation on the transfer tax and reduced income tax rate in Taiwan. | 3.6 |
| 11/21/11 | Leow | Advise working group on Singapore tax issues on transfer of business. | .4 |
| 11/21/11 | Liu | Review and revise advice re taxation of asset transfer table on local asset transfer (.8); confer with L. Kuo and J. Wen re same (.3) | 1.1 |
| 11/21/11 | Marsh | Confer with J. Milner, D. Ramos re client contact and presentation of advice. | .3 |
| 11/21/11 | Martinez-Iniguez | Prepare comments re Spanish tax issues. | 1.0 |
| 11/21/11 | Moore | Prepare for client meeting re initial advice re contemplated transaction and next steps (1.1); attend client meeting re same (3.5). | 4.6 |
| 11/21/11 | Partogi | Review and revise the draft response to the tax queries from S. Hadjilogiou. | 2.0 |
| 11/21/11 | Walker | Review Australian tax advice (.3); send same to client (.1). | .4 |
| 11/21/11 | Wei | Review correspondence from S. Hadjilogiou re general Singapore tax implications in an asset and stock sale (.2); discussion with E. Leow re same (.2); draft correspondence to respond to his tax queries (.6). | 1.0 |
| 11/21/11 | Wen | Research local rules re Stamp Duty for different items of asset transfer (.5); confer with J. Liu re same. | .7 |
| 11/21/11 | Wong | Review correspondence from S. Hadjilogiou re contemplated transaction and advice re same. | .7 |
| 11/21/11 | Wong | Review and revise analysis re transfer prices applicable to local sale of assets (1.0); follow-up correspondence with working group re same (.2). | 1.2 |
| 11/22/11 | Barrett | Review open issues with S. Hadjilogiou (.4); review correspondence from working group (.4); review status with M. Paul (.2); follow-up with S. Hadjilogiou re same (.4). | 1.4 |
| 11/22/11 | Evans | Review correspondence from S. Hadjilogiou re client's concerns re transaction structure (.8); analyze tax issues re spin offs (.3); review materials re same (.3); office conferences with working group re same (.3); prepare and forward response (.2). | 1.9 |

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 11/22/11 | Hadjilogiou | Conference with J. H. Barrett re follow-up issues with local countries (1.3). draft correspondence to colleagues in numerous countries with follow-up questions to initial tax inquiries (1.3). | 2.6 |
| 11/22/11 | Moore | Review various foreign office responses to tax issues (.3); review J. Barrett correspondence re same (.2); meeting with J. Barrett re same (.3); review various country responses re same (.8). | 1.6 |
| 11/22/11 | Narvaez Hasfura | Legal analysis on the additional tax questions from S. Hadjilogiou. | 1.3 |
| 11/22/11 | Paul | Review comments from J. McFarland re engagement letter and standard terms of engagement (.5); conference with V. Marsh re same (.2); correspond with J. Linklater re same (.1). | .8 |
| 11/23/11 | Assis | Additional review of the memorandum drafted by G. Mariano regarding tax issues. | 1.2 |
| 11/23/11 | Barrett | Review correspondence re local tax responses. | 1.6 |
| 11/23/11 | Hadjilogiou | Revise asset sale charts (1.1); correspond with African and Brazilian counsel (.6). | 1.7 |
| 11/23/11 | Jouniaux | Review questions raised by J. Barrett re possibility to proceed with a tax-free restructuring. | .2 |
| 11/23/11 | Lee | Research re tax implication of the "like kind exchange" issue in Taiwan. | .4 |
| 11/23/11 | Ling | Confer with J. Liu regarding definition of de-merger and special tax treatment on de-merger. | .2 |
| 11/23/11 | Liu | Review follow up questions regarding tax free reorganization (.4); analyze tax free demerger option (.4); discuss same with A. Ling (.2); draft advice re same (.3). | 1.3 |
| 11/23/11 | Moore | Review local country responses re initial tax questions. | .9 |
| 11/23/11 | Whatley | Review correspondence from S. Hadjilogiou with follow up queries regarding goodwill issue, tax free demerger. | .1 |
| 11/24/11 | Albarran | Prepare additional comments re Spanish indirect taxes. | .3 |
| 11/24/11 | Barrett | Review correspondence from working group re local tax issues. | .4 |
| 11/24/11 | Berre | Draft correspondence to working group re tax free demerger issues in France. | .5 |
| 11/24/11 | Hadjilogiou | Drafted correspondence to D. Snopek re signed contribution agreement. | .1 |

