**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 10/31/2011 |
| Wilmington  DE | ACCOUNT NO:        3000-01D |
|  | STATEMENT NO:                91 |

Asset Analysis and Recovery

|  |  |
|---|---|
| PREVIOUS BALANCE | $150.00 |
| 10/05/2011    Payment - Thank you. (July, 2011 - 80% Fees) | -120.00 |
| BALANCE DUE | $30.00 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
10/31/2011
ACCOUNT NO:      3000-02D
STATEMENT NO:           125

Asset Disposition

|  |  |  |
|---|---|---|
| PREVIOUS BALANCE |  | $299.80 |

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 10/18/2011 |  |  |  |  |
| MTH | Begin reviewing Debtors' motion re asset sale |  | 0.50 | 187.50 |
|  | FOR CURRENT SERVICES RENDERED |  | 0.50 | 187.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.50 | $375.00 | $187.50 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 187.50 |

| 10/05/2011 | Payment - Thank you. (July, 2011 - 80% Fees) | -30.00 |
|---|---|---|

|  |  |
|---|---|
| BALANCE DUE | $457.30 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

| | |
|---|---|
| | Page: 1 |
| W.R. Grace | 10/31/2011 |
| Wilmington  DE | ACCOUNT NO:    3000-03D |
| | STATEMENT NO:         112 |

Business Operations

| | | | HOURS | |
|---|---|---|---|---|
| | PREVIOUS BALANCE | | | $5,715.00 |
| 10/18/2011 | | | | |
| MTH | Reviewing Debtors' motion re subsidiary/entity merger | | 1.00 | 375.00 |
| 10/20/2011 | | | | |
| MTH | Review correspondence from RH re merger motion; correspondence to and from JS re same | | 0.30 | 112.50 |
| | FOR CURRENT SERVICES RENDERED | | 1.30 | 487.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.30 | $375.00 | $487.50 |

| | | |
|---|---|---|
| TOTAL CURRENT WORK | | 487.50 |

| | | |
|---|---|---|
| 10/05/2011 | Payment - Thank you. (July, 2011 - 80% Fees) | -1,620.00 |
| 10/07/2011 | Payment - Thank you. (January, 2011 - 20% Fees) | -75.00 |
| | TOTAL PAYMENTS | -1,695.00 |
| | BALANCE DUE | $4,507.50 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace
Wilmington  DE

10/31/2011

ACCOUNT NO:      3000-04D
STATEMENT NO:              125

Case Administration

| | | HOURS | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $1,038.27 |
| 10/18/2011 | | | |
| MTH | Reviewing Debtors' Motion re OCP's | 0.30 | 112.50 |
| MTH | Review correspondence from RH re various motions to be filed and follow up correspondence re same | 0.20 | 75.00 |
| | FOR CURRENT SERVICES RENDERED | 0.50 | 187.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.50 | $375.00 | $187.50 |

| | | |
|---|---|---|
| TOTAL CURRENT WORK | | 187.50 |
| 10/07/2011 | Payment - Thank you. (January, 2011 - 20% Fees) | -10.00 |
| BALANCE DUE | | $1,215.77 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 10/31/2011 |
| Wilmington  DE | ACCOUNT NO:      3000-05D |
|  | STATEMENT NO:            125 |

Claims Analysis Objection & Resolution (Asbestos)

|  |  |  |
|---|---|---|
| | PREVIOUS BALANCE | $3,026.60 |
| 10/05/2011 | Payment - Thank you. (July, 2011 - 80% Fees) | -480.00 |
| | BALANCE DUE | $2,546.60 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 10/31/2011 |
| Wilmington  DE | ACCOUNT NO:     3000-06D |
| | STATEMENT NO:            125 |

Claims Analysis Objection & Resol. (Non-Asbestos)

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $458.70 |
| | | HOURS | |
| 10/28/2011 | | | |
| MTH | Reviewing correspondence re notice of transfer of claim | 0.10 | 37.50 |
| | FOR CURRENT SERVICES RENDERED | 0.10 | 37.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.10 | $375.00 | $37.50 |

| | |
|---|---|
| TOTAL CURRENT WORK | 37.50 |
| | |
| 10/05/2011   Payment - Thank you. (July, 2011 - 80% Fees) | -60.00 |
| | |
| BALANCE DUE | $436.20 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington DE

