**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                      11/30/2011
Wilmington  DE                                          ACCOUNT NO:      3000-01D
                                                        STATEMENT NO:             92

Asset Analysis and Recovery

PREVIOUS BALANCE                                                            $30.00

BALANCE DUE                                                                 $30.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 11/30/2011 |
| Wilmington  DE | ACCOUNT NO:     3000-02D |
|  | STATEMENT NO:         126 |

Asset Disposition

| | |
|---|---|
| PREVIOUS BALANCE | $457.30 |

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 11/03/2011 |  |  |  |  |
| MTH | Research and review re Project Plate; telephone discussion with R. Higgins re same; correspondence to J. Sinclair re same |  | 1.30 | 487.50 |
| 11/17/2011 |  |  |  |  |
| MTH | Reviewing COC re revised Order re Asset Sale |  | 0.40 | 150.00 |
|  | FOR CURRENT SERVICES RENDERED |  | 1.70 | 637.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.70 | $375.00 | $637.50 |

| | |
|---|---|
| TOTAL CURRENT WORK | 637.50 |
| BALANCE DUE | $1,094.80 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 11/30/2011 |
| Wilmington  DE | ACCOUNT NO:    3000-03D |
|  | STATEMENT NO:            113 |

Business Operations

| | | HOURS | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $4,507.50 |
| | | HOURS | |
| 11/17/2011 | | | |
| MTH | Reviewing COC re revised Order re merger motion | 0.30 | 112.50 |
| | FOR CURRENT SERVICES RENDERED | 0.30 | 112.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.30 | $375.00 | $112.50 |

| | |
|---|---|
| TOTAL CURRENT WORK | 112.50 |

| | |
|---|---|
| 11/03/2011    Payment - Thank you. (August, 2011 - 80% Fees) | -1,680.00 |

| | |
|---|---|
| BALANCE DUE | $2,940.00 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
11/30/2011
ACCOUNT NO:        3000-04D
STATEMENT NO:             126

Case Administration

| | | HOURS | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $1,215.77 |
| **11/04/2011** | | | |
| MB | Finalize and forward weekly recommendation memorandums | 0.10 | 12.50 |
| **11/07/2011** | | | |
| MTH | Reviewing request from claimant re creditor matrix and order from Court re same | 0.20 | 75.00 |
| **11/21/2011** | | | |
| MTH | Reviewing three orders entered | 0.10 | 37.50 |
| **11/29/2011** | | | |
| MTH | Telephone conference with J. Baer re pending matters, request from Grace; status of medical monitoring | 0.30 | 112.50 |
| **11/30/2011** | | | |
| MTH | Correspondence and communications re possible request from Grace | 0.30 | 112.50 |
| | FOR CURRENT SERVICES RENDERED | 1.00 | 350.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Matthew Brushwood | 0.10 | $125.00 | $12.50 |
| Mark T. Hurford | 0.90 | 375.00 | 337.50 |

| | | | |
|---|---|---|---|
| TOTAL CURRENT WORK | | | 350.00 |
| | | | |
| 11/03/2011 | Payment - Thank you. (August, 2011 - 80% Fees) | | -240.00 |

Page: 2

W.R. Grace
11/30/2011
ACCOUNT NO:      3000-04D
STATEMENT NO:            126

Case Administration

BALANCE DUE                                                          $1,325.77

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                    11/30/2011
Wilmington  DE                                          ACCOUNT NO:        3000-05D
                                                        STATEMENT NO:            126

Claims Analysis Objection & Resolution (Asbestos)

PREVIOUS BALANCE                                                            $2,546.60

11/03/2011      Payment - Thank you. (August, 2011 - 80% Fees)               -60.00

BALANCE DUE                                                                 $2,486.60

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                   11/30/2011
Wilmington  DE                                          ACCOUNT NO:      3000-06D
                                                        STATEMENT NO:           126

Claims Analysis Objection & Resol. (Non-Asbestos)

PREVIOUS BALANCE                                                        $436.20

BALANCE DUE                                                             $436.20

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 11/30/2011 |
| Wilmington  DE | ACCOUNT NO:      3000-07D |
| | STATEMENT NO:            126 |

Committee, Creditors, Noteholders, Equity Holders

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $12,906.64 |

| | | HOURS | |
|---|---|---|---|
| **11/01/2011** | | | |
| PEM | Review memo re: pleadings filed. | 0.10 | 45.00 |
| FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.10 | 8.50 |
| SMB | Review, retrieve, and distribute recently filed pleadings | 0.20 | 22.00 |
| MTH | Review daily memo | 0.10 | 37.50 |
| MTH | Review correspondence from BR re correspondence to committee re recommendations; reviewing correspondence from PVNL re same | 0.50 | 187.50 |
| MTH | Review correspondence from PVNL to Committee re committee recommendations | 0.10 | 37.50 |
| DAC | Review memorandums re: sale and merger | 0.20 | 100.00 |
| **11/02/2011** | | | |
| FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.20 | 17.00 |
| DAC | Review Charter Oak memorandums re: sale of division and merger of non-operating subsidiaries | 0.20 | 100.00 |
| MTH | Review daily memo | 0.10 | 37.50 |
| **11/03/2011** | | | |
| FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.10 | 8.50 |
| PEM | Review memo re: pleadings filed. | 0.10 | 45.00 |
| **11/04/2011** | | | |
| MK | Review committee events calendar. | 0.10 | 15.00 |
| DAC | Review counsel's weekly memorandum | 0.20 | 100.00 |
| MTH | Prepare weekly recommendation memos | 0.60 | 225.00 |
| MTH | Review correspondence from MB to Committee re weekly recommendation memos | 0.10 | 37.50 |

