## EXHIBIT A

### Case Administration (9.90 Hours; $ 6,440.50)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 1.40 | $1,000 | 1,400.00 |
| Peter Van N. Lockwood | 3.10 | $905 | 2,805.50 |
| Rita C. Tobin | 3.30 | $545 | 1,798.50 |
| Eugenia Benetos | .60 | $215 | 129.00 |
| Mollie E. Gelburd | 1.50 | $205 | 307.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/3/2011 | EI | 1,000.00 | 0.70 | Telephone conference with R. Frankel, B. Wyron and PVNL re: Montana issues (.5); memo re: Project Plate (.1); memo to R. Horkovich re: insurance status (.1). |
| 10/4/2011 | PVL | 905.00 | 0.10 | Rv 5 misc. filings |
| 10/7/2011 | RCT | 545.00 | 0.20 | Review docket and local counsel rec. re: EI update (.2). |
| 10/11/2011 | EI | 1,000.00 | 0.10 | Memo R. Horkovich re: potential insurance settlement (.1). |
| 10/14/2011 | EI | 1,000.00 | 0.10 | Respond to claimant inquiry (.1). |
| 10/14/2011 | RCT | 545.00 | 0.20 | Review docket and local counsel rec. re: EI update (.2). |
| 10/18/2011 | PVL | 905.00 | 0.60 | Rv OCP motion, asset sale motion & interco. merger motion |
| 10/20/2011 | PVL | 905.00 | 0.20 | Rv claims list re subs. mergers |
| 10/21/2011 | PVL | 905.00 | 0.10 | Rv 7 misc. filings |
| 10/21/2011 | RCT | 545.00 | 0.20 | Review docket or local counsel rec. re: EI update (.2). |
| 10/24/2011 | RCT | 545.00 | 0.20 | Review and edit local counsel info re: bankruptcy cases (.2). |
| 10/24/2011 | EI | 1,000.00 | 0.10 | Status inquiry to R. Horkovich (.1). |
| 10/25/2011 | PVL | 905.00 | 0.10 | Rv 6 misc. filings |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 10/27/2011 | EI | 1,000.00 | 0.10 | Status inquiry to PVNL (.1). |
| 10/28/2011 | RCT | 545.00 | 0.20 | Review docket or local counsel rec. re: EI update (.2). |
| 10/31/2011 | PVL | 905.00 | 0.10 | Rv 5 misc. filings |
| 11/1/2011 | MEG | 205.00 | 1.50 | Review docket and locate select filings regarding 2019 issue for record appeal (.5); compare findings with Garlock designations (1) |
| 11/1/2011 | RCT | 545.00 | 0.30 | Telephone conference and emails PVNL re: Committee memo (.3). |
| 11/3/2011 | EB | 215.00 | 0.60 | Prepare check breakdown for EI's records (.6). |
| 11/4/2011 | RCT | 545.00 | 0.20 | Review docket or local counsel rec. re: EI update (.2). |
| 11/7/2011 | PVL | 905.00 | 0.10 | Rv 6 misc. filings |
| 11/8/2011 | PVL | 905.00 | 0.10 | Rv 4 misc. filings |
| 11/10/2011 | RCT | 545.00 | 0.20 | Review docket or local counsel rec. re: EI update (.2). |
| 11/15/2011 | EI | 1,000.00 | 0.30 | Telephone conference with PVNL re: McGovern discussion (.3). |
| 11/15/2011 | PVL | 905.00 | 0.10 | Rv 5 misc. filings |
| 11/18/2011 | PVL | 905.00 | 0.10 | Rv 7 misc. filings |
| 11/18/2011 | RCT | 545.00 | 0.20 | Review docket or local counsel rec. re: EI update (.2). |
| 11/21/2011 | PVL | 905.00 | 0.40 | Rv 9 misc. filings (.1); teleconference JMR (.2); rv emails (.1) |
| 11/22/2011 | PVL | 905.00 | 0.30 | Cn JPW (.2); rv 5 misc. filings (.1) |
| 11/22/2011 | RCT | 545.00 | 0.40 | Correspondence M. Brushwood re: CNOs (.2); conference S. Saint-Cyr re: procedures, orders and CNOs (.2). |
| 11/28/2011 | RCT | 545.00 | 0.20 | Review docket or local counsel rec. re: EI update (.2). |

| Date | Init | Rate | Hours | Narrative |
|---|---|---|---|---|
| 11/29/2011 | PVL | 905.00 | 0.10 | Rv 8 misc. filings |
| 12/2/2011 | RCT | 545.00 | 0.20 | Review local counsel recs re: EI update (.2). |
| 12/9/2011 | PVL | 905.00 | 0.10 | Rv 9 misc. filings |
| 12/9/2011 | RCT | 545.00 | 0.20 | Review local counsel recs re: EI update (.2). |
| 12/12/2011 | PVL | 905.00 | 0.10 | Rv 25 misc. filings |
| 12/16/2011 | RCT | 545.00 | 0.20 | Review local counsel recs re: EI update (.2). |
| 12/19/2011 | PVL | 905.00 | 0.30 | Attend telephonic hearing |
| 12/21/2011 | RCT | 545.00 | 0.20 | Review local counsel recs re: EI update (.2). |
| 12/28/2011 | PVL | 905.00 | 0.20 | Rv 8 misc. filings (.1); rv 2012 scheduling (.1) |

