**EXHIBIT B**

**Case Administration (9.90 Hours; $ 6,440.50)**

Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**            9.90

**Committee, Creditors', Noteholders' or Equity Holders' (33.90 Hours; $ 12,192.00)**

Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07**            33.90

**Employment Applications, Others (5.00 Hours; $ 1,151.00)**

Services rendered in this category pertain to the review of the retention applications of professionals and expert other than Caplin & Drysdale.

**Total Task Code .10**            5.00

**Fee Applications, Applicant (46.20 Hours; $ 21,321.00)**

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12**            46.20

**Fee Applications, Others (1.40 Hours; $ 760.00)**

Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13**            1.40

- 2 -

**Litigation and Litigation Consulting (118.70 Hours; $ 45,329.50)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from automatic stay.

**Total Task Code .16        118.70**

**Plan & Disclosure Statement (17.80 Hours; $ 15,099.50)**

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17        17.80**

**Fee Auditor Matters (7.10 Hours; $ 3,671.50)**

Services rendered in this category pertain to the review of and response to reports by the fee auditor.

**Total Task Code .32        7.10**