## **EXHIBIT C**

Other Charges:

| | |
|---|---|
| Air Freight & Express Mail | $48.77 |
| Local Transportation – DC | $21.12 |
| Pacer - Database Charges | $220.24 |
| Database Research | $4,614.68 |
| Xeroxing | $8.20 |
| Long Distance-Equitrac In-House | $1.16 |
| **Total** | **$4,914.17** |