**Client Number:   4642**              **Grace Asbestos Personal Injury Claimants**                                                Page: 1

**Matter     000**                      **Disbursements**                                                                          11/17/2011

Attn:                                                                                          Print Date/Time: 11/17/2011 11:58:04AM

                                                                                                                        Invoice #

# PREBILL / CONTROL REPORT

                                                            Trans Date Range:  1/1/1950  to: 10/31/2011

**Matter     000**
**Disbursements**

Bill Cycle:     Monthly           Style:      i1         Start:   4/16/2001    Last Billed :   10/20/2011              13,655

                                  $4,806.34
Client Retainers Available                  Committed to Invoices:         $0.00        Remaining:         $4,806.34

                                                         $3,918,753.33
                                  Total Expenses Billed To Date       Billing Empl:       0120      Elihu  Inselbuch
                                                                      Responsible Empl:   0120      Elihu  Inselbuch
                                                                      Alternate Empl:     0120      Elihu  Inselbuch
                                                                      Originating Empl:   0120      Elihu  Inselbuch

**Summary  by Employee**

|  |  |  | ---------- A C T U A L ---------- |  | ---------- B I L L I N G --------- |  |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 14.14 | 0.00 | 14.14 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 220.52 | 0.00 | 220.52 |
| **Total Fees** |  |  | **0.00** | **234.66** | **0.00** | **234.66** |

**Detail Time / Expense by  Date**

|  |  |  |  |  |  | ---------- A C T U A L ---------- |  |  | ---------- B I L L I N G --------- |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl |  | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 2758873 | Federal Express -Delivery to M.Brushwood, 9/23/11 (EI) | E | 10/14/2011 | 0120 | EI |  | 0.00 | $14.14 |  | 0.00 | $14.14 | 14.14 |
| 2759422 | Equitrac - Long Distance to 17135105638 | E | 10/19/2011 | 0999 | C&D |  | 0.00 | $0.08 |  | 0.00 | $0.08 | 14.22 |
| 2763546 | Pacer Service Center -Database Research Svc., 7/1/11 - 9/30/11 | E | 10/26/2011 | 0999 | C&D |  | 0.00 | $215.44 |  | 0.00 | $215.44 | 229.66 |

C&D

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Matter** 000 | | **Disbursements** | | | | | | | | 11/17/2011 |

Print Date/Time: 11/17/2011 11:58:04AM

Attn:

| | | | | | | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|
| 2763563 | Pacer Service Center -Database Research Svc., 7/1/11 - 9/30/11 | | E | 10/26/2011 | 0999 | | 0.00 | $4.80 | 0.00 | $4.80 | 234.46 |
| 2770927 | Photocopy | | E | 10/31/2011 | 0999 | C&D | 0.00 | $0.20 | 0.00 | $0.20 | 234.66 |

| **Total Expenses** | | | | |
|---|---|---|---|---|
| | | $234.66 | | $234.66 |
| | 0.00 | | 0.00 | |
| Matter Total Fees | | 0.00 | | 0.00 |
| Matter Total Expenses | | 234.66 | | 234.66 |
| Matter Total | 0.00 | 234.66 | 0.00 | 234.66 |
| | | | | |
| Prebill Total Fees | | | | |
| Prebill Total Expenses | | $234.66 | | $234.66 |
| Prebill Total | 0.00 | $234.66 | 0.00 | $234.66 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 74,007 | 04/22/2010 | 55,577.50 | 137.53 |
| 81,285 | 05/23/2011 | 132,022.00 | 26,404.40 |
| 81,857 | 06/17/2011 | 386,845.50 | 77,369.10 |
| 82,245 | 07/26/2011 | 158,259.25 | 31,651.85 |
| 83,038 | 08/22/2011 | 31,495.00 | 6,299.00 |
| 83,360 | 09/26/2011 | 32,416.50 | 6,483.30 |
| 83,859 | 10/20/2011 | 13,318.58 | 13,318.58 |
| | | 809,934.33 | 161,663.76 |

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | Page: 1 |
|---|---|---|---|---|
| Matter | 000 | Disbursements | | 11/17/2011 |

Print Date/Time: 11/17/2011 11:58:04AM

Attn:

Invoice #

## PREBILL / CONTROL REPORT

Trans Date Range:  1/1/1950  to: 11/30/2011

**Matter      000**
**Disbursements**

| Bill Cycle: | Monthly | Style: | i1 | Start: | 4/16/2001 | Last Billed : | 11/22/2011 | 13,655 |

| | $4,806.34 | | | | |
|---|---|---|---|---|---|
| Client Retainers Available | | Committed to Invoices: | $0.00 | Remaining: | $4,806.34 |

$3,918,987.99
Total Expenses Billed To Date

| Billing Empl: | 0120 | Elihu Inselbuch |
| Responsible Empl: | 0120 | Elihu Inselbuch |
| Alternate Empl: | 0120 | Elihu Inselbuch |
| Originating Empl: | 0120 | Elihu Inselbuch |

