IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | |
| | : | Chapter 11 |
| | : | |
| W. R. GRACE & CO., et al, | : | Case No. 01-1139 (JJF) |
| | : | |
| Debtor | : | Jointly Administered |
| | : | |
| | : | **Objection Deadline: March 6, 2012 @ 4:00 p.m.** |

**NOTICE OF FORTY-THIRD INTERIM FEE APPLICATION REQUEST OF
CAPLIN & DRYSDALE, CHARTERED FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD OCTOBER 1, 2011 THROUGH DECEMBER 31, 2011**

Name of Applicant:  Caplin & Drysdale, Chartered

Authorized to Provide Professional Services to:  The Official Committee of Asbestos Personal Injury Claimants

Date of Retention:  April 12, 2001

Period for which Compensation and Reimbursement is sought:  October 1, 2011 through December 31, 2011

Total Amount of Compensation sought as
actual, reasonable and necessary for applicable period: $105,965.00

Total Amount of Expense Reimbursement
sought as actual, reasonable and necessary for applicable period: $4,914.17

Total Amount of Compensation Paid as
actual, reasonable and necessary for applicable period: $12,850.00

Total Amount of Expense Reimbursement Paid
as actual, reasonable and necessary for applicable period**:** $234.66

Total Amount of Holdback Fees Sought for applicable period: $21,193.00

**EXHIBIT D**

**CUMULATIVE SUMMARY OF MONTHLY APPLICATIONS OF
CAPLIN & DRYSDALE, CHARTERED, FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD OCTOBER 1, 2011 THROUGH DECEMBER 31, 2011**

**SUMMARY OF MONTHLY FEE AND EXPENSE STATEMENTS FOR COMPENSATION PERIOD:**

|  |  | **Requested** |  | **Paid** |  |
| --- | --- | --- | --- | --- | --- |
| **Date Filed; Docket No.** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| 11/30/2011; DI 28055 | October, 2011 | **$16,063.50** | **$234.66** | **$12,850.00** | **$234.66** |
| 12/30/2011; DI 28296 | November 2011 | **$44,261.00** | **$1,999.50** | **Pending** | **Pending** |
| 01/30/2012; DI 28434 | December 2011 | **$45,640.50** | **$2,680.01** | **Pending** | **Pending** |

**CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY**

| Project Category (Examples) | Cumulative October to December 2011 Hours | Cumulative October to December 2011 Value | Cumulative From Start of Case Hours | Cumulative From Start of Case Value |
| --- | --- | --- | --- | --- |
| Asset Analysis and Recovery | .0 | $.00 | 24.2 | $ 13,487.00 |
| Asset Disposition | .0 | .00 | 8.8 | 5,366.00 |
| Business Operations | .0 | .00 | 63.2 | 36,013.50 |
| Case Administration | 9.9 | 6,440.50 | 5,608.1 | 1,767,646.50 |
| Claim Analysis Objection & Resolution (Asbestos) | .0 | .00 | 1,876.5 | 786,519.00 |
| Claim Analysis Objection & Resolution (Non-Asbestos) | .0 | .00 | 90.5 | 47,022.50 |
| Committee, Creditors', Noteholders' or Equity Holders' | 33.9 | 12,192.00 | 171.6 | 100,621.00 |
| Employee Benefits/Pension | .0 | .00 | 20.5 | 14,068.50 |
| Employment Applications, Applicant | .0 | .00 | 62.3 | 18,649.50 |

{D0218856.1 }

| | | | | |
|---|---:|---:|---:|---:|
| Employment Applications, Others | 5.0 | 1,151.00 | 89.2 | 42,674.00 |
| Fee Applications, Applicant | 46.2 | 21,321.00 | 832.6 | 284,856.00 |
| Fee Applications, Others | 1.4 | 760.00 | 124.4 | 49,164.00 |
| Financing | .0 | .00 | 5.4 | 4,521.00 |
| Hearings | .0 | .00 | 412.1 | 322,110.00 |
| Litigation and Litigation Consulting | 118.7 | 45,329.50 | 28,230.0 | 12,657,441.50 |
| Plan & Disclosure Statement | 17.8 | 15,099.50 | 5,758.9 | 3,478,323.00 |
| Relief from Stay Proceedings | .0 | .00 | 3.5 | 2,417.00 |
| Tax Issues | .0 | .00 | 139.2 | 56,206.00 |
| Tax Litigation | .0 | .00 | 29.7 | 10,175.00 |
| Travel-Non-Working | .0 | .00 | 1,838.2 | 483,777.25 |
| Valuation | .0 | .00 | 5.5 | 3,775.00 |
| ZAI Science Trial | .0 | .00 | 5.9 | 1,688.00 |
| Fraudulent Auditor Matters | .0 | .00 | .5 | 170.00 |
| Fee Auditor Matters | 7.1 | 3,671.50 | 194.5 | 98,519.50 |
| **Totals** | **240.0** | **$105,965.00** | **45,595.3** | **20,285,210.75** |

{D0218856.1 }

## CUMULATIVE EXPENSE SUMMARY

| Expense Category (Examples) | Total Expenses For The Period 10/1/11 – 12/31/11 | Total Expense From The Petition Date |
|---|---:|---:|
| Computer Assisted Research | $4,834.92 | $ 409,926.31 |
| Research Material | .00 | 12,254.04 |
| Air Freight & Express Mail | 48.77 | 24,978.91 |
| Outside Local Deliveries | .00 | 4,484.35 |
| Filing Fees | .00 | 164.75 |
| Outside Fax Service | .00 | 12.00 |
| Conference Meals | .00 | 14,348.47 |
| Outside Photocopy Service | .00 | 328,949.34 |
| Professional Fees & Expert Witness Fees | .00 | 2,215,805.86 |
| Court Reporting/Transcript Service | .00 | 220,225.49 |
| Miscellaneous Client Advances | .00 | 65,093.76 |
| Air & Train Transportation | .00 | 221,448.74 |
| Meals Related to Travel | .00 | 30,517.84 |
| Travel Expenses – Hotel Charges | .00 | 129,037.74 |
| Travel Expenses – Ground Transportation | .00 | 85,854.86 |
| Travel Expenses – Miscellaneous | .00 | 2,411.90 |
| Travel Expenses – LD Calls on Hotel Bill | .00 | 1,956.43 |
| Local Transportation - DC | 21.12 | 6,966.38 |
| Local Transportation – NY | .00 | 539.80 |
| Xeroxing | 8.20 | 116,084.65 |
| Postage | .00 | 6,980.95 |
| Overtime Expenses | .00 | .00 |
| Overtime Meals | .00 | 26.20 |
| Telecopier | .00 | 2,397.40 |
| Long Distance –Credit Card | .00 | 1,080.99 |
| Long Distance Telephone – DC | 1.16 | 2,577.33 |
| NYO Long Distance Telephone | .00 | 16,318.80 |
| Use of Cell/Home Phone | .00 | 3,216.99 |
| Conference Call Services | .00 | 7.12 |
| **TOTAL** | **$ 4,914.17** | **$ 3,923,667.40** |

{D0218856.1 }

                                                    CAPLIN & DRYSDALE

                                                    */s/Elihu Inselbuch*
                                                    Elihu Inselbuch
                                                    Rita C. Tobin
                                                    Caplin & Drysdale, Chartered
                                                    375 Park Avenue, 35th Floor
                                                    New York, NY 10152-3500
                                                    (212) 319-7125

                                                    *National Counsel for Official Committee*
                                                    *Of Asbestos Personal Injury Claimants*

Dated: February 15, 2012

{D0218856.1 }