Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period November 1, 2011 through December 31, 2011

| Date | Staff | Description | Hours | 2011 Rate | Amount |
|---|---|---|---|---|---|
| Bradley Rapp - Senior Managing Director | | | | | |
| 03-Oct-11 | BR | Review of weekly update report on Grace.* | 0.10 | $ 625.00 | $ 62.50 |
| 02-Nov-11 | BR | Tel C w/ J Sinclair to discuss question raised by Peter Lockwood in connection with sale of Grace's vermiculite business. | 0.20 | $ 625.00 | $ 125.00 |
| 09-Nov-11 | BR | Review of weekly update report on Grace. | 0.10 | $ 625.00 | $ 62.50 |
| 17-Nov-11 | BR | Review of orders relating to various Grace motions previously reviewed at request of counsel to the ACC. | 1.10 | $ 625.00 | $ 687.50 |
| 22-Nov-11 | BR | Review of weekly update report on Grace. | 0.10 | $ 625.00 | $ 62.50 |
| 30-Nov-11 | BR | Review of weekly update report on Grace. | 0.10 | $ 625.00 | $ 62.50 |
| 14-Dec-11 | BR | Review of weekly update report on Grace. | 0.10 | $ 625.00 | $ 62.50 |
| | | Total Bradley Rapp | 1.80 | | $ 1,125.00 |
| James Sinclair - Senior Managing Director | | | | | |
| 01-Nov-11 | JS | Review, analyze Motion, Asset Purchase Agreement and attendant documents for sale of Vermiculite business for purposes of advising ACC counsel. | 3.40 | $625.00 | $ 2,125.00 |
| 01-Nov-11 | JS | Review, analyze Motion to merge certain Debtor subsidiaries into Grace-Conn. For purposes of advising ACC counsel. | 1.20 | $625.00 | $ 750.00 |
| 02-Nov-11 | JS | Review Rapp's memorandum on Motion to sell Vermiculite business and Motion to merge certain subsidiaries into Grace-Conn for comment. | 0.40 | $625.00 | $ 250.00 |
| 02-Nov-11 | JS | Call with B. Rapp regarding memorandum on Motion to sell Vermiculite business. | 0.20 | $625.00 | $ 125.00 |
| 04-Nov-11 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.60 | $625.00 | $ 375.00 |
| 07-Nov-11 | JS | Review Notice of Sale of Vermiculite Business for purposes of advising ACC counsel. | 1.70 | $625.00 | $ 1,062.50 |
| 09-Nov-11 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.50 | $625.00 | $ 312.50 |
| 09-Nov-11 | JS | Commence review and analysis of 3rd Quarter 2011 10-Q for monitoring and for purposes of advising ACC counsel. | 2.20 | $625.00 | $ 1,375.00 |
| 18-Nov-11 | JS | Continue review and analysis of 3rd Quarter 2011 10-Q for monitoring. | 2.70 | $625.00 | $ 1,687.50 |
| 21-Nov-11 | JS | Review pricing information and data for purposes of advising ACC counsel. | 0.60 | $625.00 | $ 375.00 |
| 28-Nov-11 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.60 | $625.00 | $ 375.00 |
| 05-Dec-11 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.50 | $625.00 | $ 312.50 |
| 14-Dec-11 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.60 | $625.00 | $ 375.00 |
| 19-Dec-11 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.50 | $625.00 | $ 312.50 |
| 23-Dec-11 | JS | Call with ACC counsel (Hurford) regarding Letter of Credit Facility Motion for purposes of advising ACC counsel. | 0.20 | $625.00 | $ 125.00 |
| 23-Dec-11 | JS | Review, analyze 2nd Amended Letter of Credit Facility Motion and attendant documents for purposes of advising ACC counsel. | 1.90 | $625.00 | $ 1,187.50 |
| 12/27/111 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.60 | $625.00 | $ 375.00 |
| | | Total James Sinclair | 18.40 | | $ 11,500.00 |
| Peter Cramp - Associate | | | | | |
| 07-Nov-11 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.70 | $345.00 | $ 586.50 |
| 14-Nov-11 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.50 | $345.00 | $ 517.50 |
| 21-Nov-11 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.40 | $345.00 | $ 483.00 |
| 28-Nov-11 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $345.00 | $ 552.00 |
| 28-Nov-11 | PC | Review October Fee Application. | 0.30 | $345.00 | $ 103.50 |
| 05-Dec-11 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $345.00 | $ 552.00 |
| 13-Dec-11 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.40 | $345.00 | $ 483.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period November 1, 2011 through December 31, 2011

