# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 1

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:    100055.WRG01 |
| January 12, 2012 | INVOICE:          246536 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

c/o Peter Van N. Lockwood, Esq.
Caplin & Drysdale
One Thomas Circle
Washington, DC 20005

**PROFESSIONAL SERVICES through 12/31/11**

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 12/01/11 | Begin reviewing draft invoice. | W011 | AHP | 0.80 |
| 12/01/11 | Analysis of selected insurance policies re: follow form and insurance company appeals issues. | W001 | GFF | 1.20 |
| 12/01/11 | Continued analyzing insurance policies re: payment issues and arbitration language. | W001 | IF | 0.60 |
| 12/01/11 | Work on insolvent claims analysis. | W001 | MG | 2.20 |
| 12/01/11 | Attention to issues concerning alternative claim projections. | W001 | RYC | 1.70 |
| 12/02/11 | Continued to analyze insurance policies re: payment issues and "arbitration" language. | W001 | IF | 1.10 |
| 12/02/11 | Work on cash flow analyses and calculations. | W001 | MG | 3.20 |
| 12/05/11 | Begin to review and revise time and expense entries and request backup. | W011 | AHP | 1.20 |
| 12/05/11 | Continue analysis of selected insurance policies re: follow form and insurance company appeals issues. | W001 | GFF | 1.70 |
| 12/05/11 | Continued to analyze reimbursement agreements re: payment issues, appeal issues and "arbitration" language. | W001 | IF | 0.80 |
| 12/05/11 | Work on insolvent claims analysis. | W001 | MG | 2.70 |
| 12/05/11 | Work on insurance company allocations for settlements and emails to R. Horkovich re: same. | W001 | MG | 3.30 |
| 12/05/11 | Attention to revised demand to insurance reimbursement insurance companies. | W001 | RMH | 1.20 |
| 12/06/11 | Continue to review and revise time and expense entries. | W011 | AHP | 1.60 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 2

| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
|---|---|---|
| January 12, 2012 | INVOICE: | 246536 |
| MATTER: CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 12/06/11 | Continue analysis of selected insurance policies re: follow form and insurance company appeals issues. | W001 | GFF | 1.10 |
| 12/06/11 | Work on insolvent claims recovery. | W001 | MG | 1.60 |
| 12/06/11 | Work on allocations for settlement negotiations. | W001 | MG | 2.30 |
| 12/07/11 | Additional revisions to time and expense entries (1.80); begin drafting monthly (.80). | W011 | AHP | 2.60 |
| 12/07/11 | Continue analysis of selected insurance policies re: non-cumulation clause issues. | W001 | GFF | 2.10 |
| 12/07/11 | Continued to analyze reimbursement agreements re: payment issues and "arbitration" language. | W001 | IF | 1.20 |
| 12/07/11 | Work on allocations for settlement negotiations. | W001 | MG | 3.20 |
| 12/07/11 | Work on insolvent claim, including teleconference with scheme representative for negotiation. | W001 | MG | 1.80 |
| 12/07/11 | Research and analysis in connection with pending claims issues disputes with insolvent insurance companies. | W001 | RYC | 2.70 |
| 12/08/11 | Proof changes (.60), request additional backup and review all (.60); begin drafting monthly fee application (1.20). | W011 | AHP | 2.40 |
| 12/08/11 | Continue analysis of selected insurance policies re: follow form and insurance company appeals issues (1.70); draft and revise insurance policy data spreadsheets (.40). | W001 | GFF | 2.10 |
| 12/08/11 | Work on insolvent claim, including communications with scheme representative for negotiation. | W001 | MG | 2.20 |
| 12/08/11 | Attention to fee application preparation issues. | W011 | RYC | 0.40 |
| 12/09/11 | Reviewed reimbursement agreement from 2009 re: maximum payment schedule. | W001 | IF | 1.20 |
| 12/09/11 | Continued to analyze reimbursement agreements re: payment issues and "arbitration" language. | W001 | IF | 1.30 |
| 12/09/11 | Revise insurance company allocations for possible buyout settlement. | W001 | MG | 4.30 |
| 12/09/11 | Work on insolvent claim, including communications with scheme representative for negotiation. | W001 | MG | 1.40 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                        EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 3

