## EXHIBIT B

November Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at docket # 28286 under Case No. 01-01139.  Also available upon request from Kirkland & Ellis LLP or Pachulski Stang Ziehl & Jones LLP