**EXHIBIT C**

December Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at docket # 28440 under Case No. 01-01139. Also available upon request from Kirkland & Ellis LLP or Pachulski Stang Ziehl & Jones LLP

K&E 21317130.3