# EXHIBIT B – Part 1

## Compensation by Project Category:
## October 1, 2011 – December 31, 2011;

## and

## Monthly Fee Application for the Period from:
## October 1, 2011 – October 31, 2011

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**OCTOBER 1, 2011 - DECEMBER 31, 2011**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 2.8 | $ 2,056.00 |
| 0009 | Asset Dispositions, Sales, Uses and Leases (Section 363) | 13.0 | 9,519.00 |
| 0013 | Business Operations | 42.2 | 30,461.00 |
| 0014 | Case Administration | 47.7 | 11,206.00 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 0.2 | 199.00 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 27.0 | 19,965.00 |
| 0018 | Fee Application, Applicant | 26.0 | 10,311.00 |
| 0019 | Creditor Inquiries | 2.3 | 1,950.50 |
| 0020 | Fee Application, Others | 13.2 | 3,670.00 |
| 0037 | Hearings | 1.0 | 715.00 |
| 0040 | Employment Applications - Others | 2.9 | 2,073.50 |
| 0041 | Relief from Stay Proceedings | 0.5 | 357.50 |
| | | | |
| | **Total** | **178.8** | **$92,483.50** |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
|  | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) | **Objection Deadline:** |
|  | ) | **December 21, 2011 at 4:00 p.m.** |
|  | ) | **Hearing date:  To be scheduled only if objections** |
|  | ) | **are timely filed and served.** |

### NOTICE OF FILING OF MONTHLY FEE APPLICATION

To:  (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lenders (8) the Fee Auditor:

Stroock & Stroock & Lavan LLP ("Stroock"), counsel to the Official Committee of Unsecured Creditors (the "Committee") of the above captioned debtor and debtors in possession in the above-captioned chapter 11 cases, filed and served the One Hundred and Twenty-Seventh Monthly Fee Application of Stroock & Stroock & Lavan LLP for Interim Compensation and for Reimbursement of Expenses for the services rendered during the period October 1, 2011 through October 31, 2011, seeking compensation in the amount of $55,335.00 and reimbursement for actual and necessary expenses in the amount of $348.59.

Objections or responses to the Monthly Fee Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **December 21, 2011 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon the Affected Professional and each of the following: (i) co-counsel for the Debtors, Adam Paul,

Date Filed: 12/1/2011

Docket No: 28060

Esquire, Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Illinois 60654 (fax number 312-862-2200), and James E. O'Neill, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400), and Janet S. Baer, Esquire, Baer Higgins Fruchtman LLC, 111 East Wacker Drive, Suite 2800, Chicago, IL 60601 (Fax number 312-577-0737); (ii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 222 Delaware Avenue, Suite 1600, Wilmington, Delaware 19801-1659 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Bilzin, Sumberg, Dunn, Baena, Price & Axelrod LLP, Wachovia Building, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, New York 10022 (fax number  212-644-6755), and Mark Hurford, Esquire, Campbell & Levine, LLC, 800 N. King Street, Suite 300, Wilmington, Delaware 19801 (fax number 302-426-9947); (v) co-counsel  to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins LLP, Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Neil B. Glassman, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. 25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vi) co-counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036 (fax number 212-715-8000),

2

and Teresa K.D. Currier, Esquire, Saul Ewing LLP, 222 Delaware Avenue, Wilmington, Delaware 19801 (Fax number 302-421-6813); (vii) the Office of the United States Trustee, Attn: David Klauder, Esquire, 844 N. King Street, Wilmington, Delaware 19801 (fax number 302-573-6497); and (viii) the Fee Auditor, Bobbi Ruhlander, Esquire, Warren H. Smith and Associates, P.C., Republic Center, 325 N. St. Paul, Suite 1250, Dallas, TX 75201 (Fax number 214-722-0081).

**[Remainder of Page Left Intentionally Blank]**

3

Dated: December 1, 2011
      Wilmington, Delaware

**RESPECTFULLY SUBMITTED,**

*/s/ Michael R. Lastowski*
Michael R. Lastowski, Esq. (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659
Telephone:    (302) 657-4900
Facsimile:    (302) 657-4901
E-mail:    mlastowski@duanemorris.com
E-mail:    rwriley@duanemorris.com

William S. Katchen, Esquire (Admitted in NJ Only)
DUANE MORRIS LLP
Suite 1200
744 Broad Street
Newark, NJ 07102-3889
Telephone:    (973) 424-2000
Facsimile:    (973) 424-2001
E-mail:    wskatchen@duanemorris.com

and

Lewis Kruger, Esquire
Kenneth Pasquale, Esquire
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
Telephone:    (212) 806-5400
Facsimile:    (212) 806-6006
E-mail:    lkruger@stroock.com
            kpasquale@stroock.com

Co-Counsel for the Official Committee of
Unsecured Creditors of W. R. Grace & Co., et al.

4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
|  | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) | **Objection Deadline:** |
|  | ) | December 21, 2011 at 4:00 p.m. |
|  | ) | Hearing date: To be scheduled only if objections |
|  | ) | are timely filed and served. |

**ONE HUNDRED AND TWENTY-SEVENTH MONTHLY FEE APPLICATION OF
STROOCK & STROOCK & LAVAN LLP FOR COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
FROM OCTOBER 1, 2011 THROUGH OCTOBER 31, 2011**

| | |
|---|---|
| Name of Applicant | **Stroock & Stroock & Lavan LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 12, 2001** |
| Period for which compensation and reimbursement is sought | **October 1, 2011 – October 31, 2011** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$55,335.00    (80%: $44,268.00)** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$348.59** |

This is an: ☒ interim ☐ final application

Attachment A

## Monthly Interim Fee Applications

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| May 30, 2001 D.I.339 | 4/12/01-4/30/01 | $138,926.00 | $1,975.13 | $111,140.80 | $1,975.13 |
| July 2, 2001 D.I.613 | 5/1/01 – 5/31/01 | $139,928.75 | $6,884.73 | $111,943.00 | $6,884.73 |
| July 30, 2001 D.I.772 | 6/1/01 – 6/30/01 | $91,019.00 | $10,458.14 | $72,815.20 | $10,458.14 |
| September 5, 2001   D.I.889 | 7/1/01-7/31/01 | $92,308.00 | $5,144.37 | $73,846.40 | $5,144.37 |
| October 2, 2001 D.I.983 | 8/1/01 8/31/01 | $53,873.50 | $3,069.88 | $43,098.80 | $3,069.88 |
| October 31, 2001 D.I.1058 | 9/1/01 – 9/30/01 | $58,742.00 | $6,801.32 | $46,993.60 | $6,801.32 |
| November 26, 2001 D.I.1239 | 10/1/01 – 10/31/01 | $101,069.00 | $3,562.09 | $80,855.20 | $3,562.09 |
| January 8, 2002 D.I.1470 | 11/1/01 – 11/30/01 | $136,368.50 | $8,847.34 | $109,094.80 | $8,847.34 |
| February 1, 2002 D.I.1608 | 12/01/01 – 12/31/01 | $92,064.50 | $9,471.47 | $73,651.60 | $9,471.47 |
| March 14, 2002 D.I.1812 | 01/01/02 – 01/31/02 | $100,231.50 | $14,675.58 | $80,185.20 | $14,675.58 |
| April 22, 2002 D.I.1951 | 02/01/02 – 02/28/02 | $88,974.50 | $16,863.97 | $71,179.60 | $16,863.97 |
| May 8, 2002 D.I.2029 | 03/01/02 – 03/31/02 | $77,964.25 | $1,190.44 | $62,371.40 | $1,190.44 |
| June 3, 2002 D.I.2156 | 04/01/02-04/30/02 | $97,251.50 | $1,816.40 (Stroock) $9,772.37 (Chambers) | $77,801.20 | $11,588.86 |

