# EXHIBIT C

**WR GRACE & CO**
**SUMMARY OF FEES**
**OCTOBER 1, 2011 - DECEMBER 31, 2011**

|  | **Hours** | **Rate** | **Amount** |
|---|---:|---:|---:|
| **Partners** | | | |
| Kruger, Lewis | 2.2 | $  995 | $  2,189.00 |
| Pasquale, Kenneth | 5.7 | 895 | 5,101.50 |
| | | | |
| **Associates** | | | |
| Krieger, Arlene G. | 98.6 | 715 | 70,499.00 |
| | | | |
| **Paraprofessionals** | | | |
| Braun, Danielle E. | 0.2 | 290 | 58.00 |
| Magzamen, Michael | 1.8 | 320 | 576.00 |
| Mohamed, David | 70.3 | 200 | 14,060.00 |
| | | | |
| **Total** | **178.8** | | **$ 92,483.50** |