# EXHIBIT D

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**OCTOBER 1, 2011 - DECEMBER 31, 2011**

| | | |
|---|---|---:|
| Outside Messenger Service | $ | 221.79 |
| Long Distance Telephone | | 20.02 |
| O/S Information Services | | 146.16 |
| In House Messenger Service | | 15.02 |
| Westlaw | | 414.50 |
| | | |
| **TOTAL** | **$** | **817.49** |