# EXHIBIT A



# The Hogan Firm

1311 Delaware Avenue

Wilmington, DE 19806

(302) 656 7540

EIN 51-0352711

---

**Canadian ZAI Claimants**  **Date:** 1/6/2012
**c/o Lauzon Belanger Lesperance**  **File Number:** ZAI/WRG 060124-01
Attention:  Careen Hannouche  **Invoice Number:** 19583
286 rue Street
Paul Quest bureau 100 Montreal QC H2Y 2A3

**Re:**  Canadian Zonolite Claimants
WRGrace Chapter 11 Bankruptcy
Our File No. 060124-01

---

| Date | Initials | Description of Service | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/02/2011 | DKH | E-mail correspondence with Bobbi Ruhlander transmitting the Amended Combined Final Report for the 41st interim period. | 0.10 | 400.00 | 40.00 |
| 12/02/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Fee Auditor's Report Amended Combined Final Report Regarding Those Fee Applications With No Fee Or Expense Issues for the Forty-First Interim Period Filed by Warren H. Smith & Associates, P.C. | 0.50 | 400.00 | 200.00 |
| 12/02/2011 | KEH | Preparation of The Hogan Firm's 20th Monthly Fee Application for October 1, 2011, through October 31, 2011. | 1.20 | 190.00 | 228.00 |
| 12/06/2011 | DKH | E-mail correspondence with ded_nefreply@ded.uscourts.gov. Reviewed MOTION to Consolidate Cases Motion of Appellant Garlock Sealing Technologies LLC to Procedurally Consolidate Above Captioned Appeals - filed by Garlock Sealing Technologies LLC. | 0.40 | 400.00 | 160.00 |
| 12/06/2011 | DKH | E-mail correspondence with ded_nefreply@ded.uscourts.gov. Reviewed MOTION to Expedite Emergency Motion of Appellant Garlock Sealing Technologies LLC (I) to Expedite Briefing and Hearing on These Appeals, (II) to Bypass Appellate Mediation and (III) for Related Relief - filed by Garlock Sealing Technologies LLC. | 0.40 | 400.00 | 160.00 |
| 12/07/2011 | KEH | Electronically file Certificate of No Objection Regarding the Nineteenth Monthly Application of Lauzon Belanger Lesperance. | 0.30 | 190.00 | 57.00 |
| 12/07/2011 | KEH | Electronically file Certificate of No Objection Regarding the Nineteenth Monthly Application of Scarfone Hawkins. | 0.30 | 190.00 | 57.00 |
| 12/07/2011 | KEH | Electronically file Certificate of No Objection Regarding the Nineteenth Monthly Application of The Hogan Firm. | 0.30 | 190.00 | 57.00 |

| | | | | | |
|---|---|---|---|---|---|
| 1/6/2012 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | Page:2 |
| 12/07/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Nineteenth Monthly Application for Compensation of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period September 1, 2011, to September 30, 2011. (related document(s)[27940]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 12/07/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Nineteenth Monthly Application for Compensation of Scafone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period September 1, 2011, to September 30, 2011. (related document(s)[27939]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 12/07/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Nineteenth Monthly Application for Compensation of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period September 1, 2011, to September 30, 2011. (related document(s)[27938]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 12/07/2011 | KEH | E-mail correspondence with IKON Office Solutions transmitting the Certificate of No Objection Regarding the Nneteenth Monthly Applications of The Hogan Firm, Scarfone Hawkins LLP, and Lauzon Belanger Lesperance for hand delivery upon the US Trustee. | 0.20 | 190.00 | 38.00 |
| 12/07/2011 | KEH | E-mail correspondence with Service Parties transmitting the Certificate of No Objection Regarding the Nineteenth Monthly Application of The Hogan Firm [Docket No. 28122], Scarfone Hawkins LLP [Docket No. 28123], and Lauzon Belanger Lesperance [Docket No. 28124]. | 0.20 | 190.00 | 38.00 |
| 12/07/2011 | KEH | Meeting with Daniel Hogan, re: CNOs for 19th Monthly fee applications. | 0.30 | 190.00 | 57.00 |
| 12/07/2011 | KEH | Prepare Certificate of No Objection Regarding the Nineteenth Monthly Application of Scarfone Hawkins. | 0.50 | 190.00 | 95.00 |
| 12/07/2011 | KEH | Prepare Certificate of No Objection Regarding the Nineteenth Monthly Application of The Hogan Firm. | 0.50 | 190.00 | 95.00 |
| 12/07/2011 | KEH | Prepare Certificate of No Objection Regarding the Nineteenth Monthly Application of The Hogan Firm. | 0.50 | 190.00 | 95.00 |
| 12/07/2011 | DKH | Reviewed 19th Monthly CNOs for The Hogan Firm, Scarfone Hawkins, and LBL; reviewed online docket for objections to applications. | 0.90 | 400.00 | 360.00 |
| 12/08/2011 | KEH | E-mail correspondence with 'Cindy Yates' regarding the status of Scarfone Hawkins' October time/expense statement. | 0.10 | 190.00 | 19.00 |
| 12/09/2011 | KEH | E-mail correspondence with Cindy Yates regarding Matt Moloci's dockets to be entered for the time/expense statement. | 0.10 | 190.00 | 19.00 |
| 12/12/2011 | KEH | E-mail correspondence with Cindy Yates regarding status of time/expense statement for October fee application. | 0.20 | 190.00 | 38.00 |
| 12/12/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Certification of Counsel Regarding Forty-First Quarter Project Category Summary. Filed by W.R. Grace & Co., et al.. (Attachments: # (1) Exhibit A. Compared against our records. | 0.60 | 400.00 | 240.00 |
| 12/12/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Certification of Counsel Regarding Order Approving Quarterly Fee Applications for the Forty-First Period. Filed by W.R. Grace & Co., et al. | 0.50 | 400.00 | 200.00 |

| 1/6/2012 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | | Page:3 |
|---|---|---|---|---|---|---|
| 12/12/2011 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Agenda of Matters Scheduled for Hearing Filed by W.R. Grace & Co., et al.. Hearing scheduled for 12/19/2011 at 09:00 AM. | 0.30 | 400.00 | 120.00 |
| 12/12/2011 | DKH | | E-mail correspondence with ded_nefreply@ded.uscourts.gov. Reviewed ORAL ORDER: IT IS HEREBY ORDERED that Appellees shall respond to the following motions -- Appellant Garlock Sealing Technologies LLC's (1) Emergency Motion (i) to Expedite Briefing and Hearing on These Appeals, (ii) to Bypass Appellate Mediation and (iii) for Related Relief, and (2) Motion to Procedurally Consolidate Appeals -- on or before December 13, 2011. Appellant shall file a reply, if any, by December 14, 2011. The Court will decide, after reviewing the parties' papers, whether a hearing on some or all of the motions is necessary. ORDERED by Judge Leonard P. Stark on 12/12/11. | 0.30 | 400.00 | 120.00 |
| 12/12/2011 | DKH | | E-mail correspondence with ded_nefreply@ded.uscourts.gov. Reviewed Reviewed ORAL ORDER concerning Appellant Garlock Sealing Technologies LLC's Emergency Motion (i) to Expedite Briefing and Hearing on These Appeals, (ii) to Bypass Appellate Mediation and (iii) for Related Relief, and (2) Motion to Procedurally Consolidate Appeals. | 0.30 | 400.00 | 120.00 |
| 12/13/2011 | DKH | | E-mail correspondence with Cindy Yates transmitting Scarfone Hawkins LLP Monthly Fee Application for October 1, 2011 – October 31, 2011; reviewed same. | 0.50 | 400.00 | 200.00 |
| 12/13/2011 | KEH | | E-mail correspondence with Cindy Yates; received and reviewed Scarfone Hawkins' time/expense statement for October 2011; save to file as exhibit. | 0.40 | 190.00 | 76.00 |
| 12/13/2011 | DKH | | E-mail correspondence with response@courtcall.com. Reviewed telephonic appearance notice. | 0.30 | 400.00 | 120.00 |
| 12/13/2011 | KEH | | Meeting with Daniel Hogan regarding hearing on December 19, 2011 - cancellation; review docket re: same. | 0.30 | 190.00 | 57.00 |
| 12/13/2011 | KEH | | Schedule CourtCall appearance for DKHogan for hearing on December 19, 2011 at 9:00 am. | 0.20 | 190.00 | 38.00 |
| 12/14/2011 | KEH | | E-mail correspondence with 'Careen Hannouche' regarding Pinchin Invoice and LBL's time/expense statement. | 0.10 | 190.00 | 19.00 |
| 12/14/2011 | KEH | | E-mail correspondence with 'Careen Hannouche' transmitting LBL's 20th Monthly Fee Application for review along with certification for same. | 0.20 | 190.00 | 38.00 |
| 12/14/2011 | KEH | | E-mail correspondence with Cindy Yates regarding Pinchin Invoice and revision of Scarfone Hawkins' October time/expense statement; revise same. | 0.40 | 190.00 | 76.00 |
| 12/14/2011 | KEH | | E-mail correspondence with Cindy Yates regarding Pinchin Invoice and SH October account. | 0.20 | 190.00 | 38.00 |
| 12/14/2011 | KEH | | E-mail correspondence with 'Cindy Yates' transmitting SH's 20th Monthly Fee Application for review along with certification for David Thompson. | 0.20 | 190.00 | 38.00 |
| 12/14/2011 | DKH | | E-mail correspondence with Cindy Yates transmitting the amended account along with the Pinchin account showing allocation of payment.  Reviewed same. | 0.40 | 400.00 | 160.00 |
| 12/14/2011 | KEH | | E-mail correspondence with 'Cindy Yates';'Careen Hannouche' regarding preparation of the monthly application for LBL & SH and  invoice for Pinchin Environmental. | 0.30 | 190.00 | 57.00 |
| 12/14/2011 | KEH | | Prepare 20th Monthly fee application for Lauzon Belanger Lesperance for the period October 1, 2011, through October 31, 2011. | 0.60 | 190.00 | 114.00 |
| 12/14/2011 | KEH | | Prepare 20th Monthly Fee Application for Scarfone Hawkins for the period October 1, 2011 through October 31, 2011. | 0.80 | 190.00 | 152.00 |
| 12/14/2011 | DKH | | Reviewed and revised LBL's 20th Monthly Fee Application. | 0.60 | 400.00 | 240.00 |
| 12/6/2011 | DKH | | Reviewed and revised SH's 20th Monthly Fee Application. | 0.70 | 400.00 | 280.00 |
| 12/14/2011 | DKH | | Reviewed fact that monthly application for LBL & SH contain an invoice for Pinchin Environmental is an expense on both firms time/expense statements. | 0.40 | 400.00 | 160.00 |

| 1/6/2012 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | | Page:4 |
|---|---|---|---|---|---|---|
| 12/15/2011 | KEH | | E-mail correspondence from Cindy Yates transmitting the certification of David Thompson for the 20th monthly fee application of Scarfone Hawkins; review and save same to file as exhibit. | 0.30 | 190.00 | 57.00 |
| 12/15/2011 | KEH | | E-mail correspondence with 'Careen Hannouche' & Michel Belanger transmitting certification for Michel's signature; also, need clarification regarding Pinchin invoice. | 0.20 | 190.00 | 38.00 |
| 12/15/2011 | DKH | | E-mail correspondence with Careen Hannouche concerning one issue with the application - the HsT should not be listed as a disbursement as it was calculated in the GST and QST we billed. Reviewed issue. | 0.50 | 400.00 | 200.00 |
| 12/15/2011 | KEH | | E-mail correspondence with Careen Hannouche regarding Pinchin invoice and taxes paid by LBL. | 0.10 | 190.00 | 19.00 |
| 12/15/2011 | KEH | | E-mail correspondence with 'Careen Hannouche' regarding review of LBL's 20th monthly fee application and certification for same. | 0.20 | 190.00 | 38.00 |
| 12/15/2011 | KEH | | E-mail correspondence with 'Careen Hannouche' regarding taxes and the Pinchin invoice. | 0.20 | 190.00 | 38.00 |
| 12/15/2011 | KEH | | E-mail correspondence with Careen Hannouche regarding the Pinchin invoice and HsT GST and QST. Also, need to revise certification for Michel Belanger's signature; revise same. | 0.40 | 190.00 | 76.00 |
| 12/15/2011 | DKH | | E-mail correspondence with Cindy Yates transmitting the Certification duly executed by David Thompson; reviewed same. | 0.30 | 400.00 | 120.00 |
| 12/15/2011 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation (Twentieth) of Scarfone Hawkins, LLP, as Special Counsel for the Canadian ZAI Claimants for the period October 1, 2011, to October 31, 2011 Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 12/15/2011 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation (Twentieth) of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period October 1, 2011, to October 31, 2011. Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 12/15/2011 | KEH | | E-mail correspondence with 'Fee Auditor transmitting, in Word format, the Twentieth Monthly Application of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants, Docket No. 28163. | 0.20 | 190.00 | 38.00 |
| 12/15/2011 | KEH | | E-mail correspondence with 'Fee Auditor transmitting, in Word format, the Twentieth Monthly Application of The Hogan Firm as Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants, Docket No. 28162. | 0.20 | 190.00 | 38.00 |
| 12/15/2011 | KEH | | E-mail correspondence with IKON Office Solutions transmitting, for hand delivery to the US Trustee, the 20th Monthly Applications of The Hogan Firm and Scarfone Hawkins, LLP | 0.20 | 190.00 | 38.00 |
| 12/15/2011 | KEH | | E-mail correspondence with Service Parties transmitting, for service, the 20th Monthly Application of Scarfone Hawkins LLP, Docket No. 28163. | 0.20 | 190.00 | 38.00 |
| 12/15/2011 | KEH | | E-mail correspondence with Service Parties transmitting, for service, the 20th Monthly Application of The Hogan Firm, Docket No. 28162. | 0.20 | 190.00 | 38.00 |
| 12/15/2011 | DKH | | Made revisions to LBL 20th Monthly Application. | 0.40 | 400.00 | 160.00 |
| 12/15/2011 | KEH | | Prepare for and e-file 20th Monthly Application of Scarfone Hawkins LLP, for the period October 1, 2011, through October 31, 2011. | 0.50 | 190.00 | 95.00 |
| 12/15/2011 | KEH | | Prepare for and e-file The Hogan Firm's 20th Monthly Fee application for the period October 1, 2011 through October 31, 2011. | 0.50 | 190.00 | 95.00 |

1/6/2012   ZAI/WRG 060124-01   Canadian ZAI Claimants   Page:5
c/o Lauzon Belanger Lesperance

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/15/2011 | DKH | Reviewed and revised Monthly Application for Compensation (Twentieth) of Scarfone Hawkins, LLP, as Special Counsel for the Canadian ZAI Claimants for the period October 1, 2011, to October 31, 2011. | 0.70 | 400.00 | 280.00 |
| 12/15/2011 | DKH | Reviewed final version of Monthly Application for Compensation (Twentieth) of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period October 1, 2011, to October 31, 2011and prepared for efiling. | 0.80 | 400.00 | 320.00 |
| 12/15/2011 | KEH | Revise LBL invoice and LBL 20th monthly fee application, re: 50% of the Pinchin invoice paid; transmit to Careen Hannouche and Michel Belanger for review and request for executed certification. | 0.40 | 190.00 | 76.00 |
| 12/16/2011 | KEH | E-mail correspondence from Grace Accounts Payable regarding payment of The Hogan Firm's September 2011 fee application on 12/10/2011. | 0.10 | 190.00 | 19.00 |
| 12/16/2011 | KEH | E-mail correspondence with Careen Hannouche and Michel Belanger clarifying the issues over the Pinchin invoice as related to the split between LBL and SH. | 0.20 | 190.00 | 38.00 |
| 12/16/2011 | KEH | E-mail correspondence with Careen Hannouche regarding approval of 20th fee application as revised. | 0.20 | 190.00 | 38.00 |
| 12/16/2011 | KEH | E-mail correspondence with Careen Hannouche regarding Pinchin invoice. | 0.10 | 190.00 | 19.00 |
| 12/16/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Amended Notice of Agenda of Matters Scheduled for Hearing (related document(s)[28144]) Filed by W.R. Grace & Co., et al.. Hearing scheduled for 12/19/2011 at 09:00 AM. | 0.30 | 400.00 | 120.00 |
| 12/16/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation (Twentieth) of Lauzon Belanger Lesperance as Special Counsel for The Canadian ZAI Claimants for the period October 1, 2011, to October 31, 2011. Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 12/16/2011 | KEH | E-mail correspondence with 'Fee Auditor transmitting, in Word format, the Twentieth Monthly Application of Lauzon Bélanger Lespérance as Special Counsel for the Canadian ZAI Claimants, Docket No. 28171. | 0.20 | 190.00 | 38.00 |
| 12/16/2011 | KEH | E-mail correspondence with IKON Office Solutions transmitting, for hand delivery to the US Trustee, 20th Monthly Application of Lauzon Bélanger Lespérance | 0.20 | 190.00 | 38.00 |
| 12/16/2011 | KEH | E-mail correspondence with Info-LBLavocats transmitting the duly executed copy of the Michel Belanger's Certification pursuant to Del. Bankr. L.R.  2016-2(f) – October 2011; review and save to file as exhibit. | 0.30 | 190.00 | 57.00 |
| 12/16/2011 | KEH | E-mail correspondence with Michel Belanger transmitting the revised 20th monthly application for review and request for signed certification. | 0.20 | 190.00 | 38.00 |
| 12/16/2011 | KEH | E-mail correspondence with Service Parties transmitting the 20th Monthly Application of Lauzon Bélanger Lespérance, Docket No. 28171 | 0.20 | 190.00 | 38.00 |
| 12/16/2011 | KEH | Meeting with Dan Hogan regarding LBL's 20th fee application and the confusion over the Pinchin invoice. | 0.30 | 190.00 | 57.00 |
| 12/16/2011 | KEH | Prepare for and e-file the 20th Monthly Application of Lauzon Bélanger Lespérance, for the period October 1, 2011 through October 31, 2011. | 0.50 | 190.00 | 95.00 |
| 12/16/2011 | DKH | Reviewed and revised LBL 20th monthly application. | 0.50 | 400.00 | 200.00 |
| 12/19/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Motion to Authorize Second Amendment to Post-Petition Letter of Credit Facility Agreement Filed by W.R. Grace & Co., et al. | 0.50 | 400.00 | 200.00 |
| 12/19/2011 | KEH | Receive and review wire advice from W.R. Grace; email from DKHogan to confirm same; update payment spreadsheet regarding payment of holdback form April, May & June, 2011. | 0.70 | 190.00 | 133.00 |

| | | | | | |
|---|---|---|---|---|---|
| 1/6/2012 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | Page:6 |
| 12/20/2011 | KEH | Electronically file the Certificate of No Objection Regarding Lauzon Belanger Lesperance's Seventh Quarterly Fee Application for the Period July 1, 2011, through September 30, 2011. | 0.30 | 190.00 | 57.00 |
| 12/20/2011 | KEH | Electronically file the Certificate of No Objection Regarding Scarfone Hawkins' Seventh Quarterly Fee Application for the Period July 1, 2011, through September 30, 2011. | 0.30 | 190.00 | 57.00 |
| 12/20/2011 | KEH | Electronically file the Certificate of No Objection Regarding The Hogan Firm's Seventh Quarterly Fee Application for the Period July 1, 2011, through September 30, 2011. | 0.30 | 190.00 | 57.00 |
| 12/20/2011 | KEH | E-mail correspondence with Careen Hannouche regarding amount of holdback payment expected - review same and respond. | 0.30 | 190.00 | 57.00 |
| 12/20/2011 | KEH | E-mail correspondence with Careen Hannouche, Michel Belanger, David Thompson, Matt Moloci and Cindy Yates, re: payment from W.R. Grace for September fee application and holdback on April, May and June applications; request for time/expense statements for November. | 0.30 | 190.00 | 57.00 |
| 12/20/2011 | KEH | E-mail correspondence with Cindy Yates regarding the receipt of funds for payment of SH September, 2011 monthly fee application; holdback of SH April, 2011 monthly fee application; holdback of SH May, 2011 monthly fee application; holdback of SH June, 2011 monthly fee application; revise WRGrace payment spreadsheet with same. | 0.50 | 190.00 | 95.00 |
| 12/20/2011 | KEH | E-mail correspondence with Daniel Hogan regarding confirmation of payment from WRGrace in the amount of $8,307.40. | 0.20 | 190.00 | 38.00 |
| 12/20/2011 | KEH | E-mail correspondence with Daniel Hogan regarding WRGrace payment in the amount of $6,425.96 for THF September fee application. | 0.20 | 190.00 | 38.00 |
| 12/20/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Appointment of Official Creditor Committee Amended Notice of Appointment of Official Committee of Equity Security Holders Filed by United States Trustee. | 0.30 | 400.00 | 120.00 |
| 12/20/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection Regarding the Seventh Quarterly Application for Compensation of Lauzon Belanger Lesperance for Compensation for Services Rendered and Reimbursement of Expenses for the period July 1, 2011 to September 30, 2011. (related document(s)[28005]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 12/20/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection Regarding the Seventh Quarterly Application for Compensation of The Hogan Firm for Compensation for Services Rendered and Reimbursement of Expenses for the period July 1, 2011, to September 30, 2011 (related document(s)[28000]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 12/20/2011 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection Regarding the Seventh Quarterly Application for Compensation of Scarfone Hawkins for Compensation for Services Rendered and Reimbursement of Expenses for the period July 1, 2011, to September 30, 2011. (related document(s)[28001]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 12/20/2011 | KEH | E-mail correspondence with IKON Office Solutions transmitting, for hand delivery to the US Trustee, the Certificate of No Objection Regarding the Seventh Quarterly Applications of The Hogan Firm, Scarfone Hawkins LLP, and Lauzon Belanger Lesperance | 0.20 | 190.00 | 38.00 |

| Date | | | | | |
|---|---|---|---|---|---|
| 1/6/2012 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | Page:7 |
| 12/20/2011 | KEH | E-mail correspondence with Service Parties transmitting the Certificate of No Objection Regarding the Seventh Quarterly Application of The Hogan Firm [Docket No. 28179), Scarfone Hawkins LLP [Docket No. 28180], and Lauzon Belanger Lesperance [Docket No. 28181]. | 0.20 | 190.00 | 38.00 |
| 12/20/2011 | KEH | Prepare the Certificate of No Objection Regarding Lauzon Belanger Lesperance's Seventh Quarterly Fee Application for the Period July 1, 2011, through September 30, 2011. | 0.50 | 190.00 | 95.00 |
| 12/20/2011 | KEH | Prepare the Certificate of No Objection Regarding Scarfone Hawkins' Seventh Quarterly Fee Application for the Period July 1, 2011, through September 30, 2011. | 0.50 | 190.00 | 95.00 |
| 12/20/2011 | KEH | Prepare the Certificate of No Objection Regarding The Hogan Firm's Seventh Quarterly Fee Application for the Period July 1, 2011, through September 30, 2011. | 0.50 | 190.00 | 95.00 |
| 12/20/2011 | KEH | Receive and review wire advice from W.R. Grace for payment of THF's September fee application; email to DKHogan for confirmation of same. | 0.30 | 190.00 | 57.00 |
| 12/20/2011 | KEH | Review and update W.R. Grace payment spreadsheet regarding the 19th and 20th monthly fee applications for THF, SH, and LBL. | 0.30 | 190.00 | 57.00 |
| 12/20/2011 | DKH | Reviewed Certificate of No Objection Regarding the Seventh Quarterly Application for Compensation of Lauzon Belanger Lesperance for Compensation for Services Rendered and Reimbursement of Expenses for the period July 1, 2011 to September 30, 2011. Reviewed docket for objections. | 0.40 | 400.00 | 160.00 |
| 12/20/2011 | DKH | Reviewed Certificate of No Objection Regarding the Seventh Quarterly Application for Compensation of Scarfone Hawkins for Compensation for Services Rendered and Reimbursement of Expenses for the period July 1, 2011, to September 30, 2011.  Reviewed docket for objections. | 0.40 | 400.00 | 160.00 |
| 12/20/2011 | DKH | Reviewed Certificate of No Objection Regarding the Seventh Quarterly Application for Compensation of The Hogan Firm for Compensation for Services Rendered and Reimbursement of Expenses for the period July 1, 2011, to September 30, 2011; reviewed docket for objections. | 0.40 | 400.00 | 160.00 |
| 12/21/2011 | KEH | E-mail correspondence from Careen Hannouche transmitting LBL's time summary for November 2011; save to file. | 0.20 | 190.00 | 38.00 |
| 12/21/2011 | DKH | E-mail correspondence with Careen Hannouche transmitting the LBL time summary for November 2011.  Reviewed same. | 0.40 | 400.00 | 160.00 |
| 12/22/2011 | KEH | E-mail correspondence with Careen Hannouche regarding wire transfer from WRGrace in the amount of 9 134,13$ on December 20, 2011 - need confirmation for application of payment. | 0.10 | 190.00 | 19.00 |
| 12/22/2011 | KEH | Review payment spreadsheet and advise Careen Hannouche regarding wire transfer in the amount of $9,134.13. | 0.20 | 190.00 | 38.00 |
| 12/29/2011 | DKH | E-mail correspondence with Carol Adair & Bruce Keffer concerning claim made. | 0.20 | 400.00 | 80.00 |
| 12/29/2011 | KEH | Review WRGrace payment information for Scarfone Hawkins and Lauzon Belanger Lesperance; prepare for transfer of funds to Scarfone Hawkins for payment of April-June 2011 holdback and September 2011 fee application; E-mail correspondence with 'Cindy Yates' regarding same. | 0.50 | 190.00 | 95.00 |
| 12/30/2011 | DKH | E-mail correspondence with Matt Moloci transmitting inquiry made by Carol Adair & Bruce Keffer. | 0.20 | 400.00 | 80.00 |
| | | **Total Fees** | **37.50** | | **$10,527.00** |

1/6/2012        ZAI/WRG 060124-01        Canadian ZAI Claimants        Page:8
                                         c/o Lauzon Belanger Lesperance

**Expenses**

| | | |
|---|---|---|
| 12/28/2011 | IKON Office Solutions - Monthly Fee Applications | 20.96 |
| 12/30/2011 | Photocopies (235 X .10) | 23.50 |
| 12/30/2011 | Postage - First Class Mail | 4.96 |
| | **Total Expenses** | **$49.42** |

**TOTAL NEW CHARGES**                                                                $10,576.42

**STATEMENT OF ACCOUNT**

| | |
|---|---|
| Prior Balance | 13,399.47 |
| Payments | -13,399.47 |
| Current Fees | 10,527.00 |
| Current Expenses | 49.42 |
| **AMOUNT DUE AND OWING TO DATE** | **$10,576.42** |

**TERMS: DUE UPON RECEIPT; INTEREST WILL ACCRUE ON THE UNPAID BALANCE AT THE RATE OF 1.5% PER MONTH;  Please call 302.656.7540 if you have any questions or concerns.**

**Payments**

| **Date** | **Ref #** | **Description** | **Amount** |
|---|---|---|---|
| 12/19/2011 | 9904812 | Payment on Account | 13,399.47 |