# EXHIBIT A

# LAUZON BÉLANGER LESPÉRANCE
## AVOCATS • ATTORNEYS

February 10, 2012

RE :   W.R. GRACE & CO., and al.
       U.S. FEE APPLICATION
       CDN ZAI CLASS ACTION
       Our file:  222

**CANADIAN ZAI SPECIAL COUNSEL FEE APPLICATION**
(December 1st 2011 to December 31st 2011)

**FOR PROFESSIONAL SERVICES RENDERED, INCLUDING:**

| DATE | INIT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 2011-12-13 | CH | Email to David Thompson re: portion of The Hogan Firm fees | 0.25 | 285.00 | 71.25 |
| 2011-12-15 | CH | Email to Karen Harvey re: Pinchin disbursement | 0.33 | 285.00 | 94.05 |
| 2011-12-15 | CH | Review of Monthly Application | 0.50 | 285.00 | 142.50 |
| 2011-12-19 | CH | Email to Cindy Yates re: payment of Hogan Firm's fees month of October and November | 0.33 | 285.00 | 94.05 |
| 2011-12-21 | CH | Review of time summary for November 2011 | 0.42 | 285.00 | 119.70 |
| 2011-12-21 | CH | Email to Karen Harvey re: time summary November 2011 | 0.33 | 285.00 | 94.05 |
| 2011-12-22 | CH | Email to Karen Harvey re: wire transfer from Grace | 0.25 | 285.00 | 71.25 |
| | | **OUR FEES :** | **2.41** | | **$686.85** |

**TIME SUMMARY BY LAWYER**
  CH      285.00     2.41      $ 686.85

**DISBURSEMENTS**

Photocopies (8 x .10¢)                                    0.80

**TOTAL DISBURSEMENTS**                                   0.80

**TOTAL FEES AND DISBURSEMENTS**                          $687.65

   G.S.T. 5%                                              34.38
   Q.S.T. 8.5%                                            68.59

   **TOTAL**                                              $   790.62

# G.S.T.   814682340 RT 0001
# Q.S.T.   1211542736 TQ 0001