IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: March 8, 2012 at 4:00 p.m. |

### SUMMARY APPLICATION OF KAYESCHOLER LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR INTELLECTUAL PROPERTY FOR W.R. GRACE & CO., ET AL., THROUGH THE MONTHLY PERIOD OF January 31, 2012

| | |
|---|---|
| Name *of Applicant*: | **Kaye Scholer LLP** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention as Special Counsel for Intellectual Property | **Retention Order entered April 7, 2010** |
| Period for which compensation and reimbursement is sought | **January 1, 2012 - January 31, 2012** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$14,727.83** |
| Amount of Expense Reimbursement sought | **$0.00** |

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville, Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.,), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation Gracoal, Inc., Gracoal II, Inc., Guantica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc., (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc., (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Applicant Kaye Scholer LLP submits this application for fees and expenses for the month of January 2012. This is the first application for compensation for services that has been filed with the Bankruptcy Court by Kaye Scholer LLP for the 2012 calendar year. Previously, Kaye Scholer was appointed Ordinary Course Professional. On April 7, 2010, based on a motion made by Debtor on February 11, 2010, the Bankruptcy Court entered an order authorizing Kaye Scholer LLP to provide further services to Debtor as Special Counsel for Intellectual Property.

The monthly applications previously filed by Kaye Scholer LLP are shown in the following table:

| Period Covered | Date Filed | Requested Fees | Requested Disbursements |
|---|---|---|---|
| 01/01/2012-01/31/2012 | February 9, 2012 | $14,727.83 | $0.00 |

During this fee period, Kaye Scholer LLP provided intellectual property services in connection with various matters, which are detailed in the attached fee schedules for the matters, and a procedural matter relating to preparation of petitions for submission to this court.

The Kaye Scholer professional who rendered the legal services during the fee period is:

| Name of Professional | Position with the Applicant | Year Admitted to Bar | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Generated |
|---|---|---|---|---|---|---|
| John P. Rynkiewicz | Counsel | 1981 | Intellectual Property | $587.00 | 25.09 | $14,727.83 |

Total Fees: $14,727.83

**WHEREFORE**, Applicant respectfully requests (a) that an allowance be made to it, as fully described above, for (i) 80% of the amount of $14,727.83 for reasonable and necessary professional services Applicant has rendered to the Debtors during the Fee period (January 1, 2012-January 31, 2012), and (b) that the fees are payable as administrative expenses of the Debtors' estates.

Respectfully submitted

Dated: February 9, 2012

John P. Rynkiewicz
Kaye Scholer LLP
901 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 682-3671
jrynkiewicz@kayescholer.com

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO: W.R. Grace & Co-Conn.
7500 Grace Drive
Columbia, Maryland 21004
Attn: Robert A. Maggio, Chief Patent Counsel

February 8, 2012

RE: General
Our File Number: 63812/0001
Client Reference: 100062

Invoice#: 693780

PAGE: 1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/2012

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 01/04/2012 | Rynkiewicz, John P | Beginning of the month review, overview of GRACE pending matters, issues, status. | 1.42 |
| 01/04/2012 | Rynkiewicz, John P | Emails to/from Grace's Canadian counsel S. Keri regarding issues and possible challenge in Canada; advise re same. | 0.42 |
| 01/05/2012 | Rynkiewicz, John P | Emails to/from S. Keri regarding possible GRACE misuse in Canada; review prior emails. | 0.25 |
| 01/09/2012 | Rynkiewicz, John P | Beginning of the month trademark review of GRACE mark matters in the US and abroad. | 1.58 |
| 01/09/2012 | Rynkiewicz, John P | Review, search USPTO records for newest GRACE mark filings covering all product lines; trademark assessment and consider need for additional applics/regs for protection. | 1.92 |
| 01/10/2012 | Rynkiewicz, John P | Review series of emails and issues re Letter of consent required for TM GRACEVIT - and Grace's cited marks TM Nos. 94/11909 & 94/11907 - GRACE classes 1 and 5; overview of issues. | 0.83 |
| 01/13/2012 | Rynkiewicz, John P | Review Grace email and letter from Canadian agents regarding possible opposition of GRACE KENNEDY design mark in Canada; review issues; assess opposition, review prior Grace Kennedy settlement terms,a and effect in Canadian matter; research; review USPTO applics. | 1.83 |

KAYE SCHOLER LLP

TO: W.R. Grace & Co-Conn.  February 8, 2012

RE: General  Invoice#: 693780
Our File Number: 63812/0001
Client Reference: 100062  PAGE: 2

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 01/17/2012 | Rynkiewicz, John P | Review Grace email, watch report from J. Isern. in Spain, re possible opposition of GRACE, Appln. No. 10344703 in the EC, owned by Grace Hotels, Limited; assess confusions, issues and likelihood of success. | 1.58 |
| 01/26/2012 | Rynkiewicz, John P | Overview of Grace mark issues, correspondence and deadlines. | 0.75 |

Total Hours................ 10.58

Fees through 01/31/2012..................................... $6,210.46

\*----------------------------------TIME AND FEE SUMMARY---------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $587.00 | 10.58 | $6,210.46 |
| Fees through 01/31/2012............... | | 10.58 | $6,210.46 |

\*----------------------------------OUTSTANDING BALANCE---------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 628636 | 03/31/2010 | $440.43 |
| 628637 | 03/31/2010 | 1,690.79 |
| 637193 | 06/30/2010 | 3,978.07 |
| 639770 | 07/28/2010 | 813.08 |
| 641101 | 08/10/2010 | 3,477.98 |
| 643967 | 09/09/2010 | 1,171.42 |
| 647685 | 10/18/2010 | 472.96 |
| 650334 | 11/04/2010 | 350.44 |
| 654086 | 12/10/2010 | 303.06 |
| 657770 | 01/19/2011 | 349.39 |
| 660963 | 02/28/2011 | 368.75 |
| 664046 | 03/31/2011 | 1,369.87 |
| 666733 | 04/30/2011 | 1,256.53 |
| 669550 | 05/31/2011 | 595.35 |
| 672317 | 06/27/2011 | 519.43 |

**KAYE SCHOLER LLP**

TO:   W.R. Grace & Co-Conn.                                     February 8, 2012

RE: General                                                     Invoice#: 693780
Our File Number: 63812/0001
Client Reference: 100062                                        PAGE:   3

| Invoice# | Date | Amount |
|---|---|---|
| 674217 | 07/15/2011 | 1,926.66 |
| 678864 | 08/31/2011 | 775.92 |
| 681371 | 09/29/2011 | 859.57 |
| 682892 | 10/13/2011 | 407.11 |
| 685356 | 11/07/2011 | 462.73 |
| 688457 | 12/12/2011 | 1,342.66 |
| 692924 | 02/02/2012 | 7,938.30 |
| Prior Balance Due................................................................ | | $30,870.50 |

| | |
|---|---|
| Fees this Invoice................................................................ | $6,210.46 |
| Total Due this Invoice........................................................ | $6,210.46 |
| Prior Balance Due (from above)....................................... | 30,870.50 |
| **TOTAL DUE**.................................................................. | **$37,080.96** |

**Please remit payment within thirty (30) days.**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
   666 5th Avenue
   New York, New York 10103
   Attention: Yoannis Cepeda
   Telephone: 212.559.1980

   ABA Routing Number: 021000089
   Bank Identification Code/SWIFT Code: CITIUS33
   Account Name: Kaye Scholer LLP
   Account Number: 9981494431

   RE: W.R. Grace Trademarks
   Our File Number: 63812/0001
   Invoice Number: 693780
   Total Amount Due: $37,080.96

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO: W.R. Grace & Co.-Conn
7500 Grace Drive
Columbia, Maryland 21044
Attn: Robert A. Maggio, Esq.

February 8, 2012

RE: I. GRACE Trademarks
Our File Number: 63812/0003
Client Reference: 100063

Invoice#: 693782

PAGE: 1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/2012

|  |  | Hours |
|---|---|---|
| 01/06/2012 | Rynkiewicz, John P<br>Review proceeding status and next TTAB deadlines. | 0.83 |
| 01/09/2012 | Rynkiewicz, John P<br>Emails to/from opposing counsel in proceeding; review TTAB Order re opposing party's accepted amendment to identification; assess next options and termination/withdrawal of proceeding. | 0.92 |
| 01/10/2012 | Rynkiewicz, John P<br>Emails to/from opposing counsel re USPTO TTAB Consented Motion to Withdraw; review and discuss revisions; finalize same. | 0.75 |
| 01/11/2012 | Rynkiewicz, John P<br>Communications with opposing counsel re withdrawal of TTAB proceedings; review consented, signed motion; sign motion and file with TTAB; review TTAB receipt; serve opposing counsel. | 0.92 |
| 01/25/2012 | Rynkiewicz, John P<br>Review TTAB order and termination of proceedings following Grace's withdrawal and settlement of Opposition; review files and note resolution. | 0.92 |

Total Hours.................. 4.34

Fees through 01/31/2012...................... $2,547.58

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $587.00 | 4.34 | $2,547.58 |
| Fees through 01/31/2012............... |  | 4.34 | $2,547.58 |

**KAYE SCHOLER LLP**

TO:  W.R. Grace & Co.-Conn                                February 8, 2012

RE: I. GRACE Trademarks                                   Invoice#: 693782
Our File Number: 63812/0003
Client Reference: 100063                                  PAGE:  2

*------------------------------OUTSTANDING BALANCE------------------------------*

| Invoice# | Date | Amount |
|---|---|---|
| 623146 | 01/28/2010 | $406.98 |
| 628638 | 03/31/2010 | 435.46 |
| 628639 | 03/31/2010 | 605.56 |
| 637194 | 06/30/2010 | 1,485.54 |
| 639771 | 07/28/2010 | 349.27 |
| 643965 | 09/09/2010 | 453.60 |
| 647687 | 10/18/2010 | 481.95 |
| 650336 | 11/04/2010 | 501.23 |
| 654087 | 12/10/2010 | 283.50 |
| 657771 | 01/19/2011 | 510.30 |
| 660985 | 02/28/2011 | 425.25 |
| 664048 | 03/31/2011 | 274.43 |
| 669551 | 05/31/2011 | 302.78 |
| 674218 | 07/15/2011 | 217.72 |
| 678869 | 08/31/2011 | 907.20 |
| 681372 | 09/29/2011 | 1,454.92 |
| 682893 | 10/13/2011 | 1,529.77 |
| 685362 | 11/07/2011 | 935.55 |
| 688458 | 12/12/2011 | 1,354.15 |
| 692925 | 02/02/2012 | 2,693.75 |
| Prior Balance Due............................................. | | $15,608.91 |

| | |
|---|---|
| Fees this Invoice................................................... | $2,547.58 |
| Total Due this Invoice........................................... | $2,547.58 |
| Prior Balance Due (from above)........................... | 15,608.91 |
| **TOTAL DUE**........................................................ | **$18,156.49** |

**Please remit payment within thirty (30) days.**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
      666 5th Avenue
      New York, New York 10103
      Attention: Yoannis Cepeda
      Telephone: 212.559.1980

      ABA Routing Number: 021000089
      Bank Identification Code/SWIFT Code: CITIUS33
      Account Name: Kaye Scholer LLP
      Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0003
Invoice Number: 693782
Total Amount Due: $18,156.49

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO: W.R. Grace & Co.-Conn
Legal Department
7500 Grace Drive
Columbia, Maryland 21044
Attn: Robert A. Maggio, Esq.

February 8, 2012

RE: Special Counsel
Our File Number: 63812/0108
Client Reference: 100071

Invoice#: 693784

PAGE: 1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/2012

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 01/04/2012 | Rynkiewicz, John P | Emails and calls to/from Grace re fee payments; emails to/from R. Finke and M. Blessing re same; work on Special Counsel fee invoices. | 0.33 |

Total Hours.................. 0.33

Fees through 01/31/2012...................................... $193.71

*----------------------------------TIME AND FEE SUMMARY----------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $587.00 | 0.33 | $193.71 |
| Fees through 01/31/2012................ | | 0.33 | $193.71 |

*-------------------------------OUTSTANDING BALANCE--------------------------------*

| Invoice# | Date | Amount |
|---|---|---|
| 628642 | 03/31/2010 | $484.20 |
| 637196 | 06/30/2010 | 1,008.17 |
| 643961 | 09/09/2010 | 321.37 |
| 647689 | 10/18/2010 | 217.65 |
| 650341 | 11/04/2010 | 180.31 |
| 654089 | 12/10/2010 | 528.44 |
| 660967 | 02/28/2011 | 94.12 |
| 664052 | 03/31/2011 | 75.98 |

**KAYE SCHOLER LLP**

TO:  W.R. Grace & Co.-Conn    February 8, 2012

RE: Special Counsel    Invoice#: 693784
Our File Number: 63812/0108
Client Reference: 100071    PAGE:  2

| Invoice# | Date | Amount |
|---|---|---|
| 666741 | 04/30/2011 | 189.38 |
| 669561 | 05/31/2011 | 122.47 |
| 672310 | 06/27/2011 | 131.54 |
| 674222 | 07/15/2011 | 56.70 |
| 678870 | 08/31/2011 | 65.77 |
| 681374 | 09/29/2011 | 104.33 |
| 682895 | 10/13/2011 | 47.63 |
| 685365 | 11/07/2011 | 65.77 |
| 688460 | 12/12/2011 | 95.26 |
| 692932 | 02/02/2012 | 805.14 |

Prior Balance Due.................................................................... $4,594.23

Fees this Invoice......................................................................... $193.71
Total Due this Invoice................................................................ $193.71
Prior Balance Due (from above)................................................. 4,594.23
**TOTAL DUE**........................................................................... **$4,787.94**

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0108
Invoice Number: 693784
Total Amount Due: $4,787.94

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  W.R. Grace & Co.-Conn
7500 Grace Drive
Columbia, Maryland 21044
Attn: Robert A. Maggio, Esq.

February 8, 2012

RE: Trademark Watches
Our File Number: 63812/0111

Invoice#: 693785
PAGE:  1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/2012

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 01/03/2012 | Rynkiewicz, John P | Review Grace email and watch report from Corsearch dated December 28, 2011, and multiple GRACE marks; assess confusion, options and risks in all third party marks. | 0.83 |
| 01/03/2012 | Rynkiewicz, John P | Review 3 third party marks, email from Grace and and watch report from Corsearch dated December 30, 2011; assess confusion with multiple GRACE marks;marks. | 0.58 |
| 01/10/2012 | Rynkiewicz, John P | Review Grace email and Corsearch GRACE Watch REPORT dated/10/2012; assess marks, advise Grace re same. | 0.42 |
| 01/20/2012 | Rynkiewicz, John P | Review Grace email and Corsearch Watch notice dated January 20, 2012; assess multiple marks, confusion issues. | 0.75 |
| 01/26/2012 | Rynkiewicz, John P | Review Corsearch Watch notice of Dec 30; review marks with opposition deadlines; send comments and recommendation to Grace not to oppose any of multiple marks listed. | 0.42 |
| 01/27/2012 | Rynkiewicz, John P | Review Grace email and Spanish agents' notice re watch report from J. Isern dated January 27, 2012, re PURE GRACE; Appln. No. 10409671 in the EC; assess confusion. | 0.50 |

Total Hours.................  3.50

Fees through 01/31/2012.................................  $2,054.50

**KAYE SCHOLER LLP**

TO:   W.R. Grace & Co.-Conn                                        February 8, 2012

RE: Trademark Watches                                              Invoice#: 693785
Our File Number: 63812/0111                                        PAGE:   2

---

*--------------------------------TIME AND FEE SUMMARY--------------------------------*

|                      | Rate     | Hours | Fees      |
|----------------------|----------|-------|-----------|
| Rynkiewicz, John P   | $587.00  | 3.50  | $2,054.50 |
| Fees through 01/31/2012 |       | 3.50  | $2,054.50 |

*--------------------------------OUTSTANDING BALANCE--------------------------------*

| Invoice# | Date       | Amount    |
|----------|------------|-----------|
| 647691   | 10/18/2010 | $802.87   |
| 650345   | 11/04/2010 | 368.55    |
| 654090   | 12/10/2010 | 520.51    |
| 657773   | 01/19/2011 | 435.46    |
| 660996   | 02/28/2011 | 141.75    |
| 664053   | 03/31/2011 | 471.74    |
| 666742   | 04/30/2011 | 595.35    |
| 669562   | 05/31/2011 | 444.53    |
| 672316   | 06/27/2011 | 481.95    |
| 674223   | 07/15/2011 | 207.52    |
| 678872   | 08/31/2011 | 368.55    |
| 681377   | 09/29/2011 | 349.27    |
| 682905   | 10/13/2011 | 831.22    |
| 685366   | 11/07/2011 | 481.95    |
| 688461   | 12/12/2011 | 396.90    |
| 692935   | 01/31/2012 | 1,372.14  |
| Prior Balance Due |    | $8,270.26 |

| | |
|---|---|
| Fees this Invoice................................................................ | $2,054.50 |
| Total Due this Invoice.......................................................... | $2,054.50 |
| Prior Balance Due (from above)............................................. | 8,270.26 |
| **TOTAL DUE**....................................................................... | **$10,324.76** |

**Please remit payment within thirty (30) days.**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0111
Invoice Number: 693785
Total Amount Due: $10,324.76

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co.-Conn                                February 8, 2012
      7500 Grace Drive
      Columbia, Maryland 21044
      Attn: Robert A. Maggio, Esq.


**RE:** Potential Trademark Oppositions                  **Invoice#:** 693786
**Our File Number:** 63812/0112                          **PAGE:**   1

---

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/2012

---

|            |                                                                                                                                                                                                          | **Hours** |
|------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
| 01/03/2012 | Rynkiewicz, John P                                                                                                                                                                                        | 0.50      |
|            | Review Grace email and correspondence from foreign agents J. Isern dated December 28, 2011, regarding THE GRACE, Appln. No. 303987 in Spain; analyze confusion and assess whether opposition is needed.   |           |
| 01/19/2012 | Rynkiewicz, John P                                                                                                                                                                                        | 0.67      |
|            | Review correspondence from Grace and Spanish agents re watch report from J. Isern involving possible opposition of GRACE HAN, Appln. No. 10279214, in the EC, owned by Tsu Han Wong, Grace; assess confusion; research. |           |
| 01/26/2012 | Rynkiewicz, John P                                                                                                                                                                                        | 1.92      |
|            | Review series of prior communications to/from Grace legal and foreign agents regarding potential GRACE opposition matters; conduct update, review actions taken, and review deadlines re same.            |           |
| 01/27/2012 | Rynkiewicz, John P                                                                                                                                                                                        | 0.50      |
|            | Review Grace and European agents' correspondence regarding watch report dated January 20, 2012, for GRACE WONG; Appln. No. 10279198; evaluate potential confusion issues.                                 |           |

Total Hours................. 3.59

Fees through 01/31/2012..................................... $2,107.33


\*----------------------------------TIME AND FEE SUMMARY----------------------------------\*

|                      | Rate     | Hours | Fees       |
|----------------------|----------|-------|------------|
| Rynkiewicz, John P   | $587.00  | 3.59  | $2,107.33  |
| Fees through 01/31/2012 |       | 3.59  | $2,107.33  |

**KAYE SCHOLER LLP**

TO:   W.R. Grace & Co.-Conn                                    February 8, 2012

RE: Potential Trademark Oppositions                            Invoice#: 693786
Our File Number: 63812/0112                                    PAGE:   2

---

\*------------------------------OUTSTANDING BALANCE------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 647693 | 10/18/2010 | $963.90 |
| 650352 | 11/04/2010 | 462.67 |
| 654091 | 12/10/2010 | 472.88 |
| 657778 | 01/19/2011 | 198.45 |
| 660997 | 02/28/2011 | 302.66 |
| 664054 | 03/31/2011 | 633.91 |
| 666743 | 04/30/2011 | 299.56 |
| 669563 | 05/31/2011 | 198.45 |
| 672313 | 06/27/2011 | 283.50 |
| 678873 | 08/31/2011 | 94.12 |
| 681381 | 09/29/2011 | 784.73 |
| 682906 | 10/13/2011 | 311.85 |
| 685367 | 11/07/2011 | 264.22 |
| 688462 | 12/12/2011 | 113.40 |
| 692936 | 01/31/2012 | 992.25 |

Prior Balance Due.................................................................... $6,376.55


Fees this Invoice....................................................................... $2,107.33
Total Due this Invoice.............................................................. $2,107.33
Prior Balance Due (from above)............................................... 6,376.55
**TOTAL DUE**............................................................................. **$8,483.88**

**Please remit payment within thirty (30) days.**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
  666 5th Avenue
  New York, New York 10103
  Attention: Yoannis Cepeda
  Telephone: 212.559.1980

  ABA Routing Number: 021000089
  Bank Identification Code/SWIFT Code: CITIUS33
  Account Name: Kaye Scholer LLP
  Account Number: 9981494431

  RE: W.R. Grace Trademarks
  Our File Number: 63812/0112
  Invoice Number: 693786
  Total Amount Due: $8,483.88

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO: W.R. Grace & Co-Conn.
7500 Grace Drive
Columbia, Maryland 21004
Attn: Robert A. Maggio, Chief Patent Counsel

February 8, 2012

**RE: Davison FCC**
**Our File Number: 63812/3002**
**Client Reference: 100075**

Invoice#: 693787

PAGE: 1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/2012

| Date | Timekeeper / Description | Hours |
|---|---|---|
| 01/06/2012 | Rynkiewicz, John P | 0.83 |
| | Review Grace email and PERSEUS trademark issues; review searches, results and prior communications. | |
| 01/13/2012 | Rynkiewicz, John P | 1.92 |
| | Review Grace email, PERSEUS issues; review AMPLIFY matter; conf call with R. Maggio; research AMPLIFY regs, ownership, issues and risks; assess and review risk and recommendations to Grace. | |

Total Hours.................. 2.75

Fees through 01/31/2012..................... $1,614.25

*--------------------------------TIME AND FEE SUMMARY--------------------------------*

| | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $587.00 | 2.75 | $1,614.25 |
| Fees through 01/31/2012............... | | 2.75 | $1,614.25 |

Fees this Invoice........................................................................... $1,614.25
**Total Due this Invoice**.................................................................. **$1,614.25**

**Please remit payment within thirty (30) days.**

**KAYE SCHOLER LLP**

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/3002
Invoice Number: 693787
Total Amount Due: $1,614.25

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.