**JULY 2011 INVOICE (1322463)**

| Date | Cost Code | Description | Qty | Billed Amt | Narrative |
|---|---|---|---|---|---|
| 7/6/2011 | OSSVCS | Outside Services | 0 | $8.72 | VENDOR: Pacer Service Center; INVOICE#: OH0288-Q22011; DATE: 7/6/2011 - NY NY/ID#138003/HR RESEARCH FROM 04/11-06/11 |
| 7/28/2011 | PRINT | Document Reproduction | 37 | $3.70 | 37 Pages Printed |
| 7/28/2011 | PRINT | Document Reproduction | 37 | $3.70 | 37 Pages Printed |
| 7/28/2011 | PRINT | Document Reproduction | 21 | $2.10 | 21 Pages Printed |
| 7/28/2011 | PRINT | Document Reproduction | 27 | $2.70 | 27 Pages Printed |
| 7/28/2011 | PRINT | Document Reproduction | 301 | $30.10 | 301 Pages Printed |
| 5/26/2011 | HNDDEL | Hand Delivery | 0 | $14.50 | VENDOR: Williams Lea Inc. INVOICE#: ORINVMAY11 DATE: 7/25/2011 |
| 6/7/2011 | BUSML | Business Meals | 0 | $92.96 | VENDOR: Flik Compass Group USA; INVOICE#: X199940911; DATE: 6/30/2011 - DC-DC\id#137773\mkm-period 9 '11 ended June 30, 2011 cust. # F199940000 |
| 6/27/2011 | OSREP | Outside Reproduction | 0 | $172.99 | VENDOR: Landmark Legal Solutions; INVOICE#: DC1106096; DATE: 6/27/2011 - DC-DC\id#136706\mkm-copying, tabs, binding |
| 6/27/2011 | WESTN | Westlaw Research | 0 | $220.85 | |
| 6/28/2011 | LTRV | Travel Expense, Local | 0 | $306.00 | VENDOR: Felder, Debra; INVOICE#: 062911; DATE: 7/6/2011 - dc/dd/#136686/myp - oral argument, phila 6/28/11 |
| 6/28/2011 | TAXI | Taxi Expense | 0 | $12.00 | VENDOR: Felder, Debra; INVOICE#: 062911; DATE: 7/6/2011 - dc/dd/#136686/myp - oral argument, phila 6/28/11 |
| 6/28/2011 | PARK | Parking Expense | 0 | $20.00 | VENDOR: Felder, Debra; INVOICE#: 062911; DATE: 7/6/2011 - dc/dd/#136686/myp - oral argument, phila 6/28/11 |
| 6/28/2011 | LTRV | Travel Expense, Local | 0 | $236.00 | VENDOR: Wyron, Richard H.; INVOICE#: 062811; DATE: 7/6/2011 - dc/dd/#136686/myp - oral argument, Phila 6/28/11 |
| 6/28/2011 | LTRV | Travel Expense, Local | 0 | $44.00 | VENDOR: Wyron, Richard H.; INVOICE#: 062811; DATE: 7/6/2011 - dc/dd/#136686/myp - oral argument, Phila 6/28/11 |
| 6/28/2011 | PARK | Parking Expense | 0 | $9.00 | VENDOR: Wyron, Richard H.; INVOICE#: 062811; DATE: 7/6/2011 - dc/dd/#136686/myp - oral argument, Phila 6/28/11 |
| 6/28/2011 | TRVML | Out of Town Business Meals | 0 | $16.54 | VENDOR: Wyron, Richard H.; INVOICE#: 062811; DATE: 7/6/2011 - dc/dd/#136686/myp - oral argument, Phila 6/28/11 |
| 6/28/2011 | WESTN | Westlaw Research | 0 | $369.25 | |
| 6/29/2011 | LTRV | Travel Expense, Local | 0 | $426.00 | VENDOR: Wyron, Richard H.; INVOICE#: 063011; DATE: 7/6/2011 - dc/dd/#136686/myp - travel to and from hearing, Phila 6/29/11 |
| 6/29/2011 | TAXI | Taxi Expense | 0 | $10.00 | VENDOR: Wyron, Richard H.; INVOICE#: 063011; DATE: 7/6/2011 - dc/dd/#136686/myp - travel to and from hearing, Phila 6/29/11 |
| 6/29/2011 | TRV | Travel Expense | 0 | $4.00 | VENDOR: Wyron, Richard H.; INVOICE#: 063011; DATE: 7/6/2011 - dc/dd/#136686/myp - travel to and from hearing, Phila 6/29/11 |
| 6/29/2011 | TRVML | Out of Town Business Meals | 0 | $8.01 | VENDOR: Wyron, Richard H.; INVOICE#: 063011; DATE: 7/6/2011 - dc/dd/#136686/myp - travel to and from hearing, Phila 6/29/11 |
| 7/11/2011 | DUPLI | Document Reproduction | 3 | $0.30 | 3 Copies |
| 7/11/2011 | DUPLI | Document Reproduction | 7 | $0.70 | 7 Copies |
| 7/19/2011 | PRINT | Document Reproduction | 1 | $0.10 | 1 Pages Printed |
| 7/19/2011 | PRINT | Document Reproduction | 67 | $6.70 | 67 Pages Printed |
| 7/19/2011 | EXPDEL | Express Delivery | 0 | $11.89 | VENDOR: Federal Express Corp INVOICE#: 756971056 DATE: 7/21/2011 Tracking #: 794986694345 Shipment Date: 20110719 Ship from: Roger Frankel, Orrick Herrington & Sutcliffe, Columbia Center, WASHINGTON, DC 20005 Ship to: David Austern, Futures Rep, c o Claims Resolution Manageme, 3110 Fairview Park Dr Ste 200, FALLS CHURCH, VA 22042 |
| 7/26/2011 | WESTN | Westlaw Research | 0 | $34.02 | |
| 7/27/2011 | WESTN | Westlaw Research | 0 | $23.52 | |
| 7/11/2011 | DUPLI | Document Reproduction | 312 | $31.20 | 312 Copies |
| 7/11/2011 | DUPLI | Document Reproduction | 39 | $3.90 | 39 Copies |
| **Total July 2011 Invoice** | | | | **$ 2,125.45** | |