IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON FEBRUARY 27, 2012, AT 9:00 A.M. BEFORE THE HONORABLE <u>JUDITH K. FITZGERALD IN WILMINGTON, DELAWARE</u>**

---

**Any party participating telephonically must make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946), <u>no later than 12:00 p.m., February 23, 2012.</u>**

## CONTINUED MATTERS:

1.  Amended Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 8/26/08] (Docket No. 19378)

    <u>Response Deadline</u>: September 12, 2008 at 4:00 p.m.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, and H-G Coal Company.

Responses Received:

a. Response By New York State Department of Taxation and Finance to Debtors' Twenty Fifth Omnibus Objection to Claims [Filed: 9/5/08] (Docket No. 19469)

b. Response of Commonwealth of Pennsylvania, Department of Revenue to Debtors' Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19523)

c. Missouri Department of Revenue's Response to Debtors' Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19524)

d. Indiana Department of Revenue's (IDR) Response to Objection to Claim [Filed: 9/17/08] (Docket No. 19554)

Related Documents:

a. [Signed] Order Approving Stipulation to Continue Hearing Pending Mediation [Filed: 1/7/10] (Docket No. 24122)

Status: This matter is continued to March 28, 2012 at 9:00 a.m.

2. Substantive Objection to Claim No. 150, Filed By the Illinois Department of Revenue [Filed: 4/15/11] (Docket No. 26785)

Response Deadline: May 6, 2011 at 4:00 p.m.

Responses Received:

a. Response of Illinois Department of Revenue to Debtors' Objection to Claim No. 150 [Filed: 5/6/11] (Docket No. 26891)

Related Documents:

a. [Proposed] Order Disallowing Claim No. 150, Filed By the Illinois Department of Revenue [Filed: 4/15/11] (Docket No. 26785, Exhibit A)

Status: This matter is continued to March 28, 2012 at 9:00 a.m.

**UNCONTESTED MATTERS:**

3. Motion for Entry of an Order Authorizing, But Not Requiring, the Debtors to Make Contributions During 2012 to the Grace Retirement Plans [Filed: 1/23/12] (Docket No. 28400)

Response Deadline: February 10, 2012 at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Related Documents:

a. [Proposed] Order Authorizing, But Not Requiring, the Debtors to Make Contributions During 2012 to the Grace Retirement Plans [Filed: 1/23/12] (Docket No. 28400, Exhibit A)

b. Certification of No Objection Regarding Motion for Entry of an Order Authorizing, But Not Requiring, the Debtors to Make Contributions During 2012 to the Grace Retirement Plans [Filed: 2/13/12] (Docket No. 28507)

c. **[Signed] Order Authorizing, But Not Requiring, the Debtors to Make Contributions During 2012 to the Grace Retirement Plans [Filed: 2/21/12] (Docket No. 28549)**

Status: **The Court has entered an order on this matter.**

4. Motion for an Order Extending the Term of the Credit Agreement with Advanced Refining Technologies LLC [Filed: 1/23/12] (Docket No. 28401)

Response Deadline: February 10, 2012 at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Related Documents:

a. [Proposed] Order Extending the Term of the Credit Agreement with Advanced Refining Technologies LLC [Filed: 1/23/12] (Docket No. 28401, Exhibit A)

b. Certification of No Objection Regarding Motion for an Order Extending the Term of the Credit Agreement with Advanced Refining Technologies LLC [Filed: 2/13/12] (Docket No. 28508)

c. **[Signed] Order Extending the Term of the Credit Agreement with Advanced Refining Technologies LLC [Filed: 2/21/12] (Docket No. 28550)**

Status: **The Court has entered an order on this matter.**

**CONTESTED MATTERS:**

5. Objection Seeking Disallowance of Claim No. 2114 of N.Y. Hillside, Inc. [Filed: 12/3/10] (Docket No. 25864)

Response Deadline: February 10, 2012, at 4:00 p.m.

Responses Received:

a. Letter Response of Claimant, N.Y. Hillside, Inc. [Filed: 12/21/10] (Docket No. 25965)

b. Notice of Dissolution of Claimant NY Hillside, Inc. Claim 2114 [Filed: 1/20/11] (Docket No. 26094)

    c.    Letter Filed by Charles F. Jurgens Requesting to Reinstate Claim [ Filed: 5/3/11] (Docket No. 27034)

    d.    Letter filed by Charles F. Jurgens Requesting Hearing Date [Filed: 11/14/11] (Docket No. 28052)

    e.    Supplemental Objection Seeking Disallowance of Claim No. 2114 of NY Hillside, Inc. [Filed: 2/10/12] (Docket No. 28498)

    **f.    Letter Response of Charles F. Jurgens to Supplemental Objection Seeking Disallowance of Claim No. 2114 of NY Hillside, Inc. [Filed: 2/17/12] (Docket No. 28545)**

Related Documents:

    a.    Certification of Counsel Attaching Affidavit Regarding Objection Seeking Disallowance of Claim No. 2114 of N.Y. Hillside, Inc. [Filed: 1/5/11] (Docket No. 26025)

    b.    Certification of Counsel Regarding Order Disallowing Claim No. 2114 of N.Y. Hillside, Inc. [Filed: 1/13/11] (Docket No. 26073)

    c.    [Signed] Order Disallowing Claim No. 2114 of N.Y. Hillside, Inc. [Filed: 1/14/11] (Docket No. 26074)

    d.    [Signed] Order Regarding Claim No. 2114 of NY Hillside, Inc. [Filed: 6/7/11] (Docket No. 27039)

    e.    Transfer of Claim Other Than for Security [Filed: 6/17/11] (Docket No. 28051)

    f.    [Signed] Order Setting Hearing on Request of Charles Jurgens for hearing Regarding Claim No. 2114, Related to NY Hillside, Inc. [Filed: 1/9/12] (Docket No. 28338)

Status: This matter will go forward.

6.    Application of the Debtors to Amend the Order Authorizing the Employment and Retention of PricewaterhouseCoopers LLP as Auditors and Tax Consultants to the Debtors and Debtors in Possession By Provision of a Waiver Under Rule 2016-2(G) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware [Filed: 11/14/11] (Docket No. 27959)

Response Deadline: December 2, 2011 at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Related Documents:

a. [Proposed] Order Granting Application of the Debtors to Amend the Order Authorizing the Employment and Retention of PricewaterhouseCoopers LLP as Auditors and Tax Consultants to the Debtors and Debtors in Possession By Provision of a Waiver Under Rule 2016-2(G) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware [Filed: 11/14/11] (Docket No. 27959, Exhibit A)

b. Certification of No Objection Regarding Application of the Debtors to Amend the Order Authorizing the Employment and Retention of PricewaterhouseCoopers LLP as Auditors and Tax Consultants to the Debtors and Debtors in Possession By Provision of a Waiver Under Rule 2016-2(G) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware [Filed: 12/5/11] (Docket No. 28087)

c. Debtors' Statement of Support Regarding Renewal of Application of the Debtors to Amend the Order Authorizing the Employment and Retention of PricewaterhouseCoopers LLP as Auditors and Tax Consultants to the Debtors and Debtors in Possession By Provision of a Waiver Under Rule 2016-2(G) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware [Filed: 2/10/12] (Docket No. 28499)

d. **[Signed] Order Granting Application of the Debtors to Amend the Order Authorizing the Employment and Retention of PricewaterhouseCoopers LLP as Auditors and Tax Consultants to the Debtors and Debtors in Possession By Provision of a Waiver Under Rule 2016-2(G) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware [Filed: 2/21/12] (Docket No. 28551)**

**Status: The Court has entered an order on this matter.**

Dated: February 21, 2012

KIRKLAND & ELLIS LLP
Adam Paul
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

and

BAER HIGGINS FRUCHTMAN LLC
Janet S. Baer, P.C.
Roger J. Higgins
11 East Wacker Drive
Suite 2800
Chicago, IL 60601
Telephone: (312) 836-4047

and

6

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Kathleen P. Makowski*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Telephone:   (302) 652-4100
Facsimile:    (302) 652-4400

Co-Counsel for the Debtors and Debtors-in-Possession