**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: **W.R. Grace & Co.**                  Bank: **See attached**

Bankruptcy Number: **01-01139**                  Account Number: **See attached**

Date of Confirmation: **January 31, 2011**                  Account Type: **See attached**

Reporting Period (month/year): **December 2011**

| | |
|---|---|
| Beginning Cash Balance: | $654,835,822 |

All receipts received by the debtor:

| | |
|---|---|
| Cash Sales: | $0 |
| Collection of Accounts Receivable: | $1,659,212,438 |
| Proceeds from Litigation (settlement or otherwise): | $0 |
| Sale of Debtor's Assets: | $0 |
| Capital Infusion pursuant to the Plan: | $0 |
| Total of cash received: | $1,659,212,438 |
| Total of cash available: | $2,314,048,260 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $0 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $1,525,436,781 |
| All other disbursements made in the ordinary course: | $0 |
| Total Disbursements | $1,525,436,781 |
| Ending Cash Balance | $788,611,479 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_____          <u>Hudson La Force III / Chief Financial Officer</u>
Date                                         Name/Title

Debtor: _____

Case Number: __01-01139__

# Quarterly Summary Report

*Chart 1*

| | W. R. Grace & Co. - Conn | Remedium Group, Inc. | W.R. Grace & Co. | Darex Puerto Rico, Inc. | Kootenai Development Company | Gloucester New Communities Company, Inc. | Total |
|---|---|---|---|---|---|---|---|
| Beginning Cash Balance | $ 653,649,259 | $ (36,603) | $ - | $ 1,214,270 | $ 8,397 | $ 500 | $ 654,835,822 |
| Total of cash received | $ 1,652,211,561 | $ 2,758,071 | $ 2,753,543 | $ 1,331,263 | $ 158,000 | $ - | $ 1,659,212,438 |
| Total Disbursements | $ 1,518,444,355 | $ 2,811,616 | $ 2,753,543 | $ 1,367,539 | $ 59,727 | $ - | $ 1,525,436,781 |
| Ending Cash Balance | $ 787,416,464 | $ (90,148) | $ - | $ 1,177,993 | $ 106,670 | $ 500 | $ 788,611,479 |

Chart 1

**W. R. Grace & Co. - Conn**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**December 2011**

| | JP Morgan Chase Disbursement 9101013572 | Bank of America Lockbox 8188703107 | JP Morgan Chase Holding 323223141 | JP Morgan Chase Concentration 16001257 | Bank of America Lockbox 8188203114 | Banc of America Securities LLC 22330134 | First Union Concentration 2000000282172 | First Union Payroll 2079900016741 | First Union Libby Medical 2079900065006 |
|---|---|---|---|---|---|---|---|---|---|
| CASH BEGINNING OF QUARTER | $ 71,103 | $ 293,673 | $ 870,493 | $ 815,572 | $ 253,364,032 | $ 350,830,029 | $ 38,662,819 | $ - | $ - |
| **RECEIPTS** | | | | | | | | | |
| | | | | | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | (174,430) | | | 2,141,362 | | | | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | | 91,175,943 | | | | |
| TRANSFERS IN - THIRD PARTIES | | | 84 | 1,829,923 | 136,196,445 | 88,557 | | | |
| TRANSFERS IN - NONFILING ENTITIES | | | | | 34,812,898 | | | | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 700,000 | | | 5,703,647 | 300,644,592 | 395,000,000 | 175,000,000 | 19,587,818 | 324,288 |
| MISCELLANEOUS | | | | | | | | 268,076 | |
| TOTAL RECEIPTS | 700,000 | (174,430) | 84 | 7,533,570 | 564,971,240 | 395,088,557 | 175,000,000 | 19,855,893 | 324,288 |
| **DISBURSEMENTS** | | | | | | | | | |
| | | | | | | | | | |
| PAYROLL | | | | | | | | 19,842,576 | |
| PAYROLL TAXES | | | | | | | | 13,317 | |
| TRADE PAYABLES - THIRD PARTIES | | | | | 134,832,183 | | | | |
| TRADE PAYABLES - INTERCOMPANY | | | | | | | | | |
| TRANSFERS OUT - THIRD PARTIES | 603,816 | | | 1,670,592 | 18,436,753 | | | | 324,288 |
| TRANSFERS OUT - NONFILING ENTITIES | | | | | | | | | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | | | 5,453,543 | 596,440,531 | 40,000,000 | 212,937,968 | | |
| MISCELLANEOUS | | | | | | | 19,723 | | |
| TOTAL DISBURSEMENTS | 603,816 | - | - | 7,124,135 | 749,709,467 | 40,000,000 | 212,957,691 | 19,855,893 | 324,288 |
| | | | | | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | 96,184 | (174,430) | 84 | 409,435 | (184,738,227) | 355,088,557 | (37,957,691) | - | - |
| | | | | | | | | | |
| CASH - END OF QUARTER | $ 167,287 | $ 119,243 | $ 870,577 | $ 1,225,006 | $ 68,625,805 | $ 705,918,586 | $ 705,129 | $ - | $ - |

Note #1
Various payments are made by W. R. Grace & Co. - Conn on behalf of certain other debtor entities, generally and primarily those that are inactive and/or have no direct employees. Such expenditures are generally de minimis and could include professional fees, state registration fees, business license fees and certain taxes.

**W. R. Grace & Co. - Conn**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**December 2011**

| | First Union Accts Payable 2079920005761 | First Union Accts payable 2079900005260 | First Union Accts Payable 2079900005231 | SunTrust Payroll 00000141309 | JP Morgan Chase Lockbox 304616494 | First Union Petty Cash 2040000016900 | Banco de Credito Operating Acct 1931115122058 | Banco de Credito Operating Acct 1931125963172 | Banco Interam de Finanzas 007000107847 |
|---|---|---|---|---|---|---|---|---|---|
| CASH BEGINNING OF QUARTER | $ - | $ - | $ - | $ 44,748 | $ - | $ 1,872,525 | $ 54,800 | $ 228,583 | $ - |
| RECEIPTS | | | | | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | | | 257,476,607 | | 162,986 | 3,768,279 | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | | | | - | | |
| TRANSFERS IN - THIRD PARTIES | | | | | | | 2,974,500 | | |
| TRANSFERS IN - NONFILING ENTITIES | 1,853,304 | | | | | | - | | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 87,191,448 | 2,416,645 | 122,990,667 | | | 332,375 | - | | |
| MISCELLANEOUS | | | 1,315,368 | | | | 173,451 | | |
| TOTAL RECEIPTS | 89,044,751 | 2,416,645 | 124,306,035 | - | 257,476,607 | 332,375 | 3,310,936 | 3,768,279 | - |
| DISBURSEMENTS | | | | | | | | | |
| PAYROLL | | | | | | | 284,288 | | |
| PAYROLL TAXES | | | | | | | 158,307 | | |
| TRADE PAYABLES - THIRD PARTIES | 85,096,110 | 2,204,354 | 118,356,902 | | | | - | 51,408 | |
| TRADE PAYABLES - INTERCOMPANY | | | | | | | - | | |
| TRANSFERS OUT - THIRD PARTIES | | | | | | | 2,916,980 | 3,054,944 | |
| TRANSFERS OUT - NONFILING ENTITIES | 3,948,641 | 212,291 | | | | | - | | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | | | | 257,476,607 | | - | | |
| MISCELLANEOUS | | | 5,949,133 | | | | 64 | 47,529 | |
| TOTAL DISBURSEMENTS | 89,044,751 | 2,416,645 | 124,306,035 | - | 257,476,607 | - | 3,359,640 | 3,153,881 | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - | - | - | 332,375 | (48,704) | 614,398 | - |
| CASH - END OF QUARTER | $ - | $ - | $ - | $ 44,748 | $ - | $ 2,204,900 | $ 6,097 | $ 842,982 | $ - |

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn on behalf of certain other debtor entities, generally and primarily those that are inactive and/or have no direct employees. Such expenditures are generally de minimis and could include professional fees, state registration fees, business license fees and certain taxes.

**W. R. Grace & Co. - Conn**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**December 2011**

| | Banco Interam de Finanzas 7000107707 | HSBC Operating Acct 1128001 | Cash in Transit | Cash on Hand | Other | CURRENT MONTH ACTUAL | CURRENT MONTH PROJECTED |
|---|---|---|---|---|---|---|---|
| CASH BEGINNING OF QUARTER | $        - | $     383,242 | $        - | $     17,080 | $   6,140,558 | $   653,649,259 | $        - |
| RECEIPTS | | | | | | | |
| | | | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | - | 7,432,402 | | | | 270,807,205 | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | - | | | | | 91,175,943 | |
| TRANSFERS IN - THIRD PARTIES | - | 3,928 | 710,400 | 110,000 | | 141,913,837 | |
| TRANSFERS IN - NONFILING ENTITIES | - | | | | | 36,666,202 | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | - | | | | | 1,109,891,481 | |
| MISCELLANEOUS | - | | | | | 1,756,894 | |
| TOTAL RECEIPTS | - | 7,436,330 | 710,400 | 110,000 | - | 1,652,211,561 | - |
| DISBURSEMENTS | | | | | | | |
| | | | | | | | |
| PAYROLL | - | | | | | 20,126,865 | |
| PAYROLL TAXES | - | | | | | 171,624 | |
| TRADE PAYABLES - THIRD PARTIES | - | 8,314,569 | | | | 348,855,526 | |
| TRADE PAYABLES - INTERCOMPANY | - | | | | | | |
| TRANSFERS OUT - THIRD PARTIES | - | | | | | 27,007,373 | |
| TRANSFERS OUT - NONFILING ENTITIES | - | | | | | 4,160,932 | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | - | | | | | 1,112,308,648 | |
| MISCELLANEOUS | - | 55,353 | | | (258,415) | 5,813,387 | |
| TOTAL DISBURSEMENTS | - | 8,369,922 | - | - | (258,415) | 1,518,444,355 | |
| | | | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | (933,592) | 710,400 | 110,000 | 258,415 | 133,767,205 | - |
| | | | | | | | |
| CASH - END OF QUARTER | $        - | $   (550,350) | $   710,400 | $   127,080 | $   6,398,974 | $   787,416,464 | $        - |

Note #1
Various payments are made by W. R. Grace & Co. - Conn
on behalf of certain other debtor entities, generally and
primarily those that are inactive and/or have no direct
employees.   Such expenditures are generally de minimis
and could include professional fees, state registration fees,
business license fees and certain taxes.

**Remedium Group, Inc.**

**Schedule of Cash Receipts and Disbursements**

**MOR-1**

**December 2011**

| | JP Morgan Chase Depository/Wire 323883842 | JP Morgan Chase Disbursement 601831985 | Other | CURRENT MONTH | |
|---|---|---|---|---|---|
| | | | | ACTUAL | PROJECTED |
| CASH BEGINNING OF QUARTER | $ - | $ (36,603) | $ - | $ (36,603) | $ - |
| RECEIPTS | | | | | |
| | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | | - | |
| DIP BORROWINGS | | | | - | |
| TRANSFERS IN - THIRD PARTIES | 4,264 | | | 4,264 | |
| TRANSFERS IN - NONFILING ENTITIES | | | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | 2,753,807 | | 2,753,807 | |
| TOTAL RECEIPTS | 4,264 | 2,753,807 | - | 2,758,071 | - |
| DISBURSEMENTS | | | | | |
| | | | | | |
| PAYROLL | | | | - | |
| PAYROLL TAXES | | | | - | |
| TRADE PAYABLES - THIRD PARTIES | | | | - | |
| TRADE PAYABLES - INTERCOMPANY | | | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | | | | |
| TRANSFERS OUT - THIRD PARTIES | | 2,807,352 | | 2,807,352 | |
| TRANSFERS OUT - NONFILING ENTITIES | | | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 4,264 | | | 4,264 | |
| MISCELLANEOUS | | | | - | |
| TOTAL DISBURSEMENTS | 4,264 | 2,807,352 | - | 2,811,616 | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | (53,545) | - | (53,545) | |
| | | | | | |
| CASH - END OF QUARTER | $ - | $ (90,148) | $ - | $ (90,148) | $ - |

*Chart 1*

**W.R. Grace & Co.**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**December 2011**

| | JP Morgan Chase Pass Through 323881963 | CURRENT MONTH | |
|---|---|---|---|
| | | ACTUAL | PROJECTED |
| CASH BEGINNING OF QUARTER | $ - | - | $ - |
| RECEIPTS | | | |
| | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | - | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | - | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | - | - | |
| DIP BORROWINGS | - | - | |
| TRANSFERS IN - THIRD PARTIES | - | - | |
| TRANSFERS IN - NONFILING ENTITIES | - | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 2,753,543 | 2,753,543 | |
| | | | |
| TOTAL RECEIPTS | 2,753,543 | 2,753,543 | - |
| DISBURSEMENTS | | | |
| | | | |
| PAYROLL | - | - | |
| PAYROLL TAXES | - | - | |
| TRADE PAYABLES - THIRD PARTIES | - | - | |
| TRADE PAYABLES - INTERCOMPANY | - | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | - | - | |
| DIP PRINCIPAL REPAYMENTS | - | - | |
| DIP INTEREST AND USAGE FEES | - | - | |
| TRANSFERS OUT - THIRD PARTIES | - | - | |
| TRANSFERS OUT - NONFILING ENTITIES | - | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 2,753,543 | 2,753,543 | |
| MISCELLANEOUS | - | - | |
| | | | |
| TOTAL DISBURSEMENTS | 2,753,543 | 2,753,543 | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - |
| | | | |
| CASH - END OF QUARTER | $ - | $ - | $ - |

Chart 1

**Darex Puerto Rico, Inc.**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**December 2011**

| | Citibank Operating Acct 300153011 | Petty Cash | Other | Cash-in-Transit | CURRENT MONTH ACTUAL | PROJECTED |
|---|---|---|---|---|---|---|
| CASH BEGINNING OF QUARTER | $ 1,214,270 | $ - | $ - | $ - | $ 1,214,270 | $ |
| RECEIPTS | | | | | | |
| | | No Activity | No Activity | No Activity | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | 710,138 | | | | 710,138 | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | | | - | |
| TRANSFERS IN - THIRD PARTIES | | | | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | | | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 621,125 | | | | 621,125 | |
| TOTAL RECEIPTS | 1,331,263 | - | - | - | 1,331,263 | - |
| DISBURSEMENTS | | | | | | |
| | | | | | | |
| PAYROLL | 16,842 | | | | 16,842 | |
| PAYROLL TAXES | 4,758 | | | | 4,758 | |
| TRADE PAYABLES - THIRD PARTIES | 724,814 | | | | 724,814 | |
| TRADE PAYABLES - INTERCOMPANY | | | | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | | | | - | |
| TRANSFERS OUT - THIRD PARTIES | | | | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | | | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 621,125 | | | | 621,125 | |
| MISCELLANEOUS | | | | | - | |
| TOTAL DISBURSEMENTS | 1,367,539 | - | - | - | 1,367,539 | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | (36,276) | - | - | - | (36,276) | |
| CASH - END OF QUARTER | $ 1,177,993 | $ - | $ - | $ - | $ 1,177,993 | $ - |

Chart 1

**Grace International Holdings**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**December 2011**

| | Grace International Holdings 323136524 | CURRENT MONTH | |
| --- | --- | --- | --- |
| | | ACTUAL | PROJECTED |
| CASH BEGINNING OF QUARTER | $ - | - | $ - |
| RECEIPTS | | | |
| | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | - | |
| TOTAL RECEIPTS | - | - | - |
| DISBURSEMENTS | | | |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | - | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | - | - | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - |
| CASH - END OF QUARTER | $ - | $ - | $ - |

**CC Partners**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**December 2011**

| | First Union Deposit Acct 2199500031802 | CURRENT MONTH | |
|---|---|---|---|
| | | ACTUAL | PROJECTED |
| **CASH BEGINNING OF QUARTER** | $ - | - | $ - |
| **RECEIPTS** | | | |
| | No Activity | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | - | |
| TOTAL RECEIPTS | - | - | - |
| **DISBURSEMENTS** | | | |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | - | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | - | - | - |
| **NET CASH FLOW** **(RECEIPTS LESS DISBURSEMENTS)** | - | - | - |
| CASH - END OF QUARTER | $ - | $ - | $ - |

Chart 1

**Kootenai Development Company**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**December 2011**

| | First National Bank of Montana 1049097 | CURRENT MONTH | |
| --- | --- | --- | --- |
| | | ACTUAL | PROJECTED |
| CASH BEGINNING OF QUARTER | $        8,397 | 8,397 | $              - |
| RECEIPTS | | | |
| | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | |
| TRANSFERS IN - THIRD PARTIES | | | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 158,000 | 158,000 | |
| TOTAL RECEIPTS | 158,000 | 158,000 | - |
| DISBURSEMENTS | | | |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| TRANSFERS OUT - THIRD PARTIES | 59,727 | 59,727 | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | - | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | 59,727 | 59,727 | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | 98,273 | 98,273 | - |
| CASH - END OF QUARTER | $      106,670 | $    106,670 | $              - |

*Chart 1*

**Grace Europe, Inc.**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**December 2011**

| | Barclays Bank PLC | CURRENT MONTH | |
| --- | --- | --- | --- |
| | | ACTUAL | PROJECTED |
| CASH BEGINNING OF QUARTER | $          - | - | $          - |
| RECEIPTS | | | |
| | No Activity | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | - | |
| TOTAL RECEIPTS | - | - | - |
| DISBURSEMENTS | | | |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | - | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | - | - | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | |
| CASH - END OF QUARTER | $          - | $          - | $          - |

*Chart 1*

| Gloucester New Communities Company, Inc.<br>Schedule of Cash Receipts and Disbursements<br>MOR-1<br>December 2011 | Cash<br>On Hand | CURRENT QUARTER | |
|---|---|---|---|
| | | ACTUAL | PROJECTED |
| CASH BEGINNING OF QUARTER | $       500 | 500 | $          - |
| RECEIPTS | | | |
| | No Activity | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | - | |
| TOTAL RECEIPTS | - | - | - |
| DISBURSEMENTS | | | |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION<br>    PAYMENTS AS SERVICER FOR GRPI | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | - | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | - | - | - |
| NET CASH FLOW<br>(RECEIPTS LESS DISBURSEMENTS) | - | - | - |
| CASH - END OF QUARTER | $       500 | $       500 | $          - |

**Dewey & Almy, LLC**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**December 2011**

| | Miscellaneous | CURRENT QUARTER ACTUAL | PROJECTED |
|---|---|---|---|
| CASH BEGINNING OF QUARTER | $ - | - | $ - |
| RECEIPTS | | | |
| | No Activity | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | - | |
| TOTAL RECEIPTS | - | - | - |
| DISBURSEMENTS | | | |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | - | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | - | - | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | |
| CASH - END OF QUARTER | $ - | $ - | $ - |