# EXHIBIT A

Case 01-01139-AMC    Doc 28556-1    Filed 02/21/12    Page 1 of 4

W.R. GRACE & CO., et al.  
CDN ZAI CLASS ACTION

U.S. FEE APPLICATION  
DATE:  
December 31, 2011  
OUR FILE NO: 05L121

# Scarfone Hawkins LLP
BARRISTERS AND SOLICITORS

ONE JAMES STREET SOUTH  
14TH FLOOR  
P.O. BOX 926, DEPOT #1  
HAMILTON, ONTARIO  
L8N 3P9

TELEPHONE  
905-523-1333

TELEFAX  
905-523-5878

H.S.T. REGISTRATION NO.  **873984314 RT – 0001**

**CANADIAN ZAI MONTHLY FEE APPLICATION**  
**(December 1, 2011 – December 31, 2011)**

| DATE | PROFESSIONAL SERVICE | LAWYER | RATE/HR | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 12 /01/11 | emails to and from Careen Hannouche | DT | $525.00 | 0.15 | $78.75 |
| 12 /01/11 | Emails from David Thompson and Careen Hannouche regarding payment and reconciliation process | MGM | $450.00 | 0.10 | $45.00 |
| 12 /02/11 | Further email from David Thompson to Careen Hannouche regarding payment and reconciliation process | MGM | $450.00 | 0.10 | $45.00 |
| 12 /07/11 | receipt of and respond to class member inquiries | DT | $525.00 | 0.25 | $131.25 |
| 12 /07/11 | Email from Karen Harvey with attached Certificates of No Objection for Nineteenth Monthly Fee Applications of Lauzon Belanger Lesperance, Scarfone Hawkins and The Hogan Firm; review | MGM | $450.00 | 0.10 | $45.00 |
| 12 /08/11 | receipt CNO's from Karen Harvey, receipt James Luckey email, memos to and from Matt Moloci re fee application and memo to Cindy Yates | DT | $525.00 | 0.25 | $131.25 |
| 12 /08/11 | receipt of and respond to class member inquiries | DT | $525.00 | 0.25 | $131.25 |
| 12 /09/11 | receipt of and respond to class member inquiries | DT | $525.00 | 0.10 | $52.50 |
| 12 /12/11 | receipt of and respond to class member inquiries and follow-ups | DT | $525.00 | 0.25 | $131.25 |
| 12 /13/11 | Teleconference with CDN ZAI PD claimant Len Cowan; provide update regarding status of U.S. proceedings and settlement | MGM | $450.00 | 0.10 | $45.00 |
| 12 /13/11 | Email from Cindy Yates to Karen Harvey with attached Monthly Fee Application of Scarfone Hawkins for October 2011 together with Pinchin Account dated October 26, 2011; review; further emails from and to Cindy Yates and Karen Harvey regarding fee application | MGM | $450.00 | 0.10 | $45.00 |

| | | | | | |
|---|---|---|---|---|---|
| | and disbursement; | | | | |
| 12 /13/11 | Email from CDN ZAI PD claimant Frank Boyles; emails to and from Bridget Scott and David Thompson regarding response to inquiry | MGM | $450.00 | 0.10 | $45.00 |
| 12 /13/11 | Email from David Thompson with attached letter from Lauzon Belanger Lesperance regarding Hogan's fees and payment; | MGM | $450.00 | 0.10 | $45.00 |
| 12 /14/11 | receipt Careen Hannouche email, memo to Cindy Yates, memo to Matt Moloci all re: Dan Hogan account | DT | $525.00 | 0.25 | $131.25 |
| 12 /14/11 | Emails from Karen Harvey and Cindy Yates reconciling Pinchin Environmental invoice and payment; | MGM | $450.00 | 0.10 | $45.00 |
| 12 /15/11 | receipt Karen Harvey email, review, review account and certification of counsel, execute certification of counsel, memos to and from Cindy Yates | DT | $525.00 | 0.25 | $131.25 |
| 12 /15/11 | Emails from Karen Harvey with attached 20th Monthly Fee Applications of Scarfone Hawkins and The Hogan Firm; review | MGM | $450.00 | 0.10 | $45.00 |
| 12 /16/11 | receipt Karen Harvey and Careen Hannouche emails re allocation of Pinchin account | DT | $525.00 | 0.25 | $131.25 |
| 12 /16/11 | Emails from Karen Harvey with attached 20th Monthly Fee Applications of Lauzon Belanger Lesperance; review | MGM | $450.00 | 0.10 | $45.00 |
| 12 /19/11 | receipt of and respond to multiple and various class member inquiries, memo to clerk to send-out standard email responses, receipt Careen Hannouche email re: Dan Hogan accounts, memo to Cindy Yates, payments to Lauzon Belanger | DT | $525.00 | 0.50 | $262.50 |
| 12 /19/11 | Email from Cindy Yates with attached letter from Careen Hannouche of Lauzon Belanger Lesperance regarding payment and reconciliation of The Hogan Firm invoices for services rendered | MGM | $450.00 | 0.10 | $45.00 |
| 12 /20/11 | receipt Karen Harvey email re: receipt of funds | DT | $525.00 | 0.10 | $52.50 |
| 12 /20/11 | emails to and from Karen Harvey, etc., memos to and from Cindy Yates re: CNO's and wire transfer of holdback funds | DT | $525.00 | 0.25 | $131.25 |
| 12 /20/11 | Email from Karen Harvey confirming payment from Grace of September fee application and expected payment for April, May, June 2011 holdback; further email from Karen Harvey with attached Certificates of No Objection for Seventh Quarterly Fee Applications of The Hogan Firm, Scarfone Hawkins and Lauzon Belanger Lesperance; review | MGM | $450.00 | 0.20 | $90.00 |
| 12 /20/11 | Emails from and to David Thompson, Cindy Yates and Sue McCormick regarding receipt and reconciliation of payments from Grace | MGM | $450.00 | 0.10 | $45.00 |
| 12 /23/11 | Email from David Thompson to Sue McCormick regarding anticipated payment from The Hogan Firm next week | MGM | $450.00 | 0.10 | $45.00 |
| 12 /29/11 | receipt Karen Harvey email, follow-up memo to Cindy Yates re: holdback cheque sent | DT | $525.00 | 0.10 | $52.50 |

| Date | Description | | Rate | Hours | Total |
|---|---|---|---|---|---|
| 12/29/11 | Email inquiry from CDN ZAI PD claimants Carol Adair and Bruce Keffer; email from David Thompson regarding response | MGM | $450.00 | 0.10 | $45.00 |
| 12/30/11 | Email from Dan Hogan forwarding email inquiry from CDN ZAI PD claimants Carol Adair and Bruce Keffer; email reply to Hogan | MGM | $450.00 | 0.10 | $45.00 |
| 12/30/11 | Discuss Dan Hogan email with David Thompson | MGM | $450.00 | 0.10 | $45.00 |
| 12/31/11 | review dockets for period December 1, 2011 to December 31, 2011, amend dockets, review disbursements, discuss with David Thompson, draft account, review with David Thompson and Matt Moloci, assemble account into form required by U.S. Bankruptcy Court, email to Karen Harvey enclosing monthly fee application for the period of December 1, 2011 to December 31, 2011 | LC | $120.00 | 2.00 | $240.00 |
| | | | **SUB-TOTAL** | **6.75** | **$2,598.75** |

| TIMEKEEPER | ID | HOURS | RATE | TOTAL | PLUS 13% H.S.T |
|---|---|---|---|---|---|
| DAVID THOMPSON 23 + years | DT | 2.95 | $525.00 | $1,548.75 | $201.34 |
| MATTHEW G. MOLOCI 13 + years | MGM | 1.80 | $450.00 | $810.00 | $105.30 |
| LAW CLERK Cindy Yates 30 years | CY | 2.00 | $120.00 | $240.00 | $31.20 |
| **SUB-TOTAL:** | | **6.75** | | **$2,598.75** | **$337.84** |
| **TOTAL FEES AND TAXES:** | | | | | **$2,936.59** |

| | |
|---|---|
| **TOTAL FEES AND APPLICABLE TAXES:** | **$2,936.59** |

THIS IS OUR FEE APPLICATION,
Per:


**SCARFONE HAWKINS LLP**
E. & O.E.


**\*Del. Bankr. LR 2016-2(e)(iii) allows for**
**$.10 per page for photocopies.**