**EXHIBIT A**

Professional services rendered through: October 31, 2011 **(Matter 032)**

| Date | Name | Description | Hours |
|---|---|---|---|
| 10/07/11 | A.E. Moran | Review September bill. | 0.10 |
| 10/17/11 | A.E. Moran | Work on quarterly bill. | 0.60 |
| 10/27/11 | A.E. Moran | Check and send out quarterly application. | 0.10 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| A.E. Moran | 0.80 | 500.00 | 400.00 |
| Total | 0.80 | | 400.00 |

Total Fees **(Matter 032)**          $400.00

Professional services rendered through: October 31, 2011

**Other Tax Matters**

| Date | Name | Description | Hours |
|---|---|---|---|
| 10/11/11 | A.P. Varma | Review rulings/cases on NOL/FTC carryback issues; discuss same with Messrs. Lerner and Libow. | 2.50 |
| 10/11/11 | M.D. Lerner | NOL question from D. Libow. | 1.30 |
| 10/12/11 | A.P. Varma | Write memorandum on net operating loss carryback issues. | 3.00 |
| 10/13/11 | A.P. Varma | Revise memorandum to reflect Mr. Lerner's comments. | 0.50 |

**Treadstone**

| Date | Name | Description | Hours |
|---|---|---|---|
| 10/13/11 | M.D. Lerner | Edit memo re NOLs. | 0.20 |
| 10/14/11 | G.N. Kidder | Phone call with Carol Finke to discuss consolidated return rules. | 1.00 |
| 10/14/11 | M.J. Silverman | Talk with Carol Finke regarding sale of business and consolidated return questions. | 1.00 |
| 10/18/11 | G.N. Kidder | Meeting with Mark Silverman to discuss different transaction options. | 1.00 |
| 10/18/11 | M.J. Silverman | Meet with Mr. Kidder regarding 338(h)(10) and corporate structure chart. | 1.00 |
| 10/19/11 | G.N. Kidder | Phone call with Mark Silverman and Carol Finke to discuss project Treadstone. | 0.50 |
| 10/19/11 | G.N. Kidder | Draft e-mail describing legal issues and additional factual information requested for Project Treadstone. | 0.50 |
| 10/19/11 | M.J. Silverman | Telephone call with Greg Kidder and Carol Finke. | 0.50 |
| 10/19/11 | M.J. Silverman | Review documents and draft memo. | 2.00 |
| 10/20/11 | M.J. Silverman | Review documents from client. | 0.50 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 10/21/11 | M.J. Silverman | Review documents from client. | 1.00 |
| 10/22/11 | M.J. Silverman | Review new 338 PLR. | 1.00 |
| 10/24/11 | G.N. Kidder | Review recent private letter ruling and article on separating wanted and unwanted assets | 0.50 |
| 10/24/11 | G.N. Kidder | Phone call with Mark Silverman to discuss recent private letter ruling and relevance to project Treadstone. | 1.00 |
| 10/24/11 | M.J. Silverman | Call with Mr. Kidder regarding 338 PLR; and apply to sale. | 1.00 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| M.D. Lerner (Other Tax Matters) | 1.50 | 840.00 | 1,260.00 |
| A.P. Varma (Other Tax Matters) | 6.00 | 465.00 | 2,790.00 |
| G.N. Kidder (Treadstone) | 4.50 | 750.00 | 3,375.00 |
| M.J. Silverman (Treadstone) | 8.00 | 750.00 | 6,000.00 |
| **Total** | 20.00 | | 13,425.00 |

| | | |
|---|---|---|
| Fees (**Other Tax Matters**) | | $4,050.00 |
| Fees (**Treadstone**) | [all partners billed at blended rate of $750/hr] | $9,375.00 |
| Fees (Matter 032) | [billing rate $500/hr] | $400.00 |
| **Total Fees** | | **$13,825.00** |