**EXHIBIT B**

STEPTOE & JOHNSON LLP
Detail Cost Report
Invoice: 2541611
PAGE:  1

012046.00001 TAX LITIGATION

| Cost Code | Date | Timekeeper Number | Name | Quantity | Rate | Amount |
|-----------|------|-------------------|------|----------|------|--------|
| LASR | 10/27/11 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 |
| LASR | 10/27/11 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 |
| PC LASER | 1 Pages Wieczorek, JoAnn | | | | | |
| LASR | 10/27/11 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 |
| LASR | 10/27/11 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 |
| PC LASER | 1 Pages Wieczorek, JoAnn | | | | | |

LASR              Total :                        0.30

Total : 012046.00001 TAX LITIGATION            0.30

```
STEPTOE & JOHNSON LLP
Detail Cost Report
Invoice: 2541612
PAGE:  1

  012046.00005 BILLING & COURT FILINGS

  Cost              Timekeeper
  Code      Date    Number  Name              Quantity  Rate   Amount
==================================================================
LASR      10/13/11 00206    Moran, Anne E.      2.00    0.10    0.20
  LASR    10/13/11 00206    Moran, Anne E.      2.00    0.20    0.40
PC LASER  2 Pages Ward, Brenda

LASR      10/17/11 00206    Moran, Anne E.      8.00    0.10    0.80
  LASR    10/17/11 00206    Moran, Anne E.      8.00    0.20    1.60
PC LASER  8 Pages Moran, Anne

LASR      10/17/11 00206    Moran, Anne E.      8.00    0.10    0.80
  LASR    10/17/11 00206    Moran, Anne E.      8.00    0.20    1.60
 PC LASER  8 Pages Moran, Anne

LASR      10/17/11 00206    Moran, Anne E.     11.00    0.10    1.10
  LASR    10/17/11 00206    Moran, Anne E      11.00    0.20    2.20
PC LASER  11 Pages Ward, Brenda

LASR      10/17/11 00206    Moran, Anne E.     10.00    0.10    1.00
  LASR    10/17/11 00206    Moran, Anne E.     10.00    0.20    2.00
PC LASER  10 Pages Ward, Brenda

LASR      10/18/11 00206    Moran, Anne E.      8.00    0.10    0.80
  LASR    10/18/11 00206    Moran, Anne E.      8.00    0.20    1.60
PC LASER  8 Pages Ward, Brenda

LASR      10/18/11 00206    Moran, Anne E.      8.00    0.10    0.80
  LASR    10/18/11 00206    Moran, Anne E.      8.00    0.20    1.60
PC LASER  8 Pages Ward, Brenda

LASR      10/27/11 00206    Moran, Anne E.      1.00    0.10    0.10
  LASR    10/27/11 00206    Moran, Anne E.      1.00    0.20    0.20
PC LASER  1 Pages Ward, Brenda

LASR      10/27/11 00206    Moran, Anne E.      1.00    0.10    0.10
  LASR    10/27/11 00206    Moran, Anne E.      1.00    0.20    0.20
PC LASER  1 Pages Ward, Brenda

LASR      10/27/11 00206    Moran, Anne E.      1.00    0.10    0.10
  LASR    10/27/11 00206    Moran, Anne E.      1.00    0.20    0.20
PC LASER  1 Pages Ward, Brenda
```

Doc. # DC-2504226 v.1 2/18/12 01:31 PM

STEPTOE & JOHNSON LLP
Detail Cost Report
Invoice: 2541612
PAGE:  2

 012046.00005 BILLING & COURT FILINGS

| Cost Code | Date | Timekeeper Number | Name | Quantity | Rate | Amount |
|---|---|---|---|---|---|---|
| LASR | 10/27/11 | 00206 | Moran, Anne E. | 8.00 | 0.10 | 0.80 |
| LASR | 10/27/11 | 00206 | Moran, Anne E. | 8.00 | 0.20 | 1.60 LASER  8 Pages |

Ward, Brenda

| LASR | | Total : | | | | 6.60 |
|---|---|---|---|---|---|---|

| TELECO | 10/11/11 | 00206 | Moran, Anne E. | 1.00 | 19.20 | 19.20 |
| TELECO | 10/11/11 | 00206 | Moran, Anne E. | 1.00 | | 19.20 |

| TELECO | | Total: | | | | 19.20 |
|---|---|---|---|---|---|---|

Total : 012046.00005 BILLING & COURT FILINGS          25.80

Doc. # DC-2504226 v.1 2/18/12 01:31 PM