**EXHIBIT A**

Professional services rendered through: November 30, 2011 (Treadstone)

| Date | Name | Description | Hours |
|---|---|---|---|
| 11/18/11 | G.N. Kidder | Phone call with Carol Finke to discuss consolidated returns question. | 0.30 |
| 11/18/11 | G.N. Kidder | Research and analyze consolidated returns question. | 0.30 |
| 11/18/11 | G.N. Kidder | Discuss consolidated returns analysis with Mark Silverman by e-mail. | 0.30 |
| 11/18/11 | G.N. Kidder | Draft e-mail to Carol Finke describing consolidated returns analysis. | 0.30 |
| 11/18/11 | M.J. Silverman | Consider basis issue and discuss with Mr. Kidder by e-mail. | 1.00 |
| 11/29/11 | G.N. Kidder | Discuss status of Project Treadstone with Carol Finke and Mark Silverman. | 1.00 |
| 11/29/11 | G.N. Kidder | Draft outline of structuring alternatives for Project Treadstone. | 1.50 |
| 11/29/11 | M.J. Silverman | Phone call with client and Mr. Kidder regarding transaction alternatives. | 1.00 |
| 11/30/11 | G.N. Kidder | Draft outline of Treadstone structuring alternatives. | 2.30 |
| 11/30/11 | M.J. Silverman | Review and revise memo. | 1.00 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| G.N. Kidder | 6.00 | 750.00 | 4,500.00 |
| M.J. Silverman | 3.00 | 750.00 | 2,250.00 |
| Total (Treadstone) | 9.00 | | 6,750.00 |

**NOTE:** Per Agreement with W.R. Grace, all partners were to be billed at a blended rate of $750.00 for this project.

Professional services rendered through: November 30, 2011

| Date | Name | Description | Hours |
|---|---|---|---|
| 11/29/11 | G.N. Kidder | Phone call with Carol Finke to discuss U.S.-Japan treaty issue. | 0.50 |
| 11/29/11 | G.N. Kidder | Discuss U.S.-Japan treaty issue. | 0.30 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| G.N. Kidder | 0.80 | 575.00 | 460.00 |
| Total | 0.80 | | 460.00 |

| | | |
|---|---|---|
| | Total Fees (Other Tax) | $460.00 |