**EXHIBIT B**

```
STEPTOE & JOHNSON LLP
Detail Cost Report
Invoice: 2541668
PAGE:   1

 012046.00005 BILLING & COURT FILINGS

   Cost              Timekeeper
   Code     Date     Number   Name          Quantity   Rate    Amount
 ==================================================================

 LASR      11/21/11 00206     Moran, Anne E.   7.00    0.10     0.70
   LASR    11/21/11 00206     Moran, Anne E.   7.00    0.20     1.40
 PC LASER  7 Pages Moran, Anne

 LASR      11/21/11 00206     Moran, Anne E.   8.00    0.10     0.80
   LASR    11/21/11 00206     Moran, Anne E.   8.00    0.20     1.60
 PC LASER  8 Pages Ward, Brenda

 LASR      11/21/11 00206     Moran, Anne E.   1.00    0.10     0.10
   LASR    11/21/11 00206     Moran, Anne E.   1.00    0.20     0.20
 PC LASER  1 Pages Ward, Brenda

 LASR      11/21/11 00206     Moran, Anne E.   1.00    0.10     0.10
   LASR    11/21/11 00206     Moran, Anne E.   1.00    0.20     0.20
 PC LASER  1 Pages Ward, Brenda


 LASR               Total :                                     1.70

 Total : 012046.00005 BILLING & COURT FILINGS                   1.70
```

Doc. # DC-2542494 v.1 2/18/12 01:38 PM

```
                                                                STEPTOE &
JOHNSON LLP
Detail Cost Report
Invoice: 2541670
PAGE:  1

012046.00006 BUSINESS SALE

   Cost            Timekeeper
   Code    Date    Number   Name          Quantity  Rate     Amount
===================================================================
FAXDC    11/30/11 06515    Kidder, Gregory  6.00    1.00      6.00
  FAXDC  11/30/11 06515    Kidder, Gregory  6.00    1.15      6.90
DC FAX 6 pages sent to 13102846501

DC FAX                     Total:                             6.00

LASR     11/16/11 00206    Moran, Anne E.   2.00    0.10      0.20
  LASR   11/16/11 00206    Moran, Anne E.   2.00    0.20      0.40
PC LASER   2 Pages Kidder, Gregory

LASR                       Total:                             0.20

Total : 012046.00006 BUSINESS SALE                            6.20
```

8

Doc. # DC-2542494 v.1 2/18/12 01:38 PM