IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**SUMMARIZED INTERIM FEE APPLICATION OF STEPTOE & JOHNSON LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL TAX COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE MONTHLY INTERIM PERIOD FROM DECEMBER 1, 2011- DECEMBER 31, 2011 THE QUARTER OF OCTOBER-DECEMBER 2011**

| |
|---|
| Name of Applicant: **Steptoe & Johnson LLP** |
| Authorized to Provide Professional Services to: **W.R. Grace & Co. et al. Debtors and Debtors in Possession** |
| Date of Retention: **Order entered January 28, 2002 effective as of July 1, 2001** |
| Period for Which Compensation and Reimbursement is Sought: **December 1, 2011 – December 31, 2011** |
| Objection Deadline: **March 27, 2012** |
| Total Amount of Fees Sought as Actual, Reasonable and Necessary for Applicable Period: **$7,427.50** |
| Total Expense Reimbursement Sought as Actual, Reasonable and Necessary for Applicable Period: **$14.98** |
| 80% of Fees Sought as Actual, Reasonable and Necessary for Applicable Period: **$ 5,942.00** |
| Total Amount of Holdback Fees Sought for Applicable Period: **$1,485.50** |

This is a **X** monthly **X** interim ___ final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

The total time expended for the preparation of this application is approximately 1 hour, and the corresponding estimated compensation that will be requested in a future application is approximately $500.00.

The history of the prior applications by Steptoe & Johnson is as follows:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees (80%) | Approved Expenses | Holdback Fees |
|---|---|---|---|---|---|---|
| 03/29/02 | 07/01/01 – 07/31/01 | $57,542.50 | $3,135.22 | $46,034.00 | $3,032.12 | $10,574.62 |
| 03/29/02 | 09/01/01 – 09/30/01 | $75,710.50 | $4,130.52 | $60,568.40 | $4,077.17 | $15,142.10 |
| 03/29/02 | 11/01/01 – 11/30/01 | $28,941.00 | $ 638.26 | $23,152.80 | $ 627.16 | $ 5,788.20 |
| 03/29/02 | 12/01/01 – 12/31/01 | $ 3,275.00 | $    9.77 | $ 2,620.00 | $    8.72 | $  655.80 |
| 05/09/02 | 10/01/01 – 10/31/01 | $36,497.00 | $ 330.84 | $29,197.60 | $ 330.84 | $ 7,299.40 |
| 05/09/02 | 01/01/02 – 01/31/02 | $29,944.00 | $3,162.92 | $18,102.70 | $3,162.92 | $ 5,988.80 |
| 05/09/02 | 02/01/02 – 02/28/02 | $38,747.50 | $4,709.66 | $14,830.50 | $2,849.66 | $ 7,749.50 |
| 05/09/02 | 03/01/02 – 03/31/02 | $25,718.50 | $ 401.90 | $20,574.50 | $ 401.90 | $ 5,143.70 |
| 08/26/02 | 04/01/02 – 04/30/02 | $19,519.40 | $ 198.24 | $15,615.20 | $ 198.24 | $ 3,903.80 |
| 08/26/02 | 05/01/02 – 05/31/02 | $57,288.00 | $4,600.88 | $45,840.40 | $4,600.88 | $11,457.60 |
| 08/23/02 | 06/01/02 – 06/30/02 | $32,015.00 | $2,634.28 | $25,612.00 | $2.634.28 | $ 6,403.00 |
| 11/21/02 | 07/01/02 - 07/31/02 | $15,366.00 | $5,138.86 | $12,292.80 | $5,138.86 | $ 3,073.20 |
| 11/21/02 | 08/01/02 - 08/31/02 | $14,951.00 | $ 135.85 | $11,960.80 | $ 135.85 | $ 2,990.20 |
| 11/21/02 | 09/01/02 - 09/30/02 | $22,133.00 | $ 141.59 | $17,706.40 | $ 141.96 | $ 4,426.60 |
| 03/04/03 | 10/01/02 - 10/31/02 | $19,208.00 | $ 207.40 | $15,366.40 | $ 207.40 | $ 3,841.60 |
| 03/04/03 | 11/01/02 - 11/30/02 | $30,075.00 | $ 895.26 | $24,060.00 | $ 895.26 | $ 6,015.00 |
| 03/04/03 | 12/01/02 - 12/31/02 | $18,304.50 | $ 279.68 | $14,643.60 | $ 279.68 | $ 3,660.90 |
| 08/09/03 | 01/01/03 - 01/31/03 | $ 3,566.50 | $   78.40 | $ 2,853.20 | $   78.40 | $ 2,853.20 |
| 08/09/03 | 02/01/03 - 02/28/03 | $25,685.00 | $   62.59 | $20,548.00 | $   62.59 | $ 5,137.00 |
| 08/09/03 | 03/01/03 - 03/31/03 | $49,493.00 | $2,681.28 | $39,594.40 | $2,681.28 | $ 9,898.60 |
| 10/06/03 | 04/01/03 - 04/30/03 | $55,499.50 | $3,369.95 | $43,339.60 | $3,369.95 | $11,099.90 |
| 10/06/03 | 05/01/03 - 05/31/03 | $ 6,046.50 | $ 120.80 | $ 4,837.20 | $ 120.80 | $ 1,209.30 |
| 10/06/03 | 06/01/03 - 06/31/03 | $ 4,619.50 | $   15.14 | $ 3,695.60 | $   15.14 | $  923.90 |
| 1/23/04 | 07/01/03 - 07/07/03 | $ 2,781.50 | $   66.32 | $ 2,225.20 | $   66.32 | $  556.30 |
| 1/23/04 | 08/01/03 - 08/31/03 | $ 2,773.50 | $   11.58 | $ 2,218.80 | $   11.58 | $  554.70 |
| 1/23/04 | 09/01/03 - 09/30/03 | $14,415.00 | $ 169.29 | $11,532.00 | $ 169.29 | $ 2,883.00 |
| 2/25/04 | 10/01/03 - 10/31/03 | $ 1,827.50 | $   32.28 | $ 1,462.00 | $   32.28 | $  365.50 |
| 2/25/04 | 11/01/03 - 11/30/03 | $ 3,002.00 | $   28.33 | $ 2,401.60 | $   28.33 | $  600.40 |
| 2/25/04 | 12/01/03 - 12/31/03 | $11,850.00 | $   32.70 | $ 9,480.00 | $   32.70 | $ 2,370.00 |
| 6/14/04 | 01/01/04 - 01/31/04 | $ 1,827.00 | $   29.33 | $ 1,461.60 | $   29.33 | $  365.40 |
| 6/14/04 | 02/01/04 - 02/29/04 | $ 5,774.50 | $   70.80 | $ 4,619.60 | $   70.80 | $ 1,154.90 |
| 6/14/04 | 03/01/04 - 03/31/04 | $ 3,697.58 | $   35.08 | $ 2,938.06 | $   35.08 | $  739.52 |
| 9/17/04 | 04/01/04 - 04/30/04 | $ 2,433.50 | $    9.59 | $ 1,946.80 | $    9.59 | $  486.70 |
| 9/17/04 | 05/01/04 - 05/31/04 | $ 8,038.00 | $   23.30 | $ 6,430.40 | $   23.30 | $ 1,607.60 |
| 9/17/04 | 06/01/04 - 06/30/04 | $32,636.000 | $2,581.55 | $26,108.80 | $2,581.55 | $ 6,527.20 |
| 11/19/04 | 07/01/04 - 07/31/04 | $14,710.50 | $1,557.11 | $11,768.40 | $1,557.11 | $ 2,942.10 |
| 11/19/04 | 09/01/04 - 09/30/04 | $ 2,973.50 | $   81.64 | $ 2,378.80 | $   81.64 | $  594.70 |
| 2/25/05 | 10/01/04 - 10/31/04 | $ 5,498.00 | $   67.21 | $ 4,398.40 | $   67.21 | $ 1,099.60 |
| 2/25/05 | 11/01/04 - 11/30/04 | $54,782.00 | $ 455.69 | $43,825.60 | $ 455.69 | $10,956.40 |
| 2/25/05 | 12/01/04 - 12/31/04 | $  798.00 | $1,420.25 | $  638.40 | $1,420.25 | $  159.60 |
| 6/07/05 | 02/01/05 - 02/28/05 | $ 3,277.50 | $   46.91 | $ 2,622.00 | $   46.91 | $  655.50 |
| 11/05/05 | 05/01/05 - 05/31/05 | $ 1,472.50 | $   17.85 | $ 1,178.50 | $   17.85 | $  294.50 |
| 11/14/05 | 08/01/05 - 08/31/05 | $ 4,567.00 | $   38.27 | $ 3,653.60 | $   38.27 | $  913.40 |
| 11/14/05 | 09/01/05 - 09/31/05 | $18,503.00 | $ 175.04 | $14,802.40 | $ 175.04 | $ 3,700.60 |
| 3/31/06 | 10/01/05 - 10/31/05 | $ 1,306.50 | $    4.02 | $ 1,045.20 | $    4.02 | $  261.30 |
| 3/31/06 | 11/01/05 - 11/30/05 | $ 3,378.00 | $   24.45 | $ 2,702.40 | $   24.45 | $  675.60 |
| 3/31/06 | 12/01/05 - 12/31/05 | $ 8,456.50 | $   73.62 | $ 6,765.20 | $   73.62 | $ 1,691.30 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 5/23/06 | 01/01/06 – 01/31/06 | $ 39,042.00 | $9,134.32 | $31,233.00 | $9,134.32 | $ 7,808.40 |
| 5/23/06 | 02/01/06 – 02/28/06 | $62,377.00 | $ 142.09 | $49,901.60 | $ 142.09 | $12,475.40 |
| 5/23/06 | 03/01/06 – 03/31/06 | $20,321.00 | $ 85.95 | $16,256.00 | $ 85.95 | $ 4,064.20 |
| 9/12/06 | 04/01/06 - 04/30/06 | $67,143.00 | $ 751.36 | $53,714.40 | $ 751.36 | $13,428.60 |
| 9/12/06 | 05/01/06 – 05/31/06 | $79,523.50 | $ 366.70 | $63,618.80 | $ 366.70 | $15,904.70 |
| 9/12/06 | 06/01/06 – 06/30/06 | $11,149.50 | $ 24.17 | $ 8,919.60 | $ 24.17 | $ 2,229.90 |
| 12/04/06 | 07/01/06 – 07/31/06 | $15,602.50 | $ 88.56 | $12,482.00 | $ 88.56 | $ 3,120.50 |
| 12/04/06 | 08/01/06 – 08/31/06 | $20,218.00 | $ 66.58 | $16,174.40 | $ 66.58 | $ 4,043.60 |
| 12/04/06 | 09/01/06 – 09/30/06 | $31,624.00 | $ 16.50 | $25,299.20 | $ 16.50 | $ 6,324.80 |
| 03/02/07 | 10/01/06 – 10/31/06 | $17,852.00 | $ 45.97 | $14,281.60 | $ 45.97 | $ 3,570.40 |
| 03/02/07 | 11/01/06 - 11/30/06 | $ 891.00 | $ 26.70 | $ 712.80 | $ 26.70 | $ 178.20 |
| 03/02/07 | 12/01/06 – 12/31/06 | $32,354.50 | $ 42.09 | $25,883.60 | $ 42.09 | $ 6,470.90 |
| 05/31/07 | 01/01/07 - 01/31/07 | $45,021.50 | $ 28.09 | $36,017.20 | $ 28.09 | $ 9004.30 |
| 05/31/07 | 02/01/07 - 02/28/07 | $71,630.00 | $ 783.33 | $57,304.00 | $ 783.33 | $14,326.00 |
| 05/31/07 | 03/01/07 – 03/31/07 | $43,373.00 | $ 48.07 | $34,698.40 | $ 48.07 | $ 8,674.60 |
| 08/07/07 | 04/01/07 - 04/31/07 | $36,927.50 | $ 102.40 | $29,542.00 | $ 102.40 | $ 7,385.50 |
| 08/07/07 | 05/01/07 – 05/31/07 | $41,712.00 | $ 127.45 | $33,369.60 | $ 127.45 | $ 8,342.40 |
| 08/07/07 | 06/01/07 – 06/30/07 | $54,204.00 | $ 209.69 | $43,363.20 | $ 209.69 | $10,840.80 |
| 12/03/07 | 07/01/07 – 07/31/07 | $ 6,358.00 | $ 44.35 | $ 5,086.40 | $ 44.35 | $ 1,271.60 |
| 12/03/07 | 08/01/07 – 08/31/07 | $ 5,074.50 | $ 30.40 | $ 4,059.60 | $ 30.40 | $ 1,014.90 |
| 12/03/07 | 09/01/07 – 09/30/07 | $ 3,861.00 | $ 27.80 | $ 3,088.80 | $ 27.80 | $ 772.20 |
| 03/04/08 | 10/01/07 – 10/31/07 | $20,994.00 | $ 205.76 | $16,795.20 | $ 205.76 | $ 4,198.80 |
| 03/04/08 | 11/01/07 – 11/30/07 | $ 4,971.00 | $ 24.45 | $ 3,876.80 | $ 24.45 | $ 994.20 |
| 03/04/08 | 12/01/07 – 12/31/07 | $ 4,333.50 | $ 46.35 | $ 3,466.80 | $ 46.35 | $ 866.70 |
| 05/28/08 | 01/01/08 – 01/31/08 | $ 6,972.50 | $ 88.98 | $ 5,578.00 | $ 88.98 | $ 1,394.50 |
| 05/28/08 | 02/01/08 – 02/29/08 | $ 1,324.00 | $ 16.35 | $ 1,059.20 | $ 16.35 | $ 264.80 |
| 05/28/08 | 03/01/08 – 03/31/08 | $ 3,490.00 | $ 37.11 | $ 2,792.00 | $ 37.11 | $ 698.00 |
| 9/10/08 | 04/01/08-04/30/08 | $23,838.00 | $ 2.30 | $19,070.49 | $ 2.30 | $ 4,767.60 |
| 9/10/08 | 05/01/08-05/31/08 | $56,329.50 | $ 418.98 | $45,063.60 | $ 418.98 | $11,265.90 |
| 9/10/08 | 06/01/08-06/30/08 | $208,188.00 | $ 1,844.51 | $166,550.40 | $ 1,844.51 | $41,637.60 |
| 10/16/08 | 07/01/08 – 07/31/08 | $ 79,866.00 | $ 276.81 | $63,892.80 | $ 276.81 | $15,973.20 |
| 10/16/08 | 08/01/08 – 08/31/08 | $ 88,329.50 | $ 2,104.68 | $70,663.60 | $2,104.68 | $17,665.90 |
| 11/11/08 | 09/01/08 – 09/30/08 | $ 37,033.50 | $ 1,370.62 | $29,626.80 | $1,370.62 | $ 7,406.70 |
| 2/13/09 | 10/01/08 – 10/31/08 | $ 75,580.00 | $ 73.92 | $60,464.00 | $ 73.92 | $15,116.00 |
| 2/24/09 | 11/01/08 – 11/30/08 | $70,104.00 | $ 201.91 | $56,083.00 | $ 201.91 | $14,020.80 |
| 2/24/09 | 12/01/08 – 12/31/08 | $31,029.00 | $ 147.01 | $24,823.20 | $ 147.01 | $24,823.20 |
| 3/23/09 | 01/01/09 – 01/31/09 | $43,753.50 | $ 52.39 | $35,010.80 | $ 52.39 | $ 8,752.70 |
| 3/24/09 | 02/01/09 – 02/28/09 | $48,790.00 | $ 357.02 | $39,032.00 | $ 357.02 | $ 9,758.00 |
| 6/02/09 | 03/01/09 – 03/31/09 | $22,661.50 | $ 302.83 | $18,129.20 | $ 302.83 | $ 4,532.30 |
| 6/02/09 | 04/01/09 – 04/30/09 | $10,786.00 | $ 55.90 | $ 8,628.80 | $ 55.90 | $ 2,157.20 |
| 9/17/09 | 05/01/09 – 05/31/09 | $ 1,357.00 | $ 13.10 | $ 1,085.60 | $ 13.10 | $ 271.40 |
| 9/17/09 | 06/01/09 – 06/30/09 | $ 223.50 | $ 0 | $ 178.80 | $ 0 | $ 44.70 |
| 9/17/09 | 07/01/09 – 07/31/09 | $ 2,556.50 | $ 33.80 | $ 2,045.20 | $ 33.80 | $ 511.30 |
| 10/16/09 | 08/01/09 – 08/31/09 | $17,405.50 | $ 63.56 | $13,924.40 | $ 63.56 | $3,481.10 |
| NONE | 09/01/09 – 09/30/09 | - | - | - | - | - |
| 3/16/10 | 10/01/09 – 10/31/09 | $ 1,478.00 | $ 17.72 | $ 1,182.40 | $ 17.72 | $ 295.60 |
| 3/16/10 | 11/01/09 – 11/30/09 | $ 550.00 | $ 11.00 | $ 440.00 | $ 11.00 | $ 110.00 |
| 3/16/10 | 12/01/09 – 12/31/09 | $ 3,980.50 | $0 | $ 3,184.40 | $0 | $ 796.10 |
| 6/30/10 | 1/1/10 – 1/31/10 | $ 832.00 | $ 15.44 | $ 665.60 | $ 15.44 | $ 166.40 |
| 6/30/10 | 2/1/10 – 2/28/10 | $ 2,978.50 | $ 12.40 | $ 2,382.80 | $ 12.40 | $ 595.70 |
| 6/30/10 | 3/1/10 – 3/31/10 | $ 1,428.00 | $ 22.25 | $ 1,142.40 | $ 22.25 | $ 285.60 |
| NONE | 4/1/10 – 4/30/10 | - | - | - | - | - |
| 8/4/10 | 5/1/10 – 5/31/10 | $3,160.50 | $ 18.42 | $ 2,528.40 | $ 18.42 | $ 632.10 |
| 8/4/10 | 6/01/10 – 6/30/10 | $7,270.00 | $ 21.00 | $ 5,816.00 | $ 21.00 | $1,454.00 |
| 2/4/11 | 7/1/10 – 7/31/10 | $2,662.00 | $ 5.10 | $ 2,129.60 | $ 5.10 | $ 532.40 |
| 2/4/11 | 8/1/10 – 8/31/10 | $1,485.50 | $ 10.10 | $ 1,188.40 | $ 10.10 | $ 297.10 |
| 2/4/11 | 9/1/10 – 9/30/10 | $7,693.00 | $ .10 | $ 6,145.40 | $ .10 | $1,538.60 |
| NONE | 10/1/10 – 10/31/10 | 0 | 0 | 0 | 0 | 0 |
| NONE | 11/1/10 – 11/30/10 | 0 | 0 | 0 | 0 | 0 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 3/29/2011 | 12/1/10-12/31/10 | $1,694.00 | $ | .90 | $1,355.20 | $ | .90 | $ | 388.80 |
| NONE | 01/01/11-01/31/11 | 0 | 0 | | 0 | 0 | | 0 | |
| 6/27/11 | 02/1/11-02/28/11 | $1,250.00 | $ | 15.11 | $1,000.00 | $ | 15.11 | $ | 250.00 |
| 6/27/11 | 03/1/11-03/31/11 | $5,625.50 | $ | .20 | $4,500.40 | $ | .20 | $ | 1,125.10 |
| NONE | 04/01/11-04/31/11 | 0 | 0 | | 0 | 0 | | 0 | |
| NONE | 05/01/11-05/31/11 | 0 | 0 | | 0 | 0 | | 0 | |
| 8/3/11 | 06/01/11-06/30/11 | $ 600.00 | $ | 3.30 | $ 480.00 | $ | 3.30 | $ | 120.00 |
| 8/3/11 | 07/01/11-07/31/11 | $ 750.00 | $ | 6.00 | $ 600.00 | $ | 6.00 | $ | 150.00 |
| 8/3/11 | 08/01/11-08/31/11 | $4,071.00 | $ | 7.50 | $3,256.00 | $ | 7.50 | $ | 814.12 |
| 12/18/11 | 09/01/11-09/30/11 | $ 700.00 | $ | 5.30 | $ 560.00 | $ | 5.30 | $ | 140.00 |
| CURRENT | 10/01/11-10/31/11 | $13,825.00 | $ | 6.90 | $11,060.00 | $ | 6.90 | $ 2,765.00 | |
| CURRENT | 11/01/11-11/30/11 | $ 7,210.00 | $ | 7.90 | $ 5,768.00 | $ | 7.90 | $ 1,442.00 | |
| CURRENT | 12/01/11-12/31/11 | $ 7,427.50 | $ | 14.98 | $ 5,942.00 | $ | 14.98 | $ 1,485.50 | |

The S&J attorneys who rendered professional services in December 2011 are:

| Name of Professional Person & Matter | Position with the Applicant | Number of Years As an Attorney | Department | Hourly 2011 Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| A.E. Moran | Partner | Over 20 | Tax | $500.00 | 1.10 | $ 550.00 |
| S. Smilack | Of Counsel | Over 20 | Tax | $850.00 | 1.30 | $1,105.00 |
| G.N. Kidder | Partner | Over 12 | Tax | $575/$750 | 6.20 | $3,897.50 |
| M. Silverman | Partner | Over 20 | Tax | $750.00 | 2.50 | $1,875.00 |

**Compensation by Matter**

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 20 | Case Administration | 0 | 0 |
| 29 | File, Docket, Calendar Maintenance | 0 | 0 |
| 30 | Hearings | 0 | 0 |
| 32 | S&J Fee Application, Preparation of | 1.10 | $550.00 |
| 35 | Other Fee Applications | 0 | 0 |
| 38 | Retention of Professionals/Fees | 0 | 0 |
| 41 | Tax Matters | 0 | 0 |
| 42 | Travel (1/2 total hours billed) | 0 | 0 |
| 46 | IRS Tax Litigation | 10 | $6,877.50 |
| | **Total** | **11.10** | **$7,427.50** |

Expense Summary – All attributable to subject matter 46 unless otherwise indicated.

| Description | Amount |
|---|---|
| Online Research | 0 |
| Copies – Matter 32 | 4.00 |
| Copies – Matter 41 | .80 |
| Hotel | 0 |
| Train Fare | 0 |
| Federal Express/Overnight Messenger | 10.18 |
| Facsimile | 0 |
| Conference Calls – | 0 |
| Working Meals | 0 |
| Local Transportation/Messenger | 0 |
| Airfare | 0 |
| **Total** | **$14.98** |

A detailed description of fees and expenses can be found at Exhibits A and B.

Date: Feb 18 2012

Respectfully submitted,
STEPTOE & JOHNSON LLP

Anne E. Moran
1330 Connecticut Avenue, NW
Washington, DC  20036  (202) 429-6449

5

Doc. # DC-2542496 v.1 2/18/12 01:23 PM