**EXHIBIT A**

Professional services rendered through: December 31, 2011

| Date | Name | Description | Hours |
|---|---|---|---|
| 12/07/11 | A.E. Moran | Prepare quarterly bill. | 0.60 |
| 12/09/11 | A.E. Moran | Follow up on quarterly filings and September filing. | 0.30 |
| 12/28/11 | A.E. Moran | Check quarterly bill. | 0.10 |
| 12/30/11 | A.E. Moran | Check on billing matters. | 0.10 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| A.E. Moran | 1.10 | 500.00 | 550.00 |
| Total | 1.10 | | 550.00 |

Total Fees (Administration)                                $550.00

Professional services rendered through: December 31, 2011 (Treadstone)

| Date | Name | Description | Hours |
|---|---|---|---|
| 12/01/11 | G.N. Kidder | Edit outline of structuring options for Project Treadstone. | 0.30 |
| 12/01/11 | G.N. Kidder | Phone call with Carol Finke to discuss follow-up question for structuring alternatives. | 0.50 |
| 12/01/11 | G.N. Kidder | Research recognition of deferred gain under investment adjustment and intercompany transaction rules. | 0.80 |
| 12/01/11 | M.J. Silverman | Review Treadstone memo. | 0.50 |
| 12/02/11 | G.N. Kidder | Discuss status of project Treadstone with Carol Finke. | 0.30 |
| 12/04/11 | M.J. Silverman | Review Treadstone material from client. | 1.00 |
| 12/07/11 | M.J. Silverman | Review memo and documents. | 1.00 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| G.N. Kidder | 1.90 | 750.00 | 1,425.00 |
| M.J. Silverman | 2.50 | 750.00 | 1,875.00 |
| Total | 4.40 | | 3,300.00 |

Total Fees (Treadstone)                                $3,300.00

**Note:** Per Agreement with client, all partners billed at a blended rate of $750.00 for this project.

Professional services rendered through: December 31, 2011

| Date | Name | Description | Hours |
|---|---|---|---|
| 12/02/11 | G.N. Kidder | Draft outline of analysis of U.S.-Japan treaty question related to joint venture with Chevron. | 2.00 |
| 12/02/11 | S. Smilack | Review brief memo re Japan Treaty rate. | 0.50 |
| 12/05/11 | G.N. Kidder | Conference with Mr. Smilack re Section 956 inclusion rules. | 0.30 |
| 12/05/11 | G.N. Kidder | Phone call with Carol Finke and Stan Smilack to discuss section 956 rules and application to Japan joint venture. | 0.50 |
| 12/05/11 | G.N. Kidder | Research section 956 rules and draft e-mail explaining application to potential loan from Japan joint venture. | 1.50 |
| 12/05/11 | S. Smilack | Telephone conference with Ms. Finke and Mr. Kidder re application of section 956 and subpart F. | 0.50 |
| 12/05/11 | S. Smilack | Conference with Mr. Kidder re Section 956 inclusion rules. | 0.30 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| S. Smilack | 1.30 | 850.00 | 1,105.00 |
| G.N. Kidder | 4.30 | 575.00 | 2,472.50 |
| Total | 5.60 | | 3,577.50 |

Total Fees (Other Tax)  $3,577.50