**EXHIBIT B**

```
STEPTOE & JOHNSON LLP
Detail Cost Report
Invoice:  2541837
PAGE:  1

012046.00006 BUSINESS SALE

   Cost              Timekeeper
   Code      Date    Number    Name            Quantity  Rate    Amount
======================================================================
DLFD      12/12/11  00206     Moran, Anne E.   1.00     10.18    10.18
 DLFD     12/12/11  00206     Moran, Anne E.   1.00              10.18
Federal Express
on December 12, 2011
Tracking Number 502253927327

FEDEX              Total :                                       10.18


LASR      12/01/11  00206     Moran, Anne E.   5.00     0.10      0.50
 LASR     12/01/11  00206     Moran, Anne E.   5.00     0.20      1.00
PC LASER  5 Pages Kidder, Gregory

LASR      12/09/11  00206     Moran, Anne E.   1.00     0.10      0.10
 LASR     12/09/11  00206     Moran, Anne E.   1.00     0.20      0.20
PC LASER  1 Pages Ward, Brenda

LASR      12/28/11  00206     Moran, Anne E.   1.00     0.10      0.10
 LASR     12/28/11  00206     Moran, Anne E.   1.00     0.20      0.20

PC LASER  1 Pages Ward, Brenda
LASR      12/28/11  00206     Moran, Anne E.   1.00     0.10      0.10
 LASR     12/28/11  00206     Moran, Anne E.   1.00     0.20      0.20
PC LASER  1 Pages Ward, Brenda

LASR               Total :                                        0.80

Total : 012046.00006 BUSINESS SALE                               10.98
```

```
                                                               STEPTOE & JOHNSON LLP
Detail Cost Report
Invoice:  2541836
PAGE:  1

12046.00005 BILLING & COURT FILINGS

   Cost              Timekeeper
   Code      Date    Number   Name          Quantity  Rate    Amount
========================================================================
LASR       12/07/11 00206    Moran, Anne E.   8.00    0.10     0.80
  LASR     12/07/11 00206    Moran, Anne E.   8.00    0.20     1.60
PC LASER   8 Pages Moran, Anne

LASR       12/07/11 00206    Moran, Anne E.   8.00    0.10     0.80
  LASR     12/07/11 00206    Moran, Anne E.   8.00    0.20     1.60
PC LASER   8 Pages Moran, Anne

LASR       12/09/11 00206    Moran, Anne E.   8.00    0.10     0.80
  LASR     12/09/11 00206    Moran, Anne E.   8.00    0.20     1.60
PC LASER   8 Pages Ward, Brenda

LASR       12/09/11 00206    Moran, Anne E.   8.00    0.10     0.80
  LASR     12/09/11 00206    Moran, Anne E.   8.00    0.20     1.60
PC LASER   8 Pages Ward, Brenda

LASR       12/28/11 00206    Moran, Anne E.   8.00    0.10     0.80
  LASR     12/28/11 00206    Moran, Anne E.   8.00    0.20     1.60
PC LASER   8 Pages Ward, Brenda

LASR                Total :                                    4.00

Total : 012046.00005 BILLING & COURT FILINGS                   4.00
```