EXHIBIT A

PHILLIPS, GOLDMAN & SPENCE, P.A.

INVOICES BY TIME AND INDIVIDUAL

FOR THE TIME PERIOD
JANUARY 1, 2012 THROUGH
JANUARY 31, 2012

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE  19806
(302) 655-4200
EI #: 51-0328786

February 16, 2012

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC  20007--5135

File  WRG-AUS/JCP
Invoice number  101692

Re:  W. R. Grace & Co.
     David T. Austern
Case No.:  01-01139 (RLB)

```
              Subtotal for FEES only: 01/31/12     $2,812.50
             Subtotal for COSTS only: 01/31/12         $5.42
                                                 -------------
   CURRENT PERIOD FEES AND COSTS: 01/31/12         $2,817.92
                                                 -------------
```

****************************************************************

Please send remittance copy with payment.  Thank you.

****************************************************************

Page   2

February 16, 2012

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   101692

Re:  W. R. Grace & Co.
     David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| LITIGATION | 0.7 | 339.50 |
| FEE/EMPLOYMENT APPLICATIONS | 5.3 | 1,066.50 |
| PLAN AND DISCLOSURE STATEMENT | 2.9 | 1,406.50 |
| Subtotal for FEES only: 01/31/12 | 8.9 | $2,812.50 |

| RATE | SUMM | HOURS | | | | |
|---|---|---|---|---|---|---|
| 485.00 | JCP | 4.20 | 4.20 | 2,037.00 | 0.00 | 0.00 |
| 165.00 | CAH | 4.70 | 4.70 | 775.50 | 0.00 | 0.00 |
| Totals | | 8.90 | 8.90 | 2,812.50 | 0.00 | 0.00 |

****************************************************************

Please send remittance copy with payment.  Thank you.

****************************************************************

```
Sorts:  Grouping code           (Paginate)
        Client code
        Actual employee code    (Subtotal)
        Transaction date

Ranges:
   Include "Client code" from WRG to WRG
   Exclude "Billable $" from 0.00 to 0.00
   Include "Invoice Number" from 101692 to 101692
```

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 01/10/12 | Review of miscellaneous pleadings. | 0.10 | 48.50 | Li |
| WRG | LITIGATION | JCP | 01/11/12 | Review of miscellaneous pleadings. | 0.10 | 48.50 | |
| WRG | LITIGATION | JCP | 01/13/12 | Review of Agenda for 1/23/12 Hearing; conference with paralegal re: arranging Court Call appearance. | 0.20 | 97.00 | |
| WRG | LITIGATION | JCP | 01/16/12 | E-mail from Court Call confirming reservation for 1/23/12 Hearing. | 0.10 | 48.50 | |
| WRG | LITIGATION | JCP | 01/17/12 | E-mail from Court Call re: 1/23/12 Hearing canceled; e-mail to paralegal re: obtaining Agenda confirming same. | 0.10 | 48.50 | |
| WRG | LITIGATION | JCP | 01/19/12 | Review of Amended Agenda canceling 1/23/12 Hearing. | 0.10 | 48.50 | |
| | | | | | ----- | ------- | |
| | | | | | 0.70 | 339.50 | |
| | | | | | ----- | ------- | |
| | | | | | 0.70 | 339.50 | |
| | | | | | ----- | ------- | |

Total records this group:  6

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/09/12 | Respond to e-mail from D. Fullem; download and file Frankel Declaration. | 0.40 | 66.00 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/13/12 | Respond to e-mail from D. Fullem re: pleadings to be filed today. | 0.10 | 16.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/13/12 | Download and file 23rd Quarterly Fee Application for Orrick Herrington and e-mail docket number to D. Fullem. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/13/12 | Download and file 9th Quarterly Fee Application for Lincoln Partners and e-mail docket number to D. Fullem. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/13/12 | Download and file Certificates of No Objection for Austern's August, September and October Fee Applications and e-mail docket numbers to D. Fullem. | 0.50 | 82.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/13/12 | Download and file Certificate of No Objection for Austern's November Fee Application, Lincoln's July, August, September and October Fee Applications, Orrick's November Fee Applications and e-mail all docket numbers to D. Fullem. | 0.80 | 132.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/23/12 | Draft Certificate of No Objection for November 2011 Fee Application. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/23/12 | Draft December 2011 Fee Application for Phillips, Goldman & Spence. | 0.70 | 115.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/25/12 | Scan, file and serve Phillips, Goldman & Spence 's Certificate of No Objection for November 2011 fee application and scan, file and serve Phillips, Goldman & Spence 's December fee application. | 0.40 | 66.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/26/12 | Download Orrick's 71st Fee Application; file and e-mail results to D. Fullem. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/26/12 | Download Austern's 71st Fee Application; file and e-mail results to D. Fullem. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/26/12 | Download Towers Watson's 24th Quarterly Fee Application; file and e-mail results to D. Fullem. | 0.30 | 49.50 | |
|  |  |  |  |  | 4.70 | 775.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 01/14/12 | Review of and revise pre-bill re: December 2011 bill. | 0.20 | 97.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 01/25/12 | Review of, revise and execute Certificate of No Objection re: Phillips, Goldman & Spence 90th Monthly Fee Application; review of, revise and execute Phillips, Goldman & Spence 91st Monthly Fee Application; conference with Celeste A. Hartman re: same. | 0.40 | 194.00 | |
|  |  |  |  |  | 0.60 | 291.00 | |
|  |  |  |  |  | 5.30 | 1,066.50 | |

Total records this group:  14

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 01/31/12 | Review of 18 ECF Notifications re: 1/30/12 Opinion and Order and Notices to Close Case (.2 hrs.); review of Judge Buckwalter's 1/30/12 Order(.1 hr); partial review of Judge Buckwalters' 1/30/12 Memorandum Opinion (75 pages) (2.6 hrs). | 2.90 | 1,406.50 | ps |
|  |  |  |  |  | ----- | --------- |  |
|  |  |  |  |  | 2.90 | 1,406.50 |  |
|  |  |  |  |  | ----- | --------- |  |
|  |  |  |  |  | 2.90 | 1,406.50 |  |
|  |  |  |  |  | ----- | --------- |  |

Total records this group: 1

|  |  |
|---|---|
| ----- | --------- |
| 8.90 | 2,812.50 |
| ===== | ========= |

21 records printed.