# EXHIBIT "B"

*Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:(302) 575-1555 Fax: (302) 575-1714

WR Grace PD Committee — Dec. 1, 2011 to Dec. 31, 2011

Inv #: 42134

**RE:** WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 12.90 | 3,697.00 |
| B18 | Fee Applications, Others - | 1.90 | 426.00 |
| B25 | Fee Applications, Applicant - | 2.20 | 480.00 |
| B36 | Plan and Disclosure Statement - | 1.20 | 375.00 |
| B37 | Hearings - | 0.90 | 315.00 |
| B45 | Professional Retention Issues - | 0.20 | 70.00 |
| | **Total** | **19.30** | **$5,363.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lisa L. Coggins | 290.00 | 2.20 | 638.00 |
| Lisa L. Coggins | 300.00 | 0.10 | 30.00 |
| Regina Matozzo | 200.00 | 4.60 | 920.00 |
| Theodore J. Tacconelli | 325.00 | 0.20 | 65.00 |
| Theodore J. Tacconelli | 350.00 | 9.40 | 3,290.00 |
| Legal Assistant - KC | 150.00 | 2.80 | 420.00 |
| **Total** | | **19.30** | **$5,363.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements** **$791.44**

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Dec-01-11 | *Case Administration* - Review account status information relating to request from WRGrace for same | 0.10 | LLC |
| | *Fee Applications, Others* - Review Bilzin Oct 2011 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Fee Applications, Others* - Download and review attachments of Bilzin's Oct. 2011 monthly fee app; revisions, prepare COS and to LLC for review | 0.20 | KC |
| Dec-02-11 | *Case Administration* - Review fee auditors report re: fee apps with no issues and forward same to KC | 0.10 | LLC |
| | *Case Administration* - E-mail from B. Ruhlander re: fee auditor's combined report re: firm's fee apps with no issues | 0.10 | LLC |
| | *Case Administration* - Review correspondence from B. Ruhlander re: fee Auditor's Amended Final Report for 31st Interim Period re: no objections | 0.10 | TJT |
| | *Fee Applications, Others* -Efile Bilzin October 2011 fee app and service of same | 0.20 | KC |
| | *Fee Applications, Applicant* - Draft prebill for Nov. 2011 monthly fee app; to T. Tacconelli for review | 0.20 | KC |
| Dec-03-11 | *Case Administration* - Review supplemental 2019 Statement by Cooney Conway | 0.10 | TJT |
| | *Professional Retention Issues* - Review Notice of Withdrawal of Debtor's Motion to Retain Baker McKenzie | 0.10 | TJT |
| Dec-04-11 | *Case Administration* - Review Fee Auditor's Amended Final Report re: 41st Interim Period re: no objections | 0.10 | TJT |
| | *Case Administration* - Review letter from R. Jurgens to Judge Fitzgerald re: hearing on claim | 0.10 | TJT |
| | *Case Administration* - Review four miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| Dec-05-11 | *Professional Retention Issues* - Review Certificate of No Objection re: Debtor's Motion to Amend PWC Retention Order | 0.10 | TJT |
| Dec-06-11 | *Case Administration* - Review case management memo re: week ending 12-2-11 | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review main docket re: status for week ending 12/2/11; memo to T. Tacconelli and L. Coggins re: same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review case status memo for week ending 12/2 | 0.10 | TJT |
| | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review certification of counsel filed by PI FCR re: reduction in Fee App. | 0.10 | TJT |
| Dec-07-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |

| Date | Description | Hours | Initials |
|---|---|---|---|
| | *Case Administration* - Review 2019 Statement filed by E. Moody | 0.10 | TJT |
| Dec-08-11 | *Fee Applications, Others* - Prepare, finalize, efile and coordinate service of CNO related to Bilzin 42nd Quarterly fee application | 0.40 | LLC |
| | *Fee Applications, Others* - Prepare, finalize, efile and coordinate service of CNO re: HRA 29th Interim Quarterly fee app | 0.40 | LLC |
| | *Fee Applications, Applicant* - Prepare, finalize, efile and coordinate service of Certificate of No Objection re: 42nd Quarterly fee application | 0.40 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Motion by Garlock to Consolidate Appeals | 0.20 | TJT |
| | *Case Administration* - Review Motion by Garlock to Expedite Appeal with attachments | 0.40 | TJT |
| | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| Dec-09-11 | *Case Administration* - Review daily memos | 0.10 | TJT |
| Dec-10-11 | *Case Administration* - Review affidavit of J. Warren | 0.10 | TJT |
| | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review Notice of Withdrawal of Casner Edwards Oct. Fee app. | 0.10 | TJT |
| Dec-11-11 | *Case Administration* - Review four miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| Dec-12-11 | *Case Administration* - Review correspondence from L. Oberholzer re: 41st Interim period Quarterly Fee Chart | 0.10 | TJT |
| | *Case Administration* - Review 41st Interim period Quarterly Fee Chart and confer with K. Callahan re: same | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Research re: transfer of insurance policies into PI Trust | 0.80 | TJT |
| | *Case Administration* - Per T. Tacconelli, review 41st quarterly amounts for Bilzin and Ferry, Joseph & Pearce's; response to TJT re: same | 0.20 | KC |
| Dec-13-11 | *Case Administration* - Review notice of agenda re: 12-19-2011 hearing | 0.10 | LLC |
| | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review Certificate of Counsel re: proposed order for 41st Interim period Quarterly Fees | 0.10 | TJT |
| | *Hearings* - Review agenda for 12/19 hearing | 0.10 | TJT |
| Dec-14-11 | *Case Administration* - Review notice of appearance and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review certificate of counsel re: 41st Interim Period Project Category Fee Summary | 0.10 | TJT |
| | *Case Administration* - Review order entered in Garlock appeal re: Access to 2019 Statements | 0.10 | TJT |
| | *Case Administration* - Review consolidated Response by PI Committee to Garlock Motions in Garlock appeal re: Access to 2019 statements | 0.10 | TJT |
| | *Case Administration* - Review consolidated Response by Peter Angelos, et al. to Garlock Motions in Garlock appeal re: Access to 2019 statements | 0.10 | TJT |
| Dec-15-11 | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |

| Date | Description | Hours | Initials |
|---|---|---|---|
| | *Case Administration* - Confer with K. Callahan re: 41st Interim Period Project Category summary | 0.10 | TJT |
| | *Case Administration* - Review Consolidated Response by Kazan, McClain, et al. to Motions by Garlock re: 2019 Statements access appeal | 0.10 | TJT |
| Dec-16-11 | *Case Administration* - Review amended agenda re: 12/19 hearing | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Hearings* - Review Amended Agenda for 12/19 Hearing | 0.10 | TJT |
| | *Case Administration* - Review entry of appearance forwarded from LLC; update 2002 service list re: same | 0.20 | KC |
| Dec-17-11 | *Case Administration* - Review Order Granting 41st Interim Period Quarterly Fee Apps | 0.10 | TJT |
| | *Case Administration* - Consolidated Reply by Garlock re: 2019 statement Access appeal by Garlock | 0.10 | TJT |
| | *Hearings* - Review matters on agenda for 12/19 hearing | 0.30 | TJT |
| Dec-18-11 | *Case Administration* - Review three miscellaneous Certificates of No Objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review Notice of Appearance by Counsel for Intrawest | 0.10 | TJT |
| Dec-19-11 | *Case Administration* - Review case management memo re: week ending 12/16/11 | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review main docket re: status for week ending 12/17/11; memo to T. Tacconelli and L. Coggins re: same | 0.00 | RM |
| | *Plan and Disclosure Statement* - Review transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review Case Status Memo for week ending 12/16 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Confer with M. Joseph re: status of appeals of confirmation orders | 0.10 | TJT |
| | *Hearings* - Prepare for and attend Bankruptcy Court | 0.40 | TJT |
| **Dec-20-11** | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Case Administration* - Committee, Creditors', Noteholders' or review Amended Notice of Appointment of Equity Committee | 0.10 | TJT |
| **Dec-21-11** | *Fee Applications, Others* - Review Certificate of No Objection re: Bilzin 10/20/11 fee app | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review Certificate of No Objection re: 10/20/11 fee app | 0.10 | LLC |
| | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Case Administration* - review four miscellaneous certificate of no objection filed by Debtors | 0.10 | TJT |
| | *Fee Applications, Others* - Begin preparation of CNO to Bilzin's Oct. 2011 fee app | 0.20 | KC |
| | *Fee Applications, Applicant* - Begin preparation of Certificate of No Objection to Oct. 2011 fee app | 0.20 | KC |
| | *Fee Applications, Applicant* - Docket review for objections to Oct. 2011 fee app | 0.10 | KC |
| | *Fee Applications, Applicant* - Prepare Certificate of No Objection of Oct | 0.20 | KC |

| Date | Description | Hours | Init |
|---|---|---|---|
| | 2011 monthly fee app for filing; efile and service of same | | |
| Dec-22-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review Affidavit of J. Milner | 0.10 | TJT |
| Dec-23-11 | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| Dec-24-11 | *Case Administration* - Review Affidavit of S. Robin | 0.10 | TJT |
| | *Case Administration* - Review Debtor's Motion for 2nd Amendment to Post Petition Credit Facility with attachment | 0.40 | TJT |
| | *Case Administration* - Review Garlock's Opening Brief re: Appeal No. 11-1130 LPS | 1.20 | TJT |
| Dec-26-11 | *Case Administration* - Review three miscellaneous certificate of no objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review Appendix to Garlock's Opening Brief re: Appeal No. 11-1130 LPS | 0.40 | TJT |
| Dec-27-11 | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review note and copy of check from T. Tacconelli; update payment receivable chart and return same to TJT | 0.20 | KC |
| Dec-28-11 | *Fee Applications, Applicant* - Review and revise Ferry Joseph & Pearce's November Prebill, confer with K. Callahan re: same | 0.40 | TJT |
| | *Fee Applications, Others* - Review and download attachments from L. Flores re: Nov. 2011 monthly fee app; prepare COS and revise notice; to LLC for review prior to filing | 0.30 | KC |
| | *Fee Applications, Applicant* - Revisions to Nov. 2011 bill per T. Tacconelli; prepare invoice as exhibit to Nov. 2011 fee app | 0.30 | KC |
| | *Fee Applications, Applicant* - Preparation of Nov. 2011 monthly fee app, notice, and COS; to LLC for review | 0.30 | KC |
| Dec-29-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review main docket re: status for week ending 12/23/11; memo to T. Tacconelli and L. Coggins re: same | 0.40 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review case status memo for week ending 12/23 | 0.10 | TJT |
| Dec-31-11 | *Case Administration* - Review daily memos | 0.10 | TJT |
| | Totals | 19.30 | |

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| Dec-02-11 | Photocopy Cost | 2.20 |
| Dec-07-11 | Cost Advance - First State Deliveries - hand delivery | 7.50 |
| Dec-08-11 | Photocopy Cost | 1.40 |
| | Photocopy Cost | 1.00 |
| Dec-09-11 | Cost Advance - First State Deliveries - hand delivery | 7.50 |
| Dec-15-11 | Cost Advance - Blue Marble Logistics - copies/service (Inv # 55931) | 764.44 |
| Dec-27-11 | Photocopy Cost | 4.30 |
| Dec-28-11 | Photocopy Cost | 0.60 |
| | Photocopy Cost | 0.60 |
| | Photocopy Cost | 0.60 |


| | |
|---|---|
| Photocopy Cost | 0.60 |
| Photocopy Cost | 0.70 |
| Totals | $791.44 |
| **Total Fees & Disbursements** | **$6,154.44** |

*Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:(302) 575-1555 Fax: (302) 575-1714

WR Grace PD Committee Nov. 1, 2011 to Nov. 30, 2011

Inv #: 41827

**RE:** WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 18.00 | 4,919.00 |
| B18 | Fee Applications, Others - | 3.00 | 492.00 |
| B25 | Fee Applications, Applicant - | 2.80 | 522.00 |
| B36 | Plan and Disclosure Statement - | 0.50 | 115.00 |
| B37 | Hearings - | 0.20 | 70.00 |
| B45 | Professional Retention Issues - | 0.90 | 315.00 |
| BW | Billable Work | 0.20 | 30.00 |
| | **Total** | **25.60** | **$6,463.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lisa L. Coggins | 290.00 | 1.70 | 493.00 |
| Regina Matozzo | 200.00 | 8.50 | 1,700.00 |
| Theodore J. Tacconelli | 350.00 | 9.80 | 3,430.00 |
| Legal Assistant - KC | 150.00 | 5.60 | 840.00 |
| **Total** | | **25.60** | **$6,463.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements** **$353.20**

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Nov-01-11 | *Case Administration* - Review combined final report re: fee apps with no issues for the 41st Interim period and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Debtor's Motion to Approve Merger of Non-Debtor Subs with attachments | 2.30 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re: no Objections for 41st Interim Period | 0.10 | TJT |
| | *Case Administration* - Review 2019 Statement filed by Cascino Vaughan | 0.10 | TJT |
| | *Case Administration* - Review fee auditor's report re: 41st Quarterly fee applications; verify totals for Bilzin and Ferry, Joseph & Pearce | 0.20 | KC |
| Nov-02-11 | *Case Administration* - Review notice of withdrawal of appearance and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Retrieve notice of withdrawal forwarded from LLC/ review 2002 list re: same | 0.10 | KC |
| Nov-03-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Request to Change Filing Date re: Debtor's Motion to Sell Vermiculite Business | 0.10 | TJT |
| Nov-04-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| Nov-05-11 | *Case Administration* - Review Debtor's 41st Quarterly Report of Asset Sales | 0.10 | TJT |
| | *Case Administration* - Review Notice of Withdrawal of Appearance J. Cutler for PI FCR | 0.10 | TJT |
| | *Case Administration* - Review Debtor's Quarterly Post Confirmation Report to UST | 0.30 | TJT |
| Nov-06-11 | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| Nov-07-11 | *Case Administration* - Review case management memo re: week ending 11-4-2011 | 0.10 | LLC |
| | *Case Administration* - Review notice of address change and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review main docket re: status for week ending 11/4/11; memo to T. Tacconelli and L. Coggins re: same | 0.40 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |

| Date | Description | Hours | Initials |
|---|---|---|---|
| | *Case Administration* - Review case status memo for week ending 11/4 | 0.10 | TJT |
| | *Case Administration* - Review 2nd Request by B. Johnson for copy of creditor list | 0.10 | TJT |
| Nov-08-11 | *Case Administration* - Review notice of address change and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Notice of Change of Address for Philips Analytical | 0.10 | TJT |
| | *Case Administration* - Review order denying 2nd Request by B. Johnson for copy of creditor list | 0.10 | TJT |
| | *Fee Applications, Others* - E-mail from and to L. Flores at Bilzin re: quarterly fee applications of Bilzin and HRA | 0.10 | KC |
| | *Fee Applications, Others* - Download Bilzin quarterly fee application for the interim period July- Sept. 2011; review and begin preparation of same for efiling; draft of notice | 0.30 | KC |
| | *Fee Applications, Others* - Download HRA quarterly fee application for the interim period July - Sept. 2011; review and begin preparation of same for efiling, draft of notice | 0.30 | KC |
| Nov-09-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Certificates of No Objection filed by Debtors re: Debtors' Motion to Amend OCP Orders | 0.10 | TJT |
| | *Case Administration* - Review Counter designation of Issues/Record on Appeal by Peter Angelos, et al. re: Garlock appeal | 0.20 | TJT |
| Nov-10-11 | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Counter Designation of Issues/Record on Appeal By Kazan McLain, et al. re: Garlock appeal | 0.30 | TJT |
| Nov-11-11 | *Fee Applications, Others* - Review Bilzin 42nd Quarterly fee app for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review HRA 29th Quarterly fee app for filing | 0.10 | LLC |
| | Fee Applications, Applicant - Review 42nd Quarterly fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Fee Applications, Others* - Preparation of 42nd Quarterly fee app of Bilzin for July-Sept. 2011; revisions, prepare Exhibit C, to LLC for review | 0.40 | KC |
| | *Fee Applications, Others* - Preparation of Quarterly fee app of HRA for July- Sept. 2011; revisions, prepare Exhibit C, to LLC for review | 0.30 | KC |
| | *Fee Applications, Applicant* - Preparation of 42nd Quarterly fee app for July- Sept. 2011; revisions, prepare Exhibit C, to LLC for review | 0.30 | KC |
| Nov-12-11 | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review Counter designation of record on appeal by the PI Committee re: Garlock appeal | 0.20 | TJT |
| Nov-14-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: | 0.40 | RM |

| Date | Description | Hours | Initials |
|---|---|---|---|
| | same | | |
| | *Case Administration* - Review main docket re: status for week ending 10/11/11; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review case status memo for week ending 11/11 | 0.10 | TJT |
| | *Fee Applications, Others* - Prepare Bilzin 42nd Quarterly fee app for filing | 0.20 | KC |
| | *Fee Applications, Others* - Efile and service of Bilzin 42nd Quarterly fee app; coordinate service of notice to parties on the 2002 service list through Blue Marble, Inc. | 0.30 | KC |
| | *Fee Applications, Others* - Prepare HRA 29th Quarterly fee app for filing | 0.20 | KC |
| | *Fee Applications, Others* - Efile and service of HRA's 29th Quarterly fee app; coordinate service of notice of same to parties on the 2002 service list through Blue Marble, Inc. | 0.30 | KC |
| | *Fee Applications, Applicant* - Prepare 42nd Quarterly fee app for filing | 0.20 | KC |
| | *Fee Applications, Applicant* - Efile and service of 42nd Quarterly fee app; coordinate service of notice of same to parties on the 2002 service list through Blue Marble, Inc. | 0.30 | KC |
| Nov-15-11 | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Hearings* - Review agenda for 11/28 hearing | 0.10 | TJT |
| Nov-16-11 | *Case Administration* - Review notice of agenda for 11-28-2011 hearing | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review amended 2019 statement by Barron & Budd | 0.10 | TJT |
| | *Case Administration* - Review Notice of Transmittal of Appeal to District Court, confer with R. Matozzo re: same | 0.20 | TJT |
| Nov-17-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Case Administration* - Review certification of counsel filed by Debtors re: proposed order approving Debtor's Motion to Approve Merger of Non-Operating Subs | 0.40 | TJT |
| | *Case Administration* - Review Certification of Counsel filed by Debtors re: proposed order authorizing Sale of Vermiculite Business | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Confer with M. Joseph re: status of confirmation appeal | 0.10 | TJT |
| | *Professional Retention Issues* - Review Debtor's Motion to Amend Order Authorizing Retention of PWC with attachments | 0.60 | TJT |
| | *Fee Applications, Others* - Review docket for objections to Bilzin August 2011 fee app | 0.10 | KC |
| | *Fee Applications, Others* - Draft CNO and cos to Bilzin August 2011 fee app | 0.20 | KC |
| | *Fee Applications, Applicant* - Review docket for objections to August 2011 fee app | 0.10 | KC |
| | Draft CNO and cos to August 2011 fee app | 0.20 | KC |
| Nov-18-11 | *Fee Applications, Others* - Review CNO re: Bilzin Sept. 2011 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review CNO re: Sept. 2011 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, | 0.40 | RM |

| Date | Description | Hours | Initials |
|---|---|---|---|
| | district court and adversary proceedings, memos to T. Tacconelli re: same | | |
| | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Case Administration* - Review four miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Professional Retention Issues* - Review Debtor's Motion to Employ and Retain Baker McKenzie with attachments | 0.30 | TJT |
| Nov-19-11 | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Case Administration* - Review Affidavit of W. Smith | 0.10 | TJT |
| | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| Nov-21-11 | *Case Administration* - Review case management memo re: week ending 11-18-11 | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review main docket re: status for week ending 11/18/11; memo to T. Tacconelli and L. Coggins re: same | 0.40 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review case status memo for week ending 11/18 | 0.10 | TJT |
| | *Case Administration* - Review Notice of Docketing Appeal in District Court re: Garlock Appeal, confer with R. Matozzo re: same | 0.20 | TJT |
| | *Case Administration* - Review 4th Amended OCP Order | 0.10 | TJT |
| | *Case Administration* - Review Modified Order re: Debtor's Motion to Approve Merger of Non-Debtor Subs | 0.10 | TJT |
| Nov-22-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Case Administration* - Review Order authorizing sale of Vermiculite assets | 0.10 | TJT |
| | *Case Administration* - Review Notice of Withdrawal of document filed by Debtors | 0.10 | TJT |
| Nov-23-11 | *Case Administration* - Review amended notice of agenda re: 11-28-2011 hearing | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Hearings* - Review Amended Agenda for 11/28 hearing | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review and prepare prebill for October 2011 fee app; to TJT for review | 0.30 | KC |
| Nov-25-11 | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review and revise Ferry Joseph & Pearce October pre-bill | 0.30 | TJT |
| Nov-28-11 | *Case Administration* - E-mail from WR Grace re: request for certain account information | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review main docket re: status for week ending 11/25/11; memo to T. Tacconelli and L. Coggins re: same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |

| | | | |
|---|---|---|---|
| | *Case Administration* - Review letter from B. Johnson to Clerk re: order denying request for creditor list | 0.10 | TJT |
| Nov-29-11 | *Case Administration* - Confer with KC re: various invoice issues | 0.10 | LLC |
| | *Case Administration* - Confer with KC re; responding to email from WR Grace re: account status | 0.10 | LLC |
| | *Case Administration* - Review e-mail forwarded by LLC and discussion with LLC re: same | 0.20 | KC |
| | *Fee Applications, Applicant* - Revise and finalize October 2011 invoice as exhibit for fee app | 0.30 | KC |
| | *Fee Applications, Applicant* - Draft monthly fee app for Oct. 2011 and notice and cos of same | 0.30 | KC |
| | *Fee Applications, Applicant* - Discussion with LLC re: Oct. 2011 fee app invoice | 0.10 | KC |
| Nov-30-11 | *Fee Applications, Applicant* - Review October 2011 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Fee Applications, Applicant* - Prepare October 2011 fee app for filing; efile and service of same | 0.30 | KC |
| | Totals | 25.60 | |

**DISBURSEMENTS**

| | | |
|---|---|---|
| Nov-01-11 | Cost Advance - Pacer Service Center - 7/1/11 - 9/30/11 (RM) Account # FJ0497 | 23.12 |
| | Cost Advance - Lexis Nexis - legal research (Inv # 1109376274) | 34.83 |
| Nov-11-11 | Photocopy Cost | 1.00 |
| | Photocopy Cost | 1.40 |
| | Cost Advance - First State Deliveries - hand delivery 10/28/11 | 7.50 |
| Nov-14-11 | Photocopy Cost | 2.10 |
| | Photocopy Cost | 19.80 |
| Nov-17-11 | Cost Advance - First State Deliveries - hand delivery 11/14/11 | 7.50 |
| Nov-23-11 | Photocopy Cost | 0.70 |
| Nov-28-11 | Photocopy Cost | 0.70 |
| Nov-29-11 | Photocopy Cost | 0.70 |
| | Photocopy Cost | 0.60 |
| | Photocopy Cost | 0.80 |
| | Cost Advance - First State Deliveries - hand deliveries 11/18/11 | 45.00 |
| | Cost Advance - Blue Marble - copies/service (Inv # 16673) | 204.25 |
| Nov-30-11 | Photocopy Cost | 3.20 |
| | Totals | $353.20 |

**Total Fees & Disbursements** **$6,816.20**

*Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:(302) 575-1555 Fax: (302) 575-1714

WR Grace PD Committee Oct. 1, 2011 to Oct. 31, 2011

Inv. #: 41500

**RE:** WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 19.40 | 5,420.00 |
| B18 | Fee Applications, Others - | 1.40 | 224.00 |
| B25 | Fee Applications, Applicant - | 3.60 | 648.00 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 0.60 | 210.00 |
| B36 | Plan and Disclosure Statement - | 3.80 | 1,225.00 |
| B37 | Hearings - | 0.10 | 35.00 |
| B32 | Litigation and Litigation Consulting- | 1.00 | 350.00 |
| | **Total** | **29.90** | **$8,112.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lisa L. Coggins | 290.00 | 1.30 | 377.00 |
| Regina Matozzo | 200.00 | 8.10 | 1,620.00 |
| Theodore J. Tacconelli | 350.00 | 15.20 | 5,320.00 |
| Legal Assistant - KC | 150.00 | 5.30 | 795.00 |
| **Total** | | **29.90** | **$8,112.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements** **$122.66**

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Oct-01-11 | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re: Orrick April - June 2011 | 0.10 | TJT |
| | *Case Administration* - Review Notice of Change of Address for FMC Wyoming Corp. | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Claims Settlement Notice filed by debtors re: Neutocrete with attachments | 0.60 | TJT |
| Oct-03-11 | *Case Administration* - Review Fee Auditor's Final Report re: K&E 41 Interim Period | 0.10 | TJT |
| | *Case Administration* - Review Notice of Change of Address for GAC Chemical Corp. | 0.10 | TJT |
| Oct-04-11 | *Case Administration* - Review case management memo re: week ending 9-30-2011 | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review main docket re: status for week ending 9/30/11; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.20 | RM |
| | *Case Administration* - Review Case Status Memo for week ending 9/30 | 0.10 | TJT |
| | *Fee Applications, Applicant* - Update tracking chart re: upcoming quarterly fee app for July, Aug, Sept 2011 with data re: July and August 2011 fees/ costs | 0.30 | KC |
| Oct-05-11 | *Case Administration* -   Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Confer with R. Matozzo re: research re: transfer of insurance policies to PI Trust | 0.10 | TJT |
| Oct-06-11 | *Case Administration* -   Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| Oct-07-11 | *Case Administration* -   Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Case Administration* - Review Request by Garlock for Status Conference with attachments | 0.80 | TJT |
| | *Case Administration* - Review amended 2019 Statement by David Law Firm | 0.10 | TJT |
| Oct-08-11 | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Case Administration* - Review Memorandum Opinion re: denying Garlock's 3 pending Motions | 0.90 | TJT |
| | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Hearings* - Review Agenda for 10/24 hearing | 0.10 | TJT |
| Oct-09-11 | *Case Administration* - Review Order denying Garlock's 3 pending motions | 0.10 | TJT |
| | *Case Administration* -   Review Notice of Change of Address for Imerys Pigments | 0.10 | TJT |

| Date | Description | Hours | Initials |
|---|---|---|---|
| | *Case Administration* - Prepare correspondence to J. Sakalo re: Memorandum Opinion and Order denying Garlock's 3 pending motions | 0.20 | TJT |
| Oct-10-11 | *Case Administration* - Review case management memo re: week ending 10-7-2011 | 0.10 | LLC |
| | *Case Administration* - Review notice of address change and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review additional notice of address change and forward same to KC | 0.10 | LLC |
| | *Case Administration* - E-mail from B. Ruhlander re: fee auditor's new recommendations for meal and hotel expenses | 0.10 | LLC |
| | *Case Administration* - Review main docket re: status for week ending 10/7/11; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review case status memo for week ending 10/7 | 0.10 | TJT |
| | *Case Administration* - Review Order re: Request by Garlock for Status Conference | 0.10 | TJT |
| | *Case Administration* - Review correspondence from B. Ruhlander re: new recommendations for hotel and meal expenses | 0.10 | TJT |
| | *Case Administration* - Receive notice of change of address; review 2002 list re: same | 0.10 | KC |
| Oct-11-11 | *Case Administration* - Review order rescheduling March 2012 *Hearings* and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Case Administration* - Review Notice of Change of Address for Lockridge Grindal Nauen PLLP | 0.10 | TJT |
| | *Case Administration* - Retrieve e-mail from LLC/ download and review order rescheduling *Hearings* | 0.10 | KC |
| Oct-12-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's final Report re: Caplin & Drysdale for 41st Interim Period | 0.10 | TJT |
| Oct-13-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Case Administration* - Review letter from B. Johnson to Judge Fitzgerald | 0.10 | TJT |
| | *Case Administration* - Receive payment for invoices; review and update payments received tracking chart; discussion with TJT re: question re: payment received | 0.30 | KC |
| Oct-14-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Prepare correspondence to J. Sakalo re; 6/28 and 6/29 District Court hearing transcripts | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review 6/28 District Court hearing | 1.90 | TJT |

| | | | |
|---|---|---|---|
| | transcript | | |
| Oct-15-11 | *Case Administration* - Review Notice of Appeal by Garlock re: Motion for Access to 2019 Statements | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Confer with M. Joseph re: status of Plan confirmation | 0.10 | TJT |
| | *Litigation and Litigation Consulting*- Review 6/19 District Court hearing transcript | 1.00 | TJT |
| Oct-16-11 | *Case Administration - Review Clerk's Notice re: Appeal by Garlock re: Motion for Access to 2019 Statement* | 0.10 | TJT |
| | *Case Administration* - Review Notice of Change of Address for Mid Atlantic Pallet | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Continue review of 6/19 District Court hearing transcript | 0.80 | TJT |
| Oct-17-11 | *Case Administration* - Review case management memo re: week ending 10-14-2011 | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review main docket re: status for week ending 10/14/11; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review Case Status Memo to for week ending 10/14 | 0.10 | TJT |
| | *Case Administration* - Review certificate of no objection filed by Debtors re: Netuocrete Claims Settlement Notice | 0.10 | TJT |
| Oct-18-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor Final Report re: Norton Rose for 41 Interim Period, with attached order from Canadian Court | 0.20 | TJT |
| | *Case Administration* - Review Debtor's Motion to Amend previous OCP Orders | 0.20 | TJT |
| | *Case Administration* - Review Debtor's Motion to Approve Sale of SC Vermiculite Business | 1.00 | TJT |
| | *Case Administration* - Review Notice of Change of Address for Norfalco, LLC | 0.10 | TJT |
| | *Case Administration* - Review Order denying request by B. Johnson for creditor list | 0.10 | TJT |
| Oct-19-11 | *Case Administration* - Review notice of withdrawal of appearance and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Case Administration* - Review Request to Change Filing Date re: debtor's Motion to Amend pervious OCP Orders | 0.10 | TJT |
| | *Case Administration* - Complete review of Debtor's Motion to Approve Sale of SC Vermiculite Business | 1.40 | TJT |
| | *Case Administration* - Discussion re: Jan 2011 holdback payment received 10-13-2011 w/ TM; update payments recieved tracking chart accordingly | 0.20 | KC |

| Date | Description | Hours | Initials |
|---|---|---|---|
| | *Case Administration* - Receive forwarded notice of change of address and notice of withdrawal of appearance; review 2002 service list and update re: same | 0.30 | KC |
| Oct-20-11 | *Fee Applications, Others* - Review CNO re: Bilzin August 2011 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review CNO re: :August 2011 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Case Administration* - Review 4 miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Fee Applications, Others* - Review docket re: Bilzin's August 2011 monthly fee application | 0.10 | KC |
| | *Fee Applications, Others* - Prepare CNO to August 2011 monthly fee application of Bilzin Sumberg and cos of same | 0.20 | KC |
| | *Fee Applications, Applicant* - Review docket re: August 2011 monthly fee application | 0.10 | KC |
| | *Fee Applications, Applicant* - Prepare CNO to August 2011 monthly fee application and cos of same | 0.20 | KC |
| Oct-21-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Fee Applications, Others* - Prepare CNO of Bilzin's August 2011 fee app for efiling, efile and service of same | 0.30 | KC |
| | *Fee Applications, Applicant* - Prepare CNO of August 2011 fee app for efiling; efile and service of same | 0.30 | KC |
| | *Fee Applications, Applicant* - Continued docket review regarding approved orders re: fee applications/ amounts in preparation of final fee application | 0.60 | KC |
| Oct-22-11 | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| Oct-23-11 | *Case Administration* - Review Notice of Withdrawal by Counsel for BNSF | 0.10 | TJT |
| Oct-25-11 | *Case Administration* - Review case management memo re: week ending 10-21-11 | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review main docket re: status for week ending 10/21/11; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review case status memo for week ending 10/21 | 0.10 | TJT |
| | *Fee Applications, Applicant* - Draft and review prebill for Sept. 2011 fees; to TJT for review | 0.10 | KC |
| Oct-26-11 | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review and revise Ferry Joseph & Pearce September Prebill | 0.40 | TJT |
| | *Fee Applications, Others* - E-mail from L. Flores re: Bilzin Sept. 2011 fee application; download attachments re: same | 0.20 | KC |
| | *Fee Applications, Others* - Prepare COS, revise Notice to Bilzin Sept. 2011 fee app | 0.20 | KC |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Fee Applications, Applicant* - Review revisions to Sept. 2011 pre bill per T. Tacconelli, revise same | 0.20 | KC |
| Oct-27-11 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Fee Applications, Applicant* - Continued update of spreadsheet, calculations in preparation for July, Aug., Sept. 2011 quarterly fee app | 0.40 | KC |
| | *Fee Applications, Applicant* - Begin draft of July, Aug, Sept 2011 Quarterly fee app; notice, application and cos | 0.50 | KC |
| Oct-28-11 | *Fee Applications, Applicant* - Review Sept.. 2011 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review Debtors Quarterly Report of Asset Sales | 0.10 | TJT |
| | *Fee Applications, Others* - Prepare Bilzin's Sept.2011 monthly fee application for efiling, efile and service of same | 0.30 | KC |
| | *Fee Applications, Applicant* - Prepare Sept. 2011 monthly fee application for efiling, efile and service of same | 0.30 | KC |
| Oct-29-11 | *Case Administration* - Review Debtors Quarterly Report of amounts paid to OCP | 0.10 | TJT |
| | *Case Administration* - Review Notice of Issues/Record on Appeal filed by Garlock | 0.30 | TJT |
| Oct-30-11 | *Case Administration* - Review Affidavit of G. Stern | 0.10 | TJT |
| | *Case Administration* - Review Notice of Service re: Notice of Sale of Vermiculate Business with attachment | 0.20 | TJT |
| Oct-31-11 | *Case Administration* - Review case management memo re: week ending 10-28-2011 | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review main docket re: status for week ending 10/28/11; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.20 | RM |
| | *Case Administration* - Review case status memo to for week ending 10/29 | 0.10 | TJT |
| | *Case Administration* - Review correspondence from B. Ruhlander re: fee Auditor's Final Report re: No Objections for 41st Interim Period | 0.10 | TJT |
| | Totals | 29.90 | |

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| Oct-07-11 | Photocopy Cost | 1.00 |
| | Photocopy Cost | 2.60 |
| Oct-08-11 | Photocopy Cost | 2.70 |
| Oct-11-11 | Photocopy Cost | 0.80 |
| Oct-21-11 | Photocopy Cost | 4.80 |
| Oct-26-11 | Cost Advance - Pacer Service Center - 7/1/11 - 9/30/11 (TJT) Account # FJ0093 | 19.44 |
| Oct-28-11 | Photocopy Cost | 6.40 |
| | Cost Advance - First State Deliveries - hand deliveries 10/21/11 | 45.00 |

| | | |
|---|---|---|
| Oct-31-11 | Cost Advance - Pacer Service Center - 7/1/11 - 9/30/11 (RSM) Account # FJ0091 | 39.92 |
| | Totals | $122.66 |
| | **Total Fees & Disbursements** | **$8,234.66** |