# EXHIBIT A
# ORRICK, HERRINGTON & SUTCLIFFE LLP
# INVOICES FOR THE TIME PERIOD
# JANUARY 1-31, 2012



# ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, D.C. 20005-1706

tel +1-202-339-8400
fax +1-202-339-8500

WWW.ORRICK.COM

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

February 14, 2012
Client No. 17367
Invoice No. 1350805

Orrick Contact: Roger Frankel

| | | |
|---|---|---|
| FOR SERVICES RENDERED through January 31, 2012 in connection with the matters described on the attached pages: | $ | 156,083.25 |
| DISBURSEMENTS as per attached pages: | | 4,240.35 |
| **TOTAL CURRENT FEES & DISBURSEMENTS (Pay this Amount):** | $ | **160,323.60** |

Matter(s): 17367/11, 12, 13, 15, 7, 8

## DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:
$140,532.80
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701. Fax (304) 231-2501.

### REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

| REMITTANCE ADDRESS: | ELECTRONIC FUNDS TRANSFERS: | OVERNIGHT DELIVERY: |
|---|---|---|
| Orrick, Herrington & Sutcliffe LLP<br>Lockbox #774619<br>4619 Solutions Center<br>Chicago, IL 60677-4006<br>Reference: 17367/ Invoice: 1350805 | *ACH & Wire Transfers:*<br>*ABA Number 121000248*<br>*SWIFT CODE: WFBIUS6S*<br>*Account Number: 4123701088*<br>*Wells Fargo*<br>*420 Montgomery Street*<br>*San Francisco, CA 94104*<br>*Account of*<br>*Orrick, Herrington & Sutcliffe LLP*<br>*Reference: 17367/ Invoice: 1350805*<br>*E.I.N. 94-2952627* | Orrick, Herrington & Sutcliffe LLP<br>c/o Wells Fargo<br>Attn: Lockbox #774619<br>350 East Devon Avenue<br>Itasca, IL 60143<br>(213) 614-3248<br>Reference: 17367/ Invoice: 1350805 |



# ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, D.C. 20005-1706

tel +1-202-339-8400
fax +1-202-339-8500

WWW.ORRICK.COM

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

February 14, 2012
Client No. 17367
Invoice No. 1350805

Orrick Contact: Roger Frankel

For Legal Services Rendered Through January 31, 2012 in Connection With:

**Matter: 7 - Insurance Matters**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 01/17/12 | P. Mahaley | Review insurance settlement proposals advanced by counsel for ACC. | 0.30 |
| 01/18/12 | P. Mahaley | Analyze insurer settlement proposal. | 0.20 |
| 01/19/12 | P. Mahaley | Analyze insurer settlement proposal and communicate with counsel for ACC re same. | 0.70 |

Total Hours 1.20
Total For Services $798.00

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Peri N. Mahaley | 1.20 | 665.00 | 798.00 |
| Total All Timekeepers | 1.20 | $665.00 | $798.00 |

**Total For This Matter** $798.00



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 2

February 14, 2012
Invoice No. 1350805

For Legal Services Rendered Through January 31, 2012 in Connection With:

**Matter: 8 - Litigation**

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 01/03/12 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 01/03/12 | D. Fullem | Follow-up with R. Wyron regarding Order on Motion re Cash Management Systems. | 0.20 |
| 01/04/12 | R. Frankel | Review, prepare notes re global Libby settlement in preparation for meeting with Grace, et al. | 0.90 |
| 01/05/12 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 01/05/12 | D. Fullem | Confer with R. Wyron regarding Order re cash management and follow-up. | 0.30 |
| 01/05/12 | R. Wyron | Review draft documents (.8); review outline of deal terms (.4); meet with Plan Proponents re mediation strategy (4.1); confer with R. Frankel re strategy and follow-up (.4); review outline and call to CNA counsel re same (.3). | 6.00 |
| 01/05/12 | R. Frankel | Confer with R. Wyron in preparation for Kirkland meeting (.4); notes re same (.2). | 0.60 |
| 01/05/12 | R. Frankel | Review D. Cohn draft term sheet. | 0.50 |
| 01/05/12 | R. Frankel | Confer with Plan Proponents at K&E (DC) in preparation for mediation session in NY. | 3.20 |
| 01/06/12 | R. Wyron | Review draft term sheet (.6); confer with R. Frankel re issues and follow-up (.3); call with Grace re mediation status and issues (.6); call with M. Giannotto re issues (.6); begin draft agreement (.8). | 2.90 |
| 01/06/12 | R. Frankel | Review term sheets from Kirkland meeting. | 0.70 |
| 01/06/12 | R. Frankel | Telephone conference with Kirkland, Caplin, R. Wyron re issues/status with Libby (.6); confer with R. Wyron re definitive settlement agreements (.4). | 1.00 |
| 01/06/12 | R. Frankel | Telephone conference with D. Austern re mediation, Libby Medical Plan (.3); prepare notes re same (.1). | 0.40 |
| 01/07/12 | R. Frankel | Review, prepare notes re term sheet from Kirkland (.9); review other term sheets in connection with global Libby settlement (.5). | 1.40 |
| 01/08/12 | R. Wyron | Review and provide comments on latest drafts, and follow-up. | 0.80 |
| 01/09/12 | R. Wyron | Participate in NY Mediation session (8.9); draft and review agreements and follow-up (1.2). | 10.10 |
| 01/09/12 | R. Frankel | Attend mediation session in NY with F. McGovern, Libby, BNSF, insurers, Grace, ACC representatives. | 10.50 |
| 01/10/12 | D. Fullem | Review e-mail from R. Wyron regarding MCC cross appeal in Grace and follow-up re same. | 0.50 |

Case 01-01139-AMC   Doc 28586-3   Filed 02/27/12   Page 5 of 16



# ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 3

February 14, 2012
Invoice No. 1350805

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 01/10/12 | R. Wyron | Work on BNSF term sheet and follow-up (.7); review MCC issues (.3); work on settlement issues and calls re same (.4); review term sheets (.8). | 2.20 |
| 01/10/12 | R. Frankel | Prepare notes re conclusion of mediation, agreements reached (.2); telephone conference with D. Austern re mediation (.5). | 0.70 |
| 01/10/12 | R. Frankel | Review revised BNSF Term Sheet from R. Wyron (.5); telephone conference with R. Wyron re same (.3). | 0.80 |
| 01/10/12 | R. Frankel | Review revised Term Sheet among Grace, Libby and ACC, review Trust Agreement. | 1.30 |
| 01/10/12 | R. Frankel | Series of e-mails re settlement, appeal-related issues. | 0.30 |
| 01/10/12 | R. Frankel | Review term sheets during travel to DC. | 1.00 |
| 01/11/12 | R. Wyron | Call with Grace and ACC counsel, and follow-up re mediation and settlements (1.6); work on draft settlement agreement (2.7); calls with R. Ifft, A. Paul and J. Aldock re mediation issues, settlements and follow-up (1.4). | 5.70 |
| 01/11/12 | R. Frankel | Prepare notes of pros and cons of appeals. | 0.80 |
| 01/11/12 | R. Frankel | Telephone conference with A. Paul in preparation for conference call (.4); telephone conference with Grace, E. Inselbuch, P. Lockwood, R. Wyron re settlement issues (.8). | 1.20 |
| 01/11/12 | R. Frankel | Telephone conference with J. Aldock re status of term sheets, definitive documents (.6); review open issues in term sheets (.7). | 1.30 |
| 01/11/12 | R. Frankel | Series of meetings with R. Wyron re status of Term Sheets, drafting issues. | 1.20 |
| 01/11/12 | R. Frankel | Review R. Higgins e-mail memo re pension obligations, motion to be filed. | 0.40 |
| 01/11/12 | R. Frankel | Review chart of appeal issues to determine remaining issues if settlement finalized. | 1.20 |
| 01/12/12 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 01/12/12 | R. Wyron | Draft and revise BNSF settlement. | 1.90 |
| 01/12/12 | R. Frankel | Review draft and signed term sheets (.9); confer with R. Wyron re status (.3). | 1.20 |
| 01/12/12 | R. Frankel | Review e-mails re status of Term Sheets (.4); confer with R. Wyron re same (.2). | 0.60 |
| 01/13/12 | D. Fullem | Confer with R. Wyron regarding Grace settlement with BNSF; confer with D. Felder re same; review confirmation exhibits including contracts with BNSF and follow-up with R. Wyron re same. | 1.00 |
| 01/13/12 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 01/13/12 | R. Wyron | Review agenda (.1); revise draft BNSF agreement (2.3); review term sheet and provide comments (.4). | 2.80 |


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 4

February 14, 2012
Invoice No. 1350805

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 01/13/12 | R. Frankel | Review requested changes to BNSF Term Sheet from BNSF, e-mails re same (.7); review other term sheets (.4). | 1.10 |
| 01/13/12 | R. Frankel | Review with R. Wyron status of term sheets. | 0.60 |
| 01/16/12 | D. Felder | Review draft settlement agreement and prepare comments regarding same. | 1.00 |
| 01/16/12 | R. Wyron | Review BNSF agreement and revise (1.4); call with P. Lockwood re issues and follow-up (.8); continue work on BNSF term sheet and follow-up (.9). | 3.10 |
| 01/16/12 | R. Frankel | Review, edit draft settlement agreement from R. Wyron between BNSF and Debtors. | 1.30 |
| 01/17/12 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 01/17/12 | R. Wyron | Call with ACC re draft BNSF settlement agreement and follow-up (.8); continue work on term sheet issues (.9); revise draft BNSF agreement (1.1). | 2.80 |
| 01/17/12 | R. Frankel | Review agenda for Monday hearing. | 0.20 |
| 01/17/12 | R. Frankel | Telephone conference with J. Donley re settlement appeal issues (.4); prepare notes re same (.2). | 0.60 |
| 01/17/12 | R. Frankel | Telephone conference with R. Wyron, P. Lockwood re BNSF settlement agreement, related issues. | 0.60 |
| 01/17/12 | R. Frankel | Series of e-mails re CNA notice to Grace, et al. (.3); review notice, attached Term Sheet (.4). | 0.70 |
| 01/17/12 | R. Frankel | Telephone conference with J. Aldock re independent claims settlement (.5); review CNA settlement agreement (.6). | 1.10 |
| 01/17/12 | R. Frankel | Confer with R. Wyron re draft BNSF settlement agreement, timing issues, term sheets in Libby global settlement. | 0.50 |
| 01/18/12 | R. Wyron | Revise draft BNSF settlement agreement (2.1); calls re settlement agreement and term sheets (.8). | 2.90 |
| 01/18/12 | R. Frankel | Review revised settlement agreement re BNSF indemnity claim (1.1); notes re same (.1). | 1.20 |
| 01/18/12 | R. Frankel | Confer with R. Wyron re status of term sheets, approach to District Court. | 0.70 |
| 01/18/12 | R. Frankel | Review with R. Wyron changes to settlement agreement with BNSF. | 0.60 |
| 01/19/12 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 01/19/12 | D. Fullem | Review e-mail from R. Wyron regarding BNSF proofs of claim; review D. Felder response to same. | 0.20 |
| 01/19/12 | D. Felder | E-mail correspondence with R. Wyron regarding BNSF issues and follow-up regarding same. | 0.50 |
| 01/19/12 | R. Wyron | Review BNSF term sheet issues and revise settlement agreement (1.9); calls with P. Lockwood and M. Giannotto re settlement issues and follow-up (1.2); review BNSF proof of claim issue and follow-up (.8); call with Court re term sheet (.4). | 4.30 |


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 5

February 14, 2012  
Invoice No. 1350805

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 01/19/12 | R. Frankel | Telephone conference with H. Huge re status. | 0.30 |
| 01/19/12 | R. Frankel | Telephone conference with J. Donley re approach to J. Buckwalter (.4); telephone conference with M. Giannotto re same (.3). | 0.70 |
| 01/19/12 | R. Frankel | Review objection, issues chart in preparation for call with J. Buckwalter. | 0.80 |
| 01/19/12 | R. Frankel | Confer with R. Wyron re claims released in BNSF settlement (.2); review draft agreement (.3). | 0.50 |
| 01/19/12 | R. Frankel | Telephone call with J. Buckwalter and various counsel re term sheet settlements (.4); confer with R. Wyron re same (.3). | 0.70 |
| 01/20/12 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 01/20/12 | M. Wallace | Review correspondence regarding settlements. | 0.10 |
| 01/20/12 | M. Wallace | Discuss settlements with R. Wyron and related issues. | 0.30 |
| 01/20/12 | R. Wyron | Review financial data on pension motion (.9); call with Grace team re issues and follow-up (.5); call with J. Radecki re interest rate issues (.3); begin work on draft settlement agreements (1.9); respond to e-mails re Arrowood stip (.2). | 3.80 |
| 01/20/12 | R. Frankel | Review Arrowood proposed Stipulation regarding appeals, prior order (.3); review with R. Wyron (.1). | 0.40 |
| 01/20/12 | R. Frankel | Confer with R. Wyron regarding pension payment, call with J. Radecki. | 0.40 |
| 01/20/12 | R. Frankel | Telephone call with R. Higgins, Grace regarding accelerated pension payment (.5); prepare notes regarding same (.2). | 0.70 |
| 01/20/12 | R. Frankel | Review chart of settled BNSF claims, correspondence regarding same. | 0.60 |
| 01/20/12 | R. Frankel | Confer with R. Wyron regarding settlement with BNSF (.5); review term sheets regarding same (.2). | 0.70 |
| 01/20/12 | R. Frankel | Review presentation from Grace regarding accelerated pension contribution (.7); confer with R. Wyron regarding same (.2). | 0.90 |
| 01/22/12 | R. Wyron | Review draft settlement agreements and notes re same. | 1.60 |
| 01/22/12 | R. Frankel | Initial review of draft Libby, BNSF, insurers agreement. | 2.40 |
| 01/23/12 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 01/23/12 | R. Wyron | Review settlement agreements and follow-up (2.1); call with P. Lockwood re issues (.9); various discussions re District Court call (.9). | 3.90 |
| 01/23/12 | R. Wyron | Review draft settlement agreements and organize open issues lists. | 2.60 |
| 01/23/12 | R. Frankel | Review, consider issues, notes regarding possible scenarios with J. Buckwalter conference call. | 0.60 |
| 01/23/12 | R. Frankel | Review notes regarding global settlement issues, drafting of BNSF indemnity settlement agreement. | 0.80 |



# ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 6

February 14, 2012  
Invoice No. 1350805

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 01/23/12 | R. Frankel | Telephone conferences with R. Wyron regarding Libby-BNSF insurers settlement agreement call with J. Buckwalter (.6); notes regarding call, agreement (.2). | 0.80 |
| 01/23/12 | R. Frankel | Telephone conferences with J. Aldock regarding Libby settlement agreement and telephone conference with J. Buckwalter (.6); notes regarding same (.3). | 0.90 |
| 01/23/12 | R. Frankel | Review series of e-mails regarding Garlock discovery, role of ACC, Grace. | 0.40 |
| 01/23/12 | R. Frankel | Review draft Libby, BNSF agreement from M. Giannotto (1.7); prepare notes regarding same (.5). | 2.20 |
| 01/23/12 | R. Frankel | Telephone conferences with J. Donley re call from chambers (.4); prepare notes re same (.3). | 0.70 |
| 01/24/12 | M. Wallace | Review BNSF settlement agreement. | 1.80 |
| 01/24/12 | M. Wallace | Review term sheets for global deal. | 3.50 |
| 01/24/12 | R. Wyron | Call with ACC and Debtors (1.2); call with Court re opinion and follow-up (.6); strategy calls re issues (.3); work on settlement agreements (.8). | 2.90 |
| 01/24/12 | R. Frankel | Review draft settlement agreement of independent claims from CNA. | 2.40 |
| 01/24/12 | R. Frankel | Telephone conference with J. Donley, Grace, P. Lockwood, R. Wyron re call with J. Buckwalter (1.1); prepare notes re conference call with Judge (.3). | 1.40 |
| 01/24/12 | R. Frankel | Telephone conference with J. Aldock, J. Donley re call with J. Buckwalter (.5); series of e-mails re same (.4). | 0.90 |
| 01/24/12 | R. Frankel | Telephone conference with R. Wyron re J. Buckwalter call, agreements. | 0.30 |
| 01/24/12 | R. Frankel | Telephone conference with J. Buckwalter, Grace, et al. re issuance of opinion (.5); prepare notes re same (.2). | 0.70 |
| 01/24/12 | R. Frankel | Telephone conference with R. Wyron, J. Aldock (.4), telephone conference with J. Donley re call with Judge Buckwalter (.6); notes re same (.3). | 1.30 |
| 01/24/12 | R. Frankel | Telephone conference with D. Austern re conference call with Judge Buckwalter. | 0.40 |
| 01/25/12 | R. Frankel | Confer with R. Wyron re status of settlement agreements, open issues. | 0.40 |
| 01/25/12 | R. Frankel | Review Grace-Libby Term Sheet re open issues, TDP related issues. | 0.70 |
| 01/25/12 | R. Frankel | Review 9th circuit opinion in Thorpe Insulation re standing of insurance companies. | 1.30 |
| 01/25/12 | R. Frankel | Review e-mails re issuance of opinion (.3); telephone conference with J. Donley re same (.4). | 0.70 |


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 7

February 14, 2012
Invoice No. 1350805

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 01/25/12 | R. Frankel | Telephone conference with J. Aldock re status of settlements, draft agreements (.4); e-mails with R. Wyron re status (.1). | 0.50 |
| 01/25/12 | R. Frankel | Review materials from D. Austern re foreign claims. | 0.80 |
| 01/26/12 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 01/26/12 | R. Frankel | E-mails re Buckwalter opinion, settlement. | 0.40 |
| 01/30/12 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 01/30/12 | D. Fullem | Confer with R. Frankel regarding confirmation opinion issued by Judge Buckwalter; review/respond to R. Wyron re status of same. | 0.50 |
| 01/30/12 | R. Wyron | Review and respond to e-mails re opinion issues (.6); work on settlement agreement and follow-up (1.1). | 1.70 |
| 01/30/12 | R. Frankel | Review Libby draft press release and edits from Grace (.3); consider issues regarding press release (.3). | 0.60 |
| 01/30/12 | R. Frankel | Review agenda for FCR meeting in NY. | 0.20 |
| 01/30/12 | R. Frankel | Review status with R. Wyron (.2); review revised press release (.3); e-mail D. Austern re same (.2). | 0.70 |
| 01/30/12 | R. Frankel | Review, edit Grace press release (.3); series of e-mails with D. Cohn, J. Aldock regarding same with further edits (.5). | 0.80 |
| 01/30/12 | R. Frankel | Review draft BNSF - Grace settlement agreement and series of term sheets. | 1.20 |
| 01/31/12 | D. Fullem | Review news reports on Grace confirmation. | 0.30 |
| 01/31/12 | D. Fullem | Review Judge Buckwalter opinion and order in Grace. | 0.50 |
| 01/31/12 | D. Fullem | Review alerts on Judge Buckwalter Opinion and Order in Grace. | 0.50 |
| 01/31/12 | J. Guy | Review District Court Opinion and analyze same (2.0); follow-up discussions with R. Wyron (.2). | 2.20 |
| 01/31/12 | R. Wyron | Begin review of opinion (3.6); review press release and follow-up (.8); call with plan proponents (.7). | 5.10 |
| 01/31/12 | R. Frankel | Read Judge Buckwalter's opinion. | 3.20 |
| 01/31/12 | R. Frankel | Preliminary review of J. Buckwalter opinion. | 0.70 |
| 01/31/12 | R. Frankel | Telephone conference with Plan Proponents' counsel and M. Shelnitz re opinion. | 0.60 |
| 01/31/12 | R. Frankel | Review materials re foreign claims during travel to NY for FCR meeting. | 0.90 |
| 01/31/12 | R. Frankel | Telephone conference with R. Wyron re opinion, press release, telephone conference with D. Austern re opinion. | 0.50 |

Total Hours            160.00
Total For Services           $144,420.00


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 8

February 14, 2012
Invoice No. 1350805

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 1.50 | 650.00 | 975.00 |
| Roger Frankel | 77.50 | 995.00 | 77,112.50 |
| Debra O. Fullem | 6.00 | 270.00 | 1,620.00 |
| Jonathan P. Guy | 2.20 | 810.00 | 1,782.00 |
| Mary A. Wallace | 5.70 | 740.00 | 4,218.00 |
| Richard H. Wyron | 67.10 | 875.00 | 58,712.50 |
| Total All Timekeepers | 160.00 | $902.63 | $144,420.00 |

Disbursements
| | |
|---|---|
| Document Reproduction | 20.80 |
| Express Delivery | 12.54 |
| Other Business Meals | 102.50 |
| Out of Town Business Meals | 41.50 |
| Outside Services | 291.44 |
| Taxi Expense | 299.31 |
| Travel Expense, Air Fare | 1,615.22 |
| Travel Expense, Out of Town | 314.17 |

Total Disbursements $2,697.48

**Total For This Matter** $147,117.48



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 9

February 14, 2012
Invoice No. 1350805

For Legal Services Rendered Through January 31, 2012 in Connection With:

**Matter: 11 - Compensation of Professionals - Other**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 01/03/12 | D. Fullem | Review recently filed fee applications. | 0.20 |
| 01/03/12 | D. Fullem | Review schedule/timing/filing of next round of quarterly fee applications for FCR professionals. | 0.20 |
| 01/10/12 | D. Fullem | Coordinate filing/serving of Lincoln's quarterly fee application. | 1.00 |
| 01/12/12 | D. Fullem | Prepare CNOs for Lincoln's July-October 2011 fee applications. | 1.00 |
| 01/12/12 | D. Fullem | Prepare CNOs for D. Austern's August-November 2011 monthly fee applications. | 1.00 |
| 01/12/12 | D. Fullem | Review e-mail from R. Wyron regarding CNOs. | 0.10 |
| 01/13/12 | D. Fullem | Coordinate filing/serving of CNOs for Austern (August-November 2011) and Lincoln (July-October 2011). | 1.00 |
| 01/13/12 | D. Fullem | Coordinate filing/serving of Lincoln's quarterly for the July-Sept 2011 time period. | 0.50 |
| 01/13/12 | D. Fullem | Review e-mail from C. Burke with Lincoln November and December 2011 monthly fee applications. | 0.20 |
| 01/13/12 | D. Fullem | Review e-mail from C. Burke with Lincoln Oct-Dec 2011 quarterly fee application. | 0.10 |
| 01/17/12 | D. Fullem | Follow-up regarding service of CNOs for D. Austern's and Lincoln's fee applications. | 0.50 |
| 01/17/12 | D. Fullem | Review recently filed fee applications set for next quarterly hearing date. | 0.40 |
| 01/17/12 | D. Fullem | Review Lincoln fee applications from C. Burke; prepare e-mail to C. Burke re timing of filing/serving of same. | 0.50 |
| 01/18/12 | D. Fullem | Review and respond to e-mail from K. Boeger regarding Towers quarterly fee application for July-September 2011 time period. | 0.20 |
| 01/23/12 | D. Fullem | Review and finalize Towers Watson's quarterly fee application for July-Sept 2011 time period. | 0.40 |
| 01/24/12 | D. Fullem | Prepare quarterly for D. Austern. | 1.00 |
| 01/24/12 | D. Fullem | Prepare e-mail to D. Austern regarding review/approval of quarterly for July-Sept 2011. | 0.20 |
| 01/26/12 | D. Fullem | Coordinate finalizing, filing, serving of the FCR and Towers quarterly fee applications for the time period July 1-September 30, 2011. | 1.50 |
| 01/26/12 | D. Fullem | Review and respond to e-mail from B. Ruhlander regarding status of D. Austern's quarterly fee application. | 0.20 |


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 10

February 14, 2012
Invoice No. 1350805

|  | Total Hours | 10.20 |  |
|---|---|---|---|
|  | Total For Services |  | $2,754.00 |

| **Timekeeper Summary** | Hours | Rate | Amount |
|---|---|---|---|
| Debra O. Fullem | 10.20 | 270.00 | 2,754.00 |
| Total All Timekeepers | 10.20 | $270.00 | $2,754.00 |

Disbursements
    Document Reproduction    293.90
    Express Delivery    41.35
    Outside Services    10.24
    Postage    295.18
    Total Disbursements    $640.67

**Total For This Matter**    $3,394.67


**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 11

February 14, 2012  
Invoice No. 1350805

For Legal Services Rendered Through January 31, 2012 in Connection With:

**Matter: 12 - Retention of Professionals - Orrick**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 01/06/12 | R. Frankel | Review, sign supplemental declaration. | 0.20 |
| 01/09/12 | D. Fullem | Coordinate filing/serving of R. Frankel's supplemental declaration. | 0.50 |

|  | Total Hours | 0.70 |  |
|---|---|---|---|
|  | Total For Services |  | $334.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Roger Frankel | 0.20 | 995.00 | 199.00 |
| Debra O. Fullem | 0.50 | 270.00 | 135.00 |
| Total All Timekeepers | 0.70 | $477.14 | $334.00 |

Disbursements  
    Document Reproduction     13.80  
    Outside Services     2.40  
    Total Disbursements     $16.20

**Total For This Matter**     **$350.20**


ORRICK

| | | | |
|---|---|---|---|
| David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367<br>page 12 | | | February 14, 2012<br>Invoice No. 1350805 |

For Legal Services Rendered Through January 31, 2012 in Connection With:

**Matter: 13 - Compensation of Professionals - Orrick**

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 01/04/12 | D. Fullem | Prepare quarterly fee application for the July-September 2011 time period. | 2.00 |
| 01/05/12 | D. Fullem | Prepare Orrick's Quarterly Fee Application for July-September 2011. | 1.00 |
| 01/05/12 | D. Fullem | Review and respond to e-mail from R. Wyron regarding status of payments from Grace; update fee/expense charts and circulate to group. | 0.50 |
| 01/10/12 | D. Fullem | Coordinate filing/serving of Orrick's quarterly fee application. | 1.00 |
| 01/10/12 | D. Fullem | Review December prebill. | 1.00 |
| 01/11/12 | D. Fullem | Review and respond to e-mail from H. Quinn and R. Wyron regarding status and timing of fee applications. | 0.40 |
| 01/12/12 | D. Fullem | Prepare CNO for Orrick's November fee application. | 0.20 |
| 01/12/12 | D. Fullem | Follow-up with D. Felder regarding edits to December prebill; review edits; provide to R. Wyron. | 0.40 |
| 01/12/12 | D. Fullem | Follow-up with R. Wyron regarding quarterly fee application filing. | 0.30 |
| 01/12/12 | D. Fullem | Prepare CNO for Orrick's November monthly fee applications. | 0.20 |
| 01/12/12 | D. Fullem | Review e-mail from R. Wyron regarding status of signatures on quarterly and CNO. | 0.10 |
| 01/13/12 | D. Fullem | Coordinate filing/serving of Orrick's quarterly for July-September 2011 and CNO for November fee application. | 0.70 |
| 01/14/12 | D. Felder | Review December prebill. | 0.50 |
| 01/17/12 | D. Fullem | Prepare CNO for Orrick's November fee application; coordinate serving and filing of same. | 0.40 |
| 01/19/12 | D. Fullem | Review final December invoice. | 0.20 |
| 01/20/12 | D. Fullem | Prepare draft of December fee application. | 1.00 |
| 01/23/12 | D. Fullem | Forward final of December monthly fee application to R. Wyron for review and signature. | 0.20 |
| 01/26/12 | D. Fullem | Coordinate finalizing, filing, serving of Orrick's quarterly fee application for the time period July 1 - September 30, 2011. | 1.00 |
| 01/27/12 | D. Fullem | Review fee auditor's initial report for quarterly fee application covering period July 1-Sept 30, 2011 (.3); list expenses to be researched (.2); prepare draft reply to initial report (.8); prepare e-mail to R. Wyron re review of draft (.2). | 1.50 |


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 13

February 14, 2012  
Invoice No. 1350805

|  | Total Hours | 12.60 |  |
|---|---|---|---|
|  | Total For Services |  | $3,592.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 0.50 | 650.00 | 325.00 |
| Debra O. Fullem | 12.10 | 270.00 | 3,267.00 |
| Total All Timekeepers | 12.60 | $285.08 | $3,592.00 |

Disbursements  
    Document Reproduction     485.20  
    Outside Services     15.92  
    Postage     345.60  
        Total Disbursements     $846.72

**Total For This Matter**     **$4,438.72**

Case 01-01139-AMC   Doc 28586-3   Filed 02/27/12   Page 16 of 16


# ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 14

February 14, 2012  
Invoice No. 1350805

For Legal Services Rendered Through January 31, 2012 in Connection With:

**Matter: 15 - Travel Time (Non-Working)**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 01/07/12 | R. Frankel | Travel to NY for mediation meeting. | 1.50 |
| 01/08/12 | R. Wyron | Travel to NY. | 3.20 |
| 01/09/12 | R. Wyron | Return from NY Mediation session. | 2.50 |
| 01/10/12 | R. Frankel | Travel to DC from NY mediation meetings. | 1.90 |

Total Hours  9.10  
Total For Services  $4,185.25

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Roger Frankel | 3.40 | 497.50 | 1,691.50 |
| Richard H. Wyron | 5.70 | 437.50 | 2,493.75 |
| Total All Timekeepers | 9.10 | $459.92 | $4,185.25 |

Disbursements  
 Taxi Expense  39.28  
 Total Disbursements  $39.28

**Total For This Matter**  **$4,224.53**

\* \* \* **COMBINED TOTALS** \* \* \*

Total Hours  193.80  
Total Fees, all Matters  $156,083.25  
Total Disbursements, all Matters  $4,240.35  
Total Amount Due  $160,323.60