IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: March 19, 2012 at 4:00 p.m.<br>Hearing Date: June 18, 2012 at 9:00 a.m. |

## THIRTY-NINTH QUARTERLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD FROM OCTOBER 1, 2011 THROUGH DECEMBER 31, 2011

| | |
|---|---|
| Name of Applicant: | *Kramer Levin Naftalis & Frankel LLP* |
| Authorized to Provide Professional Services to: | *Official Committee of Equity Security Holders* |
| Date of Retention: | *As of July 18, 2001* |
| Period for which compensation and reimbursement is sought: | *October 1, 2011 through and including December 31, 2011* |
| Amount of Compensation sought as actual, reasonable and necessary: | *$ 13,989.00* |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | *$ 93.02* |
| This is a(n):   _ monthly   X interim application | |

KL2 2737949.1

# SUMMARY OF MONTHLY FEE STATEMENTS FOR KRAMER LEVIN NAFTALIS & FRANKEL – OCTOBER 1, 2011 THROUGH DECEMBER 31, 2011

| Fee Application Filing Date Docket No. Period Covered | Total Fees Requested | Total Expenses Requested | Total Amount of Fees and Expenses Requested | Amount of Fees Paid | Amount of Expenses Paid | Certification of No Objection Filing Date Docket No. |
|---|---|---|---|---|---|---|
| 12/01/2011 D.I. 28062 Oct. 1, 2011 – Oct. 31, 2011 | $2,208.00 | $9.19 | $2,217.19 | $1,766.40 | $9.19 | 01/03/2012 D.I. 28310 |
| 12/28/2011 D.I. 28288 Nov. 1, 2011 – Nov. 30, 2011 | $9,481.00 | $3.56 | $9,484.56 | $7,584.80 | $3.56 | 01/19/2012 D.I. 28383 |
| 02/09/2012 D.I. 28489 Dec. 1, 2011 – Dec. 31, 2011 | $2,300.00 | $80.27 | $2,380.27 | $0 | $0 | Not yet filed |
| Total | $13,989.00 | $93.02 | $14,082.02 | $9,351.20 | $12.75 | |

| | | |
|---|---|---|
| Current Period Unpaid: | Fees | $ 4,637.80 |
| | Expenses | $      80.27 |
| | Total | $ 4,718.07 |
| Prior Periods Unpaid: | Fees | $ 9,978.80 |
| | Expenses | $ |
| | Total | $ 9,978.80 |
| | **TOTAL DUE:** | **$14,696.87** |

# SUMMARY OF OUTSTANDING FEES OWED TO
# KRAMER LEVIN NAFTALIS & FRANKEL THROUGH DECEMBER 31, 2011

| Time Period | Fees and Expenses Requested | Fees and Expenses Approved | Fees and Expenses Paid | Fees and Expenses Owed |
|---|---|---|---|---|
| April 1, 2002 – June 30, 2002 | $ 73,418.50<br>$ 5,356.96 | $ 73,418.50<br>$ 5,356.96 | $ 73,418.50<br>$ 5,356.96 | $-0- |
| July 1, 2002 – September 30, 2002 | $ 87,266.50<br>$ 10,070.69 | $ 86,576.50<br>$ 9,737.19 | $ 86,576.50<br>$ 9,737.19 | $-0- |
| October 1, 2002 – December 31, 2002 | $ 70,445.00<br>$ 3,575.61 | $ 70,445.00<br>$ 3,575.61 | $ 70,445.00<br>$ 3,575.61 | $-0- |
| January 1, 2003 – March 31, 2003 | $ 51,487.00<br>$ 1,619.93 | $ 51,487.00<br>$ 1,619.93 | $ 51,487.00<br>$ 1,619.93 | $-0- |
| April 1, 2003 – June 30, 2003 | $ 27,447.00<br>$ 1,839.08 | $ 27,447.00<br>$ 1,839.08 | $ 27,447.00<br>$ 1,839.08 | $-0- |
| July 1, 2003 – September 31, 2003 | $ 34,092.00<br>$ 497.86 | $ 34,092.00<br>$ 497.86 | $ 34,092.00<br>$ 497.86 | $-0- |
| October 1, 2003 – December 31, 2003 | $ 45,266.00<br>$ 2,046.18 | $ 45,266.00<br>$ 2,046.18 | $ 45,266.00<br>$ 2,046.18 | $-0- |
| January 1, 2004 – March 31, 2004 | $ 31,674.50<br>$ 1,451.43 | $ 31,674.50<br>$ 1,451.43 | $ 31,674.50<br>$ 1,451.43 | $-0- |
| April 1, 2004 – June 30, 2004 | $ 48,415.50<br>$ 1,840.66 | $ 48,415.50<br>$ 1,840.66 | $ 48,415.50<br>$ 1,840.66 | $-0- |
| July 1, 2004 – September 30, 2004 | $ 47,550.00<br>$ 995.20 | $ 47,550.00<br>$ 995.20 | $ 47,550.00<br>$ 995.20 | $-0- |
| October 1, 2004 – December 31, 2004 | $406,517.00<br>$ 14,406.04 | $400,556.50<br>$ 14,265.04 | $ 400,556.50<br>$ 14,265.04 | $-0- |
| January 1, 2005 March 31, 2005 | $183,897.00<br>$12,593.68 | $183,897.00<br>$ 12,593.68 | $ 183,897.00<br>$ 12,593.68 | $-0- |
| April 1, 2005 June 30, 2005 | $74,471.50<br>$3,641.49 | $ 74,471.50<br>$ 3,641.49 | $ 74,471.50<br>$ 3,641.49 | $-0- |
| July 1, 2005 September 30, 2005 | $79,556.00<br>$5,348.72 | $ 79,556.00<br>$ 5,348.72 | $ 79,556.00<br>$ 5,348.72 | $-0- |
| October 1, 2005 December 31, 2005 | $75,544.50<br>$2,953.30 | $ 75,544.50<br>$ 2,953.30 | $ 75,544.50<br>$ 2,953.30 | $-0- |
| January 1, 2006 March 31, 2006 | $74,750.00<br>$5,452.00 | $ 74,750.00<br>$ 5,452.00 | $ 74,750.00<br>$ 5,452.00 | $-0- |
| April 1, 2006 June 30, 2006 | $74,596.00<br>$2,815.18 | $ 74,596.00<br>$ 2,815.18 | $ 74,596.00<br>$ 2,815.18 | $-0- |
| July 1, 2006 September 30, 2006 | $147,269.00<br>$4,500.72 | $ 147,269.00<br>$ 4,500.72 | $ 147,269.00<br>$ 4,500.72 | $-0- |
| October 1, 2006 December 31, 2006 | $238,312.00<br>$14,195.38 | $ 238,312.00<br>$ 14,195.38 | $ 238,312.00<br>$ 14,195.38 | $-0- |
| January 1, 2007 March 31, 2007 | $163,379.00<br>$15,286.40 | $ 163,379.00<br>$ 15,286.40 | $ 163,379.00<br>$ 15,286.40 | $-0- |

KL2 2737949.1

| Time Period | Fees and Expenses Requested | Fees and Expenses Approved | Fees and Expenses Paid | Fees and Expenses Owed |
|---|---|---|---|---|
| April 1, 2007<br>June 30, 2007 | $187,246.00<br>$19,482.62 | $ 186,592.23<br>$   19,482.62 | $ 186,592.23<br>$   19,482.62 | $-0- |
| July 1, 2007<br>September 30, 2007 | $208,619.50<br>$9,223.40 | $ 205,265.50<br>$     9,223.40 | $ 205,265.50<br>$     9,223.40 | $-0- |
| October 1, 2007<br>December 31, 2007 | $398,236.50<br>$76,834.62 | $ 394,987.81<br>$   76,834.62 | $ 394,987.81<br>$   76,834.62 | $-0- |
| January 1, 2008<br>March 31, 2008 | $247,502.75<br>$9,033.91 | $ 247,502.75<br>$     9,033.91 | $ 247,108.84<br>$     9,033.91 | $-0- |
| April 1, 2008<br>June 30, 2008 | $240,744.75<br>$11,571.63 | $ 240,744.75<br>$ 11,571.63 | $ 240,744.75<br>$   11,571.63 | $-0-<br>$-0- |
| July 1, 2008<br>September 30, 2008 | $271,548.00<br>$6,211.59 | $ 271,548.00<br>$ 6,211.59 | $ 271,548.00<br>$ 6,211.59 | $-0-<br>$-0- |
| October 1, 2008<br>December 31, 2008 | $207,976.00<br>$9,026.63 | $206,706.00<br>$8,976.63 | $206,706.00<br>$8,976.63 | $-0-<br>$-0- |
| January 1, 2009<br>March 31, 2009 | $197,550.00<br>$5,059.19 | $197,494.00<br>$5,059.19 | $197,494.00<br>$5,059.19 | $-0-<br>$-0- |
| April 1, 2009<br>June 30, 2009 | $215,996.50<br>$5,645.60 | $215,996.50<br>$5,645.60 | $215,996.50<br>$5,645.60 | $-0-<br>$-0- |
| July 1, 2009<br>September 30, 2009 | $170,241.50<br>$20,322.43 | $169,905.50<br>$20,322.43 | $170,227.30<br>$20,322.43 | ($321.80)<br>$-0- |
| October 1, 2009<br>December 31, 2009 | $68,306.75<br>$3,366.52 | $68,306.75<br>$3,366.52 | $68,306.75<br>$3,366.52 | $-0-<br>$-0- |
| January 1, 2010<br>March 31, 2010 | $47,226.50<br>$2,139.19 | $47,226.50<br>$2,139.19 | $47,226.50<br>$1,817.39 | $-0-<br>$321.80 |
| April 1, 2010<br>June 30, 2010 | $14,079.00<br>$650.36 | $14,079.00<br>$650.36 | $14,079.00<br>$650.36 | $-0-<br>$-0- |
| July 1, 2010<br>September 30, 2010 | $5,229.00<br>$131.96 | $5,229.00<br>$131.96 | $5,229.00<br>$131.96 | $-0-<br>$-0- |
| October 1, 2010<br>December 31, 2010 | $16,846.00<br>$247.86 | $16,846.00<br>$247.86 | $16,846.00<br>$247.86 | $-0-<br>$-0- |
| January 1, 2011<br>March 31, 2011 | $54,094.50<br>$2,044.81 | $54,094.50<br>$2,044.81 | $54,094.50<br>$2,044.81 | $-0-<br>$-0- |
| April 1, 2011<br>June 30, 2011 | $91,902.50<br>$2,143.07 | $91,886.26<br>$2,143.07 | $91,886.26<br>$2,143.07 | $-0-<br>$-0- |
| July 1, 2011<br>September 30, 2011 | $49,894.00<br>$2,308.18 | $-0-<br>$-0- | $39,915.20<br>$2,308.18 | $9,978.80<br>$-0- |
| **October 1, 2011**<br>**December 31, 2011** | **$13,989.00**<br>**$93.02** | **$-0-**<br>**$-0-** | **$9,351.20**<br>**$12.75** | **$4,637.80**<br>**$80.27** |
| **TOTAL** | **$4,742,582.65**<br>$  294,915.20 | **$4,663,114.55**<br>$ 293,097.40 | **$4,726,609.61**<br>$ 294,463.22 | **$14,294.80**<br>$     402.07 |

4

## SUMMARY OF TIME FOR BILLING PERIOD

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Bentley, Philip | $830.00 | 7.0 | $5,810.00 |
| Schmidt, Robert | $825.00 | 1.0 | $825.00 |
| Blabey, David E. | $670.00 | 7.7 | $5,159.00 |
| Friedman, Joshua | $525.00 | 0.6 | $315.00 |
| Ziegler, Matthew | $470.00 | 4.0 | $1,880.00 |
| **Total** | | **20.3** | **$13,989.00** |

## COMPENSATION SUMMARY BY PROJECT CATEGORY FOR BILLING PERIOD

| Project Category | Total Hours for the Period | Total Fees for the Period |
|---|---|---|
| Case Administration | 0.2 | $134.00 |
| Creditor Committee | 12.8 | $9,739.00 |
| Bankruptcy Motions | 0.8 | $552.00 |
| Reorganization Plan | 0.6 | $498.00 |
| Fee Applications, Applicant | 5.9 | $3,066.00 |
| **Total** | **20.3** | **$13,989.00** |

KL2 2737949.1

## EXPENSE SUMMARY (Schedule of Disbursements)

| Expense Category | Total Expenses For the Period |
| --- | --- |
| Messenger/Courier | $9.19 |
| Long Distance Tel | $40.07 |
| Document Retrieval | $43.76 |
| **Total** | **$93.02** |

**WHEREFORE,** The foregoing summaries are submitted to the Court pursuant to the Amended Administrative Order under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members dated April 17, 2002 (the "Amended Administrative Order"). Pursuant to the Amended Administrative Order, Kramer Levin respectfully requests that, for the period **October 1, 2011 through December 31, 2011**, it be allowed the total amount of fees of **$13,989.00** and disbursements of **$93.02**, and that the Debtor be directed to pay all outstanding unpaid amounts.

Dated: February 27, 2012                    KRAMER LEVIN NAFTALIS & FRANKEL LLP


By: /s/ David E. Blabey, Jr.
    Philip Bentley
    David E. Blabey, Jr.
    1177 Avenue of the Americas
    New York, New York 10022
    (212) 715-9100

    Counsel to the Official Committee of
    Equity Security Holders

KL2 2737949.1