# EXHIBIT A

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**JANUARY 1, 2012 - JANUARY 31, 2012**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0013 | Business Operations | 0.3 | $    217.50 |
| 0014 | Case Administration | 6.5 | 1,519.50 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 2.0 | 1,627.00 |
| 0018 | Fee Application, Applicant | 10.7 | 6,314.00 |
| 0019 | Creditor Inquiries | 2.4 | 2,281.50 |
| 0020 | Fee Application, Others | 2.1 | 492.50 |
| 0021 | Employee Benefits, Pension | 11.4 | 8,265.00 |
| 0036 | Plan and Disclosure Statement | 13.2 | 10,687.50 |
| 0041 | Relief from Stay Proceedings | 0.4 | 290.00 |
| | | | |
| | **Total** | **49.0** | **$ 31,694.50** |

# STROOCK

## INVOICE

| | |
|---|---|
| DATE | February 6, 2012 |
| INVOICE NO. | 556774 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through January 31, 2012, including:

| | |
|---|---|
| RE | Business Operations<br>699843 0013 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/18/2012 | Attend to order approving 2nd LOC facility amendment. | Krieger, A. | 0.1 |
| 01/24/2012 | Attend to Grace's motion to extend Credit Agreement with ART. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.3 | $ 725 | $ 217.50 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 217.50 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 217.50 |

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

STROOCK

| RE | Case Administration<br>699843 0014 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/05/2012 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.4 |
| 01/06/2012 | Obtain and circulate recently docketed pleadings in main case (.5); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.6 |
| 01/09/2012 | Attend to Court Order setting Jurgens' hearing. | Krieger, A. | 0.1 |
| 01/09/2012 | Obtain and circulate recently docketed pleadings in main case (.4); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.5 |
| 01/11/2012 | Obtain and circulate recently docketed pleadings in main case (.3); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.4 |
| 01/12/2012 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.3 |
| 01/13/2012 | Attend to 1/23/12 hearing agenda and office conference D. Mohamed re: same. | Krieger, A. | 0.1 |
| 01/13/2012 | Obtain and circulate recently docketed pleadings in main case (.5); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.6 |
| 01/17/2012 | Office conference D. Mohamed re: 1/23/12 hearing. | Krieger, A. | 0.1 |
| 01/17/2012 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.4 |
| 01/18/2012 | Obtain and circulate recently docketed pleadings in main case (.4); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.5 |
| 01/24/2012 | Obtain and circulate recently docketed pleadings in main case (.7); obtain fee applns. and CNOs for the 43rd interim period for | Mohamed, D. | 1.2 |

STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| | atttorney review (.5). | | |
| 01/30/2012 | Obtain and circulate recently docketed pleadings in main case (.5); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.6 |
| 01/31/2012 | Obtain and circulate recently docketed pleadings in main case (.4); obtain and circulate recently pleadings re appeals case docket no. 11-199 (.3). | Mohamed, D. | 0.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.3 | $ 725 | $ 217.50 |
| Mohamed, David | 6.2 | 210 | 1,302.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,519.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,519.50 |
|---|---|

STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders'<br>699843 0017 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/02/2012 | Attend to Capstone's Memorandum to the Committee re: Debtors' proposed Second Amendment to the LOC Facility and memoranda with Capstone thereon. | Krieger, A. | 0.5 |
| 01/03/2012 | Memorandum to Capstone re: Committee Memorandum re: Amended LOC Facility. | Krieger, A. | 0.1 |
| 01/03/2012 | Review Capstone report. | Pasquale, K. | 0.3 |
| 01/24/2012 | Review pension motion. | Pasquale, K. | 0.3 |
| 01/31/2012 | Memoranda for the Committee re: District Court's confirmation rulings and memoranda with Capstone re: same. | Krieger, A. | 0.6 |
| 01/31/2012 | T/c Charles Freedgood and Kevin Kelley re: telephone conference with Committee re: decision. | Kruger, L. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.2 | $ 725 | $ 870.00 |
| Kruger, Lewis | 0.2 | 1,025 | 205.00 |
| Pasquale, Kenneth | 0.6 | 920 | 552.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,627.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,627.00 |
|---|---|

STROOCK

| RE | Fee Application, Applicant<br>699843 0018 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/05/2012 | Review and revise December fee detail. | Magzamen, M. | 0.4 |
| 01/09/2012 | Prepare draft of SSL's 129th monthly fee application for attorney review. | Mohamed, D. | 0.8 |
| 01/11/2012 | Attend to SSL's 149th fee statement (Dec. 2011) and office conference DM re: same. | Krieger, A. | 0.2 |
| 01/26/2012 | Attend to preparation of 43rd quarterly fee application. | Krieger, A. | 6.4 |
| 01/27/2012 | Prepare draft 43rd quarterly fee application. | Krieger, A. | 1.2 |
| 01/30/2012 | Finalize SSL's 129th monthly fee application for filing (.5); prepare notice and CoS re: same and forward to local counsel for filing (.6); prepare and effectuate service re: fee application (.6). | Mohamed, D. | 1.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 7.8 | $ 725 | $ 5,655.00 |
| Magzamen, Michael | 0.4 | 335 | 134.00 |
| Mohamed, David | 2.5 | 210 | 525.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 6,314.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 6,314.00 |
|---|---|

STROOCK

| RE | Creditor Inquiries<br>699843 0019 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/06/2012 | Telephone conference creditor re: confirmation status. | Pasquale, K. | 0.2 |
| 01/31/2012 | T/c bank debtholders re: decision. | Kruger, L. | 0.7 |
| 01/31/2012 | Telephone conference various lenders re: confirmation decision. | Pasquale, K. | 1.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Kruger, Lewis | 0.7 | $ 1,025 | $ 717.50 |
| Pasquale, Kenneth | 1.7 | 920 | 1,564.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,281.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 2,281.50 |
|---|---|

STROOCK

| RE | Fee Application, Others<br>699843 0020 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/09/2012 | Memoranda with Capstone and DOE re: Capstone's fee application. | Krieger, A. | 0.1 |
| 01/10/2012 | Finalize Capstone's 94th monthly fee application for filing (.7); prepare notice and CoS re: same and forward to local counsel for filing (.6). | Mohamed, D. | 1.3 |
| 01/11/2012 | Prepare and effectuate service re: Capstone's 94th monthly fee application. | Mohamed, D. | 0.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.1 | $ 725 | $ 72.50 |
| Mohamed, David | 2.0 | 210 | 420.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 492.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 492.50 |
|---|---|

STROOCK

| RE | Employee Benefits, Pension<br>699843 0021 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/11/2012 | Memoranda from R. Higgins re: pension contributions (.1); exchanged memoranda with Capstone re: same and obtaining updated financial and other information (.3); review prior contribution motion and memoranda (1.1). | Krieger, A. | 1.5 |
| 01/12/2012 | Exchanged memoranda with Capstone re: Grace's motion to make additional extraordinary pension contribution and additional inquiries for Grace. | Krieger, A. | 0.4 |
| 01/19/2012 | Memoranda from Debtors' counsel and with Capstone re: responses to information request and conference call on pension contribution motion. | Krieger, A. | 0.3 |
| 01/20/2012 | Preparation for and conference call with representatives for all parties re: proposed pension motion and exchanged memoranda with Capstone re: same. | Krieger, A. | 1.6 |
| 01/23/2012 | Attend to materials and issues re: pension acceleration request (2.0); conference call and email with Capstone re: pension acceleration request (1.0). | Krieger, A. | 3.0 |
| 01/24/2012 | Office conference L. Kruger re: discussions with Capstone on pension payment and related matter (.1); attend to Grace's motion authorizing accelerated pension contributions (.9); memorandum re: additional information, questions on pension motion and review Capstone's additional information request (1.6). | Krieger, A. | 2.6 |
| 01/27/2012 | Exchanged memoranda with Capstone re: conference call with Blackstone re: additional questions on pension motion. | Krieger, A. | 0.3 |
| 01/30/2012 | Preparation for call with Capstone re: pension motion (.7); conference call with Capstone re: | Krieger, A. | 1.7 |

STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| | pension motion (1.0). | | |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 11.4 | $ 725 | $ 8,265.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 8,265.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 8,265.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

STROOCK

| RE | Expenses<br>699843 0024 |
|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|---|---|

| MATTER DISBURSEMENT SUMMARY | |
|---|---|
| Outside Messenger Service | $ 170.28 |
| Long Distance Telephone | 31.45 |
| O/S Information Services | 177.68 |

| TOTAL DISBURSEMENTS/CHARGES | $ 379.41 |
|---|---|

| TOTAL FOR THIS MATTER | $ 379.41 |
|---|---|

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

STROOCK

| RE | Plan and Disclosure Statement<br>699843 0036 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/26/2012 | Review recent opinion for potential application to Grace. | Krieger, A. | 0.5 |
| 01/31/2012 | Memoranda re: District Court confirmation decision and office conferences L. Kruger & K. Pasquale re: same (.7); review Memorandum Opinion (7.4). | Krieger, A. | 8.1 |
| 01/31/2012 | Review Judge Buckwalter decision (1.9); office conference with K. Pasquale and A. Krieger re: decision and Committee meeting (.2). | Kruger, L. | 2.1 |
| 01/31/2012 | Review and analyze district court's confirmation decision. | Pasquale, K. | 2.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 8.6 | $ 725 | $ 6,235.00 |
| Kruger, Lewis | 2.1 | 1,025 | 2,152.50 |
| Pasquale, Kenneth | 2.5 | 920 | 2,300.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 10,687.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 10,687.50 |
|---|---|

STROOCK

| RE | Relief from Stay Proceedings<br>699843 0041 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/11/2012 | Review Stipulation resolving IntraWest's motion for stay relief. | Krieger, A. | 0.3 |
| 01/17/2012 | Attend to order issued re: IntraWest stay relief stipulation. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.4 | $ 725 | $ 290.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 290.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 290.00 |
|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 31,694.50 |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 379.41 |
| TOTAL BILL | $ 32,073.91 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.