# EXHIBIT B

**WR GRACE & CO**
**SUMMARY OF FEES**
**JANUARY 1, 2012 - JANUARY 31, 2012**

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** |  |  |  |
| Kruger, Lewis | 3.0 | $1,025 | $ 3,075.00 |
| Pasquale, Kenneth | 4.8 | 920 | 4,416.00 |
|  |  |  |  |
| **Associates** |  |  |  |
| Krieger, Arlene G. | 30.1 | 725 | 21,822.50 |
|  |  |  |  |
| **Paraprofessionals** |  |  |  |
| Magzamen, Michael | 0.4 | 335 | 134.00 |
| Mohamed, David | 10.7 | 210 | 2,247.00 |
|  |  |  |  |
| **Total** | **49.0** |  | **$ 31,694.50** |