# EXHIBIT C

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**JANUARY 1, 2012 - JANUARY 31, 2012**

| | | |
|---|---|---|
| Outside Messenger Service | $ | 170.28 |
| Long Distance Telephone | | 31.45 |
| O/S Information Services | | 177.68 |
| | | |
| **TOTAL** | **$** | **379.41** |

# STROOCK

## DISBURSEMENT REGISTER

| DATE | February 6, 2012 |
|---|---|
| INVOICE NO. | 556774 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

**FOR EXPENSES INCURRED i**n the captioned matter for the period through January 31, 2012, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 12/24/2011 | VENDOR: UPS; INVOICE#: 000010X827521; DATE: 12/24/2011 D. Mohamed to Bobbi Ruhlander, Esq.  Dallas, TX on 12/19/2011 | 10.84 |
| 12/24/2011 | VENDOR: UPS; INVOICE#: 000010X827521; DATE: 12/24/2011 D. Mohamed to Dave Klauder, Esq. Wilmington, DE on 12/19/2011 | 7.65 |
| 12/24/2011 | VENDOR: UPS; INVOICE#: 000010X827521; DATE: 12/24/2011 D. Mohamed to David B. Siegal.  Columbia, MD on 12/19/2011 | 7.65 |
| 12/24/2011 | VENDOR: UPS; INVOICE#: 000010X827521; DATE: 12/24/2011 D. Mohamed to Dawn S. Marra.  Wilmington, DE on 12/19/2011 | 7.65 |
| 12/31/2011 | VENDOR: UPS; INVOICE#: 000010X827531; DATE: 12/31/2011 D. Mohamed to D. Siegal.  Columbia, MD on 12/28/2011 | 7.65 |
| 12/31/2011 | VENDOR: UPS; INVOICE#: 000010X827531; DATE: 12/31/2011 D. Mohamed to Bobbi Ruhlander, Esq.  Dallas, TX on 12/28/2011 | 10.84 |
| 12/31/2011 | VENDOR: UPS; INVOICE#: 000010X827531; DATE: 12/31/2011 D. Mohamed to D. Klauder.  Wilmington, DE on 12/28/2011 | 7.65 |
| 12/31/2011 | VENDOR: UPS; INVOICE#: 000010X827531; DATE: 12/31/2011 D. Mohamed to D. Marra.  Wilmington, DE on 12/28/2011 | 7.65 |
| 01/05/2012 | VENDOR: UPS; INVOICE#: 000010X827491; DATE: 12/3/2011 D. Mohamed to Bobbi Ruhlander Esq.  Dallas, TX on 12/01/2011 | 10.84 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| PAGE: 2 | | |
|---|---|---|
| DATE | DESCRIPTION | AMOUNT |
| 01/05/2012 | VENDOR: UPS; INVOICE#: 000010X827491; DATE: 12/3/2011 D. Mohamed to David Siegal.  Columbia, MD on 12/01/2011 | 7.65 |
| 01/05/2012 | VENDOR: UPS; INVOICE#: 000010X827491; DATE: 12/3/2011 D. Mohamed to Dawn Marra.  Wilmington, DE on 12/01/2011 | 7.65 |
| 01/05/2012 | VENDOR: UPS; INVOICE#: 000010X827491; DATE: 12/3/2011 D. Mohamed to Dave Klauder Esq.  Wilmington, DE on 12/01/2011 | 7.65 |
| 01/07/2012 | VENDOR: UPS; INVOICE#: 000010X827012; DATE: 01/7/2012  D. Mohamed to Bobbi Ruhlander.  Dallas, TX on 12/30/2011 | 10.84 |
| 01/07/2012 | VENDOR: UPS; INVOICE#: 000010X827012; DATE: 01/7/2012  D. Mohamed to D. Klauder.  Wilmington, DE on 12/30/2011 | 7.65 |
| 01/07/2012 | VENDOR: UPS; INVOICE#: 000010X827012; DATE: 01/7/2012  D. Mohamed to Dawn Marra.  Wilmington, DE on 12/30/2011 | 7.65 |
| 01/07/2012 | VENDOR: UPS; INVOICE#: 000010X827012; DATE: 01/7/2012  D. Mohamed to D. Siegal.   Columbia, MD on 12/30/2011 | 7.65 |
| 01/14/2012 | VENDOR: UPS; INVOICE#: 000010X827022; DATE: 01/14/2012 D. Mohamed to Bobbi Ruhlander, Esq.   Dallas, TX on 01/11/2012 | 11.27 |
| 01/14/2012 | VENDOR: UPS; INVOICE#: 000010X827022; DATE: 01/14/2012 D. Mohamed to D. Siegal.  Columbia, MD on 01/11/2012 | 7.95 |
| 01/14/2012 | VENDOR: UPS; INVOICE#: 000010X827022; DATE: 01/14/2012 D. Mohamed to Dawn S. Marra.  Wilmington, DE  on  01/11/2012 | 7.95 |
| 01/14/2012 | VENDOR: UPS; INVOICE#: 000010X827022; DATE: 01/14/2012 D. Mohamed to Dave Klauder.  Wilmington, DE on  01/11/2012 | 7.95 |
| | **Outside Messenger Service Total** | **170.28** |

**Long Distance Telephone**

| | | |
|---|---|---|
| 01/10/2012 | EXTN.795475, TEL.2015877100, S.T.12:44, DUR.00:01:50 | 0.56 |
| 01/10/2012 | EXTN.795475, TEL.2015877100, S.T.15:55, DUR.00:00:24 | 0.28 |
| 01/11/2012 | EXTN.795430, TEL.3026574942, S.T.14:17, DUR.00:00:33 | 0.28 |
| 01/18/2012 | VENDOR: Chase Card Services; INVOICE#: 010212; DATE: | 30.00 |

# STROOCK

PAGE: 3

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
|  | 1/2/2012 - visa charge 12/22/11 Court Call |  |
| 01/31/2012 | EXTN.795562, TEL.2038626208, S.T.10:26, DUR.00:06:40 | 0.33 |

**Long Distance Telephone Total**     **31.45**

**O/S Information Services**

| 01/30/2012 | Pacer Search Service on 10/4/2011 | 177.68 |
|---|---|---|

**O/S Information Services Total**     **177.68**

BILL DISBURSEMENT SUMMARY

| Outside Messenger Service | $ 170.28 |
|---|---|
| Long Distance Telephone | 31.45 |
| O/S Information Services | 177.68 |

TOTAL DISBURSEMENTS/CHARGES     $ 379.41

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM