## Exhibit A

**January 2012 Fee Detail**

**Matter 3**                                    **Business Operations**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 1/9/2012 | Exchange correspondence with J. McFarland re subsidiary elimination (.50); prepare agreement re same for execution (1.00); transmit same and follow up (.30). | 1.80 | $475 | $855.00 |
| JSB | 1/11/2012 | Review various correspondence on Pension Plan issues and confer re same (.40). | .40 | $625 | $250.00 |
| JSB | 1/17/2012 | Review draft ART motion (.30); review draft Pension motion (.20); confer re same (.20). | .70 | $625 | $437.50 |
| RJH | 1/17/2012 | Telephone conference with J. McFarland re ART credit agreement extension motion (.40); draft and revise motion (.80); circulate same for comment (.20). | 1.40 | $475 | $665.00 |
| JSB | 1/23/2012 | Finalize Accountant's response and transmit same (.40); review final version of draft Pension motion and confer re same (.50). | .90 | $625 | $562.50 |
| RJH | 1/23/2012 | Revise ART credit agreement motion (2.50); prepare same for filing (.50); correspond with various parties re same (.50). | 3.50 | $475 | $1,662.50 |
| RJH | 1/24/2012 | Attend to matters re 2012 ART motion (.30). | .30 | $475 | $142.50 |
| RJH | 1/25/2012 | Review clients documents re Petroplus matter (.20); confer with J. Baer re same (.10). | .30 | $475 | $142.50 |
| RJH | 1/27/2012 | Telephone conference with J. McFarland re business transaction (.50); legal analysis re same (.50). | 1.00 | $475 | $475.00 |
| RJH | 1/30/2012 | Telephone conference with J. McFarland re subsidiary merger issues (.50); attend to matters re same (.20); attend to matters re Treadstone (.20). | .90 | $475 | $427.50 |
| RJH | 1/31/2012 | Telephone conference with K. Makowski re subsidiary merger issue (.10); exchange correspondence with various parties re same (.20). | .30 | $475 | $142.50 |
| Total | | | 11.50 | | $5,762.50 |

**Matter 4**                                              **Case Administration**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 1/4/2012 | Review newly filed pleadings and correspondence and attend to same (.50); review various pending matters (1.00). | 1.50 | $625 | $937.50 |
| RJH | 1/4/2012 | Revise Grace task list (.70). | .70 | $475 | $332.50 |
| RJH | 1/9/2012 | Review audit letter and exchange correspondence re same (.50). | .50 | $475 | $237.50 |
| JSB | 1/10/2012 | Review correspondence re 2012 DB Plan contributions and confer with R. Higgins re same (.30); review newly filed pleadings and correspondence and attend to same (.40); review correspondence re 10K and accountant's letter and prepare follow up re same (.40); confer with G. First re case status (.30). | 1.40 | $625 | $875.00 |
| RJH | 1/10/2012 | Confer with J. Baer re various case-related issues (.50). | .50 | $475 | $237.50 |
| JSB | 1/11/2012 | Prepare status report for Canadian counsel (.30). | .30 | $625 | $187.50 |
| JSB | 1/12/2012 | Review draft Kirkland accountant's letter and revise same (2.00); review 2011 hearing agenda and order for updated accountant's letter (1.00); further revise same (.80); review correspondence/issues and follow up re pension matter (.40). | 4.20 | $625 | $2,625.00 |
| RJH | 1/12/2012 | Legal research re various issues relating to audit letter (.50); confer with J. Baer re same (.20); correspond with various parties re same (.10). | .80 | $475 | $380.00 |
| JSB | 1/13/2012 | Prepare 2011 Accountant's letter response (.80); follow up re issues on same (.40). | 1.20 | $625 | $750.00 |
| RJH | 1/13/2012 | Prepare quarterly OCP report for filing (.30); exchange correspondence re same (.30). | .60 | $475 | $285.00 |
| JSB | 1/17/2012 | Confer with A. Madigan (EPA) re case status/update (.20). | .20 | $625 | $125.00 |
| JSB | 1/20/2012 | Respond to creditor inquiry re case status (.20). | .20 | $625 | $125.00 |
| JSB | 1/24/2012 | Review S. Whittier correspondence on UK customer insolvency and respond to same (.40). | .40 | $625 | $250.00 |
| RJH | 1/25/2012 | Review and analyze BMC and company drafts of quarterly claims insert for 10-Q (1.00); prepare BHF draft (.50); telephone conference with M. Araki re same (.30); review company input for quarterly settlement report (.30); draft same (.20); prepare same for filing (.20); analyze company input for quarterly asset sale report (.30); draft same (.20); prepare same for filing (.20). | 3.20 | $475 | $1,520.00 |
| JSB | 1/26/2012 | Review numerous outstanding issues and confer re same (.40). | .40 | $625 | $250.00 |

2

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| JSB | 1/30/2012 | Review newly filed pleadings and correspondence and attend to same (.50). | .50 | $625 | $312.50 |
| RJH | 1/31/2012 | Review and analyze various docketed pleadings (.50). | .50 | $475 | $237.50 |
| Total | | | 17.10 | | $9,667.50 |

**Matter 6**                     **Claim Analysis Objection & Resolution (Non-asbestos)**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 1/3/2012 | Finalize professionals' claims chart and prepare correspondence re same (.80). | .80 | $625 | $500.00 |
| JSB | 1/5/2012 | Respond to creditor inquiries on case status (.40); confer with CRG attorney re claims and case status (.30); review preliminary hearing agenda and comment re same (.20). | .90 | $625 | $562.50 |
| RJH | 1/9/2012 | Review issues re NY Hillside claim and court's order setting hearing date (.40); exchange correspondence re same (.10). | .50 | $475 | $237.50 |
| JSB | 1/10/2012 | Confer with K. Love re outstanding professional fee claim issues (.30); review professional retention pleadings re professional fee issues (.50). | .80 | $625 | $500.00 |
| RJH | 1/11/2012 | Telephone conference with C. Finke re tax claims issues (.80); revise tax claims report (1.50). | 2.20 | $475 | $1,045.00 |
| RJH | 1/12/2012 | Telephone conference with R. Finke re Illinois payroll tax claim (.50); legal research re same (.50); telephone conferences with creditors (.40). | 1.40 | $475 | $665.00 |
| RJH | 1/13/2012 | Telephone conference with K. Hughes re Seneca Meadows claim (.90). | .90 | $475 | $427.50 |
| RJH | 1/17/2012 | Review and analyze BMC revised tax claims report (.20); review and analyze Seneca Meadows materials and correspond with K. Hogan re same (.30). | .50 | $475 | $237.50 |
| RJH | 1/18/2012 | Telephone conference with F. Glass re Fair Harbor Credit claims (.50); legal research re same (2.50); review Jurgens notice of service re Hillside claim (.30); correspond with R. Finke re same (.30). | 3.60 | $475 | $1,710.00 |
| JSB | 1/20/2012 | Confer with R. Finke and R. Higgins re Columbia S.A. pension claimants and related matters (.40). | .40 | $625 | $250.00 |
| RJH | 1/20/2012 | Telephone conference with R. Finke re Colombian pension claim (.30); follow up and draft correspondence re same (.20). | .50 | $475 | $237.50 |
| RJH | 1/23/2012 | Analyze issues re Colombian pension claim (.40); correspond with various parties re same (.40). | .80 | $475 | $380.00 |
| RJH | 1/24/2012 | Telephone conference with J. Forgach re Colombian pension claim (.30). | .30 | $475 | $142.50 |
| RJH | 1/25/2012 | Prepare for telephone conference with K. Hogan re Seneca Meadows (.20); participate in same (.30); analyze issues re same (1.00); exchange correspondence with various parties re same (.30). | 1.80 | $475 | $855.00 |
| RJH | 1/26/2012 | Legal research re Hillside claim (.50); review and analyze client documents re Seneca Meadows (.80). | 1.30 | $475 | $617.50 |
| RJH | 1/27/2012 | Exchange correspondence with various parties re New York State tax claims (.50); analyze same (1.00). | 1.50 | $475 | $712.50 |
| RJH | 1/30/2012 | Legal research re New York State DOR claims (1.00); prepare for telephone conference with E. Cole re same (.30); participate in same (.50). | 1.80 | $475 | $855.00 |

4

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 1/31/2012 | Analyze BMC reports re NYS DOR claims (.80); legal research re same (.30); analyze documents re NY Hillside claim (2.50); outline supplemental objection re same (2.00). | 5.60 | $475 | $2,660.00 |
| Total | | | 25.60 | | $12,595.00 |

**Matter 8**                                        **Employee Benefits/Pension**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 1/4/2012 | Analyze issues re defined benefit plans (.60); respond to various correspondence (.50). | 1.10 | $475 | $522.50 |
| RJH | 1/5/2012 | Attend to matters and consider issues re 2012 DB plan contributions (.50); telephone conference with E. Filon re same (.20). | .70 | $475 | $332.50 |
| RJH | 1/6/2012 | Exchange correspondence with E. Filon re defined benefit plan issues (.30); analyze documents re same (2.50); confer with J. Baer re same (.20); telephone conference with E. Filon re same (.80); further analysis of issues raised re same and draft correspondence re same (1.80). | 5.60 | $475 | $2,660.00 |
| RJH | 1/9/2012 | Analyze client documents re DB plan (1.00): prepare for telephone conference with client re same (.50); participate in same (1.30); exchange correspondence with various parties re same (.50). | 3.30 | $475 | $1,567.50 |
| RJH | 1/10/2012 | Analyze and revise draft BOD materials re DB plan (.90); exchange correspondence with various parties re same (.70); telephone conference with J. O'Connell, A. Schlesinger and others re same (.70); draft memorandum to retained professionals re same (1.90); revise same (1.50); prepare for conference call with client re same (.30); participate in same (.70). | 6.70 | $475 | $3,182.50 |
| RJH | 1/11/2012 | Draft and revise correspondence to Committee/FCR professionals re DB Plan contribution issues (1.50); telephone conference with A. Paul re same (.30); telephone conference with J. O'Connell re same (.40). | 2.20 | $475 | $1,045.00 |
| RJH | 1/12/2012 | Draft motion re 2012 DB plan contribution (.50); consider and resolve issues related to same (.40); exchange correspondence with various parties re same (.60). | 1.50 | $475 | $712.50 |
| RJH | 1/13/2012 | Prepare for telephone conference with client and others re DB plan contribution (.50); participate in same (.70); draft motion re same (4.50); review and analyze client documents re same (.80); exchange correspondence re same (.70). | 7.20 | $475 | $3,420.00 |
| RJH | 1/16/2012 | Draft DB Plan contribution motion (5.50). | 5.50 | $475 | $2,612.50 |
| RJH | 1/17/2012 | Draft and revise DB Plan motion (4.50); prepare for telephone conference with client and others re same and related matters (.40); participate in telephone conference (1.50); exchange correspondence with parties re same (.50). | 6.90 | $475 | $3,277.50 |

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 1/19/2012 | Review and analyze E. Filon revisions to draft 2012 DB Plan contribution motion (1.50); review and analyze revised committee/FCR presentation documents (.50); prepare for conference call with client re DB Plans contribution (.20); participate in same (1.00); telephone conference with J. O'Connell, A. Schlesinger at al. re DB Plans contribution (.30); revise motion and circulate (5.50); correspond with various parties re matter (.50). | 9.50 | $475 | $4,512.50 |
| RJH | 1/20/2012 | Prepare for telephone conference with client and others re DB plan contribution (.40); participate in same (1.70); draft motion re same (5.50); multiple telephone conferences with E. Filon re same (.70); review and analyze client documents re same (.30); exchange correspondence re same (.30); prepare for telephone conference with committee and FCR professionals re DB Plans contribution (.30); participate in same (.60); follow-on telephone conference with E. Filon and J. O'Connell re same (.40). | 10.20 | $475 | $4,845.00 |
| RJH | 1/23/2012 | Review and analyze comments to draft DB Plan motion (.80); revise same (2.80); telephone conference with E. Filon re same (.50); correspond with various parties re same (.50); revise O'Connell Declaration (.30); prepare same for filing (.20); confer with J. Baer re various matters relating to motion and declaration (.10); prepare motion and declaration for filing (.20); telephone conference with J. O'Connell re declaration (.20). | 5.60 | $475 | $2,660.00 |
| RJH | 1/24/2012 | Attend to matters re 2012 DB Plan motion (.30). | .30 | $475 | $142.50 |
| Total | | | 66.30 | | $31,492.50 |

Matter 10                          **Employment Applications, Others**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 1/3/2012 | Review and analyze correspondence re Grant Thornton retention and respond to same (.50); telephone conference with C. Finke re retention matter (.50); analyze issues re same (.30); draft correspondence re same (.50); analyze section 327(e) issues (.50). | 2.30 | $475 | $1,092.50 |
| RJH | 1/4/2012 | Analyze Baker retention issues (.30); respond to correspondence re same (.50). | .80 | $475 | $380.00 |
| RJH | 1/10/2012 | Review 327(e) retained professional issue and analyze same (.50). | .50 | $475 | $237.50 |
| RJH | 1/12/2012 | Attend to matters re filing of OCP affidavits (.40); analyze and revise 4th quarter report (.30); correspond with various parties re same (.30). | 1.00 | $475 | $475.00 |
| Total | | | 4.60 | | $2,185.00 |

Matter 11                                    Fee Applications, Applicant

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 1/4/2012 | Prepare December fee application (.50). | .50 | $475 | $237.50 |
| JSB | 1/11/2012 | Prepare December fee and expense application and revise same (1.50). | 1.50 | $625 | $937.50 |
| RJH | 1/24/2012 | Prepare December fee application (2.50). | 2.50 | $475 | $1,187.50 |
| RJH | 1/26/2012 | Draft quarterly fee application (2.00). | 2.00 | $475 | $950.00 |
| RJH | 1/30/2012 | Prepare December fee application for filing (.30). | .30 | $475 | $142.50 |
| Total | | | 6.80 | | $3,455.00 |

**Matter 13**                                              **Financing**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 1/3/2012 | Attend to matters re L/C Facility renewal (.50). | .50 | $475 | $237.50 |
| RJH | 1/10/2012 | Telephone conference with C. Finke re exit financing issues (.40); legal research re same (1.50); draft ART credit agreement motion (1.00). | 2.90 | $475 | $1,377.50 |
| RJH | 1/11/2012 | Draft and revise ART Credit Agreement extension motion (2.50); telephone conference with J. McFarland re same (.50). | 3.00 | $475 | $1,425.00 |
| RJH | 1/18/2012 | Attend to matters re L/C Facility renewal order and circulate same (.30); telephone conference with J. McFarland re same (.30). | .60 | $475 | $285.00 |
| Total | | | 7.00 | | $3,325.00 |

| Matter 14 | | Hearings | | | |
|---|---|---|---|---|---|
| **Attorney** | **Date** | **Description** | **Time** | **Rate** | **Amount** |
| RJH | 1/5/2012 | Review 1/23 hearing agenda and analyze issues re same (.50); correspond with various parties re same (.20). | .70 | $475 | $332.50 |
| Total | | | 0.70 | | $ 332.50 |

**Matter 15**                                        **Litigation and Litigation Consulting**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 1/2/2012 | Review correspondence re Libby materials (.30); review draft documents re Libby Medical Plan and related appellate briefing (1.20). | 1.50 | $625 | $937.50 |
| JSB | 1/3/2012 | Confer with R. Higgins re Libby issues (.40); confer with J. Donley re Libby issues (.60); review Traveler's case law and confer with R. Higgins re same and related issues (2.20). | 3.20 | $625 | $2,000.00 |
| JSB | 1/4/2012 | Assemble materials for Libby/Continental/BNSF matters (.50). | .50 | $625 | $312.50 |
| JSB | 1/5/2012 | Attend meeting regarding Libby/BNSF matters (3.30); review correspondence re issues from meeting with Plan Proponents and follow up re same (.30); confer with client re document request re PI case and respond to inquiry re same (.30). | 3.90 | $625 | $2,437.50 |
| JSB | 1/8/2012 | Review revised draft Libby term sheet and various comments re same (.40). | .40 | $625 | $250.00 |
| JSB | 1/9/2012 | Attend mediation re Libby/BNSF (10.00) | 10.00 | $625 | $6,250.00 |
| JSB | 1/10/2012 | Review final Libby term sheet and correspondence re same (.40); follow up on discovery requests re Allied Packaging case and prepare correspondence re same (.40). | .80 | $625 | $500.00 |
| JSB | 1/11/2012 | Confer with Plan Proponents re issues on settlements and appeal issues (.80); further confer and prepare correspondence re same (.40); review order re Jurgens claim and confer re same (.30). | 1.50 | $625 | $937.50 |
| JSB | 1/13/2012 | Review correspondence and subpoena from BMC re Garlock and respond re same (.40). | .40 | $625 | $250.00 |
| RJH | 1/13/2012 | Review Garlock subpoena (.40); confer with J. Baer re same (.10). | .50 | $475 | $237.50 |
| JSB | 1/16/2012 | Prepare correspondence re BMC discovery request from Garlock (.30); follow up re professional fee claims (.30). | .60 | $625 | $375.00 |
| JSB | 1/17/2012 | Review ballot information for call to discuss Garlock discovery issues (.80); confer with co-counsel , ACC and Grace re same (.50); follow up with BMC re same (.30). | 1.60 | $625 | $1,000.00 |
| RJH | 1/17/2012 | Prepare for telephone conference with P. Lockwood, et al., re Garlock subpoena (.30); participate in telephone conference re same (.50). | .80 | $475 | $380.00 |
| JSB | 1/18/2012 | Confer with BMC and Garlock re Garlock discovery issues (.70); follow up re same (.30). | 1.00 | $625 | $625.00 |
| RJH | 1/18/2012 | Prepare for telephone conference with M. Araki and J. Baer re Garlock subpoena (.30); participate in same (.50). | .80 | $475 | $380.00 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 1/23/2012 | Review follow up correspondence from BMC re Garlock discovery (.30); prepare correspondence re same (.40); review correspondence re Columbia S.A. claimants and Allied matter and follow up re same (.40). | 1.10 | $625 | $687.50 |
| RJH | 1/23/2012 | Analyze issues re Garlock subpoena (.30). | .30 | $475 | $142.50 |
| JSB | 1/24/2012 | Confer with J. Hughes re Allied Packaging discovery issues (.30); prepare correspondence re same (.30); review correspondence from BMC and Garlock on Ballot discovery issues (.50); review follow up inquiries and information on Alta Building Materials matter (.30); review Garlock/ACC motion for protective order (.40). | 1.60 | $625 | $1,000.00 |
| JSB | 1/25/2012 | Confer with R. Higgins re status re D Ct appeal and related issues (.30); prepare correspondence re Allied discovery issues (.50); confer with R. Higgins re Columbian claims and review follow up correspondence re same (.30). | 1.10 | $625 | $687.50 |
| RJH | 1/25/2012 | Review and analyze ACC motion in Garlock case for protective order relating to BMC subpoena (.50); confer with J. Baer re same (.10). | .60 | $475 | $285.00 |
| JSB | 1/26/2012 | Review draft Press Release and confer with J. Donley re same (.30); review Canadian status report, revise same and prepare correspondence re same (.40). | .70 | $625 | $437.50 |
| JSB | 1/27/2012 | Confer with R. Finke re new California suit and issues on same (.30); confer with R. Finke re certain claim issues (.20); review correspondence re Otis Pipeline related matters (.30); review revised Otis 3001 notice and confer briefly re same (.30). | 1.10 | $625 | $687.50 |
| JSB | 1/31/2012 | Several conference with R. Finke re Locke mediation issues (.50). | .50 | $625 | $312.50 |
| Total | | | 34.50 | | $21,112.50 |

**Matter 16**                                    **Plan and Disclosure Statement**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 1/3/2012 | Confer with J. Baer re plan objection and settlement issues (.70); review and analyze documents re same (1.00); legal research re same (2.50). | 4.20 | $475 | $1,995.00 |
| RJH | 1/5/2012 | Confer with J. Baer re plan objection and settlement and other issues (.30); analyze documents re same (.20). | .50 | $475 | $237.50 |
| RJH | 1/6/2012 | Review and analyze Garlock appeal consolidation papers (1.00). | 1.00 | $475 | $475.00 |
| RJH | 1/10/2012 | Review and analyze settlement term sheet and related issues (.30). | .30 | $475 | $142.50 |
| RJH | 1/19/2012 | Participate in telephone conference with Judge Buckwalter re case status (.50). | .50 | $475 | $237.50 |
| JSB | 1/20/2012 | Confer with R. Finke re PD Trust issues (.30); review Plan and Disclosure Statement re same (.80); further confer with R. Finke re same (.30). | 1.40 | $625 | $875.00 |
| JSB | 1/24/2012 | Confer with M. Shelnitz re District Court status (.30); confer with Plan Proponents re same (1.30). | 1.70 | $625 | $1,062.50 |
| RJH | 1/24/2012 | Prepare for and participate in status call with Judge Buckwalter (.80). | .80 | $475 | $380.00 |
| RJH | 1/25/2012 | Legal research and consider issues re Ninth Circuit Thorpe decision (.40); confer with J. Baer re same and other matters (.30). | .70 | $475 | $332.50 |
| JSB | 1/30/2012 | Review revised draft Press Release and comments re same (.50). | .50 | $625 | $312.50 |
| JSB | 1/31/2012 | Review D. Ct. opinion affirming confirmation (2.50); confer with numerous parties re same (.50); confer with Grace and Plan co-proponents re Confirmation Opinion (.70); review and respond to correspondence re Confirmation opinion issues (.30); further review opinion re same (.80). | 4.80 | $625 | $3,000.00 |
| RJH | 1/31/2012 | Review and analyze district court memorandum opinion (2.50); participate in conference call re same (1.00). | 3.50 | $475 | $1,662.50 |
| Total | | | 19.90 | | $10,712.50 |

**Matter 20**                                    **Travel – Non-working**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 1/5/2012 | Travel to Washington DC for meeting with Plan Proponents re appeals, Libby and BNSF ( billed at 1/2 time) (2.50); travel from Washington DC after meeting with Plan Proponents (billed at 1/2 time) (2.50). | 5.00 | $625 | $3,125.00 |
| JSB | 1/8/2012 | Travel to NY for Libby/BNSF mediation ( billed at 1/2 time with travel delays) (3.00) | 3.00 | $625 | $1,875.00 |
| JSB | 1/9/2012 | Travel from NY back to Chicago after Mediation (billed at 1/2 time) (2.00). | 2.00 | $625 | $1,250.00 |
| Total | | | 10.00 | | $6,250.00 |