# Exhibit B

## January 2012 Expense Detail

## EXPENSE SUMMARY

| Service Description | Amount |
|---|---:|
| Long Distance/Conference Telephone Charges/Internet | $1,235.12 |
| Online research | $590.76 |
| Local travel | $85.00 |
| Out-of-town travel | $1,900.05 |
| Meals | $39.25 |
| Court fees | $140.64 |
| Total: | **$3,990.82** |

## ITEMIZED EXPENSES

### TRAVEL

| Date | Amount | Service Description |
|---|---:|---|
| 1/5/2012 | $45.00 | Cab to O'Hare from Wilmette for flight to Washington DC for Mediation preparation |
| 1/5/2012 | $40.00 | Cab from O'Hare to Wilmette after NY Mediation |
| 1/31/2012 | $1,235.12 | ICI Telecon IC -Grace conference call charges for January |
| 1/31/2012 | $590.76 | Lexis Nexis - Grace charges for January |
| 1/31/2012 | $140.64 | Pacer Court charges for Grace. |
| Total | **$2,051.52** | |

## NON-TRAVEL

| Date | Amount | Service Description |
|---|---|---|
| 1/5/2012 | $529.60 | United Airlines. Airfare and travel fee to Washington DC for Mediation preparation ( last minute flight purchase due to location change) |
| 1/5/2012 | $177.80 | US Airways. Travel after Mediation preparation |
| 1/5/2012 | $243.70 | JetBlue. Airfare from ORD to NY for Mediation Preparation ( cancelled due to last minute change in location. Non-refundable.) |
| 1/5/2012 | $5.00 | Breakfast at airport awaiting flight. |
| 1/5/2012 | $20.00 | Cab from Regan airport to Kirkland & Ellis Washington DC office for Mediation preparation. |
| 1/5/2012 | $15.00 | Cab from Kirkland & Ellis offices to Regan airport after Mediation preparation meeting |
| 1/5/2012 | $24.25 | Gordon Biersch. Dinner at airport awaiting flight |
| 1/8/2012 | $213.40 | United Airlines. Airfare and travel fee from ORD to NY for Mediation |
| 1/8/2012 | $40.00 | Cab from LaGuardia to Manhattan for Mediation |
| 1/9/2012 | $277.75 | Sheraton NY Hotel. One night lodging in NY for Mediation |
| 1/9/2012 | $8.00 | Cab from Sheraton NY to New York Times building for Mediation |
| 1/9/2012 | $10.00 | Dinner at airport awaiting flight |
| 1/9/2012 | $374.80 | American Airlines. Airfare and travel fees from NY to Chicago after Mediation |

Total January 2012 Expenses: $3,990.82