# EXHIBIT A

### Fifty-Eighth Monthly

Available on the docket of the Bankruptcy Court for the District of Delaware at docket #27923 under case no. 01-01139. Also available upon request from Norton Rose Canada LLP.

DOCSTOR: 2365501\1