# EXHIBIT "A"

## *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:(302) 575-1555     Fax:   (302) 575-1714

WR Grace PD Committee                                      Jan. 1, 2012    to    Jan. 31, 2012

Inv  #:        42539

**RE:**     WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 13.20 | 4,081.50 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 0.10 | 36.00 |
| B18 | Fee Applications, Others - | 1.90 | 360.00 |
| B25 | Fee Applications, Applicant - | 2.80 | 528.00 |
| B36 | Plan and Disclosure Statement - | 0.60 | 162.00 |
| B37 | Hearings - | 0.20 | 72.00 |
| B41 | Relief from Stay Litigation - | 0.40 | 144.00 |
| | **Total** | **19.20** | **$5,383.50** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lisa L. Coggins | 300.00 | 2.00 | 600.00 |
| Regina Matozzo | 225.00 | 3.90 | 877.50 |
| Theodore J. Tacconelli | 360.00 | 9.10 | 3,276.00 |
| Legal Assistant - KC | 150.00 | 4.20 | 630.00 |
| **Total** | | **19.20** | **$5,383.50** |

**Total Disbursements**                                                                                **$317.44**

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Jan-03-12 | *Case Administration* - Review case management memo re: week ending 12-30-2011 | 0.10 | LLC |
| | *Case Administration* - Confer with TJT re: status of matter and remaining issues | 0.20 | LLC |
| | *Fee Applications, Others* - Review Bilzin Nov. 2011 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Confer with KC re: revisions to Bilzin Nov. 2011 fee app | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review Nov. 2011 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Confer with KC re: revision to Nov. 2011 fee app | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.10 | RM |
| | *Case Administration* - Review main docket re: status for week ending 12/30/11; memo to T. Tacconelli and L. Coggins re: same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Conference with M. Joseph and L. Coggins re: status of confirmation appeal | 0.30 | TJT |
| | *Case Administration* - Review case status memo for week ending 12/30 | 0.10 | TJT |
| Jan-04-12 | *Case Administration* -   Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Fee Applications, Others* - Prepare Nov. 2011 monthly fee app and related documents for efiling and file and service of same | 0.30 | KC |
| | *Fee Applications, Applicant* - Prepare Nov. 2011 monthly fee app and related documents for efiling; efile and service of same | 0.30 | KC |
| Jan-05-12 | *Case Administration* - Review notice of address change for Bryan Cave and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review notice of address change for SEC and forward same to KC | 0.10 | LLC |
| | *Case Administration* -   Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - review Daily Memos | 0.10 | TJT |
| | *Case Administration* -review Amended 2019 Statement by David Law firm | 0.10 | TJT |
| Jan-06-12 | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Case Administration* - Review Order re: Garlock's Motion to Consolidate and Expedite Appeals | 0.10 | TJT |
| | *Case Administration* - Review Notice of Change of Name for Holme Roberts | 0.10 | TJT |
| | *Case Administration* - Review checks received for holdback amounts; update chart and discussion with T. Tacconelli re: same | 0.20 | KC |
| Jan-07-12 | *Case Administration* - Review four miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| Jan-08-12 | *Case Administration* - Review Notice of Change of Address for SEC | 0.10 | TJT |
| | *Relief from Stay Litigation* - Review Certificate of Counsel filed by Debtors re: Interwest Motion to Lift Stay | 0.10 | TJT |
| | *Relief from Stay Litigation* - Review Stipulation between Debtors and | 0.20 | TJT |

| Invoice #: | 42539 | Page 3 | | Jan. 1- Jan. 31, 2012 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| | | Interwest | | |
| Jan-09-12 | | *Case Administration* - Review case management memo re: week ending 1-6-2012 | 0.10 | LLC |
| | | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | | *Case Administration* - Review main docket re: status for week ending 1/6/12; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
| | | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | | *Case Administration* - Review case status memo for week ending 1/6 | 0.10 | TJT |
| | | *Case Administration* - Review Order re: C. Jurgens request for hearing re: NY Hillside claim | 0.10 | TJT |
| | | *Case Administration* - Review certificate of no objection filed by Debtors re: Motion for 2nd Amendment of Post Petition Credit Facility | 0.10 | TJT |
| Jan-10-12 | | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | | *Case Administration* - Review notice of change of address and notice of change of firm name forwarded by LLC on 1-5-12, review 2002 service list accordingly | 0.10 | KC |
| | | *Fee Applications, Others* - Retrieve email from L. Flores re: Bilzin December 2011 fee application | 0.10 | KC |
| Jan-11-12 | | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| Jan-12-12 | | *Case Administration* - Review 29th Supplemental Affidavit of K&E with attachments | 0.10 | TJT |
| Jan-13-12 | | *Case Administration* - Review Statement by AC&S in Garlock Appeal 11-1130 | 0.10 | TJT |
| | | *Hearings* - Review agenda for 1/23 hearing | 0.10 | TJT |
| Jan-14-12 | | *Case Administration* - Review affidavit of Dow Lohnes PLLC | 0.10 | TJT |
| | | *Case Administration* - Review Statement by US Mineral in Garlock Appeal 11-130 | 0.10 | TJT |
| | | *Case Administration* - Review Answering Brief by Armstrong World Industries in Garlock Appeal 11-1130 | 0.30 | TJT |
| | | *Case Administration* - Review Answering Brief by UST in Garlock Appeal 11-1130 | 0.20 | TJT |
| | | *Case Administration* - Review Answering Brief by Kazan, McLain, et al., in Garlock Appeal 11-1130 | 0.90 | TJT |
| Jan-15-12 | | *Case Administration* - Review Answering Brief by Owens Corning in Garlock Appeal 11-1130 | 0.30 | TJT |
| | | *Case Administration* - Review Answering Brief by PI Committee in Garlock Appeal 11-1130 | 0.70 | TJT |
| Jan-16-12 | | *Case Administration* - Review agenda re: 1-23 hearing | 0.10 | LLC |
| | | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | | *Case Administration* - Review main docket re: status for week ending 1/13/12; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
| | | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | | *Case Administration* - Review case status memo for week ending 1/13 | 0.10 | TJT |
| | | *Case Administration* - Review miscellaneous certificates of no objection | 0.10 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | filed by Debtors |  |  |
|  | *Case Administration* - Review Debtor's Statement of Amounts Paid to OCP | 0.10 | TJT |
|  | *Case Administration* - Update quarterly fee application tracking spreadsheet with Nov. 2011, Oct. 2011 data | 0.30 | KC |
|  | *Fee Applications, Others* - Download Bilzin Dec. 2011 monthly fee application; revisions to notice | 0.20 | KC |
| Jan-17-12 | *Case Administration* - Review case management memo re: week ending 1-13-2012 | 0.10 | LLC |
|  | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| Jan-18-12 | *Case Administration* - Review order approving 2nd Amendment to Post Petition Credit Facility | 0.10 | TJT |
|  | *Relief from Stay Litigation* - Review Order approving stipulation resolving Intrawest Motion for Relief from Stay | 0.10 | TJT |
| Jan-19-12 | *Hearings* - Review Amended Agenda for 1/23 hearing | 0.10 | TJT |
|  | *Fee Applications, Applicant* - Prepare draft prebill for Dec. 2011 monthly fee app; to TJT for review | 0.20 | KC |
| Jan-20-12 | *Case Administration* - Review Fee Auditor's Final Report re: K&E 42st Interim Period | 0.10 | TJT |
|  | *Case Administration* - Review Answering Brief by Peter Angelos, et al. re: Garlock Appeal 11-1130 | 1.20 | TJT |
|  | *Fee Applications, Applicant* - Review and revise Ferry Joseph & Pearce December prebill | 0.30 | TJT |
| Jan-23-12 | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| Jan-24-12 | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
|  | *Fee Applications, Others* - Draft Certificate of No Objection to Bilzin Nov. 2011 fee app | 0.20 | KC |
|  | *Fee Applications, Applicant* - Draft CNO to Nov. 2011 monthly fee app | 0.20 | KC |
|  | *Fee Applications, Applicant* - Review T. Tacconelli revisions to Dec. 2011 prebill; correct same in preparation for filing as exhibit to Dec. 2011 monthly fee app | 0.20 | KC |
| Jan-25-12 | *Case Administration* - Review case management memo re: week ending 1-20-2012 | 0.10 | LLC |
|  | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
|  | *Case Administration* - Review main docket re: status for week ending 1/20/12; memo to T. Tacconelli and L. Coggins re: same | 0.30 | RM |
|  | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
|  | *Case Administration* - Review case status memo for week ending 1/20 | 0.10 | TJT |
|  | *Fee Applications, Others* - Review docket for objections to Nov.2011 monthly fee application | 0.10 | KC |
|  | *Fee Applications, Applicant* - Review docket for objections to Nov. 2011 monthly fee application | 0.10 | KC |
| Jan-26-12 | *Fee Applications, Others* - Review Certificate of No Objection re: Bilzin Nov. 2011 fee app for filing | 0.10 | LLC |
|  | *Fee Applications, Applicant* - Review CNO re: Nov. 2011 fee app for filing | 0.10 | LLC |
|  | *Case Administration* - Review daily memos | 0.10 | TJT |
|  | *Fee Applications, Others* - Prepare CNO to Bilzin's Nov. 2011 fee app for efiling, efile and service of same | 0.30 | KC |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Fee Applications, Applicant* - Prepare Certificate of No Objection to Nov. 2011 fee app for filing; efile and service of same | 0.30 | KC |
| Jan-27-12 | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Fee Applications, Applicant* - Finalize invoice and prepare as exhibit to Dec 2011 monthly fee app | 0.30 | KC |
| | *Fee Applications, Applicant* - Draft notice, fee app, cos for Dec. 2011 monthly fee fee request; to LLC for review | 0.30 | KC |
| Jan-28-12 | *Case Administration* - Review Debtors 42 Quarterly Report of Settlements | 0.10 | TJT |
| | *Case Administration* - Review Debtor's Motion to Extend Term of Credit Agreement for ART | 0.20 | TJT |
| Jan-29-12 | *Case Administration* - Review Debtor's 42 Quarterly Report of Asset Sales | 0.10 | TJT |
| | *Case Administration* - Review Debtor's Motion to Make 2012 Pension Contributions with attachments | 0.50 | TJT |
| Jan-30-12 | *Fee Applications, Others* - Prepare Bilzin Dec. 2011 fee application for filing, to LLC for review | 0.20 | KC |
| | *Fee Applications, Applicant* - Prepare Dec. 2011 fee application for efiling, efile and service of same | 0.30 | KC |
| Jan-31-12 | *Case Administration* - Confer with TJT re: District Court decision and appeal and potential effects thereof | 0.20 | LLC |
| | *Case Administration* - Review notice of withdrawal of appearance and forward same to KC | 0.10 | LLC |
| | *Fee Applications, Others* - Review Bilzin Dec. 2011 fee app and confer with KC re: filing of same | 0.20 | LLC |
| | *Case Administration* - Review Notice of Withdrawal of Appearance by T. Richardson | 0.10 | TJT |
| | *Case Administration* - Review Notice of Substitution of Counsel for GEICO | 0.10 | TJT |
| | Committee, Creditors', Noteholders' or -Review correspondence from J. Sakalo to Committee re: Memorandum Opinion and Order re: confirmation appeals | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Prepare correspondence to J. Sakalo re: Memorandum Opinion and Order re: confirmation appeals | 0.20 | TJT |
| | Totals | 19.20 | |

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| Jan-04-12 | Photocopy Cost | 0.60 |
| | Photocopy Cost | 0.60 |
| | Photocopy Cost | 5.40 |
| | Photocopy Cost | 0.60 |
| | Photocopy Cost | 0.60 |
| Jan-09-12 | Cost Advance - Digital Legal - copies/service (Inv # 62392) | 72.76 |
| Jan-12-12 | Cost Advance - First State Deliveries - hand deliveries 12/27/11 | 45.00 |
| Jan-13-12 | Cost Advance - First State Deliveries - hand deliveries 1/4/12 | 7.50 |
| Jan-14-12 | Photocopy Cost | 4.00 |
| | Photocopy Cost | 4.00 |
| | Photocopy Cost | 1.40 |
| | Photocopy Cost | 5.90 |

|  |  |  |
|---|---|---:|
|  | Photocopy Cost | 0.60 |
|  | Photocopy Cost | 1.10 |
|  | Photocopy Cost | 0.50 |
|  | Photocopy Cost | 1.50 |
|  | Photocopy Cost | 2.00 |
|  | Photocopy Cost | 1.10 |
|  | Photocopy Cost | 4.80 |
|  | Photocopy Cost | 1.70 |
|  | Photocopy Cost | 1.60 |
|  | Photocopy Cost | 1.10 |
| Jan-19-12 | Photocopy Cost | 0.60 |
| Jan-24-12 | Photocopy Cost | 0.70 |
| Jan-25-12 | Cost Advance - Pacer Service Center - 10/1/11 - 12/31/11 (TJT) Account # FJ0093 | 48.80 |
| Jan-26-12 | Photocopy Cost | 3.40 |
| Jan-27-12 | Photocopy Cost | 0.60 |
|  | Photocopy Cost | 0.60 |
| Jan-30-12 | Photocopy Cost | 0.70 |
|  | Photocopy Cost | 3.00 |
|  | Cost Advance - Pacer Service Center - 10/1/11 - 12/31/11 (RSM) Account # FJ0091 | 32.96 |
|  | Cost Advance - Pacer Service Center - 10/1/11 - 12/31/11 (RM) Account # FJ0497 | 16.72 |
| Jan-31-12 | Cost Advance - First State Deliveries - 6 hand deliveries 1/26/12 | 45.00 |
|  | Totals | $317.44 |

**Total Fees & Disbursements**                                              **$5,700.94**