**EXHIBIT A**

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
PHONE 212.715.9100
FAX 212.715.8000

February 27, 2012

W.R. GRACE & CO. EQUITY COMMITTEE

When remitting,
please reference:
Invoice Number: 587833
056772

**CLIENT SUMMARY - 056772 - W.R. GRACE & CO. EQUITY COMMITTEE**

**056772-00001/CASE ADMINISTRATION**

| | |
|---|---|
| FEES | $86.50 |
| MATTER TOTAL | $86.50 |

**056772-00005/BANKR. MOTIONS**

| | |
|---|---|
| FEES | $140.00 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $140.00 |

**056772-00007/REORGANIZATION PLAN**

| | |
|---|---|
| FEES | $6,189.50 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $6,189.50 |

**056772-00008/FEE APPLICATIONS, APPLICANT**

| | |
|---|---|
| FEES | $420.00 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $420.00 |

| | |
|---|---|
| CLIENT GRAND TOTAL | $6,836.00 |

**Amounts due may be remitted by wire transfer.**

| | |
|---|---|
| **To:** | Citibank, N.A.<br>Citicorp Center 153 E. 53rd Street NY, N.Y. 10043<br>ABA #021000089 |
| **Account:** | Kramer Levin Naftalis & Frankel LLP Money Market A\C 9992122019 |
| **By Order of:** | Invoice No. 587833 |
| **Citibank Contact:** | Gaetana Mauceli (212) 559-0165 |

**TIME AND DISBURSEMENT AMOUNTS POSTED AFTER THE BILLING PERIOD SHOWN ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.**

**DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.**
**TAX ID# 13-1944339**

Kramer Levin Naftalis & Frankel LLP                                         Page No. 2

W.R. GRACE & CO. EQUITY COMMITTEE                                    February 27, 2012
056772-00001                                                         Invoice No. 587833

## CASE ADMINISTRATION

## DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/30/12 | BENTLEY, PHILIP | Trade emails re district court's decision | 0.10 | 86.50 |

**TOTAL HOURS AND FEES**                                                     **0.10**     **$86.50**

Kramer Levin Naftalis & Frankel LLP                                                              Page No. 3

W.R. GRACE & CO. EQUITY COMMITTEE                                     February 27, 2012
056772-00005                                                          Invoice No. 587833

## BANKR. MOTIONS

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/27/12 | BLABEY, DAVID E | Review ART motion and pension motion and email to client re same. | 0.20 | 140.00 |

**TOTAL HOURS AND FEES**                                                              **0.20**    **$140.00**

**TOTAL FOR THIS MATTER**                                                  **$140.00**

Kramer Levin Naftalis & Frankel LLP

W.R. GRACE & CO. EQUITY COMMITTEE                                     February 27, 2012
                                                                      Invoice No. 587833

KL4 2330334.1

## REORGANIZATION PLAN

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/23/12 | BENTLEY, PHILIP | Review Libby settlement term sheet and trade emails re same | 0.40 | 346.00 |
| 01/23/12 | BLABEY, DAVID E | Call with A. Paul re stips (.2) and email to P. Bentley re same (.1). | 0.30 | 210.00 |
| 01/26/12 | BLABEY, DAVID E | Review stips (1.5) and email to P. Bentley re same (.5). | 2.00 | 1,400.00 |
| 01/31/12 | BLABEY, DAVID E | Review District Court opinion (.9) and email to client re same (.1); email summary of opinion to P. Bentley (.8) and discuss same with P. Bentley (.2); call with Debtors counsel et al re opinion (.5), call with client re same (.5) and follow up discussion with P. Bentley (.2); draft memo to Committee re opinion (.5). | 3.70 | 2,590.00 |
| 01/31/12 | BENTLEY, PHILIP | Review district court's confirmation decision; conf call with debtors and PI committee, and discs T. Weschler and DB re same | 1.90 | 1,643.50 |
| **TOTAL HOURS AND FEES** | | | **8.30** | **$6,189.50** |

**TOTAL FOR THIS MATTER**                                     **$6,189.50**

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00008

February 27, 2012
Invoice No. 587833

## FEE APPLICATIONS, APPLICANT

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/27/12 | BLABEY, DAVID E | Prepare December fee application. | 0.60 | 420.00 |
| **TOTAL HOURS AND FEES** | | | **0.60** | **$420.00** |

**TOTAL FOR THIS MATTER**                                   **$420.00**

KL4 2330334.1