

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number    2150941 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date    02/09/12 |
| Peninsula Capital Advisors LLC | Client Number    359022 |
| 404B East Main Street | Matter Number    00014 |
| Charlottesville, VA 22902 | |

Re:   Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Photocopying | 48.50 |
| Messenger Service | 15.00 |
| Federal Express | 170.48 |
| **CURRENT EXPENSES** | 233.98 |
| | |
| **TOTAL AMOUNT OF THIS INVOICE** | 233.98 |
| | |
| **NET AMOUNT OF THIS INVOICE** | 233.98 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

**Saul Ewing LLP**

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2150938 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 02/09/12 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00001 |
| Charlottesville, VA 22902 | |

Re: Asset Disposition

FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/12:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/24/12 | TKD | Review Motion for Entry of an Order Authorizing, but not Requiring, the Debtors to Make Contributions During 2012 to the Grace Retirement Plans | 0.5 | 325.00 |
| 01/26/12 | TKD | Review quarterly report of asset sales | 0.2 | 130.00 |
| 01/26/12 | TKD | Review quarterly report of settlements | 0.2 | 130.00 |
| | | TOTAL HOURS | 0.9 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Teresa K.D. Currier | 0.9 at | $650.00 = | 585.00 |

CURRENT FEES                                                     585.00

**TOTAL AMOUNT OF THIS INVOICE**        -                        585.00

**NET AMOUNT OF THIS INVOICE**                                   585.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

Invoice Number  2150939
Invoice Date    02/09/12
Client Number   359022
Matter Number   00004

Re: Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/12:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/03/12 | TKD | Review all case filings and share with team | 0.6 | 390.00 |
| 01/04/12 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 01/05/12 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 01/06/12 | TKD | Review all case filings and share with team | 0.6 | 390.00 |
| 01/09/12 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 01/11/12 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 01/12/12 | TKD | Review all case filings and share with team | 0.3 | 195.00 |
| 01/13/12 | TKD | Review all case filings and share with team | 0.6 | 390.00 |
| 01/16/12 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 01/17/12 | TKD | Reviewed appellate brief in Garlock matter filed by USTrustee | 0.4 | 260.00 |
| 01/18/12 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 01/20/12 | TKD | Review all case filings and share with our team | 0.5 | 325.00 |
| 01/24/12 | TKD | Reviewed all case filings and share with team | 0.5 | 325.00 |
| 01/25/12 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 01/26/12 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 01/27/12 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 01/30/12 | TKD | Review daily case filings and share with team | 0.4 | 260.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022　　　　　WR Grace - Official Committee of Equity Security　　　Invoice Number 2150939
00004　　　　　Holders　　　　　　　　　　　　　　　　　　　　　　　　Page 2
　　　　　　　　Case Administration
02/09/12

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 01/31/12 | TKD | Review all daily case filings, share with team | 0.5 | 325.00 |
| | | TOTAL HOURS | 8.4 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | Rate | | Value |
|------------|-------|------|---|-------|
| Teresa K.D. Currier | 8.4 at | $650.00 | = | 5,460.00 |

　　　　　　　　　　　　CURRENT FEES　　　　　　　　　　　　　　　　　　　　5,460.00


　　　　　　　　　　　**TOTAL AMOUNT OF THIS INVOICE**　　　　　　　　　5,460.00


　　　　　　　　　　　**NET AMOUNT OF THIS INVOICE**　　　　　　　　　　5,460.00



Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2150940 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 02/09/12 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00008 |
| Charlottesville, VA 22902 | |

Re: Committee: Creditors', Noteholders' Or Equity Holders'

FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/12:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/23/12 | TKD | Reviewed Memo to Committee regarding appeals pending and Libbey issues | 0.2 | 130.00 |
| | | TOTAL HOURS | 0.2 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.2 | at | $650.00 | = | 130.00 |

CURRENT FEES                                                        130.00

**TOTAL AMOUNT OF THIS INVOICE**                                    130.00

**NET AMOUNT OF THIS INVOICE**                                      130.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

**Saul Ewing LLP**

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2150942 |
| Invoice Date | 02/09/12 |
| Client Number | 359022 |
| Matter Number | 00015 |

Re:   Fee Applications/Applicant

FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/12:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/10/12 | TKD | Review fee application of Saul Ewing and approve same for filing | 0.4 | 260.00 |
| 01/10/12 | TBB | Draft Saul Ewing's twenty ninth monthly fee application | 0.6 | 117.00 |
| 01/10/12 | TBB | File and serve Saul Ewing's twenty ninth monthly fee application | 0.8 | 156.00 |
| 01/30/12 | TBB | File and serve Kramer Levin's one hundred and twenty fourth monthly fee application. | 0.8 | 156.00 |
| 01/31/12 | TBB | Draft Saul Ewing's thirtieth monthly fee application | 0.7 | 136.50 |
| | | TOTAL HOURS | 3.3 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 2.9 | at | $195.00 | = | 565.50 |
| Teresa K.D. Currier | 0.4 | at | $650.00 | = | 260.00 |

CURRENT FEES                                                                                           825.50

**TOTAL AMOUNT OF THIS INVOICE**                                                     825.50

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00015

02/09/12

WR Grace - Official Committee of Equity Security Holders
Fee Applications/Applicant

Invoice Number  2150942
Page 2

**NET AMOUNT OF THIS INVOICE**                          825.50

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2150943 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 02/09/12 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00016 |
| Charlottesville, VA 22902 | |

Re:   Fee Applications/Others

FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/12:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/19/12 | TKD | Review and approve Kramer Levin CNO for filing | 0.2 | 130.00 |
| 01/19/12 | TBB | Draft CNO to Kramer Levin's one hundred twenty third monthly fee application. | 0.3 | 58.50 |
| 01/19/12 | TBB | Review docket for objections to Kramer Levin's one hundred and twenty third monthly fee application. | 0.2 | 39.00 |
| 01/27/12 | TKD | Review Kramer Levin fee application and prepare same for filing | 0.3 | 195.00 |
| 01/30/12 | TBB | Draft Notice to Kramer Levin's one hundred and twenty fourth monthly fee application. | 0.2 | 39.00 |
| | | TOTAL HOURS | 1.2 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 0.7 | at | $195.00 | = | 136.50 |
| Teresa K.D. Currier | 0.5 | at | $650.00 | = | 325.00 |

CURRENT FEES                                                            461.50

**TOTAL AMOUNT OF THIS INVOICE**                                        461.50

P.O. Box 1266 • Wilmington, DE 19899-1266 • Phone: (302) 421-6800 • Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 • Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00016
02/09/12

WR Grace - Official Committee of Equity Security Holders
Fee Applications/Others

Invoice Number 2150943
Page 2

**NET AMOUNT OF THIS INVOICE**                                461.50



Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2150944 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 02/09/12 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00017 |
| Charlottesville, VA 22902 | |

Re: Hearings

FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/12:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/13/12 | TKD | Reviewed Amended Agenda Notice for hearing | 0.3 | 195.00 |
| | | TOTAL HOURS | 0.3 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.3 | at | $650.00 | = | 195.00 |

CURRENT FEES                                                                                         195.00

**TOTAL AMOUNT OF THIS INVOICE**                                                                     195.00

**NET AMOUNT OF THIS INVOICE**                                                                       195.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2150945 |
| Invoice Date | 02/09/12 |
| Client Number | 359022 |
| Matter Number | 00020 |

Re: Plan and Disclosure Statement

FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/12:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/06/12 | TKD | Review Order from Court consolidating Garlock appeals, and review Court's Letter regarding same | 0.4 | 260.00 |
| 01/16/12 | TKD | Review ACC Appellees' Answering Brief in Garlock appeal | 0.5 | 325.00 |
| 01/24/12 | TKD | Review Motion for an Order Extending the Term of the Credit Agreement with Advanced Refining Technologies LLC | 0.6 | 390.00 |
| 01/30/12 | TKD | Briefly reviewed brief of Appellant in the Garlock Technologies appeal | 0.3 | 195.00 |
| 01/30/12 | TKD | Communication from David Blabey about Judge Buckwalter's Opinion to be delivered tomorrow | 0.2 | 130.00 |
| 01/31/12 | TKD | Review 202 page Memorandum Opinion approving CNA settlement | 1.1 | 715.00 |
| 01/31/12 | TKD | Review press release issued by Grace | 0.2 | 130.00 |
| | | TOTAL HOURS | 3.3 | |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022  
00020  
02/09/12

WR Grace - Official Committee of Equity Security Holders  
Plan and Disclosure Statement

Invoice Number 2150945  
Page 2

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 3.3 | at | $650.00 | = | 2,145.00 |

CURRENT FEES      2,145.00

**TOTAL AMOUNT OF THIS INVOICE**      2,145.00

**NET AMOUNT OF THIS INVOICE**      2,145.00