# Notice Recipients

District/Off: 0311−1  User: Brandon  Date Created: 3/1/2012
Case: 01−01139−JKF  Form ID: ntcBK  Total: 16

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | USTPREGION03.WL.ECF@USDOJ.GOV |
| aty | Curtis A. Hehn | chehn@pszyj.com |
| aty | Daniel K. Hogan | dkhogan@dkhogan.com |
| aty | David W. Carickhoff | carickhoff@blankrome.com |
| aty | James E. O'Neill | jo'neill@pszjlaw.com |
| aty | Janet S. Baer | jbaer@bhflaw.net |
| aty | Kathleen P. Makowski | kmakowski@pszjlaw.com |
| aty | Kathleen P. Makowski | kmakowski@pszjlaw.com |
| aty | Laura Davis Jones | ljones@pszjlaw.com |
| aty | Mark M. Billion | mbillion@pszjlaw.com |
| aty | Paul W. Turner | pturner@carlilelawfirm.com |
| aty | Timothy P. Cairns | tcairns@pszjlaw.com |
| aty | Timothy P. Cairns | tcairns@pszjlaw.com |

TOTAL: 13

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db   W.R. Grace &Co., et al.   7500 Grace Drive   Columbia, MD 21044
aty  James E. O'Neill   Pachulski Stang Ziehl &Jones LLP   919 North Market Street, 17th Floor   PO Box 8705   Wilmington, DE 19899−8705
aty  Roger J. Higgins, P.C.   Baer Higgins Fruchtman LLC   111 East Wacker Driver   Suite 2800   Chicago, IL 60601

TOTAL: 3