# **<u>EXHIBIT A</u>**

# **To Quarterly Application**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et*. *al*., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: January 6, 2012 @ 4:00 p.m. |
| | ) | Hearing Date: Only if Objection is Timely Filed |
| | ) | |

**TWENTIETH MONTHLY APPLICATION OF SCARFONE HAWKINS LLP**
**AS SPECIAL COUNSEL FOR THE CANADIAN ZAI CLAIMANTS**

| | |
|---|---|
| Name of Applicant: | Scarfone Hawkins LLP |
| Authorized to Provide Professional Services to: | Canadian Zonolite Attic Insulation Claimants ("Canadian ZAI Claimants") |
| Date of Retention: | March 19, 2010 *nunc pro tunc* December 21, 2009 |
| Period for which compensation and reimbursement is sought: | October 1, 2011, through October 31, 2011 |
| Amount of compensation sought as actual, reasonable and necessary: | CDN $   3,735.00 |
| Amount of expense reimbursement (includes Harmonized Sales Tax of 13%[1]) sought as actual, reasonable and necessary: | CDN $   2,705.74 |

This Applicant's Twentieth Monthly Application.

[Remainder of Page Intentionally Left Blank]

---

[1] On July 1, 2010, the Harmonized Sales Tax (HST) took effect in Ontario and is applied to most purchases and transactions. The 13% HST replaces the federal goods and services tax (GST) and the provincial sales tax (PST).

Docket No. 28163
Filed 12/15/2011

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period:**

| Date Filed | Period Covered | Requested Fees (CDN $) | Requested Expenses (CDN $) | Paid Fees (CDN $) | Paid Expenses (CDN $) |
|---|---|---|---|---|---|
| 04/30/2010 Dkt. #24697 | December 21, 2009 - March 31, 2010 | $ 98,678.75 Reduction -$708.50 | $ 10,399.55 | $ 78,943.00 $ 19,027.25 | $ 10,399.55 |
| 06/01/2010 Dkt. #24878 | April 1, 2010 – April 30, 2010 | $ 14,765.25 | $ 812.67 | $ 11,812.20 $ 2,953.05 | $ 812.67 |
| 06/30/2010 Dkt. #25015 | May 1, 2010 – May 31, 2010 | $ 21,221.25 | $ 3,327.71 | $ 16,977.00 $ 4,244.25 | $ 3,327.71 |
| 07/28/2010 Dkt. #25127 | June 1, 2010 – June 30, 2010 | $ 23,507.50 | $ 2,994.15 | $ 18,806.00 $ 4,701.50 | $ 2,994.15 |
| 08/31/2010 Dkt. #25297 | July 1, 2010 – July 31, 2010 | $ 17,232.50 | $ 2,259.90 | $ 13,786.00 $ 3,446.50 | $ 2,259.90 |
| 09/29/2010 Dkt. #25497 | August 1, 2010 – August 31, 2010 | $ 10,663.75 | $ 1,403.95 | $ 8,531.00 $ 2,132.75 | $ 1,403.95 |
| 10/29/2010 Dkt. #25666 | September 1, 2010 – September 30, 2010 | $ 5,833.75 | $ 2,153.94 | $ 4,667.00 $ 1,166.75 | $ 2,153.94 |
| 12/03/2010 Dkt. #25858 | October 1, 2010 – October 31, 2010 | $ 6,840.00 | $ 897.99 | $ 5,472.00 $ 1,368.00 | $ 897.99 |
| 01/05/2011 Dkt. #26018 | November 1, 2010 – November 30, 2010 | $ 5,030.00 | $ 653.90 | $ 4,024.00 $ 1,006.00 | $ 653.90 |
| 01/28/2011 Dkt. #26132 | December 1, 2010 – December 31, 2010 | $ 11,478.75 | $ 1,513.55 | $ 9,183.00 $ 2,295.75 | $ 1,513.55 |
| 03/08/2011 Dkt. #26512 | January 1, 2011 – January 31, 2011 | $ 22,076.25 | $ 4,516.93 | $ 17,661.00 $ 4,415.25 | $ 4,516.93 |
| 04/01/2011 Dkt. #26700 | February 1, 2011 – February 28, 2011 | $ 13,196.25 | $ 2,535.34 | $ 10,557.00 $ 2,639.25 | $ 2535.34 |
| 05/12/2011 Dkt. #26925 | March 1, 2011 – March 31, 2011 | $ 6,217.50 | $ 808.28 | $ 4,974.00 $ 1,243.50 | $ 808.28 |
| 06/10/2011 Dkt. #27068 | April 1, 2011 – April 30, 2011 | $ 17,471.25 | $ 2,475.77 | $ 13,977.00 | $ 2,475.77 |
| 06/30/2011 Dkt. #27196 | May 1, 2011 – May 31, 2011 | $ 3,720.00 | $ 493.40 | $ 2,976.00 | $ 493.40 |
| 08/04/2011 Dkt. #27374 | June 1, 2011 – June 30, 2011 | $ 7,965.00 | $ 1,067.51 | $ 6,372.00 | $ 1,067.51 |
| 08/31/2011 Dkt. #27534 | July 1, 2011 – July 31, 2011 | $ 7,597.50 | $ 989.49 | $ 6,078.00 | $ 989.49 |
| 10/04/2011 Dkt. #27716 | August 1, 2011 – August 31, 2011 | $ 6,483.75 | $ 851.59 | $ 5,187.00 | $ 851.59 |
| 11/14/2011 Dkt. #27939 | September 1, 2011 – September 30, 2011 | $ 15,104.64 | $ 4,604.40 | Pending | Pending |

Page | 2

**Fee Detail by Professional for the Period of October 1, 2011, through October 31, 2011:**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate[2] (including changes) | Total Billed Hours | Total Fees (CDN $) |
|---|---|---|---|---|
| David Thompson | Partner, 23 Years 1988 | $525.00 | 4.00 | $ 2,100.00 |
| David Thompson – Travel | | $262.50 | 0.00 | 0.00 |
| Matthew G. Moloci | Partner, 13 Years 1998 | $450.00 | 2.30 | $ 1,035.00 |
| Matthew G. Moloci - Travel | | $225.00 | 0.00 | 0.00 |
| Cindy Yates | Law Clerk, 25 Yrs. | $120.00 | 5.00 | $ 600.00 |
| **Grand Total** | | | **11.30** | **$ 3,735.00** |
| Blended Rate | | | | $ 330.53 |
| Blended Rate (excluding Law Clerk time) | | | | $ 497.62 |

**Monthly Compensation by Matter Description for the Period of October 1, 2011, through October 31, 2011**:

| Project Category | Total Hours | Total Fees (CDN $) |
|---|---|---|
| 04 - Case Administration | 4.20 | $ 2,122.50 |
| 11 - Fee Applications, Applicant | 6.45 | $ 1,286.25 |
| 12 – Fee Applications, Others | 0.00 | 0.00 |
| 14 - Hearings | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 |
| 20 - Travel (Non-Working) | 0.00 | 0.00 |
| 24 - Other | 0.65 | $ 326.25 |
| **TOTAL** | **11.30** | **$ 3,735.00** |

---

[2] Scarfone Hawkins LLP increased its hourly rates as of January 1, 2011.

Page | 3

**Monthly Expense Summary for the Period October 1, 2011, through October 31, 2011**:

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---:|
| Photocopies (In House) | | 0.00 |
| Postage | | 0.00 |
| Consulting on Canadian Vermiculite Settlement | Pinchin Environmental[3] | 1,964.77 |
| Travel – Meals | | 0.00 |
| Travel – Accommodations | | 0.00 |
| Travel – Airline | | 0.00 |
| Travel – Taxi & Parking | | 0.00 |
| Long Distance Calls | | 0.00 |
| Harmonized Sales Tax (HST) 13% | | 740.97 |
| **TOTAL** | | **$ 2,705.74** |

PLEASE TAKE NOTICE that Scarfone Hawkins LLP (the "Applicant") has today filed this Notice of Monthly Fee and Expenses Invoice for October 1, 2011, through October 31, 2011, (this "Monthly Fee Statement")[4] pursuant to the Modified Order Granting The Canadian ZAI Claimants' Application for Appointment of Special Counsel [Docket No. 24508] and the Amended Administrative Order Under 11 U.S.C., §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [Docket No. 1949].

PLEASE TAKE FURTHER NOTICE that responses or objections to this Monthly Fee Statement, if any, must be filed on or before January 6, 2012, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

---

[3] Applicant's receipt for expenses incurred for October 1, 2011, through October 31, 2011, is attached hereto as **Exhibit A.**

[4] Applicant's Invoice for October 1, 2011, through October 31, 2011, is attached hereto as **Exhibit B.**

Case 01-01139-AMC    Doc 28604-1    Filed 03/01/12    Page 6 of 17

PLEASE TAKE FURTHER NOTICE that you must also serve a copy of any such response or objection upon the Notice Parties so as to be received by the Notice Parties on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline, the Applicant shall file or cause to be filed with the Court, and serve on the Notice Parties, a certificate of no objection, certifying that no objection, or a partial objection, has been filed with the Court relative to this Application, whichever is applicable, after which the Debtors are authorized and required to pay the Applicant an amount equal to (a) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement or (b) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses not subject to any objection. All fees and expenses in this Monthly Fee Statement will be included in the next quarterly application for compensation and reimbursement of expenses to be filed and served by the Applicant at a later date, and will be subject to objections at such time.

PLEASE TAKE FURTHER NOTICE that Applicant respectfully requests that, for the period October 1, 2011, through October 31, 2011, an allowance be made to Scarfone Hawkins LLP for compensation in the amount of CDN $3,735.00 and actual and necessary expenses in the amount of CDN $2,705.74 (Includes 13% Harmonized Sales Tax) for a total allowance of CDN $6,440.74; Actual Interim Payment of CDN $2,988.00 (80% of the allowed fees) and reimbursement of CDN $2,705.74 (100% of the allowed expenses) be authorized for a total payment of CDN $5,693.74; and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that Applicant believes that the Application and the description of services set forth herein of work performed are in compliance with the requirements

of Delaware Local Rule 2016-2, the Amended Administrative Order, and the applicable guidelines and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the Executive Office for the United States Trustee. A true and correct copy of the Certification of David Thompson is attached hereto as **Exhibit C**.

Dated: December 15, 2011          Respectfully submitted,

By:    */s/ Daniel K. Hogan*
        Daniel K. Hogan (DE Bar No. 2814)
        THE HOGAN FIRM
        1311 Delaware Avenue
        Wilmington, Delaware 19806
        Telephone: 302.656.7540
        Facsimile: 302.656.7599
        Email: dkhogan@dkhogan.com

        **Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants**

# EXHIBIT A

NOV 4 2011



2470 Milltower Crt
Mississauga, ON L5N 7W5
Tel: 905-363-0678
Fax: 905-363-0681
www.pinchin.com



October 26, 2011

Client/Prebill: 13562/368944
HST/GST No.: R104201249
QST No.: 1216342719 TQ0001

**INVOICE No. 179708**

Scarfone Hawkins LLP
1 James Street South, 14th Floor
P.O. Box 926, Depot 1
Hamilton, ON  L8N 3P9

Attention:   Mr. David Thompson

RE:   Consulting on Canadian Vermiculite Settlement Various
Job #: 50562

Professional Fees and Costs for the period ending September 30, 2011:

| | | |
|---|---|---|
| **TOTAL FEES** | | 3,543.75 |
| **TOTAL COSTS** | | 385.79 |
| **SUBTOTAL** | | $3,929.54 |
| **HST ON 13%** | $3929.54 | 510.84 |
| **TOTAL AMOUNT DUE (CDN)** | | $4,440.38 |

                                                                    50% payment
                                                                    by Scarfone Hawkins, LLP
                                                                    $2,220.19

**TERMS: NET 30 DAYS**
INTEREST AT 18% PER ANNUM CALCULATED MONTHLY ON OVERDUE ACCOUNTS

Scarfone Hawkins LLP
Project No.: 50562 / Bill No. 179708
Page 2

## SUMMARY OF SERVICES:

**Project Fee Summary: 50562**

| Name | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Pinchin, Donald, J. | Client Services | | 10.50 | 337.50 | 3,543.75 |
| | | Total | 10.50 | | $ 3,543.75 |

**Project Cost Summary: 50562**

| Disbursement | | Amount |
|---|---|---|
| Air Travel Costs | | 221.38 |
| Travel Costs | | 141.20 |
| Parking | | 23.21 |
| Miscellaneous | | 0.00 |
| | Total | $ 385.79 |

Scarfone Hawkins LLP
Project No.: 50562 / Bill No. 179708
Page 3

## TIME DETAIL
Project Fee Detail: 50562

| Date | Hours | Name | | Fees |
|---|---|---|---|---|
| 06/06/11 | 2.50 | Pinchin, Donald, J. | Meeting regarding Vermiculite claim with Thompson and Moloci | 843.75 |
| 09/28/11 | 8.00 | Pinchin, Donald, J. | travel and meeting in Montreal | 2700.00 |

Total Fees for Project No.: 50562                                       $3,543.75

## COST DETAIL
Project Cost Detail: 50562

| Date | Tkpr | Cost Description | Amount |
|---|---|---|---|
| 09/30/11 | DJP | Air Travel Costs | 221.38 |
| 09/30/11 | DJP | Travel Costs | 81.20 |
| 09/30/11 | DJP | Travel Costs | 60.00 |
| 09/30/11 | DJP | Parking | 23.21 |

Total Disbursements for Project No.: 50562                              $ 385.79

# EXHIBIT B

W.R. GRACE & CO., et al.  
CDN ZAI CLASS ACTION

U.S. FEE APPLICATION  
DATE:  
October 31, 2011  
OUR FILE NO: 05L121

## Scarfone Hawkins LLP
BARRISTERS AND SOLICITORS

ONE JAMES STREET SOUTH  
14TH FLOOR  
P.O. BOX 926, DEPOT #1  
HAMILTON, ONTARIO  
L8N 3P9

TELEPHONE  
905-523-1333

TELEFAX  
905-523-5878

H.S.T. REGISTRATION NO. **873984314 RT – 0001**

**CANADIAN ZAI MONTHLY FEE APPLICATION**  
**(October 1, 2011 – October 31, 2011)**

| DATE | PROFESSIONAL SERVICE | LAWYER | RATE/HR | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 10 /02/11 | *Email from CDN ZAI PD Claimant Tim Kwiatkowski; email to Anna-Marie Gibbs to follow-up with response;* | MGM | $450.00 | 0.10 | $45.00 |
| 10 /03/11 | *receipt of and respond to multiple class member inquiries as to status of CDN ZAI settlement and timing of U.S. Appeals, receipt and review Karen Harvey email and review application for compensation, memo to Cindy Yates, receipt Matt Moloci memo re: class member inquiries, memo to Anna-Marie Gibbs re: standard response to inquiries, execute certification of counsel and instruct Cindy Yates to return to Karen Harvey* | DT | $525.00 | 1.00 | $525.00 |
| 10 /03/11 | *Email from Anna-Marie Gibbs follow-up response email to CDN ZAI PD Claimant Tim Kwiatkowski; emails to and from David Thompson regarding update of standard form responses to inquiries from claimants* | MGM | $450.00 | 0.20 | $90.00 |
| 10 /04/11 | *receipt Karen Harvey email, receipt Careen Hannouche email, email to Careen Hannouche re: holdback monies receipt from Grace* | DT | $525.00 | 0.10 | $52.50 |
| 10 /04/11 | *Email from Careen Hannouche with attached Memorandum summarizing Montreal meeting concerning CDN ZAI PD claims administration and protocol; instructions to Christine Hutton; review memorandum; email from David Thompson* | MGM | $450.00 | 0.30 | $135.00 |
| 10 /04/11 | *Receive multiple emails correspondences from Karen Harvey and Cindy Yates regarding 18th monthly fee applications and confirmation of prior payments received* | MGM | $450.00 | 0.20 | $90.00 |
| 10 /05/11 | *emails to and from Karen Harvey, receipt of and review 18th monthly application, etc.* | DT | $525.00 | 0.25 | $131.25 |

| 10 /05/11 | *Email instructions to Christine Hutton regarding CDN ZAI PD claims settlement binder and materials* | MGM | $450.00 | 0.10 | $45.00 |
|---|---|---|---|---|---|
| 10 /06/11 | *receipt of and respond to various class member inquiries* | DT | $525.00 | 0.25 | $131.25 |
| 10 /06/11 | *review Michel Belanger memo and consider amendments to draft Distribution Plan* | DT | $525.00 | 0.40 | $210.00 |
| 10 /10/11 | *Email from Karen Harvey regarding fee auditor's direction concerning meal and hotel expenses* | MGM | $450.00 | 0.10 | $45.00 |
| 10 /11/11 | *receipt Karen Harvey email re: update from fee auditor* | DT | $525.00 | 0.10 | $52.50 |
| 10 /11/11 | *receipt and respond to class member inquiries* | DT | $525.00 | 0.25 | $131.25 |
| 10 /13/11 | *receipt of and respond to various class member inquiries as to status of settlement and U.S. appeals* | DT | $525.00 | 0.35 | $183.75 |
| 10 /14/11 | *receipt cheque from Dan Hogan, wire transfer 1/2 of money to Lauzon Belanger, discuss with Cindy Yates, email to Grace's accounts payment department, re: wire transfer of monies received, etc.* | DT | $525.00 | 0.35 | $183.75 |
| 10 /19/11 | *receipt of and respond to multiple and various class member inquiries - Alberta, New Jersey, refer Trenton inquiry to U.S. counsel* | DT | $525.00 | 0.40 | $210.00 |
| 10 /19/11 | *Emails from Cindy Yates and Sue McCormick regarding receipt of part payment and application to July 2011 fee application* | MGM | $450.00 | 0.20 | $90.00 |
| 10 /21/11 | *Emails from Sue McCormick and David Thompson regarding payments received, allocation and corrections made* | MGM | $450.00 | 0.10 | $45.00 |
| 10 /26/11 | *receipt Careen Hannouche letter, memo to Cindy Yates and Matt Moloci re: monies owing to Lauzon Belanger Lesperance for Dan Hogan invoice* | DT | $525.00 | 0.10 | $52.50 |
| 10 /26/11 | *Email from David Thompson with attached letter from Michel Belanger addressing Hogan invoice, payment and reconciliation among CDN ZAI representative counsel* | MGM | $450.00 | 0.10 | $45.00 |
| 10 /27/11 | *Email from Karen Harvey with attached 18th Monthly Fee Applications of Lauzon, Belanger; Scarfone, Hawkins and The Hogan Firm; review* | MGM | $450.00 | 0.20 | $90.00 |
| 10 /28/11 | *follow-up on class member inquiries, receipt of and respond to inquiries as to status of U.S. appeals, letter to Dan Hogan* | DT | $525.00 | 0.35 | $183.75 |
| 10 /28/11 | *receipt Dan Hogan email re: status of U.S. appeals* | DT | $525.00 | 0.10 | $52.50 |
| 10 /28/11 | *Email from David Thompson to Dan Hogan requesting update regarding status of U.S. proceedings; email reply from Hogan; review* | MGM | $450.00 | 0.20 | $90.00 |
| 10 /28/11 | *Email from CDN ZAI PD claimant Neluka Leanage with questions; review* | MGM | $450.00 | 0.20 | $90.00 |
| 10 /31/11 | *Email from Cindy Yates regarding receipt of wire transfer of funds and allocation of payment* | MGM | $450.00 | 0.10 | $45.00 |
| 10 /31/11 | *Email from Cindy Yates to Karen Harvey with attached draft fee application for September 2011; review; email reply from Harvey* | MGM | $450.00 | 0.20 | $90.00 |

Case 01-01139-AMC   Doc 28604-1   Filed 03/01/12   Page 15 of 17

3

| 10/31/11 | review dockets for period October 1, 2011 to October 31, 2011, amend dockets, review disbursements, discuss with David Thompson, draft account, review with David Thompson and Matt Moloci, assemble account into form required by U.S. Bankruptcy Court, email to Karen Harvey enclosing monthly fee application for the period of October 1, 2011 to October 31, 2011 | LC | $120.00 | 5.00 | $600.00 |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  | **SUB-TOTAL** 11.3 | $3,735.00 |

| TIMEKEEPER | ID | HOURS | RATE | TOTAL | PLUS 13% H.S.T |
|---|---|---|---|---|---|
| DAVID THOMPSON 23 + years | DT | 4.00 | $525.00 | $2,100.00 | $273.00 |
| MATTHEW G. MOLOCI 13 + years | MGM | 2.30 | $450.00 | $1,035.00 | $134.55 |
| LAW CLERK Cindy Yates 30 years | CY | 5.00 | $120.00 | $600.00 | $78.00 |
| **SUB-TOTAL:** |  | **11.3** |  | **$3,735.00** | **$485.55** |
| **TOTAL FEES AND TAXES:** |  |  |  |  | **$4,220.55** |

**DISBURSEMENTS SUMMARY**

| DATE | DISBURSEMENT | HST EXEMPT | HST NON-EXEMPT | PLUS 13% H.S.T. | TOTAL |
|---|---|---|---|---|---|
| 10/26/11 | Pinchin Environmental Invoice 179708 |  | $3,929.54 | $510.84 | $4,440.38 |
|  | One-half paid by Scarfone Hawkins LLP |  | $1,964.77 | $255.42 | $2,220.19 |
| **TOTAL DISBURSEMENTS:** |  |  |  |  | **$2,220.19** |

| **TOTAL FEES AND APPLICABLE TAXES:** | **$6,440.74** |
|---|---|

THIS IS OUR FEE APPLICATION,
Per:


**SCARFONE HAWKINS LLP**
E. & O.E.


*Del. Bankr. LR 2016-2(e)(iii) allows for
$.10 per page for photocopies.

# EXHIBIT C

## CERTIFICATION PURSUANT TO DEL. BANKR. LR. 2016-2(f)

PROVINCE OF ONTARIO   :
                      : ss
CITY OF HAMILTON      :

I, David Thompson, after being duly sworn according to law, depose and say as follows:

1. I am a partner of the applicant firm, Scarfone Hawkins LLP (the "Firm").

2. On February 9, 2006, the CCAA Court entered an Order appointing Lauzon Bélanger inc. and Scarfone Hawkins LLP as Representative Counsel ("Representative Counsel").

3. On March 19, 2010, this Court signed a Modified Order appointing Representative Counsel as Special Counsel ("Special Counsel") for the Canadian ZAI Claimants *nunc pro tunc* to December 21, 2009, through the effective date of the plan.

4. Special Counsel has rendered professional services as counsel for the Canadian ZAI Claimants.

5. I am familiar with the other work performed on behalf of Special Counsel by the lawyers and paraprofessionals of the Firm.

4. I have reviewed the foregoing monthly application of Scarfone Hawkins as Special Counsel and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed April 17, 2002, and submit that the Application is correct and materially complies with the applicable orders, rules, guidelines and requirements as set forth by, this Bankruptcy Court and the Executive Office for the United States Trustee.

I verify under penalty of perjury that the foregoing is true and correct.

_____
David Thompson

SWORN AND SUBSCRIBED
Before me this 15th day of December, 2011.

_____
Notary Public
My Commission Expires: _____

Cindy Lea Yates, a Commissioner, etc.,
City of Hamilton, for Scarfone Hawkins LLP,
Barristers and Solicitors.
Expires March 21, 2012.