IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et. al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Re: Docket No. _____ |
| _____ | ) | |

**ORDER GRANTING EIGHTH QUARTERLY APPLICATION
OF SCARFONE HAWKINS FOR COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES
FOR OCTOBER 1, 2011, THROUGH DECEMBER 31, 2011**

Scarfone Hawkins ("Applicant"), as Special Counsel for the Canadian ZAI Claimants pursuant to appointment order, dated March 19, 2010 [Docket No. 24508], filed its Eighth Quarterly Application for Compensation for Services Rendered and Reimbursement of Expenses for the Interim Fee Period From October 1, 2011, through December 31, 2011 ("Eighth Quarterly Application"). The Court has reviewed the Eighth Quarterly Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Eighth Quarterly Application, and any hearing on the Eighth Quarterly Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Eighth Quarterly Application.   Accordingly, it is

ORDERED that the Eighth Quarterly Application is GRANTED on an interim basis. Debtors shall pay to Scarfone Hawkins the sum of CDN $9,783.75 as compensation and CDN $3,492.08 as reimbursement of expenses, for a total of CDN $13,275.83 for services rendered and disbursements incurred by Scarfone Hawkins for the period October 1, 2011, through December 31, 2011, less any amounts previously paid in connection with the monthly fee applications.

Dated: _____                              _____
                                                                                Judith K. Fitzgerald
                                                                                United States Bankruptcy Judge