REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number     2235698
7500 Grace Drive                          Invoice Date       02/27/12
Columbia, Maryland 21044                  Client Number       172573
USA

========================================================================

Re: W. R. Grace & Co.


(50001)  Correa v. W.R. Grace

    Fees                              8,142.00
    Expenses                             0.00

                    TOTAL BALANCE DUE UPON RECEIPT     $8,142.00
                                                    =============

```
                          REED SMITH LLP
                           PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630


    W.R. Grace & Co.                      Invoice Number     2235698
    7500 Grace Drive                      Invoice Date       02/27/12
    Columbia, Maryland 21044              Client Number        172573
    USA                                   Matter Number         50001
```

===========================================================================

Re: (50001)  Correa v. W.R. Grace

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2012

| Date | Name | | Hours |
|------|------|---|-------|
| 01/04/12 | Espinosa | Identify deposition testimony for strategy discussion with L. Husar. | .80 |
| 01/05/12 | Espinosa | Prepare for third day of Plaintiff's deposition. | .20 |
| 01/06/12 | Espinosa | Research re: judicial estoppel (1.2); confer with L. Husar re deposition testimony and possible dispositive motions (0.2). | 1.40 |
| 01/06/12 | Husar | Review deposition transcript and outline questions for next deposition session (0.4), work on SDT to obtain Social Security records (0.5), analysis of case law regarding doctrine of judicial estoppel (0.6). | 1.50 |
| 01/09/12 | Espinosa | Prepare for the final day of Plaintiff's deposition | 6.50 |
| 01/10/12 | Espinosa | Prepare for and take day three of Plaintiff's deposition | 8.50 |
| 01/11/12 | Espinosa | Draft case summary (0.5); review the sixth set of documents produced by Plaintiff (0.5). | 1.00 |
| 01/12/12 | Espinosa | Review the seventh set of documents produced by Plaintiff (0.3); draft summary of Plaintiff's deposition (0.4). | .70 |

```
172573 W. R. Grace & Co.                      Invoice Number   2235698
50001  Correa v. W.R. Grace                   Page    2
       February 27, 2012
```

| Date | Name | | Hours |
|------|------|--|-------|
| 01/17/12 | Espinosa | Research authorizations to release social security records, and prepare authorizations for same. | 1.40 |
| 01/17/12 | Husar | Prepare case summary. | .50 |
| 01/18/12 | Espinosa | Work on subpoenas of medical records and confirmation of interrogatory response information. | 1.10 |
| 01/23/12 | Espinosa | Call re subpoena. | .10 |
| 01/25/12 | Espinosa | Email Plaintiff's counsel re consent to release social security disability documents. | .20 |
| 01/30/12 | Espinosa | Call Plaintiff's counsel re the authorization to release social security records. | .10 |
| 01/31/12 | Espinosa | Email with Plaintiff's counsel re the release of Plaintiff's social security documents. | .10 |

```
                                                       ------
                                       TOTAL HOURS     24.10
```

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Linda S. Husar | 2.00 at $ 535.00 = | | 1,070.00 |
| Stephanie Henderson Espin | 22.10 at $ 320.00 = | | 7,072.00 |

```
                   CURRENT FEES                        8,142.00

                                               ------------
          TOTAL BALANCE DUE UPON RECEIPT          $8,142.00
                                               ============
```

```
                            REED SMITH LLP
                            PO Box 360074M
                       Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630
```

```
  W.R. Grace & Co.                      Invoice Number    2235700
  7500 Grace Drive                      Invoice Date      02/27/12
  Columbia, Maryland 21044              Client Number      172573
  USA
```

===========================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

```
     Fees                           513.00
     Expenses                         0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $513.00
                                                     =============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630


    W.R. Grace & Co.                    Invoice Number      2235700
    7500 Grace Drive                    Invoice Date        02/27/12
    Columbia, Maryland 21044            Client Number        172573
    USA                                 Matter Number         60026
```

==============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2012

| Date | Name | | Hours |
|------|------|---|-------|
| 01/09/12 | Ament | E-mails with P. Cuniff re: preliminary agenda (.20); review agenda and hearing binder (.10); update hearing binder (.10); hand deliver same to Judge Fitzgerald per J. O'Neill request (.10). | .50 |
| 01/10/12 | Ament | E-mail to P. Cuniff requesting 2012 schedule of hearings and filing deadlines. | .10 |
| 01/11/12 | Ament | Review schedule of hearings and filing deadlines received from P. Cuniff (.10); circulate same to team (.10). | .20 |
| 01/12/12 | Ament | Various e-mails re: hearings and filing deadlines. | .20 |
| 01/19/12 | Ament | Various e-mails re: Elizabeth Anderson transcripts (.30); review various files re: same (1.10); scan and e-mail various transcripts to D. Cameron (.30). | 1.70 |

```
                                              ------
                             TOTAL HOURS       2.70
```

172573  W. R. Grace & Co.                       Invoice Number  2235700
60026   Litigation and Litigation Consulting    Page    2
        February 27, 2012

| TIME SUMMARY | Hours | Rate | Value |
| --- | --- | --- | --- |
| Sharon A. Ament | 2.70 at $ 190.00 = | | 513.00 |
| | CURRENT FEES | | 513.00 |
| | | | ------------ |
| | TOTAL BALANCE DUE UPON RECEIPT | | $513.00 |
| | | | ============= |

```
                            REED SMITH LLP
                            PO Box 360074M
                        Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630
```

```
    W.R. Grace & Co.                    Invoice Number    2235701
    7500 Grace Drive                    Invoice Date      02/27/12
    Columbia, Maryland 21044            Client Number      172573
    USA
```

============================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

```
    Fees                            2,991.00
    Expenses                            0.00

                    TOTAL BALANCE DUE UPON RECEIPT      $2,991.00
                                                       =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| W.R. Grace & Co. | Invoice Number | 2235701 |
|---|---|---|
| 7500 Grace Drive | Invoice Date | 02/27/12 |
| Columbia, Maryland 21044 | Client Number | 172573 |
| USA | Matter Number | 60029 |

================================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2012

| Date | Name | | Hours |
|---|---|---|---|
| 01/14/12 | Cameron | Review fee application materials | .90 |
| 01/18/12 | Cameron | Review fee application materials | .50 |
| 01/23/12 | Ament | Meet with A. Muha re: Dec. monthly fee application (.10); review e-mail re: same (.10). | .20 |
| 01/23/12 | Muha | Review and revise Dec. 2011 monthly fee app. materials, and meetings with D. Cameron and S. Ament re: information regarding entries and billing treatment. | .50 |
| 01/25/12 | Lord | Draft, e-file and serve CNO to Reed Smith's November monthly fee application. | .50 |
| 01/27/12 | Muha | Meeting with D. Cameron re: preparation of new matter for fee application submission, and attend to issues re: same. | .20 |
| 01/30/12 | Ament | E-mails re: Dec. monthly fee application and quarterly fee application (.20); attention to billing matters (.10); e-mails re: same (.10); begin drafting Dec. monthly fee application and spreadsheets re: same (.30). | .70 |

```
172573 W. R. Grace & Co.                      Invoice Number  2235701
60029  Fee Applications-Applicant             Page   2
       February 27, 2012
```

| Date | Name | | Hours |
|------|------|--|-------|
| 01/30/12 | Lord | Communicate with S. Ament re: monthly/interim fee application issues. | .10 |
| 01/30/12 | Muha | Multiple calls and emails re: preparation of new matter for submission in fee application, and make additional changes to invoice for new matter. | .50 |
| 01/31/12 | Ament | Attention to billing matters (.50); various e-mails and meetings with D. Cameron and A. Muha re: same (.20); review invoices relating to Dec. monthly fee application (.10); e-mails with A. Muha re: same (.10); calculate fees and expenses re: same (.50); draft Dec. monthly fee application (.20); provide same to A. Muha for review (.10); revisions to same (.10); finalize same (.10); e-mail same to J. Lord for DE filing (.10); finalize and circulate billing rates memo per D. Cameron request (.10). | 2.10 |
| 01/31/12 | Cameron | Finalize fee application materials | .30 |
| 01/31/12 | Lord | Communicate with A. Muha re: December monthly fee application (.1); revise, e-file and serve same (1.4). | 1.50 |
| 01/31/12 | Muha | Review and revise final form of Dec. 2011 monthly application, and meetings and emails re: revisions. | .40 |

```
                                                        ------
                                        TOTAL HOURS       8.40
```

```
172573 W. R. Grace & Co.                     Invoice Number  2235701
60029  Fee Applications-Applicant            Page    3
       February 27, 2012
```

| TIME SUMMARY | Hours | | | Rate | | Value |
|---|---|---|---|---|---|---|
| Douglas E. Cameron | 1.70 | at | $ | 670.00 | = | 1,139.00 |
| Andrew J. Muha | 1.60 | at | $ | 460.00 | = | 736.00 |
| John B. Lord | 2.10 | at | $ | 260.00 | = | 546.00 |
| Sharon A. Ament | 3.00 | at | $ | 190.00 | = | 570.00 |
| | | | | | | |
| | CURRENT FEES | | | | | 2,991.00 |
| | | | | | | ------------ |
| | TOTAL BALANCE DUE UPON RECEIPT | | | | | $2,991.00 |
| | | | | | | ============= |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number    2235702
7500 Grace Drive                        Invoice Date      02/27/12
Columbia, Maryland 21044                Client Number      172573
USA

===============================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

    Fees                            2,829.00
    Expenses                            0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $2,829.00
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R. Grace & Co. | Invoice Number    2235702 |
| 7500 Grace Drive | Invoice Date      02/27/12 |
| Columbia, Maryland 21044 | Client Number      172573 |
| USA | Matter Number       60033 |

===============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2012

| Date | Name | | Hours |
|------|------|---|-------|
| 01/16/12 | Cameron | Attention to audit letter | .70 |
| 01/17/12 | Restivo | Audit letter. | .50 |
| 01/18/12 | Cameron | Review draft audit letter | .30 |
| 01/19/12 | Cameron | Finalize audit letter (.40); review Anderson transcripts (.30) | .70 |
| 01/26/12 | Cameron | Review materials related to claims, status of bankruptcy | .80 |
| 01/31/12 | Cameron | Review confirmation opinion and emails re: same | 1.20 |

                                                    ------
                                   TOTAL HOURS    4.20


| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Douglas E. Cameron | 3.70 at $ 670.00 = | | 2,479.00 |
| James J. Restivo Jr. | 0.50 at $ 700.00 = | | 350.00 |

                   CURRENT FEES                        2,829.00

                                                    ------------
             TOTAL BALANCE DUE UPON RECEIPT          $2,829.00
                                                    ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      2235703
62 Whittemore Avenue                      Invoice Date        02/27/12
Cambridge, MA  02140                      Client Number        172573

===========================================================================

Re: W. R. Grace & Co.


(60041)  Specifications Inquiry

    Fees                           60,251.00
    Expenses                            0.00

              TOTAL BALANCE DUE UPON RECEIPT        $60,251.00
                                                   =============

```
                           REED SMITH LLP
                           PO Box 360074M
                        Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630



     W.R. Grace & Co.                    Invoice Number      2235703
     62 Whittemore Avenue                Invoice Date      02/27/12
     Cambridge, MA  02140                Client Number       172573
                                         Matter Number        60041
```

==============================================================================

Re: (60041)  Specifications Inquiry

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2012

| Date | Name | | Hours |
|------|------|---|-------|
| 12/20/11 | Luchini | Meeting with WR Grace to discuss draft and review documents. | 5.50 |
| 01/03/12 | Flatley | Review "to do" list and e-mails to/from J. Hughes and team. | 1.20 |
| 01/03/12 | Flatley | Review revised letter to customer and e-mails on it. | .40 |
| 01/03/12 | Klapper | Respond to inquiry re follow-up letter with customer. | .20 |
| 01/03/12 | Luchini | Review/edit reply and miscellaneous other communications. | .50 |
| 01/04/12 | Flatley | Conference call with T. Klapper and J. Luchini on assignments and follow-up (0.8); call with J. Hughes and e-mail to team confirming assignments (0.6); conference call with T. Klapper and J. Luchini to prepare for client conference call (0.4); conference call with WR Grace clients and short follow-up (1.2); e-mails to/from J. Hughes, et al. (0.1); outlining RS follow-up on client conference call (0.7); review test report (0.2); call with J. Hughes and e-mail to team (0.4); e-mail regarding typical report (0.2). | 4.60 |

```
172573 W. R. Grace & Co.                    Invoice Number  2235703
60041  Specifications Inquiry               Page   2
       February 27, 2012


   Date  Name                                              Hours
 -------- -----------                                      -----


01/04/12 Klapper          Confer with L. Flatley and J.      .20
                          Luchini re expert strategy.


01/04/12 Luchini          Conference call re: work items    2.60
                          remaining and potential experts
                          (0.8); call re: discussion with WR
                          Grace and process going forward
                          (0.6); contact both potential
                          experts (1.2).


01/05/12 Flatley          E-mails regarding scheduling of   4.80
                          preliminary expert conference
                          calls (0.3); Collect, review and
                          analyze language as provided by J.
                          Hughes, etc. (4.4); call with J.
                          Luchini (0.1).


01/05/12 Luchini          Correspondence with potential     1.80
                          experts and coordinate conference
                          call (0.4); review materials for
                          conference call (0.7); review
                          potential expert materials in
                          advance of conference call (0.7).


01/06/12 Flatley          Conference call with potential    1.80
                          expert and follow-up with J.
                          Luchini (1.2); preparation for
                          conference call (0.6).


01/06/12 Luchini          Telephone call from J. Hughes, et 1.80
                          al., re: call (0.4); conference
                          call with potential experts (1.2);
                           correspondence with potential
                          experts (0.2).


01/09/12 Flatley          Emails and replies about status   1.40
                          (0.3); conference call with
                          potential expert and clients
                          (1.0); logistics about Boston trip
                          on 1/18 (0.1).


01/09/12 Luchini          Review CVs and qualifications for 1.70
                          conference call (0.3); conference
                          call with potential experts (1.2);
                          letter (0.2).


01/10/12 Flatley          Conference call with J. Luchini   1.80
                          and T. Klapper regarding reports
                          from the field and regulatory
                          issue (0.6); e-mails following up
                          on regulatory issue (0.2);
```

```
172573 W. R. Grace & Co.                    Invoice Number  2235703
60041  Specifications Inquiry               Page    3
       February 27, 2012
```

| Date | Name | | Hours |
|------|------|---|-------|
| | | revisions to memorandum on languate (1.0). | |
| 01/10/12 | Klapper | Participate in call with client re feedback from the field (1.1); confer with J. Luchini and L. Flatley re regulatory issues (0.6). | 1.70 |
| 01/10/12 | Luchini | Telephone call from T. Klapper re: regulatory matters and call re: status of inquiries (0.5); letter to potential experts re: regulatory matters (0.4). | .90 |
| 01/11/12 | Flatley | E-mails/replies regarding scheduling call and meeting (0.2); conference call regarding status of program and short follow-up (0.5). | .70 |
| 01/11/12 | Klapper | Participate in call with client re strategy. | .50 |
| 01/11/12 | Luchini | Conference call re: projects (0.4); letter re: regulatory matters (0.3); correspondence with experts re: rescheduling (0.1). | .80 |
| 01/12/12 | Flatley | E-mails regarding scheduling of meeting for 1/19 (0.5); e-mails from/to T. Klapper regarding 1/19 meeting (0.2). | .70 |
| 01/13/12 | Flatley | Conference call with J. Hughes, et al. and follow-up (0.8); analysis of tasks to be performed and e-mails to team about them (1.0); e-mails to schedule conference call and comments to T. Klapper regarding status (0.3). | 2.10 |
| 01/13/12 | Klapper | Draft 2nd phase communication strategy documents (1.4); participate in call with team and client re potential testing (0.5). | 1.90 |
| 01/13/12 | Luchini | Correspondence re: owner/inspector communications (0.9); conference call with WRG, et al. re: possible tests (0.8). | 1.70 |

172573 W. R. Grace & Co.                          Invoice Number  2235703
60041  Specifications Inquiry                     Page    4
       February 27, 2012


   Date   Name                                                  Hours
  -------- -----------                                          -----


01/14/12 Klapper          Finalize draft of phase 2              .60
                          communication documents.

01/16/12 Flatley          E-mails from/to T. Klapper and J.      .50
                          Luchini regarding communications
                          plan drafts, etc.

01/16/12 Klapper          Confer with team re communication     1.20
                          strategy.

01/16/12 Luchini          Review/comment on communication       1.40
                          points, and possible expert
                          analysis.

01/17/12 Flatley          E-mails and replies regarding         2.50
                          scheduling issues (0.2); review T.
                          Klapper draft discussion points
                          and communication plan (0.7);
                          conference call with T. Klapper
                          and J. Luchini regarding
                          communications plan (0.7);
                          preparation for trip to Cambridge
                          on 1/19 (0.9).

01/17/12 Klapper          Finalize phase 2-3 document and       1.70
                          participate in team call re
                          communication issues.

01/17/12 Luchini          Conference call re: requests for      2.30
                          information and communication
                          strategy (0.7); revise documents
                          for phase II/III (1.6).

01/18/12 Klapper          Confer with client re                 1.90
                          communication strategy and edit
                          communication documents.

01/18/12 Luchini          Review potential expert              1.20
                          information re: notice (0.7);
                          letter to potential experts re:
                          presentation to WR Grace (0.5).

01/19/12 Flatley          E-mails (0.3); call with J. Hughes   1.00
                          and follow-up on call (0.7).

01/20/12 Flatley          E-mails and replies (0.2); review    1.10
                          and edit descriptions and e-mail
                          to team about that (0.5); check to
                          do list (0.3); e-mails regarding
                          Monday morning conference call
                          (0.1).

```
172573 W. R. Grace & Co.                    Invoice Number  2235703
60041  Specifications Inquiry               Page    5
       February 27, 2012
```

| Date | Name | | Hours |
|------|------|--|-------|

| Date | Name | | Hours |
|------|------|------|-------|
| 01/20/12 | Luchini | Telephone call from J. Hughes re: tests and letter to potential experts. | .30 |
| 01/23/12 | Flatley | E-mails and replies on scheduling issues (0.2); conference call with T. Klapper and J. Luchini to prepare for 1/24 client calls (0.9). | 1.10 |
| 01/23/12 | Klapper | Confer with L. Flatley, J. Luchini and the client re strategic issues. | .50 |
| 01/23/12 | Luchini | Telephone call from potential experts re: proposal (1.4); email to team (0.2); review scheduling correspondence (0.3); discuss budgeting issues (0.4). | 2.30 |
| 01/24/12 | Flatley | Preparation for conference call (0.4); conference call with J. Hughes et al. regarding communications issues and others (1.6). | 2.00 |
| 01/24/12 | Klapper | Confer with J. Luchini re expert issues (0.5); confer with client re potential testing and communication issues (2.4); work on draft NDA and edit SOW (3.2). | 6.10 |
| 01/24/12 | Luchini | Telephone call from T. Klapper re: call with WR Grace (0.2); prepare suggested scope of work (0.4); conference call re: communications strategy (1.7). | 2.30 |
| 01/25/12 | Flatley | E-mails and replies to/from T. Klapper, J. Hughes, J. Luchini (0.4); preparation for Cambridge meeting on 1/26 (0.8); call with T. Klapper regarding Cambridge meeting issues (0.5). | 1.70 |
| 01/25/12 | Klapper | Evaluate work plan, providing comments to client re same (0.4); confer with L. Flatley re testing strategy (0.5); revise documents based on additional comments and thoughts (1.8). | 2.70 |

172573 W. R. Grace & Co.                          Invoice Number  2235703
60041  Specifications Inquiry                     Page    6
       February 27, 2012


   Date   Name                                                    Hours
 -------- -----------                                             -----


 01/25/12 Luchini        Review and edit scope of work and        1.10
                         work plan.

 01/26/12 Flatley        Preparation for meeting on trip to       9.00
                         Boston (3.5); Cambridge meeting
                         with clients and potential experts
                         and follow-up with J. Luchini
                         (5.5).

 01/26/12 Klapper        Make final edits to NDA (0.5);           3.60
                         participate in potential expert
                         meeting with client (3.1).

 01/26/12 Luchini        Edit work plan and discuss with T.       7.50
                         Klapper (2.0); attend meeting in
                         Boston with potential experts
                         (5.5).

 01/27/12 Flatley        E-mails from/to T. Klapper.               .20

 01/27/12 Luchini        Review proposal and transmit.            .30
                                                                 ------
                                               TOTAL HOURS       97.40


 TIME SUMMARY             Hours        Rate          Value
 -----------------------  ------  ---------------   -------
 Lawrence E. Flatley      38.60  at  $  655.00  =   25,283.00
 Joseph S. Luchini        36.00  at  $  585.00  =   21,060.00
 Antony B. Klapper        22.80  at  $  610.00  =   13,908.00

                          CURRENT FEES                         60,251.00


                                                            ------------
                         TOTAL BALANCE DUE UPON RECEIPT       $60,251.00
                                                            =============