```
                              REED SMITH LLP
                              PO Box 360074M
                           Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630



   W.R. Grace & Co.                        Invoice Number      2235727
   7500 Grace Drive                        Invoice Date        02/27/12
   Columbia, Maryland 21044                Client Number        172573
   USA



==============================================================================

Re: W. R. Grace & Co.


(50001)   Correa v. W.R. Grace

     Fees                                    0.00
     Expenses                             7,724.74

                 TOTAL BALANCE DUE UPON RECEIPT          $7,724.74
                                                      =============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630


    W.R. Grace & Co.                        Invoice Number      2235727
    7500 Grace Drive                        Invoice Date       02/27/12
    Columbia, Maryland 21044                Client Number       172573
    USA                                     Matter Number        50001


==============================================================================
Re: Correa v. W.R. Grace


FOR COSTS ADVANCED AND EXPENSES INCURRED:

    Deposition Expense                            7,717.93
    Courier Service - Outside                         6.81

                 CURRENT EXPENSES                                   7,724.74

                                                                -------------
                 TOTAL BALANCE DUE UPON RECEIPT                     $7,724.74
                                                                =============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                           Pittsburgh, PA  15251-6074
                              Tax ID# 25-0749630



    W.R. Grace & Co.                         Invoice Number      2235727
    7500 Grace Drive                         Invoice Date       02/27/12
    Columbia, Maryland 21044                 Client Number       172573
    USA                                      Matter Number         50001



==============================================================================

Re: (50001)  Correa v. W.R. Grace



FOR COSTS ADVANCED AND EXPENSES INCURRED:

12/27/11    Courier Service - Outside                              6.81
            00843 UPS - Shipped from Jacqueline Wernick
            Reed Smith LLP - Los Angele to Michael
            Worthington, Law Offices of Michael Wort
            (ENCINO CA 91436) Stephanie Espinosa
            1ZWA32571397429938

01/13/12    Deposition Expense -- VENDOR: NETWORK DEPOSITION    3926.58
            SERVICES, INC.: Ralph Correa Deposition Volume
            II

01/27/12    Deposition Expense -- VENDOR: NETWORK DEPOSITION    3791.35
            SERVICES, INC.: Ralph Correa deposition - Volume
            3
                          CURRENT EXPENSES                      7,724.74
                                                               ------------
                          TOTAL BALANCE DUE UPON RECEIPT        $7,724.74
                                                               ============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                           Pittsburgh, PA  15251-6074
                             Tax ID# 25-0749630



   W.R. Grace & Co.                              Invoice Number      2235728
   7500 Grace Drive                              Invoice Date       02/27/12
   Columbia, Maryland 21044                      Client Number       172573
   USA


==============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

      Fees                                      0.00
      Expenses                                 48.56

                     TOTAL BALANCE DUE UPON RECEIPT              $48.56
                                                             =============
```

```
                           REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630


   W.R. Grace & Co.                         Invoice Number      2235728
   7500 Grace Drive                         Invoice Date       02/27/12
   Columbia, Maryland 21044                 Client Number       172573
   USA                                      Matter Number        60026



==============================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

     PACER                                          0.08
     Duplicating/Printing/Scanning                 12.60
     Courier Service - Outside                     35.88

                   CURRENT EXPENSES                                 48.56
                                                              -------------

                   TOTAL BALANCE DUE UPON RECEIPT                  $48.56
                                                              =============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630
```

```
W.R. Grace & Co.                          Invoice Number        2235728
7500 Grace Drive                          Invoice Date         02/27/12
Columbia, Maryland 21044                  Client Number         172573
USA                                       Matter Number          60026
```

==============================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 12/31/11 | PACER | .08 |
| 01/20/12 | Courier Service - Outside -- VENDOR: DIGITAL LEGAL SERVICES, LLC: Digital Copies | 30.88 |
| 01/23/12 | Duplicating/Printing/Scanning ATTY # 0559; 23 COPIES | 2.30 |
| 01/26/12 | Courier Service - Outside -- VENDOR: JET MESSENGER: Messenger Trip - U.S. Bankruptcy Court - Ramona Baker - 1/9/12 | 5.00 |
| 01/31/12 | Duplicating/Printing/Scanning ATTY # 4810; 1 COPIES | .10 |
| 01/31/12 | Duplicating/Printing/Scanning ATTY # 0718; 102 COPIES | 10.20 |

```
                         CURRENT EXPENSES                    48.56
                                                       ------------
                         TOTAL BALANCE DUE UPON RECEIPT      $48.56
                                                       ============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                           Pittsburgh, PA  15251-6074
                             Tax ID# 25-0749630



   W.R. Grace & Co.                          Invoice Number     2235729
   62 Whittemore Avenue                      Invoice Date      02/27/12
   Cambridge, MA  02140                      Client Number      172573


==============================================================================

Re: W. R. Grace & Co.


(60041)   Specifications Inquiry

     Fees                                     0.00
     Expenses                             1,943.73

                   TOTAL BALANCE DUE UPON RECEIPT        $1,943.73
                                                        =============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630

  W.R. Grace & Co.                        Invoice Number      2235729
  62 Whittemore Avenue                    Invoice Date       02/27/12
  Cambridge, MA  02140                    Client Number       172573
                                          Matter Number        60041


==============================================================================

Re: Specifications Inquiry

FOR COSTS ADVANCED AND EXPENSES INCURRED:

     Telephone Expense                             0.80
     Parking/Tolls/Other Transportation           64.00
     Air Travel Expense                        1,611.06
     Taxi Expense                                 51.00
     Mileage Expense                              33.30
     Meal Expense                                 85.00
     Telephone - Outside                          98.57

                    CURRENT EXPENSES                            1,943.73
                                                              -------------

                    TOTAL BALANCE DUE UPON RECEIPT            $1,943.73
                                                              =============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630



 W.R. Grace & Co.                         Invoice Number       2235729
 62 Whittemore Avenue                     Invoice Date        02/27/12
 Cambridge, MA   02140                    Client Number        172573
                                          Matter Number         60041


=============================================================================

Re: (60041)  Specifications Inquiry



FOR COSTS ADVANCED AND EXPENSES INCURRED:

12/19/11   Air Travel Expense Airfare - VENDOR: Lawrence       -184.70
           E. Flatley, Dec 19, 2011  Travel to/from
           Pittsburgh PA to Boston Massachusetts for
           meetings with client re specifications inquiry.
           Reimbursement for missed flight that was
           scheduled due to meetings running over.

12/19/11   Air Travel Expense Travel Agent Fee - VENDOR:         22.00
           Lawrence E. Flatley, Travel to/from Pittsburgh
           PA to Boston Massachusetts for meetings with
           client re specifications inquiry. Agent change
           fee.

12/19/11   Air Travel Expense Travel Agent Fee - VENDOR:         22.00
           Lawrence E. Flatley, Travel to/from Pittsburgh
           PA to Boston Massachusetts for meetings with
           client re specifications inquiry. Agent change
           fee.

12/19/11   Air Travel Expense Airfare - VENDOR: Lawrence        184.70
           E. Flatley, Dec 19, 2011 Travel to/from
           Pittsburgh PA to Boston Massachusetts for
           meetings with client re specifications inquiry.

12/19/11   Air Travel Expense Airfare - VENDOR: Lawrence        230.30
           E. Flatley, Dec 19, 2011 Travel to/from
           Pittsburgh PA to Boston Massachusetts for
           meetings with client re specifications inquiry
           .

12/19/11   Air Travel Expense Travel Agent Fee - VENDOR:         22.00
           Antony B. Klapper,  Travel to Boston, Mass. to
           meet with client, WR Grace, on specifications
           inquiry.  Agent change fee.
```

```
172573 W. R. Grace & Co.                         Invoice Number   2235729
 60041 Specifications Inquiry                    Page    2
       February 27, 2012
```

| Date | Description | Amount |
|---|---|---|
| 12/19/11 | Air Travel Expense Travel Agent Fee - VENDOR: Antony B. Klapper,  Travel to Boston, Massachusetts to meet with client, WR Grace, on specifications inquiry. Agent change fee. | 22.00 |
| 12/19/11 | Air Travel Expense Airfare - VENDOR: Antony B. Klapper, Dec 19, 2011 Travel to Boston, Mass. to meet with client, WR Grace, on specifications inquiry. | 451.40 |
| 12/19/11 | Air Travel Expense Airfare - VENDOR: Joseph Luchini, Dec 19, 2011 Travel to Boston, Mass. to meet with client, WR Grace, on specifications inquiry. | 451.40 |
| 12/20/11 | Air Travel Expense Travel Agent Fee - VENDOR: Lawrence E. Flatley, Travel to/from Pittsburgh PA to Boston Massachusetts for meetings with client re specifications inquiry. Agent change fee. | 22.00 |
| 12/20/11 | Parking/Tolls/Other Transportation Parking - VENDOR: Lawrence E. Flatley, Dec 20, 2011 Travel to/from Pittsburgh PA to Boston Massachusetts for meetings with client re specifications inquiry. PGH AIRPORT PARKING | 24.00 |
| 12/20/11 | Meal Expense Dinner - VENDOR: Lawrence E. Flatley, Dec 20, 2011 Travel to/from Pittsburgh PA to Boston Massachusetts for meetings with client re specifications inquiry. -- Dinner for three (RS attorneys) during travel for client meeting. | 85.00 |
| 12/20/11 | Air Travel Expense Airfare - VENDOR: Lawrence E. Flatley, Dec 20, 2011  Travel to/from Pittsburgh PA to Boston Massachusetts for meetings with client re specifications inquiry | 184.70 |
| 12/20/11 | Mileage Expense Mileage - VENDOR: Lawrence E. Flatley, Dec 20, 2011 Travel to/from Pittsburgh PA to Boston Massachusetts for meetings with client re specifications inquiry -- Mileage to/from PIT Airport | 33.30 |
| 12/20/11 | Parking/Tolls/Other Transportation Parking - VENDOR: Joseph S. Luchini, Dec 20, 2011 Parking at DCA Reagan Airport Travel to Cambridge, MA to meet with WR Grace clients re specifications inquiry. Parking at DCA REAGAN | 20.00 |

```
172573 W. R. Grace & Co.                         Invoice Number   2235729
 60041 Specifications Inquiry                    Page    3
       February 27, 2012
```

| Date | Description | Amount |
|---|---|---|
| 01/04/12 | Telephone Expense<br>17734672013/CHICAGO, IL/4 | .25 |
| 01/04/12 | Telephone Expense<br>13128797200/CHICAGO, IL/5 | .30 |
| 01/04/12 | Telephone - Outside<br>Global Crossing Inv No: 9033625211 -  KLAPPER, ANTONY | 10.54 |
| 01/09/12 | Telephone - Outside<br>Global Crossing Inv No: 9033625211 -  LUCHINI, JOSEPH | 18.66 |
| 01/11/12 | Air Travel Expense Airfare - VENDOR: Lawrence E. Flatley, Jan 11, 2012 Travel from Pittsburgh to Boston and return scheduled for meeting with client.  Client canceled meeting.  No value on tickets for last minute cancellation. | 91.80 |
| 01/11/12 | Air Travel Expense Airfare - VENDOR: Lawrence E. Flatley, Jan 11, 2012 Travel from Pittsburgh to Boston and return scheduled for meeting with client.  Client canceled meeting.  No value on tickets for last minute cancellation. | 47.46 |
| 01/11/12 | Air Travel Expense Travel Agent Fee - VENDOR: Lawrence E. Flatley, Travel from Pittsburgh to Boston and return scheduled for meeting with client.  Client canceled meeting.  No value on tickets for last minute cancellation. Agent change fee. | 22.00 |
| 01/11/12 | Air Travel Expense Travel Agent Fee - VENDOR: Lawrence E. Flatley, Travel from Pittsburgh to Boston and return scheduled for meeting with client.  Client canceled meeting.  No value on tickets for last minute cancellation. Agent change fee. | 22.00 |
| 01/11/12 | Telephone - Outside<br>Global Crossing Inv No: 9033625211 -  LUCHINI, JOSEPH | 8.10 |
| 01/17/12 | Telephone - Outside<br>Global Crossing Inv No: 9033625211 -  KLAPPER, ANTONY | 9.33 |
| 01/19/12 | Parking/Tolls/Other Transportation Parking - VENDOR: Antony B. Klapper, Jan 19, 2012 Travel to Boston, Mass. to meet with client, WR Grace, on specifications inquiry. Airport parking at | 20.00 |

```
172573 W. R. Grace & Co.                          Invoice Number   2235729
60041  Specifications Inquiry                     Page     4
       February 27, 2012
```

|  |  |  |
|---|---|---|
|  | Reagan National Airport. |  |
| 01/19/12 | Taxi Expense Taxi - VENDOR: Antony B. Klapper, Jan 19, 2012 Travel to Boston, Mass. to meet with client, WR Grace, on specifications inquiry. Cab from airport to WR Grace Office. | 51.00 |
| 01/20/12 | Telephone Expense<br>16174983826/CAMBRIDGE, MA/4 | .25 |
| 01/23/12 | Telephone - Outside<br>Global Crossing Inv No: 9033625211 - KLAPPER, ANTONY | 13.07 |
| 01/24/12 | Telephone - Outside<br>Global Crossing Inv No: 9033625211 - KLAPPER, ANTONY | 9.39 |
| 01/24/12 | Telephone - Outside<br>Global Crossing Inv No: 9033625211 - KLAPPER, ANTONY | 29.48 |
|  | CURRENT EXPENSES | 1,943.73 |
|  | TOTAL BALANCE DUE UPON RECEIPT | $1,943.73 |