**EXHIBIT A**

### Matter 19-Claims (Non-Asbestos)

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/3/2012 | John Donley | .20 | Correspond with L. Esayian re Intrawest motion and review revisions to stipulation. |
| 1/3/2012 | Lisa G Esayian | 1.30 | Confer with R. Wyron re Intrawest issues (.4); confer with J. Hughes and R. Finke re same (.3); confer with Intrawest's counsel D. Colihan re same (.4); draft certification of counsel re resolution of Intrawest lift-stay motion (.2). |
| 1/4/2012 | Lisa G Esayian | 1.50 | Update R. Finke and J. Hughes re Intrawest lift-stay motion (.3); review and reply to additional questions from Intrawest's counsel re insurance issues (.5); confer with J. Hughes re same (.4); confer with Orrick re same (.3). |
| 1/5/2012 | Lisa G Esayian | .70 | Confer with J. Hughes and J. Posner re Intrawest's insurance questions (.5); confer with K. Makowski re status of Intrawest matter for 1/23 hearing agenda (.2). |
| 1/6/2012 | Lisa G Esayian | 1.40 | Confer with J. Hughes re Intrawest's additional insurance questions (.5); correspond with Intrawest's counsel D. Colihan re finalizing stipulation (.4); update R. Finke re same (.2); correspond with K. Makowski re filing stipulation and agenda description re same (.3). |
| 1/10/2012 | Lisa G Esayian | .30 | Confer with Intrawest's counsel re stipulation submitted to court and likely timing of court order. |
| 1/13/2012 | Lisa G Esayian | .30 | Confer with K. Makowski re revisions to 1/23 hearing re Intrawest matter. |
| 1/16/2012 | Lisa G Esayian | .50 | Confer with various parties re their questions re status of Intrawest lift-stay motion. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/17/2012 | John Donley | .30 | Review Intrawest order and various recent pleadings. |
| 1/17/2012 | Lisa G Esayian | .50 | Review court's order approving Intrawest lift-stay stipulation (.2); confer with various parties re same (.3). |
| | Total: | 7.00 | |

## Matter 20-Case Administration

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/3/2012 | Andrew Brniak | .20 | Review and compile recently filed pleadings and correspond with working group re same. |
| 1/4/2012 | Andrew Brniak | .20 | Review and compile recently filed pleadings and correspond with working group re same. |
| 1/6/2012 | Andrew Brniak | .20 | Review and compile recently filed pleadings and correspond with working group re same. |
| 1/10/2012 | Andrew Brniak | .20 | Review and compile recently filed pleadings and correspond with working group re same. |
| 1/18/2012 | Andrew Brniak | .20 | Review and compile recently filed pleadings and correspond with working group re same. |
| 1/23/2012 | Andrew Brniak | .30 | Review and compile recently filed pleadings and correspond with working group re same. |
| 1/26/2012 | Andrew Brniak | .30 | Review and compile recently filed pleadings and correspond with working group re same. |
| 1/30/2012 | Andrew Brniak | 1.40 | Review and compile docketed pleadings and correspond with J. Michael Jones re same. |
| 1/31/2012 | Andrew Brniak | .20 | Review and compile recently filed pleadings and correspond with working group re same. |
| | Total: | 3.20 | |

**Matter 30-Hearings**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/17/2012 | Kimberly K Love | .40 | Prepare and organize attorneys' appearances for upcoming hearing. |
| | Total: | .40 | |

### Matter 32-Fee Applications, Applicant

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/3/2012 | Adam C Paul | 1.90 | Prepare response to fee auditor (1.4); analyze and revise same (.5). |
| 1/5/2012 | Christine A Farmer | .10 | Correspond with J. Gettleman re supplemental affidavit of disinterestedness. |
| 1/5/2012 | Jeffrey Gettleman | .20 | Correspond with C. Farmer re comment re 29th supplemental affidavit (.1); correspond with A. Paul re same (.1). |
| 1/6/2012 | Christine A Farmer | .30 | Correspond with J. Gettleman re Sun Capital subsidiary (.1); research conflicts results re same (.2). |
| 1/6/2012 | Jeffrey Gettleman | .20 | Correspond with A. Paul re comments to 29th supplemental affidavit (.1); correspond with C. Farmer re same (.1). |
| 1/9/2012 | Christine A Farmer | .60 | Correspond with J. Gettleman re supplemental disclosure (.1); confer and correspond with L. Scussel re same (.2); revise affidavit re same (.2); correspond with C. Husnick and local counsel re filing (.1). |
| 1/9/2012 | Jeffrey Gettleman | .40 | Correspond with C. Farmer re additional disclosure in 29th supplemental affidavit (.1); correspond with L. Scussel re same (.1); correspond with C. Farmer re analysis of Community Distributors disclosure re same (.1); correspond with C. Farmer and C. Husnick re revised 29th supplemental affidavit (.1). |
| 1/12/2012 | Adam C Paul | 1.10 | Analyze and revise December fee application. |
| 1/23/2012 | Maureen McCarthy | 1.70 | Draft December fee application. |
| 1/24/2012 | Adam C Paul | .40 | Analyze and revise Kirkland fee application. |
| 1/25/2012 | Maureen McCarthy | .80 | Revise December fee application. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/30/2012 | Maureen McCarthy | 1.30 | Review, revise and finalize December fee application for filing and service (.9); prepare and review materials re forty-third quarterly fee application (.4). |
| 1/31/2012 | Maureen McCarthy | 1.70 | Begin draft of forty-third quarterly fee application (1.5); prepare and distribute December fee application to the fee auditor (.2). |
| | Total: | 10.70 | |

## Matter 35-Fee Applications Other

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/4/2012 | Kimberly K Love | 4.80 | Review and obtain information re ordinary course professionals as requested by J. Baer. |
| 1/4/2012 | Adam C Paul | .30 | Confer with R. Finke re PwC application. |
| 1/6/2012 | Kimberly K Love | 2.70 | Review and obtain information re ordinary course professionals as requested by J. Baer. |
| 1/10/2012 | Kimberly K Love | 3.90 | Review and obtain information re Cahill Gordon as requested by J. Baer. |
| 1/13/2012 | Kimberly K Love | 2.00 | Review files for information re Barnes & Thornburg as requested by J. Baer. |
| 1/17/2012 | Kimberly K Love | 1.20 | Review files for information re Barnes & Thornburg and Cahill Gordon as requested by J. Baer. |
| 1/25/2012 | Kimberly K Love | 3.50 | Prepare and organize CNO's requested by Norton Rose (.7); review and organize ordinary course professional affidavits for case files (2.8). |
| | Total: | 18.40 | |

## Matter 37-Plan and Disclosure Statement

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/1/2012 | Adam C Paul | 2.20 | Analyze and comment on Libby proposal (1.3); correspond with J. Donley re same (.5); prepare for call with client re same (.4). |
| 1/2/2012 | John Donley | 3.60 | Review, analyze and outline Libby settlement issues (.8); review and revise Libby draft settlement papers (1.0); draft memo to client re same (.5); confer with A. Paul re same (.3); confer with M. Shelnitz, R. Finke and A. Paul re Libby issues (1.0). |
| 1/2/2012 | Jeffrey Gettleman | .20 | Correspond with A. Paul re Grace/Libby settlement issues. |
| 1/2/2012 | Adam C Paul | 2.20 | Confer with J. Donley re Libby proposal (.4); prepare for call with client re same (.3); correspond with J. Gettleman re same (.2); confer with M. Shelnitz re same (1.0); review J. Donley analysis of Libby proposal (.3). |
| 1/2/2012 | Rana Barakat | 3.70 | Conduct research re new cases re equitable mootness in circuit courts (.2); review dockets of asbestos bankruptcy cases (.5); review recent rulings and developments in asbestos bankruptcy cases (1.2); draft summary of key developments relevant to Grace (1.8). |
| 1/3/2012 | John Donley | 1.10 | Confer with J. Baer re Libby strategy (.3); analyze and draft summary of Libby issues (.8). |
| 1/3/2012 | Lisa G Esayian | .40 | Attend to issues re pending PD appeals and confer with R. Finke re same. |
| 1/3/2012 | Lisa G Esayian | 1.40 | Analyze Anderson Memorial claims. |
| 1/3/2012 | Andrew Brniak | .90 | Prepare and compile precedent re term sheets (.8); correspond with J. Gettleman and A. Paul re same (.1). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/3/2012 | Jeffrey Gettleman | 1.60 | Correspond with A. Paul re edits to Libby term sheet (.1); confer with A. Brniak re precedential term sheets re Libby settlement (.3); correspond with A. Paul re same (.1); correspond with A. Paul re Libby settlement term sheet (.1); confer with A. Paul re re-drafting Libby settlement term sheet (.3); draft, review and revise Libby term sheet (.7). |
| 1/3/2012 | Adam C Paul | 5.10 | Correspond with J. Donley re Libby meeting (.4); correspond with J. Gettleman re Libby proposal (.2); prepare for Libby meeting (1.2); analyze and revise term sheet (1.4); prepare for district court opinion (1.2); confer with J. Gettleman re Libby (.3); correspond with J. Baer re claims (.2); analyze and revise certificate of counsel (.2). |
| 1/3/2012 | Rana Barakat | 2.50 | Conduct research re new developments in equitable mootness case law in Fourth and Seventh Circuits (.4); review and analyze recent case law in Fourth and Seventh Circuits re equitable mootness doctrine (1.7); draft summary re same (.4). |
| 1/4/2012 | John Donley | 1.20 | Analyze and outline Libby negotiation issues (.8); review correspondence from M. Cascino re discovery and Henry study protective order issues (.1); review correspondence from B. Stansbury re same (.1); draft correspondence to J. Hughes and B. Stansbury re next steps (.2). |
| 1/4/2012 | Lisa G Esayian | 1.50 | Analyze Anderson Memorial class issues. |
| 1/4/2012 | Inbal Hasbani | 4.20 | Draft and revise Libby settlement term sheet (3.7); confer with J. Gettleman re same (.5). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/4/2012 | Kimberly K Love | .80 | Prepare and organize information re various pleadings requested by I. Hasbani. |
| 1/4/2012 | Jeffrey Gettleman | 1.70 | Correspond with A. Paul re Libby term sheet (.1); confer with A. Paul re settlement meeting re same (.1); confer with I. Hasbani re revisions to Libby term sheet (.3); review and revise draft Libby term sheet (.3); confer with I. Hasbani re same (.1); correspond with A. Paul and I. Hasbani re draft term sheet (.2); correspond with I. Hasbani re revised Libby term sheet (.1); correspond with A. Paul re same (.1); confer with A. Paul and I. Hasbani re same (.4). |
| 1/4/2012 | Adam C Paul | 4.10 | Analyze spreadsheet of claims required under plan (.9); analyze and revise Libby term sheet (2.1); prepare for conference re same (1.1). |
| 1/4/2012 | Rana Barakat | .80 | Research and review new developments in asbestos bankruptcy cases (.2); review and revise summary re same (.6). |
| 1/5/2012 | John Donley | 7.10 | Prepare for Libby strategy meeting, including review documents and analyze and outline strategy (1.5); confer with A. Paul re various Libby strategy issues (.4); strategy conference with M. Shelnitz, R. Finke, A. Paul, J. Baer, P. Lockwood R. Frankel and E. Inselbuch re Libby strategy and mediation (3.5); review and revise term sheet drafts (1.0); confer with M. Shelnitz re strategy (.7). |
| 1/5/2012 | Inbal Hasbani | .70 | Draft and revise Libby term sheet. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/5/2012 | Jeffrey Gettleman | .50 | Correspond with A. Paul re comments to term sheet (.2); correspond with I. Hasbani re same (.1); confer with E. O'Connor re revisions to Libby term sheet (.1); correspond with A. Paul and I. Hasbani re same (.1). |
| 1/5/2012 | Adam C Paul | 8.10 | Prepare for meeting with ACC/FCR re Libby mediation (2.4); correspond with J. Gettleman re Libby issues (.2); participate in strategy session with ACC/FCR re Libby mediation (5.5). |
| 1/5/2012 | Rana Barakat | 1.70 | Research new developments in asbestos bankruptcy cases (.7); review and revise summary re same (1.0). |
| 1/6/2012 | John Donley | 5.20 | Revise term sheet and related papers and analyze various modifications and drafts (2.2); confer with A. Paul and D. Cohn re Libby negotiations (1.2); prepare for same (.5); confer with A. Paul re Libby negotiation (.5); confer with M. Shelnitz and R. Finke re Libby strategy (.3); confer with ACC, FCR, A. Paul and Grace re Libby negotiations strategy and developments (.5). |
| 1/6/2012 | Lisa G Esayian | .30 | Correspond with A. Rich re Garlock. |
| 1/6/2012 | Jeffrey Gettleman | .20 | Correspond with A. Paul and others re revised Libby settlement term sheet. |
| 1/6/2012 | Adam C Paul | 8.10 | Confer with D. Cohn, J. Heberling and J. Donley re Libby mediation (1.1); prepare for same (.8); revise Libby term sheet (2.7); correspond with J. Gettleman re term sheet (.2); prepare for Libby mediation (2.1); correspond with D. Cohn re Libby term sheet (.7); confer with R. Finke re same (.2); confer with J. Donley re Libby mediation (.3). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/6/2012 | Rana Barakat | 2.70 | Research new developments in asbestos bankruptcy cases (.7); review and analyze recent filings, orders and other new developments in asbestos bankruptcy cases (1.2); summarize same (.8). |
| 1/8/2012 | Jeffrey Gettleman | .10 | Correspond with A. Paul re plan issues and motion to approve Libby settlement. |
| 1/8/2012 | Adam C Paul | 2.70 | Prepare for mediation. |
| 1/9/2012 | John Donley | 10.30 | Prepare for Libby negotiation (1.8); participate in Libby negotiation (8.5). |
| 1/9/2012 | Lisa G Esayian | 2.50 | Analyze correspondence from J. Gettleman and A. Paul re Anderson Memorial and analyze Anderson appeal-related issues (1.5); analyze appeals re insurance-related objections (1.0). |
| 1/9/2012 | Jeffrey Gettleman | 1.10 | Correspond with L. Esayian re analysis of Stern v. Marshall (.2); legal research re same (.1); confer and correspond with I. Hasbani re drafting Libby settlement motion (.3); correspond with J. Baer and R. Higgins re omnibus hearings (.1); correspond with R. Higgins re 2012 omnibus hearing schedule re Libby settlement (.1); correspond with A. Paul and I. Hasbani re same (.1); correspond with A. Paul and V. Hood re medical records issues re Libby settlement (.1); correspond with A. Paul re Libby settlement (.1). |
| 1/9/2012 | Adam C Paul | 12.90 | Prepare for and participate in Libby mediation. |
| 1/10/2012 | John Donley | 2.60 | Review, draft and revise term sheet papers re Libby (2.0); confer and correspond with A. Paul re same (.4); confer with F. McGovern re same (.2). |
| 1/10/2012 | Lisa G Esayian | 3.00 | Analyze and revise audit letter response. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/10/2012 | Inbal Hasbani | .30 | Correspond with J. Gettleman re Libby settlement. |
| 1/10/2012 | Jeffrey Gettleman | 1.20 | Correspond with I. Hasbani re Libby settlement issues (.2); correspond with A. Paul re final version of Libby settlement term sheet (.1); correspond with A. Paul re Libby settlement motion (.1); correspond with I. Hasbani re same (.1); correspond with A. Paul re BNSF settlement term sheet (.1); correspond with I. Hasbani re timing of Libby settlement motion (.1); correspond with A. Paul re same (.1); correspond with I. Hasbani and A. Paul re Libby settlement motion (.2); correspond with A. Paul and M. Giannotto re independent actions term sheet (.1); correspond with A. Paul, M. Shelnitz and others re same (.1). |
| 1/10/2012 | Adam C Paul | 7.90 | Prepare for and participate in Libby mediation. |
| 1/11/2012 | John Donley | 3.50 | Strategy call re Libby with R. Frankel, P. Lockwood, M. Shelnitz, A. Paul and others (.7); confer with M. Shelnitz and A. Paul re Libby issues (.3); review drafts relating to negotiations and make comments to same (1.1); analyze timing issues relating to motions and settlement issues (.9); confer with F. McGovern re Libby term sheet (.2); correspond with J. Aldock, F. McGovern, ACC and FCR counsel re negotiations (.3). |
| 1/11/2012 | Lisa G Esayian | 4.00 | Analyze and revise audit letter response. |
| 1/11/2012 | Inbal Hasbani | 2.90 | Confer with J. Gettleman and A. Paul re settlement discussions and drafting order (.6); review materials re same (2.3). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/11/2012 | Kimberly K Love | 2.50 | Prepare and organize disclosure statement materials requested by I. Hasbani (.8); review and obtain materials and information re various Libby issues (1.7). |
| 1/11/2012 | Jeffrey Gettleman | 1.10 | Correspond with A. Paul and I. Hasbani re deadlines for definitive documentation re Libby settlement (.3); correspond with I. Hasbani and A. Paul re timing for motion and order drafting re Libby settlement (.2); confer with A. Paul and I. Hasbani re Libby settlement and next steps (.4); confer with I. Hasbani re precedential orders re same (.1); correspond with A. Brniak re same (.1). |
| 1/11/2012 | Adam C Paul | 7.20 | Confer with M. Shelnitz re Libby mediation (.6); confer with ACC/FCR re same (.8); correspond with Libby mediation participants re Libby mediation (.7); confer with J. Aldock and D. Cohn re same (.7); confer with J. Gettleman and I. Hasbani re Libby mediation (1.2); analyze Libby pleadings (2.1); finalize Libby mediation documents (1.1). |
| 1/12/2012 | Lisa G Esayian | 2.00 | Correspond with T. Schiavoni re issues re Libby and BNSF appeals of Royal settlement (.4); confer with R. Finke re Anderson Memorial issues (.6); research re representative plaintiff issues (1.0). |
| 1/12/2012 | Lisa G Esayian | 2.60 | Analyze and revise Grace audit letter response. |
| 1/12/2012 | Inbal Hasbani | 4.30 | Review settlement agreements, disclosure statement and settlement order precedent to begin drafting Libby settlement order. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/12/2012 | Jeffrey Gettleman | 1.60 | Correspond with I. Hasbani re precedential orders re Libby settlement (.1); review and analyze materials re Libby Medical program (.4); correspond with I. Hasbani re drafting settlement papers re same (.2); correspond with I. Hasbani re precedential settlement orders (.2); review and analyze CNA order re same (.2); correspond with I. Hasbani re same (.1); correspond with A. Paul and I. Hasbani re term sheets for Libby settlement (.2); correspond with A. Paul and I. Hasbani re BNSF settlement (.2). |
| 1/12/2012 | Adam C Paul | 2.10 | Revise audit response. |
| 1/12/2012 | Adam C Paul | 4.20 | Finalize Libby mediation documents (1.3); confer with R. Finke re same (.3); correspond with D. Cohn and F McGovern re same (.6); correspond with R. Wyron re BNSF documents (.3); analyze Libby mediation documents (1.1); correspond with B. Phillips re BNSF claim (.3); correspond with M. Shelnitz re Libby mediation (.3). |
| 1/13/2012 | Lisa G Esayian | 2.70 | Analyze and revise audit letter response (2.5); correspond with A. Paul re same (.2). |
| 1/13/2012 | Inbal Hasbani | 2.50 | Draft and revise settlement order. |
| 1/13/2012 | Jeffrey Gettleman | .30 | Correspond with A. Paul re comments to precedential settlement/sale orders (.1); correspond with A. Paul with Stern v. Marshall question (.1); correspond with I. Hasbani re precedential orders re Libby settlement (.1). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/13/2012 | Adam C Paul | 5.20 | Finalize Libby term sheets (1.9); confer with M. Shelnitz re same (.4); analyze disclosure of Libby discussions (1.3); confer with D. Cohn re same (.7); multiple conferences with M. Shelnitz re same (.9). |
| 1/13/2012 | Adam C Paul | .80 | Analyze and revise audit letter. |
| 1/14/2012 | Adam C Paul | .30 | Correspond with J. Donley re Libby negotiations. |
| 1/15/2012 | John Donley | 3.60 | Review various settlement paper drafts and correspondence from co-counsel re same (2.1); confer and correspond with A. Paul re settlement issues and drafts relating to Libby (.5); review documents in preparation for Board meeting (1.0). |
| 1/15/2012 | Adam C Paul | .50 | Correspond with J. Donley re Libby negotiations (.2); correspond with R. Wyron re BNSF negotiations (.3). |
| 1/16/2012 | John Donley | .50 | Analyze and revise audit letter response. |
| 1/16/2012 | John Donley | 11.60 | Review, analyze and draft outline of appeal issues for Libby and BNSF (2.8); same for other appellants and how their arguments overlap, or do not, with Libby and BNSF (1.5); review documents in preparation for Board meeting (1.5); draft slide presentation for Board meeting (2.4); revise slides (1.8); review and comment on various settlement drafts (1.0); review J. Baer correspondence and Garlock discovery documents (.2); confer and correspond with M. Shelnitz re Board presentation (.4) |
| 1/16/2012 | Lisa G Esayian | .50 | Finalize WR Grace audit letter response. |
| 1/16/2012 | Inbal Hasbani | 2.80 | Draft and revise Libby settlement approval order. |

| Date | Name | Hours | Description |
|---|---|---|---|
| 1/16/2012 | Jeffrey Gettleman | .20 | Correspond with I. Hasbani re draft of Libby settlement approval order (.1); correspond with A. Paul re same (.1). |
| 1/16/2012 | Adam C Paul | 2.10 | Analyze and revise board presentations (1.2); correspond with J. Donley re same (.6); correspond with J. Baer re Garlock subpoena (.3). |
| 1/17/2012 | John Donley | 9.00 | Review plan and appellate briefing in preparation for BOD meeting (1.8); draft and revise Board presentation slides (2.3); confer with M. Shelnitz re Libby and BOD presentation (1.5); correspond with M. Filip re Buckwalter issue (.4); analyze bifurcation issue (.4); correspond with C. Landau and A. Paul re same (.2); review research and rules re appellate procedure, stay, bond and timing (1.0); confer with D. Cohn re Libby issues (.4); review settlement drafts (.6); confer and correspond with A. Paul re BOD issues (.4). |
| 1/17/2012 | Lisa G Esayian | 1.30 | Correspond with various parties re stipulation proposed by Arrowood re BNSF and Libby appeals of Arrowood settlement (.5); confer with R. Finke re Anderson Memorial class issues (.8). |
| 1/17/2012 | Lisa G Esayian | .70 | Finalize audit letter response (.4); correspond with audit letter staff re same (.3). |
| 1/17/2012 | Jeffrey Gettleman | .10 | Correspond with A. Paul and J. Donley re Fresenius note issuance. |
| 1/17/2012 | Adam C Paul | 5.40 | Finalize board presentation (1.3); analyze Libby term sheets (2.1); correspond with M. Shelnitz re same (.4); confer with C. Landau re appeal (.3); correspond with M. Shelnitz re same (.3); confer with P. Lockwood re Garlock (.8); confer with J. Baer re same (.2). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/17/2012 | Brian T Stansbury | 1.50 | Confer with R. Finke re restrictions on use of EPA records (.4); confer with D. Rooney re production of EPA records (.3); analyze protective orders (.5); analyze transmittal letters to determine confidentiality restrictions governing EPA documents (.3). |
| 1/18/2012 | John Donley | 7.30 | Prepare for and participate in BOD meeting (5.5); review and analyze Libby settlement documents and related plan documents (1.8). |
| 1/18/2012 | Adam C Paul | 6.40 | Finalize term sheets (1.2); assist J. Donley with board meeting preparation (1.7); analyze and revise order re Libby (2.9); confer with J. Donley re term sheets and board meeting (.6). |
| 1/18/2012 | Brian T Stansbury | .90 | Determine protective status of Rohs data (.4); identify Moolgavkar expert reports in various matters in response to request from R. Finke (.5). |
| 1/18/2012 | Patrick J King | 1.90 | Analyze R. Locke Montana grand jury testimony materials for client (1.6); correspond with T. Mace and D. Rooney re same (.3). |
| 1/19/2012 | John Donley | 5.50 | Separate conferences with D. Cohn, M. Giannotto, A. Paul and R. Frankel re Libby issues (.4); correspond with M. Shelnitz re Libby issues (.3); prepare for telephone conference with chambers (1.0); confer with plan proponents and M. Shelnitz re same (.5); confer with chambers and various counsel re confidential term sheets (.3); continue review and analysis of Libby settlement issues and drafts (2.5); review Tanc stipulation and correspond with A. Paul and L. Esayian re same (.3); correspond with A. Paul re settlement issues (.2). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/19/2012 | Lisa G Esayian | .90 | Work on Anderson class issues. |
| 1/19/2012 | Jeffrey Gettleman | .30 | Confer with A. Paul re comments to draft Libby settlement order. |
| 1/19/2012 | Adam C Paul | 6.70 | Confer with J. Donley re Libby and district court (.4); correspond with J. Donley re same (.3); prepare for district court hearing (.9); participate in same (.4); analyze and revise BNSF settlement agreement (1.9); correspond with R. Wyron re same (.4); finalize term sheets (1.1); confer with J. Gettleman re Libby order (.2); analyze and revise credit agreement motion (1.1). |
| 1/19/2012 | Rana Barakat | 1.60 | Review and analyze recent developments in case law re equitable mootness doctrine (1.2); draft summary re same (.4). |
| 1/20/2012 | John Donley | 1.40 | Review Libby drafts and correspond with L. Esayian and A. Paul re Libby issues (1.0); confer with D. Cohn re Libby issues (.4). |
| 1/20/2012 | Lisa G Esayian | 1.00 | Correspond with multiple parties re Arrowood's proposed stipulations re Libby and BNSF appeals of CNA settlement (.7); update R. Finke re same (.3). |
| 1/20/2012 | Inbal Hasbani | .80 | Confer with J. Gettleman re settlement order. |
| 1/20/2012 | Jeffrey Gettleman | .30 | Correspond with I. Hasbani re A. Paul comments to draft Libby settlement order (.1); confer with I. Hasbani re comments to Libby settlement order (.2). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/20/2012 | Adam C Paul | 3.90 | Participate in conference call with committees re pension motion (.8); analyze background information re same (.2); correspond with M. Shelnitz re Libby term sheets (.2); receipt and review of correspondence from M. Giannotto re Libby settlement agreements (.1); analyze settlement agreements (1.2); analyze Arrowood stipulation (.8); correspond with D. Cohn and L. Esayian re same (.4); correspond with R. Wyron re same (.2). |
| 1/20/2012 | Rana Barakat | 1.10 | Review and analyze recent developments in case law re equitable mootness doctrine (.7); draft summary re same (.4). |
| 1/22/2012 | Adam C Paul | 1.40 | Analyze and revise pension motion (.9); correspond with R. Higgins re same (.2); analyze settlement agreements (.3). |
| 1/23/2012 | John Donley | 5.40 | Review various recent pleadings and filings (.2); correspond with P. Lockwood and J. Baer re Grace discovery issue (.1); confer with Judge Buckwalter's chambers re timing and group call (.2); confer with D. Cohn re Libby issues (.4); confer and correspond with A. Paul re settlement issues (.5); confer with M. Shelnitz re Libby issues (.3); confer with R. Frankel re same (.3); review and analyze various current drafts and revisions to settlement papers and stipulation (2.4); analyze options re bifurcation deferral and/or other timing and procedural aspects of ruling (1.0). |
| 1/23/2012 | Lisa G Esayian | 2.40 | Review and revise BNSF/Libby/insurer draft settlement agreements. |
| 1/23/2012 | Inbal Hasbani | 2.10 | Draft and revise settlement order. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/23/2012 | Jeffrey Gettleman | .20 | Correspond with A. Paul re BNSF indemnification claim settlement agreement (.1); correspond with A. Paul re settlements (.1). |
| 1/23/2012 | Adam C Paul | 6.80 | Confer with J. Donley re district court opinion (.8); confer with M. Shelnitz re same (.7); confer with J. Aldock re same (.4); analyze and revise CNA settlement agreements (3.2); correspond with L. Esayian and J. Aldock re same (.6); analyze appellate issues (1.1). |
| 1/24/2012 | John Donley | 6.50 | Review and analyze Thorpe opinion (.8); confer with A. Paul re same (.1); draft correspondence to client and R. Barakat re same (.1); separate conferences with J. Aldock, B. Phillips, D. Cohn and R. Frankel re Libby and BNSF settlement issues (1.0); confer with M. Shelnitz re same (.3); confer and correspond with A. Paul re Libby issues (.6); review revised drafts of the various settlement papers (.9); confer with Judge Buckwalter and other counsel re issuance of opinion (.4); prepare for same (.3); biweekly strategy call with ACC (Lockwood) and FCR (Frankel, Wyron) with A. Paul and others re counsel strategy issues (1.2); prepare for same (.3); review appellate rules and timing (.5). |
| 1/24/2012 | Inbal Hasbani | 3.30 | Telephone conference with court and settlement parties re effect of court's opinion on settlement discussions (.6); confer with J. Gettleman re same (.2); draft and revise settlement approval order (2.5). |

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 1/24/2012 | Jeffrey Gettleman | 1.00 | Attend telephonic conference with Judge Buckwalter re issuance of confirmation appeal opinion (.6); confer with I. Hasbani re same (.1); correspond with I. Hasbani re revised draft of Libby settlement approval order (.1); confer with A. Paul re issuance of confirmation opinion by District Court (.2). |
| 1/24/2012 | Adam C Paul | 6.40 | Confer with ACC and FCR counsel re district court opinion (1.1); prepare for district court hearing (.8); participate in district court hearing (.4); confer with M. Shelnitz re same (.4); confer with J. Donley re same (.6); analyze and revise district action settlement (2.5); analyze Garlock subpoena (.4); correspond with J. Donley and P. Lockwood re Thorpe opinion (.2). |
| 1/24/2012 | Rana Barakat | .70 | Review summary of Ninth Circuit decision denying confirmation in Thorpe (.1); confer with J. Donley re same (.1); edit update to equitable mootness research (.5). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/25/2012 | John Donley | 4.20 | Analyze confidential settlement issues and review and analyze draft documents (2.3); confer and correspond with R. Frankel re settlement issues (.2); correspond with P. Lockwood re same (.1); confer and correspond with A. Paul re settlement issues (.4); confer with chambers and draft correspondence to co-counsel and opposing counsel re timing of opinion (.2); confer and correspond with M. Shelnitz re settlement and appeal issues (.4); draft correspondence to K&E working group re appeal issues (.2); review R. Barakat memorandum re key developments in other 524(g) cases relevant to Grace (.4). |
| 1/25/2012 | Lisa G Esayian | 1.60 | Correspond with T. Schiavoni re stipulation requested by Arrowood re BNSF and Libby appeals of Arrowood settlement (.4); analyze cases re certain class issues relevant to Anderson Memorial (1.2). |
| 1/25/2012 | Inbal Hasbani | .20 | Correspond re Libby settlement order. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/25/2012 | Jeffrey Gettleman | 2.00 | Correspond with A. Paul re Libby settlement order (.1); correspond with J. Donley re expected opinion from Judge Buckwalter (.1); correspond with A. Paul re medical privacy issues re Libby settlement (.1); correspond with I. Hasbani re Libby issues (.2); correspond with J. Bernstein re same (.1); correspond with A. Brniak re precedential order re Libby medical plan settlement (.1); correspond with I. Hasbani re same (.1); review and revise revised draft of Libby settlement order (.8); review plan and disclosure statement re same (.2); review precedential orders re same (.2). |
| 1/25/2012 | Adam C Paul | 2.60 | Confer with J. Bernstein re privacy laws (.4); correspond with R. Finke re same (.2); analyze medical privacy issues (.6); correspond with R. Finke and K. Asimacopoulos re UK administration (.3); analyze and revise settlement agreements and Libby order (1.1). |
| 1/26/2012 | John Donley | 2.80 | Review settlement drafts (.8); review, analyze and outline settlement and timing issues and release language (1.7); confer with F. McGovern (.3). |
| 1/26/2012 | Inbal Hasbani | .40 | Review and revise Libby settlement order. |
| 1/26/2012 | Jeffrey Gettleman | 1.40 | Draft revision inserts for order approving Libby settlement (.3); correspond with I. Hasbani and A. Paul re edits to Libby settlement order (.3); review and revise Libby settlement order (.7); correspond with A. Paul re same (.1). |
| 1/26/2012 | Adam C Paul | 2.70 | Analyze appellate pleadings (1.1); prepare for district court order (1.3); correspond with J. Donley re Third Circuit appeal (.3). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/27/2012 | Jack N Bernstein | 2.80 | Analyze Libby settlement issues (.9); review health care privacy issues (1.0); confer with A. Paul re same (.5); prepare correspondence re same (.4). |
| 1/27/2012 | John Donley | 3.40 | Review sections I through III of briefing, other key sections and authorities and review options for procedural steps depending on content of affirmation order and outline options (2.6); review draft release language (.3); confer and correspond with A. Paul re Libby issues (.3); correspond with D. Cohn re Libby issues (.2). |
| 1/27/2012 | Andrew Brniak | .80 | Review and compile civil docketed pleadings and correspond with J. Gettleman re same. |
| 1/27/2012 | Jeffrey Gettleman | 2.80 | Confer with A. Brniak re appellate briefing documents (.1); review same (.1); correspond with A. Brniak re documents to review prior to receipt of Judge Buckwalter opinion (2.4); review Garlock and Grace appellate briefs in preparation for analysis of Judge Buckwalter opinion (.1); correspond with A. Paul re comments to draft Libby settlement order (.1). |
| 1/27/2012 | Adam C Paul | 3.10 | Prepare for district court order (1.3); analyze and revise order re Libby (1.2); correspond with J. Gettleman re same (.2); correspond with J. Donley re district court opinion, press release and Libby order (.4). |
| 1/28/2012 | Lisa G Esayian | .90 | Review Anderson Memorial District Court appeal arguments in preparation for receipt of District Court confirmation opinion. |
| 1/28/2012 | Adam C Paul | 1.90 | Analyze Garlock appellate pleadings. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/29/2012 | Lisa G Esayian | 3.50 | Analyze cases re certain Anderson class issues (2.6); draft analysis for R. Finke re same (.9). |
| 1/29/2012 | Jeffrey Gettleman | .50 | Review and revise draft Libby settlement approval order (.4); correspond with A. Paul and J. Donley re same (.1). |
| 1/30/2012 | Jack N Bernstein | 2.90 | Review HIPAA privacy issues re Libby settlement (.9); legal research re same (2.0). |
| 1/30/2012 | John Donley | 7.10 | Draft, revise and negotiate terms of various press releases relating to settlement (1.5); review current drafts of settlement papers (1.0); review, analyze and edit draft order (1.5); correspond with J. Gettleman and A. Paul re same (.2); separate conferences with D. Cohn, R. Frankel, M. Shelnitz, J. Aldock, R. Phillips and A. Paul re settlement and order issues (1.8); outline next step options after receipt of order (.9); confer with J. O'Neill re order (.2). |
| 1/30/2012 | Lisa G Esayian | 2.00 | Correspond with R. Finke re Anderson issues (.2); confer with J. Donley re District Court opinion (.2); correspond with T. Schiavoni re issues re Libby and BNSF appeals re Arrowood settlement (.3); review recent 9th Circuit opinion in Thorpe asbestos bankruptcy re insurer appeals of plan confirmation (1.3). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/30/2012 | Jeffrey Gettleman | 2.40 | Confer with A. Paul re terms of settlement order (.2); correspond with A. Paul, J. Donley and M. Jones re revised proposed Libby/BNSF settlement approval order (.3); confer with M. Jones re Libby settlement motion (.3); correspond with A. Paul re further comments to Libby settlement order and timing of drafting of motion re same (.1); review and revise Libby settlement order (.4); review Libby medical plan information re same (.3); review BNSF settlement agreement re same (.2); confer with A. Paul re final edits to draft Libby settlement order (.3); correspond with M. Jones re background materials re drafting of Libby/BNSF settlement motion (.2); correspond with A. Paul re drafting of settlement motion (.1). |
| 1/30/2012 | Adam C Paul | 4.60 | Prepare for district court opinion (1.7); confer with J. Donley re same (.4); confer with D. Blaby re same (.2); correspond with J. O'Connell re same (.2); confer with J. Gettleman re Libby order (.2); analyze and revise Libby order (.6); finalize press release (1.1); confer with I. Hasbani re order (.2). |
| 1/30/2012 | Rana Barakat | .80 | Research re developments in key asbestos bankruptcy cases (.1); review portions of appellee's main brief re classification and discrimination claims of BNSF, Montana and Crown in preparation for analysis of district court ruling (.7). |
| 1/31/2012 | Jack N Bernstein | 2.20 | Review Medicare compliance issues re Libby settlement (1.3); prepare correspondence re same (.4); confer re same (.5). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/31/2012 | John Donley | 10.10 | Review, analyze, digest and annotate affirmation opinion (5.5); digest K&E team analyses of particular sections (1.0); confer and correspond with client re opinion (1.0); review, revise, confer and correspond with client (W. Corcoran, R. Finke, M. Shelnitz) re press releases and Libby settlement issues (1.7); confer and correspond with A. Paul re press release, settlement and appeal issues (.5); analyze appellate procedures (.4). |
| 1/31/2012 | Lisa G Esayian | 4.40 | Review selected portions of District Court opinion and outline key points re same (3.5); confer with M. Shelnitz, J. Donley and plan proponents' counsel re same (.9). |
| 1/31/2012 | Eric F Leon | .80 | Review Buckwalter opinion re bank lenders (.6); confer with J. Donley re same (.2). |
| 1/31/2012 | James H M Sprayregen, P.C. | .40 | Review opinion and correspond with J. Donley and A. Paul re strategy and tactics. |
| 1/31/2012 | Nate Kritzer | .90 | Review district court order confirming plan focusing on best interests and objections. |
| 1/31/2012 | Kimberly K Love | 2.30 | Monitor District Court docket for opinion by Judge Buckwalter (.7); obtain electronic opinion and distribute to team (.8); prepare and organize recently received materials for inclusion into case files (.8). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/31/2012 | Jeffrey Gettleman | 2.50 | Correspond with J. Donley and A. Paul re additional comments to Libby settlement order (.2); correspond with J. Donley re Judge Buckwalter opinion (.1); review and analyze same (1.0); draft, review and revise summary of Garlock sections re same (.4); correspond with B. Weiland re review of daily Grace docket updates (.1); correspond with J. Donley re Garlock section of Buckwalter opinion (.2); review and revise draft Libby settlement order (.3); correspond with A. Paul and J. Donley re same (.2). |
| 1/31/2012 | Adam C Paul | 7.10 | Analyze confirmation order (3.2); confer with working group re same (.9); analyze and revise Libby order (1.1); correspond with J. Baer and J. O'Neill re service of notice (.3); respond to inquiries re confirmation order (1.3); correspond with J. Bernstein and R. Finke re medical information (.3). |
| 1/31/2012 | Brian T Stansbury | .40 | Analyze opinion issued by District Court. |
| 1/31/2012 | Rana Barakat | 2.30 | Review district court opinion re Grace confirmation order (1.2); correspond with J. Donley re same (.3); review dockets of lead asbestos bankruptcy cases for new developments (.8). |
| 1/31/2012 | Brad Weiland | 2.10 | Review and analyze district court opinion (1.8); correspondence re same (.3). |
| | Total: | 377.10 | |

## Matter 42-Travel non-working

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 1/4/2012 | Adam C Paul | 2.10 | Travel to Washington, DC for meeting re Libby mediation (billed at half time). |
| 1/5/2012 | John Donley | 3.50 | Travel to and from meeting in Washington, DC re Libby mediation (billed at half time). |
| 1/5/2012 | Adam C Paul | 2.70 | Travel from Washington, DC (billed at half time). |
| 1/8/2012 | Adam C Paul | 2.00 | Travel to New York, NY for mediation (billed at half time). |
| 1/9/2012 | John Donley | 2.00 | Travel from New York, NY to Chicago, IL after Libby negotiation (billed at half time). |
| 1/10/2012 | Adam C Paul | 2.40 | Travel from New York, NY for mediation (billed at half time). |
| 1/18/2012 | John Donley | 4.00 | Travel to and from Washington, DC for board meeting (billed at half time). |
| | Total: | 18.70 | |