**EXHIBIT B**

### Matter 42 - Travel Non-Working Expenses - Itemized Expenses

| Service Description | Amount |
|---|---:|
| Local Transportation | $73.00 |
| Travel Expense | $1,226.35 |
| Airfare | $2,160.36 |
| Transportation to/from airport | $792.89 |
| Travel Meals | $191.96 |
| **Total:** | **$4,444.56** |

### Matter 42 - Travel Non-Working Expenses - Itemized Expenses

| Date | Amount | Description |
| --- | --- | --- |
| 12/15/2011 | 700.64 | Adam Paul, Airfare, New York, NY, 01/08/2012 to 01/10/2012, (Conference) |
| 1/3/2012 | 578.08 | Adam Paul, Airfare, Washington, DC, 01/04/2012 to 01/05/2012, (Conference) |
| 1/4/2012 | 8.00 | Adam Paul, Taxi, (Conference) |
| 1/4/2012 | 9.00 | Adam Paul, Taxi, (Conference) |
| 1/4/2012 | 318.04 | John Donley, Airfare, Washington, DC, 01/05/2012 to 01/05/2012, (Conference) |
| 1/4/2012 | 288.80 | John Donley, Airfare, Chicago, IL, 01/05/2012 to 01/05/2012, (Conference) |
| 1/4/2012 | 118.05 | Metropolitan Limousine - Transportation to/from airport, Adam Paul, 01/04/12 |
| 1/5/2012 | 10.00 | Adam Paul, Taxi, (Conference) |
| 1/5/2012 | 285.11 | Adam Paul, Lodging, W Hotel, Washington, DC, 01/04/2012 to 01/05/2012, (Conference) |
| 1/5/2012 | 38.00 | John Donley, Transportation To/From Airport, (Conference) |
| 1/5/2012 | 86.95 | Crown Chauffered Transportation Inc, Transportation to/from airport, John Donley, 01/05/2012 |
| 1/5/2012 | 126.66 | Metropolitan Limousine - Transportation to/from airport, Adam Paul, 01/05/12 |
| 1/5/2012 | 11.25 | Adam Paul, Travel Meals, Washington, DC, (Conference), Breakfast |
| 1/6/2012 | 274.80 | John Donley, Airfare, Chicago, IL, 01/09/2012 to 01/09/2012, (Mediation) |
| 1/8/2012 | 118.79 | Metropolitan Limousine - Transportation to/from airport, Adam Paul, 01/08/12 |
| 1/8/2012 | 70.00 | Adam Paul, Travel Meals, New York, NY, (Conference), Dinner |
| 1/9/2012 | 9.00 | Adam Paul, Taxi, (Conference) |
| 1/9/2012 | 270.98 | John Donley, Lodging, The Westin New York at Times Square, New York, NY, 01/08/2012 to 01/09/2012, (Mediation) |
| 1/9/2012 | 335.13 | Adam Paul, Lodging, W Hotel, New York, NY, 01/08/2012 to 01/09/2012, (Conference) |
| 1/9/2012 | 38.00 | John Donley, Transportation To/From Airport, (Mediation) |
| 1/9/2012 | 40.00 | John Donley, Transportation To/From Airport, (Mediation) |

| Date | Amount | Description |
|---|---:|---|
| 1/9/2012 | 70.00 | Adam Paul, Travel Meals, New York, NY, (Conference), Dinner |
| 1/9/2012 | 30.97 | Adam Paul, Travel Meals, New York, NY, (Conference), Breakfast |
| 1/10/2012 | 10.00 | Adam Paul, Taxi, (Conference) |
| 1/10/2012 | 12.00 | Adam Paul, Taxi, (Conference) |
| 1/10/2012 | 15.00 | Adam Paul, Taxi, (Conference) |
| 1/10/2012 | 335.13 | Adam Paul, Lodging, W Hotel, New York, NY, 01/09/2012 to 01/10/2012, (Conference) |
| 1/10/2012 | 126.66 | Metropolitan Limousine - Transportation to/from airport, Adam Paul, 01/10/12 |
| 1/10/2012 | 44.40 | Vital Transportation Inc, Passenger: Paul, Adam, Transportation to/from airport, Date: 1/8/2012 |
| 1/10/2012 | 7.03 | Adam Paul, Travel Meals, New York, NY, (Conference), Breakfast |
| 1/10/2012 | 2.71 | Adam Paul, Travel Meals, New York, NY, (Conference), Breakfast |
| 1/24/2012 | 55.38 | Sunny's Executive Sedan Service Inc - Transportation to/from airport, Adam Paul, 01/04/12 |
| Total: | 4,444.56 | |

## Matter 52 - Expenses - Itemized Expenses

| Service Description | Amount |
|---|---:|
| Standard Copies or Prints | $156.30 |
| Third Party Telephone Charges | $24.96 |
| Computer Database Research | $1,736.66 |
| Overnight Delivery | $106.39 |
| Overnight Delivery - Refund | -$74.04 |
| Working Meals/K&E and Others | $219.76 |
| Appearance Fees | $90.00 |
| **Total:** | **$2,260.03** |

## Matter 52 - Expenses - Itemized Expenses

| Date | Amount | Description |
|---|---:|---|
| 12/5/2011 | 651.98 | West, Computer Database Research, Hasbani, Inbal, December 2011 |
| 12/7/2011 | 55.29 | West, Computer Database Research, Esayian, Lisa G., December 2011 |
| 12/29/2011 | 186.27 | West, Computer Database Research, Barakat, Rana, December 2011 |
| 12/31/2011 | 24.96 | Intercall - Third Party Telephone Charges, J. Donley, 12/31/11 |
| 12/31/2011 | 30.00 | Courtcall, LLC - Appearance Fees - CCID 4646445 12/19/2011 Hearing - Janet Baer, U.S. Banruptcy Court-Delaware. |
| 12/31/2011 | 30.00 | Courtcall, LLC - Appearance Fees - CCID 4646451 12/19/2011 Hearing - Roger Higgins, U.S. Banruptcy Court-Delaware. |
| 12/31/2011 | 30.00 | Courtcall, LLC - Appearance Fees - CCID 4646442 12/19/2011 Hearing - Adam Paul, U.S. Bankruptcy Court-Delaware. |
| 1/2/2012 | 7.20 | Standard Prints |
| 1/3/2012 | 1.30 | Standard Prints |
| 1/3/2012 | 9.60 | Standard Prints |
| 1/3/2012 | 0.90 | Standard Prints |
| 1/3/2012 | 9.53 | Fed Exp to: Warren H. Smith, Dallas, TX from: Adam Paul |
| 1/4/2012 | 1.00 | Standard Prints |
| 1/4/2012 | 1.90 | Standard Prints |
| 1/4/2012 | 96.86 | UPS Dlvry to: Kirkland & Ellis LLP, Adam Paul, WASHINGTON, DC from: Adam C. Paul |
| 1/4/2012 | 843.12 | Pacer Service Center, Computer Database Research, 10/1/2011 to 12/31/2011 |
| 1/6/2012 | 5.00 | Standard Prints |
| 1/6/2012 | 0.20 | Standard Prints |
| 1/9/2012 | 0.10 | Standard Prints |
| 1/9/2012 | 6.30 | Standard Prints |
| 1/10/2012 | 7.30 | Standard Prints |
| 1/10/2012 | 0.40 | Standard Prints |
| 1/11/2012 | 0.20 | Standard Prints |
| 1/11/2012 | 0.50 | Standard Prints |
| 1/11/2012 | 4.20 | Standard Prints |

| Date | Amount | Description |
|---|---:|---|
| 1/11/2012 | 0.20 | Standard Prints |
| 1/12/2012 | 0.20 | Standard Prints |
| 1/12/2012 | 5.80 | Standard Prints |
| 1/13/2012 | 219.76 | Seamless North America Inc - Working Meals/K&E and Others, 1/5/2012, Lunch for 10 people for client conference, J. Donley |
| 1/16/2012 | 24.80 | Standard Prints |
| 1/16/2012 | 0.30 | Standard Prints |
| 1/16/2012 | 14.50 | Standard Prints |
| 1/18/2012 | 16.20 | Standard Prints |
| 1/18/2012 | 1.10 | Standard Prints |
| 1/18/2012 | 1.10 | Standard Prints |
| 1/18/2012 | 0.10 | Standard Prints |
| 1/19/2012 | 13.90 | Standard Prints |
| 1/20/2012 | 0.10 | Standard Prints |
| 1/20/2012 | 0.40 | Standard Prints |
| 1/23/2012 | 2.10 | Standard Prints |
| 1/23/2012 | 5.90 | Standard Prints |
| 1/23/2012 | 2.40 | Standard Prints |
| 1/24/2012 | 3.60 | Standard Prints |
| 1/24/2012 | 1.10 | Standard Prints |
| 1/24/2012 | -74.04 | Overnight Delivery - Refund |
| 1/25/2012 | 1.70 | Standard Prints |
| 1/25/2012 | 4.90 | Standard Prints |
| 1/25/2012 | 1.30 | Standard Prints |
| 1/25/2012 | 5.70 | Standard Prints |
| 1/26/2012 | 1.60 | Standard Prints |
| 1/26/2012 | 1.20 | Standard Prints |
| Total: | 2,260.03 | |