IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO., et al., | § | Case No. 01-01139 (JKF) |
| | § | |
|       *Debtors.* | § | Jointly Administered |
| | § | |
| | § | Objection Deadline: 3/26/2012; 4:00 PM ET |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR
FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS
AND HOLDERS OF DEMANDS FOR THE FORTY-SECOND MONTHLY
<u>INTERIM PERIOD FROM FEBRUARY 1, 2012 THROUGH FEBRUARY 29, 2012</u>**

| | |
|---|---|
| Name of Applicant: | Alan B. Rich, Esq. |
| Authorized to Provide Services To: | Hon. Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | September 29, 2008 (*nunc pro tunc*) |
| Period for Which Compensation and Reimbursement is Sought: | February 1, 2012 through February 29, 2012 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $13,312.00   [80% of $16,640.00] |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $30.00 |

This is a(n):    ☒Monthly    ☐Interim    ☐Final Application

## PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |

---

[1] At 80% of the total incurred.

| | | | | | |
|---|---|---|---|---|---|
| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | Paid | Paid |
| 5/3/2010 | 4/1/2010 to 4/30/2010 | $11,040.00 | $805.28 | Paid | Paid |
| 6/1/2010 | 5/1/2010 to 5/31/2010 | $5,808.00 | $44.00 | Paid | Paid |
| 7/1/2010 | 6/1/2010 to 6/30/2010 | $9,792.00 | $779.81 | Paid | Paid |
| 8/1/2010 | 7/1/2010 to 7/31/2010 | $7,824.00 | $208.00 | Paid | Paid |
| 9/1/2010 | 8/1/2010 to 8/31/2010 | $4,272.00 | $273.00 | Paid | Paid |
| 10/1/2010 | 9/1/2010 to 9/30/2010 | $6,672.00 | $30.00 | Paid | Paid |
| 11/1/2010 | 10/1/2010 to 10/31/2010 | $3,408.00 | $44.00 | Paid | Paid |
| 12/1/2010 | 11/1/2010 to 11/30/2010 | $6,012.00 | $0 | Paid | Paid |
| 1/3/2011 | 12/1/2010 to 12/31/2010 | $13,572.00 | $1,146.02 | Paid | Paid |
| 2/1/2011 | 1/1/2011 to 1/31/2011 | $13,416.00 | $1,247.19 | Paid | Paid |
| 3/1/2011 | 2/1/2011 to 2/28/2011 | $17,992.00 | $1,509.34 | Paid | Paid |
| 4/1/2011 | 3/1/2011 to 3/31/2011 | $10,660.00 | $201.00 | Paid | Paid |
| 5/2/2011 | 4/1/2011 to 4/30/2011 | $13,364.00 | $44.00 | Paid | Paid |
| 6/1/2011 | 5/1/2011 to 5/31/2011 | $22,932.00 | $243.05 | Paid | Paid |
| 7/1/2011 | 6/1/2011 to 6/30/2011 | $18,824.00 | $533.60 | Paid | Paid |
| 8/1/2011 | 7/1/2011 to 7/31/2011 | $10,088.00 | $0 | Paid | Paid |

| | | | | | |
|---|---|---|---|---|---|
| 9/1/2011 | 8/1/2011 to 8/31/2011 | $6,708.00 | $20.88 | Paid | Paid |
| 10/3/2011 | 9/1/2011 to 9/30/2011 | $6,500.00 | $0 | Paid | Paid |
| 11/1/2011 | 10/1/2011 to 10/31/2011 | $6,396.00 | $0 | Paid | Paid |
| 12/5/2011 | 11/1/2011 to 11/30/2011 | $6,084.00 | $0 | Paid | Paid |
| 1/3/2012 | 12/1/2011 to 12/31/2011 | $3,484.00 | $30.00 | Paid | Paid |
| 2/1/2012 | 1/1/2012 to 1/31/2012 | $8,372.00 | $0 | Paid | Paid |

Alan B. Rich is the only attorney providing services in this Fee Application period. Mr. Rich has practiced law for 27 years, and his billing rate is $650 per hour. In this Application period Mr. Rich billed 25.6 hours,[2] for a total amount billed of $16,640.00 of which 80% is currently sought, in the amount of $13,312.00. The Application also seeks reimbursement of 100% of the expenses incurred, $30,00. The total sought by the Application is $13,342.00.

As stated above, this is the Forty-Second application for monthly fees and expenses. The time for preparation of this Application is approximately 1.5 hours, for which $975.00 will be requested in a future application.

COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 20.5 | $13,325.00 |
| Fee Application Matters | 5.1 | $3,315.00 |
| TOTAL | 25.6 | $16,640.00 |

---

[2] Travel Time, if any, is included in this figure at 50% of actual time.

EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Courtcall | $30.00 |
| TOTAL | $30.00 |

Detail of the fees and expenses billed is attached hereto as Exhibit A.

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Elm Street, Suite 4244
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

## **CERTIFICATE OF SERVICE**

I certify that on the 5th day of March, 2012, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*

4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (Jan. 2012)

**Client**

Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands

**Matter**

*In re W. R. Grace*, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|---|---|---|
| 2/1/2012 | Emails to and from traditional PD Trust Trustee re status | 0.2 |
| 2/1/2012 | Prepare, file and serve 41st Monthly Fee Application | 1.5 |
| 2/1/2012 | Email to and from client re confirmation order | 0.1 |
| 2/1/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 2/1/2012 | Email to and from debtors' counsel re appeal issues | 0.1 |
| 2/1/2012 | Email to Appellees' counsel in Garlock appeal re briefs | 0.1 |
| 2/2/2012 | Review Miscellaneous Pleadings received today | 0.2 |
| 2/2/2012 | Review Order dismissing certain fee applications | 0.1 |
| 2/3/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 2/3/2012 | Prepare, file and serve 31st Monthly Fee Application of the PDFCR | 0.3 |

| Date | Description | Hours |
|---|---|---|
| 2/3/2012 | Emails to and from client re fee applications | 0.1 |
| 2/3/2012 | Prepare, file and serve 32nd Monthly Fee Application of the PDFCR | 0.5 |
| 2/4/2012 | Emails to and from PD Trustee re status | 0.1 |
| 2/5/2012 | Begin review of Answering Briefs and Appendices of Appellees' in Garlock 2019 Appeal (U.S. Mineral, AC&S, Armstrong, OCF, United States Trustee, the ACC's, Kazen, McClain law firm, et al., Baron & Budd law firm, et al) | 2.5 |
| 2/6/2012 | Review Notice from USDC re response briefs to Garlock's Motion for Reargument | 0.1 |
| 2/6/2012 | Review Miscellaneous Pleadings received today | 0.2 |
| 2/6/2012 | Review Garlock's Motion for Oral Argument in 2019 appeal | 0.1 |
| 2/6/2012 | Conference with Debtors' counsel re AMH issues | 0.3 |
| 2/6/2012 | Review Garlock's Motion for Reargument of Confirmation Order | 2.5 |
| 2/7/2012 | Review Remittance Advice from Debtor | 0.1 |
| 2/7/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 2/7/2012 | Continued review of Answering Briefs and Appendices of Appellees' in Garlock 2019 Appeal (U.S. Mineral, AC&S, Armstrong, OCF, United States Trustee, the ACC's, Kazen, McClain law firm, et al., Baron & Budd law firm, et al) | 2.5 |
| 2/8/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 2/9/2012 | Review Miscellaneous Pleadings received today | 0.2 |
| 2/10/2012 | Review Debtors' Supplemental Objection to Hillside claim | 0.3 |
| 2/10/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 2/10/2012 | Review Notice of Withdrawal of Supplemental Hillside objection | 0.1 |
| 2/10/2012 | Review Revised Supplemental Objection to Hillside claim file by debtors | 0.2 |

| Date | Description | Hours |
|---|---|---|
| 2/10/2012 | Review Debtors' statement re PWC retention application | 0.1 |
| 2/11/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 2/13/2012 | Review CNO re Motion for Entry of an Order Authorizing But Not Requiring the Debtors to Make Contributions to the Grace Retirement Plans | 0.1 |
| 2/13/2012 | Review Miscellaneous Pleadings received today | 0.2 |
| 2/13/2012 | Review CNO re Advanced Refining Credit Agreement | 0.1 |
| 2/13/2012 | Prepare, file and serve Quarterly Fee Application for the 43rd Period and Notice of filing | 1.5 |
| 2/13/2012 | Prepare, file and serve Judge Sanders' Quarterly Fee Application for the 43rd Period and Notice of filing | 0.7 |
| 2/13/2012 | Review BNSF motion for extension of time to file NOA | 0.2 |
| 2/13/2012 | Review Plan Proponents Motion to Amend or Correct Opinion and Judgment | 0.2 |
| 2/13/2012 | Email to client re status | 0.1 |
| 2/13/2012 | Review Sealed Air/Cryovac/Fresenius Motion to Amend and Correct Opinion and Judgment | 0.3 |
| 2/14/2012 | Review briefing notice from USDC | 0.1 |
| 2/14/2012 | Review Motion to Settle Cape Cod Environmental Claims | 1.0 |
| 2/14/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 2/14/2012 | Emails to and from Debtors' counsel re MMR Settlement | 0.1 |
| 2/14/2012 | Review Notice of Entry of Confirmation Order | 0.1 |
| 2/15/2012 | Review Bank Lenders Notice of Appeal | 0.1 |
| 2/15/2012 | Email to R. Cobb re omission from Notice of Appeal | 0.1 |
| 2/15/2012 | Review Miscellaneous Pleadings received today | 0.2 |

| Date | Description | Hours |
|---|---|---|
| 2/15/2012 | Email from J. Baer and review of Section 7.2 of Private Parties Agreement re MMR Settlement | 0.3 |
| 2/15/2012 | Email to client re MMR settlement motion | 0.1 |
| 2/16/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 2/16/2012 | Review Order resetting May, 2012 Omnibus hearing | 0.1 |
| 2/16/2012 | Review Proposed Order on BNSF motion to extend time to file NOA | 0.1 |
| 2/17/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 2/17/2012 | Review Canadian ZAI counsel monthly fee Applications | 0.3 |
| 2/17/2012 | Emails to and from client re February omnibus hearing | 0.1 |
| 2/18/2012 | Review Hillside response to supplemental objection | 0.1 |
| 2/18/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 2/20/2012 | Review Fee Auditors Final Report for the 42nd Quarter | 0.3 |
| 2/21/2012 | Review Order approving extension of Advanced Refining credit agreements | 0.1 |
| 2/21/2012 | Review Order approving pension contribution motion | 0.1 |
| 2/21/2012 | Review Order approving PWC billing waiver motion | 0.1 |
| 2/21/2012 | Prepare, file and serve Certificate of No Objection to 41st Monthly Fee Application | 0.2 |
| 2/21/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 2/21/2012 | Review Agenda for February Omnibus hearing | 0.1 |
| 2/21/2012 | Email to client re February Omnibus hearing | 0.1 |
| 2/21/2012 | Attention to email from courtcall re February Omnibus hearing | 0.1 |
| 2/21/2012 | Review of December DIP Monthly Operating Report | 0.3 |
| 2/22/2012 | Review of Plan Proponents' Response to Garlock motion for reargument | 0.3 |

| | | |
|---|---|---|
| 2/22/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 2/22/2012 | Review Bank Lenders Amended Notice of Appeal | 0.1 |
| 2/22/2012 | Review original and amended briefing notices from USDC re Garlock Motion for Reargument | 0.1 |
| 2/22/2012 | Emails to and from local counsel re Bank Lender Group appeal | 0.1 |
| 2/23/2012 | Prepare, file and serve Certificate of No Objection to 31st Monthly Fee Application of the PD FCR | 0.2 |
| 2/23/2012 | Prepare, file and serve Certificate of No Objection to 32nd Monthly Fee Application of the PD FCR | 0.2 |
| 2/23/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 2/23/2012 | Review Anderson Memorial Hospital's motion to extend date to file Notice of Appeal | 0.2 |
| 2/24/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 2/24/2012 | Review USDC briefing notice re Anderson Memorial motion to extend NOA date | 0.1 |
| 2/24/2012 | Review Certificates of No Objection re Canadian ZAI monthly fee applications | 0.1 |
| 2/27/2012 | Attend telephonic February omnibus hearing | 0.5 |
| 2/27/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 2/27/2012 | Review USDC Order extending appeal deadlines | 0.1 |
| 2/27/2012 | Review Libby Claimants response to Rule 59 motions | 0.1 |
| 2/28/2012 | Review Garlock motion to stay confirmation order | 0.5 |
| 2/28/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 2/28/2012 | Review Canada's Notice of Appeal | 0.1 |

| | | |
|---|---|---|
| 2/29/2012 | Review Bank Lender Group's Statement of Issues and designation of record on Appeal | 0.3 |
| 2/29/2012 | Review Certification of Counsel re Hillside claim disallowance | 0.1 |
| 2/29/2012 | Review Higgins USDC pro hac vice application | 0.1 |
| 2/29/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 2/29/2012 | Review USDC pro hac vice application of Rosenbloom (Fresenius) | 0.1 |
| 2/29/2012 | Review Appearance of Morris, Nichols in USDC | 0.1 |
| 2/29/2012 | Review USDC pro hac vice application of Rosenbloom (Coco) | 0.1 |
| 2/29/2012 | Review Order granting pro hac vice application (Higgins) | 0.1 |
| 2/29/2012 | Review Claims settlement notice re New York Dep't of Taxation | 0.2 |

Total:   25.6 hours @ $650/hour = $16,640.00

Expenses:   Courtcall – $30.00

**Total Fees and Expenses Due:  $16,670.00**