**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | (Jointly Administered) |

**NO ORDER REQUIRED**
**CERTIFICATION OF NO OBJECTION TO THE THIRTIETH MONTHLY**
**APPLICATION OF SAUL EWING LLP, CO-COUNSEL TO THE OFFICIAL**
**COMMITTEE OF EQUITY SECURITY HOLDERS, FOR COMPENSATION AND**
**REIMBURSEMENT OF EXPENSES FOR THE PERIOD**
**DECEMBER 1, 2011 THROUGH DECEMBER 31, 2011**
**[RE: DOCKET NO. 28491]**

On February 9, 2012, Saul Ewing LLP ("Saul Ewing"), co-counsel to the Official

Committee of Equity Security Holders, filed its Thirtieth Monthly Fee Application for

Compensation and Reimbursement of Expenses [Docket No. 28491] (the "Application"). The

Application provided an objection deadline of 4:00 p.m. (Eastern Time) on February 29, 2012.

The undersigned hereby certifies that she has received no answer, objection or any responsive

pleading with respect to the Application and that no answer, objection or any responsive

pleading with respect to the Application has been filed with the Court.

Pursuant to the Amended Administrative Order Under 11 U.S.C. Sections 105(a) and 331

Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for

Professionals and Official Committee Members dated May 3, 2001, the Debtors are authorized to

pay Saul Ewing $5,980.00 which represents eighty percent (80%) of the total fees ($7,475.00),

and $92.73, which represents 100% of the expenses requested in the Application upon the filing

WILM 597794

of this Certification and without the need for entry of a Court order approving the Application.

**SAUL EWING LLP**

By:    /s/ Teresa K.D. Currier
Teresa K. D. Currier (No. 3080)
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800

Co-Counsel to the Official Committee of Equity
Security Holders

Dated: March 5, 2012

WILM 597794