## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

IN RE:

W.R. GRACE & CO., et al.,

              Debtors.

Chapter 11

Case No. 01-1139 (JKF)

Jointly Administered

### NO ORDER REQUIRED
### CERTIFICATION OF NO OBJECTION TO THE ONE HUNDRED AND TWENTY FOURTH MONTHLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD DECEMBER 1, 2011 THROUGH DECEMBER 31, 2011
### [RE: DOCKET NO. 28489]

On February 9, 2012, Kramer Levin Naftalis & Frankel LLP ("Kramer Levin"), counsel to the Official Committee of Equity Security Holders, filed its One Hundred and Twenty Fourth Monthly Fee Application for Compensation and Reimbursement of Expenses [Docket No. 28489] (the "Application"). The Application provided an objection deadline of 4:00 p.m. (Eastern Time) on February 29, 2012. The undersigned hereby certifies that she has received no answer, objection or any responsive pleading with respect to the Application and that no answer, objection or any responsive pleading with respect to the Application has been filed with the Court.

Pursuant to the Amended Administrative Order Under 11 U.S.C. §§105(a) and 31 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members (the "Order") dated May 3, 2001, the Debtors are authorized to pay Kramer Levin Naftalis & Frankel LLP $1,840.00 which represents 80% of

the fees ($2,300.00) and $80.27 which represents 100% of the expenses, requested in the

Application for the period December 1, 2011 through December 31, 2011, upon the filing of this

Certification and without the need for entry of a Court order approving the Application.

**SAUL EWING LLP**

By:___ /s/ Teresa K.D. Currier_____
Teresa K. D. Currier (No. 3080)
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE  19899
(302) 421-6800

-and-

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Philip Bentley, Esquire
David E. Blabey, Jr., Esquire
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

Counsel to the Official Committee
of Equity Security Holders

Dated: March 5, 2012

2