# EXHIBIT A

**WR Grace**
**December 2011 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|----------|--------|------|
| Thu 1 | Draft/edit FCR semi-annual financial presentation | 4.0 |
| | Review/analysis docket items | 0.2 |
| Fri 2 | Draft/edit FCR semi-annual financial presentation | 3.0 |
| | Review/analysis docket items | 0.2 |
| Mon 5 | Draft/edit FCR semi-annual financial presentation | 4.0 |
| | Review/analysis docket items | 0.4 |
| Tue 6 | Travel back and forth to Washington DC | 6.2 |
| | Meeting all hands: semi-annual financial presentation | 1.3 |
| | Review/analysis docket items | 0.2 |
| Wed 7 | Follow up loose items FCR meeting | 1.2 |
| | Review/analysis docket items | 0.2 |
| Thu 8 | Review/analysis docket items (GST appeal) | 1.0 |
| Fri 9 | Comm w/Blackstone (JOC) re cash balances | 0.8 |
| | Review Grace cash balance info provided by JOC | 0.8 |
| | Review/analysis docket items | 0.2 |
| Mon 12 | I/C recash balance information | 0.6 |
| | Comm w/OHS (RW,RF) re cash balance info | 0.5 |
| | Comm w/Blackstone (JOC) re additional balance info | 0.3 |
| | Review/analysis docket items (GST appeal) | 0.4 |
| Tue 13 | Review/analysis docket items (agenda) | 0.5 |
| Wed 14 | Review/analysis docket items (GST appeal) | 0.2 |
| Thu 15 | I/C (CB) re Grace fee applications | 0.4 |
| | Review/analysis docket items | 0.2 |
| Fri 16 | Edit/review Grace November time entries | 1.5 |
| Mon 19 | Review additional cash info from Grace | 0.6 |
| | Comm w/OHS (RF,RW) re additional info | 0.3 |
| | Review/analysis docket items | 0.2 |
| Tue 20 | Review/analysis docket items (DIP, GST appeal) | 1.5 |
| Wed 21 | I/C on Peninsula distribution | 0.4 |
| | Comms w/OHS (RW,RF) re Peninsula distribution, wts | 0.6 |
| | Comm w/OHS (RW) re DIP and research | 1.0 |
| | Comm w/OHS (RW) re exit timing | 0.7 |
| | Comm w/OHS (RW) re Equity Cmte change | 0.2 |
| | Review/distribute Sealed air secondary dist info | 0.9 |
| | Review/analysis docket items | 0.4 |
| Thu 22 | Comm w/Blackstone (JOC) re cash balances, exposure | 0.4 |
| | Review Sealed Air 8-K and news articles, distribute | 1.0 |
| | Review/analysis docket items | 0.4 |
| | Comms w/OHS (RF) and FCR re cash exposures | 0.7 |
| Tue 27 | Review/analysis docket items | 0.2 |
| Wed 28 | Review/analysis docket items | 0.2 |
| Thu 29 | Review/analysis docket items | 0.2 |
| | TOTAL TIME (hrs) | 38.2 |

**WR Grace**
**December 2011 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| Thu 1 | Review docket and analysis | 0.3 |
| Fri 2 | Preparation of update memo for FCR | 3.6 |
| Mon 5 | Preparation of update memo for FCR | 5.7 |
| Tue 6 | Meeting w/ Orrick and FCR re: financial update and prep | 3.5 |
| | Travel time for meeting w/ Orrick and FCR | 8.0 |
| Wed 7 | Review docket and analysis | 0.4 |
| | FCR meeting follow-up | 0.7 |
| Fri 9 | Comm w/Blackstone (JOC) re cash balances | 0.8 |
| | Review Grace cash balance info provided by JOC and analysis | 1.4 |
| Mon 12 | Review docket and analysis | 0.3 |
| | I/C re:  cash balance information | 0.6 |
| Wed 14 | Review docket and analysis | 0.3 |
| Thu 15 | Fee application preparation | 0.9 |
| Fri 16 | Fee application preparation | 0.7 |
| Mon 19 | Review Grace cash balance info and analysis | 0.8 |
| | Review docket and analysis | 0.4 |
| Tue 20 | Comm w/ Orrick re: Peninsula distributions | 0.4 |
| | Review amendment to LC facility and analysis | 0.5 |
| Wed 21 | I/C on Peninsula distribution | 0.4 |
| | Review Sealed Air information | 1.3 |
| | Comm w/ Orrick re: equity committee and other issues | 0.8 |
| Thu 22 | Review Sealed Air 8-K | 0.8 |
| | Review docket and analysis | 0.3 |
| Wed 28 | Review docket and analysis | 0.6 |
| | | |
| | TOTAL TIME (hrs) | 33.5 |

**WR Grace**
**December 2011 Time - Claire Burke, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Thu 1 | Preparation of semi-annual financial presentation | 2.5 |
| | Review/analyze docket items | 0.5 |
| Fri 2 | Preparation of semi-annual financial presentation | 2.0 |
| Mon 5 | Preparation of semi-annual financial presentation | 2.8 |
| | Review/analyze docket items | 0.4 |
| Tue 6 | Travel back and forth to Washington DC | 7.0 |
| | Meeting all hands: semi-annual financial presentation | 1.5 |
| Mon 12 | I/C re cash balance information | 0.6 |
| Thu 15 | I/C (JR) re Grace fee applications | 0.4 |
| | Review/analyze docket items | 0.4 |
| Fri 16 | Preparation of fee applications | 4.5 |
| Mon 19 | Review information re cash balances | 1.0 |
| Tue 20 | Review information re Peninsula | 0.5 |
| Wed 21 | Review/analyze docket items | 0.4 |
| Thu 22 | Review Sealed Air 8-K, news articles, info re secondary dist | 2.2 |
| | | |
| | TOTAL TIME (hrs) | 26.7 |

**WR Grace**
**December 2011 Time - Andrew Choi, Analyst**

| Day/Date | Action | Time |
|----------|--------|------|
| Fri 2 | Draft/edit FCR semi-annual financial presentation | 4.2 |
| Mon 5 | Draft/edit FCR semi-annual financial presentation | 2.4 |
| | TOTAL TIME (hrs) | 6.6 |