# EXHIBIT B

### W.R. Grace
### Detail of expenses (December 1, 2011 – December 31, 2011)

Communication
Telephone $193.43
Express Mail $ 20.35

**Total Communication:** **$ 213.78**

Travel
Airfare $2,033.20
Transportation $ 887.01
Meals $ 45.17

**Total Travel:** **$2,965.38**

**TOTAL EXPENSES:** **$3,179.16**