IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF JANET S. BAER

PLEASE TAKE NOTICE that Janet S. Baer of the law firm of Baer Higgins & Fruchtman LLC, hereby withdraws her appearance as counsel for debtor and debtor in possession W.R. Grace & Co. ("W.R. Grace"), and requests her removal from all service lists. All other counsel of record for W.R. Grace shall continue to appear on behalf of W.R. Grace in this matter.

Dated: March 5, 2012          BAER HIGGINS & FRUCHTMAN LLC

/s/ Janet S. Baer
Janet S. Baer
111 East Wacker Drive
Suite 2800
Chicago, IL 60601
Telephone: (312) 836-4047

Co-Counsel for the Debtors and Debtors
in Possession

DOCS_DE:178017.2 91100-001