

February 14, 2012

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   207801

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
    THROUGH January 31, 2012

**CLIENT SUMMARY**

**BALANCE AS OF- 01/31/12**

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| **.15537 -** 01- Case Administration | $408.50 | $157.98 | $566.48 |
| **.15538 -** 02 - Debtors' Business Operations | $2,310.00 | $0.00 | $2,310.00 |
| **.15543 -** 07 - Applicant's Fee Application | $593.00 | $0.00 | $593.00 |
| **.15554 -** 18 - Plan & Disclosure Statement | $440.00 | $0.00 | $440.00 |
| *Client Total* | *$3,751.50* | *$157.98* | *$3,909.48* |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

1450 Brickell Avenue, Suite 2300, Miami, FL 33131-3456    Tel 305.374.7580    Fax 305.374.7593    www.bilzin.com

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---|---|---|
| TIMEKEEPER | HOURS | RATE | AMOUNT |
| Sakalo, Jay M | 5.00 | $550.00 | $2,750.00 |
| Snyder, Jeffrey I | 0.30 | $410.00 | $123.00 |
| Flores, Luisa M | 2.00 | $235.00 | $470.00 |
| Varela, Ana Carolina | 1.90 | $215.00 | $408.50 |
| | | **TOTAL PROFESSIONAL FEES THIS PERIOD** | ***$3,751.50*** |

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---|
| Long Distance Telephone-Outside Services | $30.00 |
| Pacer - Online Services | $124.48 |
| Copies | $3.50 |
| **TOTAL COSTS ADVANCED THIS PERIOD** | ***$157.98*** |
| **TOTAL BALANCE DUE THIS PERIOD** | **$3,909.48** |

Atty – SLB
Client No.: 74817/15537

**RE:  01- Case Administration**

| Date | Init | Hours | Amount | Description |
|---|---|---|---|---|
| 01/03/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 01/04/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 01/05/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 01/06/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 01/09/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 01/10/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 01/11/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 01/12/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 01/13/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 01/17/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 01/19/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 01/20/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 01/23/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 01/24/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 01/25/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 01/26/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 01/27/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 01/30/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 01/31/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |

**PROFESSIONAL SERVICES** $408.50

**COSTS ADVANCED**

| Date | Description | Amount |
|---|---|---|
| 12/22/11 | Long Distance Telephone-Outside Services Court Call #4650139 - VENDOR: DINERS CLUB; INVOICE#: 11/24/11-12/23/11; DATE: 12/23/2011  -  Acct. 5306220025395504 | 30.00 |
| 12/31/11 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: RB0120-Q42011; DATE: 1/4/2012  - Account#RB0120 | 62.24 |
| 12/31/11 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: RB0120-Q42011-; DATE: 12/31/2011  -  Clients 10/01/11 to 12/31/11 | 62.24 |
| 01/10/12 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 01/10/12 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 01/10/12 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 01/10/12 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 01/30/12 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 01/30/12 | Copies 1 pgs @ 0.10/pg | 0.10 |

**TOTAL COSTS ADVANCED** $157.98


BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Varela, Ana Carolina | 1.90 | $215.00 | $408.50 |
| **TOTAL** | **1.90** | | **$408.50** |

**MATTER SUMMARY OF COSTS ADVANCED**

| | |
|---|---|
| Long Distance Telephone-Outside Services | $30.00 |
| Pacer - Online Services | $124.48 |
| Copies | $3.50 |
| **TOTAL** | **$157.98** |

**CURRENT BALANCE DUE THIS MATTER**     **$566.48**

**Atty – SLB**
**Client No.: 74817/15538**

**RE: 02 - Debtors' Business Operations**

| Date | | Hours | Amount | Description |
|---|---|---|---|---|
| 01/11/12 | JMS | 1.10 | 605.00 | Email from R. Higgins regarding Defined Benefit Contribution strategy and analysis of same. |
| 01/19/12 | JMS | 0.80 | 440.00 | Review pension funding background materials circulated by R. Higgins. |
| 01/20/12 | JMS | 0.90 | 495.00 | Prepare for and attend call regarding pension funding motion. |
| 01/24/12 | JMS | 1.40 | 770.00 | Review motion to make pension contribution and prepare analysis of same. |

**PROFESSIONAL SERVICES** $2,310.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 4.20 | $550.00 | $2,310.00 |
| **TOTAL** | **4.20** | | **$2,310.00** |

**CURRENT BALANCE DUE THIS MATTER** $2,310.00

Atty – SLB
Client No.: 74817/15543

**RE: 07 - Applicant's Fee Application**

| | | | | |
|---|---|---|---|---|
| 01/06/12 | JIS | 0.30 | 123.00 | Review and revise December prebill. |
| 01/10/12 | LMF | 0.70 | 164.50 | Follow up with accounting for final December bill, prepare and submit notice and summary to local counsel for filing and service. |
| 01/30/12 | LMF | 0.60 | 141.00 | Begin compiling statements and drafting 43rd quarterly fee application for Bilzin Sumberg. |
| 01/31/12 | LMF | 0.70 | 164.50 | Complete draft of 43rd quarterly fee application. |

**PROFESSIONAL SERVICES** $593.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Snyder, Jeffrey I | 0.30 | $410.00 | $123.00 |
| Flores, Luisa M | 2.00 | $235.00 | $470.00 |
| **TOTAL** | **2.30** | | **$593.00** |

**CURRENT BALANCE DUE THIS MATTER** $593.00

Atty – SLB
Client No.: 74817/15554

**RE: 18 - Plan & Disclosure Statement**

| 01/31/12 | JMS | 0.80 | 440.00 | Email to committee regarding Judge Buckwalter's order confirming the plan of reorganization and follow up emails with M. Dies and E. Westbrook thereon. |

**PROFESSIONAL SERVICES** $440.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.80 | $550.00 | $440.00 |
| **TOTAL** | **0.80** | | **$440.00** |

**CURRENT BALANCE DUE THIS MATTER** $440.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP