**NINETY-SIXTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED**
**<u>(FOR THE PERIOD FROM JANUARY 1, 2012 THROUGH JANUARY 31, 2012)</u>**

ATTACHMENT B

1.  Summary of Fees by Professional
2.  Summary of Fees by Task Code
3.  Detailed Task Descriptions
4.  Summary of Expenses

# W.R. Grace & Co.
**Capstone Advisory Group, LLC**
**Summary of Fees by Professional**
**For the Period 1-1-2012 through 1-31-2012**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $795 | 4.50 | $3,577.50 |
| R. Frezza | Member | $725 | 17.10 | $12,397.50 |
| J. Dolan | Director | $450 | 51.00 | $22,950.00 |
| M. Viola | Paraprofessional | $120 | 1.00 | $120.00 |
| **For the Period 1-1-2012 through 1-31-2012** | | | **73.60** | **$39,045.00** |

# W.R. Grace & Co.
**Capstone Advisory Group, LLC**
**Summary of Fees by Task Code**
**For the Period 1-1-2012 through 1-31-2012**

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant reviewed POR and related exhibits and updated analyses. | 3.90 | $2,085.00 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant read and analyzed recent docket submissions. | 2.20 | $990.00 |
| 05. Employee Matters/KERP/Other | During the Fee Application period, the Applicant read and analyzed motion related to additional pension contribution and prepared report to the Committee thereon. | 47.90 | $25,726.00 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared the November and December 2011 monthly fee statements. | 6.40 | $2,653.50 |
| 10. Financial Analysis - Cash | During the Fee Application period, the Applicant reviewed and analyzed motion and documents related to LC facility Amendment and prepared a report to the Committee thereon. | 7.10 | $4,240.50 |
| 15. Plan & Disclosure Statement | During the Fee Application Period, the Applicant read and analyzed the District Court decision and prepared for a Committee call. | 6.10 | $3,350.00 |
| **For the Period 1-1-2012 through 1-31-2012** | | **73.60** | **$39,045.00** |

# W.R. Grace & Co.
**Capstone Advisory Group, LLC**
**Detailed Time Description by Task Code**
**For the Period 1-1-2012 through 1-31-2012**

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| **03. Claims Analysis & Valuation** | | | |
| 1/3/2012 | J. Dolan | 1.20 | Reviewed exhibits for asbestos PI and PD. |
| 1/4/2012 | R. Frezza | 1.20 | Updated distributable value analyses. |
| 1/4/2012 | J. Dolan | 1.50 | Reviewed POR and exhibits per request related to future claimants. |
| Subtotal | | 3.90 | |
| **04. Creditor Committee Matters** | | | |
| 1/9/2012 | J. Dolan | 1.10 | Read and analyzed recent docket submissions. |
| 1/23/2012 | J. Dolan | 1.10 | Read and analyzed recent docket submissions. |
| Subtotal | | 2.20 | |
| **05. Employee Matters/KERP/Other** | | | |
| 1/11/2012 | R. Frezza | 2.10 | Read and analyzed request for new additional payment request; conferred with Counsel and prepared questions. |
| 1/12/2012 | J. Dolan | 1.40 | Prepared initial information request related to additional pension contribution. |
| 1/12/2012 | J. Dolan | 1.10 | Reviewed prior year motion regarding additional contribution at the request of Counsel. |
| 1/20/2012 | R. Frezza | 1.90 | Prepared for and participated in call with company and Counsel. |
| 1/23/2012 | J. Dolan | 1.50 | Read and analyzed pension contribution presentation and discussed with team. Update on conference call held in the prior week. |
| 1/23/2012 | J. Dolan | 1.20 | Prepared for and participated in call with Counsel to discuss additional pension contribution. |
| 1/23/2012 | J. Dolan | 1.40 | Reviewed prior pension contribution report for issues and proposed benefits. |
| 1/23/2012 | R. Frezza | 1.50 | Prepared for and participated in call with company and Counsel; prepared follow up questions for company re: excess pension contributions motion. |
| 1/23/2012 | E. Ordway | 1.30 | Reviewed and analyzed information pertaining to pension. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 1/24/2012 | J. Dolan | 1.20 | Prepared additional information request list related to pension contribution motion. |
| 1/24/2012 | J. Dolan | 1.70 | Read and analyzed pension contribution motion and related exhibits noting issues. |
| 1/24/2012 | J. Dolan | 2.30 | Prepared various analyses related to the additional pension contribution request. |
| 1/26/2012 | J. Dolan | 3.10 | Prepared various analyses related to the additional pension contribution motion. |
| 1/26/2012 | E. Ordway | 0.80 | Analyzed funding history and reporting for the pension. |
| 1/26/2012 | J. Dolan | 3.20 | Prepared report to Committee related to additional pension contribution. |
| 1/27/2012 | J. Dolan | 3.20 | Prepared various analyses regarding pension contribution for report to the Committee. |
| 1/27/2012 | R. Frezza | 1.60 | Prepared for and participated in call with Counsel re: follow up questions for company re: excess pension contributions motion. |
| 1/27/2012 | J. Dolan | 2.10 | Prepared report to the Committee related to additional pension contribution. |
| 1/27/2012 | J. Dolan | 1.30 | Prepared for and participated in call with Debtors regarding pension contribution. |
| 1/30/2012 | J. Dolan | 1.00 | Discussed issues related to additional pension contributions internally. |
| 1/30/2012 | J. Dolan | 3.50 | Prepared report to the Committee related to additional pension contribution. |
| 1/30/2012 | R. Frezza | 1.50 | Prepared for and participated in call with Counsel re: pension motion. |
| 1/30/2012 | E. Ordway | 0.90 | Reviewed accounting rules related to reporting pension obligations. |
| 1/30/2012 | J. Dolan | 1.40 | Prepared for and participated in call with Counsel regarding pension contribution. |
| 1/31/2012 | R. Frezza | 1.80 | Participated in in-depth discussion with Counsel on questions related to pension motion. |
| 1/31/2012 | E. Ordway | 0.80 | Prepared and edited report to the Committee - re: pension issues. |
| 1/31/2012 | J. Dolan | 3.10 | Prepared report to the Committee related to pension contribution. |
| Subtotal | | 47.90 | |

07. Fee Applications & Invoices

| | | | |
|------|------|------|------|
| 1/3/2012 | J. Dolan | 1.10 | Prepared November fee application. |

**Capstone Advisory Group, LLC**
**Invoice for the 1-1-2012 - 1-31-2012 Fee Application**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 1/3/2012 | M. Viola | 0.50 | Prepared November 2011 fee statement. |
| 1/6/2012 | J. Dolan | 1.00 | Finalized and filed Nov fee application. |
| 1/9/2012 | E. Ordway | 0.30 | Prepared fee application. |
| 1/10/2012 | M. Viola | 0.50 | Prepared December 2011 fee application. |
| 1/11/2012 | J. Dolan | 1.20 | Finalized and filed November fee application. |
| 1/26/2012 | J. Dolan | 0.90 | Prepared December fee application. |
| 1/30/2012 | J. Dolan | 0.90 | Prepared December fee application. |
| Subtotal | | 6.40 | |

10. Financial Analysis - Cash Collateral and DIP Financing

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 1/2/2012 | R. Frezza | 2.20 | Reviewed memo to committee on LC motion, issued to Counsel and addressed Counsel comments. |
| 1/3/2012 | J. Dolan | 0.80 | Reviewed responses from Blackstone related to Second Amendment and revised report accordingly. |
| 1/3/2012 | E. Ordway | 0.40 | Reviewed documents applicable to LC motion. |
| 1/3/2012 | J. Dolan | 1.40 | Reviewed and finalized report to the Committee including Counsel and internal comments. Distributed to Committee. |
| 1/3/2012 | R. Frezza | 1.10 | Participated in discussions/Q&A with Blackstone re: LC facility motion. |
| 1/24/2012 | J. Dolan | 1.20 | Read and analyzed ART refinancing motion and related exhibits. |
| Subtotal | | 7.10 | |

15. Plan & Disclosure Statement

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 1/31/2012 | J. Dolan | 3.90 | Read and analyzed decision by the District Court. |
| 1/31/2012 | R. Frezza | 2.20 | Read and analyzed District Court decision and prepared for Committee call. |
| Subtotal | | 6.10 | |

| **Total Hours** | | **73.60** | |

**Capstone Advisory Group, LLC**
**Invoice for the 1-1-2012 - 1-31-2012 Fee Application**

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 1-1-2012 through 1-31-2012

| Date | Professional | Detail | Amount |
|---|---|---|---|
| Research | | | |
| 1/9/2012 | Capstone Expense | Pacer | $4.96 |
| Subtotal - Research | | | $4.96 |
| Telecom | | | |
| 1/8/2012 | Capstone Expense | January Telecom | $84.64 |
| Subtotal - Telecom | | | $84.64 |
| **For the Period 1-1-2012 through 1-31-2012** | | | $89.60 |