**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| W. R. GRACE & CO., et al. | Case No. 01-01139 (JKF)<br>Jointly Administered |
| Debtors. | **Related Docket No. 27985** |

## CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 27985

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Forty-Second Quarterly Fee Application of Stroock & Stroock & Lavan LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from July 1, 2011 through September 30, 2011* (the "Application") [Docket No. 27985] filed on November 16, 2011.

The undersigned further certifies that he has reviewed the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than March 2, 2012 at 4:00 p.m.

Dated: March 7, 2012
      Wilmington, Delaware

                                  */s/ Michael R. Lastowski*
                                  Michael R. Lastowski (DE 3892)
                                  Richard W. Riley (DE 4052)
                                  DUANE MORRIS LLP
                                  222 Delaware Avenue, Suite 1600
                                  Wilmington, DE 19801-1246
                                  Telephone:    (302)-657-4900
                                  Facsimile:    (302)-657-4901
                                  Email:         mlastowski@duanemorris.com
                                                           rwriley@duanemorris.com

                                  *Co-Counsel for the Official
                                  Committee of Unsecured Creditors*

DM3\1994845.1