## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> W. R. GRACE & CO., et al. <br><br> Debtors. | Chapter 11 <br><br> Case No. 01-01139 (JKF) <br> Jointly Administered <br><br> **Related to Docket No. 28293** |

### CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 28293

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the ***Thirty-First Quarterly Interim Application of Capstone Advisory Group, LLC, Financial Advisors to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period From July 1, 2011 through September 30, 2011*** (the "Application") [Docket No. 28293] filed on December 30, 2011.

The undersigned further certifies that he has reviewed the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than March 2, 2012 at 4:00 p.m.

Dated: March 7, 2012
       Wilmington, Delaware

    */s/ Michael R. Lastowski*
    Michael R. Lastowski (DE 3892)
    Richard W. Riley (DE 4052)
    DUANE MORRIS LLP
    222 Delaware Avenue, Suite 1600
    Wilmington, DE 19801-1246
    Telephone:    (302)-657-4900
    Facsimile:    (302)-657-4901
    Email:    mlastowski@duanemorris.com
                rwriley@duanemorris.com

    *Co-Counsel for the Official*
    *Committee of Unsecured Creditors*