# EXHIBIT 1

# BMC Group
WR GRACE
Monthly Invoice:

## December 2011 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| JAMES MYERS - CAS | | $65.00 | 12/1/2011 | 0.1 | $6.50 | Dkt 28008 Vermiculite Sale Ord: Review & audit monthly production invoices for preparation of combined invoice for delivery to client |
| TERESA THOMAS - CAS | | $65.00 | 12/1/2011 | 0.1 | $6.50 | Process returned mail, update Notice System. |
| BRIANNA TATE - CAS | | $45.00 | 12/2/2011 | 0.8 | $36.00 | Review Court docket Nos. 28025-28066 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/2/2011 | 0.2 | $42.00 | Analysis of B Ruhlander email re 41st Qtr fee examiner report (.1); analysis of M John email re fee examiner report (.1) |
| MYRTLE JOHN - MANAGER | | $195.00 | 12/2/2011 | 0.1 | $19.50 | Review and respond to email from Bobbi Ruhlander re Annual Combined Final Report re 41st interim fee |
| TERESA THOMAS - CAS | | $65.00 | 12/2/2011 | 0.1 | $6.50 | Process returned mail, update Notice System |
| AIRGELOU ROMERO - CAS | | $95.00 | 12/5/2011 | 0.8 | $76.00 | Audit categorization updates related to Court Docket Nos 28025-28034, 28036-28040, 28041-28055, 28056-28060, 28062, 28064-28066 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/5/2011 | 1.0 | $210.00 | Analysis of Court docket re case status |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/5/2011 | 0.2 | $42.00 | Prep email to K Makowski/PSZJ re merger order service (.1); analysis of K Makowski email re approval to serve merger order (.1) |
| ELLEN DORS - REC_TEAM | | $110.00 | 12/6/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| MABEL SOTO - CAS | | $45.00 | 12/6/2011 | 0.1 | $4.50 | Merger Order: Email exchange w/ Data Analysts re review cloned MF 45724 to new MF 46298 |
| MABEL SOTO - CAS | | $45.00 | 12/6/2011 | 0.2 | $9.00 | Merger Order: Review (.1) & respond (.1) to emails transmitting 1. Noticing Instructions 2. Request/response re approval Service Documents & Production Instructions for Dkt No. 28007 |
| MABEL SOTO - CAS | | $45.00 | 12/6/2011 | 0.3 | $13.50 | Merger Order: Set up Noticing System/Production Folder/Noticing Instructions (.1); prepare electronic version of document-as-served/ copy service document to Call Center folder (.1); Review Production copy of document (Document ID 28439) (.1) |
| MABEL SOTO - CAS | | $45.00 | 12/6/2011 | 0.1 | $4.50 | Merger Order: Review & respond to email from M Araki transmitting document for service for Dkt 28007 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/6/2011 | 0.9 | $189.00 | Research docket re merger order for service (.1); prep email to K Makowski re confirmation of document to be served (.1); analysis of P Cuniff email re merger order for service (.1); prep NRC re service of merger order (.2); coordinate service with Ntc Grp (.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/6/2011 | 1.6 | $336.00 | DRTT analysis and b-Linx audit (1.0); revise b-Linx per audit results (.6) |
| MYRTLE JOHN - MANAGER | | $195.00 | 12/6/2011 | 0.2 | $39.00 | Call from M Araki re issues re mail file preparation re merger order |
| TERESA THOMAS - CAS | | $65.00 | 12/6/2011 | 0.1 | $6.50 | Process returned mail, update Notice System. |
| BRIANNA TATE - CAS | | $45.00 | 12/7/2011 | 0.6 | $27.00 | Review Court docket Nos. 28067-28113 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 12/7/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| JAMES MYERS - CAS | | $65.00 | 12/7/2011 | 0.1 | $6.50 | Dkt 28007 Ord re Merger: Review & audit monthly production invoices for preparation of combined invoice for delivery to client |

BMC Group
WR GRACE
Monthly Invoice:

## December 2011 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/7/2011 | 0.2 | $42.00 | Analysis of K Becker/Rust Consulting email re Texas Comptroller withdrawal of claim (.1); review b-Linx re Texas Comptroller claim (.1) |
| BRIANNA TATE - CAS | | $45.00 | 12/8/2011 | 0.3 | $13.50 | Review Court docket Nos. 28114-28126 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 12/8/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| MABEL SOTO - CAS | | $45.00 | 12/8/2011 | 0.3 | $13.50 | Merger Order: Prepare Proof of Service for Dkt No. 28007 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/8/2011 | 0.3 | $63.00 | Prep email to R Higgins re merger order and reqt of notice from Grace (.2); analysis of R Higgins email re tracking with Grace re status of merger (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/8/2011 | 1.2 | $252.00 | Analysis of Court docket re case status |
| AIRGELOU ROMERO - CAS | | $95.00 | 12/9/2011 | 1.0 | $95.00 | Audit categorization updates related to Court Docket Nos 28067-28081, 28082-28100, 28101-28126 |
| ELLEN DORS - REC_TEAM | | $110.00 | 12/9/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| JAMES MYERS - CAS | | $65.00 | 12/9/2011 | 0.1 | $6.50 | Dkt 28007 Modif Ord: Review, proofread and approve final copy of Proof of Service for filing with USBC |
| TERESA THOMAS - CAS | | $65.00 | 12/9/2011 | 0.1 | $6.50 | Process returned mail, update Notice System. |
| ELLEN DORS - REC_TEAM | | $110.00 | 12/12/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| JAMES MYERS - CAS | | $65.00 | 12/12/2011 | 0.1 | $6.50 | Dkt 28007 Ord re Merger: scan Dcl of Svc; prep email transmitting to counsel for filing |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/12/2011 | 0.3 | $63.00 | Analysis of J Myers email re merger order POS (.1); analysis of K Becker/Rust Consulting email re amended POC rec'd from State of Montana (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/12/2011 | 2.3 | $483.00 | DRTT analysis and b-Linx audit (1.2); revise b-Linx per audit results (1.1) |
| BRIANNA TATE - CAS | | $45.00 | 12/13/2011 | 0.3 | $13.50 | Review Court docket Nos. 28127-28145 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 12/13/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/13/2011 | 0.3 | $63.00 | Prep bi-weekly case update for T Feil (.2); analysis of emails from team re bi-monthly updates (.1) |
| TERESA THOMAS - CAS | | $65.00 | 12/13/2011 | 0.1 | $6.50 | Process 4 pieces of returned mail, update Notice System. |
| BRIANNA TATE - CAS | | $45.00 | 12/14/2011 | 0.1 | $4.50 | Review Court docket Nos. 28146-28149 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 12/14/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| BRIANNA TATE - CAS | | $45.00 | 12/15/2011 | 0.1 | $4.50 | Review Court docket Nos. 28150-28155 to categorize docket entries. |
| BRIANNA TATE - CAS | | $45.00 | 12/15/2011 | 0.1 | $4.50 | Telephone with Pat Cantore at (561) 965-7861 / RE: status of the case. |
| ELLEN DORS - REC_TEAM | | $110.00 | 12/15/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/15/2011 | 2.0 | $420.00 | Analysis of distribution data status in anticipation of resolution of confirmation appeal |
| BRIANNA TATE - CAS | | $45.00 | 12/16/2011 | 0.2 | $9.00 | Review Court docket Nos. 28156-28163 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 12/16/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| MABEL SOTO - CAS | | $45.00 | 12/16/2011 | 0.2 | $9.00 | Merger Order: Prepare cover letter to Patricia Cuniff, of original proof of service re: Dkt No. 28007 served on December 6, 2011 for filing |

# BMC Group
WR GRACE
Monthly Invoice:

## December 2011 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/16/2011 | 1.8 | $378.00 | Analysis of Court docket re case status, planning |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/16/2011 | 2.4 | $504.00 | Analysis of open items list, b-Linx and DRTT re items completed, items remaining to be resolved (1.6); revise open items list re update (.8) |
| TERESA THOMAS - CAS | | $65.00 | 12/16/2011 | 0.1 | $6.50 | Process returned mail, update Notice System. |
| AIRGELOU ROMERO - CAS | | $95.00 | 12/17/2011 | 0.6 | $57.00 | Audit categorization updates related to Court Docket Nos 28127-28132, 28134-28139, 28141-28143, 28145, 28146-28163 |
| BRIANNA TATE - CAS | | $45.00 | 12/19/2011 | 0.2 | $9.00 | Review Court docket Nos. 28164-28173 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 12/19/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| BRIANNA TATE - CAS | | $45.00 | 12/20/2011 | 0.1 | $4.50 | Review Court docket Nos. 28174-28178 to categorize docket entries. |
| BRIANNA TATE - CAS | | $45.00 | 12/20/2011 | 0.1 | $4.50 | Telephone with Cleo Houston at (713) 633-1002 / RE: status of the case. |
| ELLEN DORS - REC_TEAM | | $110.00 | 12/20/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/20/2011 | 0.2 | $42.00 | Analysis of S Fritz email re draft Nov invoice (.1); prep email to S Frtiz re revisions (.1) |
| MIREYA CARRANZA - CAS | | $45.00 | 12/20/2011 | 0.2 | $9.00 | Review and process 4 NOCOA's returned mail |
| TERESA THOMAS - CAS | | $65.00 | 12/20/2011 | 0.1 | $6.50 | Process returned mail, update Notice System. |
| AIRGELOU ROMERO - CAS | | $95.00 | 12/21/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 28164, 28171-28172, 28175-28178 |
| BRIANNA TATE - CAS | | $45.00 | 12/21/2011 | 0.2 | $9.00 | Review Court docket Nos. 28179-28190 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 12/21/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/21/2011 | 0.5 | $105.00 | Analysis of R Higgins email re Fair Harbor research results (.1); analysis of R Patti email re distribution acct set up (.1); prep email to R Patti re distrib acct set up (.1); analysis of S Cohen email re Hal Pitkow address update (.1); analysis of S Cohen email re dkt 24250 recon note (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/21/2011 | 0.1 | $11.00 | Email correspondence with M.Araki re: pending issues related to creditor changes of address requests |
| JAMES MYERS - CAS | | $65.00 | 12/22/2011 | 0.1 | $6.50 | Claims Reconciliation: scan docs; prep email transmitting to M Araki; confer w/ M John re same |
| MIREYA CARRANZA - CAS | | $45.00 | 12/22/2011 | 0.1 | $4.50 | Review and process 2 NO COA's returned mail |
| TERESA THOMAS - CAS | | $65.00 | 12/22/2011 | 0.1 | $6.50 | Process returned mail, update Notice System. |
| AIRGELOU ROMERO - CAS | | $95.00 | 12/23/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos28179-28183, 28185,28187, 28189 |
| BRIANNA TATE - CAS | | $45.00 | 12/23/2011 | 0.2 | $9.00 | Review Court docket Nos. 28191-28201 to categorize docket entries. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/23/2011 | 0.2 | $42.00 | Analysis of S Cohen email re Home Insurance b-Linx update (.1); prep reply to S Cohen re update (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/23/2011 | 1.0 | $210.00 | Review Court docket re case status |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/23/2011 | 0.1 | $11.00 | Discussion with M.Booth re: recently filed notices of transfers of claims and creditor change of address requests and required claim database updates |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/23/2011 | 0.3 | $33.00 | Update claims database per M.Araki direction re: creditor change of address request (.2); email correspondence with M.Araki re: updates performed |

# BMC Group
WR GRACE
Monthly Invoice:

## December 2011 -- WRG Case Administration

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| TERESA THOMAS - CAS | | $65.00 | 12/23/2011 | 0.1 | $6.50 | Process returned mail, update Notice System. |
| AIRGELOU ROMERO - CAS | | $95.00 | 12/27/2011 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos 28191, 28194-28201 |
| ELLEN DORS - REC_TEAM | | $110.00 | 12/27/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/27/2011 | 0.1 | $21.00 | Analysis of memos from M John and K Martin re project status |
| MYRTLE JOHN - MANAGER | | $195.00 | 12/27/2011 | 0.1 | $19.50 | Email to case team re no status activity |
| ELLEN DORS - REC_TEAM | | $110.00 | 12/28/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| MYRTLE JOHN - MANAGER | | $195.00 | 12/28/2011 | 0.1 | $19.50 | Email from and to M Araki re appropriate processing for Evidence of Transfer received from Longacre |
| ELLEN DORS - REC_TEAM | | $110.00 | 12/29/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/29/2011 | 0.1 | $11.00 | Prepare one Proof of Service related to transfer notice, email to notice group for filing. |
| MABEL SOTO - CAS | | $45.00 | 12/29/2011 | 0.1 | $4.50 | Merger Order: ECF filing a Proof of Service Transfer Notice re: dkt 28174 |
| MIREYA CARRANZA - CAS | | $45.00 | 12/29/2011 | 0.1 | $4.50 | Prep Transfer Notice Siefer America re: dkt 28174 for service |
| MIREYA CARRANZA - CAS | | $45.00 | 12/29/2011 | 0.1 | $4.50 | Email with L Shippers re Transfer Notice CRG re: dkt 28174 and service |
| MYRTLE JOHN - MANAGER | | $195.00 | 12/29/2011 | 0.1 | $19.50 | Review email exchange and notice of transfer of Siefer America claim to Claims Recovery Group forwarded to NoticeGroup for production and servic |
| ELLEN DORS - REC_TEAM | | $110.00 | 12/30/2011 | 0.2 | $22.00 | Post new docket entries to DRTT. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/30/2011 | 0.3 | $33.00 | Prepare seven Proofs of Service related to transfer notices (.2), email to notice group for filing (.1) |
| MABEL SOTO - CAS | | $45.00 | 12/30/2011 | 0.4 | $18.00 | ECF filing Proofs of Service Transfer Notices re: dks 28165 - 28170 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/30/2011 | 1.4 | $294.00 | Analysis of project status, planning |
| MIREYA CARRANZA - CAS | | $45.00 | 12/30/2011 | 0.1 | $4.50 | Prep Transfer Notices Longacre Master Fund re: dkts 28165 - 28170 for service |
| MIREYA CARRANZA - CAS | | $45.00 | 12/30/2011 | 0.1 | $4.50 | Email with L Shippers re Transfer SPCP Group re: dkts 28165 - 28170 and service |
| | WRG Case Administration Total: | | | 32.6 | $4,973.00 | |

## December 2011 -- WRG Data Analysis

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 12/2/2011 | 0.1 | $9.50 | Update return mail to b-Linx. |
| ALFRED VILLANUEVA - CAS | | $65.00 | 12/6/2011 | 0.5 | $32.50 | Review MF 46298 re service of Order re Merging Subsidiaries |
| VINCENT NACORDA - CAS | | $75.00 | 12/6/2011 | 0.4 | $30.00 | Populate MF46298 with parties. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 12/7/2011 | 0.1 | $9.50 | Update return mail to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 12/7/2011 | 0.1 | $9.50 | Update mail file data to master service list. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 12/7/2011 | 0.1 | $9.50 | Review and verify undeliverable creditor addresses for return mail processing. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 12/14/2011 | 0.1 | $9.50 | Update return mail to b-Linx. |

# BMC Group
WR GRACE
Monthly Invoice:

## December 2011 -- WRG Data Analysis

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 12/19/2011 | 1.2 | $180.00 | Generate updated listing of Active and Inactive claims (.8). Export to Excel (.3) and forward to S Cohen per request (.1). |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 12/19/2011 | 0.1 | $9.50 | Review and respond to correspondence with project manager regarding the new Rust CD. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 12/20/2011 | 0.1 | $9.50 | Upload bankruptcy claim to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 12/20/2011 | 0.1 | $9.50 | Migrate bankruptcy claim's image from CD to server. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 12/20/2011 | 0.1 | $9.50 | Append bankruptcy claim data to tblOutput for migration to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 12/20/2011 | 0.1 | $9.50 | Prepare and forward claims register for bankruptcy claims upload to project team. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 12/20/2011 | 0.1 | $9.50 | Extract, process, reformat bankruptcy data to migrate data to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 12/20/2011 | 0.1 | $9.50 | Prepare and forward report of bankruptcy and property modified records. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 12/21/2011 | 0.1 | $9.50 | Update return mail to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 12/21/2011 | 0.1 | $9.50 | Review and verify undeliverable creditor addresses for return mail processing. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 12/23/2011 | 0.1 | $9.50 | Update return mail to b-Linx. |
| | WRG Data Analysis Total: | | | 3.6 | $385.00 | |

## December 2011 -- WRG Distribution

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/14/2011 | 0.9 | $189.00 | Analysis of S Scarlis email re est timeframe for distribution (.1); prep emails to R Patti, G Kruse, T Marshall re S Scarlis info request (.3); analysis of responses from team (.3); prep email to S Scarls re est days for distribution once confirmation approved (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/14/2011 | 1.6 | $336.00 | Analysis of status of distribution pre-prep (1.2); review corresp with Blackstone re status of recent data upload (.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/19/2011 | 3.0 | $630.00 | Analysis of Blackstone v08 report to BMC report (1.7); revisions to data to reconcile (1.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/21/2011 | 2.7 | $567.00 | Analysis of Blackstone v08 report to BMC report (1.5); revisions to data to reconcile (1.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/28/2011 | 2.5 | $525.00 | Analysis of Blackstone v08 report to BMC report (1.5); revisions to data to reconcile (1.0) |
| | WRG Distribution Total: | | | 10.7 | $2,247.00 | |

## December 2011 -- WRG Fee Applications

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MYRTLE JOHN - MANAGER | | $195.00 | 12/2/2011 | 0.2 | $39.00 | Review Auditor's report re 41st Quarterly fee application (.1); forward copy to M Araki for review (.1) |
| MYRTLE JOHN - MANAGER | | $195.00 | 12/20/2011 | 0.1 | $19.50 | Email exchanges with M Araki re BMC fee application and declaration signature |
| MYRTLE JOHN - MANAGER | | $195.00 | 12/21/2011 | 0.1 | $19.50 | Review email and signature requirements for BMC October and Nov fee applications |

# BMC Group
### WR GRACE
### Monthly Invoice:

## December 2011 -- WRG Fee Applications

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/22/2011 | 2.0 | $420.00 | Prep Oct/Nov11 draft billing detail reports (.8); analysis of Oct 11 billing report for prof reqts and Court imposed categories (.5); revise Oct 11 entries for fee app compliance (.7) |
| MYRTLE JOHN - MANAGER | | $195.00 | 12/22/2011 | 0.1 | $19.50 | Sign BMC fee applications and coordinate delivery to M Araki for filing |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/27/2011 | 2.0 | $420.00 | Continue analysis of Oct 11 billing report for prof reqts and Court imposed categories (.4); revise Oct 11 entries for fee app compliance (.4); analysis of Nov 11 billing report for prof reqts and Court imposed categories (.5); revise Nov 11 entries for fee app compliance (.7) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/29/2011 | 2.2 | $462.00 | Draft fee apps for Oct (.5) and Nov (.5); prep exhibits to Oct and Nov fee apps (1.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/30/2011 | 1.6 | $336.00 | Revise/finalize Oct/Nov 11 fee apps (1.4); email to L McGee re filing (.2) |
| | | WRG Fee Applications Total: | | 8.3 | $1,735.50 | |

## December 2011 -- WRG Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/1/2011 | 0.5 | $105.00 | Telephone to R Higgins re IRS tax claims, issues (.1); prep email to R Higgins re open IRS tax claim issues for review for C Finke (.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/1/2011 | 0.3 | $63.00 | Analysis of J Baer email re V Ford/Avenue Capital research outstanding (.1); prep email to J Baer re re-sending prior response (.2) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/2/2011 | 0.4 | $44.00 | Analyze recently filed notice of transfer relate to NY Hillside Inc. claim (.2); exchange emails with M. Araki to determine how to proceed since claim is currently inactive (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/2/2011 | 0.5 | $105.00 | Analysis of L Shippers email re transfer for claim 2114 (.1); analysis of transfer docs received (.2); prep email to R Higgins/J Baer re transfer docs for 2114 and processing (.1); analysis of R Higgins email re hold processing (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/5/2011 | 0.1 | $11.00 | Exchange emails with M. Araki re: status to Notice of Transfer related to NY Hillside claim. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/5/2011 | 0.7 | $147.00 | Analysis of L Gardner email re NY Hillside claim 2114 and status (.2); analysis of Ct docket re NY Hillside transfer (.3); analysis of June docket re back-dated NY Hillside transfer (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/5/2011 | 0.6 | $126.00 | Prep email to J Baer/R Higgins re Ct backdate of NY Hillside transfer, process or hold (.2); analysis of R Higgins response (.1); prep email to L Shippers re hold on NY Hillside transfer processing (.1); prep email to L Gardner re NY Hillside transfer processing on hold per counsel (.1); analysis of L Gardner email re NY Hillside transfer pending resolution (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/5/2011 | 0.5 | $105.00 | Telephone to R Higgins re review of C Finke IRS tax issues (.2); analysis of R Higgins email and open claims analysis prepared for C Finke in May (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/5/2011 | 1.0 | $210.00 | Prep ART report of open tax claims (.4); analysis of ART report vs R Higgins open tax claims report (.6) |

BMC Group
WR GRACE
Monthly Invoice:

## December 2011 -- WRG Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| STEPHANIE COHEN - REC_TEAM | | $110.00 | 12/5/2011 | 0.1 | $11.00 | Email correspondence with L.Gardner, M.Araki re: status of claim 2114 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/7/2011 | 2.8 | $588.00 | Analysis of Court docket re open tax claims with pending motions, status (.9); revise R Higgins open tax claims report to update with new data/info (1.8); prep email to R Higgins re updated report (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/8/2011 | 0.1 | $11.00 | Revise transfer tracking worksheet re: one claim transfer finalized. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/8/2011 | 0.1 | $11.00 | Revise b-Linx to finalize one claim transfer and reconciliation notes. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 12/8/2011 | 0.1 | $11.00 | Analysis of Court docket re: objections to transfers after 21 day notice expiration. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/8/2011 | 0.3 | $63.00 | Analysis of L Gardner email re change in routing instructions for Blackburn & Walpole payment (.2); analysis of R Higgins email re Texas Comptroller withdrawal, confirmation re claim withdrawn, request for updated list of resolved/disallowed/allowed tax claims (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/8/2011 | 0.3 | $63.00 | Research b-Linx re Texas Comptroller claim withdrawal to confirm applies to claim 18535 (.2); prep email to R Higgins re confirmation Texas Comptroller withdrawal applies to claim 18535 (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/8/2011 | 0.4 | $84.00 | Analysis of R Higgins email re claim 15369-Indiana DOR (.1); research b-Linx re claim 15369 (.2); prep email to R Higgins re research results (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/8/2011 | 0.3 | $63.00 | Analysis of R Higgins email re claims 72, 138 and 281 (.1); research b-Linx re claims (.1); prep email to R Higgins re research results (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/8/2011 | 0.3 | $63.00 | Analysis of R Higgins email re claims 17759, 17591 (.1); research b-Linx re claims requested (.1); prep email to R Higgins re research results (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/8/2011 | 0.4 | $84.00 | Analysis of R Higgins email re claim 15369 and response to Omni 25 (.1); analysis of Ct docket re response (.2); prep email to R Higgins re research results (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/8/2011 | 2.5 | $525.00 | Prep R Higgins tax reports: open, allowed, inactive in spreadsheet and pdf formats (2.3); prep email to R Higgins re tax reports (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/9/2011 | 1.3 | $273.00 | Analysis of R Higgins email re research on continued Omni 25 objections, possible stip re claim 15369 (.1); analysis Court docket re possible stip re claim 15369, Omni 25 continuations (1.0); prep email to R Higgins re research results (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/12/2011 | 1.5 | $315.00 | Prep ART report of current active claims (.5); analysis of ART report (1.0) |
| ELLEN DORS - REC_TEAM | | $110.00 | 12/13/2011 | 1.6 | $176.00 | Analyze and review docket activity for 13 filed Notice of Transfers (.6); Perform audit of claims transfer module, production folders and tracking spreadsheet re: Notice of Transfers (1.0). |
| ELLEN DORS - REC_TEAM | | $110.00 | 12/13/2011 | 0.6 | $66.00 | Analyze and review docket activity for 5 filed Certificates of Service for Notice of Transfers (.3); Perform audit of production folders and tracking spreadsheet re: Certificates of Service for Notice of Transfers (.3). |

EXHIBIT 1

# BMC Group
WR GRACE
Monthly Invoice:

## December 2011 -- WRG Non-Asbestos Claims

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/13/2011 | 1.7 | $357.00 | Prep ART report re open claims, schedules (.5); analysis of open claims/scheds report vs prior reports prepped for R Higgins (1.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/13/2011 | 1.2 | $252.00 | Begin prep of updated open claims/sched reports for R Higgins |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/14/2011 | 0.8 | $168.00 | Analysis of R Higgins email re Fair Harbor claim transfer, info request (.1); research docket and transfer tracking sheet re most recent fair Harbor transfer (.4); research b-Linx re last Fair Harbor transfer (.2); prep email to R Higgins re research results, claim status of most recent Fair Harbor transfer (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/15/2011 | 0.8 | $168.00 | Analysis of R Higgins email re R Locke and service of Ntc of Default Interest during solicitation (.1); analysis of solicitation prep, docs and POS re service on R Locke (.5); prep email to R Higgins re research results of solicitation service on R Locke (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/15/2011 | 0.1 | $21.00 | Analysis of K Becker email re amended POC data in transit |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/15/2011 | 1.7 | $357.00 | Revise distribution tracking list re updated enviro payment info for Blackburn payment (.4); review distribution tracking list re last order reviewed for tracking info (.5); analysis of docket re orders affecting claims since last review (.8) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/16/2011 | 2.2 | $462.00 | DRTT analysis and b-Linx audit (1.4); revise b-Linx per audit results (.8) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/16/2011 | 0.3 | $33.00 | Initialize preparation and analysis of monthly claim detail reports (.2); email correspondence with K.Davis (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/19/2011 | 0.4 | $84.00 | Analysis of R Higgins email re AJ Seiler transfer to Fair Harbor (.1); research docket re AJ Seiler/Fair Harbor transfer and documents (.2); prep email to R Higgins re research results (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/19/2011 | 0.5 | $105.00 | Analysis of S Cohen emails to K Becker/Rust re new claims and transfers |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/19/2011 | 1.0 | $210.00 | Analysis of R Higgins email re supporting docs for AJ Seiler claim (.1); analysis of b-Linx, schedules, amended schedules and invoice detail re supporting info for AJ Seiler claim (.7); prep email to R Higgins re supporting doc research results (.2) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/19/2011 | 0.3 | $33.00 | Finalize preparation and analysis of monthly reports (.1); email correspondence with G.Kruse, L.Shippers (.1); additional email correspondence with K.Davis at Rust Consulting re: analysis and reports (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/20/2011 | 0.3 | $63.00 | Analysis of J Conklin email re claim 18548 uploaded from Rust Consulting (.1); analysis of cliam 18548 and update b-Linx (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/20/2011 | 4.0 | $840.00 | Analysis of R Higgins email re Fair Harbor default interest claims (.2); analysis of chart from R Higgins (.6); analysis of b-Linx re claims (1.5); revise R Higgins chart re b-Linx research results (1.1); prep comparison report (.4); prep email to R Higgins re results of analyisis, revised chart (.2) |

# BMC Group
WR GRACE
Monthly Invoice:

## December 2011 -- WRG Non-Asbestos Claims

| Name / Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|
| STEFFANIE COHEN - REC_TEAM | $110.00 | 12/20/2011 | 1.3 | $143.00 | Analyze docket numbers 23995 to 28173 (.6); audit claim updates (.3); update claim database (.3); email correspondence with M.Araki re: analysis, claim updates performed (.1) |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 12/21/2011 | 0.5 | $105.00 | Analysis of S Cohen email re Dkt 24250 (.1); analysis of pleading (.2); prep email to S Cohen re Dkt 24250 and recon note for Maryland Casualty claims (.2) |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 12/21/2011 | 0.4 | $84.00 | Analysis of S Cohen email re Dkt 27031 (.1); analysis of pleading (.2); prep email to S Cohen re dkt 27031 and hold until debtors provide notice of closure (.1) |
| STEFFANIE COHEN - REC_TEAM | $110.00 | 12/21/2011 | 0.2 | $22.00 | Email correspondence with M.Araki re: pending docket entries and additional claim updates required (.1); update claims database per M.Araki direction (.1) |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 12/22/2011 | 1.0 | $210.00 | Analysis of S Cohen email re Curtis Bay settlement and 41st Qtrly Ntc of Settlements (.2); research dkt re pleadings referenced in 41st Qtrly Ntc (.5); prep email to S Cohen re 41st Qtrly Ntc reference incorrect (.1); prep email to K Makowski/R Higgins re 41st Qtrly Ntc of Settlement reference to be corrected (.1); analysis of R Higgins response (.1) |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 12/23/2011 | 1.5 | $315.00 | DRTT review and b-Linx audit (.8); revise b-Linx per audit results (.7) |
| STEFFANIE COHEN - REC_TEAM | $110.00 | 12/23/2011 | 0.1 | $11.00 | Email correspondence with M.Araki re: pending docket entries and additional analysis, possible claim database updates required |
| LAURI SHIPPERS - REC_TEAM | $110.00 | 12/27/2011 | 0.1 | $11.00 | Analyze Court docket no. 28155, verify no updates in the noticing system or claims database are required. |
| LAURI SHIPPERS - REC_TEAM | $110.00 | 12/27/2011 | 0.4 | $44.00 | Review multiple Notices of Transfer (.2); prep images to b-Linx data. |
| LAURI SHIPPERS - REC_TEAM | $110.00 | 12/28/2011 | 0.3 | $33.00 | Analyze multiple Evidence of Transfer filed by SPCP Group (.2), prep email to M. Araki to determine if documents are valid for transfer (.1). |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 12/28/2011 | 0.5 | $105.00 | Analysis of email from L Shippers re transfers filed by SPCP Group and issues (.2); prep email to M John re transfers (.1); telephone to M John re same (.1); prep email to L Shippers re process SPCP Group docs as transfers (.1) |
| MARTHA ARAKI - CONTRACTOR | $210.00 | 12/28/2011 | 0.2 | $42.00 | Analysis of L Shippers email re NY Hillside document file re transfer and requested hearing (.1); analysis of document (.1) |
| LAURI SHIPPERS - REC_TEAM | $110.00 | 12/29/2011 | 0.1 | $11.00 | Revise b-Linx re: one claim transfer. |
| LAURI SHIPPERS - REC_TEAM | $110.00 | 12/29/2011 | 0.1 | $11.00 | Prepare one transfer notice, email to notice group for service. |
| LAURI SHIPPERS - REC_TEAM | $110.00 | 12/29/2011 | 0.1 | $11.00 | Analysis of b-Linx re: one claim transfer. |
| LAURI SHIPPERS - REC_TEAM | $110.00 | 12/29/2011 | 0.1 | $11.00 | Analysis of Court docket re: one new claim transfer. |
| LAURI SHIPPERS - REC_TEAM | $110.00 | 12/30/2011 | 0.3 | $33.00 | Analysis of Court docket re: seven new claim transfers. |
| LAURI SHIPPERS - REC_TEAM | $110.00 | 12/30/2011 | 0.3 | $33.00 | Analysis of b-Linx re: seven claim transfers. |
| LAURI SHIPPERS - REC_TEAM | $110.00 | 12/30/2011 | 0.8 | $88.00 | Revise b-Linx re: seven claim transfers. |
| LAURI SHIPPERS - REC_TEAM | $110.00 | 12/30/2011 | 0.7 | $77.00 | Prepare seven transfer notices (.6), email to notice group for service (.1) |

WRG Non-Asbestos Claims Total: 41.6 $7,876.00

# BMC Group

WR GRACE

Monthly Invoice:

| | | | |
|---|---|---|---|
| | December 2011 Total: | 96.8 | $17,216.50 |

# BMC Group
WR GRACE
Monthly Invoice:

| | | |
|---|---|---|
| Grand Total: | 96.8 | $17,216.50 |

# BMC Group
## WR GRACE
### Professional Activity Summary
### Date Range: 12/1/2011 thru 12/31/2011

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---:|---:|---:|
| **WRG Case Administration** | | | |
| CAS | | | |
|   Mireya Carranza | $45.00 | 0.7 | $31.50 |
| CAS | | | |
|   Airgelou Romero | $95.00 | 2.7 | $256.50 |
|   Brianna Tate | $45.00 | 3.3 | $148.50 |
|   James Myers | $65.00 | 0.5 | $32.50 |
|   Mabel Soto | $45.00 | 1.7 | $76.50 |
|   Teresa Thomas | $65.00 | 0.9 | $58.50 |
| MANAGER | | | |
|   Myrtle John | $195.00 | 0.6 | $117.00 |
| REC_TEAM | | | |
|   Ellen Dors | $110.00 | 3.2 | $352.00 |
|   Lauri Shippers | $110.00 | 0.4 | $44.00 |
|   Steffanie Cohen | $110.00 | 0.5 | $55.00 |
| CONTRACTOR | | | |
|   Martha Araki | $210.00 | 18.1 | $3,801.00 |
| Total: | | 32.6 | $4,973.00 |
| **WRG Data Analysis** | | | |
| CAS | | | |
|   Alfred Villanueva | $65.00 | 0.5 | $32.50 |
|   Vincent Nacorda | $75.00 | 0.4 | $30.00 |
| CONSULT_DATA | | | |
|   Gunther Kruse | $150.00 | 1.2 | $180.00 |
| SR_ANALYST | | | |
|   Jacqueline Conklin | $95.00 | 1.5 | $142.50 |
| Total: | | 3.6 | $385.00 |
| **WRG Distribution** | | | |
| CONTRACTOR | | | |
|   Martha Araki | $210.00 | 10.7 | $2,247.00 |
| Total: | | 10.7 | $2,247.00 |
| **WRG Fee Applications** | | | |
| MANAGER | | | |
|   Myrtle John | $195.00 | 0.5 | $97.50 |
| CONTRACTOR | | | |
|   Martha Araki | $210.00 | 7.8 | $1,638.00 |
| Total: | | 8.3 | $1,735.50 |
| **WRG Non-Asbestos Claims** | | | |
| REC_TEAM | | | |
|   Ellen Dors | $110.00 | 2.2 | $242.00 |
|   Lauri Shippers | $110.00 | 4.1 | $451.00 |
|   Steffanie Cohen | $110.00 | 2.3 | $253.00 |
| CONTRACTOR | | | |
|   Martha Araki | $210.00 | 33.0 | $6,930.00 |
| Total: | | 41.6 | $7,876.00 |
| Grand Total: | | 96.8 | $17,216.50 |

EXHIBIT 1