**EXHIBIT 2**



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace**
**Invoice #: 21_111231**
**Expense Summary**

| Period Ending | 12/31/2011 | Expense Type | Amount |
|---|---|---|---|
| | | B-linx User Fee | $350.00 |
| | | B-Linx/Data Storage | $850.00 |
| | | Document Storage | $723.55 |
| | | Noticing Production | $203.25 |
| | | Pacer | $14.08 |
| | | Website Hosting | $250.00 |
| | | **Total** | **$2,390.88** |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Noticing Production Reference Summary and Detail**

| Reference Number | Production Date | Total |
|---|---|---|
| Reference # 021-20111206-1 | 12/6/2011 | $199.33 |
| Reference # 021-20111231-1 | 12/31/2011 | $3.92 |
| | Total | $203.25 |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

## WR Grace & Co. et al

**Production Date:** 12/6/2011
**Reference #:** 021-20111206-1

| Job Type | Job Item | | Pages / Parties | | |
|---|---|---|---|---|---|
| | | Step | Task | Details | Total |
| Noticing Document | Dkt No. 28007 - Ord re Merger MF 46298 | | 6 / 149 | | |
| | | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | Postage | USPS - 1st Class (at Cost) | 149 Pieces @ $.44 each | $65.56 |
| | | Production | Fold and Stuff | 149 Pieces @ $.05 each | $7.45 |
| | | | Printed Impressions | 894 Pieces @ $.10 each | $89.40 |
| | | Supplies | Inkjet and Envelope - #10 | 149 Pieces @ $.08 each | $11.92 |

**Total Due:** **$199.33**

*Invoice Due Upon Receipt*

EXHIBIT 2

Page 1 of 1



**BMC Group, Inc.**
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

W.R. Grace & Co. et al

Production Date: 12/31/2011
Reference #:    021-20111231-1
Notes:          **Postage charges for misc mailing.**

Job Item

| Step | Task | Details | Total |
|---|---|---|---|
| Proof of Service to counsel | | | |
| Postage | USPS - 1st Class (at Cost) | Total: 1 Piece | $2.16 |
| Transfer | | | |
| | USPS - 1st Class (at Cost) | Total: 2 Pieces | $1.76 |
| | | **Total Due:** | **$3.92** |