IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: March 29, 2012 at 4:00 p.m.**
**Hearing Date: June 18, 2012 at 9:00 a.m.**

### NOTICE OF QUARTERLY APPLICATION OF BMC GROUP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CLAIMS RECONCILIATION AND SOLICITATION CONSULTANT TO THE DEBTORS FOR THE FORTY-THIRD QUARTERLY INTERIM PERIOD FROM OCTOBER 1, 2011 THROUGH DECEMBER 31, 2011

TO:    The Debtors and Debtors in Possession; Counsel to the Debtors and Debtors in Possession; the Office of the United States Trustee; Counsel to the Official Committee of Unsecured Creditors; Counsel to the Official Committee of Asbestos Claimants; Counsel to the Official Committee of Asbestos Property Damage Claimants; Counsel to the Post-Petition Lenders (the "DIP Lenders"); Counsel to the Official Committee of Equity Holders; and All Parties Requesting Notice.

The BMC Group ("BMC"), Claims Reconciliation and Solicitation Consultant to

the Debtors and Debtors in Possession in the above-captioned cases (the "Debtors"), has filed

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

and served the *Quarterly Application of BMC Group for Compensation for Services Rendered and Reimbursement of Expenses as Claims Reconciliation and Solicitation Consultant to the Debtors for the Forty-Second Quarterly Interim from October 1, 2011 through December 31, 2011* (the "Application") seeking compensation in the amount of $102,084.50 and reimbursement of expenses and production costs in the amount of $12,935.73 (the "Fee Application").

Objections or responses to the Fee Application, if any, must be made in writing, filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 Market Street, Wilmington, Delaware 19801, on or before **March 29, 2012, at 4:00 p.m.**

At the same time, you must also serve a copy of the objections or responses, if any, upon the following:  (i) co-counsel for the Debtors, Adam Paul, Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654, Roger J. Higgins, Baer Higgins Fruchtman LLC, 111 East Wacker Drive, Suite 2800, Chicago, IL  60601-4277 (Fax number 312-836-4047); and James E. O'Neill, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, PO. Box 8705, Wilmington, DE  19899-8705 (Courier 19801) (fax number 302-652-4400); (ii) counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan, 180 Maiden Lane, New York, New York  10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane, Morris & Heckscher, LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware  19801-1246 (fax number 302-657-4901); (iii) counsel to the Official Committee of Property Damage Claimants, Scott L. Baena, Esquire, Bilzin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard,

Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire,

Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware

19899 (fax number 302-575-1714); (iv) counsel to the Official Committee of Personal Injury

Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New

York, New York 10022 (fax number 212-644-6755), and Marla Eskin, Esquire, Campbell &

Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington,

Delaware 19801 (fax number 302-426-9947); (v) counsel to the DIP Lenders, J. Douglas Bacon,

Esquire, Latham & Watkins, Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312-

993-9767), and The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. Box 25130,

Wilmington, Delaware 19899 (fax number 302-658-6395); (vi) the Office of the United States

Trustee, Attn: Frank J. Perch, Esquire, 844 N. King Street, Wilmington, Delaware 19801 (fax

number 302-573-6497); (vii) counsel to the Official Committee of Equity Holders, Thomas M.

Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York, New

York 10022 (fax number 212-715-8000); and (viii) co-counsel to the Official Committee of

Equity Holders, Teresa K.D. Currier, Esquire, Saul Ewing, 222 Delaware Avenue, Suite 1200,

P.O. Box 1266, Wilmington, DE 19801.

A HEARING ON THE FEE APPLICATION WILL BE HELD BEFORE THE

HONORABLE JUDITH K. FITZGERALD ON **JUNE 18, 2012 AT 9:00 A.M.**

Dated: March _8_, 2012          KIRKLAND & ELLIS LLP
                                Adam Paul
                                300 North LaSalle
                                Chicago, IL 60654
                                (312) 862-2000


                                and

                                PACHULSKI STANG ZIEHL & JONES LLP

                                Laura Davis Jones (Bar No. 2436)
                                James E. O'Neill (Bar No. 4042)
                                Kathleen P. Makowski (Bar No. 3648)
                                919 North Market Street, 17th Floor
                                P.O. Box 8705
                                Wilmington, DE 19899-8705 (Courier 19801)
                                Telephone:  (302) 652-4100
                                Facsimile:  (302) 652-4400

                                Co-Counsel for Debtors and Debtors in Possession