# EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace**
**Invoice #: 21_111031**
**Expense Summary**

| Period Ending | 10/31/2011 | Expense Type | Amount |
|---|---|---|---|
| | | B-linx User Fee | $350.00 |
| | | B-Linx/Data Storage | $850.00 |
| | | Document Storage | $722.10 |
| | | Noticing Production | $5,553.04 |
| | | Website Hosting | $250.00 |
| | | **Total** | **$7,725.14** |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Noticing Production Reference Summary and Detail**

| Reference Number | Production Date | | Total |
|---|---|---|---|
| Reference # 021-20111018-1 | 10/18/2011 | | $3,063.42 |
| Reference # 021-20111018-2 | 10/18/2011 | | $1,243.48 |
| Reference # 021-20111019-1 | 10/19/2011 | | $65.00 |
| Reference # 021-20111019-2 | 10/19/2011 | | $744.34 |
| Reference # 021-20111021-1 | 10/21/2011 | | $397.75 |
| Reference # 021-20111031-1 | 10/31/2011 | | $39.05 |
| | | **Total** | $5,553.04 |

EXHIBIT 2




BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date** **10/18/2011**
**Reference #:** **021-20111018-1**

| Job Type | Job Item | Step | Pages / Parties Task | Details | Total |
|---|---|---|---|---|---|
| Noticing Document | Dkt No. 27769 - Mtn Approve Merger MF 45724 | | 185 / 154 | | |
| | | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | Postage | USPS - 1st Class (at Cost) | 154 Pieces @ $4.75 each | $731.50 |
| | | Production | Printed Impressions | 28490 Pieces @ $.08 each | $2,279.20 |
| | | | Stuff and Mail | 154 Pieces @ $.05 each | $7.70 |
| | | Supplies | Inkjet and Envelope - Catalog | 154 Pieces @ $.13 each | $20.02 |
| | | | | **Total Due:** | **$3,063.42** |

*Invoice Due Upon Receipt*



EXHIBIT 2




**BMC Group, Inc.**
**600 1st Ave., Suite 300**
**Seattle, WA 98104**
**Tel: 206/516-3300**

**WR Grace & Co. et al**

Production Date **10/18/2011**
Reference #: **021-20111018-2**

| Job Type | Job Item | Step | Pages / Parties Task | Details | Total |
|---|---|---|---|---|---|
| Noticing Document | Dkt No. 27771 - Vermiculite Sale Mtn MF 45236 | | 74 / 124 | | |
| | | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | Postage | USPS - 1st Class (at Cost) | 101 Pieces @ $2.08 each | $210.08 |
| | | | USPS - CAN (at Cost) | 21 Pieces @ $2.64 each | $55.44 |
| | | | USPS - International (at Cost) | 2 Pieces @ $6.52 each | $13.04 |
| | | Production | Printed Impressions | 9176 Pieces @ $.10 each | $917.60 |
| | | | Stuff and Mail | 124 Pieces @ $.05 each | $6.20 |
| | | Supplies | Inkjet and Envelope - Catalog | 124 Pieces @ $.13 each | $16.12 |
| | | | | **Total Due:** | **$1,243.48** |

*Invoice Due Upon Receipt*



EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date** 10/19/2011
**Reference #:** 021-20111019-1

| Job Type | Job Item | Step | Pages / Parties Task | Details | Total |
|---|---|---|---|---|---|
| Noticing Document | Dkt No. 27771 - Vermiculite Motion (suppl) MF 45787 | | 76 / 4 | | |
| | | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | Postage | USPS - 1st Class (at Cost) | 3 Pieces @ $2.08 each | $6.24 |
| | | | USPS - CAN (at Cost) | 1 Piece @ $2.64 each | $2.64 |
| | | Production | Printed Impressions | 304 Pieces @ $.10 each | $30.40 |
| | | | Stuff and Mail | 4 Pieces @ $.05 each | $0.20 |
| | | Supplies | Inkjet and Envelope - Catalog | 4 Pieces @ $.13 each | $0.52 |
| | | | | **Total Due:** | **$65.00** |

*Invoice Due Upon Receipt*



EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date** 10/19/2011
**Reference #:** 021-20111019-2

| Job Type | Job Item | Step | Pages / Parties<br>Task | Details | Total |
|---|---|---|---|---|---|
| Noticing Document | Dkt No. 27786 - Vermkiculite Sale Ntc MF 45788 | | 39 / 127 | | |
| | | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | Postage | USPS - 1st Class (at Cost) | 103 Pieces @ $1.48 each | $152.44 |
| | | | USPS - CAN (at Cost) | 22 Pieces @ $1.86 each | $40.92 |
| | | | USPS - International (at Cost) | 2 Pieces @ $3.91 each | $7.82 |
| | | Production | Printed Impressions | 4953 Pieces @ $.10 each | $495.30 |
| | | | Stuff and Mail | 127 Pieces @ $.05 each | $6.35 |
| | | Supplies | Inkjet and Envelope - Catalog | 127 Pieces @ $.13 each | $16.51 |
| | | | | **Total Due:** | **$744.34** |

*Invoice Due Upon Receipt*



EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date:** 10/21/2011
**Reference #:** 021-20111021-1

| Job Type | Job Item | Step | Pages / Parties Task | Details | Total |
|---|---|---|---|---|---|
| Noticing Document | 1. Dkt No. 27771 - Vermiculite Sale Mtn (suppl) MF 45820 | | 76 / 25 | | |
| | | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | Postage | USPS - 1st Class (at Cost) | 23 Pieces @ $2.68 each | $61.64 |
| | | | USPS - International (at Cost) | 2 Pieces @ $9.18 each | $18.36 |
| | | Production | Collate and Stuff | 25 Pieces @ $.08 each | $2.00 |
| | | | Printed Impressions | 1900 Pieces @ $.10 each | $190.00 |
| | | Supplies | Inkjet and Envelope - Catalog | 25 Pieces @ $.13 each | $3.25 |
| | 2. Dkt No. 27786 - Vermkiculite Sale Ntc (suppl) MF 45820 | | 39 / 25 | | |
| | | Production | Printed Impressions | 975 Pieces @ $.10 each | $97.50 |
| | | | | **Total Due:** | **$397.75** |

*Invoice Due Upon Receipt*



EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date** 10/31/2011
**Reference #:** 021-20111031-1
**Notes:** Postage charges for misc mailings. Tracking Nbr: 797652616527

| Job Type | Job Item / Step | Task | Details | Total |
|---|---|---|---|---|
| Special Services | Proof of Service to counsel | | | |
| | Postage | FedEx (at Cost) | 1 Piece @ $34.01 each | $34.01 |
| | | USPS - 1st Class (at Cost) | Total: 2 Pieces | $1.08 |
| | Transfer | | | |
| | | USPS - 1st Class (at Cost) | Total: 9 Pieces | $3.96 |
| | | | **Total Due:** | **$39.05** |

*Invoice Due Upon Receipt*



EXHIBIT 2




BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

WR Grace
Invoice #: 21_111130
Expense Summary

| Period Ending 11/30/2011 | Expense Type | Amount |
|---|---|---|
| | B-linx User Fee | $350.00 |
| | B-Linx/Data Storage | $850.00 |
| | Document Storage | $723.55 |
| | Noticing Production | $646.16 |
| | Website Hosting | $250.00 |
| | Total | $2,819.71 |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Noticing Production Reference Summary and Detail**

| Reference Number | Production Date | Total |
|---|---|---|
| Reference # 021-20111122-1 | 11/22/2011 | $639.36 |
| Reference # 021-20111130-1 | 11/30/2011 | $6.80 |
| | **Total** | $646.16 |

EXHIBIT 2



**BMC Group, Inc.**
**600 1st Ave., Suite 300**
**Seattle, WA 98104**
**Tel: 206/516-3300**

**WR Grace & Co. et al**

**Production Date:** **11/22/2011**
**Reference #:** **021-20111122-1**

| Job Type | Job Item | Step | Pages / Parties Task | Details | Total |
|---|---|---|---|---|---|
| Noticing Document | Dkt No. 28008 - Project Plate Sale Ord MF 46154/46153 | | 23 / 153 | | |
| | | Document/Data Preparation | Mail File Setup | 2 Tasks @ $25.00 each | $50.00 |
| | | Postage | USPS - 1st Class (at Cost) | 127 Pieces @ $1.28 each | $162.56 |
| | | | USPS - CAN (at Cost) | 22 Pieces @ $1.60 each | $35.20 |
| | | | USPS - International (at Cost) | 4 Pieces @ $3.04 each | $12.16 |
| | | Production | Printed Impressions | 3519 Pieces @ $.10 each | $351.90 |
| | | | Stuff and Mail | 153 Pieces @ $.05 each | $7.65 |
| | | Supplies | Inkjet and Envelope - Catalog | 153 Pieces @ $.13 each | $19.89 |
| | | | | **Total Due:** | **$639.36** |

*Invoice Due Upon Receipt*



EXHIBIT 2




BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date** 11/30/2011
**Reference #:** 021-20111130-1
**Notes:** Postage charges for change of address remailing and other misc mailings.

| Job Type | Job Item / Step | Task | Details | Total |
|---|---|---|---|---|
| Noticing Document | COA resend for November | | | |
| | Postage | USPS - 1st Class (at Cost) | Total: 2 Pieces | $3.96 |
| Special Services | Proof of Service to counsel | | | |
| | | USPS - 1st Class (at Cost) | Total: 1 Piece | $1.08 |
| | Transfer | | | |
| | | USPS - 1st Class (at Cost) | Total: 4 Pieces | $1.76 |
| | | | **Total Due:** | **$6.80** |

*Invoice Due Upon Receipt*



EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace**
**Invoice #: 21_111231**
**Expense Summary**

| **Period Ending** | **12/31/2011** | **Expense Type** | **Amount** |
|---|---|---|---|
| | | B-linx User Fee | $350.00 |
| | | B-Linx/Data Storage | $850.00 |
| | | Document Storage | $723.55 |
| | | Noticing Production | $203.25 |
| | | Pacer | $14.08 |
| | | Website Hosting | $250.00 |
| | | **Total** | **$2,390.88** |

EXHIBIT 2



**BMC Group, Inc.**
**600 1st Ave., Suite 300**
**Seattle, WA 98104**
**Tel: 206/516-3300**

**WR Grace & Co. et al**

**Noticing Production Reference Summary and Detail**

| Reference Number | Production Date | Total |
|---|---|---|
| Reference # 021-20111206-1 | 12/6/2011 | $199.33 |
| Reference # 021-20111231-1 | 12/31/2011 | $3.92 |
| | **Total** | $203.25 |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date:** 12/6/2011
**Reference #:** 021-20111206-1

| Job Type | Job Item | Step | Pages / Parties Task | Details | Total |
|---|---|---|---|---|---|
| Noticing Document | Dkt No. 28007 - Ord re Merger MF 46298 | | 6 / 149 | | |
| | | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | Postage | USPS - 1st Class (at Cost) | 149 Pieces @ $.44 each | $65.56 |
| | | Production | Fold and Stuff | 149 Pieces @ $.05 each | $7.45 |
| | | | Printed Impressions | 894 Pieces @ $.10 each | $89.40 |
| | | Supplies | Inkjet and Envelope - #10 | 149 Pieces @ $.08 each | $11.92 |
| | | | | **Total Due:** | **$199.33** |

*Invoice Due Upon Receipt*



EXHIBIT 2



**BMC Group, Inc.**
**600 1st Ave., Suite 300**
**Seattle, WA 98104**
**Tel: 206/516-3300**

**WR Grace & Co. et al**

**Production Date:** 12/31/2011
**Reference #:** 021-20111231-1
**Notes:** Postage charges for misc mailing.

| Job Type | Job Item | Step | Task | Details | Total |
|---|---|---|---|---|---|
| Special Services | Proof of Service to counsel | | | | |
| | | Postage | USPS - 1st Class (at Cost) | Total: 1 Piece | $2.16 |
| | Transfer | | | | |
| | | | USPS - 1st Class (at Cost) | Total: 2 Pieces | $1.76 |
| | | | | **Total Due:** | **$3.92** |

*Invoice Due Upon Receipt*



EXHIBIT 2