# EXHIBIT A



# The Hogan Firm

1311 Delaware Avenue

Wilmington, DE 19806

(302) 656 7540

EIN 51-0352711

---

**Canadian ZAI Claimants**  **Date:** 2/3/2012
**c/o Lauzon Belanger Lesperance**  **File Number:** ZAI/WRG 060124-01
Attention: Careen Hannouche  **Invoice Number:** 19679
286 rue Street
Paul Quest bureau 100 Montreal QC H2Y 2A3

**Re:** Canadian Zonolite Claimants
WRGrace Chapter 11 Bankruptcy
Our File No. 060124-01

---

| Date | Initials | Description of Service | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/11/2012 | KEH | E-mail correspondence with 'thompson@shlaw.ca';'Cindy Yates';'Matt Moloci' regarding Scarfone Hawkins' November time/expense statement. | 0.20 | 190.00 | 38.00 |
| 01/13/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Agenda of Matters Scheduled for Hearing Filed by W.R. Grace & Co., et al.. Hearing scheduled for 1/23/2012 at 09:00 AM. | 0.30 | 400.00 | 120.00 |
| 01/17/2012 | KEH | E-mail correspondence with 'Cindy Yates' regarding Scarfone Hawkins' November time/expense statement for the 20th Monthly Fee Application. | 0.10 | 190.00 | 19.00 |
| 01/18/2012 | KEH | E-mail correspondence with Cindy Yates regarding Scarfone Hawkins' dockets and status of same. | 0.10 | 190.00 | 19.00 |
| 01/18/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Amended HEARING CANCELLED/RESCHEDULED. Notice of Agenda of Matters Scheduled for Hearing. (related document(s) [28369]) Filed by W.R. Grace & Co., et al.. Hearing scheduled for 1/23/2012 at 09:00 AM. | 0.20 | 400.00 | 80.00 |
| 01/18/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Order Authorizing Second Amendment to Post-Petition Letter of Credit Facility Agreement. (Related Doc # [28178]) Order Signed on 1/18/2012. | 0.30 | 400.00 | 120.00 |
| 01/19/2012 | KEH | E-mail correspondence from Cindy Yates transmitting the time/expense statement for Scarfone Hawkins for the period November 1, 2011, through November 30, 2011; save to file and print for review. | 0.30 | 190.00 | 57.00 |
| 01/19/2012 | DKH | E-mail correspondence with Cindy Yates transmitting Scarfone Hawkins LLP Monthly Fee Application for November 1, 2011 – November 30, 2011. Reviewed same. | 0.50 | 400.00 | 200.00 |
| 01/23/2012 | KEH | Preparation of Lauzon Belanger Lesperance's 21st Monthly Fee Application. | 0.50 | 190.00 | 95.00 |
| 01/23/2012 | KEH | Preparation of The Hogan Firm's 21st Monthly Fee Application. | 1.20 | 190.00 | 228.00 |

| 2/3/2012 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | | Page:2 |
|---|---|---|---|---|---|---|
| 01/23/2012 | KEH | | Review WRGrace applications and update payment spreadsheet; e-mail correspondence with 'Careen Hannouche' re: the applications and payments from WRGrace:$9,134.13 pays September 2011 Fee application $5,754.00 (80% Fees) and expenses $1,003.44; Holdback for April 2011  $1,336.68; Holdback for May 2011 $ 665.07; Holdback for June 2011 $ 374.94. | 1.10 | 190.00 | 209.00 |
| 01/24/2012 | KEH | | E-mail correspondence from Careen Hannouche re: 21st Monthly fee application for LBL. | 0.10 | 190.00 | 19.00 |
| 01/24/2012 | KEH | | E-mail correspondence from Cindy Yates transmitting certification of David Thompson regarding SH's 21st Monthly Application for the period November 1, 2011, through November 30, 2011; save to file and prepare as exhibit. | 0.30 | 190.00 | 57.00 |
| 01/24/2012 | KEH | | E-mail correspondence with 'channouche@lblavocats.ca';'Michel Belanger' transmitting LBL's 21st Monthly Fee Application for review and certification by Michel Belanger. | 0.20 | 190.00 | 38.00 |
| 01/24/2012 | KEH | | E-mail correspondence with 'Cindy Yates'  transmitting the 21st Monthly fee application for Scarfone Hawkins for review and certification. | 0.20 | 190.00 | 38.00 |
| 01/24/2012 | DKH | | E-mail correspondence with Cindy Yates transmitting the Certification duly executed by Dave Thompson. | 0.10 | 400.00 | 40.00 |
| 01/24/2012 | KEH | | Prepare 21st Monthly Fee Application for Scarfone Hawkins LLP for the period November 1, through November 30, 2011. | 0.70 | 190.00 | 133.00 |
| 01/24/2012 | DKH | | Reviewed and revised 21st Monthly fee application for Scarfone Hawkins. | 0.70 | 400.00 | 280.00 |
| 01/24/2012 | DKH | | Reviewed and revised LBL's 21st Monthly Fee Application . | 0.60 | 400.00 | 240.00 |
| 01/25/2012 | KEH | | E-mail correspondence from Careen Hannouche re: difference in the disbursements total on LBL's monthly statement and the 20th monthly application: Application: $2,577.41; LBL statement: $2,321.99.<br><br><br>Difference of :  255,42 $ | 0.20 | 190.00 | 38.00 |
| 01/25/2012 | KEH | | E-mail correspondence from Info-LBLavocats transmitting the signed certification of Michel Belanger for the 21st Monthly Fee Application of Lauzon Belanger Lesperance for the period November 1, 2011, through November 30, 2011; save to file and prepare as exhibit. | 0.30 | 190.00 | 57.00 |
| 01/25/2012 | KEH | | E-mail correspondence with Careen Hannouche, re: 21st monthly fee application LBL. | 0.10 | 190.00 | 19.00 |
| 01/25/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed receipt for efiling of Monthly Application for Compensation (Twenty-First) of The Hogan Firm As Counsel to Representative Counsel for the Canadian ZAI Claimants for the period November 1, 2011, to November 30, 2011. Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 01/25/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Settlement /Debtors' Forty-Second Quarterly Report of Settlements From October 1, 2011 Through December 31, 2011 in Accordance with That Certain Amended Order Authorizing and Approving an Omnibus Procedure for Settling Certain Claims and Causes of Action Brought By or Against the Debtors in a Judicial, Administrative, Arbitral or Other Action or Proceeding Filed by W.R. Grace & Co., et al. | 0.40 | 400.00 | 160.00 |
| 01/25/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling Monthly Application for Compensation (Twenty-First) of Lauzon Belanger Lesperance as Special Counsel For The Canadian ZAI Claimants for the period November 1, 2011, to November 30, 2011. Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |

| 2/3/2012 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | | Page:3 |
|---|---|---|---|---|---|---|
| 01/25/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation (Twenty-First) of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period November 1, 2011, to November 30, 2011. Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 01/25/2012 | KEH | | E-mail correspondence with Service Parties transmitting the 21st Monthly Application of Lauzon Bélanger Lespérance for the period November 1, 2011, through November 30, 2011; Docket No. 28413. | 0.20 | 190.00 | 38.00 |
| 01/25/2012 | KEH | | E-mail correspondence with Service Parties transmitting the 21st Monthly Application of Scarfone Hawkins LLP for the period November 1, 2011, through November 30, 2011; Docket No. 28414. | 0.20 | 190.00 | 38.00 |
| 01/25/2012 | KEH | | E-mail correspondence with Service Parties transmitting the 21st Monthly Application of The Hogan Firm for the period November 1, 2011, through November 30, 2011; Docket No. 28412. | 0.20 | 190.00 | 38.00 |
| 01/25/2012 | KEH | | Prepare THF, SH & LBL's 21st fee applications for transmitting via first class mail to the Fee Auditor and Debtor. | 0.30 | 190.00 | 57.00 |
| 01/25/2012 | KEH | | Review concerns of Careen Hannouche regarding difference in statement and application for the 20th monthly application; E-mail correspondence with 'Careen Hannouche' transmitting time/expense statement for October along with the Pinchin invoice (Exhibits A & B to the 20th fee application): expenses plus the taxes equal $2,577.41. | 0.60 | 190.00 | 114.00 |
| 01/25/2012 | DKH | | Reviewed and revised Monthly Application for Compensation (Twenty-First) of The Hogan Firm As Counsel to Representative Counsel for the Canadian ZAI Claimants for the period November 1, 2011, to November 30, 2011. | 0.70 | 400.00 | 280.00 |
| 01/25/2012 | DKH | | Reviewed revised 21st monthly fee application of LBL for November 2011. | 0.30 | 400.00 | 120.00 |
| 01/26/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection [No Order Required] Regarding the Twentieth Monthly Application for Compensation of Scarfone Hawkins, LLP, as Special Counsel for the Canadian ZAI Claimants for the period October 1, 2011, to October 31, 2011 (related document(s)[28163]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 01/26/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection [No Order Required] Regarding the Twentieth Monthly Application for Compensation of Lauzon Belanger Lesperance as Special Counsel for The Canadian ZAI Claimants for the period October 1, 2011, to October 31, 2011 (related document(s)[28171]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 01/26/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection [No Order Required] Regarding the Twentieth Monthly Application for Compensation of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period October 1, 2011, to October 31, 2011 (related document(s)[28162]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 01/26/2012 | KEH | | E-mail correspondence with IKON Office Solutions transmitting the Certificate of No Objection Regarding the 20th Monthly Applications of The Hogan Firm, Scarfone Hawkins LLP, and Lauzon Belanger Lesperance for hand delivery to the Office of the United States Trustee | 0.20 | 190.00 | 38.00 |

| 2/3/2012 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | | Page:4 |
|---|---|---|---|---|---|---|
| 01/26/2012 | KEH | | E-mail correspondence with Service Parties transmitting the Certificate of No Objection Regarding the 20th Monthly Application of The Hogan Firm [Docket No. 28419], Scarfone Hawkins LLP [Docket No. 28420], and Lauzon Belanger Lesperance [Docket No. 28421]. | 0.20 | 190.00 | 38.00 |
| 01/26/2012 | KEH | | Prepare Certificate of No Objection Regarding the 20th Monthly Application of Lauzon Belanger Lesperance for the Period October 1, 2011, through October 31, 2011. | 0.50 | 190.00 | 95.00 |
| 01/26/2012 | KEH | | Prepare Certificate of No Objection Regarding the 20th Monthly Application of Scarfone Hawkins for the Period October 1, 2011, through October 31, 2011. | 0.50 | 190.00 | 95.00 |
| 01/26/2012 | KEH | | Prepare Certificate of No Objection Regarding the 20th Monthly Application of The Hogan Firm for the Period October 1, 2011, through October 31, 2011. | 0.50 | 190.00 | 95.00 |
| 01/26/2012 | KEH | | Prepare for and electronically file Certificate of No Objection Regarding the 20th Monthly Application of Lauzon Belanger Lesperance for the Period October 1, 2011, through October 31, 2011. | 0.30 | 190.00 | 57.00 |
| 01/26/2012 | KEH | | Prepare for and electronically file Certificate of No Objection Regarding the 20th Monthly Application of Scarfone Hawkins LLP for the Period October 1, 2011, through October 31, 2011. | 0.30 | 190.00 | 57.00 |
| 01/26/2012 | KEH | | Prepare for and electronically file Certificate of No Objection Regarding the 20th Monthly Application of The Hogan Firm for the Period October 1, 2011, through October 31, 2011. | 0.30 | 190.00 | 57.00 |
| 01/26/2012 | DKH | | Reviewed and revised Certificate of No Objection [No Order Required] Regarding the Twentieth Monthly Application for Compensation of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period October 1, 2011, to October 31, 2011; reviewed docket for objections. | 0.40 | 400.00 | 160.00 |
| 01/26/2012 | DKH | | Reviewed Certificate of No Objection [No Order Required] Regarding the Twentieth Monthly Application for Compensation of Lauzon Belanger Lesperance as Special Counsel for The Canadian ZAI Claimants for the period October 1, 2011, to October 31, 2011; reviewed docket for objections. | 0.40 | 400.00 | 160.00 |
| 01/26/2012 | DKH | | Reviewed Certificate of No Objection [No Order Required] Regarding the Twentieth Monthly Application for Compensation of Scarfone Hawkins, LLP, as Special Counsel for the Canadian ZAI Claimants for the period October 1, 2011, to October 31, 2011; reviewed docket for objections. | 0.40 | 400.00 | 160.00 |
| 01/30/2012 | KEH | | E-mail correspondence from Bridget Scott with dial-in information and ID for teleconference scheduled for February 1, 2012 at 2:00 p.m. | 0.10 | 190.00 | 19.00 |
| 01/30/2012 | KEH | | E-mail correspondence to 'Bridget Scott' with available date and time for Dan Hogan for scheduling of teleconference regarding status of case. | 0.10 | 190.00 | 19.00 |
| 01/30/2012 | KEH | | E-mail correspondence with Bridget Scott regarding scheduling of teleconference between Dan Hogan, Matt Moloci & David Thompson. | 0.10 | 190.00 | 19.00 |
| 01/30/2012 | DKH | | Email from Scarfore Hawkins concerning teleconference to discuss issues. | 0.10 | 400.00 | 40.00 |
| 01/31/2012 | DKH | | E-mail correspondence with Canadian Representative Counsel transmitting the WR Grace opinion. | 0.20 | 400.00 | 80.00 |
| 01/31/2012 | DKH | | E-mail correspondence with David Thompson asking me to turn my mind to the next steps and expected timing in the event that there is no further appeal or Objection. | 0.20 | 400.00 | 80.00 |
| 01/31/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved Memorandum Opinion Regarding Appeals Between the Appellee W.R. Grace & Co., et al. and the CNA Companies. | 0.30 | 400.00 | 120.00 |

| 2/3/2012 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | | Page:5 |
|---|---|---|---|---|---|---|
| 01/31/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Order Overruling the Objections to the Settlement Agreement Between Appellee W.R. Grace & Co., et al. and the CNA Companies and Approving the Settlement Agreement (related document(s)[28445]). Signed on 1/30/2012. | 0.30 | 400.00 | 120.00 |
| 01/31/2012 | DKH | | E-mail correspondence with Matt Moloci about opinion and whether any appeals will follow. | 0.20 | 400.00 | 80.00 |
| 01/31/2012 | KEH | | Receive and review Memorandum Opinion in WRGrace; save to file. | 0.30 | 190.00 | 57.00 |
| 01/31/2012 | DKH | | Received and read opinion of U.S. District Court in W.R. Grace. | 3.40 | 400.00 | 1,360.00 |
| | | **Total Fees** | | **22.30** | | **$6,715.00** |

**Expenses**

| 01/25/2012 | Postage - First Class Mail to Fee Auditor & WRG (2 @ 2.30) | 4.60 | |
|---|---|---|---|
| 01/27/2012 | Outside printing-Black and white copies (20th Monthly) | 5.60 | |
| | **Total Expenses** | | **$10.20** |

**TOTAL NEW CHARGES**     **$6,725.20**

**STATEMENT OF ACCOUNT**

| Prior Balance | 10,576.42 |
|---|---|
| Payments | -10,576.42 |
| Current Fees | 6,715.00 |
| Current Expenses | 10.20 |
| **AMOUNT DUE AND OWING TO DATE** | **$6,725.20** |

**TERMS: DUE UPON RECEIPT; INTEREST WILL ACCRUE ON THE UNPAID BALANCE AT THE RATE OF 1.5% PER MONTH;  Please call 302.656.7540 if you have any questions or concerns.**

**Payments**

| **Date** | **Ref #** | **Description** | **Amount** |
|---|---|---|---|
| 1/20/2012 | 9904828 | Payment on Account | 10,576.42 |