# EXHIBIT A

# LAUZON BÉLANGER LESPÉRANCE
## AVOCATS • ATTORNEYS

February 13, 2012

RE :   W.R. GRACE & CO., and al.
       U.S. FEE APPLICATION
       CDN ZAI CLASS ACTION
       Our file:  222

**CANADIAN ZAI SPECIAL COUNSEL FEE APPLICATION**
(January 1st 2012 to January 31st 2012)

**FOR PROFESSIONAL SERVICES RENDERED, INCLUDING:**

**Our fees :**

| DATE | INIT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 2012-01-17 | CH | Email to David Thompson attaching letter re: portion of The Hogan Firm's fees | 0.33 | 285.00 | 94.05 |
| 2012-01-24 | MB | Letter to Karen Harvey | 0.17 | 450.00 | 76.50 |
| 2012-01-25 | CH | Emails to Karen Harvey re: LBL monthly application | 0.42 | 285.00 | 119.70 |
| 2012-01-31 | MB | Receipt of emails from Dan Hogan and Matt Loloci | 0.50 | 450.00 | 225.00 |
| 2012-01-31 | MB | Receipt and study of Memorandum of opinion of Grace | 1.50 | 450.00 | 675.00 |
| | | **OUR FEES :** | **2.92** | | **$ 1,190.25** |

TIME SUMMARY BY LAWYER

| | | | |
|---|---|---|---|
| MB | 450.00 | 2.17 | $ 976.50 |
| CH | 285.00 | 0.75 | $ 213.75 |

**TOTAL FEES**

|  |  |
|---|---|
| G.S.T. 5% | 59.51 |
| Q.S.T. 9.5% | 118.73 |
| **TOTAL** | **$ 1,368.49** |

# G.S.T.   814682340 RT 0001
# Q.S.T.   1211542736 TQ 0001

