# EXHIBIT A

W.R. GRACE & CO., et al.  
CDN ZAI CLASS ACTION

U.S. FEE APPLICATION  
DATE: January 31, 2012  
OUR FILE NO: 05L121

# Scarfone Hawkins LLP
BARRISTERS AND SOLICITORS

| ONE JAMES STREET SOUTH | TELEPHONE |
|---|---|
| 14TH FLOOR | 905-523-1333 |
| P.O. BOX 926, DEPOT #1 | |
| HAMILTON, ONTARIO | TELEFAX |
| L8N 3P9 | 905-523-5878 |

H.S.T. REGISTRATION NO.   **873984314 RT – 0001**

## CANADIAN ZAI MONTHLY FEE APPLICATION
### (January 1, 2012 – January 31, 2012)

| DATE | PROFESSIONAL SERVICE | LAWYER | RATE/HR | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 01 /02/12 | receipt of and respond to various class member inquiries, etc., memo to BS | DT | $525.00 | 0.25 | $131.25 |
| 01 /06/12 | receipt Hogan letter and cheque, letter to Hogan, memo to Matt Moloci | DT | $525.00 | 0.10 | $52.50 |
| 01 /09/12 | Emails from and to David Thompson regarding receipt and reconciliation of payment from The Hogan Firm in respect of fees for September 2011 and holdbacks for April, May and June, 2011 | MGM | $450.00 | 0.10 | $45.00 |
| 01 /11/12 | emails to and from Keith Ferbers re: status of appeals | DT | $525.00 | 0.10 | $52.50 |
| 01 /11/12 | receipt Karen Harvey email re transfer of funds | DT | $525.00 | 0.10 | $52.50 |
| 01 /18/12 | receipt Karen Harvey email, letter to Karen Harvey, memo to Matt Moloci, receipt Careen Hannouche email, memo to Cindy Yates | DT | $525.00 | 0.25 | $131.25 |
| 01 /18/12 | Facsimile from possible CDN ZAI PD claimants Dawn and Robert Critchley; review | MGM | $450.00 | 0.10 | $45.00 |
| 01 /19/12 | discuss with Cindy Yates, receipt and review Cindy Yates memo to Karen Harvey and expense statement | DT | $525.00 | 0.25 | $131.25 |
| 01 /19/12 | receipt of and respond to Class member inquiries, emails to and from class member Borghese, receipt Matt Moloci memo, memo to Matt Moloci re: response | DT | $525.00 | 0.25 | $131.25 |
| 01 /19/12 | Emails to and from David Thompson regarding claimant inquiries and response to possible CDN ZAI PD claimants Dawn and Robert Critchley | MGM | $450.00 | 0.10 | $45.00 |
| 01 /19/12 | Email from Cindy Yates to Karen Harvey with attached November 2011 fee application of Scarfone Hawkins; review | MGM | $450.00 | 0.10 | $45.00 |
| 01 /24/12 | receipt email from Adrienne Glen re: stay extension motion, review motion request, | DT | $525.00 | 0.40 | $210.00 |

| | | | | | |
|---|---|---|---|---|---|
| | letter to Adrienne Glen consenting to extension request, memo to law clerk re: arrange telephone case conference call with Dan Hogan for update | | | | |
| 01 /24/12 | receipt Karen Harvey email, review monthly fee application, execute Certification, etc. | DT | $525.00 | 0.25 | $131.25 |
| 01 /24/12 | Emails from David Thompson and Adrienne Glen regarding Grace Canada motion seeking extension of CCAA stay of proceeding | MGM | $450.00 | 0.10 | $45.00 |
| 01 /24/12 | Email inquiry from CDN ZAI PD claimant Chris Giesler | MGM | $450.00 | 0.10 | $45.00 |
| 01 /25/12 | receipt of and respond to class member inquiries and memo to MGM | DT | $525.00 | 0.35 | $183.75 |
| 01 /25/12 | receipt and review Karen Harvey emails and 21st Monthly Compensation Applications | DT | $525.00 | 0.25 | $131.25 |
| 01 /25/12 | Emails from Karen Harvey with attached 21st Monthly Fee Applications of Lauzon Belanger Lesperance, Scarfone Hawkins and The Hogan Firm for November, 2011; review | MGM | $450.00 | 0.20 | $90.00 |
| 01 /26/12 | Email from Karen Harvey with attached Certificates of No Objection in respect of fee applications of Lauzon Belanger Lesperance, Scarfone Hawkins and The Hogan Firm for October 2011; review | MGM | $450.00 | 0.10 | $45.00 |
| 01 /30/12 | receipt of and respond to class member inquiries, memo to Bridget Scott, follow-up to arrange telephone conference call with Dan Hogan | DT | $525.00 | 0.25 | $131.25 |
| 01 /30/12 | receipt email from Karen Harvey re: dates for telephone conference call with Dan Hogan | DT | $525.00 | 0.10 | $52.50 |
| 01 /30/12 | Emails from David Thompson and Karen Harvey to arrange teleconference with Dan Hogan for review and update | MGM | $450.00 | 0.10 | $45.00 |
| 01 /31/12 | receipt Dan Hogan email, preliminary review of decision, memos to and from Matt Moloci, email to Dan Hogan, emails to Keith Ferbers and Evatt Merchant | DT | $525.00 | 1.20 | $630.00 |
| 01 /31/12 | follow-up memo to Cindy Yates re: receipt of The Hogan Firm holdback monies | DT | $525.00 | 0.10 | $52.50 |
| 01 /31/12 | Email from Dan Hogan with attached Memorandum of Opinion of Buckwalter from District Court; review memorandum; conferences with David Thompson; emails from and to Thompson and Hogan; further email from Thompson to Evatt Merchant and Keith Ferbers forwarding Hogan email with attached memorandum | MGM | $450.00 | 1.20 | $540.00 |
| 01 /31/12 | review dockets for period January 1, 2012 to January 31, 2012, amend dockets, review disbursements, discuss with David Thompson, draft account, review with David Thompson and Matt Moloci, assemble account into form required by U.S. Bankruptcy Court, email to Karen Harvey enclosing monthly fee application for the period of January 1, 2012 to January 31, 2012 | LC | $120.00 | 2.00 | $240.00 |
| | | | **SUB-TOTAL** | **8.40** | **$3,435.00** |

| TIMEKEEPER | ID | HOURS | RATE | TOTAL | PLUS 13% H.S.T |
|---|---|---|---|---|---|
| DAVID THOMPSON 23 + years | DT | 4.20 | $525.00 | $2,205.00 | $286.65 |
| MATTHEW G. MOLOCI 13 + years | MGM | 2.20 | $450.00 | $990.00 | $128.70 |
| LAW CLERK Cindy Yates 30 years | CY | 2.00 | $120.00 | $240.00 | $31.20 |
| **SUB-TOTAL:** | | 8.4 | | $3,435.00 | $446.55 |
| **TOTAL FEES AND TAXES:** | | | | | $3,881.55 |

**DISBURSEMENTS SUMMARY**

| DATE | DISBURSEMENT | HST EXEMPT | HST NON-EXEMPT | PLUS 13% H.S.T. | TOTAL |
|---|---|---|---|---|---|
| 01/01/12 01/31/12 | Postage - January 1, 2012 – January 31, 2011 | | $0.59 | $0.07 | $0.66 |
| 01/01/12 01/31/12 | Long Distance Calls – Various calls from January 1, 2012 – January 31, 2011 | | $2.28 | $0.30 | $2.58 |
| **TOTAL DISBURSEMENTS:** | | | **$2.87** | **$0.38** | **$3.24** |

| **TOTAL FEES AND APPLICABLE TAXES:** | **$3,884.79** |
|---|---|

THIS IS OUR FEE APPLICATION,
Per:


**SCARFONE HAWKINS LLP**
E. & O.E.


**\*Del. Bankr. LR 2016-2(e)(iii) allows for**
**$.10 per page for photocopies.**