IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO., et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| *Debtors.* | § | Jointly Administered |
| | § | |
| | § | Objection Deadline: 3/29/12; 4:00 p.m., ET |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF ALEXANDER M. SANDERS, JR. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS FOR THE THIRTY-THIRD MONTHLY INTERIM PERIOD FROM FEBRUARY 1, 2012 THROUGH FEBRUARY 29, 2012**

| | |
|---|---|
| Name of Applicant: | Hon. Alexander M. Sanders, Jr. |
| Authorized to Provide Services To: | Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | September 22, 2008 (*nunc pro tunc*) |
| Period for Which Compensation and Reimbursement is Sought: | February 1, 2012 through February 29, 2012 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $4,212.00  [80% of $5,265.00] |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $30.00 |

This is a(n):   ☒Monthly      ☐Interim      ☐Final Application

## PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 2/26/2009 | Inception to 2-26-2009 | $15,428.00 | $0 | Paid | Paid |
| 4/6/2009 | 2-26-2009 to 3-31-2009 | $17,892.00 | $2,305.49 | Paid | Paid |
| 5/27/2009 | 4-1-2009 to 4-30-2009 | $864.00 | $0 | Paid | Paid |
| 6/5/2009 | 5-1-2009 to 5-31-2009 | $16,308.00 | $747.20 | Paid | Paid |
| 7/23/2009 | 6-1-2009 to 6-30-2009 | $2,844.00 | $0 | Paid | Paid |
| 10/7/2009 | 7-1-2009 to 7-31-2009 | $8,460.00 | $0 | Paid | Paid |
| 10/7/2009 | 8-1-2009 to 8-31-2009 | $3,168.00 | $0 | Paid | Paid |
| 10/7/2009 | 9-1-2009 to 9-30-2009 | $38,304.00 | $3,904.58 | Paid | Paid |
| 11/4/2009 | 10-1-2009 to 10-31-2009 | $11,664.00 | $1,336.21 | Paid | Paid |
| 12/7/2009 | 11-1-2009 to 11-30-2009 | $5,292.00 | $0 | Paid | Paid |
| 1/7/2010 | 12-1-2009 to 12-31-2009 | $1,440.00 | $37.00 | Paid | Paid |
| 2/9/2010 | 1-1-2010 to 1-31-2010 | $18,972.00 | $2,992.32 | Paid | Paid |
| 3/12/2010 | 2-1-2010 to 2-28-2010 | $360.00 | $30.00 | Paid | Paid |
| 4/20/2010 | 3-1-2010 to 3-31-2010 | $2,016.00 | $0 | Paid | Paid |
| 5/5/2010 | 4-1-2010 to 4-30-2010 | $1,332.00 | $72.00 | Paid | Paid |
| 6/3/2010 | 5-1-2010 to 5-31-2010 | $2,484.00 | $0 | Paid | Paid |
| 9/17/2010 | 6-1-2010 to 6-30-2010 | $3,348.00 | $30.00 | Paid | Paid |
| 10/26/2010 | 7-1-2010 to 9-30-2010 | $390.00 | $30.00 | Paid | Paid |
| 12/1/2010 | 10-1-2010 to 11-30-2010 | $972.00 | $0 | Paid | Paid |

---

[1] At 80% of the total incurred.

| | | | | | |
|---|---|---|---|---|---|
| 1/6/2011 | 12-1-2010 to 12-31-2010 | $4,248.00 | $58.00 | Paid | Paid |
| 2/3/2011 | 1-1-2011 to 1-31-2011 | $5,184.00 | $0 | Paid | Paid |
| 3/15/2011 | 2-1-2011 to 2-28-2011 | $5,832.00 | $1,348.39 | Paid | Paid |
| 4/5/2011 | 3-1-2-11 to 3-31-2011 | $3,348.00 | $235.00 | Paid | Paid |
| 5/10/2011 | 4-1-2011 to 4-30-2011 | $1,188.00 | $0 | Paid | Paid |
| 6/8/2011 | 5-1-2011 to 5-31-2011 | $11,052.00 | $0 | Paid | Paid |
| 7/5/2011 | 6-1-2011 to 6-30-2011 | $5,724.00 | $872.11 | Paid | Paid |
| 8/1/2011 | 7-1-2011 to 7-31-2011 | $3,456.00 | $0 | Paid | Paid |
| 9/13/2011 | 8-1-2011 to 8-31-2011 | $648.00 | $0 | Paid | Paid |
| 10/13/2011 | 9-1-2011 to 9-30-2011 | $1,476.00 | $0 | Paid | Paid |
| 11/15/2011 | 10-1-2011 to 10-31-2011 | $1,980.00 | $0 | Paid | Paid |
| 2/3/2012 | 12-1-2012 to 12-31-2012 | $240.00 | $30.00 | CNO Filed | CNO Filed |
| 2/3/2012 | 1-1-2012 to 1-31-2012 | $3,096.00 | $0 | CNO Filed | CNO Filed |

Alexander M. Sanders, Jr. is the only attorney providing services in this Fee Application period. Judge Sanders has practiced law for over 45 years, and his billing rate is $450 per hour. In this Application period Judge Sanders billed 11.7 hours,[2] for a total amount billed of $5,265.00, of which 80% is currently sought, in the amount of $4,212.00. Reimbursement of 100% of expenses incurred, $30.00 is also sought. This Application seeks a total of $4,242.00.

---

[2] Non-Productive travel time, if any, is included in this figure, but at 50% of the actual time.

As stated above, this is the Thirty-Third application for monthly fees and expenses. The time for preparation of this Application is approximately .7 hours, for which $455.00 will be requested in a future application of my counsel.

COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 11.7 | $5,265.00 |
| TOTAL | 11.7 hours | $5,265.00 |

EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Courtcall | $30.00 |
| TOTAL | $30.00 |

Detail of the fees and expenses billed is attached hereto as Exhibit A.

[Remainder of page intentionally blank]

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

CERTIFICATE OF SERVICE

I certify that on the 9th day of March, 2012, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

*ALEXANDER M. SANDERS, JR.*
*Attorneys at Law*
*19 Water Street*
*Charleston, South Carolina 29401*

## INVOICE FOR PROFESSIONAL SERVICES 2/1/12 – 2/29/12

As Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands

*In re W. R. Grace,* No. 01-1139 (Bankr.D.Del)

| Date | Services Performed | Time |
|---|---|---|
| 2/1/12 | Review of Garlock Sealing's Reply Brief (31 pages) | 0.5 |
| | Review of Motion of the PI Claimant's for a protective order re: Garlock's subponeas (12 pages) | 0.2 |
| | Review of Order affirming the Settlement Agreement and Joint Plan (202 pages) | 3.5 |
| | Exchange of e-mail with Alan Rich, Esq., re: the above and the potential for attempts to stay the order | 0.2 |
| 2/6/12 | Review of Garlock Sealing's Application for Oral Argument | 0.1 |
| | Review of Garlock Sealing's Motion for Reargument, Rehearing and to Alter or Amend the Judgment, with attachments (approx. 300 pages) | 4.5 |
| 2/14/12 | Review of BNSF Railway's Motion to Extend Time to File Appeal | 0.2 |
| 2/16/12 | Review of Motion for an Order Approving Settlement, with Attachments (the exact nature of which is protected by Order Requiring Confidentiality (approx. 100 pages) | 1.5 |
| 2/22/12 | Review of Agenda for hearing scheduled for February 27 before Judge Fitzgerald (5 pages) | 0.2 |

**INVOICE, 2/1/12 – 2/29/12**

| | | | |
|---|---|---|---|
| 2/27/12 | Hearing before Judge Fitzgerald as per above Agenda | | 0.8 |

      11.7 hours @ $450/hour    $    5,265.00

      Expenses    30.00
      (Receipt Attached)

          TOTAL:    $    5,295.00

## Expenses

Conference appearance by telephone before Judge Fitzgerald, 2/27/11   $   30.00