## EXHIBIT A

**Business Operations (.10 Hours; $ 93.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $935 | 93.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/25/12 | PVL | 935.00 | 0.10 | Rv motion re ART credit agmt |

**Total Task Code .03    .10**


**Case Administration (2.30 Hours; $ 1,773.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .20 | $1,000 | 200.00 |
| Peter Van N. Lockwood | 1.10 | $935 | 1,028.50 |
| Rita C. Tobin | 1.00 | $545 | 545.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/06/12 | RCT | 545.00 | 0.20 | Review local counsel recs re: EI update (.2). |
| 01/10/12 | PVL | 935.00 | 0.10 | Rv docs for filing |
| 01/11/12 | PVL | 935.00 | 0.10 | Rv 5 misc. filings |
| 01/13/12 | RCT | 545.00 | 0.20 | Review local counsel recs re: EI update (.2). |
| 01/16/12 | PVL | 935.00 | 0.10 | Rv misc. filings and email |
| 01/17/12 | PVL | 935.00 | 0.50 | Tcn Baer, Higgins, Finke and Paul |
| 01/17/12 | RCT | 545.00 | 0.20 | Review local counsel records re: EI update (.2). |
| 01/17/12 | EI | 1,000.00 | 0.20 | Telephone conference J. Donley re: status (.1); telephone conference with PVNL re: same (.1). |
| 01/25/12 | PVL | 935.00 | 0.10 | Rv Grace pension contrib. motion |
| 01/25/12 | RCT | 545.00 | 0.20 | Review local counsel recs re: EI update (.2). |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/30/12 | PVL | 935.00 | 0.20 | Rv 4 misc. filings (.1); rv Garlock 2019 reply (.1) |
| 01/31/12 | RCT | 545.00 | 0.20 | Review local counsel recs re: EI update (.2). |

**Total Task Code .04    2.30**


**Employee Benefits/Pension (.10 Hours; $ 93.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $935 | 93.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/20/12 | PVL | 935.00 | 0.10 | Rv material re 2012 pension contrib. |

**Total Task Code .08    .10**


**Fee Applications, Applicant (18.80 Hours; $ 8,614.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 13.70 | $545 | 7,466.50 |
| Sandy M. Saint-Cyr | 5.10 | $225 | 1,147.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/03/12 | RCT | 545.00 | 1.10 | Work on fee protocol (1.1). |
| 01/03/12 | RCT | 545.00 | 0.20 | Review fee application schedules for January (.2). |
| 01/03/12 | RCT | 545.00 | 0.30 | Review EB schedules, 2012 interims (.3). |
| 01/04/12 | RCT | 545.00 | 1.40 | Review spreadsheets re: payment issues (1.1); telephone conference with AB re: payment issue (.3). |
| 01/04/12 | SMS | 225.00 | 1.10 | Update payment report (1.1). |
| 01/05/12 | RCT | 545.00 | 0.20 | Contact AB re: schedules, monthly and interim fee applications (.2). |
| 01/06/12 | RCT | 545.00 | 0.40 | Respond to AB re: payment issue (.4). |

{D0220164.2 }

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 01/09/12 | RCT | 545.00 | 1.00 | Review prebills (1.0). |
| 01/09/12 | RCT | 545.00 | 0.10 | Email to AB re: edits required to attorney time entries (.1). |
| 01/09/12 | SMS | 225.00 | 0.40 | Update payment fee chart (.4). |
| 01/11/12 | RCT | 545.00 | 1.00 | Additional edits re: KCM time (.8); emails to AB re: same (.2). |
| 01/11/12 | SMS | 225.00 | 0.50 | Prepare fee and expense report for EI's review (.5). |
| 01/12/12 | RCT | 545.00 | 0.60 | Additional edits, emails to AB re: attorney time entries (.6). |
| 01/12/12 | RCT | 545.00 | 1.00 | Address fee and expense issues (1.0). |
| 01/12/12 | RCT | 545.00 | 1.00 | Review draft exhibits (1.0). |
| 01/13/12 | RCT | 545.00 | 1.70 | Address fee issues (1.7). |
| 01/19/12 | RCT | 545.00 | 1.20 | Review draft exhibits to monthly fee application (1.2). |
| 01/19/12 | SMS | 225.00 | 1.40 | Work on monthly fee application (1.1); review and update fee chart (.3). |
| 01/20/12 | RCT | 545.00 | 1.70 | Review and edit monthly fee application (1.1); review past fee applications re: edits to monthly fee application (.4); conference S. Saint-Cyr re: service (.2). |
| 01/20/12 | RCT | 545.00 | 0.50 | Address fee issues (.5). |
| 01/20/12 | SMS | 225.00 | 0.90 | Work on monthly fee application (.9). |
| 01/26/12 | RCT | 545.00 | 0.30 | Review fee application schedules for February (.3). |
| 01/31/12 | SMS | 225.00 | 0.80 | Review fee chart (.8). |

**Total Task Code .12         18.80**

{D0220164.2 }

**Litigation and Litigation Consulting (60.70 Hours; $ 26,199.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .50 | $935 | 467.50 |
| Trevor W. Swett | 1.60 | $735 | 1,176.00 |
| Kevin C. Maclay | 30.60 | $555 | 16,983.00 |
| Andrew J. Sackett | 6.80 | $380 | 2,584.00 |
| Kate G. Henningsen | 8.60 | $255 | 2,193.00 |
| Sara Joy DelSavio | 10.00 | $225 | 2,250.00 |
| Mollie E. Gelburd | 1.60 | $225 | 336.00 |
| Zachary D. Orsulak | 1.00 | $210 | 210.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/02/12 | KCM | 555.00 | 2.10 | Draft/revise appeal brief and review/analyze related cases and materials (divided among four clients) |
| 01/03/12 | KCM | 555.00 | 2.80 | Draft/revise appeal briefs and review/analyze related cases and materials (divided among four clients) |
| 01/03/12 | SJD | 225.00 | 0.30 | Assist with KCM ECF registration for W.D. Pa. |
| 01/04/12 | MEG | 210.00 | 1.00 | Record check quotations per KCM. |
| 01/04/12 | KCM | 555.00 | 2.00 | Plan/prepare for and meet with PVNL re appeal brief (.5); draft/revise appeal brief and review/analyze related cases and materials (1.5) (divided among four clients) |
| 01/04/12 | SJD | 225.00 | 1.70 | Cite check and edit brief per KCM. |
| 01/04/12 | KGH | 255.00 | 1.00 | Find citation for 2019 brief. |
| 01/05/12 | MEG | 210.00 | 0.60 | Record check brief per KCM |
| 01/05/12 | KCM | 555.00 | 2.30 | Draft/revise appeal brief and review/analyze cases and materials (divided among four clients) |
| 01/05/12 | AJS | 380.00 | 0.30 | Meet w/ KCM re research for Rule 2019 appeal brief (0.1); review of background materials for Rule 2019 appeal brief (0.2). |
| 01/05/12 | SJD | 225.00 | 1.30 | Cite check and edit brief per KCM. |
| 01/06/12 | KCM | 555.00 | 2.10 | Draft/revise appeal brief and review/analyze related cases and materials (divided among four clients) |

| 01/06/12 | AJS | 380.00 | 1.10 | Review of cases cited in Brief of ACC Appellees re Rule 2019 appeal (0.8); legal research re Rule 2019 appeal (0.2); meetings w/ KCM re revision of Rule 2019 appeal brief (0.1). |
| --- | --- | --- | --- | --- |
| 01/06/12 | SJD | 225.00 | 1.20 | Cite check and edit brief per KCM. |
| 01/06/12 | KGH | 255.00 | 0.60 | Find cites for 2019 brief. |
| 01/07/12 | KCM | 555.00 | 3.30 | Draft/revise appeal brief and review/analyze related cases and materials (divided among four clients) |
| 01/07/12 | AJS | 380.00 | 1.50 | Meetings with KCM re Rule 2019 appeal brief (0.2); preparation of Rule 2019 appeal brief (1.3). |
| 01/07/12 | SJD | 225.00 | 1.20 | Cite check and edit brief per KCM. |
| 01/07/12 | ZDO | 210.00 | 1.00 | Assist with research related to preparation of Appellees brief (1.6); provide case materials to TEP (1.0) review draft brief for case accuracy (1.4) (Divided among 4 clients). |
| 01/07/12 | KGH | 255.00 | 1.10 | Find and insert citation for 2019 brief (0.5); legal research for 2019 brief (0.6). |
| 01/08/12 | KCM | 555.00 | 2.70 | Draft/revise appeal brief and review/analyze related cases and materials (divided among four clients) |
| 01/08/12 | AJS | 380.00 | 1.40 | Meetings with KCM re Rule 2019 appeal brief (0.1); preparation of Rule 2019 appeal brief (0.8); legal research re Rule 2019 appeal brief (0.5). |
| 01/08/12 | SJD | 225.00 | 2.10 | Cite check and edit brief per KCM. |
| 01/08/12 | KGH | 255.00 | 1.50 | Check cases in 2019 brief (0.7); legal research for 2019 brief (0.8). |
| 01/09/12 | TWS | 735.00 | 0.80 | Review appellate brief of 2019 issue; prepare comments (split between four clients) |
| 01/09/12 | KCM | 555.00 | 3.20 | Draft/revise appeal brief and review/analyze related cases and materials (divided among four clients) |
| 01/09/12 | AJS | 380.00 | 1.40 | Meetings w/ KCM re Rule 2019 appellate brief (0.1); legal research re Rule 2019 appellate brief (0.8); review and revision of Rule 2019 appellate brief prep of Rule 2019 appellate brief (0.5). |

{D0220164.2 }

| 01/09/12 | SJD | 225.00 | 1.60 | Compare drafts and cite check and edit brief per KCM. |
| --- | --- | --- | --- | --- |
| 01/09/12 | KGH | 255.00 | 1.40 | Check cases for accuracy in 2019 brief (0.4); legal research for 2019 brief (1.0). |
| 01/10/12 | TWS | 735.00 | 0.30 | Read memo on ACC privilege issue |
| 01/10/12 | KCM | 555.00 | 2.70 | Draft/revise appeal brief and review/analyze related cases and materials (divided among four clients) |
| 01/10/12 | AJS | 380.00 | 1.00 | Review of emails from KCM re Rule 2019 appellate brief (.2); prep of email to ZDO and SJD re documents cited in Rule 2019 appellate brief (.3); meeting w/ ZDO re documents cited in Rule 2019 appellate brief (0.1); review and analysis of supporting documents for Rule 2019 appellate brief meetings w/ KCM re Rule 2019 appellate brief (0.1); legal research re Rule 2019 appellate brief (0.3). |
| 01/10/12 | KGH | 255.00 | 0.90 | Legal research for 2019 brief (0.5); proofread and edit 2019 brief (0.4). |
| 01/11/12 | PVL | 935.00 | 0.20 | Rv draft 2019 app. brief and cn KCM re same |
| 01/11/12 | KCM | 555.00 | 0.20 | Plan/prepare for and attend telephone conference with co-appellee counsel re appeal briefs (split among four clients) |
| 01/11/12 | KCM | 555.00 | 0.30 | Review/analyze co-appellee appeal brief and related materials (split among four clients) |
| 01/11/12 | KCM | 555.00 | 2.50 | Draft/revise appeal brief and review/analyze related cases and materials (split among four clients) |
| 01/11/12 | AJS | 380.00 | 0.10 | Meeting w/ KCM re Rule 2019 appellate brief. |
| 01/11/12 | SJD | 225.00 | 0.60 | Prepare TOA and TOC per KCM. |
| 01/11/12 | KGH | 255.00 | 1.20 | Change 2019 PA brief to 2019 DE brief (1.0); finalize 2019 briefs (0.2). |
| 01/12/12 | TWS | 735.00 | 0.20 | Note to EI re privilege issue |
| 01/12/12 | KCM | 555.00 | 1.50 | Finalize appeal brief (split among four clients) |
| 01/12/12 | KGH | 255.00 | 0.90 | Proofread, edit and finalize 2019 appeal briefs. |

{D0220164.2 }

| Date | Prof | Rate | Hours | Description |
|---|---|---|---|---|
| 01/13/12 | KCM | 555.00 | 0.20 | Review/analyze section of co-appellee brief (.1); and communicate with co-appellee re same (.1). |
| 01/13/12 | KCM | 555.00 | 0.50 | Review appellee briefs and related materials (split among four clients) |
| 01/18/12 | PVL | 935.00 | 0.30 | Rv UST opp. brief , rv OC app. brief, rv Angelos et al opp. brief |
| 01/20/12 | KCM | 555.00 | 0.20 | Plan/prepare for (.1); and attend telephone conference with EI, TWS and PVNL re 2019 issues (.1) (split among four clients) |
| 01/24/12 | KCM | 555.00 | 0.10 | Meet with AJS re 2019 memo (split among four clients) |
| 01/26/12 | KCM | 555.00 | 1.00 | Draft/revise memo to ACCs and review/analyze related materials (.8); and communicate with AJS and TWS re same (.2) (split among four clients) |
| 01/27/12 | TWS | 735.00 | 0.30 | Telephone conferences with ACM re Cascino request (2x) |
| 01/27/12 | KCM | 555.00 | 0.90 | Plan/prepare for and meet with AJS re memo issues (.3); revise memo and correspondence language and review related materials (.3); communicate with TWS re memo (.1); review memo responses (.1); review/analyze reply brief (.1) (split among four clients) |

**Total Task Code .16        60.70**


**Plan & Disclosure Statement (69.00 Hours; $ 56,880.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 16.90 | $1,000 | 16,900.00 |
| Peter Van N. Lockwood | 34.50 | $935 | 32,257.50 |
| Ann c.McMillan | 3.60 | $645 | 2,322.00 |
| Jeffrey A. Liesemer | 1.10 | $555 | 610.50 |
| Andrew J. Sackett | 1.90 | $380 | 722.00 |
| Todd E. Phillips | 10.20 | $380 | 3,876.00 |
| Kate G. Henningsen | .40 | $255 | 102.00 |
| Sandy M. Saint-Cyr | .40 | $225 | 90.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/03/12 | EI | 1,000.00 | 0.10 | Telephone conference ACM re: Zonolite claim (.1). |
| 01/03/12 | ACM | 645.00 | 0.10 | Teleconference EI re Zonolite claim issues. |
| 01/04/12 | EI | 1,000.00 | 1.00 | Reviewed file re: Libby, etc. to prepare for mediation (1.0). |
| 01/05/12 | PVL | 935.00 | 4.30 | Prepare for mtg w/Shelnitz et al (.3); cn Shelnitz, Finke, Donley, Paul, Baer, Frankel, Wyron, and EI (3.0); tcn Shelnitz, McGovern et al (1.) |
| 01/05/12 | EI | 1,000.00 | 3.50 | Reviewed Libby, etc. materials (1.0); conference call Grace and FCR to prepare for mediation (2.0); conference call Grace and FCR with McGovern (.5). |
| 01/05/12 | ACM | 645.00 | 0.10 | Send e-mail to M. Peterson re Zonolite claims. |
| 01/06/12 | PVL | 935.00 | 0.40 | Tcn Donley et al (.2); rv revised Libby TS (.2) |
| 01/06/12 | EI | 1,000.00 | 0.20 | Telephone conference with debtor and FCR re: status of Libby talks (.2). |
| 01/06/12 | TEP | 380.00 | 1.10 | Legal research re: 2019 appeal (0.8); confer with KCM re: same (0.3). |
| 01/07/12 | TEP | 380.00 | 1.80 | Legal research re: 2019 appeal (1.6); confer with KCM re: same (0.2). |
| 01/08/12 | TEP | 380.00 | 2.10 | Legal research re: 2019 appellate brief (1.6); confer with KCM re: same (0.5). |
| 01/09/12 | PVL | 935.00 | 10.40 | Attend mediation with McGovern et al |
| 01/09/12 | EI | 1,000.00 | 8.00 | Libby mediation (8.0). |
| 01/09/12 | TEP | 380.00 | 1.90 | Legal research re: 2019 appellate brief (1.7); confer with KCM re: same (0.2). |
| 01/09/12 | SMS | 225.00 | 0.40 | Search and retrieve order document for RCT (.4). |
| 01/10/12 | PVL | 935.00 | 1.10 | Rv emails and reply (.4); rv EI memo and teleconference EI re same (.3); rv revised Libby TS and email comments (.2); teleconference EI (.1); email Shelnitz et al (.1) |
| 01/10/12 | EI | 1,000.00 | 1.30 | Memo to Committee and telephone conference with PVNL re: same (1.0); status inquiry to R. Horkovich |

{D0220164.2 }

| | | | | |
|---|---|---|---|---|
| | | | | (.1); telephone conference with PVNL and memo re: Judge Buckwalter (.2). |
| 01/10/12 | ACM | 645.00 | 0.20 | Teleconference EI re Zonolite claims (.1); exchange e-mails with M. Peterson re same (.1). |
| 01/10/12 | JAL | 555.00 | 0.30 | Confer w/PVNL re: mediation. |
| 01/10/12 | JAL | 555.00 | 0.20 | Reviewed e-mail from EI re: mediation. |
| 01/10/12 | TEP | 380.00 | 1.70 | Legal research re: 2019 appellate brief (1.5); confer with KCM re: same (0.2). |
| 01/11/12 | PVL | 935.00 | 1.40 | Tcn Shelnitz, Finke, Donley, Paul, Baer, Frankel, Wyron & EI (.8); rv insurer/Libby TS (.1); rv BNSF/Libby TS (.2); teleconference EI (.3) |
| 01/11/12 | EI | 1,000.00 | 0.50 | Telephone conference with Grace and FR re: status (.5). |
| 01/11/12 | TEP | 380.00 | 0.90 | Legal research re: 2019 appellate brief (0.7); prepare brief; confer with KCM re: same (0.2). |
| 01/12/12 | TEP | 380.00 | 0.30 | Prepare and edit appellate brief (0.2); confer with KGH re: same (0.1). |
| 01/14/12 | PVL | 935.00 | 0.20 | Rv emails and reply |
| 01/16/12 | PVL | 935.00 | 0.80 | Rv emails and reply (.3); rv draft BNSF agmt. (.5) |
| 01/17/12 | PVL | 935.00 | 2.20 | Teleconference Donley, (1.0); teleconference EI (.2); rv emails and reply (.3); rv BNSF agmt (.1); tcn Frankel & Wyron (.5); rv Giannotto ltr (.1) |
| 01/17/12 | KGH | 255.00 | 0.40 | Evaluate filed copies of 2019 appeal brief. |
| 01/18/12 | PVL | 935.00 | 0.10 | Rv email and reply |
| 01/18/12 | EI | 1,000.00 | 0.10 | Read Sinclair memo (.1). |
| 01/19/12 | PVL | 935.00 | 1.40 | Rv emails and reply (.2); tcn J. Buchwalter et al (.4); teleconference EI (.2); teleconference Wyron (.6) |
| 01/19/12 | EI | 1,000.00 | 0.30 | Telephone conference with PVNL re: Buckwalter call (.2); memo R. Horkovich re: insurance issue (.1). |
| 01/20/12 | PVL | 935.00 | 0.50 | Rv emails and reply (.3); email Wyron (.2) |
| 01/22/12 | PVL | 935.00 | 1.20 | Rv draft Libby/BNSF/Insurer agmt. |

{D0220164.2 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 01/23/12 | PVL | 935.00 | 2.00 | Rv BNSF/Libby agmt (.1); telephone conference Donley (.1); teleconference Wyron (1.0); teleconference EI (.3); rv Libby/CNA agmt (.4); rv emails and reply (.1) |
| 01/23/12 | EI | 1,000.00 | 0.70 | Telephone conference with PVNL re: Judge Buckwalter call (.5); prepare for call (.2). |
| 01/24/12 | PVL | 935.00 | 2.70 | Tcn Shelnitz, Finke, Donley, Paul, Baer, Frankel & Wyron (1.2); teleconferences EI (.8); teleconference Brickley (.1); tcn J. Buchwalter et al (.6) |
| 01/24/12 | EI | 1,000.00 | 1.00 | Telephone conferences with PVNL re: Judge Buckwalter calls (.5); memo to Committee (.5). |
| 01/24/12 | JAL | 555.00 | 0.10 | Reviewed e-mail from EI re: potential plan-related settlements. |
| 01/24/12 | AJS | 380.00 | 1.00 | Legal research re withdrawal of court filings (0.3); review of briefs re Rule 2019 appeal (0.2); prep of memo to committee re Rule 2019 orders (0.4); prep of email to KCM re memo to committee re Rule 2019 orders; review of email from KCM re same; phone call w/ KCM re same; meeting w/ KCM re same (0.1). |
| 01/25/12 | PVL | 935.00 | 0.10 | Rv emails and reply |
| 01/26/12 | EI | 1,000.00 | 0.10 | Telephone conference with PVNL re: Buckwalter (.1). |
| 01/27/12 | EI | 1,000.00 | 0.10 | Telephone conference with ACM re: Cascino issues (.1). |
| 01/27/12 | ACM | 645.00 | 0.60 | Teleconference TWS re M. Cascino request for Committee consent to document disclosure (.1); teleconference EI re same (.1); teleconference EI, TWS re same (.2); teleconference NDF re same (.2). |
| 01/27/12 | AJS | 380.00 | 0.60 | Prep of memo re revised rule 2019 (0.1); prep of email to ACC re memo re revised rule 2019 (0.2); review of emails from ACC members re memo re revised rule 2019 (0.3). |
| 01/27/12 | TEP | 380.00 | 0.10 | Review Garlock reply briefing. |
| 01/30/12 | PVL | 935.00 | 0.40 | Rv drafts of Grace and Libby press releases and emails re same |

{D0220164.2 }

| 01/30/12 | TEP | 380.00 | 0.30 | Review Garlock reply briefing. |
|---|---|---|---|---|
| 01/31/12 | PVL | 935.00 | 5.30 | Rv emails and reply (.2); rv D. Ct. conf. op. (4.3); tcn Shelnitz, Donley, Baer, Frankel, Bentley et al (.6); cn ACM (.2) |
| 01/31/12 | ACM | 645.00 | 2.60 | Conferences PVNL re District Court opinion (.3); draft memo to Committee re same (.7); teleconference M. Cascino re document request (.2); review opinion (1.4). |
| 01/31/12 | JAL | 555.00 | 0.50 | Review and analysis of district court's decision re: settlement and confirmation. |
| 01/31/12 | AJS | 380.00 | 0.30 | Review of email from PVNL re district court decision (0.1); review of district court decision (0.2). |

**Total Task Code  .17**     **69.00**


**Travel Non-Working (8.60 Hours; $ 4,020.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 8.60 | $467.50 | 4,020.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/05/12 | PVL | 467.50 | 0.40 | To and from K&E office |
| 01/08/12 | PVL | 467.50 | 4.20 | To NYC for mediation |
| 01/09/12 | PVL | 467.50 | 4.00 | Return to DC (3.5); to Goodwin Procter (.5) |

**Total Task Code .21**     **8.60**

{D0220164.2 }

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 388.00 |
| Database Research | 2,166.31 |
| Local Transporation - NY | 75.40 |
| Long Distance-Equitrac In-House | 10.12 |
| Meals Related to Travel | 5.00 |
| Pacer - Database Charges | 25.52 |
| Travel Expenses - Ground Transportation | 53.50 |
| Travel Expenses - Hotel Charges | 289.23 |
| Xeroxing | 27.00 |
| **Total:** | **$ 3,040.08** |