# EXHIBIT B

**Business Operations (.10 Hours; $ 93.50)**

   Services rendered in this category pertain to the analysis and monitoring of the Debtor's business operations.

**Total Task Code .03**   .10

**Case Administration (2.30 Hours; $ 1,773.50)**

   Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**   2.30

**Employee Benefits/Pension (.10 Hours; $ 93.50)**

   Services rendered in this category include the Debtor's benefits and severance programs and other issues relating to the Debtor's employees.

**Total Task Code .08**   .10

**Fee Applications, Applicant (18.80 Hours; $ 8,614.00)**

   Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & .

**Total Task Code .12**   18.80

**Litigation and Litigation Consulting (60.70 Hours; $ 26,199.50)**

   Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16**   60.70

**Plan & Disclosure Statement (69.00 Hours; $ 56,880.00)**

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17          69.00**

**Travel Non-Working (8.60 Hours; $ 4,020.50)**

Services rendered in this category include non-working time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21          8.60**

{D0220019.1 }