## EXHIBIT C

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 388.00 |
| Database Research | 2,166.31 |
| Local Transporation - NY | 75.40 |
| Long Distance-Equitrac In-House | 10.12 |
| Meals Related to Travel | 5.00 |
| Pacer - Database Charges | 25.52 |
| Travel Expenses - Ground Transportation | 53.50 |
| Travel Expenses - Hotel Charges | 289.23 |
| Xeroxing | 27.00 |
| **Total:** | **$ 3,040.08** |

{D0220020.1 }