**Client Number:   4642**    **Grace Asbestos Personal Injury Claimants**                                                                  Page: 1
**Matter      000**          **Disbursements**                                                                                              2/16/2012

                                                                                                                   Print Date/Time: 02/16/2012 5:36:49PM
Attn:
                                                                                                                                            Invoice #

## PREBILL / CONTROL REPORT

Trans Date Range:  1/1/1950  to: 1/31/2012

**Matter      000**
**Disbursements**

Bill Cycle:     Monthly        Style:     i1        Start:  4/16/2001    Last Billed :   1/19/2012           13,655

                             $4,806.34
Client Retainers Available                   Committed to Invoices:       $0.00        Remaining:        $4,806.34

                                          $3,923,667.50
                      Total Expenses Billed To Date     Billing Empl:       0120    Elihu  Inselbuch
                                                        Responsible Empl:   0120    Elihu  Inselbuch
                                                        Alternate Empl:     0120    Elihu  Inselbuch
                                                        Originating Empl:   0120    Elihu  Inselbuch

**Summary  by Employee**

|  |  |  | ---------- ACTUAL ---------- | | ---------- BILLING --------- | |
| --- | --- | --- | --- | --- | --- | --- |
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0020 | PVL | Peter Van N Lockwood | 0.00 | 949.73 | 0.00 | 735.73 |
| 0120 | EI  | Elihu  Inselbuch | 0.00 | 75.40 | 0.00 | 75.40 |
| 0236 | BAW | Beverly A Taylor | 0.00 | 16.80 | 0.00 | 16.80 |
| 0237 | SRB | Sidney R Barnes | 0.00 | 10.20 | 0.00 | 10.20 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 2,201.95 | 0.00 | 2,201.95 |
| **Total Fees** | | | **0.00** | **3,254.08** | **0.00** | **3,040.08** |

**Detail Time / Expense  by  Date**

|  |  |  |  |  |  | ---------- ACTUAL ---------- | | | ---------- BILLING --------- | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| TransNo. | Description | | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| | | | | | C&D | | | | | | | |
| 2797257 | Equitrac - Long Distance to 12123199240 | | E | 01/05/2012 | 0999 | | 0.00 | $0.04 | | 0.00 | $0.04 | 0.04 |
| | | | | | C&D | | | | | | | |
| 2799994 | Equitrac - Long Distance to 12123199240 | | E | 01/10/2012 | 0999 | | 0.00 | $0.28 | | 0.00 | $0.28 | 0.32 |
| | | | | | C&D | | | | | | | |

{D0220021.1 }

| Client Number: 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter 000 | Disbursements | | | | | | | | | 2/16/2012 |

Print Date/Time: 02/16/2012  5:36:49PM

Attn:

| ID | Description | | Date | Code | Atty | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|
| 2800280 | Equitrac - Long Distance to 13128622068 | E | 01/17/2012 | 0999 | | 0.00 | $3.96 | 0.00 | $3.96 | 4.28 |
| 2799131 | Peter Van N. Lockwood -Hotel Elysee 1-Night Lodging while on travel to/from NY, 1/8/12 - 1/9/12 | E | 01/17/2012 | 0020 | PVL | 0.00 | $289.23 | 0.00 | $289.23 | 293.51 |
| 2800336 | Petty Cash -Parking at DC Union Station and Cab & Local Subway Fare while on travel to/from NY, 1/8/12 - 1/9/12  (PVNL) | E | 01/19/2012 | 0020 | PVL | 0.00 | $53.50 | 0.00 | $53.50 | 347.01 |
| 2800337 | Petty Cash -Meal while on travel to/from NY, 1/8/12 - 1/9/12  (PVNL) | E | 01/19/2012 | 0020 | PVL | 0.00 | $5.00 | 0.00 | $5.00 | 352.01 |
| 2802661 | Equitrac - Long Distance to 12123199240 | E | 01/22/2012 | 0999 | C&D | 0.00 | $0.68 | 0.00 | $0.68 | 352.69 |
| 2802796 | Equitrac - Long Distance to 12123197125 | E | 01/23/2012 | 0999 | C&D | 0.00 | $2.48 | 0.00 | $2.48 | 355.17 |
| 2803123 | Equitrac - Long Distance to 12123199240 | E | 01/24/2012 | 0999 | C&D | 0.00 | $1.32 | 0.00 | $1.32 | 356.49 |
| 2803155 | Elite Limousine Plus Inc. -Car Svc. to 200 E. 57th St in NY, 1/9/12  (EI) | E | 01/24/2012 | 0120 | EI | 0.00 | $75.40 | 0.00 | $75.40 | 431.89 |
| 2803210 | Pacer Service Center -Database Research Svc., 10/1/11 - 12/31/11 | E | 01/26/2012 | 0999 | C&D | 0.00 | $25.52 | 0.00 | $25.52 | 457.41 |
| 2803227 | Business Card -ADA Travel Svc., re: Agent Fee for First Class Train Fare to/from NY, 1/5/12  (PVNL; Coach $355.00) | E | 01/26/2012 | 0020 | PVL | 0.00 | $40.00 | 0.00 | $40.00 | 497.41 |
| 2803228 | Business Card -ADA Travel Svc., re: Agent Fee for First Class Train Fare to/from NY, 1/8/12 - 1/9/12  (PVNL; Coach $308.00) | E | 01/26/2012 | 0020 | PVL | 0.00 | $40.00 | 0.00 | $40.00 | 537.41 |
| 2803229 | Business Card -ADA Travel Svc., re: First Class Train Fare to/from NY, 1/8/12 - 1/9/12  (PVNL; Coach $308.00) | E | 01/26/2012 | 0020 | PVL | 0.00 | $522.00 | 0.00 | $308.00 | 845.41 |
| 2803780 | Equitrac - Long Distance to 12125889686 | E | 01/29/2012 | 0999 | C&D | 0.00 | $0.88 | 0.00 | $0.88 | 846.29 |

{D0220021.1 }

| Client Number: | 4642 | | | | | Grace Asbestos Personal Injury Claimants | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | | | | | Disbursements | | | | | 2/16/2012 |

Print Date/Time: 02/16/2012  5:36:49PM

Attn:

| | | | | | | | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2805854 | Photocopy | | | E | 01/31/2012 | 0237 | SRB | 0.00 | $10.20 | 0.00 | $10.20 | 856.49 |
| 2805885 | Photocopy | | | E | 01/31/2012 | 0236 | BAW | 0.00 | $6.60 | 0.00 | $6.60 | 863.09 |
| 2805886 | Photocopy | | | E | 01/31/2012 | 0236 | BAW | 0.00 | $10.20 | 0.00 | $10.20 | 873.29 |
| 2806107 | Equitrac - Long Distance to 13129440600 | | | E | 01/31/2012 | 0999 | C&D | 0.00 | $0.48 | 0.00 | $0.48 | 873.77 |
| 2809020 | Database Research - Lexis - January, 2012 | | | E | 01/31/2012 | 0999 | C&D | 0.00 | $9.85 | 0.00 | $9.85 | 883.62 |
| 2809144 | Database Research - Westlaw - TEP Jan 7-11, 2012 | | | E | 01/31/2012 | 0999 | C&D | 0.00 | $1,957.56 | 0.00 | $1,957.56 | 2,841.18 |
| 2809176 | Database Research - Westlaw - AJS Jan 8-10, 2012 (Split Between 4 clients) | | | E | 01/31/2012 | 0999 | C&D | 0.00 | $198.90 | 0.00 | $198.90 | 3,040.08 |

**Total Expenses**                                                               $3,254.08          $3,040.08
                                                                    0.00                        0.00

| | | | | | |
|---|---|---|---|---|---|
| Matter Total Fees | | | 0.00 | | 0.00 |
| Matter Total Expenses | | | 3,254.08 | | 3,040.08 |
| Matter Total | | 0.00 | 3,254.08 | 0.00 | 3,040.08 |
| | | | | | |
| Prebill Total Fees | | | | | |
| Prebill Total Expenses | | | $3,254.08 | | $3,040.08 |
| Prebill Total | | 0.00 | $3,254.08 | 0.00 | $3,040.08 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 74,007 | 04/22/2010 | 55,577.50 | 137.53 |
| 83,038 | 08/22/2011 | 31,495.00 | 6,299.00 |
| 83,360 | 09/26/2011 | 32,416.50 | 6,483.30 |
| 83,859 | 10/20/2011 | 13,292.00 | 2,699.80 |
| 84,500 | 11/22/2011 | 16,063.50 | 3,212.70 |
| 84,967 | 12/14/2011 | 44,261.00 | 8,852.21 |
| 85,603 | 01/19/2012 | 48,320.51 | 48,320.51 |
| | | 241,426.01 | 76,005.05 |

{D0220021.1 }