Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period January 1, 2012 through January 31, 2012

| Date | Staff | Description | Hours | 2012 Rate | Amount |
|---|---|---|---:|---:|---:|
| Bradley Rapp - Senior Managing Director | | | | | |
| 03-Jan-12 | BR | Review of Debtors' motion to extend term of post-petition letter of credit facility and ancillary documents. | 1.20 | $650.00 | $ 780.00 |
| 03-Jan-12 | BR | Review of initial post-petition letter of credit and first amendment thereto for purpose of analyzing current motion by Debtors to extend the termination date for the letter of credit facility. | 2.50 | $650.00 | $ 1,625.00 |
| 03-Jan-12 | BR | Drafted memo to counsel to the ACC re recommendation as to Debtors' motion to extend the termination date of the letter of credit facility. | 0.60 | $650.00 | $ 390.00 |
| 05-Jan-12 | BR | Review of weekly update report on Grace. | 0.10 | $650.00 | $ 65.00 |
| 18-Jan-12 | BR | Review of weekly update report on Grace. | 0.20 | $650.00 | $ 130.00 |
| 20-Jan-12 | BR | Review of PowerPoint presentation distributed in anticipation of conference call with management to discuss Grace pension plan funding. | 0.70 | $650.00 | $ 455.00 |
| 20-Jan-12 | BR | Review of Grace's 2011 motion to accelerate pension plan funding in preparation for conference call with management to discuss current Grace pension plan funding. | 1.10 | $650.00 | $ 715.00 |
| 20-Jan-12 | BR | Review of pension plan footnotes in Grace's SEC filings in preparation for conference call with management to discuss current Grace pension plan funding. | 1.60 | $650.00 | $ 1,040.00 |
| 20-Jan-12 | BR | Document review in preparation for conference call with management to discuss current Grace pension plan funding. | 0.80 | $650.00 | $ 520.00 |
| 20-Jan-12 | BR | Conf call with management to discuss Grace pension plan funding and exit financing. | 0.40 | $650.00 | $ 260.00 |
| 26-Jan-12 | BR | Review of weekly update report on Grace. | 0.10 | $650.00 | $ 65.00 |
| | | Total Bradley Rapp | 9.30 | | $ 6,045.00 |
| James Sinclair - Senior Managing Director | | | | | |
| 05-Jan-12 | JS | Review pricing information and data, revised accrual interest and discount on deferred payment obligation for purposes of advising ACC counsel. | 1.30 | $650.00 | $ 845.00 |
| 11-Jan-12 | JS | Review memorandum from Debtors' counsel (Higgins) regarding proposed 2012 Defined Benefit (DB) Plan contribution, materials attendant to 2011 DB Plan contribution, for purposes of advising ACC counsel. | 1.80 | $650.00 | $ 1,170.00 |
| 18-Jan-12 | JS | Review revised format for weekly pricing report, review pricing information and data for purposes of advising ACC counsel. | 1.20 | $650.00 | $ 780.00 |
| 18-Jan-12 | JS | Write memorandum to ACC counsel regarding Grace's proposed advance funding of its DB Plan for purposes of advising ACC counsel. | 1.30 | $650.00 | $ 845.00 |
| 19-Jan-12 | JS | Review presentation materials from Blackstone, documents related to 2011 advance DB Plan funding, in preparation for conference call with Grace and Blackstone on 1/20/12. | 2.40 | $650.00 | $ 1,560.00 |
| 20-Jan-12 | JS | Conference call with Blackstone (O'Connell) and Grace (Elyse Filon, VP Tax) regarding advance funding of DB Plan in 2012. | 0.50 | $650.00 | $ 325.00 |
| 25-Jan-12 | JS | Review, analyze DB Plan Motion and attendant documents authorizing Grace to make advance contributions for purposes of advising ACC counsel. | 1.80 | $650.00 | $ 1,170.00 |
| 25-Jan-12 | JS | Review, analyze Motion to extend the term of the credit agreement for Advanced Refining Technologies (ART) joint venture with Chevron for purposes of advising ACC counsel. | 1.10 | $650.00 | $ 715.00 |
| 26-Jan-12 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.50 | $650.00 | $ 325.00 |
| | | Total James Sinclair | 11.90 | | $ 7,735.00 |
| Peter Cramp - Associate | | | | | |
| 03-Jan-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $360.00 | $ 576.00 |
| 04-Jan-12 | PC | Bring forward calculations for settlement package at request of J. Sinclair and discuss with same. | 1.90 | $360.00 | $ 684.00 |
| 09-Jan-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $360.00 | $ 576.00 |
| 17-Jan-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 2.40 | $360.00 | $ 864.00 |
| 20-Jan-12 | PC | Review Pension Funding Motion Discussion Materials in preparation for conference call with Blackstone and Grace. | 0.50 | $360.00 | $ 180.00 |
| 20-Jan-12 | PC | Conference call with Blackstone, Grace and financial advisors to discuss Pension Funding. | 0.50 | $360.00 | $ 180.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period January 1, 2012 through January 31, 2012

| Date | Staff | Description | Hours | 2012 Rate | Amount |
|---|---|---|---|---|---|
| 23-Jan-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.70 | $360.00 | $ 612.00 |
| 31-Jan-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.70 | $360.00 | $ 612.00 |
| | | Total Peter Cramp | 11.90 | | $ 4,284.00 |
| Gibbons Sinclair - Associate | | | | | |
| 13-Jan-12 | GS | Draft Grace November-December Fee Statement. | 1.80 | $ 360.00 | $ 648.00 |
| 14-Jan-12 | GS | Review and revise Grace Interim Fee Application. | 0.60 | $ 360.00 | $ 216.00 |
| 17-Jan-12 | GS | Research and distribute historical Treasury yield rate data per request by J Sinclair. | 0.60 | $ 360.00 | $ 216.00 |
| | | Total Gibbons Sinclair | 3.00 | | $ 1,080.00 |
| | | **TOTAL** | 36.10 | | $ 19,144.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period January 1, 2012 through January 31, 2012

| Date | Staff | Description | Hours | 2012 Rate | Amount |
|---|---|---|---|---|---|
| Asset Analysis and Recovery | | | | | |
| 03-Jan-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $360.00 | $ 576.00 |
| 04-Jan-12 | PC | Bring forward calculations for settlement package at request of J. Sinclair and discuss with same. | 1.90 | $360.00 | $ 684.00 |
| 05-Jan-12 | BR | Review of weekly update report on Grace. | 0.10 | $650.00 | $ 65.00 |
| 05-Jan-12 | JS | Review pricing information and data, revised accrual interest and discount on deferred payment obligation for purposes of advising ACC counsel. | 1.30 | $650.00 | $ 845.00 |
| 09-Jan-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $360.00 | $ 576.00 |
| 17-Jan-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 2.40 | $360.00 | $ 864.00 |
| 17-Jan-12 | GS | Research and distribute historical Treasury yield rate data per request by J Sinclair. | 0.60 | $ 360.00 | $ 216.00 |
| 18-Jan-12 | BR | Review of weekly update report on Grace. | 0.20 | $650.00 | $ 130.00 |
| 18-Jan-12 | JS | Review revised format for weekly pricing report, review pricing information and data for purposes of advising ACC counsel. | 1.20 | $650.00 | $ 780.00 |
| 23-Jan-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.70 | $360.00 | $ 612.00 |
| 26-Jan-12 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.50 | $650.00 | $ 325.00 |
| 26-Jan-12 | BR | Review of weekly update report on Grace. | 0.10 | $650.00 | $ 65.00 |
| 31-Jan-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.70 | $360.00 | $ 612.00 |
| | | Total Asset Analysis and Recovery | 14.90 | | $ 6,350.00 |
| Employee Benefits/Pensions | | | | | |
| 11-Jan-12 | JS | Review memorandum from Debtors' counsel (Higgins) regarding proposed 2012 Defined Benefit (DB) Plan contribution, materials attendant to 2011 DB Plan contribution, for purposes of advising ACC counsel. | 1.80 | $ 650.00 | $ 1,170.00 |
| 18-Jan-12 | JS | Write memorandum to ACC counsel regarding Grace's proposed advance funding of its DB Plan for purposes of advising ACC counsel. | 1.30 | $ 650.00 | $ 845.00 |
| 19-Jan-12 | JS | Review presentation materials from Blackstone, documents related to 2011 advance DB Plan funding, in preparation for conference call with Grace and Blackstone on 1/20/12. | 2.40 | $ 650.00 | $ 1,560.00 |
| 20-Jan-12 | BR | Review of PowerPoint presentation distributed in anticipation of conference call with management to discuss Grace pension plan funding. | 0.70 | $ 650.00 | $ 455.00 |
| 20-Jan-12 | BR | Review of Grace's 2011 motion to accelerate pension plan funding in preparation for conference call with management to discuss current Grace pension plan funding. | 1.10 | $ 650.00 | $ 715.00 |
| 20-Jan-12 | BR | Review of pension plan footnotes in Grace's SEC filings in preparation for conference call with management to discuss current Grace pension plan funding. | 1.60 | $ 650.00 | $ 1,040.00 |
| 20-Jan-12 | BR | Document review in preparation for conference call with management to discuss current Grace pension plan funding. | 0.80 | $ 650.00 | $ 520.00 |
| 20-Jan-12 | BR | Conf call with management to discuss Grace pension plan funding and exit financing. | 0.40 | $ 650.00 | $ 260.00 |
| 20-Jan-12 | JS | Conference call with Blackstone (O'Connell) and Grace (Elyse Filon, VP Tax) regarding advance funding of DB Plan in 2012. | 0.50 | $ 650.00 | $ 325.00 |
| 20-Jan-12 | PC | Review Pension Funding Motion Discussion Materials in preparation for conference call with Blackstone and Grace. | 0.50 | $ 360.00 | $ 180.00 |
| 20-Jan-12 | PC | Conference call with Blackstone, Grace and financial advisors to discuss Pension Funding. | 0.50 | $ 360.00 | $ 180.00 |
| 25-Jan-12 | JS | Review, analyze DB Plan Motion and attendant documents authorizing Grace to make advance contributions for purposes of advising ACC counsel. | 1.80 | $ 650.00 | $ 1,170.00 |
| | | Total Employee Benefits/Pensions | 13.40 | | $ 8,420.00 |
| Fee Applications (Applicant) | | | | | |
| 13-Jan-12 | GS | Draft Grace November-December Fee Statement. | 1.80 | $ 360.00 | $ 648.00 |
| 14-Jan-12 | GS | Review and revise Grace Interim Fee Application. | 0.60 | $ 360.00 | $ 216.00 |
| | | Total Fee Applications (Applicant) | 2.40 | | $ 864.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period January 1, 2012 through January 31, 2012

| Date | Staff | Description | Hours | 2012 Rate | Amount |
|---|---|---|---|---|---|
| Financing | | | | | |
| 03-Jan-12 | BR | Review of Debtors' motion to extend term of post-petition letter of credit facility and ancillary documents. | 1.20 | $650.00 | $ 780.00 |
| 03-Jan-12 | BR | Review of initial post-petition letter of credit and first amendment thereto for purpose of analyzing current motion by Debtors to extend the termination date for the letter of credit facility. | 2.50 | $650.00 | $ 1,625.00 |
| 03-Jan-12 | BR | Drafted memo to counsel to the ACC re recommendation as to Debtors' motion to extend the termination date of the letter of credit facility. | 0.60 | $650.00 | $ 390.00 |
| 25-Jan-12 | JS | Review, analyze Motion to extend the term of the credit agreement for Advanced Refining Technologies (ART) joint venture with Chevron for purposes of advising ACC counsel. | 1.10 | $650.00 | $ 715.00 |
| | | Total Financing | 5.40 | | $ 3,510.00 |
| | | **TOTAL** | 36.10 | | $ 19,144.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period January 1, 2012 through January 31, 2012
Summary of Professional Hours by Staff

| Professsional Staff | Hours | Rate | Amount |
|---|---|---|---|
| Bradley Rapp - Senior Managing Director | 9.30 | $ 650.00 | $ 6,045.00 |
| James Sinclair - Senior Managing Director | 11.90 | $ 650.00 | $ 7,735.00 |
| Peter Cramp - Associate | 11.90 | $ 360.00 | $ 4,284.00 |
| Gibbons Sinclair - Senior Analyst | 3.00 | $ 360.00 | $ 1,080.00 |
| Total Professional Hours and Fees | 36.10 | | $ 19,144.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Summary of Expenses Incurred - January 1, 2012 through January 31, 2012

| Date | Description of Item | Amount |
|---|---|---|
| 5-Jan-12 | Online Research - Bonds Online | $35.00 |
| | Total Expenses January 1, 2012 through January 31, 2012 | $35.00 |