```
Date: 02/17/12              Legal Analysis Systems, Inc.
Time: 9:00am                                                              Page 1


                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


Date/Slip# Description                                  HOURS/RATE    AMOUNT
--------------------------------------------------------------------------------


10/17/11   Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  1.2    570.00
#8101      Respond to queries by Robert Chung (Anderson-Kill)    475.00
           re: bankruptcy disclosure


--------------------------------------------------------------------------------


01/09/12   Relles    / (07) Committee, Creditors'             0.5    237.50
#8103      Memo to Ann McMillan re: Zonolite exposures       475.00


--------------------------------------------------------------------------------


10/17/11   Peterson  / (28) Data Analysis                     0.3    240.00
#7901      Telephone Chung re: Integrity Insurance denial of 800.00
           claim

01/08/12   Relles    / (28) Data Analysis                     1.0    475.00
#8102      Search for and summarize information in Zonolite  475.00
           exposures


--------------------------------------------------------------------------------
```

```
Date: 02/17/12           Legal Analysis Systems, Inc.
Time: 9:00am                                                        Page 4

              W. R. Grace

        Summary Of Time Charges, By Month and Activity
                 October 2011 - January 2012

MONTH       ACTIVITY                                      HOURS    AMOUNT
--------------------------------------------------------------------
October   - (05) Claims Anal Objectn/Resolutn (Asbest)     1.2      570.00
October   - (28) Data Analysis                             0.3      240.00
October   - (99) Total                                     1.5      810.00

January   - (07) Committee, Creditors'                     0.5      237.50
January   - (28) Data Analysis                             1.0      475.00
January   - (99) Total                                     1.5      712.50

Total     - (05) Claims Anal Objectn/Resolutn (Asbest)     1.2      570.00
Total     - (07) Committee, Creditors'                     0.5      237.50
Total     - (28) Data Analysis                             1.3      715.00
Total     - (99) Total                                     3.0     1522.50
```

--------------------------------------------------------------------------------

```
Date: 02/17/12            Legal Analysis Systems, Inc.
Time: 9:00am                                                        Page 5

              W. R. Grace

         Summary Of Time Charges, By Month and Person
                  October 2011 - January 2012

    MONTH      PERSON                              HOURS     AMOUNT
    ----------------------------------------------------------------
    October    - Relles                              1.2     570.00
    October    - Peterson                            0.3     240.00
    October    - Total                               1.5     810.00

    January    - Relles                              1.5     712.50
    January    - Total                               1.5     712.50

    Total      - Relles                              2.7    1282.50
    Total      - Peterson                            0.3     240.00
    Total      - Total                               3.0    1522.50

----------------------------------------------------------------------------
```

```
Date: 02/17/12            Legal Analysis Systems, Inc.
Time: 9:00am                                                       Page 6

                   W. R. Grace

         Summary Of Time Charges, By Activity, Month, and Person
                     October 2011 - January 2012

MONTH      PERSON                              HOURS    RATE    AMOUNT
----------------------------------------------------------------------
(05) Claims Anal Objectn/Resolutn (Asbest)

October    - Relles                              1.2    475.    570.00

(07) Committee, Creditors'

January    - Relles                              0.5    475.    237.50

(28) Data Analysis

January    - Relles                              1.0    475.    475.00
October    - Peterson                            0.3    800.    240.00


----------------------------------------------------------------------
```