IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., et al., | Case No.: 01-01139(JKF) |
| | [Jointly Administered] |
| Debtors. | |

## AFFIDAVIT OF DISINTERESTEDNESS OF SETH C. SILBER IN SUPPORT OF WILSON SONSINI GOODRICH & ROSATI RETENTION AS AN ORDINARY COURSE PROFESSIONAL

| | | |
|---|---|---|
| City of Washington | ) | |
| | ) | ss. |
| District of Columbia | ) | |

I, Seth C. Silber, being duly sworn, state the following under penalty of perjury.

1.     I am a member in the law firm of Wilson Sonsini Goodrich & Rosati PC ("**WSGR**") and am resident in Law Firm's Washington, D.C. office located at 1700 K Street, N.W., Washington, D.C. I am a member in good standing of the Bar of the District of Columbia, and am admitted to practice in the United States District for the District of Columbia. There are no disciplinary proceedings pending against me.

2.     I am in all respects competent to make this Affidavit in support of the application (the "**Application**")[1] to retain WSGR as counsel for W.R. Grace & Co., and certain of its affiliates, as debtors and debtors-in-possession (collectively, the "**Debtors**"), pursuant to sections 327(e), 328(a) and 1107 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the

---

[1]     Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

4767719

"**Bankruptcy Code**"), Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rule 2014-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"). Except as otherwise indicated, all facts set forth in this affidavit are based upon my personal knowledge, information supplied to me by other WSGR professionals or paraprofessionals, or learned from my review of relevant documents.

3.    In connection with these Chapter 11 Cases, the Debtors have requested court authorization to retain WSGR as counsel for the Debtors. The Debtors currently seek to retain WSGR, subject to orders of this Court, to render legal services to the Debtors relating to general corporate matters, including, without limitation, antitrust counseling.

4.    WSGR may have performed services in the past and may perform services in the future, in matters unrelated to these Chapter 11 Cases, for persons that are parties-in-interest in the Debtors' Chapter 11 Cases. WSGR has searched its electronic database for its connections to the entities listed on Appendix 1 hereto (collectively, the "**Potential Parties in Interest**"). The information listed on Appendix 1 may have changed without our knowledge and may change during the pendency of the Chapter 11 Cases.

5.    WSGR entered the names of the Potential Parties in Interest into a computer database containing the names of all clients and conflict information concerning such clients of WSGR. This inquiry revealed that certain of the Potential Parties in Interest are current, or were former, WSGR clients. Attached as Appendix 2 to this Affidavit is a list of Potential Parties in Interest that are current or former clients of WSGR. Through the information generated from this computer inquiry, and through follow-up inquiries with WSGR attorneys as necessary, it was determined that WSGR does not perform services for any of the Potential Parties in Interest

in connection with these Chapter 11 Cases, or have any relationship with any such person that would be adverse to the Debtors or their estates.

6.    Notwithstanding the foregoing, the fact that WSGR has represented and may currently represent the Specific Creditors in connection with matters unrelated to the matters on which WSGR is to be employed does not affect WSGR's disinterestedness in the Chapter 11 Cases.

7.    Neither I nor any principal of or professional employed by WSGR has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of WSGR.

8.    Neither I nor any principal of or professional employed by WSGR, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

9.    The Debtors owe no money to WSGR.

10.    WSGR is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if WSGR should discover any facts bearing on the matters described herein, WSGR will supplement the information contained in this Affidavit.

I declare under penalty of perjury that the foregoing is true and correct.

Seth C. Silber
1700 K Street, N.W.
Washington, DC 20006

*DISTRICT OF COLUMBIA : to-wit*
*CITY OF WASHINGTON : to-wit*
Subscribed and sworn to before me on
this 9th day of March, 2012

Notary Public
My Commission Expires: *May 14, 2013*

**<u>Appendix 1</u>**

4767719

## WR GRACE
## INTERESTED PARTIES

A.     Debtors

The Debtors consist of the following 62 entities:

W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.),
W. R. Grace & Co.-Conn.,
A-1 Bit & Tool Co., Inc., Alewife Boston Ltd.,
Alewife Land Corporation, Amicon, Inc.,
CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.),
CCHP, Inc., Coalgrace, Inc.,
Coalgrace II, Inc.,
Creative Food 'N Fun Company,
Darex Puerto Rico, Inc.,
Del Taco Restaurants, Inc.,
Dewey and Almy, LLC (f/k/a Dewey and Almy Company),
Ecarg, Inc.,
Five Alewife Boston Ltd.,
G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.),
G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.),
GEC Management Corporation,
GN Holdings, Inc.,
GPC Thomasville Corp.,
Gloucester New Communities Company, Inc.,
Grace A-B Inc.,
Grace A-B II Inc.,
Grace Chemical Company of Cuba,
Grace Culinary Systems, Inc.,
Grace Drilling Company,
Grace Energy Corporation,
Grace Environmental, Inc.,
Grace Europe, Inc.,
Grace H-G Inc.,
Grace H-G II Inc.,
Grace Hotel Services Corporation,
Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.),
Grace Offshore Company,
Grace PAR Corporation,
Grace Petroleum Libya Incorporated,
Grace Tarpon Investors, Inc.,
Grace Ventures Corp.,
Grace Washington, Inc.,

W. R. Grace Capital Corporation,
W. R. Grace Land Corporation,
Gracoal, Inc.,
Gracoal II, Inc.,
Guanica-Caribe Land Development Corporation,
Hanover Square Corporation,
Homco International, Inc.,
Kootenai Development Company,
L B Realty, Inc.,
Litigation Management, Inc. (f/k/a GHSC Holding, Inc.),
Grace JVH, Inc.),
Asbestos Management, Inc.),
Monolith Enterprises, Incorporated,
Monroe Street, Inc.,
MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation),
MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.),
MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.),
Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc.),
E&C Liquidating Corp., Emerson & Cuming, Inc.),
Southern Oil, Resin & Fiberglass, Inc.,
Water Street Corporation,
Axial Basin Ranch Company,
CC Partners (f/k/a Cross Country Staffing),
Hayden-Gulch West Coal Company,
H-G Coal Company.

B.    Debtors' Attorneys (general counsel and special bankruptcy counsel)

Kirkland & Ellis
Pachulski, Stang, Ziehl, Young, & Jones

C.    Debtors' Other Professionals (e.g. investment banker, financial advisor, real estate consultant, etc.) retained in connection with the Chapter 11 proceeding

Blackstone Group, L.P.
R. R. Donnelley & Sons Company
Kekst and Company Incorporated
Wachtell, Lipton, Rosen & Katz
Legal Analysis Systems, Inc.
Pitney, Hardin, Kipp & Szuch LLP
Wallace King Marraro & Branson PLLC
Nelson Mullins Riley & Scarborough, LLP
Holmes Roberts & Owen LLP
Reed Smith LLP
Kinsella Communications
Casner & Edwards, LLP
Rust Consulting, Inc.

2

CH_DOCS\321000.1 [W97]

> Steptoe & Johnson
> PriceWaterhouseCoopers LLP
> W.D. Hilton, Jr.
> Carella, Byrne, Bain, Gilfillan, Cecchi, Steward & Olstein
> Peter J. Solomon Co.
> Bankruptcy Management Corporation

D.    Special Masters

Special Master William A. Dreier

E.    Debtors' Affiliates (any person or entity directly or indirectly controlling or controlled by or under direct or indirect common control with the Debtor) (note that these are the non-filing affiliates.

> Grace Asia Pacific, Inc
> Grace Collections, Inc.
> Grace Management Services, Inc.
> Grace Foundation, Inc.
> The Separations Group
> Grace Receivables Purchasing, Inc.
> Ichiban Chemical Co., Inc.
> Advanced Refining Technologies Management, Inc.
> Advanced Refining Technologies LLC
> Grace Germany Holdings, Inc.
> Carbon-Dioxide Slurry Systems, L.P.
> Advanced Refining Technologies LP
> Construction Products Dubai, Inc.
> Grace Chemicals, Inc.
> Paramont Coal Co.
> Grace Offshore Turnkey

F.    Debtors' Affiliates Attorneys

> None

G.    Debtors' Affiliates Other Professionals (e.g. investment banker, financial advisor, real estate consultant, etc.) retained in connection with the Chapter 11 proceeding

> None

H.    Debtors' Officers, including a crisis manger holding an officer title

> O. Mario Favorito
> Paul Bettacchi
> Paul J. Norris
> Paul McMahon

3

R. H. Locke
Robert A. Maggio
Robert F. Jenkins
Robert J. Bettacchi
Robert J. Medler
Robert M. Tarola
Robert P. Turner
Ronald C. Cambre
Ruth E. Rowan
Susan E. Farnsworth
Susan Eccher
Thomas A. Vanderslice
W. Brian McGowan
William L. Baker
William L. Monroe
William M. Corcoran

I.    Debtors' Officers Attorneys retained in connection with the Chapter 11 proceeding

    To the best of the Debtors knowledge, none have been retained.

J.    Debtors' Officers' Other Business Affiliations (e.g. service as an officer or director of another entity)

    Information not available

K.    Debtors' Directors

Akos L. Nagy
Alicia Burke
Anthony G. Riddlesperger
D. F. Garvey
David B. Siegel
David M. Cleary
David Nakashige
Dudley L. Bobolts
Elyse Napoli-Filon
Fabio Tegiacchi
Gregory E. Poling
Henry C. Lyons
J. Elder
John F. Akers
John J. Murphy
Kang Hui Shen
Mark A. Shelnitz
Martin Hunter
Marye Anne Fox

CH_DOCS\321000.1 [W97]

4

Michael A. Miller
Michael N. Piergrossi

L.   Debtors' Directors' Attorneys retained in connection with the Chapter 11 proceeding

    To the best of the Debtors' knowledge, none have been retained.

M.   Debtors' Directors Other Business Affiliations (e.g. service as an officer or director of another entity)

    Information not available

N.   Debtors' Major Shareholders

CEDE & CO
W R GRACE & CO BOOK ENTRY MEMO A/C
LORIOT & CO
JEANETTE L VACHON TR UA
PAUL J NORRIS
CHARLES H ERHART JR
BOB ROBERT SUNNESS
WACHOVIA BANK OF NORTH CAROLINA
M EVELYN BOWMAN
PHYLLIS SCHRIGER
JOHN W AUSTIN JR & PATSY W AUSTIN TR UA
QUENTIN ALEXANDER
PATRICIA STANLEY
ELLEN R SAXL
ANGUS W MERCER
RONALD C CAMBRE
JOYCE M MERCER
WAYNE T SMITH
ROSE M JOHNSTON
JOHN A SANTILLO & ROSE SANTILLO
EDNA M LOOS
JOANNA M FOLEY & JOSEPH P FOLEY
JOSEPH A RIGHTMYER
SIMON ATLAS
ALANNA FORSHAY FENSKE
FRED P BRANDT & CATHERINE A BRANDT
GEORGE R PERRIN
R RONALD KLEIMAN
JOANNA M FOLEY & JOSEPH P FOLEY
MERLE REPPERT
DAVID B SIEGEL
WILLIAM M CORCORAN
ANN G FITZGERALD
W BRIAN MC GOWAN

5

HARRY S RINKER TR
RAYMOND E SMILEY
JANET L FARR & EDWARD S. FARR
HOLMES OIL COMPANY
LACK & LINDSAY
WILLIAM A MAUDE
WILLIAM L MONROE
GERALD W HALMO
DAISY SALZO CASILLA
FRED P BRANDT
DOROTHY G KLEIMAN
JAMES G SCHAEFER
EDMUND F GUARALDI REVOCABLE TRUST
JOHN O FLENDER
MAGDALEN SLEEMAN
ROBERT BENDHEIM
RUDOLF B PEEST
ROBERT E ANDERSON & MARY F ANDERSON
SYLVIA M ERHART
PHYLLIS SCHRIGER & WILLIAM D ROGER
EILEEN MARGARET GRIMSDITCH
RICHARD J SCHOOFS
NOEL A LEE
BETTY D GREEN
DOROTHY F SELLERS
LAWRENCE M PUCCI
HILDA SALZ O
BONNIE NAGAI
CMSS AS EXCHANGE AGENT FOR UNEXCHANGED HOLDERS OF
CHOMERICS, INC
GEORGE T FUKUI & KATHERINE K FUKUI
LILLIAN BERMAN
LEONARD L BROWN
JOHNNY P FOREHAND JR
KATHRYN C MATTINGLY
GREGORY E POLING
DOUGLAS V REYNOLDS
OLAF B SCHUBBE
THE SMILEY BBN FAMILY PARTNERSHIP
DAVID LAWRENCE
THOMAS ARLEN EVANS & DOTZIE KAY EVANS
FREDA E STRAHL
MARIA O DE SALZ
HAROLD A ECKMANN
THE ABRAHAM FAMILY TRUST
BARBARA CATES BAYNARD

6

WILLIE H BLANTON
CELWYN COMPANY INC
RAE C HEIPLE
BURREL LEONARD
MARY C KODIS TR
JOAN MCKAY YOUNG
MALECH 1989 FAMILY TRUST
MARGARET M SOKOL
HAIG TORIGIAN
QUENTIN L THELEN
ROBERT L COX JR
LOUISE LOFFREDO
ELYSE B NAPOLI
RICHARD J NOZEMACK
STEVEN S PALOUMBIS
MARK A SHELNITZ
GERT H TESKA
ROBERT H & JOAN P BEBER
LAUREY MERCER RIGSBEE
GEORGE MONTGOMERY
P S DE BEAUMONT

O.    Debtors' Major Shareholders' Attorneys retained in connection with the Chapter 11 proceeding

     To the best of the Debtors' knowledge, none have been retained.

P.    All Secured Lenders, including DIP lenders

     The Chase Manhattan Bank (agent)
     The Depository Trust Company
     Bank of America, N.A.
     J.P. Morgan & Chase Co.
     First Union Bank
     Credit Suisse First Boston Corp.
     Dresdner Bank A.G.
     Bank of Nova Scotia
     ABN Amro Bank N.V.
     Bank of New York
     Northern Trust Bank
     Wachovia Bank and Trust Company, N.A.
     Hapoalim
     Barclays Bank PLC
     Citibank, N.A.
     Commerzbank A.G.
     Credit Lyonnais
     HSBC/Marine Midland
     Lloyds Bank, Dubai

CH_DOCS\321000.1 [W97]

7

Q.     All Secured Lenders' Attorneys retained in connection with the Chapter 11 proceeding

        To the best of the Debtors' knowledge, none have been retained.

R.     All Substantial Unsecured Bondholders or Lenders

        Chase Manhattan Bank
        First Union National Bank
        Dresdner Bank
        Northern Trust Bank
        Barclays Bank P.L.C.
        HSBC/Marine Midland
        ABN AMRO Bank N.V.
        Wachovia Bank and Trust Company
        Bank of America

S.     All Substantial Unsecured Bondholders or Lenders Attorneys retained in connection with
        the Chapter 11 proceeding

        To the best of the Debtors' knowledge, none have been retained.

T.     All Indenture Trustees

        CEDE & Co.
        Deposit Guaranty Corp.

U.     All Indenture Trustees' Attorneys retained in connection with the Chapter 11 proceeding

        To the best of the Debtors' knowledge, none have been retained.

V.     Official Statutory Committee members (All Committees)

                        *Unsecured Creditors' Committee*

        Zhagrus Environmental, Inc.
        The Bank of New York
        Bankers Trust Company
        Sealed Air Corporation
        ABN Amro Bank N.V.
        First Union National Bank
        J.P. Morgan Chase & Co.
        Bank of America, N.A.
        Wachovia Bank & Trust Co., N.A.

                        *Property Damage Committee*

        Marco Barbenti
        Pacific Freeholds
        The Trustees of Princeton University
        The Prudential Insurance Company of America
        Anderson Memorial Hospital

                                8

CH_DOCS\321000.1 [W97]

Catholic Archdiocese of New Orleans
Paul Price

### *Bodily Injury Committee (Asbestos Personal Injury Committee)*

John J. Russell
Thomas J. Jones
John Smutko
Jennette Parent, representative of estate of Thomas Parent
Steven Jones, representative of estate of Barbara Ellen Hammack
Royce N. Ryan
Roberta Jeffrey, Esq., representative of estate of Frank Jeffrey
Anthony Angiuli
Beverly Maulden, representative of John Wesley Maulden
Harvey Bair
Nathan O. Philips, Jr.

### *Equity Committee*

Peninsula Partners, LP
Dimensional Fund Advisors
Angus W. Mercer
Raymond E. Smiley

W.    Official Statutory Committees' Attorneys (for each Official Committee)

Stroock & Stroock & Lavan LLP (unsecured)
Bilzin Sumberg Dunn Baena Price & Axelrod (PD)
Caplin & Drysdale (PI)
Campbell & Levine
Kramer Levin Naftalis & Frankel LLP

X.    Official Statutory Committees' Other Professionals (e.g. investment banker, financial
advisor, real estate consultant, etc.) by each Official Committee

L. Tersigni Consulting P.C.
Duane, Morris & Heckscher LLP
Ferry & Joseph, P.A.

FTI Policano & Manzo
Legal Analysis Systems, Inc.
Conway, Del Genio, Gries, & Co. (local counsel PD Committee)
Ashby & Geddes, P.A. (local counsel PI Committee)
Klett Rooney Lieber & Schorling, P.C. (co-counsel to official committee of equity
    holders)

9

Y.    Official Statutory Committees Members' Attorneys retained in connection with the
Chapter 11 proceeding

*Creditor's Committee*

Walsh, Monzack, and Monaco
Moses & Singer LLP
Skadden, Arps, Slate, Meagher & Flom LLP
Simpson Thatcher Bartlett
The Bayard Firm
Kilpatrick Stockton LLP

*Property Damage Committee*

Ness, Motley, Loadhold, Richardson & Poole
McGarvey, Heberling, Sullivan & McGarvey PC
Speight & Runyan
Martin Dies, Esquire

*Personal Injury Committee*

Jacobs & Crumplar P.A.
Kelley & Ferraro
Cooney & Conway
Ness, Motley, Loadhold, Richardson, & Poole
Baron & Budd
McGarvey, Heberling, Sullivan & McGarvey
Kazan, McClain, Edises, Simon & Abrams
Weitz & Luxenberg
Silber Pearlman
Goldberg, Persky, Jennings & White P.C.
Robins, Cloud, Greenwood & Lubel LLP

Z.    Attorneys to Committees
Cozen O'Connor and McKool Smith (Certification of counsel filed 1/10/02 -
docket 1489) - Co-Special Counsel to PD Committee
Stroock & Stroock & Lavan LLP
Caplin & Drysdale, Chartered

L. Tersigni Consulting P.C.
FTI Policano & Manzo
Duane, Morris & Heckscher LLP
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
Ferry & Jospeh
Asby & Geddes, P.A.
Campbell & Levine, LLC
Conway, Del Genio, Gries & Co.
Kramer Levin Naftalis & Frankel LLP

10

Professor Elizabeth Warren
Klett Rooney Liebert & Schorling, a Professional Corporation
Hmailton, Rabinovitz & Alschuler, Inc.
Hilsoft Notifications

AA.    Special Counsel to handle objections to ZAI claims
Lukins & Annis, PS
Lieff, Cabraser, Heimann & Bernstein, LLP
Richardson, Patrick, Westbrook, Brickman
Ness, Motley, Loadholt, Richardson & Pole
McGarvey, Heberling, Sullivan & McGarvey, P.C.

AB.    Twenty Largest Unsecured Creditors (as of the date of filing)

The Chase Manhattan Bank
The Depository Trust Company
DEDE & Co.
Los Angeles Unified School District
Huntsman Corporation
Zhagrus Environmental, Inc.
DCP-Lohja Inc.
PCS Nitrogen Fertilizer, L.P.
Dupont Dow Elastomers
Cass Logistics Temporary
Union Carbide Corp
Southern Ionics, Inc.
BASF
CNA Insurance
Radian International
Stone Packaging System
Valeron Strength Films
Ingersoll-Rand Fluid Products
Delta Chemicals

AC.    Twenty Largest Unsecured Creditors Attorneys retained in connection with the Chapter
11 proceeding

To the best of Debtors knowledge, none have been retained.

AD.    Parties to the Debtors' Significant Executory Contracts and Leases

14901 North Scottsdale Road LLC / SM1/Southwestern Management, Inc.
2700 Stemmons
710, Inc.
A. Copeland Enterprises
A. Dong Oriental Grocery and Gift, Inc.
Abnet Realty Co. (Wm. Langfan & Aaron Ziegelman) / B E Holding Corp.
Accomplishments Through People, Inc.

11

AJP Properties
Alexander Summer, Inc.
Aliferis (UJ's Family Restaurant)
Allstore Realty Group
AMB Property, L.P.
AMCAP/Denver Ltd. Partnership
American Property Investors XI
American United Life Insuranc Co.
APAC Teleservices, Inc.
Appollo Cards, Inc.
Arbor Vitae Company N.V.
ASIC Alliance Corporation
Associates Enterprises of Houston
Atlash Corporation N.V.
Autozone, Inc.
Azteca Restaurants (El Torita-La Fiesta)
B & N Enterprises
Baltivest, N.V.
Baronial Corporation, N.V.
Barrand, Inc.
Baydale, Inc. // AMFAC Merchandising Corp.
Bell Canyon Investments Company N.V.
Berch Corporation N.V.
Besswell Corporation, N.V
Birchwood at Jericho Associates
Bixby Ranch Company
Blakenship Villas of Clovis, Inc.
Boeing Court Partners
Broadway Place I
Bruce & Brent Speckert, Tracey Deatsch, Deborah Frostholm
Buccola Family trust
Buen Dia Land Company N.V.
Builders Emporium Corp.
Builders Empourium (East), Inc.
Byer Properties
C & S, Inc.
Cabernet Company, N.V.
Caburan Land Company N.V.
Campamar Land Company N.V.
Caringello Investments II
Carlisle Property Co.
Carrow's
Casa Bonita, Inc.
Cassco Land Co., Inc.
Cavil Properties, Inc.
Cedar Square, A Texas General Partnership

12

CFS
Channel Home Centers
Channel Home Centers Realty Corp.
Channel Lumber Company
Channel of Route 10
Charger Land Company
Chart Towne Partnership
Chattanooga Food Systems, Inc.
Chi Chi's, Inc.
Child World, Inc.
Citizens and Southern Bank of W. Georgia
City Federal Savings & Loan Association
City/County of San Francisco - Public Utilities Commission
Clayton Dean
Coco's
Community Distributors, Inc.
Craddock Diversified Enterprises
Crested Butte Equities Co.
D & B of Hollywood
DAS Restaurants, Inc.
Dave Christensen, Inc. (successor in-interest - Bellevue Hilton)
Daylin, Inc.
De Nada Restaurants, Inc.
DELCO Development Co. of Gastonia / H. C. Associates
DELCO Development Co. of Tyvola
Delta Acquisitons, Ltd.
Dr/Mrs Robert Schmit
DT Propiedades
Dunn International Corporation
Dunn International of Georgia, Inc.
El Torito
El Toro Properties/Corp & Ludo and Gloria Bevilacqua
Elaine Power Figures Salons, Inc.
Eminent International Enterprises, Inc.
Evelyn Art Gallery
Fairlane Land Comapy, N.V.
Fast Food Properties
FBL Partners
Fedi, Fedi, Jaworski & Santini
FFCA/IIP
Fidelity Syndications, Inc.
First Harris Associates, Ltd.
First National Bank of Bloomington
Forshaw, Elizabeth
Frank & Marianne Sorci
Frederick J. and Pamela M. Axelberd

13

Freed Realty Company
Freeport Center Associates
Galahad Real Estate Corp.
Gardner-Smith Associates / Broad River Mall Assoc., L.P. /Hitchner, Witt & Co.
Garec Ltd. Partnership
Gaston Health Care, Inc.
Gene Biggli Properties
General Mills
Goodwill Industries fo Greater New York, Inc.
Green Angel Investments Co., N.V.
Green Pastures, Inc.
Grupe - Squaw Valley Company Ltd.
Handy City Division
Harry & Elise Grimmer
H-B, Inc.
Heathcliff Investment Co., N.V.
Herman's Sporting Goods, Inc.
Hines Interest Limited Partnership
Home Builders Emporium-NY
Homer J. Rader
HQ / Hechinger Property Company
H-T Enterprises V
Hugh M. Tarbutton
Ingram Plaza Company
International Protective Coating Corp. (successor to Pyrotec Industries, Inc.)
Investcal Develop Co.
Investcal Realty
J & J Rentals
J. E. Smith
J.C. Food Corporation
Jack Astor's Leasing
James G., James H. Ayres and Mary Jane Ayres
Jericho Restaurant Associates
Jew, Anthony, MD
John & Susan Youngson
John H. Baker III
John L. Stevenson
Jojo's
Joseph and Inez Foundation
Joyce Alyn
JP Forney Jr, Trustee; Elinor L. Forney; James B. Davis and R.C. Bennett,
Trustee

Keg Restaurants
Keystone Realty Company
Kravco Company; Lehigh Valley Associates
Kwo-Tai Richard Sun & Ivy Hsiao-Ming Chen Sun

14

CH_DOCS\321000.1 [W97]

La Jolla Village Profesional Center Associates
La Mesa Crossroads
Lathampton Corporation
La Salle National Bank - Trust #100609
Laguna Hills Investment Company
Lampeter Joint Venture (Basser and Kaufman)
Larnet N.V.
Leverett Corporation N.V.
Lewis RE Trust, et al.
Life Time Floors, Inc.
Lismore Corporation N.V.
Lister Properties Co.
Listoville, N.V.
Lynda Ward
M.S.B. Properties
M/M John Santopadre
Malibu Land Company N.V.
Mamiye Brothers
Manor Develpoment Co.
Margaret & Mike Conrotto
Mark Hankin and Hanmar Assoc. MLP.
MARS, Inc.
Marshall's of Milford, Connecticut., Inc.
Marshall's of Waterbury, Connecticut., Inc.
Marshall's of Wayne
Marshall's, Inc.
Martinvest, Inc. N.V.
Mattatuck Plaza Associates (successor to Simon Konover)
MCC Group Northglenn, LTD.
MCC Group-Mesquite # Joint Venture
McCutchin Brothers Joint Venture II
Mercury Mall Associates
Merlot Company N.V.
MGSC Corp.
Milford Associates
Missouri Limited Partnership
Mr. Beef Restaurants, Inc.
Myers Corner Development Corporation
New England Mutual Life Ins. Co.
Ninfa's (Rodco, L.C.)
NoHy
Northern Hydraulics, Inc.
Northwest Village Limited
Olive Garden
Ollie's Bargin Outlet, Inc.
Orchard Supply Building Co.

15

Pacar, Inc.
Pancho's Mexican Buffet
Paragon Steakhouse Restaurants, Inc.
Parkland Realty
Paul Choi & Evelyn Youngrea Choi
Peckman, Peter H. & Nancy M.., c/o Investcal Realty Corp.
Pennsylvania Ltd. Partnership
Pepper Square Venture I
Perrot N.V. and Lowell Corporation
PFRS Dublin Corp.
PH Associates
Phoenix Concepts Corporation
Pier 1 Imports
Pike-Pal Associates
Pinata, Inc.
Plaza Camino Real
Plus Foods Discount, Inc.
Princessa Land Company, N.V.
Principle Life Insurance Co.
PRS Boyle Rd. Corp / Selden Center Associates / Net Realty Holding
Quick Foods, Inc. dba Taco Villa
Quivira 95 Company
Quortrup Petroleum Products, Inc.
Rhodes, Inc.
Richard & Kathryn Rossman
Richard L. Crawford and Geren Crawford Real Estate Investments
Robert V. McKeen & Co.
Robin Roach & Andrew P. Wieland
RREEF USA Fkund-III
Russell J. & Milton F. & Joyce Bruzzone
S. Klein Department Stores, Inc.
S.A.H. Partnership
Safari Realty Co., Inc.
Safeway Stores, Inc.
Safia, Inc.
Savmart of New Jersey, Inc.
Schantz, Schntz & Pernell
Scott William Wood
Serota & Sons
Shapell Industries of No. California, Inc.
Shepler's Inc.
Sheplers of Texas
Silver Shadow Land Company
Snack, Inc.
Soli Trust
Sota Bento Land Company, N.V.

16

South Plainfield Holding, Inc.
So. Pacific Dev. Co.
Southern Pacific Development
Southview Mexican Ltd. Partnership
Springs Assoc, L.P.
Springs Associates
Stanmel Corp.
Stein Mart, Inc.
Stephen Pontiac - Cadillac, Inc.
Sterling Projects, Inc.
Sylvor, Robert
Tony Roma's a/k/a Romacorp, Inc.
Taaz, L.L.C.
Taco Del Sur, Inc.
Taco Villa, Inc.
Terrin Holding, Co.
T/H Associates
The Fabric Emporium
The Great Atlantic and Pacific Tea Company
The Lincoln National Life Insurance Co.
The Lionel Corporation & Lionel Leisure, Inc.
The Oaks % Key Center
The Pep Boys - Manny, Moe & Jack
The Price Company
The Salvation Army
The Snyder Living Trust
The Voit Companies
Theodore, Judith, Edward & Thelma Bradford
Topps of Totowa
Trammel Crow Co.
Two Forty Associates
Two Guys from Harrison -- New York., Inc.
United Benefit Life Insurance Company
Urban Village Partners
Vess J. Barnes, Joyce A. Barnes, & Terry Smith as Trustees of Barnes Jewelry,
Inc. Employees Profit Sharing Trust
Village Parkway Venture
Vincent & Rose Di Tommaso
Vintage Faire Assocs
Virginia Square Ltd.
Volare Investments Co.
Vornado, Inc.
W. H. C. Realty Corp. (successor to Simon Konover)
Wal-Mart Stores, Inc.
Watson Land Company a/k/a Chomerics, Inc.
Wayne Industries, Inc.

CH_DOCS\321000.1 [W97]

Weingarten Realty Investors
Weingarten Realty, Inc.
Wendy's
West York Associates
Westbar Limited Partnership
Whataburger, Inc.
Whittaker/Valey River Partners
Who Songs & Larry's
Wickes Companies, Inc.
William K. Langfan and Aaron Ziegelman
Winfield Group
Wm. & Grace Garcia
Woodfair Venture, Ltd.
WRG Assoc. Four
WRG Assoc. Seven
WRG Assoc. Six
WRG Associates Five
WRG III, L.P.

AE.    Parties to the Debtors' Significant Executory Contracts and Leases Attorneys (retained in connection with the Chapter 11 proceeding)

To the best of the Debtors' knowledge, none have been retained.

AF.    Other Significant Parties-in-Interest (any party that has a substantial economic stake in the debtor; other parties-in-interest include parties in material litigation against The Debtor, public utility commissions of regulated entities, potential parties to M&A or asset transactions with the Debtor, etc.

Issuers of the Debtors' Outstanding Surety Bonds:
American International Group, Inc.
The Travelers Insurance Co.
Fireman's Fund Insurance Co.
The Hartford Financial Services Group, Inc.
St. Paul Companies, Inc.

Letter of Credit Issuers:
ABN AMRO Bank N.V.
Bank of America, N.A.
Citibank, N.A.
J.P. Morgan Chase & Co.
Wachovia Bank & Trust Company, N.A.

AG.    Other Significant Parties-in-Interest Attorneys retained in connection with the Chapter 11 proceeding

To the best of the Debtors' knowledge, non have been retained.

18

CH_DOCS\321000.1 [W97]

**Appendix 2**
**List of Potential Parties in Interest**

1. W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.)
2. Grace Ventures Corp.
3. Pachulski, Stang, Ziehl, Young, & Jones
4. Blackstone Group, L.P.
5. R. R. Donnelley & Sons Company
6. PriceWaterhouseCoopers LLP
7. William L. Baker
8. William M. Corcoran
9. Wachovia Bank Of North Carolina
10. William M Corcoran
11. Robert E. Anderson & Mary F Anderson
12. Richard J Schoofs
13. David Lawrence
14. The Chase Manhattan Bank (agent)
15. Bank of America, N.A.
16. J.P. Morgan & Chase Co.
17. Credit Suisse First Boston Corp.
18. Dresdner Bank A.G.
19. ABN Amro Bank N.V.
20. Bank of New York
21. Wachovia Bank and Trust Company, N.A.
22. Citibank, N.A.
23. Credit Lyonnais
24. HSBC/Marine Midland
25. Chase Manhattan Bank
26. Dresdner Bank
27. HSBC/Marine Midland
28. ABN AMR() Bank N.V.

29. Wachovia Bank and Trust Company

30. Bank of America

31. The Bank of New York

32. Bankers Trust Company

33. ABN Amro Bank N.V.

34. J.P. Morgan Chase & Co.

35. Bank of America, N.A.

36. Wachovia Bank & Trust Co., N.A.

37. The Prudential Insurance Company of America

38. Peninsula Partners, LP

39. FTI Policano & Manzo

40. Special Counsel to handle objections to ZAI claims

41. Lukins & Annis, PS

42. The Chase Manhattan Bank

43. Huntsman Corporation

44. Dupont Dow Elastomers

45. Radian International

46. AMB Property, L.P.

47. General Mills

48. Grupe - Squaw Valley Company Ltd.

49. Hines Interest Limited Partnership

50. MARS, Inc.

51. New England Mutual Life Ins. Co.

52. Orchard Supply Building Co.

53. The Pep Boys - Manny, Moe & Jack

54. The Price Company

55. Wal-Mart Stores, Inc.

56. Wickes Companies, Inc.

57. American International Group, Inc.

58. The Travelers Insurance Co.

59. The Hartford Financial Services Group, Inc.

60. St. Paul Companies, Inc.

61. ABN AMRO Bank N.V.

62. Bank of America, N.A.

63. Citibank, N.A.

64. J.P. Morgan Chase & Co.

65. Wachovia Bank & Trust Company, N.A.