### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W. R. GRACE & CO., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | Obj. deadline: April 3, 2012 |

### ONE HUNDRED AND SEVENTH APPLICATION OF BLACKSTONE ADVISORY PARTNERS L.P. AS FINANCIAL ADVISOR TO W. R. GRACE & CO. AND AFFILIATES FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF JANUARY 1, 2012 THROUGH JANUARY 31, 2012

| | |
|---|---|
| Name of Applicant: | Blackstone Advisory Partners L.P. |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention Order: | June 22, 2001, effective April 2, 2001 |
| Period for which compensation and reimbursement is sought: | January 1, 2012 through January 31, 2012 |

| | Total | (Holdback @ 20%) |
|---|---|---|
| Amount of Compensation sought as actual, reasonable and necessary: | $75,000.00 | ($15,000.00) |

| | |
|---|---|
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $1,215.61 |
| Amount of Cash Payment Sought: | $61,215.61 |

This is a  x  monthly __ interim ____ final application

Summary of Monthly Applications:

| Date Filed | Period(s) Covered | Requested | | Approved | | Unapproved | Unpaid |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | Holdback(s) | Amount(s) |
| 07/31/01 | 04/02/01 – 06/30/01 | $519,166.66 | 7,663.95 | $519,166.66 | 7,663.95 | $-- | $-- |
| 08/24/01 | 07/01/01 – 07/31/01 | 175,000.00 | 3,504.53 | 175,000.00 | 3,504.53 | -- | -- |
| 10/16/01 | 08/01/01 – 08/31/01 | 175,000.00 | 16,124.84 | 175,000.00 | 16,124.84 | -- | -- |
| 11/21/01 | 09/01/01 – 09/30/01 | 175,000.00 | 11,846.09 | 175,000.00 | 11,846.09 | -- | -- |
| 11/30/01 | 10/01/01 – 10/31/01 | 175,000.00 | 5,042.39 | 175,000.00 | 5,042.39 | -- | -- |
| 01/31/02 | 11/01/01 – 11/30/01 | 175,000.00 | 7,477.10 | 175,000.00 | 7,477.10 | -- | -- |
| 01/31/02 | 12/01/01 – 12/31/01 | 175,000.00 | 2,133.92 | 175,000.00 | 2,133.92 | -- | -- |
| 03/15/02 | 01/01/02 – 01/31/02 | 175,000.00 | 5,140.26 | 175,000.00 | 5,140.26 | -- | -- |
| 04/05/02 | 02/01/02 – 02/28/02 | 175,000.00 | 1,719.69 | 175,000.00 | 1,719.69 | -- | -- |
| 05/02/02 | 03/01/02 – 03/31/02 | 175,000.00 | 631.92 | 175,000.00 | 631.92 | -- | -- |
| 07/25/02 | 04/01/02 – 04/30/02 | 175,000.00 | 2,736.03 | 175,000.00 | 2,736.03 | -- | -- |
| 08/15/02 | 05/01/02 – 05/31/02 | 175,000.00 | 516.61 | 175,000.00 | 516.61 | -- | -- |
| 08/15/02 | 06/01/02 – 06/30/02 | 175,000.00 | 733.20 | 175,000.00 | 733.20 | -- | -- |
| 11/13/02 | 07/01/02 – 07/31/02 | 175,000.00 | 2,603.74 | 175,000.00 | 2,603.74 | -- | -- |
| 11/13/02 | 08/01/02 – 08/31/02 | 175,000.00 | 3,547.21 | 175,000.00 | 3,547.21 | -- | -- |
| 11/13/02 | 09/01/02 – 09/30/02 | 175,000.00 | 1,611.87 | 175,000.00 | 1,611.87 | -- | -- |
| 02/14/03 | 10/01/02 – 10/31/02 | 175,000.00 | 1,848.24 | 175,000.00 | 1,848.24 | -- | -- |
| 02/14/03 | 11/01/02 – 11/30/02 | 175,000.00 | 2,109.76 | 175,000.00 | 2,109.76 | -- | -- |
| 02/14/03 | 12/01/02 – 12/31/02 | 175,000.00 | 1,570.49 | 175,000.00 | 1,570.49 | -- | -- |
| 03/25/04 | 01/01/03 – 12/31/03 | 525,000.00 | 10,063.83 | 525,000.00 | 10,063.83 | -- | -- |
| 08/17/04 | 01/01/04 – 06/30/04 | 525,000.00 | 2,833.02 | 525,000.00 | 2,833.02 | -- | -- |
| 11/15/04 | 07/01/04 – 09/30/04 | 525,000.00 | 22,158.70 | 525,000.00 | 22,158.70 | -- | -- |
| 11/24/04 | 10/01/04 – 10/31/04 | 175,000.00 | 3,635.27 | 175,000.00 | 3,635.27 | -- | -- |
| 01/24/05 | 11/01/04 – 11/30/04 | 175,000.00 | 4,369.47 | 175,000.00 | 4,369.47 | -- | -- |
| 01/24/05 | 12/01/04 – 12/31/04 | 175,000.00 | 1,129.94 | 175,000.00 | 1,129.94 | -- | -- |
| 03/07/05 | 01/01/05 – 01/31/05 | 175,000.00 | 2,347.64 | 175,000.00 | 2,347.64 | -- | -- |
| 05/19/05 | 02/01/05 – 02/28/05 | 175,000.00 | 742.42 | 175,000.00 | 742.42 | -- | -- |
| 05/19/05 | 03/01/05 – 03/31/05 | 175,000.00 | 1,106.33 | 175,000.00 | 1,106.33 | -- | -- |
| 08/26/05 | 04/01/05 – 04/30/05 | 100,000.00 | 3,082.08 | 100,000.00 | 3,082.08 | -- | -- |
| 08/26/05 | 05/01/05 – 05/31/05 | 50,000.00 | 1,709.38 | 50,000.00 | 1,709.38 | -- | -- |
| 08/26/05 | 06/01/05 – 06/30/05 | 50,000.00 | 2,917.10 | 50,000.00 | 2,917.10 | -- | -- |
| 05/10/06 | 07/01/05 – 07/31/05 | 75,000.00 | 2,289.24 | 75,000.00 | 2,289.24 | -- | -- |
| 05/10/06 | 08/01/05 – 08/31/05 | 50,000.00 | 2,304.36 | 50,000.00 | 2,304.36 | -- | -- |
| 05/10/06 | 09/01/05 – 09/30/05 | 25,000.00 | 679.00 | 25,000.00 | 679.00 | -- | -- |
| 06/21/06 | 10/01/05 – 10/31/05 | 100,000.00 | 786.97 | 100,000.00 | 786.97 | -- | -- |
| 06/21/06 | 11/01/05 – 11/30/05 | 100,000.00 | 1,854.08 | 100,000.00 | 1,854.08 | -- | -- |
| 06/21/06 | 12/01/05 – 12/31/05 | 100,000.00 | 488.35 | 100,000.00 | 488.35 | -- | -- |
| 07/25/06 | 01/01/06 – 01/31/06 | 50,000.00 | 1,369.41 | 50,000.00 | 1,369.41 | -- | -- |
| 07/25/06 | 02/01/06 – 02/28/06 | 100,000.00 | 560.94 | 100,000.00 | 560.94 | -- | -- |
| 07/25/06 | 03/01/06 – 03/31/06 | 100,000.00 | 1,273.41 | 100,000.00 | 1,273.41 | -- | -- |
| 09/21/06 | 04/01/06 – 04/30/06 | 75,000.00 | 208.81 | 75,000.00 | 208.81 | -- | -- |
| 09/21/06 | 05/01/06 – 05/31/06 | 100,000.00 | 1,660.26 | 100,000.00 | 1,660.26 | -- | -- |
| 09/21/06 | 06/01/06 – 06/30/06 | 125,000.00 | 2,155.45 | 125,000.00 | 2,155.45 | -- | -- |
| 10/18/06 | 07/01/06 – 07/31/06 | 125,000.00 | 4,794.17 | 125,000.00 | 4,794.17 | -- | -- |
| 11/30/06 | 08/01/06 – 08/31/06 | 75,000.00 | 1,665.99 | 75,000.00 | 1,665.99 | -- | -- |
| 11/30/06 | 09/01/06 – 09/30/06 | 75,000.00 | 995.60 | 75,000.00 | 995.60 | -- | -- |
| 02/28/07 | 10/01/06 – 10/31/06 | 100,000.00 | 704.00 | 100,000.00 | 704.00 | -- | -- |
| 02/28/07 | 11/01/06 – 11/30/06 | 175,000.00 | 1,104.42 | 175,000.00 | 1,104.42 | -- | -- |
| 02/28/07 | 12/01/06 – 12/31/06 | 150,000.00 | 1,509.61 | 150,000.00 | 1,509.61 | -- | -- |

| Date Filed | Period(s) Covered | Requested | | Approved | | Unapproved | Unpaid |
| | | Fees | Expenses | Fees | Expenses | Holdback(s) | Amount(s) |
|---|---|---|---|---|---|---|---|
| 04/10/07 | 01/01/07 – 01/31/07 | 100,000.00 | 5,412.84 | 100,000.00 | 5,412.84 | -- | -- |
| 06/29/07 | 02/28/07 – 02/28/07 | 100,000.00 | 1,260.82 | 100,000.00 | 1,260.82 | -- | -- |
| 06/29/07 | 03/01/07 – 03/31/07 | 100,000.00 | 535.30 | 100,000.00 | 535.30 | -- | -- |
| 09/20/07 | 04/01/07 – 04/30/07 | 100,000.00 | 3,145.97 | 100,000.00 | 3,145.97 | -- | -- |
| 09/20/07 | 05/01/07 – 05/31/07 | 125,000.00 | 148.40 | 125,000.00 | 148.40 | -- | -- |
| 09/20/07 | 06/01/07 – 06/30/07 | 125,000.00 | 584.53 | 125,000.00 | 584.53 | -- | -- |
| 11/19/07 | 07/01/07 – 07/31/07 | 125,000.00 | 786.94 | 125,000.00 | 786.94 | -- | -- |
| 11/19/07 | 08/01/07 – 08/31/07 | -- | 997.55 | -- | 997.55 | -- | -- |
| 11/19/07 | 09/01/07 – 09/30/07 | 75,000.00 | 585.59 | 75,000.00 | 585.59 | -- | -- |
| 03/13/08 | 10/01/07 – 10/31/07 | 100,000.00 | 1,518.85 | 100,000.00 | 1,518.85 | -- | -- |
| 03/13/08 | 11/01/07 – 11/30/07 | 75,000.00 | 241.73 | 75,000.00 | 241.73 | -- | -- |
| 03/13/08 | 12/01/07 – 12/31/07 | 50,000.00 | 270.44 | 50,000.00 | 270.44 | -- | -- |
| 05/22/08 | 01/01/08 – 01/31/08 | 100,000.00 | 2,618.39 | 100,000.00 | 2,618.39 | -- | -- |
| 05/22/08 | 02/01/08 – 02/29/08 | 150,000.00 | 377.34 | 150,000.00 | 377.34 | -- | -- |
| 05/22/08 | 03/01/08 – 03/31/08 | 75,000.00 | 1,468.54 | 75,000.00 | 1,468.54 | -- | -- |
| 10/16/08 | 04/01/08 – 04/30/08 | 150,000.00 | 370.04 | 150,000.00 | 370.04 | -- | -- |
| 10/16/08 | 05/01/08 – 05/31/08 | 125,000.00 | 868.61 | 125,000.00 | 868.61 | -- | -- |
| 10/16/08 | 06/01/08 – 06/30/08 | 175,000.00 | 7,178.80 | 175,000.00 | 7,178.80 | -- | -- |
| 01/09/09 | 07/01/08 – 07/31/08 | 175,000.00 | 1,507.33 | 175,000.00 | 1,507.33 | -- | -- |
| 01/09/09 | 08/01/08 – 08/31/08 | 175,000.00 | 3,482.81 | 175,000.00 | 3,482.81 | -- | -- |
| 01/09/09 | 09/01/08 – 09/30/08 | 175,000.00 | 7,491.74 | 175,000.00 | 7,491.74 | -- | -- |
| 01/09/09 | 10/01/08 – 10/31/08 | 150,000.00 | 3,166.54 | 120,000.00 | 3,166.54 | -- | -- |
| 04/20/09 | 11/01/08 – 11/30/08 | 75,000.00 | 3,762.45 | 75,000.00 | 3,762.45 | -- | -- |
| 04/20/09 | 12/01/08 – 12/31/08 | 75,000.00 | 4,251.05 | 75,000.00 | 4,251.05 | -- | -- |
| 07/06/09 | 01/01/09 – 01/31/09 | 75,000.00 | 407.84 | 75,000.00 | 407.84 | -- | -- |
| 07/06/09 | 02/01/09 – 02/28/09 | 175,000.00 | 840.67 | 175,000.00 | 840.67 | -- | -- |
| 07/06/09 | 03/01/09 – 03/31/09 | 150,000.00 | 1,515.13 | 150,000.00 | 1,515.13 | -- | -- |
| 09/03/09 | 04/01/09 – 04/30/09 | 150,000.00 | 1,757.02 | 150,000.00 | 1,757.02 | -- | -- |
| 09/03/09 | 05/01/09 – 05/31/09 | 175,000.00 | 4,503.06 | 175,000.00 | 1,515.13 | -- | -- |
| 09/03/09 | 06/01/09 – 06/30/09 | 175,000.00 | 4,246.49 | 175,000.00 | 4,246.49 | -- | -- |
| 12/14/09 | 07/01/09 – 07/31/09 | 175,000.00 | 10,766.12 | 175,000.00 | 10,766.12 | -- | -- |
| 12/14/09 | 08/01/09 – 08/31/09 | 175,000.00 | 2,367.44 | 175,000.00 | 2,367.44 | -- | -- |
| 12/14/09 | 09/01/09 – 09/30/09 | 100,000.00 | 3,953.33 | 100,000.00 | 3,953.33 | -- | -- |
| 12/15/09 | 10/01/09 – 10/31/09 | 100,000.00 | 1,354.62 | 100,000.00 | 1,354.62 | -- | -- |
| -- | 11/01/09 – 11/30/09 | -- | -- | -- | -- | -- | -- |
| 02/12/10 | 12/01/09 – 12/31/09 | 100,000.00 | 1,839.20 | 100,000.00 | 1,839.20 | -- | -- |
| 03/12/10 | 01/01/10 – 01/31/10 | 150,000.00 | 1,633.77 | 150,000.00 | 1,633.77 | -- | -- |
| -- | 02/01/10 – 02/28/10 | -- | -- | -- | -- | -- | -- |
| 04/29/10 | 03/01/10 – 03/31/10 | 175,000.00 | 4,238.44 | 175,000.00 | 4,238.44 | -- | -- |
| 05/28/10 | 04/01/10 – 04/30/10 | 175,000.00 | 4,575.58 | 175,000.00 | 4,575.58 | -- | -- |
| 06/25/10 | 05/01/10 – 05/31/10 | 175,000.00 | 7,750.24 | 175,000.00 | 7,750.24 | -- | -- |
| 08/05/10 | 06/01/10 – 06/30/10 | 175,000.00 | 5,202.91 | 175,000.00 | 5,202.91 | -- | -- |
| 09/09/10 | 07/01/10 – 07/31/10 | 50,000.00 | 6,204.42 | 50,000.00 | 6,204.42 | -- | -- |
| -- | 08/01/10 – 08/31/10 | -- | -- | -- | -- | -- | -- |
| 11/16/10 | 09/01/10 – 09/30/10 | 125,000.00 | 2,435.45 | 125,000.00 | 1,283.70 | -- | |
| 12/13/10 | 10/01/10 – 10/31/10 | 175,000.00 | 475.19 | 175,000.00 | 475.19 | -- | |
| 02/01/11 | 11/01/10 – 11/30/10 | 175,000.00 | 2,625.52 | 175,000.00 | 2,625.52 | -- | -- |
| 02/09/11 | 12/01/10 – 12/31/10 | 125,000.00 | 590.30 | 125,000.00 | 590.30 | -- | -- |
| 02/25/11 | 01/01/11 – 01/31/11 | 175,000.00 | 1,365.89 | 175,000.00 | 1,365.89 | -- | -- |
| 04/05/11 | 02/01/11 – 02/28/11 | 175,000.00 | 2,531.48 | 175,000.00 | 2,531.48 | -- | -- |
| 04/28/11 | 03/01/11 – 03/31/11 | 125,000.00 | 714.49 | 125,000.00 | 714.49 | -- | -- |

| Date Filed | Period(s) Covered | Requested | | Approved | | Unapproved | Unpaid |
| | | Fees | Expenses | Fees | Expenses | Holdback(s) | Amount(s) |
|---|---|---|---|---|---|---|---|
| 06/06/11 | 04/01/11 – 04/30/11 | 175,000.00 | 1,130.07 | 175,000.00 | 1,130.07 | -- | -- |
| 07/19/11 | 05/01/11 – 05/30/11 | 175,000.00 | 711.36 | 175,000.00 | 711.36 | -- | -- |
| 08/05/11 | 06/01/11 – 06/30/11 | 175,000.00 | 46.88 | 175,000.00 | 46.88 | -- | 140,046.88 |
| 09/22/11 | 07/01/11 – 07/31/11 | 175,000.00 | 896.76 | 140,000.00 | 896.76 | 35,000.00 | 35,000.00 |
| 10/13/11 | 08/01/11 – 08/31/11 | 125,000.00 | 834.50 | 100,000.00 | 834.50 | 25,000.00 | 25,000.00 |
| 11/28/11 | 09/01/11 – 09/30/11 | 75,000.00 | 150.00 | 60,000.00 | 150.00 | 15,000.00 | 15,000.00 |
| 12/20/11 | 10/01/11 – 10/31/11 | 25,000.00 | 1,430.65 | 20,000.00 | 1,430.65 | 5,000.00 | 5,000.00 |
| 01/17/12 | 11/01/11 – 11/30/11 | 50,000.00 | -- | 40,000.00 | -- | 10,000.00 | 10,000.00 |
| 02/21/12 | 12/01/11 – 12/31/11 | 75,000.00 | 135.30 | 60,000.00 | 135.30 | 15,000.00 | 15,000.00 |

# Blackstone Advisory Partners L.P.

March 14, 2012

Mr. Fred Festa
Chairman and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | |
|---|---|---|
| Monthly Fee for the period of January 1, 2012 through January 31, 2012: | $ | 75,000.00 |
| Less: 20% holdback pursuant to the Court's Administrative Order: | | (15,000.00) |

Out-of-pocket expenses processed for the period through January 31, 2012: [1]

| | | |
|---|---|---|
| Ground Transportation | 593.18 | |
| Meals | 55.61 | |
| Lodging | 258.73 | |
| Research | 123.75 | |
| Publishing Services | 184.34 | 1,215.61 |
| **Total Amount Due** | $ | **61,215.61** |

**Please wire transfer funds to:**

JP Morgan Chase
One Chase Manhattan Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Partners L.P.
Account Receivable Dept. 16th Floor
Account # 066-287472

Invoice Number: 66888

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

Blackstone Advisory Partners L.P.
345 Park Avenue
New York, NY 10154
212 583-5000

**W. R. Grace & Co.**
**Summary of Expenses**
**Through January 31, 2012**
**Invoice Number: 66888**

| | GL Detail Jan-12 | | Total Expenses |
|---|---|---|---|
| Ground Transportation - Local Travel | $ | 167.18 | $ | 167.18 |
| Ground Transportation - Railroad | | 426.00 | | 426.00 |
| Employee Meals | | 55.61 | | 55.61 |
| Lodging | | 258.73 | | 258.73 |
| Internal Research | | 123.75 | | 123.75 |
| Publishing Services | | 184.34 | | 184.34 |
| **Total Expenses** | $ | 1,215.61 | $ | 1,215.61 |

| | |
|---|---|
| **Ground Transportation** | 593.18 |
| **Meals** | 55.61 |
| **Lodging** | 258.73 |
| **Research** | 123.75 |
| **Publishing Services** | 184.34 |
| **Total Expenses** | $ 1,215.61 |

W. R. Grace & Co.
Detail of Expenses Processed
Through January 31, 2012
Invoice Number: 66888

**Ground Transportation - Local Travel**

| | | | |
|---|---|---|---|
| O'Connell (taxi to New York Penn Station in New York, NY) | 12/12/11 | 11.18 | |
| O'Connell (car to hotel in Columbia, MD from train station in Baltimore, MD) | 12/12/11 | 78.00 | |
| O'Connell (car to train station in Baltimore, MD from client offices in Columbia, MD) | 12/13/11 | 78.00 | |
| Subtotal - Ground Transportation - Local Travel | | | 167.18 |

**Ground Transportation - Railroad**

| | | | |
|---|---|---|---|
| O'Connell (travel agency fee for booking of round trip train travel to/from Baltimore, MD fom/to Newark, NJ) | 12/06/11 | 40.00 | |
| O'Connell (round trip train travel to/from Baltimore, MD from/to Newark, NJ) | 12/12/11 - 12/13/11 | 386.00 | |
| Subtotal - Ground Transportation - Railroad | | | 426.00 |

**Employee Meals**

| | | | |
|---|---|---|---|
| O'Connell (2 working dinner meals for J. O'Connell & B. Jaffe in Columbia, MD) | 12/12/11 | 55.61 | |
| Subtotal - Employee Meals | | | 55.61 |

**Lodging**

| | | | |
|---|---|---|---|
| O'Connell (1 day hotel stay in Columbia, MD) | 12/12/11 - 12/13/11 | 258.73 | |
| Subtotal - Lodging | | | 258.73 |

**Internal Research**

| | | | |
|---|---|---|---|
| Jaffe (online data research) | 01/09/12 | 123.75 | |
| Subtotal - Internal Research | | | 123.75 |

**Publishing Services**

| | | | |
|---|---|---|---|
| Jaffe (preparation of materials) | 01/09/12 | 184.34 | |
| Subtotal - Publishing Services | | | 184.34 |
| Total Expenses | | $ | 1,215.61 |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**JANUARY 1, 2012 THROUGH JANUARY 31, 2012**

| Professional | Title | Hours |
|---|---|---|
| Jamie O'Connell | Managing Director | 13.2 |
| Adam Schlesinger | Associate | 27.1 |
| Benjamin Jaffe | Analyst | 51.8 |
| | **Total** | **92.1** |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2012 THROUGH JANUARY 31, 2012**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 01/26/12 | 0.6 | Business Analysis | Call with management regarding various business matters |
| Adam Schlesinger | 01/26/12 | 0.2 | Business Analysis | Follow-up meeting with J. O'Connell regarding management call |
| Jamie O'Connell | 01/26/12 | 0.6 | Business Analysis | Call with management regarding various business matters |
| Jamie O'Connell | 01/26/12 | 0.2 | Business Analysis | Follow-up meeting with A. Schlesinger regarding management call |
| | | 1.6 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2012 THROUGH JANUARY 31, 2012**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 01/25/12 | 0.3 | Case Administration | Call regarding administrative matter |
|  |  | 0.3 |  |  |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2012 THROUGH JANUARY 31, 2012**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Benjamin Jaffe | 01/17/12 | 0.5 | Claims Analysis/Resolution | Call with BMC regarding claims database |
| Benjamin Jaffe | 01/24/12 | 3.2 | Claims Analysis/Resolution | Emergence claims analysis |
| | | 3.7 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2012 THROUGH JANUARY 31, 2012**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 01/03/12 | 0.1 | Committee | Call with financial advisor to FCR |
| Adam Schlesinger | 01/10/12 | 0.5 | Committee | Conference call with management and counsel regarding pension matter |
| Jamie O'Connell | 01/10/12 | 0.4 | Committee | Review creditor materials and related calls with counsel |
| Benjamin Jaffe | 01/13/12 | 0.5 | Committee | Conference call with management and counsel regarding pension matter |
| Benjamin Jaffe | 01/19/12 | 0.2 | Committee | Meeting with J. O'Connell to review draft materials |
| Benjamin Jaffe | 01/19/12 | 0.2 | Committee | Follow-up meeting with J. O'Connell to review draft materials |
| Jamie O'Connell | 01/19/12 | 0.2 | Committee | Meeting with B. Jaffe to review draft materials |
| Jamie O'Connell | 01/19/12 | 0.2 | Committee | Follow-up meeting with B. Jaffe to review draft materials |
| Adam Schlesinger | 01/20/12 | 0.4 | Committee | Conference call with advisors to committees and FCR regarding pension matter |
| Benjamin Jaffe | 01/20/12 | 0.4 | Committee | Conference call with advisors to committees and FCR regarding pension matter |
| Jamie O'Connell | 01/20/12 | 0.4 | Committee | Conference call with advisors to committees and FCR regarding pension matter |
| Adam Schlesinger | 01/25/12 | 0.7 | Committee | Conference call with management regarding information request of financial advisor |
| Jamie O'Connell | 01/25/12 | 0.7 | Committee | Conference call with management regarding information request of financial advisor |
| Benjamin Jaffe | 01/27/12 | 0.6 | Committee | Conference call with management and committee advisor regarding pension motion |
| Jamie O'Connell | 01/27/12 | 0.1 | Committee | Call with financial advisor to FCR regarding pension motion |
| Jamie O'Connell | 01/27/12 | 0.5 | Committee | Conference call with management and Capstone regarding pension motion (did not attend entire call) |
| | | 6.1 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2012 THROUGH JANUARY 31, 2012**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Benjamin Jaffe | 01/05/12 | 3.0 | Corporate Finance | Financial analyses related to emergence from bankruptcy |
| Benjamin Jaffe | 01/06/12 | 2.5 | Corporate Finance | Financial analyses related to emergence from bankruptcy |
| Benjamin Jaffe | 01/06/12 | 0.2 | Corporate Finance | Correspondence with management regarding financial analysis |
| Benjamin Jaffe | 01/06/12 | 0.1 | Corporate Finance | Correspondence with management regarding financial analysis |
| Adam Schlesinger | 01/07/12 | 1.5 | Corporate Finance | Review financial analyses |
| Adam Schlesinger | 01/12/12 | 1.0 | Corporate Finance | Call with management to review pro forma financial analyses |
| Adam Schlesinger | 01/12/12 | 2.0 | Corporate Finance | Review financial analyses |
| Benjamin Jaffe | 01/12/12 | 2.0 | Corporate Finance | New-year financial analysis at request of management |
| Benjamin Jaffe | 01/12/12 | 2.5 | Corporate Finance | Financial analyses related to emergence from bankruptcy |
| Benjamin Jaffe | 01/12/12 | 3.5 | Corporate Finance | Valuation analysis |
| Adam Schlesinger | 01/13/12 | 1.0 | Corporate Finance | Update financial analyses |
| Benjamin Jaffe | 01/17/12 | 6.0 | Corporate Finance | Financial analyses related to emergence from bankruptcy |
| Adam Schlesinger | 01/18/12 | 1.5 | Corporate Finance | Review financial analyses related to emergence from bankruptcy |
| Adam Schlesinger | 01/18/12 | 1.5 | Corporate Finance | Review cash flow analyses |
| Benjamin Jaffe | 01/18/12 | 0.5 | Corporate Finance | Conference call with management and counsel regarding emergence analysis |
| Benjamin Jaffe | 01/18/12 | 5.0 | Corporate Finance | Financial analyses related to emergence from bankruptcy |
| Adam Schlesinger | 01/19/12 | 0.6 | Corporate Finance | Review cash flow analyses |
| Benjamin Jaffe | 01/19/12 | 1.0 | Corporate Finance | Financial analyses related to emergence from bankruptcy |
| Adam Schlesinger | 01/20/12 | 0.6 | Corporate Finance | Call with management regarding emergence analysis |
| Adam Schlesinger | 01/20/12 | 3.0 | Corporate Finance | Review various financial analyses |
| Benjamin Jaffe | 01/20/12 | 0.6 | Corporate Finance | Call with management regarding emergence analysis |
| Benjamin Jaffe | 01/24/12 | 3.5 | Corporate Finance | Financial analyses related to emergence from bankruptcy |
| Benjamin Jaffe | 01/26/12 | 0.5 | Corporate Finance | Preparation for call with management regarding financial analysis |
| Benjamin Jaffe | 01/26/12 | 0.6 | Corporate Finance | Call with management regarding financial analysis |
| | | 44.2 | | |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
JANUARY 1, 2012 THROUGH JANUARY 31, 2012

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 01/04/12 | 0.2 | Employee Benefits/Pension | Correspondence regarding draft motion |
| Adam Schlesinger | 01/09/12 | 1.0 | Employee Benefits/Pension | Conference call with management and counsel regarding pension matter |
| Benjamin Jaffe | 01/09/12 | 1.0 | Employee Benefits/Pension | Conference call with management and counsel regarding pension matter |
| Jamie O'Connell | 01/09/12 | 1.0 | Employee Benefits/Pension | Conference call with management and counsel regarding pension matter |
| Adam Schlesinger | 01/10/12 | 2.5 | Employee Benefits/Pension | Prepare and review various pension funding analyses |
| Benjamin Jaffe | 01/10/12 | 0.5 | Employee Benefits/Pension | Conference call with management and counsel regarding pension matter |
| Jamie O'Connell | 01/10/12 | 0.5 | Employee Benefits/Pension | Conference call with management and counsel regarding pension matter |
| Jamie O'Connell | 01/11/12 | 0.2 | Employee Benefits/Pension | Call with counsel and related correspondence |
| Adam Schlesinger | 01/13/12 | 0.5 | Employee Benefits/Pension | Conference call with management and counsel regarding pension matter |
| Jamie O'Connell | 01/13/12 | 0.5 | Employee Benefits/Pension | Conference call with management and counsel regarding pension matter |
| Adam Schlesinger | 01/17/12 | 1.2 | Employee Benefits/Pension | Conference call with management and counsel regarding pension matter |
| Adam Schlesinger | 01/17/12 | 0.3 | Employee Benefits/Pension | Review presentation materials |
| Benjamin Jaffe | 01/17/12 | 1.0 | Employee Benefits/Pension | Conference call with management and counsel regarding pension matter (did not attend entire call) |
| Jamie O'Connell | 01/17/12 | 0.5 | Employee Benefits/Pension | Review draft motion and declaration regarding pension matter |
| Jamie O'Connell | 01/17/12 | 1.2 | Employee Benefits/Pension | Conference call with management and counsel regarding pension matter |
| Benjamin Jaffe | 01/18/12 | 0.6 | Employee Benefits/Pension | Conference call with management and counsel regarding pension matter |
| Benjamin Jaffe | 01/18/12 | 3.5 | Employee Benefits/Pension | Pension matter analysis |
| Adam Schlesinger | 01/19/12 | 1.1 | Employee Benefits/Pension | Conference call with management and counsel regarding pension matter |
| Adam Schlesinger | 01/19/12 | 0.5 | Employee Benefits/Pension | Follow-up conference call with management and counsel regarding pension matter |
| Adam Schlesinger | 01/19/12 | 0.7 | Employee Benefits/Pension | Review presentation materials |
| Benjamin Jaffe | 01/19/12 | 3.0 | Employee Benefits/Pension | Pension matter analysis |
| Benjamin Jaffe | 01/19/12 | 1.1 | Employee Benefits/Pension | Conference call with management and counsel regarding pension matter |
| Benjamin Jaffe | 01/19/12 | 0.5 | Employee Benefits/Pension | Follow-up conference call with management and counsel regarding pension matter |
| Jamie O'Connell | 01/19/12 | 0.2 | Employee Benefits/Pension | Review materials in connection with pension matter |
| Jamie O'Connell | 01/19/12 | 1.1 | Employee Benefits/Pension | Conference call with management and counsel regarding pension matter |
| Jamie O'Connell | 01/19/12 | 0.5 | Employee Benefits/Pension | Follow-up conference call with management and counsel regarding pension matter |
| Jamie O'Connell | 01/19/12 | 0.5 | Employee Benefits/Pension | Review draft motion regarding pension matter |
| Adam Schlesinger | 01/20/12 | 1.9 | Employee Benefits/Pension | Conference call with management and counsel regarding pension motion |
| Adam Schlesinger | 01/20/12 | 0.2 | Employee Benefits/Pension | Call with counsel regarding pension motion |
| Adam Schlesinger | 01/20/12 | 1.0 | Employee Benefits/Pension | Review draft motion |
| Benjamin Jaffe | 01/20/12 | 1.9 | Employee Benefits/Pension | Conference call with management and counsel regarding pension motion |
| Benjamin Jaffe | 01/20/12 | 0.4 | Employee Benefits/Pension | Follow-up call with management and counsel regarding pension motion |
| Benjamin Jaffe | 01/20/12 | 0.2 | Employee Benefits/Pension | Call with counsel regarding pension motion |
| Jamie O'Connell | 01/20/12 | 0.3 | Employee Benefits/Pension | Review draft motion regarding pension matter |
| Jamie O'Connell | 01/20/12 | 1.9 | Employee Benefits/Pension | Conference call with management and counsel regarding pension motion |
| Jamie O'Connell | 01/20/12 | 0.4 | Employee Benefits/Pension | Follow-up call with management and counsel regarding pension motion |
| Jamie O'Connell | 01/23/12 | 0.5 | Employee Benefits/Pension | Review and execute declaration in connection with pension motion |
| | | 34.1 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2012 THROUGH JANUARY 31, 2012**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 01/10/12 | 0.6 | Fee Applications | Review draft fee application |
| Adam Schlesinger | 01/13/12 | 0.5 | Fee Applications | Review draft fee application |
| Benjamin Jaffe | 01/13/12 | 1.0 | Fee Applications | Draft fee application |
| | | 2.1 | | |