# EXHIBIT A

# DuaneMorris

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
LAKE TAHOE
HO CHI MINH CITY

February 08, 2012

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001        Invoice# 1733527            IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 01/31/2012 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 7.30 hrs. at | $780.00 /hr. = | $5,694.00 |
| WS KATCHEN | OF COUNSEL | 1.20 hrs. at | $875.00 /hr. = | $1,050.00 |
| S LENKIEWICZ | PARALEGAL | 9.40 hrs. at | $185.00 /hr. = | $1,739.00 |
| | | | | $8,483.00 |

DISBURSEMENTS
| | |
|---|---|
| COURT COSTS | $30.00 |
| COURT SEARCH SERVICE | $13.34 |
| OVERNIGHT MAIL | $21.35 |
| POSTAGE | $220.24 |
| PRINTING & DUPLICATING | $75.70 |
| TOTAL DISBURSEMENTS | $360.63 |

BALANCE DUE THIS INVOICE                              $8,843.63

DUANE MORRIS LLP

Duane Morris
February 08, 2012
Page 2

File # K0248-00001 INVOICE# 1733527
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 1/25/2012 | 002 | MR LASTOWSKI | REVIEW DEBTORS' QUARTERLY REPORT OF ASSET SALES | 0.10 | $78.00 |
| | | | Code Total | 0.10 | $78.00 |

Duane Morris
February 08, 2012
Page 3

File # K0248-00001  INVOICE# 1733527
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 1/3/2012 | 004 | WS KATCHEN | REVIEW OF CAPSTONE MEMORANDUM. | 0.20 | $175.00 |
| 1/17/2012 | 004 | S LENKIEWICZ | REVIEW DOCKET RE OMNIBUS HEARING DATES (.2); REVIEW DOCKET RE UPCOMING OBJECTION DEADLINES FOR FEE APPLICATIONS AND CALENDAR SAME (.3) | 0.50 | $92.50 |
| | | | Code Total | 0.70 | $267.50 |

Duane Morris
February 08, 2012
Page 4

File # K0248-00001  INVOICE# 1733527
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 1/24/2012 | 008 | MR LASTOWSKI | REVIEW ORDER PERMITTING DEBTORS TO MAKE CONTRIBUTIONS TO EMPLOYEE RETIREMENT PLANS | 0.20 | $156.00 |
| | | | Code Total | 0.20 | $156.00 |

Duane Morris
February 08, 2012
Page 5

File # K0248-00001 INVOICE# 1733527
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 1/3/2012 | 012 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO DUANE MORRIS 117TH MONTHLY FEE APPLICATION | 0.20 | $37.00 |
| 1/5/2012 | 012 | S LENKIEWICZ | REVIEW DOCKET RE DUANE MORRIS 11TH MONTHLY FEE APPLICATION | 0.20 | $37.00 |
| 1/6/2012 | 012 | S LENKIEWICZ | REVIEW DOCKET RE FEE AUDITOR REPORTS (.3); DOWNLOAD AND REVIEW ORDERS RE DUANE MORRIS FEES GRANTED SINCE MARCH 2010 (.7); REVISE QUARTERLY FEE APPLICATION CHART RE SAME (.3) | 1.30 | $240.50 |
| 1/6/2012 | 012 | S LENKIEWICZ | REVIEW PRIOR MONTHLY APPLICATIONS AND PREPARE WORKSHEET FOR QUARTERLY FEE APPLICATION CHARTS RE SAME (.8); PREPARE NOTICE OF 42ND QUARTERLY FEE APPLICATION (.2); PREPARE 42ND QUARTERLY FEE APPLICATION (.8); PREPARE EXHIBIT A (.2); PREPARE EXHIBITS B THROUGH C (.2) | 2.20 | $407.00 |
| 1/9/2012 | 012 | MR LASTOWSKI | REVIEW AND APPROVE 42ND QUARTERLY FEE APPLICATION | 0.30 | $234.00 |
| 1/11/2012 | 012 | S LENKIEWICZ | PREPARE CERTIFICATE OF SERVICE RE 42ND QUARTERLY FEE APPLICATION OF DUANE MORRIS (.2); PREPARE 2002 SERVICE LABELS (.3); PREPARE SERVICE TO CORE GROUP (.3); FINALIZE EXHIBITS FOR E-FILING (.3); FINALIZE NOTICE AND APPLICATION FOR EFILING (.2); FINALIZE CERTIFICATE OF SERVICE FOR EFILING (.1); EFILE DUANE MORRIS 42ND QUARTERLY FEE APPLICATION (.3); COORDINATE SERVICE OF SAME (.1) | 1.80 | $333.00 |
| 1/12/2012 | 012 | S LENKIEWICZ | RECEIPT AND REVIEW OF DUANE MORRIS' DECEMBER 2011 INVOICE | 0.20 | $37.00 |
| | | | Code Total | 6.20 | $1,325.50 |

DUANE MORRIS LLP

Duane Morris
February 08, 2012
Page 6

File # K0248-00001 INVOICE# 1733527
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 1/11/2012 | 013 | S LENKIEWICZ | RECEIPT OF CAPSTONE'S NINETY-FOURTH MONTHLY FEE APPLICATION FOR NOVEMBER 2011(.1); FINALIZE NOTICE (.1); PREPARE APPLICATION AND EXHIBITS FOR EFILING (.2); EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.70 | $129.50 |
| 1/13/2012 | 013 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO CAPSTONE 92ND AND 93RD MONTHLY FEE APPLICATIONS (.1); PREPARE CERTIFICATE OF NO OBJECTION RE CAPSTONE 92ND MONTHLY FEE APPLICATION (.2); PREPARE CERTIFICATE OF NO OBJECTION RE CAPSTONE 93RD MONTHLY FEE APPLICATION (.2); FINALIZE AND EFILE SAME (.4); FORWARD EFILING CONFIRMATIONS TO D. MOHAMMAD (.1) | 1.00 | $185.00 |
| 1/24/2012 | 013 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO SSL 128TH MONTHLY FEE APPLICATION (.1); PREPARE CERTIFICATE OF NO OBJECTION RE SAME (.2); EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.60 | $111.00 |
| 1/30/2012 | 013 | S LENKIEWICZ | RECEIPT OF SSL'S 129TH MONTHLY FEE APPLICATION AND FINALIZE SAME FOR EFILING (.2); EFILE SAME (.4); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.70 | $129.50 |
| | | | Code Total | 3.00 | $555.00 |

DUANE MORRIS LLP

Duane Morris
February 08, 2012
Page 7

File # K0248-00001 INVOICE# 1733527
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 1/18/2012 | 014 | MR LASTOWSKI | REVIEW ORDER AUTHORIZING AMENDMENT TO POST PETITION LETTER OF CREDIT FACILITY | 0.10 | $78.00 |
| 1/24/2012 | 014 | MR LASTOWSKI | REVIEW MOTION TO EXTEND CREDIT AGREEMENT WITH ADVANCED REFINING TECHNOLOGIES INC. | 0.20 | $156.00 |
| | | | Code Total | 0.30 | $234.00 |

DUANE MORRIS LLP

Duane Morris
February 08, 2012
Page 8

File # K0248-00001 INVOICE# 1733527
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 1/13/2012 | 015 | MR LASTOWSKI | REVIEW 1/23/12 HEARING AGENDA AND ITEMS IDENTIFIED THEREON, TOGETHER WITH DOCKET REVIEW | 2.20 | $1,716.00 |
| 1/18/2012 | 015 | MR LASTOWSKI | REVIEW AMENDED AGENDA NOTICE | 0.10 | $78.00 |
| | | | Code Total | 2.30 | $1,794.00 |

Duane Morris
February 08, 2012
Page 9

File # K0248-00001                                                                                             INVOICE# 1733527
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 1/19/2012 | 016 | MR LASTOWSKI | REVIEW GARLOCK BRIEFS AND ACC RESPONSE | 1.40 | $1,092.00 |
| 1/26/2012 | 016 | MR LASTOWSKI | REVIEW DEBTORS' 42ND QUARTERLY REPORT OF SETTLEMENTS | 0.10 | $78.00 |
| | | | Code Total | 1.50 | $1,170.00 |

File # K0248-00001                                                                                                    INVOICE# 1733527
   W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 1/31/2012 | 017 | MR LASTOWSKI | E-MAIL TO L. KRUGER, A. KRIEGER, K. PASQUALE AND W. KATCHEN RE: DISTRICT COURT OPINION AFFIRMING CONFIRMATION ORDER | 0.10 | $78.00 |
| 1/31/2012 | 017 | MR LASTOWSKI | REVIEW JUDGE BUCHALTER'S OPINION AFFIRMING CONFIRMATION ORDER | 2.40 | $1,872.00 |
| 1/31/2012 | 017 | MR LASTOWSKI | E-MAIL TO L. KRUGER, ET AL. RE: ENTRY OF CONFIRMATION ORDER (.1) | 0.10 | $78.00 |
| | | | Code Total | 2.60 | $2,028.00 |

File # K0248-00001  INVOICE# 1733527
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 1/9/2012 | 025 | WS KATCHEN | REVIEW ORDER ON APPEAL BY GARLOCK | 0.20 | $175.00 |
| 1/16/2012 | 025 | WS KATCHEN | REVIEW DOCKET | 0.10 | $87.50 |
| 1/24/2012 | 025 | WS KATCHEN | REVIEW ORDER (.1); REVIEW ORDER AND STIPULATION (.2) | 0.30 | $262.50 |
| 1/26/2012 | 025 | WS KATCHEN | REVIEW DEBTORS CONTRIBUTIONS OF $109.3 MM TO RETIREMENT PLANS (.2); REVIEW DEBTOR'S MOTION REGARDING CREDIT AGREEMENTS ADVANCED REFINING TECH - 1 YEAR (.2) | 0.40 | $350.00 |
| | | | Code Total | 1.00 | $875.00 |
| | | | TOTAL SERVICES | 17.90 | $8,483.00 |

Duane Morris
February 08, 2012
Page 12

File # K0248-00001  INVOICE# 1733527
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|---|---|---|---:|
| 01/31/2012 | POSTAGE | | 220.24 |
| | | Total: | $220.24 |
| 01/31/2012 | COURT COSTS | | 30.00 |
| | | Total: | $30.00 |
| 01/11/2012 | OVERNIGHT MAIL PACKAGE SENT TO DAVID SIEGEL AT WR GRACE - COLUMBIA, MD FROM STEPHANIE LENKIEWICZ AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #793103979290) | | 9.23 |
| 01/11/2012 | OVERNIGHT MAIL PACKAGE SENT TO STEVEBOSSAY AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM STEPHANIE LENKIEWICZ AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #797934462585) | | 12.12 |
| | | Total: | $21.35 |
| 01/31/2012 | COURT SEARCH SERVICE | | 13.34 |
| | | Total: | $13.34 |
| 01/31/2012 | PRINTING & DUPLICATING | | 75.70 |
| | | Total: | $75.70 |
| | | TOTAL DISBURSEMENTS | $360.63 |

Duane Morris
February 08, 2012
Page 13

File # K0248-00001                                                                                          INVOICE# 1733527
            W.R. GRACE & CO.

| TIMEKEEPER NO. | NAME | CLASS | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 02394 | MR LASTOWSKI | PARTNER | 7.30 | 780.00 | $5,694.00 |
| 02602 | WS KATCHEN | OF COUNSEL | 1.20 | 875.00 | $1,050.00 |
| 03723 | S LENKIEWICZ | PARALEGAL | 9.40 | 185.00 | $1,739.00 |
| | | | 17.90 | | $8,483.00 |

DUANE MORRIS LLP