**EXHIBIT A**

# DuaneMorris

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
LAKE TAHOE
HO CHI MINH CITY

March 08, 2012

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001         Invoice# 1741708         IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 02/29/2012 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 3.00 hrs. at | $780.00 | /hr. = | $2,340.00 | |
| WS KATCHEN | OF COUNSEL | 2.80 hrs. at | $875.00 | /hr. = | $2,450.00 | |
| S LENKIEWICZ | PARALEGAL | 5.40 hrs. at | $185.00 | /hr. = | $999.00 | |
| | | | | | | $5,789.00 |

DISBURSEMENTS
MESSENGER SERVICE                              $10.00
POSTAGE                                        $223.45
PRINTING & DUPLICATING                         $220.60
TOTAL DISBURSEMENTS                                            $454.05

BALANCE DUE THIS INVOICE                                       $6,243.05

Duane Morris
March 08, 2012
Page 2

File # K0248-00001                                                             INVOICE# 1741708
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 2/2/2012 | 012 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO DUANE MORRIS 117TH AND 118TH MONTHLY FEE APPLICATIONS (.1); PREPARE CNO RE DUANE MORRIS 117TH MONTHLY FEE APPLICATION (.2); FINALIZE AND EFILE SAME (.1); PREPARE CNO RE DUANE MORRIS 118TH MONTHLY FEE APPLICATION (.2); FINALIZE AND EFILE SAME (.1) | 0.70 | $129.50 |
| 2/2/2012 | 012 | S LENKIEWICZ | PREPARE DUANE MORRIS 119TH MONTHLY FEE APPLICATION (.7); PREPARE CERTIFICATE OF SERVICE RE SAME (.2); PREPARE EXHIBIT RE 119TH FEE APPLICATION (.1) | 1.00 | $185.00 |
| 2/3/2012 | 012 | S LENKIEWICZ | FINALIZE 119TH MONTHLY FEE APPLICATION AND EXHIBIT FOR EFILING (.2); EFILE SAME (.2); CALENDAR OBJECTION DEADLINE (.1) | 0.50 | $92.50 |
| 2/8/2012 | 012 | S LENKIEWICZ | RECEIPT AND REVIEW OF DUANE MORRIS INVOICE FOR JANUARY 2012 | 0.10 | $18.50 |
| | | | Code Total | 2.30 | $425.50 |

Duane Morris
March 08, 2012
Page 3

File # K0248-00001  INVOICE# 1741708
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 2/2/2012 | 013 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO CAPSTONE'S 94TH MONTHLY FEE APPLICATION (.1); PREPARE CERTIFICATE OF SERVICE RE SAME (.2); EFILE SAME (.2); EMAIL EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.60 | $111.00 |
| 2/3/2012 | 013 | S LENKIEWICZ | RECEIPT OF SSL 129TH MONTHLY FEE APPLICATION FOR RE-FILING AND FINALIZE NOTICE (.2); FINALIZE APPLICATION AND EFILE SAME (.3); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.60 | $111.00 |
| 2/9/2012 | 013 | S LENKIEWICZ | RECEIPT OF CAPSTONE'S 95TH MONTHLY FEE APPLICATION FROM D. MOHAMMAD (.1); FINALIZE NOTICE (.1); FINALIZE APPLICATION AND EXHIBITS AND EFILE SAME (.3); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.60 | $111.00 |
| 2/16/2012 | 013 | S LENKIEWICZ | FINALIZE AND EFILE SSL 43RD QUARTERLY FEE APPLICATION (.3); COORDINATE SERVICE OF SAME (.1); EMAIL EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.50 | $92.50 |
| 2/24/2012 | 013 | S LENKIEWICZ | FINALIZE AND EFILE CAPSTONE QUARTERLY FEE APPLICATION AND COORDINATE SERVICE OF SAME | 0.50 | $92.50 |
| 2/28/2012 | 013 | S LENKIEWICZ | PREPARE CERTIFICATE OF NO OBJECTION REGARDING SSL'S 129TH MONTHLY FEE APPLICATION | 0.30 | $55.50 |
| | | | Code Total | 3.10 | $573.50 |

DUANE MORRIS LLP

Duane Morris
March 08, 2012
Page 4

File # K0248-00001                                              INVOICE# 1741708
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 2/21/2012 | 015 | MR LASTOWSKI | REVIEW AGENDA NOTICE | 0.20 | $156.00 |
| 2/27/2012 | 015 | MR LASTOWSKI | PREPARE FOR AND ATTEND OMNIBUS HEARING | 0.40 | $312.00 |
| | | | Code Total | 0.60 | $468.00 |

Duane Morris
March 08, 2012
Page 5

File # K0248-00001                                                                                          INVOICE# 1741708
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 2/14/2012 | 016 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION FOR APPROVAL OF CONSENT DECREE WITH UNITED STATES OF AMERICA | 0.30 | $234.00 |
| | | | Code Total | 0.30 | $234.00 |

Duane Morris
March 08, 2012
Page 6

File # K0248-00001  INVOICE# 1741708
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 2/1/2012 | 017 | MR LASTOWSKI | E-MAIL FROM BILL KATCHEN RE: DISTRICT COURT ORDER CONFIRMING THE PLAN OF REORGANIZATION | 0.10 | $78.00 |
| 2/6/2012 | 017 | MR LASTOWSKI | REVIEW COURT ORDER RE: SCHEDULING OF MOTION FOR REARGUMENT | 0.10 | $78.00 |
| 2/6/2012 | 017 | MR LASTOWSKI | REVIEW GARLOCK MOTION FOR REARGUMENT | 0.20 | $156.00 |
| 2/14/2012 | 017 | MR LASTOWSKI | REVIEW SCHEDULING ORDER | 0.10 | $78.00 |
| 2/14/2012 | 017 | MR LASTOWSKI | REVIEW BANK LENDER GROUP NOTICE OF APPEAL | 0.10 | $78.00 |
| 2/14/2012 | 017 | MR LASTOWSKI | REVIEW SEALED AIR MOTION FOR ORDER AMENDING AND CLARIFYING CONFIRMATION OPINION | 0.40 | $312.00 |
| 2/15/2012 | 017 | MR LASTOWSKI | REVIEW NOTICE OF ENTRY OF CONFIRMATION ORDER | 0.10 | $78.00 |
| 2/22/2012 | 017 | MR LASTOWSKI | REVIEW APPELLEES' BRIEF IN OPPOSITION TO GARLOCK'S MOTION FOR REARGUMENT | 0.20 | $156.00 |
| 2/23/2012 | 017 | MR LASTOWSKI | REVIEW ANDERSON MEMORIAL'S MOTION FOR AN EXTENSION OF TIME TO FILE NOTICE OF APPEAL | 0.20 | $156.00 |
| 2/24/2012 | 017 | MR LASTOWSKI | REVIEW BRIEFING SCHEDULE RE: ANDERSON MEMORIAL MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL | 0.10 | $78.00 |
| 2/27/2012 | 017 | MR LASTOWSKI | REVIEW LIBBY CLAIMANTS' RESPONSE TO SEALED AIR AND PLAN PROPONENTS' MOTION TO AMEND JUDGMENT | 0.10 | $78.00 |
| 2/28/2012 | 017 | MR LASTOWSKI | REVIEW CANADA NOTICE OF APPEAL | 0.10 | $78.00 |
| 2/28/2012 | 017 | MR LASTOWSKI | REVIEW GARLOCK MOTION FOR STAY PENDING APPEAL | 0.10 | $78.00 |
| 2/29/2012 | 017 | MR LASTOWSKI | REVIEW BANK LENDERS' STATEMENT OF ISSUES ON APPEAL | 0.20 | $156.00 |
| | | | Code Total | 2.10 | $1,638.00 |

Duane Morris
March 08, 2012
Page 7

File # K0248-00001  INVOICE# 1741708
W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 1/31/2012 025 | WS KATCHEN | REVIEW DISTRICT COURT'S OPINION | 1.20 | $1,050.00 |
| 1/31/2012 025 | WS KATCHEN | INTERNAL EMAIL | 0.20 | $175.00 |
| 2/6/2012 025 | WS KATCHEN | MOTION FOR RE-ARGUMENT. | 0.30 | $262.50 |
| 2/15/2012 025 | WS KATCHEN | REVIEW MEMO. | 0.20 | $175.00 |
| 2/16/2012 025 | WS KATCHEN | REVIEW MOTION (CAPE COD) (.3); REVIEW JOINT MOTION SEALED AIR FOR ORDER AMENDING OPINION (.2) | 0.50 | $437.50 |
| 2/24/2012 025 | WS KATCHEN | REVIEW APPELLEE'S BRIEF IN OPPOSITION TO GARLOCK'S MOTION FOR RE-ARGUMENT | 0.20 | $175.00 |
| 2/24/2012 025 | WS KATCHEN | REVIEW MEMO TO COMMITTEE | 0.20 | $175.00 |
| | | Code Total | 2.80 | $2,450.00 |
| | | TOTAL SERVICES | 11.20 | $5,789.00 |

Duane Morris
March 08, 2012
Page 8

File # K0248-00001  INVOICE# 1741708
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|---|---|---|---:|
| 02/29/2012 | POSTAGE | | 223.45 |
| | | Total: | $223.45 |
| 02/29/2012 | MESSENGER SERVICE | | 10.00 |
| | | Total: | $10.00 |
| 02/29/2012 | PRINTING & DUPLICATING | | 220.60 |
| | | Total: | $220.60 |
| | | TOTAL DISBURSEMENTS | $454.05 |

Duane Morris
March 08, 2012
Page 9

File # K0248-00001                                                               INVOICE# 1741708
          W.R. GRACE & CO.

| TIMEKEEPER NO. | NAME | CLASS | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 02394 | MR LASTOWSKI | PARTNER | 3.00 | 780.00 | $2,340.00 |
| 02602 | WS KATCHEN | OF COUNSEL | 2.80 | 875.00 | $2,450.00 |
| 03723 | S LENKIEWICZ | PARALEGAL | 5.40 | 185.00 | $999.00 |
|  |  |  | 11.20 |  | $5,789.00 |