IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Objection Deadline: March 15, 2012 at 4:00 p.m.** |
| | ) | **Hearing Date: June 18, 2012 at 9:00 a.m.** |

## CERTIFICATION OF NO OBJECTION
## REGARDING DOCKET NO. 28577

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the Forty-Third Quarterly Fee Application of Ferry, Joseph & Pearce, P.A. (the "Applicant") for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period from October 1, 2011 through December 31, 2011 (the "Application"). The undersigned further certifies that she has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections to the Application were to be filed and served no later than March 15, 2012 at 4:00 p.m.

Dated:   March 20, 2012               FERRY, JOSEPH & PEARCE, P.A.

                                       /s/ Lisa L. Coggins
                                       Michael B. Joseph (No. 392)
                                       Theodore J. Tacconelli (No. 2678)
                                       Lisa L. Coggins (No. 4234)
                                       824 Market Street, Suite 1000
                                       P.O. Box 1351
                                       Wilmington, DE 19899
                                       Tel:   (302) 575-1555
                                       Fax:   (302) 575-1714

                                       *Counsel to the Official Committee of*
                                       *Asbestos Property Damage Claimants*