IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: April 9, 2012 at 4:00 p.m.
Hearing Date: TBD only if necessary

# FEE DETAIL FOR CASNER & EDWARDS, LLP'S
## ONE HUNDRED AND TWENTY-FOURTH MONTHLY FEE APPLICATION
## FOR THE PERIOD FROM JANUARY 1, 2012 THROUGH JANUARY 31, 2012

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

52000.57/526974

# EXHIBIT A
**(Fee Detail)**

## **FEES**

| | |
|---|---:|
| **LITIGATION AND LITIGATION CONSULTING** | $11,986.00 |
| **FEE APPLICATION – APPLICANT** | $455.00 |
| **TOTAL FEES** | $12,441.00 |

# CASNER & EDWARDS, LLP

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

March 13, 2012
Bill Number 143939
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re:   Litigation and Litigation Consulting

## LEGAL SERVICES

THROUGH JANUARY 31, 2012

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 01/03/12 | ARA | Quality control property damage ledgers. | 4.30 Hrs | 580.50 |
| 01/04/12 | MTM | Telephone call from in-house counsel with question re: asbestos-containing products manufactured at old Atlanta plant and source of information in product appendix (.3); telephone call to ARA re: same (.2); review interviews with Sterrett and Zhookoff re: same (.8) | 1.30 Hrs | 390.00 |
| 01/04/12 | ARA | Quality control property damage ledgers (1.2). Per MTM's telephone call, search for and review Atlanta plant binder (1.0); telephone call to and from MTM to discuss content of Atlanta plant binder (.2). | 2.40 Hrs | 324.00 |
| 01/04/12 | ARA | Document control. | 1.90 Hrs | 161.50 |
| 01/05/12 | ARA | Quality control property damage ledgers. | 4.70 Hrs | 634.50 |
| 01/05/12 | ARA | Document control. | 1.60 Hrs | 136.00 |
| 01/06/12 | ARA | Quality control property damage ledgers. | 4.00 Hrs | 540.00 |
| 01/06/12 | ARA | Document control. | 1.20 Hrs | 102.00 |

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

THROUGH JANUARY 31, 2012

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 01/09/12 | ARA | Quality control property damage ledgers. | 4.10 Hrs | 553.50 |
| 01/09/12 | ARA | Document control. | 2.00 Hrs | 170.00 |
| 01/10/12 | ARA | Quality control property damage ledgers. | 6.00 Hrs | 810.00 |
| 01/11/12 | ARA | Quality control property damage ledgers. | 6.00 Hrs | 810.00 |
| 01/12/12 | ARA | Quality control property damage ledgers. | 6.00 Hrs | 810.00 |
| 01/13/12 | ARA | Quality control property damage ledgers. | 6.00 Hrs | 810.00 |
| 01/17/12 | ARA | Quality control property damage ledgers. | 1.50 Hrs | 202.50 |
| 01/17/12 | ARA | Meeting with Key Discovery and Merrill re: new company for our copy jobs (.5). Document control (4.0). | 4.50 Hrs | 382.50 |
| 01/18/12 | ARA | Quality control property damage ledgers. | 6.50 Hrs | 877.50 |
| 01/19/12 | ARA | Quality control property damage ledgers. | 6.00 Hrs | 810.00 |
| 01/24/12 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | 35.00 |
| 01/24/12 | ARA | Quality control property damage ledgers. | 1.30 Hrs | 175.50 |
| 01/24/12 | ARA | Document control. | 2.50 Hrs | 212.50 |
| 01/25/12 | MTM | Telephone call from in-house counsel re: document authentication request in Vest (CA) (.2); receipt and review of email from him re: same (.2). | 0.40 Hrs | 120.00 |
| 01/25/12 | ARA | Document control. | 3.40 Hrs | 289.00 |
| 01/26/12 | ARA | Document control. | 4.20 Hrs | 357.00 |
| 01/27/12 | ARA | Document control. | 6.00 Hrs | 510.00 |
| 01/30/12 | ARA | Document control. | 6.40 Hrs | 544.00 |
| 01/31/12 | ARA | Quality control property damage ledgers. | 2.40 Hrs | 324.00 |
| 01/31/12 | ARA | Document control. | 3.70 Hrs | 314.50 |

TOTAL LEGAL SERVICES    $11,986.00

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 0.10 | 350.00 | 35.00 |

Page 2

**CASNER & EDWARDS, LLP**
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

| | | | |
|---|---:|---:|---:|
| Matthew T. Murphy | 1.70 | 300.00 | 510.00 |
| Angela R. Anderson | 61.20 | 135.00 | 8,262.00 |
| Angela R. Anderson | 37.40 | 85.00 | 3,179.00 |
| | 100.40 | | $11,986.00 |

TOTAL THIS BILL         $11,986.00

**CASNER & EDWARDS, LLP**

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

March 13, 2012
Bill Number 143940
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

**FOR PROFESSIONAL SERVICES**

Re:   Fee Applications, Applicant

**LEGAL SERVICES**

THROUGH JANUARY 31, 2012

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 01/24/12 | RAM | Work on December fee application. | 1.10 Hrs | 385.00 |
| 01/26/12 | RAM | Work on December Fee application. | 0.20 Hrs | 70.00 |
| | | TOTAL LEGAL SERVICES | | $455.00 |

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 1.30 | 350.00 | 455.00 |
| | 1.30 | | $455.00 |

TOTAL THIS BILL          $455.00

Page 1

# EXHIBIT B
(Expense Detail)

## **EXPENSES**

| LITIGATION AND LITIGATION CONSULTING | $12,862.08 |
|---|---|
| FEE APPLICATION – APPLICANT | $18.89 |
| TOTAL EXPENSES | $12,880.97 |



**CASNER & EDWARDS, LLP**

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

March 13, 2012
Bill Number  143941
File Number  52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

**FOR PROFESSIONAL SERVICES**

Re:   Litigation and Litigation Consulting

**LEGAL SERVICES**

**COSTS**

THROUGH JANUARY 31, 2012

PACER ONLINE SEARCH
01/03/12     Delaware Bankruptcy Court - online searches -            67.28
             10/1/11 - 12/31/11
                                                                                  $67.28

RENT REIMBURSEMENT
01/03/12     ONE WINTHROP SQUARE, LLC: Rent and utilities         12,334.46
             for document repository at One Winthrop Square -
             January 2012.
                                                                               $12,334.46

MISCELLANEOUS
01/23/12     RECORDKEEPER ARCHIVE CENTERS,: Storage                460.34
             from 12/01/11 to 12/31/11.
                                                                                 $460.34

                                            TOTAL COSTS            $12,862.08


                                            TOTAL THIS BILL        $12,862.08



**CASNER & EDWARDS, LLP**

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

March 13, 2012
Bill Number 143942
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re:   Fee Applications, Applicant

**LEGAL SERVICES**

**COSTS**

THROUGH JANUARY 31, 2012

FEDERAL EXPRESS
01/12/12      FEDERAL EXPRESS CORPORATION: To 919 N                       18.89
              Market Street, Pachulski Stang Ziehl Jones, Lynzy
              Oberholzer from Casner and Edwards on December
              27, 2011 by R A Murphy.

                                                                          $18.89

                                              TOTAL COSTS                 $18.89


                                              TOTAL THIS BILL             $18.89

Page 1