# EXHIBIT A

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862 5000
FAX: (732) 862 5020

VIRGINIA RODRIGUEZ                                                    25-February-2012
C/O ERNST & YOUNG
2323 VICTORY AVENUE
SUITE 2000
DALLAS TEXAS 75219
UNITED STATES OF AMERICA

---

FOR PROFESSIONAL SERVICES RENDERED

Employee: ANTHONY VITALE

Fragomen Invoice Number: IN-US00225222

Fragomen Manager: NANCY SHARP

Fragomen Case Number:  453990

Client:  W.R. GRACE & CO.

Total Legal Fees:      0.00

Total Disbursements: 511.88

Invoice Total: (USD )   511.88

| | Fee/Disbursement |
|---|---|
| **DISBURSEMENTS** (work carried out by FRAGOMEN - BRUSSELS) | |
| For our professional service rendered to Anthony Vitale in assistance with obtaining work and residence permit for Belgium - case cancelled - 25 % of total legal fee applies. | 487.50 |
| Miscellaneous Out of pocket expenses (including timed facsimile, telephone charges and photocopying) | 24.38 |

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

Client: W.R. GRACE & CO.

Employee: ANTHONY VITALE

| | |
|---|---|
| Comments: | |
| Application Approval Date: | |
| Application File Date: | |
| Authorizing Manager: | |
| Case Initiation Date: | 01 Dec 2011 |
| Cost Center: | |
| Employee ID: | |
| Number of Dependents: | 0 |
| PO #: | |
| Receiving Country: | BELGIUM |
| Sending Country: | UNITED STATES OF AMERICA |

LAW OFFICES

**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**

One Alhambra Plaza
Suite 600
Coral Gables, FL  33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia                                                               February 29, 2012
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044
USA

---

**FOR PROFESSIONAL SERVICES RENDERED**

**RE: Enzo ORELLANA**                                            Invoice #: 12.40974672

Preparation of extensive and detailed response to Audit Notification issued by the U.S. Dept. of Labor in connection with Application for Alien Employment Certification. Ongoing consultations with client to discuss strategy regarding the issues raised by the Dept. of Labor. Preparation of detailed draft response to be submitted to the Dept. of Labor, setting forth an in-depth discussion and argument within the framework of Dept. of Labor regulations. Numerous telephonic discussions regarding factual data and statistics, strategy and to review documents prepared. Final preparation and submission of response and supporting documentation to the Dept. of Labor within appointed deadline set forth in the Audit Notification. 3.5 hrs. at $250/hr.

|  |  |
|---|---:|
| **Total Legal Fees** | $800.00 |

**Disbursements**

| | |
|---|---:|
| Fedex (domestic) | $29.00 |
| Miscellaneous expenses | $40.00 |
| **Total Disbursements** | $69.00 |
| **Please Remit** | **$869.00** |

---

| **Checks** | **Wire Transfers** |
|:---:|:---:|
| Please send checks made payable to: | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | The Northern Trust Company |
| 75 Remittance Drive | Account # 30147775 |
| Suite # 6072 | ABA Transit # 071000152 |
| Chicago, Illinois 60675-6072 | Swift Code: CNORUS44 |

**\*\*\* Please return invoice with check or include invoice number on wire transfer instructions \*\*\***