**Warren H. Smith & Associates, P.C.**

325 North St. Paul Street
Suite 1250
Dallas, TX 75201
Tax Id# 01-0584406

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

March 20, 2012

In Reference To:  Bankruptcy Fee Audit Case #01-1139 (JKF)
Invoice #10891

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 2/1/2012 | BSR | Draft final report re PwC's 42nd interim fee application | 0.70 | 199.50 |
|  | BSR | E-mails to Janet Baer and Warren Smith re district court ruling | 0.10 | 28.50 |
|  | BSR | Receive and review PwC's response to initial report (42Q) | 0.10 | 28.50 |
|  | BSR | Draft omnibus final report for the 42nd interim period | 1.30 | 370.50 |
|  | BSR | Receive and review district court order overruling plan objections and upholding plan confirmation | 0.20 | 57.00 |
|  | BSR | e-mail to Anthony Lopez re 42nd and 43rd interim files | 0.10 | 28.50 |
| 2/2/2012 | AL | receive and review email from J. Wehrmann re WHSA's December fee application (.1); prepare same for electronic filing (.1); update database with same (.1); electronic filing with the court of WHSA's December fee application (.3); prepare same for service (.1) | 0.70 | 31.50 |
|  | AL | Receive and review email from B. Ruhlander re response of PWC to 42Q IR (.1); update database with same (.1) | 0.20 | 9.00 |
|  | BSR | research docket for pertinent orders and pleadings | 0.20 | 57.00 |
|  | BSR | Continued drafting omnibus final report for the 42nd interim period | 0.60 | 171.00 |
| 2/3/2012 | JAW | detailed review of Pachulski Stang's November 2011 fee application (1.20); draft summary of same (0.20) | 1.40 | 217.00 |
|  | BSR | Draft fee and expense exhibit for proposed order (42nd) | 1.90 | 541.50 |
|  | BSR | Draft omnibus final report for the 42nd interim period | 1.00 | 285.00 |

214 698-3868

W.R. Grace & Co. Page 2

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/3/2012 | JAW | detailed review of Bear Higgins December 2011 fee application (1.00); draft summary of same (0.20) | 1.20 | 186.00 |
| 2/6/2012 | JAW | detailed review of Woodcock & Washburn's November 2011 fee application (0.10); draft summary of same (0.10) | 0.20 | 31.00 |
| | JAW | detailed review of Norton Rose's December 2011 fee application (0.10); draft summary of same (0.10) | 0.20 | 31.00 |
| | JAW | detailed review of Lauzen Belanger's November 2011 fee application (0.10); draft summary of same (0.10) | 0.20 | 31.00 |
| | JAW | detailed review of Kramer Levin December 2011 fee application (0.20); draft summary of same (0.10) | 0.30 | 46.50 |
| | JAW | detailed review of Scarfone Hawkins' November 2011 fee application (0.20); draft summary of same (0.10) | 0.30 | 46.50 |
| | JAW | detailed review of Stroock & Stroock's December 2011 fee application (0.20); draft summary of same (0.10) | 0.30 | 46.50 |
| | JAW | detailed review of Foley Hoag's December 2011 fee application (0.20); draft summary of same (0.20) | 0.40 | 62.00 |
| | JAW | detailed review of Hogan Firm's November 2011 fee application (0.30); draft summary of same (0.10) | 0.40 | 62.00 |
| | JAW | detailed review of Kirkland & Ellis' December 2011 fee application (3.80); draft summary of same (0.30) | 4.10 | 635.50 |
| | BSR | review of Capstone's 42nd quarterly fee application and Sept. 2011 monthly fee application | 0.30 | 85.50 |
| | BSR | Draft fee and expense recommendation exhibit to be attached to the fee order for the 42nd interim period | 0.80 | 228.00 |
| | BSR | Draft omnibus final report for the 42nd interim period | 0.50 | 142.50 |
| | BSR | detailed review of Day Pitney's quarterly application for the 42nd interim peiod | 0.20 | 57.00 |
| 2/7/2012 | BSR | detailed review of Anderson Kill & Olick's Oct. and Nov. 2011 monthly fee applications and summary for Oct. 2011 monthly | 0.70 | 199.50 |
| | BSR | review of Reed Smith's Oct. and Nov. 2011 monthly fee applications and fee summaries re same | 0.20 | 57.00 |
| | JAW | Draft e-mail to A. Lopez forwarding summaries prepared (0.3) | 0.30 | 46.50 |
| | JAW | Draft revisions to Pachulski's 1st - 26th interim paragraph for final final reports (2.8) | 2.80 | 434.00 |

W.R. Grace & Co. Page 3

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 2/7/2012 | BSR | review of October 2011 monthly fee applications of Pachulski, Nelson Mullins, Norton Rose as well as fee and expense summaries re same (.3); review of Norton Rose's Nov. 2011 monthly fee application (.1) | 0.40 | 114.00 |
| | BSR | review of Stroock's Oct. and Nov. 2011 monthly fee applications and fee summary re same | 0.20 | 57.00 |
| | BSR | detailed review of Scarfone Hawkins' Oct. 2011 monthly fee application and fee summary re same | 0.20 | 57.00 |
| | BSR | review of Saul Ewing's Oct. and Nov. 2011 monthly fee applications and fee summaries re same | 0.20 | 57.00 |
| | BSR | review of Alan Rich's Oct., Nov., and Dec. 2011 monthly fee applications and fee summaries re same | 0.30 | 85.50 |
| | BSR | review of Phillips Goldman & Spence's Oct. 2011 monthly application and fee and expense summary re same | 0.10 | 28.50 |
| | BSR | research docket for pertinent pleadings and case status | 0.10 | 28.50 |
| 2/8/2012 | JAW | Detailed review of Ferry Joseph's December 2011 fee application (0.30); draft summary of same (0.20) | 0.50 | 77.50 |
| | JAW | Detailed review of Phillips Goldman's December 2011 fee application (0.20); draft summary of same (0.10) | 0.30 | 46.50 |
| | JAW | Detailed review of Bilzin Sumberg December 2011 fee application (0.10); draft summary of same (0.10) | 0.20 | 31.00 |
| | JAW | Draft prior period paragraphs in preparation for drafting final final reports for Pachulski's 27th - 40th interim fee applications (5.40) | 5.40 | 837.00 |
| | JAW | Detailed review of Saul Ewing's December 2011 fee application (0.30); draft summary of same (0.10) | 0.40 | 62.00 |
| | AL | Update database with Casner's December fee application | 0.20 | 9.00 |
| | BSR | Continued review of fee summary re Anderson Kill & Olick's Oct. 2011 monthly fee application and review of summary re Nov. 2011 monthly | 0.20 | 57.00 |
| | BSR | detailed review of Baer Higgins' Oct. and Nov. 2011 monthly fee applications and fee summaries re same | 0.40 | 114.00 |
| | BSR | research server for Baker Donelson's Oct. 2011 monthly fee application (.1); detailed review of Baker Donelson's Oct. and Nov. 2011 monthly fee applications (.2) | 0.30 | 85.50 |
| | BSR | review of Beveridge & Diamond's Oct. and Nov. 2011 monthly fee applications and fee summaries re same | 0.20 | 57.00 |

W.R. Grace & Co.    Page 4

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 2/8/2012 | JAW | Detailed review of Phillip Goldman's November 2011 fee application (0.40); draft summary of same (0.10) | 0.50 | 77.50 |
| 2/9/2012 | BSR | detailed review of Capstone's Oct. and Nov. 2011 monthly fee applications and fee summaries re same | 0.40 | 114.00 |
| | BSR | review of Bilzin Sumberg's Oct. and Nov. 2011 monthly fee applications and fee summaries re same | 0.10 | 28.50 |
| | AL | Draft Monthly fee application of WHSA for January (.6); update database with same (.1); draft email to W. Smith re approval of same (.1) | 0.80 | 36.00 |
| | AL | Update database with Phillip's October through December fee application (.2); Pachulski's November electronic detail (.1); Baer's December electronic detail (.1); Foley's December electronic detail (.1); Alan Rich's January electronic detail (.1); Rich's January fee application (.2); Orrick's July through September IR response (.1); Pachulski's December electronic detail (.1); Phillip's October through December electronic detail (.1); Sander's December (.1) and January (.1) electronic detail | 1.30 | 58.50 |
| | BSR | review of Blackstone's Oct. and Nov. 2011 monthly fee applications and fee summaries re same | 0.10 | 28.50 |
| | BSR | review of BMC's Oct. and Nov. 2011 monthly fee applications and fee summaries re same | 0.20 | 57.00 |
| | BSR | detailed review of Campbell & Levine's Oct. and Nov. 2011 monthly fee applications and fee summaries re same | 0.80 | 228.00 |
| | BSR | review of Caplin & Drysdale's Oct. and Nov. 2011 monthly fee applications and fee summaries re same | 0.20 | 57.00 |
| | BSR | detailed review of Casner & Edwards' Oct. and Nov. 2011 monthly fee applications and fee summaries re same | 0.20 | 57.00 |
| | BSR | review of The Hogan Firm's Oct. 2011 monthly fee application and fee summary re same | 0.30 | 85.50 |
| | BSR | review of Charter Oak's Oct. 2011 monthly fee application and fee summary re same | 0.10 | 28.50 |
| | BSR | review of Deloitte Tax Oct. 2011 monthly fee application | 0.10 | 28.50 |
| | BSR | review of Ferry Joseph's Oct. and Nov. 2011 monthly fee applications and fee summaries re same | 0.50 | 142.50 |
| | BSR | review of Foley Hoag's Oct. and Nov. 2011 monthly fee applications and fee summaries re same | 0.30 | 85.50 |
| | BSR | review of Fragomen's Oct., Nov., and Dec. 2011 monthly fee applications and fee summaries re same | 0.30 | 85.50 |

W.R. Grace & Co.          Page 5

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 2/9/2012 | JAW | Detailed review of Casner & Edward's December 2011 (0.30); draft summary of same (0.10) | 0.40 | 62.00 |
| | BSR | review of Kaye Scholer's Oct. and Nov. 2011 monthly fee applications and fee summaries re same | 0.30 | 85.50 |
| | JAW | Proofread W.H. Smith's filing Notice and fee and expense statement for January 2012 (0.30); e-mail to A. Lopez regarding any revisions needed to same (0.10) | 0.40 | 62.00 |
| | JAW | Detailed review of Reed Smith's December 2011 (0.70); draft summary of same (0.40) | 1.10 | 170.50 |
| | JAW | Detailed review of Kaye Scholer's December 2011 (0.60); draft summary of same (0.20) | 0.80 | 124.00 |
| | JAW | Detailed review of Pachulski Stang's December 2011 (0.90); draft summary of same (0.10) | 1.00 | 155.00 |
| | JAW | Detailed review of Campbell & Levine's December 2011 (0.40); draft summary of same (0.10) | 0.50 | 77.50 |
| 2/10/2012 | JAW | detailed review of Charter Oak's November 1, 2011 - December fee application (0.70); draft summary of same (0.10) | 0.80 | 124.00 |
| | JAW | detailed review of Charter Oak's November 1, 2011 - December 31, 2011 fee application (0.30); draft summary of same (0.10) | 0.40 | 62.00 |
| | JAW | detailed review of Caplin & Drysdale's December 2011 fee application (1.10); draft summary of same (0.20) | 1.30 | 201.50 |
| | JAW | detailed review of Anderson Killl's December 2011 fee application (0.30); draft summary of same (0.10) | 0.40 | 62.00 |
| | JAW | detailed review of PwC October 1, 2011 - December 31, 2011 fee application (1.50) | 1.50 | 232.50 |
| | BSR | detailed review of K&E's Oct. and Nov. 2011 monthly fee applications and fee summaries re same | 0.90 | 256.50 |
| | BSR | Draft revisions to fee and expense recommendation chart for the 42nd interim period | 0.20 | 57.00 |
| | BSR | research docket for pertinent filings; emails to Anthony Lopez and James Wehrmann re same | 0.20 | 57.00 |
| | BSR | review of Kramer Levin's Oct. 2011 monthly fee application and fee summary re same | 0.10 | 28.50 |
| | BSR | detailed review of Lauzon Belanger's Oct. 2011 monthly fee application and fee summary re same | 0.30 | 85.50 |

W.R. Grace & Co.                                                                                                Page    6

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 2/10/2012 | AL | Receive and review email from W. Smith re approval of January fee application (.1); prepare same for electronic filing (.2); update database with same (.1); electronic filing with the court of WHSA's January fee application (.3); prepare same for service (.1) | 0.80 | 36.00 |
| 2/11/2012 | JAW | detailed review of PwC October 1, 2011 - December 31, 2011 fee application (3.00) | 3.00 | 465.00 |
| 2/13/2012 | JAW | detailed review of PwC October 1, 2011 - December 31, 2011 fee application (8.70) | 8.70 | 1,348.50 |
| 2/14/2012 | JAW | Continue draft of summary of PwC October 1, 2011 - December 31, 2011 fee application (3.50) | 3.50 | 542.50 |
|  | JAW | Draft revisions to PD Committee's 1st - 20th interim paragraphs for final final reports (1.6) | 1.60 | 248.00 |
|  | JAW | Draft revisions to Perkins Coie's 26th interim paragraph for final final reports (0.2) | 0.20 | 31.00 |
|  | JAW | Draft prior period paragraphs in preparation for drafting final final reports for Phillip's 27th - 34th interim fee applications (2.70); draft revisions to 13th - 26th interim paragraph (1.9) | 4.60 | 713.00 |
|  | BSR | receive, review, and respond to email from Roger Higgins re BHF's quarterly application | 0.10 | 28.50 |
|  | AL | Update database with Woodcock's December fee application (.2); Baer's October through December interim fee application (.1); Baer's 42Q electronic detail (.1); PWC's 42Q electronic detail (.1); Bilzin's October through December electronic detail (.1); Fragomen's January electronic detail (.1) Sanders' 42Q electronic detail (.1) Rich's 42Q electronic detail (.1); Sander's 42Q fee application (.2); Rich's 42Q fee application (.2); Fragomen's January fee application (.2) | 1.50 | 67.50 |
| 2/15/2012 | JAW | Draft prior period paragraphs in preparation for drafting final final reports for Pipper Jaffrey's 34th interim fee application (0.30); draft revisions to 20th - 33rd interim paragraph (1.7) | 2.00 | 310.00 |
|  | JAW | Draft revisions to Day Pitney f/k/a Pitney Harden's 1 - 26th interim paragraphs for final final reports (2.6) | 2.60 | 403.00 |
|  | JAW | Draft prior period paragraphs in preparation for drafting final final reports for PI Committee's 15th, 23rd - 33rd interim fee applications (4.20); draft revisions to 5th, 6th ,7th, and 21st interim paragraph (0.8) | 5.00 | 775.00 |
|  | BT | Draft of 43rd Interim Fee Application. | 3.50 | 280.00 |
|  | JAW | Draft e-mail to A. Lopez forwarding summaries prepared (.2) | 0.20 | 31.00 |

W.R. Grace & Co.     Page 7

| Date | | Description | Hours | Amount |
|---|---|---|---:|---:|
| 2/15/2012 | AL | Review of WHSA's interim fee application (.7); draft revisions to same (.2); update database with revised version (.1); review proposed order re same (.1); draft email to W. Smith re approval of interim fee application (.1) | 1.20 | 54.00 |
| | AL | Receive and review email from J. Wehrmann re 43rd interim (.1); update database with Casner's December (.1) Campbell's December (.1) Pachulski's December (.1) Scholer's December (.1) Reed's December (.2) Charter's November (.2) Caplin's December (.1) AKO's December (.1) and PWC's October through December (.2) fee and expense summaries | 1.30 | 58.50 |
| 2/16/2012 | AL | Update database with Nelson's December fee application (.2); K&E's October through December interim fee application (.2); update database with Caplin's October through December electronic detail (.1); Charter's October through December electronic detail (.1); AKO's October through December electronic detail (.1); Campbel's October through December electronic detail (.1); Nelson's October through December electronic detail (.1) | 0.90 | 40.50 |
| | BSR | continued review of Campbell & Levine Oct. and Nov. 2011 monthly fee applications for duplicated time entries (1.4); prepare exhibit reflecting same (1.0) | 2.40 | 684.00 |
| 2/17/2012 | JAW | Draft prior period paragraphs in preparation for drafting final final reports for Protiviti's 12th, 15th, 25th - 39th interim fee applications (1.60); draft revisions to 10th - 24th interim paragraphs (1.5) | 3.10 | 480.50 |
| | AL | Update database with Stroock's October through December fee application (.2); Baer's December fee application (.2) | 0.40 | 18.00 |
| | JAW | Draft prior period paragraphs in preparation for drafting final final reports for Day Pitney's 27th - 40th interim fee applications (5.70) | 5.70 | 883.50 |
| | BSR | Continue drafting omnibus final report for the 42nd interim period | 1.80 | 513.00 |
| 2/18/2012 | JAW | Draft revisions to PwC's 1st - 26th interim paragraphs for final final reports (2.7) | 2.70 | 418.50 |
| | JAW | Continue draft of prior period paragraphs in preparation for drafting final final reports for Protiviti's 12th, 15th, 25th - 39th interim fee applications (2.90) | 2.90 | 449.50 |
| 2/20/2012 | BSR | Receive and review finalized version of omnibus final report to determine revisions made by Warren Smith (.1); check for docket number of omnibus final report and note filing of same to the file (.1) email to all applicants concerning omnibus final report (.2) | 0.40 | 114.00 |
| | BSR | Draft initial report re Campbell & Levine (43Q) (.3); review quarterly fee application of Campbell & Levine (43Q) (.1) | 0.40 | 114.00 |
| | JAW | detailed review of Alexander Sanders' January 2012 fee application (0.20); draft summary of same (0.1) | 0.30 | 46.50 |

W.R. Grace & Co.                                                                                                      Page        8

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 2/20/2012 | JAW | Draft prior period paragraphs in preparation for drafting final final reports for PwC's 12th, 27th - 40th interim fee applications (5.80) | 5.80 | 899.00 |
|  | JAW | detailed review of Nelson Mullins' December 2011 fee application (0.10); draft summary of same (0.1) | 0.20 | 31.00 |
|  | JAW | detailed review of Alexander Sanders' December 2011 fee application (0.20); draft summary of same (0.2) | 0.40 | 62.00 |
|  | JAW | detailed review of Fragomen Del Ray's January 2012 fee application (0.30); draft summary of same (0.2) | 0.50 | 77.50 |
| 2/21/2012 | AL | Receive and review email from J. Wehrmann re prior period paragraphs (.1); update database with Pitney's 1st through 26th interim prior period paragraphs (.3) Protiviti's 1st through 24th interim prior period paragraphs (.2) and PWC's 1st through 26th interim prior period paragraphs (.3) | 0.90 | 40.50 |
|  | AL | Receive, review and finalize Campbell's 43Q IR (.3); update database with same (.1); draft email to B. Ruhlander re same (.1) | 0.50 | 22.50 |
|  | DTW | Review and revisions to Campbell 43rd interim initial report (.1). | 0.10 | 16.50 |
|  | AL | Update database with Kramer's December fee application (.2); Capstone's December fee application (.2); Casner's December fee application (.2); Scholer's January fee application (.2); Saul's December electronic detail (.1); Scholer's December electronic detail (.1); receive and review email from J. Wehrmann re 43rd interim period (.1); update database with Woodcock's November (.1) Scarfone's November (.1) Saul's November (.2) Pachulski's November (.1) Lauzon's November (.1) Hogan's November (.1) Capstone's November (.1) Blackstone's November (.1) Stroock's December (.1) Norton's December (.1) Kramer's December (.1) K&E's December (.1) Baer's December (.1) Fragomen's December (.1) and Foley's December (.1) fee and expense summaries; Casner's December electronic detail (.1); Scholer's January electronic detail (.2); Capstone's December electronic detail (.1) | 3.10 | 139.50 |
|  | BSR | Receive and review email from Doreen Williams re initial report for Campbell & Levine (43Q); email to Anthony Lopez re same | 0.10 | 28.50 |
|  | JAW | Draft prior period paragraphs in preparation for drafting final final reports for Reed's 27th - 40th interim fee applications (5.70); draft revisions to 1st - 26th interim paragraphs (3.0) | 8.70 | 1,348.50 |
| 2/22/2012 | JAW | detailed review of Alan Rich's January 2012 fee application (0..20); draft summary of same (0.10) | 0.30 | 46.50 |
|  | AL | Update database with Pitney's July through September fee application (.2); PWC's October through December fee application (.2); Ewing's December fee application (.2); Kramer's December fee application (.2); Scholer's December fee application (.2); Bilzin's December fee application (.2); Orrick's July through September interim (.1); Lincoln's July through September interim (.1); Beveridge's July through September interim (.1); | 6.50 | 292.50 |

W.R. Grace & Co.  Page  9

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | Ferry's December fee application (.2); Reed's December fee application (.2); Pachulski's December fee application (.2); Stroock's December fee application (.2);  Charter's November through December fee application (.2); AKO's December fee application (.2); Caplin's December fee application (.2); Campbell's December fee application (.2); Receive and review email from J. Wehrmann re 43rd interim (.1); update database with Pachulski's October (.1) Caplin's October (.1) Ferry November (.1)  Bilzin November (.1) Caplin November (.1) AKO's November (.1) BMC's October (.1) Reed's November (.1) Campbell's November (.1) BMC's November (.1) Norton's November (.1) Pachulski's September (.1) and Casner's November (.1) fee and expense summaries; update database with Blackstone's November electronic detail (.1); Phillip's December electronic detail (.1); Phillips November (.2) and December (.2) fee applications; Hogan's November electronic detail (.1); Scarfone's November electronic detail (.1) Lauzon's November electronic detail (.1); Austern's July through September electronic detail (.1); Kramer's December electronic detail (.1); PWC's October through December electronic detail (.1); Stroock's December electronic detail (.1); Norton's December electronic detail (.1); Campbell & Levine's December electronic detail (.1); Charter Oak December electronic detail (.1); AKO December electronic detail (.1);  Caplin & Drysdale December electronic detail (.1); Reed's December electronic detail (.1); K&E's December electronic detail (.1) | | |
| 2/22/2012 | BSR | Draft e-mail to Campbell & Levine re initial report (43Q) | 0.10 | 28.50 |
| | BSR | telephone conference with Warren Smith re issue of applicants' time spent on fee application preparation | 0.10 | 28.50 |
| | JAW | detailed review of Capstone's December 2011 fee application (0..40); draft summary of same (0.10) | 0.50 | 77.50 |
| | JAW | detailed review of Kaye Scholer's January 2012 fee application (0..40); draft summary of same (0.20) | 0.60 | 93.00 |
| | JAW | Draft prior period paragraphs in preparation for drafting final final reports for Richardson's 12th interim fee application (0.40); draft revisions to 6th - 26th interim paragraphs (2.7) | 3.10 | 480.50 |
| 2/23/2012 | AL | Detailed review of AKO's October through December and interim fee applications to locate fee and expense breakdowns (.4); Draft same on category spreadsheet (.6); Detailed review of Austern's October through December and interim fee applications to locate fee and expense breakdowns (.3); Draft same on category spreadsheet (.7); Detailed review of Baer's October through December and interim fee applications to locate fee and expense breakdowns (.4); Draft same on category spreadsheet (.8); Detailed review of Baker's October through December and interim fee applications to locate fee and expense breakdowns (.3); Draft same on category spreadsheet (.6) | 4.10 | 184.50 |
| | AL | Update database with Baker's OCP November fee application (.2); Blackstone's December fee application (.2) | 0.40 | 18.00 |

W.R. Grace & Co. Page 10

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 2/23/2012 | JAW | Draft prior period paragraphs in preparation for drafting final final reports for Scott Law's 27th - 29th interim fee applications (1.10); draft revisions to 16th - 26th interim paragraphs (2.4) | 3.50 | 542.50 |
| | JAW | detailed review of Blackstone's December 2011 fee application (0.30); draft summary of same (0.10) | 0.40 | 62.00 |
| 2/24/2012 | AL | Detailed review of Beveridge's October through December and interim fee applications to locate fee and expense breakdowns (.4); Draft same on category spreadsheet (.8); Detailed review of Bilzin's October through December and interim fee applications to locate fee and expense breakdowns (.4); Draft same on category spreadsheet (.7); Detailed review of Blackstone's October through December and interim fee applications to locate fee and expense breakdowns (.3); Draft same on category spreadsheet (.7); Detailed review of BMC's October through December and interim fee applications to locate fee and expense breakdowns (.3); Draft same on category spreadsheet (.6);  Detailed review of Campbell's October through December and interim fee applications to locate fee and expense breakdowns (.4); Draft same on category spreadsheet (.8); | 5.40 | 243.00 |
| | JAW | Draft prior period paragraphs in preparation for drafting final final reports for Steptoe's 27th - 40th interim fee applications (5.80); draft revisions to 2nd - 26th interim paragraphs (2.9) | 8.70 | 1,348.50 |
| 2/25/2012 | AL | Detailed review of Campbell's October through December and interim fee applications to locate fee and expense breakdowns (.4); Draft same on category spreadsheet (.8); Detailed review of Caplin's October through December and interim fee applications to locate fee and expense breakdowns (.3); Draft same on category spreadsheet (.6); Detailed review of Capstone's October through December and interim fee applications to locate fee and expense breakdowns (.4); Draft same on category spreadsheet (.7) | 3.20 | 144.00 |
| 2/27/2012 | JAW | detailed review of Baker McKenzie's November 2011 fee application (2.90) | 2.90 | 449.50 |
| | JAW | Draft revisions to Socha's 24th interim paragraph for final final reports (0.2) | 0.20 | 31.00 |
| | JAW | Draft revisions to Stroock's 1st-11th and 13th - 26th interim paragraph for final final reports (1.6) | 1.60 | 248.00 |
| | AL | Update database with Hogan's December fee application (.2); Scarfone's December fee application (.2); Scarfone's December electronic detail (.1); Lauzon's December fee application (.2); Steptoe's October fee application (.2); Steptoe's November fee application (.1); Steptoe's December fee application (.1) | 1.10 | 49.50 |
| 2/28/2012 | BSR | receive, review, and respond to email from Karen Harvey re treatment of expense reduction on quarterly application | 0.20 | 57.00 |
| | JAW | continue draft of revisions to Stroock's 1st-11th and 13th - 26th interim paragraph for final final reports (1.8) | 1.80 | 279.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 2/28/2012 | AL | Update database with Campbell's October through December interim fee application (.2); AKO's October through December interim (.2); Caplin's October through December interim fee application (.2); Charter's October through December interim fee application (.2); Reed's October through December interim fee application (.2); Capstone's October through December interim fee application (.2); Ewing's October through December interim fee application (.2); Ewing's October through December interim fee application (.2); Kramer's October through December interim fee application (.2); Ferry's October through December interim fee application (.2); Blackstone's December electronic detail (.1); Scarfone's December electronic detail (.1); Septoe's October (.1) November (.1) and December (.1) electronic detail; Capstone's October through December interim electronic detail (.1); Phillips' January electronic detail (.1); Hogan's December CNO (.1); Ferry's October through December interim electronic detail (.1); Saul's October through December interim electronic detail (.1); Kramer's October through December interim electronic detail (.1); Norton's October through December interim electronic detail (.1); Foley's January electronic detail (.1); Stroock's January electronic detail (.1); Hogan's December electronic detail (.1); Lauzon's December electronic detail (.1) | 3.60 | 162.00 |
|  | JAW | Draft prior period paragraphs in preparation for drafting final final reports for Stroock's 12th, 27th - 40th interim fee applications (6.20) | 6.20 | 961.00 |
| 2/29/2012 | BSR | review of Reed Smith's quarterly application for the 43rd interim period, Dec. 2011 monthly fee application, and fee summary re same | 0.30 | 85.50 |
|  | BSR | detailed review of Baker McKenzie's Nov. 2011 monthly fee application | 1.70 | 484.50 |
|  | BSR | review of Phillips Goldman & Spence's quarterly application for the 43rd interim period, Nov. and Dec. 2011 monthly fee applications, and fee summaries re same | 0.30 | 85.50 |
|  | BSR | review of Pachulski's 43rd quarterly fee application, Nov. and Dec. 2011 monthly fee applications and fee summaries re same | 0.30 | 85.50 |
|  | BSR | review of Norton Rose's Dec. 2011 and quarterly fee application (43rd int) | 0.30 | 85.50 |
|  | AL | Research Pacer for objections to WHSA's monthly fee application for January 2012 (.6); draft CNO for January (.5); update database with same (.2) | 1.30 | 58.50 |
|  | JAW | Draft summary of Baker McKenzie's January 2012 fee application (1.40) | 1.40 | 217.00 |
|  |  | **For professional services rendered** | **189.50** | **$28,105.00** |

W.R. Grace & Co.                                                                                                                    Page    12

Additional Charges :

|  | **Amount** |
|---|---:|
| 2/10/2012 Copying cost | 3.30 |
| 2/28/2012 PACER Charges | 37.44 |
| Third party copies & document prep/setup. | 533.89 |
| 2/29/2012 Copying cost | 40.00 |
| **Total additional charges** | **$614.63** |
| **Total amount of this bill** | **$28,719.63** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Anthony Lopez | 39.40 | 45.00 | $1,773.00 |
| Becki Tomamichel | 3.50 | 80.00 | $280.00 |
| Bobbi S. Ruhlander | 25.60 | 285.00 | $7,296.00 |
| Doreen Williams | 0.10 | 165.00 | $16.50 |
| James A. Wehrmann | 120.90 | 155.00 | $18,739.50 |