IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. GRACE & CO., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-1139 (JKF)<br><br>Jointly Administered |

**NO ORDER REQUIRED**
**CERTIFICATION OF NO OBJECTION TO THE THIRTY NINTH QUARTERLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OCTOBER 1, 2011 THROUGH DECEMBER 31, 2011**
**[RE: DOCKET NO. 28587]**

On February 27, 2012, Kramer Levin Naftalis & Frankel LLP ("Kramer Levin"), counsel to the Official Committee of Equity Security Holders, filed its Thirty Ninth Quarterly Fee Application for Compensation and Reimbursement of Expenses [Docket No. 28587] (the "Application"). The Application provided an objection deadline of 4:00 p.m. (Eastern Time) on March 19, 2012. The undersigned hereby certifies that she has received no answer, objection or any responsive pleading with respect to the Application and that no answer, objection or any responsive pleading with respect to the Application has been filed with the Court.

Pursuant to the Amended Administrative Order Under 11 U.S.C. §§105(a) and 31 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members (the "Order") dated May 3, 2001, the Debtors are authorized to pay Kramer Levin Naftalis & Frankel LLP $1,840.00 which represents 80% of the fees ($11,191.20) and $93.02 which represents 100% of the expenses, requested in the Application for the period October 1, 2011 through December 31, 2011, upon the filing of this

Krls/Wilm 57817v1

Certification and without the need for entry of a Court order approving the Application.

        **SAUL EWING LLP**

        By:   /s/ Teresa K.D. Currier
        Teresa K. D. Currier (No. 3080)
        222 Delaware Avenue
        P.O. Box 1266
        Wilmington, DE  19899
        (302) 421-6800

        -and-

        KRAMER LEVIN NAFTALIS & FRANKEL LLP
        Philip Bentley, Esquire
        David E. Blabey, Jr., Esquire
        1177 Avenue of the Americas
        New York, New York 10036
        (212) 715-9100

        Counsel to the Official Committee
        of Equity Security Holders

Dated: March 21, 2012