# Exhibit A

**W.R. Grace – 42nd Interim Period (July 1, 2011 – September 30, 2011)**
**Fee and Expense Chart with Recommendations**
**Exhibit A**

| ANDERSON KILL & OLICK, P.C. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 27955 | TOTAL: | $226,658.50 | $426.29 | $226,658.50 | $426.29 |

| AUSTERN, DAVID T. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28425 | TOTAL: | $3,150.00 | $0.00 | $3,150.00 | $0.00 |

| BAER HIGGINS FRUCHTMAN LLC | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 27909 | TOTAL: | $359,307.50 | $7,656.14 | $359,307.50 | $7,656.14 |

| BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, P.C. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 27964 | TOTAL: | $57,000.00 | $9.68 | $57,000.00 | $9.68 |

| BEVERIDGE & DIAMOND, P.C. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28441 | TOTAL: | $49,575.00 | $704.83 | $49,575.00 | $704.83 |

| BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 27936 | TOTAL: | $22,765.50 | $2,052.77 | $22,745.50 | $2,052.77 |

1

| BLACKSTONE ADVISORY SERVICES L.P. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28026 | TOTAL: | $375,000.00 | $1,881.26 | $375,000.00 | $1,881.26 |

| BMC GROUP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28023 | TOTAL: | $125,136.50 | $6,536.14 | $125,136.50 | $6,536.14 |

| CAMPBELL & LEVINE, LLC | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 27954 | TOTAL: | $37,207.00 | $4,345.79 | $37,207.00 | $4,345.79 |

| CAPLIN & DRYSDALE, CHARTERED | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 27957 | TOTAL: | $77,203.50 | $2,990.56 | $77,203.50 | $2,990.56 |

| CAPSTONE ADVISORY GROUP, LLC | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28293 | TOTAL: | $192,770.50 | $369.08 | $192,770.50 | $369.08 |

| CASNER & EDWARDS LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 27925 | TOTAL: | $36,336.50 | $30,705.22 | $36,336.50 | $30,705.22 |

| CHARTER OAK FINANCIAL CONSULTING LLC | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 27956 | TOTAL: | $91,455.50 | $251.00 | $91,455.50 | $251.00 |

| DAY PITNEY LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28462 | TOTAL: | $3,834.00 | $0.00 | $3,834.00 | $0.00 |

| DELOITTE TAX LLP (41st)[1] | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28069 | TOTAL: | $43,513.00 | $27.54 | $43,513.00 | $27.54 |

| DUANE MORRIS LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28342 | TOTAL: | $16,836.00 | $813.77 | $16,836.00 | $813.77 |

| FERRY JOSEPH & PEARCE, P.A. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 27935 | TOTAL: | $19,075.00 | $560.88 | $19,075.00 | $560.88 |

| FOLEY HOAG LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 27960 | TOTAL: | $47,463.00 | $244.69 | $47,463.00 | $244.69 |

| FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 27838 | TOTAL: | $7,075.00 | $5,642.58 | $7,075.00 | $5,642.58 |

---

[1] The Forty-First Interim Period encompasses April through June 2011.

| HAMILTON, RABINOVITZ & ALSCHULER, INC. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 27937 | TOTAL: | $700.00 | $0.00 | $700.00 | $0.00 |

| THE HOGAN FIRM | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28000 | TOTAL: | $34,274.00 | $705.37 | $34,274.00 | $705.37 |

| KIRKLAND & ELLIS LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28027 | TOTAL: | $847,526.50 | $32,343.05 | $847,526.50 | $32,343.05 |

| KRAMER LEVIN NAFTALIS & FRANKEL LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28002 | TOTAL: | $49,894.00 | $2,308.18 | $49,894.00 | $2,308.18 |

| LAUZON BÉLANGER LESPÉRANCE | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28005 | TOTAL: | CDN $9,137.10 | CDN $1,306.42 | CDN $9,137.10 | CDN $1,306.42 |

| LINCOLN PARTNERS ADVISORS LLC | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28356 | TOTAL: | $170,000.00 | $988.86 | $170,000.00 | $988.86 |

| NORTON ROSE OR LLP (f/k/a Ogilvy Renault LLP) | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 27924 | TOTAL: | CDN $14,873.00 | CDN $457.29 | CDN $14,873.00 | CDN $457.29 |

| ORRICK, HERRINGTON & SUTCLIFFE LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28355 | TOTAL: | $486,275.25 | $7,381.60 | $486,275.25 | $7,227.60 |

| PACHULSKI STANG ZIEHL & JONES LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28334 | TOTAL: | $101,206.50 | $54,179.47 | $101,206.50 | $54,179.47 |

| PHILLIPS, GOLDMAN & SPENCE, P.A. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 27922 | TOTAL: | $7,384.00 | $212.76 | $7,384.00 | $212.76 |

| PRICEWATERHOUSECOOPERS LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 27888 | TOTAL: | $682,597.42 | $11,036.74 | $682,597.42 | $11,036.74 |

| PRICEWATERHOUSECOOPERS LLP (2010 Darex Puerto Rico Audit – May-June 2011) | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 27888 | TOTAL: | $24,039.11 | $94.80 | $24,039.11 | $94.80 |

| PRICEWATERHOUSECOOPERS LLP (Global Restructuring Project – April-July 2011) | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 27888 | TOTAL: | 74,967.85 | $0.00 | $74,967.85 | $0.00 |

| PRICEWATERHOUSECOOPERS LLP (Global Restructuring Project – August-September 2011) | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 27888 | TOTAL: | $206,388.60 | $0.00 | $206,388.60 | $0.00 |

5

| REED SMITH LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 27913 | TOTAL: | $32,156.00 | $1,289.01 | $32,156.00 | $1,289.01 |


| RICH, ALAN B. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28014 | TOTAL: | $29,120.00 | $20.88 | $29,120.00 | $20.88 |


| HON. ALEXANDER M. SANDERS, JR. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28016 | TOTAL: | $6,975.00 | $0.00 | $6,840.00 | $0.00 |


| SAUL EWING LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28013 | TOTAL: | $29,770.00 | $359.80 | $29,770.00 | $359.80 |


| SCARFONE HAWKINS LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28001 | TOTAL: | CDN $29,185.89 | CDN $6,445.48 | CDN $29,185.89 | CDN $6,445.48 |


| WARREN H. SMITH & ASSOCIATES, P.C. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28485 | TOTAL: | $118,347.50 | $5,478.47 | $118,347.50 | $5,478.47 |

| STEPTOE & JOHNSON LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28291 | TOTAL: | $5,773.00 | $18.80 | $5,521.00 | $18.80 |


| STROOCK & STROOCK & LAVAN LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 27985 | TOTAL: | $188,534.00 | $3,532.88 | $188,534.00 | $3,532.88 |


| TOWERS WATSON | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28426 | TOTAL: | $8,675.50 | $0.00 | $8,675.50 | $0.00 |


| WOODCOCK WASHBURN LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28121 | TOTAL: | $3,527.50 | $2,030.00 | $3,527.50 | $2,030.00 |

7