## EXHIBIT A

**David Austern, Futures Representative for W.R. Grace**
**Billing Statement for December 2011**

| **Date** | **Services** | **Hours** |
|---|---|---|
| **12/16** | **Meeting with R. Frankel, R. Wyron and financial advisors** | **1.50** |
| **Total Hours:** | | **1.50** |
| **Total Fees ($500.00 per hour)** | | **$750.00** |
| **No Expenses** | | |
| **Total Fees & Expenses** | | **$750.00** |