IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: April 12, 2012 |

**SUMMARY APPLICATION OF KAYE SCHOLER LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR INTELLECTUAL PROPERTY FOR W.R. GRACE & CO., ET AL., THROUGH THE MONTHLY PERIOD OF February 29, 2012**

| | |
|---|---|
| Name *of Applicant*: | **Kaye Scholer LLP** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention as Special Counsel for Intellectual Property | **Retention Order entered April 7, 2010** |
| Period for which compensation and reimbursement is sought | **February 1, 2012 - February 29, 2012** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$13,260.33** |
| Amount of Expense Reimbursement sought | **$0.00** |

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville, Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc., (f/k/a Dearborn International Holdings, Inc.,), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation Gracoal, Inc., Gracoal II, Inc., Guantica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc., (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc., (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Applicant Kaye Scholer LLP submits this application for fees and expenses for the month of February 2012.  This is the second application for compensation for services that has been filed with the Bankruptcy Court by Kaye Scholer LLP for the 2012 calendar year.   Previously, Kaye Scholer was appointed Ordinary Course Professional. On April 7, 2010, based on a motion made by Debtor on February 11, 2010, the Bankruptcy Court entered an order authorizing Kaye Scholer LLP to provide further services to Debtor as Special Counsel for Intellectual Property.

The monthly applications previously filed by Kaye Scholer LLP are shown in the following table:

| Period Covered | Date Filed | Requested Fees | Requested Disbursements |
|---|---|---|---|
| 01/01/2012-01/31/2012 | February 9, 2012 | $14,727.83 | $0.00 |

During this fee period, Kaye Scholer LLP provided intellectual property services in connection with various matters, which are detailed in the attached fee schedules for the matters, and a procedural matter relating to preparation of petitions for submission to this court.

The Kaye Scholer professional who rendered the legal services during the fee period is:

| Name of Professional | Position with the Applicant | Year Admitted to Bar | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Generated |
|---|---|---|---|---|---|---|
| John P. Rynkiewicz | Counsel | 1981 | Intellectual Property | $587.00 | 22.59 | $13,260.33 |

Total Fees: $13,260.33

**WHEREFORE,** Applicant respectfully requests (a) that an allowance be made to it, as fully described above, for (i) 80% of the amount of $13,260.33 for reasonable and necessary professional services Applicant has rendered to the Debtors during the Fee period (February 1, 2012-February 29, 2012), and (b) that the fees are payable as administrative expenses of the Debtors' estates.

Respectfully submitted

John P. Rynkiewicz
Kaye Scholer LLP
901 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 682-3671
jrynkiewicz@kayescholer.com

Dated: March 22, 2012

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    W.R. Grace & Co-Conn.                                                    March 19, 2012
7500 Grace Drive
Columbia, Maryland  21004
Attn: Robert A. Maggio, Chief Patent Counsel

**RE:** General                                                         **Invoice#:** 697370
**Our File Number:**63812/0001
**Client Reference:** 100062                                              **PAGE:**   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/29/2012

|  |  | **Hours** |
|---|---|---|
| 02/01/2012 | Rynkiewicz, John P | 1.50 |
|  | Beginning of the month review of GRACE matters/status check. |  |
| 02/06/2012 | Rynkiewicz, John P | 1.50 |
|  | Review and overview of GRACE name protection efforts, marks and remaining open issues. |  |
| 02/15/2012 | Rynkiewicz, John P | 1.00 |
|  | Work on request from Grace re pros and cons of Madrid Protocol filings. |  |
| 02/21/2012 | Rynkiewicz, John P | 0.50 |
|  | Conf call with R. Maggio re GRACE mark protection. |  |

Total Hours.................    4.50

Fees through 02/29/2012.....................................    $2,641.50

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $587.00 | 4.50 | $2,641.50 |
| Fees through 02/29/2012.............. | | 4.50 | $2,641.50 |

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 628636 | 03/31/2010 | $440.43 |
| 628637 | 03/31/2010 | 1,690.79 |
| 637193 | 06/30/2010 | 3,978.07 |

KAYE SCHOLER LLP

TO:    W.R. Grace & Co-Conn.                                    March 19, 2012

RE: General                                                    Invoice#: 697370
Our File Number: 63812/0001
Client Reference: 100062                                       PAGE:    2

| Invoice# | Date | Amount |
|---|---|---|
| 639770 | 07/28/2010 | 813.08 |
| 641101 | 08/10/2010 | 3,477.98 |
| 643967 | 09/09/2010 | 1,171.42 |
| 647685 | 10/18/2010 | 472.96 |
| 650334 | 11/04/2010 | 350.44 |
| 654086 | 12/10/2010 | 303.06 |
| 657770 | 01/19/2011 | 349.39 |
| 660963 | 02/28/2011 | 368.75 |
| 664046 | 03/31/2011 | 1,369.87 |
| 666733 | 04/30/2011 | 1,256.53 |
| 669550 | 05/31/2011 | 595.35 |
| 672317 | 06/27/2011 | 519.43 |
| 674217 | 07/15/2011 | 1,926.66 |
| 678864 | 08/31/2011 | 775.92 |
| 681371 | 09/29/2011 | 859.57 |
| 682892 | 10/13/2011 | 407.11 |
| 685356 | 11/07/2011 | 462.73 |
| 688457 | 12/12/2011 | 1,342.66 |
| 692924 | 02/02/2012 | 1,587.66 |
| 693780 | 02/08/2012 | 6,210.46 |
| Prior Balance Due........................................................................ | | $30,730.32 |

| | |
|---|---|
| Fees this Invoice......................................................................... | $2,641.50 |
| Total Due this Invoice................................................................ | $2,641.50 |
| Prior Balance Due (from above)................................................. | 30,730.32 |
| **TOTAL DUE**........................................................................ | **$33,371.82** |

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0001
Invoice Number: 697370
Total Amount Due: $33,371.82

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co.-Conn                                      March 19, 2012
      7500 Grace Drive
      Columbia, Maryland 21044
      Attn: Robert A. Maggio, Esq.

**RE:** Power Grace                                        **Invoice#:** 697371
**Our File Number:** 63812/0019
**Client Reference:** 100067                                **PAGE:**   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/29/2012

|  |  | **Hours** |
|---|---|---|
| 01/25/2012 | Rynkiewicz, John P | 1.25 |
|  | Review oppositions in India, files; review series of prior emails and assembled evidence. |  |
|  | Total Hours................. | 1.25 |
|  | Fees through 02/29/2012..................................... | $733.75 |

*---------------------------------TIME AND FEE SUMMARY---------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $587.00 | 1.25 | $733.75 |
| Fees through 02/29/2012............... |  | 1.25 | $733.75 |

*---------------------------------OUTSTANDING BALANCE---------------------------------*

| Invoice# | Date | Amount |
|---|---|---|
| 623147 | 01/28/2010 | $396.27 |
| 628641 | 03/31/2010 | 340.20 |
| 639774 | 07/28/2010 | 65.77 |
| 643963 | 09/09/2010 | 444.53 |
| 647688 | 10/18/2010 | 340.20 |
| 650338 | 11/04/2010 | 85.05 |
| 660989 | 02/28/2011 | 633.91 |
| 664051 | 03/31/2011 | 349.27 |
| 666739 | 04/30/2011 | 1,297.05 |

# KAYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn

March 19, 2012

**RE:** Power Grace
**Our File Number:** 63812/0019
**Client Reference:** 100067

**Invoice#:** 697371

**PAGE:**   2

| Invoice# | Date | Amount |
|---|---|---|
| 669553 | 05/31/2011 | 728.03 |
| 672309 | 06/27/2011 | 105.89 |
| 682894 | 10/13/2011 | 264.22 |
| 685364 | 11/07/2011 | 1,171.42 |
| 688459 | 12/12/2011 | 434.32 |
| 692926 | 02/02/2012 | 850.50 |
| Prior Balance Due............................................................ | | $7,506.63 |

| | |
|---|---|
| Fees this Invoice........................................................... | $733.75 |
| Total Due this Invoice.................................................. | $733.75 |
| Prior Balance Due (from above).................................... | 7,506.63 |
| **TOTAL DUE**........................................................... | **$8,240.38** |

**Please remit payment within thirty (30) days.**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0019
Invoice Number: 697371
Total Amount Due: $8,240.38

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    W.R. Grace & Co.-Conn                      March 19, 2012
       Legal Department
       7500 Grace Drive
       Columbia, Maryland 21044
       Attn: Robert A. Maggio, Esq.

**RE:** Special Counsel                          **Invoice#:** 697372
**Our File Number:** 63812/0108
**Client Reference:** 100071                      **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/29/2012

|            |                                                                                  | **Hours** |
|------------|----------------------------------------------------------------------------------|-----------|
| 02/02/2012 | Rynkiewicz, John P                                                               | 0.42      |
|            | Work on Grace-IBM outside counsel audit project and assemble requested data.     |           |
| 02/02/2012 | Rynkiewicz, John P                                                               | 0.33      |
|            | Review reports, issues in response to Grace/IBM requested Special counsel billings in 2011. |  |
| 02/03/2012 | Rynkiewicz, John P                                                               | 0.67      |
|            | Prepare and file fee applic with Del firm (0:15); work on Grace and IBM fee report/summary (0:25). |  |
| 02/07/2012 | Rynkiewicz, John P                                                               | 0.67      |
|            | Complete Grace/IBM requested report on fees for 2011; send report and summary to K. Harris. |  |

                                        Total Hours.................    2.09
                    Fees through 02/29/2012.....................................    $1,226.83


\*-------------------------------TIME AND FEE SUMMARY-------------------------------\*

|                     | Rate     | Hours | Fees       |
|---------------------|----------|-------|------------|
| Rynkiewicz, John P  | $587.00  | 2.09  | $1,226.83  |
|                     | Fees through 02/29/2012............... | 2.09 | $1,226.83 |

# KAYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                                            March 19, 2012

**RE:** Special Counsel                                                **Invoice#:** 697372
**Our File Number:** 63812/0108
**Client Reference:** 100071                                          **PAGE:**   2

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 628642 | 03/31/2010 | $484.20 |
| 637196 | 06/30/2010 | 1,008.17 |
| 643961 | 09/09/2010 | 321.37 |
| 647689 | 10/18/2010 | 217.65 |
| 650341 | 11/04/2010 | 180.31 |
| 654089 | 12/10/2010 | 528.44 |
| 660967 | 02/28/2011 | 94.12 |
| 664052 | 03/31/2011 | 75.98 |
| 666741 | 04/30/2011 | 189.38 |
| 669561 | 05/31/2011 | 122.47 |
| 672310 | 06/27/2011 | 131.54 |
| 674222 | 07/15/2011 | 56.70 |
| 678870 | 08/31/2011 | 65.77 |
| 681374 | 09/29/2011 | 104.33 |
| 682895 | 10/13/2011 | 47.63 |
| 685365 | 11/07/2011 | 65.77 |
| 688460 | 12/12/2011 | 95.26 |
| 692932 | 02/02/2012 | 161.03 |
| 693784 | 02/08/2012 | 193.71 |
| Prior Balance Due............................................................ | | $4,143.83 |

| | |
|---|---|
| Fees this Invoice............................................................ | $1,226.83 |
| Total Due this Invoice...................................................... | $1,226.83 |
| Prior Balance Due (from above)............................................. | 4,143.83 |
| **TOTAL DUE**.............................................................. | $5,370.66 |

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

KAYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                                          March 19, 2012

    **RE:** Special Counsel                                          **Invoice#:** 697372
    **Our File Number:** 63812/0108
    **Client Reference:** 100071                                    **PAGE:**    3

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0108
Invoice Number: 697372
Total Amount Due: $5,370.66

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co.-Conn
      7500 Grace Drive
      Columbia, Maryland 21044
      Attn: Robert A. Maggio, Esq.

March 19, 2012

**RE:** Trademark Watches
**Our File Number:** 63812/0111

**Invoice#:** 697373
**PAGE:**   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/29/2012

|  |  | **Hours** |
|---|---|---|
| 02/02/2012 | Rynkiewicz, John P | 0.50 |
|  | Review Grace email and Spanish firm Isern notice of Jan. 19; advise Grace re potential opposition. |  |
| 02/02/2012 | Rynkiewicz, John P | 0.50 |
|  | Review and advise Grace re email  Isern notice of GRACE marks dated Jan. 20; assess potential opposition. |  |
| 02/02/2012 | Rynkiewicz, John P | 0.50 |
|  | Review notice from Spanish firm Isern dated Jan. 27; assess marks, confusion and whether conflict with GRACE marks; advise Grace re same. |  |
| 02/03/2012 | Rynkiewicz, John P | 1.00 |
|  | Review Corsearch Watch Report of Feb 2d and assess 10 GRACE marks, excluding Dorazio globe applic, for possible confusion; research marks, goods and issues. |  |
| 02/07/2012 | Rynkiewicz, John P | 0.75 |
|  | Review Grace email and  watch report from Corsearch dated February 7, 2012; assess marks, follow-up research and advise Grace re confusion. |  |

Total Hours................. 3.25

Fees through 02/29/2012..................................... $1,907.75

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $587.00 | 3.25 | $1,907.75 |
| Fees through 02/29/2012............... | | 3.25 | $1,907.75 |

# KAYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                                          March 19, 2012

RE: Trademark Watches                                          **Invoice#:** 697373
**Our File Number:** 63812/0111                                          **PAGE:**    2

\*------------------------------OUTSTANDING BALANCE------------------------------\*

| Invoice# | Date | Amount |
|----------|------|--------|
| 647691 | 10/18/2010 | $802.87 |
| 650345 | 11/04/2010 | 368.55 |
| 654090 | 12/10/2010 | 520.51 |
| 657773 | 01/19/2011 | 435.46 |
| 660996 | 02/28/2011 | 141.75 |
| 664053 | 03/31/2011 | 471.74 |
| 666742 | 04/30/2011 | 595.35 |
| 669562 | 05/31/2011 | 444.53 |
| 672316 | 06/27/2011 | 481.95 |
| 674223 | 07/15/2011 | 207.52 |
| 678872 | 08/31/2011 | 368.55 |
| 681377 | 09/29/2011 | 349.27 |
| 682905 | 10/13/2011 | 831.22 |
| 685366 | 11/07/2011 | 481.95 |
| 688461 | 12/12/2011 | 396.90 |
| 692935 | 01/31/2012 | 274.43 |
| 693785 | 02/08/2012 | 2,054.50 |
| Prior Balance Due............................................................... | | $9,227.05 |

| | |
|---|---|
| Fees this Invoice............................................................ | $1,907.75 |
| Total Due this Invoice...................................................... | $1,907.75 |
| Prior Balance Due (from above)............................................. | 9,227.05 |
| **TOTAL DUE**............................................................ | **$11,134.80** |

**Please remit payment within thirty (30) days.**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0111
Invoice Number: 697373
Total Amount Due: $11,134.80

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    W.R. Grace & Co.-Conn
       7500 Grace Drive
       Columbia, Maryland 21044
       Attn: Robert A. Maggio, Esq.

March 19, 2012

RE: BELL GRACE
Our File Number:63812/0114

Invoice#: 697374
PAGE:    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/29/2012

---

| | | Hours |
|---|---|---:|
| 02/06/2012 | Rynkiewicz, John P | 1.25 |
| | Review BELL GRACE applic, issues and confusion/opposition assessment. | |
| 02/07/2012 | Rynkiewicz, John P | 1.00 |
| | Review status of applic and potential opposition;. | |
| 02/08/2012 | Rynkiewicz, John P | 1.50 |
| | File Ext of Time to Oppose with USPTO; review files and issues re possible Opposition. | |
| 02/13/2012 | Rynkiewicz, John P | 1.25 |
| | Check PTO records, prior Grace communications re potential opposition of mark in US; review Nichiha issues. | |

Total Hours.................    5.00

Fees through 02/29/2012....................................    $2,935.00

*----------------------------------TIME AND FEE SUMMARY--------------------------------*

| | Rate | Hours | Fees |
|---|---:|---:|---:|
| Rynkiewicz, John P | $587.00 | 5.00 | $2,935.00 |
| Fees through 02/29/2012.............. | | 5.00 | $2,935.00 |

# KAYE SCHOLER LLP

TO:    W.R. Grace & Co.-Conn

March 19, 2012

RE: BELL GRACE
Our File Number: 63812/0114

Invoice#: 697374
PAGE:   2

*-------------------------------OUTSTANDING BALANCE-------------------------------*

| Invoice# | Date | Amount |
|---|---|---|
| 674225 | 07/15/2011 | $472.87 |
| 678875 | 08/31/2011 | 141.75 |
| 681386 | 09/29/2011 | 81.10 |
| 682908 | 10/13/2011 | 56.70 |
| 685369 | 11/07/2011 | 368.55 |
| 688465 | 12/12/2011 | 3,458.70 |
| 692940 | 01/31/2012 | 601.47 |
| Prior Balance Due........................................................ | | $5,181.14 |

| | |
|---|---|
| Fees this Invoice........................................................ | $2,935.00 |
| Total Due this Invoice................................................ | $2,935.00 |
| Prior Balance Due (from above)................................ | 5,181.14 |
| **TOTAL DUE**........................................................ | **$8,116.14** |

**Please remit payment within thirty (30) days.**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0114
Invoice Number: 697374
Total Amount Due: $8,116.14

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    W.R. Grace & Co.-Conn                                    March 19, 2012
       7500 Grace Drive
       Columbia, Maryland 21044
       Attn: Robert A. Maggio, Esq.


**RE:** Dorazio Enterprises                          **Invoice#:** 697376
**Our File Number:** 63812/0115                              **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/29/2012

|            |                    | **Hours** |
|------------|--------------------|-----------|
| 02/03/2012 | Rynkiewicz, John P | 1.75 |
| | Review Grace emails, research and address potential opposition of Dorazio Globe design applic; review status of applic and draft/file Ext of Time to Oppose with USPTO; multiple email responses re confusion from Grace attys. | |
| 02/06/2012 | Rynkiewicz, John P | 2.75 |
| | Multiple emails to/from Grace re potential opposition; prepare summary to R. Maggio; emails to/from C. Cross re renewables and Grace activities; review T. Hunter re status of pertinent GRACE regs.; review documents, research website, review evidence and assess likelihood of success in opposing conf call. | |
| 02/13/2012 | Rynkiewicz, John P | 0.67 |
| | Review issues and decision whether or not to oppose. | |
| 02/16/2012 | Rynkiewicz, John P | 0.75 |
| | Calls to/from C. Cross re Dorazio Globe GRACE mark; email; confirm decision to take no further action by Grace. | |

Total Hours.................   5.92

Fees through 02/29/2012.....................................   $3,475.04


*--------------------------------TIME AND FEE SUMMARY--------------------------------*

|                      | Rate    | Hours | Fees       |
|----------------------|---------|-------|------------|
| Rynkiewicz, John P   | $587.00 | 5.92  | $3,475.04  |
|                      | Fees through 02/29/2012............... | 5.92 | $3,475.04 |

# KAYE SCHOLER LLP

TO:   W.R. Grace & Co.-Conn                                    March 19, 2012

**RE:** Dorazio Enterprises                                    **Invoice#:** 697376
**Our File Number:** 63812/0115                                **PAGE:**   2

---

\*------------------------------OUTSTANDING BALANCE------------------------------\*

| Invoice# | Date | Amount |
|----------|------|--------|
| 682909 | 10/13/2011 | $586.28 |
| 685372 | 11/07/2011 | 255.15 |
| 688466 | 12/12/2011 | 577.21 |
| 692941 | 01/31/2012 | 349.27 |
| Prior Balance Due........................................................ | | $1,767.91 |

| | |
|---|---|
| Fees this Invoice........................................................ | $3,475.04 |
| Total Due this Invoice................................................ | $3,475.04 |
| Prior Balance Due (from above)................................. | 1,767.91 |
| **TOTAL DUE**........................................................ | **$5,242.95** |

**Please remit payment within thirty (30) days.**

---

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0115
Invoice Number: 697376
Total Amount Due: $5,242.95

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    W.R. Grace & Co-Conn.                    March 19, 2012
              7500 Grace Drive
              Columbia, Maryland 21004
              Attn: Robert A. Maggio, Chief Patent Counsel

**RE:** Davison FCC                         **Invoice#:** 697377
**Our File Number:** 63812/3002
**Client Reference:** 100075                   **PAGE:**   1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/29/2012

|  |  | Hours |
|---|---|---:|
| 02/02/2012 | Rynkiewicz, John P | 0.25 |
|  | Check status of USPTO ENCORE applic. |  |
|  | Total Hours................. | 0.25 |
|  | Fees through 02/29/2012.................................... | $146.75 |

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $587.00 | 0.25 | $146.75 |
|  | Fees through 02/29/2012............... | 0.25 | $146.75 |

| | |
|---|---:|
| Fees this Invoice......................................................................... | $146.75 |
| **Total Due this Invoice**............................................................ | **$146.75** |

### Please remit payment within thirty (30) days.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/3002
Invoice Number: 697377
Total Amount Due: $146.75

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co.-Conn.                                    March 19, 2012
      7500 Grace Drive
      Columbia, Maryland 21044
      Attn: Robert A. Maggio, Chief Patent Counsel

**RE:** Davison Polyolefins                          **Invoice#:** 697378
**Our File Number:** 63812/3003
**Client Reference:** 100076                          **PAGE:**   1

---

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/29/2012

---

|  |  | **Hours** |
|---|---|---|
| 02/03/2012  Rynkiewicz, John P |  | 0.33 |

Emails from R. Maggio and business people re PERSEUS matter; review prior communications.

|  |  | |
|---|---|---|
| Total Hours................. | | 0.33 |
| Fees through 02/29/2012..................................... | | $193.71 |

*---------------------------------TIME AND FEE SUMMARY---------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $587.00 | 0.33 | $193.71 |
| Fees through 02/29/2012............... | | 0.33 | $193.71 |

*-------------------------------OUTSTANDING BALANCE-------------------------------*

| Invoice# | Date | Amount |
|---|---|---|
| 647697 | 10/18/2010 | $47.63 |
| Prior Balance Due........................................................................ | | $47.63 |

| | |
|---|---|
| Fees this Invoice........................................................................ | $193.71 |
| Total Due this Invoice................................................................. | $193.71 |
| Prior Balance Due (from above)................................................. | 47.63 |
| **TOTAL DUE**........................................................................... | **$241.34** |

**Please remit payment within thirty (30) days.**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
      666 5th Avenue
      New York, New York 10103
      Attention: Yoannis Cepeda
      Telephone: 212.559.1980

      ABA Routing Number: 021000089
      Bank Identification Code/SWIFT Code: CITIUS33
      Account Name: Kaye Scholer LLP
      Account Number: 9981494431

      RE: W.R. Grace Trademarks
      Our File Number: 63812/3003
      Invoice Number: 697378
      Total Amount Due: $241.34

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH