IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | **Re: Docket No. 28660** |

**AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MARCH 28, 2012, AT 9:00 A.M. BEFORE THE HONORABLE
JUDITH K. FITZGERALD IN WILMINGTON, DELAWARE**

**THIS HEARING HAS BEEN CANCELLED AT THE REQUEST OF THE COURT AS
NO MATTERS ARE SCHEDULED TO GO FORWARD.**

**CONTINUED MATTERS:**

1.    Amended Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 8/26/08] (Docket No. 19378)

Response Deadline: September 12, 2008 at 4:00 p.m.

---

[1]   The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, and H-G Coal Company.

Responses Received:

a.    Response By New York State Department of Taxation and Finance to Debtors'
      Twenty Fifth Omnibus Objection to Claims [Filed: 9/5/08] (Docket No. 19469)

b.    Response of Commonwealth of Pennsylvania, Department of Revenue to
      Debtors' Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket
      No. 19523)

c.    Missouri Department of Revenue's Response to Debtors' Twenty-Fifth Omnibus
      Objection to Claims [Filed: 9/11/08] (Docket No. 19524)

d.    Indiana Department of Revenue's (IDR) Response to Objection to Claim [Filed:
      9/17/08] (Docket No. 19554)

Related Documents:

a.    [Signed] Order Approving Stipulation to Continue Hearing Pending Mediation
      [Filed: 1/7/10] (Docket No. 24122)

Status: This matter is continued to April 23, 2012 at 9:00 a.m.

2.    Substantive Objection to Claim No. 150, Filed By the Illinois Department of Revenue
      [Filed: 4/15/11] (Docket No. 26785)

      Response Deadline: May 6, 2011 at 4:00 p.m.

      Responses Received:

      a.    Response of Illinois Department of Revenue to Debtors' Objection to Claim No.
            150 [Filed: 5/6/11] (Docket No. 26891)

      Related Documents:

      a.    [Proposed] Order Disallowing Claim No. 150, Filed By the Illinois Department of
            Revenue [Filed: 4/15/11] (Docket No. 26785, Exhibit A)

      Status: This matter is continued to April 23, 2012 at 9:00 a.m.

## QUARTERLY FEE APPLICATIONS:

3.    Forty-Second Quarterly Interim Applications of Counsel to the Debtors, the Statutory
      Committees, and the Future Claimants' Representative for Compensation for Services
      Rendered and Reimbursement of Expenses for the Period July 1, 2011 through
      September 30, 2011

      Related Documents:

      a.    Certification of Counsel Regarding Forty-Second Quarter Project Category
            Summary [Filed: 3/12/12] (Docket No. 28659)

    b.    Certification of Counsel Regarding Order Approving Quarterly Fee Applications for the Forty-Second Period [Filed: 3/12/12] (Docket No. 28658)

    **c.    Supplemental Certification of Counsel Regarding Forty-Second Quarter Project Category Summary [Filed: 3/16/12] (Docket No. 28679)**

    **d.    [Signed] Order Approving Quarterly Fee Application for the Forty-Second Period [Filed: 3/23/12] (Docket No. 28705)**

**Status:** **The Court has entered an order on this matter.**

## UNCONTESTED MATTERS:

4.    Motion for Entry of an Order Approving Settlement [Filed: 2/13/12] (Docket No. 28523)

**Response Deadline:** March 2, 2012 at 4:00 p.m.

**Responses Received:** None as of the date of this Notice of Agenda.

**Related Documents:**

    a.    [Proposed] Order Approving Compromise and Settlement [Filed: 2/13/12] (Docket No. 28523, Exhibit D)

    b.    Certification of No Objection Regarding Motion for Entry of an Order Approving Settlement [Filed: 3/5/12] (Docket No. 28615)

    **c.    [Signed] Order Approving Compromise and Settlement [Filed: 3/15/12] (Docket No. 28668)**

**Status:** **The Court has entered an order on this matter.**

Dated:  March 23, 2012              KIRKLAND & ELLIS LLP
                                        Adam Paul
                                        300 North LaSalle
                                        Chicago, IL 60654
                                        Telephone: (312) 862-2000

                                        and

                                        BAER HIGGINS FRUCHTMAN LLC
                                        Roger J. Higgins
                                        11 East Wacker Drive
                                        Suite 2800
                                        Chicago, IL 60601
                                        Telephone: (312) 836-4047

                                        and

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400

Co-Counsel for the Debtors and Debtors-in-
Possession