**EXHIBIT A**

# Blackstone Advisory Partners L.P.

February 17, 2012

Mr. Fred Festa
Chairman and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | |
|---|---|---:|
| Monthly Fee for the period of October 1, 2011 through October 31, 2011: | $ | 25,000.00 |

Out-of-pocket expenses processed for the period through October 31, 2011: [1]

| | | | |
|---|---:|---|---:|
| Ground Transportation | $ | 470.55 | |
| Meals | | 709.64 | |
| Lodging | | 215.51 | |
| Research | | 34.95 | 1,430.65 |
| | | | |
| Subtotal | | | 26,430.65 |
| | | | |
| Less Payment Received: | | | (21,430.65) |
| | | | |
| **Total Amount Due** | $ | | **5,000.00** |

**Please wire transfer funds to:**

JP Morgan Chase
One Chase Manhattan Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Partners L.P.
Account Receivable Dept. 16th Floor
Account # 066-287472

**Invoice Number: 64053**

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**Blackstone Advisory Partners L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

**W. R. Grace & Co.**
**Summary of Expenses**
**Through October 31, 2011**
**Invoice Number: 64053**

| | GL Detail Oct-11 | | Total Expenses |
|---|---|---|---|
| Ground Transportation - Local Travel | $ | 314.55 | $ | 314.55 |
| Ground Transportation - Railroad | | 156.00 | | 156.00 |
| Employee Meals | | 709.64 | | 709.64 |
| Lodging | | 215.51 | | 215.51 |
| External Research - Online Database | | 34.95 | | 34.95 |
| **Total Expenses** | $ | **1,430.65** | $ | **1,430.65** |
| | | | | |
| **Ground Transportation** | | | $ | 470.55 |
| **Meals** | | | | 709.64 |
| **Lodging** | | | | 215.51 |
| **Research** | | | | 34.95 |
| | | | | |
| **Total Expenses** | | | $ | 1,430.65 |

**W. R. Grace & Co.**
**Detail of Expenses Processed**
**Through October 31, 2011**
**Invoice Number: 64053**

**Ground Transportation - Local Travel**

| | | |
|---|---|---|
| Jaffe (weeknight taxi home from Blackstone after working late) | 08/01/11 | 10.30 |
| Jaffe (weeknight taxi home from Blackstone after working late) | 08/02/11 | 10.30 |
| Jaffe (weeknight taxi home from Blackstone after working late) | 08/03/11 | 8.70 |
| Jaffe (weeknight taxi home from Blackstone after working late) | 08/15/11 | 9.40 |
| Jaffe (weeknight taxi home from Blackstone after working late) | 08/17/11 | 8.30 |
| Jaffe (weeknight taxi home from Blackstone after working late) | 08/18/11 | 8.52 |
| Jaffe (weekend taxi to Blackstone from home) | 08/21/11 | 8.80 |
| Jaffe (weekend taxi home from Blackstone) | 08/21/11 | 9.90 |
| Jaffe (weeknight taxi home from Blackstone after working late) | 08/22/11 | 9.00 |
| Jaffe (weeknight taxi home from Blackstone after working late) | 08/23/11 | 9.48 |
| Jaffe (weeknight taxi home from Blackstone after working late) | 08/24/11 | 9.90 |
| Jaffe (weeknight taxi home from Blackstone after working late) | 08/25/11 | 10.44 |
| Jaffe (weeknight taxi home from Blackstone after working late) | 08/30/11 | 9.95 |
| Jaffe (weeknight taxi home from Blackstone after working late) | 08/31/11 | 9.50 |
| Jaffe (weeknight taxi home from Blackstone after working late) | 09/01/11 | 9.00 |
| Jaffe (weeknight taxi home from Blackstone after working late) | 09/02/11 | 8.40 |
| Jaffe (weekend taxi to Blackstone from home) | 09/03/11 | 9.48 |
| Jaffe (weekend taxi home from Blackstone) | 09/03/11 | 7.40 |
| Jaffe (weekend taxi home from Blackstone) | 09/04/11 | 9.00 |
| Jaffe (taxi to Blackstone from home on holiday) | 09/05/11 | 8.40 |
| Jaffe (taxi home from Blackstone on holiday) | 09/05/11 | 9.48 |
| Jaffe (weekend taxi to Blackstone from home) | 09/11/11 | 9.50 |
| Jaffe (weekend taxi home from Blackstone) | 09/11/11 | 10.20 |
| Jaffe (weeknight taxi home from Blackstone after working late) | 09/13/11 | 9.90 |
| Jaffe (weeknight taxi home from Blackstone after working late) | 09/14/11 | 9.90 |
| Schlesinger (weeknight taxi home from Blackstone after working late) | 08/23/11 | 29.90 |
| Schlesinger (weeknight taxi home from Blackstone after working late) | 08/24/11 | 28.68 |
| Schlesinger (weeknight taxi home from Blackstone after working late) | 08/25/11 | 22.82 |
| Subtotal - Ground Transportation - Local Travel | | $ 314.55 |

**Ground Transportation - Railroad**

| | | |
|---|---|---|
| O'Connell (one-way train travel to Baltimore, MD from New York, NY) | 07/11/11 | 156.00 |
| Subtotal - Ground Transportation - Railroad | | 156.00 |

**Employee Meals**

| | | |
|---|---|---|
| Jaffe (weeknight working dinner meal @ Blackstone while working late) | 08/02/11 | 23.97 |
| Jaffe (weeknight working dinner meal @ Blackstone while working late) | 08/03/11 | 13.08 |
| Jaffe (weeknight working dinner meal @ Blackstone while working late) | 08/04/11 | 25.00 |
| Jaffe (weeknight working dinner meal @ Blackstone while working late) | 08/16/11 | 25.00 |
| Jaffe (weeknight working dinner meal @ Blackstone while working late) | 08/17/11 | 25.00 |
| Jaffe (weeknight working dinner meal @ Blackstone while working late) | 08/18/11 | 25.00 |
| Jaffe (weeknight working dinner meal @ Blackstone while working late) | 08/19/11 | 25.00 |
| Jaffe (weekend working lunch meal @ Blackstone) | 08/21/11 | 18.44 |
| Jaffe (weekend working dinner meal @ Blackstone) | 08/21/11 | 25.00 |
| Jaffe (weeknight working dinner meal @ Blackstone while working late) | 08/22/11 | 25.00 |
| Jaffe (weeknight working dinner meal @ Blackstone while working late) | 08/23/11 | 25.00 |
| Jaffe (weeknight working dinner meal @ Blackstone while working late) | 08/24/11 | 25.00 |
| Jaffe (weeknight working dinner meal @ Blackstone while working late) | 08/30/11 | 25.00 |
| Jaffe (weeknight working dinner meal @ Blackstone while working late) | 08/31/11 | 25.00 |
| Jaffe (weeknight working dinner meal @ Blackstone while working late) | 09/01/11 | 25.00 |
| Jaffe (weeknight working dinner meal @ Blackstone while working late) | 09/02/11 | 25.00 |
| Jaffe (weekend working lunch meal @ Blackstone) | 09/03/11 | 17.95 |
| Jaffe (weekend working dinner meal @ Blackstone) | 09/03/11 | 25.00 |
| Jaffe (weekend working lunch meal @ Blackstone) | 09/04/11 | 17.20 |
| Jaffe (weekend working dinner meal @ Blackstone) | 09/04/11 | 25.00 |
| Jaffe (working dinner meal @ Blackstone on holiday) | 09/05/11 | 25.00 |
| Jaffe (weeknight working dinner meal @ Blackstone while working late) | 09/08/11 | 25.00 |
| Jaffe (weekend working lunch meal @ Blackstone) | 09/11/11 | 19.00 |
| Jaffe (weekend working dinner meal @ Blackstone) | 09/11/11 | 25.00 |
| Jaffe (weeknight working dinner meal @ Blackstone while working late) | 09/13/11 | 25.00 |
| Schlesinger (weeknight working dinner meal @ Blackstone while working late) | 08/17/11 | 25.00 |
| Schlesinger (weeknight working dinner meal @ Blackstone while working late) | 08/23/11 | 25.00 |
| Schlesinger (weeknight working dinner meal @ Blackstone while working late) | 08/24/11 | 25.00 |
| Schlesinger (weeknight working dinner meal @ Blackstone while working late) | 08/25/11 | 25.00 |

**W. R. Grace & Co.**
**Detail of Expenses Processed**
**Through October 31, 2011**
**Invoice Number: 64053**

| | | | |
|---|---|---|---|
| Schlesinger (weeknight working dinner meal @ Blackstone while working late) | 09/06/11 | 25.00 | |
| | **Subtotal - Employee Meals** | | **709.64** |
| **Lodging** | | | |
| O'Connell (2 day hotel stay in Baltimore, MD) | 07/13/11 | 215.51 | |
| | **Subtotal - Lodging** | | **215.51** |
| | | | |
| **External Research - Online Database** | | | |
| Schlesinger (online data research) | 09/08/11 | 34.95 | |
| | **Subtotal - External Research - Online Database** | | **34.95** |
| | **Total Expenses** | **$** | **1,430.65** |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**OCTOBER 1, 2011 THROUGH OCTOBER 31, 2011**

| Professional | Title | Hours |
|---|---|---|
| Jamie O'Connell | Managing Director | 1.2 |
| Adam Schlesinger | Associate | 15.3 |
| Ben Jaffe | Analyst | 20.9 |
| | Total | 37.4 |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2011 THROUGH OCTOBER 31, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 10/05/11 | 0.5 | Business Analysis | Review business matter |
| Ben Jaffe | 10/05/11 | 3.5 | Business Analysis | Business analysis |
| Jamie O'Connell | 10/17/11 | 0.3 | Business Analysis | Call with management regarding new business development |
| Ben Jaffe | 10/18/11 | 1.0 | Business Analysis | Business analysis |
| Jamie O'Connell | 10/24/11 | 0.2 | Business Analysis | Call with counsel regarding new business development |
| Jamie O'Connell | 10/24/11 | 0.1 | Business Analysis | Correspondence regarding new business development |
| | | 5.6 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2011 THROUGH OCTOBER 31, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 10/13/11 | 0.5 | Case Administration | Review draft motion |
| Adam Schlesinger | 10/17/11 | 1.0 | Case Administration | Review draft motion |
| Ben Jaffe | 10/17/11 | 2.0 | Case Administration | Motion review |
| | | 3.5 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2011 THROUGH OCTOBER 31, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Ben Jaffe | 10/04/11 | 0.5 | Claims Analysis Objection/Resolution | Call with claims agent |
| Adam Schlesinger | 10/10/11 | 0.1 | Claims Analysis Objection/Resolution | Claims call with company |
| Ben Jaffe | 10/10/11 | 0.1 | Claims Analysis Objection/Resolution | Claims call with company |
| Adam Schlesinger | 10/19/11 | 0.1 | Claims Analysis Objection/Resolution | Claims analysis review |
| Ben Jaffe | 10/19/11 | 0.5 | Claims Analysis Objection/Resolution | Claims analysis |
| Adam Schlesinger | 10/31/11 | 2.0 | Claims Analysis Objection/Resolution | Claims analysis |
| Adam Schlesinger | 10/31/11 | 4.0 | Claims Analysis Objection/Resolution | Claims analysis |
| Ben Jaffe | 10/31/11 | 5.0 | Claims Analysis Objection/Resolution | Claims analysis |
| | | 12.3 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2011 THROUGH OCTOBER 31, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 10/24/11 | 1.0 | Committee | Call with committee advisors regarding various information requests |
| Ben Jaffe | 10/24/11 | 1.0 | Committee | Call with committee advisors regarding various information requests |
| Jamie O'Connell | 10/25/11 | 0.1 | Committee | Review correspondence regarding committee information request |
| Adam Schlesinger | 10/26/11 | 0.5 | Committee | Review committee information request |
| Adam Schlesinger | 10/26/11 | 1.0 | Committee | Call with counsel regarding various information requests |
| Ben Jaffe | 10/26/11 | 1.0 | Committee | Call with counsel regarding various information requests |
| Ben Jaffe | 10/26/11 | 1.0 | Committee | Call with counsel regarding various information requests |
| Jamie O'Connell | 10/26/11 | 0.2 | Committee | Call with counsel regarding information request |
| Adam Schlesinger | 10/27/11 | 1.0 | Committee | Call with counsel regarding various information requests |
| Adam Schlesinger | 10/27/11 | 1.0 | Committee | Call with counsel regarding various information requests |
| Ben Jaffe | 10/27/11 | 1.0 | Committee | Call with counsel regarding various information requests |
| Ben Jaffe | 10/27/11 | 1.0 | Committee | Call with counsel regarding various information requests |
| Adam Schlesinger | 10/28/11 | 0.3 | Committee | Call with counsel regarding various information requests |
| Jamie O'Connell | 10/28/11 | 0.3 | Committee | Call with counsel regarding various information requests |
| Adam Schlesinger | 10/31/11 | 0.8 | Committee | Call with B. Jaffe and counsel regarding various information requests |
| Adam Schlesinger | 10/31/11 | 0.5 | Committee | Call with counsel regarding various information requests |
| Adam Schlesinger | 10/31/11 | 0.5 | Committee | Call with B. Jaffe regarding various information requests |
| Ben Jaffe | 10/31/11 | 0.8 | Committee | Call with A. Schlesinger and counsel regarding various information requests |
| Ben Jaffe | 10/31/11 | 0.5 | Committee | Call with A. Schlesinger regarding various information requests |
| | | 13.5 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2011 THROUGH OCTOBER 31, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Ben Jaffe | 10/05/11 | 0.5 | Corporate Finance | Call with counsel regarding business matter |
| Adam Schlesinger | 10/14/11 | 0.5 | Corporate Finance | Call with counsel regarding business matter |
| Ben Jaffe | 10/14/11 | 0.5 | Corporate Finance | Call with counsel regarding business matter |
| | | 1.5 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2011 THROUGH OCTOBER 31, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Ben Jaffe | 10/15/11 | 1.0 | Fee Applications | Draft fee application |
| | | 1.0 | | |

# Blackstone Advisory Partners L.P.

February 17, 2012

Mr. Fred Festa
Chairman and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | |
|---|---|---|
| Monthly Advisory Fee for the period of November 1, 2011 through November 30, 2011: | $ | 50,000.00 |
| **Total Amount Due**[1] | $ | 50,000.00 |

**Please wire transfer funds to:**

JP Morgan Chase
One Chase Manhattan Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Partners L.P.
Account Receivable Dept. 16th Floor
Account # 066-287472

**Invoice Number: 64263**

---
[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**Blackstone Advisory Partners L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

**BLACKSTONE ADVISORY PARTNERS L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**NOVEMBER 1, 2011 THROUGH NOVEMBER 30, 2011**

| Professional | Title | Hours |
|---|---|---|
| Jamie O'Connell | Managing Director | 5.2 |
| Adam Schlesinger | Associate | 11.9 |
| Ben Jaffe | Analyst | 34.5 |
| **Total** | | **51.6** |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2011 THROUGH NOVEMBER 30, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 11/01/11 | 0.2 | Case Administration | Review correspondence from counsel regarding draft motion |
| Adam Schlesinger | 11/02/11 | 0.5 | Case Administration | Review draft motion |
| Jamie O'Connell | 11/02/11 | 0.2 | Case Administration | Review correspondence from counsel regarding draft motion |
| Adam Schlesinger | 11/07/11 | 0.2 | Case Administration | Review correspondence |
| Jamie O'Connell | 11/08/11 | 0.2 | Case Administration | Call with M. Shelnitz of Grace regarding various matters |
| | | 1.3 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2011 THROUGH NOVEMBER 30, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 11/01/11 | 1.0 | Claims Analysis Objection/Resolution | Claims analysis |
| Ben Jaffe | 11/01/11 | 3.0 | Claims Analysis Objection/Resolution | Claims analysis |
| Adam Schlesinger | 11/02/11 | 1.0 | Claims Analysis Objection/Resolution | Review claims analyses |
| Ben Jaffe | 11/02/11 | 4.0 | Claims Analysis Objection/Resolution | Claims analysis |
| Ben Jaffe | 11/03/11 | 0.8 | Claims Analysis Objection/Resolution | Claims analysis |
| Ben Jaffe | 11/13/11 | 3.0 | Claims Analysis Objection/Resolution | Claims analysis |
| Ben Jaffe | 11/20/11 | 4.0 | Claims Analysis Objection/Resolution | Year-end claims analysis |
| Adam Schlesinger | 11/21/11 | 1.0 | Claims Analysis Objection/Resolution | Review claims analyses |
| Ben Jaffe | 11/21/11 | 1.0 | Claims Analysis Objection/Resolution | Claims analysis |
|  |  | 18.8 |  |  |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2011 THROUGH NOVEMBER 30, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 11/01/11 | 0.5 | Committee | Call with counsel and FCR advisors regarding draft motion |
| Adam Schlesinger | 11/01/11 | 0.5 | Committee | Call with counsel and UCC advisors regarding draft motion |
| Ben Jaffe | 11/01/11 | 0.4 | Committee | Call with counsel regarding draft motion |
| Ben Jaffe | 11/01/11 | 0.5 | Committee | Call with counsel and FCR advisors regarding draft motion |
| Ben Jaffe | 11/01/11 | 0.5 | Committee | Call with counsel and UCC advisors regarding draft motion |
| Adam Schlesinger | 11/03/11 | 0.8 | Committee | Call with counsel and creditor committee advisors regarding draft motion |
| Adam Schlesinger | 11/03/11 | 0.1 | Committee | Call with creditor advisor regarding information request |
| Adam Schlesinger | 11/03/11 | 0.1 | Committee | Call with management regarding creditor information request |
| Adam Schlesinger | 11/03/11 | 0.5 | Committee | Call with counsel and FCR advisors regarding draft motion |
| Ben Jaffe | 11/03/11 | 0.8 | Committee | Call with counsel and creditor committee advisors regarding draft motion |
| Ben Jaffe | 11/03/11 | 0.5 | Committee | Call with counsel and FCR advisors regarding draft motion |
| Jamie O'Connell | 11/03/11 | 0.3 | Committee | Call with counsel and creditor committee advisors regarding draft motion (did not attend entire call) |
| Jamie O'Connell | 11/03/11 | 0.5 | Committee | Call with counsel and FCR advisors regarding draft motion |
| Jamie O'Connell | 11/03/11 | 0.3 | Committee | Follow-up call with counsel regarding status of creditor information requests |
| Jamie O'Connell | 11/03/11 | 0.1 | Committee | Call with creditor advisor regarding information request |
| Jamie O'Connell | 11/03/11 | 0.1 | Committee | Call with management regarding creditor information request |
| Jamie O'Connell | 11/07/11 | 0.2 | Committee | Review correspondence from counsel regarding draft motion |
| Adam Schlesinger | 11/08/11 | 0.5 | Committee | Call with counsel regarding information request |
| Adam Schlesinger | 11/08/11 | 0.1 | Committee | Call with J. McFarland of Grace regarding creditor information request |
| Adam Schlesinger | 11/08/11 | 1.0 | Committee | Review committee information requests |
| Ben Jaffe | 11/08/11 | 0.5 | Committee | Call with counsel regarding information request |
| Ben Jaffe | 11/08/11 | 0.2 | Committee | Meeting with J. O'Connell regarding information request |
| Jamie O'Connell | 11/08/11 | 0.1 | Committee | Call with J. McFarland of Grace regarding creditor information request |
| Jamie O'Connell | 11/08/11 | 0.2 | Committee | Correspondence regarding creditor information request |
| Jamie O'Connell | 11/08/11 | 0.1 | Committee | Call with J. Radecki of Lincoln regarding information request |
| Jamie O'Connell | 11/08/11 | 0.1 | Committee | Call with J. Solganick of Lincoln regarding information request |
| Jamie O'Connell | 11/08/11 | 0.2 | Committee | Meeting with B. Jaffe regarding information request |
| Ben Jaffe | 11/09/11 | 0.2 | Committee | Call with J. O'Connell regarding information request |
| Jamie O'Connell | 11/09/11 | 0.2 | Committee | Call with B. Jaffe regarding information request |
| Adam Schlesinger | 11/10/11 | 0.5 | Committee | Call with committee advisors regarding draft motion |
| Adam Schlesinger | 11/10/11 | 0.1 | Committee | Call with B. Jaffe regarding draft motion |
| Ben Jaffe | 11/10/11 | 0.5 | Committee | Call with committee advisors regarding draft motion |
| Ben Jaffe | 11/10/11 | 0.1 | Committee | Call with A. Schlesinger regarding draft motion |
| Ben Jaffe | 11/10/11 | 0.1 | Committee | Call with J. O'Connell regarding information request |
| Jamie O'Connell | 11/10/11 | 0.1 | Committee | Read correspondence from counsel |
| Jamie O'Connell | 11/10/11 | 0.1 | Committee | Call with B. Jaffe regarding information request |
| Ben Jaffe | 11/11/11 | 0.5 | Committee | Call with counsel regarding information request |
| Ben Jaffe | 11/11/11 | 0.5 | Committee | Conference call with counsel and FCR advisors regarding draft motion |
| Ben Jaffe | 11/11/11 | 0.7 | Committee | Meeting with J. O'Connell regarding financial analysis |
| Ben Jaffe | 11/11/11 | 0.2 | Committee | Follow-up meeting with J. O'Connell |
| Jamie O'Connell | 11/11/11 | 0.5 | Committee | Conference call with counsel and FCR advisors regarding draft motion |
| Jamie O'Connell | 11/11/11 | 0.7 | Committee | Meeting with B. Jaffe regarding financial analysis |
| Jamie O'Connell | 11/11/11 | 0.1 | Committee | Correspondence from counsel regarding status of creditor requests |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2011 THROUGH NOVEMBER 30, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 11/11/11 | 0.2 | Committee | Follow-up meeting with B. Jaffe |
| | | 15.0 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2011 THROUGH NOVEMBER 30, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Ben Jaffe | 11/10/11 | 1.0 | Corporate Finance | Review draft motion |
| Ben Jaffe | 11/14/11 | 1.0 | Corporate Finance | Year-end planning analysis |
| Adam Schlesinger | 11/15/11 | 1.0 | Corporate Finance | Call with management regarding year-end accounting |
| Ben Jaffe | 11/15/11 | 3.0 | Corporate Finance | Peer financial analysis |
| Ben Jaffe | 11/15/11 | 1.0 | Corporate Finance | Call with management regarding year-end accounting |
| Ben Jaffe | 11/28/11 | 3.0 | Corporate Finance | Peer financial analysis |
| Adam Schlesinger | 11/30/11 | 2.0 | Corporate Finance | Review financial analyses |
| Ben Jaffe | 11/30/11 | 2.5 | Corporate Finance | Peer financial analysis |
| | | 14.5 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2011 THROUGH NOVEMBER 30, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 11/14/11 | 0.5 | Fee Applications | Review draft fee application |
| Ben Jaffe | 11/15/11 | 1.0 | Fee Applications | Draft fee application |
| Jamie O'Connell | 11/21/11 | 0.5 | Fee Applications | Review quarterly fee application |
| | | 2.0 | | |

# Blackstone Advisory Partners L.P.

February 17, 2012

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | |
|---|---|---|
| Monthly Fee for the period of December 1, 2011 through December 31, 2011: | $ | 75,000.00 |

Out-of-pocket expenses processed for the period through December 31, 2011: [1]

| | | |
|---|---|---|
| Ground Transportation | 20.08 | |
| Meals | 94.02 | |
| Document Production | 21.20 | 135.30 |
| **Total Amount Due** | $ | **75,135.30** |

**Please wire transfer funds to:**

JP Morgan Chase
One Chase Manhattan Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Partners L.P.
Account Receivable Dept. 16th Floor
Account # 066-287472

**Invoice Number: 66762**

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**Blackstone Advisory Partners L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

**W. R. Grace & Co.**
**Summary of Expenses**
**Through December 31, 2011**
**Invoice Number: 66762**

| | GL Detail Dec-11 | | Total Expenses | |
|---|---|---|---|---|
| Ground Transportation - Local Travel | $ | 20.08 | $ | 20.08 |
| Employee Meals | | 94.02 | | 94.02 |
| Document Production | | 21.20 | | 21.20 |
| **Total Expenses** | $ | 135.30 | $ | 135.30 |
| | | | | |
| **Ground Transportation** | | | $ | 20.08 |
| **Meals** | | | | 94.02 |
| **Document Production** | | | | 21.20 |
| | | | | |
| **Total Expenses** | | | $ | 135.30 |

W. R. Grace & Co.
Detail of Expenses Processed
Through December 31, 2011
Invoice Number: 66762

**Ground Transportation - Local Travel**

| | | | |
|---|---|---|---|
| Jaffe (weeknight taxi home from Blackstone after working late) | 09/19/11 | 9.48 | |
| Jaffe (weekend taxi home from Blackstone) | 09/25/11 | 10.60 | |
| Subtotal - Ground Transportation - Local Travel | | $ | 20.08 |

**Employee Meals**

| | | | |
|---|---|---|---|
| Jaffe (weeknight working dinner meal @ Blackstone while working late) | 08/25/11 | 25.00 | |
| Jaffe (weeknight working dinner meal @ Blackstone while working late) | 09/19/11 | 25.00 | |
| Jaffe (weekend working lunch meal @ Blackstone) | 09/25/11 | 19.02 | |
| Jaffe (weekend working dinner meal @ Blackstone) | 09/25/11 | 25.00 | |
| Subtotal - Employee Meals | | | 94.02 |

**Document Production**

| | | | |
|---|---|---|---|
| Jaffe (212 black & white photocopies calculated @ a rate of $0.10 per page) | 12/17/11 | 21.20 | |
| Subtotal - Document Production | | | 21.20 |
| Total Expenses | | $ | 135.30 |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**DECEMBER 1, 2011 THROUGH DECEMBER 31, 2011**

| Professional | Title | Hours |
|---|---|---|
| Jamie O'Connell | Managing Director | 12.8 |
| Adam Schlesinger | Associate | 10.7 |
| Ben Jaffe | Analyst | 56.9 |
| | **Total** | **80.4** |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**DECEMBER 1, 2011 THROUGH DECEMBER 31, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Ben Jaffe | 12/12/11 | 5.0 | Business Analysis | Attend operating plan session at Grace's offices in Columbia, MD |
| Ben Jaffe | 12/13/11 | 7.0 | Business Analysis | Attend operating plan session at Grace's offices in Columbia, MD |
| Jamie O'Connell | 12/13/11 | 7.0 | Business Analysis | Attend operating plan session at Grace's offices in Columbia, MD |
| | | 19.0 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**DECEMBER 1, 2011 THROUGH DECEMBER 31, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 12/09/11 | 0.1 | Committee | Call with financial advisor to FCR regarding information request |
| Jamie O'Connell | 12/09/11 | 0.3 | Committee | Manage committee information request |
| Jamie O'Connell | 12/09/11 | 0.1 | Committee | Call with management regarding committee information request |
| Jamie O'Connell | 12/14/11 | 0.3 | Committee | Manage committee information request |
| Jamie O'Connell | 12/18/11 | 0.2 | Committee | Manage committee information request |
| Adam Schlesinger | 12/20/11 | 0.1 | Committee | Call with financial advisor to FCR regarding information request |
| Ben Jaffe | 12/20/11 | 0.1 | Committee | Call with financial advisor to FCR regarding information request |
| Jamie O'Connell | 12/20/11 | 0.1 | Committee | Call with financial advisor to FCR regarding information request |
| | | 1.3 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**DECEMBER 1, 2011 THROUGH DECEMBER 31, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 12/02/11 | 0.2 | Corporate Finance | Year-end analysis discussion with J. O'Connell and B. Jaffe |
| Adam Schlesinger | 12/02/11 | 0.5 | Corporate Finance | Financial analysis |
| Ben Jaffe | 12/02/11 | 0.2 | Corporate Finance | Year-end analysis discussion with J. O'Connell and A. Schlesinger |
| Ben Jaffe | 12/02/11 | 1.5 | Corporate Finance | Year-end financial analysis at request of management |
| Jamie O'Connell | 12/02/11 | 0.2 | Corporate Finance | Year-end analysis discussion with A. Schlesinger and B. Jaffe |
| Ben Jaffe | 12/04/11 | 2.0 | Corporate Finance | Year-end financial analysis at request of management |
| Adam Schlesinger | 12/06/11 | 0.2 | Corporate Finance | Year-end analysis discussion with J. O'Connell and B. Jaffe |
| Ben Jaffe | 12/06/11 | 2.0 | Corporate Finance | Year-end financial analysis at request of management |
| Ben Jaffe | 12/06/11 | 0.2 | Corporate Finance | Year-end financial analysis discussion with J. O'Connell and A. Schlesinger |
| Ben Jaffe | 12/06/11 | 2.0 | Corporate Finance | Year-end financial analysis at request of management |
| Jamie O'Connell | 12/06/11 | 0.2 | Corporate Finance | Year-end analysis discussion with A. Schlesinger and B. Jaffe |
| Adam Schlesinger | 12/07/11 | 0.3 | Corporate Finance | Review financial analysis |
| Ben Jaffe | 12/07/11 | 4.0 | Corporate Finance | Year-end financial analysis at request of management |
| Adam Schlesinger | 12/08/11 | 1.0 | Corporate Finance | Review financial analysis |
| Ben Jaffe | 12/08/11 | 5.0 | Corporate Finance | Year-end financial analysis at request of management |
| Adam Schlesinger | 12/09/11 | 0.3 | Corporate Finance | Interest rate analysis |
| Ben Jaffe | 12/09/11 | 3.0 | Corporate Finance | Year-end financial analysis at request of management |
| Ben Jaffe | 12/09/11 | 3.0 | Corporate Finance | Year-end financial analysis at request of management |
| Adam Schlesinger | 12/11/11 | 0.8 | Corporate Finance | Interest rate analysis |
| Ben Jaffe | 12/11/11 | 2.0 | Corporate Finance | Year-end financial analysis at request of management |
| Adam Schlesinger | 12/13/11 | 0.5 | Corporate Finance | Financial analysis |
| Adam Schlesinger | 12/14/11 | 0.5 | Corporate Finance | Meeting with B. Jaffe to discuss year-end financial analysis at request of management |
| Ben Jaffe | 12/14/11 | 0.5 | Corporate Finance | Meeting with A. Schlesinger to discuss year-end financial analysis at request of management |
| Adam Schlesinger | 12/15/11 | 1.0 | Corporate Finance | Review financial analysis |
| Ben Jaffe | 12/15/11 | 3.0 | Corporate Finance | Year-end financial analysis at request of management |
| Adam Schlesinger | 12/16/11 | 0.3 | Corporate Finance | Review financial analysis |
| Adam Schlesinger | 12/16/11 | 0.4 | Corporate Finance | Call with management |
| Ben Jaffe | 12/16/11 | 1.0 | Corporate Finance | Year-end financial analysis at request of management |
| Ben Jaffe | 12/16/11 | 0.1 | Corporate Finance | Call with management |
| Adam Schlesinger | 12/19/11 | 1.0 | Corporate Finance | Review financial analysis |
| Adam Schlesinger | 12/19/11 | 0.5 | Corporate Finance | Call with management |
| Ben Jaffe | 12/19/11 | 0.5 | Corporate Finance | Call with management |
| Ben Jaffe | 12/19/11 | 2.0 | Corporate Finance | Year-end financial analysis at request of management |
| Adam Schlesinger | 12/20/11 | 0.7 | Corporate Finance | Review financial analysis |
| Ben Jaffe | 12/20/11 | 0.5 | Corporate Finance | Year-end financial analysis at request of management |
| Ben Jaffe | 12/20/11 | 2.0 | Corporate Finance | Year-end financial analysis at request of management |
| Adam Schlesinger | 12/21/11 | 0.5 | Corporate Finance | Review financial analysis |
| Ben Jaffe | 12/22/11 | 0.5 | Corporate Finance | Call with management |
| Ben Jaffe | 12/22/11 | 1.8 | Corporate Finance | Year-end financial analysis at request of management |
| Ben Jaffe | 12/22/11 | 2.5 | Corporate Finance | Year-end financial analysis at request of management |
| Ben Jaffe | 12/22/11 | 0.2 | Corporate Finance | Year-end financial analysis at request of management |
| Adam Schlesinger | 12/29/11 | 0.2 | Corporate Finance | Financial analysis |
| Ben Jaffe | 12/29/11 | 0.3 | Corporate Finance | Call with management |
| | | **49.1** | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**DECEMBER 1, 2011 THROUGH DECEMBER 31, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 12/01/11 | 0.5 | Fee Applications | Draft fee application |
| Adam Schlesinger | 12/12/11 | 0.2 | Fee Applications | Draft fee application |
| Ben Jaffe | 12/14/11 | 1.0 | Fee Applications | Draft fee application |
| Adam Schlesinger | 12/19/11 | 0.5 | Fee Applications | Draft fee application |
| Jamie O'Connell | 12/20/11 | 0.3 | Fee Applications | Review October fee statement |
| Adam Schlesinger | 12/30/11 | 0.5 | Fee Applications | Draft fee application |
| | | **3.0** | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**DECEMBER 1, 2011 THROUGH DECEMBER 31, 2011**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Ben Jaffe | 12/12/11 | 2.0 | Non-Working Travel Time | Travel from New York to Columbia, MD |
| Jamie O'Connell | 12/12/11 | 2.0 | Non-Working Travel Time | Travel from New York to Columbia, MD |
| Ben Jaffe | 12/13/11 | 2.0 | Non-Working Travel Time | Travel from Columbia, MD to New York |
| Jamie O'Connell | 12/13/11 | 2.0 | Non-Working Travel Time | Travel from Columbia, MD to residence in New Jersey |
| | | 8.0 | | |