# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

## FOR THE TIME PERIOD
## FEBRUARY 1, 2012 THROUGH
## FEBRUARY 29, 2012

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE  19806
(302) 655-4200
EI #: 51-0328786

March 9, 2012

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC  20007--5135

File    WRG-AUS/JCP
Invoice number   101931

Re:  W. R. Grace & Co.
     David T. Austern
Case No.:  01-01139 (RLB)

           Subtotal for FEES only: 02/29/12     $6,983.50
           Subtotal for COSTS only: 02/29/12        $6.50
                                                ---------
CURRENT PERIOD FEES AND COSTS: 02/29/12         $6,990.00
                                                ---------

****************************************************************

Please send remittance copy with payment.  Thank you.

****************************************************************

Phillips, Goldman & Spence, P.A.

Page 2

March 9, 2012

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   101931

Re:   W. R. Grace & Co.
      David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| PLAN AND DISCLOSURE STATEMENT | 10.6 | 5,141.00 |
| FEE/EMPLOYMENT APPLICATIONS | 5.2 | 1,178.00 |
| CASE ADMINISTRATION | 0.5 | 82.50 |
| LITIGATION | 1.2 | 582.00 |
| Subtotal for FEES only: 02/29/12 | 17.5 | $6,983.50 |

| RATE | SUMM | | HOURS | | | |
|---|---|---|---|---|---|---|
| 485.00 | JCP | 12.80 | 12.80 | 6,208.00 | 0.00 | 0.00 |
| 165.00 | CAH | 4.70 | 4.70 | 775.50 | 0.00 | 0.00 |
| Totals | | 17.50 | 17.50 | 6,983.50 | 0.00 | 0.00 |

Sorts:　Grouping code　　(Paginate)
　　　　Client code
　　　　Actual employee code　(Subtotal)
　　　　Transaction date

Ranges:
　Include "Client code" from WRG to WRG
　Exclude "Billable $" from 0.00 to 0.00
　Include "Invoice Number" from 101931 to 101931

| Gr Cd | Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars |
|---|---|---|---|---|---|---|---|
| WRG | | CASE ADMINISTRATION | CAH | 02/03/12 | Update docket to system. | 0.20 | 33.00 |
| WRG | | CASE ADMINISTRATION | CAH | 02/14/12 | Update docket to system. | 0.20 | 33.00 |
| WRG | | CASE ADMINISTRATION | CAH | 02/22/12 | Update docket to system. | 0.10 | 16.50 |
| | | | | | | ----- | ----- |
| | | | | | | 0.50 | 82.50 |
| | | | | | | ----- | ----- |
| | | | | | | 0.50 | 82.50 |
| | | | | | | ----- | ----- |

Total records this group: 3

WRG-AUS                              LEGALMASTER MIRC for Transactions                         3/9/2012 Pg 2
                                                  -Fees-

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 02/14/12 | Review of Debtors' Motion to Approve Settlement for Cape Cod, Massachusetts Superfund site and Consent Decree. | 0.30 | 145.50 | Li |
| WRG | LITIGATION | JCP | 02/21/12 | Review of Agenda for 2/27/12 Hearing; memorandum to paralegal re: signing John C. Phillips, Jr. up to participate via Court Call. | 0.10 | 48.50 | |
| WRG | LITIGATION | JCP | 02/22/12 | Review of Order rescheduling 5/27/12 Hearing to 5/23/12; re-calendar same; review of Court Call sign up confirmation for 2/27/12 Hearing; memorandum to file re: same. | 0.20 | 97.00 | |
| WRG | LITIGATION | JCP | 02/27/12 | Phone conference with Judge Fitzgerald and all counsel. | 0.50 | 242.50 | |
| WRG | LITIGATION | JCP | 02/28/12 | Review of Notice of Settlement of NYSDTF claims. | 0.10 | 48.50 | |
|  |  |  |  |  | ----- | ------ | |
|  |  |  |  |  | 1.20 | 582.00 | |
|  |  |  |  |  | ----- | ------ | |
|  |  |  |  |  | 1.20 | 582.00 | |
|  |  |  |  |  | ----- | ------ | |

Total records this group: 5

WRG-AUS                          LEGALMASTER MIRC for Transactions                    3/9/2012  Pg 3
                                             -Fees-

| C1 code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/03/12 | Draft Quarterly Fee Application for Phillips, Goldman & Spence. | 2.20 | 363.00 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/03/12 | Scan, file and serve 31st Quarterly Fee Application for Phillips, Goldman & Spence. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/13/12 | Begin January Fee Application. | 0.20 | 33.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/14/12 | Review of and revise pre-bill and work on Fee Application. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/20/12 | Download and file Certificate of No Objection for Orrick's December Fee Application; send docket number to D. Fullem. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/22/12 | Draft Certificate of No Objection for Phillips, Goldman & Spence December 2011 Fee Application. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/22/12 | Complete Phillips, Goldman & Spence January Fee Application. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/24/12 | Scan, OCR and file Phillips, Goldman & Spence Fee Application for January 2012; label and serve same. | 0.30 | 49.50 | |
| | | | | | ---- | ------- | |
| | | | | | 4.20 | 693.00 | |
| | | | | | ---- | ------- | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 02/03/12 | Review of, revise and execute 31st Quarterly Fee Application; conference with Celeste A. Hartman re: same. | 0.30 | 145.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 02/04/12 | Review of and revise January 2012 pre-bill. | 0.20 | 97.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 02/21/12 | Review of Fee Examininer's Report approving Phillips, Goldman & Spence Fee Application for 42nd Interim Period. | 0.10 | 48.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 02/22/12 | Review of Certificate of No Objection re: Austern's 91st Monthly Fee Application; review of, revise and execute Phillips, Goldman & Spence 92nd Monthly Fee Application; conference with Celeste A. Hartman re: same. | 0.40 | 194.00 | |
| | | | | | ---- | ------- | |
| | | | | | 1.00 | 485.00 | |
| | | | | | ---- | ------- | |
| | | | | | 5.20 | 1,178.00 | |
| | | | | | ---- | ------- | |

Total records this group:  12    .

WRG-AUS                                    LEGALMASTER MIRC for Transactions                              3/9/2012  Pg 4
                                                        -Fees-

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 02/01/12 | Review of balance of Judge Buckwalter's 1/30/12 Opinion (pages 76-202). | 3.90 | 1,891.50 | ps |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 02/06/12 | Review of ECF Notification re: due date for Answering Brief in Opposition to Motion for Reargument (.1); review of Garlock's Motion for Reargument (.4); preliminary review of Garlock's Exhibits to Motion (.3). | 0.80 | 388.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 02/13/12 | E-mail from and e-mail to Rick Wyron (3x) re: 2/13/12 filing (.2); e-mail from counsel for Debtor (2x) re: same (.1); e-mail from local counsel for Debtor re: same with enclosure; review of Plan Proponents' Motion to Amend Memorandum Opinion (.2); review of red-lined revisions to pages 173-175 of Opinion (.1); e-mail from local counsel for Personal Injury Committee to counsel for Debtors approving Motion to Amend (.1); e-mail to local counsel for Debtors approving Motion to Amend (.1). | 0.80 | 388.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 02/14/12 | Review of ECF Notification re: due date for Answering Brief in response to Plan Proponents's Motion to Amend Memorandum Opinion (.1); review of BNSF's Motion to Extend Time to Appeal (.1); review of Joint Motion of Sealed Air, Cryovac and Fresenius to Amend/Clarify Memorandum Opinion and Order with proposed Order and Exhibits (.3). | 0.50 | 242.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 02/15/12 | Review of ECF Notification re: 3 Notices of Bank Lender Group appeal; review of Notice of Entry of Order Confirming Joint Plan. | 0.20 | 97.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 02/17/12 | Review of BNSF's proposed Order extending time to appeal decisions confirming Plan. | 0.10 | 48.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 02/21/12 | E-mail from Rick Wyron re: final draft of Appellee's Brief in Opposition to Garlock's Motion to Reargue or Amend Judgment with enclosure (.1); review of same with 2 exhibits (.3); e-mail from Rick Wyron re: revised version of Brief with enclosure (.1); review of same (.1); e-mail from and e-mail to Rick Wyron re: singing off on Brief (.1); e-mail to and e-mail from local counsel for Debtors re: same (.1). | 0.80 | 388.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 02/22/12 | Review of ECF Notification (2x) re: due date for Garlock's Reply Brief in support of Motion to Reargue or Amend Judgment; review of ECF Notification (6x) re: Bank Lenders' Group's Transcript Request and Amended Notice of Appeal. | 0.30 | 145.50 | |

```
WRG-AUS                              LEGALMASTER MIRC for Transactions                        3/9/2012  Pg 5
                                                  -Fees-
```

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 02/23/12 | Review of ECF Notification (9x) from 3rd Circuit re: Bank Lender Groups' Amended Notice of Appeal (.2); e-mail from local counsel for Anderson Memorial Hospital re: Anderson's Motion to Extend Time to File Notice of Appeal with enclosure (.1); review of same (.2); review of Anderson's proposed Order re: same (.1); e-mail to Orrick requesting permission to approve filing of same (.1); e-mail from and e-mail to Roger Frankel re: same (.1); review of Bank Lender Group's Amended Notice of Appeal (.1); review of Bank Lender Group's Transcript Request (.1); e-mail from counsel for Debtor to local counsel for Anderson Memorial re: responding to Anderson's request on 2/24/12 (.1); e-mail from Roger Frankel re: same (.1); review of ECF Notification re: Anderson Memorial filed its Motion to Extend Time to File Notice of Appeal (.1); e-mail to Orrick re: same (.1). | 1.40 | 679.00 | ps |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 02/24/12 | Review of ECF Notification re: setting Answering Brief due date in response to Anderson Memorial's Motion to Extend Time to Appeal; review of ECF Notification (3x) re: Notice of Docketing Record on Appeal filed by Bank Lender Group; review of ECF Notification (3x) re: Transcript Purchase Order form; review of Anderson Memorial's Motion to Extend Time to File Notice of Appeal. | 0.40 | 194.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 02/27/12 | Review of Libby Claimants' Responses to Plan Proponents' Motion to Amend 1/31/12 Memorandum Opinion. | 0.10 | 48.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 02/28/12 | Review of ECF Notification re: setting due date for Answering Brief in response to Garlock's Motion to Stay (.1); review of Garlock's Motion to Stay 1/31/12 Decision Pending Reargument and Appeal (.7); review of Order granting BNSF's and Anderson Memorial's Motions to Extend Time to File Notice of Appeal (.1). | 0.90 | 436.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 02/29/12 | Review of Canada's Notice of Appeal; review of Bank Lender Groups' Statement of Issues on Appeal; review of Higgins' Pro Hac Motion; review of 3 ECF notifications re: appearances for Fresenius. | 0.40 | 194.00 | |

```
                                                                                      -------     ----------
Total records this group:   13                                                          17.50       6,983.50
                                                                                      =======     ==========
33 records printed.
```