EXHIBIT B

PHILLIPS, GOLDMAN & SPENCE, P.A.

EXPENSE RECORDS

FOR THE TIME PERIOD
FEBRUARY 1, 2012 THROUGH
FEBRUARY 29, 2012

Phillips, Goldman & Spence, P.A.

Page   2

March 9, 2012

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   101931

Re:  W. R. Grace & Co.
     David T. Austern

COSTS ADVANCED

| | |
|---|---:|
| 02/03/12 Photocopies | 6.50 |
| Subtotal for COSTS only: 02/29/12 | $6.50 |