# EXHIBIT A

(Trivalent Chromium)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co.  
Attn: Lydia B. Duff  
7500 Grace Drive  
Columbia, MD  21044

January 26, 2012  
Client/Matter #  01246-014988  
Invoice # 146007  
Federal ID# 52-1247549

For Legal Services Rendered Through 12/31/11 in Connection With:

**PLEASE REMIT PAYMENT TO :**   BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

**Trivalent Chromium**

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 12/20/11 | P. Marks | P230 | 2.10 | Evaluate regulatory issues and prepare analysis re exclusion review procedure. |
| 12/21/11 | P. Marks | P230 | 3.20 | Evaluate regulatory history issues and state information, and prepare legal analysis for MDE re procedure. |
| 12/21/11 | P. Marks | P230 | 1.30 | Complete procedural analysis for State; direct staff re attachments; telephone conference with L. Duff re same. |

Total Hours :         6.60

Total Fees :     $3,036.00

BEVERIDGE & DIAMOND, P.C.

INVOICE #  146007
January 26, 2012
PAGE   2

**Time Summary :**

| Title | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks   Principal | 6.60 | $460.00 | $3,036.00 |
| | | Total Fees: | $3,036.00 |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| P300 | | |
| P230 | 6.60 | $3,036.00 |
| Total P300 | 6.60 | $3,036.00 |
| Total Fees : | 6.60 | $3,036.00 |

**Summary by Disbursement Codes :**

| | | Bill Amount |
|---|---|---|
| 002 | Postage | $9.94 |
| 003 | Long Distance Telephone | $7.45 |
| 004 | Duplicating | $43.00 |
| 022 | Local Meals | $3.68 |
| | Total Disbursements : | $64.07 |
| | **TOTAL DUE :** | **$3,100.07** |

# EXHIBIT B

(Project "C")

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co.  
Attn: Lydia B. Duff  
7500 Grace Drive  
Columbia, MD 21044  

January 26, 2012  
Client/Matter # 01246-015120  
Invoice # 146008  
Federal ID# 52-1247549  

For Legal Services Rendered Through 12/31/11 in Connection With:

**PLEASE REMIT PAYMENT TO :**   BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

## Project "C"

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 12/06/11 | A. Goldberg | C300 | 0.50 | Communications with P. Marks re potential RCRA regulatory issues; research re same. |
| 12/06/11 | P. Marks | C300 | 0.50 | Coordinate with A. Goldberg re facts and identification of legal issues. |
| 12/07/11 | A. Goldberg | C300 | 1.30 | Prepare for and participate in telephone conference with L. Duff and P. Marks; research re same. |
| 12/07/11 | P. Marks | C300 | 0.60 | Prepare for and conduct telephone conference with L. Duff and A. Goldberg re RCRA regulatory analysis. |
| 12/14/11 | A. Goldberg | C300 | 4.00 | Research and prepare analysis of issues. |
| 12/15/11 | A. Goldberg | C300 | 2.30 | Research and prepare analysis of issues. |
| 12/16/11 | A. Goldberg | C300 | 3.50 | Research and prepare analysis of potential hazardous waste issues. |
| 12/20/11 | A. Goldberg | C300 | 2.00 | Research and prepare outline of potential hazardous waste regulatory issues; send e-mail to P. Marks re same. |

BEVERIDGE & DIAMOND, P.C.                                    INVOICE #  146008
                                                             January 26, 2012
                                                             PAGE   2


| Date | Timekeeper | Code | Hours | Description |
|---|---|---|---|---|
| 12/22/11 | A. Goldberg | C300 | 1.50 | Telephone conference with P. Marks re draft outline of potential hazardous waste regulatory issues; review and revise draft outline; send e-mail to L. Duff re same. |
| 12/22/11 | P. Marks | C300 | 0.80 | Review draft recycling analysis; telephone conference with A. Goldberg re same. |
| 12/28/11 | A. Goldberg | C300 | 1.50 | Exchange e-mails with L. Duff re research and analysis; research re same; telephone conference with L. Duff re same. |
| 12/29/11 | A. Goldberg | C300 | 1.30 | Review and revise outline of potential hazardous waste regulatory issues; research re same; send e-mail to L. Duff re same. |


                         **Total Hours :**              19.80

                         **Total Fees :**          $10,629.50

BEVERIDGE & DIAMOND, P.C.

INVOICE #  146008
January 26, 2012
PAGE   3

**Time Summary :**

| Title | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| A. Goldberg    Principal | 17.90 | $545.00 | $9,755.50 |
| P. Marks       Principal | 1.90 | $460.00 | $874.00 |
| | | Total Fees: | $10,629.50 |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 19.80 | $10,629.50 |
| Total | 19.80 | $10,629.50 |
| Total Fees : | 19.80 | $10,629.50 |

**Summary by Disbursement Codes :**

| | TOTAL DUE : | $10,629.50 |
|---|---|---|

# EXHIBIT C

**(Bankruptcy Fee Application)**

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co. - Conn  
Attn: Lydia B. Duff, Esq.  
7500 Grace Drive  
Columbia, MD  21044

January 26, 2012  
Client/Matter #  01246-012629  
Invoice # 146006  
Federal ID# 52-1247549

For Legal Services Rendered Through 12/31/11 in Connection With:

**PLEASE REMIT PAYMENT TO :**   BEVERIDGE & DIAMOND, P.C.  
SUITE 700  
1350 I STREET, N.W.  
WASHINGTON, D.C. 20005-3311

<u>Bankruptcy Fee Application</u>
<u>100035</u>

Disbursements:

| | |
|---|---|
| Copying | 14.20 |
| Postage | 5.08 |
| Total Disbursements : | $19.28 |
| TOTAL DUE : | $19.28 |

# EXHIBIT D

**(Investigation of VC Processing Facilities)**

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.  
Attn: Richard Finke  
7500 Grace Drive  
Columbia, MD  21044

February 28, 2012  
Client/Matter #  01246-014352  
Invoice # 146542  
Federal ID# 52-1247549

For Legal Services Rendered Through 12/31/11 in Connection With:

**Investigation of VC Processing Facilities**
**100045**

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 12/02/11 | P. Marks | C300 | 0.40 | Review and evaluate information re projects. |
| 12/06/11 | P. Marks | C300 | 1.00 | Telephone conference with L. Duff re research scope; review information re same. |
| 12/07/11 | P. Marks | C300 | 2.70 | Review information; telephone conference with H. Feichko, J. Hughes and R. Finke re factual background for research/evaluation re issues; follow-up evaluation re same; conference with B. Reddy and H. Knight re structure and content of research and evaluation. |
| 12/07/11 | B. Reddy | C300 | 0.90 | Telephone conference with P. Marks and H. Knight re scope and background of research assignment. |
| 12/07/11 | H. Knight | C300 | 1.90 | Conference with P. Marks and B. Reddy re issues; review documents. |
| 12/08/11 | P. Marks | C300 | 1.10 | Prepare for and conduct telephone conference with H. Feichko, R. Mercer, and H. Knight re factual background; follow-up instructions to H. Knight re same. |
| 12/08/11 | H. Knight | C300 | 2.20 | Telephone conference with P. Marks, H. Feichko, and R. Mercer; review documents. |
| 12/09/11 | P. Marks | C300 | 0.50 | Prepare factual development and coordinate with client re same. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 146542
February 28, 2012
PAGE   2

| Date | Timekeeper | Code | Hours | Description |
|---|---|---|---|---|
| 12/09/11 | H. Knight | C300 | 0.90 | Review documents; email correspondence with P. Marks re same. |
| 12/12/11 | P. Marks | C300 | 0.40 | Prepare for factual interviews. |
| 12/12/11 | B. Reddy | C300 | 3.80 | Research; draft summary re same. |
| 12/13/11 | P. Marks | C300 | 1.70 | Prepare for and conduct call with B. Marriam, H. Feichko, R. Finke and H. Knight re facts; follow-up with H. Feichko. |
| 12/13/11 | B. Reddy | C300 | 1.80 | Research. |
| 12/13/11 | H. Knight | C300 | 9.20 | Telephone conference with H. Feichko, R. Finke, B. Marriam, and P. Marks; prepare summary re same and conduct legal research. |
| 12/14/11 | P. Marks | C300 | 1.30 | Telephone conference with H. Feichko, H. Knight, and R. Mercer; follow-up re same. |
| 12/14/11 | B. Reddy | C300 | 5.50 | Legal research. |
| 12/14/11 | H. Knight | C300 | 6.80 | Telephone conference with H. Feichko, R. Mercer, and P. Marks and conduct research. |
| 12/15/11 | P. Marks | C300 | 0.20 | Telephone conferences with H. Knight and B. Reddy re research. |
| 12/15/11 | H. Knight | C300 | 0.40 | Telephone conferences with P. Marks re research and follow-up with B. Reddy re same. |
| 12/16/11 | H. Knight | C300 | 1.70 | Conduct research and prepare memorandum. |
| 12/18/11 | B. Reddy | C300 | 6.00 | Research and continue to prepare memorandum. |
| 12/19/11 | P. Marks | C300 | 2.40 | Review documents and prepare memorandum. |
| 12/19/11 | B. Reddy | C300 | 2.00 | Research and prepare memorandum. |
| 12/19/11 | H. Knight | C300 | 7.40 | Research and prepare memorandum. |
| 12/20/11 | K. Bourdeau | C300 | 1.30 | Conference call with P. Marks, H. Knight, and B. Reddy re research and evaluate same. |
| 12/20/11 | P. Marks | C300 | 0.90 | Conduct team conference call and review information re same. |
| 12/20/11 | B. Reddy | C300 | 2.40 | Research; conference with K. Bourdeau, P. Marks, and H. Knight re status of research; identify information needs; e-mail communications with H. Knight, P. Marks, and K. Bourdeau re same. |

BEVERIDGE & DIAMOND, P.C.                                              INVOICE # 146542
                                                                       February 28, 2012
                                                                       PAGE   3

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 12/20/11 | H. Knight | C300 | 6.90 | Continue research; telephone conference with P. Marks, K. Bourdeau, and B. Reddy re same. |
| 12/22/11 | K. Bourdeau | C300 | 0.50 | E-mail communications re EPA actions and path forward on action items. |
| 12/22/11 | P. Marks | C300 | 0.80 | Prepare email to H. Feichko re information collection and email exchange re EPA actions. |

**Total Hours :**        75.00

**Total Fees :**         $25,029.00

BEVERIDGE & DIAMOND, P.C.

INVOICE # 146542
February 28, 2012
PAGE   4

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 1.80 | $680.00 | $1,224.00 |
| P. Marks | 13.40 | $460.00 | $6,164.00 |
| B. Reddy | 22.40 | $295.00 | $6,608.00 |
| H. Knight | 37.40 | $295.00 | $11,033.00 |
| **Total Fees :** | | | **$25,029.00** |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 75.00 | $25,029.00 |
| Total | 75.00 | $25,029.00 |
| **Total Fees :** | **75.00** | **$25,029.00** |

**Summary by Disbursement Codes :**

| | | Bill Amount |
|---|---|---|
| E105 | Telephone | $11.40 |
| **Total Disbursements :** | | **$11.40** |

| | **TOTAL DUE :** | **$25,040.40** |
|---|---|---|

# EXHIBIT E

## (IRIS)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co.  
Attn: Lydia B. Duff  
7500 Grace Drive  
Columbia, MD  21044

February 28, 2012  
Client/Matter #  01246-015172  
Invoice # 146543  
Federal ID# 52-1247549

For Legal Services Rendered Through 12/31/11 in Connection With:

**PLEASE REMIT PAYMENT TO :**   BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

<u>IRIS</u>

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 12/04/11 | K. Bourdeau | C300 | 1.30 | Review background e-mails relevant to conference call with L. Duff and H. Feichko on projects; conference with P. Marks re preparation for conference call. |
| 12/04/11 | P. Marks | C300 | 2.20 | Review information and telephone conference with K. Bourdeau to prepare for meeting with client. |
| 12/05/11 | K. Bourdeau | C300 | 1.30 | Conference call with L. Duff, H. Feichko, and P. Marks; follow-up conference with P. Marks re same. |
| 12/05/11 | P. Marks | C300 | 1.30 | Telephone conference with H. Feichko, L. Duff and K. Bourdeau re tasks; follow-up re same. |
| 12/06/11 | K. Bourdeau | C300 | 3.00 | Work on memorandum to client re issues to be addressed. |
| 12/09/11 | K. Bourdeau | C300 | 0.50 | Work on memorandum. |
| 12/11/11 | K. Bourdeau | C300 | 1.80 | Work on memorandum and draft cover e-mail. |
| 12/12/11 | P. Marks | C300 | 0.50 | Prepare overview memorandum. |

BEVERIDGE & DIAMOND, P.C.
INVOICE #  146543
February 28, 2012
PAGE  2

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 12/13/11 | K. Bourdeau | C300 | 0.50 | Finalize memorandum. |
| 12/13/11 | P. Marks | C300 | 1.00 | Prepare memorandum and telephone conference with L. Duff re same. |
| 12/14/11 | K. Bourdeau | C300 | 3.00 | Review numerous background documents in preparation for 12/15 meeting re assessment. |
| 12/14/11 | P. Marks | C300 | 1.00 | Prepare for client meeting. |
| 12/15/11 | K. Bourdeau | C300 | 3.30 | Review client comments on memorandum; communications with P. Marks re same and related issues and preparation for and attendance at meeting with client; follow-up with P. Marks re same. |
| 12/15/11 | K. Bourdeau | C300 | 0.50 | Research re project. |
| 12/15/11 | P. Marks | C300 | 3.50 | Attend pre-meeting, meeting and post meeting evaluation at W.R. Grace offices and evaluate same and follow-up with K. Bourdeau re same. |
| 12/16/11 | P. Marks | C300 | 0.80 | Evaluate issues and prepare summary. |
| 12/16/11 | E. Wolk | C300 | 2.00 | Prepare binder of research materials. |
| 12/19/11 | K. Bourdeau | C300 | 0.50 | Review research materials. |
| 12/19/11 | E. Wolk | C300 | 2.00 | Research. |
| 12/20/11 | K. Bourdeau | C300 | 2.00 | Review research materials. |
| 12/20/11 | P. Marks | C300 | 1.20 | Prepare summary of tasks. |
| 12/21/11 | K. Bourdeau | C300 | 1.50 | Review research materials and communications with client re same. |
| 12/23/11 | K. Bourdeau | C300 | 4.50 | Conferences with P. Marks and clients re status of and path forward on action items and numerous communications with P. Marks and E. Wolk re research and new developments. |
| 12/23/11 | P. Marks | C300 | 3.40 | Evaluate issues and telephone conferences with K. Bourdeau, E. Wolk and clients re same; review new information and prepare summary re same. |
| 12/23/11 | E. Wolk | C300 | 3.50 | Conference with P. Marks and research. |
| 12/26/11 | K. Bourdeau | C300 | 2.80 | Review new information and prepare draft letter re same. |

BEVERIDGE & DIAMOND, P.C.  
INVOICE #  146543  
February 28, 2012  
PAGE   3

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 12/27/11 | K. Bourdeau | C300 | 1.80 | Communications with client and P. Marks re developments and tasks and direct E. Wolk re same. |
| 12/27/11 | E. Wolk | C300 | 7.50 | Research and prepare binder. |
| 12/28/11 | K. Bourdeau | C300 | 5.30 | Prepare draft letter; communications to client re same and research. |
| 12/28/11 | E. Wolk | C300 | 8.00 | Conference with K. Bourdeau; research and continue same. |
| 12/29/11 | K. Bourdeau | C300 | 3.80 | Review client comments on draft letter and provide response thereto; further research and conference with E. Wolk re same and prepare for January 3 meeting. |
| 12/29/11 | E. Wolk | C300 | 4.50 | Research as directed by K. Bourdeau. |
| 12/30/11 | K. Bourdeau | C300 | 3.80 | Finalize preparation of notebooks of key supporting materials; begin review of additional information. |
| 12/30/11 | E. Wolk | C300 | 0.50 | Prepare and send emails as dictated by K. Bourdeau. |
| 12/31/11 | K. Bourdeau | C300 | 5.50 | Review research materials in preparation for upcoming conference calls and meeting; prepare notes re same; prepare e-mail to clients re results of review. |

**Total Hours :**         89.60

**Total Fees :**      $44,070.00

BEVERIDGE & DIAMOND, P.C.                                      INVOICE #  146543
                                                               February 28, 2012
                                                               PAGE   4

**Time Summary :**

|              | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau  | 46.70        | $680.00         | $31,756.00  |
| P. Marks     | 14.90        | $460.00         | $6,854.00   |
| E. Wolk      | 28.00        | $195.00         | $5,460.00   |
|              |              | Total Fees :    | $44,070.00  |
|              |              | Total Fees:     | $44,070.00  |

**Summary by Task Codes :**

| CODE  | Hours | Bill Amount |
|---|---|---|
| C300  | 89.60 | $44,070.00  |
| Total | 89.60 | $44,070.00  |
|       | Total Fees :  89.60 | $44,070.00 |

**Summary by Disbursement Codes :**

                                           **TOTAL DUE :**        **$44,070.00**