# EXHIBIT A

(Curtis Bay FUSRAP Bankruptcy Claim Resolution)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

February 28, 2012
Client/Matter #  01246-011548
Invoice # 146540
Federal ID# 52-1247549

For Legal Services Rendered Through 01/31/12 in Connection With:

**PLEASE REMIT PAYMENT TO :**     BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

<u>Curtis Bay FUSRAP Bankruptcy Claim Resolution</u>
<u>100103</u>

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 01/16/12 | P. Marks | C300 | 0.30 | Review U.S. Army Corps of Engineers (USACE) correspondence re Sledd's Point and email to P. Bucens re same. |
| 01/20/12 | P. Marks | C300 | 0.60 | Review information from client and email re same. |
| 01/23/12 | P. Marks | C300 | 0.60 | Communications with P. Bucens re Maryland Department of Environment (MDE) letter to USACE; evaluate same. |
| 01/30/12 | P. Marks | C300 | 3.10 | Conference with team at Curtis Bay. |
| 01/31/12 | P. Marks | C300 | 0.30 | Evaluation of client emails. |

Total Hours :     4.90

Total Fees :     $2,299.08

BEVERIDGE & DIAMOND, P.C.

INVOICE # 146540
February 28, 2012
PAGE   2

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 4.90 | $469.20 | $2,299.08 |
|  |  | Total Fees : | $2,299.08 |
|  |  | Total Fees: | $2,299.08 |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 4.90 | $2,299.08 |
| Total | 4.90 | $2,299.08 |
| Total Fees : | 4.90 | $2,299.08 |

**Summary by Disbursement Codes :**

TOTAL DUE :        $2,299.08

# EXHIBIT B

(General Regulatory/Compliance Issues)

# EXHIBIT B

(General Regulatory/Compliance Issues)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co. - Conn  
Attn: Lydia B. Duff, Esq.  
7500 Grace Drive  
Columbia, MD  21044

February 28, 2012  
Client/Matter #  01246-012100  
Invoice # 146541  
Federal ID# 52-1247549

For Legal Services Rendered Through 01/31/12 in Connection With:

**PLEASE REMIT PAYMENT TO :**     BEVERIDGE & DIAMOND, P.C.  
SUITE 700  
1350 I STREET, N.W.  
WASHINGTON, D.C. 20005-3311

General Regulatory/Compliance Issues
100042

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 01/16/12 | P. Marks | 1.40 | Prepare audit letter response. |
| 01/17/12 | P. Marks | 0.20 | Audit letter preparation. |

Total Hours :  1.60

Total Fees :  $750.72

BEVERIDGE & DIAMOND, P.C.                              INVOICE #  146541
                                                       February 28, 2012
                                                       PAGE   2

**Time Summary:**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 1.60 | $469.20 | $750.72 |
|  | **Total Fees :** |  | **$750.72** |
|  | **TOTAL DUE :** |  | **$750.72** |

# EXHIBIT C

**(Investigation of VC Processing Facilities)**

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.  
Attn: Richard Finke  
7500 Grace Drive  
Columbia, MD  21044  

February 29, 2012  
Client/Matter #  01246-014352  
Invoice # 146551  
Federal ID# 52-1247549  

For Legal Services Rendered Through 01/31/12 in Connection With:

**Investigation of VC Processing Facilities**
**100045**

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 01/04/12 | H. Knight | C300 | 7.00 | Research and prepare memorandum. |
| 01/05/12 | B. Reddy | C300 | 1.80 | Research and prepare memorandum. |
| 01/05/12 | H. Knight | C300 | 7.30 | Research and prepare memorandum. |
| 01/06/12 | B. Reddy | C200 | 2.30 | Research. |
| 01/06/12 | H. Knight | C300 | 10.30 | Research and prepare memorandum. |
| 01/07/12 | B. Reddy | C200 | 12.00 | Research. |
| 01/07/12 | H. Knight | C300 | 8.20 | Research and prepare memorandum. |
| 01/08/12 | B. Reddy | C300 | 15.00 | Research and prepare memorandum. |
| 01/08/12 | H. Knight | C300 | 6.80 | Research and prepare memorandum. |
| 01/11/12 | K. Bourdeau | C300 | 0.30 | E-mail communications re analysis. |
| 01/12/12 | K. Bourdeau | C300 | 0.60 | Review and prepare comments on draft analysis. |
| 01/12/12 | P. Marks | C300 | 1.60 | Review and evaluate legal research. |
| 01/13/12 | K. Bourdeau | C300 | 3.80 | Review EPA actions and same and conferences with Beveridge & Diamond team re analysis. |

BEVERIDGE & DIAMOND, P.C.                                   INVOICE # 146551
                                                            February 29, 2012
                                                            PAGE   2

| Date | Timekeeper | Code | Hours | Description |
|---|---|---|---|---|
| 01/13/12 | P. Marks | C300 | 3.40 | Conference with K. Bourdeau, B. Reddy and H. Price re research and memorandum; evaluate same and follow-up with H. Price re same; prepare for and telephone conference with H. Feichko and team re research and re EPA actions. |
| 01/13/12 | B. Reddy | C300 | 1.60 | Conference re memorandum. |
| 01/13/12 | H. Knight | C300 | 1.80 | Conference call with P. Marks, K. Bourdeau, and B. Reddy re research and follow-up tasks re same. |
| 01/14/12 | K. Bourdeau | C300 | 0.30 | E-mail communications re facts. |
| 01/15/12 | B. Reddy | C300 | 4.00 | Research re memorandum. |
| 01/16/12 | B. Reddy | C300 | 3.80 | Prepare memorandum. |
| 01/18/12 | B. Reddy | C300 | 2.00 | Prepare memorandum. |
| 01/18/12 | H. Knight | C300 | 9.50 | Research and prepare memorandum. |
| 01/19/12 | B. Reddy | C300 | 4.00 | Prepare memorandum. |
| 01/19/12 | H. Knight | C300 | 5.10 | Research and prepare memorandum. |
| 01/22/12 | P. Marks | C300 | 0.30 | Check on status of research memorandum and coordinate with Beveridge & Diamond team re same. |
| 01/22/12 | B. Reddy | C300 | 1.20 | Prepare memorandum. |
| 01/22/12 | H. Knight | C300 | 2.80 | Research and prepare memorandum. |
| 01/23/12 | P. Marks | C300 | 1.30 | Coordinate with Beveridge & Diamond team re research memorandum and highlighted cases; telephone conference with H. Feichko re status and strategy. |
| 01/23/12 | B. Reddy | C300 | 1.70 | Prepare memorandum. |
| 01/23/12 | H. Knight | C300 | 0.30 | Telephone conferences with P. Marks and B. Reddy re research. |
| 01/24/12 | B. Reddy | C300 | 7.70 | Prepare memorandum. |
| 01/24/12 | H. Knight | C300 | 4.90 | Research and prepare memorandum and pull highlighted cases re same. |
| 01/25/12 | K. Bourdeau | C300 | 1.50 | Review and prepare edits to portion of memorandum; telephone conference with P. Marks re same. |

BEVERIDGE & DIAMOND, P.C.  
INVOICE # 146551  
February 29, 2012  
PAGE 3

| Date | Timekeeper | Code | Hours | Description |
|---|---|---|---|---|
| 01/25/12 | P. Marks | C300 | 0.60 | Telephone conference with K. Bourdeau and address research memorandum and transmit highlighted cases and preliminary draft. |
| 01/26/12 | K. Bourdeau | C300 | 0.20 | Communications with P. Marks, H. Knight, and B. Reddy re path forward on research. |
| 01/26/12 | P. Marks | C300 | 0.30 | Address status of factual research with Beveridge & Diamond team; coordinate with client re same. |
| 01/30/12 | K. Bourdeau | C300 | 2.00 | Review and edit memorandum; communications with P. Marks re same. |
| 01/30/12 | P. Marks | C300 | 2.10 | Memorandum preparation and evaluation with D. Paul re tasks and re document management. |
| 01/31/12 | K. Bourdeau | C300 | 2.80 | Work on memorandum and conference with L. Duff, H. Feichko, and P. Marks re same and government actions. |
| 01/31/12 | P. Marks | C300 | 1.00 | Memorandum preparation and telephone conference with K. Bourdeau and client re same. |
| 01/31/12 | H. Knight | C300 | 0.20 | Email correspondence with K. Bourdeau and P. Marks re memorandum. |
| 01/31/12 | D. Paul | C300 | 1.50 | Conference with P. Marks re options for document management and follow-up tasks re same. |

**Total Hours :**      144.90

**Total Fees :**      $49,634.00

BEVERIDGE & DIAMOND, P.C.

INVOICE # 146551
February 29, 2012
PAGE   4

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---:|---:|---:|
| K. Bourdeau | 11.50 | $657.80 | $7,564.70 |
| P. Marks | 10.60 | $469.20 | $4,973.52 |
| B. Reddy | 57.10 | $303.60 | $17,335.56 |
| H. Knight | 64.20 | $303.60 | $19,491.12 |
| D. Paul | 1.50 | $179.40 | $269.10 |
|  |  | **Total Fees :** | **$49,634.00** |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---:|---:|
| C200 | 14.30 | $4,341.48 |
| C300 | 130.60 | $45,292.52 |
| Total | 144.90 | $49,634.00 |
| **Total Fees :** | **144.90** | **$49,634.00** |

**Summary by Disbursement Codes :**

| | | | Bill Amount |
|---|---|---|---:|
| 004 | Duplicating | | $269.73 |
| E105 | Telephone | | $52.30 |
| | | **Total Disbursements :** | **$322.03** |

| | **TOTAL DUE :** | **$49,956.03** |
|---|---|---:|

# EXHIBIT D

# (IRIS)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co.
Attn: Lydia B. Duff
7500 Grace Drive
Columbia, MD  21044

February 29, 2012
Client/Matter #  01246-015172
Invoice # 146552
Federal ID# 52-1247549

For Legal Services Rendered Through 01/31/12 in Connection With:

**PLEASE REMIT PAYMENT TO :**    BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

<u>IRIS</u>

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 01/01/12 | K. Bourdeau | C300 | 3.90 | Finalize review of research materials and preparation of notes thereon, and finish and transmit detailed e-mail to L. Duff and H. Feichko re same. |
| 01/02/12 | K. Bourdeau | C300 | 3.50 | Review research and conference call with Grace team re de-brief listening session and follow up e-mails re action items. |
| 01/02/12 | P. Marks | C300 | 3.10 | Prepare for and conduct telephone conference with client and consultant; follow-up telephone conference with L. Duff re same; prepare letter. |
| 01/03/12 | K. Bourdeau | C300 | 6.10 | Work on memorandum re analysis; attend Grace status/strategy meeting in Columbia, Maryland. |
| 01/03/12 | P. Marks | C300 | 5.20 | Prepare for and attend conference with client team re status and strategy; follow-up conference with L. Duff and H. Feichko re same; follow-up emails re same and prepare letter. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 146552
February 29, 2012
PAGE   2

| Date | Timekeeper | Code | Hours | Description |
|---|---|---|---|---|
| 01/04/12 | K. Bourdeau | C300 | 6.00 | Review consultant assessment and coordinate with Grace team and P. Marks re same and letter; participate in conference call with consultants re technical issues and assess same. |
| 01/04/12 | P. Marks | C300 | 3.50 | Team telephone conference and assess same, and telephone conferences re same with experts and clients. |
| 01/05/12 | K. Bourdeau | C300 | 2.00 | Finalize draft letter; communications with P. Marks and R. Finke re same and ; communications with P. Marks and Grace team re various action items. |
| 01/05/12 | P. Marks | C300 | 2.70 | Prepare letter and coordinate with client re same and other issues, planning and preparation; telephone conference with L. Duff and K. Bourdeau re completing letter. |
| 01/06/12 | K. Bourdeau | C300 | 1.80 | E-mail communications re letter; research and review same. |
| 01/06/12 | P. Marks | C300 | 2.40 | Continue work on evaluating information. |
| 01/06/12 | E. Wolk | P280 | 0.50 | Research. |
| 01/07/12 | K. Bourdeau | C300 | 3.00 | Work on memorandum re analysis. |
| 01/08/12 | K. Bourdeau | C300 | 3.80 | Finalize and transmit memorandum re analysis; work on comments draft. |
| 01/09/12 | K. Bourdeau | C300 | 4.30 | Work on draft introductory comments and review developments re same; communications with Grace team re same. |
| 01/09/12 | P. Marks | C300 | 5.60 | Review and evaluate reports and comments and prepare agenda for client meeting; coordinate with client re same. |
| 01/10/12 | K. Bourdeau | C300 | 5.50 | Preparation for and attend portion of Grace team meeting and follow-up communications re same. |
| 01/10/12 | P. Marks | C300 | 8.90 | Conference with team in Washington office of Beveridge & Diamond and associated preparation/post-meeting evaluation. |
| 01/10/12 | D. Paul | C100 | 2.20 | Telephone conference with P. Marks and K. Bourdeau regarding legal support options; and prepare summary of research for attorney review and consideration. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 146552
February 29, 2012
PAGE 3

| Date | Timekeeper | Code | Hours | Description |
|---|---|---|---|---|
| 01/11/12 | K. Bourdeau | C300 | 0.50 | Review research. |
| 01/11/12 | P. Marks | C300 | 2.30 | Coordinate with D. Paul re research and prepare summary of next steps; evaluate same and coordinate tasks. |
| 01/12/12 | K. Bourdeau | C300 | 0.80 | E-mail communications re action items. |
| 01/12/12 | K. Bourdeau | C300 | 0.60 | Review and provide comments to P. Marks on draft task list; conference with P. Marks re approach to various action items and preparation. |
| 01/12/12 | P. Marks | C300 | 2.20 | Correspondence and telephone conferences with team re meetings and tasks and direct E. Wolk research. |
| 01/12/12 | E. Wolk | C300 | 2.50 | Conduct research as directed by P. Marks. |
| 01/16/12 | K. Bourdeau | C300 | 1.00 | Communications with consultant re results of preliminary research and e-mail communications with client re same and other tasks. |
| 01/17/12 | K. Bourdeau | C300 | 1.30 | Conference call with L. Duff, H. Feichko, and P. Marks re planning meeting and tasks and follow-up communications re same. |
| 01/17/12 | P. Marks | C300 | 2.10 | Prepare for and conduct telephone conference with L. Duff, H. Feichko and K. Bourdeau re Department of Defense evaluation and other issues and follow-up tasks re same. |
| 01/18/12 | K. Bourdeau | C300 | 1.30 | Various e-mail communications re tasks. |
| 01/18/12 | P. Marks | C300 | 5.20 | Multiple telephone conferences with client team and consultants re tasks, and evaluation of information re same. |
| 01/19/12 | K. Bourdeau | C300 | 0.80 | Numerous e-mail communications re tasks. |
| 01/19/12 | P. Marks | C300 | 1.70 | Coordinate with client team and consultants and assess information re same. |
| 01/20/12 | K. Bourdeau | C300 | 1.30 | Review and prepare comments re consultants and communications re meeting. |
| 01/20/12 | P. Marks | C300 | 6.30 | Evaluate information from consultants and prepare comments and telephone conference with client team re same. |
| 01/21/12 | K. Bourdeau | C300 | 2.80 | Communications with P. Marks re comments and review consultant assessments. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 146552
February 29, 2012
PAGE   4

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 01/21/12 | P. Marks | C300 | 0.80 | Preparation re comments. |
| 01/22/12 | K. Bourdeau | C300 | 1.50 | Review consultant's analysis; prepare comments thereon and communications with P. Marks re same, action items, and path forward. |
| 01/22/12 | P. Marks | C300 | 4.30 | Preparation re comments; telephone conferences with K. Bourdeau and L. Duff re same. |
| 01/23/12 | K. Bourdeau | C300 | 3.50 | Finalize comments on consultants' analyses and numerous internal communications re action items, path forward and conference call with Grace team. |
| 01/23/12 | P. Marks | C300 | 4.20 | Prepare comments; telephone conference with L. Duff and telephone conference with team re same; prepare for next day's meeting. |
| 01/24/12 | K. Bourdeau | C300 | 6.80 | Review consultant's analysis and conference with same and numerous communications re same. |
| 01/24/12 | P. Marks | C300 | 7.40 | Prepare for, travel to and conduct conference with consultant and Grace team at consultant's offices. |
| 01/25/12 | K. Bourdeau | C300 | 5.50 | Transmit to Grace team comments re consultants' analyses and conference with P. Marks re same. |
| 01/25/12 | P. Marks | C300 | 3.70 | Prepare comments; conference with K. Bourdeau re same; telephone conference with team re same; coordinate with consultant. |
| 01/25/12 | E. Wolk | C400 | 0.50 | Research and tasks as directed by K. Bourdeau. |
| 01/26/12 | K. Bourdeau | C300 | 2.80 | Numerous e-mail communications re comments and communications with clients and experts re same. |
| 01/26/12 | P. Marks | C300 | 5.90 | Address issues re legal support and multiple telephone conferences re same. |
| 01/26/12 | D. Paul | C300 | 0.20 | Telephone conference re legal support. |
| 01/26/12 | E. Wolk | C300 | 1.00 | Per P. Marks and K. Bourdeau provide research. |
| 01/27/12 | K. Bourdeau | C300 | 3.30 | Review revised draft of comments; communications with P. Marks re same; prepare e-mail to consultant; numerous communications re consultant work product and meeting preparation. |

BEVERIDGE & DIAMOND, P.C.                          INVOICE #  146552
                                                   February 29, 2012
                                                   PAGE   5

| Date | Timekeeper | Code | Hours | Description |
|---|---|---|---|---|
| 01/27/12 | P. Marks | C300 | 5.60 | Continue to support tasks and coordination with experts and client team re same. |
| 01/27/12 | P. Marks | C300 | 0.80 | Evaluation of tasks and planning. |
| 01/27/12 | D. Paul | C300 | 0.50 | Telephone conference re tasks. |
| 01/28/12 | K. Bourdeau | C300 | 0.30 | Various e-mail communications re tasks. |
| 01/30/12 | K. Bourdeau | C300 | 0.50 | E-mail communications re tasks. |
| 01/30/12 | D. Paul | C300 | 0.70 | Continued follow-up re tasks; draft summary of proposals for review with P. Marks. |
| 01/31/12 | K. Bourdeau | C300 | 6.50 | Attend meeting with L. Duff, H. Feichko, P. Marks, and consultant in Columbia, Maryland re strategy and follow-up conferences re same. |
| 01/31/12 | P. Marks | C300 | 8.00 | Coordination with internal team re tasks and research, and conference with client team and consultant re same. |
| 01/31/12 | D. Paul | C300 | 1.20 | Prepare summary of proposals for review with P. Marks and conduct research for review by P. Marks. |
| 01/31/12 | E. Wolk | C300 | 1.50 | Per K. Bourdeau conduct research. |

**Total Hours :**     183.70

**Total Fees :**      $98,338.80

BEVERIDGE & DIAMOND, P.C.

INVOICE #  146552
February 29, 2012
PAGE  6

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 81.00 | $657.80 | $53,281.80 |
| P. Marks | 91.90 | $469.20 | $43,119.48 |
| D. Paul | 4.80 | $179.40 | $861.12 |
| E. Wolk | 6.00 | $179.40 | $1,076.40 |
|  |  | Total Fees : | $98,338.80 |
|  |  | Total Fees: | $98,338.80 |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| C100 | 2.20 | $394.68 |
| C300 | 180.50 | $97,764.72 |
| C400 | 0.50 | $89.70 |
| P280 | 0.50 | $89.70 |
| Total | 183.70 | $98,338.80 |
| Total Fees : | 183.70 | $98,338.80 |

**Summary by Disbursement Codes :**

TOTAL DUE :   $98,338.80