Laura Davis Jones, Esquire
Scotta McFarland, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Parcels, Inc.
Vito I. DiMaio
40th & King Streets
Wilmington, DE 19801

Eric Lopez Schnabel, Esquire
James H. Joseph, Esquire
Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

Mark S. Chehi
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

Neil B. Glassman, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Joseph Grey, Esquire
Stevens & Lee
1105 N. Market, Suite 700
Wilmington, DE 19801-1270

Marla Eskin, Esquire
Mark Hurford, Esquire
Campbell & Levine, LLC
800 N. King Street, #301
Wilmington, DE 19801-3549

Rachel B. Mersky, Esquire
Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

Michael R. Lastowski
Duane, Morris & Heckscher
1100 North Market
Wilmington, DE 19801

William H. Sudell, Jr., Esquire
Eric D. Schwartz, Esquire
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Laurie Selber Silverstein, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899

Robert J. Dehney
Michael G. Busenkell
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Steven K. Kortanek, Esquire
Klehr, Harrison, Harvey, Branzburg & Ellers
919 Market Street, Suite 1000
Wilmington, DE 19801

Frank J. Perch, Esq.
Office of the United States Trustee
844 King Street, Suite
Lockbox 35
Wilmington, DE 19801

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Todd C. Schiltz, Esquire
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 N. Market Street, Suite 1001
Wilmington, DE 19801

Jeffrey C. Wisler, Esquire
Michelle McMahon, Esquire
Connolly Bove Lodge & Hutz LLP
1220 Market Street, 10th Floor
Wilmington, DE 19899

John C. Phillips, Jr., Esq.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

Aaron A. Garber,
Pepper Hamilton LLP
1201 Market Street
Suite 1600
Wilmington, DE 19801

Francis A. Monaco, Jr., Esquire
Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
P.O. Box 2031
Wilmington, DE 19801

Curtis Crowther, Esquire
White and Williams LLP
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19801

Frederick B. Rosner, Esquire
Jaspan Schlesinger Hoffman LLP
913 N. Market Street, FL 12
Wilmington, DE 19801-3029

Derrick Tay, Esquire
Ogilvy Renault
Royal Bank Plaza, South Tower
200 Bay Street, Suite 3800
Toronto, Ontario M5J 2Z4
Canada

| | | |
|---|---|---|
| Elihu Inselbuch, Esquire<br>Rita Tobin, Esquire<br>Caplin & Drysdale, Chartered<br>399 Park Avenue, 27th Floor<br>New York, NY  10022 | Margery N. Reed, Esquire<br>Duane, Morris & Heckscher LLP<br>4200 One Liberty Place<br>Philadelphia, PA  19103-7396 | William F. Taylor, Jr., Esquire<br>McCarter & English, LLP<br>Mellon Bank Center<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19899 |
| Steven J. Johnson, Esquire<br>Gibson, Dunn & Crutcher LLP<br>1530 Page Mill Road<br>Palo Alto, CA  94304-1125 | Charles E. Gibson<br>Attorney at Law<br>447 Northpark Drive<br>Ridgeland, MS  39 | |
| Scott L. Baena, Esquire<br>Bilzin Sumberg Dunn Baena Price & Axelrod LLP<br>First Union Financial Center<br>200 South Biscayne Blvd, Suite 2500<br>Miami, FL  33131 | Secretary of State<br>Division of Corporations<br>Franchise Tax<br>P.O. Box 7040<br>Dover, DE  19903 | James Kapp, III, Esquire<br>Kirkland & Ellis<br>200 East Randolph Drive<br>Chicago, IL  60601 |
| David S. Rosenbloom, Esquire<br>Jeffrey E. Stone, Esquire<br>Lewis S. Rosenbloom, Esquire<br>McDermott, Will & Emery<br>227 West Monroe Street<br>Chicago, IL  60606-5096 | Todd Meyer, Esquire<br>Kilpatrick Stockton<br>1100 Peachtree Street<br>Atlanta, GA  3030 | |
| D. J. Baker, Esquire<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY  10036 | Jon L. Heberling, Esquire<br>McGarvey, Heberling, Sullivan & McGarvey, P.C.<br>745 South Main Street<br>Kalispel, MT  59901 | David B. Siegel<br>W. R. Grace & Co.<br>7500 Grace Drive<br>Columbia, MD  21044 |
| Pamela Zilly<br>Richard Shinder<br>David Blechman<br>Michael Alexander<br>The Blackstone Group<br>345 Park Avenue<br>New York, NY  10154 | Internal Revenue Service<br>Attn: Insolvency<br>31 Hopkins Plaza,<br>Baltimore, MD  21 | |
| Nancy Worth Davis, Esquire<br>Motley Rice LLC<br>28 Bridgeside Boulevard<br>P.O. Box 1792<br>Mount Pleasant, SC  29465 | David S. Heller, Esquire<br>J. Douglas Bacon, Esquire<br>Latham & Watkins<br>Sears Tower, Suite 5800<br>Chicago, IL  60606 | Lewis Kruger, Esquire<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY  10038-4982 |
| Jan M. Hayden<br>William H. Patrick<br>Heller, Draper, Hayden, Patrick & Horn, L.L.C.<br>650 Poydras Street, Suite 2500<br>New Orleans, LA  70130-6103 | Secretary of Treasury<br>P.O. Box 7040<br>Dover, DE  19903 | |
| Office of Reorganization<br>Securities & Exchange Commission<br>Suite 1000<br>3475 Lenox Road, N.E.<br>Atlanta, GA  30326-1232 | Ira S. Greene, Esquire<br>Hogan & Hartson LLP<br>875 Third Avenue<br>New York, NY  10022-6225 | Philip Bentley, Esquire<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY  10022-3852 |
| Steven T. Baron, Esquire<br>Member<br>Silber Pearlman, LLP<br>2711 North Haskell Avenue<br>Dallas, TX  75204 | James D. Freeman<br>U.S. Department of Justice<br>Environmental Enf.<br>999 18th Street<br>Suite 945-North Tower<br>Denver, CO  8020 | |

W.J. Winterstein, Jr., Esquire
John J. Winter, Esquire
William M. Aukamp, Esquire
Eleven Penn Center, 29th Floor
1835 Market Street
Philadelphia, PA 19103

John P. Dillman, Esquire
Linebarger Heard Goggan Blair
Graham Peña & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064

Ted N. Pettit, Esquire
Case Bigelow & Lombardi
Grosvenor Center, Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, HI 96813

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

Citadel Investment
Attn: S. Jay Nova
131 South Dearborn
Chicago, IL 60603

Jonathan W. Young
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

Paul M. Baisier, Esquire
SEYFARTH SHAW
1545 Peachtree Street
Suite 700
Atlanta, GA 30309

Kay D. Brock, Esquire
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

Paul M. Matheny
The Law Offices of Peter G. Angelos, P.C.
5905 Harford Rd.
Baltimore, MD 21214

Cindy Schultz
Ingersoll-Rand Fluid
One Aro Center
P.O. Box 151
Bryan, OH 43506

Shelby A. Jordan, Esquire
Nathaniel Peter Holzer. Esquire
Jordan, Hyden, Womble & Culbreth, P.C.
500 N. Shoreline Blvd., Suite 900
Corpus Christi, TX 78471

Bernice Conn, Esquire
Robins, Kaplan, Miller & Ciresi LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067

Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

Mary A. Coventry
Sealed Air Corporation
Park 80 East
Saddle Brook, NJ 07663

Edward B. Cottingham
Motley Rice LLC
28 Bridgeside Blvd
P.O. Box 1792
Mt. Pleasant, SC

T. Kellan Grant
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

Steven J. Kherkher, Esquire
Laurence G. Tien, Esquire
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite #600
Houston, TX 77017

Alan R. Brayton, Esquire
Brayton & Purcell
222 Rush Landing Road
Novato, CA 94945

Joseph T. Kremer, Esquire
Lipsiptz, Green, Fahringer,
42 Delaware Avenue, Suite 300
Buffalo, NY 14202

The Gibson Law Firm
Roll, Salisbury &
P.O. Box 6005
Ridgeland, MS 39

Alan Kolod, Esquire
Moses & Singer LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-1299

Delta Chemical Corporation
2601 Cannery Avenue
Baltimore, MD 21226-1595

Russell W. Budd
Alan B. Rich
Baron & Budd, P.C.
3102 Oak Lawn Avenue, P.O. Box 8705
Dallas, TX 75219

Robert Jacobs, Esquire
Maria Rosoff Eskin
Jacobs & Crumplar, P.A.
2 East 7th Street
P.O. Box 1271
Wilmington, DE 19899

Christopher L. Beard
The Beard Group
502 W. Patrick Street
Frederick, MD 21

| | | |
|---|---|---|
| Thomas J. Noonan, Jr.<br>c/o R& S Liquidation Company<br>5 Lyons Mall PMB #530<br>Basking Ridge, NJ 07920-1928 | Jonathan H. Alden, Esquire<br>Assistant General Counsel<br>3900 Commonwealth Boulevard, MS 35<br>Tallahassee, FL 32399-3000 | John M. Klamann<br>Klamann & Hubbard<br>7101 College Blvd., Suite 120<br>Overland Park, KS 66210 |
| James P. Ruggeri<br>Scott A. Shail<br>Hogan & Harton L.L.P.<br>555 Thirteenth Street, N.W.<br>Washington, D.C. 20004-1109 | Scott Wert, Esquire<br>Foster & Sear, LLP<br>524 E. Lamar Blvd<br>Arlington, TX 760.. | |
| William E. Frese, Esquire<br>Attn: Sheree L. Kelly, Esquire<br>80 Park Plaza, T5D<br>P.O. Box 570<br>Newark, NJ 07101 | Greif, Inc.<br>Attn: Credit Department<br>366 Greif Parkway<br>Delaware, OH 43015 | Paul D. Henderson, Esquire<br>Dies, Dies & Henderson<br>1009 W. Green Avenue<br>Orange, TX 77630 |
| Judy D. Thompson, Esquire<br>S. Andrew Jurs, Esquire<br>Poyner & Spruill, L.L.P.<br>One Wachovia Center<br>301 S. College Street, Suite 2300<br>Charlotte, NC 28202 | Anton Volovsek<br>Rt2 – Box 200 #42..<br>Kamiah, ID 83536.. | |
| Paul G. Sumers, Esquire<br>TN Attorney General's Office, Bankr. Unit<br>P.O. Box 20207<br>Nashville, TN 37202-0207 | Barbara M. Cook, County Solicitor<br>Katherine L. Taylor, Senior Assistant County Solicitor<br>Howard County Office of Law<br>George Howard Building<br>3430 Courthouse Drive<br>Ellicott City, MD 21043 | Elizabeth Kardos, Esquire<br>Gibbons, Del Deo, Dolan Griffinger & Vecchione, PC<br>One Riverfront Plaza<br>Newark, NJ 07102-5497 |
| Andrea L. Hazzard, Esquire<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004-1482 | State Library of Ohio<br>C/o Michelle T. Su..<br>Revenue Recovery..<br>Office of the Attor..<br>150 East Gay Stre..<br>Columbus, OH 43.. | |
| C. Randall Bupp, Esquire<br>Plastiras & Terrizzi<br>24 Professional Center Parkway<br>Suite 150<br>San Rafael, CA 94903 | M. Diane Jasinski, Esquire<br>Michael D. Hess<br>Corporation Counsel of the City of New York<br>100 Church Street, Room 6-127<br>New York, NY 10007 | Harry Lee, Esquire<br>Steptoe & Johnson LLP<br>1330 Connecticut Avenue, N.W.<br>Washington, DC 20036 |
| Robert H. Rosenbaum, Esquire<br>M. Evan Meyers, Esquire<br>Meyers, Rodbell & Rosenbaum, PA<br>Berkshire Building<br>6801 Kenilworth Avenue, Suite 400<br>Riverdale, MD 20737-1385 | Rosa Dominy<br>Bankruptcy Admin..<br>ICH Capital, Inc.<br>1738 Bass Road<br>Suite 300<br>P.O. Box 13708<br>Macon, GA 31208 | |
| Peter S. Goodman, Esquire<br>Andrews & Kurth LLP<br>450 Lexington Avenue, 15th Floor<br>New York, NY 10017 | Russell W. Savory<br>Gotten, Wilson & Savory, PLLC<br>800 Union Avenue, 14th Floor<br>Memphis, TN 38103 | William S. Katchen, Esquire<br>Duane, Morris LLP<br>744 Broad Street, Suite 1200<br>Newark, NJ 07102-3889 |
| Anne Marie P. Kelley, Esquire<br>Dilworth Paxson, LLP<br>LibertyView – Suite 700<br>457 Haddonfield Road<br>P.O. Box 2570<br>Cherry Hill, NJ 08034 | Stephanie Nolan D..<br>Brown & Connery..<br>360 Haddon Aven..<br>P.O. Box 539<br>Westmont, NJ 08.. | |

| | | | | | |
|---|---|---|---|---|---|
| Dorine Vork, Esquire<br>Stibbe, P.C.<br>350 Park Avenue<br>New York, NY 10022 | Gina Baker Hantel, Esquire<br>Attorney General Office<br>Bankruptcy Division<br>State of Tennessee<br>425 5th Avenue North, Floor 2<br>Nashville, TN 37243 | Authur Stein, Esquire<br>1041 W. Lacey Road<br>P.O. Box 1070<br>Forked River, NJ 08731-6070 | DAP Products, Inc.<br>c/o Julien A. Hecht, Esquire<br>2400 Boston Street, Suite 200<br>Baltimore, MD 21224 | Robert T. Aulgur,<br>P.O. Box 617<br>Odessa, DE 19730 | |
| Bart Hartman<br>Treasurer – Tax Collector<br>Attn: Elizabeth Molina<br>1600 Pacific Highway, Room 162<br>San Diego, CA 92101 | Thomas V. Askounis, Esquire<br>Askounis & Borst, P.C.<br>303 East Wacker Drive<br>Suite 1000<br>Chicago, IL 60601 | Maggie De La Rosa<br>Provost & Umphrey<br>Law Firm, L.L.P.<br>490 Park Street<br>Beaumont, TX 77701 | Deirdre Woulfe Pacheco, Esquire<br>Wilentz, Goldman & Spitzer<br>90 Woodbridge Center Drive<br>P.O. Box 10<br>Woodbridge, NJ 07095 | Anne Marie P. Kelly<br>Dilworth Paxson,<br>Liberty View – Su<br>457 Haddonfield R<br>Cherry Hill, NJ 08 | |
| Robert Cimino, Esquire<br>Suffolk County Attorney<br>Attn: Diane Leonardo Beckmann, Asst. County<br>H. Lee Dennison Building<br>100 Veterans Memorial Highway<br>P.O. Box 6100<br>Hauppauge, NY 11788-0099 | E. Katherine Wells, Esquire<br>South Carolina Department of Health and Environmental Control<br>2600 Bull Street<br>Columbia, SC 29201-1708 | Kevin James<br>Deputy Attorney General<br>1515 Clay Street, 20th Floor<br>Oakland, CA 94612-1413 | John W. Havins, Esquire<br>Havins & O'Dea<br>1001 McKinney, Suite 500<br>Houston, TX 77002 | Attn: Diane Stewart<br>People's First Com<br>P.O. Box 59950<br>Panama City, FL | |
| Kathleen Maxswell<br>Legal Department<br>The Dow Chemical Company<br>2030 Dow Center / Office 732<br>Midland, MI 48674 | William H. Johnson, Esquire<br>Norfolk Southern Corporation<br>Law Department<br>Three Commercial Place<br>Norfolk, VA 23510-9242 | Surexirda Prayaga<br>7365 MacLeod Lane<br>Ofallon, MO 63366 | Leonard P. Goldberger, Esquire<br>Stevens & Lee, P.C.<br>1818 Market Street, 29th Floor<br>Philadelphia, PA 19103-1702 | Jeffrey L. Glatzer,<br>Anderson, Kill & O<br>1251 Avenue of th<br>New York, NY 10 | |
| Ronald S. Beacher, Esquire<br>Pitney, Hardin LLP<br>7 Times Square<br>New York, NY 10036-6524 | Craig Barbarosh, Esquire<br>Pillsbury Winthrop LLP<br>650 Town Center Drive, 7th Floor<br>Costa Mesa, CA 92626-7122 | David Aelvoet, Esquire<br>Linebarger Goggan Blair Graham Peña & Sampson, LLP<br>Travis Park Plaza Building<br>711 Navarro, Suite 300<br>San Antonio, TX 78205 | Cynthia C. Hemme, Esquire<br>Senior Counsel<br>Nortel Networks, Inc.<br>4010 E. Chapel Hill-Nelson Hwy<br>Research Triangle Park, NC 27709 | Attn: Ted Weschler<br>Peninsula Capital<br>404 East Main Stre<br>Second Floor<br>Charlottesville, VA | |

| | | | | |
|---|---|---|---|---|
| Julie Quagliano<br>Quagliano & Seeger<br>2620 P Street NW<br>Washington, DC 20007-3062 | Robert M. Fishman, Esquire<br>Shaw Gussis Domanskis Fishman & Glantz<br>321 N. Clark Street<br>Suite 800<br>Chicago, Illinois 60610 | Mark Browning, Esquire<br>Assistant Attorney General<br>c/o Sherri K. Simpson, Legal Assistant<br>Office of the Attorney General<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-254 | Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, NY 10166 | Alan H. Katz, Esq<br>Entergy Services,<br>693 Loyola Avenu<br>New Orleans, LA |
| Judith Greenspan, Esquire<br>Associate Counsel<br>The Amalgamated Industries and Service Workers Benefit Fund<br>730 Broadway, Tenth Floor<br>New York, NY 10003-9511 | Coudert Brothers<br>Attn: Joseph D. Farrell, Esquire and<br>Edward H. Tillinghast, III, Esquire<br>1114 Avenue of the Americas<br>New York, NY 10036 | | Richard B. Spector, Esquire<br>Mark M. Monachino, Esquire<br>Corbett & Steelman<br>18200 Von Karman Avenue, Suite 200<br>Irvine, CA 92612-1086 | Randall A. Rios<br>Floyd, Isgur, Rios<br>700 Louisiana, Sui<br>Houston, TX 7700 |
| David W. Wirt, Esquire<br>Winston & Strawn<br>35 West Wacker Drive<br>Chicago, IL 60601 | Darrell W. Scott<br>The Scott Law Group<br>926 W. Sprague Avenue, Suite 583<br>Spokane, WA 99201 | Daniel A. Speights, Esquire<br>Speights & Runyan<br>200 Jackson Avenue, East<br>P.O. Box 685<br>Hampton, SC 29924 | Michael Selig<br>Westover Investments, L.L.C.<br>555 Old Garth Road<br>Charlottesville, VA 22901 | Thomas M. Sobol,<br>Hagens Berman LL<br>One Main Street, 4<br>Cambridge, MA 0 |
| Sander L. Esserman<br>Stutzman Bromberg, Esserman & Plifka<br>A Professional Corporation<br>2323 Bryan Street<br>Dallas, TX 75201-2689 | Mr. Charles C. Trascher III, Esquire<br>Snellings, Breard, Sartor, Inabnett<br>& Trascher, LLP<br>PO Box 2055<br>Monroe, LA 71207 | General Motors Acceptance Corporation<br>P.O. Box 5055<br>Troy, MI 48007-5055 | Oscar B. Fears, III<br>Assistant Attorney General<br>40 Capitol Square, S.W.<br>Atlanta, GA 30334 | Scott Barker<br>Credit Manager<br>Phelps Dodge Cor<br>(Formerly Climax<br>One North Central<br>Phoenix, AZ 8500 |
| Elizabeth J. Cabraser, Esquire<br>Lieff, Cabraser, Heimann & Bernstein, LLP<br>Embacadero Center West, 30th Floor<br>275 Battery Street<br>San Francisco, CA 94111 | Christopher R. Momjian<br>Senior Deputy Attorney General<br>I.D. No. 057482<br>Office of Attorney General<br>21 S. 12th Street, 3rd Floor<br>Philadelphia, PA 19107-3603 | Donna J. Petrone, Esquire<br>ExxonMobil Chemical Company<br>Law Department – Bankruptcy<br>13501 Katy Freeway, Room W1-562<br>Houston, TX 77079-1398 | Margaret A. Holland<br>Deputy Attorney General<br>New Jersey Attorney General's Office<br>Division of Law<br>R.J. Hughes Justice Complex<br>P.O. Box 106<br>Trenton, NJ 08625 | |

| | | | | |
|---|---|---|---|---|
| Rachel Jeanne Lehr<br>Deputy Attorney General<br>Office of the Attorney General<br>R.J.Hughes Justice Complex<br>P.O. Box 093<br>Trenton, NJ 08625 | Noel C. Burnham, Esquire<br>Richard G. Placey, Esquire<br>Montgomery, McCracken, Walker &<br>Rhoads LLP<br>123 South Broad Street<br>Avenue of the Arts<br>Philadelphia, PA 19109 | Allan H. Ickowitz, Esq.<br>Nossaman, Guthner, Knox & Elliott LLP<br>445 South Figueroa Street, 31st Floor<br>Los Angeles, CA 90071 | Mr. Harvey Schultz<br>The Schultz Organization<br>4 Industrial Way West<br>Eatontown, NJ 07712-4181 | Elizabeth Weller<br>Linebarger Goggan<br>2323 Bryan Street<br>Dallas, TX 75201 |
| Bryan Shapiro<br>Bear, Stearns & Co. Inc.<br>383 Madison Avenue<br>New York, NY 10179 | Ronald D. Gorsline<br>Chambliss, Bahner, & Stophel P.C.<br>1000 Tallan Building, Ste. 1100<br>Two Union Square<br>Chattanooga, TN 37402-2552 | Phillip C. Ward<br>Victoria Radd Rollins<br>Williams & Connolly LLP<br>725 Twelfth Street NW<br>Washington, DC 20005 | James J. Restivo, Esquire<br>Reed Smith LLP<br>435 Sixth Avenue<br>Pittsburgh, PA 15219 | Lynn K. Neuner, Esquire<br>Simpson, Thacher<br>425 Lexington Ave<br>New York, NY 10 |
| Mr. Mark Hankin<br>HanMar Associates, M.L.P.<br>P.O. Box 26767<br>Elkins Park, PA 19027 | Martha E. Romero<br>Law Offices of Martha E. Romero and Associates<br>6516 Bright Avenue<br>Whittier, CA 90601-4503 | Michael A. Berman, Esquire<br>Securities and Exchange Commission<br>450 Fifth Street, N.W. (Mail Stop 6-6)<br>Washington, DC 20549 | Michael S. Sandberg, Esquire<br>Halleland & Johnson, PLLC<br>800 W. 78th Street<br>Minneapolis, MN 55439-2550 | Jonathan D. Berger<br>Russell Henkin, Esq<br>Berger & Montague<br>1622 Locust Street<br>Philadelphia, PA |
| Gerald G. Pecht, Esquire<br>Fulbright & Jaworski, LLP<br>1301 McKinney, Suite 5100<br>Houston, TX 77010-3095 | Mr. Thomas Moskie<br>Bankers Trust Company<br>Four Albany Street, Fourth Floor<br>New York, NY 10006 | Craig A. Slater, Esquire<br>Harter, Secrest & Emery LLP<br>Twelve Fountain Plaza, Suite 400<br>Buffalo, NY 14202 | Jerel L. Ellington, Esquire<br>U.S. Department of Justice<br>Environmental Enforcement Section<br>999 18th Street; Suite 370<br>Denver, CO 80202-2413 | Nicholas J. LePore<br>Schnader Harrison<br>Suite 3600, 1600 M<br>Philadelphia, PA |
| Courtney M. Labson, Esquire<br>Ontario Mills LP<br>Legal Department<br>1300 Wilson Boulevard, Suite 400<br>Arlington, VA 22209 | Hillary Browning-Jones<br>Assistant City Attorney<br>P.O. Box 1631<br>Knoxville, TN 37901 | Larry A. Feind<br>133 Peachtree Street, N.E.<br>7th Floor<br>Atlanta, GA 30303 | Deborah L. Thorne, Esquire<br>FabelHaber LLC<br>55 East Monroe Street, 40th Floor<br>Chicago, IL 60603 | DACA V, LLC<br>Attn: Julie Bubna<br>1565 Hotel Cir. S.<br>San Diego, CA 92 |

Brad N. Friedman
Rachel Fleishman
Milberg Weiss Bershad Hynes
  & Lerach LLP
One Pennsylvania Plaza
New York, NY  10119-0165

Jacob C. Cohn, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA  19103

Richard A. O'Halloran, Esq.
Burns, White & Hickton LLC
531 Plymouth Road, Suite 500
Plymouth Meeting, PA  19462

Lauren Holzman
Claims Processor
Euler Hermes ACI
800 Red Brook Boulevard
Owings Mills, MD  21117

Edward L. Jacobs,
Bankemper & Jac
The Shaw House
26 Audubon Place
P.O. Box 70
Fort Thomas, KY

Carl Pericone, Esquire
Wilson, Elser, Moskowitz, Edelman,
  Dicker LLP
150 East 42nd Street
New York, NY  10019-5639

Sierra Asset Management LLC
2699 White Rd., Ste. 225
Irvine, CA  92614-6264

Thomas J. Quinn, Esquire
Mendes & Mount, LLP
750 Seventh Avenue
New York, NY  10019-6829

Amy Pritchard-Williams, Esq.
Margaret R. Westbrook, Esq.
Kennedy Covington Lobdell
Hearst Tower, 47th Floor
214 N. Tryon Street
Charlotte, NC  28202

Andrea Sheehan,
Law Offices Of R
 & Hickman, LL
4411 North Centr
Dallas, TX  75205

Lori Gruver Robertson, Esquire
Linebarger Goggan Blair Pena & Sampson, LLP
1949 South I.H. 35 (78741)
P.O. Box 17428
Austin, TX  78760

Joseph F. Rice
Motley Rice LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC  29465

Ann Beimdiek Kinsella
Assistant Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN  55101-2127

M. David Minnick, Esq.
Michael P. Ellis, Esq.
Donald F. George, Esq.
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA  94105-2228

 Anthony F. Parise
Cornell University
Office of University Counsel
300 CCC Building, Garden Avenue
Ithaca, NY  14853-2601

William P. Bowden, Esq.
Amanda M. Winfree, Esq.
Ashby & Geddes P.A.
222 Delaware Avenue, 17th Floor
Wilmington, DE  19801

Jenny J. Hyun, Esquire
Weingarten Realty Investors
2600 Citadel Plaza Drive
Houston, TX  77008

Thomas M. Mayer, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY  10022

General Counsel
Enron Energy Serv
1400 Smith Street
EB 0889
Houston, TX  7700

Thomas Tew, Esquire
Jeffrey Tew, Esquire
Tew Cardenas LLP
Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, FL  33131-3407

Michael B. Schaedle, Esquire
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA  19103

Xerox Capital Services, LLC
Attention:  Cathy Flowers
800 Carillon Parkway
St. Petersburg, FL  33716-9876

David Jagolinzer, Esq
Ferraro & Associates, P.A.
Suite 700
4000 Ponce de Leon Blvd.
Miami, FL  33146

Thomas O. Bean
Nutter, McClennen
World Trade Cent
155 Seaport Blvd.
Boston, MA  0221

Yves Lauzon, Esquire
Michael Belanger, Esquire
Lauzon Belanger, Inc.
286, rue St-Paul Quest, Bureau 100
Montreal Quebec

Bennett L. Spiegel
Kirkland & Ellis L
777 South Figuero
Los Angeles, CA

Cindy Schultz
Ingersoll-Rand Fluid Products
One Aro Center
209 N. Main Street
Bryan, OH  43506

Steven J. McCardell
Jared Inouye
Durham Jones & Pinegar
111 E. Broadway #900
Salt Lake City, UT  84111

Joseph D. Frank,
Frank/Gecker LLP
325 North LaSalle
Suite 625
Chicago, IL  60610

Michael S. Etkin, Esquire
Ira M. Levee, Esquire
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ  07068

Jeffrey Kaufman, Esq.
Gerald F. Ellersdorfer, Esq.
Kaufman & Logan LLP
100 Spear Street, 12th Floor
San Francisco, CA  94105

Janet S. Baer, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601