**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

_____
                                         )
**In re:**                               )
                                         )   **Chapter 11**
**W.R. GRACE & CO., et al.,**            )   **Case No. 01-01139 (JKF)**
                                         )   **(Jointly Administered)**
            **Debtors.**                 )   Objection Deadline: June 1, 2012 at 4:00 p.m.
_____)      Hearing: June 18, 2012 at 9:00 a.m.

**COVER SHEET TO TWENTY-NINTH QUARTERLY INTERIM APPLICATION OF DAVID T. AUSTERN, ASBESTOS PI FUTURE CLAIMANTS REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OCTOBER 1, 2011 THROUGH DECEMBER 31, 2011**

**SUMMARY SHEET**

| | |
|---|---|
| Name of Applicant: | David T. Austern, Future Claimants Representative (the "FCR") |
| Authorized to Provide Professional Services to: | As the Asbestos PI FCR |
| Date of Retention: | As of May 24, 2004 (pursuant to this Court's Order entered September 27, 2004) |
| Period for which Compensation and Reimbursement is sought: | October 1, 2011 - December 31, 2011 |
| Amount of Compensation sought as Actual Reasonable and Necessary: | $1,750.00 |
| Amount of Expense Reimbursement sought as Actual, Reasonable and Necessary: | $    0.00 |

This is a    ___ monthly        _x_ interim            ___ final application

1

## PRIOR APPLICATIONS FILED

The FCR was retained effective as of May 24, 2004, pursuant to this Court's Order entered September 27, 2004. The FCR has filed a Seventy-Second Monthly Fee Application for the time period October 1-31, 2011, in the amount of $150.00 in fees and no expenses; a Seventy-Third Monthly Fee Application for the time period November 1-30, 2011, in the amount of $850.00 in fees and no expenses; and will be filing simultaneously with this Twenty-Ninth Quarterly, a Seventy-Fourth Monthly Fee Application for the time period December 1-31, 2011, in the amount of $750.00 in fees and no expenses.

## COMPENSATION DURING THE TIME PERIOD
## OCTOBER 1, 2011 – DECEMBER 31, 2011

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David T. Austern | Future Claimants Representative | $500.00 | 3.50 | $1,750.00 |
| **Total** | | | | **$1,750.00** |

Total Fees:     $ 1,750.00
Total Hours:        3.50
Blended Rate:   $   500.00

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Plan and Disclosure Statement | 3.50 | $1,750.00 |
| **TOTAL** | **3.50** | **$1,750.00** |

**EXPENSE SUMMARY FOR THE TIME PERIOD**
**OCTOBER 1, 2011 THROUGH DECEMBER 31, 2011**

| Expense Category | Total |
|---|---|
| No Expenses | $0.00 |
| **TOTAL** | **$0.00** |

Respectfully submitted,

*/S/ DAVID T. AUSTERN*
David T. Austern,
Asbestos PI Future Claimants' Representative
Claims Resolution Management Corporation
3110 Fairview Park Drive, Suite 200
Falls Church, VA  22042-0683
(703) 205-0835

Dated: March 13, 2012