# EXHIBIT A

**WR Grace**
**October 2011 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| Mon 3 | Comm w/OHS (RW) re canadian counsel work | 0.4 |
|  | Review/analysis docket items | 0.2 |
| Tue 4 | Review/analysis docket items | 0.2 |
| Wed 5 | Review/analysis docket items | 0.2 |
| Thu 6 | Review/analysis docket items | 0.2 |
| Fri 7 | Review/analysis docket items | 0.2 |
| Mon 10 | Review/analysis docket items | 1.1 |
| Tue 11 | Comm w/Blackstone (AS) re Project Plate, follow up | 0.3 |
|  | Review/analysis docket items | 0.2 |
| Wed 12 | Review/analysis docket items | 0.3 |
| Thu 13 | Comm w/OHS re Trust CF | 0.4 |
|  | Analysis Trust cash flows | 3.6 |
|  | Review/analysis docket items | 0.2 |
| Fri 14 | Review/analysis docket items | 0.3 |
| Mon 17 | Review/finalize fee app work | 2.0 |
| Tue 18 | Comm w/Blackstone (JOC) re OCP, Project Plate, mergers | 0.2 |
|  | Comm w/OHS (RW) re OCP, Project Plate, mergers | 0.3 |
|  | Review/analysis docket items | 2.2 |
| Wed 19 | Analysis on mergers | 2.1 |
|  | Review/analysis docket items | 0.2 |
| Thu 20 | Comm w/Blackstone (JOC) re additional claims analysis | 1.4 |
|  | Analysis on mergers | 3.2 |
|  | Review/analysis docket items | 0.3 |
| Fri 21 | C/C all hands on claim review | 1.3 |
|  | Review/analysis docket items | 0.2 |
| Mon 24 | Analysis on mergers | 1.0 |
|  | Review/analysis docket items | 0.2 |
| Tue 25 | Grace earnings call | 1.0 |
|  | Review earnings release | 0.7 |
|  | Review/analysis docket items | 0.2 |
| Wed 26 | Comm w/OHS (RW) on mergers | 1.0 |
|  | Review analyst commentary on earnings | 1.2 |
|  | Review/analysis docket items | 0.2 |
| Thu 27 | Comm w/OHS, FCR re scheduling financial review | 0.5 |
|  | Review/analysis docket items | 0.2 |
| Fri 28 | Review/analysis docket items | 0.3 |
| Mon 31 | Comm w/OHS (RW) re Project Plate, follow up | 0.4 |
|  | Analysis on mergers | 1.1 |
|  | Review/analysis docket items | 0.2 |
|  | TOTAL TIME (hrs) | 29.4 |

**WR Grace**
**October 2011 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| Mon 3 | Review docket and analysis | 0.2 |
| Tue 4 | Financial analysis re: trust assets | 0.5 |
| Thu 6 | Review docket and analysis | 0.3 |
| Mon 10 | Review docket and analysis | 0.3 |
| Tue 11 | Review opinion re: Garlock | 0.3 |
| Wed 12 | Review docket and analysis | 0.2 |
| Thu 13 | Internal discussions | 0.2 |
|  | Financial analysis re: trust assets | 0.7 |
| Fri 14 | Review docket and analysis | 0.3 |
| Wed 19 | Review docket and analysis | 0.4 |
| Fri 21 | Review docket and analysis | 0.2 |
| Mon 24 | Review motion re: merger of subsidiaries | 1.4 |
|  | Review Project Plate information | 0.7 |
| Tue 25 | Grace earnings call | 0.8 |
|  | Review Grace earnings information | 0.5 |
|  | Review docket and analysis | 0.2 |
| Wed 26 | Review of info re: merger of subsidiaries | 1.2 |
|  | Call w/ Orrick re: merger of subsidiaries | 0.4 |
| Thu 27 | Review of info re: merger of subsidiaries | 1.0 |
|  | Preparation of memo re: 3Q results | 1.2 |
|  | Conference call re: merger of subsidiaries | 0.8 |
| Fri 28 | Review docket and analysis | 0.3 |
| Mon 31 | Financial analysis re: trust assets | 0.2 |
|  | **TOTAL TIME (hrs)** | **12.3** |

**WR Grace**
**October 2011 Time - Claire Burke, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Wed 5 | Review/analyze docket items | 0.4 |
| Fri 7 | Review/analyze docket items | 0.5 |
| Mon 10 | Review/analyze docket items | 0.5 |
| Tue 11 | Review/analyze docket items | 0.2 |
| Thu 13 | Internal discussions | 0.2 |
|  | Financial analysis re: trust assets | 2.0 |
| Fri 14 | Review/analyze docket items | 0.3 |
| Mon 17 | Review/analyze docket items | 0.6 |
| Thu 20 | Review/analyze docket items | 0.5 |
| Tue 25 | Grace 3Q earnings news review | 1.5 |
|  | Review/analyze docket items | 0.2 |
| Wed 26 | Grace 3Q financial results review & earnings call | 4.0 |
| Thu 27 | Preparation of memo re: 3Q results | 2.0 |
|  | Review/analyze docket items | 0.3 |
| Fri 28 | Preparation of memo re: 3Q results | 1.0 |
|  | **TOTAL TIME (hrs)** | **14.2** |

**WR Grace**
**October 2011 Time - Benjamin Fischer, Analyst**

| Day/Date | Action | Time |
|---|---|---|
| Tues 18 | Review/analyze docket items | 0.7 |
| Tues 25 | Review Grace's third quarter financial performance | 2.8 |
| Wed 26 | Preparation of memo re: Grace's third quarter financial performance | 3.1 |
| | TOTAL TIME (hrs) | 6.6 |

# EXHIBIT A

**WR Grace**
**November 2011 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| Tue 1 | Comm w/OHS (RW) re vermiculite sale | 0.5 |
|  | Review/analysis docket items | 0.2 |
| Wed 2 | Review/analysis docket items | 0.3 |
| Thu 3 | C/C on merging subsidiaries | 1.2 |
|  | Review/analysis docket items | 0.9 |
| Fri 4 | Review/analysis merging subs | 3.1 |
|  | Review/analysis docket items | 0.2 |
| Mon 7 | Review/analysis merging subs | 2.0 |
|  | Review/analysis docket items | 0.2 |
| Tue 8 | Review/analysis Grace corp structure | 2.5 |
|  | Review/analysis docket items | 0.2 |
| Wed 9 | Review revised merger order | 0.6 |
|  | Review/analysis merging subs | 1.3 |
|  | Review/analysis docket items | 0.3 |
| Thu 10 | Review/analysis docket items | 1.3 |
| Fri 11 | I/C re merging subs | 0.9 |
|  | Comm w/COFC (BR) re sub merger, hearing | 0.5 |
|  | Review/analysis merging subs | 2.0 |
|  | C/C on merging subsidiaries | 1.0 |
|  | Review/analysis docket items | 0.2 |
| Mon 14 | I/C on semi-annual review | 0.5 |
|  | Comm w/OHS (RW,RF) FCR re semiannual review | 0.3 |
|  | Review/analysis docket items | 0.2 |
| Tue 15 | Review/analysis merging subs | 1.5 |
|  | Review/analysis docket items | 0.2 |
| Wed 16 | Review/analysis docket items | 0.8 |
| Thu 17 | Review/analysis docket items | 0.3 |
| Fri 18 | Review rare earth info | 0.6 |
|  | Review/analysis docket items | 0.2 |
| Mon 21 | Review/analysis docket items | 1.9 |
| Tue 22 | Review/analysis docket items | 0.2 |
| Wed 23 | Draft/edit semiannual fincl review | 2.0 |
| Mon 28 | Prep/draft/review fee application materials | 2.0 |
|  | I/C re scheduling following week | 0.4 |
|  | Review/analysis docket items | 0.3 |
| Tue 29 | Review/analysis docket items | 0.2 |
| Wed 30 | Comm w/OHS (RW) re Grace ops | 0.7 |
|  | Review/analysis docket items | 0.3 |
|  | TOTAL TIME (hrs) | 32.0 |

**WR Grace**
**November 2011 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| Tue 1 | Conference call re: Project Plate w/ prep | 0.6 |
|  | Call w/ Blackstone re: merger of subsidiaries | 0.2 |
| Wed 2 | Review docket and analysis | 0.3 |
| Thu 3 | Review of info re: merger of subsidiaries | 0.5 |
|  | Call w/ Blackstone and BHF re: merger of subsidiaries w/ prep | 1.2 |
|  | Analysis re: merger of subsidiaries | 2.3 |
| Fri 4 | Analysis re: merger of subsidiaries | 1.2 |
|  | Review docket and analysis | 0.2 |
| Tue 8 | Call w/ Blackstone re: merger of subsidiaries | 0.3 |
|  | Analysis re: merger of subsidiaries | 1.2 |
|  | Review docket and analysis | 0.2 |
| Wed 9 | Review of revised order and exhibits re: merger of subsidiaries | 0.2 |
|  | Analysis re: merger of subsidiaries | 3.0 |
|  | Call w/ Orrick re: merger of subsidiaries | 0.4 |
| Thu 10 | Call w/ Blackstone re: merger of subsidiaries | 0.2 |
| Fri 11 | Analysis re: merger of subsidiaries | 0.5 |
|  | Call w/ Orrick re: merger of subsidiaries | 0.2 |
|  | Call w/ Blackstone and BHF re: merger of subsidiaries w/ prep | 0.7 |
|  | Review docket and analysis | 0.3 |
| Tue 15 | Review docket and analysis | 0.3 |
| Wed 16 | Review 10-Q filing | 1.3 |
| Fri 18 | Review docket and analysis | 0.3 |
|  | Preparation and review of financial update memo | 1.7 |
| Tue 22 | Review docket and analysis | 0.2 |
| Mon 28 | Review docket and analysis | 0.2 |
|  | Preparation and review of financial update memo | 2.2 |
| Wed 30 | Review docket and analysis | 0.3 |
|  | Preparation and review of financial update memo | 1.2 |
|  | TOTAL TIME (hrs) | 21.4 |

**WR Grace**
**November 2011 Time - Claire Burke, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Thu 3 | Review/analyze docket items | 0.5 |
| Mon 7 | Review/analyze docket items | 0.8 |
| Tue 8 | Review/analyze docket items | 0.5 |
| Fri 11 | Review/analyze docket items | 0.4 |
| Mon 14 | I/C re semi-annual review | 0.5 |
| | Preparation of semi-annual financial presentation | 2.2 |
| | Preparation of fee applications | 1.8 |
| Tue 15 | Preparation of semi-annual financial presentation | 4.5 |
| Wed 16 | Preparation of semi-annual financial presentation | 4.0 |
| Thu 17 | Preparation of semi-annual financial presentation | 3.0 |
| Fri 18 | Research rare earth | 2.2 |
| Tue 29 | Schedule travel for following week's meeting | 0.6 |
| | TOTAL TIME (hrs) | 21.0 |

**WR Grace**
**November 2011 Time - Benjamin Fischer, Analyst**

| Day/Date | Action | Time |
|---|---|---|
| Wed 9 | Review/analyze docket items | 0.6 |
| Tues 15 | Prepared financial analysis/presentation | 2.1 |
| Thurs 17 | Prepared financial analysis/presentation | 2.2 |
| | TOTAL TIME (hrs) | 4.9 |

**WR Grace**
**November 2011 Time - Andrew Choi, Analyst**

| Day/Date | Action | Time |
|---|---|---|
| Mon 28 | Draft/edit FCR semi-annual financial presentation | 2.5 |
| Tues 29 | Draft/edit FCR semi-annual financial presentation | 4.5 |
| | TOTAL TIME (hrs) | 7.0 |

# EXHIBIT A

**WR Grace**
**December 2011 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| Thu 1 | Draft/edit FCR semi-annual financial presentation | 4.0 |
|  | Review/analysis docket items | 0.2 |
| Fri 2 | Draft/edit FCR semi-annual financial presentation | 3.0 |
|  | Review/analysis docket items | 0.2 |
| Mon 5 | Draft/edit FCR semi-annual financial presentation | 4.0 |
|  | Review/analysis docket items | 0.4 |
| Tue 6 | Travel back and forth to Washington DC | 6.2 |
|  | Meeting all hands: semi-annual financial presentation | 1.3 |
|  | Review/analysis docket items | 0.2 |
| Wed 7 | Follow up loose items FCR meeting | 1.2 |
|  | Review/analysis docket items | 0.2 |
| Thu 8 | Review/analysis docket items (GST appeal) | 1.0 |
| Fri 9 | Comm w/Blackstone (JOC) re cash balances | 0.8 |
|  | Review Grace cash balance info provided by JOC | 0.8 |
|  | Review/analysis docket items | 0.2 |
| Mon 12 | I/C recash balance information | 0.6 |
|  | Comm w/OHS (RW,RF) re cash balance info | 0.5 |
|  | Comm w/Blackstone (JOC) re additional balance info | 0.3 |
|  | Review/analysis docket items (GST appeal) | 0.4 |
| Tue 13 | Review/analysis docket items (agenda) | 0.5 |
| Wed 14 | Review/analysis docket items (GST appeal) | 0.2 |
| Thu 15 | I/C (CB) re Grace fee applications | 0.4 |
|  | Review/analysis docket items | 0.2 |
| Fri 16 | Edit/review Grace November time entries | 1.5 |
| Mon 19 | Review additional cash info from Grace | 0.6 |
|  | Comm w/OHS (RF,RW) re additional info | 0.3 |
|  | Review/analysis docket items | 0.2 |
| Tue 20 | Review/analysis docket items (DIP, GST appeal) | 1.5 |
| Wed 21 | I/C on Peninsula distribution | 0.4 |
|  | Comms w/OHS (RW,RF) re Peninsula distribution, wts | 0.6 |
|  | Comm w/OHS (RW) re DIP and research | 1.0 |
|  | Comm w/OHS (RW) re exit timing | 0.7 |
|  | Comm w/OHS (RW) re Equity Cmte change | 0.2 |
|  | Review/distribute Sealed air secondary dist info | 0.9 |
|  | Review/analysis docket items | 0.4 |
| Thu 22 | Comm w/Blackstone (JOC) re cash balances, exposure | 0.4 |
|  | Review Sealed Air 8-K and news articles, distribute | 1.0 |
|  | Review/analysis docket items | 0.4 |
|  | Comms w/OHS (RF) and FCR re cash exposures | 0.7 |
| Tue 27 | Review/analysis docket items | 0.2 |
| Wed 28 | Review/analysis docket items | 0.2 |
| Thu 29 | Review/analysis docket items | 0.2 |
|  | TOTAL TIME (hrs) | 38.2 |

**WR Grace**
**December 2011 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| Thu 1 | Review docket and analysis | 0.3 |
| Fri 2 | Preparation of update memo for FCR | 3.6 |
| Mon 5 | Preparation of update memo for FCR | 5.7 |
| Tue 6 | Meeting w/ Orrick and FCR re: financial update and prep | 3.5 |
|  | Travel time for meeting w/ Orrick and FCR | 8.0 |
| Wed 7 | Review docket and analysis | 0.4 |
|  | FCR meeting follow-up | 0.7 |
| Fri 9 | Comm w/Blackstone (JOC) re cash balances | 0.8 |
|  | Review Grace cash balance info provided by JOC and analysis | 1.4 |
| Mon 12 | Review docket and analysis | 0.3 |
|  | I/C re: cash balance information | 0.6 |
| Wed 14 | Review docket and analysis | 0.3 |
| Thu 15 | Fee application preparation | 0.9 |
| Fri 16 | Fee application preparation | 0.7 |
| Mon 19 | Review Grace cash balance info and analysis | 0.8 |
|  | Review docket and analysis | 0.4 |
| Tue 20 | Comm w/ Orrick re: Peninsula distributions | 0.4 |
|  | Review amendment to LC facility and analysis | 0.5 |
| Wed 21 | I/C on Peninsula distribution | 0.4 |
|  | Review Sealed Air information | 1.3 |
|  | Comm w/ Orrick re: equity committee and other issues | 0.8 |
| Thu 22 | Review Sealed Air 8-K | 0.8 |
|  | Review docket and analysis | 0.3 |
| Wed 28 | Review docket and analysis | 0.6 |
|  | TOTAL TIME (hrs) | 33.5 |

**WR Grace**
**December 2011 Time - Claire Burke, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Thu 1 | Preparation of semi-annual financial presentation | 2.5 |
|  | Review/analyze docket items | 0.5 |
| Fri 2 | Preparation of semi-annual financial presentation | 2.0 |
| Mon 5 | Preparation of semi-annual financial presentation | 2.8 |
|  | Review/analyze docket items | 0.4 |
| Tue 6 | Travel back and forth to Washington DC | 7.0 |
|  | Meeting all hands: semi-annual financial presentation | 1.5 |
| Mon 12 | I/C re cash balance information | 0.6 |
| Thu 15 | I/C (JR) re Grace fee applications | 0.4 |
|  | Review/analyze docket items | 0.4 |
| Fri 16 | Preparation of fee applications | 4.5 |
| Mon 19 | Review information re cash balances | 1.0 |
| Tue 20 | Review information re Peninsula | 0.5 |
| Wed 21 | Review/analyze docket items | 0.4 |
| Thu 22 | Review Sealed Air 8-K, news articles, info re secondary dist | 2.2 |
|  | TOTAL TIME (hrs) | 26.7 |

**WR Grace**
**December 2011 Time - Andrew Choi, Analyst**

| Day/Date | Action | Time |
|---|---|---|
| Fri 2 | Draft/edit FCR semi-annual financial presentation | 4.2 |
| Mon 5 | Draft/edit FCR semi-annual financial presentation | 2.4 |
|  | TOTAL TIME (hrs) | 6.6 |