# EXHIBIT B

**W.R. Grace**
**Lincoln Expense Detail Report (October 1, 2011 – December 31, 2011)**
(Dates Represent Posting Date of Expense)

October 2011
| | |
|---|---|
| Telephone | $ 161.29 |
| Fee for Public Access to Electronic Court Records | $ 72.72 |

November 2011
| | |
|---|---|
| Telephone | $ 67.73 |

December 2011
| | |
|---|---|
| Telephone | $ 193.43 |
| Express Mail | $ 20.35 |
| Airfare | $ 2,070.20 |
| Transportation | $ 887.01 |
| Meals | $ 45.17 |

**TOTAL EXPENSES:**       **$ 3,517.90**