# EXHIBIT A
# ORRICK, HERRINGTON & SUTCLIFFE LLP
# INVOICES FOR THE TIME PERIOD
# FEBRUARY 1-29, 2012


ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, D.C. 20005-1706

tel +1-202-339-8400
fax +1-202-339-8500

WWW.ORRICK.COM

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

March 14, 2012
Client No. 17367
Invoice No. 1354460

Orrick Contact: Roger Frankel

| | | |
|---|---|---|
| FOR SERVICES RENDERED through February 29, 2012 in connection with the matters described on the attached pages: | $ | 143,730.00 |
| DISBURSEMENTS as per attached pages: | | 509.24 |
| **TOTAL CURRENT FEES & DISBURSEMENTS** (Pay this Amount): | $ | **144,239.24** |

Matter(s): 17367/11, 12, 13, 7, 8

## DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:
$271,368.75
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701. Fax (304) 231-2501.

### REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

| REMITTANCE ADDRESS: | ELECTRONIC FUNDS TRANSFERS: | OVERNIGHT DELIVERY: |
|---|---|---|
| Orrick, Herrington & Sutcliffe LLP<br>Lockbox #774619<br>4619 Solutions Center<br>Chicago, IL 60677-4006<br>Reference: 17367/ Invoice: 1354460 | **ACH & Wire Transfers:**<br>**ABA Number 121000248**<br>**SWIFT CODE: WFBIUS6S**<br>**Account Number: 4123701088**<br>Wells Fargo<br>420 Montgomery Street<br>San Francisco, CA 94104<br>Account of<br>Orrick, Herrington & Sutcliffe LLP<br>Reference: 17367/ Invoice: 1354460<br>E.I.N. 94-2952627 | Orrick, Herrington & Sutcliffe LLP<br>c/o Wells Fargo<br>Attn: Lockbox #774619<br>350 East Devon Avenue<br>Itasca, IL 60143<br>(213) 614-3248<br>Reference: 17367/ Invoice: 1354460 |


ORRICK

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

March 14, 2012
Client No. 17367
Invoice No. 1354460

Orrick Contact: Roger Frankel

For Legal Services Rendered Through February 29, 2012 in Connection With:

## Matter: 7 - Insurance Matters

| | | | |
|---|---|---|---|
| 02/01/12 | P. Mahaley | Analyze insurer settlement proposal. | 0.30 |
| 02/10/12 | P. Mahaley | Evaluate proposed settlement with insurance company. | 0.30 |

| | | |
|---|---|---|
| Total Hours | 0.60 | |
| Total For Services | | $399.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Peri N. Mahaley | 0.60 | 665.00 | 399.00 |
| Total All Timekeepers | 0.60 | $665.00 | $399.00 |

**Total For This Matter**          $399.00


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 2

March 14, 2012
Invoice No. 1354460

For Legal Services Rendered Through February 29, 2012 in Connection With:

**Matter:  8 - Litigation**

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 02/01/12 | M. Wallace | Discuss proposed settlement with R. Wyron. | 0.10 |
| 02/01/12 | R. Wyron | Review opinion (1.7); participate in FCR meetings re foreign claims and pending issues (.8); confer with R. Frankel and D. Austern and follow-up (.6); call re opinion issues (.5). | 3.60 |
| 02/01/12 | R. Frankel | Read J. Buckwalter opinion. | 1.20 |
| 02/01/12 | R. Frankel | Attend FCR meeting with D. Austern. | 1.00 |
| 02/01/12 | R. Frankel | Listen to fourth quarter earnings call. | 0.70 |
| 02/01/12 | R. Frankel | Review fourth quarter earnings release. | 0.50 |
| 02/02/12 | D. Fullem | Confer with R. Wyron regarding confirmation order and case status. | 0.30 |
| 02/02/12 | D. Fullem | Update service list. | 0.20 |
| 02/02/12 | R. Wyron | Review draft settlement agreements (1.1); call with R. Frankel re strategy (.3); call with M. Giannotto re settlements (.3); continue review of opinion (.7). | 2.40 |
| 02/02/12 | R. Frankel | Read J. Buckwalter opinion. | 0.30 |
| 02/02/12 | R. Frankel | Review, consider issues regarding BNSF-Grace settlement agreement (.4); telephone conference with R. Wyron regarding same (.3). | 0.70 |
| 02/02/12 | R. Frankel | Read J. Buckwalter opinion. | 3.50 |
| 02/03/12 | D. Fullem | Review e-mail from R. Frankel regarding bank lender appeal and follow-up re same. | 1.00 |
| 02/03/12 | M. Wallace | Review correspondence regarding revised settlement agreement and begin reviewing same. | 0.90 |
| 02/03/12 | R. Wyron | Revise BNSF draft settlement agreement (2.1); continue review of District Court opinion (.9); begin review of related settlement drafts (.6); call from Grace insurers re stay and related issues, and follow-up (.8); review Garlock issues and follow-up (.7). | 5.10 |
| 02/03/12 | R. Frankel | Review revised draft settlement agreement re BNSF indemnity claim. | 0.80 |
| 02/03/12 | R. Frankel | Review draft settlement agreements with BNSF, Libby, insurers. | 2.30 |
| 02/03/12 | R. Frankel | Read J. Buckwalter opinion. | 1.80 |
| 02/03/12 | R. Frankel | Review 2 8-Ks filed by WR Grace. | 0.60 |
| 02/06/12 | D. Fullem | Review recently filed pleadings. | 0.20 |


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 3

March 14, 2012  
Invoice No. 1354460

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 02/06/12 | D. Fullem | Review e-mail from R. Wyron regarding BNSF ballot voting on joint plan; review e-mail from D. Felder re same. | 0.20 |
| 02/06/12 | D. Fullem | Review District Court docket update and e-mail from R. Frankel; respond regarding same. | 0.20 |
| 02/06/12 | J. Burke | Review Garlock's motion for reargument (.4); confer with R. Wyron regarding Garlock's motion for reargument (.2); confer with R. Wyron and confirm time for appeals (.4); review and evaluate opinion affirming confirmation order (5.6). | 6.60 |
| 02/06/12 | R. Wyron | Revise BNSF draft agreement (.8); calls re opinion issues (.4); revise outline of opinion issues for 2/7 call and follow-up (2.9); review changes to draft agreements (.4); analyze Garlock motion for reargument (1.2); call with J. Burke re timing and follow-up (.4). | 6.10 |
| 02/06/12 | R. Frankel | Review Garlock Motion for Reargument and related exhibits. | 2.30 |
| 02/06/12 | R. Frankel | Telephone conference with J. Aldock re status of various settlement agreements (.4); prepare notes re same (.2). | 0.60 |
| 02/06/12 | R. Frankel | Review various settlement agreements (1.2); review issues with R. Wyron, call with J. Aldock (.3). | 1.50 |
| 02/06/12 | R. Frankel | Review, consider M. Giannotto e-mail, changes to BNSF Indemnity Settlement Agreement. | 0.50 |
| 02/06/12 | R. Frankel | Review portions of J. Buckwalter opinion in preparation for conference call with Grace. | 1.10 |
| 02/06/12 | R. Frankel | Review series of e-mails with Sealed Air, Fresenius counsel, Kirkland re Memorandum Opinion. | 0.50 |
| 02/07/12 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 02/07/12 | J. Burke | Research regarding Garlock's motion for rehearing (4.7); confer with R. Frankel and R. Wyron regarding motion for rehearing (.5). | 5.20 |
| 02/07/12 | M. Wallace | Review correspondence from R. Wyron regarding revisions to settlement agreement. | 0.10 |
| 02/07/12 | M. Wallace | Review settlement agreement with trust, including M. Giannotto's comments to settlement agreement. | 1.50 |
| 02/07/12 | R. Wyron | Review and organize notes on opinion (1.6); call with plan proponents re issues and follow-up (1.3); revise draft BNSF settlement (1.4). | 4.30 |
| 02/07/12 | R. Frankel | Review, edit proposed order approving Libby, BNSF settlements. | 0.70 |
| 02/07/12 | R. Frankel | Telephone conference with Kirkland, P. Lockwood, R. Wyron, P. Bentley, M. Shelnitz re pending issues re memorandum opinion, settlement agreements (1.9); prepare notes re same (.4). | 2.30 |


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -                                March 14, 2012
17367                                                                                                  Invoice No. 1354460
page 4

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 02/07/12 | R. Frankel | Confer with R. Wyron, J. Burke re Garlock motion to reargue (.4); prepare notes re same for meeting at Kirkland (.3). | 0.70 |
| 02/07/12 | R. Frankel | Review J. Donley e-mail re response to attorneys for Sealed Air, Fresenius (.3); prepare notes re same (.2). | 0.50 |
| 02/07/12 | R. Frankel | Review, comment on agenda for Grace meeting. | 0.40 |
| 02/08/12 | M. Wallace | Review revised settlement agreement and provide comments to same. | 0.20 |
| 02/08/12 | R. Wyron | Review draft pleadings (1.8); meet with Kirkland re issues and strategy (3.6); call with insurers re appeals and follow-up (.7); call with Sealed Air and Fresenius and notes re same (1.1); revise BNSF Agreement (1.7). | 8.90 |
| 02/08/12 | R. Frankel | Review revised BNSF Indemnity settlement agreement, related papers (1.0); confer with R. Wyron re same (.3). | 1.30 |
| 02/08/12 | R. Frankel | Confer with A. Paul, J. Donley (by phone), R. Wyron at K&E (DC) re opinion, next steps. | 4.60 |
| 02/08/12 | R. Frankel | Telephone conference with J. Donley, D. Turetsky, N. Coco, R. Wyron re Sealed Air, Fresenius issues. | 1.10 |
| 02/08/12 | R. Frankel | Review J. Donley edits to certain portions of USDC opinion (.8); series of e-mails re same (.3). | 1.10 |
| 02/08/12 | R. Frankel | Review opinion analysis from Kirkland. | 0.40 |
| 02/09/12 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 02/09/12 | M. Wallace | Review revised settlement agreement and provide comments to same. | 1.40 |
| 02/09/12 | M. Wallace | Discuss settlement agreement issues with R. Wyron. | 0.10 |
| 02/09/12 | R. Wyron | Confer with Orrick team re pending matters and strategy (.9); review pleadings (.3); call with M. Giannotto and follow-up (.3). | 1.50 |
| 02/09/12 | R. Wyron | Revise settlement agreements (2.1); review draft Rule 59(e) pleadings and call re same (1.7); analysis of changes required in order and follow-up (.3); review draft response to Garlock motion to reargue and follow-up (.7). | 4.80 |
| 02/09/12 | R. Frankel | Review modified Order approving Libby, BNSF settlements (.6); review Libby-Grace Term Sheet (.5). | 1.10 |
| 02/09/12 | R. Frankel | Confer with R. Wyron re order approving settlement, settlement agreement. | 0.50 |
| 02/09/12 | R. Frankel | Review revised settlement agreement re BNSF Indemnity Claim. | 1.40 |
| 02/09/12 | R. Frankel | Review FRCP 59 motion and revised language for opinion (.6); review series of e-mails re same (.3). | 0.90 |
| 02/09/12 | R. Frankel | Review A. Paul, R. Wyron e-mails re BNSF settlement agreement, order approving settlements (.4); confer with R. Wyron re settlement agreement, M. Wallace comments (.2). | 0.60 |


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 5

March 14, 2012  
Invoice No. 1354460

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 02/09/12 | R. Frankel | Review report from in connection with payment percentage. | 0.90 |
| 02/10/12 | R. Wyron | Review and respond to e-mails re appeal issues (.8); work on analysis of District Court issues and follow-up (.9); review drafts (1.3). | 3.00 |
| 02/10/12 | R. Frankel | Review compare marked version of pp. 173-175 from Skadden (.4); review draft motion under Rule 59 and draft order from Sealed Air and Fresenius (.8). | 1.20 |
| 02/10/12 | R. Frankel | Review, consider insert to Garlock response from K&E. | 0.50 |
| 02/10/12 | R. Frankel | Confer with R. Wyron regarding updated claims forecast. | 0.30 |
| 02/10/12 | R. Frankel | Review draft Plan Proponents' motion (revised) to amend opinion and order. | 0.60 |
| 02/10/12 | R. Frankel | Series of e-mails with P. Mahaley, D. Austern regarding settlement of insolvent insurance policies. | 0.40 |
| 02/10/12 | R. Frankel | Telephone conference with J. Donley, A. Paul, R. Wyron, P. Lockwood regarding pleadings in USDC, status of settlement agreements. | 0.70 |
| 02/10/12 | R. Frankel | Review latest Plan Proponents' motion to amend memorandum opinion, marked changes to pp. 173-175 of opinion (.9); consider Sealed Air and Fresenius options (.6) | 1.50 |
| 02/12/12 | R. Wyron | Review Sealed Air draft and notes re same (.3); review e-mails re strategy and respond (.3). | 0.60 |
| 02/12/12 | R. Frankel | Series of e-mails with J. Donley, A Paul, M. Shelnitz regarding motion for reason, Sealed Air position (.4); review, consider Sealed Air papers (.4). | 0.80 |
| 02/13/12 | D. Fullem | Review filings in bank lender group appeal. | 0.50 |
| 02/13/12 | R. Wyron | Review and respond to e-mails re District Court filings and follow-up. | 1.10 |
| 02/13/12 | R. Frankel | Review e-mail, revised motion and pp. 173-175 from J. Donley. | 0.60 |
| 02/13/12 | R. Frankel | Telephone conference with Grace team re motion for reconsideration and exhibit (.5); notes re same (.1). | 0.60 |
| 02/13/12 | R. Frankel | Confer with D. Austern, R. Wyron re status of appeal issues. | 0.60 |
| 02/13/12 | R. Frankel | Review series of e-mails re motions, appeal time periods with J. Donley, D. Turetsky, L. Casey, R. Wyron, B. Philips, M. Giannotto. | 0.80 |
| 02/13/12 | R. Frankel | Review as filed motion and order of Sealed Air and Fresenius for reconsideration. | 0.60 |
| 02/14/12 | D. Fullem | Review filings in bank lender group appeal. | 0.50 |
| 02/14/12 | R. Wyron | Review BNSF motion and analysis re same (.9); respond to e-mails re timing issues (.3). | 1.20 |
| 02/14/12 | R. Frankel | Review BNSF motion to extend appeal time as filed (.6); notes re same (.1). | 0.70 |

# ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 6

March 14, 2012  
Invoice No. 1354460

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 02/14/12 | R. Frankel | Review draft of BNSF Settlement Agreement, M. Giannotto e-mail re same. | 1.10 |
| 02/14/12 | R. Frankel | Confer with R. Wyron re status (.4); telephone conference with M. Giannotto, R. Wyron re status of settlement agreements (.4). | 0.80 |
| 02/14/12 | R. Frankel | Review series of e-mails, BNSF pleadings re extension. | 0.60 |
| 02/15/12 | D. Fullem | Review filings in bank lender appeal case. | 0.30 |
| 02/15/12 | J. Burke | Review draft response to Garlock's motion for rehearing. | 0.50 |
| 02/15/12 | R. Wyron | Review BNSF pleading (.2); call with Kirkland & Ellis re BNSF issues (.6); review draft response to Garlock motion to reargue and follow-up (.9); confer with J. Burke re strategy and e-mails re same (.4); calls re settlement status and follow-up (.8). | 2.90 |
| 02/15/12 | R. Frankel | Review motion, related papers re EPA, Kaneb settlement (1.2); telephone conference with R. Wyron re same (.1). | 1.30 |
| 02/15/12 | R. Frankel | Review series of e-mails with J. Donley, A. Paul, R. Wyron re response to BNSF motion to extend appeal period (.6); telephone conference with R. Wyron re same (.3). | 0.90 |
| 02/16/12 | D. Fullem | Review docket of bank lender group appeal. | 0.20 |
| 02/16/12 | J. Burke | Participate in internal telephone conference regarding draft response to Garlock's motion for rehearing (.5); participate in telephone conference with Debtors' counsel regarding motions for reconsideration (.3). | 0.80 |
| 02/16/12 | R. Wyron | Review draft response re Garlock (.4); calls with J. Burke and R. Frankel, and J. Donley and A. Paul re same (.9); review Kaneb motion and e-mails re same (.4); review revised BNSF order and respond to e-mails re same (.6). | 2.30 |
| 02/16/12 | R. Frankel | Review draft pleading from Caplin and respond to Garlock motion (1.1); prepare notes re same (.4). | 1.50 |
| 02/16/12 | R. Frankel | Telephone conference with R. Wyron, J. Burke re draft opposition from Caplin. | 0.40 |
| 02/16/12 | R. Frankel | Review series of e-mails re response to BNSF, order entered by court. | 0.50 |
| 02/16/12 | R. Frankel | Review exhibits, including redacted portions, of Kaneb settlement agreements. | 0.70 |
| 02/17/12 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 02/17/12 | J. Burke | Review and edit revised draft response to Garlock's motion for rehearing. | 1.40 |
| 02/17/12 | R. Wyron | Review and revise draft response to Garlock motion (.8); confer with J. Burke and follow-up (.4). | 1.20 |
| 02/17/12 | R. Frankel | Review revised response to Garlock (.6); e-mails re same (.3). | 0.90 |


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 7

March 14, 2012  
Invoice No. 1354460

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 02/18/12 | R. Frankel | Review revised Appellants' brief from J. Donley in opposition to Garlock (1.1); review J. Burke's mark-up of brief (.4); e-mails re same (.3). | 1.80 |
| 02/20/12 | R. Wyron | Review draft responses and e-mails re same (.7); call with Plan Proponents re issues (.8). | 1.50 |
| 02/20/12 | R. Frankel | Review revised opposition to Garlock motion (1.0); teleconference with J. Donley, A. Paul, R. Wyron, Caplin & Drysdale re draft opposition (.6). | 1.60 |
| 02/21/12 | R. Wyron | Review response to Garlock motion and follow-up. | 0.70 |
| 02/21/12 | R. Frankel | Review as filed opposition to Garlock Motion for Reconsideration (.4); review exhibits to Opposition (.5). | 0.90 |
| 02/22/12 | D. Fullem | Review docket update and circulate filings in bank lender group appeal. | 0.20 |
| 02/22/12 | R. Wyron | Review A. Paul draft (.3); call with A. Paul and J. Donley (.3). | 0.60 |
| 02/22/12 | R. Frankel | Review series of docket entries re Garlock Reply Brief, relevant rules. | 0.40 |
| 02/22/12 | R. Frankel | Review proposed objection of Libby claimants to Plan Proponents' Motion for Clarification (.4); telephone conference with A. Paul, J. Donley re same (.3). | 0.70 |
| 02/22/12 | R. Frankel | Review amended notice of appeal, request for transcript from Bank Lender Group. | 0.20 |
| 02/23/12 | R. Wyron | Confer with J. Biggs and J. Kimble (.6); review J. Biggs materials (.4); review pleading from AMH and respond to e-mails re same (.8). | 1.80 |
| 02/23/12 | R. Frankel | Review AMH motion to extend appeal period and proposal order (.4); series of e-mails re same (.2); telephone conference with A. Paul re same (.3). | 0.90 |
| 02/23/12 | R. Frankel | Telephone conference with R. Wyron, J. Biggs re payment percentage issues (.5); confer with R. Wyron re next steps (.4). | 0.90 |
| 02/23/12 | R. Frankel | Review BNSF order re appeal extension (.2); confer with R. Wyron re status (.2). | 0.40 |
| 02/23/12 | R. Frankel | Review slides from J. Kimble. | 0.40 |
| 02/24/12 | D. Fullem | Review Grace 10-K. | 0.20 |
| 02/24/12 | D. Fullem | Review new Third Circuit Appeal docket. | 0.50 |
| 02/24/12 | D. Fullem | Review Grace 8-K. | 0.20 |
| 02/24/12 | D. Fullem | Review bank lender group docket and pleadings. | 0.30 |
| 02/24/12 | R. Wyron | Review and respond to e-mails re Libby filing and settlement (.6); outline issues on estimation expert and follow-up (.6). | 1.20 |
| 02/24/12 | R. Frankel | Review 8-K issued by Grace. | 0.40 |
| 02/24/12 | R. Frankel | Review 3rd circuit docket. | 0.20 |
| 02/25/12 | R. Frankel | Review files. | 1.00 |


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 8

March 14, 2012
Invoice No. 1354460

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 02/26/12 | R. Wyron | Review Libby pleading and respond to e-mails re same. | 0.50 |
| 02/26/12 | R. Frankel | Review draft opposition to Motion for Reconsideration from D. Cohn (.6); e-mail memo to A. Paul re same (.4). | 1.00 |
| 02/27/12 | D. Fullem | Review Grace 10-K filing. | 0.30 |
| 02/27/12 | R. Wyron | Review Libby comments on BNSF settlement (.4); attend omnibus hearing (.4); confer with Grace counsel and follow-up (.7); review Libby pleading (.2); review Garlock pleading (.4). | 2.10 |
| 02/27/12 | R. Frankel | Review revised Libby response, and J. Donley e-mail. | 0.30 |
| 02/27/12 | R. Frankel | Review, consider order granting extension by Judge Buckwalter. | 0.30 |
| 02/27/12 | R. Frankel | Review agenda in preparation for Omnibus Hearing (.3); attend telephonic omnibus hearing (.5). | 0.80 |
| 02/27/12 | R. Frankel | Telephone conference with J. Donley, P. Lockwood, R. Wyron re Libby response, Garlock request (.6); notes re same (.1). | 0.70 |
| 02/28/12 | D. Fullem | Review docket updates to bank lender group appeal. | 0.20 |
| 02/28/12 | R. Wyron | Work on BNSF/Libby settlement issues re Libby comments to agreement and order (1.1); follow up on claims analysis (.2). | 1.30 |
| 02/28/12 | R. Frankel | Read Garlock Motion For Stay Pending Appeal (.8); prepare notes re same (.3). | 1.10 |
| 02/28/12 | R. Frankel | Telephone conference with D. Austern re status, claims projections issues. | 0.40 |
| 02/28/12 | R. Frankel | Telephone conference with J. Donley, M. Shelnitz, P. Lockwood re appeal issues, status. | 0.60 |
| 02/28/12 | R. Frankel | Confer with E. Inselbuch, A. McMillan re status. | 0.60 |
| 02/29/12 | D. Fullem | Review latest filing in bank lender group appeal. | 0.20 |
| 02/29/12 | M. Wallace | Review correspondence regarding settlement comments. | 0.10 |
| 02/29/12 | R. Wyron | Work on settlement agreement comments and follow up. | 0.90 |
| 02/29/12 | R. Frankel | Review D. Cohn comments to Settlement Approval Order and comments to BNSF Indemnity Settlement Agreement (1.9); series of e-mails re same (.4). | 2.30 |
| 02/29/12 | R. Frankel | Review bank lender's statement of issues on appeal (.4); notes re same (.1) | 0.50 |

Total Hours 160.20
Total For Services $140,105.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| James W. Burke | 14.50 | 550.00 | 7,975.00 |


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 9

March 14, 2012
Invoice No. 1354460

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Roger Frankel | 75.40 | 995.00 | 75,023.00 |
| Debra O. Fullem | 6.30 | 270.00 | 1,701.00 |
| Mary A. Wallace | 4.40 | 740.00 | 3,256.00 |
| Richard H. Wyron | 59.60 | 875.00 | 52,150.00 |
| Total All Timekeepers | 160.20 | $874.56 | $140,105.00 |

Disbursements
    Outside Reproduction Services    84.80
    Taxi Expense    255.66
    Travel Expense, Air Fare    134.48
    Westlaw Research    33.00
    Total Disbursements    $507.94

**Total For This Matter**    $140,612.94


# ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 10

March 14, 2012
Invoice No. 1354460

For Legal Services Rendered Through February 29, 2012 in Connection With:

**Matter: 11 - Compensation of Professionals - Other**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 02/13/12 | D. Fullem | Review January invoice and fee application from Lincoln; e-mail to C. Burke at Lincoln for expense back-up from January invoice. | 0.40 |
| 02/16/12 | D. Fullem | Review Lincoln's December fee application and provide e-mail with comments on expenses to C. Burke. | 0.50 |
| 02/23/12 | D. Fullem | E-mail to and review response from C. Burke regarding status of Lincoln's December fee application. | 0.20 |

Total Hours 1.10
Total For Services $297.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra O. Fullem | 1.10 | 270.00 | 297.00 |
| Total All Timekeepers | 1.10 | $270.00 | $297.00 |

**Total For This Matter** $297.00


# ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 11

March 14, 2012
Invoice No. 1354460

For Legal Services Rendered Through February 29, 2012 in Connection With:

## Matter: 12 - Retention of Professionals - Orrick

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 02/06/12 | D. Fullem | Review e-mails from R. Frankel and R. Wyron regarding potential disclosures. | 0.20 |

|  | Total Hours | 0.20 |  |
|---|---|---|---|
|  | Total For Services |  | $54.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra O. Fullem | 0.20 | 270.00 | 54.00 |
| Total All Timekeepers | 0.20 | $270.00 | $54.00 |

**Total For This Matter**     **$54.00**


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 12

March 14, 2012
Invoice No. 1354460

For Legal Services Rendered Through February 29, 2012 in Connection With:

**Matter: 13 - Compensation of Professionals - Orrick**

| Date | Name | Description | Hours |
|---|---|---|---|
| 02/02/12 | D. Fullem | Review and respond to e-mail from R. Wyron regarding status of fee applications. | 0.20 |
| 02/02/12 | D. Fullem | Review R. Wyron's edits to reply to fee auditor's initial report; assemble expense detail per request; revise reply letter. | 0.80 |
| 02/03/12 | D. Fullem | Confer with R. Wyron regarding comments to response to fee auditor's initial report for Jul-Sep 2010 quarterly (.1); revise and finalize same (.6); e-mail to fee auditor (.1). | 0.80 |
| 02/06/12 | D. Fullem | Begin draft of January 2012 fee application. | 0.70 |
| 02/07/12 | D. Fullem | Follow-up with D. Felder regarding comments to January prebill. | 0.20 |
| 02/07/12 | D. Fullem | Review January prebill. | 1.00 |
| 02/08/12 | D. Fullem | Review and respond to e-mail from D. Felder regarding comments to January prebill. | 0.20 |
| 02/09/12 | D. Fullem | Review e-mail from R. Wyron regarding edits to January prebill; research expense charges for compliance with fee auditor guidelines. | 0.80 |
| 02/09/12 | D. Fullem | Review D. Felder comments to January prebill. | 0.20 |
| 02/09/12 | D. Fullem | Review status of fee application filings. | 0.30 |
| 02/10/12 | D. Fullem | Review and respond to e-mail from R. Wyron regarding January prebill expenses. | 0.20 |
| 02/13/12 | D. Fullem | Research expenses in January prebill and follow-up with accounting re same. | 0.40 |
| 02/13/12 | D. Fullem | Prepare January 2012 fee application. | 1.00 |
| 02/16/12 | D. Fullem | Prepare CNO for Orrick's December fee application. | 0.40 |
| 02/17/12 | D. Fullem | E-mail to R. Wyron regarding CNO for Orrick's December fee application. | 0.10 |
| 02/17/12 | R. Wyron | Review CNO and follow-up. | 0.20 |
| 02/21/12 | D. Fullem | Coordinate filing/serving of Orrick's CNO for December fee application. | 0.40 |
| 02/23/12 | D. Fullem | Finalize January fee application; provide to R. Wyron for review and approval. | 0.80 |
| 02/23/12 | D. Fullem | Prepare updated fee/expense charts and circulate. | 0.50 |
| 02/27/12 | D. Fullem | Finalize and file/serve Orrick's January fee application. | 1.00 |

Total Hours 10.20



# ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 13

March 14, 2012  
Invoice No. 1354460

                    Total For Services                            $2,875.00

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Debra O. Fullem | 10.00 | 270.00 | 2,700.00 |
| Richard H. Wyron | 0.20 | 875.00 | 175.00 |
| Total All Timekeepers | 10.20 | $281.86 | $2,875.00 |

Disbursements  
    Postage                                     1.30  
                     Total Disbursements                            $1.30

                    **Total For This Matter**                        **$2,876.30**

\* \* \* COMBINED TOTALS \* \* \*

|  |  |  |
|---|---|---|
| Total Hours | 172.30 |  |
| Total Fees, all Matters |  | $143,730.00 |
| Total Disbursements, all Matters |  | $509.24 |
| Total Amount Due |  | $144,239.24 |