# EXHIBIT A

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**FEBRUARY 1, 2012 - FEBRUARY 29, 2012**

| Matter Code | Project Category | Hours | Amount |
|:---:|---|:---:|---:|
| 0013 | Business Operations | 1.4 | $  1,015.00 |
| 0014 | Case Administration | 12.4 | 2,861.50 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 1.3 | 1,002.50 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 32.5 | 24,839.00 |
| 0018 | Fee Application, Applicant | 9.5 | 2,599.00 |
| 0019 | Creditor Inquiries | 7.4 | 6,334.00 |
| 0020 | Fee Application, Others | 4.7 | 1,244.50 |
| 0021 | Employee Benefits, Pension | 2.1 | 1,522.50 |
| 0022 | Environmental Matters/Regulations/Litigation | 10.5 | 7,612.50 |
| 0036 | Plan and Disclosure Statement | 15.7 | 12,800.00 |
| 0037 | Hearings | 1.0 | 725.00 |
| 0041 | Relief from Stay Proceedings | 0.1 | 72.50 |
|  |  |  |  |
|  | **Total** | **98.6** | **$ 62,628.00** |

# STROOCK

## INVOICE

| DATE | March 8, 2012 |
|---|---|
| INVOICE NO. | 558954 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through February 29, 2012, including:

| RE | Business Operations<br>699843 0013 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/06/2012 | Attend replay of 2/1/12 4th quarter investor call. | Krieger, A. | 0.9 |
| 02/08/2012 | Attend to draft memoranda re: ART JT Venture and telephone conference Capstone re: same. | Krieger, A. | 0.3 |
| 02/09/2012 | Review revised ART JT Venture memorandum for the Committee and telephone conference Capstone re: same. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.4 | $ 725 | $ 1,015.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,015.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,015.00 |
|---|---|

# STROOCK

| RE | Case Administration |
|----|---------------------|
|    | 699843 0014 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/01/2012 | O/c DM re: closure of docket re: confirmation decision. | Krieger, A. | 0.1 |
| 02/01/2012 | Review case file documents. | Mohamed, D. | 1.3 |
| 02/02/2012 | Memoranda with DM re: fee application. | Krieger, A. | 0.1 |
| 02/02/2012 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.4 |
| 02/03/2012 | Obtain and circulate recently docketed pleading in main case. | Mohamed, D. | 0.2 |
| 02/09/2012 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.5 |
| 02/10/2012 | Obtain and circulate recently docketed pleadings in main case (.7); obtain documents for attorney review (.4). | Mohamed, D. | 1.1 |
| 02/13/2012 | Obtain and circulate recently docketed pleading in main case (.2); obtain recent pleadings re: appeals case docket no. 11-199 for attorney review (.5). | Mohamed, D. | 0.7 |
| 02/14/2012 | Obtain and circulate recently docketed pleadings in main case (.3); obtain recent pleadings re: appeals case no. 11-199 for attorney review (.4). | Mohamed, D. | 0.7 |
| 02/15/2012 | Obtain recent pleading re: appeals case no. 11-199 for attorney review. | Mohamed, D. | 0.2 |
| 02/16/2012 | Obtain and circulate recently docketed pleadings in main case (.4); obtain recent pleading re: appeals case no. 11-199 for attorney review (.2). | Mohamed, D. | 0.6 |
| 02/21/2012 | O/c DM re: 2/27/12 hearing. | Krieger, A. | 0.1 |
| 02/21/2012 | Obtain and circulate recently docketed | Mohamed, D. | 1.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | pleadings in main case (1.1); schedule A. Krieger to appear telephonically at 2/27/12 hearing (.1); monitor appeals case docket no. 11-199 (.1). | | |
| 02/22/2012 | Obtain and circulate recently docketed pleadings in main case (.3); obtain recent pleadings re: appeals case no. 11-199 for attorney review (.3). | Mohamed, D. | 0.6 |
| 02/23/2012 | Obtain and circulate recently docketed pleadings in main case (.3); obtain recent pleadings re: appeals case no. 11-199 for attorney review (.2). | Mohamed, D. | 0.5 |
| 02/24/2012 | Obtain recent pleading re: appeals case no. 11-199 for attorney review (.2); obtain case documents for attorney review (.5). | Mohamed, D. | 0.7 |
| 02/27/2012 | Obtain and circulate recently docketed pleadings in main case (.5); obtain recent pleadings re: appeals case no. 11-199 for attorney review (.3); review case file documents (.4). | Mohamed, D. | 1.2 |
| 02/28/2012 | Obtain and circulate recently docketed pleadings in main case (.4); obtain recent pleadings re: appeals case no. 11-199 for attorney review (.3). | Mohamed, D. | 0.7 |
| 02/29/2012 | Memoranda with DM, MM re: claims agent inquiry. | Krieger, A. | 0.2 |
| 02/29/2012 | Obtain and circulate recently docketed pleading in main case (.2); obtain recent pleadings re: appeals case docket nos. 11-199 and 12-1402 for attorney review (.6); research and obtain documents for attorney review (.4). | Mohamed, D. | 1.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.5 | $ 725 | $ 362.50 |
| Mohamed, David | 11.9 | 210 | 2,499.00 |

# STROOCK

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,861.50 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 2,861.50 |

# STROOCK

| RE | Claims Analysis/Objections/Administration (Non-Asbestos)<br>699843  0015 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/14/2012 | Attend to Grace's supplemental objection to NY Hillside claim. | Krieger, A. | 0.1 |
| 02/27/2012 | Review memo for Committee re: Hillside claim and confirmation status. | Kruger, L. | 0.2 |
| 02/29/2012 | Attend to proposed settlement of the claims of NY State Department of Finance and memorandum to the Committee regarding same. | Krieger, A. | 1.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.1 | $ 725 | $ 797.50 |
| Kruger, Lewis | 0.2 | 1,025 | 205.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,002.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,002.50 |
|---|---|

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders' |
|----|---------------------------------------------------------|
|    | 699843  0017 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/01/2012 | Preparation for Committee call re: District Court's confirmation opinion and exchanges with LK, KP re: same (1.2) conference call Committee re: confirmation decision (.5); follow up t/c Committee member re: decision and emergence issues (.3). | Krieger, A. | 2.0 |
| 02/01/2012 | Review confirmation decision and preparation for conference call with Committee re: decision, next steps and role of Committee (1.4); t/c with Committee re: District court confirmation decision and future timeline (.6). | Kruger, L. | 2.0 |
| 02/01/2012 | Prep for, including continue review/analysis of confirmation decision and conference call with Committee re: status. | Pasquale, K. | 2.0 |
| 02/03/2012 | Review POR term sheet. | Pasquale, K. | 0.2 |
| 02/06/2012 | Telephone conference B. Frezza re: effective date issues. | Pasquale, K. | 0.2 |
| 02/07/2012 | Review AK memo re: Grace settlements status. | Pasquale, K. | 0.3 |
| 02/13/2012 | Memorandum for the Committee re: Libby and related settlements. | Krieger, A. | 2.4 |
| 02/14/2012 | Committee memoranda re: Libby claimants and other plan objectors' settlements (1.4); attend to confirmation-related pleadings filed in District Court and memorandum to the Committee regarding same (3.4). | Krieger, A. | 4.8 |
| 02/15/2012 | Revise Committee memorandum to reflect Bank Lender Group appeal and other matters (1.1); memoranda with Committee member re: same (.1). | Krieger, A. | 1.2 |
| 02/15/2012 | Review memo to Committee re: Bank Lender Group Appeal and other matters. | Kruger, L. | 0.2 |
| 02/16/2012 | Further revised memorandum for the | Krieger, A. | 0.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | Committee. | | |
| 02/21/2012 | Attend to Committee memorandum re: proposed settlement with US, Samson and NuStar. | Krieger, A. | 6.2 |
| 02/22/2012 | Preparation of memorandum for the Committee re: proposed Pipeline settlement with US, other parties. | Krieger, A. | 3.8 |
| 02/23/2012 | Memorandum to Committee re: amended notice of appeal (.1); attend to memorandum re: Otis Pipeline settlement (2.5). | Krieger, A. | 2.6 |
| 02/24/2012 | Finalize Committee memorandum re: proposed settlement with the United States and other parties. | Krieger, A. | 1.0 |
| 02/24/2012 | Review memo to Committee re: settlement of claim by United States, debtor, parties. | Kruger, L. | 0.3 |
| 02/27/2012 | Attend to Anderson Memorial motion extending time to file an appeal and draft memorandum re: 2/27/12 hearing and additional pleading filed by AMH. | Krieger, A. | 0.6 |
| 02/28/2012 | Review recent pleadings, District Court order and prepare memorandum for the Committee re: same. | Krieger, A. | 1.4 |
| 02/29/2012 | Memorandum to the Committee re: stay motion, appeal and other filings before the District Court, Third Circuit order. | Krieger, A. | 0.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 27.3 | $ 725 | $ 19,792.50 |
| Kruger, Lewis | 2.5 | 1,025 | 2,562.50 |
| Pasquale, Kenneth | 2.7 | 920 | 2,484.00 |
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | $ 24,839.00 | |

| | | |
|---|---|---|
| TOTAL FOR THIS MATTER | $ 24,839.00 | |

# STROOCK

| RE | Fee Application, Applicant<br>699843  0018 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/01/2012 | O/c DM re 43rd quarterly fee application. | Krieger, A. | 0.1 |
| 02/01/2012 | Review and revise draft of SSL's forty-third quarterly fee application for attorney review. | Mohamed, D. | 1.1 |
| 02/03/2012 | Review and revise January Grace bill. | Magzamen, M. | 0.3 |
| 02/03/2012 | Revise SSL's 129th monthly fee application and forward to local counsel for re-filing (.5); prepare and effectuate service re: same (.6). | Mohamed, D. | 1.1 |
| 02/07/2012 | Review revised fee and expense detail re: SSL's January 2012 bill. | Mohamed, D. | 0.3 |
| 02/08/2012 | Prepare draft of SSL's 130th monthly fee application for attorney review. | Mohamed, D. | 0.7 |
| 02/14/2012 | O/c DM re: quarterly fee application (.1); review and finalize 43rd quarterly fee application (.6). | Krieger, A. | 0.7 |
| 02/15/2012 | Revise SSL's 43rd quarterly fee application. | Mohamed, D. | 0.5 |
| 02/16/2012 | Finalize SSL's 43rd quarterly fee application for filing (.8); prepare notice and CoS re: same and forward to local counsel for filing (.6); prepare and effectuate service re: fee application (.7). | Mohamed, D. | 2.1 |
| 02/17/2012 | Attend to 130th monthly fee statement (Jan 2012). | Krieger, A. | 0.3 |
| 02/17/2012 | Review and revise SSL's 130th monthly fee application. | Mohamed, D. | 0.6 |
| 02/28/2012 | Finalize SSL's 130th monthly fee application for filing (.6); prepare notice and CoS re: same and forward to local counsel for filing (.5); prepare and effectuate service re: fee application (.6). | Mohamed, D. | 1.7 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.1 | $ 725 | $ 797.50 |
| Magzamen, Michael | 0.3 | 335 | 100.50 |
| Mohamed, David | 8.1 | 210 | 1,701.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,599.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 2,599.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Creditor Inquiries |
|----|-------------------|
|    | 699843 0019 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/01/2012 | Attend to memorandum from creditor and memoranda with KP, LK re: same. | Krieger, A. | 0.2 |
| 02/01/2012 | E-mails with creditors re: settlement prospects. | Kruger, L. | 0.3 |
| 02/01/2012 | Telephone conference with creditors re: confirmation decision. | Pasquale, K. | 0.6 |
| 02/02/2012 | Telephone conference creditor re: confirmation decision. | Pasquale, K. | 0.2 |
| 02/06/2012 | Conference call bank lenders' counsel re: post-petition interest and follow-up'; office conference K. Pasquale re: same. | Krieger, A. | 0.5 |
| 02/06/2012 | Telephone conference A. Rosenberg re: status and PPI issues; conference call with AR, Capstone, AK re: same. | Pasquale, K. | 0.8 |
| 02/08/2012 | Telephone conference Creditor re: case status. | Krieger, A. | 0.3 |
| 02/08/2012 | T/c creditor re: status and timetable. | Kruger, L. | 0.2 |
| 02/09/2012 | Telephone conference trade creditor re: effective date. | Pasquale, K. | 0.3 |
| 02/10/2012 | Email with creditor re: case status. | Krieger, A. | 0.6 |
| 02/10/2012 | Telephone conference creditor re: plan status. | Pasquale, K. | 0.3 |
| 02/14/2012 | Telephone conference A. Rosenberg re: confirmation status. | Pasquale, K. | 0.2 |
| 02/16/2012 | Telephone conference lender and telephone conference creditor re: confirmation status. | Pasquale, K. | 0.5 |
| 02/22/2012 | T/c creditor re: status of appeals, claims allowance. | Krieger, A. | 0.1 |
| 02/22/2012 | Telephone conference creditor re: confirmation | Pasquale, K. | 0.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | status. | | |
| 02/23/2012 | Respond to creditor inquiry re: bank lender group's appeal. | Krieger, A. | 0.3 |
| 02/24/2012 | Telephone conference A. Rosenberg re: status (.3); telephone conference creditor re: confirmation status (.3); review draft memo re: settlement (.3). | Pasquale, K. | 0.9 |
| 02/29/2012 | Memorandum to creditor re: Third Circuit appeal (.1); t/c and memoranda to creditor re: claims inquiry (.4); memorandum to Debtors' counsel re creditor inquiry on claims (.2). | Krieger, A. | 0.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 2.7 | $ 725 | $ 1,957.50 |
| Kruger, Lewis | 0.5 | 1,025 | 512.50 |
| Pasquale, Kenneth | 4.2 | 920 | 3,864.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 6,334.00 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 6,334.00 |
|-----------------------|-----------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Fee Application, Others |
|---|---|
| | 699843  0020 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/07/2012 | Research re: query of Capstone's 31st quarterly fee application. | Mohamed, D. | 0.2 |
| 02/09/2012 | Finalize Capstone's 95th monthly fee application for filing (.7); prepare notice and CoS re: same and forward to local counsel for filing (.5); prepare and effectuate service re: fee application (.6). | Mohamed, D. | 1.8 |
| 02/22/2012 | Attend to fee applications, fee auditor's report on 43rd quarterly applications, certifications. | Krieger, A. | 0.3 |
| 02/23/2012 | Review and finalize Capstone's 32nd quarterly fee application for filing (.9); prepare notice and CoS re: same and forward to local counsel for filing (.7); prepare and effectuate service re: fee application (.6). | Mohamed, D. | 2.2 |
| 02/29/2012 | Attend to fee application of other professionals and related certifications, fee auditor pleadings. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.5 | $ 725 | $ 362.50 |
| Mohamed, David | 4.2 | 210 | 882.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,244.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,244.50 |
|---|---|

# STROOCK

| RE | Employee Benefits, Pension |
|---|---|
| | 699843  0021 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/02/2012 | Review Capstone's draft memorandum for the Committee re pension motion contribution (1.4); t/c J. Dolan re Committee memorandum (.7). | Krieger, A. | 2.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 2.1 | $ 725 | $ 1,522.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,522.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,522.50 |
|---|---|

# STROOCK

| RE | Environmental Matters/Regulations/Litigation<br>699843 0022 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/15/2012 | Attend to Debtors' motion seeking approval for the Otis Pipeline environmental claims settlement with the USA and other parties. | Krieger, A. | 3.5 |
| 02/16/2012 | Memorandum to Debtors' counsel re: Private Parties Agreement (.1); continue to review settlement pleadings and prepare information request for Debtors (2.6); memoranda with Debtors' counsel re: conference call to discuss settlement (.2). | Krieger, A. | 2.9 |
| 02/17/2012 | Conference call with Debtors' counsel re: Otis Pipeline Settlement and attend to notes thereon (1.3); preparation of Committee memorandum discussing proposed settlement (2.8). | Krieger, A. | 4.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 10.5 | $ 725 | $ 7,612.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 7,612.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 7,612.50 |
|---|---|

# STROOCK

| RE | Expenses<br>699843  0024 |
|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|---|---|

### MATTER DISBURSEMENT SUMMARY

| Outside Messenger Service | $ 193.64 |
|---|---|
| Long Distance Telephone | 25.07 |
| Duplicating Costs-in House | 2.00 |

| TOTAL DISBURSEMENTS/CHARGES | $ 220.71 |
|---|---|

| TOTAL FOR THIS MATTER | $ 220.71 |
|---|---|

# STROOCK

| RE | Plan and Disclosure Statement |
|----|-------------------------------|
|    | 699843  0036                  |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/01/2012 | Continue review of memorandum opinion (3.1); attend to consummation material and issues (.8). | Krieger, A. | 3.9 |
| 02/01/2012 | E-mails A. Krieger and K. Pasquale re: possible effective date. | Kruger, L. | 0.2 |
| 02/06/2012 | Attend to articles re: Libby Settlement (.1); telephone conference R. Higgins re: Libby settlement (.1). | Krieger, A. | 0.2 |
| 02/06/2012 | T/c K. Pasquale re: t/c with Rosenberg re: appeal (.2); t/c K. Pasquale re: effective date (.1). | Kruger, L. | 0.3 |
| 02/07/2012 | Exchanged memoranda with Debtors' counsel re: Libby settlement and rescheduled call to discuss (.2); review settlement agreement (.6); conference call with Debtors' counsel Libby Claimants' settlement with Grace and other related matters (.7); memoranda to L. Kruger, K. Pasquale re: settlement status, other matters (.9). | Krieger, A. | 2.4 |
| 02/07/2012 | Review A. Krieger memo re: Grace settlements (.2); review Capstone PPI analysis (.3). | Kruger, L. | 0.5 |
| 02/07/2012 | Review Capstone analysis re: PPI. | Pasquale, K. | 0.5 |
| 02/13/2012 | Attend to pleadings filed in District Court. | Krieger, A. | 0.7 |
| 02/14/2012 | Review memo to Committee re: Libby and other settlements of objectors (.3); review pleadings filed by parties to amend confirmation order (.3). | Kruger, L. | 0.6 |
| 02/14/2012 | Review various motions/pleadings filed by parties to amend/reconsider confirmation order and review draft memo to Committee re: same. | Pasquale, K. | 2.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/15/2012 | Attend to appeal filed by Bank Lender Group. | Krieger, A. | 0.1 |
| 02/16/2012 | Attend to BNSF's proposed order granting extension of time to appeal. | Krieger, A. | 0.1 |
| 02/21/2012 | O/c DM and attend to District Court docket entry. | Krieger, A. | 0.1 |
| 02/22/2012 | Attend to Plan Proponents' reply brief to Garlock motion for reargument. | Krieger, A. | 0.1 |
| 02/22/2012 | Review recent pleadings/responses re: confirmation reconsideration. | Pasquale, K. | 1.2 |
| 02/23/2012 | Attend to Appellees' brief in opposition to Garlock's motion for reargument. | Krieger, A. | 0.4 |
| 02/28/2012 | Review Garlock stay motion. | Kruger, L. | 0.2 |
| 02/28/2012 | Review Garlock's stay motion. | Pasquale, K. | 0.5 |
| 02/29/2012 | Attend to Garlock's stay motion, other appellate filings, and Third Circuit docket. | Krieger, A. | 1.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 9.4 | $ 725 | $ 6,815.00 |
| Kruger, Lewis | 1.8 | 1,025 | 1,845.00 |
| Pasquale, Kenneth | 4.5 | 920 | 4,140.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 12,800.00 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 12,800.00 |
|-----------------------|-------------|

# STROOCK

| RE | Hearings |
|---|---|
|  | 699843  0037 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/27/2012 | Review pleadings for and attend hearing re: objection to NY Hillside claim, confirmation status (.6); memorandum to LK, KP re: same (.4). | Krieger, A. | 1.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.0 | $ 725 | $ 725.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 725.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 725.00 |
|---|---|

# STROOCK

| RE | Relief from Stay Proceedings |
|---|---|
| | 699843  0041 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/14/2012 | Attend to Grace's statement renewing request to amend PWC's retention guidelines. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.1 | $ 725 | $ 72.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 72.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 72.50 |
|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 62,628.00 |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 220.71 |
| TOTAL BILL | $ 62,848.71 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.