# EXHIBIT B

**WR GRACE & CO**
**SUMMARY OF FEES**
**FEBRUARY 1, 2012 - FEBRUARY 29, 2012**

|  | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| **Partners** |  |  |  |
| Kruger, Lewis | 5.0 | $1,025 | $ 5,125.00 |
| Pasquale, Kenneth | 11.4 | 920 | 10,488.00 |
|  |  |  |  |
| **Associates** |  |  |  |
| Krieger, Arlene G. | 57.7 | 725 | 41,832.50 |
|  |  |  |  |
| **Paraprofessionals** |  |  |  |
| Magzamen, Michael | 0.3 | 335 | 100.50 |
| Mohamed, David | 24.2 | 210 | 5,082.00 |
|  |  |  |  |
| **Total** | **98.6** |  | **$ 62,628.00** |