# EXHIBIT C

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**FEBRUARY 1, 2012 - FEBRUARY 29, 2012**

| | |
|---|---:|
| Outside Messenger Service | $ 193.64 |
| Long Distance Telephone | 25.07 |
| Duplicating Costs-in House | 2.00 |
| | |
| **TOTAL** | **$ 220.71** |

# STROOCK

## DISBURSEMENT REGISTER

| DATE | March 7, 2012 |
|---|---|
| INVOICE NO. | 558954 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

**FOR EXPENSES INCURRED i**n the captioned matter for the period through February 29, 2012, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 02/04/2012 | VENDOR: UPS; INVOICE#: 000010X827052; DATE: 2/4/2012 D. Mohamed to Bobbi Ruhlander, Dallas TX on 01/30/2012 | 11.27 |
| 02/04/2012 | VENDOR: UPS; INVOICE#: 000010X827052; DATE: 2/4/2012 D. Mohamed to David B. Siegal  Columbia MD on 01/30/2012 | 7.95 |
| 02/04/2012 | VENDOR: UPS; INVOICE#: 000010X827052; DATE: 2/4/2012 D. Mohamed to D. Klauder Esq.  Wilmington DE  01/30/2012 | 7.95 |
| 02/04/2012 | VENDOR: UPS; INVOICE#: 000010X827052; DATE: 2/4/2012 D. Mohamed to Dawn S. Marra  Wilimington DE   on 01/30/2012 | 7.95 |
| 02/11/2012 | VENDOR: UPS; INVOICE#: 000010X827062; DATE: 2/11/2012 D. Mohamed to Dave Klauder, Esq.  Wilmington DE  on  02/03/2012 | 7.95 |
| 02/11/2012 | VENDOR: UPS; INVOICE#: 000010X827062; DATE: 2/11/2012 D. Mohamed to Bobbi Ruhlander, Esq.  Dallas TX on 02/03/2012 | 11.27 |
| 02/11/2012 | VENDOR: UPS; INVOICE#: 000010X827062; DATE: 2/11/2012 D. Mohamed to Dawn S. Marra   Wilmmington DE on 02/03/2012 | 7.95 |
| 02/11/2012 | VENDOR: UPS; INVOICE#: 000010X827062; DATE: 2/11/2012 D. Mohamed to David B. Siegal Columbia  MD on 02/03/2012 | 7.95 |
| 02/11/2012 | VENDOR: UPS; INVOICE#: 000010X827062; DATE: 2/11/2012 D. Mohamed to David B. Siegal  Columbia  MD on  02/09/2012 | 7.88 |
| 02/11/2012 | VENDOR: UPS; INVOICE#: 000010X827062; DATE: 2/11/2012 D. Mohamed to Dawn S. Marra  Wilmington DE  on  02/09/2012 | 7.88 |

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

PAGE: 2

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/11/2012 | VENDOR: UPS; INVOICE#: 000010X827062; DATE: 2/11/2012 D. Mohamed to Bobbi Ruhlander Esq.  Dallas TX on 02/09/2012 | 11.17 |
| 02/11/2012 | VENDOR: UPS; INVOICE#: 000010X827062; DATE: 2/11/2012 D. Mohamed to Dave Klauder, Esq.  Wilmington DE on  02/09/2012 | 7.88 |
| 02/18/2012 | VENDOR: UPS; INVOICE#: 000010X827072; DATE: 2/18/2012 D. Mohamed to Dawn S. Marra  WILMINGTON DE on 02/16/2012 | 11.81 |
| 02/18/2012 | VENDOR: UPS; INVOICE#: 000010X827072; DATE: 2/18/2012 D. Mohamed to B. Ruhlander, Esq.  DALLAS TX on 02/16/2012 | 18.35 |
| 02/18/2012 | VENDOR: UPS; INVOICE#: 000010X827072; DATE: 2/18/2012 D. Mohamed to D. Klauder, Esq.  WILMINGTON DE on 02/16/2012 | 11.81 |
| 02/18/2012 | VENDOR: UPS; INVOICE#: 000010X827072; DATE: 2/18/2012 D. Mohamed to D. Siegal  COLUMBIA MD on 02/16/2012 | 11.81 |
| 02/25/2012 | VENDOR: UPS; INVOICE#: 000010X827082; DATE: 2/25/2012 D. Mohamed to D. Klauder, Esq.  WILMINGTON DE on 02/23/2012 | 7.88 |
| 02/25/2012 | VENDOR: UPS; INVOICE#: 000010X827082; DATE: 2/25/2012 D. Mohamed to D. Siegal  COLUMBIA MD on  02/23/2012 | 7.88 |
| 02/25/2012 | VENDOR: UPS; INVOICE#: 000010X827082; DATE: 2/25/2012 D. Mohamed to Bobbi Ruhlander, Esq.  DALLAS TX on 02/23/2012 | 11.17 |
| 02/25/2012 | VENDOR: UPS; INVOICE#: 000010X827082; DATE: 2/25/2012 D. Mohamed to Dawn S. Marra  WILMINGTON DE on 02/23/2012 | 7.88 |
| **Outside Messenger Service Total** | | **193.64** |

**Long Distance Telephone**

| | | |
|---|---|---|
| 02/02/2012 | EXTN.795544, TEL.2015877144, S.T.15:38, DUR.00:37:13 | 10.56 |
| 02/05/2012 | VENDOR: Soundpath Legal Conferencing; INVOICE#: 2128065400-020512; DATE: 2/5/2012 - Teleconference   02-01-2012 | 11.17 |
| 02/06/2012 | EXTN.795544, TEL.3128364047, S.T.15:45, DUR.00:02:44 | 0.83 |
| 02/08/2012 | EXTN.795544, TEL.2015877123, S.T.17:13, DUR.00:01:40 | 0.56 |
| 02/09/2012 | EXTN.795544, TEL.2015877144, S.T.09:50, DUR.00:00:53 | 0.28 |

# STROOCK

PAGE: 3

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/16/2012 | EXTN.795475, TEL.3026574923, S.T.11:31, DUR.00:05:05 | 1.67 |

**Long Distance Telephone Total**     **25.07**

**Duplicating Costs-in House**
| | |
|---|---|
| 01/18/2012 | 1.80 |
| 02/16/2012 | 0.20 |
| **Duplicating Costs-in House Total** | **2.00** |

BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 193.64 |
| Long Distance Telephone | 25.07 |
| Duplicating Costs-in House | 2.00 |

| | |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 220.71 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM