<u>**Exhibit A**</u>

**February 2012 Fee Detail**

| Matter 3 | | Business Operations | | | |
|---|---|---|---|---|---|
| **Attorney** | **Date** | **Description** | **Time** | **Rate** | **Amount** |
| RJH | 2/21/2012 | Analyze and resolve issues re implementation of subsidiary elimination (.30); exchange correspondence with various parties re same (.20). | .50 | $475 | $237.50 |
| Total | | | 0.50 | | $ 237.50 |

Matter 4                                                              Case Administration

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 2/2/2012 | Confer with D. Carickoff re status of case and effective date issues (.30). | .30 | $625 | $187.50 |
| JSB | 2/10/2012 | Confer with J. Gettleman re PWC matter (.20); confer with R. Higgins re status of various pending issues (.30). | .50 | $625 | $312.50 |
| RJH | 2/13/2012 | Analyze and resolve issues re follow-up letter to accountant (.20); draft and respond to reply correspondence to L. Esayian and others re same (.30); confer with J. Baer re same (.10). | .60 | $475 | $285.00 |
| JSB | 2/15/2012 | Review statement re PWC matter (.20); review draft accountant's follow up letter (.30); confer with R. Higgins re same (.20). | .70 | $625 | $437.50 |
| RJH | 2/15/2012 | Draft response to request for update to audit letter (1.50); analyze constituent documents re same (.50); exchange correspondence with various parties re same (.50). | 2.50 | $475 | $1,187.50 |
| JSB | 2/17/2012 | Confer with R. Finke re firm merger and retention issues (.20); review all outstanding matters and follow up re same (.50). | .70 | $625 | $437.50 |
| JSB | 2/20/2012 | Review current listing of all case tasks and status and revise same (1.00). | 1.00 | $625 | $625.00 |
| JSB | 2/22/2012 | Review newly filed pleadings and correspondence and follow up re same (.30): | .30 | $625 | $187.50 |
| JSB | 2/24/2012 | Review various correspondence re creditor status inquiries and confer with R. Higgins re same (.30); forward inquiries re claims inquiries to R. Higgins and confer re same (.30). | .60 | $625 | $375.00 |
| JSB | 2/27/2012 | Review correspondence and confer with R. Higgins re communications with creditors re Notice of Confirmation and related matters (.30). | .30 | $625 | $187.50 |
| RJH | 2/27/2012 | Respond to creditor inquiries regarding notice of confirmation (2.50); telephone conference with R. Finke re same (.40); draft script re same (.50). | 3.40 | $475 | $1,615.00 |
| JSB | 2/28/2012 | Confer with R. Higgins re status of all pending matters, including claims, effective date issues and post effective date issues (1.00). | 1.00 | $625 | $625.00 |
| RJH | 2/28/2012 | Respond to creditor inquiries re notice of confirmation (2.50). | 2.50 | $475 | $1,187.50 |
| JSB | 2/29/2012 | Confer with R. Higgins and R. Finke re all pending and outstanding matters, including claims and ongoing case issues (4.00). | 4.00 | $625 | $2,500.00 |
| RJH | 2/29/2012 | Prepare for meeting with R. Finke and others re case status (1.00); participate in same (4.00); respond to creditor inquiries re notice of confirmation (1.00). | 6.00 | $475 | $2,850.00 |
| Total | | | 24.40 | | $13,000.00 |

| Matter 6 | | Claim Analysis Objection & Resolution (Non-asbestos) | | | |
|---|---|---|---|---|---|
| Attorney | Date | Description | Time | Rate | Amount |
| RJH | 2/1/2012 | Telephone conference with L. Gardner re environmental claims issues (.50); telephone conference with H. Feichko re same (.50); review, analyze and comment on draft Big Tex stipulation (1.00). | 2.00 | $475 | $950.00 |
| JSB | 2/2/2012 | Review Big Tex Stipulation and confer re same (.50); confer with R. Higgins and review further documents re NY Hillside (.50); confer re Locke settlement issues (.30). | 1.30 | $625 | $812.50 |
| RJH | 2/2/2012 | Telephone conference with J. Forgach re Locke (.40); draft correspondence re same (.50); revise NY Hillside Supplemental Objection (.80); confer with J. Baer re same (.30); telephone conference with several claimants re their claims and case status (.60); revise Big Tex stipulation and circulate (.90). | 3.50 | $475 | $1,662.50 |
| JSB | 2/3/2012 | Review further revisions on NY Hillside objection and confer re same (.30). | .30 | $625 | $187.50 |
| RJH | 2/3/2012 | Telephone conference with C. Finke re NYSDTF claims (.50); legal research re same (.70); correspond with various parties re same (.40); revise N.Y. Hillside Supplemental Objection (3.50); confer with J. Baer re same (.20); legal research re same (.50); correspond with J. Forgach re Locke settlement (.30); telephone conference with J. Forgach re same (.20). | 6.30 | $475 | $2,992.50 |
| JSB | 2/6/2012 | Confer re NY Hillside issues (.20). | .20 | $625 | $125.00 |
| RJH | 2/6/2012 | Revise NY Hillside supplemental objection (2.00); incorporate R. Finke comments re same (1.00); legal research and analyze documents re same (.80); prepare for call with Blackstone, BMC and client re tax claims issues (.80); participate in same (1.20); follow up re same (.20). | 6.00 | $475 | $2,850.00 |
| RJH | 2/7/2012 | Draft and revise NY Hillside supplemental objection (2.00); confer with J. Baer re same (.10); telephone conference with J. Forgach re Locke settlement matters (.20); draft letter re same (.30); draft settlement chart for NYSDTF tax claims (.50). | 3.10 | $475 | $1,472.50 |
| RJH | 2/8/2012 | Draft and revise NY Hillside supplemental objection (3.70); confer with J. Baer re same (.20); draft and revise Big Tex settlement agreement motion and circulate (4.50); exchange correspondence with R. Finke re Illinois DOR payroll tax claim and attend to issues re same (.30). | 8.70 | $475 | $4,132.50 |
| JSB | 2/9/2012 | Review further NY Hillside materials and confer re same (.30) | .30 | $625 | $187.50 |

3

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 2/9/2012 | Revise NY Hillside supplemental objection (2.50); prepare same for filing (.30); telephone conference with C. Finke re Illinois DOR tax issues (.40); revise Big Tex settlement agreement motion (.60). | 3.80 | $475 | $1,805.00 |
| RJH | 2/10/2012 | Attend to matters re NY Hillside supplemental objection (.90); telephone conference with C. Finke re NYSDTF claims (.30); analyze documents re same (.50); prepare and revise NYSDTF settlement spreadsheet (1.30). | 3.00 | $475 | $1,425.00 |
| RJH | 2/13/2012 | Analyze Seneca Meadows materials (.50); respond to correspondence with K. Hogan re same (.20); analyze and review Otis Pipeline settlement motion materials (.50); telephone conferences with E. Cole re NYSDTF tax claims (.80); analyze client documents re same (1.00); exchange correspondence with C. Finke re same (.40). | 3.40 | $475 | $1,615.00 |
| RJH | 2/14/2012 | Telephone conference with T. Cobb re claim issue (.50); draft NYSDTF stipulation (5.50); telephone conference with R. Finke re IDOR claim (.50); legal analysis re remaining open claims (3.00); telephone conference with M. Araki re same (.30). | 9.80 | $475 | $4,655.00 |
| RJH | 2/15/2012 | Analyze Jurgens response to Hillside supplemental objection (2.30); legal research re same (.80); draft and revise NYSDTF stipulation and circulate (2.50); telephone conference with L. Gardner and R. Merriam re EPA issue and other matters (.40); confer with J. Baer re same (.10); respond to follow-up correspondence re same (.10); revise Big Tex settlement agreement motion (.90). | 7.10 | $475 | $3,372.50 |
| JSB | 2/16/2012 | Confer with R. Higgins re State of Illinois tax claims (.30); review and respond to correspondence re Otis confidentiality provisions (.30); review summary re environmental claims and confer with R. Higgins re same (.40). | 1.00 | $625 | $625.00 |
| RJH | 2/16/2012 | Analyze and resolve issues re Otis Pipeline (.30); confer with J. Baer re same (.50); revise Big Tex motion and circulate (1.50); legal analysis re unresolved environmental claims (1.50); telephone conference with R. Finke re IDOR claim (.50); confer with J. Baer re same (.10); review and revise draft Locke settlement agreement (1.20). | 5.60 | $475 | $2,660.00 |
| JSB | 2/17/2012 | Participate in conference with R. Spense, R. Finke and A. Krieger re Otis Pipeline settlement issues (.70); review professionals' claims chart and confer with A. Paul and R. Higgins re same (.40); respond to inquiry re Grau claim (.30). | 1.40 | $625 | $875.00 |
| RJH | 2/17/2012 | Analysis of remaining open, unresolved claims (2.50); analyze NYSDTF claims and revise claims stipulation (.50); prepare for telephone conference with A. Krieger et al. re Otis Pipeline (.10); participate in same (.80). | 3.90 | $475 | $1,852.50 |

4

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 2/20/2012 | Revise NYSDTF stipulation (1.20); analyze open claims and draft reports re same (4.50); analyze open environmental claims (1.00); analyze open tax claims (1.00). | 7.70 | $475 | $3,657.50 |
| RJH | 2/21/2012 | Prepare open claims report (3.40); analyze and revise open tax claims report (.50); analyze and revise open environmental claims report (.70); review proofs of claim and client documents re foregoing (1.00); revise NYSDTF stipulation (.60); telephone conference with C. Finke re same (.40). | 6.60 | $475 | $3,135.00 |
| RJH | 2/22/2012 | Review and edit Big Tex stipulation (.30); revise and edit Big Tex motion (.50); prepare and revise open claims report (3.50); legal research re same (2.00). | 6.30 | $475 | $2,992.50 |
| RJH | 2/23/2012 | Revise and edit NYSDTF stipulation (.50); prepare open claims report (4.50); legal research re same (2.50); telephone conference with M. Araki re same (.50); revise Big Tex stipulation (.50). | 8.50 | $475 | $4,037.50 |
| RJH | 2/24/2012 | Telephone conference with J. Freeman and H. Feichko re Big Tex Stipulation and motion (.50); revise motion re same (.50); revise stipulation re same (.50); draft and revise open claims report (2.50); legal research re same (1.50). | 5.50 | $475 | $2,612.50 |
| RJH | 2/25/2012 | Analyze open claims (2.50); prepare and revise open claims report (1.50). | 4.00 | $475 | $1,900.00 |
| RJH | 2/27/2012 | Confer with J. Baer re open claims and other issues (.30); legal research re open claims (.50); prepare and revise open claims list (1.20); prepare notice of settlement for NYS Dept. of Tax & Finance tax claims (1.50). | 3.50 | $475 | $1,662.50 |
| RJH | 2/28/2012 | Analyze VSPP and other D&O claims (.80); analyze open scheduled claims (1.30); confer with J. Baer re open claims and other issues (.80); legal research re open claims (.50); prepare and revise open claims list (1.00); correspond with various parties re notice of settlement for NYS Dept. of Tax & Finance tax claims (.30). | 4.70 | $475 | $2,232.50 |
| Total | | | 117.50 | | $56,487.50 |

5

| | Matter 10 | | Employment Applications, Others | | | |
|---|---|---|---|---|---|---|
| Attorney | Date | | Description | Time | Rate | Amount |
| RJH | 2/17/2012 | | Telephone conference with A. Paul and J. Baer re professionals issues (.30); analyze and resolve same (.50); revise schedule re same (2.50). | 3.30 | $475 | $1,567.50 |
| JSB | 2/24/2012 | | Review correspondence re Day Pitney retention issues and confer with R. Higgins re same (.30). | .30 | $625 | $187.50 |
| Total | | | | 3.60 | | $1,755.00 |

| Matter 11 | | Fee Applications, Applicant | | | |
|---|---|---|---|---|---|
| Attorney | Date | Description | Time | Rate | Amount |
| RJH | 2/1/2012 | Prepare January fee application (.80). | .80 | $475 | $380.00 |
| RJH | 2/9/2012 | Prepare fourth quarter 2011 fee application (2.00). | 2.00 | $475 | $950.00 |
| JSB | 2/15/2012 | Prepare January 2012 fee and expense application (2.00). | 2.00 | $625 | $1,250.00 |
| RJH | 2/28/2012 | Prepare January fee application (2.00). | 2.00 | $475 | $950.00 |
| Total | | | 6.80 | | $3,530.00 |

| | Matter 12 | | Fee Applications, Others | | | |
|---|---|---|---|---|---|---|
| Attorney | Date | Description | | Time | Rate | Amount |
| RJH | 2/13/2012 | Attend to matters re Webber Wentzel OCP affidavit (.40); review and comment on draft Baker & McKenzie fee application (.60). | | 1.00 | $475 | $475.00 |
| Total | | | | 1.00 | | $ 475.00 |

**Matter 14**  **Hearings**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 2/21/2012 | Attend to matters re February 27 hearing and circulate orders entered re same (.50). | .50 | $475 | $237.50 |
| JSB | 2/23/2012 | Review and respond to correspondence re Omnibus hearing and matters to address re same (.30). | .30 | $625 | $187.50 |
| JSB | 2/24/2012 | Confer with R. Higgins re preparation and presentation at February Omnibus hearing and issues re same (.40). | .40 | $625 | $250.00 |
| RJH | 2/24/2012 | Prepare for 2/27 hearing (.80); telephone conference with K. Makowski re same (.20); confer with J. Baer re same and other matters (.40). | 1.40 | $475 | $665.00 |
| RJH | 2/25/2012 | Prepare for 2/27 hearing (2.50); legal research re same (1.00). | 3.50 | $475 | $1,662.50 |
| JSB | 2/27/2012 | Prepare for and conduct February Omnibus hearing (.90); confer with R. Higgins on follow up re same (.30). | 1.20 | $625 | $750.00 |
| RJH | 2/27/2012 | Prepare for 2/27 hearing (.80); participate in same (.70); prepare form of order re NY Hillside claim disallowance (1.00). | 2.50 | $475 | $1,187.50 |
| RJH | 2/28/2012 | Exchange correspondence with various parties re NY Hillside claim disallowance order (.50); prepare same for filing (.50). | 1.00 | $475 | $475.00 |
| Total | | | 10.80 | | $5,415.00 |

| Matter 15 | | Litigation and Litigation Consulting | | | |
|---|---|---|---|---|---|
| Attorney | Date | Description | Time | Rate | Amount |
| JSB | 2/1/2012 | Confer with R. Higgins re status of various environmental matters (.30); review draft order re Libby settlement (.40); follow up re declaration for Vest/Allied case (.30); review draft NY Hillside Supplemental objection and revise same (1.00); prepare comments re Libby order (.30); review Garlock objection re discovery protective order matter and prepare correspondence re same (.30). | 2.60 | $625 | $1,625.00 |
| RJH | 2/1/2012 | Telephone conference with J. Hughes re claims litigation (.50). | .50 | $475 | $237.50 |
| RJH | 2/2/2012 | Review and analyze documents re Seneca Meadows claim (1.20); telephone conference with K. Hogan re same (1.30); follow up re same (.30). | 2.80 | $475 | $1,330.00 |
| JSB | 2/3/2012 | Review correspondence and draft declaration re Allied discovery and prepare correspondence re same (.30). | .30 | $625 | $187.50 |
| JSB | 2/6/2012 | Review draft Canadian status report and prepare comments re same (.50); prepare response to EPA inquiries re status and effective date issues (.30); prepare correspondence re BNSF ballots and claims (.30). | 1.10 | $625 | $687.50 |
| JSB | 2/7/2012 | Confer with A. Krieger re Libby settlement and related issues (.80); review revised NY Hillside response (.40); confer re same (.20). | 1.40 | $625 | $875.00 |
| JSB | 2/8/2012 | Review further revised NY Hillside objection (.30). | .30 | $625 | $187.50 |
| JSB | 2/13/2012 | Review and revise final Otis 9019 motion and all supporting materials and prepare all for filing and service (2.00). | 2.00 | $625 | $1,250.00 |
| JSB | 2/14/2012 | Confer with L. Gardner re environmental issues (.30); review and respond to correspondence re Otis settlement (.30). | .60 | $625 | $375.00 |
| JSB | 2/15/2012 | Review further correspondence from L. Gardner re Nashville site (.20); confer with R. Higgins and Grace re same (.40); review Jurgens response and correspondence re same (.30); confer with T. Barteau re documents (.20); prepare correspondence to J. Hughes and T. Barteau re various Allied discovery issues (.50). | 1.60 | $625 | $1,000.00 |
| JSB | 2/16/2012 | Follow up re Allied discovery issues (.20); review A. Krieger inquiries re Otis Pipeline matter (.30); confer with R. Higgins re same (.30); prepare correspondence to client re same (.30). | 1.10 | $625 | $687.50 |
| Total | | | 14.30 | | $8,442.50 |

| | Matter 16 | | Plan and Disclosure Statement | | | |
|---|---|---|---|---|---|---|
| Attorney | Date | Description | | Time | Rate | Amount |
| RJH | 2/1/2012 | Analyze district court memorandum opinion (1.00). | | 1.00 | $475 | $475.00 |
| JSB | 2/3/2012 | Review Garlock Motion for rehearing and correspondence re same (.50). | | .50 | $625 | $312.50 |
| RJH | 2/3/2012 | Exchange correspondence and confer with J. Baer re appellate matter (.50). | | .50 | $475 | $237.50 |
| RJH | 2/5/2012 | Review and analyze Garlock motion to reconsider (.70). | | .70 | $475 | $332.50 |
| JSB | 2/6/2012 | Review correspondence re Sealed Air issues on Confirmation Order (.30); prepare correspondence re GUC/Libby issues (.20); review memo on issues from Confirmation Opinion (.50); review final Libby document re GUC inquiries (.40); review revised draft Libby order (.30). | | 1.70 | $625 | $1,062.50 |
| RJH | 2/6/2012 | Telephone conference with A. Krieger re plan and settlement issues (.30); confer with J. Baer re same (.20); legal research re same (.30); commence reviewing district court opinion analysis (.50). | | 1.30 | $475 | $617.50 |
| JSB | 2/7/2012 | Participate in conference with Plan Proponents re status of Plan confirmation order, Garlock motion and related matters (1.80). | | 1.80 | $625 | $1,125.00 |
| RJH | 2/7/2012 | Review and analyze Libby settlement term sheet and prepare for call with A. Krieger re same (1.00); confer with J. Baer re same (.30); participate in telephone conference with A. Krieger re same (.80); review and analyze various documents re district court opinion (2.20); prepare for telephone conference with plan sponsors (.20); participate in same (1.80). | | 6.30 | $475 | $2,992.50 |
| JSB | 2/8/2012 | Review draft re errors in D Ct Opinion and discussion re same (.30); review correspondence re Confirmation notice and respond re same (.30); review revised Libby order (.30). | | .90 | $625 | $562.50 |
| JSB | 2/9/2012 | Review follow up discussions on Motion for D. Ct and related issues (.30); confer with R. Higgins and J. McFarland re Confirmation Notice issues (.30). | | .60 | $625 | $375.00 |
| RJH | 2/9/2012 | Telephone conference with M. Araki re confirmation order notice issues (.40); confer with J. Baer re same (.20); telephone conference with J. McFarland re same (.30); analyze and resolve same (.30). | | 1.20 | $475 | $570.00 |
| JSB | 2/10/2012 | Review most recent draft of Rule 59e motion and correspondence re same (.30); participate in conference re rule 59e motion and Garlock issues (.80). | | 1.10 | $625 | $687.50 |
| RJH | 2/10/2012 | Participate in telephone conference with counsel for plan sponsors re confirmation and appeal issues (1.00). | | 1.00 | $475 | $475.00 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 2/12/2012 | Review draft Sealed Air motion re Confirmation Opinion, revised Plan Proponents' motion and correspondence re same (.60); prepare comments re same (.20). | .80 | $625 | $500.00 |
| JSB | 2/13/2012 | Review further correspondence re Sealed Air motion (.20); participate in conference with Plan Proponents re same (.80). | 1.00 | $625 | $625.00 |
| RJH | 2/13/2012 | Review and analyze draft motion to reconsider and associated exhibits (.50); participate in telephone conference with counsel for plan proponents re same and related matters (.70); analyze and resolve issues re confirmation order service (.80). | 2.00 | $475 | $950.00 |
| JSB | 2/14/2012 | Review correspondence re appeal of confirmation order (.20). | .20 | $625 | $125.00 |
| JSB | 2/15/2012 | Review BNSF appeal motion and correspondence re same (.40); respond to correspondence re timing re appeal (.20); review draft response to Garlock motion to alter and amend D. Ct. opinion on confirmation (.30). | .90 | $625 | $562.50 |
| JSB | 2/16/2012 | Review Bank Lender's Notice of Appeal (.20); review correspondence re draft response on Garlock motion re appeal (.30); review correspondence and draft revised order re BNSF motion on appeal (.30). | .80 | $625 | $500.00 |
| RJH | 2/16/2012 | Review and analyze draft opposition to Garlock motion for reconsideration (.50). | .50 | $475 | $237.50 |
| RJH | 2/16/2012 | Review and circulate order re May 21 hearing (.30). | .30 | $475 | $142.50 |
| JSB | 2/17/2012 | Review revised draft response re Garlock motion on Confirmation opinion (.30). | .30 | $625 | $187.50 |
| JSB | 2/17/2012 | Follow up re Garlock ballot discovery issues (.20); review memo re same and prepare correspondence re same (.30). | .50 | $625 | $312.50 |
| RJH | 2/17/2012 | Review and analyze draft objection to Garlock motion to reconsider (.50); legal research re plan interest provisions (.80). | 1.30 | $475 | $617.50 |
| JSB | 2/20/2012 | Review several revised Garlock appeal responses (.40); participate in conference re same (.50). | .90 | $625 | $562.50 |
| RJH | 2/20/2012 | Review and analyze draft response to Garlock motion (.50); participate in telephone conference with plan sponsors re same (.70). | 1.20 | $475 | $570.00 |
| JSB | 2/22/2012 | Review docket entries from District Court re Garlock appeal (.20). | .20 | $625 | $125.00 |
| JSB | 2/23/2012 | Review correspondence and docket entries re appeals of the Confirmation Order and related motions for reconsideration (.30); review correspondence regarding implications of appeals on motions and timing (.20). | .50 | $625 | $312.50 |
| RJH | 2/23/2012 | Review and analyze lender appeal-related documents and related correspondence (.30). | .30 | $475 | $142.50 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 2/24/2012 | Review further correspondence re various motions and appeals from the Confirmation Order and follow up re same (.30). | .30 | $625 | $187.50 |
| RJH | 2/24/2012 | Legal research re plan interest issue (1.00). | 1.00 | $475 | $475.00 |
| JSB | 2/28/2012 | Participate in conference with Plan Proponents and Grace re status of all pending appeals and motions regarding Confirmation and related settlements (.70). | .70 | $625 | $437.50 |
| RJH | 2/28/2012 | Participate in telephone conference with counsel for plan sponsors re confirmation and appeal issues (.50); legal research re Garlock discovery issues (.50). | 1.00 | $475 | $475.00 |
| Total | | | 33.30 | | $17,872.50 |