## Exhibit B

### February 2012 Expense Detail

## EXPENSE SUMMARY

| Service Description | Amount |
|---|---|
| Long Distance/Conference Telephone Charges/Internet | $566.35 |
| Online research | $503.28 |
| Total: | $1,069.63 |

## ITEMIZED EXPENSES

### TRAVEL

| Date | Amount | Service Description |
|---|---|---|
| none | $0.00 | NA |
| Total: | $ 0.00 | |

### NON-TRAVEL

| Date | Amount | Service Description |
|---|---|---|
| 3/8/12 | $549.40 | ICI Telecon IC - Grace conference call charges for February 2012 |
| 3/6/12 | $16.95 | Facsimile charges for Grace for February 2012 |
| 3/27/12 | $503.28 | Lexis Nexis - Grace charges for February 2012 |
| Total | $1,069.63 | |

Total February 2012 Expenses: $1,069.63