IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Related to Docket No. 28533** |

**CERTIFICATION OF COUNSEL REGARDING THE INTERIM APPLICATION OF CAMPBELL & LEVINE, LLC, FOR SERVICES RENDERED AND REIMUBURSEMENT OF EXPENSES AS DELAWARE AND ASSOCIATED COUNSEL TO THE OFFICIAL COMMITTEE OF PERSONAL INJURY CLAIMANTS FOR THE PERIOD OF OCTOBER 1, 2011 THROUGH DECEMBER 31, 2011 (DOCKET NO. 28533)**

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify the following:

1. Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed by the Court on April 17, 2002 [Docket No. 1949] (the "Amended Administrative Order"), Campbell & Levine, LLC ("Campbell & Levine"), submitted on February 15, 2012 an interim application ("Application") [Docket No. 28533] for services rendered and reimbursement of expenses incurred as Delaware and associated counsel to the Official Committee of Asbestos Personal Injury Claimants in the above-referenced cases.

*(Remainder of Page Intentionally Left Blank)*

{D0221101.1 }

2. Objections to the Application were to be filed and served on or before March 6, 2012.

3. On February 22, 2012, Campbell & Levine received the Fee Auditor's Initial Report Regarding Forty-Third Interim Fee Application of Campbell & Levine, LLC for the Period of October 1, 2011 Through December 31, 2011 (the "Initial Report"). The Initial Report identified certain entries which appeared to be duplicates. C&L reviewed the Initial Report and agreed that certain of the entries identified therein were duplicates. As a result, Campbell and Levine has agreed with the Fee Auditor that a reduction of $550.00 in fees is appropriate.

4. No other responses or objections to the Application have been received by the undersigned. Moreover, the Court's docket reflects that no objections to the Application were filed.

Dated: March 28, 2012

                                            CAMPBELL & LEVINE, LLC

                                            */s/ Mark T. Hurford*
                                            Mark T. Hurford (I.D. #3299)
                                            Kathleen Campbell Davis (I.D. #4229)
                                            800 N. King Street, Suite 300
                                            Wilmington, DE  19899
                                            (302) 426-1900

                                            *Delaware and Associated Counsel for the Official Committee of Asbestos Personal Injury Claimants*