```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630



   W.R. Grace & Co.                      Invoice Number       2245963
   7500 Grace Drive                      Invoice Date        03/27/12
   Columbia, Maryland 21044              Client Number         172573
   USA



===============================================================================

Re: W. R. Grace & Co.


(50001)  Correa v. W.R. Grace

      Fees                              6,042.00
      Expenses                              0.00

                     TOTAL BALANCE DUE UPON RECEIPT       $6,042.00
                                                       =============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630




W.R. Grace & Co.                              Invoice Number      2245963
7500 Grace Drive                              Invoice Date       03/27/12
Columbia, Maryland 21044                      Client Number       172573
USA                                           Matter Number        50001



==============================================================================

Re: (50001)  Correa v. W.R. Grace

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 29, 2012

  Date    Name                                                  Hours
-------- -----------                                            -----


02/07/12 Espinosa         Finalize subpoenas for medical         .90
                          records (0.8); call to Plaintiff's
                          counsel re releases for
                          Plaintiff's social security
                          disability records (0.1).

02/08/12 Espinosa         Finalize and serve subpoenas for       .40
                          employment records (0.2); call
                          with Plaintiff's counsel re
                          Plaintiff's social security
                          disability documents (0.2).

02/09/12 Husar            Confer with J. Forgach re: workers     .80
                          compensation claim and Correa
                          matter (0.4); work on obtaining
                          Social Security disability records
                          (0.4).

02/16/12 Espinosa         Draft email to Plaintiff's counsel     .40
                          re the release of Plaintiff's
                          social security disability records.

02/17/12 Espinosa         Draft letter to medical office re      .80
                          subpoena of Plaintiff's records
                          (0.3); call with the DFEH re
                          records requested pursuant to the
                          California Public Records Act
                          (0.2); call with Plaintiff's
                          counsel re the release of
                          Plaintiff's social security
                          disability records (0.3).
```

```
172573  W. R. Grace & Co.                              Invoice Number   2245963
50001   Correa v. W.R. Grace                           Page    2
        March 27, 2012


   Date    Name                                                          Hours
 --------  -----------                                                    -----

 02/21/12  Espinosa        Draft letter requesting that                   1.20
                           Plaintiff's social security
                           disability documents be released
                           (0.3); review and analyze
                           Plaintiff's document requests
                           (0.5); call with A Enriquez re:
                           scheduling deposition (0.2); call
                           with Plaintiff's counsel re A.
                           Enriquez's deposition and
                           Plaintiff's document requests
                           (0.3).

 02/21/12  Husar           Work on discovery and request for               .50
                           production of documents and
                           objections to the same

 02/22/12  Espinosa        Draft objections to the document               2.30
                           requests included with deposition
                           notice (1.8); call with A.
                           Enriquez re: deposition (0.2);
                           call with Plaintiff's counsel re:
                           deposition and mediation (0.3).

 02/22/12  Husar           Email to J. Forgach re: discovery               .70
                           (0.2);  work on discovery plan and
                           settlement strategy (0.5).

 02/23/12  Espinosa        Continue to prepare the responses              1.40
                           to A. Enriquez's deposition notice

 02/23/12  Husar           Work on discovery and deposition                .80
                           strategy (0.4); work on strategy
                           for mediation and potential
                           settlement discussions (0.4).

 02/24/12  Espinosa        Review social security documents              5.40
                           produced by Plaintiff (0.2);
                           review document requests in A.
                           Enriquez's deposition notice and
                           identify those which are
                           objectionable (0.3); review
                           document requests served on the
                           company, work on plan for
                           production, and email to client
                           re: same (3.5); research the
                           effect of untimely document
                           requests in a deposition notice
                           (0.5); two calls with A. Enriquez
                           to identify documents responsive
                           to requests (0.5); call with
                           Plaintiff's counsel to discuss A.
```

```
172573 W. R. Grace & Co.                         Invoice Number   2245963
50001  Correa v. W.R. Grace                      Page    3
       March 27, 2012


   Date    Name                                                    Hours
 -------- -----------                                               -----

                         Enriquez's deposition and a
                         settlement demand (0.4).

 02/27/12 Espinosa       Finalize the list of documents              1.00
                         that we need to respond to
                         Plaintiff's document requests,
                         finalize draft update email to the
                         client incorporating list of
                         documents needed and providing an
                         update on settlement negotiations

 02/27/12 Espinosa       Call with Plaintiff's counsel to             .30
                         discuss a possible settlement
                         demand and A. Enriquez's deposition

 02/27/12 Espinosa       Call with A. Enriquez re                     .10
                         rescheduling her deposition

                                                                   ------
                                                 TOTAL HOURS        17.00


 TIME SUMMARY                   Hours         Rate          Value
 ------------------------    ----------------------       -------
 Linda S. Husar                  2.80  at  $  535.00  =  1,498.00
 Stephanie Henderson Espin      14.20  at  $  320.00  =  4,544.00

                             CURRENT FEES                                     6,042.00

                                                                           ------------
                             TOTAL BALANCE DUE UPON RECEIPT                  $6,042.00
                                                                           ============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630



   W.R. Grace & Co.                      Invoice Number      2245964
   7500 Grace Drive                      Invoice Date        03/27/12
   Columbia, Maryland 21044              Client Number        172573
   USA



==============================================================================

Re: W. R. Grace & Co.


(60026)   Litigation and Litigation Consulting

     Fees                                     114.00
     Expenses                                   0.00

                      TOTAL BALANCE DUE UPON RECEIPT        $114.00
                                                        =============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630



   W.R. Grace & Co.                         Invoice Number      2245964
   7500 Grace Drive                         Invoice Date       03/27/12
   Columbia, Maryland 21044                 Client Number       172573
   USA                                      Matter Number        60026


==============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 29, 2012

   Date    Name                                                   Hours
 -------- -----------                                              -----

 02/13/12 Ament          Various e-mails with P. Cuniff re:         .60
                         final agenda and hearing binders
                         for 2/17/12 hearing (.20); review
                         agenda and CNO's received from P.
                         Cuniff (.10); update hearing
                         binders (.20); coordinate hand
                         delivery of agenda and updated
                         hearing binder to Judge Fitzgerald
                         per J. O'Neill request (.10).

                                                                 ------
                                             TOTAL HOURS            .60


 TIME SUMMARY               Hours         Rate          Value
 ------------------------   ------------------------    -------
 Sharon A. Ament            0.60  at  $  190.00  =      114.00

                            CURRENT FEES                                114.00


                                                                  ------------
                            TOTAL BALANCE DUE UPON RECEIPT              $114.00
                                                                  ============
```

```
                            REED SMITH LLP
                            PO Box 360074M
                         Pittsburgh, PA  15251-6074
                           Tax ID# 25-0749630
```

```
W.R. Grace & Co.                              Invoice Number      2245965
7500 Grace Drive                              Invoice Date       03/27/12
Columbia, Maryland 21044                      Client Number       172573
USA
```

==============================================================================

Re: W. R. Grace & Co.

(60029)   Fee Applications-Applicant

```
    Fees                                    3,210.00
    Expenses                                    0.00

                    TOTAL BALANCE DUE UPON RECEIPT         $3,210.00
                                                        =============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630
```

```
W.R. Grace & Co.                              Invoice Number      2245965
7500 Grace Drive                              Invoice Date       03/27/12
Columbia, Maryland 21044                      Client Number       172573
USA                                           Matter Number         60029
```

==============================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 29, 2012

| Date | Name | | Hours |
|------|------|---|-------|
| 02/04/12 | Cameron | Review fee application materials | .50 |
| 02/08/12 | Cameron | Attention to fee application materials | .60 |
| 02/09/12 | Ament | E-mails with J. Lord re: quarterly fee application (.10); attention to billing matters (.10); e-mail to D. Cameron and A. Muha re: same (.10). | .30 |
| 02/09/12 | Muha | Review and revise fee and expense invoices for Jan. 2012 monthly application. | .30 |
| 02/10/12 | Ament | Begin calculating fees and expenses for quarterly fee application (.20); draft spreadsheets re: same (.20); begin drafting quarterly fee application (.30). | .70 |
| 02/10/12 | Muha | Emails to timekeepers re: reporting guidelines for fee applications. | .30 |
| 02/13/12 | Ament | Continue calculating fees and expenses for 43rd quarterly fee application (.90); continue drafting spreadsheets re: same (.20); continue drafting quarterly fee application (.20); provide same to A. Muha for review (.10); review e-mail re: Jan. monthly fee | 1.50 |

```
172573   W. R. Grace & Co.                          Invoice Number   2245965
60029    Fee Applications-Applicant                 Page     2
         March 27, 2012
```

| Date | Name | | Hours |
|------|------|---|------|
| | | application (.10). | |
| 02/14/12 | Ament | E-mails re: quarterly fee application (.10); finalize narrative and summary re: same (.20); e-mail same to J. Lord for DE filing (.10). | .40 |
| 02/14/12 | Lord | Communicate with S. Ament re: Reed Smith 43rd interim fee application (.1); revise finalize application for e-filing (1.1); e-file same (.3). | 1.50 |
| 02/15/12 | Lord | Research docket and update service list for Reed Smith 43rd interim fee application (.3); draft/e-file COS and complete service of Reed Smith 43rd interim fee application (.3). | .60 |
| 02/21/12 | Muha | Review and revise fee application materials for Jan. 2012 monthly application. | .70 |
| 02/27/12 | Ament | Review invoices received and begin drafting Jan. monthly fee application. | .30 |
| 02/27/12 | Lord | Draft, e-file and coordinate service to CNO to Reed Smith December 2011 monthly fee application. | .40 |
| 02/28/12 | Ament | Calculate fees and expenses for Jan. monthly fee application (.50); prepare spreadsheet re: same (.40); draft fee application (.30); provide same to A. Muha for review (.10); e-mails with J. Lord re: CNO for Dec. monthly fee application (.10); e-mails re: Jan. monthly fee application (.10). | 1.50 |
| 02/29/12 | Ament | Attention to billing matters (.10); various e-mails re: Jan. monthly fee application (.10). | .20 |

```
172573 W. R. Grace & Co.                          Invoice Number   2245965
 60029 Fee Applications-Applicant                 Page     3
       March 27, 2012


  Date    Name                                                      Hours
 -------- -----------                                                -----


 02/29/12 Lord            Communicate with S. Ament re:               .60
                          monthly fee application (.1);
                          review and revise same (.5).

 02/29/12 Muha            Final review of and revisions to            .30
                          Jan. 2012 monthly fee application.

                                                                    ------
                                                   TOTAL HOURS       10.70


 TIME SUMMARY              Hours         Rate           Value
 ------------------------- ----------------------       -------

 Douglas E. Cameron         1.10  at  $  670.00  =       737.00
 Andrew J. Muha             1.60  at  $  460.00  =       736.00
 John B. Lord               3.10  at  $  260.00  =       806.00
 Sharon A. Ament            4.90  at  $  190.00  =       931.00

                           CURRENT FEES                                    3,210.00

                                                                    ------------
                           TOTAL BALANCE DUE UPON RECEIPT              $3,210.00
                                                                    ============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630



  W.R. Grace & Co.                        Invoice Number       2245966
  7500 Grace Drive                        Invoice Date         03/27/12
  Columbia, Maryland 21044                Client Number         172573
  USA



==============================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

    Fees                                  2,144.00
    Expenses                                  0.00

                     TOTAL BALANCE DUE UPON RECEIPT        $2,144.00
                                                           =============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630



    W.R. Grace & Co.                            Invoice Number      2245966
    7500 Grace Drive                            Invoice Date       03/27/12
    Columbia, Maryland 21044                    Client Number       172573
    USA                                         Matter Number        60033


==============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 29, 2012

  Date    Name                                                    Hours
--------  -----------                                             -----

02/02/12  Cameron         Continued review/analysis of             1.80
                          confirmation opinion and emails
                          re: same.

02/08/12  Cameron         Review District Court opinion and         .80
                          asbestos p.d. claims issues.

02/21/12  Cameron         Analysis re: District Court               .60
                          opinion.

                                                                  ------
                                                TOTAL HOURS         3.20


TIME SUMMARY                    Hours        Rate         Value
-------------------------   --------------------        -------
Douglas E. Cameron             3.20  at  $  670.00  =   2,144.00

                            CURRENT FEES                              2,144.00


                                                                   ------------
                            TOTAL BALANCE DUE UPON RECEIPT            $2,144.00
                                                                   ============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                          Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630



    W.R. Grace & Co.                            Invoice Number      2245967
    62 Whittemore Avenue                        Invoice Date       03/27/12
    Cambridge, MA  02140                        Client Number       172573




==============================================================================

Re: W. R. Grace & Co.


(60041)   Specifications Inquiry

     Fees                                   9,442.50
     Expenses                                   0.00

                        TOTAL BALANCE DUE UPON RECEIPT       $9,442.50
                                                          =============
```

```
                           REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630



W.R. Grace & Co.                         Invoice Number      2245967
62 Whittemore Avenue                     Invoice Date        03/27/12
Cambridge, MA   02140                    Client Number       172573
                                         Matter Number        60041


==============================================================================

Re: (60041)  Specifications Inquiry

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 29, 2012

  Date   Name                                                    Hours
-------- -----------                                              -----

01/31/12 Luchini         Telephone call from J. Hughes re:         .20
                         conference call and other
                         contracts/proposals.

02/01/12 Flatley         E-mails and replies.                      .30

02/01/12 Luchini         Conference call re: testing plans        1.50
                         (1.2); telephone call from J.
                         Hughes re: consultant retainer
                         agreement (0.1); letter re:
                         agreement (0.2).

02/02/12 Flatley         E-mails and replies.                      .10

02/02/12 Luchini         Review new budget and forward             .70
                         (0.3); review final consultant
                         contract (0.4).

02/03/12 Flatley         E-mails and replies.                      .10

02/03/12 Luchini         Review updated proposal and               .70
                         information (0.3); letter to J.
                         Hughes (0.2); correspondence re:
                         status of draft letter (0.2).

02/05/12 Klapper         Revise communication document.            .70

02/06/12 Luchini         Revise letter to owners (1.1);           1.40
                         correspondence with consultants
                         (.30).

02/07/12 Flatley         E-mails regarding scheduling              .20
                         conference call.
```

```
172573  W. R. Grace & Co.                          Invoice Number   2245967
 60041  Specifications Inquiry                     Page       2
        March 27, 2012
```

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 02/07/12 | Klapper | Confer with client re communication strategy (.5); craft email highlighting new communication thoughts (.6). | 1.10 |
| 02/07/12 | Luchini | Finalize letter and forward to J. Hughes (.60); correspondence re: consultants (.10). | .70 |
| 02/08/12 | Flatley | Review correspondence and other preparation for call. | .40 |
| 02/08/12 | Flatley | Conference call with J. Hughes, J. Luchini and T. Klapper and follow-up. | 1.70 |
| 02/08/12 | Klapper | Participate in call with client re consultant issues. | .50 |
| 02/08/12 | Luchini | Letter re: proposal (.30); conference call re: consultants (.9); letter to consultants (.10). | 1.30 |
| 02/10/12 | Flatley | E-mails and replies. | .20 |
| 02/14/12 | Luchini | Coordination re: agreement. | .40 |
| 02/15/12 | Flatley | J. Hughes e-mails and reply (.20); call with J. Hughes (.10); call with J. Luchini (.10); e-mails to follow-up on J. Luchini call (.20). | .60 |
| 02/15/12 | Luchini | Correspondence re consultants. | .60 |
| 02/16/12 | Luchini | Correspondence re consultants. | .50 |
| 02/20/12 | Flatley | E-mails from J. Luchini. | .10 |
| 02/20/12 | Luchini | Correspondence with consultants re: agreement, and review statement of work. | .40 |
| 02/23/12 | Luchini | Review correspondence re: consultant analysis. | .40 |
| 02/24/12 | Luchini | Letter to Grace re: consultants' requirements. | .30 |

```
172573  W. R. Grace & Co.                        Invoice Number   2245967
 60041  Specifications Inquiry                   Page    3
        March 27, 2012


   Date    Name                                                      Hours
 -------- -----------                                                 -----

 02/27/12 Luchini          Telephone call from J. Hughes                .30
                           (0.2); letter to consultants re:
                           status (0.1).

 02/29/12 Luchini          Correspondence with consultants              .20
                           re: status.

                                                                     ------
                                                        TOTAL HOURS   15.60


 TIME SUMMARY                Hours          Rate          Value
 -------------------------  ----------------------       -------

 Lawrence E. Flatley         3.70  at  $  655.00  =     2,423.50
 Joseph S. Luchini           9.60  at  $  585.00  =     5,616.00
 Antony B. Klapper           2.30  at  $  610.00  =     1,403.00

                            CURRENT FEES                                     9,442.50


                                                                         ------------
                            TOTAL BALANCE DUE UPON RECEIPT                  $9,442.50
                                                                         ============
```