```
                         REED SMITH LLP
                         PO Box 360074M
                     Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630



  W.R. Grace & Co.                         Invoice Number      2246042
  7500 Grace Drive                         Invoice Date        03/27/12
  Columbia, Maryland 21044                 Client Number        172573
  USA



===============================================================================

Re: W. R. Grace & Co.


(50001)  Correa v. W.R. Grace

     Fees                                    0.00
     Expenses                               495.28

                    TOTAL BALANCE DUE UPON RECEIPT         $495.28
                                                       =============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630


   W.R. Grace & Co.                          Invoice Number       2246042
   7500 Grace Drive                          Invoice Date        03/27/12
   Columbia, Maryland 21044                  Client Number        172573
   USA                                       Matter Number         50001


==============================================================================

Re: Correa v. W.R. Grace


FOR COSTS ADVANCED AND EXPENSES INCURRED:

     Postage Expense                                 2.60
     Courier Service - Outside                     462.50
     Meal Expense                                   30.18

                    CURRENT EXPENSES                                495.28
                                                              -------------

                    TOTAL BALANCE DUE UPON RECEIPT                 $495.28
                                                              =============
```

```
                            REED SMITH LLP
                            PO Box 360074M
                         Pittsburgh, PA  15251-6074
                           Tax ID# 25-0749630



   W.R. Grace & Co.                        Invoice Number      2246042
   7500 Grace Drive                        Invoice Date        03/27/12
   Columbia, Maryland 21044                Client Number        172573
   USA                                     Matter Number         50001



==============================================================================

Re: (50001)  Correa v. W.R. Grace



FOR COSTS ADVANCED AND EXPENSES INCURRED:

01/10/12   Meal Expense Lunch - VENDOR: Stephanie              30.18
           Henderson Espinosa - Lunch for two (RS
           attorney, client) during deposition of Correa.

02/09/12   Postage Expense                                      1.50
           Postage Expense: ATTY # 010886 User: Equitrac By

02/15/12   Courier Service - Outside Courier Service -        175.75
           Outside - Courier costs for Walnut Subpoena
           materials.

02/15/12   Courier Service - Outside Courier Service -        168.75
           Outside - Courier costs for Anaheim Subpoena
           materials.

02/15/12   Courier Service - Outside Courier Service -        118.00
           Outside -  Courier costs for Santa Ana Subpoena
           materials.

02/18/12   Postage Expense                                       .65
           Postage Expense: ATTY # 011780 User: Equitrac By

02/22/12   Postage Expense                                       .45
           Postage Expense: ATTY # 010886 User: Equitrac By

                       CURRENT EXPENSES                       495.28
                                                         ------------
                       TOTAL BALANCE DUE UPON RECEIPT        $495.28
                                                         ============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630
```

```
  W.R. Grace & Co.                         Invoice Number    2246043
  7500 Grace Drive                         Invoice Date     03/27/12
  Columbia, Maryland 21044                 Client Number     172573
  USA
```

==============================================================================

Re: W. R. Grace & Co.

(60026)   Litigation and Litigation Consulting

```
     Fees                                       0.00
     Expenses                                 193.50

                    TOTAL BALANCE DUE UPON RECEIPT        $193.50
                                                         =============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                         Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630



    W.R. Grace & Co.                              Invoice Number      2246043
    7500 Grace Drive                              Invoice Date       03/27/12
    Columbia, Maryland 21044                      Client Number       172573
    USA                                           Matter Number         60026



==============================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

      Duplicating/Printing/Scanning                   38.50
      Courier Service - Outside                        5.00
      General Expense                                 150.00

                       CURRENT EXPENSES                             193.50
                                                                -------------

                       TOTAL BALANCE DUE UPON RECEIPT              $193.50
                                                                =============
```

```
                            REED SMITH LLP
                            PO Box 360074M
                         Pittsburgh, PA  15251-6074
                           Tax ID# 25-0749630


   W.R. Grace & Co.                              Invoice Number    2246043
   7500 Grace Drive                              Invoice Date      03/27/12
   Columbia, Maryland 21044                      Client Number      172573
   USA                                           Matter Number       60026



   ==============================================================================

   Re: (60026)  Litigation and Litigation Consulting



   FOR COSTS ADVANCED AND EXPENSES INCURRED:

   02/13/12   Duplicating/Printing/Scanning                           1.10
              ATTY # 4810; 11 COPIES

   02/13/12   Duplicating/Printing/Scanning                            .10
              ATTY # 4810; 1 COPIES

   02/15/12   Duplicating/Printing/Scanning                          21.60
              ATTY # 0718; 216 COPIES

   02/17/12   Duplicating/Printing/Scanning                           1.80
              ATTY # 000559: 18 COPIES

   02/17/12   Duplicating/Printing/Scanning                           1.80
              ATTY # 000559: 18 COPIES

   02/24/12   Courier Service - Outside -- VENDOR: JET                5.00
              MESSENGER: Messenger Trip - U.S. Bankruptcy
              Court - Ramona Baker - 2/13/12

   02/27/12   Duplicating/Printing/Scanning                            .40
              ATTY # 000559: 4 COPIES

   02/27/12   Duplicating/Printing/Scanning                            .40
              ATTY # 000559: 4 COPIES

   02/27/12   Duplicating/Printing/Scanning                            .90
              ATTY # 000559: 9 COPIES

   02/27/12   Duplicating/Printing/Scanning                           1.20
              ATTY # 000559: 12 COPIES

   02/27/12   Duplicating/Printing/Scanning                           1.20
              ATTY # 000559: 12 COPIES
```

```
172573 W. R. Grace & Co.                            Invoice Number   2246043
60026  Litigation and Litigation Consulting         Page    2
       March 27, 2012


 02/27/12   Duplicating/Printing/Scanning                            1.90
            ATTY # 000559: 19 COPIES

 02/27/12   Duplicating/Printing/Scanning                            1.90
            ATTY # 000559: 19 COPIES

 02/28/12   General Expense -- VENDOR: IRON MOUNTAIN:              150.00
            Storage Trip

 02/28/12   Duplicating/Printing/Scanning                            1.00
            ATTY # 000559: 10 COPIES

 02/28/12   Duplicating/Printing/Scanning                             .10
            ATTY # 000559: 1 COPIES

 02/28/12   Duplicating/Printing/Scanning                             .10
            ATTY # 000559: 1 COPIES

 02/28/12   Duplicating/Printing/Scanning                             .10
            ATTY # 000559: 1 COPIES

 02/28/12   Duplicating/Printing/Scanning                             .10
            ATTY # 000559: 1 COPIES

 02/28/12   Duplicating/Printing/Scanning                            1.00
            ATTY # 000559: 10 COPIES

 02/28/12   Duplicating/Printing/Scanning                             .90
            ATTY # 000559: 9 COPIES

 02/28/12   Duplicating/Printing/Scanning                             .90
            ATTY # 000559: 9 COPIES

                          CURRENT EXPENSES                         193.50
                                                               ------------
                          TOTAL BALANCE DUE UPON RECEIPT          $193.50
                                                               ============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630



   W.R. Grace & Co.                           Invoice Number      2246044
   62 Whittemore Avenue                       Invoice Date        03/27/12
   Cambridge, MA  02140                       Client Number         172573




==============================================================================

Re: W. R. Grace & Co.


(60041)  Specifications Inquiry

     Fees                                   0.00
     Expenses                           1,003.75

                     TOTAL BALANCE DUE UPON RECEIPT         $1,003.75
                                                          =============
```

```
                            REED SMITH LLP
                            PO Box 360074M
                         Pittsburgh, PA  15251-6074
                           Tax ID# 25-0749630



    W.R. Grace & Co.                          Invoice Number     2246044
    62 Whittemore Avenue                      Invoice Date       03/27/12
    Cambridge, MA   02140                     Client Number       172573
                                              Matter Number        60041


============================================================================

Re: Specifications Inquiry


FOR COSTS ADVANCED AND EXPENSES INCURRED:

    Parking/Tolls/Other Transportation            67.00
    Air Travel Expense                           718.16
    Taxi Expense                                 111.15
    Mileage Expense                               99.35
    Meal Expense                                   8.09

                      CURRENT EXPENSES                          1,003.75
                                                             -------------

                      TOTAL BALANCE DUE UPON RECEIPT           $1,003.75
                                                             =============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

| | |
|---|---|
| W.R. Grace & Co. | Invoice Number   2246044 |
| 62 Whittemore Avenue | Invoice Date    03/27/12 |
| Cambridge, MA  02140 | Client Number    172573 |
| | Matter Number     60041 |

=============================================================================

Re: (60041)  Specifications Inquiry

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 01/20/12 | Air Travel Expense Airfare - VENDOR: Joseph S. Luchini, Jan 20, 2012 Client meeting in Boston, MA - Coach class - Round trip from DCA to BOSTON | 345.60 |
| 01/20/12 | Air Travel Expense Travel Agent Fee - VENDOR: Joseph S. Luchini, Ja Client meeting in Boston, MA Travel Agent Fee | 22.00 |
| 01/20/12 | Mileage Expense Mileage - VENDOR: Joseph S. Luchini, Jan 20, 2012 Client meeting in Boston, MA . Round trip travel to/from airport | 66.05 |
| 01/20/12 | Air Travel Expense Airfare - VENDOR: Lawrence E. Flatley, Jan 20, 2012 Travel from Pittsburgh to Boston for meeting with client.  Coach class flight | 114.76 |
| 01/20/12 | Air Travel Expense Travel Agent Fee - VENDOR: Lawrence E. Flatley, Travel from Pittsburgh to Boston and return for meeting with client. Travel Agent Fee | 22.00 |
| 01/20/12 | Air Travel Expense Travel Agent Fee - VENDOR: Lawrence E. Flatley, Travel from Pittsburgh to Boston and return for meeting with client.Travel Agent Fee | 22.00 |
| 01/20/12 | Air Travel Expense Airfare - VENDOR: Lawrence E. Flatley, Jan 20, 2012 Travel from Boston to Pittsburgh from meeting with client. Coach classss flight | 141.80 |

```
172573 W. R. Grace & Co.                        Invoice Number   2246044
60041  Specifications Inquiry                   Page    2
       March 27, 2012
```

| Date | Description | Amount |
|---|---|---|
| 01/25/12 | Parking/Tolls/Other Transportation Parking - VENDOR: Joseph S. Luchini, Jan 25, 2012 Client meeting in Boston, MA   LOMBARD GARAGE 1137 | 23.00 |
| 01/26/12 | Taxi Expense Taxi - VENDOR: Joseph S. Luchini, Jan 26, 2012 Client meeting in Boston, MA   BOS TAXI MED 0257 - - Taxi from airport to W.R. Grace's offices. | 51.15 |
| 01/26/12 | Taxi Expense Taxi - VENDOR: Joseph S. Luchini, Jan 26, 2012 Client meeting in Boston, MA   Taxi to airport from W.R. Grace's offices. | 60.00 |
| 01/26/12 | Parking/Tolls/Other Transportation Parking - VENDOR: Joseph S. Luchini, Jan 26, 2012 Client meeting in Boston, MA DCA REAGAN | 20.00 |
| 01/26/12 | Air Travel Expense Airfare - VENDOR: Joseph S. Luchini, Jan 26, 2012 Client meeting in Boston, MA   USAIRWAY   Plane change fee | 50.00 |
| 01/26/12 | Parking/Tolls/Other Transportation Parking - VENDOR: Lawrence E. Flatley, Jan 26, 2012 Travel from Pittsburgh to Boston and return for meeting with client. PGH AIRPORT PARKING | 24.00 |
| 01/26/12 | Mileage Expense Mileage - VENDOR: Lawrence E. Flatley, Jan 26, 2012 Travel from Pittsburgh to Boston and return for meeting with client. Round trip travel to/from airport | 33.30 |
| 01/26/12 | Meal Expense Dinner - VENDOR: Lawrence E. Flatley, Jan 26, 2012 --One dinner | 8.09 |

```
                          CURRENT EXPENSES                    1,003.75
                                                            ------------
                          TOTAL BALANCE DUE UPON RECEIPT     $1,003.75
                                                            ============
```