**NO ORDER REQUIRED**

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: March 26, 2012 at 4:00 p.m.** |

## CERTIFICATION OF NO OBJECTION
## REGARDING DOCKET NO. 28624

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the One Hundred and Twenty-Seventh Interim Application of Bilzin Sumberg Baena Price & Axelrod, LLP ("the Applicant") for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period from January 1, 2012 through and including January 31, 2012 ("the Application").  The undersigned further certifies that she has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon.  Pursuant to the Application, objections to the Application were to be filed and served no later than March 26, 2012 at 4:00 p.m.

Pursuant to the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members ("the Order") dated April 17, 2002, the Debtors are authorized to pay the Applicant $3,001.2 which represents 80% of the fees ($3,751.50) and $157.98 which represents 100% of the expenses requested in the Application for the period

January 1, 2012 through and including January 31, 2012 upon the filing of this certification and

without the need for entry of a Court order approving the Application.

Dated: March 29, 2012                          Scott L. Baena, Esquire
                                               Jay M. Sakalo, Esquire
                                               BILZIN, SUMBERG, BAENA, PRICE
                                                & AXELROD, LLP
                                               1450 Brickell Avenue, 23rd Floor
                                               Miami, Florida 33131-3456
                                               Tel:    (305) 374-7580
                                               Fax:    (305) 374-7593

                                               -and-

                                               FERRY, JOSEPH & PEARCE, P.A.

                                                /s/ Lisa L. Coggins
                                               Michael B. Joseph (No. 392)
                                               Theodore J. Tacconelli (No. 2678)
                                               Lisa L. Coggins (No. 4234)
                                               824 Market Street, Suite 1000
                                               P.O. Box 1351
                                               Wilmington, DE. 19899
                                               Tel:    (302) 575-1555
                                               Fax:    (302) 575-1714

                                               Co-Counsel to the Official Committee of
                                               Asbestos Property Damage Claimants

2