# Exhibit "A"

***Ferry, Joseph & Pearce, P.A.***
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:(302) 575-1555 Fax: (302) 575-1714

WR Grace PD Committee Feb.1, 2012 to Feb. 29, 2012

Inv #: 42945

**RE:** WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 7.30 | 2,004.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 0.50 | 180.00 |
| B18 | Fee Applications, Others - | 2.40 | 390.00 |
| B25 | Fee Applications, Applicant - | 3.70 | 663.00 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 2.60 | 936.00 |
| B36 | Plan and Disclosure Statement - | 14.50 | 5,139.00 |
| B37 | Hearings - | 0.60 | 216.00 |
| B43 | Claims Administration and Analysis (Non-Asbestos) | 0.10 | 36.00 |
| B45 | Professional Retention Issues - | 0.10 | 36.00 |
| | **Total** | **31.80** | **$9,600.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lisa L. Coggins | 300.00 | 1.70 | 510.00 |
| Regina Matozzo | 225.00 | 3.60 | 810.00 |
| Theodore J. Tacconelli | 360.00 | 20.50 | 7,380.00 |
| Legal Assistant - KC | 150.00 | 6.00 | 900.00 |
| **Total** | | **31.80** | **$9,600.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements** **$785.99**

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Feb-01-12 | *Case Administration* - Review case management memo re: week ending 1-27-2012 | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review main docket re: status for week ending 1/27/12; memo to T. Tacconelli and L. Coggins re: same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.20 | RM |
| | *Case Administration* - Review case status memo for week ending 1/27 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Research re: transfer of Insurance policies to PI Trust | 0.50 | TJT |
| | *Case Administration* - Review memo from T. Tacconelli with copy of check; update payments received tracking chart; memo to TJT | 0.20 | KC |
| | *Case Administration* -Review 2002 service list re: notice of substitution of counsel | 0.10 | KC |
| | *Case Administration* - Review 2002 service list re: notice of withdrawal | 0.10 | KC |
| | *Fee Applications, Others* - Prepare Bilzin Dec. 2011 monthly fee app for efiling; efile and service of same | 0.30 | KC |
| Feb-02-12 | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Confer with R. Matozzo re: daily memos | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review articles re: Libby Settlement | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Confer with R. Miller re: Libby Settlement | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review order dismissing certain Fee apps. | 0.10 | TJT |
| Feb-04-12 | *Plan and Disclosure Statement* - Start reviewing Memorandum Opinion re: confirmation appeals | 1.80 | TJT |
| Feb-05-12 | *Plan and Disclosure Statement* - Continue reviewing Memorandum Opinion re: confirmation appeals | 1.90 | TJT |
| | *Plan and Disclosure Statement* - Prepare correspondence to J. Sakalo re: Motion for Reconsideration filed by Garlock | 0.20 | TJT |
| Feb-06-12 | *Case Administration* - Review Notice of Withdrawal of Document by Equity Committee | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Complete review of Memorandum Opinion re: confirmation appeals | 3.80 | TJT |
| Feb-07-12 | *Case Administration* - Confer with TJT re: recent Buckwalter decision and status of case | 0.20 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review main docket re: status for week ending 2/3/12; memo to T. Tacconelli and L. Coggins re: same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review Case Status Memo for week ending 2/3 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Garlock's Motion for Reargument with attachments | 1.80 | TJT |
| | *Plan and Disclosure Statement* - Research re: transfer of insurance policies to PI Trust | 0.10 | TJT |
| Feb-08-12 | *Case Administration* - Review case management memo re: week ending 2-3-2012 | 0.10 | LLC |
| | *Case Administration* - Review Daily memos | 0.10 | TJT |
| | *Fee Applications, Others* - Review e-mail from L. Flores with attached | 0.20 | KC |

| Date | Description | Hours | Initials |
|---|---|---|---|
| | Bilzin Oct- Dec 2011 Quarterly fee application; download same | | |
| | *Fee Applications, Applicant* - Begin review of file in preparation of drafting quarterly fee app for Oct, Nov. Dec. 2011 | 0.30 | KC |
| Feb-09-12 | *Case Administration* - Review Notice of Withdrawal of document by Equity Committee | 0.10 | TJT |
| | *Fee Applications, Others* - Prepare Bilzin quarterly fee application for efiling, draft Notice, certificate of service of same | 0.50 | KC |
| | *Fee Applications, Applicant* - Continued preparation of draft of quarterly fee application for Oct-Dec. 2011 | 0.50 | KC |
| Feb-10-12 | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Supplemental Objection by Debtors to NY Hillside Claim No. 2114 | 0.20 | TJT |
| Feb-11-12 | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Notice of Withdrawal by Debtors of the Supplemental Objection by Debtors to NY Hillside Claim No. 2114 | 0.10 | TJT |
| Feb-13-12 | *Case Administration* - Review amended 2019 Statement filed by Baron & Budd | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review re-filed Supplemental Objection by Debtors to NY Hillside Claim No. 2114 | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review Plan Proponent's Motion to Amend Memorandum Opinion with attachment | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review BNSF's Motion to Extend Time for Appeal | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Prepare correspondence to J. Sakalo re: Plan Proponent's Motion to Amend Memorandum Opinion | 0.20 | TJT |
| | *Claims Administration and Analysis (Non-Asbestos)* Review Debtor's Statement re: Debtor's Motion to Amend Retention of PWC | 0.10 | TJT |
| | *Case Administration* - Discussion with LLC re: end of case issues | 0.20 | KC |
| Feb-14-12 | *Case Administration* - Review notice of address change and forward same to KC | 0.10 | LLC |
| | *Fee Applications, Others* - Review Bilzin quarterly fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review Notice of Entry of Confirmation Order filed by Debtors | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Sealed Air/Fresenius Joint Motion to Amend Memorandum Opinion with attachment | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Prepare correspondence to J. Sakalo re: Sealed Air/Fresenius Joint Motion to Amend Memorandum Opinion | 0.20 | TJT |
| | *Fee Applications, Others* - Prepare Exhibit "C" invoices for filing with quarterly fee app for Oct-Dec 2011 | 0.20 | KC |
| | *Fee Applications, Others* - Prepare Bilzin quarterly fee app for Oct. 2011 through Dec. 2011 for efiling, efile and service of same | 0.30 | KC |
| | *Fee Applications, Applicant* - Continued preparation of quarterly fee app for Oct-Dec. 2011 | 0.30 | KC |
| Feb-15-12 | *Case Administration* - Confer with TJT re: debtor's notice of entry of order confirming the first amended plan and related issues | 0.10 | LLC |
| | *Case Administration* - Confer with LLC re: Notice of Entry of Confirmation order and related issues | 0.10 | TJT |
| | *Committee, Creditors', Noteholders'* or -Review correspondence from committee member re: status of confirmation appeals and respond to committee member | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Appeal by Bank Lender Group | 0.10 | TJT |
| | *Case Administration* - E-mail from LLC with attached notice of address | 0.10 | KC |

| | | | |
|---|---|---|---|
| | change; review 2002 service list accordingly | | |
| Feb-16-12 | *Case Administration* - Review order changing May, 2012 Omnibus hearing date | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* -Prepare correspondence to committee member re: status of confirmation appeals | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review proposed order by BNSF re: Motion to Extend Time to Appeal | 0.10 | TJT |
| Feb-17-12 | *Case Administration* - Review Certificate of No Objection filed by Debtors re: Debtor's Motion to Make 2012 Pension Contributions | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Debtor's Motion to Approve Settlement with NuStar and Sampson with attachments | 1.20 | TJT |
| Feb-18-12 | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Finish review Debtor's Motion to Approve Settlement with NuStar and Sampson with attachments | 0.80 | TJT |
| Feb-19-12 | *Case Administration* - Review Certificate of No Objection filed by Debtors re: Debtor's Motion to Amend Credit Agreement with ART | 0.10 | TJT |
| Feb-20-12 | *Case Administration* - Review correspondence from B. Ruhlander re: 42nd Quarterly Fee Apps | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review response by C. Jurgens re: Debtor's Supplemental Objection to claim by NY Hillside | 0.10 | TJT |
| Feb-21-12 | *Case Administration* - E-mail from B. Ruhlander re: fee auditor's final report re: fee apps with no issues, review same and forward to KC | 0.20 | LLC |
| | *Case Administration* - Review case management memo re: week ending 2-17-2012 | 0.10 | LLC |
| | *Case Administration* - Review notice of agenda re: 2-27 hearing | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review main docket re: status for week ending 2/17/12; memo to T. Tacconelli and L. Coggins re: same | 0.40 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review case status memo for Week ending 2/17 | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re: 42nd Interim Period re: no objections | 0.10 | TJT |
| | *Hearings* - Review agenda for 2/27 hearing | 0.10 | TJT |
| Feb-22-12 | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Order authorizing Debtors to make 2012 pension contributions | 0.10 | TJT |
| | *Case Administration* - Review Order extending term of credit agreement for ART | 0.10 | TJT |
| | *Fee Applications, Applicant* - Complete draft of 43rd Quarterly fee app; to LLC for review | 0.50 | KC |
| Feb-23-12 | *Fee Applications, Applicant* - Review 43rd Quarterly fee app for filing | 0.10 | LLC |
| | *Plan and Disclosure Statement* - Review Plan Proponents Answering Brief re: Garlock Motion for Reargument | 0.30 | TJT |
| | *Professional Retention Issues* - Review order amending retention order for PWC | 0.10 | TJT |
| Feb-24-12 | *Plan and Disclosure Statement* - Review AMH Motion to Extend Time for Appeal | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Docketing Appeal in 3rd Circuit 12-1402 | 0.10 | TJT |

| Date | Description | Hours | Staff |
|---|---|---|---|
| | *Plan and Disclosure Statement* - Review Order staying appeal 12-1402 | 0.10 | TJT |
| | *Fee Applications, Others* - Review docket re: objections to Dec. 2011 fee app | 0.10 | KC |
| | *Fee Applications, Others* - Draft CNO to Bilzin's Dec. 2011 fee app | 0.20 | KC |
| | *Fee Applications, Applicant* - Prepare 43rd Quarterly fee app for filing; efile and coordinate service of same | 0.40 | KC |
| | *Fee Applications, Applicant* - Review docket re: objections to Bilzin's Dec. 2011 fee app | 0.10 | KC |
| | *Fee Applications, Applicant* - Draft CNO to Dec. 2011 fee app | 0.20 | KC |
| Feb-25-12 | *Case Administration* - Review four miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review Post Confirmation Quarterly Report | 0.10 | TJT |
| Feb-26-12 | *Hearings* - Review matters on agenda for 2/27 Hearing | 0.50 | TJT |
| Feb-27-12 | *Case Administration* - Review case management memo re: week ending 2-24-2012 | 0.10 | LLC |
| | *Fee Applications, Others* - Review CNO re: Bilzin Dec. 2011 fee app | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review CNO re: Dec. 2011 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review main docket re: status for week ending 2/25/12; memo to T. Tacconelli and L. Coggins re: same | 0.30 | RM |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.50 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights; e-mail to T. Tacconelli | 0.20 | RM |
| | *Case Administration* - Review case status memo for week ending 2/24 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Research re: Transfer of Insurance Policies to PI Trust | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Order granting BNSF's Motion to Extend Time to File Appeal | 0.10 | TJT |
| | *Fee Applications, Others* - Prepare CNO re: Bilzin Dec. 2011 fee app for filing, efile and service of same | 0.30 | KC |
| | *Fee Applications, Applicant* - Draft and review Jan. 2012 prebill, to TJT for review | 0.20 | KC |
| | *Fee Applications, Applicant* - Prepare CNO re: Dec. 2011 fee app for filing, efile and service of same | 0.30 | KC |
| Feb-28-12 | *Case Administration* - E-mail from M. Dearo (?) re: Libby's response to motion to amend memorandum decision | 0.10 | LLC |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review and revise Ferry Joseph and Pearce January Pre bill, confer with K. Callahan re: same | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review Libby Response to Motions to Amend Memorandum Opinion | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Confer with R. Miller re: Libby Response to Motions to Amend Memorandum Opinion and related issues | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review Garlock's Motion to Stay Order Confirming Plan | 0.50 | TJT |
| Feb-29-12 | *Fee Applications, Applicant* - Review monthly fee app for Jan. 2012 for filing | 0.10 | LLC |
| | *Plan and Disclosure Statement* - Review Notice of Appeal by Her Majesty the Queen | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Appearance by | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | Fresenius in appeal | | |
| | *Fee Applications, Others* - E-mail from L. Flores re: Bilzin's Jan 2012 fee app | 0.10 | KC |
| | *Fee Applications, Applicant* - Prepare 129th monthly fee app for Jan. 2012 for filing, efile and service of same | 0.30 | KC |
| | Totals | 31.80 | |

**DISBURSEMENTS**

| | | |
|---|---|---|
| Feb-01-12 | Photocopy Cost | 2.20 |
| | Photocopy Cost | 2.80 |
| Feb-04-12 | Photocopy Cost | 1.00 |
| Feb-07-12 | Photocopy Cost | 5.40 |
| | Photocopy Cost | 2.00 |
| | Photocopy Cost | 6.00 |
| | Photocopy Cost | 5.60 |
| | Photocopy Cost | 3.10 |
| | Photocopy Cost | 4.30 |
| | Photocopy Cost | 3.10 |
| Feb-09-12 | Photocopy Cost | 0.90 |
| Feb-14-12 | Photocopy Cost | 6.80 |
| | Photocopy Cost | 1.70 |
| | Photocopy Cost | 1.90 |
| Feb-15-12 | Photocopy Cost | 0.90 |
| | Photocopy Cost | 1.30 |
| | Cost Advance - First State Deliveries - hand delivery 1/30/12 | 7.50 |
| Feb-22-12 | Photocopy Cost | 1.30 |
| | Photocopy Cost | 1.10 |
| | Photocopy Cost | 1.40 |
| Feb-24-12 | Photocopy Cost | 7.20 |
| | Cost Advance - First State Deliveries - hand delivery | 7.50 |
| Feb-27-12 | Photocopy Cost | 0.60 |
| | Photocopy Cost | 2.40 |
| | Photocopy Cost | 2.40 |
| Feb-28-12 | Photocopy Cost | 0.60 |
| | Photocopy Cost | 0.70 |
| | Cost Advance - Blue Marble Logistics - hand deliveries (Inv # 17214) | 199.50 |
| Feb-29-12 | Photocopy Cost | 3.00 |
| | Cost Advance - Blue Marble Logistics - copies/service (Inv # 57972) | 501.79 |
| | Totals | $785.99 |

**Total Fees & Disbursements** **$10,385.99**