**NINETY-SEVENTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM FEBRUARY 1, 2012 THROUGH FEBRUARY 29, 2012)**

ATTACHMENT B

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Task Descriptions
4. Summary of Expenses

# W.R. Grace & Co.
**Capstone Advisory Group, LLC**
**Summary of Fees by Professional**
**For the Period 2-1-2012 through 2-29-2012**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $795 | 5.20 | $4,134.00 |
| R. Frezza | Member | $725 | 22.20 | $16,095.00 |
| J. Dolan | Director | $450 | 48.70 | $21,915.00 |
| M. Haverkamp | Paraprofessional | $120 | 1.10 | $132.00 |
| M. Viola | Paraprofessional | $120 | 2.10 | $252.00 |
| **For the Period 2-1-2012 through 2-29-2012** | | | **79.30** | **$42,528.00** |

# W.R. Grace & Co.
Capstone Advisory Group, LLC
**Summary of Fees by Task Code**
**For the Period 2-1-2012 through 2-29-2012**

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant prepared various interest calculations and reviewed recent settlements. | 14.60 | $9,796.00 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant reviewed and analyzed recent docket submissions. | 2.90 | $1,305.00 |
| 05. Employee Matters/KERP/Other | During the Fee Application period, the Applicant reviewed and analyzed motion related to pension funding and prepared report to the Committee thereon. | 12.50 | $7,296.50 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared December 2011 and January 2012 monthly fee statements as well as the 32nd quarterly fee statement. | 9.40 | $3,312.00 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant analyzed data regarding the monthly and 4Q11 results, prepared various analyses and prepared a report to the Committee thereon. | 22.80 | $11,926.50 |
| 10. Financial Analysis - Cash Collateral and DIP Financing | During the Fee Application period, the Applicant reviewed ART motion and related data and prepared a report to the Committee thereon. | 12.90 | $6,699.50 |
| 15. Plan & Disclosure Statement | During the Fee Application Period, the Applicant prepared for and participated in Committee call and analyzed filings related to settlement agreements. | 2.50 | $1,125.00 |
| 27. Plan of Reorganization/Disclaimer Statement | During the Fee Application Period, the Applicant prepared for and participated in Committee call. | 1.70 | $1,067.50 |
| **For the Period 2-1-2012 through 2-29-2012** | | **79.30** | **$42,528.00** |

**Capstone Advisory Group, LLC**  Page 1 of 1
**Invoice for the 2-1-2012 - 2-29-2012 Fee Application**

# W.R. Grace & Co.
Capstone Advisory Group, LLC
**Detailed Time Description by Task Code**
**For the Period 2-1-2012 through 2-29-2012**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 03. Claims Analysis & Valuation | | | |
| 2/6/2012 | R. Frezza | 4.70 | Prepared and updated numerous interest calculation scenarios at the request of Counsel. |
| 2/6/2012 | J. Dolan | 0.80 | Prepared for and participated in call with Counsel re: claims. |
| 2/6/2012 | R. Frezza | 1.90 | Prepared for and participated in call with Counsel and Lender Counsel re: interest calculations. |
| 2/6/2012 | E. Ordway | 0.50 | Reviewed interest calculations. |
| 2/7/2012 | E. Ordway | 0.80 | Reviewed updated interest calculations. |
| 2/7/2012 | J. Dolan | 1.10 | Reviewed interest calculations as requested by Counsel. |
| 2/7/2012 | R. Frezza | 3.50 | Completed interest calculations and discussed with Counsel. |
| 2/14/2012 | J. Dolan | 0.40 | Reviewed and analyzed Counsels memo on the Libby settlement. |
| 2/24/2012 | J. Dolan | 0.90 | Reviewed and analyzed Counsel's memo summarizing environmental settlement. |
| Subtotal | | 14.60 | |
| 04. Creditor Committee Matters | | | |
| 2/6/2012 | J. Dolan | 1.10 | Reviewed and analyzed recent docket submissions. |
| 2/16/2012 | J. Dolan | 1.00 | Reviewed and analyzed recent docket submissions. |
| 2/27/2012 | J. Dolan | 0.80 | Reviewed and analyzed recent docket submissions. |
| Subtotal | | 2.90 | |
| 05. Employee Matters/KERP/Other | | | |
| 2/1/2012 | E. Ordway | 0.70 | Reviewed and edited pension report for the Committee. |
| 2/1/2012 | J. Dolan | 1.70 | Prepared report to the Committee re: additional pension contribution. |
| 2/1/2012 | R. Frezza | 1.60 | Reviewed pension memo and provided comments. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 2/1/2012 | J. Dolan | 0.70 | Reviewed internal comments related to pension memo to the Committee. |
| 2/2/2012 | J. Dolan | 1.20 | Finalized pension report and distributed to Counsel for review. |
| 2/2/2012 | J. Dolan | 0.50 | Prepared for and participated in discussion with Blackstone re: pension and decision. |
| 2/2/2012 | J. Dolan | 1.10 | Participated in call with Counsel re: pension report comments and made revisions to the report. |
| 2/2/2012 | R. Frezza | 1.60 | Participated in call with Counsel re: comments on memo. |
| 2/2/2012 | R. Frezza | 0.50 | Participated in call with Blackstone re: follow up on pension questions. |
| 2/3/2012 | R. Frezza | 1.50 | Reviewed updated memo; conferred with Counsel and issued pension memo to Committee. |
| 2/3/2012 | J. Dolan | 1.40 | Finalized pension report and distributed to Committee. |
| Subtotal | | 12.50 | |

07. Fee Applications & Invoices

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 2/3/2012 | M. Viola | 0.20 | Prepared 12-2011 fee statement. |
| 2/6/2012 | M. Viola | 0.50 | Prepared 12-2011 fee statement. |
| 2/6/2012 | J. Dolan | 1.40 | Prepared 12-2011 fee statement. |
| 2/9/2012 | J. Dolan | 0.90 | Prepared quarterly fee statement. |
| 2/9/2012 | J. Dolan | 0.80 | Finalized and filed 12-2012 fee statement. |
| 2/9/2012 | M. Viola | 0.50 | Prepared 32nd quarterly fee statement. |
| 2/16/2012 | J. Dolan | 0.80 | Prepared 1-2012 fee statement. |
| 2/16/2012 | M. Haverkamp | 1.10 | Prepared 1-2012 fee statement. |
| 2/20/2012 | M. Viola | 0.10 | Prepared 1-2012 fee statement. |
| 2/21/2012 | M. Viola | 0.10 | Prepared 32nd quarterly fee statement. |
| 2/23/2012 | J. Dolan | 1.00 | Finalized and filed 32nd quarterly fee statement. |
| 2/23/2012 | J. Dolan | 0.60 | Prepared 1-2012 fee statement. |
| 2/23/2012 | M. Viola | 0.70 | Prepared 1-2012 fee statement. |

**Capstone Advisory Group, LLC**  **Page 2 of 4**
Invoice for the 2-1-2012 - 2-29-2012 Fee Application

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 2/23/2012 | J. Dolan | 0.30 | Prepared 1-2012 fee statement. |
| 2/27/2012 | E. Ordway | 0.40 | Prepared fee application. |
| Subtotal | | 9.40 | |

08. Financial Analysis - Schedules & Statements

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 2/1/2012 | J. Dolan | 0.80 | Listened to Grace investor call for 4Q11 results report to the Committee. |
| 2/1/2012 | R. Frezza | 0.80 | Participated in the Grace investor call. |
| 2/6/2012 | J. Dolan | 1.20 | Reviewed and analyzed 4Q11 results press release and related data. |
| 2/7/2012 | J. Dolan | 1.60 | Reviewed and analyzed 4Q11 analyst spreadsheet and updated charts for report to the Committee. |
| 2/7/2012 | J. Dolan | 1.50 | Reviewed and analyzed 4Q11 business update for report to the Committee. |
| 2/7/2012 | J. Dolan | 3.40 | Prepared charts and tables for 4Q11 report to the Committee. |
| 2/7/2012 | R. Frezza | 2.50 | Reviewed and analyzed Grace Q411 results and related analyst information in preparation for Committee report. |
| 2/9/2012 | E. Ordway | 0.70 | Reviewed and edited report to the Committee re: 4Q11 operating results. |
| 2/9/2012 | J. Dolan | 3.50 | Prepared report to the Committee on 4Q11 results including actual to plan to prior year analyses. |
| 2/14/2012 | E. Ordway | 0.60 | Reviewed most recent monthly operating report and noted items for staff to investigate. |
| 2/14/2012 | J. Dolan | 1.90 | Reviewed and analyzed recent analyst reports for Grace to support valuation multiple. |
| 2/14/2012 | J. Dolan | 3.40 | Prepared report to the Committee on 4Q11 results. |
| 2/21/2012 | E. Ordway | 0.90 | Continued to review most recent operating report. |
| Subtotal | | 22.80 | |

10. Financial Analysis - Cash Collateral and DIP Financing

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 2/6/2012 | J. Dolan | 1.00 | Reviewed and analyzed motion and related exhibits for ART term extension request. |
| 2/6/2012 | J. Dolan | 2.10 | Prepared report to the Committee related to ART term extension. |

**Capstone Advisory Group, LLC**                                                                               **Page 3 of 4**
**Invoice for the 2-1-2012 - 2-29-2012 Fee Application**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 2/6/2012 | J. Dolan | 0.80 | Prepared request for additional information related to ART term extension and submitted to Blackstone. |
| 2/6/2012 | R. Frezza | 1.40 | Reviewed ART motion; provided comments on how to frame report; issued question list to Blackstone. |
| 2/8/2012 | R. Frezza | 1.10 | Reviewed and analyzed information provided by Blackstone re: ART JV motion. |
| 2/8/2012 | E. Ordway | 0.60 | Reviewed data related to ART financing arrangements. |
| 2/8/2012 | J. Dolan | 1.80 | Reviewed and analyzed financial data and requested information received from the Company related to ART refinance. |
| 2/8/2012 | J. Dolan | 1.60 | Prepared charts on financial data and revised report to reflect information received. |
| 2/8/2012 | J. Dolan | 0.70 | Revised report based on internal comments and distributed to Counsel for review. |
| 2/8/2012 | J. Dolan | 1.30 | Revised report related to ART refinancing to Committee. |
| 2/9/2012 | J. Dolan | 0.50 | Finalized ART report and distributed to Committee. |
| Subtotal | | 12.90 | |

15. Plan & Disclosure Statement

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 2/1/2012 | J. Dolan | 1.10 | Prepared for and participated in Committee call re: District Court decision. |
| 2/1/2012 | J. Dolan | 1.40 | Reviewed and analyzed recent filings and releases related to decision and settlement agreements. |
| Subtotal | | 2.50 | |

27. Plan of Reorganization/Disclaimer Statement

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 2/1/2012 | R. Frezza | 1.10 | Prepared for and participated in update call with Committee. |
| 2/15/2012 | J. Dolan | 0.60 | Reviewed and analyzed memo from Counsel re: appeal. |
| Subtotal | | 1.70 | |
| **Total Hours** | | **79.30** | |

# W.R. Grace & Co.
**Capstone Advisory Group, LLC**
**Expense Detail**
**For the Period 2-1-2012 through 2-29-2012**

| Date | Professional | Detail | Amount |
|---|---|---|---|
| Research | | | |
| 2/9/2012 | CAG Direct | Pacer | $7.28 |
| Subtotal - Research | | | $7.28 |
| Telecom | | | |
| 2/10/2012 | CAG Direct | February Telecom | $79.30 |
| Subtotal - Telecom | | | $79.30 |
| **For the Period 2-1-2012 through 2-29-2012** | | | **$86.58** |

**Capstone Advisory Group, LLC**  **Page 1 of 1**
**Invoice for the 2-1-2012 - 2-29-2012 Fee Application**