# Exhibit A

# KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
PHONE 212.715.9100
FAX 212.715.8000

March 28, 2012

W.R. GRACE & CO. EQUITY COMMITTEE

When remitting,
please reference:
Invoice Number: 590269
056772

## CLIENT SUMMARY - 056772 - W.R. GRACE & CO. EQUITY COMMITTEE

### 056772-00001/CASE ADMINISTRATION

| | |
|---|---|
| FEES | $822.00 |
| DISBURSEMENTS | 94.13 |
| MATTER TOTAL | $916.13 |

### 056772-00002/CREDITOR COMMITTEE

| | |
|---|---|
| FEES | $2,878.50 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $2,878.50 |

### 056772-00007/REORGANIZATION PLAN

| | |
|---|---|
| FEES | $16,806.50 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $16,806.50 |

### 056772-00008/FEE APPLICATIONS, APPLICANT

| | |
|---|---|
| FEES | $1,540.00 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $1,540.00 |

### 056772-00019/HEARINGS

Amounts due may be remitted by wire transfer.

| | |
|---|---|
| To: | Citibank, N.A. |
| | Citicorp Center 153 E. 53rd Street NY, N.Y. 10043 |
| | ABA #021000089 |
| Account: | Kramer Levin Naftalis & Frankel LLP Money Market A\C 9992122019 |
| By Order of: | Invoice No. 590269 |
| Citibank Contact: | Gaetana Mauceli (212) 559-0165 |

TIME AND DISBURSEMENT AMOUNTS POSTED AFTER THE BILLING PERIOD SHOWN
ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE
CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.
TAX ID# 13-1944339

KL4 2332481.1

| | |
|---|---:|
| FEES | $350.00 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $350.00 |
| CLIENT GRAND TOTAL | $22,491.13 |

| W.R. GRACE & CO. EQUITY COMMITTEE | March 28, 2012 |
|---|---|
| 056772-00001 | Invoice No. 590269 |

## CASE ADMINISTRATION

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/27/12 | BLABEY, DAVID E | Call with equity holder re appeal. | 0.30 | 210.00 |
| 02/28/12 | HALVERSON, DARREN C | Cf. w/ D. Blabey re: case administration (.4); review materials re: 524(g) (.4). | 0.80 | 332.00 |
| 02/28/12 | BLABEY, DAVID E | Discuss case with D. Halverson (.4). | 0.40 | 280.00 |
| **TOTAL HOURS AND FEES** | | | **1.50** | **$822.00** |

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| RESEARCH SERVICES | 28.00 |
| WESTLAW ON-LINE RESEARCH | 19.86 |
| MEALS/IN-HOUSE | 46.27 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$94.13** |
| **TOTAL FOR THIS MATTER** | **$916.13** |

KL4 2332481.1

Kramer Levin Naftalis & Frankel LLP
Page No. 4

W.R. GRACE & CO. EQUITY COMMITTEE  
056772-00002

March 28, 2012  
Invoice No. 590269

## CREDITOR COMMITTEE

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/08/12 | BLABEY, DAVID E | Discuss equity committee quarterly call with P. Bentley (.2) and discuss confirmation opinion and appellate issues with P. Bentley (1) and discuss call with client (.5) and review confirmation opinion in prep for call (.4). | 2.10 | 1,470.00 |
| 02/09/12 | BENTLEY, PHILIP | Committee conf call | 0.90 | 778.50 |
| 02/09/12 | BLABEY, DAVID E | Quarterly committee call. | 0.90 | 630.00 |
| **TOTAL HOURS AND FEES** | | | **3.90** | **$2,878.50** |

**TOTAL FOR THIS MATTER**                                              **$2,878.50**

KL4 2332481.1

Kramer Levin Naftalis & Frankel LLP
Page No. 5

W.R. GRACE & CO. EQUITY COMMITTEE  
056772-00007

March 28, 2012  
Invoice No. 590269

## REORGANIZATION PLAN

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/05/12 | BENTLEY, PHILIP | Trade emails re appeal issues | 0.10 | 86.50 |
| 02/06/12 | BENTLEY, PHILIP | Review district court's decision | 0.40 | 346.00 |
| 02/06/12 | BLABEY, DAVID E | Review district court confirmation opinion (2); revew Garlock motion for reargument and email to client re same (.5). | 2.50 | 1,750.00 |
| 02/07/12 | BENTLEY, PHILIP | Conf call with plan co-proponents (1.8) and conf DB re district court's opinion and next steps (.5); additional review of district court's opinion (.1). | 2.40 | 2,076.00 |
| 02/07/12 | BLABEY, DAVID E | Review district court opinion (5.1); call with plan proponents re same (1.8); meet with P. Bentley re same (.5); draft bullets of decision for Committee (1.3). | 8.70 | 6,090.00 |
| 02/08/12 | BENTLEY, PHILIP | Additional review and analysis of district court's confirmation decision (1.5); discs TW and DB re appeal issues (1). | 2.50 | 2,162.50 |
| 02/09/12 | BENTLEY, PHILIP | Additional review and analysis of district court's ruling (.7), and discs DB re same (.5). | 1.20 | 1,038.00 |
| 02/09/12 | BLABEY, DAVID E | Discuss bank lender appellate issues with P. Bentley. | 0.50 | 350.00 |
| 02/10/12 | BENTLEY, PHILIP | Trade emails re appeal issues | 0.10 | 86.50 |
| 02/13/12 | BENTLEY, PHILIP | Review and comment on debtors' and Sealed Air's draft reconsideration motions, and trade emails re same | 0.40 | 346.00 |
| 02/14/12 | BENTLEY, PHILIP | Review reconsideration motions | 0.10 | 86.50 |
| 02/14/12 | BLABEY, DAVID E | Review appellate pleadings and email to client re same (.5); review Kaneb settlement and email to client re same (.7). | 1.20 | 840.00 |
| 02/20/12 | BLABEY, DAVID E | Review draft of response to Garlock pleading. | 0.50 | 350.00 |
| 02/21/12 | BENTLEY, PHILIP | Review draft response to Garlock motion, and trade emails re same | 0.40 | 346.00 |
| 02/23/12 | BENTLEY, PHILIP | Trade emails re appeal developments | 0.10 | 86.50 |
| 02/28/12 | BLABEY, DAVID E | Review Garlock stay motion and update client. | 0.50 | 350.00 |
| 02/28/12 | BENTLEY, PHILIP | Review Garlock's stay motion | 0.30 | 259.50 |
| 02/29/12 | BLABEY, DAVID E | Review Bank Lender statement of issues. | 0.10 | 70.00 |

KL4 2332481.1

W.R. GRACE & CO. EQUITY COMMITTEE                                      March 28, 2012
056772-00007                                                           Invoice No. 590269

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/29/12 | BENTLEY, PHILIP | Trade emails re appeal issues | 0.10 | 86.50 |

**TOTAL HOURS AND FEES**                                               **22.10**   **$16,806.50**

**TOTAL FOR THIS MATTER**                              $16,806.50

KL4 2332481.1

Kramer Levin Naftalis & Frankel LLP
Page No. 7

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00008

March 28, 2012
Invoice No. 590269

**FEE APPLICATIONS, APPLICANT**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/24/12 | BLABEY, DAVID E | Prepare quarterly fee application. | 0.30 | 210.00 |
| 02/25/12 | BLABEY, DAVID E | Prepare quarterly fee application. | 1.30 | 910.00 |
| 02/26/12 | BLABEY, DAVID E | Work on quarterly fee app. | 0.10 | 70.00 |
| 02/28/12 | BLABEY, DAVID E | Prepare monthly fee application. | 0.50 | 350.00 |

**TOTAL HOURS AND FEES**                                                                   **2.20**   **$1,540.00**

**TOTAL FOR THIS MATTER**                                              **$1,540.00**

KL4 2332481.1

Kramer Levin Naftalis & Frankel LLP
Page No. 8

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00019

March 28, 2012
Invoice No. 590269

## HEARINGS

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/27/12 | BLABEY, DAVID E | Omnibus hearing, by telephone. | 0.50 | 350.00 |
| **TOTAL HOURS AND FEES** | | | **0.50** | **$350.00** |

**TOTAL FOR THIS MATTER**                                              **$350.00**

KL4 2332481.1