**Exhibit B**

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                                   PAGE    1
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/28/2012 11:36:42

Matter No: 056772-00001                                           Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:    3291977
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                   Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                   Status        : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.10/w/o manu. services
---------------------------------------------------------------------------------------------------------------------------------------
                                                      PRE-BILLING SUMMARY REPORT
---------------------------------------------------------------------------------------------------------------------------------------
              UNBILLED TIME FROM:                                  TO:
              UNBILLED DISB FROM:   02/03/2012                     TO:       02/07/2012
---------------------------------------------------------------------------------------------------------------------------------------
                                             FEES                          COSTS

          GROSS BILLABLE AMOUNT:               0.00                         94.13
           AMOUNT WRITTEN DOWN:
                       PREMIUM:
              ON ACCOUNT BILLED:
      DEDUCTED FROM PAID RETAINER:
                 AMOUNT BILLED:
                     THRU DATE:                                          02/07/2012
      CLOSE MATTER/FINAL BILLING?   YES    OR   NO
      EXPECTED DATE OF COLLECTION:

      BILLING PARTNER APPROVAL:
                                    BENTLEY PHILIP - 02495           WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
              BILLING COMMENTS:


---------------------------------------------------------------------------------------------------------------------------------------
                                    ACCOUNTS RECEIVABLE TOTALS                   UNAPPLIED CASH

                         FEES:                0.00
                 DISBURSEMENTS:               94.13     UNIDENTIFIED RECEIPTS:        0.00
                   FEE RETAINER:              0.00          PAID FEE RETAINER:        0.00
                  DISB RETAINER:              0.00         PAID DISB RETAINER:        0.00
              TOTAL OUTSTANDING:              94.13       TOTAL AVAILABLE FUNDS:      0.00
                                                              TRUST BALANCE:
                                              BILLING HISTORY

              DATE OF LAST BILL:           02/27/12         LAST PAYMENT DATE:    03/14/12
              LAST BILL NUMBER:              587833 ACTUAL FEES BILLED TO DATE:  365,085.50
                                                     ON ACCOUNT FEES BILLED TO DATE:    0.00
                                                         TOTAL FEES BILLED TO DATE:  365,085.50
              LAST BILL THRU DATE:         01/31/12      FEES WRITTEN OFF TO DATE:   85,704.00
                                                        COSTS WRITTEN OFF TO DATE:   23,827.85
FOR ACCTG USE ONLY:                         Write Down/Up Reason Codes:

         (1) Exceeded Fixed Fee         (4) Excessive Legal Time    (7) Fixed Fee
         (2) Late Time & Costs Posted   (5) Business Development    (8) Premium
         (3) Pre-arranged Discount      (6) Summer Associate        (9) Rounding           (10) Client Arrangement

  BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    2
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/28/2012 11:36:42

Matter No: 056772-00001                                         Orig Prtnr : CRED. RGTS  - 06975             Proforma Number:    3291977
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CASE ADMINISTRATION                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                   Status        : ACTIVE

 U N B I L L E D   C O S T S   S U M M A R Y -------------- Total Unbilled ----------------
 Code  Description                        Oldest      Latest         Total
                                          Entry       Entry          Amount
 ----  ------------------------------     ------      ------         -----------
 0841  RESEARCH SERVICES                  02/03/12    02/03/12            28.00
 0917  WESTLAW ON-LINE RESEARCH           02/03/12    02/07/12            19.86
 0942  MEALS/IN-HOUSE                     02/06/12    02/07/12            46.27

           Total                                                          94.13


 U N B I L L E D   C O S T S   D E T A I L
 Description/Code                                    Employee              Date           Amount      Index#   Batch No  Batch Date
 ------------------------------------------------    --------              ------         -----------  ------   --------  ----------

 RESEARCH SERVICES 0841
     RESEARCH SERVICES                               BOYLE, B B            02/03/12           14.00   9556985  1194302    02/07/12
       Westlaw case for P Bentley
     RESEARCH SERVICES                               BOYLE, B B            02/03/12           14.00   9556986  1194303    02/07/12
       Westlaw case for P Bentley
                                                0841 RESEARCH SERVICES Total :               28.00

 WESTLAW ON-LINE RESEARCH 0917
     WESTLAW ON-LINE RESE                            BOYLE, B B            02/03/12           14.99   9575091  1204788    03/01/12
     WESTLAW ON-LINE RESE                            BLABEY, D E           02/07/12            4.87   9575092  1204788    03/01/12
                                                0917 WESTLAW ON-LINE RESE Total :             19.86

 MEALS/IN-HOUSE 0942
     MEALS/IN-HOUSE                                  BLABEY, D E           02/06/12           20.66   9569832  1200707    02/24/12
       IN-HOUSE/MEALS
     MEALS/IN-HOUSE                                  BLABEY, D E           02/07/12           25.61   9569833  1200707    02/24/12
       IN-HOUSE/MEALS
                                                0942 MEALS/IN-HOUSE Total :                   46.27


           Costs Total :                                                                      94.13
```

```
alp_132r: Matter Detail                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                                            PAGE    3
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/28/2012 11:36:43

Matter No: 056772-00001                                      Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:    3291977
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CASE ADMINISTRATION                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status        : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description            Amount              Bill        W/o / W/u      Transfer To   Clnt/Mtr    Carry Forward
-----------------------     -------------       --------    -----------    -------------------------  ---------------


0841 RESEARCH SERVICES              28.00       _____    _____    _____  _____

0917 WESTLAW ON-LINE RESEARCH       19.86       _____    _____    _____  _____

0942 MEALS/IN-HOUSE                 46.27       _____    _____    _____  _____



        Costs Total :               94.13       _____    _____    _____  _____
```