# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2155021 |
| Invoice Date | 03/19/12 |
| Client Number | 359022 |
| Matter Number | 00004 |

Re: Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/29/12:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/01/12 | TKD | Review daily case filings and share with our team | 0.4 | 260.00 |
| 02/02/12 | TKD | Review daily case filings and share with team | 0.5 | 325.00 |
| 02/06/12 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 02/07/12 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 02/08/12 | TKD | Reviewed all case filings and shared with team | 0.4 | 260.00 |
| 02/08/12 | TKD | Communicate with David Blabey about Third Circuit appeal process and timing | 0.3 | 195.00 |
| 02/10/12 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 02/13/12 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 02/13/12 | TKD | Review communications about joint plan proponent motion and review same | 0.4 | 260.00 |
| 02/14/12 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 02/15/12 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 02/16/12 | TBB | Forward all ECf notices to team | 0.3 | 58.50 |
| 02/17/12 | TBB | Forward all ECF notices to team | 0.3 | 58.50 |
| 02/20/12 | TBB | Forward all ECF notices to team | 0.2 | 39.00 |
| 02/21/12 | TKD | Review all case filings and distribute to team | 0.3 | 195.00 |
| 02/22/12 | TKD | Review all case filings and share with team | 0.3 | 195.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00004
03/19/12

WR Grace - Official Committee of Equity Security Holders  Invoice Number 2155021
Case Administration  Page 2

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/22/12 | TKD | Review, calendar dates for Garlock appeal briefing schedule | 0.2 | 130.00 |
| 02/22/12 | TKD | Review hearing agenda, Feb. 27 hearing | 0.1 | 65.00 |
| 02/23/12 | TKD | Review case filings and share with our team | 0.3 | 195.00 |
| 02/23/12 | TKD | Reachout by Andersen about extension of appeal period; communicate with David Blabey and Phil Bentley re same | 0.2 | 130.00 |
| 02/24/12 | TKD | Review case filings and share with team | 0.3 | 195.00 |
| 02/27/12 | TKD | Review all case filings and share with team | 0.3 | 195.00 |
| 02/28/12 | TKD | Review all case filings and share with team | 0.3 | 195.00 |
| 02/29/12 | TKD | Review all case filings, share with team | 0.4 | 260.00 |
| 02/29/12 | TKD | Review Lists of issues in Bank Appeals and Designation of Record | 0.3 | 195.00 |

TOTAL HOURS  8.4

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 0.8 | at | $195.00 | = | 156.00 |
| Teresa K.D. Currier | 7.6 | at | $650.00 | = | 4,940.00 |

CURRENT FEES  5,096.00

**TOTAL AMOUNT OF THIS INVOICE**  5,096.00

**NET AMOUNT OF THIS INVOICE**  5,096.00

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2155022 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 03/19/12 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00008 |
| Charlottesville, VA 22902 | |

Re: Committee: Creditors', Noteholders' Or Equity Holders'

FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/29/12:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/01/12 | TKD | Reviewed memo for committee about district court decision | 0.3 | 195.00 |
| 02/02/12 | TKD | Review Report to Equity Committee in preparation for next week's meeting | 0.4 | 260.00 |
| 02/09/12 | TKD | Attend committee call | 1.0 | 650.00 |
| | | TOTAL HOURS | 1.7 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 1.7 | at | $650.00 | = | 1,105.00 |

CURRENT FEES                                                                                       1,105.00

**TOTAL AMOUNT OF THIS INVOICE**                                                     1,105.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00008
03/19/12

WR Grace - Official Committee of Equity Security Holders    Invoice Number  2155022
Committee:  Creditors', Noteholders' Or Equity Holders'        Page 2

**NET AMOUNT OF THIS INVOICE**                                                          1,105.00

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

Invoice Number 2155024
Invoice Date 03/19/12
Client Number 359022
Matter Number 00015

Re: Fee Applications/Applicant

FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/29/12:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/01/12 | TBB | File and serve Saul Ewing's thirtieth monthly fee application | 0.8 | 156.00 |
| 02/02/12 | TBB | Draft CNO to Saul Ewing's twenty ninth monthly fee application. | 0.3 | 58.50 |
| 02/02/12 | TBB | File and serve CNO to Saul Ewing's twenty ninth monthly fee application | 0.8 | 156.00 |
| 02/06/12 | TBB | Calendar dates | 0.1 | 19.50 |
| 02/06/12 | TBB | File and serve Saul Ewing's thirtieth monthly fee application | 0.5 | 97.50 |
| 02/06/12 | TBB | Draft and file notice of withdrawal to Saul Ewing's thirtieth monthly fee application | 0.3 | 58.50 |
| 02/06/12 | TBB | File and serve CNO to Saul Ewing's twenty ninth monthly fee application in corrected format | 0.5 | 97.50 |
| 02/06/12 | TBB | Draft and file notice of withdrawal to CNO | 0.3 | 58.50 |
| 02/17/12 | TBB | Draft Saul Ewing's Eleventh Quarterly Fee Application. | 1.2 | 234.00 |
| 02/20/12 | TBB | Review Fee Auditor's Final Report for the Forty-Second Interim Period for Saul Ewing fees. | 0.2 | 39.00 |
| 02/27/12 | TBB | File and serve Saul Ewing's eleventh quarterly fee application. | 0.8 | 156.00 |
| 02/29/12 | TBB | Draft Saul Ewing's Thirty First Monthly Fee Application | 0.6 | 117.00 |

359022    WR Grace - Official Committee of Equity Security Holders    Invoice Number 2155024
00015    Fee Applications/Applicant    Page 2
03/19/12

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/29/12 | TBB | File and serve Saul Ewing's thirty first monthly fee application. | 0.8 | 156.00 |
| | | TOTAL HOURS | 7.2 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 7.2 | at | $195.00 | = | 1,404.00 |

|  |  |
|---|---|
| CURRENT FEES | 1,404.00 |
| **TOTAL AMOUNT OF THIS INVOICE** | 1,404.00 |
| **NET AMOUNT OF THIS INVOICE** | 1,404.00 |

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2155025 |
| Invoice Date | 03/19/12 |
| Client Number | 359022 |
| Matter Number | 00016 |

Re: Fee Applications/Others

FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/29/12:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/06/12 | TBB | Calendar dates | 0.1 | 19.50 |
| 02/06/12 | TBB | Re-file and serve Kramer Levin's one hundred and twenty fourth monthly fee application | 0.5 | 97.50 |
| 02/20/12 | TBB | Review Fee Auditor's Final Report for the Forty-Second Interim Period for Kramer Levin's fees. | 0.2 | 39.00 |
| 02/27/12 | TKD | File fee application | 0.4 | 260.00 |
| 02/27/12 | TBB | Draft Notice for Kramer Levin's thirty ninth quarterly fee application. | 0.2 | 39.00 |
| 02/27/12 | TBB | File and serve Kramer Levin's thirty ninth quarterly fee application. | 0.8 | 156.00 |
| 02/29/12 | TBB | Draft Notice and affidavit of service to Kramer Levin's one hundred twenty fifth monthly fee application. | 0.2 | 39.00 |
| 02/29/12 | TBB | File and serve Kramer Levin's one hundred twenty fifth monthly fee application. | 0.8 | 156.00 |
| | | TOTAL HOURS | 3.2 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 2.8 | at | $195.00 | = | 546.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00016
03/19/12

WR Grace - Official Committee of Equity Security Holders   Invoice Number 2155025
Fee Applications/Others                                                                Page 2

| | | | | | |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.4 | at | $650.00 | = | 260.00 |

CURRENT FEES                                                                           806.00

**TOTAL AMOUNT OF THIS INVOICE**                                                       806.00

**NET AMOUNT OF THIS INVOICE**                                                         806.00

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2155026 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 03/19/12 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00020 |
| Charlottesville, VA 22902 | |

Re: Plan and Disclosure Statement

FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/29/12:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/06/12 | TKD | Reviewed Garlock Motion for Reargument | 0.3 | 195.00 |
| 02/08/12 | TKD | Reviewed Garlock Motion for Reargument and Reconsideration | 0.5 | 325.00 |
| 02/15/12 | TKD | Discussed issue of perfection of Bank Lender appeals with David Blabey | 0.4 | 260.00 |
| 02/21/12 | TKD | Review Garlock brief, get Equity Committee sign off for filing | 0.3 | 195.00 |
| 02/28/12 | TKD | Review Notice of appeal by her Majesty the Queen | 0.2 | 130.00 |
| | | TOTAL HOURS | 1.7 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 1.7 | at | $650.00 | = | 1,105.00 |

359022
00020
03/19/12

WR Grace - Official Committee of Equity Security Holders    Invoice Number 2155026
Plan and Disclosure Statement                                Page 2

| | |
|---|---:|
| CURRENT FEES | 1,105.00 |
| **TOTAL AMOUNT OF THIS INVOICE** | 1,105.00 |
| **NET AMOUNT OF THIS INVOICE** | 1,105.00 |

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2155023 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 03/19/12 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00014 |
| Charlottesville, VA 22902 | |

Re:   Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Photocopying | 70.10 |
| Docket Entries | 25.12 |
| Messenger Service | 7.50 |
| CURRENT EXPENSES | 102.72 |

| | |
|---|---|
| **TOTAL AMOUNT OF THIS INVOICE** | 102.72 |
| **NET AMOUNT OF THIS INVOICE** | 102.72 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP