**EXHIBIT A**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/7/2011 | Heroy | ……; review engagement letter (.3). | 0.3 | $895 | $268.50 |
| 11/7/2011 | Paul | ……; prepare engagement letter and confer with D. Heroy, A. McDermott, J. McFarland re same (.3). | 0.3 | $795 | $238.50 |
| 11/9/2011 | Paul | Correspond with A. McDermott re new version of engagement letter, instructions for obtaining waivers, and obtaining engagement letters from local counsel in South Africa and South Korea (.3); conference with A. McDermott re revisions needed for engagement letter and action items for the conflict waivers and engagement letters (.2); revise engagement letter and send to J. McFarland with request re conflict waiver (.2); correspond with V. Marsh re instructions and contact details re engagement letters for South African and South Korea counsel (.2). | 0.9 | $795 | $715.50 |
| 11/23/2011 | Marsh | Revise engagement letter per comments received from J. Linklater (.5); conference with M. Paul re same (.2); further revise engagement letter per comments from M. Paul (.3); forward revised version and black line to M. Paul for submission to Executive Committee and J. Link later for approval (.4); draft cover letter to J. McFarland re same (.9). | 2.3 | $505 | $1,161.50 |
| 11/23/2011 | Paul | Review comments from J. Linklater on J. McFarland revisions to engagement letter (.2); conference with J. Linklater re follow-up question for same (.2); conference with V. Marsh with instructions for revising engagement letter in accordance with J. Linklater comments (.2); review and revise new version of engagement letter from V. Marsh, and conference with V. Marsh re additional revisions needed for same (.8); review new version of engagement letter from V. Marsh, and forward same to J. Linklater for approval (.2). | 1.6 | $795 | $1,272.00 |
| 11/26/2011 | Marsh | Revise cover letter to J. McFarland and forward to M. Paul with revised engagement letter and blackline. | 0.4 | $505 | $202.00 |
| 11/22/2011 | Paul | Review comments from J. McFarland re engagement letter and standard terms of engagement (.5); conference with V. Marsh re same (.2); correspond with J. Linklater re same (.1). | 0.8 | $795 | $636.00 |
| 11/28/2011 | Marsh | Review revised cover letter to J. McFarland re: engagement letter (.1);……. | 0.1 | $505 | $50.50 |
| 11/29/2011 | Paul | Review response and comments from J. Linklater (.2); finalize engagement letter and review and revise draft cover letter McFarland re same (.6); conference with V. Marsh re same (.2). | 1 | $795 | $795.00 |

**EXHIBIT A**

| | | | 7.7 | | $5,339.50 |
|---|---|---|---|---|---|