**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | Objection Deadline: 4/23/2012; 4:00 PM ET |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR
FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS
AND HOLDERS OF DEMANDS FOR THE FORTY-THIRD MONTHLY
<u>INTERIM PERIOD FROM MARCH 1, 2012 THROUGH MARCH 31, 2012</u>**

Name of Applicant:                    Alan B. Rich, Esq.

Authorized to Provide Services To:    Hon. Alexander M. Sanders, Jr.,
                                      Legal Representative for Future Asbestos-
                                      Related Property Damage Claimants
                                      and Holders of Demands

Date of Retention:                    September 29, 2008 (*nunc pro tunc*)

Period for Which Compensation
and Reimbursement is Sought:          March 1, 2012 through March 31, 2012

Amount of Fees Sought as Actual
Reasonable and Necessary:             $8,060.00   [80% of $10,075.00]

Amount of Expenses Sought as
Actual, Reasonable and Necessary:     $0.00

This is a(n):   ☒Monthly        ☐Interim        ☐Final Application

## PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |

---

[1] At 80% of the total incurred.

| | | | | | |
|---|---|---|---|---|---|
| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | Paid | Paid |
| 5/3/2010 | 4/1/2010 to 4/30/2010 | $11,040.00 | $805.28 | Paid | Paid |
| 6/1/2010 | 5/1/2010 to 5/31/2010 | $5,808.00 | $44.00 | Paid | Paid |
| 7/1/2010 | 6/1/2010 to 6/30/2010 | $9,792.00 | $779.81 | Paid | Paid |
| 8/1/2010 | 7/1/2010 to 7/31/2010 | $7,824.00 | $208.00 | Paid | Paid |
| 9/1/2010 | 8/1/2010 to 8/31/2010 | $4,272.00 | $273.00 | Paid | Paid |
| 10/1/2010 | 9/1/2010 to 9/30/2010 | $6,672.00 | $30.00 | Paid | Paid |
| 11/1/2010 | 10/1/2010 to 10/31/2010 | $3,408.00 | $44.00 | Paid | Paid |
| 12/1/2010 | 11/1/2010 to 11/30/2010 | $6,012.00 | $0 | Paid | Paid |
| 1/3/2011 | 12/1/2010 to 12/31/2010 | $13,572.00 | $1,146.02 | Paid | Paid |
| 2/1/2011 | 1/1/2011 to 1/31/2011 | $13,416.00 | $1,247.19 | Paid | Paid |
| 3/1/2011 | 2/1/2011 to 2/28/2011 | $17,992.00 | $1,509.34 | Paid | Paid |
| 4/1/2011 | 3/1/2011 to 3/31/2011 | $10,660.00 | $201.00 | Paid | Paid |
| 5/2/2011 | 4/1/2011 to 4/30/2011 | $13,364.00 | $44.00 | Paid | Paid |
| 6/1/2011 | 5/1/2011 to 5/31/2011 | $22,932.00 | $243.05 | Paid | Paid |
| 7/1/2011 | 6/1/2011 to 6/30/2011 | $18,824.00 | $533.60 | Paid | Paid |
| 8/1/2011 | 7/1/2011 to 7/31/2011 | $10,088.00 | $0 | Paid | Paid |

| 9/1/2011 | 8/1/2011 to 8/31/2011 | $6,708.00 | $20.88 | Paid | Paid |
| 10/3/2011 | 9/1/2011 to 9/30/2011 | $6,500.00 | $0 | Paid | Paid |
| 11/1/2011 | 10/1/2011 to 10/31/2011 | $6,396.00 | $0 | Paid | Paid |
| 12/5/2011 | 11/1/2011 to 11/30/2011 | $6,084.00 | $0 | Paid | Paid |
| 1/3/2012 | 12/1/2011 to 12/31/2011 | $3,484.00 | $30.00 | Paid | Paid |
| 2/1/2012 | 1/1/2012 to 1/31/2012 | $8,372.00 | $0 | Paid | Paid |
| 3/5/2012 | 2/1/2012 to 2/29/2012 | $13,312.00 | $30.00 | Paid | Paid |

Alan B. Rich is the only attorney providing services in this Fee Application period. Mr. Rich has practiced law for 27 years, and his billing rate is $650 per hour. In this Application period Mr. Rich billed 15.5 hours,[2] for a total amount billed of $10,075.00 of which 80% is currently sought, in the amount of $8,060.00. The total sought by the Application is $8,060.00.

As stated above, this is the Forty-Third application for monthly fees and expenses. The time for preparation of this Application is approximately 1.5 hours, for which $975.00 will be requested in a future application.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
| --- | --- | --- |
| Confirmation | 12.7 | $8,255.00 |
| Fee Application Matters | 2.8 | $1,820.00 |
| TOTAL | 15.5 | $10,075.00 |

---

[2] Travel Time, if any, is included in this figure at 50% of actual time.

EXPENSE SUMMARY

| Description | Expense |
|---|---|
| NONE | |
| TOTAL | $0.00 |

Detail of the fees and expenses billed is attached hereto as Exhibit A.

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Elm Street, Suite 4244
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER
M. SANDERS, JR., LEGAL
REPRESENTATIVE FOR FUTURE
ASBESTOS-RELATED PROPERTY
DAMAGE CLAIMANTS AND HOLDERS
OF DEMANDS

## **CERTIFICATE OF SERVICE**

I certify that on the 2nd day of April, 2012, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*
4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (Mar. 2012)

**Client**

**Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands**

**Matter**

*In re W. R. Grace*, **No. 01-1139 (Bankr. D. Del)**

| Date | Services Performed | Time |
|---|---|---|
| 3/1/2012 | Review Quarterly Fee Applications of Canadian ZAI Special Counsel | 0.3 |
| 3/1/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 3/2/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 3/4/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 3/5/2012 | Prepare, file and serve monthly fee application | 1.5 |
| 3/5/2012 | Review of Modified Order re Hillside claims | 0.1 |
| 3/5/2012 | Review Order granting Coco Pro Hac application | 0.1 |
| 3/5/2012 | Review Order granting Rosenbloom Pro Hac application | 0.1 |
| 3/5/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 3/6/2012 | Review Consolidation Order re 12-1521 | 0.1 |

| | | |
|---|---|---|
| 3/6/2012 | Review transcript request on appeal by Canada | 0.1 |
| 3/6/2012 | Review withdrawal of Jan Baer appearance | 0.1 |
| 3/6/2012 | Review Garlock's reply brief in support of motion for rehearing | 0.5 |
| 3/6/2012 | Review CNO re Settlement of Cape Cod environmental claims | 0.1 |
| 3/6/2012 | Review Sealed Air and Cryovac Notice of Appearance in USDC | 0.1 |
| 3/6/2012 | Review Pro Hac Vice application of Birnbaum for Sealed Air and Cryovac | 0.1 |
| 3/6/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 3/6/2012 | Review Pro Hac Vice application of Turetsky for Sealed Air and Cryovac | 0.1 |
| 3/6/2012 | Review Pro Hac Vice application of Wolff for Sealed Air and Cryovac | 0.1 |
| 3/7/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 3/7/2012 | Review Pro Hac Vice Order re Birnbaum for Sealed Air and Cryovac | 0.1 |
| 3/7/2012 | Review Pro Hac Vice Order re Turetsky for Sealed Air and Cryovac | 0.1 |
| 3/7/2012 | Review Pro Hac Vice Order re Wolff for Sealed Air and Cryovac | 0.1 |
| 3/8/2012 | Review Miscellaneous Pleadings received today | 0.2 |
| 3/9/2012 | Review monthly fee applications of the Canadian ZAI claimants special counsel | 0.3 |
| 3/9/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 3/9/2012 | Prepare, file and serve monthly fee application of the PD FCR | 0.7 |
| 3/9/2012 | Review Plan Proponents' Surreply Brief re Garlock motion to reconsider | 0.3 |
| 3/10/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 3/12/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 3/13/2012 | Review 42nd Quarter Expense chart from Debtors' Counsel | 0.2 |

| | | |
|---|---|---|
| 3/13/2012 | Review Certification of Counsel re Order<br>granting 42nd Quarterly Fee Applications | 0.2 |
| 3/13/2012 | Review Agenda for March omnibus hearing | 0.2 |
| 3/13/2012 | Review Certification of Counsel re 42nd Quarter Project Categories | 0.3 |
| 3/14/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 3/14/2012 | Review of Canada's record and issue designations on appeal | 0.3 |
| 3/14/2012 | Review letter to Third Circuit from Plan Proponents<br>re status of post-judgment motions and exhibits | 0.2 |
| 3/15/2012 | Email to client re March omnibus hearing | 0.1 |
| 3/15/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 3/15/2012 | Review Order Approving Samson Hydro environmental claim settlement | 0.1 |
| 3/16/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 3/16/2012 | Review Certificates of No Objection to<br>Canadian ZAI counsel fee applications | 0.1 |
| 3/16/2012 | Review Appellees' Response to Surreply re Motion<br>to Stay Memorandum Opinion and confirmation order | 0.6 |
| 3/16/2012 | Review Supplemental Certification of Counsel<br>re 42nd Quarter Project Categories | 0.3 |
| 3/16/2012 | Review Garlock's Motion to Strike Surreply | 0.5 |
| 3/19/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 3/19/2012 | Review Debtors' Third Circuit Appearance Forms<br>and Corporate Disclosure Statement | 0.2 |
| 3/19/2012 | Prepare, file and serve Third Circuit Appearance Form of Judge Sanders | 0.2 |
| 3/19/2012 | Conference with client re billing issues | 0.1 |
| 3/19/2012 | Review Garlock 3rd Cir. Notice of appearance<br>and corporate disclosure statement | 0.2 |

| | | |
|---|---|---|
| 3/20/2012 | Telephone conference with Third Circuit re Judge Sanders' appearance | 0.1 |
| 3/20/2012 | Telephone conference with D. Carrigan of Amtrak (PD Claimant) re status | 0.2 |
| 3/20/2012 | Review Motion for an Order Authorizing Debtors to Enter into an Administrative Settlement Agreement and Order on Consent for Removal Action for the High Point, North Carolina Site | 1.0 |
| 3/20/2012 | Email to debtors re a Judge Sanders compensation issue | 0.1 |
| 3/20/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 3/21/2012 | Review Certificate of No Objection re Claim Settlement Notice (Claims 2701 et al.) | 0.1 |
| 3/21/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 3/22/2012 | Review Corporate Disclosure Statement of Travelers and notices of appearances | 0.2 |
| 3/22/2012 | Review Maryland Casualty notices of appearances | 0.1 |
| 3/22/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 3/23/2012 | Review Order approving 42nd Quarter Fee Applications and email to debtors' counsel re same | 0.1 |
| 3/23/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 3/23/2012 | Review Amended Agenda for March omnibus hearing | 0.1 |
| 3/23/2012 | Review Travelers notices of appearance in Canada appeal | 0.2 |
| 3/24/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 3/26/2012 | Email to client re March omnibus hearing | 0.1 |
| 3/26/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 3/26/2012 | Prepare and file CNO for 42nd Monthly Fee Application | 0.2 |
| 3/27/2012 | Review Third Circuit appearances for PI FCR | 0.1 |

| | | |
|---|---|---|
| 3/27/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 3/27/2012 | Review Order re Garlock motion to strike surreply brief re motion for rehearing | 0.1 |
| 3/27/2012 | Review Garlock's reply brief in support of stay of confirmation order | 0.5 |
| 3/27/2012 | Review of Debtors' Status Report to Third Circuit | 0.1 |
| 3/27/2012 | Review corporate Disclosure Statement of WR Grace in 12-1521 | 0.1 |
| 3/28/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 3/29/2012 | Prepare and file CNO for PD FCR's Monthly Fee Application | 0.2 |
| 3/29/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 3/29/2012 | Email from Debtor re remittance advice | 0.1 |
| 3/29/2012 | Review Bank Lender Group Notices of Appearance in Third Cir. In 12-1521 | 0.1 |
| 3/30/2012 | Email from Debtor re appearances in Third Circuit | 0.1 |
| 3/30/2012 | Email from Debtor re remittance advice | 0.1 |
| 3/30/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 3/30/2012 | Review additional Third Circuit appearance form from Bank Lender Group | 0.1 |
| 3/31/2012 | Review Miscellaneous Pleadings received today | 0.1 |

Total:   15.5 hours @ $650/hour = $10,075.00

Expenses:   None

**Total Fees and Expenses Due:  $10,075.00**