## EXHIBIT A

**Case Administration (2.20 Hours; $ 1,456.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .10 | $1,000 | 100.00 |
| Peter Van N. Lockwood | .80 | $935 | 748.00 |
| Rita C. Tobin | 1.00 | $545 | 545.00 |
| Mollie E. Gelburd | .30 | $210 | 63.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/02/12 | PVL | 935.00 | 0.10 | Rv revised 2019 brief |
| 02/03/12 | RCT | 545.00 | 0.20 | Review local counsel recs re: EI update (.2). |
| 02/07/12 | MEG | 210.00 | 0.30 | Retrieve confirmation briefs and organize and prepare sets of same. |
| 02/10/12 | RCT | 545.00 | 0.20 | Review local counsel recs re: EI update (.2). |
| 02/13/12 | PVL | 935.00 | 0.20 | Teleconference Pacheco |
| 02/16/12 | PVL | 935.00 | 0.10 | Rv Sinclair email |
| 02/17/12 | RCT | 545.00 | 0.20 | Review local counsel recs re: EI update (.2). |
| 02/21/12 | PVL | 935.00 | 0.10 | Rv 10 misc. filings |
| 02/21/12 | EI | 1,000.00 | 0.10 | Status inquiry re: Allstate (.1). |
| 02/22/12 | PVL | 935.00 | 0.10 | Rv 7 misc. filings |
| 02/24/12 | RCT | 545.00 | 0.20 | Review local counsel recs re: EI update (.2). |
| 02/24/12 | RCT | 545.00 | 0.20 | Review local counsel recs re: EI update (.2). |
| 02/27/12 | PVL | 935.00 | 0.10 | Rv 6 misc. filings |
| 02/29/12 | PVL | 935.00 | 0.10 | Rv 7 misc. filings |

**Total Task Code .04    2.20**

**Claim Analysis Objection & Resolution (Asbestos) (.60 Hours; $ 561.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .60 | $935 | 561.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/18/12 | PVL | 935.00 | 0.20 | Rv Samson settlement motion |
| 02/27/12 | PVL | 935.00 | 0.40 | Attend hearing by phone |

**Total Task Code .05    .60**


**Fee Applications, Applicant (16.50 Hours; $ 6,912.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 10.00 | $545 | 5,450.00 |
| Eugenia Benetos | 6.50 | $225 | 1,462.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/02/12 | RCT | 545.00 | 0.20 | Review fee schedules for February 2012 (.2). |
| 02/02/12 | RCT | 545.00 | 0.70 | Address fee issues (.7). |
| 02/02/12 | EB | 225.00 | 1.00 | Perform review of payment schedule re: bankruptcies and review docket re: orders (.6); make necessary changes (.4). |
| 02/03/12 | RCT | 545.00 | 0.20 | Emails to AB and EB re: February fee order schedules (.2). |
| 02/03/12 | RCT | 545.00 | 0.90 | Address payment issues and queries (.6); reply to query re: fee auditor procedures (.3). |
| 02/06/12 | RCT | 545.00 | 0.40 | Work on fee application protocols (.4). |
| 02/06/12 | EB | 225.00 | 0.60 | Draft email to local counsel paralegal re: filing schedule. |
| 02/07/12 | RCT | 545.00 | 0.40 | Edit fee application templates (.4). |
| 02/07/12 | EB | 225.00 | 1.20 | Work on interim fee application. |

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 02/07/12 | EB | 225.00 | 0.60 | Work on edits re: fee application. |
| 02/08/12 | RCT | 545.00 | 0.40 | Review and reorganize fee application files/directories and fee order files (.4). |
| 02/09/12 | RCT | 545.00 | 0.30 | Work on fee application protocols (.3). |
| 02/10/12 | RCT | 545.00 | 0.50 | Address fee issues (.5). |
| 02/13/12 | RCT | 545.00 | 1.00 | Review prebills (1.0). |
| 02/13/12 | RCT | 545.00 | 0.30 | Emails to AB re: prebill edits (.3). |
| 02/13/12 | EB | 225.00 | 0.60 | Perform review of payment schedule (.2); prepare check breakdown for EI, JR and myself (.4). |
| 02/14/12 | RCT | 545.00 | 0.20 | Work on fee applicaton protocols (.2). |
| 02/15/12 | RCT | 545.00 | 0.90 | Review exhibits (.9). |
| 02/15/12 | RCT | 545.00 | 0.20 | Emails to AB re: exhibits and edits (.2). |
| 02/16/12 | RCT | 545.00 | 1.40 | Address fee/expense issues (1.4). |
| 02/21/12 | RCT | 545.00 | 0.60 | Address fee queston (.2); conference EB re: revision of billing code lists and materials (.2) and review draft of same (.2). |
| 02/21/12 | EB | 225.00 | 0.40 | Perform review of fee applications; send email and make necessary changes. |
| 02/21/12 | EB | 225.00 | 1.50 | Perform review of all exhibits and make edits. |
| 02/22/12 | RCT | 545.00 | 1.00 | Review monthly fee application (1.0). |
| 02/27/12 | RCT | 545.00 | 0.10 | Address issues re: change of local counsel fee attorney (.1). |
| 02/29/12 | RCT | 545.00 | 0.30 | Review fee application schedules for March with EB (.3). |
| 02/29/12 | EB | 225.00 | 0.60 | Work on payment breakdown for EI, JR and myself. |

**Total Task Code .12        16.50**

**Litigation and Litigation Consulting (93.10 Hours; $ 46,728.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 1.90 | $935 | 1,776.50 |
| Trevor W. Swett | .80 | $735 | 588.00 |
| James P. Wehner | 23.40 | $555 | 12,987.00 |
| Kevin C. Maclay | 46.30 | $555 | 25,696.50 |
| Todd E. Phillips | 6.50 | $380 | 2,470.00 |
| Kate G. Henningsen | 3.90 | $255 | 994.50 |
| Sara Joy DelSavio | 3.50 | $225 | 787.50 |
| Zachary D. Orsulak | 6.80 | $210 | 1,428.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/01/12 | TEP | 380.00 | 0.40 | Review reply briefing re: Garlock appeal. |
| 02/03/12 | KCM | 555.00 | 0.30 | Review Garlock motion for reargument (.2); review e-mails re Garlock motion (.1) |
| 02/06/12 | TWS | 735.00 | 0.20 | Conference with KCM re Garlock standing issue |
| 02/06/12 | KCM | 555.00 | 5.10 | Review/analyze various prior briefs, cases and materials re Garlock issues |
| 02/07/12 | KCM | 555.00 | 4.00 | Communicate with JPW re Garlock brief (.1); review/analyze cases, briefs and materials re motion for reconsideration (3.9) |
| 02/08/12 | JPW | 555.00 | 1.90 | Review Garlock motion for reconsideration (1.1); e-mails re response (.5); telephone conference with J. Donley re response (.3) |
| 02/08/12 | KCM | 555.00 | 3.30 | Review materials re reargument motion and plan/prepare response |
| 02/09/12 | JPW | 555.00 | 4.40 | E-mails re opposition to Garlock motion for reconsideration (.4); research and draft motion for reconsideration (4.0) |
| 02/09/12 | KCM | 555.00 | 2.90 | Review non-standing Garlock arguments and prepare response |
| 02/10/12 | JPW | 555.00 | 4.10 | Telephone conference with Debtor, FCR re motions (.8); research and draft objection to motion for reconsideration (3.1); meet with KCM re objection to motion for reconsideration (.2) |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 02/10/12 | KCM | 555.00 | 2.30 | Review/analyze draft insert for brief (.2); review briefs, cases and materials and prepare response (2.1) |
| 02/10/12 | ZDO | 210.00 | 0.30 | Update twelve-case pleading index. |
| 02/11/12 | JPW | 555.00 | 2.30 | Draft opposition to motion for reconsideration |
| 02/12/12 | KCM | 555.00 | 4.10 | Draft/revise opposition brief and review/analyze related materials |
| 02/13/12 | JPW | 555.00 | 4.30 | Draft opposition to motion for reconsideration (3.2); meet with SJD re cite check (.1); meet with KCM re insert (.2); e-mails re motion for reconsideration (.3); revise draft opposition (.5) |
| 02/13/12 | KCM | 555.00 | 3.90 | Draft/revise opposition brief and review/analyze related materials |
| 02/13/12 | KCM | 555.00 | 0.10 | (Split among four clients) plan/prepare for status conference and communicate with co-appellees (.4). |
| 02/13/12 | SJD | 225.00 | 1.30 | Cite check and edit motion for reconsideration per KCM. |
| 02/13/12 | KGH | 255.00 | 1.10 | Fill in missing cites for motion to reconsider brief. |
| 02/14/12 | JPW | 555.00 | 4.30 | Meet with PVNL and KCM re brief (1.6); revise draft opposition (2.3); meet with KCM re opposition (.4) |
| 02/14/12 | KCM | 555.00 | 0.90 | (Split among four clients) Review/analyze materials for status conference (3.2); plan/prepare for and attend telephone conference with co-appellees (.6) |
| 02/14/12 | SJD | 225.00 | 1.10 | Cite check and edit motion for reconsideration per KCM. |
| 02/14/12 | ZDO | 210.00 | 3.40 | At request of KCM, obtain and prepare copies of Garlock and Plan Proponent briefs before district court (2.0); supplement with confirmation briefs in bankruptcy case (1.0); assemble as binder (.4). |
| 02/15/12 | KCM | 555.00 | 0.20 | (Split among four clients) plan/prepare for and attend telephonic status conference (.4); communicate with co-appellees re appeal issues (.4). |
| 02/15/12 | KCM | 555.00 | 5.10 | Draft/revise response brief and review/analyze related materials |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 02/15/12 | KGH | 255.00 | 0.40 | Fill in missing cites. |
| 02/16/12 | KCM | 555.00 | 4.60 | Draft/revise opposition brief and review/analyze related briefs, cases and materials (2.9); review/edit chart of Garlock TDP arguments and review/analyze related briefs and materials (1.7) |
| 02/16/12 | KGH | 255.00 | 2.40 | Review court opinions for certain arguments. |
| 02/17/12 | TWS | 735.00 | 0.60 | E-mails to/from PVNL re brief in opposition to Garlock motion for reargument (.2); note to PVNL re opposition to motion for reargument (.4) |
| 02/17/12 | JPW | 555.00 | 2.10 | Review and revise Grace brief (1.1); e-mails re Grace brief (.6); meet with KCM re Grace brief (.4) |
| 02/17/12 | KCM | 555.00 | 2.50 | Meet with JPW re brief (.4); review/edit draft of response to motion for reargument and review/analyze related materials (1.7); communicate with TWS and PVNL re reargument issues and review/analyze related documents (.4) |
| 02/19/12 | PVL | 935.00 | 0.90 | Work on resp. to Garlock reh. motion (.8); teleconference KCM (.1) |
| 02/19/12 | KCM | 555.00 | 3.60 | Draft/revise brief and review/analyze related briefs and materials (3.1); communicate with TEP re revisions to brief (.5) |
| 02/19/12 | TEP | 380.00 | 2.80 | Prepare and edit insert re: brief on motion re re-argument (2.3); confer with KCM re: same (.5). |
| 02/20/12 | PVL | 935.00 | 0.30 | Rv revised drafts of resp. to Garlock reh. pet'n |
| 02/20/12 | KCM | 555.00 | 1.10 | Review/analyze revised brief and related materials (.4); plan/prepare for and attend telephone conference among plan proponents (.5); communicate with PVNL and TWS re conference call and brief (.2). |
| 02/20/12 | TEP | 380.00 | 1.30 | Prepare insert re: brief on motion re re-argument (.8); attend conference call re same (.5). |
| 02/21/12 | PVL | 935.00 | 0.40 | Rv revised resp. to Garlock and exhs. |
| 02/21/12 | KCM | 555.00 | 0.30 | Review un-filed opposition brief and related correspondence |

| 02/23/12 | KCM | 555.00 | 0.40 | Review proposed motion and related rules and correspondence |
| 02/24/12 | ZDO | 210.00 | 3.10 | At request of KCM, review Grace appellate documents (1.1); assemble information regarding post-trial and appellate motions and briefs (2.0). |
| 02/27/12 | KCM | 555.00 | 1.60 | Review Garlock motion for stay and related documents |
| 02/27/12 | TEP | 380.00 | 0.60 | Review brief re: motion to stay. |
| 02/28/12 | TEP | 380.00 | 1.40 | Review brief re: motion to stay. |
| 02/28/12 | SJD | 225.00 | 1.10 | Perform research per KCM. |
| 02/29/12 | PVL | 935.00 | 0.30 | Rv Grace 2/12 8-K (.3) |

**Total Task Code .16      93.10**


**Plan & Disclosure Statement (21.30 Hours; $ 17,939.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .20 | $1,000 | 200.00 |
| Peter Van N. Lockwood | 15.20 | $935 | 14,212.00 |
| Ann c.McMillan | 4.50 | $645 | 2,902.50 |
| Jeffrey A. Liesemer | .60 | $555 | 333.00 |
| Andrew J. Sackett | .10 | $380 | 38.00 |
| Todd E. Phillips | .60 | $380 | 228.00 |
| Kate G. Henningsen | .10 | $255 | 25.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/01/12 | PVL | 935.00 | 0.10 | Rv emails and reply |
| 02/01/12 | JAL | 555.00 | 0.50 | Review and analysis of District Court confirmation decision. |
| 02/03/12 | PVL | 935.00 | 0.50 | Rv revised draft BNSF agmt (.3); teleconference Brown (.2) |
| 02/04/12 | PVL | 935.00 | 1.00 | Rv Garlock reh. pet'n (.2); rv Buckwalter opinion (.8) |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 02/07/12 | PVL | 935.00 | 2.40 | Rv draft Libby/Grace approval order and emails re same (.4); tcn Shelnitz, Finke, Donley, Paul, Landau, Esayian, Frankel, Wyron et al (1.9); rv emails (.1) |
| 02/08/12 | PVL | 935.00 | 0.80 | Rv emails and reply (.7); rv revised Libby order (.1) |
| 02/08/12 | ACM | 645.00 | 0.50 | Send e-mail to B. Stansbury re M. Cascino request (.1); exchange e-mails with M. Cascino re same (.1); teleconference R. Horkovich re timing issues re formation of trust (.3). |
| 02/09/12 | PVL | 935.00 | 0.10 | Rv emails |
| 02/09/12 | ACM | 645.00 | 0.10 | Send e-mail to Trustee nominees re Plan confirmation. |
| 02/10/12 | PVL | 935.00 | 1.60 | Rv emails (.3); rv revised draft motion re opinion (.1); tcn Donley, Paul, Frankel, Wyron, JPW et al (.7); rv draft motion and order and emails re same (.5) |
| 02/10/12 | ACM | 645.00 | 0.80 | Teleconference D. Trafelet re trust formation (.1); teleconference B. Stansbury re M. Cascino request (.1); teleconferences JPW re same (.3); review e-mails re same (.3). |
| 02/12/12 | PVL | 935.00 | 0.40 | Rv emails (.3); rv draft Libby order (.1) |
| 02/13/12 | PVL | 935.00 | 1.10 | Tcn Shelnitz, Finke, Donley et al (.5); rv emails and reply (.3); rv revised Sealed Air motion (.1); rv BNSF motion (.1); rv draft resp. to Garlock reh. motion (.1) |
| 02/13/12 | ACM | 645.00 | 1.30 | Exchange e-mails with A. Harper re payment percentage (.3); teleconference A. Harper re 2019 issue (.3); exchange e-mails with PVNL, KCM, A. Harper re same (.7). |
| 02/13/12 | AJS | 380.00 | 0.10 | Review of emails from ACM and PVNL re Rule 2019 motions. |
| 02/14/12 | PVL | 935.00 | 2.80 | Rv Donley email and reply (.1); work on draft response to Garlock (1.0); cn JPW and KCM re brief (1.5); cn KCM (.2) |
| 02/14/12 | ACM | 645.00 | 1.00 | Draft memo to Committee re proposed disclosure of estimation proceeding information (.9); send e-mail to M. Cascino re same (.1). |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 02/14/12 | KGH | 255.00 | 0.10 | Conference call re 9-case appeal. |
| 02/15/12 | PVL | 935.00 | 0.80 | Rv emails and reply (.2); rv draft resp. to Garlock motion and email comments (.6) |
| 02/15/12 | ACM | 645.00 | 0.10 | Exchange e-mails with Committee members re proposed disclosure. |
| 02/16/12 | PVL | 935.00 | 0.80 | Rv email re order and reply (.1); cn KCM re resp. to Garlock (.7) |
| 02/16/12 | TEP | 380.00 | 0.60 | Prepare materials re: motion re re-argument (.5); confer with KCM re: same (.1). |
| 02/17/12 | ACM | 645.00 | 0.70 | Exchange e-mails with M. Cascino and B. Stansburg re document disclosure issue. |
| 02/18/12 | PVL | 935.00 | 0.10 | Rv emails |
| 02/22/12 | PVL | 935.00 | 0.10 | Rv emails |
| 02/23/12 | EI | 1,000.00 | 0.20 | Telephone call to R. Horkovich re: Allstate (.2). |
| 02/24/12 | PVL | 935.00 | 0.20 | Rv CA3 orders (.1); rv emails and reply (.1) |
| 02/26/12 | PVL | 935.00 | 0.20 | Rv emails and reply |
| 02/27/12 | PVL | 935.00 | 0.50 | Tcn Donley, Paul, Frankel & Wyron (.4); rv emails (.1) |
| 02/27/12 | JAL | 555.00 | 0.10 | Review of Libby Claimants' response to Sealed Air's motion to alter or amend. |
| 02/28/12 | PVL | 935.00 | 0.60 | Tcn Shelnitz, Donley, Paul, Frankel & Wyron |
| 02/29/12 | PVL | 935.00 | 1.10 | Rv emails (.3); rv draft revised Libby/Grace approval order and emails re same (.2); rv revised draft Grace/BNSF agmt. and email comments re same (.2); rv Garlock stay motion (.4). |

**Total Task Code   .17        21.30**

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | 25.54 |
| Database Research | 476.06 |
| Long Distance-Equitrac In-House | 3.28 |
| Xeroxing | 27.40 |
| **Total:** | **$ 532.28** |