**EXHIBIT B**

**Case Administration (2.20 Hours; $ 1,456.00)**

Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04        2.20**

**Claims Analysis Objection & Resolution (Asbestos) (.60 Hours; $ 561.00)**

Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .05        .60**

**Fee Applications, Applicant (16.50 Hours; $ 6,912.50)**

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & .

**Total Task Code .12        16.50**

**Litigation and Litigation Consulting (93.10 Hours; $ 46,728.00)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16        93.10**

**Plan & Disclosure Statement (21.30 Hours; $ 17,939.00)**

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17        21.30**