## **EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | 25.54 |
| Database Research | 476.06 |
| Long Distance-Equitrac In-House | 3.28 |
| Xeroxing | 27.40 |
| **Total:** | **$ 532.28** |

| | | |
|---|---|---|
| **Client Number:   4642** | **Grace Asbestos Personal Injury Claimants** | Page: 1 |
| **Matter        000** | **Disbursements** | 3/22/2012 |

Print Date/Time: 03/22/2012  2:50:09PM

Attn:

Invoice #

## PREBILL / CONTROL REPORT

Trans Date Range:  1/1/1950  to: 2/29/2012

**Matter        000**
**Disbursements**

Bill Cycle:    Monthly         Style:      i1         Start:    4/16/2001    Last Billed :   2/16/2012           13,655

                         $4,806.34
Client Retainers Available              Committed to Invoices:         $0.00       Remaining:        $4,806.34

                                 $3,926,707.58
                Total Expenses Billed To Date      Billing Empl:        0120    Elihu  Inselbuch
                                                   Responsible Empl:    0120    Elihu  Inselbuch
                                                   Alternate Empl:      0120    Elihu  Inselbuch
                                                   Originating Empl:    0120    Elihu  Inselbuch

**Summary by Employee**

| | | | ACTUAL | | BILLING | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0120 | EI | Elihu Inselbuch | 0.00 | 25.54 | 0.00 | 25.54 |
| 0237 | SRB | Sidney R Barnes | 0.00 | 16.90 | 0.00 | 16.90 |
| 0390 | SJD | Sara Joy DelSavio | 0.00 | 1.00 | 0.00 | 1.00 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 488.84 | 0.00 | 488.84 |
| **Total Fees** | | | **0.00** | **532.28** | **0.00** | **532.28** |

**Detail Time / Expense by Date**

| | | | | | ACTUAL | | | BILLING | | |
|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 2810777 | Equitrac - Long Distance to 12159882988 | E | 02/04/2012 | 0999 C&D | | 0.00 | $0.68 | | 0.00 | $0.68 | 0.68 |
| 2815910 | Photocopy | E | 02/06/2012 | 0237 SRB | | 0.00 | $16.90 | | 0.00 | $16.90 | 17.58 |
| 2810993 | Federal Express -Delivery to M.Brushwood, 1/20/12 (EI) | E | 02/07/2012 | 0120 EI | | 0.00 | $14.72 | | 0.00 | $14.72 | 32.30 |

| Client Number: | 4642 | | | | Grace Asbestos Personal Injury Claimants | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | | | | Disbursements | | | | | 3/22/2012 |

Print Date/Time: 03/22/2012  2:50:09PM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2811097 | Equitrac - Long Distance to 13128622068 | E | 02/08/2012 | 0999 | C&D | 0.00 | $0.56 | 0.00 | $0.56 | 32.86 |
| 2816394 | Photocopy | E | 02/15/2012 | 0390 | SJD | 0.00 | $1.00 | 0.00 | $1.00 | 33.86 |
| 2813393 | Equitrac - Long Distance to 18136261334 | E | 02/20/2012 | 0999 | C&D | 0.00 | $0.04 | 0.00 | $0.04 | 33.90 |
| 2813495 | Equitrac - Long Distance to 12123197125 | E | 02/22/2012 | 0999 | C&D | 0.00 | $2.00 | 0.00 | $2.00 | 35.90 |
| 2816585 | Photocopy | E | 02/22/2012 | 0999 | C&D | 0.00 | $9.50 | 0.00 | $9.50 | 45.40 |
| 2815472 | Federal Express -Delivery to M.Brushwood, 2/7/12 (EI) | E | 02/24/2012 | 0120 | EI | 0.00 | $10.82 | 0.00 | $10.82 | 56.22 |
| 2820818 | Database Research - Westlaw SJD 2/13-15 | E | 02/29/2012 | 0999 | C&D | 0.00 | $212.13 | 0.00 | $212.13 | 268.35 |
| 2820819 | Database Research - Westlaw TEP 2/7 | E | 02/29/2012 | 0999 | C&D | 0.00 | $54.74 | 0.00 | $54.74 | 323.09 |
| 2820820 | Database Research - Westlaw JPW 2/13 | E | 02/29/2012 | 0999 | C&D | 0.00 | $209.19 | 0.00 | $209.19 | 532.28 |

**Total Expenses**                                                                                 $532.28                      $532.28
                                                                                            0.00                                0.00

|  | | | |
|---|---|---|---|
| Matter Total Fees | | 0.00 | 0.00 |
| Matter Total Expenses | | 532.28 | 532.28 |
| Matter Total | 0.00 | 532.28 | 0.00 | 532.28 |
| | | | |
| Prebill Total Fees | | | |
| Prebill Total Expenses | | $532.28 | $532.28 |
| Prebill Total | 0.00 | $532.28 | 0.00 | $532.28 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 74,007 | 04/22/2010 | 55,577.50 | 137.53 |
| 83,038 | 08/22/2011 | 31,495.00 | 6,299.00 |
| 83,360 | 09/26/2011 | 32,416.50 | 6,483.30 |
| 83,859 | 10/20/2011 | 13,292.00 | 2,699.80 |
| 84,500 | 11/22/2011 | 16,063.50 | 3,212.70 |
| 84,967 | 12/14/2011 | 44,261.00 | 8,852.21 |
| 85,603 | 01/19/2012 | 45,640.50 | 9,128.10 |

| Client Number: | 4642 | | Grace Asbestos Personal Injury Claimants | | | Page: 1 |
|---|---|---|---|---|---|---|
| Matter | 000 | | Disbursements | | | 3/22/2012 |
| | | | | | | Print Date/Time: 03/22/2012 2:50:09PM |
| Attn: | | | | | | |
| | | | | | | Invoice # |
| 86,185 | | 02/16/2012 | | 100,714.58 | 100,714.58 | |
| | | | | 339,460.58 | 137,527.22 | |