**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**


W.R. Grace
Wilmington  DE

Page: 1
02/29/2012
ACCOUNT NO:        3000-01D
STATEMENT NO:              95


Asset Analysis and Recovery


PREVIOUS BALANCE                                                                    $30.00

BALANCE DUE                                                                          $30.00


Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|                  |                    |
|------------------|--------------------|
|                  | Page: 1            |
| W.R. Grace       | 02/29/2012         |
| Wilmington  DE   | ACCOUNT NO:    3000-02D |
|                  | STATEMENT NO:    129    |

Asset Disposition

| | | |
|---|---|---|
| PREVIOUS BALANCE | | $803.80 |
| 02/09/2012 | Payment - Thank you. (November, 2011 - 80% Fees) | -510.00 |
| BALANCE DUE | | $293.80 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|                          |                          |
|--------------------------|--------------------------|
|                          | Page: 1                  |
| W.R. Grace               | 02/29/2012               |
| Wilmington  DE           | ACCOUNT NO:      3000-03D |
|                          | STATEMENT NO:        116 |

Business Operations

|            |                                                      |            |
|------------|------------------------------------------------------|------------|
|            | PREVIOUS BALANCE                                     | $1,267.50  |
| 02/09/2012 | Payment - Thank you. (November, 2011 - 80% Fees)     | -90.00     |
|            | BALANCE DUE                                          | $1,177.50  |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                                      02/29/2012
Wilmington  DE                                              ACCOUNT NO:      3000-04D
                                                            STATEMENT NO:           129

Case Administration

PREVIOUS BALANCE                                                                   $1,140.27

|  |  | HOURS |  |
|---|---|---|---|
| 02/06/2012 |  |  |  |
| MTH | Reviewing docket entries re incorrect filings and related correspondence re same | 0.10 | 39.00 |
|  | FOR CURRENT SERVICES RENDERED | 0.10 | 39.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.10 | $390.00 | $39.00 |

TOTAL CURRENT WORK                                                                    39.00

| 02/09/2012 | Payment - Thank you. (November, 2011 - 80% Fees) | -280.00 |
|---|---|---|
| 02/29/2012 | Payment - Thank you. (December, 2011 - 80% Fees) | -100.40 |
|  | TOTAL PAYMENTS | -380.40 |
|  | BALANCE DUE | $798.87 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                                    02/29/2012
Wilmington  DE                                          ACCOUNT NO:          3000-05D
                                                        STATEMENT NO:                  129

Claims Analysis Objection & Resolution (Asbestos)

PREVIOUS BALANCE                                                            $2,456.60

BALANCE DUE                                                                 $2,456.60

Any payments received after the statement date will be applied to next month's statement.  Please
note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
02/29/2012
ACCOUNT NO:      3000-06D
STATEMENT NO:            129

Claims Analysis Objection & Resol. (Non-Asbestos)

PREVIOUS BALANCE                                                                -$115.80

|            |     |                                                                                  | HOURS |        |
|------------|-----|----------------------------------------------------------------------------------|-------|--------|
| 02/14/2012 |     |                                                                                  |       |        |
|            | MTH | Begin review of Debtors' Settlement Motion re environmental issues at Otis Bay   | 0.50  | 195.00 |
| 02/17/2012 |     |                                                                                  |       |        |
|            | MTH | Additional review of Debtors' Settlement Motion re Otis Bay                       | 0.40  | 156.00 |
| 02/20/2012 |     |                                                                                  |       |        |
|            | MTH | Reviewing Response of Jurgens to Debtors' Claims Objection                        | 0.10  | 39.00  |
|            |     | FOR CURRENT SERVICES RENDERED                                                     | 1.00  | 390.00 |

RECAPITULATION

| TIMEKEEPER       | HOURS | HOURLY RATE | TOTAL    |
|------------------|-------|-------------|----------|
| Mark T. Hurford  | 1.00  | $390.00     | $390.00  |

TOTAL CURRENT WORK                                                                390.00

BALANCE DUE                                                                      $274.20

Any payments received after the statement date will be applied to next month's statement.  Please
note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
02/29/2012
ACCOUNT NO:       3000-07D
STATEMENT NO:              129

Committee, Creditors, Noteholders, Equity Holders

PREVIOUS BALANCE                                                                                    $13,010.84

| | | | HOURS | |
|---|---|---|---|---|
| **02/01/2012** | | | | |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| **02/02/2012** | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| **02/03/2012** | | | | |
| | PEM | Review weekly recommendation memorandum re: pending motions and matters. | 0.10 | 47.00 |
| | MK | Review committee events calendar. | 0.10 | 15.50 |
| | DAC | Review counsel's week memorandum | 0.20 | 104.00 |
| | SMB | Prepare weekly recommendation memorandum | 0.30 | 33.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | MTH | Prepare weekly recommendation memos; reviewing correspondence from SC to counsel to Committee re same | 0.80 | 312.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 11.00 |
| **02/06/2012** | | | | |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | MTH | Review correspondence from BR re correspondence re two pending motions | 0.20 | 78.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |

Page: 2
02/29/2012

W.R. Grace

ACCOUNT NO:          3000-07D
STATEMENT NO:              129

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| **02/07/2012** | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| **02/08/2012** | | | | |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| **02/09/2012** | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| **02/10/2012** | | | | |
| | MK | Review committee events calendar. | 0.10 | 15.50 |
| | PEM | Review weekly recommendation memorandum re: pending motions and matters. | 0.10 | 47.00 |
| | SMB | Prepare weekly recommendation memorandum | 0.30 | 33.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | MTH | Prepare weekly recommendation memo | 0.50 | 195.00 |
| | MTH | Review correspondence from SC to counsel to Committee re weekly recommendation memo | 0.10 | 39.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| **02/12/2012** | | | | |
| | DAC | Review counsel's weekly memorandum | 0.20 | 104.00 |
| **02/13/2012** | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| **02/14/2012** | | | | |
| | PEM | Review memo from ACC counsel to ACC re: estimation. | 0.10 | 47.00 |
| | PEM | Review memo re: pleadings filed | 0.10 | 47.00 |
| | MTH | Review correspondence from EI re memorandum to Committee and various responses to same | 0.20 | 78.00 |
| | MTH | Correspondence and communications re status conference with J. Stark (split with WR Grace) | 0.20 | 78.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |

W.R. Grace

ACCOUNT NO:    3000-07D
STATEMENT NO:    129

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| **02/15/2012** | | | | |
| | SMB | Prepare weekly recommendation memorandum | 0.10 | 11.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| **02/16/2012** | | | | |
| | PEM | Review memo re: pleadings filed | 0.10 | 47.00 |
| | SMB | Prepare weekly recommendation memorandum | 0.30 | 33.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| **02/17/2012** | | | | |
| | MK | Review committee events calendar and update attorney case calendar. | 0.10 | 15.50 |
| | PEM | Review weekly recommendation memorandum re: pending motions and matters. | 0.10 | 47.00 |
| | MTH | Reviewing and revising weekly recommendation memo; correspondence to counsel to Committee members re same | 0.80 | 312.00 |
| **02/18/2012** | | | | |
| | DAC | Review counsel's weekly memorandum | 0.20 | 104.00 |
| **02/20/2012** | | | | |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | SMB | Prepare weekly recommendation memorandum | 0.10 | 11.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memorandum | 0.20 | 22.00 |
| **02/21/2012** | | | | |
| | MTH | Correspondence with SC re multiple orders entered | 0.10 | 39.00 |
| | PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| **02/22/2012** | | | | |
| | SMB | Coordinate logistics for hearing on February 27, 2012 at 9 a.m.; e-mail confirmation of same to Peter Lockwood | 0.30 | 33.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| **02/23/2012** | | | | |
| | KCD | Review appeal notices and orders; discussion re: same | 0.30 | 117.00 |
| | PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| | SMB | Prepare weekly recommendation memorandum | 0.30 | 33.00 |

Page: 4
02/29/2012
ACCOUNT NO:        3000-07D
STATEMENT NO:            129

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| | MTH | Review daily memo | 0.10 | 39.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| **02/24/2012** | | | | |
| | MK | Review committee events calendar and update attorney case calendar. | 0.10 | 15.50 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | MTH | Reviewing and revising weekly recommendation memo; reviewing correspondence from SC to Committee re same | 0.60 | 234.00 |
| | PEM | Review recommendation memo re: pending motions and matters. | 0.10 | 47.00 |
| | DAC | Review counsel's weekly memo | 0.20 | 104.00 |
| | SMB | Prepare weekly recommendation memorandum | 0.20 | 22.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| **02/27/2012** | | | | |
| | MTH | Review correspondence from SC re request from counsel to Committee member and correspondence to and from same | 0.30 | 117.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| **02/28/2012** | | | | |
| | KCD | Discussion with MTH re: appeal status | 0.30 | 117.00 |
| | MTH | Telephone conference with claimant re status of case, receipt of Notice of Confirmation | 0.30 | 117.00 |
| | PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 11.00 |
| **02/29/2012** | | | | |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | SMB | Review, retrieve, and distribute recently filed pleadings | 0.10 | 11.00 |
| | | FOR CURRENT SERVICES RENDERED | 14.50 | 4,257.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.80 | $520.00 | $416.00 |
| Philip E. Milch | 1.30 | 470.00 | 611.00 |
| Michele Kennedy | 0.40 | 155.00 | 62.00 |
| Santae M. Boyd | 5.40 | 110.00 | 594.00 |
| Mark T. Hurford | 6.00 | 390.00 | 2,340.00 |
| Kathleen Campbell Davis | 0.60 | 390.00 | 234.00 |

Page: 5

W.R. Grace

02/29/2012

ACCOUNT NO:        3000-07D
STATEMENT NO:             129

Committee, Creditors, Noteholders, Equity Holders


TOTAL CURRENT WORK                                                                    4,257.00


02/09/2012        Payment - Thank you. (November, 2011 - 80% Fees)                   -3,115.20
02/29/2012        Payment - Thank you. (December, 2011 - 80% Fees)                   -3,103.60
                  TOTAL PAYMENTS                                                     -6,218.80

                  BALANCE DUE                                                       $11,049.04


Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
02/29/2012
ACCOUNT NO:    3000-08D
STATEMENT NO:        128

Employee Benefits/Pension

PREVIOUS BALANCE                                                                -$57.40

                                                                         HOURS
02/09/2012
     MTH     Call from B. Rapp re pension plan motion; correspondence to and from
             B. Rapp re same                                              0.20         78.00
             FOR CURRENT SERVICES RENDERED                                0.20         78.00

                              RECAPITULATION
     TIMEKEEPER                         HOURS     HOURLY RATE        TOTAL
     Mark T. Hurford                     0.20       $390.00        $78.00

             TOTAL CURRENT WORK                                                   78.00

             BALANCE DUE                                                         $20.60

Any payments received after the statement date will be applied to next month's statement.  Please
note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1
02/29/2012

W.R. Grace
Wilmington  DE

ACCOUNT NO:      3000-09D
STATEMENT NO:            60

Employee Applications, Applicant

PREVIOUS BALANCE                                                                        $15.00

BALANCE DUE                                                                             $15.00

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 02/29/2012 |
| Wilmington  DE | ACCOUNT NO:   3000-10D |
|  | STATEMENT NO:        129 |

Employment Applications, Others

PREVIOUS BALANCE                                                                                          $724.20

|  |  |  |  | HOURS |  |
|---|---|---|---|---|---|
| 02/13/2012 |  |  |  |  |  |
|  | MTH | Reviewing Debtors' Statement in support of renewing PWC Retention Application |  | 0.10 | 39.00 |
|  |  | FOR CURRENT SERVICES RENDERED |  | 0.10 | 39.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.10 | $390.00 | $39.00 |

TOTAL CURRENT WORK                                                                                          39.00

BALANCE DUE                                                                                          $763.20

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
02/29/2012
ACCOUNT NO:        3000-11D
STATEMENT NO:             127

Expenses

| | PREVIOUS BALANCE | $9,060.32 |
|---|---|---|

| | | |
|---|---|---|
| 02/01/2012 | Parcels - copy/service - (4)  Monthly Fee Applications (1/30/12) | 380.52 |
| 02/01/2012 | Pacer Charges for the month of January | 92.88 |
| 02/13/2012 | Pro Hac  for Kevin McClay (split between clients # 2300/3000/8000.7000) | 6.25 |
| 02/13/2012 | Parcels - copy/service - Motion and Order for Pro Hac (split between 4 clients) | 17.10 |
| 02/13/2012 | Parcels - hand delivery - Pro Hac Motion to District Court (split between 4 clients) | 3.75 |
| 02/14/2012 | Parcels - copy/service - 4 Notice of Service for Fee Applications | 814.00 |
| 02/15/2012 | Digital Legal - copy/service - 4 Interim Fee Applications | 1,076.34 |
| 02/29/2012 | Photocopying - February, 2012 | 36.10 |
| | TOTAL EXPENSES | 2,426.94 |
| | | |
| | TOTAL CURRENT WORK | 2,426.94 |

| | | |
|---|---|---|
| 02/09/2012 | Payment - Thank you. (November, 2011 - 100% Expenses) | -6,101.25 |
| 02/29/2012 | Payment - Thank you. (December, 2011 - 100% Expenses) | -353.70 |
| | TOTAL PAYMENTS | -6,454.95 |
| | | |
| | BALANCE DUE | $5,032.31 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
02/29/2012
ACCOUNT NO:    3000-12D
STATEMENT NO:         127

Fee Applications, Applicant

PREVIOUS BALANCE $3,807.20

| | | | HOURS | |
|---|---|---|---|---|
| 02/09/2012 | | | | |
| | MTH | Reviewing pre-bill | 0.50 | 195.00 |
| 02/14/2012 | | | | |
| | MB | Work on Campbell & Levine October to December 2011 interim fee application | 0.60 | 75.00 |
| 02/15/2012 | | | | |
| | MB | Meeting with MTH re: fee application process and procedures | 1.00 | 125.00 |
| | MB | Finalize and e-file Campbell & Levine October to December 2011 interim fee application | 0.40 | 50.00 |
| | MTH | Reviewing C&D fee application for filing and service; reviewing correspondence with C&D re same; reviewing correspondence from MB to Notice Parties and Fee Auditor re same | 0.40 | 156.00 |
| 02/24/2012 | | | | |
| | MTH | Reviewing docket and drafting CNO for C&L December monthly fee application | 0.50 | 195.00 |
| | MTH | Reviewing fee auditors' initial report for C&L and discussion with SC re same | 0.30 | 117.00 |
| | MTH | Reviewing Fee Auditor's Report; reviewing information re SC re questions re entries | 0.30 | 117.00 |
| | | FOR CURRENT SERVICES RENDERED | 4.00 | 1,030.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Matthew Brushwood | 2.00 | $125.00 | $250.00 |
| Mark T. Hurford | 2.00 | 390.00 | 780.00 |

Page: 2

W.R. Grace

02/29/2012

ACCOUNT NO:        3000-12D
STATEMENT NO:              127

Fee Applications, Applicant

| | | |
|---|---|---:|
| | TOTAL CURRENT WORK | 1,030.00 |
| | | |
| 02/09/2012 | Payment - Thank you. (November, 2011 - 80% Fees) | -1,076.00 |
| 02/29/2012 | Payment - Thank you. (December, 2011 - 80% Fees) | -520.00 |
| | TOTAL PAYMENTS | -1,596.00 |
| | BALANCE DUE | $3,241.20 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
02/29/2012
ACCOUNT NO:    3000-13D
STATEMENT NO:    114

Fee Applications, Others

PREVIOUS BALANCE                                                              $15,069.00

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 02/02/2012 |  |  |  |  |
|  | MTH | Reviewing correspondence from TBB re CNO for Saul Ewing fee application | 0.10 | 39.00 |
|  | MB | Update fee application process and procedures document | 0.30 | 37.50 |
| 02/03/2012 |  |  |  |  |
|  | SMB | Review December 2011 application of Saul Ewing LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review December 2011 application of Ferry Joseph & Pearce P.A. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review December 2011 application of Warren H. Smith & Associates (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review July through September 2011 application of Day Pitney LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review December 2011 application of Bilzin Sumberg Baena Price & Axelrod LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review December 2011 application of Reed Smith LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review December 2011 application of Kirkland & Ellis LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review December 2011 application of Foley & Hoag LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review December 2011 application of Norton Rose Canada (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review December 2011 application of Baer Higgins Fruchtman LLC (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review July through September 2011 application of Beveridge & Diamond PC (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | MTH | Reviewing correspondence from D.M. re Stroock fee application for December | 0.10 | 39.00 |

W.R. Grace

Fee Applications, Others

| | | HOURS | |
|---|---|---|---|
| MTH | Review correspondence from LE re PSZJ's fee application for December | 0.10 | 39.00 |
| **02/06/2012** | | | |
| MTH | Review correspondence from TBB re fee application, CNO filed | 0.10 | 39.00 |
| MTH | Review correspondence from TBB re Kramer Levin fee application | 0.10 | 39.00 |
| MTH | Reviewing correspondence from MS re Kaye Scholer fee application for December | 0.10 | 39.00 |
| MB | Update fee application process and procedures document | 0.50 | 62.50 |
| **02/09/2012** | | | |
| SMB | Review October through December 2011 application of Woodcock and Washburn LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review July through September 2011 application of Warren H. Smith & Associates, P.C.  (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review December 2011 application of Saul Ewing LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review December 2011 application of Kramer Levin Naftalis & Frankel LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review December 2011 application of Kaye Scholer LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review January 2012 application of Alexander M. Sanders, Jr. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review December 2011 application of Alexander M. Sanders, Jr. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review October through December 2011 application of Phillips Goldman & Spence, P.A. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review December 2011 application of Pachulski Stang Ziehl & Jones LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review December 2011 application of Duane Morris LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review December 2011 application of Stroock & Stroock & Lavan LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review December 2011 application of Casner & Edwards LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| MTH | Review correspondence from D.M. re Capstone fee application | 0.10 | 39.00 |
| MTH | Reviewing correspondence from TBB re two fee applications and one CNO | 0.10 | 39.00 |
| **02/10/2012** | | | |
| MB | Work on process and procedures for C&L fee application creation; prepare template spreadsheet re: same | 0.80 | 100.00 |
| SMB | Review December 2011 application of Capstone Advisory Group, LLC (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review December 2011 application of Saul Ewing LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review December 2011 application of Kramer Levin Naftalis & Frankel | | |

Page: 3
W.R. Grace                                                                                        02/29/2012
                                                                           ACCOUNT NO:        3000-13D
                                                                           STATEMENT NO:          114

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | MTH | Reviewing correspondence from DKW re Kaye Scholer fee application | 0.10 | 39.00 |
| 02/13/2012 |  |  |  |  |
|  | MTH | Review correspondence from TT re FDBL fee application | 0.10 | 39.00 |
|  | MTH | Review correspondence from YS re multiple fee applications filed | 0.10 | 39.00 |
|  | MB | E-mail to D. Ortiz re: fee applications | 0.10 | 12.50 |
| 02/14/2012 |  |  |  |  |
|  | MB | Meeting with MTH re: fee application process and procedures | 0.40 | 50.00 |
|  | MTH | Meeting with MB re fee application pending matters | 0.40 | 156.00 |
| 02/15/2012 |  |  |  |  |
|  | MB | Meeting with MTH re: fee application process and procedures | 1.00 | 125.00 |
|  | MB | Finalize and e-file AKO October to December 2011 interim fee application | 0.40 | 50.00 |
|  | MB | Finalize and e-file Charter Oak October to December 2011 interim fee application | 0.40 | 50.00 |
|  | MB | Finalize and e-file C&D October to December 2011 interim fee application | 0.40 | 50.00 |
|  | MTH | Reviewing AKO fee application for filing and service; reviewing correspondence with AKO re same; reviewing correspondence from MB to Notice Parties and Fee Auditor re same | 0.30 | 117.00 |
|  | MTH | Reviewing Charter Oak fee application for filing and service; reviewing correspondence with Charter Oak re same; reviewing correspondence from MB to Notice Parties and Fee Auditor re same | 0.30 | 117.00 |
|  | MTH | Reviewing C&D fee application for filing and service; reviewing correspondence with C&D re same; reviewing correspondence from MB to Notice Parties and Fee Auditor re same | 0.20 | 78.00 |
|  | MB | Meeting with MTH re: fee application process and procedures | 0.40 | 50.00 |
| 02/16/2012 |  |  |  |  |
|  | SMB | Review January 2012 application of KayeScholer LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review October through December 2011 application of Pricewaterhousecoopers LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review October through December 2011 application of Hon. Alexander M. Sanders (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review October through December 2011 application of Alan B. Rich, Esq. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review October through December 2011 application of Pachulski Stang Ziehl & Jones LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review January 2012 application of Fragomen, Del Rey, Bernsen & Loewy LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |

Page: 4
02/29/2012
W.R. Grace

| | | ACCOUNT NO: | 3000-13D |
| | | STATEMENT NO: | 114 |

Fee Applications, Others

| | | | HOURS | |
|---|---|---|---|---|
| SMB | Review October through December 2011 application of Baer Higgins Fruchtman LLP (.1); update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review January 2012 application of Warren H. Smith & Associates (.1); update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review October through December 2011 application of Reed Smith LLP (.1); update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review October through December 2011 application of Bilzin Sumberg Baena Price & Axelrod LLP (.1); update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review October through December 2011 application of Casner & Edwards LLP (.1); update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review October through December 2011 application of Foley Hoag LLP (.1); update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review October through November 2011 application of Baker & McKenzie (.1); update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review October through December 2011 application of Nelson Mullins Riley &Scarborough LLP (.1); update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review October through December 2011 application of Kirkland & Ellis LLP (.1); update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| MTH | Review correspondence from D.M. re Stroock Interim fee application | | 0.10 | 39.00 |

02/17/2012
| | | | | |
|---|---|---|---|---|
| MTH | Review correspondence from LC re Hogan fee application for December 2011 | | 0.10 | 39.00 |
| MTH | Review correspondence from LC re Lauzon monthly fee application | | 0.10 | 39.00 |
| MTH | Review correspondence from MS re K/S fee application | | 0.10 | 39.00 |

02/20/2012
| | | | | |
|---|---|---|---|---|
| MTH | Reviewing Fee Auditor's Combined Report for 42nd Interim; reviewing correspondence from BR re same; correspondence to certain ACC professionals re same | | 0.30 | 117.00 |

02/21/2012
| | | | | |
|---|---|---|---|---|
| MTH | Review correspondence from LC re Scarfone fee application | | 0.10 | 39.00 |
| MTH | Review correspondence from Relief from Stay re Blackstone fee application | | 0.10 | 39.00 |
| MTH | Review correspondence from DF re Orrick December CNO | | 0.10 | 39.00 |

02/22/2012
| | | | | |
|---|---|---|---|---|
| KCD | Review fee auditor's report | | 0.10 | 39.00 |
| MTH | Review correspondence from DKW re three fee applications | | 0.10 | 39.00 |
| MTH | Begin review of C&D fee application for January | | 0.20 | 78.00 |
| MTH | Review correspondence from CH re CNO on fee application | | 0.10 | 39.00 |

W.R. Grace

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 02/23/2012 |  |  |  |  |
|  | SMB | Review October through December 2011 application of Stroock & Stroock & Lavan LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review October through December 2011 application of Warren H. Smith & Associates, P.C. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review December 2011 application of The Hogan Firm (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review December 2011 application of Lauzon Belanger Lesperance (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review January 2012 application of Kaye Scholer LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review December 2011 application of Blackstone Advisory Partners L.P. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review December 2011 application of Scarfone Hawkins LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review October 2011 application of Steptoe & Johnson LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review November 2011 application of Steptoe & Johnson LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review December 2011 application of Steptoe & Johnson LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | MTH | Review correspondence from D.M. re Capstone fee application | 0.10 | 39.00 |
|  | MTH | Review correspondence from SC re invoice for LAS for January | 0.20 | 78.00 |
| 02/24/2012 |  |  |  |  |
|  | MTH | Reviewing docket and drafting CNO for C&D December monthly fee application; correspondence to counsel at C&D re same; reviewing correspondence from SC re same | 0.50 | 195.00 |
|  | MTH | Reviewing docket and drafting CNO for AKO December monthly fee application; correspondence to counsel at AKO re same; reviewing correspondence from SC re same | 0.50 | 195.00 |
|  | MTH | Reviewing docket and drafting CNO for Charter Oak for November through December monthly fee application; correspondence to and from Charter Oak re same; reviewing correspondence from SC re same | 0.50 | 195.00 |
|  | MTH | Review correspondence from LC re CNO on 21st monthlies for three firms | 0.10 | 39.00 |
|  | MTH | Review correspondence from CH re PG&S Interim fee application | 0.10 | 39.00 |
|  | SMB | Review October through December 2011 application of Capstone Advisory Group, LLC (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| 02/27/2012 |  |  |  |  |
|  | MTH | Review correspondence from TBB re two fee applications filed | 0.10 | 39.00 |

W.R. Grace

ACCOUNT NO:       3000-13D
STATEMENT NO:            114

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 02/28/2012 |  |  |  |  |
|  | MTH | Reviewing correspondence from MS re Foley Hoag fee application | 0.10 | 39.00 |
|  | MTH | Correspondence from G. Sinclair re fee application for January | 0.10 | 39.00 |
|  | MTH | Review correspondence from D.M. re Stroock fee application | 0.10 | 39.00 |
| 02/29/2012 |  |  |  |  |
|  | MTH | Review correspondence from TBB re two fee applications | 0.10 | 39.00 |
|  |  | FOR CURRENT SERVICES RENDERED | 21.40 | 4,188.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Santae M. Boyd | 10.40 | $110.00 | $1,144.00 |
| Matthew Brushwood | 4.70 | 125.00 | 587.50 |
| Mark T. Hurford | 6.20 | 390.00 | 2,418.00 |
| Kathleen Campbell Davis | 0.10 | 390.00 | 39.00 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 4,188.50 |

| 02/09/2012 | Payment - Thank you. (November, 2011 - 80% Fees) | -4,728.00 |
|---|---|---|
| 02/29/2012 | Payment - Thank you. (December, 2011 - 80% Fees) | -3,433.60 |
|  | TOTAL PAYMENTS | -8,161.60 |
|  | BALANCE DUE | $11,095.90 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                02/29/2012
Wilmington  DE                              ACCOUNT NO:        3000-14D
                                            STATEMENT NO:              87

Financing

PREVIOUS BALANCE                                                    $729.00

02/29/2012     Payment - Thank you. (December, 2011 - 80% Fees)      -240.00

BALANCE DUE                                                         $489.00

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
02/29/2012
ACCOUNT NO:    3000-15D
STATEMENT NO:    129

Hearings

PREVIOUS BALANCE                                                                                          $5,010.85

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 02/16/2012 | | | | |
| | MTH | Multiple correspondence re rescheduled hearing date | 0.10 | 39.00 |
| 02/20/2012 | | | | |
| | MTH | Reviewing Order entered re change in hearing date | 0.10 | 39.00 |
| 02/21/2012 | | | | |
| | MTH | Reviewing Agenda for hearing and correspondence to RH, PVNL re same; reviewing response from PVNL re same | 0.20 | 78.00 |
| 02/22/2012 | | | | |
| | MTH | Correspondence with SC re hearing preparations | 0.10 | 39.00 |
| 02/24/2012 | | | | |
| | MTH | Preparing for hearing | 0.50 | 195.00 |
| 02/27/2012 | | | | |
| | MTH | Attending hearing | 0.80 | 312.00 |
| | MTH | Correspondence to and from PVNL re hearing | 0.10 | 39.00 |
| | | FOR CURRENT SERVICES RENDERED | 1.90 | 741.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.90 | $390.00 | $741.00 |

TOTAL CURRENT WORK                                                                                          741.00

Page: 2
02/29/2012

W.R. Grace

ACCOUNT NO:      3000-15D
STATEMENT NO:             129

Hearings

| | | |
|---|---|---:|
| 02/09/2012 | Payment - Thank you. (November, 2011 - 80% Fees) | -180.00 |
| 02/29/2012 | Payment - Thank you. (December, 2011 - 80% Fees) | -792.00 |
| | TOTAL PAYMENTS | -972.00 |
| | BALANCE DUE | $4,779.85 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                              02/29/2012
Wilmington  DE                                    ACCOUNT NO:        3000-16D
                                                  STATEMENT NO:           114

Litigation and Litigation Consulting

PREVIOUS BALANCE                                                     $4,178.50

|  |  | HOURS |  |
|---|---|---|---|
| 02/02/2012 | | | |
| MTH | Correspondence re filing of Amended Brief of Kazan and related firms re: Garlock 2019 appeal; correspondence to and from MK re same (split with Flintkote) | 0.20 | 78.00 |
| 02/08/2012 | | | |
| MTH | Reviewing notice of telephonic status conference with Judge Stark re Garlock 2019 Appeal; discussion with counsel re same; discussion with GW (counsel to Garlock) re same; reviewing request for oral argument; correspondence to multiple counsel at C&D re status, draft pro hacs; discussion and correspondence with MK re status of PA cases (split with Flintkote) | 0.60 | 234.00 |
| 02/09/2012 | | | |
| MTH | Multiple correspondence to and from MK re draft pro hac motions for Garlock Appeals in PA cases; reviewing four draft pro hac motions (including motion, certification and proposed order) discussion with MK re status of same (split between four cases) | 0.20 | 78.00 |
| 02/10/2012 | | | |
| MTH | Reviewing correspondence from counsel to Garlock; correspondence to various counsel re same; reviewing correspondence from KCM re preparations for same; correspondence to DBS re same (split with Grace) | 0.20 | 78.00 |
| 02/13/2012 | | | |
| MK | Review e-mails and court notices re: Garlock 12 case appeal.  Update attorney case calendars.  Assemble documents for status teleconference for attorney.  Confer w/MTH and review local rules for procedures on oral argument. | 0.30 | 15.50 |

Page: 2

W.R. Grace                                                                02/29/2012
                                                        ACCOUNT NO:       3000-16D
                                                        STATEMENT NO:          114

Litigation and Litigation Consulting

|  |  |  | HOURS |  |
|---|---|---|---|---|
| MTH | Reviewing correspondence from KCM re signed pro hac certification; reviewing and revising pro hac motion for filing; call to Clerk re filing fee | | 0.10 | 39.00 |
| MTH | Telephone discussions with JN (Debtors' counsel); certain asbestos claimants; counsel to Owens Corning; and K. Maclay re upcoming status conference with Judge Stark; telephone discussion with counsel in PA re rules on Bankruptcy Appeals to PA District Court and correspondence to K. Maclay re same; correspondence re conference call for hearing preparations; reviewing docket (split between four cases) | | 0.50 | 195.00 |
| MB | Finalize and e-file Maclay pro hac motion | | 0.10 | 12.50 |

02/15/2012
| MTH | Preparing for and attending status conference call with Judge Stark and calls with counsel thereafter (split between 2 cases). | | 0.70 | 273.00 |

02/20/2012
| MTH | Telephone conference with KCM re conference call with J. Stark (split between two cases) | | 0.10 | 39.00 |
| | FOR CURRENT SERVICES RENDERED | | 3.00 | 1,042.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Michele Kennedy | 0.30 | $51.67 | $15.50 |
| Matthew Brushwood | 0.10 | 125.00 | 12.50 |
| Mark T. Hurford | 2.60 | 390.00 | 1,014.00 |

TOTAL CURRENT WORK                                                       1,042.00


| 02/09/2012 | Payment - Thank you. (November, 2011 - 80% Fees) | -2,974.40 |
| 02/29/2012 | Payment - Thank you. (December, 2011 - 80% Fees) | -1,352.00 |
| | TOTAL PAYMENTS | -4,326.40 |
| | BALANCE DUE | $894.10 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
02/29/2012
ACCOUNT NO:        3000-17D
STATEMENT NO:              114

Plan and Disclosure Statement

PREVIOUS BALANCE                                                                $6,008.40

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 02/13/2012 | | | | |
| | MTH | Reviewing Motion of Sealed Air, Fresenius and Cryovac to Amend/Correct Memorandum Opinion | 0.30 | 117.00 |
| | MTH | Reviewing Motion of BNSF re extend time to file notice of appeal | 0.30 | 117.00 |
| | MTH | Reviewing various correspondence re draft Motion of Plan Proponents to Amend/Correct and reviewing same for filing and service | 0.40 | 156.00 |
| 02/14/2012 | | | | |
| | MTH | Review correspondence from JON re Notice of Appeal filed by Bank Lenders and review of same | 0.10 | 39.00 |
| 02/15/2012 | | | | |
| | MTH | Reviewing four notices of appeal filed by Bank Lenders | 0.10 | 39.00 |
| 02/20/2012 | | | | |
| | MTH | Telephone conference with KCM re response to Garlock's Motion to Amend | 0.20 | 78.00 |
| 02/21/2012 | | | | |
| | MTH | Reviewing Response to Garlock's Motion for Reargument; correspondence re revisions and filing of same | 0.80 | 312.00 |
| 02/22/2012 | | | | |
| | MTH | Reviewing various filings re Confirmation case in District Court | 0.20 | 78.00 |
| | MTH | Reviewing briefing schedule set on Garlock's Motion for reargument | 0.10 | 39.00 |
| 02/23/2012 | | | | |
| | MTH | Reviewing Anderson Memorial's draft Motion to extend time to file notice of appeal and correspondence to counsel at C&D re same | 0.50 | 195.00 |
| | MTH | Reviewing various docket entries at District Court and Third Circuit re | | |

W.R. Grace

02/29/2012

ACCOUNT NO:     3000-17D
STATEMENT NO:        114

Plan and Disclosure Statement

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | Confirmation Order; correspondence to and from counsel at C&D re same; multiple correspondence to and from RH re same | 1.00 | 390.00 |
|  | MTH | Reviewing as-filed Motion of Anderson Memorial re Motion for extension of time to file notice of appeal | 0.20 | 78.00 |
| 02/24/2012 |  |  |  |  |
|  | MTH | Reviewing various notices of filing re Plan Confirmation appeals | 0.10 | 39.00 |
| 02/27/2012 |  |  |  |  |
|  | MTH | Reviewing Libby Claimant's Response to Sealed Air Motion to alter/amend and correspondence to counsel at C&D re same | 0.20 | 78.00 |
|  | MTH | Reviewing order entered on motions to extend and correspondence to counsel re same (x2) | 0.20 | 78.00 |
|  | MTH | Telephone conference with RH re status of Confirmation and correspondence to RH re Order entered re same | 0.30 | 117.00 |
| 02/28/2012 |  |  |  |  |
|  | MTH | Reviewing Garlock's Motion for Stay Pending Appeal and correspondence to counsel at C&D re same | 0.50 | 195.00 |
|  | MTH | Reviewing Notice of Appeal of Canada and correspondence to SC re same | 0.20 | 78.00 |
|  | MTH | Reviewing Bank Lenders Statement of Issues and Designation of Record on Appeal | 0.20 | 78.00 |
| 02/29/2012 |  |  |  |  |
|  | MTH | Reviewing various filings with District with Judge Buckwalter | 0.10 | 39.00 |
|  |  | FOR CURRENT SERVICES RENDERED | 6.00 | 2,340.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 6.00 | $390.00 | $2,340.00 |

TOTAL CURRENT WORK                                                                         2,340.00

02/09/2012     Payment - Thank you. (November, 2011 - 80% Fees)                              -1,492.00

BALANCE DUE                                                                              $6,856.40

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 02/29/2012 |
| Wilmington  DE | ACCOUNT NO:        3000-18D |
|  | STATEMENT NO:              114 |

Relief from Stay Proceedings

PREVIOUS BALANCE                                                   -$112.20

CREDIT BALANCE                                                     -$112.20

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**


Page: 1
W.R. Grace                                                                    02/29/2012
Wilmington  DE                                        ACCOUNT NO:        3000-20D
                                                      STATEMENT NO:              113


Tax Litigation


PREVIOUS BALANCE                                                         $468.80

BALANCE DUE                                                             $468.80


Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 02/29/2012 |
| Wilmington  DE | ACCOUNT NO:        3000-21D |
|  | STATEMENT NO:            105 |

Travel-Non-Working

PREVIOUS BALANCE                                                                    -$4.00

CREDIT BALANCE                                                                        -$4.00

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
02/29/2012
ACCOUNT NO:        3000-22D
STATEMENT NO:              118

Valuation

PREVIOUS BALANCE                                              $1,185.00

BALANCE DUE                                                   $1,185.00

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 02/29/2012 |
| Wilmington  DE | ACCOUNT NO:        3000-23D |
|  | STATEMENT NO:              118 |

ZAI Science Trial

PREVIOUS BALANCE                                                                                    $1,203.30

BALANCE DUE                                                                                            $1,203.30

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
02/29/2012

ACCOUNT NO:          3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-01 Asset Analysis and Recovery | | | | | |
| 30.00 | 0.00 | 0.00 | 0.00 | 0.00 | $30.00 |
| 3000-02 Asset Disposition | | | | | |
| 803.80 | 0.00 | 0.00 | 0.00 | -510.00 | $293.80 |
| 3000-03 Business Operations | | | | | |
| 1,267.50 | 0.00 | 0.00 | 0.00 | -90.00 | $1,177.50 |
| 3000-04 Case Administration | | | | | |
| 1,140.27 | 39.00 | 0.00 | 0.00 | -380.40 | $798.87 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 2,456.60 | 0.00 | 0.00 | 0.00 | 0.00 | $2,456.60 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| -115.80 | 390.00 | 0.00 | 0.00 | 0.00 | $274.20 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 13,010.84 | 4,257.00 | 0.00 | 0.00 | -6,218.80 | $11,049.04 |
| 3000-08 Employee Benefits/Pension | | | | | |
| -57.40 | 78.00 | 0.00 | 0.00 | 0.00 | $20.60 |
| 3000-09 Employee Applications, Applicant | | | | | |
| 15.00 | 0.00 | 0.00 | 0.00 | 0.00 | $15.00 |
| 3000-10 Employment Applications, Others | | | | | |
| 724.20 | 39.00 | 0.00 | 0.00 | 0.00 | $763.20 |

W.R. Grace

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-11 Expenses | | | | | |
| 9,060.32 | 0.00 | 2,426.94 | 0.00 | -6,454.95 | $5,032.31 |
| 3000-12 Fee Applications, Applicant | | | | | |
| 3,807.20 | 1,030.00 | 0.00 | 0.00 | -1,596.00 | $3,241.20 |
| 3000-13 Fee Applications, Others | | | | | |
| 15,069.00 | 4,188.50 | 0.00 | 0.00 | -8,161.60 | $11,095.90 |
| 3000-14 Financing | | | | | |
| 729.00 | 0.00 | 0.00 | 0.00 | -240.00 | $489.00 |
| 3000-15 Hearings | | | | | |
| 5,010.85 | 741.00 | 0.00 | 0.00 | -972.00 | $4,779.85 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| 4,178.50 | 1,042.00 | 0.00 | 0.00 | -4,326.40 | $894.10 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 6,008.40 | 2,340.00 | 0.00 | 0.00 | -1,492.00 | $6,856.40 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| -112.20 | 0.00 | 0.00 | 0.00 | 0.00 | -$112.20 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| -4.00 | 0.00 | 0.00 | 0.00 | 0.00 | -$4.00 |
| 3000-22 Valuation | | | | | |
| 1,185.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,185.00 |
| 3000-23 ZAI Science Trial | | | | | |
| 1,203.30 | 0.00 | 0.00 | 0.00 | 0.00 | $1,203.30 |
| 65,879.18 | 14,144.50 | 2,426.94 | 0.00 | -30,442.15 | $52,008.47 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.