# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                           EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 1

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:    100055.WRG01

March 14, 2012                                INVOICE:       247212

MATTER: CLAIMANTS COMMITTEE                   ROBERT M. HORKOVICH

c/o Peter Van N. Lockwood, Esq.
Caplin & Drysdale
One Thomas Circle
Washington, DC 20005

**PROFESSIONAL SERVICES through 02/29/12**

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 02/01/12 | Analysis of selected insurance policies re: follow form, insurance company appeals issues, and duty to cooperate clauses (2.20); draft and revise insurance policy data spreadsheets (.40). | W001 | GFF | 2.60 |
| 02/01/12 | Continued to review insurance policies and reimbursement agreements re: "payment issues" and "cooperation" information. | W001 | IF | 1.60 |
| 02/01/12 | Work on revised cash flow analysis. | W001 | MG | 1.90 |
| 02/01/12 | Review and analysis of status of insurance matters in connection with approved bankruptcy plan. | W001 | RYC | 2.20 |
| 02/01/12 | Review and analysis in connection with issues raised by available documentation for supplemental proof of claim submission with insurance company in liquidation. | W001 | RYC | 2.20 |
| 02/02/12 | Continue analysis of selected insurance policies re: follow form issues, repetition of limits, and other coverage issues. | W001 | GFF | 2.30 |
| 02/02/12 | Continued to review insurance policies and reimbursement agreements re: "payment issues" and "cooperation" information. | W001 | IF | 1.90 |
| 02/02/12 | Work on revised claim valuations. | W001 | MG | 2.10 |
| 02/02/12 | Review and analysis of new case files. | W001 | NJB | 1.30 |
| 02/02/12 | Attention to funding question (0.40). Attention to new settlement overture from another insurance company (1.00). | W001 | RMH | 1.40 |
| 02/02/12 | Research and analysis of prior settlement issues in connection with insolvent insurance company inquiry regarding settlement. | W001 | RYC | 2.70 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                                  EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 2

| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
|---|---|---|
| March 14, 2012 | INVOICE: | 247212 |
| MATTER: CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH | |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 02/03/12 | Continued to review insurance policies and reimbursement agreements re: "payment issues" and "cooperation" information. | W001 | IF | 1.60 |
| 02/03/12 | Work on revised claim valuations. | W001 | MG | 2.70 |
| 02/03/12 | Review and analysis of new case files. | W001 | NJB | 1.20 |
| 02/03/12 | Review and analysis of pending settlement issues in connection with inquiry from insurance company. | W001 | RYC | 2.20 |
| 02/06/12 | Review and revise time and expense entries (1.80); begin drafting monthly fee application (.80). | W011 | AHP | 2.60 |
| 02/06/12 | Work on insolvent claims analysis. | W001 | MG | 3.30 |
| 02/06/12 | Work on cash flow and stream of payments analysis. | W001 | MG | 2.80 |
| 02/06/12 | Prepare summary analysis in connection with insolvent insurance company inquiry regarding potential settlement. | W001 | RYC | 2.30 |
| 02/07/12 | Review changes, update monthly fee application and forward for attorney review. | W011 | AHP | 1.30 |
| 02/07/12 | Continue analysis of selected insurance policies re: cooperation clause issues. | W001 | GFF | 1.90 |
| 02/07/12 | Continuing review of insurance policies and reimbursement agreements re: "payment issues" and "cooperation" information. | W001 | IF | 1.40 |
| 02/07/12 | Work on cash flow and stream of payments analysis for Trust. | W001 | MG | 4.20 |
| 02/07/12 | Research and analysis of impact on insurance coverage matters resulting from settlements with plan objectors. | W001 | RYC | 2.60 |
| 02/08/12 | Additional changes to both time and expense entries and monthly fee application. | W011 | AHP | 0.70 |
| 02/08/12 | Draft and revise insurance policy data spreadsheets (.30); continue analysis of selected insurance policies re: follow form and cooperation clauses (1.90). | W001 | GFF | 2.20 |
| 02/08/12 | Continuing review of insurance policies and reimbursement agreements re: "payment issues" and "cooperation" information. | W001 | IF | 2.40 |
| 02/08/12 | Work on cash flow and stream of payments analysis for anticipated Trust. | W001 | MG | 4.80 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**  **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 3

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| March 14, 2012 | | INVOICE: | | 247212 |
| MATTER: CLAIMANTS COMMITTEE | | | ROBERT M. HORKOVICH | |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 02/08/12 | Attention to impact of finality of confirmation order on insurance company payments to Trust (1.20). Confer with Ms. McMillan, Ms. Eskin, Mr. Hurford (.70). Review press releases (.30). | W001 | RMH | 2.20 |
| 02/08/12 | Research and analysis of impact on insurance coverage matter resulting from pending motion for reconsideration (1.80). Follow-up research in connection with impact of settlements to resolve plan objections (1.40). | W001 | RYC | 3.20 |
| 02/09/12 | Revise monthly fee application and time and expense entries. | W011 | AHP | 0.60 |
| 02/09/12 | Assist with analysis of settlement documents for H. Gershman. | W001 | DL | 2.60 |
| 02/09/12 | Analysis of selected insurance policies re: follow form and cooperation clauses (1.30); analysis of various insurance settlement documents re: past and future payment issues (2.80). | W001 | GFF | 4.10 |
| 02/09/12 | Retrieved, reviewed and edited various settlement documents as requested (2.60); prepared new color coverage charts (1.20). | W001 | HEG | 3.80 |
| 02/09/12 | Continuing review of insurance policies and reimbursement agreements re: "payment issues" and "cooperation" information. | W001 | IF | 1.10 |
| 02/09/12 | Provided information and updates re: claims in connection with potential settlement of insolvent scheme claim per M. Garbowski request. | W001 | IF | 0.90 |
| 02/09/12 | Work on cash flow and stream of payments analysis for anticipated Trust. | W001 | MG | 4.40 |
| 02/09/12 | Draft email re: insolvent claims. | W001 | MG | 1.20 |
| 02/09/12 | Attention to settlement negotiations with insolvent scheme company (.90). Communicate with debtor and FCR counsel (.40). | W001 | RMH | 1.30 |
| 02/09/12 | Revise and update insurance coverage summaries in anticipation of Trust formation following final Plan Confirmation. | W001 | RYC | 2.90 |
| 02/10/12 | Continue analysis of settlement and reimbursement agreements and re: settlement payment issues (4.30); draft and revise insurance policy and settlement agreement spreadsheets (.80). | W001 | GFF | 5.10 |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 4

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| March 14, 2012 | | INVOICE: | | 247212 |
| MATTER: CLAIMANTS COMMITTEE | | | ROBERT M. HORKOVICH | |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 02/10/12 | Continued to review and implement changes to historic color coverage charts to reflect current settlement positions and expected payment streams. | W001 | HEG | 3.60 |
| 02/10/12 | Continuing review of insurance policies and reimbursement agreements re: "payment issues" and "cooperation" information. | W001 | IF | 1.90 |
| 02/10/12 | Work on insolvent claims and prepare for negotiation re: same. | W001 | MG | 2.20 |
| 02/10/12 | Work on cash flow and stream of payments analysis for Trust. | W001 | MG | 2.20 |
| 02/10/12 | Attention to settlement discussions with insolvent scheme (.70). Get settlement approval from Debtor and FCR (.50). | W001 | RMH | 1.20 |
| 02/10/12 | Work on revisions to insurance coverage assets in anticipation of Trust formation following final Plan Confirmation. | W001 | RYC | 3.40 |
| 02/12/12 | Review and analysis in connection with anticipated transfer in connection with confirmation of Plan of Reorganization. | W001 | RYC | 2.20 |
| 02/13/12 | Proof latest set of revisions (.20), prepare final versions of monthly fee application with exhibits and release (1.00). | W011 | AHP | 1.20 |
| 02/13/12 | Analysis of selected insurance policies re: follow form and cooperation clause issues (2.70); analysis of selected settlement agreement re: payment amounts due and timing issues (2.10). | W001 | GFF | 4.80 |
| 02/13/12 | Review and edit historic color coverage charts to reflect status of current insolvent and solvent, available and unavailable insurance coverage's per R. Horkovich request. | W001 | HEG | 6.40 |
| 02/13/12 | Continue analysis of insurance policies and reimbursement agreements re: "payment issues" and "cooperation" information. | W001 | IF | 1.60 |
| 02/13/12 | Prepare for negotiations with insolvent scheme. | W001 | MG | 1.20 |
| 02/13/12 | Work on cash flow and stream of payments analysis. | W001 | MG | 1.80 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 5

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| March 14, 2012 | | INVOICE: | | 247212 |
| MATTER:  CLAIMANTS COMMITTEE | | | ROBERT M. HORKOVICH | |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 02/13/12 | Present insolvent insurance company settlement analysis (2.40). Present insolvent scheme settlement proposal (0.40). Review District Court's confirmation order (.90). | W001 | RMH | 3.70 |
| 02/13/12 | Review and analysis in connection with pending issues in NJ Integrity insurance coverage litigation regarding motion for reconsideration and potential petition for certification with the New Jersey Supreme Court (1.40). Review and analysis in connection with anticipated transfer in connection with confirmation of Plan of Reorganization (1.20). | W001 | RYC | 2.60 |
| 02/14/12 | Analysis of selected settlement and reimbursement agreements re: payment timing issues. | W001 | GFF | 2.20 |
| 02/14/12 | Continued review and research of settlement agreement in effort to capture insurance coverage status on historic color coverage charts (4.30); reproduced and organized settlement agreements (2.30). | W001 | HEG | 6.60 |
| 02/14/12 | Updated information re: settlement agreement amount paid. | W001 | IF | 3.30 |
| 02/14/12 | Negotiations with insolvent scheme. | W001 | MG | 1.20 |
| 02/14/12 | Work on cash flow and stream of payments analysis. | W001 | MG | 2.20 |
| 02/14/12 | Review and analysis in connection with anticipated transfer in connection with confirmation of Plan of Reorganization. | W001 | RYC | 3.20 |
| 02/15/12 | Continue analysis of selected insurance policies re: follow form and cooperation clause issues (1.10); continue review of insurance settlement and reimbursement agreements re: amounts and timing of payment issues (2.10). | W001 | GFF | 3.20 |
| 02/15/12 | Assist with paid settlement calculation requests (1.80); continued review of agreements and determinations of available coverage on color coverage charts (2.40). | W001 | HEG | 4.20 |
| 02/15/12 | Reviewed information re: potential settlement with insolvent scheme insurance company. | W001 | IF | 0.60 |
| 02/15/12 | Updated information re: settlement agreement amounts paid. | W001 | IF | 2.10 |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                        EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 6

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| March 14, 2012 | | INVOICE: | | 247212 |
| MATTER: CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH | | |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 02/15/12 | Continuing review of insurance policies and reimbursement agreements re: "payment issues" and "cooperation" information. | W001 | IF | 1.20 |
| 02/15/12 | Work on cash flow and stream of payments analysis. | W001 | MG | 5.60 |
| 02/15/12 | Maintain and upkeep of case files from attorney and work with records on organization. | W001 | NJB | 1.00 |
| 02/15/12 | Attention to settlement of claim against insolvent scheme insurance company. | W001 | RMH | 0.80 |
| 02/15/12 | Review and analysis of impact of potential appeals and settlements in connection with plan appeals and pending insurance coverage matters. | W001 | RYC | 2.30 |
| 02/16/12 | Prepare policy documents for H. Gershman. | W001 | DL | 1.70 |
| 02/16/12 | Continue review of insurance company settlement and reimbursement agreements re: amounts and timing of payment issues. | W001 | GFF | 3.60 |
| 02/16/12 | Continued research relevant to determining status of various "settled" coverage for purposes of editing historic color coverage charts. | W001 | HEG | 3.80 |
| 02/16/12 | Updated information re: settlement agreement amounts paid. | W001 | IF | 1.80 |
| 02/16/12 | Continuing review of insurance policies and reimbursement agreements re: "payment issues" and "cooperation" information. | W001 | IF | 1.40 |
| 02/16/12 | Review order re: motion for reconsideration. | W001 | KES | 0.30 |
| 02/16/12 | Work on cash flow and stream of payments analysis. | W001 | MG | 2.00 |
| 02/16/12 | Review and analysis of insurance coverage assets in connection with plan and pending insurance coverage matters. | W001 | RYC | 1.80 |
| 02/17/12 | Continue review of insurance settlement-related documents re: payment amount and timing of payments issues. | W001 | GFF | 3.20 |
| 02/17/12 | Updated information re: settlement agreement amounts paid and notifications. | W001 | IF | 2.10 |
| 02/17/12 | Continuing review of insurance policies and reimbursement agreements re: "payment issues" and "cooperation" information. | W001 | IF | 1.30 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
(212) 278-1000                                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 7

| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
|---|---|---|
| March 14, 2012 | INVOICE: | 247212 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH | |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 02/17/12 | Re-review Order on reconsideration re: Integrity proof of claim (.30); review rules re: NJ Supreme Court filing to confirm procedural issues (.90); call with case manager re: same (.30); prepare draft of notice of petition (.70); prepare petition for filing (.60). | W001 | KES | 2.80 |
| 02/17/12 | Work on cash flow and stream of payments analysis. | W001 | MG | 3.30 |
| 02/17/12 | Work on insolvent claims. | W001 | MG | 1.80 |
| 02/17/12 | Attention to appeal of Integrity claim to NJ Supreme Court. | W001 | RMH | 0.40 |
| 02/17/12 | Continue review and analysis of impact of potential appeals and plan opposition settlements in connection with plan and pending insurance coverage matters (0.50).  Follow-up review and analysis of insurance coverage assets in connection with plan and pending insurance coverage matters (1.30). | W001 | RYC | 1.80 |
| 02/21/12 | Continue review of settlement agreement and related documents re: amounts and timing of payments issues (4.80); draft and revise settlement data spreadsheets (.50). | W001 | GFF | 5.30 |
| 02/21/12 | Updated information re: settlement agreement amounts paid and notifications. | W001 | IF | 2.40 |
| 02/21/12 | Continue review of insurance policies and reimbursement agreements re: "payment issues" and "cooperation" information. | W001 | IF | 1.40 |
| 02/21/12 | Review and analysis of insurance related assets in anticipation of plan confirmation. | W001 | RYC | 1.80 |
| 02/22/12 | Draft and revise settlement data spreadsheets (.70); continue review of settlement agreement and related documents re: amounts and timing of payments issues (5.10). | W001 | GFF | 5.80 |
| 02/22/12 | Continuing review of insurance policies and reimbursement agreements re: "payment issues" and "cooperation" information. | W001 | IF | 1.10 |
| 02/22/12 | Analyzed settlement agreement re: notice information. | W001 | IF | 2.90 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 8

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| March 14, 2012 | | INVOICE: | | 247212 |
| MATTER: CLAIMANTS COMMITTEE | | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 02/22/12 | Attention to providing response to settlement offer from insurance company (.50). Confer with Mr. Inselbuch (.30). | W001 | RMH | 0.80 |
| 02/22/12 | Research and analysis in connection with insurance related and post-plan confirmation insurance recovery. | W001 | RYC | 2.60 |
| 02/23/12 | Continue review of settlement agreement and related documents re: amounts and timing of payments issues (2.70); draft and revise settlement data spreadsheets (.40). | W001 | GFF | 3.10 |
| 02/23/12 | Analyzed settlement agreement re: notice information. | W001 | IF | 3.30 |
| 02/23/12 | Attention to the collection of post-bankruptcy trust rate of claim filing data. | W001 | RMH | 1.20 |
| 02/23/12 | Continue research and analysis in connection with insurance related and post-plan confirmation insurance recovery. | W001 | RYC | 1.60 |
| 02/24/12 | Attention to gathering supporting information for settlement demand to insurance company. | W001 | DJN | 0.70 |
| 02/24/12 | Continue analysis of settlement documents re: amounts and timing of payments issues. | W001 | GFF | 3.60 |
| 02/24/12 | Analyzed settlement agreement re: notice information. | W001 | IF | 2.90 |
| 02/24/12 | Prepare notice of petition for NJ Supreme Court review of Integrity decision. | W001 | KES | 1.80 |
| 02/24/12 | Attention to collection of rate of filing against Trusts post-bankruptcy for use of information in insurance settlement negotiations. | W001 | RMH | 2.80 |
| 02/26/12 | Review file in connection with Integrity appeal (1.00); continue preparation of petition for certification (4.20). | W001 | KES | 5.20 |
| 02/27/12 | Continue review of insurance settlement-related documents re: amounts and timing of payments issues. | W001 | GFF | 4.10 |
| 02/27/12 | Additional outstanding insurance collections reviewed and color charts edited (1.00); asbestos exclusion policies reviewed re: same (.60). | W001 | HEG | 1.60 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                            EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 9

W.R. GRACE/CLAIMANTS COMMITTEE                              MATTER:    100055.WRG01

March 14, 2012                                              INVOICE:        247212

MATTER:  CLAIMANTS COMMITTEE                                ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 02/27/12 | Analyzed settlement agreement re: notice information. | W001 | IF | 2.90 |
| 02/27/12 | Continue preparation for petition re: Integrity claim (2.30); perform additional legal research re: "reasonable detail" in anticipation of preparing argument re: Claimants submissions to the Liquidator (2.20); review and analyze same (1.20). | W001 | KES | 5.70 |
| 02/27/12 | Creation of two new sets of color-coded insurance charts using CorelDraw software. | W001 | KS | 3.70 |
| 02/27/12 | Work on insolvent claims. | W001 | MG | 2.20 |
| 02/27/12 | Work on cash flow and stream of payments analysis. | W001 | MG | 2.80 |
| 02/27/12 | Hearing with Judge Fitzgerald (0.40). Prepare report regarding insurance assets and cash flow upon finality of Approval Order (3.40). | W001 | RMH | 3.80 |
| 02/27/12 | Review and analysis of summaries connection with insurance related and post-plan confirmation insurance recovery (2.90). Research and analysis in connection with potential appeal to NJ Supreme Court in connection with Appellate Division's denial of reconsideration (1.30). | W001 | RYC | 4.20 |
| 02/28/12 | Draft and revise insurance settlement data spreadsheets (1.10); continue review of insurance settlement-related documents re: amounts and timing of payments issues (3.20). | W001 | GFF | 4.30 |
| 02/28/12 | Review and organization of relevant settlement agreement for future access (1.30); preparation of inviolate set of policies (1.40); available insurance color coverage charts reviewed and edited (.60). | W001 | HEG | 3.30 |
| 02/28/12 | Reviewed and updated information re: notice and payments. | W001 | IF | 2.80 |
| 02/28/12 | Perform legal research re: standard for acceptance of NJ Supreme Court petition re: Integrity claim (1.60); review and analyze case law (.90); continue preparation of petition (3.50). | W001 | KES | 6.00 |
| 02/28/12 | Work on cash flow and stream of payments analysis. | W001 | MG | 2.20 |
| 02/28/12 | Attention to editing insurance asset report. | W001 | RMH | 1.20 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                           **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 10

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

March 14, 2012                                    INVOICE:          247212

MATTER:  CLAIMANTS COMMITTEE                      ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 02/28/12 | Research and analysis regarding petition to NJ Supreme Court in connection with appeal of Appellate Division decision regarding Integrity disallowance. | W001 | RYC | 5.70 |
| 02/29/12 | Analysis of selected insurance policies re: follow form and duty to cooperate issues (1.70); draft and revise insurance policy data spreadsheets (.40). | W001 | GFF | 2.10 |
| 02/29/12 | Continued work on review and organization of relevant settlement agreement binders for future reference (2.20); inviolate set of policies organized and readied for potential future reference (1.20). | W001 | HEG | 3.40 |
| 02/29/12 | Continued to review insurance policies and reimbursement agreements re: "payment issues" and "cooperation" information. | W001 | IF | 1.80 |
| 02/29/12 | Reviewed and updated materials re: notice and payment information. | W001 | IF | 1.40 |
| 02/29/12 | Work on cash flow and stream of payments analysis. | W001 | MG | 2.80 |
| 02/29/12 | Work on insolvent claims. | W001 | MG | 1.20 |
| 02/29/12 | Attention to approval of Midland claim for $7.9 million (0.60).  Edit petition for review by the NJ Supreme Court of denial of Integrity claim (2.10). | W001 | RMH | 2.70 |
| 02/29/12 | Revise petition to NJ Supreme Court regarding Integrity appeal (6.20).  Review and analysis of settlement proceed summary memorandum (1.20). | W001 | RYC | 7.40 |

**TOTAL FEES:**                                                **$164,705.50**

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 11

W.R. GRACE/CLAIMANTS COMMITTEE                     MATTER:        100055.WRG01

March 14, 2012                                                      INVOICE:         247212

MATTER:  CLAIMANTS COMMITTEE                                        ROBERT M. HORKOVICH

**FEE SUMMARY**

|  | RATE | HOURS | TOTALS |
|---|---:|---:|---:|
| Arline H Pelton | 260.00 | 6.40 | 1,664.00 |
| Daryl Lyew | 260.00 | 4.30 | 1,118.00 |
| Dennis J. Nolan | 480.00 | 0.70 | 336.00 |
| Glenn F Fields | 355.00 | 63.50 | 22,542.50 |
| Harris E Gershman | 285.00 | 36.70 | 10,459.50 |
| Izak Feldgreber | 305.00 | 51.10 | 15,585.50 |
| Kathleen Samet | 160.00 | 3.70 | 592.00 |
| Kenneth E. Sharperson | 560.00 | 21.80 | 12,208.00 |
| Mark Garbowski | 625.00 | 62.10 | 38,812.50 |
| Nicholas J Balsdon | 220.00 | 3.50 | 770.00 |
| Robert M Horkovich | 895.00 | 23.50 | 21,032.50 |
| Robert Y Chung | 650.00 | 60.90 | 39,585.00 |
| **TOTAL FEES:** | | | **$164,705.50** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                          EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 12

W.R. GRACE/CLAIMANTS COMMITTEE                     MATTER:        100055.WRG01

March 14, 2012                                     INVOICE:          247212

MATTER:  CLAIMANTS COMMITTEE                                ROBERT M. HORKOVICH

## SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

ACTIVITY CODE: W001        Asset Analysis and Recovery

|  | HOURS | TOTALS |
|---|---:|---:|
| Dennis J. Nolan | 0.70 | 336.00 |
| Daryl Lyew | 4.30 | 1,118.00 |
| Glenn F Fields | 63.50 | 22,542.50 |
| Harris E Gershman | 36.70 | 10,459.50 |
| Izak Feldgreber | 51.10 | 15,585.50 |
| Kenneth E. Sharperson | 21.80 | 12,208.00 |
| Kathleen Samet | 3.70 | 592.00 |
| Mark Garbowski | 62.10 | 38,812.50 |
| Nicholas J Balsdon | 3.50 | 770.00 |
| Robert M Horkovich | 23.50 | 21,032.50 |
| Robert Y Chung | 60.90 | 39,585.00 |
| **TOTAL:** | **331.80** | **$163,041.50** |

ACTIVITY CODE: W011        Fee Applications (Applicant)

|  | HOURS | TOTALS |
|---|---:|---:|
| Arline H Pelton | 6.40 | 1,664.00 |
| **TOTAL:** | **6.40** | **$1,664.00** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                           **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 13

W.R. GRACE/CLAIMANTS COMMITTEE                           MATTER:        100055.WRG01

March 14, 2012                                                           INVOICE:             247212

MATTER:  CLAIMANTS COMMITTEE                                      ROBERT M. HORKOVICH

| COSTS through 02/29/12 | | |
|---|---|---:|
| **DATE** | **DESCRIPTION OF COSTS** | **AMOUNT** |
| 01/30/12 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 777976035 E107 Tracking Number: 872384111013 Reference: 100055 WRG01 Billing Note:  From: MARK GARBOWSKI, ANDERSON KILL & OLICK PC, 1251 6TH AVE FL 42 , NEW YORK, NY, 100201104, US To: GAIL PIERRE SIPONEN, SUPIT OF INS OF THE STATE OF N, 110 WILLIAM ST ESTATES MANAGEM, NEW YORK CITY, NY, 10038, US | **9.07** |
| 01/30/12 | AIRFREIGHT FedEx#: 1540-4201-6 Invoice: 778024312 E107 Tracking Number: 793170005372 Reference: 100055 WRG01 05 134  Billing Note: From: Kenneth E  Sharpers on, Anderson Kill & Olick, PC, One Gateway Center, NEWARK, NJ, 07102, US To: Hon  Edith K  Payne, JAD, Appellate Division, 158 Headquarters Plz, MORRISTOWN, NJ, 07960, US | **12.57** |
| 01/30/12 | AIRFREIGHT FedEx#: 1540-4201-6 Invoice: 778024312 E107 Tracking Number: 793170018431 Reference: 100055 WRG01 05 134       Billing Note:  From: Kenneth E  Sharpers on, Anderson Kill & Olick, PC, One Gateway Center, NEWARK, NJ, 07102, US To: Hon   Susan L  Reisner, JAD, Appellate Division, 56 Paterson St , NEW BRUNSWICK, NJ, 08901, US | **12.57** |
| 01/30/12 | AIRFREIGHT FedEx#: 1540-4201-6 Invoice: 778024312 E107 Tracking Number: 793170032365 Reference: 100055 WRG01 05 134       Billing Note:  From: Kenneth E  Sharpers on, Anderson Kill & Olick, PC, One Gateway Center , NEWARK, NJ, 07102, US To: Hon   Marie P  Simonelli, JAD, Appellate Division, 60 Nelson Pl, NEWARK, NJ, 07102, US | **12.57** |
| 01/30/12 | AIRFREIGHT FedEx#: 1540-4201-6 Invoice: 778024312 E107 Tracking Number: 798000456848 Reference: 100055 WRG01 05 134       Billing Note:  From: Kenneth E  Sharperson, Anderson Kill & Olick, PC, One Gateway Center, NEWARK, NJ, 07102, US To: David  Freeman, Esq, Mazie Slater Katz & Freeman, L, 103. Eisenhower Pkwy, ROSELAND, NJ, 07068, US | **12.57** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                            **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 14

W.R. GRACE/CLAIMANTS COMMITTEE                           MATTER:      100055.WRG01

March 14, 2012                                            INVOICE:           247212

MATTER: CLAIMANTS COMMITTEE                                   ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 01/30/12 | AIRFREIGHT FedEx#: 1540-4201-6 Invoice: 778024312 Tracking Number: 798000553841 Reference: 100055 WRG01 05 134 Billing Note: From: Kenneth E Sharperson, Anderson Kill & Olick, PC, One Gateway Center, NEWARK, NJ, 07102, US To: Superior Court of New Jersey, Appellate Division, 25 West Market Street, TRENTON, NJ, 08625, US | E107 | 12.57 |
| 02/01/12 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 02/02/12 | DI - POSTAGE - | E108 | 3.00 |
| 02/02/12 | DI - POSTAGE - | E108 | 1.76 |
| 02/02/12 | DI - PHOTOCOPYING - | E101 | 5.50 |
| 02/06/12 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 02/08/12 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 02/08/12 | DI - PHOTOCOPYING - | E101 | 0.80 |
| 02/09/12 | DI - PHOTOCOPYING - | E101 | 2.80 |
| 02/09/12 | DI - PHOTOCOPYING - | E101 | 0.90 |
| 02/10/12 | DI - PHOTOCOPYING - | E101 | 5.30 |
| 02/10/12 | DI - PHOTOCOPYING - | E101 | 1.20 |
| 02/10/12 | DI - PHOTOCOPYING - | E101 | 144.50 |
| 02/15/12 | MESSENGER SERVICE - VENDOR: UNITED CAPITAL FUNDING CORP. Courier service to NJ Appellate Division and Local Counsel. | E125 | 140.20 |
| 02/16/12 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 02/17/12 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 02/17/12 | DI - PHOTOCOPYING - | E101 | 36.60 |
| 02/17/12 | DI - PHOTOCOPYING - | E101 | 3.00 |
| 02/21/12 | AIRFREIGHT FedEx#: 1540-4201-6 Invoice: 780313519 Tracking Number: 793244801032 Reference: 100055 WRG01 05 134 Billing Note: From: Kenneth E Sharperson, Anderson Kill & Olick, PC, One Gateway Center, NEWARK, NJ, 07102, US To: Hon Susan L Reisner, JAD, Appellate Division, 56 Paterson St, NEW BRUNSWICK, NJ, 08901, US | E107 | 12.45 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                                             EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 15

W.R. GRACE/CLAIMANTS COMMITTEE                              MATTER:       100055.WRG01

March 14, 2012                                               INVOICE:        247212

MATTER:  CLAIMANTS COMMITTEE                                 ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 02/21/12 | AIRFREIGHT FedEx#: 1540-4201-6 Invoice: 780313519 Tracking Number: 793244804156 Reference: 100055 WRG01 05 134    Billing Note:    From: Kenneth E Sharperson, Anderson Kill & Olick, PC, One Gateway Center, NEWARK, NJ, 07102, US To: Hon  Edith K Payne, JAD, Appellate Division, 158 Headquarters Plz , MORRISTOWN, NJ, 07960, US | E107 | **12.45** |
| 02/21/12 | AIRFREIGHT FedEx#: 1540-4201-6 Invoice: 780313519 Tracking Number: 793244810335 Reference: 100055 WRG01 05 134    Billing Note:    From: Kenneth E Sharperson, Anderson Kill & Olick, PC, One Gateway Center, NEWARK, NJ, 07102, US To: David Freeman, Esq, Mazie Slater Katz & Freeman, L, 103 Eisenhower Pkwy, ROSELAND, NJ, 07068, US | E107 | **12.45** |
| 02/21/12 | AIRFREIGHT FedEx#: 1540-4201-6 Invoice: 780313519 Tracking Number: 798075292389 Reference: 100055 WRG01 05 134    Billing Note:    From: Kenneth E Sharperson, Anderson Kill & Olick, PC, One Gateway Center, NEWARK, NJ, 07102, US To: Hon  Marie P Simonelli, JAD, Appellate Division, 60 Nelson Pl, NEWARK, NJ, 07102, US | E107 | **12.45** |
| 02/21/12 | AIRFREIGHT FedEx#: 1540-4201-6 Invoice: 780313519 Tracking Number: 798075317147 Reference: 100055 WRG01 05 134    Billing Note:    From: Kenneth E Sharperson, Anderson Kill & Olick, PC, One Gateway Center, NEWARK, NJ, 07102, US To: Superior Court of New Jersey, Appellate Division, 25 Market St, TRENTON, NJ, 08611, US | E107 | **12.45** |
| 02/21/12 | AIRFREIGHT FedEx#: 1540-4201-6 Invoice: 780313519 Tracking Number: 798075357861 Reference: 100055 WRG01 05 134    Billing Note:    From: Kenneth E Sharperson, Anderson Kill & Olick, PC, One Gateway Center, NEWARK, NJ, 07102, US To: Supreme Court Clerks Office, Richard J  Hughes Justice Comp, 25 West Market Street, TRENTON, NJ, 08625, US | E107 | **12.45** |
| 02/21/12 | DI - PHOTOCOPYING - | E101 | **17.50** |
| 02/21/12 | DI - PHOTOCOPYING - | E101 | **0.80** |
| 02/21/12 | DI - PHOTOCOPYING - | E101 | **14.00** |
| 02/23/12 | DI - PHOTOCOPYING - | E101 | **3.20** |
| 02/23/12 | DI - PHOTOCOPYING - | E101 | **1.20** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 16

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

March 14, 2012                                    INVOICE:            247212

MATTER:  CLAIMANTS COMMITTEE                           ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---:|
| 02/23/12 | DI - PHOTOCOPYING - | E101 | **2.60** |
| 02/24/12 | DI - PHOTOCOPYING - | E101 | **1.80** |
| 02/27/12 | DI - PHOTOCOPYING - | E101 | **0.90** |
| 02/27/12 | DI - PHOTOCOPYING - | E101 | **0.20** |
| 02/27/12 | DI - PHOTOCOPYING - | E101 | **1.10** |
| 02/28/12 | DI - BINDING - | E126 | **220.00** |
| 02/28/12 | DI - PHOTOCOPYING - | E101 | **1,207.60** |
| 02/28/12 | DI - PHOTOCOPYING - | E101 | **9.60** |

**TOTAL COSTS:**                                                          1,973.48

| WORK | DESCRIPTION | AMOUNT |
|---|---|---:|
| AF | AIRFREIGHT | **146.62** |
| BG | DI - BINDING - | **220.00** |
| MR | MESSENGER SERVICE | **140.20** |
| PG | DI - POSTAGE - | **4.76** |
| XE | DI - PHOTOCOPYING - | **1,461.90** |
| | **TOTAL COSTS:** | 1,973.48 |

                         **TOTAL DUE:**              **$166,678.98**