**Attachment B**
**To Fee Application**
**Summary of PwC's Fees By Professional**
**For the months of January 2012 and February 2012**

**Professional Profiles**
**W.R. Grace & Co. Time Tracking - Audit**
**For the months of January 2012 and February 2012**

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Thomas E Smith | Audit Partner | 20+ | Integrated Audit | $ 796.29 | 80.0 | $ 63,703.20 |
| Jody B Underhill | Tax Director | 12 | Integrated Audit | $ 410.80 | 59.0 | $ 24,237.20 |
| Evgeny Gonokhin | Audit Senior Manager | 9 | Integrated Audit | $ 436.88 | 194.8 | $ 85,104.22 |
| David C Sands | Audit Director | 12 | Integrated Audit | $ 436.88 | 17.0 | $ 7,426.96 |
| Marcela Cortes | Tax Manager | 9 | Integrated Audit | $ 410.80 | 9.0 | $ 3,697.20 |
| Todd S. Chesla | Tax Manager | 7 | Integrated Audit | $ 312.00 | 9.0 | $ 2,808.00 |
| Elizabeth Sama | Tax Senior Associate | 4 | Integrated Audit | $ 239.20 | 80.0 | $ 19,136.00 |
| Pavel Katsiak | Audit Senior Associate | 5 | Integrated Audit | $ 257.81 | 395.0 | $ 101,834.95 |
| Alexandra L Schmidt | Audit Senior Associate | 4 | Integrated Audit | $ 241.30 | 403.0 | $ 97,243.90 |
| Kathryn A Colaianni | Audit Experienced Associate | 2 | Integrated Audit | $ 180.34 | 405.0 | $ 73,037.70 |
| Kathleen Elizabeth Bradley | Audit Experienced Associate | 2 | Integrated Audit | $ 180.34 | 409.0 | $ 73,759.06 |
| Ryan P Boyle | Audit Experienced Associate | 2 | Integrated Audit | $ 186.69 | 14.0 | $ 2,613.66 |
| Madeleine Lederer | Audit Experienced Associate | 2 | Integrated Audit | $ 180.34 | 41.0 | $ 7,393.94 |
| Drew Levy | Audit Associate | 1 | Integrated Audit | $ 130.81 | 346.0 | $ 45,260.26 |
| Eric Seth Meyer | Tax Associate | 1 | Integrated Audit | $ 161.20 | 88.0 | $ 14,185.60 |
| Ekpenyong Iniunam | Audit Intern | 1 | Integrated Audit | $ 118.00 | 250.8 | $ 29,594.40 |
| Totals | | | | | 2,800.6 | $ 651,036.25 |

**Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)**

| Totals | 21.5 | | | | | $ 3,112.77 |

{02411:PLDG:10155541.DOC}

**Summary of PwC's Fees By Project Category:**
**For the months of January 2012 and February 2012**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 21.5 | $3,112.77 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |

{02411:PLDG:10155541.DOC}

| | | |
|---|---:|---:|
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 2,800.6 | $651,036.25 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 2,822.1 | $ 654,149.02 |

## Expense Summary
## For the months of January 2012 and February 2012

| Expense Category | Service Provider | Total Expenses |
|---|---|---:|
| Transportation | N/A | $9,983.33 |
| Lodging | N/A | $2,267.73 |
| Sundry | N/A | $42.00 |
| Business Meals | N/A | $7,552.01 |
| TOTAL: | | $ 19,845.07 |

{02411:PLDG:10155541.DOC}