# EXHIBIT - A

**W.R. Grace & Co.**
**Fee Application Preparation**
**For the months of January 2012 and February 2012**

| Date | Hours | Description of Services Provided | Bill Rate | Extended Cost |
|---|---|---|---|---|
| **FEE APPLICATION PREPARATION** | | | | |
| **Name: Kathleen Bradley** | | | | |
| 14-Mar | 0.5 | Reviewing the January and February 2012 fee application | $ 180.34 | $ 90.17 |
| 19-Mar | 1.0 | Reviewing the January and February 2012 fee application | $ 180.34 | $ 180.34 |
| 20-Mar | 0.9 | Reviewing the January and February 2012 fee application | $ 180.34 | $ 162.31 |
| 21-Mar | 1.1 | Reviewing the January and February 2012 fee application | $ 180.34 | $ 198.37 |
|  | **3.5** | | | |
| **Name: Drew Levy** | | | | |
| 7-Mar | 0.5 | Discussing Fee application work with K. Bradley (PwC) | $ 130.81 | $ 65.41 |
| 8-Mar | 2.5 | Fee application preparation for January and February 2012 | $ 130.81 | $ 327.03 |
| 9-Mar | 2.5 | Fee application preparation for January and February 2012 | $ 130.81 | $ 327.03 |
| 12-Mar | 0.5 | Fee application preparation for January and February 2012 | $ 130.81 | $ 65.41 |
| 12-Mar | 1.5 | Fee application preparation for January and February 2012 | $ 130.81 | $ 196.22 |
| 14-Mar | 1.0 | Fee application preparation for January and February 2012 | $ 130.81 | $ 130.81 |
| 16-Mar | 1.0 | Fee application preparation for January and February 2012 | $ 130.81 | $ 130.81 |
| 20-Mar | 2.0 | Fee application preparation for January and February 2012 | $ 130.81 | $ 261.62 |
| 21-Mar | 2.5 | Fee application preparation for January and February 2012 | $ 130.81 | $ 327.03 |
| 22-Mar | 1.0 | Fee application preparation for January and February 2012 | $ 130.81 | $ 130.81 |
| 23-Mar | 2.0 | Fee application preparation for January and February 2012 | $ 130.81 | $ 261.62 |
|  | **17.0** | | | |
| **Name: Pavel Katsiak** | | | | |
| 20-Mar | 1.0 | Reviewing the January and February 2012 fee application | $ 257.81 | $ 257.81 |
|  | **1.0** | | | |
|  | **21.5** | **Total Grace Fee Application Charged Hours** | | **$ 3,112.77** |

**Professional Profiles**
**W.R. Grace & Co. Time Tracking - Audit**
**For the Period Ended February 29, 2012**

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Thomas E Smith | Audit Partner | 20+ | Integrated Audit | $ 796.29 | 80.0 | $ 63,703.20 |
| Jody B Underhill | Tax Director | 12 | Integrated Audit | $ 410.80 | 59.0 | $ 24,237.20 |
| Evgeny Gonokhin | Audit Senior Manager | 9 | Integrated Audit | $ 436.88 | 194.8 | $ 85,104.22 |
| David C Sands | Audit Director | 12 | Integrated Audit | $ 436.88 | 17.0 | $ 7,426.96 |
| Marcela Cortes | Tax Manager | 9 | Integrated Audit | $ 410.80 | 9.0 | $ 3,697.20 |
| Todd S. Chesla | Tax Manager | 7 | Integrated Audit | $ 312.00 | 9.0 | $ 2,808.00 |
| Elizabeth Sama | Tax Senior Associate | 4 | Integrated Audit | $ 239.20 | 80.0 | $ 19,136.00 |
| Pavel Katsiak | Audit Senior Associate | 5 | Integrated Audit | $ 257.81 | 395.0 | $ 101,834.95 |
| Alexandra L Schmidt | Audit Senior Associate | 4 | Integrated Audit | $ 241.30 | 403.0 | $ 97,243.90 |
| Kathryn A Colaianni | Audit Experienced Associate | 2 | Integrated Audit | $ 180.34 | 405.0 | $ 73,037.70 |
| Kathleen Elizabeth Bradley | Audit Experienced Associate | 2 | Integrated Audit | $ 180.34 | 409.0 | $ 73,759.06 |
| Ryan P Boyle | Audit Experienced Associate | 2 | Integrated Audit | $ 186.69 | 14.0 | $ 2,613.66 |
| Madeleine Lederer | Audit Experienced Associate | 2 | Integrated Audit | $ 180.34 | 41.0 | $ 7,393.94 |
| Drew Levy | Audit Associate | 1 | Integrated Audit | $ 130.81 | 346.0 | $ 45,260.26 |
| Eric Seth Meyer | Tax Associate | 1 | Integrated Audit | $ 161.20 | 88.0 | $ 14,185.60 |
| Ekpenyong Iniunam | Audit Intern | 1 | Integrated Audit | $ 118.00 | 250.8 | $ 29,594.40 |
| Totals | | | | | 2,800.6 | $ 651,036.25 |