IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF DEANNA BOLL

PLEASE TAKE NOTICE that Deanna Boll formerly with the law firm of Kirkland & Ellis LLP, hereby withdraws her appearance as counsel for debtor and debtor in possession W.R. Grace & Co. ("W.R. Grace"), and requests her removal from all service lists. All other counsel of record for W.R. Grace shall continue to appear on behalf of W.R. Grace in this matter.

Dated: April 3, 2012          PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession

DOCS_DE:179048.1 91100-001