

**New York State Department of**
**Taxation and Finance**
Collection and Civil Enforcement Division
Bankruptcy Section
P.O. Box 5300
Albany, New York 12205-0100
Phone (518) 457-3160
Fax (518) 457-0617



March 29, 2012

Clerk of the Court
U.S. Bankruptcy Court
Total District of Delaware
Marine Midland Plaza
824 Market Street
Wilmington, DE 19801

Re: Claim withdrawal for WRG (DELAWARE) INC., TIA MARIA WASHINGTON INC and W. R. GRACE & CO.-CONN.
Docket #: 01-01139-DE-T-W

Dear Sir/Madam:

Please be advised that the New York State Department of Taxation and Finance is withdrawing the 1st Amended Administrative Expense proof of claim in the amount of $45,162.01 with a statement date of 04/06/2009. There is no surviving Administrative Expense period proof of claim.

If you have any questions, please contact me at (518) 457-3160.

Sincerely,

Mary Baleh
Tax Compliance Representative