**<u>EXHIBIT A</u>**

## Matter 16-Asset Analysis and Recovery

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/29/12 | Lisa G Esayian | .80 | Provide comments to R. Horkovich re Anderson Kill draft brief re Integrity Insurance issues. |
| | TOTAL HOURS | .80 | |

### Matter 19-Claims (Non-Asbestos)

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/16/12 | Lisa G Esayian | 1.00 | Review insurance portion of Kaneb settlement (.4); correspond with R. Finke re same (.3); reply to certain insurers' questions re same (.3). |
| 2/27/12 | Jeffrey Gettleman | .50 | Correspond with M. Pongratz re creditor inquiry from Hain Capital (.1); confer with M. Jones re same (.1); correspond with M. Jones re same (.1); correspond with M. Jones re analysis of timing of possible distributions (.2). |
| 2/27/12 | Lisa G Esayian | 2.20 | Review letter from Intrawest's counsel re various issues re state court litigation (.4); analyze certain issues re same (.6); confer with J. Donley and A. Paul re same (.4); begin drafting response (.8). |

TOTAL HOURS     3.70

## Matter 20-Case Administration

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/10/12 | Andrew Brniak | .40 | Correspond with M. Araki from BMC Group re creditor address change (.2); correspond with J. Gettleman re second amended case management order (.2). |
| 2/14/12 | Lisa G Esayian | 1.80 | Confer with R. Finke re W.R. Grace audit letter update request (.2); draft audit letter update and correspond with J. Donley and A. Paul re same (1.4); submit update to audit letter staff (.2). |
| 2/15/12 | Lisa G Esayian | .50 | Further update to audit letter response (.3); correspond with audit letter staff re same (.2). |
| | TOTAL HOURS | 2.70 | |

### Matter 21-Claims (Asbestos)

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/22/12 | Lisa G Esayian | .70 | Confer with counsel for certain settled property damage claimants re his questions re settlement (.4); obtain and provide information re same (.3). |
| 2/23/12 | Lisa G Esayian | .20 | Correspond with settled property damage claimants' counsel re plan and settlement issues. |
| | TOTAL HOURS | .90 | |

## Matter 32-Fee Applications, Applicant

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/01/12 | Maureen McCarthy | 4.50 | Continue to draft forty-third quarterly fee application. |
| 2/02/12 | Maureen McCarthy | 1.30 | Review and revise forty-third quarterly fee application. |
| 2/06/12 | Andrew Brniak | 4.10 | Retrieve, compile and upload to DMS the K&E quarterly interim verified fee applications. |
| 2/10/12 | Adam C Paul | .30 | Telephone conference with M. McCarthy re fee application (.1); correspond with M. McCarthy re fee auditor (.2). |
| 2/13/12 | Maureen McCarthy | 3.20 | Review and revise forty-second quarterly fee application. |
| 2/14/12 | Adam C Paul | .90 | Analyze and revise quarterly fee application. |
| 2/15/12 | Maureen McCarthy | 1.70 | Revise and finalize forty-third quarterly fee application (1.5); follow-up with local counsel re filing and service of same (.2). |
| 2/22/12 | Adam C Paul | .90 | Analyze Kirkland invoices. |
| 2/23/12 | Adam C Paul | 1.50 | Analyze and revise January invoices. |
| 2/24/12 | Adam C Paul | 1.50 | Analyze and revise invoices and fee application. |
| 2/29/12 | Maureen McCarthy | 1.80 | Draft January fee application. |

TOTAL HOURS      21.70

## Matter 35-Fee Application Other

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/08/12 | Adam C Paul | .40 | Telephone conference with R Frankel re PwC application. |
| 2/09/12 | Emily S O'Connor | .60 | Research docket and distribute pleadings re PricewaterhouseCoopers. |
| 2/10/12 | Andrew Brniak | 2.20 | Retrieve and compile precedent re fee applications and entered orders relating to Garlock's bankruptcy proceeding (.9); create, revise and review summary tracking chart of Garlock's counsel (1.1); correspond with J. Gettleman re same (.2). |
| 2/10/12 | Jeffrey Gettleman | 1.30 | Correspond with A. Paul re analysis of fees of debtor counsel in Garlock bankruptcy case (.1); correspond with A. Paul attaching interim fee orders re same (.1); review amended PwC application, certificate of no objection and December 19 hearing transcript (.4); review plan provision re payment of professionals' fees re same (.3); confer with J. Baer re same (.2); office conference with A. Paul re same (.2). |
| 2/10/12 | Adam C Paul | .90 | Analyze and revise PwC statement (.6); confer with J. Gettleman re same (.2); correspond with R. Finke re same (.1). |
| 2/21/12 | Jeffrey Gettleman | .20 | Correspond with A. Paul re granting of PwC amended retention application (.1); correspond with C. Cheetham re same (.1). |

TOTAL HOURS    5.60

## Matter 37-Plan and Disclosure Statement

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/01/12 | Mike Jones | 4.10 | Draft settlement motion re Libby and BNSF settlements. |
| 2/01/12 | Emily S O'Connor | .80 | Collect and distribute appellee briefs. |
| 2/01/12 | Andrew Brniak | .20 | Review and compile recently filed pleadings and correspond with working group re same. |
| 2/01/12 | Jeffrey Gettleman | 2.00 | Correspond with S. Chokshi re appellants' attorneys' contact information (.2); confer with A. Brniak re claims reconciliation chart for appellants' proofs of claim (.1); correspond with S. Chokshi re same (.2); correspond with J. Baer re comments to draft Libby settlement approval order (.1); correspond with A. Paul re same (.1); correspond with A. Brniak and A. Paul re pleadings (.2); correspond with M. Jones re drafting of Libby settlement motion (.1); correspond with A. Paul, M. Shelnitz and others re draft Libby settlement order (.1); correspond with M. Jones re same (.1); correspond with M. Jones re draft of Libby settlement motion (.1); office conference with A. Brniak re appellant information (.2); correspond with M. Jones re same (.1); correspond with A. Paul re briefs and proofs of claim filed by appellants (.1); correspond with S. Chokshi re same (.1); correspond with A. Brniak re same (.1); correspond with E. O'Connor re same (.1). |
| 2/01/12 | Adam C Paul | 4.20 | Correspond with J Donley re confirmation opinion and stay pending appeal (.6); analyze possible parties who would file a motion to reconsider or for a stay pending appeal (.9); confer with multiple parties re confirmation order (1.2); analyze and revise order approving settlement (1.1); confer with J O'Donnell re earnings call and confirmation order (.4). |
| 2/01/12 | Jack N Bernstein | 3.00 | Research re medical privacy issues under HIPAA re Libby settlement (2.0); prepare correspondence re same (1.0). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/01/12 | John Donley, P.C. | 3.70 | Review and analyze District court opinion, focusing especially on lender issues and PD issues. |
| 2/01/12 | Lisa G Esayian | 1.00 | Analyze objectors' potential appeal issues re property damage portion of District Court's confirmation opinion. |
| 2/02/12 | Mike Jones | 1.30 | Review and revise settlement motion re Libby and BNSF settlements (.8); correspond with working group re same (.2); compile appellate briefs and proofs of claim for appellant parties (.3). |
| 2/02/12 | Andrew Brniak | 1.50 | Correspond with M. Araki from BMC Group re twelve appellants filed proofs of claim (.3); correspond with J. Gettleman and J. Michael Jones re same (.2); create, revise and review appellate chart (.9); correspond with J. Michael Jones re same (.1). |
| 2/02/12 | Jeffrey Gettleman | 1.50 | Correspond with M. Araki re appellants' proofs of claim project (.1); correspond with S. Chokshi and A. Paul re same (.1); review and edit appellate chart (.1); correspond with M. Jones re same (.1); correspond with A. Brniak re same (.1); review and revise Libby settlement order re J. Baer comment (.2); correspond with M. Jones re implications of J. Baer edits to draft approval motion (.1); correspond with M. Jones re drafting issues re Libby settlement motion (.1); review and revise Libby settlement approval order (.2); correspond with A. Paul re drafting of Libby settlement approval motion (.2); correspond with A. Brniak re appellants' proof of claim for S. Chokshi (.1); correspond with A. Brniak and M. Araki re same (.1). |
| 2/02/12 | Adam C Paul | .40 | Correspond with J. Gettleman re Libby order and motion. |
| 2/02/12 | Nia Dukov | 1.30 | Review Buckwalter opinion. |
| 2/02/12 | Jack N Bernstein | .70 | Analyze HIPAA issues re Libby settlement. |
| 2/02/12 | John Donley, P.C. | 4.20 | Review and analyze District Court opinion (2.8); review and analyze appellate options |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | and strategy (1.4). |
| 2/02/12 | Lisa G Esayian | 1.90 | Respond to questions from various settling insurers' counsel re impact of District Court opinion on potential plan effective date (.5); work on property damage issues re District Court opinion (1.4). |
| 2/03/12 | Mike Jones | 6.30 | Draft settlement motion re Libby and BNSF settlements (4.2); review and revise same (2.1). |
| 2/03/12 | Kimberly K Love | .40 | Prepare and organize materials requested by L. Esayian re CMOs. |
| 2/03/12 | Andrew Brniak | .50 | Correspond with M. Araki from BMC Group re twelve appellants filed proofs of claim (.3); correspond with J. Gettleman and J. Michael Jones re reconciliation summary chart of same (.2). |
| 2/03/12 | Jeffrey Gettleman | .60 | Review claims reconciliation charts re appellants' claims (.1); correspond with A. Brniak re same (.2); correspond with S. Chokshi re chart re same (.1); correspond with J. Baer re proofs of claim for Libby claimants (.1); correspond with M. Jones re draft of Libby settlement motion (.1). |
| 2/03/12 | Adam C Paul | 4.90 | Analyze and revise Libby order (.8); correspond with J. Gettleman re same (.2); correspond with R. Wyron re insurers and Libby settlement (.6); correspond with J. Donley re same (.3); analyze district court order (2.4); correspond with J. Donley and R. Frankel re Garlock motion (.6). |
| 2/03/12 | Rana Barakat | 2.10 | Review filings and recent developments in key asbestos bankruptcy cases (.9); draft summary of filings and developments in key asbestos bankruptcy cases (1.2). |
| 2/03/12 | Nia Dukov | 1.80 | Draft summary of legal authorities in Buckwalter opinion. |
| 2/03/12 | Jack N Bernstein | 2.00 | Analyze medical privacy issues re Libby settlement (1.5); prepare correspondence re same (.3); confer re same (.2). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/03/12 | Lisa G Esayian | 2.80 | Analyze property damage issues in District Court opinion. |
| 2/04/12 | Rana Barakat | 4.50 | Review recent filing and developments in key asbestos bankruptcy cases (1.9); draft summary of new filings and recent developments in key asbestos bankruptcy cases (2.6). |
| 2/05/12 | Mike Jones | .80 | Review and revise settlement motion. |
| 2/05/12 | Jeffrey Gettleman | 1.50 | Correspond with A. Paul re Garlock motion for reconsideration and pleading (.2); correspond with J. O'Neill re due date for responses to Garlock motion (.1); review and revise draft Libby settlement motion (.6); correspond with M. Jones re same (.1); correspond with R. Finke re comments to proposed Libby settlement order (.1); correspond with A. Paul re same (.1); correspond with M. Jones re questions re revisions to Libby settlement motion (.2); correspond with A. Paul re timing for moving for stay pending appeal re Garlock motion (.1). |
| 2/05/12 | Adam C Paul | 2.20 | Analyze and revise district court order (.6); analyze Garlock motion to reconsider (.4); correspond with J. Gettleman and J. Donley re same (.9); confer with J. Donley re same and strategy (.3). |
| 2/05/12 | Nia Dukov | 3.30 | Draft summary of legal authorities in Buckwalter opinion. |
| 2/05/12 | John Donley, P.C. | 4.30 | Review and analyze in detail portions of District Court opinion and further prospective appellate issues, focusing primarily on AMH, discrimination classification, 1129(b), and anti-assignment issues (2.8); analyze and annotate Libby and BNSF issues, issues in opinion on appeals subject to settlement agreements and next steps (1.5). |
| 2/05/12 | Lisa G Esayian | 2.00 | Analyze District Court opinion re property damage ruling (1.0); correspond with J. Donley re same (.3); correspond with J. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | Donley re issues re potential motions for reconsideration (.2); review prior briefs re same (.5). |
| 2/06/12 | Mike Jones | 3.90 | Review and revise settlement motion (2.4); research re same (1.2); correspond with J. Gettleman and A. Paul re same (.3). |
| 2/06/12 | Kimberly K Love | 2.50 | Review files and materials concerning MCC argument re rehearing as requested by J. Donley (1.7); prepare and organize various materials re Garlock as requested by R. Barakat (.8). |
| 2/06/12 | Jeffrey Gettleman | 5.00 | Confer with A. Paul re analysis of Garlock brief (.2); office conference with M. Jones re same (.2); correspond with A. Paul and J. Baer re final Libby settlement term sheet and timing of filing of approval motion (.1); correspond with M. Jones re same (.1); correspond with J. Bernstein re medical information/privacy issues re Libby settlement (.1); correspond with M. Jones re same (.1); correspond with A. Paul, R. Frankel and others re draft of proposed order approving Libby/BNSF settlements (.1); correspond with A. Paul re procedural aspects of Garlock motion (.1); review and revise revised version of Libby/BNSF settlement approval motion (.6); confer with M. Jones and A. Paul re draft of Libby settlement motion (.2); revise draft Libby settlement order (.4); correspond with M. Jones and A. Paul re further revised Libby settlement motion and order (.2); correspond with J. O'Neill re court deadline for filing responses to Garlock motion and stay (.2); correspond with M. Jones re edits to proposed Libby settlement order (.1); correspond with P. Lockwood re Garlock motion (.1); office conference with A. Paul re issues re Garlock motion (.3); draft, review and revise analysis of procedural aspects of stays pending appeal re Garlock motion (1.1); research re same (.3); confer with A. Paul re same (.3); correspond with M. Jones re final version of Libby and BNSF settlement term sheets re edits to motion (.2). |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|------|------|------|------|
| 2/06/12 | Adam C Paul | 7.40 | Analyze district court order (3.1); analyze and revise Libby order (1.9); confer with J. Donley re district court order (.7); analyze and revise memo re district court order (1.3); correspond with J. Donley re same (.4). |
| 2/06/12 | Rana Barakat | 8.00 | Review case transcripts and Garlock's opening brief for arguments re standing (.2); review Garlock's motion for rehearing (.3); meet with J. Donley re Garlock's motion for rehearing and filing deadlines for motions for reconsideration (.7); research re legal standards for granting motions for reconsiderations (.5); review case law re same (.6); research re timing under Rules 59(e), 60(a) and 60(b), review case law and rules re same (1.1); draft summary re same (.5); research re legal standards for granting clarification based on clerical and other errors, review case law re same (1.2); draft summary re same (.5); research re binding effect of opinions that conflict with plans of reorganization and review case law re same (2.4). |
| 2/06/12 | Nia Dukov | 3.30 | Draft summary of legal authorities in Buckwalter opinion re lender. |
| 2/06/12 | Jack N Bernstein | 1.90 | Analyze HIPAA issues re Libby settlement (1.5); prepare correspondence re same (.3); confer re same (.1). |
| 2/06/12 | John Donley, P.C. | 5.90 | Review and analyze Garlock motion, relevant precedents on motions for reconsideration and record below (1.5); review and analyze bank lender opinion and relevant record below (2.3); confer with E. Leon re same (.3); review and edit draft order re Libby and BNSF settlements (.4); correspond with R. Wyron and R. Frankel re insurers' issue re stay pending appeal (.1); analyze same issue (.2); draft outline and memorandum for client re remaining appeals and assessment based on Dist. Ct. opinion (1.1). |
| 2/06/12 | John Donley, P.C. | 7.00 | Confer with N. Coco and D. Turetsky re District Court and appeal issues (.3); draft |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | memorandum to client re same (.2); review and revise L. Esayian memorandum re PD claims (.5); correspond with L. Esayian, M. Shelnitz and A. Paul re same (.5); confer with A. Paul re PD questions (.3); review and analyze District Court opinion, briefing below and record below re various aspects of AMH appeals (2.4); analyze nature and potential for AMH future appeals (.8); review, analyze and outline various procedural, stay and motion practice issues (.7); correspond with J. O'Neill, A. Paul and J. Gettleman re same (.5); conference with R. Barakat re procedural and appellate research issues (.3); correspond with R. Wyron re Libby (.1); correspond with M. Shelnitz, P. Lockwood, R. Frankel and A. Paul re Garlock (.4). |
| 2/06/12 | Lisa G Esayian | 6.00 | Confer with A. Rich re property damage portions of District Court opinion (.5); follow-up analysis re same (1.0); review and revise memorandum for M. Shelnitz re same (2.0); review and follow up on comments from M. Shelnitz re same (1.5); analyze insurance issues in District Court opinion (1.0). |
| 2/06/12 | Eric F Leon | .30 | Confer with J. Donley re bank lender arguments and opinion. |
| 2/07/12 | Mike Jones | 1.70 | Review and summarize Garlock appellate arguments (1.5); correspond with J. Gettleman re same (.2). |
| 2/07/12 | Kimberly K Love | 2.40 | Prepare and organize District Court orders and materials for distribution to case files (.7); prepare and organize materials re Sanders as requested by L. Esayian (1.0); prepare and organize various confirmation hearing materials requested by R. Barakat (.7). |
| 2/07/12 | Andrew Brniak | .40 | Review and compile recently filed pleadings re dismissal of compensation applications (.2); correspond with A. Paul re same (.2). |
| 2/07/12 | Jeffrey Gettleman | 6.10 | Research re footnote 3 of Garlock motion for |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | reargument (1.6); draft, review and revise brief section re same (2.6); correspond with A. Paul re same (.2); review and analyze Garlock bankruptcy docket re procedural status of disclosure statement and plan approval (.3); review pleadings re same (.6); correspond with A. Paul re same (.1); correspond with A. Paul and R. Wyron re comments to BNSF settlement agreement (.1); correspond with M. Jones re same (.1); office conference with M. Jones re analysis of Garlock appellate arguments (.2); correspond with M. Jones and A. Paul re same (.1); correspond with A. Paul re Libby medical plan beneficiaries issue (.1); correspond with M. Jones re draft chart re Garlock appellate arguments (.1). |
| 2/07/12 | Adam C Paul | 9.60 | Analyze district court opinion (2.7); confer with plan proponents re district court opinion (1.9); prepare for same (1.6); prepare for meeting with R. Wyron and R. Frankel re Libby and district court order (2.1); analyze and revise documents related to Libby settlement (1.3). |
| 2/07/12 | Rana Barakat | 10.00 | Review and analyze cases re binding nature of confirmed plans of reorganization (1.4); research re contractual nature of a confirmed plan of reorganization (1.8); confer re Garlock's motion to alter or amend the Court's judgment (1.9); review and analyze plan of reorganization and trust distribution procedures for any inconsistencies with memorandum opinion (2.1); draft section of Grace's motion for clarification of memorandum opinion (2.8). |
| 2/07/12 | Nia Dukov | 5.60 | Draft summary of new legal authorities in Buckwalter opinion re bank lenders. |
| 2/07/12 | Jack N Bernstein | 1.00 | Prepare correspondence re HIPAA privacy issues (.7); confer re same (.3). |
| 2/07/12 | John Donley, P.C. | .60 | Draft memorandum to D. Coco and D. Turetsky re potential motion practice (.4); correspond with A. Paul re same (.2). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/07/12 | John Donley, P.C. | 9.40 | Draft and revise client assessment and analysis of District Court opinion and impact on various potential appeals (.8); confer with A. Paul and C. Landau re appellate issues and strategy (.5); confer with R. Barakat re reconsideration-type motions research (.2); prepare for and lead client strategy confer along with numerous ACC, FCR, Equity counsel, A. Paul, L. Esayian, C. Landau and R. Barakat re memorandum opinion, appellate and District Court motion practice strategy (2.0); review and research Garlock motion and authority (1.); review and analyze record below (1.7); outline possible responses (.4); draft intro and outline to response (1.5); draft and revise summary of points and issues for potential clarification throughout memorandum opinion (1.3). |
| 2/07/12 | Lisa G Esayian | 3.40 | Confer with plan proponents' counsel and M. Shelnitz and R. Finke re follow-up issues re District Court confirmation opinion (1.8); follow-up work on PD issues (1.6). |
| 2/07/12 | Christopher Landau, P.C. | 2.20 | Review decision affirming confirmation order (1.7); confer with team re appellate strategy (.5). |
| 2/08/12 | Mike Jones | .50 | Review and revise settlement motion and approval order. |
| 2/08/12 | Kimberly K Love | 3.00 | Prepare and organize recently filed materials from Bankruptcy and District Courts for files (1.3); prepare and organize materials for upcoming filing (1.7). |
| 2/08/12 | Andrew Brniak | .40 | Review and compile recently filed pleadings and correspond with working group re same. |
| 2/08/12 | Jeffrey Gettleman | 5.40 | Draft, review and revise analysis of jurisdictional issue re stays pending appeal (.4); correspond with J. Donley and A. Paul re same (.1); confer with A. Paul, J. Donley, R. Wyron and others re issues re Garlock motion for reargument (.4); correspond with M. Jones re edits to Libby settlement motion and order (.2); review and revise Orrick changes to proposed Libby settlement order |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | (.3); office conference with M. Jones re same (.2); correspond with M. Jones re edits to chart of Garlock arguments (.1); correspond with P. Lockwood and others re revised version of Libby settlement order incorporating Orrick changes (.2); correspond with R. Wyron re additional edits to Libby settlement order (.1); correspond with M. Jones and A. Paul re same (.2); correspond with J. Donley and A. Paul re questions re stay pending appeal (.2); confer with J. Donley and A. Paul re same (.3); review and revise analysis of Garlock appellate arguments (.4); correspond with M. Jones re same (.1); review previous analyses of Garlock briefs and arguments (.3); correspond with A. Paul re same (.1); research re stays pending appeal (1.1); review and analyze Orrick chart of Garlock arguments (.3); correspond with A. Paul re Orrick changes to Libby settlement order (.1); correspond with A. Paul and M. Jones re chart of Garlock arguments and analysis of same (.1); confer with A. Paul re drafting of response to Garlock motion for reargument (.2). |
| 2/08/12 | Adam C Paul | 6.30 | Participate in meeting with FCR and J. Donley re Libby and district court order (4.6); confer with counsel for AXA, GEICO and Sealed Air re district court order (1.3); confer with J. Donley re same (.4). |
| 2/08/12 | Nia Dukov | 2.30 | Draft summary of legal authorities in Buckwalter opinion re bank lenders. |
| 2/08/12 | John Donley, P.C. | 5.00 | Confer with M. Giannotti re settlement issues (.6); confer with R. Phillips re settlement and motion practice issues (.2); correspond with D. Blabey re memorandum opinion (.2); review L. Esayian memo re PD aspects of memorandum opinion (.3); confer with A. Paul re insurer discussions and District Court strategy issues (.4); draft brief section under Rule 59 re jury trial section of memorandum opinion and blackline of proposed revisions (2.2); revise same (.6); correspond with P. Lockwood, R. Wyron, R. Frankel, M. |

K&E 22149952.1

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|------|------|------|------|
| | | | Shelnitz and A. Paul re revisions (.5). |
| 2/08/12 | John Donley, P.C. | 7.10 | Prepare for strategy meeting with R. Frankel, R. Wyron and A. Paul re settlements' drafting and issues and appeal/District Court motion practice issues (.4); participate in confer re strategy (3.0); confer and correspond with A. Paul re myriad issues re same topics (.7); review R. Barakat's research re Rule 59 and jury trial issues (.4); correspond with R. Barakat re follow-up (.1); review Garlock Plan (.2); confer with G. Cassada re Garlock motion practice (.3); draft correspondence to client re same (.1); review new Garlock discovery pleadings (.1); confer with J. Wehner re Garlock briefing (.3); review and analyze research re stay and timing (.6); correspond and confer with J. Gettleman and A. Paul re stay issues (.4); review and revise BNSF settlement agreement (.5). |
| 2/08/12 | Lisa G Esayian | 3.50 | Analyze issues re certain property damage findings in District Court's opinion. |
| 2/09/12 | Mike Jones | 2.80 | Review and revise settlement motion (.8); research re same (.5); correspond with J. Gettleman re same (.1); review and revise analysis of Garlock appellate arguments (1.2); correspond with J. Gettleman re same (.2). |
| 2/09/12 | Emily S O'Connor | .30 | Collect and distribute 2019 statements filed by the Libby claimants. |
| 2/09/12 | Kimberly K Love | 3.00 | Review, edit and cite check document for potential filing with District Court (2.0); prepare and organize materials requested by R. Barakat (1.0). |
| 2/09/12 | Jeffrey Gettleman | 5.10 | Review and analyze final version of Libby settlement term sheet re Grace obligations re current plan beneficiaries (.2); correspond with E. O'Connor re Rule 2019 statement referred to in Libby term sheet (.1); office conference with A. Paul re information needed to complete Libby settlement agreement (.2); confer with A. Paul re supplemental motion re PwC retention |

| **Date** | **Name** | **Hours** | **Description** |
|------|------|------|------|
| | | | application in view of District Court confirmation order (.1); correspond with E. O'Connor re documents needed re same (.2); review Rule 2019 statements re information needed for Libby settlement agreement (.2); correspond with J. Donley and A. Paul re proposed insert for response to Garlock motion for reargument (.2); correspond with A. Paul re agenda for February 27 hearing (.2); correspond with K. Makowski re same (.2); correspond with R. Wyron and A. Paul re comments to BNSF settlement agreement (.2); correspond with A. Paul re edits to BNSF settlement agreement (.1); correspond with A. Paul and M. Jones re edits to Libby settlement order (.3); review and analyze R. Wyron's suggested edits to BNSF settlement agreement (.2); office conference with A. Paul re edits to Libby settlement order (.2); confer with J. Donley, M. Shelnitz, A. Paul and others re Garlock strategy and related issues (.4); office conference with A. Paul re Grace motion to amend District Court's order (.1); office conference with A. Paul re Section III.A of Libby term sheet (.1); office conference with A. Paul re calculation of debtor's counsel's fees in Garlock bankruptcy (.1); correspond with A. Brniak re same (.1); correspond with M. Jones re language in Libby settlement motion (.1); correspond with A. Paul re District Court motion issues (.4); review and revise insert re same (.3); correspond with M. Jones re further revisions to Libby settlement order and Garlock motion (.2); correspond with J. Donley and M. Jones re coverage of Garlock's arguments by Judge Fitzgerald and Judge Buckwalter (.2); correspond with M. Jones and A. Paul re Garlock charts (.3); review revised chart re same (.2). |
| 2/09/12 | Adam C Paul | 9.00 | Analyze and revise claim objection and EPA motion (3.9); analyze and revise motion to amend judgment (1.8); analyze Garlock response (.6); conference with J. Donley re motions for a stay (.4); analyze and revise agenda (.3); confer with M. Shelnitz re Sealed Air, Garlock and Libby (.9); analyze |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | and revise BNSF settlement agreement and Libby order (1.1). |
| 2/09/12 | Rana Barakat | 3.70 | Draft summary of recent developments in asbestos bankruptcy cases (.4); review and analyze cases discussing propriety of revisions to memorandum opinions (.3); draft summary to J. Donley re same (.2); review recent filings in asbestos bankruptcy cases (.8); review trust distribution procedures for provisions re jury award caps, individual and expedited review procedures and arbitration rights under joint plan (.8); edit motion for order clarifying memorandum opinion re Libby Claimants' jury trial rights (1.2). |
| 2/09/12 | Nia Dukov | 2.80 | Draft summary of legal authorities in Buckwalter opinion. |
| 2/09/12 | Jack N Bernstein | .80 | Analyze and prepare correspondence re Libby medical program. |
| 2/09/12 | John Donley, P.C. | 7.80 | Revise Rule 59 brief and Exhibit A and review opinion and record cites relevant to same (3.8); correspond with R. Finke and R. Frankel re same (.3); confer with A. Paul re same and re various current settlement issues (.4); review and work on various settlement drafts (.5); review and analyze Judge Fitzgerald and District Court opinions re Garlock issues (1.0); draft inserts and responses to Garlock draft (.9); draft correspondence to J. Wehner re same (.3); draft correspondence to D. Blabey re bank lender issues (.2); draft correspondence to N. Coco and D. Turetsky re drafting and motions (.2); draft correspondence to client re same (.2). |
| 2/09/12 | Lisa G Esayian | .30 | Confer with J. Donley re potential motions for reconsideration and potential modifications to confirmation order. |
| 2/10/12 | Mike Jones | 1.60 | Review and revise settlement motion (.7); research re same (.7); correspond with J. Gettleman re same (.2). |
| 2/10/12 | Kimberly K Love | 2.90 | Review and cite check revised document re motion to amend memorandum opinion (.9); |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | prepare and organize various documents requested by R. Barakat (.6); review files and materials re 2019 filings and exhibits as requested by E. O'Connor (1.4). |
| 2/10/12 | Andrew Brniak | .30 | Review and compile precedent re disclosure statements (.2); correspond with J. Michael Jones re same (.1). |
| 2/10/12 | Jeffrey Gettleman | 4.90 | Correspond with P. Cuniff re PwC application (.1); confer with K. Makowski re statement in support of PwC application (.1); correspond with P. Lockwood and others re response to Garlock motion for reconsideration (.1); correspond with J. Wehner re response to Garlock motion for reargument (.1); correspond with D. Cohn, M. Giannotto and others re draft Libby/BNSF settlement approval order for review (.2); correspond with A. Paul and J. Donley re Sealed Air motion (.3); review January and February omnibus hearing agendas re same (.2); review and analyze case management order re same (.2); correspond with K. Makowski re deadline for filing statement of support under current case management order (.1); correspond with M. Jones re A. Paul comments to Libby approval motion (.2); review 2012 omnibus hearing dates, filing and objection deadlines (.2); review and revise statement of support to incorporate A. Paul comments (.9); correspond with M. Jones re edits to Libby settlement order (.1); review and revise Libby settlement order (.7); confer with A. Paul and M. Jones re same (.2); correspond with M. Jones re current version of BNSF settlement agreement (.1); review and revise proposed Libby settlement order (.4); correspond with A. Paul re agenda for February 27 hearing (.1); office conferences with A. Paul and M. Jones re supersedeas bond question (.4); office conference with E. O'Connor re obtaining exhibit to Libby claimants' counsel's 2019 statements (.2). |
| 2/10/12 | Adam C Paul | 6.70 | Analyze and revise motion to alter/amend (1.8); confer with ACC/FCR re same (.8); |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | analyze Garlock argument (1.1); analyze Sealed Air pleading (.9); analyze Garlock fees (.6); analyze district court order (1.3); correspond with J. Donley re motion to alter/amend (.2). |
| 2/10/12 | Rana Barakat | 4.10 | Research developments in key asbestos bankruptcy cases (.8); review recent filings in key asbestos bankruptcy cases (.8); edit motion to clarify portions of Court's memorandum of law re releases and jury trial rights (1.2); draft summary of recent rulings and developments in key asbestos bankruptcy cases (1.3). |
| 2/10/12 | Nia Dukov | 1.80 | Draft summary of legal authorities in Buckwalter opinion re bank lenders. |
| 2/10/12 | John Donley, P.C. | 2.40 | Review and revise draft motions, forms of order and attachments and exhibits re Rule 59 (1.7); correspond with D. Turetsky re same (.4); correspond with M. Shelnitz and ACC/FCR co-counsel re same (.3). |
| 2/10/12 | Lisa G Esayian | 1.50 | Correspond with ACC's and FCR's counsel re issues re unresolved insurers (.3); confer with ACC's and FCR's counsel and J. Donley and A. Paul re follow-up re District Court opinion (1.0); confer with R. Barakat re issues re motions for reconsideration (.2). |
| 2/11/12 | Jeffrey Gettleman | .40 | Correspond with A. Paul re Sealed Air motion (.2); correspond with R. Frankel re same (.1); correspond with J. Donley re same (.1). |
| 2/11/12 | Rana Barakat | 3.10 | Draft memorandum summarizing developments in key asbestos bankruptcy cases and analyzing recent case law re doctrine of equitable mootness. |
| 2/11/12 | John Donley, P.C. | 1.50 | Review and revise draft motions, forms of order and attachments and exhibits re Rule 59 (1.2); correspond with R. Frankel and M. Shelnitz re same (.3). |
| 2/12/12 | Jeffrey Gettleman | .20 | Correspond with M. Shelnitz re Sealed Air motion (.1); correspond with A. Paul re same |

| **Date** | **Name** | **Hours** | **Description** |
|------|------|-------|-------------|
| | | | (.1). |
| 2/12/12 | John Donley, P.C. | 5.70 | Review and revise draft motions, forms of order and attachments and exhibits re Rule 59 (2.2); confer with D. Turetsky re same (.4); correspond with M. Shelnitz re same (.3); correspond with A. Paul, J. Baer and R. Frankel re same (.4); analyze legal and strategic options re Garlock (1.3); draft client memorandum re same (1.1). |
| 2/13/12 | Mike Jones | 4.30 | Review and revise settlement motion and order (1.4); correspond with working group re same (.3); research re appellate bond requirements (2.6). |
| 2/13/12 | Emily S O'Connor | 2.30 | Review exhibits to the 2019 statements filed by the Libby claimants and calculate the total amount of claimants. |
| 2/13/12 | Andrew Brniak | .30 | Review and compile recently filed pleadings and correspond with working group re same. |
| 2/13/12 | Jeffrey Gettleman | 2.40 | Review Libby term sheet (.2); correspond with M. Jones re editing Libby settlement order (.2); correspond with M. Jones re research re appeal bonds (.2); correspond with A. Paul re edits to BNSF settlement agreement (.1); correspond with R. Finke re LMP and Libby settlement term sheet (.1); correspond with E. O'Connor re same (.1); review M. Jones analysis of supersedeas bond issues (.3); correspond with J. Donley, A. Paul and R. Barakat re Bankruptcy Rule 9023 and motion for reconsideration (.4); research re extension of time to appeal when motion for reconsideration is filed (.3); correspond with A. Paul and J. Donley re same (.2); correspond with E. O'Connor re Libby claimants' 2019 statement exhibits (.1); office conference with E. O'Connor re analyzing Rule 2019 statements re completion of Libby settlement term sheet (.1); correspond with R. Finke re same (.1). |
| 2/13/12 | Adam C Paul | 6.10 | Finalize motion to alter/amend (2.9); analyze and revise memo re Garlock (1.3); analyze and respond to BNSF motion to extend (1.1); |

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| | | | finalize BNSF settlement agreement (.8). |
| 2/13/12 | Rana Barakat | .30 | Correspond with local counsel re compliance of proposed Rule 59(e) motion with local rules (.1); edit Rule 59(e) motion for clarification (.2). |
| 2/13/12 | John Donley, P.C. | .60 | Correspond with ACC, FCR and client re BNSF motion (.3); confer with R. Finke re same (.2); review BNSF motion (.1). |
| 2/13/12 | John Donley, P.C. | 7.20 | Draft and revise memorandum to client re Garlock legal options and strategy (1.6); correspond and confer with A. Paul re same (.4); revise Rule 59 motion and Exhibit A (1.9); review and comment on drafts of parallel Sealed Air/Fresenius filings (.4); correspond and confer with N. Coco and D. Turetsky re same (.6); strategy confer with P. Lockwood, R. Frankel, M. Shelnitz, R. Finke, A. Paul and J. Baer re post-ruling motions and other current issues (.4); correspond with R. Frankel and P. Lockwood re same (.2); correspond with J. Gettleman re Garlock issues (.2); confer and correspond with D. Cohn re Libby issues (.3); confer with A. Paul re same (.2); correspond with L. Casey and M. Giannotto re BNSF motion (.6); research and analyze BNSF motion issues (.4). |
| 2/13/12 | Lisa G Esayian | 2.40 | Work on issues re Libby/BNSF/insurer settlements (1.1); work on issues re potential Anderson Memorial appeal (1.3). |
| 2/14/12 | Mike Jones | 1.30 | Research case law and other documents re amending trust distribution procedures. |
| 2/14/12 | Kimberly K Love | 1.00 | Prepare and organize plan materials requested by M. Jones (.4); prepare and organize recently filed pleadings for inclusion into case files (.6). |
| 2/14/12 | Andrew Brniak | .40 | Review and compile recently filed pleadings and correspond with working group re same. |
| 2/14/12 | Jeffrey Gettleman | 2.80 | Correspond with A. Paul re recent confirmed plans in asbestos bankruptcy cases (.1); confer with A. Paul re TDP issues (.2); |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | confer with M. Jones re research re same (.2); review analysis of Libby claimants for term sheet (.1); correspond with E. O'Connor re same (.1); draft, review and revise analysis of BNSF motion seeking extension of time to file notice of appeal (1.0); research re same (1.1). |
| 2/14/12 | Adam C Paul | 5.20 | Analyze standards for posting a bond (1.2); confer with J. Gettleman re Garlock (.3); analyze district court filings (.9); analyze BSNF motion (.9); correspond with J. Gettleman and R. Wyron re same (.8); analyze appellate rules (1.1). |
| 2/14/12 | Rana Barakat | .20 | Review dockets of recent Fifth and Third Circuit cases re equitable mootness for any filings of appeals; correspond with J. Donley re same. |
| 2/14/12 | John Donley, P.C. | 5.70 | Review memorandum summarizing key developments in other 524(g) cases (.5); draft correspondence to R. Barakat re follow-up (.1); review various recent chapter 11 case filings (.2); review new equitable mootness cases in Third Circuit and Fifth Circuit (.4); correspond with R. Barakat and P. Lockwood re equitable mootness arguments (.3); draft correspondence to team re Rule 59 issues (.1); review filings before Judge Buckwalter (.3); correspond with R. Wyron and R. Frankel re BNSF (.1); review Garlock appellate discovery briefing (.3); work on audit letter reply (.3); revise strategy memorandum re Garlock (.4); correspond with M. Shelnitz re same (.1); review BNSF and Libby current settlement draft papers and order (.5); analyze Judge Buckwalter's opinion and outlining of appellate issues (2.1). |
| 2/15/12 | Kimberly K Love | 2.50 | Review files for information re distribution list for District Court materials (.8); prepare and organize recently received filings for inclusion into case files (1.2); review files for information re Judge Buckwalter's chambers procedures and contacts (.5). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/15/12 | Andrew Brniak | .30 | Review and compile recently filed pleadings and correspond with working group re same. |
| 2/15/12 | Jeffrey Gettleman | 1.50 | Correspond with A. Paul re procedural issues re BNSF motion (.4); research re same (.4); correspond with A. Paul re following Montana claimants re comments to Libby settlement approval order and motion (.2); correspond with M. Jones re revisions to settlement motion (.1); review and analyze plan proponents' motion to amend memorandum opinion (.2); review and analyze Sealed Air motion to amend opinion (.2). |
| 2/15/12 | Adam C Paul | 5.70 | Analyze and revise motion to approve settlement (3.2); correspond with J. Gettleman re Libby (.3); correspond with R. Finke re Libby (.2); correspond with D. Cohn re medical program (.2); analyze NY Hillside response (.1); participate in confer with J. Donley and ACC/FCR re appeals (1.1); analyze BNSF request (.6). |
| 2/15/12 | Britt C Grant | 1.30 | Correspond with C. Landau re briefing strategy (.2); correspond with S. Engel re same (.2); review opinion and prior research re procedures (.9). |
| 2/15/12 | John Donley, P.C. | .40 | Confer and correspond with M. Shelnitz re BNSF (.2); draft correspondence to client re Garlock briefing and BNSF issues (.2). |
| 2/15/12 | John Donley, P.C. | 7.30 | Review Garlock record and outline points and authorities for reply brief (1.5); review Rule 59 and related reconsideration cases and authorities (.6); confer with chambers and L. Casey re BNSF order (.1); correspond with J. O'Neill re same (.2); research and analyze notice of appeal, statement of issues, extension of time and authorities relevant thereto (2.0); draft memorandum and correspondence to Court re BNSF motion and draft Order (.7); revise same (.6); correspond and confer with L. Casey, negotiating BNSF issues re draft order (.5); confer with D. Cohn re Libby issues (.3); correspond with R. Frankel and R. Wyron re |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|------|------|------|-------------|
| | | | BNSF issues (.3); correspond and confer with M. Giannotto re Libby and BNSF issues (.3); correspond with J. Baer re BNSF motion (.2). |
| 2/16/12 | Mike Jones | 2.40 | Research caw law and related documents re amending trust distribution procedures. |
| 2/16/12 | Jeffrey Gettleman | 2.10 | Office conference with M. Jones re plan and bankruptcy code provisions governing amendment of TDP (.3); correspond with A. Paul re statements by attorney for Libby claimants (.1); review M. Jones analysis of amendment to TDP (.2); correspond with A. Paul re clarification re same (.1); analyze Libby term sheet issues (.2); office conference with E. O'Connor re cross-check of names on 2019 statements with LMP administrator's covered individuals re filling in blanks in Libby term sheet (.2); correspond with E. O'Connor and R. Finke re same (.2); correspond with R. Finke re transfer of Libby medical program (.1); research re extensions of time to file notices of appeal (.1); correspond with A. Paul re BNSF motion re same (.1); correspond with A. Paul re fees of debtors' counsel in Garlock bankruptcy case (.3); docket research re same (.2).. |
| 2/16/12 | Adam C Paul | 5.80 | Analyze and revise environmental motion (.4); analyze and revise Garlock response (1.1); confer with R. Wyron re same (.6); analyze and revise BNSF order (.4); confer with J. Donley re same (.3); confer with J. Gettleman re Libby (.2); confer with J. Donley re Garlock (.4); analyze professional claim distributions (1.3); analyze district court opinion (1.1). |
| 2/16/12 | Rana Barakat | 4.20 | Review Garlock's motion for reconsideration (.2); meet with J. Donley re Garlock's motion for reconsideration (.2); draft explanatory parenthetical for cases re Rule 59(e) legal standard cited in opposition brief to Garlock' motion for reconsideration (.5); draft summary of research re propriety of motions for reconsideration when overlooked matters |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| | | | would not have affected ultimate decision (.6); research re propriety of granting motions for reconsideration when matters brought to court's attention would not have affected ultimate decision and review and analyze cases re same (1.3); review and analyze cases re Rule 59(e) legal standard cited in opposition brief to Garlock's motion for reconsideration (1.4). |
| 2/16/12 | John Donley, P.C. | 10.30 | Review and annotate draft Garlock response (1.0); review relevant Garlock record and key relevant case law and analyze and outline draft points (2.4); draft brief opposing Garlock motion (3.2); revise brief, including incorporating Gettleman's 524(g) discussion (1.5); confer with R. Wyron and A. Paul re brief (.3); correspond and confer with A. Paul re same (.2); conference and correspond with R. Barakat re research in support of brief (.4); confer and correspond with L. Casey re BNSF motion (.5); review drafts of revised motion (.3); correspond with plan proponents and client re same (.2); confer with chambers re revised filing (.1); confer with D. Cohn re order (.2). |
| 2/16/12 | Lisa G Esayian | 1.30 | Confer with R. Finke re Anderson Memorial issues (.5); analyze new cases relevant to Anderson issues (.8). |
| 2/17/12 | Kimberly K Love | 4.30 | Review, edit and cite check brief re response to Garlock's motion for reargument (3.5); review files and obtain materials to be used as exhibits or cited in such (.8). |
| 2/17/12 | Andrew Brniak | .20 | Review and compile recently filed pleadings and correspond with working group re same. |
| 2/17/12 | Jeffrey Gettleman | 2.30 | Correspond with D. Cohn and others re Libby settlement approval order (.2); correspond with R. Wyron re edits to Libby settlement order (.1); review and revise analysis of fees in Garlock bankruptcy case (.2); correspond with A. Brniak re same (.1); review revised analysis of fees in Garlock bankruptcy case (.1); correspond with A. Paul re same (.1); correspond with M. |

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| | | | Giannotto re comments to BNSF/Libby settlement order (.1); correspond with A. Paul re same (.1); correspond with M. Jones re edits to Libby settlement motion and order (.1); review Robinson and Rayburn retention applications (.3); draft, review and revise analysis of division of labor between two Garlock bankruptcy counsels (.2); correspond with A. Paul re same (.1); correspond with A. Paul and M. Shelnitz re fees of debtor's counsel in Garlock bankruptcy case (.1); correspond with A. Brniak re fees of committee counsel and debtor's financial advisors in Garlock case (.1); correspond with A. Paul re Garlock attorneys' and related fees (.1); office conference with A. Brniak re selecting Garlock professionals' fees to include in spreadsheet summary (.1); draft language for spreadsheet note (.1); correspond with A. Brniak re same (.1). |
| 2/17/12 | Adam C Paul | 4.10 | Analyze and revise Garlock response (1.1); confer with J. Donley re same (.9); confer with J. Baer re claim distribution (.4); analyze claim distribution (.8); correspond with M. Giannotto re settlement order (.3); analyze and revise settlement order (.6). |
| 2/17/12 | Brian T Stansbury | .30 | Confer with counsel for ACC re production of x-rays; |
| 2/17/12 | Britt C Grant | 1.40 | Review and analyze district court decision in preparation for 3d Cir. briefing. |
| 2/17/12 | Rana Barakat | 1.90 | Review and edit opposition brief to Garlock's Rule 59(e) motion (1.2); review transcripts and motions cited in opposition brief to Garlock's Rule 59(e) motion (.7). |
| 2/17/12 | John Donley, P.C. | 7.70 | Draft and edit response brief re Garlock motion for reconsideration (3.8); review Garlock chapter 11 case record, other relevant record and relevant case and statutory cites (2.2); review various suggested edits received from client, Orrick/FCR and other plan proponents and further revise draft brief (1.7). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/18/12 | Adam C Paul | 2.70 | Analyze and revise Garlock response (1.4); correspond with J. Donley re same (.7); analyze Garlock arguments (.6). |
| 2/19/12 | John Donley, P.C. | 2.50 | Review suggested edits to Garlock response (.7); review 1/28 transcript (.3); revise and edit Garlock response brief (1.5). |
| 2/20/12 | Mike Jones | 4.60 | Review and revise settlement motion and approval order (2.4); review documents re same (2.2). |
| 2/20/12 | Adam C Paul | 2.80 | Confer with J. Donley re Garlock (1.0); analyze and revise Garlock response (1.4); correspond with J. Donley re same (.4). |
| 2/20/12 | Rana Barakat | .60 | Review 1/31/2012 memorandum opinion for information supporting brief in opposition to Garlock's motion for reconsideration. |
| 2/20/12 | Rana Barakat | 1.40 | Review and edit brief in opposition to Garlock's motion for reconsideration. |
| 2/20/12 | John Donley, P.C. | 3.40 | Review various recent pleadings and filings (.2); correspond with A. Paul re issues and revisions re Garlock response brief (.3); review Maclay correspondence re potential revisions and edits (.3); correspond with R. Wyron and R. Frankel re Garlock (.2); review and revise Garlock response brief (1.3); draft correspondence to plan proponents re briefing issues (.2); confer with K. Maclay, R. Frankel R. Wyron, R. Finke, A. Paul and J. Baer re briefing (.5); additional edits to Garlock brief (.4). |
| 2/21/12 | Mike Jones | 1.20 | Review pleading and research case law re settlement motion. |
| 2/21/12 | Kimberly K Love | 3.00 | Finalize cite checking of brief re response to Garlock re reargument (2.5); prepare and organize materials to be used as exhibits to brief (.5). |
| 2/21/12 | Jeffrey Gettleman | .40 | Correspond with R. Finke re lists of LMP participants (.1); correspond with M. Jones re edits to Libby settlement order (.1); correspond with D. Cohn re comments to |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | Libby/BNSF settlement approval order (.1); correspond with M. Jones re same (.1). |
| 2/21/12 | Adam C Paul | 3.50 | Analyze Libby response (.7); analyze and revise settlement order (.4); correspond with J. Donley re Libby (.5); analyze PwC order (.2); analyze district court order (1.7). |
| 2/21/12 | Brian T Stansbury | .40 | Confer with M. Cascino re production of x-rays (.2); update J. Donley re same (.1); confer with N. Ramsey re production of x-rays (.1). |
| 2/21/12 | Britt C Grant | 2.30 | Review and analyze district court decision in preparation for 3d Cir. briefing. |
| 2/21/12 | Rana Barakat | 2.20 | Edit brief in opposition to Garlock's motion for reconsideration (.8); review authorities cited in brief in opposition to Garlock's motion for reconsideration (1.4). |
| 2/21/12 | John Donley, P.C. | 4.80 | Confer with R. Finke re Libby issues (.2); review settlement drafts and various recent emails re same (.4); final edits to Garlock reply incorporating comments from various co-counsel (3.2); correspond and confer with R. Barakat re final edits and record cites (.4); confer with D. Cohn re Libby issues (.2); confer and correspond with A. Paul re settlement and briefing issues (.4). |
| 2/21/12 | Lisa G Esayian | 2.00 | Confer with R. Barakat re Garlock issues (.4); work on Anderson Memorial issues (1.6). |
| 2/22/12 | Kimberly K Love | 2.50 | Handle arrangements for upcoming hearing (.9); review files and obtain information re various POCs as requested by L. Esayian (1.6). |
| 2/22/12 | Andrew Brniak | .20 | Review and compile recently filed pleadings and correspond with working group re same. |
| 2/22/12 | Jeffrey Gettleman | .70 | Correspond with R. Finke re lists of LMP members (.1); correspond with A. Paul re analysis of fees of debtors' counsel in Garlock bankruptcy case (.1); correspond with A. Brniak re same (.1); office conference with A. Paul re status of |

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| | | | settlements and procedural status of Libby sale motion (.2); correspond with A. Brniak re Garlock fees spreadsheet project (.1); correspond with M. Jones re edits to Libby settlement motion and order (.1). |
| 2/22/12 | Adam C Paul | 4.30 | Analyze and revise Libby response (1.3); correspond with R. Frankel re same (.3); confer with R. Wyron re same (.4); confer with J. Donley re Libby (.4); prepare for court hearing (.3); analyze deadlines related to Garlock (.3); analyze fees in Garlock (.4); analyze recent filings (.4); analyze settlement strategy (.5). |
| 2/22/12 | Brian T Stansbury | 2.50 | Identify x-ray reads responsive to Cascino request and segregate them to individual folders. |
| 2/22/12 | Britt C Grant | .80 | Review and analyze district court decision in preparation for 3d Cir. briefing. |
| 2/22/12 | John Donley, P.C. | 4.00 | Correspond with B. Stansbury and M. Cascino re discovery issue (.2); correspond with B. Stansbury re same (.2); confer and correspond with D. Cohn re Libby (.4); confer with A. Paul re District Court hearing replies (.3); correspond with A. Paul and R. Finke re same (.1); review drafts (.4); review and analyze potential inserts and revisions re potential Rule 59 filings (.4); confer with R. Frankel, R. Wyron and A. Paul re same (.3); review drafts and correspondence re settlement papers (1.0); review various Libby Medical Program materials (.5); review Hillside pleadings (.2). |
| 2/23/12 | Mike Jones | 2.60 | Review and revise settlement motion and approval order. |
| 2/23/12 | Emily S O'Connor | 1.30 | Cross-reference exhibits to the 2019 statements filed by the Libby claimants with the lists of active and deceased members sent from the HNA to calculate the total amount of claimants. |
| 2/23/12 | Jeffrey Gettleman | 1.30 | Correspond with J. Donley re appellate pleadings and motions (.1); correspond with M. Jones and A. Paul re Libby settlement |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | motion (.1); office conference with A. Brniak re revisions to chart of Garlock bankruptcy counsel's fees (.3); review and revise chart re same (.2); correspond with A. Paul re same (.1); review lists of current and former LMP members (.1); office conference with E. O'Connor re analysis of LMP members (.4). |
| 2/23/12 | Adam C Paul | 6.30 | Analyze LMP transfer (.5); confer with J. Donley and R. Finke re same (.6); analyze modifications to the TDP (.9); analyze AMH request for extension (1.1); correspond with R. Frankel and L. Esayian re same (.6); confer with R. Finke re LMP (.4); prepare strategy outline (1.2); confer with D. Cohn re LMP (.6); correspond with D. Cohn re motion to alter/amend (.4). |
| 2/23/12 | Brian T Stansbury | 4.20 | Identify B-reads performed for Cascino Vaughn clients (3.9); confer with M. Cascino re production of B-reads (.2); confer with J. Donley re production of B-reads (.1). |
| 2/23/12 | John Donley, P.C. | 5.20 | Confer with R. Finke and A. Paul re Libby (.4); review and analyze Libby documentation (.3); correspond with B. Stansbury re discovery issue (.1); review, analyze and draft filings re motions before Judge Buckwalter (.8); correspond with D. Cohn re Libby issues (.2); correspond and phone conferences with A. Paul re same (.8); analyze waiver issue (1.0); confer with D. Cohn and A. Paul re Libby issues (.2); review AMH motion and correspondence (.2); correspond with L. Esayian and A. Paul re same (.3); confer with A. Paul re same (.1); confer with A. Paul, R. Wyron and R. Frankel re same (.2); review various Bank Lender Third Circuit filings (.3); correspond with C. Landau, A. Paul and J. O'Neill re same (.3). |
| 2/23/12 | Lisa G Esayian | .30 | Review Anderson Memorial motion to extend appeal deadline. |
| 2/24/12 | Mike Jones | .80 | Review and revise settlement motion. |
| 2/24/12 | Emily S O'Connor | 1.50 | Cross-reference exhibits to the 2019 |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|------|------|------|------|
| | | | statements filed by the Libby claimants with the lists of active and deceased members sent from the HNA to calculate the total amount of claimants. |
| 2/24/12 | Kimberly K Love | .90 | Review materials and organize information for inclusion onto case calendar. |
| 2/24/12 | Andrew Brniak | .20 | Review and compile recently filed pleadings and correspond with working group re same. |
| 2/24/12 | Jeffrey Gettleman | 1.80 | Review, revise and edit revised Libby settlement motion (.7); correspond with M. Jones re same (.1); office conference with E. O'Connor re cross-checking names of individuals covered by Libby medical plan re Libby settlement term sheet (.2); correspond with E. O'Connor re same (.1); correspond with M. Jones and A. Paul re revisions to Libby settlement motion (.4); review revisions of same (.3). |
| 2/24/12 | Adam C Paul | 7.20 | Analyze and revise Libby response (1.1); correspond with J. Donley re same (.6); analyze AMH pleadings (1.2); correspond with R. Frankel and J. Donley re same (.6); confer with M. Shelnitz re same (.3); prepare outline of strategy for next steps (2.1); prepare correspondence to district court (1.3). |
| 2/24/12 | Brian T Stansbury | 3.70 | Identify Cascino clients in Henry B-reads (2.4); confer with J. Hughes re Dr. Henry ethics complaint (.3); confer with J. Donley re production of B-reads (.3); confer with D. Henry re ethics complaint (.4); confer with counsel for HHS re status of Grace litigation (.3). |
| 2/24/12 | John Donley, P.C. | 1.30 | Correspond with A. Paul re BNSF motion and response (.4); review draft and mark-up re Libby motion practice (.3); correspond with A. Paul re same (.1); correspond with B. Stansbury re Cascino discovery issues (.3); review various recent pleadings and filings (.2). |
| 2/24/12 | Lisa G Esayian | 1.50 | Analyze Anderson Memorial claims. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/25/12 | Adam C Paul | .60 | Correspond with R. Frankel and P. Lockwood re Libby. |
| 2/26/12 | Adam C Paul | 1.10 | Preparation for hearing (.4); correspond with R. Higgins re same (.3); correspond with P. Lockwood re Libby (.4). |
| 2/26/12 | John Donley, P.C. | .60 | Review draft filings re pending motions before Judge Buckwalter (.3); review correspondence from R. Frankel, P. Lockwood and A. Paul re same (.3). |
| 2/27/12 | Mike Jones | 3.10 | Correspond with creditor re estimated distribution date and status of appeals (.3); research case law re validity of complaint filed in violation of automatic stay (2.8). |
| 2/27/12 | Emily S O'Connor | .80 | Cross-reference exhibits to the 2019 statements filed by the Libby claimants with the lists of active and deceased members sent from the HNA to calculate the total amount of claimants. |
| 2/27/12 | Kimberly K Love | .80 | Review notice of settlement and determine how calls are being directed to client (.4); prepare and edit information re directing calls to R. Higgins and alert in-house groups of this procedure (.4). |
| 2/27/12 | Andrew Brniak | .20 | Review and compile recently filed pleadings and correspond with working group re same. |
| 2/27/12 | Jeffrey Gettleman | .60 | Office conference with A. Paul re transition issues re Libby medical program (.3); correspond with R. Finke re same (.1); correspond with M. Jones re research on Intrawest settlement (.1); correspond with A. Paul re same (.1). |
| 2/27/12 | Adam C Paul | 7.20 | Confer with J. Donley re Garlock (.4); confer with G. Cassada re motion to stay (.4); analyze Intrawest demand (.7); correspond with L. Esayian and M. Jones re same (.3); analyze Libby comments to settlement agreement (1.3); analyze and revise outline of next steps and strategy (2.1); analyze and revise Libby response (1.1); confer with R. Frankel and P. Lockwood re same (.6); |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| | | | confer with J. Donley re same (.3). |
| 2/27/12 | Britt C Grant | .70 | Review and analyze district court decision; perform legal research re same. |
| 2/27/12 | John Donley, P.C. | 3.90 | Confer and correspond with G. Cassada re Garlock issues (.3); review Cascino discovery issue emails and records (.3); review correspondence re Dr. Henry and B. Stansbury emails re same (.3); analyze options (.3); draft and review correspondence (.8); correspond with B. Stansbury re same (.1); review various Third Circuit filings and orders and analyze possible responses and timing (.4); review and analyze LMP issue (.4); review order from Judge Buckwalter and draft correspondence to client and co-counsel re same (.2); outline across-the-board current issues and approaches (.8). |
| 2/27/12 | John Donley, P.C. | 4.40 | Correspond with A. Paul re motions and stay issues (.5); review and analyze Cassada email re stay (.2); review and analyze research re standards for stay pending appeal (.5); confer with P. Lockwood, R. Frankel and A. Paul re Libby strategy (.4); prepare for same (.2); correspond and phone conference with D. Cohn re Libby filing and settlement implementation issues (.3); review R. Finke correspondence and attachments re Libby issues (.3); confer with R. Finke re same (.2); confer and correspond with A. Paul re various Libby settlement implementation issues (.5); review Intrawest correspondence (.1); correspond with L. Esayian and A. Paul re same (.3); analyze and outline response (.4); review Jones research re Intrawest issue (.2); confer with F. McGovern re Libby settlement issues (.3). |
| 2/27/12 | Lisa G Esayian | 1.80 | Review plan proponents' opposition to Garlock's motion for reconsideration (.8); review Garlock's motion to stay (1.0). |
| 2/27/12 | Deborah L Bibbs | 3.00 | Cross-reference exhibits to the 2019 statements filed by the Libby claimants with the lists of active and deceased members sent from the HNA to calculate the total amount |

| **Date** | **Name** | **Hours** | **Description** |
|------|------|------|------|
| | | | of claimants. |
| 2/28/12 | Mike Jones | 2.40 | Research re stay pending appeal (1.1); review documents and correspond with working group re settlement approval order revisions (1.3). |
| 2/28/12 | Kimberly K Love | 2.50 | Prepare and organize recent District Court filings as requested by J. Donley (.9); update case files with recently filed materials (.6); prepare and organize various materials re Garlock requested by L. Esayian (1.0). |
| 2/28/12 | Andrew Brniak | .30 | Review and compile recently filed pleadings and correspond with working group re same. |
| 2/28/12 | Jeffrey Gettleman | 2.70 | Correspond with R. Higgins, J. Donley, A. Paul and M. Jones re Libby settlement (.5); review and analyze Garlock motion for stay pending appeal (.3); correspond with M. Jones, J. Donley and others re Libby settlement motion (.2); correspond with D. Cohn and J. Donley re LMP transition call (.2); correspond with A. Paul and M. Jones re draft Libby settlement order (.4); correspond with A. Paul and M. Jones re latest version of BNSF settlement agreement with Cohn comments (.3); office conference with M. Jones re brief responding to Garlock stay motion and ECF service list (.2); correspond with M. Jones re precedent re Garlock stay motion (.1); correspond with M. Jones and L. Esayian re same (.1); correspond with A. Paul re further precedent for Garlock motion (.1); correspond with D. Cohn re comments to Libby settlement order (.1); correspond with J. Donley and M. Jones re comments on Cohn edits to Libby settlement orders (.2). |
| 2/28/12 | Adam C Paul | 5.10 | Analyze motion to stay (1.2); confer with J. Donley re same (.4); analyze Libby comments to settlement order (1.3); correspond with M. Jones and J. Donley re same (.9); confer with Orrick and Caplin re status and strategy (.6); confer with J. Donley re same (.3); confer with J. Gettleman re LMP transition (.4). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/28/12 | Brian T Stansbury | .50 | Revise letter to M. Cascino. |
| 2/28/12 | Rana Barakat | 5.90 | Confer with J. Donley re research on whether risk of equitable mootness constitutes irreparable injury justifying stay (.1); review and analyze Garlock's motion for stay of memorandum opinion (.5); draft memorandum analyzing validity of Garlock's argument that risk of equitable mootness constitutes irreparable injury justifying stay (1.6); Westlaw research re whether risk of equitable mootness constitutes irreparable injury justifying grant of stay (1.8); review and analyze cases re whether risk of equitable mootness constitutes irreparable injury justifying grant of stay (1.9). |
| 2/28/12 | John Donley, P.C. | 7.40 | Review, analyze and outline issues and potential responses to Garlock stay motion (2.2); review relevant authority to stay motion (.8); review research re bond and burden issues (.9); review Crown notice of appeal (.1); confer and correspond with A. Paul re stay motion issues (.5); review and analyze Libby mark-up of settlement papers (.4); correspond with A. Paul re same (.3); confer with A. Paul, R. Frankel, P. Lockwood and M. Shelnitz re biweekly strategy meeting (.5); prepare for same (.3); revise M. Cascino discovery letter (.3); correspond and confer with B. Stansbury re same (.3); draft correspondence to client re same (.2); confer with R. Barakat re Garlock motion and irreparable harm research (.2); conference and correspond with L. Esayian re stay motion response brief (.4). |
| 2/28/12 | Lisa G Esayian | 2.50 | Confer with R. Finke re Anderson Memorial claims (.4); confer with J. Donley re Garlock's motion for stay (.4); work on and analyze issues re Garlock's motion for stay (1.7) |
| 2/28/12 | Deborah L Bibbs | 6.90 | Cross-reference exhibits to the 2019 statements filed by the Libby claimants with the lists of active and deceased members sent from the HNA to calculate the total amount |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|------|------|------|-------------|
| | | | of claimants. |
| 2/29/12 | Mike Jones | 4.30 | Research case law re appellate bond and stay pending appeal. |
| 2/29/12 | Kimberly K Love | .40 | Prepare and organize recently filed materials for distribution to case files. |
| 2/29/12 | Andrew Brniak | .60 | Prepare and compile precedent re stay pending appeal (.5); correspond with J. Michael Jones re same (.1). |
| 2/29/12 | Jeffrey Gettleman | 1.80 | Correspond with M. Jones re memorandum re amendment of TDP (.1); correspond with M. Jones re Third Circuit precedent re stays pending appeal (.1); correspond with M. Jones and A. Paul re Libby settlement motion (.2); correspond with A. Paul re comments to motion (.1); correspond with J. Baer re asbestos PI questionnaires (.1); confer with J. Donley, A. Paul, D. Cohn and J. Heberling re LMP transition issues (.3); correspond with J. Donley and A. Paul re same (.1); correspond with J. Donley and R. Finke re same (.1); review Blackstone appeal bond analysis (.4); correspond with A. Schlesinger and others re same (.1); correspond with L. Esayian, A. Paul and J. Donley re same (.1); correspond with M. Jones re follow-up research issues re stays on appeal and amendment of TDP (.1). |
| 2/29/12 | Adam C Paul | 7.20 | Analyze Libby comments to settlement papers (1.4); correspond with M. Shelnitz re same (.4); correspond with P. Lockwood and R. Frankel re same (.3); confer with C. Landau re motion to stay (.6); analyze Garlock motion to stay (.9); confer with D. Cohn re Libby medical plan (.7); analyze and revise Libby motion (2.9). |
| 2/29/12 | Rana Barakat | 1.40 | Review and analyze cases re whether risk of equitable mootness constitutes irreparable injury justifying grant of stay. |
| 2/29/12 | Rana Barakat | 5.20 | Draft memorandum analyzing validity of Garlock's argument that risk of equitable mootness constitutes irreparable injury |

| **Date** | **Name** | **Hours** | **Description** |
|------|------|------|------|
| | | | justifying stay. |
| 2/29/12 | John Donley, P.C. | .80 | Revise and finalize letter to M. Cascino re discovery dispute (.4); confer and correspond with B. Stansbury re same (.2); confer with R. Finke re same (.1); correspond with M. Cascino (.1). |
| 2/29/12 | John Donley, P.C. | 4.70 | Analyze Garlock stay arguments and authorities and outline points and responses (1.9); confer with C. Landau, L. Esayian and A. Paul re standing arguments (.5); confer with L. Esayian and A. Paul re Garlock briefing issues (.5); confer with D. Cohn, J. Heberling, J. Gettleman and A. Paul re LMP transition issues (.4); prepare for same (.2); correspond with J. Gettleman and R. Finke re next steps (.2); correspond with P. Lockwood, R. Frankel, R. Wyron, A. Paul and A. Paul and M. Jones re Libby and BNSF settlement drafting issues (.6); review Libby and BNSF settlement language and revisions thereto (.4). |
| 2/29/12 | Lisa G Esayian | 3.00 | Confer with J. Donley, C. Landau and A. Paul re Garlock issues (1.0); confer with J. Donley and A. Paul re Anderson Memorial claims (.3); correspond with R. Finke re same (.2); prepare Garlock stay motion (1.5). |
| 2/29/12 | Christopher Landau, P.C. | 1.00 | Review Garlock motion for stay (.5); discuss same with team (.5). |
| 2/29/12 | Deborah L Bibbs | 6.70 | Cross-reference exhibits to the 2019 statements filed by the Libby claimants with the lists of active and deceased members to calculate the total amount of claimants. |

TOTAL HOURS    586.40

## Matter 42-Travel Non-Working

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/08/12 | Adam C Paul | 4.10 | Travel to and from DC for meeting with FCR (billed at half time). |
| | TOTAL HOURS | 4.10 | |