**EXHIBIT B**

### Matter 42-Travel Non-Working Expenses

| Service Description | Amount |
| --- | --- |
| Local Transportation | 104.12 |
| Airfare | 1244.28 |
| Transportation to/from Airport | 280.91 |
| Travel Meals | 27.19 |
| Other Travel Expenses | 33.00 |
| **TOTAL:** | **1,689.50** |

## Matter 42-Travel Non-Working-Itemized Expenses

| Date | Description | Amount |
|---|---|---|
| 1/06/12 | All About Charter, Inc., Transportation to/from airport, John Donley, 1/6/201216 | 118.01 |
| 1/17/12 | John Donley, Airfare, Baltimore, MD 01/18/2012 to 01/18/2012, (Board Meeting) Attend Board Meeting | 647.60 |
| 1/17/12 | Vital Transportation, Inc., Passenger: Paul, Adam, Transportation to/from airport, Date: 1/10/2012 | 74.90 |
| 1/18/12 | All About Charter, Inc., Local Transportation, John Donley, 1/18/20127 | 104.12 |
| 1/18/12 | John Donley, Transportation To/From Airport, (Board Meeting) Attend Board Meeting | 35.00 |
| 1/18/12 | John Donley, Transportation To/From Airport, (Board Meeting) Attend Board Meeting | 38.00 |
| 1/18/12 | John Donley, Travel Meals, (Board Meeting) Baltimore, MD, Lunch | 18.90 |
| 2/06/12 | Adam Paul, Airfare, Washington, D.C. 02/08/2012 to 02/08/2012, (Meeting) Meeting | 596.68 |
| 2/08/12 | Adam Paul, Transportation To/From Airport, (Meeting) Meeting | 15.00 |
| 2/08/12 | Adam Paul, Travel Meals, (Meeting) Washington, D.C. Breakfast | 2.48 |
| 2/08/12 | Adam Paul, Travel Meals, (Meeting) Chicago, IL Breakfast | 5.81 |
| 2/08/12 | Adam Paul, Parking, Chicago, IL (Meeting) Meeting | 33.00 |

Total Disbursements: $1,689.50

## Matter 52-Expenses-Expenses

| Service Description | Amount |
|---|---|
| Third Party Telephone Charges | 112.20 |
| Standard Copies or Prints | 729.40 |
| Professional Fees | 687.50 |
| Computer Database Research | 656.46 |
| **TOTAL:** | **2,185.56** |

## Matter 52-Expenses-Itemized

| Date | Description | Amount |
|------|-------------|-------:|
| 1/02/12 | West, Computer Database Research, Barakat, Rana | 84.59 |
| 1/05/12 | West, Computer Database Research, Love, Kimberly | 193.77 |
| 1/09/12 | West, Computer Database Research, Abelson, Steve | 156.87 |
| 1/09/12 | LexisNexis, Computer Database Research, Abelson, Steve, 1/9/2012 | 54.03 |
| 1/09/12 | West, Computer Database Research, Gettleman, Jeffrey | 2.49 |
| 1/12/12 | West, Computer Database Research, Esayian, Lisa G | 164.71 |
| 1/31/12 | Intercall - Third Party Telephone Charges, J. Donley, 1/31/12 | 74.62 |
| 1/31/12 | Intercall - Third Party Telephone Charges, A. Paul, 1/31/12 | 37.58 |
| 1/31/12 | The Visual Strategy - Professional Fees, Graphic Services Fees rendered 1/16/12-1/17/12 | 687.50 |
| 2/01/12 | Standard Copies or Prints | .80 |
| 2/01/12 | Standard Prints | 3.00 |
| 2/01/12 | Standard Prints | 20.20 |
| 2/01/12 | Standard Prints | 6.10 |
| 2/01/12 | Standard Prints | 10.90 |
| 2/01/12 | Standard Prints | 1.20 |
| 2/01/12 | Standard Prints | .20 |
| 2/01/12 | Standard Prints | 20.30 |
| 2/01/12 | Standard Prints | 20.20 |
| 2/01/12 | Standard Prints | 91.50 |

| Date | Description | Amount |
|---|---|---:|
| 2/01/12 | Standard Prints | .40 |
| 2/01/12 | Standard Prints | 20.20 |
| 2/01/12 | Standard Prints | 1.50 |
| 2/01/12 | Standard Prints | 1.10 |
| 2/01/12 | Standard Prints | 5.90 |
| 2/01/12 | Standard Prints | 3.90 |
| 2/01/12 | Standard Prints | 4.60 |
| 2/01/12 | Standard Prints | 20.20 |
| 2/01/12 | Standard Prints | 4.50 |
| 2/01/12 | Standard Prints | .80 |
| 2/01/12 | Standard Prints | 7.60 |
| 2/01/12 | Standard Prints | 4.10 |
| 2/02/12 | Standard Prints | .10 |
| 2/03/12 | Standard Copies or Prints | .40 |
| 2/03/12 | Standard Prints | 20.60 |
| 2/03/12 | Standard Prints | .40 |
| 2/03/12 | Standard Prints | 7.90 |
| 2/03/12 | Standard Prints | 1.40 |
| 2/06/12 | Standard Prints | 10.30 |
| 2/06/12 | Standard Prints | 5.90 |
| 2/06/12 | Standard Prints | .60 |
| 2/06/12 | Standard Prints | 6.30 |
| 2/06/12 | Standard Prints | 35.40 |
| 2/06/12 | Standard Prints | 42.60 |
| 2/07/12 | Standard Prints | .60 |

| Date | Description | Amount |
|------|-------------|--------|
| 2/07/12 | Standard Prints | 20.40 |
| 2/07/12 | Standard Prints | .40 |
| 2/07/12 | Standard Prints | 29.70 |
| 2/07/12 | Standard Prints | 1.00 |
| 2/07/12 | Standard Prints | 3.20 |
| 2/08/12 | Standard Prints | 9.90 |
| 2/08/12 | Standard Prints | 2.40 |
| 2/08/12 | Standard Prints | .20 |
| 2/08/12 | Standard Prints | 1.20 |
| 2/08/12 | Standard Prints | 4.60 |
| 2/08/12 | Standard Prints | 3.70 |
| 2/09/12 | Standard Prints | 5.70 |
| 2/09/12 | Standard Prints | .40 |
| 2/09/12 | Standard Prints | .80 |
| 2/09/12 | Standard Prints | 10.10 |
| 2/09/12 | Standard Prints | 1.20 |
| 2/09/12 | Standard Prints | 4.80 |
| 2/10/12 | Standard Prints | 6.70 |
| 2/10/12 | Standard Prints | 3.00 |
| 2/10/12 | Standard Prints | 5.30 |
| 2/10/12 | Standard Prints | .60 |
| 2/10/12 | Standard Prints | .10 |
| 2/13/12 | Standard Copies or Prints | .90 |
| 2/13/12 | Standard Prints | 8.00 |
| 2/13/12 | Standard Prints | 7.80 |

| Date | Description | Amount |
|---|---|---|
| 2/13/12 | Standard Prints | .90 |
| 2/13/12 | Standard Prints | 16.30 |
| 2/13/12 | Standard Prints | 2.80 |
| 2/13/12 | Standard Prints | 19.90 |
| 2/14/12 | Standard Copies or Prints | .10 |
| 2/14/12 | Standard Prints | 23.50 |
| 2/14/12 | Standard Prints | 6.50 |
| 2/14/12 | Standard Prints | 1.80 |
| 2/14/12 | Standard Prints | .10 |
| 2/14/12 | Standard Prints | 6.80 |
| 2/15/12 | Standard Prints | 16.40 |
| 2/15/12 | Standard Prints | .10 |
| 2/15/12 | Standard Prints | 22.70 |
| 2/15/12 | Standard Prints | .50 |
| 2/16/12 | Standard Copies or Prints | .10 |
| 2/16/12 | Standard Prints | 8.10 |
| 2/16/12 | Standard Prints | 1.90 |
| 2/16/12 | Standard Prints | .20 |
| 2/16/12 | Standard Prints | 10.70 |
| 2/21/12 | Standard Prints | 1.70 |
| 2/21/12 | Standard Prints | 1.40 |
| 2/21/12 | Standard Prints | .40 |
| 2/21/12 | Standard Prints | .40 |
| 2/21/12 | Standard Prints | .10 |
| 2/22/12 | Standard Prints | .40 |

| Date | Description | Amount |
|---|---|---|
| 2/23/12 | Standard Prints | 23.30 |
| 2/23/12 | Standard Prints | 2.10 |
| 2/23/12 | Standard Prints | 2.10 |
| 2/23/12 | Standard Prints | .30 |
| 2/23/12 | Standard Prints | .20 |
| 2/23/12 | Standard Prints | 2.10 |
| 2/23/12 | Standard Prints | 4.90 |
| 2/27/12 | Standard Prints | 5.20 |
| 2/27/12 | Standard Prints | .20 |
| 2/27/12 | Standard Prints | .50 |
| 2/27/12 | Standard Prints | .60 |
| 2/27/12 | Standard Prints | 2.70 |
| 2/28/12 | Standard Prints | 24.10 |
| 2/28/12 | Standard Prints | .50 |
| 2/28/12 | Standard Prints | 2.80 |
| 2/28/12 | Standard Prints | .20 |

Total Disbursements:                                                    $2,185.56