

March 8, 2012

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   208959

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
    THROUGH February 29, 2012

### CLIENT SUMMARY

**BALANCE AS OF- 02/29/12**

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| **.15537 -** 01- Case Administration | $344.00 | $5.40 | $349.40 |
| **.15543 -** 07 - Applicant's Fee Application | $522.00 | $0.00 | $522.00 |
| **.15544 -** 08 - Hearings | $728.00 | $0.00 | $728.00 |
| **.15554 -** 18 - Plan & Disclosure Statement | $4,780.00 | $0.00 | $4,780.00 |
| *Client Total* | *$6,374.00* | *$5.40* | *$6,379.40* |

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---|---|---|
| TIMEKEEPER | HOURS | RATE | AMOUNT |
| Baena, Scott L | 2.00 | $700.00 | $1,400.00 |
| Sakalo, Jay M | 7.00 | $550.00 | $3,850.00 |
| Snyder, Jeffrey I | 0.70 | $410.00 | $287.00 |
| Flores, Luisa M | 1.00 | $235.00 | $235.00 |
| Varela, Ana Carolina | 2.80 | $215.00 | $602.00 |

*TOTAL PROFESSIONAL FEES THIS PERIOD* **$6,374.00**

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---|
| Long Distance Telephone | $14.44 |
| Pacer - Online Services | $-62.24 |
| Copies | $53.20 |

*TOTAL COSTS ADVANCED THIS PERIOD* **$5.40**

| TOTAL BALANCE DUE THIS PERIOD | $6,379.40 |
|---|---|

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15537**

**RE: 01- Case Administration**

| | | | | |
|---|---|---|---|---|
| 02/01/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 02/02/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 02/03/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 02/06/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 02/07/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 02/08/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 02/09/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 02/10/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 02/13/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 02/14/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 02/15/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 02/22/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 02/24/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 02/27/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 02/28/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 02/29/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |

**PROFESSIONAL SERVICES**            **$344.00**

**COSTS ADVANCED**

| | | |
|---|---|---|
| 02/07/12 | Pacer - Online Services Cancellation of: VENDOR: PACER SERVICE CENTER; INVOICE#: RB0120-Q42011; DATE: 1/4/2012  -  Account#RB0120 | -62.24 |
| 02/23/12 | Long Distance Telephone (973)451-8562; 2 Mins. | 1.52 |
| 02/23/12 | Long Distance Telephone (512)476-4394; 17 Mins. | 12.92 |
| 02/06/12 | Copies 202 pgs @ 0.10/pg | 20.20 |
| 02/06/12 | Copies 202 pgs @ 0.10/pg | 20.20 |
| 02/06/12 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 02/14/12 | Copies 33 pgs @ 0.10/pg | 3.30 |
| 02/14/12 | Copies 42 pgs @ 0.10/pg | 4.20 |
| 02/14/12 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 02/14/12 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 02/14/12 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 02/14/12 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 02/14/12 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 02/14/12 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 02/14/12 | Copies 7 pgs @ 0.10/pg | 0.70 |

**TOTAL COSTS ADVANCED**            **$5.40**

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Varela, Ana Carolina | 1.60 | $215.00 | $344.00 |
| *TOTAL* | *1.60* | | *$344.00* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Long Distance Telephone | $14.44 |
| Pacer - Online Services | $-62.24 |
| Copies | $53.20 |
| *TOTAL* | *$5.40* |

**CURRENT BALANCE DUE THIS MATTER**                                    **$349.40**

**Atty – SLB**
**Client No.: 74817/15543**

**RE:  07 - Applicant's Fee Application**

| | | | | |
|---|---|---|---|---|
| 02/01/12 | JIS | 0.40 | 164.00 | Review and comment on 43rd quarterly interim fee application. |
| 02/06/12 | LMF | 0.40 | 94.00 | Finalize quarterly fee application and submit to local counsel for filing. |
| 02/06/12 | JIS | 0.30 | 123.00 | Review and revise January prebill. |
| 02/29/12 | LMF | 0.60 | 141.00 | Prepare notice and summary of fees for January 2012 and submit to local counsel for filing. |

**PROFESSIONAL SERVICES**                                                                 **$522.00**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Snyder, Jeffrey I | 0.70 | $410.00 | $287.00 |
| Flores, Luisa M | 1.00 | $235.00 | $235.00 |
| *TOTAL* | *1.70* | | *$522.00* |

**CURRENT BALANCE DUE THIS MATTER**                                                       **$522.00**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15544**

**RE: 08 - Hearings**

| | | | | |
|---|---|---|---|---|
| 01/19/12 | ACV | 0.40 | 86.00 | Set up Court Calls. |
| 02/22/12 | ACV | 0.20 | 43.00 | Arrange Court Calls for committee members for 2/27 hearing. |
| 02/23/12 | ACV | 0.60 | 129.00 | Forward CourtCall confirmations and agendas to committee members for 2/27 hearing (.4); respond to emails from committee members regarding telephonic appearances (.2). |
| 02/27/12 | SLB | 0.20 | 140.00 | Interoffice conference with J. Sakalo regarding debriefing on 2/27 omnibus hearing (.2). |
| 02/27/12 | JMS | 0.60 | 330.00 | Attend omnibus hearing by phone. |

**PROFESSIONAL SERVICES**                                                                                      **$728.00**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.20 | $700.00 | $140.00 |
| Sakalo, Jay M | 0.60 | $550.00 | $330.00 |
| Varela, Ana Carolina | 1.20 | $215.00 | $258.00 |
| *TOTAL* | *2.00* | | *$728.00* |

**CURRENT BALANCE DUE THIS MATTER**                                                          **$728.00**

RE: **18 - Plan & Disclosure Statement**

| | | | | |
|---|---|---|---|---|
| 02/01/12 | JMS | 0.60 | 330.00 | Emails with M. Dies and T. Brandi regarding plan confirmation questions. |
| 02/06/12 | SLB | 1.80 | 1,260.00 | Interoffice conference with J. Sakalo regarding Judge Buchwalter's opinion (.1); review Judge Buchwalter's opinion (1.7). |
| 02/06/12 | JMS | 2.80 | 1,540.00 | Review of District Court's order confirming plan. |
| 02/13/12 | JMS | 1.10 | 605.00 | Review Debtors' motion to amend Judge Buckwalter's order and BNSF's motion to extend deadline to file appeal. |
| 02/14/12 | JMS | 0.40 | 220.00 | Review Sealed Air and Fresenius motions to join clarification motion filed by Debtors. |
| 02/23/12 | JMS | 0.80 | 440.00 | Telephone conference with M. Dies regarding plan and appeal timing and related issues. |
| 02/27/12 | JMS | 0.70 | 385.00 | Review appellees' brief in opposition to Garlock's motion for reargument, rehearing, etc. |

**PROFESSIONAL SERVICES**                                                           **$4,780.00**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 1.80 | $700.00 | $1,260.00 |
| Sakalo, Jay M | 6.40 | $550.00 | $3,520.00 |
| *TOTAL* | *8.20* | | *$4,780.00* |

**CURRENT BALANCE DUE THIS MATTER**                                         **$4,780.00**