# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., et al., | Case No. 01-1139 (JKF) |
|  | Jointly Administered |
| Debtors. | Objection Date: April 25, 2012 at 4:00 p.m. |
|  | Hearing: Scheduled if Necessary (Negative Notice) |

**COVER SHEET TO TWENTY-SEVENTH MONTHLY INTERIM APPLICATION OF LINCOLN PARTNERS ADVISORS LLC, FINANCIAL ADVISOR TO DAVID T. AUSTERN, ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD NOVEMBER 1, 2011 THROUGH NOVEMBER 30, 2011**

| | |
|---|---|
| Name of Applicant: | Lincoln Partners Advisors LLC |
| Authorized to Provide Professional Services to: | David T. Austern, Asbestos PI Future Claimants' Representative |
| Date of Retention: | November 18, 2009, *nunc pro tunc* to September 1, 2009 |
| Period for which compensation and reimbursement is sought: | November 1, 2011 – November 30, 2011 |
| 100% of Compensation sought as actual, reasonable and necessary: | $65,000.00 |
| 80% of Compensation sought as actual, reasonable and necessary: | $52,000.00 |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $    67.73 |

This is a    _x_ monthly        __ interim        ___ final application

**LINCOLN PARTNERS ADVISORS LLC'S SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES FROM NOVEMBER 1, 2011 THROUGH NOVEMBER 30, 2011**

| Name of Professional Person | Position of the Applicant | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Joseph J. Radecki, Jr. | Managing Director | NA | 32.0 | $65,000.00 |
| Jason Solganick | Director | NA | 21.4 | |
| Claire Burke | Associate | NA | 21.0 | |
| Benjamin Fischer | Analyst | NA | 4.9 | |
| Andrew Choi | Analyst | NA | 7.0 | |
| Grand Total: | | | **86.3** | **$65,000.00** |
| Blended Rate: | | | 86.3 | $753.19 |

**COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)**

**November 1-30, 2011**

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations Related | | NA |
| Case Administration Related | | NA |
| Financial Analysis Related | | NA |
| Hearings | | NA |
| **TOTAL** | **86.3** | **NA** |

**EXPENSE SUMMARY (Exhibit B, Expense Detail)**

| | |
|---|---|
| Telephone | $ 67.73 |
| **TOTAL Out-of-Pocket Expenses:** | **$ 67.73** |

---

1 Lincoln Partners Advisors LLC does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.

Respectfully submitted,

LINCOLN PARTNERS ADVISORS LLC

By:/S/ JASON SOLGANICK
   Jason Solganick
   Director
   360 Madison Ave, 21st Floor
   New York, NY 10017
   Telephone: (212) 277-8100

Dated: January 13, 2012