# EXHIBIT A

**WR Grace**
**November 2011 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| Tue 1 | Comm w/OHS (RW) re vermiculite sale | 0.5 |
| | Review/analysis docket items | 0.2 |
| Wed 2 | Review/analysis docket items | 0.3 |
| Thu 3 | C/C on merging subsidiaries | 1.2 |
| | Review/analysis docket items | 0.9 |
| Fri 4 | Review/analysis merging subs | 3.1 |
| | Review/analysis docket items | 0.2 |
| Mon 7 | Review/analysis merging subs | 2.0 |
| | Review/analysis docket items | 0.2 |
| Tue 8 | Review/analysis Grace corp structure | 2.5 |
| | Review/analysis docket items | 0.2 |
| Wed 9 | Review revised merger order | 0.6 |
| | Review/analysis merging subs | 1.3 |
| | Review/analysis docket items | 0.3 |
| Thu 10 | Review/analysis docket items | 1.3 |
| Fri 11 | I/C re merging subs | 0.9 |
| | Comm w/COFC (BR) re sub merger, hearing | 0.5 |
| | Review/analysis merging subs | 2.0 |
| | C/C on merging subsidiaries | 1.0 |
| | Review/analysis docket items | 0.2 |
| Mon 14 | I/C on semi-annual review | 0.5 |
| | Comm w/OHS (RW,RF) FCR re semiannual review | 0.3 |
| | Review/analysis docket items | 0.2 |
| Tue 15 | Review/analysis merging subs | 1.5 |
| | Review/analysis docket items | 0.2 |
| Wed 16 | Review/analysis docket items | 0.8 |
| Thu 17 | Review/analysis docket items | 0.3 |
| Fri 18 | Review rare earth info | 0.6 |
| | Review/analysis docket items | 0.2 |
| Mon 21 | Review/analysis docket items | 1.9 |
| Tue 22 | Review/analysis docket items | 0.2 |
| Wed 23 | Draft/edit semiannual fincl review | 2.0 |
| Mon 28 | Prep/draft/review fee application materials | 2.0 |
| | I/C re scheduling following week | 0.4 |
| | Review/analysis docket items | 0.3 |
| Tue 29 | Review/analysis docket items | 0.2 |
| Wed 30 | Comm w/OHS (RW) re Grace ops | 0.7 |
| | Review/analysis docket items | 0.3 |
| | | |
| | TOTAL TIME (hrs) | 32.0 |

**WR Grace**
**November 2011 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| Tue 1 | Conference call re: Project Plate w/ prep | 0.6 |
|  | Call w/ Blackstone re: merger of subsidiaries | 0.2 |
| Wed 2 | Review docket and analysis | 0.3 |
| Thu 3 | Review of info re: merger of subsidiaries | 0.5 |
|  | Call w/ Blackstone and BHF re: merger of subsidiaries w/ prep | 1.2 |
|  | Analysis re: merger of subsidiaries | 2.3 |
| Fri 4 | Analysis re: merger of subsidiaries | 1.2 |
|  | Review docket and analysis | 0.2 |
| Tue 8 | Call w/ Blackstone re: merger of subsidiaries | 0.3 |
|  | Analysis re: merger of subsidiaries | 1.2 |
|  | Review docket and analysis | 0.2 |
| Wed 9 | Review of revised order and exhibits re: merger of subsidiaries | 0.2 |
|  | Analysis re: merger of subsidiaries | 3.0 |
|  | Call w/ Orrick re: merger of subsidiaries | 0.4 |
| Thu 10 | Call w/ Blackstone re: merger of subsidiaries | 0.2 |
| Fri 11 | Analysis re: merger of subsidiaries | 0.5 |
|  | Call w/ Orrick re: merger of subsidiaries | 0.2 |
|  | Call w/ Blackstone and BHF re: merger of subsidiaries w/ prep | 0.7 |
|  | Review docket and analysis | 0.3 |
| Tue 15 | Review docket and analysis | 0.3 |
| Wed 16 | Review 10-Q filing | 1.3 |
| Fri 18 | Review docket and analysis | 0.3 |
|  | Preparation and review of financial update memo | 1.7 |
| Tue 22 | Review docket and analysis | 0.2 |
| Mon 28 | Review docket and analysis | 0.2 |
|  | Preparation and review of financial update memo | 2.2 |
| Wed 30 | Review docket and analysis | 0.3 |
|  | Preparation and review of financial update memo | 1.2 |
|  | TOTAL TIME (hrs) | 21.4 |

**WR Grace**
**November 2011 Time - Claire Burke, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Thu 3 | Review/analyze docket items | 0.5 |
| Mon 7 | Review/analyze docket items | 0.8 |
| Tue 8 | Review/analyze docket items | 0.5 |
| Fri 11 | Review/analyze docket items | 0.4 |
| Mon 14 | I/C re semi-annual review | 0.5 |
|  | Preparation of semi-annual financial presentation | 2.2 |
|  | Preparation of fee applications | 1.8 |
| Tue 15 | Preparation of semi-annual financial presentation | 4.5 |
| Wed 16 | Preparation of semi-annual financial presentation | 4.0 |
| Thu 17 | Preparation of semi-annual financial presentation | 3.0 |
| Fri 18 | Research rare earth | 2.2 |
| Tue 29 | Schedule travel for following week's meeting | 0.6 |
|  | TOTAL TIME (hrs) | 21.0 |

**WR Grace**
**November 2011 Time - Benjamin Fischer, Analyst**

| Day/Date | Action | Time |
|---|---|---|
| Wed 9 | Review/analyze docket items | 0.6 |
| Tues 15 | Prepared financial analysis/presentation | 2.1 |
| Thurs 17 | Prepared financial analysis/presentation | 2.2 |
|  | TOTAL TIME (hrs) | 4.9 |

**WR Grace**
**November 2011 Time - Andrew Choi, Analyst**

| Day/Date | Action | Time |
|---|---|---|
| Mon 28 | Draft/edit FCR semi-annual financial presentation | 2.5 |
| Tues 29 | Draft/edit FCR semi-annual financial presentation | 4.5 |
|  | TOTAL TIME (hrs) | 7.0 |