# EXHIBIT B

**W.R. Grace**
**Detail of expenses (November 1, 2011 – November 30, 2011)**

<u>Communication</u>
Telephone                                                         $ 67.73

                    **Total Communication:**                    <u>**$  67.73**</u>

**TOTAL EXPENSES:**                                         **$  67.73**