IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W. R. GRACE & CO., et al. | Case No. 01-01139 (JKF)<br>Jointly Administered |
| Debtors. | Re Docket No. 28683 |

### CERTIFICATE OF NO OBJECTION
### REGARDING DOCKET NO. 28683

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the **One-Hundred Twentieth Monthly Fee Application of Duane Morris LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from January 1, 2012 through January 31, 2012** [Docket No. 28683] (the "Application") filed on March 20, 2012.

The undersigned further certifies that he has reviewed the Court's docket in this case and that no answer, objection or other responsive pleading to the Application appears thereon. Objections to the Application were to be filed and served no later than April 9, 2012 at 4:00 p.m.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

DM3\2154430.1

Pursuant to the *Order Appointing Fee Auditor and Establishing Related Procedures Concerning the Allowance and Payment of Compensation and Reimbursement of Expenses of Professionals and Members of the Official Committees and Consideration of Fee Applications* signed November 20, 2001, the Debtors are hereby authorized to immediately pay $6,786.40, which represents eighty percent (80%) of the requested compensation of $8,483.00, and one hundred percent (100%) of expenses of $360.63 without further order from the court.

Dated: April 12, 2012  
      Wilmington, Delaware

/s/ *Michael R. Lastowski*  
Michael R. Lastowski (DE 3892)  
DUANE MORRIS LLP  
222 Delaware Avenue, Suite 1600  
Wilmington, DE 19801-1246  
Telephone:   (302)-657-4942  
Facsimile:     (302)-657-4901  
Email: mlastowski@duanemorris.com

*Co-Counsel for the Official  
Committee of Unsecured Creditors*