IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Related to Docket No. 28536** |

**CERTIFICATION OF NO OBJECTION REGARDING
THE INTERIM APPLICATION OF ANDERSON, KILL & OLICK, P.C., FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL
INSURANCE COUNSEL TO THE OFFICIAL COMMITTEE OF
PERSONAL INJURY CLAIMANTS FOR THE PERIOD OF
<u>OCTOBER 1, 2011 THROUGH DECEMBER 31, 2011 (DOCKET NO. 28536)</u>**

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify the following:

1. Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed by the Court on April 17, 2002 [Docket No. 1949] (the "Amended Administrative Order"), Anderson, Kill, & Olick, P.C. ("AKO"), submitted on February 15, 2012 an interim application ("Application") [Docket No. 28536] for services rendered and reimbursement of expenses incurred as special insurance counsel to the Official Committee of Asbestos Personal Injury Claimants in the above-referenced cases.

*(Remainder of Page Intentionally Left Blank)*

{D0220963.1 }

2. Objections to the Application were to be filed and served on or before March 6, 2012.

3. AKO has received the Fee Auditor's Initial Report regarding the Application. In the Initial Report, the Fee Auditor requested additional information concerning certain time entries. AKO has responded to the Fee Auditor's request with additional information concerning the applicable time entries. After reviewing that additional information, the Fee Auditor has confirmed that he does not have an objection to the Application.

4. No objections to the Application have been received by the undersigned. Moreover, a review of the Court's docket reflects that no objections or responses to the Application were filed.

Dated: April 13, 2012

ANDERSON, KILL, & OLICK, P.C.
Robert Y. Chung
1251 Avenue of the Americas
New York, NY 10020-1182
(212) 278-1039

-and-

CAMPBELL & LEVINE, LLC

*/s/Mark T. Hurford*
Mark T. Hurford (I.D. #3299)
Kathleen Campbell Davis (I.D. #4229)
800 N. King Street
Suite 300
Wilmington, DE 19801
(302) 426-1900

*Delaware and Associated Counsel for the Official Committee of Asbestos Personal Injury Claimants*