# EXHIBIT A

## Final Judgment Pursuant to M.R.C.P. 68

# Commonwealth of Massachusetts
## County of Middlesex
## The Superior Court

MAR 28 2012

CIVIL DOCKET#: MICV1999-02530-C

RE:  Locke v W.R. Grace & Company-Conn. et al

TO:  Jean M Wilson, Esquire
     Seyfarth Shaw
     2 Seaport Lane
     World Trade Center East
     Boston, MA 02210-2028

## NOTICE OF DOCKET ENTRY

You are hereby notified that on 03/27/2012 the following entry was made on the above referenced docket:

FINAL JUDGMENT PURSUANT TO M.R.C.P 68: The plaintiff Robert H. Locke having filed a notice of acceptance of defendant W.R.Grace & Co.-Conn offer of judgment on March 16, 2012, it is hereby ORDERED and ADJUDGED: That the plaintiff Robert H. Locke recover of the defendant W.R.Grace & Co.-Conn the sum of $600,000.00 with interest thereon from March 15, 2012 to date in the sum of $2,367.14 and costs of the action so accrued. (Jane Haggerty, Justice). Copies mailed 3/27/2012
Dated at Woburn, Massachusetts this 27th day of March, 2012.

Michael A. Sullivan,
Clerk of the Courts
BY: Arthur DeGuglielmo
Assistant Clerk

Telephone: 781-939-2757

Disabled individuals who need handicap accommodations should contact the Administrative Office of the Superior Court at (617) 788-8130 cvdgeneric_2.wpd 3831247 judgm degugart

45

# Commonwealth of Massachusetts
## County of Middlesex
## The Superior Court

MAR 28 2012

CIVIL DOCKET# **MICV1999-02530**

Robert H. Locke
vs
W.R. Grace & Company-Conn.

### FINAL JUDGMENT PURSUANT TO M.R.C.P. 68

**FINAL JUDGMENT PURSUANT TO M.R.C.P 68**: The plaintiff Robert H. Locke having filed a notice of acceptance of defendant W.R.Grace & Co.-Conn offer of judgment on March 16, 2012, it is hereby **ORDERED** and **ADJUDGED**: That the plaintiff Robert H. Locke recover of the defendant W.R.Grace & Co.-Conn the sum of **$600,000.00** with interest thereon from March 15, 2012 to date in the sum of **$2,367.14** and costs of the action so accrued. (Jane Haggerty, Justice). Copies mailed 3/27/2012

Dated at Woburn, Massachusetts this 27th day of March, 2012.

Michael A. Sullivan,
Clerk of the Courts

By: _[signature]_
Assistant Clerk

Copies mailed 03/27/2012

cvdjudgen_1.wpd 3931247 judgm degugart