# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co., *et al.*, | ) | Case Nos. 01-1139 (JJF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## NOTICE OF WITHDRAWAL OF ATTORNEY'S APPEARANCE
## AND  REQUEST  FOR  TERMINATION  OF  ELECTRONIC  SERVICE

Please withdraw the appearance of Assistant Attorney General E. Stuart Phillips in the above proceedings as counsel for the Texas Commission on environmental Quality.  This Withdrawal of Appearance does not withdraw the appearance of any other attorney at the Office of the Texas Attorney General who has appeared herein.

Ms. Phillips respectfully requests that she be removed from the list of persons receiving electronic notice of filings in this case.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

JOHN B. SCOTT
Deputy Attorney General for Civil Litigation

RONALD R. DEL VENTO
Assistant Attorney General
Chief, Bankruptcy & Collections Division

*/s/  Edith Stuart Phillips*
EDITH STUART PHILLIPS
Texas State Bar No. 15923600
Assistant Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, Texas 78711-2548
P: (512) 463-2173/F: (512) 482-8341
E-mail: *Stuart.Phillips@texasattorneygeneral.gov*

ATTORNEYS FOR THE  TEXAS COMMISSION ON
ENVIRONMENTAL QUALITY


<u>Certificate of Service</u>

I certify that a true and correct copy of the foregoing  has been served via the Court's Electronic Filing System on all parties requesting notice in this proceeding on April 17, 2012.


*/s/  Edith Stuart Phillips*
EDITH STUART PHILLIPS