# EXHIBIT A

# LAUZON BÉLANGER LESPÉRANCE
AVOCATS • ATTORNEYS

April 2, 2012

RE :   W.R. GRACE & CO., and al.
       U.S. FEE APPLICATION
       CDN ZAI CLASS ACTION
       Our file:  222

**CANADIAN ZAI SPECIAL COUNSEL FEE APPLICATION**
**(February 1st 2012 to February 29th 2012)**

**FOR PROFESSIONAL SERVICES RENDERED, INCLUDING:**

**Our fees :**

| DATE | INIT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 2012-02-02 | MB | Review of an email from Sandra McCash (follow-up with Dan Hogan.) | 0.33 | 450.00 | 148.50 |
| 2012-02-03 | CH | Email to David Thompson re: Judge Buckwater's opinion | 0.25 | 285.00 | 71.25 |
| 2012-02-09 | CH | Review of Motion record from Vasuda Sinha (Norton Rose Canada) | 1.00 | 285.00 | 285.00 |
| 2012-02-09 | MB | Review of Motion record from Vasuda Sinha (Norton Rose Canada) | 1.00 | 450.00 | 450.00 |
| 2012-02-13 | CH | Review of December 2011 and January 2012 monthly statements | 0.67 | 285.00 | 190.95 |
| 2012-02-13 | CH | Email to Karen Harvey re: December monthly statement | 0.17 | 285.00 | 48.45 |
| 2012-02-14 | CH | Email to Karen Harvey re: January monthly statement | 0.17 | 285.00 | 48.45 |
| 2012-02-15 | CH | Review of monthly statement for December 2011 | 0.42 | 285.00 | 119.70 |
| 2012-02-16 | CH | Letter to justice Picard re: update extension of stay | 0.42 | 285.00 | 119.70 |
| 2012-02-24 | CH | Review of Don Pinchin's proposed amendment to memo on claims process. | 1.00 | 285.00 | 285.00 |
| 2012-02-24 | MB | Review of Don Pinchin's proposed amendment to memo on claims process. | 1.00 | 450.00 | 450.00 |
| | | **OUR FEES :** | **6.43** | | **$2,217.00** |

TIME SUMMARY BY LAWYER

| | | | |
|---|---|---|---|
| MB | 450.00 | 2.33 | $ 1,048.50 |
| CH | 285.00 | 4.10 | $ 1,168.50 |

| | |
|---|---|
| G.S.T. 5% | 110.85 |
| Q.S.T. 8.5% | 221.15 |
| **TOTAL** | **$ 2,549.00** |

# G.S.T.   814682340 RT 0001
# Q.S.T.   1211542736 TQ 0001