**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et*. *al*., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: May 9, 2012 @ 4:00 p.m. |
| | ) | Hearing Date: Only if Objection is Timely Filed |
| | ) | |

**TWENTY-FOURTH MONTHLY APPLICATION OF SCARFONE HAWKINS LLP**
**AS SPECIAL COUNSEL FOR THE CANADIAN ZAI CLAIMANTS**

Name of Applicant:                              Scarfone Hawkins LLP

Authorized to Provide
Professional Services to:                    Canadian Zonolite Attic Insulation Claimants
                                                          ("Canadian ZAI Claimants")

Date of Retention:                            March 19, 2010 *nunc pro tunc* December 21, 2009

Period for which compensation
and reimbursement is sought:            February 1, 2012, through February 29, 2012

Amount of compensation sought
as actual, reasonable and necessary:    CDN $      7,451.25

Amount of expense reimbursement
(includes Harmonized Sales Tax of 13%[1])
sought as actual, reasonable and necessary:  CDN $      978.82

This Applicant's Twenty-Fourth Monthly Application.

[Remainder of Page Intentionally Left Blank]

---

[1] On July 1, 2010, the Harmonized Sales Tax (HST) took effect in Ontario and is applied to most purchases and transactions. The 13% HST replaces the federal goods and services tax (GST) and the provincial sales tax (PST).

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period:**

| Date Filed | Period Covered | Requested Fees (CDN $) | Requested Expenses (CDN $) | Paid Fees (CDN $) | Paid Expenses (CDN $) |
|---|---|---|---|---|---|
| 04/30/2010 Dkt. #24697 | December 21, 2009 - March 31, 2010 | $ 98,678.75 Reduction -$708.50 | $ 10,399.55 | $ 78,943.00 $ 19,027.25 | $ 10,399.55 |
| 06/01/2010 Dkt. #24878 | April 1, 2010 – April 30, 2010 | $ 14,765.25 | $ 812.67 | $ 11,812.20 $ 2,953.05 | $ 812.67 |
| 06/30/2010 Dkt. #25015 | May 1, 2010 – May 31, 2010 | $ 21,221.25 | $ 3,327.71 | $ 16,977.00 $ 4,244.25 | $ 3,327.71 |
| 07/28/2010 Dkt. #25127 | June 1, 2010 – June 30, 2010 | $ 23,507.50 | $ 2,994.15 | $ 18,806.00 $ 4,701.50 | $ 2,994.15 |
| 08/31/2010 Dkt. #25297 | July 1, 2010 – July 31, 2010 | $ 17,232.50 | $ 2,259.90 | $ 13,786.00 $ 3,446.50 | $ 2,259.90 |
| 09/29/2010 Dkt. #25497 | August 1, 2010 – August 31, 2010 | $ 10,663.75 | $ 1,403.95 | $ 8,531.00 $ 2,132.75 | $ 1,403.95 |
| 10/29/2010 Dkt. #25666 | September 1, 2010 – September 30, 2010 | $ 5,833.75 | $ 2,153.94 | $ 4,667.00 $ 1,166.75 | $ 2,153.94 |
| 12/03/2010 Dkt. #25858 | October 1, 2010 – October 31, 2010 | $ 6,840.00 | $ 897.99 | $ 5,472.00 $ 1,368.00 | $ 897.99 |
| 01/05/2011 Dkt. #26018 | November 1, 2010 – November 30, 2010 | $ 5,030.00 | $ 653.90 | $ 4,024.00 $ 1,006.00 | $ 653.90 |
| 01/28/2011 Dkt. #26132 | December 1, 2010 – December 31, 2010 | $ 11,478.75 | $ 1,513.55 | $ 9,183.00 $ 2,295.75 | $ 1,513.55 |
| 03/08/2011 Dkt. #26512 | January 1, 2011 – January 31, 2011 | $ 22,076.25 | $ 4,516.93 | $ 17,661.00 $ 4,415.25 | $ 4,516.93 |
| 04/01/2011 Dkt. #26700 | February 1, 2011 – February 28, 2011 | $ 13,196.25 | $ 2,535.34 | $ 10,557.00 $ 2,639.25 | $ 2535.34 |
| 05/12/2011 Dkt. #26925 | March 1, 2011 – March 31, 2011 | $ 6,217.50 | $ 808.28 | $ 4,974.00 $ 1,243.50 | $ 808.28 |
| 06/10/2011 Dkt. #27068 | April 1, 2011 – April 30, 2011 | $ 17,471.25 | $ 2,475.77 | $ 13,977.00 $ 3,494.25 | $ 2,475.77 |
| 06/30/2011 Dkt. #27196 | May 1, 2011 – May 31, 2011 | $ 3,720.00 | $ 493.40 | $ 2,976.00 $ 744.00 | $ 493.40 |
| 08/04/2011 Dkt. #27374 | June 1, 2011 – June 30, 2011 | $ 7,965.00 | $ 1,067.51 | $ 6,372.00 $ 1,593.00 | $ 1,067.51 |
| 08/31/2011 Dkt. #27534 | July 1, 2011 – July 31, 2011 | $ 7,597.50 | $ 989.49 | $ 6,078.00 $ 1,519.50 | $ 989.49 |
| 10/04/2011 Dkt. #27716 | August 1, 2011 – August 31, 2011 | $ 6,483.75 | $ 851.59 | $ 5,187.00 $ 1,296.75 | $ 851.59 |
| 11/14/2011 Dkt. #27939 | September 1, 2011- September 30, 2011 | $ 15,104.64 | $ 4,604.40 | $ 12,083.71 $ 3,020.93 | $ 4,604.40 |

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period (Continued):**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| 12/15/2011 Dkt. #28163 | October 1, 2011 – October 31, 2011 | $ 3,735.00 | $ 2,705.74 | $ 2,988.00 | $ 2,705.74 |
| 01/25/2012 Dkt. #28414 | November 1, 2011- November 30, 2011 | $ 3,450.00 | $ 448.50 | $ 2,760.00 | $ 448.50 |
| 2/21/2012 Dkt. #28556 | December 1, 2011- December 31, 2011 | $ 2,598.75 | $ 337.84 | $ 2,079.00 | 337.84 |
| 3/9/2012 Dkt. #28647 | January 1, 2012- January 31, 2012 | $ 3,435.00 | $ 449.79 | Pending | Pending |

**Fee Detail by Professional for the Period of February 1, 2012, through February 29, 2012:**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate[2] (including changes) | Total Billed Hours | Total Fees (CDN $) |
|---|---|---|---|---|
| David Thompson | Partner, 23 Years 1988 | $525.00 | 11.25 | $ 5,906.25 |
| David Thompson – Travel | | | 0.00 | 0.00 |
| Matthew G. Moloci | Partner, 13 Years 1998 | $450.00 | 2.90 | $ 1,305.00 |
| Matthew G. Moloci - Travel | | | 0.00 | 0.00 |
| Cindy Yates | Law Clerk, 25 Yrs. | $120.00 | 2.00 | $ 240.00 |
| **Grand Total** | | | **16.15** | **$ 7,451.25** |
| Blended Rate | | | | $ 461.38 |
| Blended Rate (excluding Law Clerk time) | | | | $ 509.63 |

[2] Scarfone Hawkins LLP increased its hourly rates as of January 1, 2011.

**Monthly Compensation by Matter Description for the Period of February 1, 2012, through February 29, 2012**:

| Project Category | Total Hours | Total Fees (CDN $) |
|---|---|---|
| 04 - Case Administration | 10.65 | $ 5,426.25 |
| 11 - Fee Applications, Applicant | 3.70 | $ 1,087.50 |
| 12 – Fee Applications, Others | 0.25 | $ 131.25 |
| 14 – Hearings | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 |
| 20 - Travel (Non-Working) | 0.00 | 0.00 |
| 24 – Other | 1.55 | $ 806.25 |
| **TOTAL** | **16.15** | **$ 7,451.25** |

**Monthly Expense Summary for the Period February 1, 2012, through February 29, 2012**:

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopies (In House) | | 0.00 |
| Postage | | 0.00 |
| Travel – Meals | | 0.00 |
| Travel – Accommodations | | 0.00 |
| Travel – Airline | | 0.00 |
| Travel – Taxi & Parking | | 0.00 |
| Long Distance Calls | | 8.99 |
| Harmonized Sales Tax (HST) 13% | | $ 969.83 |
| **TOTAL** | | **$ 978.82** |

PLEASE TAKE NOTICE that Scarfone Hawkins LLP (the "Applicant") has today filed

this Notice of Monthly Fee and Expenses Invoice for February 1, 2012, through February 29,

2012, (this "Monthly Fee Statement")[3] pursuant to the Modified Order Granting The Canadian

ZAI Claimants' Application for Appointment of Special Counsel [Docket No. 24508] and the

Amended Administrative Order Under 11 U.S.C., §§ 105(a) and 331 Establishing Revised

Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and

Official Committee Members [Docket No. 1949].

PLEASE TAKE FURTHER NOTICE that responses or objections to this Monthly Fee

Statement, if any, must be filed on or before May 9, 2012, at 4:00 p.m. (prevailing Eastern Time)

(the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware,

824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that you must also serve a copy of any such

response or objection upon the Notice Parties so as to be received by the Notice Parties on or

before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline,

the Applicant shall file or cause to be filed with the Court, and serve on the Notice Parties, a

certificate of no objection, certifying that no objection, or a partial objection, has been filed with

the Court relative to this Application, whichever is applicable, after which the Debtors are

authorized and required to pay the Applicant an amount equal to (a) eighty percent (80%) of the

fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement or

(b) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses not subject to

any objection. All fees and expenses in this Monthly Fee Statement will be included in the next

quarterly application for compensation and reimbursement of expenses to be filed and served by

the Applicant at a later date, and will be subject to objections at such time.

---

[3] Applicant's Invoice for February 1, 2012, through February 29, 2012, is attached hereto as **Exhibit A.**

PLEASE TAKE FURTHER NOTICE that Applicant respectfully requests that, for the period February 1, 2012, through February 29, 2012, an allowance be made to Scarfone Hawkins LLP for compensation in the amount of CDN $7,451.25 and actual and necessary expenses in the amount of CDN $978.82 (13% Harmonized Sales Tax) for a total allowance of CDN $8,430.07; Actual Interim Payment of CDN $5,961.00 (80% of the allowed fees) and reimbursement of CDN $978.82 (100% of the allowed expenses) be authorized for a total payment of CDN $6,939.82; and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that Applicant believes that the Application and the description of services set forth herein of work performed are in compliance with the requirements of Delaware Local Rule 2016-2, the Amended Administrative Order, and the applicable guidelines and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the Executive Office for the United States Trustee.   A true and correct copy of the Certification of David Thompson is attached hereto as **Exhibit B**.

Dated: April 17, 2012                              Respectfully submitted,

By:     */s/ Daniel K. Hogan*
Daniel K. Hogan (DE Bar No. 2814)
THE HOGAN FIRM
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: 302.656.7540
Facsimile: 302.656.7599
Email: dkhogan@dkhogan.com

**Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants**