# EXHIBIT A

W.R. GRACE & CO., et al.  
CDN ZAI CLASS ACTION

U.S. FEE APPLICATION  
DATE:  
February 29, 2012  
OUR FILE NO: 05L121

# Scarfone Hawkins LLP

B A R R I S T E R S   A N D   S O L I C I T O R S

ONE JAMES STREET SOUTH  
14TH FLOOR  
P.O. BOX 926, DEPOT #1  
HAMILTON, ONTARIO  
L8N 3P9

TELEPHONE  
905-523-1333

TELEFAX  
905-523-5878

H.S.T. REGISTRATION NO.  **873984314 RT – 0001**

## CANADIAN ZAI MONTHLY FEE APPLICATION
### (February 1, 2012 – February 29, 2012)

| DATE | PROFESSIONAL SERVICE | LAWYER | RATE/HR | HOURS | AMOUNT |
|------|---------------------|--------|---------|-------|--------|
| 02 /01/12 | *receipt of and respond to class member inquiries, memos to and from Sandra McCash* | DT | $525.00 | 0.25 | $131.25 |
| 02 /01/12 | *discuss and review with Matt Moloci re: status* | DT | $525.00 | 0.10 | $52.50 |
| 02 /01/12 | *telephone to Dan Hogan with Matt Moloci re: judgment/opinion, next steps, etc.* | DT | $525.00 | 0.50 | $262.50 |
| 02 /01/12 | *letter to Michel Belanger and Careen Hannouche, letter to Keith Ferbers and Evatt Merchant reporting on judgment/opinion received from U.S. District Court* | DT | $525.00 | 0.25 | $131.25 |
| 02 /01/12 | *Conference with David Thompson; teleconference with Thompson and Dan Hogan regarding U.S. appeal decision and claims administration process, status and update* | MGM | $450.00 | 0.60 | $270.00 |
| 02 /02/12 | *consider new material for website, etc.* | DT | $525.00 | 0.25 | $131.25 |
| 02 /02/12 | *review website, prepare new updated website contented, discuss and review with Cindy Yates, memo to Cindy Yates* | DT | $525.00 | 0.50 | $262.50 |
| 02 /02/12 | *emails to and from Evatt Merchant* | DT | $525.00 | 0.10 | $52.50 |
| 02 /02/12 | *emails to and from Careen Hannouche with respect to updating classactionlaw website* | DT | $525.00 | 0.10 | $52.50 |
| 02 /02/12 | *Teleconference with David Thompson regarding updates to website content to include recent U.S. appeal and claims administration process* | MGM | $450.00 | 0.10 | $45.00 |
| 02 /02/12 | *Email from David Thompson to Careen Hannouche, Michel Belanger, Evatt Merchant and Keith Ferbers with summary and update regarding U.S. appeals and teleconference with Dan Hogan; receive further emails from to counsel; review* | MGM | $450.00 | 0.10 | $45.00 |

2

| | | | | | |
|---|---|---|---|---|---|
| 02 /03/12 | *receipt of and respond to class member inquiries* | DT | $525.00 | 0.25 | $131.25 |
| 02 /03/12 | *memo to file re: September, 2011 meeting* | DT | $525.00 | 0.10 | $52.50 |
| 02 /06/12 | *receipt of and respond to class member inquiries* | DT | $525.00 | 0.25 | $131.25 |
| 02 /06/12 | *review files and notes from Montreal September 2011 meeting, prepare summary for Dan Hogan, email to Dan Hogan, Michel Belanger and Careen Hannouche* | DT | $525.00 | 1.00 | $525.00 |
| 02 /07/12 | *receipt of and respond to class member inquiries* | DT | $525.00 | 0.25 | $131.25 |
| 02 /07/12 | *memo to Matt Moloci, follow-up on email inquiry from class member, Ken Murphy* | DT | $525.00 | 0.35 | $183.75 |
| 02 /07/12 | *Emails from Norton Rose with attached electronic copy of Grace Canada Motion Record seeking continuation of CCAA stay of proceeding; email from David Thompson to Sandra McCash to print and compile motion materials* | MGM | $450.00 | 0.20 | $90.00 |
| 02 /07/12 | *Email from David Thompson regarding inquiry from possible Canadian ZAI claimant Ken Murphy; review* | MGM | $450.00 | 0.10 | $45.00 |
| 02 /08/12 | *receipt and review Grace motion record to extend stay, email to acknowledge receipt, memo to Sandra McCash, memos to and from Cindy Yates, follow-up with Matt Moloci, receipt Jacqueline Dias-Visca email* | DT | $525.00 | 0.50 | $262.50 |
| 02 /08/12 | *memo to file re: motion on February 15, 2012* | DT | $525.00 | 0.10 | $52.50 |
| 02 /08/12 | *Receive printed copy of Grace Canada Motion Record seeking continuation of CCAA stay of proceeding; review 38th Report of Information Officer regarding status of proceedings; conference with David Thompson* | MGM | $450.00 | 0.40 | $180.00 |
| 02 /09/12 | *receipt of and respond to various class member inquiries, etc., post memorandum opinion and updated content on website, review and consider same* | DT | $525.00 | 0.50 | $262.50 |
| 02 /09/12 | *receipt Matt Moloci memo re changes to website content* | DT | $525.00 | 0.10 | $52.50 |
| 02 /09/12 | *receipt of and respond to class member inquiries* | DT | $525.00 | 0.25 | $131.25 |
| 02 /09/12 | *Email from David Thompson to possible CDN ZAI claimant Ken Murphy; review and reply to Thompson* | MGM | $450.00 | 0.10 | $45.00 |
| 02 /10/12 | *amend and revise website content, follow-up on class member inquiries received and responded to* | DT | $525.00 | 0.25 | $131.25 |
| 02 /10/12 | *receipt Karen Harvey email re: status of US appeals* | DT | $525.00 | 0.10 | $52.50 |
| 02 /10/12 | *receipt Karen Harvey email regarding status of proceedings re US appeals* | DT | $525.00 | 0.10 | $52.50 |
| 02 /13/12 | *memos to and from Cindy Yates, receipt of and respond to class member inquiries* | DT | $525.00 | 0.25 | $131.25 |
| 02 /13/12 | *receipt Cindy Yates memo, memo to Matt Moloci, etc.., re time dockets* | DT | $525.00 | 0.25 | $131.25 |

3

| 02/13/12 | Telephone voice message from David Thompson regarding completion of December 2011 and January 2012 fee applications; emails from Cindy Yates and Sue McCormick regarding receipt and reconciliation of October 2011 fee application payments | MGM | $450.00 | 0.10 | $45.00 |
|---|---|---|---|---|---|
| 02/14/12 | receipt of and respond to class member inquiries | DT | $525.00 | 0.25 | $131.25 |
| 02/14/12 | receipt Sandra McCash memo re Doyle and Long, memo to file and follow-ups | DT | $525.00 | 0.25 | $131.25 |
| 02/14/12 | Emails from Karen Harvey requesting time and expenses statements for fee application preparation | MGM | $450.00 | 0.10 | $45.00 |
| 02/15/12 | follow-up letter to counsel for Grace re: motion to extend stay of action | DT | $525.00 | 0.10 | $52.50 |
| 02/15/12 | Email from Vasuda Sinha of Norton Rose with attached endorsement of Justice Morawetz extending CCAA stay of proceeding; review | MGM | $450.00 | 0.10 | $45.00 |
| 02/16/12 | receipt of and respond to class member inquiries | DT | $525.00 | 0.25 | $131.25 |
| 02/16/12 | Emails from and to David Thompson addressing further points regarding claims administration process and management | MGM | $450.00 | 0.10 | $45.00 |
| 02/17/12 | receipt Dan Hogan email, review Lauzon Belanger application | DT | $525.00 | 0.25 | $131.25 |
| 02/17/12 | Various emails from Lauren Campbell of The Hogan Firm with attached fee applications of Scarfone Hawkins, Lauzon Belanger and The Hogan Firm for December, 2011; review | MGM | $450.00 | 0.10 | $45.00 |
| 02/18/12 | Review and complete docket entries for December 2011 and January 2012 for completion of fee applications; email to Cindy Yates and David Thompson | MGM | $450.00 | 0.10 | $45.00 |
| 02/18/12 | Email to David Thompson regarding "out of time" possible CDN ZAI Claimants in follow-up to inquiry from Ken Murphy | MGM | $450.00 | 0.10 | $45.00 |
| 02/18/12 | Email to David Thompson and Bridget Scott in follow-up to inquiry from CDN ZAI PD claimant Chris Giesler | MGM | $450.00 | 0.10 | $45.00 |
| 02/21/12 | memos to and from Matt Moloci re December dockets, memos to and from Cindy Yates, review fee application, discuss and review with Cindy Yates re December fee application | DT | $525.00 | 0.25 | $131.25 |
| 02/21/12 | receipt and review application, execute certification, discuss with Cindy Yates, emails to and from Karen Harvey, etc. | DT | $525.00 | 0.35 | $183.75 |
| 02/21/12 | receipt Careen Hannouche letter and Dan Hogan invoice, memo to Cindy Yates to process payment to Lauzon Belanger | DT | $525.00 | 0.25 | $131.25 |
| 02/21/12 | Emails from and to Cindy Yates and Lauren Campbell regarding time and expense summaries and final fee applications for December 2011 and January 2012; review | MGM | $450.00 | 0.20 | $90.00 |
| 02/22/12 | receipt of and respond to class member inquiries, memo to Matt Moloci | DT | $525.00 | 0.25 | $131.25 |
| 02/24/12 | receipt of and respond to class member inquiries | DT | $525.00 | 0.25 | $131.25 |

4

| 02 /24/12 | *follow-up memo to file, follow-up with Dan Hogan's office, etc.* | DT | $525.00 | 0.25 | $131.25 |
|---|---|---|---|---|---|
| 02 /24/12 | *Email from Don Pinchin with comments and attached revisions to the Minutes of the Meeting of July 28, 2011; review and consider; email from David Thompson to Don Pinchin; email from Careen Hannouche* | MGM | $450.00 | 0.20 | $90.00 |
| 02 /24/12 | *Emails from Lauren Campbell of The Hogan Firm regarding status of matter and update* | MGM | $450.00 | 0.10 | $45.00 |
| 02 /27/12 | *receipt email from Lauren of Hogan's office re status of action* | DT | $525.00 | 0.10 | $52.50 |
| 02 /27/12 | *review Don Pinchin email and proposed amendments to Minutes, email to Michel Belanger and Careen Hannouche and Don Pinchin regarding suggested changes* | DT | $525.00 | 0.30 | $157.50 |
| 02 /27/12 | *receipt of and respond to class member inquiries* | DT | $525.00 | 0.25 | $131.25 |
| 02 /27/12 | *receipt Lauren Campbell emails and follow-ups re: 22nd Monthly Fee Applications and review same* | DT | $525.00 | 0.25 | $131.25 |
| 02 /28/12 | *receipt of and respond to class member inquiries* | DT | $525.00 | 0.25 | $131.25 |
| 02 /29/12 | *receipt of and respond to and follow-up on class member inquiries* | DT | $525.00 | 0.25 | $131.25 |
| 02 /29/12 | *receipt of and respond to various class member inquiries* | DT | $525.00 | 0.25 | $131.25 |
| 02 /29/12 | *receipt Lauren Campbell email, review 8th Quarterly Application, review certification, etc.* | DT | $525.00 | 0.25 | $131.25 |
| 02 /29/12 | *review dockets for period February 1, 2012 to February 29, 2012, amend dockets, review disbursements, discuss with David Thompson, draft account, review with David Thompson and Matt Moloci, assemble account into form required by U.S. Bankruptcy Court, email to Karen Harvey enclosing monthly fee application for the period of February 1, 2012 to February 29, 2012* | LC | $120.00 | 2.00 | $240.00 |
| | | | **SUB-TOTAL** | **16.15** | **$7,451.25** |

| TIMEKEEPER | ID | HOURS | RATE | TOTAL | PLUS 13% H.S.T |
|---|---|---|---|---|---|
| DAVID THOMPSON 23 + years | DT | 11.25 | $525.00 | $5,906.25 | $767.81 |
| MATTHEW G.  MOLOCI 13 + years | MGM | 2.90 | $450.00 | $1,305.00 | $169.65 |
| LAW CLERK Cindy Yates 30 years | CY | 2.00 | $120.00 | $240.00 | $31.20 |
| **SUB-TOTAL:** | | **16.15** | | **$7,451.25** | **$968.66** |
| **TOTAL FEES AND TAXES:** | | | | | **$8,419.91** |

**DISBURSEMENTS SUMMARY**

| DATE | DISBURSEMENT | HST EXEMPT | HST NON-EXEMPT | PLUS 13% H.S.T. | TOTAL |
|------|-------------|-----------|----------------|-----------------|-------|
| 02/01/12 02/29/12 | Long Distance Calls – Various calls from February 1, 2012 – February 29, 2012 | | $8.99 | $1.17 | $10.16 |
| **TOTAL DISBURSEMENTS:** | | | **$8.99** | **$1.17** | **10.16** |

| | |
|---|---|
| **TOTAL FEES AND APPLICABLE TAXES:** | **$8,430.07** |

THIS IS OUR FEE APPLICATION,
Per:


**SCARFONE HAWKINS LLP**
E. & O.E.


**\*Del. Bankr. LR 2016-2(e)(iii) allows for
$.10 per page for photocopies.**