## Exhibit A

CUMULATIVE SUMMARY OF INTERIM APPPLICATIONS OF STEPTOE & JOHNSON LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OCTOBER 1, 2011 THROUGH DECEMBER 31, 2011 FOR W.R. GRACE & CO., et al.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees (80%) | Approved Expenses | Holdback Fees |
|---|---|---|---|---|---|---|
| 2/22/12 | 10/1/2011-10/31/2011 | $13,825.00 | $ 6.90 | $ 11,060.00 | $ 6.90 | $ 2,765.00 |
| 2/22/12 | 11/1/2011-11/31/2011 | $ 7,210.00 | $ 7.90 | $ 5,768.00 | $ 7.90 | $ 1,442.00 |
| 2/22/12 | 12/1/2011-12/31/2011 | $ 7,427.50 | $14.98 | $ 5,942.00 | $14.98 | $ 1,485.50 |

## CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 20 | Case Administration | 0 | 0 |
| 32 | Fee Application, Applicant | 1.90 | $ 950.00 |
| 35 | Other Fee Applications | 0 | 0 |
| 30 | Hearings | 0 | 0 |
| 41 | Tax Issues | 39.80 | 27,512.50 |
| 46 | Tax Litigation | 0 | 0 |
| 42 | Travel (1/2 total hours billed) | 0 | 0 |
| | Total | 41.70 | $28,462.50 |

## CUMULATIVE EXPENSE SUMMARY

| Description | Amount |
|---|---|
| Telephone – Conference Calls | $0 |
| Copies – Matter 32 (Fee Applications) | $12.60 |
| Copies – Matter 41 | $1.00 |
| Computer Database Research | $0 |
| Postage | $0 |
| Federal Express/Overnight Messenger | $10.18 |
| Facsimile | $6.00 |
| Meals | $0 |
| Hotel | $0 |
| Local Transportation | $0 |
| Parking | $0 |
| Total | $29.78 |

## Exhibit B

October Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at docket #28563 Case No. 01-01139. Also available upon request from Steptoe & Johnson LLP or Pachulski, Stang, Ziehl, Young & Jones.

## Exhibit C

November Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at docket #28564 Case No. 01-01139. Also available upon request from Steptoe & Johnson LLP or Pachulski, Stang, Ziehl, Young & Jones.

## Exhibit D

December Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at docket #28565 Case No. 01-01139. Also available upon request from Steptoe & Johnson LLP or Pachulski, Stang, Ziehl, Young & Jones.

**EXHIBIT E**

STEPTOE & JOHNSON
Project Category Summary Report
Through 43rd Interim Period
WR GRACE

| Category | 43rd Qtr. Oct-Dec 2011 | Cumulative through December 2011 |
|---|---|---|
| Tax Litigation | 0 | $2,287,001.00 |
| Travel Non-working | 0 | $38,800.00 |
| Fee Applications, Applicant (S&J's fees) | $950.00 | $166,448.00 |
| Expenses | $29.78 | $65,073.20 |
| Tax Issues | $27,512.50 | $33,138.00 |
| Total | $28,492.28 | $2,589,460.20 |