# EXHIBIT A

## EXHIBIT A
## FEES FOR THE FEE PERIOD
## FEBRUARY 1, 2011 THROUGH FEBRUARY 29, 2011[2]

Client: 482910 W.R. GRACE & CO.
Matter: 116770 OPINION OF CONNECTICUT COUNSEL

| Date | Description | Hours | Amount |
|---|---|---|---|
| 02/15/12 | Telephone conference with client and follow up with defendants regarding handling of matter | | |
| 14 | A. Marchetta | 0.4 | 270.00 |
| 02/15/12 | Telephone call from A. Marchetta; conference with J. McFarlane of W. R. Grace regarding Connecticut law opinion; call with B. Piepmeier regarding due diligence; review proposed forms of opinion, certificate, backup materials | | |
| 13 | D. Swerdloff | 1.3 | 767.00 |
| 02/15/12 | Reviewing corporate governance documents and other provided information to determine good standing for Connecticut legal opinion; reviewing matter with D. Swerdloff | | |
| 13 | E. Piepmeier | 1.9 | 484.50 |
| 02/15/12 | Telephone conference with D. Swerdloff and E. B. Piepmeier on the filing history and documents needed for W.R. Grace & Co. -Conn | | |
| 13 | K. Shine | 0.4 | 84.00 |
| 02/16/12 | Review and revise forms of opinion, officer's certificate; review certificate of incorporation, bylaws, resolutions; review power of attorney; calls with B. Piepmeier; call with J. McFarlane; forward signed opinion to client | | |
| 13 | D. Swerdloff | 2.3 | 1,357.00 |
| 02/16/12 | Reviewing corporate governance documents and other provided information to determine good standing for Connecticut legal opinion; reviewing opinion with D. Swerdloff | | |
| 13 | E. Piepmeier | 1.3 | 331.50 |
| 02/16/12 | Telephone conference with Data Reporting on the Amended and Restated Certificate of Incorporation for W.R. Grace & Co. -Conn; telephone conference with D. Swerdloff on the Certificate of Existence options; electronic retrieval of a Long Form Certificate of Existence for same; distribution of documents to E. B. Piepmeier and D. Swerdloff | | |

---

[2] Legend for Day Pitney LLP's fees:
B160 = Fee/Employment Applications

| | | | |
|---|---|---|---|
| 13 | K. Shine | 0.8 | 168.00 |

| | |
|---|---|
| 02/17/12 | Review signed Secretary Certificate; call with B. Piepmeier; e-mail to J. McFarlane authorizing release of opinion |

| | | | |
|---|---|---|---|
| 13 | D. Swerdloff | 0.2 | 118.00 |

| | |
|---|---|
| 02/17/12 | Reviewing executed officers certificate for conformance with legal opinion; discussing matter with D. Swerdloff |

| | | | |
|---|---|---|---|
| 13 | E. Piepmeier | 0.4 | 102.00 |

| | |
|---|---|
| 02/24/12 | Process Data Reporting invoice for payment of CT fees for plain copy of the Amendment to the Certificate of Incorporation of W.R. Grace & Co.-Conn |

| | | | |
|---|---|---|---|
| 13 | K. Shine | 0.1 | 21.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 0.40 | 675.00 | 270.00 |
| D. Swerdloff | 3.80 | 590.00 | 2,242.00 |
| E. Piepmeier | 3.60 | 255.00 | 918.00 |
| K. Shine | 1.30 | 210.00 | 273.00 |
| TOTALS | 9.10 | | $3,703.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| D. Swerdloff | 13 | 3.8 | 590.00 | 2,242.00 |
| K. Shine | 13 | 1.3 | 210.00 | 273.00 |
| E. Piepmeier | 13 | 3.6 | 255.00 | 918.00 |
| A. Marchetta | 14 | 0.4 | 675.00 | 270.00 |
| TOTAL | | 9.1 | | $3,703.00 |

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

| Date | Description | | Hours | Amount |
|---|---|---|---|---|
| 02/01/12 | Review, revise and discuss with J. Gates DP's 3Q 2011 fee application | | | |
| B110 | S. Zuber | | 0.3 | 157.50 |
| 02/02/12 | Finalize Forty-Second Quarterly Fee Application and e-mail same to L. Oberholzer for filing | | | |
| B160 | J. Gates | | 0.5 | 180.00 |
| 02/24/12 | E-mail to A. Marchetta; analysis of legal issues with A. Marchetta | | | |
| B160 | J. Gates | | 0.2 | 72.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| S. Zuber | 0.30 | 525.00 | 157.50 |
| J. Gates | 0.70 | 360.00 | 252.00 |
| TOTALS | 1.00 | | $409.50 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| J. Gates | B160 | 0.7 | 360.00 | 252.00 |
| S. Zuber | B110 | 0.3 | 525.00 | 157.50 |
| TOTAL | | 1.0 | | $409.50 |

4