# EXHIBIT B

# EXHIBIT B

## EXPENSES FOR THE FEE PERIOD
## FEBRUARY 1, 2012 THROUGH FEBRUAR 29, 2012

Engagement Costs

| | | |
|---|---|---|
| 02/16/12 | VENDOR: DATA REPORTING CORP.; INVOICE#: 455467; DATE: 2/16/2012 - CT fees for plain copy of the Amendment to the Certificate of Incorporation; (1% Sales and Use Tax) | 25.00 |
| | Matter Total Engagement Cost | $25.00 |