## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | **Chapter 11** |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case Nos. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

### NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE SUBSTITUTE** the undersigned as attorney for The Burlington Northern and Santa Fe Railway Company, in the above-captioned case and all of the adversary proceedings related thereto and, with his consent, withdraw the appearance of Richard A. O'Halloran, Esquire, as attorney for The Burlington Northern and Santa Fe Railway Company:

>MARIA GRANAUDO GESTY, ESQUIRE
>BURNS WHITE LLC
>100 Four Falls, Suite 515
>1001 Conshohocken State Road
>West Conshohocken, PA 19428

Date:   April 19, 2012

>BURNS WHITE LLC
>
>By:   */s/ Maria Granaudo Gesty*
>      Maria Granaudo Gesty, Esquire
>      DE I.D. No.:  4810
>
>      Tel: (484) 567-5700
>      Fax: (484) 567-5701
>      E-mail:  mrgranaudo@burnswhite.com
>
>      **Attorney for The Burlington Northern and
>      Santa Fe Railway Company**

**CERTIFICATE OF SERVICE**

I, Maria Granaudo Gesty, hereby certify that on this 19th day of April, 2012, I caused a true and correct copy of the foregoing *Notice of Substitution of Counsel* to be served by first-class mail upon the individuals indicated on the 2012 Service List annexed hereto.

                              BURNS WHITE LLC

By:    */s/ Maria Granaudo Gesty*
          Maria Granaudo Gesty, Esquire
          DE I.D. No.: 4810