**EXHIBIT A**
(Fee Detail)

**FEES**

| | |
|---|---:|
| **LITIGATION AND LITIGATION CONSULTING** | $11,917.50 |
| **FEE APPLICATION – APPLICANT** | $455.00 |
| **TOTAL FEES** | $12,372.50 |

# CASNER & EDWARDS, LLP
## ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

April 13, 2012
Bill Number 145142
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re:    Litigation and Litigation Consulting

**LEGAL SERVICES**

THROUGH FEBRUARY 29, 2012

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 02/01/12 | MTM | Receipt and review of two draft document authentication affidavits in the Vest case; telephone call to in-house counsel and revise affidavits re: same. | 0.30 Hrs | 90.00 |
| 02/01/12 | ARA | Quality control property damage ledgers. | 4.50 Hrs | 607.50 |
| 02/01/12 | ARA | Document control. | 2.00 Hrs | 170.00 |
| 02/02/12 | MTM | Revise document authentication affidavit in Vest and email to in-house counsel re: same. | 0.10 Hrs | 30.00 |
| 02/02/12 | ARA | Quality control property damage ledgers. | 3.80 Hrs | 513.00 |
| 02/02/12 | ARA | Document control. | 1.30 Hrs | 110.50 |
| 02/03/12 | ARA | Quality control property damage ledgers. | 2.50 Hrs | 337.50 |
| 02/03/12 | ARA | Document control. | 0.70 Hrs | 59.50 |
| 02/04/12 | RAM | Read selected documents filed in Bankruptcy Court. Read updated Bankruptcy Court docket entries to select documents to read. | 0.20 Hrs | 70.00 |
| 02/07/12 | ARA | Quality control property damage ledgers. | 5.50 Hrs | 742.50 |
| 02/08/12 | ARA | Document control. | 1.30 Hrs | 110.50 |

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re: Litigation and Litigation Consulting

THROUGH FEBRUARY 29, 2012

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 02/09/12 | ARA | Quality control property damage ledgers. | 4.70 Hrs | 634.50 |
| 02/09/12 | ARA | Document control. | 0.70 Hrs | 59.50 |
| 02/10/12 | ARA | Document control. | 0.70 Hrs | 59.50 |
| 02/13/12 | ARA | Quality control property damage ledgers. | 4.80 Hrs | 648.00 |
| 02/13/12 | ARA | Document control. | 1.30 Hrs | 110.50 |
| 02/14/12 | ARA | Quality control property damage ledgers. | 5.20 Hrs | 702.00 |
| 02/14/12 | ARA | Document control. | 1.50 Hrs | 127.50 |
| 02/15/12 | MTM | Receipt and review of emails from outside counsel re: request for document authentication affidavit from plaintiff's counsel in Vest case in California. | 0.30 Hrs | 90.00 |
| 02/15/12 | ARA | Quality control property damage ledgers. | 6.00 Hrs | 810.00 |
| 02/16/12 | MTM | Review amended declaration re: document authentication (.1); email outside counsel re: same (.1); review documents at issue re: execution of declaration (.3); telephone call to in-house counsel re: same (.1); telephone call to California counsel requesting declaration and letter to him re: same (.2). | 0.80 Hrs | 240.00 |
| 02/16/12 | ARA | Quality control property damage ledgers. | 4.00 Hrs | 540.00 |
| 02/16/12 | ARA | Document control. | 1.00 Hrs | 85.00 |
| 02/17/12 | ARA | Quality control property damage ledgers. | 4.60 Hrs | 621.00 |
| 02/17/12 | ARA | Document control. | 1.00 Hrs | 85.00 |
| 02/21/12 | ARA | Document control. | 0.50 Hrs | 42.50 |
| 02/21/12 | ARA | Quality control property damage ledgers. | 5.30 Hrs | 715.50 |
| 02/22/12 | ARA | Document control. | 1.00 Hrs | 85.00 |
| 02/22/12 | ARA | Quality control property damage ledgers. | 3.70 Hrs | 499.50 |
| 02/23/12 | ARA | Quality control property damage ledgers. | 1.60 Hrs | 216.00 |
| 02/24/12 | RAM | Read updated Bankruptcy Court docket entries to select documents to read. | 0.20 Hrs | 70.00 |
| 02/24/12 | ARA | Quality control property damage ledgers. | 5.70 Hrs | 769.50 |
| 02/25/12 | RAM | Read selected documents filed in Bankruptcy Court. | 0.30 Hrs | 105.00 |
| 02/27/12 | ARA | Quality control property damage ledgers. | 3.40 Hrs | 459.00 |

**CASNER & EDWARDS, LLP**
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

THROUGH FEBRUARY 29, 2012

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 02/28/12 | ARA | Document control. | 0.50 Hrs | 42.50 |
| 02/28/12 | ARA | Quality control property damage ledgers. | 6.00 Hrs | 810.00 |
| 02/29/12 | ARA | Document control. | 1.00 Hrs | 85.00 |
| 02/29/12 | ARA | Quality control property damage ledgers. | 2.70 Hrs | 364.50 |

TOTAL LEGAL SERVICES     $11,917.50

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 0.70 | 350.00 | 245.00 |
| Matthew T. Murphy | 1.50 | 300.00 | 450.00 |
| Angela R. Anderson | 74.00 | 135.00 | 9,990.00 |
| Angela R. Anderson | 14.50 | 85.00 | 1,232.50 |
| | 90.70 | | $11,917.50 |

TOTAL THIS BILL     $11,917.50

**CASNER & EDWARDS, LLP**

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

April 13, 2012
Bill Number 145143
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re:   Fee Applications, Applicant

**LEGAL SERVICES**

THROUGH FEBRUARY 29, 2012

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 02/04/12 | RAM | Work on December Fee Application. | 0.20 Hrs | 70.00 |
| 02/06/12 | RAM | Send December Fee Application to Delaware counsel to file. | 0.10 Hrs | 35.00 |
| 02/08/12 | RAM | Send December Fee Application to Fee Auditor. | 0.10 Hrs | 35.00 |
| 02/11/12 | RAM | Work on Quarterly Fee Application for 42nd Interim Period. | 0.80 Hrs | 280.00 |
| 02/13/12 | RAM | Finalize Quarterly Fee Application. | 0.05 Hrs | No Charge |
| 02/20/12 | RAM | Read Fee Auditor's Combined Final Report for fee applications with no issues. | 0.10 Hrs | 35.00 |

|  |  |
|---|---|
| TOTAL LEGAL SERVICES | $455.00 |

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 1.30 | 350.00 | 455.00 |

Page 1

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Fee Applications, Applicant

| | | | |
|---|---:|---:|---:|
| Robert A. Murphy | 0.05 | 350.00 | No Charge |
| | 1.35 | | $455.00 |

|  |  |
|---|---:|
| TOTAL THIS BILL | $455.00 |