# EXHIBIT B

**(Expense Detail)**

**EXPENSES**

| | |
|---|---|
| **LITIGATION AND LITIGATION CONSULTING** | $12,507.94 |
| **FEE APPLICATION – APPLICANT** | $24.92 |
| **TOTAL EXPENSES** | $12,532.86 |



303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

April 13, 2012
Bill Number 145152
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**LEGAL SERVICES**

**COSTS**

THROUGH FEBRUARY 29, 2012

| | | | |
|---|---|---|---|
| EXCESS POSTAGE | | | |
| 02/29/12 | EXCESS POSTAGE | 2.60 | |
| | | | $2.60 |
| RENT REIMBURSEMENT | | | |
| 02/01/12 | ONE WINTHROP SQUARE, LLC: Rent and utilities for document repository at One Winthrop Square - February 2012. | 12,096.89 | |
| | | | $12,096.89 |
| MISCELLANEOUS | | | |
| 02/13/12 | RECORDKEEPER ARCHIVE CENTERS,: Storage from January 1 to January 31, 2012. | 408.45 | |
| | | | $408.45 |
| | | TOTAL COSTS | $12,507.94 |
| | | TOTAL THIS BILL | $12,507.94 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

April 13, 2012
Bill Number 145153
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**LEGAL SERVICES**

**COSTS**

THROUGH FEBRUARY 29, 2012

FEDERAL EXPRESS

| | | | |
|---|---|---|---|
| 02/24/12 | FEDERAL EXPRESS CORPORATION: 919 North Market St. Pachulski Stang Ziehl & Jones from Casner and Edwards on February 8, 2012 by R A Murphy. | 24.92 | |
| | | | $24.92 |
| | TOTAL COSTS | | $24.92 |
| | TOTAL THIS BILL | | $24.92 |