THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
|  | ) | Case No. 01-1139 (JKF) |
| W. R. GRACE & CO., *et al.*,[2] | ) | Jointly Administered |
|  | ) |  |
| Debtors. |  | **Related To Docket No.** _____ |

**ORDER FOR LEAVE FROM SCHEDULING ORDER AND TO SHORTEN NOTICE PERIOD ON MOTION OF W. R. GRACE & CO. FOR ENTRY OF AN ORDER APPROVING (A) THE SETTLEMENT BETWEEN W. R. GRACE & CO. AND THE LIBBY CLAIMANTS, (B) THE TRANSITION OF THE LIBBY MEDICAL PROGRAM, AND (C) THE SETTLEMENT BETWEEN W. R. GRACE & CO. AND BNSF RAILWAY COMPANY**

Upon the motion of the Debtors pursuant to Del. Bankr. L.R. 9006-1(e), Rule 9006(c) of the Bankruptcy Rules and section 102 of the Bankruptcy Code, for leave from this Court's Scheduling Order and to shorten the notice period with respect to its *Motion of W. R. Grace &*

---

[2] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

*Co. For Entry of an Order Approving (A) the Settlement Between W. R. Grace & Co. and the Libby Claimants, (B) the Transition of the Libby Medical Program, and (C) the Settlement Between W. R. Grace & Co. and BNSF Railway Company* (the "Motion"); and due and proper notice of the Motion having been given; and it appearing that sufficient cause exits for granting the requested relief; it is hereby:

ORDERED that the Motion to Shorten is granted; and it is further

ORDERED that the Debtors are granted leave from the Scheduling Order, and it is further

ORDERED that the notice period with respect to the Motion is shortened so that the Objection Deadline on the Motion is May 4, 2012 at 4:00 p.m.; and it is further

ORDERED that the Motion is set for hearing, if such a hearing is necessary, for May 23, 2012, at 9:00 a.m.

Dated: _____, 2012

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge