**EXHIBIT A**

# DuaneMorris

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
LAKE TAHOE
HO CHI MINH CITY

April 10, 2012

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001        Invoice# 1751767        IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 03/31/2012 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 5.00 | hrs. at | $780.00 | /hr. = | $3,900.00 | |
| WS KATCHEN | OF COUNSEL | 0.40 | hrs. at | $875.00 | /hr. = | $350.00 | |
| S LENKIEWICZ | PARALEGAL | 7.10 | hrs. at | $185.00 | /hr. = | $1,313.50 | |
| | | | | | | | $5,563.50 |

DISBURSEMENTS
MESSENGER SERVICE                                   $10.00
PRINTING & DUPLICATING                               $0.30
TOTAL DISBURSEMENTS                                          $10.30

DUANE MORRIS LLP

Duane Morris
April 10, 2012
Page 2

File # K0248-00001                                                                            INVOICE# 1751767
         W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 3/15/2012 | 004 | S LENKIEWICZ | REVIEW DOCKET RE OMNIBUS HEARING DATES AND QUARTERLY FEE HEARING DATES AND CALENDAR SAME | 0.30 | $55.50 |
| | | | Code Total | 0.30 | $55.50 |

Duane Morris
April 10, 2012
Page 3

File # K0248-00001 INVOICE# 1751767
W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 3/7/2012 012 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS (.1); PREPARE AND EFILE CNO RE DM 119TH MONTHLY (.3) | 0.40 | $74.00 |
| 3/12/2012 012 | MR LASTOWSKI | REVIEW FEE CHART | 0.30 | $234.00 |
| 3/14/2012 012 | S LENKIEWICZ | EMAILS TO/FROM J. PALO RE FORMAT OF INVOICES FOR FEE APPLICATIONS (.2); RECEIPT AND REVIEW OF SAME (.1) | 0.30 | $55.50 |
| 3/20/2012 012 | S LENKIEWICZ | PREPARE DUANE MORRIS 120TH MONTHLY FEE APPLICATION FOR PERIOD JANUARY 2012 (.5); FINALIZE APPLICATION AND EXHIBIT AND EFILE SAME (.3) | 0.80 | $148.00 |
| 3/20/2012 012 | S LENKIEWICZ | PREPARE DUANE MORRIS 121ST MONTHLY FEE APPLICATION FOR PERIOD FEBRUARY 2012 (.5); FINALIZE APPLICATION AND EXHIBIT AND EFILE SAME (.3) | 0.80 | $148.00 |
| 3/26/2012 012 | MR LASTOWSKI | REVIEW FEE ORDER | 0.10 | $78.00 |
| | | Code Total | 2.70 | $737.50 |

Duane Morris
April 10, 2012
Page 4

File # K0248-00001                                                                INVOICE# 1751767
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 3/6/2012 | 013 | S LENKIEWICZ | FINALIZE NOTICE OF CAPSTONE'S 96TH MONTHLY FEE APPLICATION (.2); FINALIZE APPLICATION, EXHIBITS AND COS FOR EFILING (.1); EFILE SAME (.2); EMAIL TO D. MOHAMMAD ATTACHING EFILING CONFIRMATION RE SAME (.1) | 0.60 | $111.00 |
| 3/7/2012 | 013 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO VARIOUS FEE APPLICATIONS (.2); PREPARE CNO RE CAPSTONE 95TH MONTHLY FEE APPLICATION AND EFILE SAME (.3); PREPARE CNO RE SSL 42ND QUARTERLY AND EFILE SAME (.3); PREPARE CNO RE CAPSTONE 31ST QUARTERLY AND EFILE SAME (.3); FORWARD EFILING CONFIRMATIONS TO D. MOHAMMAD (.2) | 1.30 | $240.50 |
| 3/22/2012 | 013 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO SSL 130TH MONTHLY FEE APPLICATION (.1); PREPARE CNO RE SAME (.2); FINALIZE CNO AND EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.60 | $111.00 |
| 3/28/2012 | 013 | S LENKIEWICZ | FINALIZE NOTICE OF SSL 131ST MONTHLY FEE APPLICATION FOR EFILING (.2); FINALIZE FEE APPLICATION, EXHIBITS AND CERTIFICATE OF SERVICE FOR EFILING (.2); EFILE SAME (.2); EMAIL EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.70 | $129.50 |
| 3/29/2012 | 013 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO CAPSTONE'S 96TH MONTHLY FEE APPLICATION (.1); PREPARE CNO RE SAME (.2); EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.60 | $111.00 |
| 3/30/2012 | 013 | S LENKIEWICZ | FINALIZE NOTICE OF CAPSTONE 97TH MONTHLY FEE APPLICATION FOR EFILING (.2); FINALIZE FEE APPLICATION, EXHIBITS AND CERTIFICATE OF SERVICE FOR EFILING (.2); EFILE SAME (.2); EMAIL EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.70 | $129.50 |
| | | | Code Total | 4.50 | $832.50 |

DUANE MORRIS LLP

Duane Morris
April 10, 2012
Page 5

File # K0248-00001                                                                INVOICE# 1751767
　　　W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 3/12/2012 | 015 | MR LASTOWSKI | REVIEW AGENDA NOTICE (MARCH 28, 2012 HEARING) | 0.10 | $78.00 |
| 3/23/2012 | 015 | MR LASTOWSKI | REVIEW AMENDED AGENDA NOTICE (MARCH 28, 2012 HEARING) | 0.10 | $78.00 |
| | | | Code Total | 0.20 | $156.00 |

Duane Morris
April 10, 2012
Page 6

File # K0248-00001                                                                                              INVOICE# 1751767
         W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 3/15/2012 | 016 | MR LASTOWSKI | REVIEW SETTLEMENT APPROVAL ORDER | 0.10 | $78.00 |
| 3/20/2012 | 016 | MR LASTOWSKI | REVIEW MOTION FOR APPROVAL OF HIGH POINT SETTLEMENT | 0.40 | $312.00 |
| | | | Code Total | 0.50 | $390.00 |

File # K0248-00001                                                                                    INVOICE# 1751767
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 3/1/2012 | 017 | MR LASTOWSKI | REVIEW CANADA NOTICE OF APPEAL FROM CONFIRMATION ORDER | 0.10 | $78.00 |
| 3/6/2012 | 017 | MR LASTOWSKI | REVIEW APPELLATE DOCKETS | 0.30 | $234.00 |
| 3/13/2012 | 017 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: APPEALS FROM CONFIRMATION ORDER | 0.10 | $78.00 |
| 3/15/2012 | 017 | MR LASTOWSKI | REVIEW APPELLATE DOCKET | 0.10 | $78.00 |
| 3/16/2012 | 017 | MR LASTOWSKI | REVIEW MOTION TO STRIKE SUR-REPLY (GARLOCK) | 0.10 | $78.00 |
| 3/19/2012 | 017 | MR LASTOWSKI | REVIEW BRIEFING SCHEDULE | 0.20 | $156.00 |
| 3/19/2012 | 017 | MR LASTOWSKI | REVIEW STATUS OF PLAN APPEALS | 0.50 | $390.00 |
| 3/20/2012 | 017 | MR LASTOWSKI | REVIEW APPELLATE DOCKETS | 0.30 | $234.00 |
| 3/22/2012 | 017 | MR LASTOWSKI | REVIEW STATUS OF APPELLATE DOCKETS | 0.50 | $390.00 |
| 3/26/2012 | 017 | MR LASTOWSKI | REVIEW THIRD CIRCUIT UPDATE AND RELATED DOCKET ENTRIES | 1.60 | $1,248.00 |
| 3/26/2012 | 017 | MR LASTOWSKI | REVIEW REPLY BRIEF (GARLOCK) | 0.10 | $78.00 |
| | | | Code Total | 3.90 | $3,042.00 |

Duane Morris
April 10, 2012
Page 8

File # K0248-00001    INVOICE# 1751767
　　　W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 3/12/2012 | 025 | WS KATCHEN | REVIEW PLAN PROPONENTS' SUR REPLY (.3); REVIEW STROOK MEMO(.1). | 0.40 | $350.00 |
| | | | Code Total | 0.40 | $350.00 |
| | | | TOTAL SERVICES | 12.50 | $5,563.50 |

Duane Morris
April 10, 2012
Page 9

File # K0248-00001  INVOICE# 1751767
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|---|---|---|---:|
| 03/31/2012 | MESSENGER SERVICE | | 10.00 |
| | | Total: | $10.00 |
| 03/31/2012 | PRINTING & DUPLICATING | | 0.30 |
| | | Total: | $0.30 |
| | | TOTAL DISBURSEMENTS | $10.30 |

Duane Morris
April 10, 2012
Page 10

File # K0248-00001  INVOICE# 1751767
    W.R. GRACE & CO.

| TIMEKEEPER NO. | NAME | CLASS | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 02394 | MR LASTOWSKI | PARTNER | 5.00 | 780.00 | $3,900.00 |
| 02602 | WS KATCHEN | OF COUNSEL | 0.40 | 875.00 | $350.00 |
| 03723 | S LENKIEWICZ | PARALEGAL | 7.10 | 185.00 | $1,313.50 |
| | | | 12.50 | | $5,563.50 |