EXHIBIT A

PHILLIPS, GOLDMAN & SPENCE, P.A.

INVOICES BY TIME AND INDIVIDUAL

FOR THE TIME PERIOD
MARCH 1, 2012 THROUGH
MARCH 31, 2012

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE  19806
(302) 655-4200
EI #: 51-0328786

April 16, 2012

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC  20007--5135

File   WRG-AUS/JCP
Invoice number   102397

Re:  W. R. Grace & Co.
     David T. Austern
Case No.: 01-01139 (RLB)

```
         Subtotal for FEES only: 03/31/12       $5,426.00
         Subtotal for COSTS only: 03/31/12         $23.55
                                              ------------
CURRENT PERIOD FEES AND COSTS: 03/31/12         $5,449.55
                                              ------------
```

****************************************************************

Please send remittance copy with payment.  Thank you.

****************************************************************

Phillips, Goldman & Spence, P.A.

Page 2

April 16, 2012

Orrick, Herrington & Sutcliffe, LLP

File WRG-AUS/JCP
Invoice number 102397

Re: W. R. Grace & Co.
David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| LITIGATION | 0.5 | 242.50 |
| FEE/EMPLOYMENT APPLICATIONS | 5.5 | 1,227.50 |
| PLAN AND DISCLOSURE STATEMENT | 9.2 | 3,758.00 |
| CASE ADMINISTRATION | 0.9 | 148.50 |
| CLAIMS ADMINISTRATION AND OBJECTIONS | 0.3 | 49.50 |
| Subtotal for FEES only: 03/31/12 | 16.4 | $5,426.00 |

| RATE | SUMM | | HOURS | | | |
|---|---|---|---|---|---|---|
| 485.00 | JCP | 8.50 | 8.50 | 4,122.50 | 0.00 | 0.00 |
| 165.00 | CAH | 7.90 | 7.90 | 1,303.50 | 0.00 | 0.00 |
| Totals | | 16.40 | 16.40 | 5,426.00 | 0.00 | 0.00 |

```
Sorts:  Grouping code              (Paginate)
        Client code
        Actual employee code       (Subtotal)
        Transaction date

Ranges:
    Include "Client code" from WRG to WRG
    Exclude "Billable $" from 0.00 to 0.00
    Include "Invoice Number" from 102397 to 102397
```

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | CASE ADMINISTRATION | CAH | 03/08/12 | Obtain 3rd Circuit e-file information for John C. Phillips, Jr. after review of e-mail from D. Fullem requesting filing of 2 Entries of Appearance for Orrick. | 0.40 | 66.00 | Ca |
| WRG | CASE ADMINISTRATION | CAH | 03/14/12 | Update docket to system. | 0.20 | 33.00 | |
| WRG | CASE ADMINISTRATION | CAH | 03/26/12 | Update 2002 list. | 0.30 | 49.50 | |
| | | | | | 0.90 | 148.50 | |
| | | | | | 0.90 | 148.50 | |

Total records this group:   3

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | CLAIMS ADMINISTRATION AND OBJECTIONS | CAH | 03/30/12 | Phone conference with asbestos claimants and conference with John C. Phillips, Jr. re: same. | 0.30 | 49.50 | Co |
|   |   |   |   |   | ----- | ------ |   |
|   |   |   |   |   | 0.30 | 49.50 |   |
|   |   |   |   |   | ----- | ------ |   |
|   |   |   |   |   | 0.30 | 49.50 |   |
|   |   |   |   |   | ----- | ------ |   |

Total records this group:   1

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 03/02/12 | Review of ECF Notification re: (9x) re: closing of Remark case. | 0.20 | 97.00 | Li |
| WRG | LITIGATION | JCP | 03/15/12 | Review of Order approving Samson Hydrocarbons Allowed Otis Claim. | 0.10 | 48.50 | |
| WRG | LITIGATION | JCP | 03/23/12 | Review of Court Call cancellation notice for 3/28/12 Hearing. | 0.10 | 48.50 | |
| WRG | LITIGATION | JCP | 03/26/12 | Review of Amended Agenda for 3/28/12 Hearing. | 0.10 | 48.50 | |
| | | | | | 0.50 | 242.50 | |
| | | | | | 0.50 | 242.50 | |

Total records this group:   4

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---:|---:|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 03/05/12 | Download and file December Fee Application for Lincoln Partners; e-mail docket number to D. Fullem. | 0.20 | 33.00 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 03/14/12 | Draft Certificate of No Objection for Phillips, Goldman & Spence 31st Quarterly Fee Application. | 0.20 | 33.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 03/14/12 | Draft Certificate of No Objection for Phillips, Goldman & Spence January 2012 Fee Application. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 03/14/12 | Draft Phillips, Goldman & Spence February 2012 Fee Application. | 0.70 | 115.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 03/16/12 | Review of and revise February Fee Applications as per John C. Phillips, Jr.. | 0.10 | 16.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 03/19/12 | Scan and file Certificate of No Objection for Phillips, Goldman & Spence Quarterly and January Fee Applications. | 0.40 | 66.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 03/23/12 | E-mail from and e-mail from D. Fullem re: Orrick's fee applications. | 0.10 | 16.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 03/23/12 | Download and file Certificate of No Objection for Orrick's January Fee Application; e-mail docket number to D. Fullem. | 0.20 | 33.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 03/23/12 | Download and file Lincoln's December 2011 Fee Application and cease same upon receipt of e-mail from D. Fullem. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 03/23/12 | Download and file December 2011 Fee Application for D. Austern; e-mail docket number to D. Fullem. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 03/26/12 | Scan, file and serve Phillips, Goldman & Spence February Fee Application. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 03/27/12 | Review of e-mail from D. Fullem and download and file Orrick's 4th Quarterly Fee Application; e-mail docket number to D. Fullem. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 03/27/12 | Review of e-mail from D. Fullem and download and file 29th Quarterly Fee Application for D. Austern; e-mail docket number to D. Fullem. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 03/27/12 | Review of e-mail from D. Fullem and download and file 10th Quarterly Fee Application for Lincoln Partners; e-mail docket number to D. Fullem. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 03/27/12 | Review of e-mail from D. Fullem and download and file February 2012 Monthly Fee Application for Orrick Herrington. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 03/29/12 | Reconcile payment to invoices. | 0.20 | 33.00 | |
| | | | | | 4.50 | 742.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 03/03/12 | Review of and revise downward February 2012 pre-bill. | 0.10 | 48.50 | |

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 03/16/12 | Review of and execute Certificate of No Objection re: Phillips, Goldman & Spence 31st Quarterly Fee Application (.1); review of, revise and execute Certificate of No Objection re: Phillips, Goldman & Spence 92nd Monthly Fee Application (.2); review of, revise and execute Certificate of No Objection re: Phillips, Goldman & Spence 93rd Monthly Fee Application (.2); conference with Celeste A. Hartman re: revisions to Fee Applications. | 0.60 | 291.00 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 03/17/12 | Review of Supplemental Certification of Counsel re: 42nd Quarter Project Category Summary; conference with paralegal re; signing John C. Phillips, Jr. up to participate in 3/28/12 Hearing via Court Call; review of Court Call confirmation re: same. | 0.20 | 97.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 03/30/12 | Review of Order approving 42nd Quarterly Fee Applications including Phillips, Goldman & Spence Application. | 0.10 | 48.50 | |
| | | | | | 1.00 | 485.00 | |
| | | | | | 5.50 | 1,227.50 | |

Total records this group:   20

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | PLAN AND DISCLOSURE STATEMENT | CAH | 03/08/12 | Review information and phone conference with John C. Phillips, Jr. re: 3rd Circuit filing (.2); file Entries of Appearance for R. Wyron and R. Frankel (.4); e-mail results to John C. Phillips, Jr. and conference with John C. Phillips, Jr. re: same (.1). | 0.70 | 115.50 | ps |
| WRG | PLAN AND DISCLOSURE STATEMENT | CAH | 03/09/12 | Conference with John C. Phillips, Jr. re: 3rd Circuit filing and follow up to same. | 0.20 | 33.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | CAH | 03/09/12 | Phone conference with Tina at 3rd Circuit re: filings (.2); phone conference with D. Fullem (extended) with results and how matters are to be filed (.4). | 0.60 | 99.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | CAH | 03/09/12 | Draft Entry of Appearance for John C. Phillips, Jr. and file same. | 0.40 | 66.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | CAH | 03/12/12 | E-mail back and forth with D. Fullem re: service for 3rd Circuit case and e-mail John C. Phillips, Jr. Entry of Appearance for inclusion in service. | 0.30 | 49.50 | |
| | | | | | 2.20 | 363.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 03/05/12 | Review of ECF Notification re: Entry of Appearance for Bank Lender Group appeal (5x) (.1); review of ECF Notification re: Orders granting Pro Hac Motions (2x) (.1); review of ECF Notification re: Notice of Canada's appeal (2x) (.1); review of ECF Notification re: record available and review of ECF Notification re: consolidation of appeals (.1); review of Garlock's Reply Brief in support of its Motion for Reargument (.4). | 0.80 | 388.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 03/06/12 | Review of ECF Notification (4x) re: Entry of Appearance for Cryovac in appeal. | 0.10 | 48.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 03/07/12 | Review of ECF Notification (4x) "So Ordering" several Pro Hac Motions. | 0.10 | 48.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 03/08/12 | Review of ECF Notification (5x) re: Debtors' entries of appearances (.1); conference with Celeste A. Hartman (2x) re: filing Entry of Appearance for Roger Frankel and Rick Wyron for PI FCR (.1); review of both Entries of Appearance (.1); e-mail from and e-mail to Debra Fullem (2x) re: filing same today (.1); e-mail from Celeste A. Hartman re: proof of filing same (.1); e-mail to Debra Fullem providing and explaining proof of filing same (.1). | 0.60 | 291.00 | |

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 03/09/12 | Review of two ECF Notifications listing all Entries of Appearance (.1); e-mail from Debra Fullem re: Corporate Disclosure for David Austern to be filed in Third Circuit and review of same (.1); conference with Celeste A. Hartman (2x) re: John C. Phillips, Jr. entering his appearance in Third Circuit Appeal (.1); review of and execute Entry of Appearance (.1); conference with Celeste A. Hartman re: counsel at Orrick needing to file their own Entries of Appearance (.1); e-mail from counsel for Debtors re: draft sur-reply to Garlock's Motion for Reconsideration with enclosure and review of same (.3); e-mail to and e-mail from Roger Frankel re: advising as to when John C. Phillips, Jr. can approve same (.1); e-mail from and e-mail to Rick Wyron re: approving same (.1); e-mail to and e-mail from local counsel for Debtor re: approving same (.1). | 1.10 | 533.50 | ps |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 03/10/12 | Review of Debtors' 5 Entries of Appearance in 3rd Circuit Appeal; review of Debtors' Corporate Disclosure Statement. | 0.20 | 97.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 03/12/12 | E-mail from counsel for Canada re: postponing briefing on appeals until Court has ruled on outstanding motions; e-mail from counsel for Debtors re: same; e-mail from Roger Frankel re: same; e-mail from counsel for Montana re: it intends to file an appeal. | 0.20 | 97.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 03/12/12 | Review of Agenda for 3/28/12 Hearing; conference with paralegal re: signing John C. Phillips, Jr. up to participate via Court Call. | 0.20 | 97.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 03/13/12 | Review of ECF Notification re: Frankel's Entry of Appearance (3x); review of ECF Notification re: Canada's Designation of Record on Appeal (2x). | 0.10 | 48.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 03/14/12 | Letter from local counsel for plaintiff to Clerk of Delaware District Court re: Bank Lender Group's and Canada's appeals stayed with enclosure; review of Order Consolidating Canada's appeal with Bank Lender Group's appeal; review of Order staying Bank Lender Group's appeal. | 0.20 | 97.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 03/15/12 | Review of Bank Lender Group's Entries of Appearance. | 0.10 | 48.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 03/16/12 | Review of Entries of Appearance for Garlock (.1); e-mail from Roger Frankel approving Appellee's Opposition to Garlock's Stay Motion and review of same (.9); e-mail from and e-mail to local counsel for Debtors re: approving same (.1); e-mail from local counsel for Personal Injury Committee approving same (.1). | 1.20 | 582.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 03/17/12 | Review of Garlock's Motion to Strike Plan Proponents' Sur-Reply Brief re: Garlock's Motion for Reargument (.1); review of Garlock's Motion for Reargument (.1); review of Garlock's Response to Plan Proponents' Sur-Reply Brief with Exhibits and proposed Order (.5). | 0.60 | 291.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 03/19/12 | Review of ECF Notification re: setting briefing schedule on Garlock's Motion to Stay. | 0.10 | 48.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 03/20/12 | Review of Entry of Appearance for Canada and Montana. | 0.10 | 48.50 | |

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 03/21/12 | Review of entries of appearance for Libby Claimants and Equity Committee. | 0.10 | 48.50 | ps |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 03/22/12 | Review of Entries of Appearance for Travelers and Maryland Casualty. | 0.10 | 48.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 03/23/12 | Review of Entry of Appearance for Travelers. | 0.10 | 48.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 03/24/12 | Review of 4 Entries of Appearance for Travelers. | 0.20 | 97.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 03/26/12 | E-mail from counsel for Debtors re: draft status report to 3rd Circuit with enclosure; review of same; e-mail from counsel for Libby Claimants approving same; review of ECF Notification re: granting Plan Proponents Sur-Reply and denying Garlock's Motion to Strike same and to file a response. | 0.30 | 145.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 03/27/12 | Review of as filed letter to Clerk at 3rd Circuit re: status report; review of Garlock's Reply in support of Motion to Stay Court's Memorandum Opinion. | 0.40 | 194.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 03/30/12 | Review of Entries of Appearance for Bank Lender Group. | 0.10 | 48.50 | |
| | | | | | -----  7.00  ----- | ---------  3,395.00  --------- | |
| | | | | | 9.20  ----- | 3,758.00  --------- | |

Total records this group: 27

```
                                                                           ------      ---------
                                                                            16.40       5,426.00
                                                                           ======      =========
```

55 records printed.