# EXHIBIT B

## PHILLIPS, GOLDMAN & SPENCE, P.A.

### EXPENSE RECORDS

### FOR THE TIME PERIOD
### MARCH 1, 2012 THROUGH
### MARCH 31, 2012

Phillips, Goldman & Spence, P.A.

Page   2

April 16, 2012

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   102397

Re:   W. R. Grace & Co.
      David T. Austern

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 03/01/12 | Long distance phone charges | 18.25 |
| 03/14/12 | Photocopies | 2.90 |
| 03/16/12 | Facsimile | 1.00 |
| 03/26/12 | Postage | 1.40 |

Subtotal for COSTS only: 03/31/12     $23.55