# EXHIBIT A
# ORRICK, HERRINGTON & SUTCLIFFE LLP
# INVOICES FOR THE TIME PERIOD
# MARCH 1-31, 2012



**ORRICK**

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

April 15, 2012
Client No. 17367
Invoice No. 1360584

Orrick Contact: Roger Frankel

For Legal Services Rendered Through March 31, 2012 in Connection With:

**Matter:  7 - Insurance Matters**

| 03/16/12 | P. Mahaley | Analyze draft language identifying excluded policies re objector settlement agreement and propose revised language. | 1.00 |

|  | Total Hours | 1.00 |  |
|  | Total For Services |  | $665.00 |

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Peri  N. Mahaley | 1.00 | 665.00 | 665.00 |
| Total All Timekeepers | 1.00 | $665.00 | $665.00 |

**Total For This Matter**          **$665.00**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 2

April 15, 2012
Invoice No. 1360584

For Legal Services Rendered Through March 31, 2012 in Connection With:

**Matter: 8 - Litigation**

| Date | Person | Description | Hours |
|---|---|---|---|
| 03/01/12 | D. Fullem | Review Grace 8-K and 10-K filings. | 0.50 |
| 03/01/12 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 03/01/12 | R. Wyron | Review BNSF comments on indemnity settlement agreement (.4); respond to e-mails regarding changes to draft settlement agreement (.3); revise agreement re Libby changes (.3). | 1.00 |
| 03/02/12 | D. Fullem | Review e-mail from R. Frankel regarding research on Travelers/Johns-Manville case. | 0.40 |
| 03/02/12 | R. Frankel | Begin review of status of settlement agreements, e-mails regarding same. | 0.80 |
| 03/04/12 | R. Wyron | Review draft motion (.7); review comments to settlement agreement and revise draft (1.6); review pleadings on stay pending appeal (.6). | 2.90 |
| 03/05/12 | D. Fullem | Review Garlock's reply and exhibits filed in District Court case. | 0.40 |
| 03/05/12 | D. Fullem | Review and respond to e-mail from D. Felder regarding notices of appearance for R. Frankel and R. Wyron in bank lender appeal. | 0.20 |
| 03/05/12 | J. Burke | Review Garlock's reply in support of rehearing. | 0.20 |
| 03/05/12 | R. Wyron | Revise BNSF agreement (.4); call with Grace and ACC counsel re BNSF agreement and other pending matters (1.4); follow-up with counsel for Libby and BNSF (.4). | 2.20 |
| 03/05/12 | R. Frankel | E-mail memo to R. Wyron regarding suggested changes to Settlement Approval Motion. | 0.40 |
| 03/05/12 | R. Frankel | Telephone conference with J. Donley, A. Paul, R. Wyron, P. Lockwood regarding status of settlement agreements, objector issues. | 1.50 |
| 03/05/12 | R. Frankel | Telephone conference with R. Wyron in preparation for team conference call. | 0.40 |
| 03/05/12 | R. Frankel | Review memo regarding Libby requested changes to settlement agreements. | 0.90 |
| 03/05/12 | R. Frankel | Review marked versions of settlement agreements from Libby counsel. | 2.40 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -                    April 15, 2012
17367                                                                                                        Invoice No. 1360584
page 3

| 03/05/12 | R. Frankel | Review Reply of Garlock to Plan Proponents' Response to Garlock Motion for Reconsideration (1.2); series of e-mails regarding same (.3). | 1.50 |
|---|---|---|---|
| 03/05/12 | R. Frankel | Review draft motion to approve all settlements from Kirkland (.9); prepare notes regarding same (.4). | 1.30 |
| 03/06/12 | D. Fullem | Review e-mail from D. Felder (.1); review rules, forms and procedures in Third Circuit (.5); prepare entry of appearance forms for R. Frankel and R. Wyron in bank lender appeals (.4); e-mail to D. Felder for review/comment (.1). | 1.10 |
| 03/06/12 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 03/06/12 | J. Burke | Research in support of settlement. | 0.30 |
| 03/06/12 | R. Wyron | Work on BNSF settlement agreement and revise draft (3.3); call with D. Cohn re issues and follow-up (.9); review complaint against Montana and follow-up (.8); call on estimation issues (.4). | 5.40 |
| 03/06/12 | R. Frankel | Review National Indemnity complaint v. Montana (.6); telephone conference with R. Wyron regarding same (.3). | 0.90 |
| 03/06/12 | R. Frankel | Review, consider revised language from R. Wyron regarding BNSF indemnity agreement. | 0.40 |
| 03/06/12 | R. Frankel | Review various filings at USDC regarding appeal (.3); review K&E letter to J. Buckwalter (.2). | 0.50 |
| 03/07/12 | J. Burke | Review draft motion for approval of Libby and BNSF settlements. | 1.90 |
| 03/07/12 | R. Wyron | Review draft motion for approval of settlements and provide comments (3.7); calls re settlement agreement with D. Cohn and follow-up (.8); call with A. Paul and J. Donley re objecting parties (.4); follow-up with P. Mahaley re insurers (.3). | 5.20 |
| 03/07/12 | R. Frankel | Review, edit revised motion to approve Libby, BNSF settlements. | 0.90 |
| 03/07/12 | R. Frankel | Review revised BNSF Indemnity claim settlement agreement. | 0.90 |
| 03/07/12 | R. Frankel | Review series of e-mails regarding D. Cohn, approval order. | 0.40 |
| 03/08/12 | D. Fullem | Review/respond to several e-mails from R. Wyron, D. Felder and J. Phillips regarding timing/ filing of appearances in bank lender appeal case. | 1.00 |
| 03/08/12 | D. Fullem | Coordinate filing in Third Circuit. | 1.00 |
| 03/08/12 | J. Burke | Confer with R. Wyron regarding draft motion in support of settlements with BNSF and Libby (.3); review and comment on draft motion in support of settlements (1.9). | 2.20 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -          April 15, 2012
17367                                                                        Invoice No. 1360584
page 4

| | | | |
|---|---|---|---|
| 03/08/12 | R. Wyron | Revise draft motion (2.6); confer with R. Frankel and J. Burke (separate calls) re strategy and motion (.9); call with M. Giannotto re settlement and follow-up (.6); follow-up on Third Circuit filings and calls re same (.7); call re experts (.3). | 5.10 |
| 03/08/12 | R. Frankel | Review revised motion to approve settlement (1.0); series of e-mails regarding same (.3). | 1.30 |
| 03/09/12 | D. Fullem | Prepare appeal appearance forms for R. Frankel and R. Wyron (.8); prepare corporate disclosure form (.4); follow-up with R. Frankel and R. Wyron and finalize for filing (.7). | 1.90 |
| 03/09/12 | D. Fullem | Review recent filing in bank lender appeal. | 0.20 |
| 03/09/12 | D. Fullem | Review Third Circuit local rules re appeals. | 0.20 |
| 03/09/12 | R. Wyron | Work on settlements (1.8); prepare for call with BNSF (.3); call re additional settlements and follow-up (.9); work on draft of new settlement letter (1.1); work on Third Circuit issues (.9). | 5.00 |
| 03/09/12 | R. Frankel | Review series of e-mails regarding settlement agreements (.3); review motion to approve settlements (.6). | 0.90 |
| 03/09/12 | R. Frankel | Review issues by e-mail regarding offset to CNA settlement amounts (.4); telephone conference with R. Wyron regarding same (.1). | 0.50 |
| 03/09/12 | R. Frankel | Review draft Sur-Reply to Garlock pleading from Kirkland (.9); telephone conference with R. Wyron regarding same (.2). | 1.10 |
| 03/09/12 | R. Frankel | Review forms for entry of appearance at 3rd Circuit, review disclosure form (.2); series of e-mails regarding timing (.2). | 0.40 |
| 03/12/12 | D. Fullem | Confer with R. Wyron re State of Montana's claim in Grace. | 0.40 |
| 03/12/12 | D. Fullem | Review and respond to e-mail from R. Wyron and docket updates regarding answering brief/reply brief in bank lender appeal cases. | 0.30 |
| 03/12/12 | D. Fullem | Review and respond to e-mail from R. Frankel regarding Court hearing date and dial-in information. | 0.20 |
| 03/12/12 | R. Wyron | Work on draft settlement letter (3.1); call with P. Lockwood re strategy on settlement and follow-up (.5); confer with R. Frankel re strategy (.3); call with B. Phillips (.8); respond to e-mails re Canada appeal (.3); review Clerk's letter and provide comments (.3). | 5.30 |
| 03/12/12 | R. Frankel | Review draft letter from J. Donley to Clerk of USDC (.3); series of e-mails regarding same (.2). | 0.50 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -          April 15, 2012
17367                                                                        Invoice No. 1360584
page 5

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 03/12/12 | R. Frankel | Telephone conference with R. Wyron regarding status of settlements. | 0.30 |
| 03/12/12 | R. Frankel | Review draft settlement agreement in preparation for team call. | 1.40 |
| 03/12/12 | R. Frankel | Review series of e-mails regarding BNSF - Libby settlement agreement. | 0.40 |
| 03/12/12 | R. Frankel | Telephone conference with D. Fullem regarding 3rd Circuit appearance (.3); review e-mails from 3rd Circuit regarding appearance (.1) | 0.40 |
| 03/13/12 | D. Fullem | Contact docket clerk at Third Circuit regarding modification to docket text for R. Frankel and R. Wyron appearances and follow up. | 0.80 |
| 03/13/12 | D. Fullem | Review updated docket entries on bank lender appeal. | 0.20 |
| 03/13/12 | R. Wyron | Review issues for strategy call (.6); call with Debtors and ACC, and follow-up (1.2); work on Montana letter (2.8); respond to e-mails and calls re settlement (.8). | 5.40 |
| 03/13/12 | R. Frankel | Review draft letter to F. Monaco from R. Wyron and prior letter from F. Monaco (1.0); telephone conference with R. Wyron regarding same (.3); review revised draft letter (.3). | 1.60 |
| 03/13/12 | R. Frankel | Review memo regarding common law indemnity (.6); review case law re same (.7). | 1.30 |
| 03/13/12 | R. Frankel | Review e-mails in preparation for call (.3); telephone conference call with plan proponent team (1.0). | 1.30 |
| 03/13/12 | R. Frankel | Review Canada Statement of Issues and Designation of Record, compare to Lenders. | 0.40 |
| 03/13/12 | R. Frankel | Review, exchanges series of e-mails with D. Fullem regarding entry of appearance as party in Bank Lender Appeal. | 0.40 |
| 03/14/12 | D. Fullem | Review and respond to e-mail from R. Wyron regarding bank lender appeal dockets. | 0.20 |
| 03/14/12 | J. Burke | Research in support of settlement discussions. | 1.90 |
| 03/14/12 | R. Wyron | Revise Montana letter (.7); work on BNSF issues and calls re same (.6); call to M. Giannotto and follow-up (.2); review opposition to stay motion (.6). | 2.10 |
| 03/14/12 | R. Frankel | Review, prepare notes regarding draft Appellees Response to Garlock's Stay Motion, Declaration of Blackstone and Blackstone chart. | 2.30 |
| 03/14/12 | R. Frankel | Series of e-mails with A. Paul, R. Wyron, P. Lockwood regarding status of settlement agreements. | 0.70 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -          April 15, 2012
17367                                                                        Invoice No. 1360584
page 6

| 03/15/12 | J. Burke | Research in support of settlement discussions (3.1); confer with R. Wyron regarding research findings (.2). | 3.30 |
| 03/15/12 | R. Wyron | Call with B. Phillips and follow-up (.7); review comments to BNSF settlement (.6); call with ACC re Montana and follow-up (.9); confer with J. Burke re research (.4); review response to Garlock stay motion and calls re same (1.3). | 3.90 |
| 03/15/12 | R. Frankel | Exchange of e-mails with M. Shelnitz, et al. regarding Garlock (.3); review response (.1). | 0.40 |
| 03/15/12 | R. Frankel | Review revised draft of BNSF - Indemnity Settlement Agreement (1.1); telephone conference with R. Wyron re same (.2). | 1.30 |
| 03/15/12 | R. Frankel | Review, edit Kirkland revised draft of response to Garlock stay motion, declaration, exhibit (1.4); telephone conference with R. Wyron regarding same (.2). | 1.60 |
| 03/15/12 | R. Frankel | Review Montana draft letter, memo regarding common law in preparation for conference call (.8); telephone conference with E. Inselbach, P. Lockwood, R. Wyron regarding MT settlement (.5). | 1.30 |
| 03/15/12 | R. Frankel | Prepare notes regarding review, edits to Kirkland draft in response to Garlock Stay Motion (.7); telephone conferences with R. Wyron regarding same (.4). | 1.10 |
| 03/16/12 | D. Fullem | Review recently filed documents in bank lender appeal. | 0.20 |
| 03/16/12 | J. Burke | Research in support of settlement discussions. | 0.80 |
| 03/16/12 | R. Frankel | Review, edit draft of Response to Garlock Stay Motion (1.1); e-mails with Kirkland re same (.3). | 1.40 |
| 03/16/12 | R. Frankel | Review Montana letter from R. Wyron, suggested edits from Kirkland (.5); e-mails re same (.3). | 0.80 |
| 03/16/12 | R. Frankel | Review revised Insurance-Libby settlement agreement, related QSF Trust. | 2.10 |
| 03/18/12 | R. Wyron | Review revised draft settlement agreements. | 1.20 |
| 03/19/12 | D. Fullem | Review and respond to e-mail from R. Frankel and R. Wyron re hearing. | 0.20 |
| 03/19/12 | D. Fullem | Review updates to bank lender appeal. | 0.20 |
| 03/19/12 | D. Fullem | Confer with R. Wyron regarding research on Montana claims in Grace and follow-up re same. | 0.40 |
| 03/19/12 | J. Burke | Confer with R. Wyron regarding settlement discussions (.3); research in support of settlement discussions (2.9). | 3.20 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -          April 15, 2012
17367                                                                          Invoice No. 1360584
page 7

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 03/19/12 | R. Wyron | Review and revise BNSF settlement agreement and follow-up e-mails re same (1.6); prepare notes for call with settling counsel (.4); call with settling counsel and follow-up (1.3); work on Montana issues and review research re same (.9). | 4.20 |
| 03/19/12 | R. Frankel | Review Garlock Motion to Strike and exhibits. | 1.80 |
| 03/19/12 | R. Frankel | Series of e-mails re communication with Judge Buckwalter (.2); review Judge Buckwalter docket entries re response time, e-mails re same (.3). | 0.50 |
| 03/19/12 | R. Frankel | Review Canada Concise Summary of the Case. | 0.40 |
| 03/19/12 | R. Frankel | Confer with R. Wyron re letter to counsel for Montana (.4); prepare notes re claim issues (.2). | 0.60 |
| 03/19/12 | R. Frankel | Review latest version of BNSF settlement agreement. | 1.20 |
| 03/19/12 | R. Frankel | Telephone conference with Grace team, M. Giannotto, B. Phillips, D. Cohn re status of settlement (.6); telephone conference with A. Paul re same (.3). | 0.90 |
| 03/20/12 | D. Fullem | Review response from Rust re Montana claims and follow-up. | 0.50 |
| 03/20/12 | D. Fullem | Review letter from Court in bank lender appeal regarding appearance forms and follow-up. | 0.50 |
| 03/20/12 | D. Fullem | Review e-mail from R. Wyron re bank lender appeal deadlines and follow-up re same. | 0.50 |
| 03/20/12 | J. Burke | Confer with R. Frankel regarding research results. | 0.40 |
| 03/20/12 | R. Wyron | Finalize Montana letter (1.4); call with K. Mangan and follow-up (.4); call to J. Radecki re stay issues (.2); review case law on contribution issues (.3); review draft settlement agreements and call to M. Giannotto re same (1.6). | 3.90 |
| 03/20/12 | R. Frankel | Review J. Burke memo re Montana contribution claims, related cases (1.7); confer with J. Burke re same (.4). | 2.10 |
| 03/20/12 | R. Frankel | Series of e-mails re responses/answers due before Judge Buckwalter. | 0.40 |
| 03/20/12 | R. Frankel | Review BNSF-Grace-Insurer settlement agreement mark-up (1.5); confer with R. Wyron re status of settlements (.3). | 1.80 |
| 03/21/12 | D. Fullem | E-mail to Rust regarding copies of Montana claims; update R. Wyron. | 0.20 |
| 03/21/12 | D. Fullem | Review e-mail from Rust with Montana claims copies. | 0.20 |
| 03/21/12 | J. Burke | Research in support of settlement negotiations. | 2.20 |
| 03/21/12 | R. Wyron | Review draft settlement agreement issues and e-mails re same (.8); meet with R. Frankel and D. Austern re strategy (1.1); confer with R. Frankel re follow-up (.3). | 2.20 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -          April 15, 2012
17367                                                                       Invoice No. 1360584
page 8

| 03/21/12 | R. Frankel | Review final letter to F. Monaco re settlement. | 0.30 |
|---|---|---|---|
| 03/21/12 | R. Frankel | Review various Libby related settlement agreements. | 2.60 |
| 03/22/12 | R. Wyron | Review changes to settlement agreement and revise language (.8); outline open issues (.4). | 1.20 |
| 03/22/12 | R. Frankel | Review certain provisions of Libby settlement agreements (1.3); exchange of e-mails with M. Giannotto re same (.5). | 1.80 |
| 03/22/12 | R. Frankel | Review 2008 Forecasts in preparation for meeting with consultant. | 0.80 |
| 03/22/12 | R. Frankel | Confer with R. Wyron, consultant re claims projections. | 1.00 |
| 03/23/12 | R. Wyron | Review revised settlement documents (.9); call with all parties re issues and follow-up (1.0); review later changes to BNSF/Libby agreement (1.4). | 3.30 |
| 03/23/12 | R. Frankel | Review revised BNSF-Libby settlement agreement and revised Libby-insurer settlement agreement (1.8); confer with R. Wyron re same (.4). | 2.20 |
| 03/23/12 | R. Frankel | Telephone conference with Grace, D. Cohn, R. Phillips, M. Giannotto, R. Wyron, P. Lockwood re status of settlement agreements, next steps. | 0.90 |
| 03/23/12 | R. Frankel | Review R. Wyron e-mails re open issues with documents. | 0.50 |
| 03/23/12 | R. Frankel | Review revised motion for approval of settlements from A. Paul (1.4); e-mails re same (.2). | 1.60 |
| 03/23/12 | R. Frankel | Review memo from M. Giannotto re status of each open issue with Libby. | 0.60 |
| 03/23/12 | R. Frankel | Review revised settlement motion and order from Kirkland. | 0.70 |
| 03/25/12 | R. Wyron | Review settlement agreement changes (.6); review and provide comments to motion and order (1.3); organize notes re issues (.3); review draft letter to Third Circuit (.3). | 2.50 |
| 03/26/12 | R. Wyron | Continue work on settlements (1.4); call re status and follow-up (.9); review motion and changes (.4). | 2.70 |
| 03/26/12 | R. Frankel | Review revised versions of settlement agreements; series of e-mails re open issues. | 1.10 |
| 03/26/12 | R. Frankel | Review status report letter to 3rd Circuit Court of Appeals (.3); e-mails re same (.2). | 0.50 |
| 03/26/12 | R. Frankel | Review revised motion and order to approve global Libby settlement. | 1.30 |
| 03/26/12 | R. Frankel | Review D. Cohn changes to Libby Medical Plan QSF Trust. | 0.70 |
| 03/26/12 | R. Frankel | Review, consider Judge Buckwalter order re Garlock. | 0.30 |
| 03/27/12 | D. Fullem | Review e-mail from R. Frankel regarding research and follow-up re same. | 0.30 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 9

April 15, 2012
Invoice No. 1360584

| 03/27/12 | R. Wyron | Call with D. Cohn and follow-up (.4); call with Grace and ACC counsel and follow-up (.9); revise draft agreement (.8). | 2.10 |
|---|---|---|---|
| 03/27/12 | R. Frankel | Review Garlock reply in support of its stay motion. | 1.40 |
| 03/27/12 | R. Frankel | Telephone conference with Grace team re status of litigation and settlements (.5); confer with R. Wyron re settlement issues (.3). | 0.80 |
| 03/27/12 | R. Frankel | Review further revised BNSF Indemnity Settlement Agreement, related e-mails. | 1.10 |
| 03/27/12 | R. Frankel | Review case law cited in Garlock brief. | 1.40 |
| 03/27/12 | R. Frankel | Confer with R. Wyron re open issues in settlement agreements. | 0.40 |
| 03/28/12 | R. Wyron | Review revised agreements for CNA (.9); call with all parties re status (.6); circulate further revised language and review (.9). | 2.40 |
| 03/28/12 | R. Frankel | Review revised Libby-Insurer Settlement Agreement. | 1.20 |
| 03/28/12 | R. Frankel | Review revised Libby-BNSF-Insurer Settlement Agreement. | 1.20 |
| 03/28/12 | R. Frankel | Telephone conferences with R. Wyron, D. Cohn re definition of Global Settlement Effective Date (.3); review new language in agreement (.6); series of e-mails re same (.5). | 1.40 |
| 03/28/12 | R. Frankel | Review proposed orders of the Montana Court approving Libby Railroad Trust Fund and Libby Claimants Trust Fund. | 1.10 |
| 03/29/12 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 03/29/12 | R. Wyron | Review changes to motion and order re settlement (.4); respond to e-mails re QSF trust issues (.3). | 0.70 |
| 03/29/12 | R. Frankel | Review agreements re effective date issues. | 1.20 |
| 03/29/12 | R. Frankel | Review draft, revised motion to approve settlement and order approving settlement. | 1.60 |
| 03/30/12 | D. Fullem | Review bank lender group appeal case for docket updates. | 0.30 |
| 03/30/12 | R. Wyron | Review changes to settlement agreements (.8); call with Grace, ACC, Libby, BNSF and CNA re settlement issues, and follow-up (1.1); review revised motion and order (.3); follow-up with Libby, BNSF and CNA (.8). | 3.00 |
| 03/30/12 | R. Wyron | Call with Lincoln re Debtors' proposal on warrants, and follow-up. | 0.70 |
| 03/30/12 | R. Frankel | Review status with R. Wyron (.3); review series of e-mails re settlement issues (.2). | 0.50 |
| 03/30/12 | R. Frankel | Review open issues in preparation for call (.6); telephone conference with Grace team, M. Giannotto, B. Phillips, D. Cohn re status of settlement documents (.7). | 1.30 |



# ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 10

April 15, 2012
Invoice No. 1360584

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 03/30/12 | R. Frankel | Prepare notes re warrants (.5); telephone conference with R. Wyron, J. Radecki, J. Solganick re discussions with Blackstone (.4). | 0.90 |
| 03/30/12 | R. Frankel | Telephone conferences with R. Wyron, J. Aldock re status of settlement agreements (.4); notes re same (.3). | 0.70 |

Total Hours     184.30
Total For Services     $157,751.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| James  W. Burke | 16.40 | 550.00 | 9,020.00 |
| Roger Frankel | 81.20 | 995.00 | 80,794.00 |
| Debra  O. Fullem | 13.10 | 270.00 | 3,537.00 |
| Richard  H. Wyron | 73.60 | 875.00 | 64,400.00 |
| Total All Timekeepers | 184.30 | $855.95 | $157,751.00 |

Disbursements

| | |
|---|---|
| Document Reproduction | 68.00 |
| Express Delivery | 25.13 |
| Outside Services | 97.00 |
| Postage | 90.55 |
| Telephone | 0.00 |
| Travel Expense, Air Fare | 1,030.50 |
| Westlaw Research | 458.87 |
| Total Disbursements | $1,770.05 |

**Total For This Matter**     **$159,521.05**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 11

April 15, 2012
Invoice No. 1360584

For Legal Services Rendered Through March 31, 2012 in Connection With:

**Matter: 11 - Compensation of Professionals - Other**

| | | | |
|---|---|---|---|
| 03/01/12 | D. Fullem | Review recently filed fee applications. | 0.20 |
| 03/02/12 | D. Fullem | Review Lincoln December monthly fee application and finalize. | 0.50 |
| 03/05/12 | D. Fullem | Prepare D. Austern's December monthly fee application and quarterly fee application for October-December 2012 (1.2); update R. Wyron re same (.1). | 1.30 |
| 03/05/12 | D. Fullem | Finalize Lincoln's December monthly fee application; coordinate filing and serving of same. | 0.50 |
| 03/06/12 | D. Fullem | Review D. Austern's December invoice; prepare monthly fee application; update quarterly fee application Oct-Dec 2011. | 1.00 |
| 03/13/12 | D. Fullem | Finalize D. Austern's December monthly and quarterly for October-December 2011; forward to D. Austern for review/approval/signature. | 0.50 |
| 03/13/12 | D. Fullem | Review e-mail from Towers with February 2012 fee application; respond to Towers re same. | 0.30 |
| 03/22/12 | D. Fullem | Prepare final of D. Austern's December monthly fee application; forward to R. Wyron for review/comment. | 0.50 |
| 03/23/12 | D. Fullem | Coordinate filing/serving of D. Austern's December fee application. | 0.20 |
| 03/23/12 | D. Fullem | E-mail to K. Boeger at Towers re status of Oct-Dec 2011 billings; review reply. | 0.20 |
| 03/27/12 | D. Fullem | Coordinate finalizing/filing/serving of Austern and Lincoln Oct-Dec 2011 quarterly fee application. | 1.00 |
| 03/29/12 | D. Fullem | Prepare CNO for Lincoln's December fee application; forward to R. Wyron for review/approval. | 0.40 |
| 03/30/12 | D. Fullem | Coordinate filing and serving of Lincoln's CNO for December fee application. | 0.30 |

Total Hours          6.90

Total For Services       $1,863.00



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 12

April 15, 2012
Invoice No. 1360584

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra O. Fullem | 6.90 | 270.00 | 1,863.00 |
| Total All Timekeepers | 6.90 | $270.00 | $1,863.00 |

Disbursements
    Document Reproduction        502.60
    Express Delivery            41.83
    Postage                  393.30

                     Total Disbursements     $937.73

**Total For This Matter**     **$2,800.73**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 13

April 15, 2012
Invoice No. 1360584

For Legal Services Rendered Through March 31, 2012 in Connection With:

**Matter: 13 - Compensation of Professionals - Orrick**

| | | | |
|---|---|---|---|
| 03/02/12 | D. Fullem | Prepare October 1-December 31, 2011 quarterly fee application. | 1.50 |
| 03/05/12 | D. Fullem | Review February prebill. | 1.00 |
| 03/06/12 | D. Fullem | Confer with R. Wyron re prebill, fee application and related matters. | 0.20 |
| 03/06/12 | D. Fullem | Review final Oct-Dec 2011 quarterly fee application; review R. Wyron's e-mail re same. | 0.40 |
| 03/07/12 | D. Fullem | Review D. Felder's edits to February prebill. | 0.30 |
| 03/12/12 | D. Fullem | Review February invoice. | 0.20 |
| 03/15/12 | D. Fullem | Review e-mail from fee auditor requesting expense detail for Oct-Dec 2011 time period and follow-up. | 0.20 |
| 03/22/12 | D. Fullem | Prepare CNO for Orrick's January fee application; forward to R. Wyron for review/approval. | 0.40 |
| 03/22/12 | D. Fullem | Prepare draft of February monthly fee application; forward to R. Wyron for review/comment. | 1.00 |
| 03/23/12 | D. Fullem | Coordinate filing/serving of Orrick's CNO for January fee application. | 0.20 |
| 03/25/12 | R. Wyron | Review monthly fee application for February. | 0.20 |
| 03/27/12 | D. Fullem | Coordinate finalizing/filing/serving of Orrick's quarterly for Oct-Dec 2011. | 0.50 |
| 03/27/12 | D. Fullem | Coordinate finalizing/filing/serving of Orrick's February fee application. | 0.40 |
| 03/27/12 | R. Wyron | Review revised fee application. | 0.20 |
| 03/29/12 | D. Fullem | Review fee auditor's initial report on Oct-Dec 2011 quarterly. | 0.50 |
| 03/30/12 | D. Fullem | Review fee auditor's initial report for Oct-Dec quarterly fee application; research expense items for additional detail; prepare draft of response to report. | 1.00 |

Total Hours          8.20
Total For Services                    $2,456.00



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 14

April 15, 2012
Invoice No. 1360584

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra O. Fullem | 7.80 | 270.00 | 2,106.00 |
| Richard H. Wyron | 0.40 | 875.00 | 350.00 |
| Total All Timekeepers | 8.20 | $299.51 | $2,456.00 |

**Total For This Matter**                    **$2,456.00**

**\* \* \* COMBINED TOTALS \* \* \***

| | | |
|---|---|---|
| Total Hours | 200.40 | |
| Total Fees, all Matters | | $162,735.00 |
| Total Disbursements, all Matters | | $2,707.78 |
| Total Amount Due | | $165,442.78 |