**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| W. R. GRACE & COMPANY, | : | Case No. 01-01139 JKF |
| | : | |
| Debtor. | : | |
| _____ | : | |

## NOTICE OF WITHDRAWAL FROM ECF NOTIFICATIONS

Attorney **Sherry Ruggiero Fallon** hereby requests to be removed from the ECF service list for the above-captioned bankruptcy case. Ms. Fallon no longer holds an interest in the proceedings. The email address to be removed is: **sfallon@trplaw.com**

        Respectfully submitted,

        TYBOUT, REDFEARN & PELL
By:  */s/ David G. Culley*
        _____
        David G. Culley (I.D. #2464)
        750 Shipyard Drive, Suite 400
        P.O. Box 2092
        Wilmington, DE 19899
        Phone: (302)658-6901
        Fax: (302)658-4018

Dated: April 26, 2012