**Warren H. Smith & Associates, P.C.**
325 North St. Paul Street
Suite 1250
Dallas, TX  75201
Tax Id# 01-0584406

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

April 26, 2012

In Reference To:   Bankruptcy Fee Audit Case #01-1139 (JKF)
Invoice #10910

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 3/1/2012 | BSR | Draft initial report re Baker & McKenzie's application for Nov. 2011 | 1.50 | 427.50 |
|  | BSR | detailed review of quarterly fee applications of Alan Rich and Hon. Alexander Sanders | 0.20 | 57.00 |
|  | BSR | review of Saul Ewing's Dec. 2011 monthly fee application and quarterly application (43Q) | 0.20 | 57.00 |
|  | BSR | review of Scarfone Hawkins' Nov. 2011 monthly fee application | 0.20 | 57.00 |
|  | AL | Update database with Ewing's January fee application (.2); Kramer's January fee application (.2); Baer's January fee application (.2); Stroock's January fee application (.2); Foley's January fee application (.2) | 1.00 | 45.00 |
|  | BSR | review of Stroock's Dec. 2011 and quarterly fee application (43Q) | 0.20 | 57.00 |
|  | BSR | detailed review of Woodcock Washburn quarterly fee application (43Q) | 0.10 | 28.50 |
|  | BSR | detailed review of PwC's fee applications for the period of Oct-Dec. 2011, as well as fee summary re same | 0.60 | 171.00 |
| 3/2/2012 | BSR | telephone conference with Anthony Lopez re status of project category spreadsheet (42Q) | 0.10 | 28.50 |
|  | JAW | detailed review of Hogan Firm's December 2011 fee application (0.90); draft summary of same (0.10) | 1.00 | 155.00 |
|  | BSR | Draft e-mail to Baker & McKenzie re initial report (43Q) | 0.10 | 28.50 |
|  | JAW | detailed review of Saul Ewing's January 2012 fee application (0.50); draft summary of same (0.10) | 0.60 | 93.00 |

214 698-3868

W.R. Grace & Co. Page 2

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 3/2/2012 | BSR | detailed review of PwC's Oct-Dec. 2011 fee application for Global Restructuring Project | 0.80 | 228.00 |
| | BSR | Draft e-mail to Kathleen Miller with questions concerning PwC's applications for the period of Oct-Dec. 2011 | 0.30 | 85.50 |
| | JAW | detailed review of Scarfone Hawkin's December 2011 fee application (0.40); draft summary of same (0.10) | 0.50 | 77.50 |
| | DTW | Review and revise Baker & McKenzie initial report for the 43rd interim period, including exhibit A (.1). | 0.10 | 16.50 |
| | JAW | detailed review of Hogan Firm's December 2011 fee application (0.90); draft summary of same (0.10) | 1.00 | 155.00 |
| | JAW | detailed review of Saul Ewing's January 2012 fee application (0.50); draft summary of same (0.10) | 0.60 | 93.00 |
| | JAW | detailed review of Steptoe & Johnson's December 2011 fee application (0.30); draft summary of same (0.10) | 0.40 | 62.00 |
| | JAW | detailed review of Steptoe & Johnson's November 2011 fee application (0.30); draft summary of same (0.10) | 0.40 | 62.00 |
| | JAW | detailed review of Kramer Levin's January 2012 fee application (0.40); draft summary of same (0.10) | 0.50 | 77.50 |
| | JAW | detailed review of Lauzon Belanger's December 2011 fee application (0.30); draft summary of same (0.10) | 0.40 | 62.00 |
| | JAW | detailed review of Lauzon Belanger's December 2011 fee application (0.30); draft summary of same (0.10) | 0.40 | 62.00 |
| | JAW | detailed review of Scarfone Hawkin's December 2011 fee application (0.40); draft summary of same (0.10) | 0.50 | 77.50 |
| | JAW | detailed review of Kramer Levin's January 2012 fee application (0.40); draft summary of same (0.10) | 0.50 | 77.50 |
| | JAW | detailed review of Steptoe & Johnson's November 2011 fee application (0.30); draft summary of same (0.10) | 0.40 | 62.00 |
| | JAW | detailed review of Steptoe & Johnson's December 2011 fee application (0.30); draft summary of same (0.10) | 0.40 | 62.00 |
| | AL | Update database with K&E's January fee application | 0.20 | 9.00 |
| 3/5/2012 | BSR | Draft initial report re AKO's 43rd interim fee application | 0.40 | 114.00 |
| | JAW | detailed review of Steptoe & Johnson's October 2011 fee application (0.40); draft summary of same (0.20) | 0.60 | 93.00 |

W.R. Grace & Co.                                    Page 3

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 3/5/2012 | JAW | detailed review of Foley Hoag's January 2012 fee application (1.10); draft summary of same (0.20) | 1.30 | 201.50 |
| | JAW | detailed review of Stroock Stroock's January 2012 fee application (1.40); draft summary of same (0.10) | 1.50 | 232.50 |
| | JAW | detailed review of Baer Higgin's January 2012 fee application (3.60); draft summary of same (0.30) | 3.90 | 604.50 |
| | AL | Update database with BMC's October through December (.2) Hogan's October (.1) November (.1) and December (.1) fee applications Scarfone's October through December (.2) Lauzon's October through December (.2) Norton's October through December (.2) fee applications | 1.10 | 49.50 |
| | BSR | review of AKO's Dec. 2011 monthly fee application and fee summary re same, as well as quarterly application for the 43rd interim period | 0.20 | 57.00 |
| 3/6/2012 | DTW | Review and revise initial report for Anderson Kill 43rd interim (.1). | 0.10 | 16.50 |
| | BSR | review of Baer Higgins' Dec. 2011 monthly fee application, fee summary re same, and quarterly application for the 43rd interim period (.2); check docket for portion of fee detail missing from BHF's Dec. 2011 monthly fee application (.1) | 0.30 | 85.50 |
| | BSR | Draft e-mail to AKO re initial report (43Q) | 0.10 | 28.50 |
| | AL | Receive, review and finalize AKO's 43Q IR (.3); update database with same (.1); draft email to B. Ruhlander re same (.1) | 0.50 | 22.50 |
| | BSR | Draft e-mail to Baer Higgins re Dec. 2011 monthly fee application | 0.20 | 57.00 |
| | JAW | Draft revisions to Tersigni's 1st - 22nd prior period paragraphs for final final report. (2.9) | 2.90 | 449.50 |
| | JAW | Draft revisions to Swidler's 13th - 20th prior period paragraphs for final final report. (2.3) | 2.30 | 356.50 |
| | JAW | Draft prior period paragraphs in preparation for drafting final final reports for Sullivan's 27th - 29th interim fee applications (1.50); draft revisions to 22nd - 26th interim paragraphs (1.8) | 3.30 | 511.50 |
| 3/7/2012 | BSR | review of Bilzin Sumberg's Dec. 2011 monthly fee application and quarterly fee application for the 43rd interim period | 0.20 | 57.00 |
| | BSR | review of Caplin & Drysdale's 43rd quarterly fee application (.2), Dec. 2011 monthly fee application, and fee summary re same (.1) | 0.70 | 199.50 |
| | BSR | Draft initial report re Caplin & Drysdale's 43rd quarterly fee application | 0.40 | 114.00 |
| | AL | Update database with Capstone's January fee application (.2); Pachulski's 61st electronic detail (.1) AKO's January electronic detail (.1) Ferry's January fee application (.2); Reed's January fee application (.2); update | 3.40 | 153.00 |

W.R. Grace & Co.                                                                                                     Page     4

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
|  |  | database with Norton's January fee application (.2); Neslon's December (.1) Sander's December (.1) Fragomen's January (.1) Sanders' January (.1) Rich's January (.1) Capstone's December (.1) Scholer's January (.2) Blackstone's December (.1) Baker's November (.1) Lauzon's December (.2) Scarfone's December (.2) Kramer's January (.1) Steptoe's November (.1) Steptoe's December (.1) Ewing's January (.1) Hogan's December (.1) Steptoe's October (.1) Foley's January (.2) Stroock's January (.1) and Baer's January (.1) fee and expense summaries |  |  |
| 3/7/2012 | JAW | Draft e-mail to Anthony Lopez forwarding summaries prepared (0.30) | 0.30 | 46.50 |
|  | JAW | Draft prior period paragraphs in preparation for drafting final final reports for Tower's 27th - 38th interim fee applications (5.80); draft revisions to 18th - 26th interim paragraphs (2.3) | 8.10 | 1,255.50 |
| 3/8/2012 | AL | Draft of 42nd interim category spreadsheet re monthly and interim fee applications Anderson (.7) Bilzin (.6) Blackstone (.8) Campbell (.7) Caplin (.6) Capstone (7) Casner (.7) Ferry (.9) Foley (.8) Fragomen (1.0) and Hogan (.6) | 8.10 | 364.50 |
|  | AL | Receive, review and finalize Caplin's 43rd Q IR (.3); update database with same (.1); prepare same for service (.1); draft email to B. Ruhlander re same (.1) | 0.60 | 27.00 |
|  | AL | Update database with BMC's December electronic detail | 0.10 | 4.50 |
|  | JAW | detailed review of Norton Rose's January 2012 fee application (0.20); draft summary of same (0.2) | 0.40 | 62.00 |
|  | JAW | detailed review of Ferry Joseph's January 2012 fee application (0.30); draft summary of same (0.2) | 0.50 | 77.50 |
|  | BSR | Receive and review draft project category spreadsheet for the 42nd interim period; emails and telephone conferences with Anthony Lopez re same | 2.50 | 712.50 |
| 3/9/2012 | AL | Continue draft of 42nd interim category spreadsheet re monthly and interim fee applications Baer (.8) Scholer (.6) K&E (.9) Kramer's (.8) Lauzon (.6) Nelson (.6) Norton (.7) Pachulski (.9) Phillip's (.7) Reed (.5) Rich's (.7) and Sanders'(.9) | 8.70 | 391.50 |
|  | AL | Receive and review email from A. Rich re Sanders' 33rd monthly (.1); update database with Sander's 33rd monthly electronic detail (.1); Scarfone's January electronic detail (.2); Hogan's January electronic detail (.1) | 0.50 | 22.50 |
|  | BSR | Draft e-mail to Rita Tobin at Caplin & Drysdale re initial report (43Q) | 0.10 | 28.50 |
|  | BSR | Continued review of project category spreadsheet (42Q) and multiple telephone conferences with Anthony Lopez re same | 2.80 | 798.00 |

W.R. Grace & Co. Page 5

| Date | Init. | Description | Hours | Amount |
|---|---|---|---:|---:|
| 3/9/2012 | JAW | detailed review of Kirkland & Ellis' January 2012 fee application (8.40) | 8.40 | 1,302.00 |
| 3/10/2012 | AL | Continue draft of 42nd interim category spreadsheet re monthly and interim fee applications Saul's (.7) Scarfone's December (.8) Steptoe's December (.9) and Stroock's (.7) | 3.10 | 139.50 |
| 3/12/2012 | AL | Receive and review email from Campbell re January electronic detail (.1); update database with Charter's January (.2) and Campbell's January (.1) electronic detail (.1); Caplin's January electronic detail (.2) | 0.70 | 31.50 |
| | JAW | Draft summary of Kirkland & Ellis' January 2012 fee application (1.4) | 1.40 | 217.00 |
| | JAW | detailed review of Reed Smith's January 2012 fee application (3.30); draft summary of same (0.8) | 4.10 | 635.50 |
| 3/13/2012 | BSR | receive, review, and respond to email from Patty Cuniff re Bilzin Sumberg's allowed fees for the 42nd interim period | 0.10 | 28.50 |
| | BSR | research docket for pertinent orders and other filed documents (.4); review agenda and proposed fee order for March 28, 2012 hearing (.1); email to Warren Smith and Anthony Lopez re same (.1) | 0.60 | 171.00 |
| | BSR | Receive and review email from Dan Hogan re project category spreadsheet (.1); telephone conferences with Dan Hogan and Anthony Lopez re same (.1) | 0.20 | 57.00 |
| | BSR | receive, review, and respond to email from David Mohammed re project category spreadsheet | 0.10 | 28.50 |
| | BSR | research server for Dec. 2012 fee and expense summaries; email to James Wehrmann re same | 0.20 | 57.00 |
| | AL | Receive and review email from B. Ruhlander re 42nd interim fee hearing (.1); Research Pacer re agenda and proposed fee orders (.6); update database with agenda (.2); telephone conference with B. Ruhlander re hearing (.1) | 1.00 | 45.00 |
| | AL | Receive and review multiple emails from B. Ruhlander re Stroock's changes to the 42nd interim project category spreadsheet (.1); review same against cumulative fee and expenses for Stroock's previously filed fee applications (.8) | 0.90 | 40.50 |
| 3/14/2012 | BSR | review of Casner & Edwards' Dec. 2011 monthly fee application and fee summary re same, as well as quarterly fee application for the 43rd interim period | 0.20 | 57.00 |
| | AL | Telephone conference with B. Ruhlander re 42nd interim project category spreadsheet (.1); receive and review email from B. Ruhlander re same (.1); Review of 42nd interim project category spreadsheet (1.3); update database with revised 42nd interim project category spreadsheet (.1) | 1.60 | 72.00 |

W.R. Grace & Co. Page 6

| | | | Hours | Amount |
|---|---|---|---|---|
| 3/14/2012 BSR | review of Charter Oak's Nov-Dec. 2011 monthly fee application and fee summary re same, as well as quarterly fee application for the 43rd interim period | | 0.20 | 57.00 |
| | AL | Receive and review email from J. Wehrmann re December fee and expense summaries (.1); update database with Anderson's December (.1) Bilzin's December (.2) Blackstone's December (.1) Campbell's December (.2) Caplin's December (.1) Capstone's December (.2) Casner's December (.2) Ferry's December (.1) Foley's December (.1) Fragomen's December (.1) Hogan's December (.2) Baer's December (.2) Scholer's December (.1) K&E's December (.2) Kramer's December (.1) Lauzon's December (.1) Nelson's December (.2) Norton's December (.1) Pachulski's December (.2) Phillip's December (.1) Reed's December (.1) Rich's December (.2) Sanders' December (.2) Saul's December (.1) Scarfone's December (.1) Steptoe's December (.2) and Stroock's December (.1) fee and expense summaries | 4.00 | 180.00 |
| | JAW | detailed review of Anderson Kill's January 2012 fee application (1.20); draft summary of same (0.1) | 1.30 | 201.50 |
| | JAW | Draft revisions to Watchell's 6th, 8th and 9th prior period paragraphs for final final report. (0.7) | 0.70 | 108.50 |
| | BSR | detailed review of Kaye Scholer's Dec. 2011 monthly fee application and fee and expense summary re same | 0.20 | 57.00 |
| | BSR | detailed review of Kramer Levin's Nov. 2011 monthly fee application, December 2011 monthly fee application and fee summary for same, and quarterly fee application for Oct-Dec. 2011 | 0.50 | 142.50 |
| | BSR | review of Foley Hoag's Dec. 2011 monthly fee application and fee and expense summary re same, as well as quarterly fee application for the 43rd interim period | 0.20 | 57.00 |
| | BSR | Draft initial report re K&E's 43rd quarterly fee application | 0.30 | 85.50 |
| | BSR | review of Ferry Joseph's Dec. 2011 monthly fee application and fee summary re same, as well as quarterly fee application for the 43rd interim period | 0.30 | 85.50 |
| | BSR | review of Fragomen's quarterly application for October through December 2011 (43Q) | 0.10 | 28.50 |
| | BSR | detailed review of The Hogan Firm's Nov. and Dec. 2011 monthly fee applications and fee and expense summaries re same, as well as quarterly application for the period of October through December 2011 (43Q) | 0.50 | 142.50 |
| | BSR | detailed review of Lauzon Belanger's Nov. and Dec. 2011 monthly fee applications and fee summaries re same, as well as quarterly application for the period of Oct-Dec 2011 (43rd) (.7); email to Dan Hogan with question re same (.1) | 0.80 | 228.00 |

W.R. Grace & Co.                                                                                                   Page   7

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 3/14/2012 | BSR | detailed review of Lincoln Partners' Oct. and Dec. 2011 monthly fee applications | 0.20 | 57.00 |
|  | BSR | research server and docket for monthly and quarterly fee applications not yet received for the 43rd interim period | 2.10 | 598.50 |
|  | BSR | review of Kirkland & Ellis' Dec. 2011 monthly fee application and fee and expense summary re same and quarterly fee application for the 43rd interim period | 0.40 | 114.00 |
|  | BSR | Draft e-mail to Kramer Levin with question re Nov. 2011 monthly fee application | 0.20 | 57.00 |
| 3/15/2012 | JAW | detailed review of Capstone's January 2012 fee application (0.30); draft summary of same (0.10) | 0.40 | 62.00 |
|  | AL | Update database with Norton's February electronic detail (.1); | 0.10 | 4.50 |
|  | JAW | detailed review of BMC Group's December 2012 fee application (0.70); draft summary of same (0.10) | 0.80 | 124.00 |
|  | JAW | Draft revisions prior period paragraphs for final finall reports for Woodcock's 8th-26th interim paragraphs (3.1) | 3.10 | 480.50 |
|  | JAW | Draft prior period paragraph in preparation for drafting final final reports for Wallace's 12th interim fee application (0.30); draft revisions to 1st-11th and 13th-16th interim paragraphs (1.8) | 2.10 | 325.50 |
|  | JAW | Draft prior period paragraphs in preparation for drafting final final reports for Woodcock's 27th-40th interim fee applications (5.40) | 5.40 | 837.00 |
|  | BSR | Receive and review response of Kramer Levin to question about time entry error | 0.10 | 28.50 |
|  | JAW | detailed review of Bilzin Sumberg's January 2012 fee application (0.20); draft summary of same (0.10) | 0.30 | 46.50 |
|  | JAW | detailed review of Woodcock Washburn's January 2012 fee application (0.20); draft summary of same (0.10) | 0.30 | 46.50 |
|  | BSR | detailed review of Duane Morris' October, November, and December 2011 monthly fee applications | 0.40 | 114.00 |
|  | BSR | review of Capstone's Dec. 2011 monthly fee application and fee and expense summary re same | 0.30 | 85.50 |
|  | BSR | review of Blackstone's Dec. 2011 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
|  | BSR | detailed review of David Austern's Oct. and Nov. 2011 monthly fee applications | 0.10 | 28.50 |

W.R. Grace & Co.                                                                                                                  Page     8

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 3/15/2012 | BSR | E-mail to Orrick requesting expenses for the 43rd interim period | 0.10 | 28.50 |
| 3/16/2012 | AL | receive and review email from B. Ruhlander re Orrick's October through December expense detail (.1); update database with same (.1) | 0.20 | 9.00 |
|  | AL | receive and review email from B. Ruhlander re 42nd Interim Project Category Spreadsheet (.1); Research re Hogan Firm, Scarfone, Stroock and Lauzon (2.3); update database with updated spreadsheet (.2); telephone conference with B. Ruhlander re same (.1) | 2.70 | 121.50 |
|  | AL | Update database with Campbell's November through January electronic detail (.2); Gecker's November through January electronic detail (.2); Caplin's November through January electronic detail (.2); PWC's 109th CNO (.1); Hogan's January CNO (.1); Lauzon's January CNO (.1); Scarfone's January electronic detail (.1); PWC (Tax) October through December CNO (.1); | 1.10 | 49.50 |
|  | BSR | review of Scarfone Hawkins' Dec. 2011 monthly fee application and fee summary re same, as well as quarterly fee application for the 43rd interim period | 0.30 | 85.50 |
|  | AL | Draft WHSA's February fee application (.7); update database with same (.2); draft email to J. Wehrmann and W. Smith re approval of same (.1) | 1.00 | 45.00 |
|  | BSR | Receive and review revised project category spreadsheet for the 42nd interim period (1.5); multiple telephone conferences with Anthony Lopez re same (.2); telephone conferences with Dan Hogan re same (.1) | 1.80 | 513.00 |
|  | BSR | continued review of the October through December 2011 monthly fee applications of Scarfone Hawkins, Lauzon Belanger, and The Hogan Firm | 0.60 | 171.00 |
|  | BSR | detailed review of Steptoe's Oct., Nov., and Dec. 2011 monthly fee applications | 0.30 | 85.50 |
| 3/19/2012 | JAW | Proofread W.H. Smith & Associates' February 2012 fee statement and Notice of Filing (0.50); e-mail to A. Lopez regarding any revision to same (0.10) | 0.60 | 93.00 |
|  | JAW | detailed review of Lauzon Belanger's January 2012 fee application (0.20); draft summary of same (0.10) | 0.30 | 46.50 |
|  | JAW | detailed review of Legal Analysis' October 2011 fee application (0.20); draft summary of same (0.10) | 0.30 | 46.50 |
|  | JAW | detailed review of Hogan Firm's January 2012 fee application (0.30); draft summary of same (0.10) | 0.40 | 62.00 |
|  | JAW | detailed review of Norton Rose's February 2012 fee application (0.20); draft summary of same (0.10) | 0.30 | 46.50 |

W.R. Grace & Co.	Page	9

| | | | Hours | Amount |
|---|---|---|---|---|
| 3/19/2012 JAW | detailed review of Campbell & Levine's January 2012 fee application (0.40); draft summary of same (0.10) | | 0.50 | 77.50 |
| | JAW | detailed review of Charter Oak's January 2012 fee application (0.30); draft summary of same (0.50) | 0.80 | 124.00 |
| | JAW | detailed review of Blackstone's January 2012 fee application (0.30); draft summary of same (0.20) | 0.50 | 77.50 |
| | JAW | detailed review of Caplin & Drysdale's January 2012 fee application (1.60); draft summary of same (0.60) | 2.20 | 341.00 |
| | BSR | Receive and review response of Campbell & Levine to initial report (43Q) | 0.20 | 57.00 |
| | JAW | detailed review of Scarfone Hawkin's January 2012 fee application (0.20); draft summary of same (0.10) | 0.30 | 46.50 |
| | AL | Update database with Campbell's 43Q IR response (.1); | 0.10 | 4.50 |
| | AL | receive and review email from W. Smith re approval of WHSA's February fee application (.1); prepare WHSA's monthly fee application for electronic filing with the court (.2); electronic filing with the court of same (.3); prepare same for service (.1); | 0.70 | 31.50 |
| | AL | Update database with Pachulski's December and January CNO's | 0.20 | 9.00 |
| | AL | Receive, review and finalize IR of Campbell's 43Q (.3); update database with same (.1); prepare same for service (.1); draft email to B. Ruhlander re same (.1) | 0.60 | 27.00 |
| 3/20/2012 BSR | Draft initial report re Scarfone Hawkins' 43rd quarterly fee application | | 1.40 | 399.00 |
| | BSR | research docket for fee order and any other pertinent filings | 0.10 | 28.50 |
| | BSR | Draft initial report re Lauzon Belanger's quarterly fee application for the 43rd interim period | 0.40 | 114.00 |
| | BSR | Draft initial report re The Hogan Firm for the 43rd interim period | 1.00 | 285.00 |
| | AL | Update database with Casner's January (.1) and Fragomen's February (.1) electronic detail | 0.20 | 9.00 |
| 3/21/2012 AL | Receive, review and finalize Scarfone's 43rd Q IR (.3); update database with same (.1); prepare same for service (.1); Receive, review and finalize Lauzon's 43rd Q IR (.3); update database with same (.1); prepare same for service (.1); Receive, review and finalize Hogan's 43rd Q IR (.3); update database with same (.1); prepare same for service (.1) | | 1.50 | 67.50 |
| | JAW | Draft e-mail to A. Lopez forwarding prior period paragraphs prepared for final final reports various applicants (0.10) | 0.10 | 15.50 |

W.R. Grace & Co.                                                                                                                 Page     10

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 3/21/2012 | AL | receive and review email from J. Wehrmann re period period paragraphs (.1); update database with prior period paragraphs for Reed, Richardson, Scott Law, Socha, Steptoe, Stroock, Sullivan, Swidler, Tersigni, Towers, Wachtel, Wallace and Woodcock (1.1) | 1.20 | 54.00 |
|  | ALP | Final review of the Hogan Firm's initial report concerning the 43rd interim period (10-12.11) (.7) | 0.70 | 122.50 |
|  | BSR | Draft e-mail to Dan Hogan re initial reports concerning The Hogan Firm, Scarfone Hawkins, and Lauzon Belanger for the 43rd interim period | 0.20 | 57.00 |
|  | BSR | detailed review of Orrick's Oct. 2011 monthly fee application and accompanying expense detail sent by Orrick | 0.40 | 114.00 |
|  | JAW | Draft prior period paragraphs in preparation for drafting final final reports for Bear Higgins' 32nd-40th interim fee applications (4.00) | 4.00 | 620.00 |
|  | JAW | Draft prior period paragraphs in preparation for drafting final final reports for Fragomen's 25th-39th interim fee applications (4.50) | 4.50 | 697.50 |
|  | JAW | Draft prior period paragraphs in preparation for drafting final final reports for Judge Sander's 31st-40th interim fee applications (4.60) | 4.60 | 713.00 |
|  | ALP | Final review of Scarfone Hawkins' initial report concerning the 43rd interim period (10-12.11) (.8) | 0.80 | 140.00 |
|  | ALP | Final review of Lauzon Belanger's initial report concerning the 43rd interim period (10-12.11) (.7) | 0.70 | 122.50 |
| 3/22/2012 | JAW | Contined drafting prior period paragraphs in preparation for drafting final final reports for Fragomen's 25th-39th interim fee applications (2.30) | 2.30 | 356.50 |
|  | BSR | review status of responses to initial reports (43Q) | 0.20 | 57.00 |
|  | AL | Fragomen's February fee application (.2); Canser's February fee application (.2) | 0.40 | 18.00 |
|  | AL | Update database with Kramer's January CNO (.1); Ewing's CNO (.1) | 0.20 | 9.00 |
|  | BSR | detailed review of Orrick's Nov. and Dec. 2011 monthly fee applications | 0.60 | 171.00 |
|  | BSR | research docket for applications not yet received and other pertinent filings | 0.20 | 57.00 |
|  | BSR | continued review of Blackstone's Dec. 2011 monthly fee application (.1); research docket for quarterly fee application (.1); email to Jamie O'Connell of Blackstone inquiring as to status of same (.1) | 0.30 | 85.50 |
|  | BSR | detailed review of BMC's Dec. 2011 monthly fee application and quarterly fee application | 0.30 | 85.50 |

W.R. Grace & Co. Page 11

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 3/23/2012 | JAW | Draft prior period paragraphs in preparation for drafting final final reports for PwC Advisory Project's 32nd interim fee application (0.50) | 0.50 | 77.50 |
| | JAW | Draft prior period paragraphs in preparation for drafting final final reports for Hilton's 33rd interim fee application (0.50) | 0.50 | 77.50 |
| | BSR | Research docket and review fee order (42nd); email to Kitty Makowski at Pachulski re same | 0.20 | 57.00 |
| | JAW | Draft prior period paragraphs in preparation for drafting final final reports for Lauzon Belanger's 35th-40th interim fee applications (3.10) | 3.00 | 465.00 |
| | AL | Update database with Austern's December electronic detail (.1); Orrick's January CNO (.1); receive and review email from K. Makowski (Pachulski) re 42nd Interim Fee Hearing (.1); Research Pacer re 42nd Interim Fee Order (.4); update database with same (.2); Casner's January electronic detail (.1) | 1.00 | 45.00 |
| | JAW | Draft prior period paragraphs in preparation for drafting final final reports for Hogan Firm's 35th-40th interim fee applications (3.10) | 3.10 | 480.50 |
| 3/26/2012 | AL | Update database with Ferry's January CNO (.1); Phillips' February electronic detail (.2); Scholer's February electronic detail (.1) | 0.40 | 18.00 |
| | BSR | brief review of Kaye Scholer's monthly fee applications from January 2010 through December 2012 (1.0); email to John Rynkiewicz concerning quarterly fee applications (.2) | 1.20 | 342.00 |
| | JAW | Draft prior period paragraphs in preparation for drafting final final reports for Saul Ewing's 33rd-40th interim fee applications (4.20) | 4.20 | 651.00 |
| | JAW | Draft prior period paragraphs in preparation for drafting final final reports for Lincoln's 34th-40th interim fee applications (2.90) | 2.90 | 449.50 |
| | JAW | Draft prior period paragraph in preparation for drafting final final reports for Morrison's 25th interim fee application (0.40) | 0.40 | 62.00 |
| | JAW | Draft prior period paragraph in preparation for drafting final final reports for Professor Warren's 4th interim fee application (0.50) | 0.50 | 77.50 |
| 3/27/2012 | JAW | Draft prior period paragraphs in preparation for drafting final final reports for Scarfone Hawkin's 35th-40th interim fee applications (2.80) | 2.80 | 434.00 |
| | BSR | Review response of Anderson Kill & Olick to initial report (43Q) | 0.20 | 57.00 |
| | AL | Update database with Pachulski's January electronic detail (.1); AKO's 43Q IR response (.1) | 0.20 | 9.00 |
| | AL | Update database with Beveridge's December (.1) and January (.2) electronic detail | 0.30 | 13.50 |

W.R. Grace & Co.                                                                                                                  Page   12

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 3/27/2012 | AL | Update database with AKO's 43Q IR response (.1); Orrick's 43Q expense detail (.2); Orrick's December electronic detail (.1); Orrick's February electronic detail (.1); Austern's October through December electronic detail (.2); | 0.70 | 31.50 |
|  | AL | Update database with Pachulski's January electronic detail | 0.10 | 4.50 |
|  | AL | Receive and review email from B. Ruhlander re AKO's 43rd Q IR exhibit (.1); draft of same (.4); telephone conference with B. Ruhlander re same (.1); draft email to B. Ruhlander re final exhibit (.1) | 0.70 | 31.50 |
|  | BSR | Draft initial report re Orrick (43Q) | 1.00 | 285.00 |
|  | BSR | Left detailed telephone voicemail for Andrew McDermott inquiring concerning response to our initial report to Baker & McKenzie | 0.10 | 28.50 |
|  | JAW | Draft prior period paragraphs in preparation for drafting final final reports for Tre Angeli's 28th-35th interim fee applications (3.40) | 3.40 | 527.00 |
|  | BSR | Draft combined final report for the 43rd interim period (.9); email to Arline Pelton of Anderson Kill & Olick requesting additional information (.1) | 1.00 | 285.00 |
|  | JAW | Draft prior period paragraphs in preparation for drafting final final reports for Venable's 33rd-37th interim fee applications (2.40) | 2.40 | 372.00 |
| 3/28/2012 | JAW | detailed review of Fragomen's February 2012 fee application (0.20); draft summary of same (0.20) | 0.40 | 62.00 |
|  | JAW | detailed review of Casner & Edward's January 2012 fee application (0.50); draft summary of same (0.10) | 0.60 | 93.00 |
|  | AL | Update database with Reed's February electronic detail (.1); Ferry's February electronic detail (.2); Orrick's 43Q IR response (.1); Baker's 43Q IR response (.1) | 0.50 | 22.50 |
|  | AL | Update database with Baer's February electronic detail (.1); Stroock's February electronic detail (.2); receive and review email from J. Wehrmann re January fee summaries (.1); update database with AKO's January (.1) Woodcock's January (.1) Bilzin's January (.1) BMC's December (.2) Capstone's January (.1)  Ferry's January (.2)  Norton's January (.1)  K&E's January (.2)  Reed's January (.2)  Lauzon's January (.1)  Scarfone's January (.1) Hogan's January (.1)  Norton's February (.1) Campbell's January (.2) Charter's January (.1)  Blackstone's January (.2) Caplin's January (.2) Fragomen's January (.1) and Casner's January (.1)  fee and expense summaries | 3.00 | 135.00 |
|  | JAW | Draft prior period paragraphs in preparation for drafting final final reports for PwC Darex Puerto Rico Audit's  32nd-40th interim fee applications (1.90) | 1.90 | 294.50 |

W.R. Grace & Co.                                                  Page    13

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 3/28/2012 | JAW | Draft prior period paragraphs in preparation for drafting final final reports for PwC COP's March 2010, April-May 2010, and June 2010 individual applications included in 40th interim fee application (1.50) | 1.50 | 232.50 |
|  | JAW | Draft prior period paragraphs in preparation for drafting final final reports for PwC SSP's 40th interim fee application (0.50) | 0.50 | 77.50 |
|  | AL | Receive, review and finalize Orrick's 43Q IR (.3); update database with same (.1); prepare same for service (.1) | 0.50 | 22.50 |
|  | BSR | telephone conference with Andrew McDermott re Baker McKenzie response to initial report; email to Andrew McDermott re same | 0.10 | 28.50 |
|  | JAW | Draft e-mail to A. Lopez forwarding summaries prepared various applicants (0.30) | 0.30 | 46.50 |
|  | JAW | Draft e-mail to A. Lopez forwarding prior period paragraph's prepared for final final reports for various applicants (0.20) | 0.20 | 31.00 |
|  | AL | Receive and review email from B. Ruhlander re AKO's 43rd Q IR response (.1); update database with same (.1) | 0.20 | 9.00 |
|  | BSR | research docket for case status; email to Adam Paul re same | 0.10 | 28.50 |
| 3/29/2012 | BSR | Draft final report re Baker & McKenzie's application for Nov. 2011 | 0.80 | 228.00 |
|  | BSR | Receive and review responses of The Hogan Firm, Lauzon Belanger, and Scarfone Hawkins to initial reports for the 43rd interim period | 0.20 | 57.00 |
|  | BSR | Draft e-mail to Orrick re initial report (43Q) | 0.10 | 28.50 |
|  | BSR | Draft omnibus final report for the 43rd interim period | 0.40 | 114.00 |
|  | BSR | Draft final report re Scarfone Hawkins for the 43rd interim period | 1.50 | 427.50 |
|  | JAW | Office conference with A.Lopez regarding issues with excel spreadsheet of prior interim periods for all applicants (2.40) | 2.40 | 372.00 |
|  | AL | Update database with Scholer's February fee application (.1) Beveridge's December fee application (.2); Beveridge's January fee application (.2); Blackstone's October through December fee application (.1) Pachulski's January fee application (.2); Stroock's February fee application (.2); Baer's February fee application (.1) | 1.10 | 49.50 |
|  | JAW | detailed review of Beveridge & Diamond's January 2012 fee application (3.20); draft summary of same (1.60) | 4.80 | 744.00 |
|  | JAW | detailed review of Kaye Scholer's February 2012 fee application (0.40); draft summary of same (0.20) | 0.60 | 93.00 |

W.R. Grace & Co.            Page   14

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---:|---:|
| 3/29/2012 | AL | Office conference with J. Wehrmann re prior period paragraph spreadsheet for all applicants | 2.40 | 108.00 |
| | AL | receive and review email from B. Ruhlander re Baker's 43Q FR (.1); update database with same (.2); draft email to W. Smith re approval of same (.1); update database with Foley's February electronic detail (.1); receive and review email from B. Ruhlander re Scarfone's 43Q FR (.1); update database with same (.2); draft email to W. Smith re approval of same (.1); | 0.90 | 40.50 |
| | DTW | Review and revise 43rd interim initial report for Orrick (.1). | 0.10 | 16.50 |
| 3/30/2012 | BSR | E-mail to Dan Hogan re final report for Scarfone Hawkins (43Q) | 0.10 | 28.50 |
| | WHS | detailed review of FR Scarfone 43Q 10-12.11. | 0.20 | 59.00 |
| | WHS | detailed review of FR Baker McKenzie 43Q 10-12.11 | 0.20 | 59.00 |
| | BSR | Draft omnibus final report for the 43rd interim period | 0.90 | 256.50 |
| | BSR | Draft final report re Campbell & Levine's 43rd interim fee application | 0.50 | 142.50 |
| | BSR | research docket for Blackstone's quarterly fee application (43Q) (.1); review of same (.1) | 0.20 | 57.00 |
| | BSR | Draft final report re Lauzon Belanger Lesperance (43Q) | 0.90 | 256.50 |
| | AL | receive and review email from W. Smith re approval of Baker's 43Q FR (.1); prepare Baker's 43Q FR for electronic filing (.2); update database with same (.1); electronic filing with the court of Baker's 43Q FR (.3); draft email to B. Ruhlander re service of same (.1); receive and review email from W. Smith re approval of Scarfone's 43Q FR (.1); prepare Scarfone's 43Q FR for electronic filing (.2); update database with same (.1); electronic filing with the court of Scarfone's43Q FR (.4); draft email to B. Ruhlander re service of same (.1); | 1.70 | 76.50 |
| | BSR | E-mail to Baker & McKenzie re final report for Nov. 2011 (OCP Period) | 0.10 | 28.50 |
| | BSR | detailed review of December 2011 monthly fee application and quarterly fee application (43Q) for David Austern | 0.10 | 28.50 |
| | AL | Update database with Capstone's February fee application (.1); Kramer's February electronic detail (.2); Ewing's February electronic detail (.1); Capstone's February electronic detail (.2) | 0.60 | 27.00 |
| | AL | Update database with Foley's February fee application (.2); Lincoln's October through December fee application (.2); Orrick's October through December fee application (.1); Rose's October through December fee application (.1); Lauzon's October through December fee application (.2); Scarfone's October through December fee application (.2); Hogan's October through December fee application (.2); BMC's October through December fee application (.1) | 1.30 | 58.50 |

W.R. Grace & Co.                                                                                                                   Page      15

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 3/31/2012 | JAW | detailed review of Pachulski Stang's January 2012 fee application (1.50); draft summary of same (0.10) | 1.60 | 248.00 |
|  | JAW | detailed review of Baer Higgin's February 2012 fee application (2.60); draft summary of same (0.20) | 2.80 | 434.00 |
|  | JAW | detailed review of Beveridge & Diamond's December 2011 fee application (1.90) | 1.90 | 294.50 |

**For professional services rendered**                                                                    **228.80  $33,855.00**

Additional Charges :

| 3/30/2012 | Third party copies & document prep/setup. | 173.45 |
|---|---|---:|
|  | PACER Charges | 114.00 |
|  | Copying cost | 43.50 |

**Total additional charges**                                                                                                    **$330.95**

**Total amount of this bill**                                                                                                    **$34,185.95**

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Alexa L. Parnell | 2.20 | 175.00 | $385.00 |
| Anthony Lopez | 61.30 | 45.00 | $2,758.50 |
| Bobbi S. Ruhlander | 38.70 | 285.00 | $11,029.50 |
| Doreen Williams | 0.30 | 165.00 | $49.50 |
| James A. Wehrmann | 125.90 | 155.00 | $19,514.50 |
| Warren H Smith | 0.40 | 295.00 | $118.00 |