# EXHIBIT A

LAW OFFICES

## FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP

One Alhambra Plaza
Suite 600
Coral Gables, FL  33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia                                                                                  March 31, 2012
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044
USA

---

**FOR PROFESSIONAL SERVICES RENDERED**

**RE: Willan MENDOZA TORRICO**

Invoice #: 12.40987639

Preparation of Labor Condition Application and preparation of instructions to employer regarding
compliance with Immigration Act of 1990, including procedures for internal posting and record keeping
requirements. Submission of Labor Condition Application to U.S. Department of Labor.

Discussions with client regarding wage to be offered to H-1B foreign national, including Department of
Labor regulations pertaining to actual wage documentation, posting requirements and documents for public
inspection. Preparation and filing of request for prevailing wage determination to the Department of Labor
(DOL). Preparation and filing of Labor Condition Application (LCA) with the Department of Labor.

Preparation of FY13 cap-subject petition for temporary nonimmigrant classification as a professional in H-1B
status with a request for change of status. Review and discussion, as needed, of the beneficiary's qualifications
and educational background. Preparation, including prevailing wage determination, and filing of certified
Labor Condition Application (LCA) with the U.S. Department of Labor. Drafting of applicable forms and a
detailed support letter setting forth a description of the professional level position to be performed by the
beneficiary, background of the U.S. employer entity, and specific requirements for the position, including a
full description of the professional credentials of the beneficiary in accordance with U.S. Citizenship and
Immigration Services' (USCIS) current regulations. Transmittal of prepared forms and letter to the client for
final review and signature and subsequent final preparation and submission of petition to the appropriate
USCIS Service Center.

|  |  |
|---|---:|
| **Total Legal Fees** | **$1,850.00** |
| **Disbursements** | |
| Fedex (domestic) | |
| USCIS Filing Fee for I-129 | $58.00 |
| USCIS Filing Fee (Anti-Fraud Fee) | $325.00 |
| USCIS Filing Fee for H-1B (Training and Education Fee) | $500.00 |
| Miscellaneous expenses | $1,500.00 |
|  | $92.50 |
| **Total Disbursements** | **$2,475.50** |
| **Please Remit** | **$4,325.50** |

---

| Checks | Wire Transfers |
|---|---|
| Please send checks made payable to: | |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| 75 Remittance Drive | The Northern Trust Company |
| Suite # 6072 | Account # 30147775 |
| Chicago, Illinois 60675-6072 | ABA Transit # 071000152 |
|  | Swift Code: CNORUS44 |

**\*\*\* Please return invoice with check or include invoice number on wire transfer instructions \*\*\***

**Additional Comments:**

For inquiries, please call (305) 774-5800.

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

March 31, 2012

**FOR PROFESSIONAL SERVICES RENDERED**

RE: Wenji ZHAO

Invoice #: 12.40987640

Preparation of Labor Condition Application and preparation of instructions to employer regarding compliance with Immigration Act of 1990, including procedures for internal posting and record keeping requirements. Submission of Labor Condition Application to U.S. Department of Labor.

Preparation of Application to Change Nonimmigrant Visa Classification to H-4 of accompanying dependent family member(s) including Form I-539. Transmittal of prepared drafts and Petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the USCIS.

Discussions with client regarding wage to be offered to H-1B foreign national, including Department of Labor regulations pertaining to actual wage documentation, posting requirements and documents for public inspection. Preparation and filing of request for prevailing wage determination to the Department of Labor (DOL). Preparation and filing of Labor Condition Application (LCA) with the Department of Labor.

Preparation of FY13 cap-subject petition for temporary nonimmigrant classification as a professional in H-1B status with a request for change of status. Review and discussion, as needed, of the beneficiary's qualifications and educational background. Preparation, including prevailing wage determination, and filing of certified Labor Condition Application (LCA) with the U.S. Department of Labor. Drafting of applicable forms and a detailed support letter setting forth a description of the professional level position to be performed by the beneficiary, background of the U.S. employer entity, and specific requirements for the position, including a full description of the professional credentials of the beneficiary in accordance with U.S. Citizenship and Immigration Services' (USCIS) current regulations. Transmittal of prepared forms and letter to the client for final review and signature and subsequent final preparation and submission of petition to the appropriate USCIS Service Center.

|  |  |
|---|---|
| **Total Legal Fees** | $2,225.00 |

**Disbursements**

| | |
|---|---|
| Fedex (domestic) | $58.00 |
| Miscellaneous expenses | $111.25 |
| **Total Disbursements** | $169.25 |
| **Please Remit** | **$2,394.25** |

---

**Checks**

Please send checks made payable to:
FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite # 6072
Chicago, Illinois 60675-6072

**Wire Transfers**

FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
The Northern Trust Company
Account # 30147775
ABA Transit # 071000152
Swift Code: CNORUS44

*** Please return invoice with check or include invoice number on wire transfer instructions ***

**Additional Comments:**

For billing inquiries, please call (305) 774-5800.

LAW OFFICES
**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**
One Alhambra Plaza
Suite 600
Coral Gables, FL  33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044
USA

March 31, 2012

FOR PROFESSIONAL SERVICES RENDERED
RE: Wenji ZHAO

Invoice #: 12.40993450

**Total Legal Fees**                                    $0.00

**Disbursements**

| | |
|---|---:|
| USCIS Filing Fee for Form I-539 | |
| USCIS Filing Fee for H-1B (Training and Education Fee) | $290.00 |
| USCIS Filing Fee for I-129 | $1,500.00 |
| USCIS Filing Fee (Anti-Fraud Fee) | $325.00 |
| | $500.00 |

**Total Disbursements**                                    $2,615.00

**Please Remit**                                    $2,615.00

---

**Checks**
Please send checks made payable to:
FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite # 6072
Chicago, Illinois 60675-6072

**Wire Transfers**

FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
The Northern Trust Company
Account # 30147775
ABA Transit # 071000152
Swift Code: CNORUS44

**\*\*\* Please return invoice with check or include invoice number on wire transfer instructions \*\*\***

LAW OFFICES
**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**

One Alhambra Plaza
Suite 600
Coral Gables, FL  33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044
USA

March 31, 2012

---

**FOR PROFESSIONAL SERVICES RENDERED**

RE: Sadanand SUNDARESWAR

Invoice #: 12.40993453

Discussions with client regarding wage to be offered to H-1B foreign national, including Department of Labor regulations pertaining to actual wage documentation, posting requirements and documents for public inspection. Preparation and filing of request for prevailing wage determination to the Department of Labor (DOL). Preparation and filing of Labor Condition Application (LCA) with the Department of Labor.

Preparation of Nonimmigrant Visa Petition requesting extension of H-1B Petition and foreign national's term of stay including Form I-129 with supplement, and draft letter of support confirming continued temporary employment. Transmittal of prepared drafts and petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the United States Citizenship and Immigration Services.

Preparation of Labor Condition Application and preparation of instructions to employer regarding compliance with Immigration Act of 1990, including procedures for internal posting and record keeping requirements. Submission of Labor Condition Application to U.S. Department of Labor.

| | |
|---|---:|
| **Total Legal Fees** | $1,100.00 |

**Disbursements**

| | |
|---|---:|
| Fedex (domestic) | $58.00 |
| Miscellaneous expenses | $55.00 |
| **Total Disbursements** | $113.00 |
| **Please Remit** | **$1,213.00** |

---

| **Checks** | **Wire Transfers** |
|---|---|
| Please send checks made payable to: | |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| 75 Remittance Drive | The Northern Trust Company |
| Suite # 6072 | Account # 30147775 |
| Chicago, Illinois 60675-6072 | ABA Transit # 071000152 |
| | Swift Code: CNORUS44 |

**\*\*\* Please return invoice with check or include invoice number on wire transfer instructions \*\*\***

**Additional Comments:**
For billing inquiries, please call 305-774-5800.