IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**NINETEENTH QUARTERLY INTERIM APPLICATION OF FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS IMMIGRATION COUNSEL TO THE DEBTORS FOR THE PERIOD FROM JANUARY 1, 2012 TO MARCH 31, 2012**

| | |
|---|---|
| Name of Applicant: | Fragomen, Del Rey, Bernsen & Loewy, LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | April 2, 2007 |
| Period of which Compensation and Reimbursement is Sought: | JANUARY 1, 2012 to MARCH 31, 2012 |
| Amount of compensation Sought as Actual, Reasonable and Necessary: | $8,850.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $6,270.38 |
| This is a: _____ monthly __X__ interim _____ final application. | |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| | 01/01/2012-01/31/2012 | $2,875.00 | $316.75 | | |
| | 02/01/2012-02/29/2012 | $800.00 | $580.88 | | |
| | 03/01/2012-03/31/2012 | $5,175.00 | $5,372.75 | | |
| USD Totals for W.R. Grace & Co. | | $8,850.00 | $6,270.38 | $0.00 | $0.00 |
| | | Total Requested Fees/Expenses | $15,120.38 | | |
| | | | | | |

WHEREFORE, Fragomen, Del Rey, Bernsen & Loewy, LLP respectfully requests that, for the period January 1, 2012 through March 31, 2012, an interim allowance of compensation in the amount of $8,850.00, and actual and necessary expenses in the amount of $6,270.38, for a total allowance of $15,120.38, or one hundred percent (100%) of all compensation and expense reimbursement requested for the period January 1, 2012 through March 31, 2012 (the "interim Period).

Dated:   04/25/2012   .

FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP


Scott E. Bettridge, Esq. (GA Bar No. 055854)
Partner
One Alhambra Plaza, Suite 600
Coral Gables, Florida 33134
(305) 774-5800

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**NINETEENTH QUARTERLY APPLICATION OF FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS IMMIGRATION COUNSEL TO THE DEBTORS FOR THE PERIOD FROM JANUARY 1, 2012 THROUGH MARCH 31, 2012**

Pursuant to sections 330 and 331 of title 11 of the United Sates Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules'), and the Court's "Amended Administrative Order Under 11 U.S. Sections 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed April 17, 2002 (the "Amended

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Administrative Order"), amending the Court's Administrative Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code Establishing Procedures for Allowance and Payment of Monthly Interim Compensation and Reimbursement of Expenses of Professionals, entered May 3, 2001, the law firm of Fragomen, Del Rey, Bernsen & Loewy, LLP (FDBL) hereby files this Nineteenth Quarterly Interim Application of Fragomen, Del Rey, Bernsen & Loewy, LLP for Compensation and for Reimbursement of Expenses for January 1, 2012 through March 31, 2012 (the "Nineteenth Quarterly Fee Application").

By this Nineteenth Quarterly Fee Application FDBL seeks the interim allowance of compensation in the amount of $8,850.00 and reimbursement of actual and necessary expenses in the amount of $6,270.38, for a total of $15,120.38, or one hundred percent (100%) of all compensation and expense reimbursement requested, for the period January 1, 2012 through March 31, 2012 (the "Interim Period"). In support of this Nineteenth Quarterly Fee Application, FDBL respectfully represents as follows:

## Background

1. On April 2, 2001, each of the Debtor's (collectively the" Debtors") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). Pursuant to Sections 1107 and 1108 of the Bankruptcy Code, Debtors are continuing to operate their businesses and manage their properties and assets as debtors in possession. Since the Petition Date, the U.S. Trustee has appointed the following creditors committees: Official Committee of Unsecured Creditors, Official Committee of Asbestos Personal Injury Claimants,

and Official Committee of Asbestos Property Damage Claimants (collectively, the "Committees"). No trustee has been appointed in Debtor's Chapter 11 cases.

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. Section 157(b)(2).

3. On April 2, 2001, the Court entered its order that Debtors' chapter 11 cases be consolidated for procedure purposes only and administered jointly.

4. By this Court's order dated May 3, 2001, Debtors were authorized to retain FDBL as their counsel, effective as of the respective petition dates, with regard to the filing and prosecution of their Chapter 11 cases, and all related matters (the "Retention Order"). The Retention Order authorized Debtors to compensate FDBL for services related to immigration and nationality law and to be reimbursed for actual and necessary out-of-pocket expense that it incurred, subject to application to this Court in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedures, all applicable local rules and orders of this Court.

5. On May 3, 2001, the Court entered an Administrative Order establishing procedures for interim compensation and reimbursement of expenses of professionals. That order was amended by the Amended Administrative Order, signed on April 17, 2002. Pursuant to the procedures set forth in the Administrative Order and the Amended Administrative Order, professionals may request monthly compensation and reimbursement, and interested parties may object to such requests. If no interested party objects to a professionals request within twenty (20) days, the applicable professional may submit to the Court a certification of no objection authorizing the interim compensation and reimbursement of eight percent (80%) of the fees requested and one hundred percent (100%) of the expenses requested, subject to the filing and

approval of interim and final fee applications of the professional. The professional is also to file

a quarterly interim fee application.

### Requested Relief

6. By this Nineteenth Quarterly Fee Application, FDBL requests that the Court approve

the interim allowance of compensation for professional services rendered and the reimbursement

of actual and necessary expenses incurred by FDBL from January 1, 2012 through March 31,

2012.[2] As stated above, the full scope of the services provided and the related expenses incurred

are fully described in the attached Exhibits.

7. At all relevant times, FDBL has been a disinterested person as that term is defined in

section 101(14) of the Bankruptcy code and has not represented or held an interest adverse to the

interest of the Debtors.

8. All services for which compensation is requested by FDBL were performed for or on

behalf of Debtors and not on behalf of any committee, creditor, or other person.

9. During the Interim Period, FDBL has received no promises for payment from any

source for services rendered or to be rendered in any capacity whatsoever in connection with

Debtors' cases. There is no agreement or understanding between FDBL and any other person,

other than members of the Firm, for the sharing of compensation to be received for services

rendered in these cases.

10. The professional services and related expenses for which FDBL requests interim

allowance of compensation and reimbursement  of expenses were rendered and incurred in

---

[2]  FDBL reserves its right to seek at a later date compensation for services rendered and expenses incurred
during the applicable period that are not otherwise included in the relevant monthly fee application.

connection with these cases in the discharge of FDBL's professional responsibilities as attorneys for Debtors in their U.S. and international immigration and nationality law related cases. FDBL's services have been necessary and beneficial to Debtors and their employees, and other parties in interest.

WHEREFORE, FDBL respectfully requests that the Court enter an order, substantially in the form attached hereto, providing that, for the period of January 1, 2012 through March 31, 2012, an allowance be made to FDBL in the sum of $8,850.00 as compensation for reasonable and necessary professional services rendered to Debtors   in the sum of $6,270.38 for reimbursement of actual and necessary costs and expenses incurred, for a total of $15,120.38, that Debtors be authorized and directed to pay to FDBL the outstanding amount of such sums; and for such other and further relief as this Court deems proper.

Dated: _____04/25/2012_____.

FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP

_____

Scott E. Bettridge (Bar No. 0055854)
Partner
One Alhambra Plaza, Suite 600
Coral Gables, Florida 33134
Telephone: (305) 774-5800
Facsimile:  (305) 774-6666

VERIFICATION

STATE OF FLORIDA          :
                                      :
COUNTY OF MIAMI-DADE  :

Scott E. Bettridge, after being duly sworn according to law, deposes and says:

a)      I am a partner with the applicant law firm Fragomen, Del Rey, Bernsen & Loewy, LLP (FDBL).

b)      I am familiar with many of the legal services rendered by FDBL, as counsel to the Debtors, and am thoroughly familiar with the other work performed on behalf of the Debtors by the lawyers and paraprofessionals of FDBL.

c)      I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del. Bankr. LR 2016-2 and the "Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members", signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

_____
Scott E. Bettridge, Esq.

SWORN AND SUBSCRIBED
before me this 25th day of April , 2012.

_____
Notary Public
My Commission Expires:

NOTARY PUBLIC-STATE OF FLORIDA
Raquel Vega-Morell
Commission # DD892640
Expires:  MAY 25, 2013
BONDED THRU ATLANTIC BONDING CO., INC.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| | 01/01/2012-01/31/2012 | $2,875.00 | $316.75 | | |
| | 02/01/2012-02/29/2012 | $800.00 | $580.88 | | |
| | 03/01/2012-03/31/2012 | $5,175.00 | $5,372.75 | | |
| USD/Totals for W.R. Grace & Co. | | $8,850.00 | $6,270.38 | $0.00 | $0.00 |
| | | **Total Requested Fees/Expenses** | $15,120.38 | | |
| | | | | | |

| Date | Foreign National | Matter | Attorney Fees | Disbursements | Total |
|---|---|---|---|---|---|
| 31-Jan-12 | POTHIREDDY, Siva | RFE | $250.00 | $41.50 | $291.50 |
| 31-Jan-12 | PAN, Yong | AOS | $2,625.00 | $160.25 | $2,785.25 |
| 31-Jan-12 | PAN, Yong | EVAL | $0.00 | $115.00 | $115.00 |
| 25-Feb-12 | VITALE, Anthony | G-BEL-P | $0.00 | $511.88 | $511.88 |
| 29-Feb-12 | ORELLANA, Enzo | AUD | $800.00 | $69.00 | $869.00 |
| 31-Mar-12 | MENDOZA TORRICO, Willan | H1-B | $1,850.00 | $2,475.50 | $4,325.50 |
| 31-Mar-12 | ZHAO, Wenji | FF (H1-B) | $0.00 | $2,615.00 | $2,615.00 |
| 31-Mar-12 | SUDARESWAR, Sadanand | H1-B/Ext | $1,100.00 | $113.00 | $1,213.00 |
| 31-Mar-12 | ZHAO, Wenji | H1-B/539 | $2,225.00 | $169.25 | $2,394.25 |
| | | USD Totals for W.R. Grace & Co. | $8,850.00 | $6,270.38 | $15,120.38 |

LAW OFFICES

**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**

One Alhambra Plaza
Suite 600
Coral Gables, FL  33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia                                                                                January 31, 2012
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044
USA

---

**FOR PROFESSIONAL SERVICES RENDERED**

**RE: Siva POTHIREDDY**                                                      Invoice #: 12.40957104

Preparation of response to inquiry notice from the USCIS to provide additional documentation as requested.
Communication with FN for additional information. Final preparation and submission to the appropriate
Regional Service Center of the USCIS.

|  |  |
|---|---|
| **Total Legal Fees** | $250.00 |

**Disbursements**

| | |
|---|---|
| Fedex (domestic) | $29.00 |
| Miscellaneous expenses | $12.50 |
| **Total Disbursements** | $41.50 |
| **Please Remit** | **$291.50** |

---

| **Checks** | **Wire Transfers** |
|---|---|
| Please send checks made payable to: | |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| 75 Remittance Drive | The Northern Trust Company |
| Suite # 6072 | Account # 30147775 |
| Chicago, Illinois 60675-6072 | ABA Transit # 071000152 |
| | Swift Code: CNORUS44 |

**\*\*\* Please return invoice with check or include invoice number on wire transfer instructions \*\*\***

**Additional Comments:**
For billing inquiries, please call 305-774-5800.

LAW OFFICES

**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**

One Alhambra Plaza
Suite 600
Coral Gables, FL  33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia                                                                                              January 31, 2012
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044
USA

---

**FOR PROFESSIONAL SERVICES RENDERED**

**RE: Yong PAN**                                                                    Invoice #: 12.40957105

Preparation of Form I-765 on behalf of foreign national for permission to obtain employment authorization during pendency of application for U.S. permanent residence.

Preparation Form I-131, Application for Travel Document (advance parole), with supporting documentation, to facilitate international travel during the pendency of an Application for Adjustment of Status. Submission to the United States Citizenship and Immigration Services.

Preparation of Application for Adjustment of Status to Lawful Permanent Resident of the United States for principal beneficiary of immigrant visa petition including preparation of Forms I-485, G-325A, and supporting documentation. Preparation of final package and submission to the appropriate Regional Service Center of the United States Citizenship and Immigration Services.

|  |  |
|---|---:|
| **Total Legal Fees** | $2,625.00 |
| **Disbursements** | |
| Fedex (domestic) | $29.00 |
| Miscellaneous expenses | $131.25 |
| **Total Disbursements** | $160.25 |
| **Please Remit** | **$2,785.25** |

---

| **Checks** | **Wire Transfers** |
|---|---|
| Please send checks made payable to: | |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| 75 Remittance Drive | The Northern Trust Company |
| Suite # 6072 | Account # 30147775 |
| Chicago, Illinois 60675-6072 | ABA Transit # 071000152 |
| | Swift Code: CNORUS44 |

**\*\*\* Please return invoice with check or include invoice number on wire transfer instructions \*\*\***

**Additional Comments:**
For billing inquiries, please call 305-774-5800.

LAW OFFICES

## FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP

One Alhambra Plaza
Suite 600
Coral Gables, FL  33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044
USA

January 31, 2012

---

**FOR PROFESSIONAL SERVICES RENDERED**

    **RE: Yong PAN**

**Invoice #: 12.40959444**

| | |
|---|---|
| **Total Legal Fees** | $0.00 |

**Disbursements**

| | |
|---|---|
| Education evaluation fee | $115.00 |
| **Total Disbursements** | $115.00 |
| **Please Remit** | **$115.00** |

---

| **Checks** | **Wire Transfers** |
|---|---|
| Please send checks made payable to: | |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| 75 Remittance Drive | The Northern Trust Company |
| Suite # 6072 | Account # 30147775 |
| Chicago, Illinois 60675-6072 | ABA Transit # 071000152 |
| | Swift Code: CNORUS44 |

**\*\*\* Please return invoice with check or include invoice number on wire transfer instructions \*\*\***

**Additional Comments:**
For billing inquiries, please call 305-774-5800

LAW OFFICES
**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**

One Alhambra Plaza
Suite 600
Coral Gables, FL  33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia                                                February 29, 2012
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044
USA

---

**FOR PROFESSIONAL SERVICES RENDERED**

**RE: Enzo ORELLANA**                                   Invoice #: 12.40974672

Preparation of extensive and detailed response to Audit Notification issued by the U.S. Dept. of Labor in connection with Application for Alien Employment Certification. Ongoing consultations with client to discuss strategy regarding the issues raised by the Dept. of Labor. Preparation of detailed draft response to be submitted to the Dept. of Labor, setting forth an in-depth discussion and argument within the framework of Dept. of Labor regulations. Numerous telephonic discussions regarding factual data and statistics, strategy and to review documents prepared. Final preparation and submission of response and supporting documentation to the Dept. of Labor within appointed deadline set forth in the Audit Notification. 3.5 hrs. at $250/hr.

|                          |          |
|--------------------------|---------:|
| **Total Legal Fees**     | $800.00  |

**Disbursements**

| Fedex (domestic)        |         | $29.00 |
| Miscellaneous expenses  |         | $40.00 |
|                         | **Total Disbursements** | $69.00 |
|                         | **Please Remit**        | **$869.00** |

---

| **Checks** | **Wire Transfers** |
|:----------:|:------------------:|
| Please send checks made payable to: | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | The Northern Trust Company |
| 75 Remittance Drive | Account # 30147775 |
| Suite # 6072 | ABA Transit # 071000152 |
| Chicago, Illinois 60675-6072 | Swift Code: CNORUS44 |

**\*\*\* Please return invoice with check or include invoice number on wire transfer instructions \*\*\***

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862 5000
FAX: (732) 862 5020

VIRGINIA RODRIGUEZ                                    25-February-2012

C/O ERNST & YOUNG

2323 VICTORY AVENUE

SUITE 2000

DALLAS TEXAS 75219

UNITED STATES OF AMERICA

---

FOR PROFESSIONAL SERVICES RENDERED

Employee: ANTHONY VITALE

Fragomen Invoice Number: IN-US00225222

Fragomen Manager: NANCY SHARP

Fragomen Case Number: 453990

Client:  W.R. GRACE & CO.

Total Legal Fees:      0.00

Total Disbursements: 511.88

Invoice Total: (USD )   511.88

| | Fee/Disbursement |
|---|---|
| DISBURSEMENTS <br> (work carried out by FRAGOMEN - BRUSSELS) | |
| For our professional service rendered to Anthony Vitale in assistance with obtaining work and residence permit for Belgium - case cancelled - 25 % of total legal fee applies. | 487.50 |
| Miscellaneous Out of pocket expenses (including timed facsimile, telephone charges and photocopying) | 24.38 |

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

Client: W.R. GRACE & CO.

Employee: ANTHONY VITALE

| | |
|---|---|
| Comments: | |
| Application Approval Date: | |
| Application File Date: | |
| Authorizing Manager: | |
| Case Initiation Date: | 01 Dec 2011 |
| Cost Center: | |
| Employee ID: | |
| Number of Dependents: | 0 |
| PO #: | |
| Receiving Country: | BELGIUM |
| Sending Country: | UNITED STATES OF AMERICA |

LAW OFFICES

## FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP

One Alhambra Plaza
Suite 600
Coral Gables, FL  33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia                                                                                      March 31, 2012
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044
USA

---

FOR PROFESSIONAL SERVICES RENDERED

**RE: Willan MENDOZA TORRICO**                                               Invoice #: 12.40987639

Preparation of Labor Condition Application and preparation of instructions to employer regarding
compliance with Immigration Act of 1990, including procedures for internal posting and record keeping
requirements. Submission of Labor Condition Application to U.S. Department of Labor.

Discussions with client regarding wage to be offered to H-1B foreign national, including Department of
Labor regulations pertaining to actual wage documentation, posting requirements and documents for public
inspection. Preparation and filing of request for prevailing wage determination to the Department of Labor
(DOL). Preparation and filing of Labor Condition Application (LCA) with the Department of Labor.

Preparation of FY13 cap-subject petition for temporary nonimmigrant classification as a professional in H-1B
status with a request for change of status. Review and discussion, as needed, of the beneficiary's qualifications
and educational background. Preparation, including prevailing wage determination, and filing of certified
Labor Condition Application (LCA) with the U.S. Department of Labor. Drafting of applicable forms and a
detailed support letter setting forth a description of the professional level position to be performed by the
beneficiary, background of the U.S. employer entity, and specific requirements for the position, including a
full description of the professional credentials of the beneficiary in accordance with U.S. Citizenship and
Immigration Services' (USCIS) current regulations. Transmittal of prepared forms and letter to the client for
final review and signature and subsequent final preparation and submission of petition to the appropriate
USCIS Service Center.

|  |  |
|---|---:|
| **Total Legal Fees** | $1,850.00 |

**Disbursements**

| | |
|---|---:|
| Fedex (domestic) | $58.00 |
| USCIS Filing Fee for I-129 | $325.00 |
| USCIS Filing Fee (Anti-Fraud Fee) | $500.00 |
| USCIS Filing Fee for H-1B (Training and Education Fee) | $1,500.00 |
| Miscellaneous expenses | $92.50 |
| **Total Disbursements** | $2,475.50 |
| **Please Remit** | $4,325.50 |

---

| **Checks** | **Wire Transfers** |
|---|---|
| Please send checks made payable to: | |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| 75 Remittance Drive | The Northern Trust Company |
| Suite # 6072 | Account # 30147775 |
| Chicago, Illinois 60675-6072 | ABA Transit # 071000152 |
| | Swift Code: CNORUS44 |

**\*\*\* Please return invoice with check or include invoice number on wire transfer instructions \*\*\***

**Additional Comments:**

For inquiries, please call (305) 774-5800.

LAW OFFICES
**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

March 31, 2012

---

FOR PROFESSIONAL SERVICES RENDERED

**RE: Wenji ZHAO**

Invoice #: 12.40987640

Preparation of Labor Condition Application and preparation of instructions to employer regarding compliance with Immigration Act of 1990, including procedures for internal posting and record keeping requirements. Submission of Labor Condition Application to U.S. Department of Labor.

Preparation of Application to Change Nonimmigrant Visa Classification to H-4 of accompanying dependent family member(s) including Form I-539. Transmittal of prepared drafts and Petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the USCIS.

Discussions with client regarding wage to be offered to H-1B foreign national, including Department of Labor regulations pertaining to actual wage documentation, posting requirements and documents for public inspection. Preparation and filing of request for prevailing wage determination to the Department of Labor (DOL). Preparation and filing of Labor Condition Application (LCA) with the Department of Labor.

Preparation of FY13 cap-subject petition for temporary nonimmigrant classification as a professional in H-1B status with a request for change of status. Review and discussion, as needed, of the beneficiary's qualifications and educational background. Preparation, including prevailing wage determination, and filing of certified Labor Condition Application (LCA) with the U.S. Department of Labor. Drafting of applicable forms and a detailed support letter setting forth a description of the professional level position to be performed by the beneficiary, background of the U.S. employer entity, and specific requirements for the position, including a full description of the professional credentials of the beneficiary in accordance with U.S. Citizenship and Immigration Services' (USCIS) current regulations. Transmittal of prepared forms and letter to the client for final review and signature and subsequent final preparation and submission of petition to the appropriate USCIS Service Center.

|  |  |
|---|---|
| **Total Legal Fees** | $2,225.00 |

**Disbursements**

| | |
|---|---|
| Fedex (domestic) | $58.00 |
| Miscellaneous expenses | $111.25 |
| **Total Disbursements** | $169.25 |
| **Please Remit** | $2,394.25 |

---

| **Checks** | **Wire Transfers** |
|---|---|
| Please send checks made payable to: | |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| 75 Remittance Drive | The Northern Trust Company |
| Suite # 6072 | Account # 30147775 |
| Chicago, Illinois 60675-6072 | ABA Transit # 071000152 |
| | Swift Code: CNORUS44 |

**\*\*\* Please return invoice with check or include invoice number on wire transfer instructions \*\*\***

**Additional Comments:**

For billing inquiries, please call (305) 774-5800.

LAW OFFICES

**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**

One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia                                                                     March 31, 2012
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

---

FOR PROFESSIONAL SERVICES RENDERED

RE: Wenji ZHAO                                                    Invoice #: 12.40993450

|  | **Total Legal Fees** | $0.00 |
|---|---|---|

**Disbursements**

| | |
|---|---|
| USCIS Filing Fee for Form I-539 | $290.00 |
| USCIS Filing Fee for H-1B (Training and Education Fee) | $1,500.00 |
| USCIS Filing Fee for I-129 | $325.00 |
| USCIS Filing Fee (Anti-Fraud Fee) | $500.00 |
| **Total Disbursements** | $2,615.00 |
| **Please Remit** | $2,615.00 |

---

| **Checks** | **Wire Transfers** |
|---|---|
| Please send checks made payable to: | |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| 75 Remittance Drive | The Northern Trust Company |
| Suite # 6072 | Account # 30147775 |
| Chicago, Illinois 60675-6072 | ABA Transit # 071000152 |
| | Swift Code: CNORUS44 |

**\*\*\* Please return invoice with check or include invoice number on wire transfer instructions \*\*\***

LAW OFFICES

**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**

One Alhambra Plaza
Suite 600
Coral Gables, FL  33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia                                                                                                      March 31, 2012
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044
USA

---

FOR PROFESSIONAL SERVICES RENDERED

RE: Sadanand SUNDARESWAR                                                                 Invoice #: 12.40993453

Discussions with client regarding wage to be offered to H-1B foreign national, including Department of Labor regulations pertaining to actual wage documentation, posting requirements and documents for public inspection. Preparation and filing of request for prevailing wage determination to the Department of Labor (DOL). Preparation and filing of Labor Condition Application (LCA) with the Department of Labor.

Preparation of Nonimmigrant Visa Petition requesting extension of H-1B Petition and foreign national's term of stay including Form I-129 with supplement, and draft letter of support confirming continued temporary employment. Transmittal of prepared drafts and petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the United States Citizenship and Immigration Services.

Preparation of Labor Condition Application and preparation of instructions to employer regarding compliance with Immigration Act of 1990, including procedures for internal posting and record keeping requirements. Submission of Labor Condition Application to U.S. Department of Labor.

|  |  |
|---|---|
| **Total Legal Fees** | $1,100.00 |

**Disbursements**

|  |  |
|---|---|
| Fedex (domestic) | $58.00 |
| Miscellaneous expenses | $55.00 |
| **Total Disbursements** | $113.00 |
| **Please Remit** | $1,213.00 |

---

| **Checks** | **Wire Transfers** |
|---|---|
| Please send checks made payable to: | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | The Northern Trust Company |
| 75 Remittance Drive | Account # 30147775 |
| Suite # 6072 | ABA Transit # 071000152 |
| Chicago, Illinois 60675-6072 | Swift Code: CNORUS44 |

*** Please return invoice with check or include invoice number on wire transfer instructions ***

**Additional Comments:**

For billing inquiries, please call 305-774-5800.