# Exhibit A

**KRAMER LEVIN NAFTALIS & FRANKEL** LLP
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
PHONE 212.715.9100
FAX 212.715.8000

April 27, 2012

W.R. GRACE & CO. EQUITY COMMITTEE

When remitting,
please reference:
Invoice Number: 592174
056772

## CLIENT SUMMARY - 056772 - W.R. GRACE & CO. EQUITY COMMITTEE

### 056772-00001/CASE ADMINISTRATION

| | |
|---|---|
| FEES | $140.00 |
| DISBURSEMENTS | 58.77 |
| MATTER TOTAL | $198.77 |

### 056772-00007/REORGANIZATION PLAN

| | |
|---|---|
| FEES | $4,928.50 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $4,928.50 |

### 056772-00008/FEE APPLICATIONS, APPLICANT

| | |
|---|---|
| FEES | $817.00 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $817.00 |
| CLIENT GRAND TOTAL | $5,944.27 |

Amounts due may be remitted by wire transfer.

To: Citibank, N.A.
Citicorp Center 153 E. 53rd Street NY, N.Y. 10043
ABA #021000089
Account: Kramer Levin Naftalis & Frankel LLP Money Market A\C 9992122019
By Order of: Invoice No. 592174
Citibank Contact: Gaetana Mauceli (212) 559-0165

TIME AND DISBURSEMENT AMOUNTS POSTED AFTER THE BILLING PERIOD SHOWN
ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE
CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.
TAX ID# 13-1944339

KL4 2334525.1

Kramer Levin Naftalis & Frankel LLP                                                      Page No. 2

W.R. GRACE & CO. EQUITY COMMITTEE                                                April 27, 2012
056772-00001                                                                  Invoice No. 592174

## CASE ADMINISTRATION

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/20/12 | BLABEY, DAVID E | Review motion to approve EPA settlement. | 0.20 | 140.00 |
| **TOTAL HOURS AND FEES** | | | **0.20** | **$140.00** |

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| WESTLAW ON-LINE RESEARCH | 58.77 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$58.77** |
| **TOTAL FOR THIS MATTER** | **$198.77** |

## REORGANIZATION PLAN

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/01/12 | HALVERSON, DARREN C | Research re: Garlock bankruptcy petition (.3); research re: bar date (1.8). | 2.10 | 871.50 |
| 03/01/12 | BENTLEY, PHILIP | Discs D. Blabey re Garlock stay motion (.4), and notes re same (.2). | 0.60 | 519.00 |
| 03/01/12 | BLABEY, DAVID E | Discuss Garlock stay brief with P. Bentley (.4); review briefs on Garlock issues (.5). | 0.90 | 630.00 |
| 03/02/12 | BENTLEY, PHILIP | Trade emails re confirmation appeal. | 0.20 | 173.00 |
| 03/05/12 | BENTLEY, PHILIP | Review Garlock's reply brief. | 0.30 | 259.50 |
| 03/05/12 | BLABEY, DAVID E | Review Garlock reply (.3) and email to P. Bentley re same (.2). | 0.50 | 350.00 |
| 03/07/12 | BLABEY, DAVID E | Review Garlock briefs re reargument. | 0.30 | 210.00 |
| 03/08/12 | BLABEY, DAVID E | Research for Garlock response. | 0.50 | 350.00 |
| 03/09/12 | BENTLEY, PHILIP | Discs D. Blabey and trade emails, re Garlock's motion. | 0.20 | 173.00 |
| 03/09/12 | BLABEY, DAVID E | Review plan proponents' Garlock brief. | 0.20 | 140.00 |
| 03/14/12 | BLABEY, DAVID E | Review draft Garlock response re stay. | 0.50 | 350.00 |
| 03/15/12 | BLABEY, DAVID E | Review proposed response brief re Garlock issues. | 0.30 | 210.00 |
| 03/19/12 | BENTLEY, PHILIP | Trade emails re appeal issues. | 0.10 | 86.50 |
| 03/25/12 | BENTLEY, PHILIP | Trade e/ms re status report to court. | 0.10 | 86.50 |
| 03/26/12 | BLABEY, DAVID E | Review status report to third circuit re appeals. | 0.10 | 70.00 |
| 03/27/12 | BENTLEY, PHILIP | Trade emails re appeal issues. | 0.10 | 86.50 |
| 03/27/12 | BLABEY, DAVID E | Review Garlock reply brief re stay. | 0.20 | 140.00 |
| 03/29/12 | HALVERSON, DARREN C | Review rule 26.1 corp disclosures (.2). | 0.20 | 83.00 |
| 03/29/12 | BLABEY, DAVID E | Review rules relating to filing corporate disclosure statement re appeal. | 0.20 | 140.00 |

**TOTAL HOURS AND FEES**                                                7.60    $4,928.50

**TOTAL FOR THIS MATTER**                                                       $4,928.50

Kramer Levin Naftalis & Frankel LLP
Page No. 4

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00008

April 27, 2012
Invoice No. 592174

## FEE APPLICATIONS, APPLICANT

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/27/12 | HALVERSON, DARREN C | Cf. D. Blabey re: Mark-ups for bill (.1); review markup of bill (.1) cf. re: F. Arias re same (.1). | 0.30 | 124.50 |
| 03/27/12 | BLABEY, DAVID E | Edit fee application for February. | 0.10 | 70.00 |
| 03/29/12 | HALVERSON, DARREN C | Draft 126th fee application (1.5). | 1.50 | 622.50 |
| **TOTAL HOURS AND FEES** | | | **1.90** | **$817.00** |

**TOTAL FOR THIS MATTER**                              **$817.00**

KL4 2334525.1