## **Exhibit B**

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE    1
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 04/27/2012 13:30:34

Matter No: 056772-00001                          Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:     3310070
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CASE ADMINISTRATION                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                  Status     : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.10/w/o manu. services
-------------------------------------------------------------------------------------------------------------------------------
                                                   PRE-BILLING SUMMARY REPORT
-------------------------------------------------------------------------------------------------------------------------------
          UNBILLED TIME FROM:                                              TO:
          UNBILLED DISB FROM:     03/08/2012                               TO:     03/29/2012
-------------------------------------------------------------------------------------------------------------------------------
                                                  FEES                                      COSTS

          GROSS BILLABLE AMOUNT:                   0.00                                     58.77
           AMOUNT WRITTEN DOWN:   _____                  _____
                       PREMIUM:   _____                  _____
             ON ACCOUNT BILLED:   _____                  _____
     DEDUCTED FROM PAID RETAINER: _____                  _____
                 AMOUNT BILLED:   _____                  _____
                     THRU DATE:                                                             03/29/2012
       CLOSE MATTER/FINAL BILLING?  YES   OR   NO
        EXPECTED DATE OF COLLECTION:

        BILLING PARTNER APPROVAL:
                                  BENTLEY PHILIP - 02495                   WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
               BILLING COMMENTS:
```

```
                                       ACCOUNTS RECEIVABLE TOTALS                  UNAPPLIED CASH

                      FEES:                     0.00
             DISBURSEMENTS:                    58.77      UNIDENTIFIED RECEIPTS:         0.00
               FEE RETAINER:                    0.00          PAID FEE RETAINER:         0.00
              DISB RETAINER:                    0.00         PAID DISB RETAINER:         0.00
           TOTAL OUTSTANDING:                  58.77        TOTAL AVAILABLE FUNDS:       0.00
                                                                     TRUST BALANCE:
                                            BILLING HISTORY

          DATE OF LAST BILL:           03/28/12        LAST PAYMENT DATE:       03/30/12
          LAST BILL NUMBER:            590269 ACTUAL FEES BILLED TO DATE:    365,907.50
                                              ON ACCOUNT FEES BILLED TO DATE:      0.00
                                                TOTAL FEES BILLED TO DATE:   365,907.50
          LAST BILL THRU DATE:         02/29/12   FEES WRITTEN OFF TO DATE:   85,704.00
                                                 COSTS WRITTEN OFF TO DATE:   23,827.85
FOR ACCTG USE ONLY:                    Write Down/Up Reason Codes:

          (1) Exceeded Fixed Fee       (4) Excessive Legal Time    (7) Fixed Fee
          (2) Late Time & Costs Posted (5) Business Development    (8) Premium
          (3) Pre-arranged Discount    (6) Summer Associate        (9) Rounding           (10) Client Arrangement

   BILL NUMBER:_____DATE OF BILL:_____Processed by:_____  FRC:_____   CRC:_____
```

```
alp_132r: Matter Detail                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                                                    PAGE    2
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 04/27/2012 13:30:34

Matter No: 056772-00001                                            Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    3310070
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                    Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                   Status      : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y -------------- Total Unbilled ----------------
Code  Description                              Oldest       Latest       Total
                                               Entry        Entry        Amount
----  ---------------------------------------  ------       ------       ------------
0917  WESTLAW ON-LINE RESEARCH                 03/08/12     03/29/12         58.77

       Total                                                                 58.77


U N B I L L E D   C O S T S   D E T A I L
Description/Code                               Employee            Date          Amount         Index#   Batch No  Batch Date
---------------------------------------------  ---------           ------        -----------    ------   --------  ----------

WESTLAW ON-LINE RESEARCH 0917
    WESTLAW ON-LINE RESE                       BLABEY, D E         03/08/12           46.94     9599734  1219262   04/02/12
    WESTLAW ON-LINE RESE                       HALVERSON, D C      03/29/12           11.83     9599735  1219262   04/02/12
                                               0917 WESTLAW ON-LINE RESE Total :      58.77


           Costs Total :                                                              58.77
```

```
alp_132r: Matter Detail                            KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE    3
                                                        *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 04/27/2012 13:30:34

Matter No: 056772-00001                                  Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:     3310070
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CASE ADMINISTRATION                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                         Status      : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description              Amount              Bill        W/o / W/u        Transfer To   Clnt/Mtr    Carry Forward
-----------------------    -------------------    ---------   --------------   ----------------------    ---------------

0917 WESTLAW ON-LINE RESEARCH         58.77       _____   _____   _____    _____


           Costs Total :             58.77        _____   _____   _____    _____
```