

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | | |
|---|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number | 2155883 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date | 04/05/12 |
| Peninsula Capital Advisors LLC | Client Number | 359022 |
| 404B East Main Street | Matter Number | 00014 |
| Charlottesville, VA  22902 | | |

Re:    Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Photocopying | 48.20 |
| Federal Express | 224.64 |
| CURRENT EXPENSES | 272.84 |
| | |
| **TOTAL AMOUNT OF THIS  INVOICE** | 272.84 |
| | |
| **NET AMOUNT OF THIS INVOICE** | 272.84 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

# Saul Ewing
LLP

| | | |
|---|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number | 2155882 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date | 04/05/12 |
| Peninsula Capital Advisors LLC | Client Number | 359022 |
| 404B East Main Street | Matter Number | 00004 |
| Charlottesville, VA  22902 | | |

Re:   Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH  03/31/12:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/01/12 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 03/02/12 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 03/05/12 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 03/06/12 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 03/07/12 | TKD | Review all case filings and share with team. | 0.4 | 260.00 |
| 03/08/12 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 03/09/12 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 03/12/12 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 03/13/12 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 03/13/12 | TKD | Work on entry of appearances for our appeals | 0.5 | 325.00 |
| 03/14/12 | TKD | Communications about Entry of appearance | 0.4 | 260.00 |
| 03/14/12 | TKD | Gather other entry of appearance forms, review rules initially | 0.6 | 390.00 |
| 03/14/12 | TBB | Review docket for appeals; download federal and local rules for the Third CIrcuit Court; | 0.8 | 156.00 |
| 03/14/12 | TBB | Review rules regarding entry of appearance and draft same. | 0.6 | 117.00 |
| 03/14/12 | TBB | Review local and federal rules for filing procedures. | 0.9 | 175.50 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00004
04/05/12

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 03/16/12 | TKD | Filing of Garlock brief, approved my signoff | 0.2 | 130.00 |
| 03/16/12 | TKD | Review all filings and share with team | 0.4 | 260.00 |
| 03/19/12 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 03/19/12 | TKD | Review Garlock motion to Strike sur reply | 0.2 | 130.00 |
| 03/20/12 | TKD | Finalize entry of appearance forms, execute and file same | 0.5 | 325.00 |
| 03/20/12 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 03/20/12 | TBB | Draft Entry of Appearance for Philip Bentley to the Third Circuit Court of Appeals. | 0.3 | 58.50 |
| 03/20/12 | TBB | File Entry of Appearance of Philip Bentley. | 0.2 | 39.00 |
| 03/20/12 | TBB | File Entry of Appearance of Teresa Currier to Third Circuit Court of Appeals. | 0.2 | 39.00 |
| 03/21/12 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 03/23/12 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 03/26/12 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 03/27/12 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 03/28/12 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 03/29/12 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 03/30/12 | TKD | Review all case filings and share with team | 0.4 | 260.00 |

TOTAL HOURS          13.5

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| Tracy B. Buck | 3.0 | at | $195.00 | = | 585.00 |
| Teresa K.D. Currier | 10.5 | at | $650.00 | = | 6,825.00 |

Case 01-01139-AMC    Doc 28847-2    Filed 04/30/12    Page 4 of 10

359022                WR Grace - Official Committee of Equity Security Holders    Invoice Number  2155882
00004                 Case Administration                                                    Page 3
04/05/12

CURRENT FEES                                           7,410.00


**TOTAL AMOUNT OF THIS  INVOICE**                       7,410.00


**NET AMOUNT OF THIS INVOICE**                          7,410.00

**Saul Ewing** LLP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | |
| c/o R. Ted. Wechsler, Chairman | |
| Peninsula Capital Advisors LLC | |
| 404B East Main Street | |
| Charlottesville, VA 22902 | |

| | |
|---|---|
| Invoice Number | 2155884 |
| Invoice Date | 04/05/12 |
| Client Number | 359022 |
| Matter Number | 00015 |

Re:   Fee Applications/Applicant

FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/12:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/01/12 | TKD | File new Kramer Levin monthly | 0.2 | 130.00 |
| 03/05/12 | TBB | Draft CNO to Saul Ewing's thirtieth monthly fee application. | 0.3 | 58.50 |
| 03/05/12 | TBB | File and serve Saul Ewing's thirtieth monthly fee application. | 0.8 | 156.00 |
| 03/21/12 | TBB | Draft CNO to Saul Ewing's Eleventh Quarterly Fee Application. | 0.5 | 97.50 |
| 03/21/12 | TBB | Review docket for any objections to Saul Ewing's Eleventh Quarterly Fee Application. | 0.2 | 39.00 |
| 03/21/12 | TBB | File and serve CNO to Saul Ewing's Eleventh Quarterly Fee application. | 0.8 | 156.00 |
| 03/22/12 | TBB | Draft CNO to Saul Ewing's Thirty First Monthly Fee Application. | 0.3 | 58.50 |
| 03/22/12 | TBB | Review docket for any objection to Saul Ewing's Thirty First Monthly Fee Application | 0.2 | 39.00 |
| 03/22/12 | TBB | File and serve CNO to Saul Ewing's Thirty First Monthly Fee Application. | 0.8 | 156.00 |
| 03/29/12 | TBB | Draft Saul Ewing's thirty second monthly fee application. | 0.5 | 97.50 |
| 03/29/12 | TBB | Draft notice to Saul Ewing's thirty second monthly fee application. | 0.2 | 39.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00015
04/05/12

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 03/30/12 | TBB | File and serve Saul Ewing's thirty second monthly fee application. | 0.8 | 156.00 |
|  |  | TOTAL HOURS | 5.6 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| Tracy B. Buck | 5.4 | at | $195.00 | = | 1,053.00 |
| Teresa K.D. Currier | 0.2 | at | $650.00 | = | 130.00 |

CURRENT FEES                                        1,183.00


**TOTAL AMOUNT OF THIS  INVOICE**                   1,183.00


**NET AMOUNT OF THIS INVOICE**                      1,183.00

# Saul Ewing LLP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | |
| c/o R. Ted. Wechsler, Chairman | |
| Peninsula Capital Advisors LLC | |
| 404B East Main Street | |
| Charlottesville, VA  22902 | |

| | |
|---|---|
| Invoice Number | 2155885 |
| Invoice Date | 04/05/12 |
| Client Number | 359022 |
| Matter Number | 00016 |

Re:    Fee Applications/Others

FOR PROFESSIONAL SERVICES RENDERED THROUGH  03/31/12:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/05/12 | TKD | Review and approve Kramer Levin CNO for filing | 0.2 | 130.00 |
| 03/05/12 | TBB | Draft CNO to Kramer Levin's one hundred and twenty fourth monthly fee application. | 0.3 | 58.50 |
| 03/05/12 | TBB | File and serve Kramer Levin's one hundred and twenty fourth monthly fee application. | 0.8 | 156.00 |
| 03/21/12 | TKD | Review approve and supervise the filing of CNOs | 0.3 | 195.00 |
| 03/21/12 | TBB | Draft CNO to Kramer Levin's Thirty Ninth Quarterly Fee Application. | 0.5 | 97.50 |
| 03/21/12 | TBB | Review docket for any objection to Kramer Levin's Thirty Ninth Quarterly Fee Application. | 0.2 | 39.00 |
| 03/21/12 | TBB | File and serve Kramer Levin's Thirty Ninth Quarterly Fee Application. | 0.8 | 156.00 |
| 03/22/12 | TBB | Draft CNO to Kramer Levin's One Hundred and Twenty fifth Monthly Fee Application. | 0.3 | 58.50 |
| 03/22/12 | TBB | Review docket for objection to Kramer Levin's One Hundred and Twenty Fifth Monthly Fee Application. | 0.2 | 39.00 |
| 03/22/12 | TBB | File and serve CNO to Kramer Levin's One Hundred and Twenty fifth Monthly Fee Application | 0.8 | 156.00 |
| 03/30/12 | TKD | Review Kramer Levin fee applications and certification and approve same for filing | 0.3 | 195.00 |

359022
00016
04/05/12

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 03/30/12 | TBB | Draft notice to Kramer Levin's one hundred and twenty sixth monthly fee application. | 0.2 | 39.00 |
| 03/30/12 | TBB | File and serve Kramer Levin's one hundred and twenty sixth monthly fee application. | 0.8 | 156.00 |
| | | TOTAL HOURS | 5.7 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| Tracy B. Buck | 4.9 | at | $195.00 | = | 955.50 |
| Teresa K.D. Currier | 0.8 | at | $650.00 | = | 520.00 |
| CURRENT FEES | | | | | 1,475.50 |

**TOTAL AMOUNT OF THIS INVOICE**                1,475.50

**NET AMOUNT OF THIS INVOICE**                1,475.50

# Saul Ewing LLP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | |
| c/o R. Ted. Wechsler, Chairman | |
| Peninsula Capital Advisors LLC | |
| 404B East Main Street | |
| Charlottesville, VA 22902 | |

| | |
|---|---|
| Invoice Number | 2155886 |
| Invoice Date | 04/05/12 |
| Client Number | 359022 |
| Matter Number | 00020 |

Re:   Plan and Disclosure Statement

FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/12:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/08/12 | TKD | Review opposition to Garlock Stay motion | 0.4 | 260.00 |
| 03/09/12 | TKD | Review Garlock Sur Reply, contact with Kramer Levin, approve same for filing | 0.5 | 325.00 |
| 03/09/12 | TKD | Follow up on filing of Sur Reply | 0.3 | 195.00 |
| 03/13/12 | TKD | Review Third Circuit Rules for Entry of Appearance and Corporate Disclosure Forms | 0.8 | 520.00 |
| 03/13/12 | TKD | Reviewed Third Circuit rules for Entry of Appearance and Corp Disclosure Statement | 0.7 | 455.00 |
| 03/26/12 | TKD | Reviewed Corporate Disclosure Form and Rule 26; review Corporate Disclosure filed by WRGrace naming equity committee members | 0.6 | 390.00 |
| 03/26/12 | TKD | Reviewed letter to Third Circuit re pending issues in the appeals | 0.4 | 260.00 |
| | | TOTAL HOURS | 3.7 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 3.7 | at | $650.00 | = | 2,405.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00020
04/05/12

WR Grace - Official Committee of Equity Security Holders   Invoice Number  2155886
Plan and Disclosure Statement                                Page 2

CURRENT FEES                                                            2,405.00


**TOTAL AMOUNT OF THIS  INVOICE**                                      2,405.00


**NET AMOUNT OF THIS INVOICE**                                         2,405.00