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 11/24/11 | Jacinto | Review follow-up query of client and draft opinion re tax implications of an asset for share transfer (1.5); send to working group for review (.2); send to client (.2). | 1.9 |
| 11/24/11 | Jouniaux | Review memorandum re tax issues prepared by X. Berre. | .2 |
| 11/24/11 | Martinez-Iniguez | Correspond with working group re follow-up questions from client. | 1.1 |
| 11/24/11 | Ordonez Namihira | Review revised set of facts re proposed transaction in Mexico (.3); review additional set of specific tax-related questions re tax implications for the parties involved (.2). | .5 |
| 11/24/11 | Wong | Review and analyze follow-up question on like-kind exchange. | .3 |
| 11/25/11 | Narvaez Hasfura | Legal analysis re follow-up tax questions posed by J. and S. Hadjilogiou. | .8 |
| 11/25/11 | Ordonez Namihira | Office conference with L. Tellez re revised set of facts re proposed stock and asset sale in Mexico (.4); legal research and analysis re Mexican tax provisions re to spin-offs (.6). | 1.0 |
| 11/25/11 | Rodrigues | Research re status of tax appeals (.4); correspond with working group re same (.2). | .6 |
| 11/25/11 | Tellez-De la Vega | Analyze questions posed by J. Barrett re specific concerns re the sale of the shares in Mexico (3.0); prepare answer to same (.7). meeting with J. Ordoñez re same (.4); revise answers re same (.4). | 4.5 |
| 11/26/11 | Dimagiba | Review, revise draft advice on tax-deferred exchange of property for shares. | .2 |
| 11/28/11 | Barrett | Review like kind exchange issues with C. Finke (.4); review same with C. Hassan (.6); review correspondence re local country issues (.7). | 1.7 |
| 11/28/11 | Hadjilogiou | Review responses from local country counsel re tax issues (.9); correspond with working group re same (.8). | 1.5 |
| 11/28/11 | Hassan | Office conference with J. Barrett re tax research (.6); research US tax law re like kind exchanges (1.3); confer with J. Barrett re status of research (.2); research US tax law (1.3). | 3.4 |
| 11/28/11 | Marsh | Review revised cover letter to J. McFarland re: engagement letter (.1); correspond with B. Isbell re: document production charge (.1); correspond with H. Morales re Peruvian counsel recommendations (.1). | .3 |

| **Date** | **Name** | **Description** | **Hours** |
|----------|----------|-----------------|-----------|
| 11/28/11 | Narvaez Hasfura | Legal analysis re questions posed by J. Barrett and S. Hadjilogiou (.4); discussion re same with J. Ordoñez and L. Sanchez de la Concha (.4); review final draft of responses on the questions raised (.5). | 1.3 |
| 11/28/11 | Ordonez Namihira | Draft and revise written response re issues on stock sale (1.8); office conference with L. Tellez re same (.7). | 2.5 |
| 11/28/11 | Sanchez de la Conc | Review revised factual information re proposed transaction (.4); legal research re Mexican income tax law and regulations (.6); review and revise draft responses (.5). | 1.5 |
| 11/28/11 | Tellez-De la Vega | Final revision with J. Ordoñez of J. Barrett's questions re the sale of the shares in  Mexico Mexican Company (1.3); prepare final version of answer (1.2). | 2.5 |
| 11/29/11 | Barrett | Review correspondence re responses to tax question (.3); follow-up correspondence re Mexico treaty issue (.4); review like kind exchange issues (.6). | 1.3 |
| 11/29/11 | Hadjilogiou | Update charts with local country updates to follow-up tax questions (1.2); review stock sale responses and create a one-page summary of all stock sale country responses (1.3). | 2.5 |
| 11/29/11 | Hassan | Continue research of US tax law as to like-kind exchanges. | 2.9 |
| 11/29/11 | Ordonez Namihira | Prepare written response re Mexican tax issues (.6) office conference with J. Narvaez re same (.2). | .8 |
| 11/29/11 | Paul | Review response and comments from J. Linklater (.2); finalize engagement letter and review and revise draft cover letter McFarland re same (.6); conference with V. Marsh re same (.2). | 1.0 |
| 11/29/11 | Whatley | Follow up re response to open queries from S. Hadjilogiou. | .1 |
| 11/30/11 | Barrett | Review US like kind exchange issues (1.6); review issues with C. Finke (.9); review status of other foreign inquiries (.7); review issues with C. Finke (.3); coordinate "full stop" with tax group (.3). | 3.8 |
| 11/30/11 | Hadjilogiou | Participate in telephone conference with C. Finke regarding like kind exchanges (.9); review responses from local country counsel (.9). | 1.8 |
| 11/30/11 | Hassan | Confer with J. Barrett regarding drafting analysis of like kind exchange issues (.6); telephone conference with C. Finke, J. Barrett, and S. Hadjilogiou re same (.9); begin to draft tax analysis re same (1.5). | 3.0 |

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 11/30/11 | Kobayashi | Prepare comments re Japanese goodwill formula and the qualified spin-off conditions. | 1.5 |
| 11/30/11 | Mariano | Analyze issues re transactional taxes and amendments to our previous memorandum (4.8); correspond with working group re same (.2). | 5.0 |
| 11/30/11 | Whatley | Review research results re Japanese tax issues (.1); prepare draft memorandum to S. Hadjilogiou re same (.4). | .5 |

**Summary of Fees:**

**B&M Colombia (Bogotá) Office**

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| Martha Grazio | 2.3 | 260.00 | $ | 598.00 |
| | | | $ | **598.00** |

**Buenos Aires Office**

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| Martín J. Barreiro | 4.5 | 555.00 | $ | 2,497.50 |
| | | | $ | **2,497.50** |

**Caracas Office**

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| Rodrigo H. Castillo Cottin | 3.9 | 212.00 | $ | 826.80 |
| Ronald E. Evans | 3.4 | 474.00 | | 1,611.60 |
| | | | $ | **2,438.40** |

**Beijing Office**

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| Lex Kuo | 4.1 | 460.00 | $ | 1,886.00 |
| Jinghua Liu | 3.7 | 980.00 | | 3,626.00 |
| Jason Wen | 1.0 | 520.00 | | 520.00 |
| | | | $ | **6,032.00** |

**Hong Kong Office**

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| Pierre T.H. Chan | .4 | 950.00 | $ | 380.00 |

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| | | | $ | **380.00** |

**Shanghai Office**

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| Amy Ling | .2 | 660.00 | $ | 132.00 |
| | | | $ | **132.00** |

**Jakarta Office**

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| Niken Kristalia | 2.5 | 250.00 | $ | 625.00 |
| Ponti Partogi | 2.0 | 375.00 | | 750.00 |
| | | | $ | **1,375.00** |

**London (Services Ltd.) Office**

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| Rachel Moon | 5.4 | 604.77 | $ | 3,265.76 |
| | | | $ | **3,265.76** |

**London Office**

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| Geoffrey A. Kay | .9 | 1,169.22 | $ | 1,052.30 |
| | | | $ | **1,052.30** |

**Madrid Office**

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| Antonio Albarran | 2.3 | 524.00 | $ | 1,205.20 |
| Jaime Martinez-Iniguez | 2.1 | 587.00 | | 1,232.70 |
| | | | $ | **2,437.90** |

**Manila Office**

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| Dennis G. Dimagiba | .8 | 410.00 | $ | 328.00 |
| Maria Ana Camila C. Jacinto | 4.0 | 240.00 | | 960.00 |
| | | | $ | **1,288.00** |

**Mexico City Office**

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| Jorge S. Narvaez Hasfura | 6.7 | 400.00 | $ | 2,680.00 |
| Javier Ordonez Namihira | 7.3 | 250.00 | | 1,825.00 |
| Maria de la Luz Sanchez de la C | 2.5 | 330.00 | | 825.00 |
| Lizette Tellez-De la Vega | 7.0 | 150.00 | | 1,050.00 |
| | | | $ | 6,380.00 |

**Miami Office**

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| James H. Barrett | 28.2 | 750.00 | $ | 21,150.00 |
| Steven Hadjilogiou | 24.7 | 425.00 | | 10,497.50 |
| Cecilia Hassan | 9.3 | 400.00 | | 3,720.00 |
| Robert H. Moore | 12.2 | 525.00 | | 6,405.00 |
| | | | $ | 41,772.50 |

**Moscow Office**

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| Alexander Chmelev | .5 | 950.00 | $ | 475.00 |
| | | | $ | 475.00 |

**Paris Office**

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| Xavier Berre | 2.7 | 350.00 | $ | 945.00 |
| | | | $ | 945.00 |

**Brasilia Office**

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| Daniel Rodrigues | 1.8 | 110.00 | $ | 198.00 |
| | | | $ | 198.00 |

**Sao Paulo Office**

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| Juliana Porchat De Assis | 2.9 | 440.00 | $ | 1,276.00 |
| Gabriela Mariano | 21.4 | 260.00 | | 5,564.00 |
| | | | $ | 6,840.00 |

**Abu Dhabi Office**

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| Sophie Jouniaux | 1.4 | 670.00 | $ | 938.00 |
| | | | $ | **938.00** |

**Kuala Lumpur Office**

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| Si Ying Kong | 1.0 | 310.00 | $ | 310.00 |
| Adeline Wong | .7 | 640.00 | | 448.00 |
| | | | $ | **758.00** |

**Singapore Office**

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| Edmund Leow | .4 | 1,025.00 | $ | 410.00 |
| Esme Wei | 1.0 | 335.00 | | 335.00 |
| | | | $ | **745.00** |

**Sydney Office**

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| Simone Bridges | 1.0 | 400.00 | $ | 400.00 |
| Serena Chow | 1.2 | 480.00 | | 576.00 |
| Dixon Hearder | .9 | 1,040.00 | | 936.00 |
| John Walker | .4 | 1,040.00 | | 416.00 |
| | | | $ | **2,328.00** |

**Taipei Office**

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| Andrew Lee | 4.0 | 360.00 | $ | 1,440.00 |
| Michael Wong | 1.5 | 510.00 | | 765.00 |
| | | | $ | **2,205.00** |

**Tokyo Office**

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| Shinichi Kobayashi | 2.4 | 710.00 | $ | 1,704.00 |
| Edwin T. Whatley | 1.5 | 970.00 | | 1,455.00 |

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| | | | $ | **3,159.00** |

**Washington, D.C. Office**

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| Valerie A. Marsh | 1.4 | 505.00 | $ | 707.00 |
| Marc R. Paul | 2.9 | 795.00 | | 2,305.50 |
| | | | $ | **3,012.50** |
| | | **Total:** | $ | **91,252.86** |

**Total fees for Preparation for Proposed Transaction: $91,252.86**

**TOTAL FEES**

| Project Category | Total Hours | | Total Fees |
|------------------|-------------|---|------------|
| Retention Issues | 41.3 | $ | 21,801.50 |
| Non-Working Travel | 2.8 (billed at 50%) | | 735.00 |
| Preparation for Proposed Transaction | 192.4 | | 91,252.86 |
| | **TOTAL FEES** | $ | **113,798.36** |
| | **Credit (15% Discount)** | $ | **(17,069.75)** |
| | **TOTAL ADJUSTED FEES** | $ | **$96,728.61** |

# Exhibit C

## (Expense Detail)

**RE: Preparation For Proposed Transaction**

**DETAILED EXPENSES:**

**Chicago Office**

| Date | Quantity | Description | Rate | Amount |
|------|----------|-------------|------|--------|
| 11/17/2011 | 1 | PRC Business Tax for fees transferred from foreign office. | $  57.04 | $  57.04 |
| 11/18/2011 | 1 | PRC Business Tax for fees transferred from foreign office. | 9.08 | 9.08 |
| 11/18/2011 | 1 | PRC Business Tax for fees transferred from foreign office. | 17.11 | 17.11 |
| 11/21/2011 | 108 | Lasertrak Copies Photocopy by Vanessa E. Valladares. | .10 | 10.8 |
| 11/21/2011 | 1 | Lasertrak Copies Photocopy by Vanessa E. Valladares. | .10 | .10 |
| 11/21/2011 | 3 | Lasertrak Copies Photocopy by Vanessa E. Valladares. | .10 | .30 |
| 11/21/2011 | 120 | Lasertrak Copies Photocopy by Vanessa E. Valladares. | .10 | 12.00 |
| 11/21/2011 | 104 | Lasertrak Copies Photocopy by Vanessa E. Valladares. | .10 | 10.40 |
| 11/21/2011 | 280 | Lasertrak Copies Photocopy by Vanessa E. Valladares. | .10 | 28.00 |
| 11/21/2011 | 1 | PRC Business Tax for fees transferred from foreign office. | 21.18 | 21.18 |
| 11/21/2011 | 1 | PRC Business Tax for fees transferred from foreign office. | 62.74 | 62.74 |
| 11/21/2011 | 1 | PRC Business Tax for fees transferred from foreign office. | 109.77 | 109.77 |
| 11/23/2011 | 1 | PRC Business Tax for fees transferred from foreign office. | 7.68 | 7.68 |
| 11/23/2011 | 1 | PRC Business Tax for fees transferred from foreign office. | 74.15 | 74.15 |
| 11/28/2011 | 4 | Photocopies by Vanessa E. Valladares. | .10 | .40 |
| 11/29/2011 | 1 | Value Added Tax. | 7.44 | 7.44 |
| 11/30/2011 | 1 | Value Added Tax. | 10.75 | 10.75 |
| 11/30/2011 | 1 | Value Added Taxes on T1's from Caracas. | 49.61 | 49.61 |
| 11/30/2011 | 1 | Value Added Taxes on T1's from Caracas. | 96.7 | 96.7 |
| 11/30/2011 | 1 | InterCall Charges Webconferencing transaction for J. Barrett. | 5.14 | 5.14 |

| | | | | |
|---|---|---|---|---|
| | | Value Added Tax T-1s, Valor | | |
| 12/1/2011 | 1 | Agreg T-1's. | $ 95.68 | $ 95.68 |
| 12/1/2011 | 1 | Value Added Tax: | 314.69 | 314.69 |
| 12/8/2011 | 42 | Lasertrak Copies Photocopy by Carmen C. McCaw. | .10 | 4.2 |
| 12/8/2011 | 6 | Lasertrak Copies Photocopy by Carmen C. McCaw. | .10 | .60 |
| 12/8/2011 | 1 | Lasertrak Copies Photocopy by Carmen C. McCaw. | .10 | .10 |
| 12/8/2011 | 1 | Lasertrak Copies Photocopy by Carmen C. McCaw. | .10 | .10 |
| 12/8/2011 | 1 | Lasertrak Copies Photocopy by Carmen C. McCaw. | .10 | .10 |
| 12/8/2011 | 16 | Lasertrak Copies Photocopy by Carmen C. McCaw. | .10 | 1.6 |
| 12/9/2011 | 1 | Value Added Tax | 110 | 110.00 |
| 12/9/2011 | 7 | Lasertrak Copies Photocopy by Cecilia B Hassan. | .10 | .70 |

**Total Expenses:    $1,118.16**

## SUMMARY OF EXPENSES:

| Expense Category | Amount |
|---|---|
| Telephone Charges | $5.14 |
| Photocopies | $69.40 |
| Value Added Tax | $684.87 |
| PRC Business Tax | $358.75 |
| **TOTAL** | **$1,118.16** |

**Total Expenses for Preparation For Proposed Transaction:    $1,118.16**

**TOTAL EXPENSES:    $1,118.16**