Page: 1
10/31/2011
ACCOUNT NO:      3000-07D
STATEMENT NO:           125

Committee, Creditors, Noteholders, Equity Holders

PREVIOUS BALANCE                                                    $12,226.74

| | | HOURS | |
|---|---|---|---|
| **10/01/2011** | | | |
| PEM | Review weekly recommendation memo re: pending motions and matters. | 0.10 | 45.00 |
| **10/03/2011** | | | |
| MTH | Review daily memo | 0.10 | 37.50 |
| **10/04/2011** | | | |
| PEM | Review memo re: pleadings filed | 0.10 | 45.00 |
| KCD | Review Garlock motion; e-mails re: same | 0.30 | 112.50 |
| FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.20 | 17.00 |
| MTH | Review daily memo | 0.10 | 37.50 |
| **10/05/2011** | | | |
| FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.30 | 25.50 |
| SMB | Prepare weekly recommendation memorandum | 0.20 | 22.00 |
| MTH | Review daily memo | 0.10 | 37.50 |
| **10/06/2011** | | | |
| FKL | Review recently filed pleadings and electronic filing notices; draft and distribute daily Memo | 0.10 | 8.50 |
| PEM | Review memo re: pleadings filed. | 0.10 | 45.00 |
| MTH | Review daily memo | 0.10 | 37.50 |
| AC | Address telephone call from potential claimant Martin; several phone calls with claimant; discuss issues with MTH | 0.70 | 157.50 |
| **10/07/2011** | | | |
| MK | Review committee events calendar and update attorney case calendar. | 0.10 | 15.00 |
| FKL | Review recently filed pleadings and electronic filing notices; draft and | | |

Page: 2
10/31/2011

W.R. Grace

ACCOUNT NO:     3000-07D
STATEMENT NO:          125

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
|  | distribute daily Memo | 0.10 | 8.50 |
| DAC | Review counsel's weekly memorandum | 0.20 | 100.00 |
| PEM | Review weekly recommendation memo re: pending motions and matters. | 0.10 | 45.00 |
| SMB | Prepare weekly recommendation memorandum | 0.40 | 44.00 |
| SMB | Prepare 2019 of The David Law Firm, P.C.; address filing and e-mail confirmation of same | 0.30 | 33.00 |
| MTH | Review daily memo | 0.10 | 37.50 |
| MTH | Prepare weekly recommendation memo | 0.70 | 262.50 |
| MTH | Review correspondence from SC to Committee re weekly recommendation memo | 0.10 | 37.50 |

**10/10/2011**

| FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.20 | 17.00 |
|---|---|---|---|
| MTH | Review daily memo | 0.10 | 37.50 |

**10/11/2011**

| FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.10 | 8.50 |
|---|---|---|---|

**10/12/2011**

| PEM | Review memo re: pleadings filed | 0.10 | 45.00 |
|---|---|---|---|
| FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.10 | 8.50 |
| MTH | Review daily memo | 0.10 | 37.50 |

**10/13/2011**

| FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.20 | 17.00 |
|---|---|---|---|
| MTH | Review daily memo | 0.10 | 37.50 |

**10/14/2011**

| MK | Review committee events calendar. | 0.10 | 15.00 |
|---|---|---|---|
| DAC | Review counsel's weekly memorandum | 0.20 | 100.00 |
| MTH | Telephone conference with claimant re case status, claims to be asserted against Trust | 0.50 | 187.50 |
| FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.20 | 17.00 |
| SMB | Prepare weekly recommendation memorandum | 0.30 | 33.00 |
| MTH | Review daily memo | 0.10 | 37.50 |
| MTH | Prepare weekly recommendation memo | 0.70 | 262.50 |
| MTH | Review correspondence from SC to Committee re weekly recommendation memo | 0.10 | 37.50 |

**10/15/2011**

| PEM | Review weekly recommendation memo re: pending motions and matters | 0.10 | 45.00 |
|---|---|---|---|

W.R. Grace

ACCOUNT NO:        3000-07D
STATEMENT NO:             125

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| **10/17/2011** | | | | |
| | FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.10 | 8.50 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| **10/18/2011** | | | | |
| | PEM | Review memo re: pleadings filed | 0.10 | 45.00 |
| | SMB | Review, retrieve, and distribute recently filed pleadings | 0.20 | 22.00 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| | FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.20 | 17.00 |
| **10/19/2011** | | | | |
| | FKL | Review recently filed pleadings and electronically filing notices; draft and distribute Daily Memo | 0.30 | 25.50 |
| | MTH | Telephone conference with creditor re case status | 0.20 | 75.00 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| **10/20/2011** | | | | |
| | FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.10 | 8.50 |
| | SMB | Review, retrieve, and distribute recently filed pleadings | 0.10 | 11.00 |
| **10/21/2011** | | | | |
| | FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.10 | 8.50 |
| | MTH | Prepare weekly recommendation memos | 1.50 | 562.50 |
| | MB | Finalize and forward weekly recommendation memorandums | 0.10 | 12.50 |
| | SMB | Prepare weekly recommendation memorandum | 0.30 | 33.00 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| | MTH | Reviewing daily memo for October 20 | 0.10 | 37.50 |
| | MTH | Review correspondence from MB to Committee re weekly recommendation memo | 0.10 | 37.50 |
| | MTH | Review correspondence from JS re correspondence re pending matters | 0.10 | 37.50 |
| **10/22/2011** | | | | |
| | PEM | Review weekly recommendation memo re: pending motions and matters | 0.10 | 45.00 |
| **10/24/2011** | | | | |
| | DAC | Review counsel's weekly memorandum | 0.20 | 100.00 |
| | FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.30 | 25.50 |
| | MTH | Review daily memo | 0.10 | 37.50 |

Page: 4
10/31/2011
ACCOUNT NO:      3000-07D
STATEMENT NO:        125

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| **10/25/2011** | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 45.00 |
| | FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.30 | 25.50 |
| | MTH | Review re Garlock appeal of Order on 2019 Motion | 0.30 | 112.50 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| **10/26/2011** | | | | |
| | MTH | Review daily memo | 0.10 | 37.50 |
| | FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.10 | 8.50 |
| | SMB | Review, retrieve and distribute recently filed pleadings | 0.10 | 11.00 |
| | MTH | Telephone conference with asbestos claimant re case status | 0.30 | 112.50 |
| **10/27/2011** | | | | |
| | FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.30 | 25.50 |
| | PEM | Review memo re: pleadings filed | 0.10 | 45.00 |
| | SMB | Review, retrieve, and distribute recently filed pleadings | 0.20 | 22.00 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| **10/28/2011** | | | | |
| | PEM | Review weekly recommendation memorandum re: pending motions and matters. | 0.10 | 45.00 |
| | FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.10 | 8.50 |
| | MTH | Telephone conference with claimant re asbestos personal injury claims | 0.60 | 225.00 |
| | MTH | Telephone conference with claimant re possible ZAI PI claim | 0.30 | 112.50 |
| | MTH | Prepare weekly recommendation memos; reviewing correspondence from SC to Committee re same | 1.10 | 412.50 |
| | SMB | Prepare weekly recommendation memorandum | 0.40 | 44.00 |
| | DAC | Review counsel's weekly memorandum | 0.20 | 100.00 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| **10/31/2011** | | | | |
| | MK | Review committee events calendar. | 0.10 | 15.00 |
| | FKL | Review recently filed pleadings and electronic filing  notices; draft and distribute Daily Memo | 0.30 | 25.50 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| | MTH | Review correspondence from GS re pending motions | 0.10 | 37.50 |
| | | FOR CURRENT SERVICES RENDERED | 18.20 | 5,074.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.80 | $500.00 | $400.00 |
| Philip E. Milch | 1.10 | 450.00 | 495.00 |

Page: 5
W.R. Grace                                                                10/31/2011
                                            ACCOUNT NO:        3000-07D
                                            STATEMENT NO:            125

Committee, Creditors, Noteholders, Equity Holders

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Michele Kennedy | 0.30 | 150.00 | 45.00 |
| Santae M. Boyd | 2.50 | 110.00 | 275.00 |
| Matthew Brushwood | 0.10 | 125.00 | 12.50 |
| Mark T. Hurford | 8.70 | 375.00 | 3,262.50 |
| Kathleen Campbell Davis | 0.30 | 375.00 | 112.50 |
| Ayesha Chacko | 0.70 | 225.00 | 157.50 |
| Freddie Koenig-Leuck | 3.70 | 85.00 | 314.50 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 5,074.50 |

| | | |
|---|---|---|
| 10/05/2011 | Payment - Thank you. (July, 2011 - 80% Fees) | -3,495.60 |
| 10/07/2011 | Payment - Thank you. (January, 2011 - 20% Fees) | -899.00 |
| | TOTAL PAYMENTS | -4,394.60 |
| | BALANCE DUE | $12,906.64 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
10/31/2011
ACCOUNT NO:        3000-08D
STATEMENT NO:              124

Employee Benefits/Pension

PREVIOUS BALANCE                                                          -$718.90

CREDIT BALANCE                                                            -$718.90

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                          10/31/2011
Wilmington  DE                          ACCOUNT NO:        3000-09D
                                        STATEMENT NO:              56

Employee Applications, Applicant

PREVIOUS BALANCE                                              $75.00

BALANCE DUE                                                   $75.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|                     |                          |
|---------------------|--------------------------|
|                     | Page: 1                  |
| W.R. Grace          | 10/31/2011               |
| Wilmington  DE      | ACCOUNT NO:     3000-10D |
|                     | STATEMENT NO:        125 |

Employment Applications, Others

| | | |
|---|---|---|
| | PREVIOUS BALANCE | $881.70 |
| 10/05/2011 | Payment - Thank you. (July, 2011 - 80% Fees) | -150.00 |
| | BALANCE DUE | $731.70 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

|  |  | Page: 1 |
|---|---|---|
|  |  | 10/31/2011 |
|  | ACCOUNT NO: | 3000-11D |
|  | STATEMENT NO: | 123 |

Expenses

| | PREVIOUS BALANCE | $6,165.22 |
|---|---|---|
| 10/01/2011 | Pacer charges for the month of September | 25.04 |
| 10/21/2011 | Parcels - copy/service - No Order Required | 55.22 |
| 10/31/2011 | Printing - October 2011 | 64.10 |
| | TOTAL EXPENSES | 144.36 |
| | TOTAL CURRENT WORK | 144.36 |
| 10/05/2011 | Payment - Thank you. (July, 2011 - 100% Expenses) | -1,126.02 |
| | BALANCE DUE | $5,183.56 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

| | | | |
|---|---|---|---|
| | | | Page: 1 |
| W.R. Grace | | | 10/31/2011 |
| Wilmington  DE | | ACCOUNT NO: | 3000-12D |
| | | STATEMENT NO: | 123 |

Fee Applications, Applicant

| | | | HOURS | |
|---|---|---|---|---|
| | PREVIOUS BALANCE | | | $3,684.80 |
| 10/03/2011 | | | | |
| PEM | Review September prebill for Pgh time. | | 0.20 | 90.00 |
| 10/07/2011 | | | | |
| MTH | Reviewing pre-bill | | 0.60 | 225.00 |
| 10/21/2011 | | | | |
| MTH | Reviewing docket; reviewing CNO for C&L fee application | | 0.10 | 37.50 |
| MB | Review docket, draft and file certificate of no objection for Campbell & Levine August 2011 fee application | | 0.30 | 37.50 |
| | FOR CURRENT SERVICES RENDERED | | 1.20 | 390.00 |

| RECAPITULATION | | | |
|---|---|---|---|
| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
| Philip E. Milch | 0.20 | $450.00 | $90.00 |
| Matthew Brushwood | 0.30 | 125.00 | 37.50 |
| Mark T. Hurford | 0.70 | 375.00 | 262.50 |

| | | |
|---|---|---|
| TOTAL CURRENT WORK | | 390.00 |
| 10/05/2011 | Payment - Thank you. (July, 2011 - 80% Fees) | -660.00 |
| 10/07/2011 | Payment - Thank you. (January, 2011 - 20% Fees) | -143.00 |
| | TOTAL PAYMENTS | -803.00 |
| | BALANCE DUE | $3,271.80 |

Page: 2

W.R. Grace

10/31/2011

ACCOUNT NO:      3000-12D
STATEMENT NO:              123

Fee Applications, Applicant

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
| W.R. Grace | Page: 1 |
| Wilmington  DE | 10/31/2011 |
|  | ACCOUNT NO:        3000-13D |
|  | STATEMENT NO:            110 |

Fee Applications, Others

| | | | |
|---|---|---|---|
| | PREVIOUS BALANCE | | $13,378.60 |
| | | HOURS | |
| **10/03/2011** | | | |
| MTH | Review correspondence from KAJB re Day fee application | 0.10 | 37.50 |
| MTH | Review correspondence from R.S. re Steptoe fee application | 0.10 | 37.50 |
| **10/04/2011** | | | |
| MTH | Review correspondence from KH (x3) re three fee applications | 0.20 | 75.00 |
| MTH | Review correspondence from KAJB re Kaye Scholer fee application | 0.10 | 37.50 |
| **10/05/2011** | | | |
| SMB | Review September 2011 application of Alan B. Rich (.1) ; update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review July 2011 application of Day Pitney LLP (.1) ; update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review August 2011 application of Kaye Scholer LLP (.1) ; update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review August 2011 application of The Hogan Firm (.1) ; update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review August 2011 application of Scarfone Hawkins LLP (.1) ; update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review August 2011 application of Lauzon Belanger Lesperance (.1) ; update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review July 2011 application of Phillips, Goldman & Spence, P.A.(.1) ; update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review August 2011 application of Phillips, Goldman & Spence, P.A. (.1) ; update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review September 2011 application of Phillips, Goldman & Spence, P.A. (.1) ; update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review June 2011 application of Steptoe & Johnson LLP (.1) ; update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review July 2011 application of Steptoe & Johnson LLP (.1) ; update | | |

W.R. Grace

|  |  | ACCOUNT NO: | 3000-13D |
|---|---|---|---|
|  |  | STATEMENT NO: | 110 |

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review August 2011 application of Steptoe & Johnson LLP (.1) ; update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| 10/06/2011 |  |  |  |  |
|  | SMB | Review August 2011 application of Duane Morris LLP (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| 10/07/2011 |  |  |  |  |
|  | SMB | Review July through September 2011 application of Phillips Goldman & Spence, P.A. (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| 10/10/2011 |  |  |  |  |
|  | MTH | Review correspondence from DKW re K&E fee application | 0.10 | 37.50 |
|  | MTH | Review correspondence from fee auditor re new recommendations for meal and hotel expenses | 0.10 | 37.50 |
| 10/11/2011 |  |  |  |  |
|  | MTH | Review correspondence from DKW re Woodcock fee application | 0.10 | 37.50 |
| 10/12/2011 |  |  |  |  |
|  | MB | Docket review and retrieval re: fee auditor's final report for C&D's forty-first interim fee application;  E-mail to C&D re: same | 0.20 | 25.00 |
|  | MTH | Reviewing fee auditor's report re C&D and correspondence to and from MB re same | 0.20 | 75.00 |
| 10/13/2011 |  |  |  |  |
|  | MTH | Review correspondence from KAJB re Nelson fee application | 0.10 | 37.50 |
|  | MTH | Review correspondence from D.M. re Capstone fee application | 0.10 | 37.50 |
|  | MTH | Review correspondence from DKW re Blackstone fee application | 0.10 | 37.50 |
| 10/14/2011 |  |  |  |  |
|  | SMB | Review August 2011 application of Woodcock & Washburn LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review September 2011 application of Warren H. Smith & Associates, P.C.  (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review August 2011 application of Kirkland & Ellis LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review April through June 2011 application of Capstone Advisory Group LLC  (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review September 2011 application of Nelson Mullins Riley Scarborough L.L.P. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review September 2011 application of Alexander M. Sanders, Jr. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review August 2011 application of Blackstone Advisory Partners L.P. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |

W.R. Grace

Page: 3
10/31/2011
ACCOUNT NO:      3000-13D
STATEMENT NO:         110

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
| MTH | Review correspondence from MS re Kaye Scholer fee application | | 0.10 | 37.50 |
| **10/18/2011** | | | | |
| MTH | Review correspondence from CH re 23rd fee application of Phillips Goldman | | 0.10 | 37.50 |
| MTH | Review correspondence from DKW re Casner fee application | | 0.10 | 37.50 |
| **10/21/2011** | | | | |
| MTH | Reviewing docket; reviewing and signing CNO re C&D fee application | | 0.10 | 37.50 |
| MTH | Reviewing docket; reviewing and signing CNO re Charter Oak fee application | | 0.10 | 37.50 |
| MTH | Reviewing docket; reviewing and signing CNO re AKO fee application | | 0.10 | 37.50 |
| MB | E-mail to professionals re: August 2011 CNO's | | 0.10 | 12.50 |
| MB | Review docket, draft and file certificate of no objection for Caplin & Drysdale August 2011 fee application | | 0.30 | 37.50 |
| MB | Review docket, draft and file certificate of no objection for Anderson Kill and Olick August 2011 fee application | | 0.30 | 37.50 |
| MB | Review docket, draft and file certificate of no objection for Charter Oak August 2011 fee application | | 0.30 | 37.50 |
| SMB | Review August 2011 application of Capstone Advisory Group LLC (.1); Update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review July 2011 application of Capstone Advisory Group LLC (.1); Update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review August 2011 application of Casner & Edwards LLP (.1); Update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review October through December 2009 application of Phillips Goldman & Spence P.A. (.1); Update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review December 2009 application of Phillips, Goldman & Spence, PA. (.1); Update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review NOvember 2009 application of Phillips Goldman & Spence, P.A. (.1); Update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review October 2009 application of Phillips Goldman  Spence, P.A. (.1); Update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review September 2011 application of Kaye Scholer LLP (.1); Update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| MTH | Reviewing correspondence from CH re four fee applications of Phillips Goldman | | 0.20 | 75.00 |
| MTH | Reviewing multiple correspondence from MB re CNO's for fee applications | | 0.20 | 75.00 |
| MTH | Review correspondence from DKW re three fee applications for BMC | | 0.10 | 37.50 |
| **10/24/2011** | | | | |
| MTH | Review correspondence from CH re Phillips fee application | | 0.10 | 37.50 |
| MTH | Review correspondence from TBB re CNO for Kramer fee application | | 0.10 | 37.50 |
| MTH | Review correspondence from CH re three fee applications for Phillips Goldman | | 0.20 | 75.00 |

W.R. Grace

|  | | ACCOUNT NO: | 3000-13D |
|--|--|------------|----------|
|  | | STATEMENT NO: | 110 |

Fee Applications, Others

|  |  |  | HOURS |  |
|--|--|--|-------|--|
| **10/25/2011** | | | | |
| | MTH | Review correspondence from YS re PWC fee application | 0.10 | 37.50 |
| **10/26/2011** | | | | |
| | MTH | Review correspondence from DF re Towers fee application | 0.10 | 37.50 |
| | MTH | Review correspondence from MS re Fragomen fee application | 0.10 | 37.50 |
| | MTH | Review correspondence from DF re Orrick fee application | 0.10 | 37.50 |
| | MTH | Review correspondence from TBB re Kramer and Saul fee applications | 0.20 | 75.00 |
| **10/27/2011** | | | | |
| | SMB | Review April 2010 application of Phillips Goldman & Spence, P.A. (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review May 2010 application of Phillips Goldman & Spence, P.A. (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review June 2010 application of Phillips Goldman & Spence, P.A. (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review September 2011 application of Norton Rose OR LLP (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review April through June 2010 application of Phillips Goldman & Spence, P.A. (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | MTH | Review correspondence from KH re fee application CNOs (three) | 0.10 | 37.50 |
| | MTH | Review correspondence from DF re Towers fee application | 0.10 | 37.50 |
| **10/28/2011** | | | | |
| | SMB | Review April through June 2011 application of Beveridge & Diamond, P.C. (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review January 2010 application of Phillips Goldman & Spence, P.A. (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review February 2010 application of Phillips Goldman & Spence, P.A. (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review March 2010 application of Phillips Goldman & Spence, P.A. (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review January through March 2010 application of Phillips Goldman & Spence, P.A. (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review April 2011 application of BMC Group (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review May 2011 application of BMC Group (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review June 2011 application of BMC Group (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review April through June 2011 application of BMC Group (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review September 2011 application of Saul Ewing LLP (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review September 2011 application of Kramer Levin Naftalis & Frankel | | |

Page: 5
W.R. Grace | 10/31/2011
ACCOUNT NO: | 3000-13D
STATEMENT NO: | 110

Fee Applications, Others

| | | HOURS | |
|---|---|---|---|
| | LLP (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review September 2011 application of Orrick Herrington & Sutcliffe LLP (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review July 2011 application of Fragomen, Del Rey, Bernsen, & Loewy LLP (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review August 2011 application of Fragomen, Del Rey, Bernsen & Loewy LLP (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review September 2011 application of Fragomen, Del Rey, Bernsen & Loewy LLP (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review September 2011 application of Tower Watson (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review July through September 2011 application of Fragomen, Del Rey, Bernsen & Loewy LLP (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| MB | Review email from E. Benetos re: C&D September fee application (.1); Update C&D September fee application (.3) | 0.40 | 50.00 |
| MB | Review email from A. Peltine re: AKO September fee application (.1); Update AKO September fee application (.3) | 0.40 | 50.00 |
| MTH | Review correspondence from JBL re Reed Smith fee application | 0.10 | 37.50 |
| MTH | Review correspondence from D.M.  re Stroock fee application | 0.10 | 37.50 |

10/31/2011

| | | | |
|---|---|---|---|
| MTH | Reviewing C&D and Charter Oak fee applications re revisions to time entries and discussion with MB re same (.5); telephone discussion with PVNL re same (.2); telephone conference with R. Higgins re same (.2); reviewing AKO fee application re same (.1); correspondence to and from counsel re same (.2) | 1.20 | 450.00 |
| MB | Email to G. Sinclair re: Charter Oak September 2011 application | 0.10 | 12.50 |
| MB | Discussion with MTH re: redacting bills;  Review September bills re: same | 0.90 | 112.50 |
| | FOR CURRENT SERVICES RENDERED | 18.20 | 3,372.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Santae M. Boyd | 10.20 | $110.00 | $1,122.00 |
| Matthew Brushwood | 3.00 | 125.00 | 375.00 |
| Mark T. Hurford | 5.00 | 375.00 | 1,875.00 |

| | |
|---|---|
| TOTAL CURRENT WORK | 3,372.00 |

| | | |
|---|---|---|
| 10/05/2011 | Payment - Thank you. (July, 2011 - 80% Fees) | -2,136.00 |
| 10/07/2011 | Payment - Thank you. (January, 2011 - 20% Fees) | -697.50 |
| | TOTAL PAYMENTS | -2,833.50 |

W.R. Grace

Fee Applications, Others

BALANCE DUE                                                                    $13,917.10

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 10/31/2011 |
| Wilmington  DE | ACCOUNT NO:    3000-14D |
|  | STATEMENT NO:          84 |

Financing

| | | |
|---|---|---|
| | PREVIOUS BALANCE | $30.00 |
| 10/07/2011 | Payment - Thank you. (January, 2011 - 20% Fees) | -30.00 |
| | BALANCE DUE | $0.00 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 10/31/2011 |
| Wilmington  DE | ACCOUNT NO:    3000-15D |
| | STATEMENT NO:           125 |

Hearings

| | | | | |
|---|---|---|---|---|
| PREVIOUS BALANCE | | | | $6,096.35 |
| | | | HOURS | |
| 10/10/2011 | | | | |
| MTH | Reviewing Agenda for hearing | | 0.10 | 37.50 |
| | FOR CURRENT SERVICES RENDERED | | 0.10 | 37.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.10 | $375.00 | $37.50 |

| | |
|---|---|
| TOTAL CURRENT WORK | 37.50 |

| | | |
|---|---|---|
| 10/05/2011 | Payment - Thank you. (July, 2011 - 80% Fees) | -360.00 |
| 10/07/2011 | Payment - Thank you. (January, 2011 - 20% Fees) | -562.50 |
| | TOTAL PAYMENTS | -922.50 |
| | BALANCE DUE | $5,211.35 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
10/31/2011
ACCOUNT NO:      3000-16D
STATEMENT NO:           110

Litigation and Litigation Consulting

|  |  | HOURS |  |
|---|---|---|---|
| PREVIOUS BALANCE |  |  | -$1,837.50 |
| **10/04/2011** |  |  |  |
| MTH | Correspondence and communications re Garlock status request motion and reviewing information re issues re same | 0.40 | 150.00 |
| MTH | Reviewing Garlock request for Status Conference | 0.20 | 75.00 |
| **10/05/2011** |  |  |  |
| MB | Research re: Garlock | 1.00 | 125.00 |
| **10/07/2011** |  |  |  |
| MTH | Reviewing Court's Memorandum re Garlock 2019 Motion; reviewing Court's Order re same; reviewing Court's Order re Motion for status conference; various correspondence re same | 0.70 | 262.50 |
| **10/13/2011** |  |  |  |
| MTH | Reviewing Notice of appeal re Garlock and correspondence to and from SC and to lead counsel re same | 0.20 | 75.00 |
| **10/17/2011** |  |  |  |
| MTH | Reviewing Clerk's notice re  Garlock appeal | 0.10 | 37.50 |
| **10/21/2011** |  |  |  |
| MTH | Telephone conference with JPW re Garlock appeals | 0.20 | 75.00 |
| MTH | Reviewing correspondence from DF re expert reports | 0.10 | 37.50 |
| **10/27/2011** |  |  |  |
| MTH | Telephone conference with KCM re Garlock appeals, telephone conference with MK re same; reviewing rules re same | 0.30 | 112.50 |
| MTH | Correspondence re Garlock appeal | 0.10 | 37.50 |
| MTH | Reviewing Garlock's Statement of Issues and Designation re 2019 appeal | 0.10 | 37.50 |

Page: 2

W.R. Grace 10/31/2011

ACCOUNT NO:  3000-16D
STATEMENT NO:  110

Litigation and Litigation Consulting

|  | HOURS |  |
|---|---|---|
| FOR CURRENT SERVICES RENDERED | 3.40 | 1,025.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Matthew Brushwood | 1.00 | $125.00 | $125.00 |
| Mark T. Hurford | 2.40 | 375.00 | 900.00 |

| | | |
|---|---|---|
| TOTAL CURRENT WORK | | 1,025.00 |

| 10/05/2011 | Payment - Thank you. (July, 2011 - 80% Fees) | -210.00 |
|---|---|---|
| 10/07/2011 | Payment - Thank you. (January, 2011 - 20% Fees) | -199.50 |
| | TOTAL PAYMENTS | -409.50 |
| | CREDIT BALANCE | -$1,222.00 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |  |
|---|---|---|
|  | Page: 1 |  |
| W.R. Grace | 10/31/2011 |  |
| Wilmington  DE | ACCOUNT NO: | 3000-17D |
|  | STATEMENT NO: | 110 |

Plan and Disclosure Statement

|  |  |
|---|---|
| PREVIOUS BALANCE | $5,547.40 |

| | | | HOURS | |
|---|---|---|---|---|
| 10/21/2011 | | | | |
| | MTH | Call from R. Wyron re Peterson report and research and review re same | 0.80 | 300.00 |
| 10/25/2011 | | | | |
| | MTH | Research and review re claims information regarding insurance issues | 2.20 | 825.00 |
| | MTH | Review correspondence from JS re financial report, Trust assets | 0.30 | 112.50 |
| 10/27/2011 | | | | |
| | KCD | Research and discussions re: medicare reporting issues | 0.60 | 225.00 |
| 10/28/2011 | | | | |
| | MTH | Reviewing information and discussion with MB re research re expert reports | 0.80 | 300.00 |
| | MTH | Reviewing correspondence re settlement negotiations | 0.30 | 112.50 |
| | MTH | Reviewing settlement correspondence | 0.30 | 112.50 |
| | | FOR CURRENT SERVICES RENDERED | 5.30 | 1,987.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 4.70 | $375.00 | $1,762.50 |
| Kathleen Campbell Davis | 0.60 | 375.00 | 225.00 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 1,987.50 |

| | | |
|---|---|---|
| 10/05/2011 | Payment - Thank you. (July, 2011 - 80% Fees) | -642.00 |
| 10/07/2011 | Payment - Thank you. (January, 2011 - 20% Fees) | -730.00 |
| | TOTAL PAYMENTS | -1,372.00 |

Page: 2

W.R. Grace

10/31/2011

ACCOUNT NO:      3000-17D
STATEMENT NO:           110

Plan and Disclosure Statement

BALANCE DUE                                                $6,162.90

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
10/31/2011

W.R. Grace
Wilmington  DE

ACCOUNT NO:    3000-18D
STATEMENT NO:    110

Relief from Stay Proceedings

|  |  |  |  |
|---|---|---|---|
| PREVIOUS BALANCE | | | $42.30 |
| | | HOURS | |
| 10/04/2011 | | | |
| MTH | Review correspondence from JB re Intrawest stay relief motion | 0.10 | 37.50 |
| | FOR CURRENT SERVICES RENDERED | 0.10 | 37.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.10 | $375.00 | $37.50 |

| | |
|---|---|
| TOTAL CURRENT WORK | 37.50 |
| BALANCE DUE | $79.80 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |  |
|---|---|---|
|  |  | Page: 1 |
| W.R. Grace |  | 10/31/2011 |
| Wilmington  DE | ACCOUNT NO: | 3000-20D |
|  | STATEMENT NO: | 109 |

Tax Litigation

| PREVIOUS BALANCE | $468.80 |
|---|---|
| BALANCE DUE | $468.80 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 10/31/2011 |
| Wilmington  DE | ACCOUNT NO:        3000-21D |
|  | STATEMENT NO:             101 |

Travel-Non-Working

| | |
|---|---|
| PREVIOUS BALANCE | $168.50 |
| BALANCE DUE | $168.50 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
10/31/2011
ACCOUNT NO:        3000-22D
STATEMENT NO:              114

Valuation

PREVIOUS BALANCE                                                                    $1,185.00

BALANCE DUE                                                                          $1,185.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
10/31/2011
ACCOUNT NO:      3000-23D
STATEMENT NO:              114

ZAI Science Trial

PREVIOUS BALANCE                                                                              $1,203.30

BALANCE DUE                                                                                       $1,203.30

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
10/31/2011
ACCOUNT NO:          3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-01 Asset Analysis and Recovery | | | | | |
| 150.00 | 0.00 | 0.00 | 0.00 | -120.00 | $30.00 |
| 3000-02 Asset Disposition | | | | | |
| 299.80 | 187.50 | 0.00 | 0.00 | -30.00 | $457.30 |
| 3000-03 Business Operations | | | | | |
| 5,715.00 | 487.50 | 0.00 | 0.00 | -1,695.00 | $4,507.50 |
| 3000-04 Case Administration | | | | | |
| 1,038.27 | 187.50 | 0.00 | 0.00 | -10.00 | $1,215.77 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 3,026.60 | 0.00 | 0.00 | 0.00 | -480.00 | $2,546.60 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| 458.70 | 37.50 | 0.00 | 0.00 | -60.00 | $436.20 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 12,226.74 | 5,074.50 | 0.00 | 0.00 | -4,394.60 | $12,906.64 |
| 3000-08 Employee Benefits/Pension | | | | | |
| -718.90 | 0.00 | 0.00 | 0.00 | 0.00 | -$718.90 |
| 3000-09 Employee Applications, Applicant | | | | | |
| 75.00 | 0.00 | 0.00 | 0.00 | 0.00 | $75.00 |
| 3000-10 Employment Applications, Others | | | | | |
| 881.70 | 0.00 | 0.00 | 0.00 | -150.00 | $731.70 |

W.R. Grace

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-11 Expenses | | | | | |
| 6,165.22 | 0.00 | 144.36 | 0.00 | -1,126.02 | $5,183.56 |
| 3000-12 Fee Applications, Applicant | | | | | |
| 3,684.80 | 390.00 | 0.00 | 0.00 | -803.00 | $3,271.80 |
| 3000-13 Fee Applications, Others | | | | | |
| 13,378.60 | 3,372.00 | 0.00 | 0.00 | -2,833.50 | $13,917.10 |
| 3000-14 Financing | | | | | |
| 30.00 | 0.00 | 0.00 | 0.00 | -30.00 | $0.00 |
| 3000-15 Hearings | | | | | |
| 6,096.35 | 37.50 | 0.00 | 0.00 | -922.50 | $5,211.35 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| -1,837.50 | 1,025.00 | 0.00 | 0.00 | -409.50 | -$1,222.00 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 5,547.40 | 1,987.50 | 0.00 | 0.00 | -1,372.00 | $6,162.90 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| 42.30 | 37.50 | 0.00 | 0.00 | 0.00 | $79.80 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| 168.50 | 0.00 | 0.00 | 0.00 | 0.00 | $168.50 |
| 3000-22 Valuation | | | | | |
| 1,185.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,185.00 |
| 3000-23 ZAI Science Trial | | | | | |
| 1,203.30 | 0.00 | 0.00 | 0.00 | 0.00 | $1,203.30 |
| 59,285.68 | 12,824.00 | 144.36 | 0.00 | -14,436.12 | $57,817.92 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.