|  |  |  | HOURS |  |
|---|---|---|---|---|
| | SMB | Prepare weekly recommendation memorandum | 0.30 | 33.00 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| **11/07/2011** | | | | |
| | FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.10 | 8.50 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| **11/08/2011** | | | | |
| | FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.10 | 8.50 |
| | PEM | Review memo re: pleadings filed. | 0.10 | 45.00 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| **11/09/2011** | | | | |
| | MTH | Review daily memo | 0.10 | 37.50 |
| | FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.30 | 25.50 |
| **11/10/2011** | | | | |
| | FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.30 | 25.50 |
| | PEM | Review memo re: pleadings filed. | 0.10 | 45.00 |
| | SMB | Prepare weekly recommendation memorandum | 0.30 | 33.00 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| **11/11/2011** | | | | |
| | FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.20 | 17.00 |
| | MTH | Prepare weekly recommendation memo | 0.60 | 225.00 |
| | MTH | Review correspondence from MB to Committee re weekly recommendation memo | 0.10 | 37.50 |
| | PEM | Review weekly recommendation memorandum re: pending motions and matters | 0.10 | 45.00 |
| | MB | Finalize and forward weekly recommendation memorandums | 0.10 | 12.50 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| **11/13/2011** | | | | |
| | DAC | Review counsel's weekly memorandum | 0.20 | 100.00 |
| **11/14/2011** | | | | |
| | MK | Review committee events calendar. | 0.10 | 15.00 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| | FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.30 | 25.50 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| **11/15/2011** | | | | |
| | PEM | Review memo re: pleadings filed | 0.10 | 45.00 |
| | FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.30 | 25.50 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| **11/16/2011** | | | | |
| | FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.30 | 25.50 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| | MTH | Various correspondence re recent filings; review and follow up re same | 0.40 | 150.00 |
| **11/17/2011** | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 45.00 |
| | SMB | Coordinate logistics for hearing on November 28, 2011 at 9 a.m.; e-mail confirmation of same | 0.30 | 33.00 |
| | SMB | Prepare weekly recommendation memorandum | 0.30 | 33.00 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| | FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.20 | 17.00 |
| **11/18/2011** | | | | |
| | FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.10 | 8.50 |
| | PEM | Review weekly recommendation memorandum re: pending motions and matters | 0.10 | 45.00 |
| | DAC | Review daily memo | 0.20 | 100.00 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| | MTH | Prepare weekly recommendation memo | 1.40 | 525.00 |
| | MTH | Review correspondence from SMC to Committee re weekly recommendation memo | 0.10 | 37.50 |
| **11/21/2011** | | | | |
| | MK | Update attorneys' case calendars.  Attention to matters related to Garlock appeal of denial of 2019 access motion.  Conference call w/PEM, KTH and K. Maclay re: issues going forward.  Review forms and rules for attorney registrations, pro hac admissions. (split between clients) | 0.60 | 90.00 |
| | FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.30 | 25.50 |
| | MTH | Review daily memo | 0.10 | 37.50 |
| **11/22/2011** | | | | |
| | PEM | Review memo re: pleadings filed | 0.10 | 45.00 |
| | FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.20 | 17.00 |

Page: 4
W.R. Grace

11/30/2011
ACCOUNT NO:        3000-07D
STATEMENT NO:            126

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
| MTH | Review daily memo | 0.10 | 37.50 |
| **11/23/2011** |  |  |  |
| FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily  Memo | 0.30 | 25.50 |
| PEM | Review memo re: pleadings filed | 0.10 | 45.00 |
| MTH | Review daily memo | 0.10 | 37.50 |
| MTH | Review correspondence from GC re Garlock appeals | 0.10 | 37.50 |
| **11/28/2011** |  |  |  |
| MTH | Review daily memo | 0.10 | 37.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| **11/29/2011** |  |  |  |
| MK | Review local rules and forms and begin drafts of pro hac vice motions for 9 cases in Delaware. | 0.30 | 45.00 |
| MTH | Review daily memo | 0.10 | 37.50 |
| PEM | Review memo re: pleadings filed. | 0.10 | 45.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| **11/30/2011** |  |  |  |
| MTH | Review daily memo | 0.10 | 37.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
|  | FOR CURRENT SERVICES RENDERED | 14.60 | 3,894.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 1.00 | $500.00 | $500.00 |
| Philip E. Milch | 1.10 | 450.00 | 495.00 |
| Michele Kennedy | 1.10 | 150.00 | 165.00 |
| Santae M. Boyd | 2.00 | 110.00 | 220.00 |
| Matthew Brushwood | 0.10 | 125.00 | 12.50 |
| Mark T. Hurford | 5.90 | 375.00 | 2,212.50 |
| Freddie Koenig-Leuck | 3.40 | 85.00 | 289.00 |

| | | |
|---|---|---|
| TOTAL CURRENT WORK | | 3,894.00 |

| | | |
|---|---|---|
| 11/03/2011 | Payment - Thank you. (August, 2011 - 80% Fees) | -2,587.20 |

Page: 5

W.R. Grace                                                                              11/30/2011
                                                                     ACCOUNT NO:        3000-07D
                                                                     STATEMENT NO:           126

Committee, Creditors, Noteholders, Equity Holders


BALANCE DUE                                                                          $14,213.44


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
11/30/2011
ACCOUNT NO:        3000-08D
STATEMENT NO:              125

Employee Benefits/Pension

PREVIOUS BALANCE                                                                                    -$718.90

11/03/2011        Payment - Thank you. (August, 2011 - 80% Fees)                    -150.00

CREDIT BALANCE                                                                                      -$868.90

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
11/30/2011
ACCOUNT NO:      3000-09D
STATEMENT NO:                57

Employee Applications, Applicant

PREVIOUS BALANCE                                                                      $75.00

BALANCE DUE                                                                            $75.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                11/30/2011
Wilmington  DE                            ACCOUNT NO:      3000-10D
                                          STATEMENT NO:         126

Employment Applications, Others

PREVIOUS BALANCE                                            $731.70

BALANCE DUE                                                 $731.70

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                                    11/30/2011
Wilmington  DE                                                      ACCOUNT NO:        3000-11D
                                                                   STATEMENT NO:             124

Expenses

| | | |
|---|---|---|
| | PREVIOUS BALANCE | $5,183.56 |

| | | |
|---|---|---|
| 11/01/2011 | Pacer charges for the month of October | 67.20 |
| 11/09/2011 | Parcels - copy/service - Documents (split between 2 clients) | 217.55 |
| 11/09/2011 | Parcels - copy/service - Documents (split between 2 clients) | 127.87 |
| 11/09/2011 | Parcels - copy/service - Preparation of binders of designated documents for nine Garlock appeals (split between 4 clients) | 2,144.61 |
| 11/09/2011 | Parcels - copy/service - Appellees Designation re: Garlock appeal (split between 2 clients) | 458.07 |
| 11/10/2011 | Parcels - hand delivery - Documents to Bankruptcy Court(split between 2 clients) | 3.75 |
| 11/11/2011 | Parcels - hand delivery - Fee Applications | 40.00 |
| 11/11/2011 | Parcels - copy/service - Fee Applications | 145.94 |
| 11/14/2011 | Parcels - copy/service - Notice of Interim Fee Applications | 1,044.00 |
| 11/14/2011 | Parcels - copy/service -  Interim Fee Applications | 877.86 |
| 11/29/2011 | Photocopying - November, 2011 | 7.40 |
| 11/30/2011 | Westlaw charges for November, 2011 | 52.70 |
| 11/30/2011 | Parcels - copy/service - October Fee Applications | 374.10 |
| 11/30/2011 | Copying - November 2011 | 25.10 |
| 11/30/2011 | Printing - November 2011 | 515.10 |
| | TOTAL EXPENSES | 6,101.25 |
| | TOTAL CURRENT WORK | 6,101.25 |
| 11/03/2011 | Payment - Thank you. (August, 2011 - 100% Expenses) | -2,474.49 |
| | BALANCE DUE | $8,810.32 |

W.R. Grace

ACCOUNT NO:        3000-11D
STATEMENT NO:                124

Expenses

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 11/30/2011 |
| Wilmington  DE | ACCOUNT NO:     3000-12D |
| | STATEMENT NO:          124 |

Fee Applications, Applicant

| | PREVIOUS BALANCE | | $3,271.80 |
|---|---|---|---|
| | | HOURS | |
| **11/01/2011** | | | |
| PEM | Review October prebill for Pgh time | 0.10 | 45.00 |
| **11/11/2011** | | | |
| MTH | Reviewing C&L September Monthly fee application for filing | 0.30 | 112.50 |
| MB | Finalize and e-file C&L September 2011 fee application | 0.40 | 50.00 |
| MB | Work on C&L July through September 2011 interim | 0.40 | 50.00 |
| MTH | Reviewing C&L fee application for filing and service | 0.40 | 150.00 |
| **11/14/2011** | | | |
| MTH | Reviewing pre-bill | 0.80 | 300.00 |
| MTH | Reviewing C&L Interim fee application | 0.30 | 112.50 |
| MB | Update, finalize and e-file application C&L July through September 2011 interim application (.5) | 0.50 | 62.50 |
| **11/21/2011** | | | |
| MTH | Review correspondence from Relief from Stay re Fragomen fee application | 0.10 | 37.50 |
| **11/28/2011** | | | |
| MTH | Telephone conference with DS re contact from Grace re pending fee matters | 0.20 | 75.00 |
| **11/29/2011** | | | |
| MB | Work on C&L October 2011 Fee application | 0.60 | 75.00 |
| **11/30/2011** | | | |
| MB | Finalize and e-file C&L October 2011 fee application | 0.40 | 50.00 |
| MTH | Reviewing C&L fee application for filing and service | 0.30 | 112.50 |
| MTH | Telephone conference with DS re request from Grace re amounts due, | | |

W.R. Grace

Fee Applications, Applicant

|  | HOURS |  |
|---|---|---|
| reviewing correspondence re same; discussion with MB re same | 0.30 | 112.50 |
| FOR CURRENT SERVICES RENDERED | 5.10 | 1,345.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Philip E. Milch | 0.10 | $450.00 | $45.00 |
| Matthew Brushwood | 2.30 | 125.00 | 287.50 |
| Mark T. Hurford | 2.70 | 375.00 | 1,012.50 |

| | | | |
|---|---|---|---|
| TOTAL CURRENT WORK | | | 1,345.00 |

| 11/03/2011 | Payment - Thank you. (August, 2011 - 80% Fees) | -756.00 |
|---|---|---|

| BALANCE DUE | $3,860.80 |
|---|---|

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                              11/30/2011
Wilmington  DE                                    ACCOUNT NO:      3000-13D
                                                  STATEMENT NO:          111

Fee Applications, Others

PREVIOUS BALANCE                                                    $13,917.10

|  |  | HOURS |  |
|---|---|---|---|
| 11/01/2011 |  |  |  |
| MB | Document review and retrieval re: forty-first fee auditor's report with no issues | 0.10 | 12.50 |
| MB | Discussion with MTH re: redaction of bills for monthly applications | 0.50 | 62.50 |
| MTH | Review correspondence from CH re multiple CNO's and fee applications from PG&S | 0.10 | 37.50 |
| MTH | Correspondence and review re redactions for fee applications | 0.40 | 150.00 |
| MTH | Review correspondence from MB re fee auditor's report, reviewing same | 0.20 | 75.00 |
| 11/02/2011 |  |  |  |
| MB | Discussion with MTH re: redaction of bills for monthly applications; Review bills re: same | 0.70 | 87.50 |
| SMB | Review December 2010 application of Phillips Goldman & Spence, P.A. (1): Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review December 2010 application of Phillips Goldman & Spence, P.A. (1): Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| 11/03/2011 |  |  |  |
| SMB | Review September 2011 application of Baer Higgins Fruchtman LLC (.1): Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review April through June 2011 application of Steptoe & Johnson LLP (.1): Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review September 2011 application of Casner & Edwards LLP (.1): Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review September 2011 application of Baer Higgins Fruchtman LLC (.1): Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review April through June 2011 application of Steptoe & Johnson LLP (.1): Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review September 2011 application of Casner & Edwards LLP (.1): Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |

W.R. Grace

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|

**11/04/2011**

| | | | | |
|---|---|---|---|---|
| SMB | Review September 2011 application of Foley Hoag LLP (.1); Update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review September 2011 application of Bilzin Sumberg Baena Price & Axelrod LLP (.1); Update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review September 2011 application of Ferry Joseph & Pearce PA (.1); Update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review September 2011 application of Stroock & Stroock & Lavan LLP (.1); Update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review September 2011 application of Reed Smith LLP (.1); Update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review September 2011 application of Duane Morris LLP (.1); Update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review October 2011 application of Alan B. Rich, Esquire (.1); Update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review September 2010 application of Phillips Goldman & Spence, P.A. (.1); Update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review August 2010 application of Phillips Goldman & Spence, P.A. (.1); Update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review July 2010 application of Phillips Goldman & Spence, P.A. (.1); Update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review July through September 2010 application of Phillips Goldman & Spence, P.A. (.1); Update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review August 2011 application of Day Pitney LLP (.1); Update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review October  through December 2010 application of Phillips Goldman & Spence, P.A. (.1); Update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review November 2010 application of Phillips Goldman & Spence, P.A. (.1); Update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review October 2010 application of Phillips Goldman & Spence, P.A. (.1); Update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review September 2011 application of Foley Hoag LLP (.1); Update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review September 2011 application of Bilzin Sumberg Baena Price & Axelrod LLP (.1); Update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review September 2011 application of Ferry Joseph & Pearce PA (.1); Update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review September 2011 application of Stroock & Stroock & Lavan LLP (.1); Update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review September 2011 application of Reed Smith LLP (.1); Update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review September 2011 application of Duane Morris LLP (.1); Update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review October 2011 application of Alan B. Rich, Esquire (.1); Update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |

|  |  | HOURS |  |
|---|---|---|---|
| SMB | Review September 2010 application of Phillips Goldman & Spence, P.A. (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review August 2010 application of Phillips Goldman & Spence, P.A. (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review July 2010 application of Phillips Goldman & Spence, P.A. (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review July through September 2010 application of Phillips Goldman & Spence, P.A. (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review August 2011 application of Day Pitney LLP (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review October  through December 2010 application of Phillips Goldman & Spence, P.A. (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review November 2010 application of Phillips Goldman & Spence, P.A. (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review October 2010 application of Phillips Goldman & Spence, P.A. (.1); Update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| MTH | Review correspondence from J. Bower re fee application | 0.10 | 37.50 |
| MTH | Review correspondence from YS re PWC CNO | 0.10 | 37.50 |

**11/07/2011**

| MTH | Review correspondence from YS re three fee applications | 0.10 | 37.50 |
|---|---|---|---|

**11/08/2011**

| MTH | Review correspondence from C.H. re various corrections re fee applications | 0.20 | 75.00 |
|---|---|---|---|

**11/09/2011**

| SMB | Review August to September 2011 application of Pricewaterhousecoopers LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|---|---|---|---|
| SMB | Review January 2011 application of Phillips Goldman & Spence, P.A. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review February 2011 application of Phillips Goldman & Spence, P.A. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review March 2011 application of Phillips Goldman & Spence, P.A. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review January and March 2011 application of Phillips Goldman & Spence, P.A. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review September 2011 application of Kirkland & Ellis LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review July through September 2011 application of Baer Higgins Fruchtman LLC (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| MTH | Review correspondence from DKW re K&E fee application | 0.10 | 37.50 |
| MTH | Review correspondence from CH re PG&S fee application | 0.10 | 37.50 |
| MTH | Review correspondence from CH re PG&S Interim fee applications (2) and Monthly | 0.10 | 37.50 |

W.R. Grace

Fee Applications, Others

|  |  |  |  | HOURS |
|---|---|---|---|---|

**11/10/2011**

| | SMB | Review September 2010 corrected application of Phillips Goldman & Spence, P.A.(.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|---|---|---|---|---|
| | SMB | Review August 2010 corrected application of Phillips Goldman & Spence, P.A.(.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review July 2010 corrected application of Phillips Goldman & Spence, P.A.(.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review July 2011 application of Pachulski Stang Ziehl & Jones LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review July through September 2011 application of Pricewaterhousecoopers LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review September 2011 application of Pricewaterhousecoopers LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review September 2010 corrected application of Phillips Goldman & Spence, P.A.(.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review August 2010 corrected application of Phillips Goldman & Spence, P.A.(.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review July 2010 corrected application of Phillips Goldman & Spence, P.A.(.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review July 2011 application of Pachulski Stang Ziehl & Jones LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review July through September 2011 application of Pricewaterhousecoopers LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review September 2011 application of Pricewaterhousecoopers LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | MTH | Review correspondence from CH re PG&S fee applications | 0.10 | 37.50 |
| | MTH | Review correspondence from DKW re KS fee application | 0.10 | 37.50 |

**11/11/2011**

| | MTH | Reviewing AKO fee applicaiton for September | 0.20 | 75.00 |
|---|---|---|---|---|
| | MTH | Reviewing Charter Oak fee application for September | 0.20 | 75.00 |
| | MB | Finalize and e-file Charter Oak September 2011 fee application | 0.40 | 50.00 |
| | MB | Finalize and e-file AKO September 2011 fee application | 0.40 | 50.00 |
| | MB | Email with A. Peltine re: September fee application | 0.10 | 12.50 |
| | MB | Work on Charter Oak July through September 2011 interim | 0.40 | 50.00 |
| | MTH | Review correspondence from MB re service of fee applications | 0.10 | 37.50 |

**11/14/2011**

| | MTH | Review correspondence from KH re Hogan fee application | 0.10 | 37.50 |
|---|---|---|---|---|
| | MTH | Review correspondence from KH re Lauzon fee application | 0.10 | 37.50 |
| | MTH | Review correspondence from KH re Scarfone fee application | 0.10 | 37.50 |
| | MTH | Review correspondence from R.S. re multiple Baker Donelson fee applications | 0.10 | 37.50 |

Page: 5
W.R. Grace
11/30/2011
ACCOUNT NO:      3000-13D
STATEMENT NO:      111

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
| MTH | Telephone conference with R. Tobin re C&D September fee application, revisions thereto; multiple correspondence re same | 0.50 | 187.50 |
| MTH | Reviewing C&D Interim Fee Application; correspondence to and from RT re same; telephone discussion re same | 0.40 | 150.00 |
| MTH | Reviewing AKO Interim Fee Application | 0.30 | 112.50 |
| MTH | Reviewing Charter Oak Interim Fee Application | 0.20 | 75.00 |
| MB | Update, finalize and e-file application Charter Oak July through September 2011 interim application (.5) | 0.50 | 62.50 |
| MB | Review email from A. Peltine re: AKO July to September interim fee application (.1); Update AKO July to September interim fee application (.2); Finalize and e-file application (.4) | 0.70 | 87.50 |
| MB | Email to C&D re: September bills | 0.10 | 12.50 |
| MB | Teleconference with MTH and R. Tobin(.2); Finalize and e-file C&D September 2011 monthly application(.4) | 0.60 | 75.00 |

11/16/2011

|  |  |  |  |
|---|---|---|---|
| MTH | Review correspondence from D.M. re SSL fee application | 0.10 | 37.50 |
| MTH | Review correspondence from R.S. (x2) re fee applications | 0.10 | 37.50 |
| MTH | Review correspondence from CH re PGS fee application CNO's | 0.10 | 37.50 |

11/17/2011

|  |  |  |  |
|---|---|---|---|
| MB | Emails with C&D re: fee applications | 0.10 | 12.50 |
| MB | Update fee application tracking charts | 0.40 | 50.00 |
| SMB | Review July 2011 application of Baker Donelson Bearman Caldwell & Berkowitz P.C. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review June 2011 application of Baker Donelson Bearman Caldwell & Berkowitz P.C. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review May 2011 application of Baker Donelson Bearman Caldwell & Berkowitz P.C. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review April 2011 application of Baker Donelson Bearman Caldwell & Berkowitz P.C. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review March 2011 application of Baker Donelson Bearman Caldwell & Berkowitz P.C. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review February 2011 application of Baker Donelson Bearman Caldwell & Berkowitz P.C. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review January 2011 application of Baker Donelson Bearman Caldwell & Berkowitz P.C. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review October 2011 application of Kaye Scholer LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review April through June 2011 application of Phillips Goldman & Spence, P.A. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review June 2011 application of Phillips Goldman & Spence, P.A. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review May 2011 application of Phillips Goldman & Spence, P.A. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review April 2011 application of Phillips Goldman & Spence, P.A. (.1); | | |

W.R. Grace

11/30/2011
ACCOUNT NO:        3000-13D
STATEMENT NO:            111

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | MTH | Review correspondence from TBB re CNO for Saul Ewing | 0.10 | 37.50 |
| 11/18/2011 |  |  |  |  |
|  | SMB | Review April through July through September 2011 application of Phillips Goldman & Spence, P.A. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review September 2011 application of Phillips Goldman & Spence, P.A. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review August 2011 application of Phillips Goldman & Spence, P.A. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review July 2011 application of Phillips Goldman & Spence, P.A. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review July through September 2011 application of Reed Smith LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review September 2011 application of Deloitte Tax LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review August 2011 application of Deloitte Tax LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review July 2011 application of Deloitte Tax LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review June 2011 application of Deloitte Tax LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review May 2011 application of Deloitte Tax LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review April 2011 application of Deloitte Tax LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review July through September 2011 application of Casner & Edwards LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review July through September 2011 application of Norton Rose OR LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review October 2011 application of Norton Rose OR LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review July through September 2011 application of Baker Donelson Bearman Caldwell Berkowitz P.C. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review April through June 2011 application of Baker Donelson Bearman Caldwell Berkowitz P.C. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review January through March 2011 application of Baker Donelson Bearman Caldwell Berkowitz P.C. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review October through December 2011 application of Baker Donelson Bearman Caldwell Berkowitz P.C. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review July through September 2011 application of Foley Hoag LLP (.1); |  |  |

Page: 7
W.R. Grace                                                                                        11/30/2011
                                                            ACCOUNT NO:        3000-13D
                                                            STATEMENT NO:              111

Fee Applications, Others

| | | HOURS | |
|---|---|---|---|
| | update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review October 2011 application of Baker Donelson Bearman Caldwell Berkowitz P.C. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review September 2011 application of Baker Donelson Bearman Caldwell  Berkowitz P.C. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review August 2011 application of Baker Donelson Bearman Caldwell Berkowitz P.C. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review December 2010 application of Baker Donelson Bearman Caldwell  Berkowitz P.C. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review September 2011 application of Beveridge & Diamond P.C. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review July through September 2011 application of Stroock & Stroock & Lavan LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review September 2011 application of Woodcock & Washburn LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review October 2011 application of Hon. Alexander M. Sanders, Jr. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review April through June 2011 application of Day Pitney LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review July through September 2011 application of Warren H. Smith & Associates, P.C. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review July through September 2011 application of Ferry Joseph & Pearce, P.A. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review July through September 2011 application of Bilzin Sumberg Baena Price & Axelrod LLP, INc. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review July through September 2011 application of Hamilton Rabinovitz & Alschuler, Inc. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review September 2011 application of The Hogan Firm (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review September 2011 application of Scarfone Hawkins LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review September 2011 application of Lauzon Belanger Lesperance (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review October 2011 application of Warren H. Smith & Associates, P.C. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| MTH | Review correspondence from KEH re Scarfone monthly fee application | 0.10 | 37.50 |
| MTH | Review correspondence from DF re two CNO's | 0.10 | 37.50 |
| MTH | Review correspondence from TBB re Kramer Levin fee application | 0.10 | 37.50 |
| MTH | Correspondence and communications re C&D fee applications | 0.50 | 187.50 |
| MTH | Review correspondence from KLH re Hogan fee application | 0.10 | 37.50 |

11/21/2011

| | | | |
|---|---|---|---|
| MTH | Review correspondence from KH re 7th Quarterly fee application | 0.10 | 37.50 |

Page: 8

W.R. Grace

11/30/2011

ACCOUNT NO:        3000-13D
STATEMENT NO:         111

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
| **11/22/2011** | | | | |
| | MTH | Review correspondence from TBB re Saul Ewing fee application | 0.10 | 37.50 |
| | MTH | Review correspondence from CH re PG&S fee application | 0.10 | 37.50 |
| **11/23/2011** | | | | |
| | MTH | Review correspondence from MB re CNO's for fee applications | 0.10 | 37.50 |
| **11/28/2011** | | | | |
| | MTH | Review correspondence from Relief from Stay (x2) re Blackstone and Foley fee applications | 0.10 | 37.50 |
| | MTH | Review correspondence from DKW re PSZYJ fee application | 0.10 | 37.50 |
| | MB | E-mail to Charter Oak re: October bills | 0.10 | 12.50 |
| | MTH | Reviewing correspondence from DF re Orrick fee application | 0.10 | 37.50 |
| | MTH | Review correspondence from CH re multiple CNO's | 0.10 | 37.50 |
| **11/29/2011** | | | | |
| | MTH | Reviewing correspondence from JBL re Reed Smith fee application | 0.10 | 37.50 |
| | MB | Call with C&D re: exhibits for October 2011 application | 0.30 | 37.50 |
| | MB | Review email from R. Tobin re: October bill(.1); Update and review C&D October fee application (.3) | 0.40 | 50.00 |
| | MB | Work on Charter Oak October 2011 Fee application; E-mail with C. Sinclair re: same | 0.50 | 62.50 |
| | MB | E-mails with LAS re: October statements | 0.10 | 12.50 |
| | MTH | Review correspondence from J. Bower re two fee applications | 0.10 | 37.50 |
| | MTH | Review correspondence from TBB re fee application for Saul Ewing | 0.10 | 37.50 |
| **11/30/2011** | | | | |
| | MB | Finalize and e-file C&D October 2011 fee application | 0.40 | 50.00 |
| | MB | Finalize and e-file Charter Oak October 2011 fee application | 0.30 | 37.50 |
| | MB | Review email from A. Peltine re: October bill(.1); Update and review AKO October fee application (.2); Finalize and e-file application (.4) | 0.70 | 87.50 |
| | MTH | Reviewing C&D fee application for filing and service | 0.20 | 75.00 |
| | MTH | Reviewing Charter Oak fee application for filing and service | 0.20 | 75.00 |
| | MTH | Reviewing AKO fee application for filing and service | 0.10 | 37.50 |
| | MTH | Reviewing correspondence from MB to service parties re various fee applications | 0.10 | 37.50 |
| | | FOR CURRENT SERVICES RENDERED | 35.80 | 5,910.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Santae M. Boyd | 21.00 | $110.00 | $2,310.00 |
| Matthew Brushwood | 7.80 | 125.00 | 975.00 |
| Mark T. Hurford | 7.00 | 375.00 | 2,625.00 |

W.R. Grace

11/30/2011

ACCOUNT NO:    3000-13D
STATEMENT NO:    111

Fee Applications, Others


TOTAL CURRENT WORK     5,910.00


11/03/2011     Payment - Thank you. (August, 2011 - 80% Fees)     -3,466.80

BALANCE DUE     $16,360.30


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
11/30/2011
ACCOUNT NO:        3000-15D
STATEMENT NO:              126

Hearings

PREVIOUS BALANCE                                                                           $5,211.35

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 11/17/2011 | | | | |
| | MTH | Correspondence re hearing; preparations for same | 0.40 | 150.00 |
| 11/27/2011 | | | | |
| | MTH | Reviewing Agenda confirming hearing cancelled and correspondence to PVNL and RH re same | 0.20 | 75.00 |
| | | FOR CURRENT SERVICES RENDERED | 0.60 | 225.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.60 | $375.00 | $225.00 |

TOTAL CURRENT WORK                                                                         225.00

11/03/2011      Payment - Thank you. (August, 2011 - 80% Fees)                     -210.00

BALANCE DUE                                                                                $5,226.35

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 11/30/2011 |
| Wilmington  DE | ACCOUNT NO:        3000-16D |
|  | STATEMENT NO:              111 |

Litigation and Litigation Consulting

| | | | |
|---|---|---|---|
| | PREVIOUS BALANCE | | -$1,222.00 |

| | | | HOURS | |
|---|---|---|---|---|
| **11/02/2011** | | | | |
| | MTH | Telephone conference with KCM re Garlock appeal and reviewing rules re same (split between clients) | 0.20 | 75.00 |
| **11/04/2011** | | | | |
| | MTH | Telephone conferences with counsel in Pittsburgh and M. Kennedy re supplemental designation filings for Garlock appeals (12 appeals pending in the District of Delaware and the Western District of Pennsylvania); reviewing rules re same and drafting memo to counsel at C&D re procedures, timeline, and related proceedings re same (split between clients) | 1.30 | 487.50 |
| **11/07/2011** | | | | |
| | MTH | Reviewing draft supplemental designation; discussion with MB re same; telephone discussion with MK re same; telephone discussion and correspondence to and from AI; correspondence to KM re revisions to same; call to Clerk re same (split between clients) | 1.50 | 562.50 |
| | MB | Work on designation project;  document review and retrieval (split between clients) | 0.20 | 25.00 |
| **11/08/2011** | | | | |
| | MTH | Correspondence and communications with T. Phillips and K. Maclay re supplemental designation; review and revisions to same; correspondence to and from T. Phillips and M. Kennedy re documents for designation; discussions with MK and MB re same (split between clients) | 1.00 | 375.00 |
| | MB | Work on designation project;  document review and retrieval (split between clients) | 1.60 | 200.00 |

W.R. Grace

Litigation and Litigation Consulting

|  |  |  | HOURS |  |
|---|---|---|---|---|
| **11/09/2011** |  |  |  |  |
|  | FKL | Preparation of exhibits for binders (split between clients) | 0.80 | 68.00 |
|  | MTH | Final review and revisions to Supplemental Designations for Garlock Appeals (split between clients) | 1.20 | 450.00 |
|  | MB | Work on designation project;  document review and retrieval (split between clients) | 0.80 | 100.00 |
| **11/10/2011** |  |  |  |  |
|  | MB | Work on designation project;  Prepare binders for distribution (split between clients) | 0.90 | 112.50 |
| **11/14/2011** |  |  |  |  |
|  | MB | Work on designation project;  Prepare binders for distribution (split between clients) | 0.20 | 25.00 |
| **11/15/2011** |  |  |  |  |
|  | MTH | Telephone conference with KCM re appeals and review and correspondence re same (split between clients) | 0.20 | 75.00 |
| **11/16/2011** |  |  |  |  |
|  | MTH | Multiple telephone conversations re Garlock appeals (with DBS, ES, KLH and KCM) re Garlock appeals, research re same; drafting memo re same (split between clients) | 1.30 | 487.50 |
|  | MTH | Correspondence and communications re various Garlock appeals and drafting memo to counsel re status of the 12 appeals and various procedures re same; communications with PA counsel re same; consider strategy forward; follow up telephone conversation with KCM re same (split between clients) | 0.50 | 187.50 |
| **11/17/2011** |  |  |  |  |
|  | MTH | Correspondence and communications re Garlock appeals; status of deadlines; judicial assignments; local rules and status re briefing; review strategy (split between clients) | 0.40 | 150.00 |
| **11/18/2011** |  |  |  |  |
|  | MTH | Correspondence and communications re Garlock appeals; reviewing and revising chart re same (split between clients) | 0.20 | 75.00 |
| **11/21/2011** |  |  |  |  |
|  | MTH | Telephone conference with KCM re pending appeals, consideration re strategy and options; conference call with MK re same; multiple correspondence to and from MRE and MK re requirements for PA based appeals re Court Order; call and correspondence with K. Harrison re research re consolidation (split between clients) | 0.30 | 112.50 |

Page: 3

W.R. Grace                                                                              11/30/2011
                                                              ACCOUNT NO:        3000-16D
                                                              STATEMENT NO:              111

Litigation and Litigation Consulting

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 11/28/2011 | | | | |
| | MTH | Correspondence to and from MK re pending Garlock appeals (split between clients) | 0.10 | 37.50 |
| | MTH | Reviewing memo from KLH re research on pending Garlock appeals re multiple districts (split between clients) | 0.10 | 37.50 |
| 11/29/2011 | | | | |
| | MTH | Correspondence to and from MK re Garlock appeals; pending matters (split between clients) | 0.10 | 37.50 |
| 11/30/2011 | | | | |
| | MTH | Telephone conference with MK re pro hac motions (split between clients) | 0.10 | 37.50 |
| | | FOR CURRENT SERVICES RENDERED | 13.00 | 3,718.00 |

### RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Matthew Brushwood | 3.70 | $125.00 | $462.50 |
| Mark T. Hurford | 8.50 | 375.00 | 3,187.50 |
| Freddie Koenig-Leuck | 0.80 | 85.00 | 68.00 |

TOTAL CURRENT WORK                                                              3,718.00

BALANCE DUE                                                                    $2,496.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 11/30/2011 |
| Wilmington  DE | ACCOUNT NO:    3000-17D |
|  | STATEMENT NO:          111 |

Plan and Disclosure Statement

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $6,162.90 |

| | | HOURS | |
|---|---|---|---|
| **11/01/2011** | | | |
| MTH | Research re Peterson report re settlement negotiations | 1.20 | 450.00 |
| **11/02/2011** | | | |
| MTH | Telephone conference with claimant re status of case, potential asbestos claim | 0.40 | 150.00 |
| **11/03/2011** | | | |
| MTH | Review re Peterson reports and discussion with RW re same | 0.50 | 187.50 |
| **11/09/2011** | | | |
| SMB | Prepare, file and serve Supplemental Designation re: Garlock 2019 Appeal in all related cases | 0.50 | 55.00 |
| **11/10/2011** | | | |
| PEM | Review filings from parties re: 2019 appeal | 0.30 | 135.00 |
| **11/17/2011** | | | |
| JAT | Prepare Supplemental Designations to be transmitted via email (split between clients) | 0.10 | 10.00 |
| SAB | Assist with indexing of Designations of Additional Items on Appeal. (split between clients) | 0.20 | 25.00 |
| MK | Work on issues related to appeal to USDC by Garlock from Order related to its motion to access firms' filed 2019 statements.  Prepare e-mail to forward information to counsel. (split between clients) | 1.10 | 165.00 |
| HLJ | Downloaded and indexed Supplemental Designations for production to Caplin & Drysdale (split between clients) | 0.20 | 20.00 |
| **11/18/2011** | | | |
| MK | Work on matters related to appeal to USDC by Garlock from Order | | |

W.R. Grace

Plan and Disclosure Statement

|  |  | HOURS |  |
|---|---|---|---|
|  | related to its motion to access filed 2019 statements.  Prepare chart of data and dates and forward to MTH for review. (split between clients) | 0.50 | 75.00 |
| **11/21/2011** |  |  |  |
| KLH | Review J. Fischer practices and procedures in preparation for call with Caplan attorney; telephone conference with PEM, MK and Caplan attorney re: strategy in front of Judge Fischer (split between clients) | 0.30 | 67.50 |
| **11/22/2011** |  |  |  |
| MTH | Telephone conference with claimant re status of case | 0.20 | 75.00 |
| KLH | Review appellant's filing re: Western District Appeal (split between clients) | 0.30 | 67.50 |
| KLH | Research re: ability to consolidate district court appeals (split between clients) | 0.50 | 112.50 |
| **11/23/2011** |  |  |  |
| KLH | Research re: consolidation of district court appeals; memorandum to MTH re: same (split between clients) | 0.80 | 180.00 |
| **11/30/2011** |  |  |  |
| MK | Work on draft pro hac motions for counsel in appeals by Garlock to denial of motion for access to 2019 exhibits. (split between clients) | 0.60 | 90.00 |
|  | FOR CURRENT SERVICES RENDERED | 7.70 | 1,865.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Philip E. Milch | 0.30 | $450.00 | $135.00 |
| Michele Kennedy | 2.20 | 150.00 | 330.00 |
| Joshua A. Tabor | 0.10 | 100.00 | 10.00 |
| Shirley Ann Brown | 0.20 | 125.00 | 25.00 |
| Heather L. Jiuliante | 0.20 | 100.00 | 20.00 |
| Kathryn L. Harrison | 1.90 | 225.00 | 427.50 |
| Santae M. Boyd | 0.50 | 110.00 | 55.00 |
| Mark T. Hurford | 2.30 | 375.00 | 862.50 |

| | | |
|---|---|---|
| TOTAL CURRENT WORK | | 1,865.00 |

| | | |
|---|---|---|
| 11/03/2011 | Payment - Thank you. (August, 2011 - 80% Fees) | -630.00 |

| | | |
|---|---|---|
| BALANCE DUE | | $7,397.90 |

W.R. Grace

ACCOUNT NO:        3000-17D
STATEMENT NO:              111

Plan and Disclosure Statement

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 11/30/2011 |
| Wilmington  DE | ACCOUNT NO:        3000-18D |
|  | STATEMENT NO:              111 |

Relief from Stay Proceedings

PREVIOUS BALANCE                                                      $79.80

BALANCE DUE                                                            $79.80

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 11/30/2011 |
| Wilmington  DE | ACCOUNT NO:    3000-20D |
|  | STATEMENT NO:    110 |

Tax Litigation

PREVIOUS BALANCE                                                             $468.80

BALANCE DUE                                                                   $468.80

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|                |                |
|----------------|----------------|
|                | Page: 1        |
| W.R. Grace     | 11/30/2011     |
| Wilmington  DE | ACCOUNT NO:     3000-21D |
|                | STATEMENT NO:          102 |

Travel-Non-Working

PREVIOUS BALANCE                                              $168.50

BALANCE DUE                                                   $168.50

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                                          11/30/2011
Wilmington  DE                                              ACCOUNT NO:         3000-22D
                                                            STATEMENT NO:              115

Valuation


PREVIOUS BALANCE                                                              $1,185.00

BALANCE DUE                                                                   $1,185.00


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
11/30/2011
ACCOUNT NO:        3000-23D
STATEMENT NO:              115

ZAI Science Trial

PREVIOUS BALANCE                                                                    $1,203.30

BALANCE DUE                                                                          $1,203.30

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
11/30/2011
ACCOUNT NO:          3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-01 Asset Analysis and Recovery | | | | | |
| 30.00 | 0.00 | 0.00 | 0.00 | 0.00 | $30.00 |
| 3000-02 Asset Disposition | | | | | |
| 457.30 | 637.50 | 0.00 | 0.00 | 0.00 | $1,094.80 |
| 3000-03 Business Operations | | | | | |
| 4,507.50 | 112.50 | 0.00 | 0.00 | -1,680.00 | $2,940.00 |
| 3000-04 Case Administration | | | | | |
| 1,215.77 | 350.00 | 0.00 | 0.00 | -240.00 | $1,325.77 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 2,546.60 | 0.00 | 0.00 | 0.00 | -60.00 | $2,486.60 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| 436.20 | 0.00 | 0.00 | 0.00 | 0.00 | $436.20 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 12,906.64 | 3,894.00 | 0.00 | 0.00 | -2,587.20 | $14,213.44 |
| 3000-08 Employee Benefits/Pension | | | | | |
| -718.90 | 0.00 | 0.00 | 0.00 | -150.00 | -$868.90 |
| 3000-09 Employee Applications, Applicant | | | | | |
| 75.00 | 0.00 | 0.00 | 0.00 | 0.00 | $75.00 |
| 3000-10 Employment Applications, Others | | | | | |
| 731.70 | 0.00 | 0.00 | 0.00 | 0.00 | $731.70 |

W.R. Grace

Page: 2
11/30/2011
ACCOUNT NO:        3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-11 Expenses | | | | | |
| 5,183.56 | 0.00 | 6,101.25 | 0.00 | -2,474.49 | $8,810.32 |
| 3000-12 Fee Applications, Applicant | | | | | |
| 3,271.80 | 1,345.00 | 0.00 | 0.00 | -756.00 | $3,860.80 |
| 3000-13 Fee Applications, Others | | | | | |
| 13,917.10 | 5,910.00 | 0.00 | 0.00 | -3,466.80 | $16,360.30 |
| 3000-15 Hearings | | | | | |
| 5,211.35 | 225.00 | 0.00 | 0.00 | -210.00 | $5,226.35 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| -1,222.00 | 3,718.00 | 0.00 | 0.00 | 0.00 | $2,496.00 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 6,162.90 | 1,865.00 | 0.00 | 0.00 | -630.00 | $7,397.90 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| 79.80 | 0.00 | 0.00 | 0.00 | 0.00 | $79.80 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| 168.50 | 0.00 | 0.00 | 0.00 | 0.00 | $168.50 |
| 3000-22 Valuation | | | | | |
| 1,185.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,185.00 |
| 3000-23 ZAI Science Trial | | | | | |
| 1,203.30 | 0.00 | 0.00 | 0.00 | 0.00 | $1,203.30 |
| 57,817.92 | 18,057.00 | 6,101.25 | 0.00 | -12,254.49 | $69,721.68 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.