**Total Task Code .04        9.90**


**Committee, Creditors', Noteholders' or Equity Holders' (33.90 Hours; $ 12,192.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Trevor W. Swett | 1.80 | $705 | 1,278.00 |
| Todd E. Phillips | 32.10 | $340 | 10,914.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/22/2011 | TWS | 710.00 | 1.50 | Reading re privilege issue. |
| 11/23/2011 | TWS | 710.00 | 0.10 | Confer with P. Lockwood - privilege issue. |
| 11/29/2011 | TEP | 340.00 | 1.00 | Confer with KGH re: committee research (.2); research re: same (.8). |
| 11/30/2011 | TEP | 340.00 | 6.00 | Research re: committee matters. |
| 12/1/2011 | TWS | 710.00 | 0.20 | Conference with TEP and KGH re research project - privilege issue |
| 12/1/2011 | TEP | 340.00 | 0.30 | Confer with TWS re: committee matters (0.2); email to KGH re: same (0.1). |
| 12/6/2011 | TEP | 340.00 | 0.10 | Review email from KGH re: committee. |

| 12/7/2011 | TEP | 340.00 | 6.80 | Review research and conduct research re: committee (6.6); confer with KGH re: same (0.2). |
| 12/8/2011 | TEP | 340.00 | 2.20 | Review research and conduct research re: committee (1.8); prepare memo re: same (0.4). |
| 12/9/2011 | TEP | 340.00 | 1.20 | Review research and conduct research re: committee (0.5); prepare memo re: same (0.7). |
| 12/12/2011 | TEP | 340.00 | 6.30 | Review research and conduct research re: committee (2.3); prepare memo re: same (4.0). |
| 12/13/2011 | TEP | 340.00 | 8.20 | Review research and conduct research re committee (7.5); prepare memo re same (.7). |

**Total Task Code .07    33.90**


**Employment Applications, Others (5.00 Hours; $ 1,151.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Kevin C. Maclay | .30 | $535 | 160.50 |
| Todd E. Phillips | .20 | $340 | 68.00 |
| Sara Joy DelSavio | 4.50 | $205 | 922.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/27/2011 | KCM | 535.00 | 0.30 | Review Garlock designations (.7); communicate with TWS re 2019 issues (.2) (Divided among three clients) |
| 10/28/2011 | SJD | 205.00 | 2.50 | Meet with KCM and MEG re 2019 designation project (1.0); assist with preparation for deposition (2.2), including binder duplication and vendor work (1.8) (Divided among two clients) |
| 10/31/2011 | TEP | 340.00 | 0.20 | Prepare materials re: 2019 appeal (.1); confer with KCM re: same (.1). |
| 10/31/2011 | SJD | 205.00 | 2.00 | Print dockets from bankruptcy cases (3.0), flag 2019 designations (3.0) per KCM. (Divided among three clients). |

**Total Task Code .10    5.00**

**Fee Applications, Applicant (46.20 Hours; $ 21,321.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $905 | 90.50 |
| Rita C. Tobin | 34.30 | $545 | 18,693.50 |
| Eugenia Benetos | 7.20 | $215 | 1,548.00 |
| Sandy M. Saint-Cyr | 4.60 | $205 | 989.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/3/2011 | RCT | 545.00 | 0.20 | Conference with EB re: fee schedules/filings for October (.2). |
| 10/4/2011 | RCT | 545.00 | 0.60 | Address fee and expense issues (.6). |
| 10/4/2011 | EB | 215.00 | 0.60 | Prepare fee and expense report for fee application exhibit. |
| 10/5/2011 | EB | 215.00 | 1.00 | Prepare fee and expense report for fee application exhibit (.6); and update fee application schedule (.4). |
| 10/7/2011 | EB | 215.00 | 0.60 | Prepare fee and expense report for fee application exhibit. |
| 10/7/2011 | RCT | 545.00 | 0.40 | Address fee issue (.4). |
| 10/12/2011 | RCT | 545.00 | 0.40 | Review various notices re: compensation filings (.2); review no objection certification (.2). |
| 10/13/2011 | RCT | 545.00 | 0.70 | Review and edit prebills (.7). |
| 10/13/2011 | RCT | 545.00 | 0.20 | Email to Asbestos Group re: fee application procedures (.2). |
| 10/17/2011 | RCT | 545.00 | 0.50 | Review exhibits (.5). |
| 10/18/2011 | RCT | 545.00 | 2.00 | Address fee issues (1.2); conference EB re: upcoming interim application (.8). |
| 10/21/2011 | RCT | 545.00 | 1.10 | Review fee application (1.1). |
| 10/21/2011 | EB | 215.00 | 1.10 | Work on quarterly fee application. |
| 10/25/2011 | RCT | 545.00 | 0.20 | Review revised 2011 fee application schedule (.2). |

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 10/31/2011 | RCT | 545.00 | 1.50 | Review local counsel and PVNL email re: confidentiality (fee) issue (.4); reply to PVNL re: confidentiality (fee) issue (.2); email to EB revision of monthly fee application (.3); review fee application re: confidentiality issue (.6). |
| 11/1/2011 | PVL | 905.00 | 0.10 | Rv emails and reply re fee app. |
| 11/1/2011 | RCT | 545.00 | 0.60 | Correspondence EB/PVNL re: possible amended fee application (.6). |
| 11/1/2011 | EB | 215.00 | 1.00 | Review exhibit for privilege and review quaterly fee application (1.0). |
| 11/1/2011 | EB | 215.00 | 1.70 | Work on interim (1.1); and update Exhibit D (.6). |
| 11/2/2011 | RCT | 545.00 | 0.20 | Conference EB re: fee application schedule, November (monthly and interim filings) (.02). |
| 11/3/2011 | RCT | 545.00 | 0.50 | Conference EB re: fee procedures and local counsel protocols (.5). |
| 11/4/2011 | RCT | 545.00 | 1.00 | Address fee issues (1.0). |
| 11/7/2011 | RCT | 545.00 | 0.30 | Address fee auditor issues (.3). |
| 11/7/2011 | RCT | 545.00 | 0.40 | Address fee and expense issues (.4). |
| 11/8/2011 | RCT | 545.00 | 0.80 | Review prebills (.8). |
| 11/8/2011 | RCT | 545.00 | 0.20 | Review EB memo re: paralegal procedures (.2). |
| 11/9/2011 | RCT | 545.00 | 1.10 | Review exhibits (1.1). |
| 11/10/2011 | RCT | 545.00 | 1.10 | Review expenses, fees re: preparation of interim fee application (1.1). |
| 11/10/2011 | EB | 215.00 | 1.00 | Perform review of emails and update fee application (.6); draft e mails to local counsel (.4). |
| 11/11/2011 | RCT | 545.00 | 6.10 | Review interim fee application (2.6); emails and telephone conferences AB re: preparation of interim application (.8); conference SL (para) re: preparation and filing of interim fee application (.8); telephone conference Hurford, Brushwood re: filing of interim (.3); emails to AB re: revisions (.4); review exhibit D, A re: revisions (1.2). |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 11/15/2011 | RCT | 545.00 | 0.10 | Review monthly fee schedules with NYO paralegal (.1). |
| 11/16/2011 | RCT | 545.00 | 0.10 | Telephone conference EB re: filing procedures. |
| 11/16/2011 | RCT | 545.00 | 2.00 | Telephone conference AB re: Grace monthly fee application (.3); review and edit monthly fee application (1.3); emails to local counsel re: same (.1); conference S. Saint-Cyr re: Grace monthly fee application (.3). |
| 11/17/2011 | RCT | 545.00 | 0.30 | Draft filing/service protocol for all paralegals and attormeys (.3). |
| 11/17/2011 | RCT | 545.00 | 0.20 | Emails to local counsel re: monthly/interim filing procedures (.2). |
| 11/17/2011 | EB | 215.00 | 0.20 | Emails to local counsel re: Status of filing (.2). |
| 11/17/2011 | SMS | 215.00 | 0.20 | Retrieve/assemble fee applications for R. Tobin (.2). |
| 11/22/2011 | RCT | 545.00 | 0.20 | Update procedure memo per November filings (.2). |
| 11/23/2011 | RCT | 545.00 | 0.80 | Address fee auditor issues (.8). |
| 11/23/2011 | RCT | 545.00 | 0.80 | Review files re: expense questions (.8). |
| 11/29/2011 | RCT | 545.00 | 1.90 | Emails to AB re: expense/exhibit issues (.6); review files re: expense/exhibit issues (.7); emails to S. Saint-Cyr re: exhibits to Grace/C2 (.3); email to Brushwood re: exhibit issues (.3). |
| 11/29/2011 | SMS | 215.00 | 0.30 | Retrieve fee application (.3). |
| 11/30/2011 | RCT | 545.00 | 0.20 | Review December interim/monthy fee schedules (.2). |
| 12/1/2011 | RCT | 545.00 | 0.20 | Review fee application schedule for December (.2). |
| 12/7/2011 | RCT | 545.00 | 0.10 | Conferences/emails AB re: Sherene Lewis billing (.1). |
| 12/7/2011 | RCT | 545.00 | 1.40 | Correspondence to M. Brushwood (C&L) re: CNOs and payments (.2); review Certification (.2); review prebills (1.0). |
| 12/8/2011 | RCT | 545.00 | 0.80 | Review exhibits (.8). |
| 12/9/2011 | SMS | 215.00 | 0.30 | Review fee application (.3). |

| Date | | Rate | Hours | Description |
|---|---|---|---|---|
| 12/12/2011 | RCT | 545.00 | 1.10 | Review memos re: fee order and reply to same (.3); address fee and expense issues, fee auditor issue (.8). |
| 12/15/2011 | RCT | 545.00 | 2.50 | Review and edit monthly fee statement (1.3); review all exhibits to monthly fee statement (1.0); conference S. Saint-Cyr re: monthly fee application service (.2). |
| 12/15/2011 | SMS | 215.00 | 0.90 | Work on monthly application for attorney's review (.9). |
| 12/16/2011 | RCT | 545.00 | 0.10 | Check cumulative charts for edits (.1). |
| 12/16/2011 | RCT | 545.00 | 0.30 | Work on fee and expense protocol (.3). |
| 12/19/2011 | RCT | 545.00 | 0.40 | Review fee application history as per Certifications (.4). |
| 12/21/2011 | RCT | 545.00 | 0.70 | Review AB email re: payment issue (.1); review files re: payment issue (.3); conference S. Saint-Cyr re: payment issue (.3). |
| 12/21/2011 | SMS | 215.00 | 2.10 | Work on check payment for EI; update binder and spreadsheet of checks received (2.1). |
| 12/22/2011 | SMS | 215.00 | 0.80 | Review and update fee charts (.8). |

**Total Task Code .12        46.20**

**Fee Applications, Others (1.40 Hours; $ 760.00**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 1.10 | $545 | 599.50 |
| Jeffrey A. Liesemer | .30 | $535 | 160.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/1/2011 | RCT | 545.00 | 1.10 | Review Charter Oak memos re: Grace motions (.4); draft recommendation letter (to Committee) (.07). |
| 11/1/2011 | JAL | 535.00 | 0.30 | Review and analysis of memos from Charter Oak re: motions to sell vermiculite business and merge subsidiaries. |

**Total Task Code .13**      1.40

**Litigation and Litigation Consulting (118.70 Hours; $ 45,329.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 1.10 | $1,000 | 1,100.00 |
| Peter Van N. Lockwood | .20 | $905 | 181.00 |
| Trevor W. Swett | 3.60 | $710 | 2,556.00 |
| Kevin C. Maclay | 42.20 | $535 | 22,577.00 |
| Sean I. Kahng | 1.70 | $400 | 680.00 |
| Jeanna Rickards Koski | 8.10 | $380 | 3,078.00 |
| Todd E. Phillips | 12.60 | $340 | 4,284.00 |
| Kate G. Henningsen | 22.50 | $240 | 5,400.00 |
| Sara Joy DelSavio | 15.60 | $205 | 3,198.00 |
| Zachary D. Orsulak | 4.80 | $205 | 984.00 |
| Mollie E. Gelburd | 6.30 | $205 | 1,291.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/1/2011 | SJD | 205.00 | 2.20 | Perform research, create binders and prepare document re designations in 2019 appeal per KCM. |
| 11/1/2011 | KCM | 535.00 | 0.30 | Plan/prepare for and meet with TEP re counter-designation; review materials re counter-designation |
| 11/1/2011 | PVL | 905.00 | 0.20 | Rv Rapp memos re 2 Grace motions and teleconference RCT re same |
| 11/1/2011 | TEP | 340.00 | 0.50 | Prepare and edit counter-designation (1.7); confer with KCM re: same (.2); confer with SJD re: same (.3). (Divided amoung 4 clients) |
| 11/2/2011 | TEP | 340.00 | 2.00 | Prepare and edit counter-designation; confer with KCM re: same; confer with SJD re: same. |
| 11/2/2011 | MEG | 205.00 | 0.60 | Retrieve documents designated by Garlock in record appeal from docket per KCM (.3); create spreadsheet of same(.3); |
| 11/2/2011 | KCM | 535.00 | 0.60 | Review/analyze materials re counter-designation |
| 11/2/2011 | SJD | 205.00 | 2.50 | Perform research, create binders and prepare document re designations in 2019 appeal per KCM. |
| 11/3/2011 | SJD | 205.00 | 2.20 | Perform transcript and docket research re 2019 appeal and prepare for attorney review per KCM. |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 11/3/2011 | KCM | 535.00 | 0.10 | Communicate with TEP re counter-designations |
| 11/3/2011 | MEG | 205.00 | 1.90 | Review attorney designations from docket and input information into spreadsheet for record appeal. |
| 11/3/2011 | TEP | 340.00 | 1.70 | Prepare and edit counter-designation (5.8); confer with KCM re: same (.5); confer with SJD re: same (.5). (Divided amoung 4 clients) |
| 11/3/2011 | KCM | 535.00 | 0.60 | Review counter-designation materials (2.4) (Divided among 4 clients) |
| 11/4/2011 | TEP | 340.00 | 1.90 | Prepare and edit counter-designation (7.0); confer with KCM re: same (.4); confer with SJD re: same (.2). (Divided amoung 4 clients) |
| 11/4/2011 | MEG | 205.00 | 2.30 | Review attorney designations for record appeal and update spreadsheet of same for ACC designations (2.0); review documents designated by attorney for removal and update spreadsheet with same for record appeal (.3) |
| 11/4/2011 | KCM | 535.00 | 1.40 | Plan/prepare for and communicate with TEP re counter-designations; review/analyze counter-designation materials; review/analyze local counsel memo re relevant procedures |
| 11/4/2011 | SJD | 205.00 | 2.30 | Perform research, review results and prepare document re designations in 2019 appeal per KCM. |
| 11/5/2011 | MEG | 205.00 | 0.40 | Review docket and quality check all docket entries with respect to designated motions for record appeal. |
| 11/7/2011 | MEG | 205.00 | 0.80 | Organize and prepare transcripts designated in record appeal per TEP (.3); review and finalize designation chart for record appeal with attorney edits (.5) |
| 11/7/2011 | TEP | 340.00 | 2.30 | Prepare and edit counter-designation (8.6); confer with KCM re: same (.4); confer with SJD re: same (.2). (Divided amoung 4 clients) |
| 11/7/2011 | SJD | 205.00 | 2.60 | Review and edit chart and designation document re 2019 appeal per KCM. |
| 11/7/2011 | KCM | 535.00 | 1.10 | Meet with TEP re counter-designations; review/analyze counter-designations |

| Date | Timekeeper | Rate | Hours | Description |
|---|---|---|---|---|
| 11/7/2011 | KGH | 240.00 | 1.80 | Finish document review project estimation (4.8); counter designation in 2019 appeal (2.4). (Divided among 4 clients). |
| 11/7/2011 | ZDO | 205.00 | 1.50 | Assist with designation preparation and review (6.0) (Divided among 4 clients) |
| 11/8/2011 | KCM | 535.00 | 0.30 | Review counter-designations and communicate with TEP re same |
| 11/8/2011 | SJD | 205.00 | 0.90 | Review and edit designation document in 2019 appeal per KCM. |
| 11/8/2011 | TEP | 340.00 | 1.70 | Prepare and edit counter-designation; confer with KCM re: same; confer with SJD re: same; legal research re designation; confer with Mark Hurford re: same. |
| 11/9/2011 | TEP | 340.00 | 0.60 | Prepare and edit counter-designation; confer with Mark Hurford re: same. |
| 11/11/2011 | ZDO | 205.00 | 0.50 | At request of AJS, research constituents and prepare and coordinate datasheet with IS. |
| 11/11/2011 | TWS | 710.00 | 0.90 | Review record re 2019 matters (split charge). |
| 11/16/2011 | KCM | 535.00 | 0.50 | Review/analyze counter-designations, docket motion, and various memos re status and next steps in 12 case appeals; plan/prepare for appeal issues |
| 11/17/2011 | KCM | 535.00 | 0.40 | Review memos re case status and TWS e-mail and plan/prepare for next steps for appeal |
| 11/18/2011 | KCM | 535.00 | 0.10 | Review/analyze appeal chart and related documents |
| 11/18/2011 | TWS | 710.00 | 0.10 | Confer with KCM re 2019 appeals [split charge]. |
| 11/21/2011 | TWS | 710.00 | 0.20 | Consider procedural issues re 2019 appeals [split charge]. |
| 11/21/2011 | KCM | 535.00 | 1.30 | Plan/prepare for and meet with TWS and PVNL re 12 case appeals strategic issues; plan/prepare for and attend telephone conference with M. Hurford re appeal issues in Delaware; plan/prepare for and attend telephone conference with P. Milch re appeal issues in Pennsylvania; review/analyze cases and materials re appeal issues; plan/prepare for appeal issues |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 11/21/2011 | SJD | 205.00 | 0.30 | ECF registration for KCM and TWS. |
| 11/21/2011 | TEP | 340.00 | 0.90 | Legal research re: appeal (3.6) (Divided among 4 clients) |
| 11/22/2011 | TEP | 340.00 | 0.20 | Re Garlock Appeal: Attend conference call (0.5); confer with KCM re same (0.3). (Divided amoung 4 clients) |
| 11/22/2011 | SJD | 205.00 | 0.40 | Complete ECF registration for KCM and TWS. |
| 11/22/2011 | KCM | 535.00 | 0.50 | Plan/prepare for and meet with TWS re appeal issues; communicate with co-appellee counsel; plan/prepare for appellee brief and review/analyze related materials |
| 11/22/2011 | TWS | 710.00 | 0.10 | Confer with KCM re 2019 appeals [split charge]. |
| 11/23/2011 | KCM | 535.00 | 0.50 | Plan/prepare for and attend conference call with co-appellees re schedule issues; meet with TWS re appeal issues; plan/prepare for appeal issues |
| 11/28/2011 | KCM | 535.00 | 0.70 | Review/analyze various 2019 briefs re appeal issues |
| 11/28/2011 | TWS | 710.00 | 0.10 | Telephone conference with EI - 2019 appeals. |
| 11/28/2011 | KGH | 240.00 | 0.50 | Read case in preparation for meeting with TEP. |
| 11/28/2011 | SJD | 205.00 | 0.40 | Follow-up on ECF registration including communications with local counsel. |
| 11/28/2011 | TEP | 340.00 | 0.30 | Re Garlock Appeal: Prepare materials re: appeal; attend conference call re: appeal. |
| 11/29/2011 | KGH | 240.00 | 5.30 | Legal research on privilege issue. |
| 11/29/2011 | EI | 1,000.00 | 1.10 | M. Cascino litigation issue; telephone conference J. Donley and N. Finch (1.0); telephone conference with M. Cascino (.1). |
| 11/29/2011 | KCM | 535.00 | 0.90 | Meet with TWS re mediation issue; review correspondence from Garlock and co-appellee counsel re appeal issues; analyze 2019 appeals issues |
| 11/29/2011 | TWS | 710.00 | 0.20 | Telephone conferences with EI and J. Rice re 2019 appeals [split charge]. |
| 11/30/2011 | TWS | 710.00 | 0.20 | Review 2019 statement re appeals. |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 11/30/2011 | TWS | 710.00 | 0.90 | Consider mediation issue in 2019 appeals: formulate potential approach and discuss same with KCM [split charge]. |
| 11/30/2011 | KCM | 535.00 | 1.10 | Meet with TEP re appeals; review proposed motion and order for extension and related correspondence; plan/prepare for and meet with TWS re appeal issue; draft/revise memo re mediation and settlement issues and review/analyze related documents |
| 11/30/2011 | SJD | 205.00 | 0.30 | File and organize papers relating to recent designation filing. |
| 11/30/2011 | TEP | 340.00 | 0.30 | Re Garlock Appeal: Review motion re: extension (.5); review materials re: appeal (.4); confer with KCM re: same (.3). (Divided amoung 4 clients) |
| 12/1/2011 | TEP | 340.00 | 0.10 | Confer with KCM re: appeal (0.3); review materials re: same (0.1) (Divided among 4 clients). |
| 12/1/2011 | KCM | 535.00 | 1.60 | Draft/revise update memo to ACC (.6) and review/analyze related materials (.6); review/analyze briefs, cases and materials re appeal issues (.4.8); plan/prepare for and meet with TEP re appeal research issues (.4). (Divided among 4 clients). |
| 12/2/2011 | KCM | 535.00 | 1.00 | Review/analyze briefs, cases and materials re appeal issues (.6); finalize and send out update memo to Committee (.4). |
| 12/5/2011 | KGH | 240.00 | 1.50 | Research on privilege issue. |
| 12/5/2011 | KCM | 535.00 | 1.00 | Plan/prepare for appellee brief (.3); and review/analyze related briefs, cases and materials (.7). |
| 12/5/2011 | ZDO | 205.00 | 0.30 | At request of KCM, gather and provide 2019 documents to JMR. |
| 12/6/2011 | MEG | 205.00 | 0.10 | Conference with ZDO re 2019 statements (.4) (split among 4 companies) |
| 12/6/2011 | ZDO | 205.00 | 0.80 | At request of KCM, research previously filed 2019 Verified Statements (1.5) ; compile information re same (1.5); resolve committee members which have yet to file (.2). |
| 12/6/2011 | KCM | 535.00 | 1.00 | Review/analyze cases, briefs (.6); and materials and plan/prepare for appellate brief (.4). |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 12/6/2011 | KGH | 240.00 | 7.80 | Research on privilege issue. |
| 12/7/2011 | KGH | 240.00 | 5.60 | Research and draft memos on privilege issue. |
| 12/7/2011 | KCM | 535.00 | 1.10 | Review/analyze briefs, cases and materials |
| 12/8/2011 | KCM | 535.00 | 0.30 | Plan/prepare for appeal brief (.1) and review related briefs (.2). |
| 12/12/2011 | KCM | 535.00 | 2.20 | Draft/revise response to Garlock's emergency motion re appeal (.4) and review/analyze related briefs and materials (.4); communicate with appellee counsel re response to emergency motion (.2); communicate with JMR re appeal issue (.3); review/analyze Garlock appeal brief (.5); review/analyze cases and materials re appeal (.4). |
| 12/12/2011 | TEP | 340.00 | 0.10 | Attend conference call re: appeal (0.4); prepare materials re: appeal (0.2).  (Total time split up among Grace, NARCO, PCC and Flintkote.) |
| 12/12/2011 | JMR | 380.00 | 1.80 | Review papers regarding Garlock's motions to access 2019 statements (.8); research regarding impact of consolidation (.2); research re procedural issues (.8). |
| 12/13/2011 | JMR | 380.00 | 1.70 | Review Garlock's appellate brief and consult cases cited therein (.7); telephone call with co-appellees re issues with responses (.2); research regarding standing issues (.8). |
| 12/13/2011 | KCM | 535.00 | 2.00 | Finalize and send out response to emergency appeal motion (.5); review/analyze Garlock appeal brief(.6); plan/prepare for response (.3) and review/analyze related briefs and materials (.4); communicate with JMR and appellee counsel re appeal issues (.2). |
| 12/13/2011 | ZDO | 205.00 | 0.30 | Provide previously gathered 2019 documents to KCM for review. |
| 12/14/2011 | MEG | 205.00 | 0.20 | Review filings re 2019 appeal and gather select documents per ZDO (.8) |
| 12/14/2011 | ZDO | 205.00 | 1.10 | Assemble ROA documents from Appellants' Opening Brief (3.6); prepare for attorney review (.8). |
| 12/14/2011 | KCM | 535.00 | 1.70 | Review/analyze briefs, cases and materials re appeal issues |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 12/14/2011 | JMR | 380.00 | 2.40 | Research and analysis re standing issue |
| 12/14/2011 | SJD | 205.00 | 0.80 | Organize and create electronic files for appeal documents. |
| 12/15/2011 | JMR | 380.00 | 2.20 | Continue research and analysis regarding issues for Grace response to Garlock's appeal |
| 12/15/2011 | KCM | 535.00 | 1.80 | Review/edit section of appeal brief (.8); review analyze cases and materials re appeal brief (1.0). |
| 12/15/2011 | ZDO | 205.00 | 0.30 | Per KCM, revise Appellant Opening Brief case index; add non-overlapping cases and supplement index with decision dates. |
| 12/16/2011 | KCM | 535.00 | 1.60 | Telephone conference with PVNL re 2019 appeal issues (.2); plan/prepare for and telephone conference with appellee counsel re appeal issues (.6); review/edit section of appeal brief and review/analyze related cases and materials (.8). |
| 12/16/2011 | SJD | 205.00 | 0.30 | Update J:drive files per KCM. |
| 12/19/2011 | TWS | 710.00 | 0.10 | Telephone conference with EI re memo on privilege issue |
| 12/19/2011 | TWS | 710.00 | 0.30 | Note to TAC re PD matters |
| 12/19/2011 | KCM | 535.00 | 2.10 | Outline arguments and draft/revise appeal brief (.7); review/analyze cases and materials re appeal brief(1.2); communicate with JMR re research (.2). |
| 12/19/2011 | SJD | 205.00 | 0.40 | Assist with filing of pleadings. |
| 12/20/2011 | KCM | 535.00 | 2.20 | Draft/revise appeal brief (.7) and review/analyze related briefs, cases and materials (1.5) |
| 12/20/2011 | TWS | 710.00 | 0.50 | Read memo re privilege issue and e-mail team re same |
| 12/21/2011 | KCM | 535.00 | 1.60 | Draft/revised appeal brief (.6) and review/analyze related briefs, cases and materials (1.0). |
| 12/22/2011 | KCM | 535.00 | 2.20 | Draft/revise appeal brief (.8) and review/analyze related cases and materials (1.0); communicate with JMR re research and brief issues (.4). |
| 12/23/2011 | KCM | 535.00 | 1.10 | Draft/revise appeal brief (.5) and review/analyze related cases and materials (.6). |

| | | | | |
|---|---|---|---|---|
| 12/27/2011 | KCM | 535.00 | 1.50 | Draft/revise appeal brief (.6) and review/analyze related cases and materials (.6); communicate with JMR re research (.3). |
| 12/28/2011 | KCM | 535.00 | 1.80 | Draft/revise appeal brief (.7) and review/analyze related cases and materials (.9); communicate with JMR re research and appeal issues (.2). |
| 12/29/2011 | KCM | 535.00 | 2.10 | Plan/prepare for and attend telephone conference with JMR re appeal brief issues (.6); draft/revise brief (.7) and review/analyze related cases and materials (.8). |
| 12/30/2011 | KCM | 535.00 | 1.90 | Draft/revise appeal brief (.7) and review/analyze related cases and materials (.9); communicate with JMR re research and brief issues (.3). |
| 12/30/2011 | SIK | 400.00 | 1.70 | Legal research on issues for 2019 appeal (4.5); draft email memo concerning legal research for 2019 appeal (2.3) (Divided among 4 clients) |

**Total Task Code .16        118.70**

**Plan & Disclosure Statement (17.80 Hours; $ 15,099.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 2.50 | $1,000 | 2,500.00 |
| Peter Van N. Lockwood | 11.40 | $905 | 10,317.00 |
| Trevor W. Swett | .40 | $710 | 284.00 |
| Ann C. McMillan | 1.40 | $625 | 875.00 |
| James P. Wehner | 2.10 | $535 | 1,123.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/3/2011 | PVL | 905.00 | 0.40 | Tcn Frankel, Wyron & EI |
| 10/4/2011 | ACM | 625.00 | 0.20 | Exchange e-mails with C. Meisenkothen re document depository. |
| 10/11/2011 | PVL | 905.00 | 0.40 | Rv Wyron email and S.Ct. of Montana indemnity op. and reply |
| 10/12/2011 | EI | 1,000.00 | 0.30 | Telephone conference with Horkovich/Garbowski re: Allstate and Munich Re policies (.3). |

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 10/18/2011 | PVL | 905.00 | 1.00 | Rv email (.2); tcn Finke, Donley, Hughes, Wyron et al (.8) |
| 10/18/2011 | EI | 1,000.00 | 0.20 | Read memo re: debtor motion and telephone conference with PVNL re: same (.2). |
| 10/19/2011 | EI | 1,000.00 | 0.30 | Telephone conference with PVNL re: discussion with debtor et al (.3). |
| 10/19/2011 | PVL | 905.00 | 0.20 | Teleconference EI |
| 10/28/2011 | PVL | 905.00 | 0.10 | Teleconference EI |
| 10/31/2011 | PVL | 905.00 | 0.80 | Rv Monaco ltr (.1); teleconference Hurford (.1); teleconference Wyron (.6) |
| 11/1/2011 | PVL | 905.00 | 1.00 | Rv email and reply (.1); tcn Shelnitz, Finke, Donley, Frankel, Wyron et al (.9) |
| 11/5/2011 | EI | 1,000.00 | 0.20 | Read Rapp memos re: sale and merger (.2). |
| 11/9/2011 | PVL | 905.00 | 0.20 | Rv revised order re interco. mergers |
| 11/10/2011 | PVL | 905.00 | 1.00 | Rv emails re asset sale (.1); teleconference Frankel re asset sale and interco. mergers (.9) |
| 11/11/2011 | PVL | 905.00 | 1.10 | Rv emails & reply (.1); teleconferences Frankel (.4); tcn Shelnitz, Baer, Paul, Higgins, Frankel et al (.6) |
| 11/14/2011 | PVL | 905.00 | 0.40 | Teleconference Frankel (.1); rv revised draft orders and ltr re sub. mergers and sale order (.2); rv 5 misc. filings (.1) |
| 11/15/2011 | PVL | 905.00 | 1.30 | Tcn Shelnitz, Donley, Paul, Frankel, et al (1.0); teleconference EI (.3) |
| 11/16/2011 | PVL | 905.00 | 0.10 | Rv emails and reply |
| 11/16/2011 | PVL | 905.00 | 0.10 | Rv COCs re sale order and sub merger order |
| 11/21/2011 | JPW | 535.00 | 2.10 | E-mails re Forman Perry and protective order (1.0); review protective order (1.1) |
| 11/22/2011 | PVL | 905.00 | 0.10 | Rv emails and reply |
| 11/28/2011 | TWS | 710.00 | 0.40 | Confer with TEP re research and analytical project - privilege issue, and telephone conference with PVNL re same. |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 11/29/2011 | PVL | 905.00 | 0.30 | Tcn Shelnitz, Donley, Paul, Baer, Frankel, et al |
| 12/1/2011 | PVL | 905.00 | 0.20 | Rv Phillips email & reply |
| 12/2/2011 | EI | 1,000.00 | 0.10 | Scheduling meeting re pending matters (.1). |
| 12/5/2011 | EI | 1,000.00 | 0.10 | Status inquiry to R. Horkovich (.1). |
| 12/6/2011 | EI | 1,000.00 | 0.20 | Telephone conference R. Frankel and memo to J. Rice re: Stengel (.2). |
| 12/7/2011 | ACM | 625.00 | 0.20 | Teleconference two Grace claimants re status of case. |
| 12/8/2011 | ACM | 625.00 | 0.20 | Exchange e-mails with R. Phillips re ZAI exposures. |
| 12/8/2011 | EI | 1,000.00 | 0.40 | Zonolite matters and memo to M. Peterson (.3); telephone conference PVNL re: Libby meeting (.1). |
| 12/8/2011 | PVL | 905.00 | 0.20 | Rv several emails & reply |
| 12/9/2011 | PVL | 905.00 | 0.10 | Rv emails & reply and teleconference EI |
| 12/9/2011 | EI | 1,000.00 | 0.10 | Scheduling meeting re pending matters (.1). |
| 12/12/2011 | PVL | 905.00 | 0.30 | Rv Towers Watson rept. |
| 12/13/2011 | PVL | 905.00 | 1.00 | Tcn Shelnitz, Donley, Hughes, Paul, Baer, Frankel & Wyron |
| 12/15/2011 | PVL | 905.00 | 0.10 | Rv Paul memo |
| 12/19/2011 | ACM | 625.00 | 0.30 | Exchange e-mails with EI re ZAI claims. |
| 12/19/2011 | EI | 1,000.00 | 0.30 | Status inquiry to R. Horkovich (.1); memos with ACM re: Zonolite (.2). |
| 12/20/2011 | EI | 1,000.00 | 0.20 | Read memos from R. Horkovich (.1); telephone conference with R. Horkovich re: same (.1). |
| 12/21/2011 | EI | 1,000.00 | 0.10 | Telephone conference ACM re: Zonolite issue (.1). |
| 12/21/2011 | ACM | 625.00 | 0.50 | Teleconference EI re Zonalite claims (.1); teleconference M. Peterson re same (.2); exchange e-mails with EI re same (.2). |
| 12/21/2011 | PVL | 905.00 | 0.90 | Teleconference Wyron re pending matter. |

| | | | | |
|---|---|---|---|---|
| 12/27/2011 | PVL | 905.00 | 0.10 | Rv motion re amended credit agmt |

**Total Task Code .17        17.80**


## Fee Auditor Matters (7.10 Hours; $ 3,671.50)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 6.50 | $545 | 3,542.50 |
| Eugenia Benetos | .60 | $215 | 129.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/3/2011 | RCT | 545.00 | 0.70 | Collect information for fee auditor (.7). |
| 10/3/2011 | RCT | 545.00 | 0.40 | Conference EB re: fee auditor issues (.4). |
| 10/5/2011 | RCT | 545.00 | 1.20 | Collect information for fee auditor (.8); emails to PVNL/JPW re: time entries (fee auditor) (.4). |
| 10/5/2011 | RCT | 545.00 | 0.30 | Draft response to inquiry re: PVNL/JPW time entries (.3). |
| 10/6/2011 | RCT | 545.00 | 1.30 | Draft fee examiner response (1.3). |
| 10/6/2011 | RCT | 545.00 | 0.70 | Additional queries re: airfare (.7). |
| 10/11/2011 | RCT | 545.00 | 0.50 | Review fee examiner email request for additional information, 41st app (.2); emails to PVNL and TWS assistants re: same (.2); email PVNL re: fee issue (.1). |
| 10/25/2011 | EB | 215.00 | 0.60 | Draft emails re: monthly filings for ECF by local counsel. |
| 10/27/2011 | RCT | 545.00 | 0.50 | Address fee auditor issues (.5). |
| 10/31/2011 | RCT | 545.00 | 0.90 | Review and approve Omnibus order as to C&D (.1); review Fee Auditor's Omnibus Report (.4); conference EB re: fee/payment issues (.4). |

**Total Task Code .32        7.10**

Other Charges:

| | |
|---|---|
| Air Freight & Express Mail | $48.77 |
| Local Transportation – DC | $21.12 |
| Pacer - Database Charges | $220.24 |
| Database Research | $4,614.68 |
| Xeroxing | $8.20 |
| Long Distance-Equitrac In-House | $1.16 |
| **Total** | **$4,914.17** |