**Summary by Employee**

| | | | ---------- ACTUAL ---------- | | ---------- BILLING ---------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0120 | EI | Elihu Inselbuch | 0.00 | 10.36 | 0.00 | 10.36 |
| 0220 | SKL | Suzanne K Lurie | 0.00 | 3.40 | 0.00 | 3.40 |
| 0390 | SJD | Sara Joy DelSavio | 0.00 | 5.00 | 0.00 | 5.00 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 1,980.74 | 0.00 | 1,980.74 |
| **Total Fees** | | | **0.00** | **1,999.50** | **0.00** | **1,999.50** |

**Detail Time / Expense by Date**

| | | | | | ---------- ACTUAL ---------- | | | ---------- BILLING ---------- | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 2772804 | Federal Express -Delivery to M.Lautner, 10/24/11 (EI) | E | 11/15/2011 | 0120 EI | | 0.00 | $10.36 | | 0.00 | $10.36 | 10.36 |
| 2773716 | Equitrac - Long Distance to 12123199240 | E | 11/16/2011 | 0999 C&D | | 0.00 | $0.08 | | 0.00 | $0.08 | 10.44 |

| Client Number: | 4642 | | | | | Grace Asbestos Personal Injury Claimants | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Matter** | **000** | | | | | **Disbursements** | | | | | 11/17/2011 |

Print Date/Time: 11/17/2011 11:58:04AM

Attn:

Invoice #

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2773435 | Petty Cash -O/T Cab Fare to residence, 11/3/11 (SJD; Split b/w clients 5344, 4642, 5028, & 5155) | E | 11/17/2011 | 0390 | SJD | 0.00 | $2.50 | 0.00 | $2.50 | 12.94 |
| 2773438 | Petty Cash -O/T Cab Fare to residence, 11/1/11 (SJD; Split b/w clients 5344, 4642, 5028, & 5155) | E | 11/17/2011 | 0390 | SJD | 0.00 | $2.50 | 0.00 | $2.50 | 15.44 |
| 2784553 | Photocopy | E | 11/18/2011 | 0999 | C&D | 0.00 | $1.90 | 0.00 | $1.90 | 17.34 |
| 2784893 | Photocopy | E | 11/28/2011 | 0220 | SKL | 0.00 | $3.40 | 0.00 | $3.40 | 20.74 |
| 2778924 | Database Research - By KGH on Nov 29-30 | E | 11/30/2011 | 0999 | C&D | 0.00 | $200.46 | 0.00 | $200.46 | 221.20 |
| 2778962 | Database Research - Westlaw by TEP on 11/28-30 | E | 11/30/2011 | 0999 | C&D | 0.00 | $1,121.80 | 0.00 | $1,121.80 | 1,343.00 |
| 2779010 | Database Research - Westlaw by KGH on 11/29 | E | 11/30/2011 | 0999 | C&D | 0.00 | $656.50 | 0.00 | $656.50 | 1,999.50 |

**Total Expenses**

$1,999.50

0.00                                     0.00

$1,999.50

| | | | | | |
|---|---|---|---|---|---|
| Matter Total Fees | | | 0.00 | | 0.00 |
| Matter Total Expenses | | | 1,999.50 | | 1,999.50 |
| Matter Total | | 0.00 | 1,999.50 | 0.00 | 1,999.50 |
| | | | | | |
| Prebill Total Fees | | | | | |
| Prebill Total Expenses | | | $1,999.50 | | $1,999.50 |
| Prebill Total | | 0.00 | $1,999.50 | 0.00 | $1,999.50 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 74,007 | 04/22/2010 | 55,577.50 | 137.53 |
| 81,285 | 05/23/2011 | 132,022.00 | 26,404.40 |
| 81,857 | 06/17/2011 | 386,845.50 | 77,369.10 |
| 82,245 | 07/26/2011 | 158,259.25 | 31,651.85 |
| 83,038 | 08/22/2011 | 31,495.00 | 6,299.00 |
| 83,360 | 09/26/2011 | 32,416.50 | 6,483.30 |
| 83,859 | 10/20/2011 | 13,318.58 | 13,318.58 |
| 84,500 | 11/22/2011 | 16,298.16 | 16,298.16 |
| | | 826,232.49 | 177,961.92 |

| | | |
|---|---|---|
| **Client Number: 4642** | **Grace Asbestos Personal Injury Claimants** | Page: 1 |
| **Matter     000** | **Disbursements** | 11/17/2011 |

Print Date/Time: 11/17/2011 11:58:04AM

Attn:

Invoice #

## PREBILL / CONTROL REPORT

Trans Date Range: 1/1/1950  to: 12/31/2010

**Matter     000**
**Disbursements**

| Bill Cycle: | Monthly | Style: | i1 | Start: | 4/16/2001 | Last Billed : | 12/15/2010 | 13,655 |

Client Retainers Available       $4,759.14       Committed to Invoices:       $0.00       Remaining:       $4,759.14

Total Expenses Billed To Date       $3,884,255.21

| | | |
|---|---|---|
| Billing Empl: | 0120 | Elihu Inselbuch |
| Responsible Empl: | 0120 | Elihu Inselbuch |
| Alternate Empl: | 0120 | Elihu Inselbuch |
| Originating Empl: | 0120 | Elihu Inselbuch |

**Summary by Employee**

| | | | ---------- ACTUAL ---------- | | ---------- BILLING ---------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0020 | PVL | Peter Van N Lockwood | 0.00 | 51.75 | 0.00 | 51.75 |
| 0120 | EI | Elihu Inselbuch | 0.00 | 2.40 | 0.00 | 2.40 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 3.08 | 0.00 | 3.08 |
| **Total Fees** | | | **0.00** | **57.23** | **0.00** | **57.23** |

**Detail Time / Expense by Date**

| | | | | | ---------- ACTUAL ---------- | | | ---------- BILLING ---------- | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 2625410 | Pacer Service Center -Svc., 7/1/10 - 9/30/10 (EI) | E | 12/02/2010 | EI 0120 | | 0.00 | $2.40 | | 0.00 | $2.40 | 2.40 |
| 2630883 | Equitrac - Long Distance to 14105314212 | E | 12/06/2010 | C&D 0999 | | 0.00 | $0.16 | | 0.00 | $0.16 | 2.56 |
| | | | | PVL | | | | | | | |

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 11/17/2011 |

Print Date/Time: 11/17/2011 11:58:04AM

Attn:

| | | | | | | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|
| 2634668 | Petty Cash -Lunch while on travel to/from Wilmington, DE, 12/12/10  (PVNL) | E | 12/20/2010 | 0020 | | 0.00 | $13.75 | 0.00 | $13.75 | 16.31 |
| | | | | | PVL | | | | | |
| 2634669 | Petty Cash -Parking at DC Union Station while on travel to/from Wilmington, DE, 12/12/10  (PVNL) | E | 12/20/2010 | 0020 | | 0.00 | $18.00 | 0.00 | $18.00 | 34.31 |
| | | | | | C&D | | | | | |
| 2636001 | Equitrac - Long Distance to 13028886258 | E | 12/22/2010 | 0999 | | 0.00 | $0.08 | 0.00 | $0.08 | 34.39 |
| | | | | | C&D | | | | | |
| 2636039 | Equitrac - Long Distance to 13028886258 | E | 12/22/2010 | 0999 | | 0.00 | $2.76 | 0.00 | $2.76 | 37.15 |
| | | | | | C&D | | | | | |
| 2636091 | Equitrac - Long Distance to 17735026166 | E | 12/22/2010 | 0999 | | 0.00 | $0.04 | 0.00 | $0.04 | 37.19 |
| | | | | | C&D | | | | | |
| 2636274 | Equitrac - Long Distance to 13369269145 | E | 12/22/2010 | 0999 | | 0.00 | $0.04 | 0.00 | $0.04 | 37.23 |
| | | | | | PVL | | | | | |
| 2636922 | Business Card -ADA Travel reconciliation, re: Agent Fee for Coach Train Fare to/from Wilmington, DE, 12/13/10  (PVNL; Split b/w clients 4642 & 5334) | E | 12/30/2010 | 0020 | | 0.00 | $20.00 | 0.00 | $20.00 | 57.23 |

**Total Expenses**                                           $57.23
                                                                                       $57.23
                                                    0.00                    0.00
              Matter Total Fees                           0.00                    0.00
              Matter Total Expenses                      57.23                   57.23
              Matter Total                    0.00       57.23        0.00       57.23

              Prebill Total Fees
              Prebill Total Expenses                    $57.23                  $57.23
              Prebill Total                  0.00       $57.23        0.00      $57.23

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 47,114 | 09/30/2004 | 6,171.50 | 1,234.30 |
| 48,027 | 12/27/2004 | 1,419.00 | 283.80 |
| 50,276 | 06/27/2005 | 8,030.50 | 1,606.10 |
| 74,007 | 04/22/2010 | 55,577.50 | 137.53 |
| 76,402 | 08/17/2010 | 9,721.50 | 1,944.30 |
| 77,013 | 09/24/2010 | 9,302.00 | 1,860.40 |
| 77,889 | 10/25/2010 | 12,901.00 | 2,580.20 |
| 78,379 | 11/18/2010 | 9,510.86 | 9,510.86 |
| 78,953 | 12/15/2010 | 14,949.57 | 14,949.57 |
| | | 127,583.43 | 34,107.06 |

| Client Number: 4642 | Grace Asbestos Personal Injury Claimants | Page: 1 |
|---|---|---|
| Matter       000 | Disbursements | 11/17/2011 |

Attn:

Print Date/Time: 11/17/2011 11:58:04AM

Invoice #