| Date | Staff | Description | Hours | 2011 Rate | Amount |
|---|---|---|---|---|---|
| 19-Dec-11 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.80 | $345.00 | $ 621.00 |
| 27-Dec-11 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.70 | $345.00 | $ 586.50 |
| | | Total Peter Cramp | 13.00 | | $ 4,485.00 |
| | | | | | |
| Gibbons Sinclair - Senior Analyst | | | | | |
| 01-Nov-11 | GS | Review and modify Grace Sept Fee Application. | 0.50 | $ 290.00 | $ 145.00 |
| 28-Nov-11 | GS | Draft Grace October Fee Statement. | 1.60 | $ 290.00 | $ 464.00 |
| | | Total Gibbons Sinclair | 2.10 | | $ 609.00 |
| | | **TOTAL** | 35.30 | | $ 17,719.00 |

*Not included in October 2011 Invoice

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period November 1, 2011 through December 31, 2011

| Date | Staff | Description | Hours | 2011 Rate | Amount |
|---|---|---|---|---|---|
| Asset Analysis and Recovery | | | | | |
| 03-Oct-11 | BR | Review of weekly update report on Grace.* | 0.10 | $ 625.00 | $ 62.50 |
| 02-Nov-11 | BR | Tel C w/ J Sinclair to discuss question raised by Peter Lockwood in connection with sale of Grace's vermiculite business. | 0.20 | $625.00 | $ 125.00 |
| 02-Nov-11 | JS | Call with B. Rapp regarding memorandum on Motion to sell Vermiculite business. | 0.20 | $625.00 | $ 125.00 |
| 04-Nov-11 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.60 | $625.00 | $ 375.00 |
| 07-Nov-11 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.70 | $345.00 | $ 586.50 |
| 09-Nov-11 | BR | Review of weekly update report on Grace. | 0.10 | $625.00 | $ 62.50 |
| 09-Nov-11 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.50 | $625.00 | $ 312.50 |
| 14-Nov-11 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.50 | $345.00 | $ 517.50 |
| 17-Nov-11 | BR | Review of orders relating to various Grace motions previously reviewed at request of counsel to the ACC. | 1.10 | $ 625.00 | $ 687.50 |
| 21-Nov-11 | JS | Review pricing information and data for purposes of advising ACC counsel. | 0.60 | $625.00 | $ 375.00 |
| 21-Nov-11 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.40 | $345.00 | $ 483.00 |
| 22-Nov-11 | BR | Review of weekly update report on Grace. | 0.10 | $625.00 | $ 62.50 |
| 28-Nov-11 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $345.00 | $ 552.00 |
| 28-Nov-11 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.60 | $625.00 | $ 375.00 |
| 30-Nov-11 | BR | Review of weekly update report on Grace. | 0.10 | $625.00 | $ 62.50 |
| 05-Dec-11 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.50 | $625.00 | $ 312.50 |
| 05-Dec-11 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $345.00 | $ 552.00 |
| 13-Dec-11 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.40 | $345.00 | $ 483.00 |
| 14-Dec-11 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.60 | $625.00 | $ 375.00 |
| 14-Dec-11 | BR | Review of weekly update report on Grace. | 0.10 | $ 625.00 | $ 62.50 |
| 19-Dec-11 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.50 | $625.00 | $ 312.50 |
| 19-Dec-11 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.80 | $345.00 | $ 621.00 |
| 23-Dec-11 | JS | Call with ACC counsel (Hurford) regarding Letter of Credit Facility Motion for purposes of advising ACC counsel. | 0.20 | $625.00 | $ 125.00 |
| 27-Dec-11 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.70 | $345.00 | $ 586.50 |
| 27-Dec-11 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.60 | $625.00 | $ 375.00 |
| | | Total Asset Analysis and Recovery | 19.40 | | $ 8,569.00 |
| Fee Applications (Applicant) | | | | | |
| 01-Nov-11 | GS | Review and modify Grace Sept Fee Application. | 0.50 | $ 290.00 | $ 145.00 |
| 28-Nov-11 | GS | Draft Grace October Fee Statement. | 1.60 | $ 290.00 | $ 464.00 |
| 28-Nov-11 | PC | Review October Fee Application. | 0.30 | $345.00 | $ 103.50 |
| | | Total Fee Applications (Applicant) | 2.40 | | $ 712.50 |
| Financing | | | | | |
| 23-Dec-11 | JS | Review, analyze 2nd Amended Letter of Credit Facility Motion and attendant documents for purposes of advising ACC counsel. | 1.90 | $625.00 | $ 1,187.50 |
| | | Total Financing | 1.90 | | $ 1,187.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period November 1, 2011 through December 31, 2011

| Date | Staff | Description | Hours | 2011 Rate | Amount |
|---|---|---|---|---|---|
| **Asset Disposition** | | | | | |
| 01-Nov-11 | JS | Review, analyze Motion, Asset Purchase Agreement and attendant documents for sale of Vermiculite business for purposes of advising ACC counsel. | 3.40 | $ 625.00 | $ 2,125.00 |
| 01-Nov-11 | JS | Review, analyze Motion to merge certain Debtor subsidiaries into Grace-Conn. For purposes of advising ACC counsel. | 1.20 | $ 625.00 | $ 750.00 |
| 02-Nov-11 | JS | Review Rapp's memorandum on Motion to sell Vermiculite business and Motion to merge certain subsidiaries into Grace-Conn for comment. | 0.40 | $ 625.00 | $ 250.00 |
| 07-Nov-11 | JS | Review Notice of Sale of Vermiculite Business for purposes of advising ACC counsel. | 1.70 | $ 625.00 | $ 1,062.50 |
| | | Total Asset Disposition | 6.70 | | $ 4,187.50 |
| **Valuation** | | | | | |
| 09-Nov-11 | JS | Commence review and analysis of 3rd Quarter 2011 10-Q for monitoring and for purposes of advising ACC counsel. | 2.20 | $625.00 | $ 1,375.00 |
| 18-Nov-11 | JS | Continue review and analysis of 3rd Quarter 2011 10-Q for monitoring. | 2.70 | $625.00 | $ 1,687.50 |
| | | Total Valuation | 4.90 | | $ 3,062.50 |
| | | **TOTAL** | 35.30 | | $ 17,719.00 |

*Not included in October 2011 Invoice

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period November 1, 2011 through December 31, 2011
Summary of Professional Hours by Staff

| Professsional Staff | Hours | Rate | Amount |
|---|---|---|---|
| Bradley Rapp - Senior Managing Director | 1.80 | $ 625.00 | $ 1,125.00 |
| James Sinclair - Senior Managing Director | 18.40 | $ 625.00 | $ 11,500.00 |
| Peter Cramp - Associate | 13.00 | $ 345.00 | $ 4,485.00 |
| Gibbons Sinclair - Senior Analyst | 2.10 | $ 290.00 | $ 609.00 |
| Total Professional Hours and Fees | 35.30 | | $ 17,719.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Summary of Expenses Incurred - November 1, 2011 through December 31, 2011

| Date | Description of Item | Amount |
|---|---|---|
|  | No Expenses during this Period |  |
|  | Total Expenses November 1, 2011 through December 31, 2011 | $0.00 |