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:     100055.WRG01

January 12, 2012                              INVOICE:        246536

MATTER:  CLAIMANTS COMMITTEE                              ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 12/09/11 | Follow-up research and analysis in connection with pending claims issues disputes with insolvent insurance companies. | W001 | RYC | 1.30 |
| 12/12/11 | Continued to analyze reimbursement agreements re: payment issues and "arbitration" language. | W001 | IF | 1.40 |
| 12/12/11 | Continued to analyze insurance policies re: appeal and payment issues. | W001 | IF | 1.30 |
| 12/12/11 | Work on insolvent claim, including communications with scheme representative for negotiation, and draft email report re: same. | W001 | MG | 1.70 |
| 12/12/11 | Work on cash flow analyses and calculations. | W001 | MG | 1.60 |
| 12/12/11 | Review and comment upon fee application. | W011 | RYC | 0.40 |
| 12/13/11 | Finish drafting monthly fee application and forward for attorney approval. | W011 | AHP | 1.00 |
| 12/13/11 | Continue analysis of selected insurance policies re: follow form and insurance company appeals issues. | W001 | GFF | 1.20 |
| 12/13/11 | Reviewed information re: proposal to English and American. | W001 | IF | 0.90 |
| 12/13/11 | Work on insolvent claim and draft email report re: same. | W001 | MG | 2.20 |
| 12/13/11 | Work on cash flow analyses and calculations. | W001 | MG | 2.20 |
| 12/13/11 | Follow-up review and comment upon fee application. | W011 | RYC | 0.20 |
| 12/14/11 | Review interim information for Fee Auditor and respond to inquiry (.60); finalize and release monthly fee application (.80). | W011 | AHP | 1.40 |
| 12/14/11 | Continue analysis of selected insurance policies re: follow form and insurance company appeals issues. | W001 | GFF | 1.20 |
| 12/14/11 | Work on cash flow analyses and calculations. | W001 | MG | 3.20 |
| 12/14/11 | Work on insolvent claim analysis. | W001 | MG | 1.20 |
| 12/15/11 | Continue analysis of selected insurance policies re: follow form and insurance company appeals issues. | W001 | GFF | 1.30 |
| 12/15/11 | Continued analyzing insurance policies re: appeal and payment issues. | W001 | IF | 0.80 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                           EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 4

| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
|---|---|---|
| January 12, 2012 | INVOICE: | 246536 |
| MATTER: CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 12/15/11 | Work on cash flow analyses and calculations. | W001 | MG | 1.80 |
| 12/15/11 | Attention to settlement analysis for insolvent insurance companies. | W001 | RYC | 1.10 |
| 12/16/11 | Continued analyzing insurance policies re: appeal and payment issues. | W001 | IF | 0.90 |
| 12/19/11 | Continue analysis of selected insurance policies re: follow form and insurance company appeals issues. | W001 | GFF | 1.10 |
| 12/19/11 | Continued analyzing insurance policies re: appeal and payment issues. | W001 | IF | 1.70 |
| 12/19/11 | Work on insolvent claim recovery issues. | W001 | MG | 1.40 |
| 12/19/11 | Hearing with Judge Fitzgerald. | W001 | RMH | 0.30 |
| 12/20/11 | Analysis of selected remuneration agreements re: payment issues (.80); analysis of selected insurance policies re: insurance company appeals issues (1.10). | W001 | GFF | 1.90 |
| 12/20/11 | Continued analyzing insurance policies and reimbursement agreements re: appeal and payment issues. | W001 | IF | 1.70 |
| 12/20/11 | Work on insolvent claim, including draft of status report and negotiation with scheme representative. | W001 | MG | 2.70 |
| 12/20/11 | Attention to development of settlement demands for insurance reimbursement companies (1.00). Communicate with Mr. Inselbuch and Future Claimants' Representative (.80). | W001 | RMH | 1.80 |
| 12/20/11 | Review and analysis of settlement issues relating to insolvent insurance companies. | W001 | RYC | 2.90 |
| 12/21/11 | Review of records and call to J. Day at W. R. Grace re: end of year payment (.60); document results and forward to R. Horkovich (.30). | W011 | AHP | 0.90 |
| 12/21/11 | Continue analysis of selected insurance policies re: follow form and insurance company appeals issues. | W001 | GFF | 1.70 |
| 12/21/11 | Continued analyzing insurance policies and reimbursement agreements re: appeal and payment issues. | W001 | IF | 1.10 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                      **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 5

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

January 12, 2012                                   INVOICE:         246536

MATTER:  CLAIMANTS COMMITTEE                            ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 12/21/11 | Work on insolvent claim, including negotiation with scheme representative. | W001 | MG | 2.20 |
| 12/21/11 | Attention to development of demands on insurance reimbursement companies and confer with Mr. Inselbuch. | W001 | RMH | 0.50 |
| 12/21/11 | Follow-up review and analysis of settlement issues relating to insolvent insurance companies. | W001 | RYC | 2.10 |
| 12/22/11 | Draft and revise insurance policy data spreadsheets (.90); Continue analysis of selected insurance policies re: follow form and insurance company appeals issues (1.20). | W001 | GFF | 2.10 |
| 12/22/11 | Work on insolvent claim, including negotiation with scheme representative. | W001 | MG | 2.30 |
| 12/23/11 | Work on cash flow analyses and calculations. | W001 | MG | 1.90 |
| 12/27/11 | Continue analysis of selected insurance policies re: follow form and insurance company appeals issues (1.70); draft and revise insurance policy data spreadsheets (.60). | W001 | GFF | 2.30 |
| 12/28/11 | Draft and revise insurance policy data spreadsheets. | W001 | GFF | 1.60 |
| 12/28/11 | Research regarding settlement issues relating to insolvent insurance companies. | W001 | RYC | 2.20 |
| 12/29/11 | Analysis of selected insurance policies re: follow form and insurance company appeals issues (1.30); draft and revise insurance policy data spreadsheets (.60). | W001 | GFF | 1.90 |
| 12/30/11 | Continue analysis of selected insurance policies re: follow form and insurance company appeals issues. | W001 | GFF | 1.10 |
| 12/30/11 | Continued analyzing insurance policies and reimbursement agreements re: appeal and payment issues. | W001 | IF | 2.30 |

**TOTAL FEES:**                                              **$60,565.50**

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000** **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 6

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:        100055.WRG01

January 12, 2012                              INVOICE:           246536

MATTER:  CLAIMANTS COMMITTEE                  ROBERT M. HORKOVICH

**FEE SUMMARY**

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| Arline H Pelton | 250.00 | 11.90 | 2,975.00 |
| Glenn F Fields | 345.00 | 25.60 | 8,832.00 |
| Izak Feldgreber | 295.00 | 18.30 | 5,398.50 |
| Mark Garbowski | 590.00 | 52.60 | 31,034.00 |
| Robert M Horkovich | 895.00 | 3.80 | 3,401.00 |
| Robert Y Chung | 595.00 | 15.00 | 8,925.00 |
| **TOTAL FEES:** | | | **$60,565.50** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                                **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 7

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

January 12, 2012                                                             INVOICE:            246536

MATTER:  CLAIMANTS COMMITTEE                                ROBERT M. HORKOVICH

### SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

ACTIVITY CODE: W001     Asset Analysis and Recovery

|                    | HOURS  | TOTALS      |
|--------------------|--------|-------------|
| Glenn F Fields     | 25.60  | 8,832.00    |
| Izak Feldgreber    | 18.30  | 5,398.50    |
| Mark Garbowski     | 52.60  | 31,034.00   |
| Robert M Horkovich | 3.80   | 3,401.00    |
| Robert Y Chung     | 14.00  | 8,330.00    |
| **TOTAL:**         | 114.30 | $56,995.50  |

ACTIVITY CODE: W011     Fee Applications (Applicant)

|                  | HOURS | TOTALS    |
|------------------|-------|-----------|
| Arline H Pelton  | 11.90 | 2,975.00  |
| Robert Y Chung   | 1.00  | 595.00    |
| **TOTAL:**       | 12.90 | $3,570.00 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 8

| | | | |
|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | 100055.WRG01 |
| January 12, 2012 | | INVOICE: | 246536 |
| MATTER: CLAIMANTS COMMITTEE | | | ROBERT M. HORKOVICH |

**COSTS through 12/31/11**

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 11/30/11 | DI - PHOTOCOPYING - | E101 | 3.40 |
| 12/01/11 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 12/01/11 | DI - PHOTOCOPYING - | E101 | 0.30 |
| 12/02/11 | DI - PHOTOCOPYING - | E101 | 13.00 |
| 12/13/11 | DI - PHOTOCOPYING - | E101 | 3.40 |
| 12/14/11 | DI - PHOTOCOPYING - | E101 | 3.40 |
| 12/14/11 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 12/19/11 | COURTCALL REFUND INV# 3826029 | | (30.00) |
| 12/19/11 | COURTCALL REFUND INV#3826035 | | (30.00) |
| 12/20/11 | DI - PHOTOCOPYING - | E101 | 0.30 |
| 12/30/11 | DI - PHOTOCOPYING - | E101 | 0.10 |
| **TOTAL COSTS:** | | | **($35.80)** |

| WORK | DESCRIPTION | AMOUNT |
|---|---|---|
| TE | AP - TELEPHONE - | (60.00) |
| XE | DI - PHOTOCOPYING - | 24.20 |
| | **TOTAL COSTS:** | **($35.80)** |
| | **TOTAL DUE:** | **$60,529.70** |