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| July 2, 2002 D.I.2324 | 05/01/02 – 05/31/02 | $74,910.75 | $2,9154.43 (Stroock) $43,190.69 (Chambers) | $59,928.60 | $46,105.12 |
| August 5, 2002 D.I.2495 | 06/01/02 – 06/30/02 | $73,096.75 | $2,054.05 (Stroock) $114,666.72 (Chambers) | $58,477.4011 | $116,720.77 |
| September 20, 2002 D.I.2720 | 07/01/02 – 07/31/02 | $90,903.27 | $1,250.79 (Stroock) $11,996.25 (Chambers) | $72,722.61 | $13,274.04 |
| October 29, 2002 D.I.2898 | 08/01/02 – 08/31/02 | $93,151.25 | $11,539.51 (Stroock) $5,046.70 (Chambers) | $74,521.00 | $16,586.21 |
| November 14, 2002 D.I.2981 | 09/01/02 – 09/30/02 | $96,613.25 | $15,567.77 (Stroock) $771.50 (Chambers) | $77,290.60 | $16,339.27 |
| December 10, 2002 D.I.3129 | 10/1/02 – 10/31/02 | $68,404.00 | $2,956.54 (Stroock) $1,780.75 (Chambers) | $54,723.20 | $4,737.29 |
| January 28, 2003 D.I.3286 | 11/1/02 – 11/30/02 | $75,345.50 | $8,712.16 (Stroock) | $60,276.40 | $8,712.16 |
| February 7, 2003 D.I.3349 | 12/1/02 – 12/31/02 | $27,683.50 | $13,332.14 (Stroock) | $22,146.80 | $13,332.14 |
| March 26, 2003 D.I.3552 | 1/1/03 – 1/31/03 | $88,139.00 | $1,210.11 (Stroock) | $70,511.20 | $1,210.11 |
| April 7, 2003 D.I.3626 | 2/1/03 – 2/28/03 | $76,313.00 | $2,022.78 (Stroock) $1,077.80 (Chambers) | $61,050.40 | $3,100.58 |
| April 29, 2003 D.I. 3718 | 3/1/03 – 3/31/03 | $60,163.50 | $6,191.15 (Stroock) | $48,130.80 | $6,191.15 |
| June 2, 2003 D.I. 3850 | 4/1/03 – 4/30/03 | $60,269.00 | $814.02 (Stroock) $2,043.00 (Chambers) | $48,215.20 | $2,857.02 |
| July 1, 2003 D.I. 3983 | 5/1/03 – 5/31/03 | $111,990.50 | $691.84 (Stroock) $9,830.50 (Chambers) | $89,592.40 | $10,522.34 |
| August 5, 2003 D.I. 4152 | 6/1/03 – 6/30/03 | $43,824.00 | $1,220.42 (Stroock) $61,755.00 (Chambers) | $35,059.20 | $62,975.42 |

2

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| September 4, 2003 D.I. 4381 | 7/1/03 – 7/31/03 | $79,090.50 | $2,301.33 (Stroock) $14,274.25 (Chambers) | $55,941.60 | $16,575.58 |
| September 30, 2003 D.I. 4512 | 8/1/03 – 8/31/03 | $69,927.00 | $1,164.19 (Stroock) $12,488.94 (Chambers) | $55,941.60 | $13,653.13 |
| October 29, 2003 D.I. 4625 | 9/1/03 – 9/30/03 | $69,409.50 | $1,076.94 (Stroock) $10,102.00 (Chambers) | $55,527.60 | $11,178.94 |
| December 19, 2002 D.I. 4843 | 10/1/03 – 10/31/03 | $96,980.50 | $3,800.45 (Stroock) $42,881.50 (Chambers) | $77,584.40 | $46,681.95 |
| January 23, 2003 D.I. 4976 | 11/1/03 – 11/30/03 | $66,428.50 | $1,225.38 (Stroock) $30,463.00 (Navigant f/k/a Chambers) | $53,142.80 | $31,688.38 |
| February 4, 2004 D.I. 5056 | 12/1/03 – 12/31/03 | $52,321.50 | $924.99 (Stroock) $27,005.00 (Navigant f/k/a Chambers) | $41,857.20 | $27,929.99 |
| March 17, 2004 D.I. 5309 | 1/1/04 – 1/31/04 | $65,980.50 | $1,917.93 (Stroock) $47,654.57 (Navigant f/k/a Chambers) | $52,784.40 | $49,572.50 |
| April 6, 2004 D.I. 5406 | 2/1/04 – 2/29/04 | $90,421.50 | $3,636.48 (Stroock) $35,492.50 (Navigant f/k/a Chambers) | $72,337.20 | $39,128.98 |
| April 28, 2004 D.I. 5498 | 3/1/04 – 3/31/04 | $103,524.00 | $5,567.34 (Stroock) | $82,819.20 | $5,567.34 |
| June 14, 2004 D.I. 5803 | 4/1/04 – 4/30/04 | $99,136.00 | $3,518.96 (Stroock) $1,515.00 (Navigant February) $49,667.00 (Navigant March) $80,307.11 (Navigant April) | $79,308.80 | $135,008.07 |
| July 2, 2004 D.I. 5917 | 5/1/04 – 5/31/04 | $134,324.50 | $2,409.97 (Stroock) $78,360.05 (Navigant May) | $107,459.60 | $80,770.02 |

3

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 2, 2004 D.I. 6105 | 6/1/04 – 6/30/04 | $120,501.00 | $1,831.49 (Stroock) $62,625.00 (Navigant June) | $96,400.80 | $64,456.49 |
| September 9, 2004 D.I. 6341 | 7/1/04 – 7/31/04 | $72,394.00 | $3,461.84 (Stroock) $40,427.50 (Navigant July) | $57,915.20 | $43,889.34 |
| September 23, 2004 D.I. 6444 | 8/1/04 – 8/31/04 | $70,457.00 | $1,764.40 (Stroock) | $56,365.60 | $1,764.40 |
| October 14, 2004 D.I. 6625 | 9/1/04 – 9/30/04 | $83,903.50 | $1,535.61 (Stroock) $27,142.00 (Navigant August) | $67,122.80 | $28,677.61 |
| December 3, 2004 D.I. 7086 | 10/1/04 – 10/31/04 | $200,155.50 | $1,368.18 (Stroock) $ 24,659.00 (Navigant September) | $160,124.40 | $26,027.18 |
| January 7, 2005 D.I. 7481 | 11/1/04 – 11/30/04 | $218,608.50 | $14,019.09 (Stroock) $25,102.80 (Navigant October) $27,972.34 (Navigant November) | $174,886.80 | $67,094.23 |
| February 2, 2005 D.I. 7667 | 12/1/04 – 12/31/04 | $235,503.70 | $10,442.92 (Stroock) $62,687.97 (Navigant December) | $188,402.96 | $73,130.89 |
| March 15, 2005 D.I. 8026 | 1/1/05 – 1/31/05 | $187,168.00 | $4,411.55 (Stroock) $15,686.00 (Navigant January) | $149,734.40 | $20,097.55 |
| April 1, 2005 D.I. 8155 | 2/1/05 – 2/28/05 | $108,180.25 | $8,102.85 (Stroock) $18,303.37 (Navigant February) | $86,544.20 | $26,406.22 |
| April 25, 2005 D.I. 8331 | 3/1/05 – 3/31/05 | $56,941.25 | $287.23 (Stroock) $6,114.86 (Navigant March) | $45,553.00 | $6,402.09 |
| June 6, 2005 D.I.  8562 | 4/1/05 – 4/30/05 | $127,695.00 | $3,531.45 (Stroock) $20,129.06 (Navigant April) | $102,156.00 | $23,660.51 |

4

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| June 28, 2005 D.I. 8704 | 5/1/05 – 5/31/05 | $115,453.75 | $858.21(Stroock) | $78,855.20 | $858.21 |
| August 3, 2005 D.I. 9135 | 6/1/05 – 6/30/05 | $114,903.75 | $4,871.74 (Stroock) $34,075.28 (Navigant) | $91,923.00 | $38,947.02 |
| September 8, 2005 D.I. 9356 | 7/1/05 – 7/31/05 | $117,780.75 | $2,088.44 (Stroock) $2,211.00 (Navigant) | 94,224.60 | $4,299.44 |
| October 14, 2005 D.I. 9565 | 8/1/05 8/31/05 | $106,796.25 | $5,046.99 (Stroock) $18,550.00 (Navigant) | $85,437.00 | $23,596.99 |
| November 1, 2005 D.I. 10951 | 9/1/05 9/31/05 | $67,697.50 | $1,399.68 (Stroock) $11,197.50 (Navigant) | $54,158.00 | $12,597.18 |
| November 29, 2005 D.I. 11202 | 10/1/05 - 10/31/05 | $98,216.75 | $1,611.30 (Stroock) $11,582.50 (Navigant) | $78,573.40 | $13,193.80 |
| January 9, 2006 D.I. 11507 | 11/1/05 11/30/05 | $104,348.00 | $2,847.45 (Stroock) $71,598.50 (Navigant) | $83,478.40 | $74.445.95 |
| January 30, 2006 D.I. 11655 | 12/1/05 – 12/31/05 | $96,855.00 | $1,379.53 (Stroock) $20,317.49 (Navigant) | $77,484.00 | $21,697.02 |
| March 1, 2006 D.I. 11921 | 1/1/06 – 1/31/06 | $73,383.00 | $1,810.85 (Stroock) $14,124.01 (Navigant) | $58,706.40 | $15,934.86 |
| March 28, 2006 D.I. 12134 | 2/1/06 – 2/28/06 | $105,083.75 | $1,434.62 (Stroock) $25,971.70 (Navigant) | $84,067.00 | $27,406.32 |
| May 2, 2006 D.I. 12354 | 3/1/2006 - 3/31/2006 | $145,189.50 | $2,512.81 (Stroock) $25,838.37 (Navigant) | $116,151.60 | $28,351.18 |
| May 31, 2006 D.I. 12558 | 4/1/2006 - 4/30/2006 | $116,817.00 | $2,141.42 (Stroock) $7,425.00 (Navigant) | $93,453.60 | $9,566.42 |
| July 6, 2006 D.I. 12748 | 5/1/2006 – 5/31/2006 | $121,304.50 | $1,838.71 (Stroock) $17,493.75 (Navigant) | $97,043.60 | $19,332,46 |
| August 1, 2006 D.I. 12899 | 6/1/2006 – 6/30/2006 | $94,856.50 | $1,869.66 (Stroock) $38,548.75 (Navigant) | $75,885.20 | $40,418.41 |

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2006 D.I. 13117 | 7/1/2006 – 7/31/2006 | $97,397.25 | $496.76 (Stroock) $30,280.00 (Navigant) | $77,917.80 | $30,776.76 |
| October 2, 2006 D.I. 13336 | 8/1/2006- 8/31/2006 | $131,856.25 | $98.34 (Stroock) $98,317.50 (Navigant) | $105,485.00 | $98,415.84 |
| November 2, 2006 D.I. 13559 | 9/1/2006 – 9/30/2006 | $150,960.00 | $4,147.01 (Stroock) $91,179.11 (Navigant) | $120,768.00 | $95,326.12 |
| November 29, 2006 D.I. 13838 | 10/1/06 – 10/31/06 | $196,223.50 | $915.14 (Stroock) $147,374.20 (Navigant) | $156,978.89 | $148,289.34 |
| January 12, 2007 D.I. 14292 | 11/1/06 – 11/30/06 | $188,638.00 | $3,370.16 (Stroock) $133,438.70 (Navigant) | $150,910.40 | $136,808.86 |
| January 29, 2007 D.I. 14415 | 12/1/06 – 12/31/06 | $99,832.00 | $5,752.89 (Stroock) $55,245.22 (Navigant) | $79,865.60 | $60,998.11 |
| March 8, 2007 D.I. 14810 | 1/1/2007 – 1/31/2007 | $77,582.00 | $962.06 (Stroock) $90,474.74 (Navigant) | $62,065.60 | $91,436.80 |
| April 10, 2007 D.I. 15132 | 2/1/2007 – 2/28/2007 | $119,140.50 | $3,092.88 (Stroock) $77,301.25 (Navigant) | $95.312.40 | $80,394.13 |
| May 1, 2007 D.I. 15457 | 3/1/2007 – 3/31/2007 | $135,228.00 | $6,635.25 (Stroock) $104,674.53 (Navigant) | $108,182.40 | $111,309.78 |
| June 22, 2007 D.I. 16136 | 4/1/2007 – 4/30/2007 | $177,646.00 | $815.81 (Stroock) $173,437.45 (Navigant) | $142,116.80 | $174,253.26 |
| July 17,2007 D.I. 16309 | 5/1/2007 – 5/31/2007 | $205,937.25 | $6,405.01 (Stroock) $162,431.03 (Navigant) | $164,749.80 | $168,836.04 |
| August 10, 2007 D.I. 16528 | 6/1/2007 – 6/30.2007 | $225,650.50 | $5,929.97 (Stroock) $200,294.81 (Navigant) | $180,520.40 | $206,224.78 |
| September 14, 2007 D.I. 16822 | 7/1/2007 – 7/31/2007 | $157.268.50 | $4,021.65 (Stroock) $208,116.54 (Navigant) | $125,814.80 | $212,138.19 |
| October 1, 2007 D.I. 16959 | 8/1/2007 – 8/31/2007 | $145,866.50 | $3,354.61 (Stroock) $210,152.54 (Navigant) | $116,693.20 | $213,507.15 |

6

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| November 19, 2007 D.I. 17394 | 9/1/2007 – 9/30/2007 | $206,908.50 | $3,056.89 (Stroock) | $165,526.80 | $3,056.89 |
| December 5, 2007 D.I. 17548 | 10/1/07 - 10/31/07 | $288,976.50 | $22,324.58 (Stroock) $325,509.63 (Navigant) | $231,181.20 | $347,834.21 |
| January 11, 2008 D.I. 17803 | 11/1/07 – 11/30/07 | $249,372.50 | $32,780.40 (Stroock) $162,394.93 (Navigant) | $199,498.00 | $195,175.33 |
| February 1, 2008 D.I. 17957 | 12/1/07 – 12/31/97 | $116,522.50 | $57,717.92 (Stroock) $47,444.43 (Navigant) | $93,218.00 | $105,162.35 |
| March 4, 2008 D.I. 18202 | 1/1/08 – 1/31/08 | $201,472.50 | $3,282.80 (Stroock) $86,070.26 (Navigant) | $161,178.00 | $89,353.06 |
| April 4, 2008 D.I. 18450 | 2/1/08 – 2/29/08 | $195,491.00 | $5,922.25 (Stroock) $73,924.16 (Navigant) | $156,392.80 | $79,846.41 |
| April 29, 2008 D.I. 18639 | 3/1/08 – 3/31/08 | $275,659.00 | $11,217.17 (Stroock) $69,201.53 (Navigant) | $220,527.20 | $80,418.70 |
| June 4, 2008 D.I. 18862 | 4/1/08 - 4/30/08 | $298,888.00 | $10,143.60 (Stroock) $38,800.00 (Navigant) | $239,110.40 | $48,943.60 |
| July 1, 2008 D.I. 19032 | 5/1/08 - 5/31/08 | $138,683.50 | $3,649.95 (Stroock) | $110,946.80 | $3,649.95 |
| August 4, 2008 D.I. 19224 | 6/1/2008 - 6/30/2008 | $213,559.00 | $12,357.78 (Stroock) $96.84 (Navigant) | $170,847.20 | $12,454.62 |
| September 10, 2008 D.I. 19516 | 7/1/2008 - 7/31/2008 | $206,087.50 | $6,717.13 (Stroock) $259.90 (Navigant) | $164.870.00 | $6,977.03 |
| September 30, 2008 D.I. 19653 | 8/1/2008 – 8/31/2008 | $212,928.50 | $2,326.65 (Stroock) | $170,342.80 | $2,326.65 |
| November 6, 2008 D.I. 19949 | 9/1/2008 – 9/30/2008 | $226,486.50 | $2,844.77 (Stroock) | $181,189.20 | $2,844.77 |
| December 2, 2008 D.I. 20174 | 10/1/08 – 10/31/08 | $270,097.00 | $10,611.52 (Stroock) | $216,077.60 | $10,611.52 |

| | | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| December 30, 2008 D.I. 20384 & 20385 | 11/1/08 – 11/30/08 | $184,642.00 | $5,870.24 (Stroock) | $147,713.60 | $5,870.24 |
| February 3, 2009 D.I. 20654 | 12/1/08 – 12/31/08 | $102,648.50 | $4,017.80 (Stroock) | $82,118.80 | $4,017.80 |
| March 3, 2009 D.I. 20906 | 1/1/09 – 1/31/09 | $114,525.00 | $2,458.44 (Stroock) | $91,620.00 | $2,458.44 |
| March 30, 2009 D.I. 21152 | 2/1/09 – 2/28/09 | $141,569.00 | $1,627.89 (Stroock) | $113,255.20 | $1,627.89 |
| April 29, 2009 D.I. 21475 | 3/1/09 – 3/31/09 | $181,006.75 | $3,270.02 (Stroock) | $144,805.40 | $3,270.02 |
| May 29,2009 D.I. 21910 | 4/1/09 – 4/30/09 | $187,588.50 | $1,545.41 (Stroock) | $150,070.80 | $1,545.41 |
| July 1, 2009 D.I. 22310 | 5/1/09 – 5/31/09 | $227,989.00 | $9,428.79 (Stroock) | $182,391.20 | $9,428.79 |
| August 6, 2009 D.I. 22709 | 6/1/09 – 6/30/09 | $238,611.25 | $5,960.91 (Stroock) | $190,889.00 | $5,960.91 |
| September 25, 2009 D.I. 23338 | 7/1/09 – 7/31/09 | $294,766.50 | $17,306.20 (Stroock) | $235,813.20 | $17,306.20 |
| October 5, 2009 D.I 23422 | 8/1/09 – 8/31/09 | $299,544.25 | $7,237.57 (Stroock) $2,812.50 (Navigant) | $239,635.40 | $10,050.07 |
| November 13, 2009 D.I. 23759 | 9/1/09 – 9/30/09 | $349,937.50 | $20,164.05 (Stroock) | $279,950.00 | $20,164.05 |
| December 1, 2009 D.I. 23897 | 10/1/09 – 10/31/09 | $281,050.75 | $12,457.25 (Stroock) | $224,840.60 | $12,457.25 |
| December 30, 2009 D.I. 24087 | 11/1/09 – 11/30/09 | $219,347.00 | $10,084.80 (Stroock) | $175,477.60 | $10,084.80 |
| January 29, 2010 D.I. 24211 | 12/1/09 – 12/31/09 | $117,137.00 | $3,532.36 (Stroock) | $93,709.60 | $3,532.36 |

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| March 1, 2010 D.I. 24376 | 1/1/2010 – 1/31/2010 | $193,442.75 | $3,163.37 (Stroock) | $154,754.20 | $3,163.37 |
| March 30, 2010 D.I. 24537 | 2/1/2010 – 2/28/2010 | $56,435.50 | $1,668.29 (Stroock) | $45,148.40 | $1,668.29 |
| April 28, 2010 D.I. 24687 | 3/1/2010 – 3/31/2010 | $42,209.00 | $636.63 (Stroock) | $33,767.20 | $636.63 |
| May 28, 2010 D.I. 24859 | 4/1/2010 – 4/30/2010 | $44,465.00 | $265.51 (Stroock) | $35,572.00 | $265.51 |
| June 28, 2010 D.I. 24993 | 5/1/2010 – 5/31/2010 | $36,946.50 | $770.90 (Stroock) | $29,557.20 | $770.90 |
| July 28, 2010 D.I. 25130 | 6/1/2010 – 6/30/2010 | $52,374.50 | $93.68 (Stroock) | $41,899.60 | $93.68 |
| August 30, 2010 D.I. 25286 | 7/1/2010 – 7/31/2010 | $20,240.00 | $141.30 (Stroock) | $16,192.00 | $141.30 |
| September 28, 2010 D.I. 25488 | 8/1/2010 – 8/31/2010 | $23,595.50 | $157.91 (Stroock) | $18,876.40 | $157.91 |
| October 28, 2010 D.I. 25660 | 9/1/2010 – 9/30/2010 | $25,244.50 | $328.75 (Stroock) | $20,195.60 | $328.75 |
| November 29, 2010 D.I. 25812 | 10/1/2010 – 10/31/10 | $17,677.50 | $90.00 (Stroock) | $14,142.00 | $90.00 |
| December 28, 2010 D.I. 25963 | 11/1/2010 – 11/30/2010 | $45,417.00 | $307.06 (Stroock) | $36,333.60 | $307.06 |
| January 28, 2011 D.I. 26140 | 12/1/2011 – 12/31/2011 | $78,046.75 | $2,238.40 (Stroock) | $62,437.40 | $2,238.40 |
| February 28, 2011 D.I. 26435 | 1/1/2011 – 1/31/2011 | $37,267.00 | $193.84 (Stroock) | $29,813.60 | $193.84 |
| March 28, 2011 D.I. 26651 | 2/1/2011 – 2/28/2011 | $145,264.75 | $3,264.42 (Stroock) | $116,211.80 | $3,264.42 |

9

| | | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| April 28, 2011 D.I. 26834 | 3/1/2011 – 3/31/2011 | $95,649.00 | $1,447.38 (Stroock) | $76,519.20 | $1,447.38 |
| May 31, 2011 D.I. 27012 | 4/1/2011 – 4/30/2011 | $137,671.50 | $1,005.62 (Stroock) | $110,137.20 | $1,005.62 |
| June 28, 2011 D.I. 27166 | 5/1/2011 – 5/31/2011 | $67,451.50 | $1,350.50 (Stroock) | $53,961.20 | $1,350.50 |
| July 28, 2011 D.I. 27326 | 6/1/2011 – 6/30/2011 | $183,497.75 | $1,903.63 (Stroock) | $146,798.20 | $1,903.63 |
| August 30, 2011 D.I. 27526 | 7/1/2011 – 7/31/2011 | $63,076.00 | $1,373.39 (Stroock) | $50,460.80 | $1,373.39 |
| September 28, 2011 D.I. 27675 | 8/1/2011 – 8/31/2011 | $56,731.00 | $1,133.86 (Stroock) | $45,384.80 | $1,133.86 |
| October 28, 2011 D.I. 27847 | 9/1/2011 – 9/30/2011 | $68,727.00 | $1,025.63 (Stroock) | $54,981.60 | $1,025.63 |

WR GRACE & CO
ATTACHMENT B
OCTOBER 1, 2011 - OCTOBER 31, 2011

|  | Hours | Rate | Amount | No. of Years in Position |
|---|---|---|---|---|
| **Partners** |  |  |  |  |
| Kruger, Lewis | 1.8 | $ 995 | $  1,791.00 | 41 |
| Pasquale, Kenneth | 3.3 | 895 | 2,953.50 | 20 |
|  |  |  |  |  |
| **Associates** |  |  |  |  |
| Krieger, Arlene G. | 61.5 | 715 | 43,972.50 | 26 |
|  |  |  |  |  |
| **Paraprofessionals** |  |  |  |  |
| Braun, Danielle E. | 0.2 | 290 | 58.00 | 1 |
| Magzamen, Michael | 0.5 | 320 | 160.00 | 9 |
| Mohamed, David | 32.0 | 200 | 6,400.00 | 21 |
|  |  |  |  |  |
| **Total** | 99.3 |  | $ 55,335.00 |  |

# EXHIBIT A

**WR GRACE & CO**

**COMPENSATION BY PROJECT CATEGORY**

**OCTOBER 1, 2011 - OCTOBER 31, 2011**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 2.2 | $ 1,627.00 |
| 0009 | Asset Dispositions, Sales, Uses and Leases (Section 363) | 13.0 | 9,519.00 |
| 0013 | Business Operations | 21.2 | 15,446.00 |
| 0014 | Case Administration | 23.3 | 5,038.50 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 0.2 | 199.00 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 24.0 | 17,546.00 |
| 0018 | Fee Application, Applicant | 8.0 | 3,462.50 |
| 0019 | Creditor Inquiries | 0.9 | 733.50 |
| 0020 | Fee Application, Others | 6.2 | 1,549.00 |
| 0041 | Relief from Stay Proceedings | 0.3 | 214.50 |
| | | | |
| | **TOTAL** | **99.3** | **$55,335.00** |

# STROOCK

## INVOICE

| DATE | November 28, 2011 |
|------|------|
| INVOICE NO. | 549347 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through October 31, 2011, including:

| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos) |
|------|------|
| | 699843 0003 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/04/2011 | Attend to Garlock's request for a status conference re: access to 2019 statements. | Krieger, A. | 0.9 |
| 10/10/2011 | Attend to Court's memorandum decision and orders denying Garlock's motions for access to 2019 statements, intervention and other relief. | Krieger, A. | 0.9 |
| 10/10/2011 | Review Garlock 2019 opinion. | Pasquale, K. | 0.3 |
| 10/14/2011 | Attend to Garlock's appeal of 10/12/11 order denying access. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 1.9 | $ 715 | $ 1,358.50 |
| Pasquale, Kenneth | 0.3 | 895 | 268.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,627.00 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 1,627.00 |
|-----------------------|------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| | | | |
|---|---|---|---|
| RE | Asset Dispositions, Sales, Uses and Leases (Section 363)<br>699843 0009 | | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 10/18/2011 | Attend to Debtors' motion to sell Vermiculite business. | Krieger, A. | 1.0 |
| 10/19/2011 | Attend to Debtors' motion and exhibits re: proposed sale of Vermiculite business. | Krieger, A. | 5.4 |
| 10/19/2011 | Review motion to sell Vermiculite business. | Kruger, L. | 0.8 |
| 10/20/2011 | Exchanged memoranda with Capstone re: sale motion (.3); attend to information request to Debtors' representatives (1.2). | Krieger, A. | 1.5 |
| 10/21/2011 | Attend to information request and outstanding questions re: Vermiculite business sale. | Krieger, A. | 1.8 |
| 10/25/2011 | Attend to Vermiculite sale pleadings. | Krieger, A. | 0.1 |
| 10/27/2011 | Memoranda with J. Dolan re: memorandum re: Vermiculite sale. | Krieger, A. | 0.1 |
| 10/28/2011 | Attend to Capstone's draft memorandum to the Committee re sale of Vermiculite business (1.0); t/c R. Higgins re: outstanding questions on the sale (.2); email and t/c Capstone re: Committee memorandum comments and outstanding questions (.6). | Krieger, A. | 1.8 |
| 10/31/2011 | Exchanged memoranda with Capstone, Debtors' counsel re: 11/1/11 call to address Vermiculite sale questions. | Krieger, A. | 0.5 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 12.2 | $ 715 | $ 8,723.00 |
| Kruger, Lewis | 0.8 | 995 | 796.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 9,519.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 9,519.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Business Operations 699843 0013 |
|----|----------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/20/2011 | Attend to Debtors' motion re: merging entities and exchanged memoranda with Capstone re: same (1.8); t/c Capstone re: same (.5). | Krieger, A. | 2.3 |
| 10/21/2011 | T/c R. Higgins re: Vermiculite Sale Motion and Subsidiary Merger motion (1.3); review Merger Motion (.3). | Krieger, A. | 1.6 |
| 10/22/2011 | Review and analyze Merger Motion materials. | Krieger, A. | 2.1 |
| 10/23/2011 | Review and analyze Merger Motion materials and prepare memo re: same. | Krieger, A. | 4.9 |
| 10/24/2011 | Memorandum to LK, KP re: Merger Motion (1.2); o/cs LK, KP re: same (.7); conference call Capstone re: same (.8). | Krieger, A. | 2.7 |
| 10/24/2011 | Review debtors' merger motion and AK memo re: same; confer AK, LK re: same. | Pasquale, K. | 1.6 |
| 10/25/2011 | Attend to Merger Motion and further questions for R. Higgins. | Krieger, A. | 1.1 |
| 10/26/2011 | Multiple emails with Debtors' counsel, Capstone and Blackstone and t/c Capstone re: conference calls re: Merger Motion and Vermiculite Sale Motion (.4); conference call R. Higgins, Ben Jaffe, Capstone re: Merger Motion (.7); follow-up t/c Capstone re: same (.3). | Krieger, A. | 1.4 |
| 10/27/2011 | Memorandum to LK, KP re:10/26/11 call with Grace's representatives regarding the Merger Motion (.4); memoranda with Debtors' counsel re: call to discuss the Merger Motion (.1). | Krieger, A. | 0.5 |
| 10/28/2011 | T/c R. Higgins re: proposed modifications of the Merger Motion (.7); memorandum with LK, KP re: Merger Motion modifications (.4). | Krieger, A. | 1.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/31/2011 | Attend to case law re: pending motions. | Krieger, A. | 1.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 19.6 | $ 715 | $ 14,014.00 |
| Pasquale, Kenneth | 1.6 | 895 | 1,432.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 15,446.00 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 15,446.00 |
|-----------------------|-------------|

# STROOCK

| RE | Case Administration 699843  0014 | | |
|---|---|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 10/03/2011 | Obtain and circulate recently docketed pleading in main case (.2); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.3 |
| 10/04/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.6 |
| 10/05/2011 | Obtain and circulate recently docketed pleadings in main case (.4); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.5 |
| 10/07/2011 | Review and download recently filed pleadings and update team re: same. | Braun, D. | 0.2 |
| 10/10/2011 | Attend to Fee Auditor's revised meal and hotel expense recommendations. | Krieger, A. | 0.1 |
| 10/10/2011 | Obtain and circulate recently docketed pleadings in main case (.8); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.9 |
| 10/11/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.6 |
| 10/12/2011 | Obtain and circulate recently docketed pleadings in main case (.3); review case file documents (.8); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 1.2 |
| 10/13/2011 | Attend to letter filed requesting creditors' list. | Krieger, A. | 0.1 |
| 10/13/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.5 |
| 10/14/2011 | Obtain and circulate recently docketed pleadings in main case (.4); research and obtain documents for attorney review (.6); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 1.1 |
| 10/17/2011 | Obtain and circulate recently docketed pleadings in main case (.6); obtain documents for attorney review (.7); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 1.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/18/2011 | Exchanged memoranda with R. Higgins re: motions filed and conference call to discuss same (.1); memorandum to Capstone re: same (.2). | Krieger, A. | 0.3 |
| 10/18/2011 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.7 |
| 10/19/2011 | Obtain and circulate recently docketed pleadings in main case (.4); research and obtain selected case documents for Committee member (3.9); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 4.4 |
| 10/20/2011 | Obtain and circulate recently docketed pleadings in main case (.4); obtain documents for attorney review re: plan documents (1.0). | Mohamed, D. | 1.4 |
| 10/21/2011 | Exchanged memoranda with DM re upcoming hearings. | Krieger, A. | 0.2 |
| 10/21/2011 | Obtain and circulate recently docketed pleadings in main case (.7); research and obtain documents for attorney review (1.3); review case file documents (.9); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 3.0 |
| 10/24/2011 | Obtain and circulate recently docketed pleadings in main case (.4); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.5 |
| 10/25/2011 | Obtain and circulate recently docketed pleadings in main case (.7); obtain documents for attorney review (.5). | Mohamed, D. | 1.2 |
| 10/26/2011 | Obtain and circulate recently docketed pleadings in main case (.5); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.6 |
| 10/27/2011 | Obtain and circulate recently docketed pleadings in main case (.6); prepare documents for attorney review (.8). | Mohamed, D. | 1.4 |
| 10/28/2011 | Obtain and circulate recently docketed pleadings in main case (.5); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/31/2011 | Obtain and circulate recently docketed pleadings in main case (.6); review case docket and obtain documents for attorney review (.8); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 1.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Braun, Danielle E. | 0.2 | $ 290 | $ 58.00 |
| Krieger, Arlene G. | 0.7 | 715 | 500.50 |
| Mohamed, David | 22.4 | 200 | 4,480.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 5,038.50 |
|-------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 5,038.50 |
|-----------------------|-----------|

# STROOCK

| RE | Claims Analysis/Objections/Administration (Non-Asbestos) |
|----|----------------------------------------------------------|
|    | 699843 0015                                              |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/04/2011 | Review memo to Committee re: Neutocrete settlement. | Kruger, L. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Kruger, Lewis | 0.2 | $ 995 | $ 199.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 199.00 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 199.00 |
|-----------------------|----------|

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders'<br>699843 0017 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 10/01/2011 | Prepare draft memorandum for the Committee re: Neutocrete Settlement. | Krieger, A. | 1.4 |
| 10/04/2011 | Neutocrete Settlement memorandum for the Committee. | Krieger, A. | 1.2 |
| 10/04/2011 | Review draft memo to Committee re: settlement (.2); email from debtors' counsel re: hearing (.1). | Pasquale, K. | 0.3 |
| 10/14/2011 | T/c Committee member re: requesting case materials, documentation and memoranda to LK, KP, M. Magzamen re: same (.8); memoranda with MM and DM and o/c DM re: same (.4); attend to certain materials (.4). | Krieger, A. | 1.6 |
| 10/18/2011 | O/cs D. Mohamed re: Committee member documents request (.6); attend to document request (.2); exchanged memoranda with Committee member re: request (.1); o/c L. Kruger and memorandum to Committee member emergence inquiry (.2). | Krieger, A. | 1.1 |
| 10/18/2011 | O/c with A. Krieger re: memo to Committee member re: emergence. | Kruger, L. | 0.2 |
| 10/19/2011 | Exchanges with Committee member re: information request and multiple o/cs DM re: same. | Krieger, A. | 1.3 |
| 10/20/2011 | O/c DM re: information request from Committee member. | Krieger, A. | 0.4 |
| 10/24/2011 | T/c Committee member re: Merger Motion and related materials. | Krieger, A. | 0.2 |
| 10/24/2011 | Review A. Krieger memo re: Grace merger of certain debtors and issues (.3); o/c with A. Krieger and K. Pasquale re: same and Committee position (.3). | Kruger, L. | 0.6 |
| 10/25/2011 | O/c LK re: Merger Motion (.3); memorandum to KP re: same (.2); prepare memorandum for | Krieger, A. | 5.1 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | the Committee re: Merger Motion (4.6). | | |
| 10/26/2011 | Attend to memorandum for the Committee re: Merger. | Krieger, A. | 5.1 |
| 10/26/2011 | Review and revise memo to Committee re: merger motion. | Pasquale, K. | 0.3 |
| 10/27/2011 | Attend to Capstone comments on draft Committee memorandum re Merger Motion (.2); attend to memorandum for the Committee re: Merger Motion (.7); prepared draft memorandum re: Debtors' OCP motion (.5). | Krieger, A. | 1.4 |
| 10/28/2011 | Follow-up memorandum to the Committee re: proposed modifications to the Merger Motion (1.6); t/c Committee member re: Merger Motion (.2); memorandum to the Committee re: motion to amend current OCP compensation order (.8). | Krieger, A. | 2.6 |
| 10/28/2011 | Review emails re: merger and other debtor motions. | Pasquale, K. | 0.3 |
| 10/29/2011 | Memorandum to the Committee re: respond to inquiry from Committee member on compensation for OCPs. | Krieger, A. | 0.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 22.3 | $ 715 | $ 15,944.50 |
| Kruger, Lewis | 0.8 | 995 | 796.00 |
| Pasquale, Kenneth | 0.9 | 895 | 805.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 17,546.00 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 17,546.00 |
|-----------------------|-------------|

# STROOCK

| RE | Fee Application, Applicant |
|----|---------------------------|
|    | 699843 0018 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/06/2011 | Review and revise September fee detail. | Magzamen, M. | 0.5 |
| 10/10/2011 | Prepare draft of SSL's one hundred and twenty-sixth monthly fee application for attorney review. | Mohamed, D. | 1.2 |
| 10/18/2011 | Attend to September 2011 fee statement. | Krieger, A. | 0.4 |
| 10/20/2011 | Review and revise draft of SSL's one hundred and twenty-sixth monthly fee application for attorney review. | Mohamed, D. | 0.8 |
| 10/25/2011 | Attend to September 2011 fee statement. | Krieger, A. | 0.3 |
| 10/28/2011 | Finalize SSL's one hundred and twenty-sixth monthly fee application for filing (.7); prepare notice and CoS re: same and forward to local counsel for filing (.6); prepare and effectuate service re: fee application (.7). | Mohamed, D. | 2.0 |
| 10/31/2011 | Prepare quarterly fee application for the period July 1, 2011 to September 30, 2011. | Krieger, A. | 2.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 3.5 | $ 715 | $ 2,502.50 |
| Magzamen, Michael | 0.5 | 320 | 160.00 |
| Mohamed, David | 4.0 | 200 | 800.00 |
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | $ 3,462.50 | |

| TOTAL FOR THIS MATTER | $ 3,462.50 |
|-----------------------|------------|

# STROOCK

| RE | Creditor Inquiries |
|---|---|
| | 699843  0019 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 10/07/2011 | Telephone conferences bank debt holder re: confirmation status. | Pasquale, K. | 0.3 |
| 10/21/2011 | Telephone conference bank holder re: confirmation status. | Pasquale, K. | 0.2 |
| 10/25/2011 | T/c creditor re: case status. | Krieger, A. | 0.2 |
| 10/26/2011 | T/c trade creditor re: case status. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.4 | $ 715 | $ 286.00 |
| Pasquale, Kenneth | 0.5 | 895 | 447.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 733.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 733.50 |
|---|---|

# STROOCK

| RE | Fee Application, Others<br>699843  0020 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 10/12/2011 | Attend to fee auditor's statements, fee applications, certifications, notices regarding other professionals. | Krieger, A. | 0.3 |
| 10/13/2011 | Finalize Capstone's thirtieth quarterly fee application for filing (.8); prepare notice and CoS re: same and forward to local counsel for filing (.6); prepare and effectuate service re: fee application (.7). | Mohamed, D. | 2.1 |
| 10/18/2011 | Attend to fee applications of other professionals (.1); exchange emails with Capstone re: OCP motion (.1). | Krieger, A. | 0.2 |
| 10/18/2011 | Finalize Capstone's ninetieth and ninety-first monthly fee applications for filing (1.4); prepare notices and CoS re: same and forward to local counsel for filing (1.2); prepare and effectuate service re: fee applications (.9). | Mohamed, D. | 3.5 |
| 10/25/2011 | Attend to other professionals' fee applications. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.6 | $ 715 | $ 429.00 |
| Mohamed, David | 5.6 | 200 | 1,120.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,549.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,549.00 |
|---|---|

# STROOCK

| RE | Expenses |
|----|----------|
|    | 699843  0024 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|---|---|

### MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 135.78 |
| Long Distance Telephone | 18.63 |
| O/S Information Services | 146.16 |
| In House Messenger Service | 15.02 |
| Westlaw | 33.00 |

| TOTAL DISBURSEMENTS/CHARGES | $ 348.59 |
|---|---|

| TOTAL FOR THIS MATTER | $ 348.59 |
|---|---|

# STROOCK

| RE | Relief from Stay Proceedings<br>699843  0041 |
|----|----------------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/04/2011 | Memoranda with J. Baer re: Intrawest Motion for stay relief and Debtors' position thereon. | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.3 | $ 715 | $ 214.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 214.50 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 214.50 |
|-----------------------|----------|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 55,335.00 |
|------------------------------------------|-------------|
| TOTAL DISBURSEMENTS/CHARGES | $ 348.59 |
| TOTAL BILL | $ 55,683.59 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

# EXHIBIT B

WR GRACE & CO
SUMMARY OF FEES
OCTOBER 1, 2011 - OCTOBER 31, 2011

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** |  |  |  |
| Kruger, Lewis | 1.8 | $ 995 | $   1,791.00 |
| Pasquale, Kenneth | 3.3 | 895 | 2,953.50 |
|  |  |  |  |
| **Associates** |  |  |  |
| Krieger, Arlene G. | 61.5 | 715 | 43,972.50 |
|  |  |  |  |
| **Paraprofessionals** |  |  |  |
| Braun, Danielle E. | 0.2 | 290 | 58.00 |
| Magzamen, Michael | 0.5 | 320 | 160.00 |
| Mohamed, David | 32.0 | 200 | 6,400.00 |
|  |  |  |  |
| **Total** | 99.3 |  | $ 55,335.00 |

# EXHIBIT C

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**OCTOBER 1, 2011 - OCTOBER 31, 2011**

| | | |
|---|---|---:|
| Outside Messenger Service | $ | 135.78 |
| Long Distance Telephone | | 18.63 |
| O/S Information Services | | 146.16 |
| In House Messenger Service | | 15.02 |
| Westlaw | | 33.00 |
| | | |
| **TOTAL** | **$** | **348.59** |

# STROOCK

**DISBURSEMENT REGISTER**

## SERVICE AND EXPENSE REMITTANCE SUMMARY

| DATE | November 28, 2011 |
|---|---|
| INVOICE NO. | 549347 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |
| RE | 699843 W R Grace & Co |

FOR EXPENSES INCURRED in the captioned matter for the period through October 31, 2011 including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 10/05/2011 | VENDOR: UPS; INVOICE#: 10X827401; DATE: 10/1/2011 David Mohamed to Dawn Mara Wilmington, VA on 9/23/11 | 7.72 |
| 10/05/2011 | VENDOR: UPS; INVOICE#: 10X827401; DATE: 10/1/2011 David Mohamed to Bobbi Ruthlander Esq Dallas, TX on 9/23/11 | 10.94 |
| 10/05/2011 | VENDOR: UPS; INVOICE#: 10X827401; DATE: 10/1/2011 David Mohamed to David Siegal Columbia, MD on 9/23/11 | 7.72 |
| 10/05/2011 | VENDOR: UPS; INVOICE#: 10X827401; DATE: 10/1/2011 David Mohamed to Dave Klauder Wilmington, DE on 9/23/11 | 7.72 |
| 10/05/2011 | VENDOR: UPS; INVOICE#: 10X827401; DATE: 10/1/2011 David Mohamed to Bobbi Ruthlander Esq Dallas, TX on 9/28/11 | 10.94 |
| 10/05/2011 | VENDOR: UPS; INVOICE#: 10X827401; DATE: 10/1/2011 David Mohamed to Dawn Marra Wilmington DE on 9/28/11 | 7.72 |
| 10/05/2011 | VENDOR: UPS; INVOICE#: 10X827401; DATE: 10/1/2011 David Mohamed to David Klauder Esq Wilmington DE on 9/28/11 | 7.72 |
| 10/05/2011 | VENDOR: UPS; INVOICE#: 10X827401; DATE: 10/1/2011 David Mohamed to David Siegal Columbia, MD on 9/28/11 | 7.72 |
| 10/15/2011 | VENDOR: UPS; INVOICE#: 10X827421; DATE: 10/15/2011 David Mohamed to Dave Klauder, Esq. Wilmington DE on 10/13 | 7.65 |

# STROOCK

PAGE: 2

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 10/15/2011 | VENDOR: UPS; INVOICE#: 10X827421; DATE: 10/15/2011 David Mohamed to Bobbi Ruhlander Dallas TX on 10/13 | 10.84 |
| 10/15/2011 | VENDOR: UPS; INVOICE#: 10X827421; DATE: 10/15/2011 David Mohamed to Dawn S. Marra Wilmington DE on 10/13 | 7.65 |
| 10/15/2011 | VENDOR: UPS; INVOICE#: 10X827421; DATE: 10/15/2011 David Mohamed to David B. Siegal Columbia MD on 10/13 | 7.65 |
| 10/22/2011 | VENDOR: UPS; INVOICE#: 10X827431; DATE: 10/22/2011 David Mohamed to Bobbi Ruhlander, Esq. Dallas TX on 10/18 | 10.84 |
| 10/22/2011 | VENDOR: UPS; INVOICE#: 10X827431; DATE: 10/22/2011 David Mohamed to David B. Siegal Columbia MD on 10/18 | 7.65 |
| 10/22/2011 | VENDOR: UPS; INVOICE#: 10X827431; DATE: 10/22/2011 David Mohamed to Dawn S. Marra Wilimgton DE on 10/18 | 7.65 |
| 10/22/2011 | VENDOR: UPS; INVOICE#: 10X827431; DATE: 10/22/2011 David Mohamed to Dave Klauder, Esq. Wilmington DE on 10/18 | 7.65 |

**Outside Messenger Service Total**     **135.78**

**Long Distance Telephone**

| | | |
|------|-------------|--------|
| 10/07/2011 | EXTN.795562, TEL.2015877123, S.T.11:26, DUR.00:12:00 | 3.34 |
| 10/24/2011 | EXTN.795544, TEL.2015877144, S.T.11:36, DUR.00:43:51 | 12.23 |
| 10/25/2011 | EXTN.795544, TEL.2015877144, S.T.15:51, DUR.00:01:41 | 0.56 |
| 10/26/2011 | EXTN.795544, TEL.2012666988, S.T.16:49, DUR.00:08:11 | 2.50 |

**Long Distance Telephone Total**     **18.63**

**O/S Information Services**

| | | |
|------|-------------|--------|
| 10/31/2011 | Pacer Search Service on 7/1/2011 | 146.16 |

**O/S Information Services Total**     **146.16**

**In House Messenger Service**

| | | |
|------|-------------|--------|
| 10/26/2011 | VENDOR: Early Bird Messenger; INVOICE #: N/A; DATE: N/A; 10/21/2011 Bike Standard from GABRIEL to ARLENE KRIEGER, | 15.02 |

# STROOCK

PAGE: 3

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | NYC | |
| | **In House Messenger Service Total** | **15.02** |
| **Westlaw** | | |
| 10/31/2011 | Duration 0; by Krieger, Arlene G. | 33.00 |
| | **Westlaw Total** | **33.00** |

MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 135.78 |
| Long Distance Telephone | 18.63 |
| O/S Information Services | 146.16 |
| In House Messenger Service | 15.02 |
| Westlaw | 33.00 |

| TOTAL DISBURSEMENTS/CHARGES | $ 348.59 |
|---|---|

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM