# EXHIBIT A

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**MARCH 1, 2012 - MARCH 31, 2012**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0013 | Business Operations | 2.2 | $ 1,595.00 |
| 0014 | Case Administration | 16.3 | 3,886.50 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 0.3 | 217.50 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 7.1 | 5,284.00 |
| 0018 | Fee Application, Applicant | 5.0 | 1,498.00 |
| 0019 | Creditor Inquiries | 4.3 | 3,656.00 |
| 0020 | Fee Application, Others | 3.9 | 922.00 |
| 0022 | Environmental Matters/Regulations/Litigation | 4.6 | 3,335.00 |
| 0036 | Plan and Disclosure Statement | 8.6 | 6,706.00 |
| 0037 | Hearings | 0.1 | 72.50 |
|  |  |  |  |
|  | **Total** | **52.4** | **$ 27,172.50** |

# STROOCK

## INVOICE

| | |
|---|---|
| DATE | April 25, 2012 |
| INVOICE NO. | 561301 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through March 31, 2012, including:

| | |
|---|---|
| RE | Business Operations |
| | 699843 0013 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/23/2012 | Attend to Grace article re: Joint Venture with Abu Dhabi company and memoranda with Capstone re: same. | Krieger, A. | 0.2 |
| 03/29/2012 | Memorandum with Capstone re: 4th quarter report on operations and review same. | Krieger, A. | 0.8 |
| 03/30/2012 | Complete review of Capstone report re: 4th quarterly update (.7); memoranda to Capstone re: same (.5). | Krieger, A. | 1.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 2.2 | $ 725 | $ 1,595.00 |
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | | $ 1,595.00 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 1,595.00 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Case Administration |
|---|---|
|  | 699843 0014 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/01/2012 | Obtain and circulate recently docketed pleadings in main case (.3); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.4 |
| 03/02/2012 | Monitor appeals case docket nos. 11-199 and 12-1402. | Mohamed, D. | 0.2 |
| 03/05/2012 | Obtain and circulate recent pleadings re: case docket nos. 11-199 and 12-1521 (.4); obtain documents for attorney review (.6); monitor third circuit appeal case no. 12-1402 (.1). | Mohamed, D. | 1.1 |
| 03/06/2012 | Obtain and circulate recently docketed pleadings in main case (.3); obtain recent pleading re: appeals case no. 11-199 for attorney review (.2). | Mohamed, D. | 0.5 |
| 03/07/2012 | Obtain and circulate recently docketed pleadings in main case (.5); obtain recent pleading re: Third Circuit appeal case no. 12-1402 for attorney review (.2); monitor Garlock appeal case no. 11-199 (.1). | Mohamed, D. | 0.8 |
| 03/08/2012 | Monitor appeals case docket no. 11-199 (.1); obtain documents for attorney review (.4). | Mohamed, D. | 0.5 |
| 03/09/2012 | O/c DM re: modification of service lists. | Krieger, A. | 0.1 |
| 03/09/2012 | Obtain and circulate recently docketed pleading in main case (.2); obtain recent pleadings re: third circuit appeal case no. 12-1402 for attorney review (.6); monitor appeal's case no. 11-199 (.1). | Mohamed, D. | 0.9 |
| 03/12/2012 | Memoranda regarding submission of quarterly fee order to the court (.1); memoranda with DM re: recent Third Circuit docket entries (.1). | Krieger, A. | 0.2 |
| 03/12/2012 | Obtain and circulate recently docketed pleadings in main case (.3); obtain recent pleading re: appeals case no. 11-199 (.2); obtain recent pleading re: appeal to the third | Mohamed, D. | 0.9 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| | circuit case no. 12-1402 (.2); research re: appearance (.2). | | |
| 03/13/2012 | Memoranda with DM re: appellate docket (.1); review 3/28/12 hearing agenda notice (.1); memoranda with DM re: Fee Auditor's project summary information (.1). | Krieger, A. | 0.3 |
| 03/13/2012 | Review fee auditor's project category summary for the 42nd interim period as it pertains to SSL's fees (.7); obtain and circulate recently docketed pleadings in main case (.7); obtain recent pleadings re: appeals case docket no. 11-199 for attorney review (.4). | Mohamed, D. | 1.8 |
| 03/14/2012 | Obtain and circulate recently docketed pleadings in main case (.3); obtain docket update re third circuit appeal case no. 12-1402 (.1); obtain recent pleading re appeals case no. 11-199 for attorney review (.2). | Mohamed, D. | 0.6 |
| 03/15/2012 | Obtain and circulate recently docketed pleading in main case (.2); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.3 |
| 03/16/2012 | Obtain recent pleading re: appeals case no. 11-199 for attorney review (.2); obtain and circulate docket updates re: third circuit appeal case no. 12-1402 (.1). | Mohamed, D. | 0.3 |
| 03/19/2012 | Obtain and circulate recently docketed pleadings in main case (.4); obtain recent pleading re: appeals case no. 11-199 for attorney review (.2); monitor third circuit appeal re: case no. 12-1402 (.1). | Mohamed, D. | 0.7 |
| 03/20/2012 | Obtain and circulate recently docketed pleadings in main case (.3); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.4 |
| 03/21/2012 | Obtain and circulate recently docketed pleadings in main case (.4); review case file documents (1.3); monitor appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 1.9 |
| 03/22/2012 | O/c DM re: 3/28/12 hearing and agenda matters. | Krieger, A. | 0.1 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/22/2012 | Obtain and circulate recently docketed pleadings in main case (.4); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.5 |
| 03/23/2012 | Obtain and circulate recently docketed pleadings in main case (.3); monitor appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.5 |
| 03/26/2012 | Attend to order re: 3/28/12 hearing. | Krieger, A. | 0.1 |
| 03/26/2012 | Obtain and circulate recently docketed pleadings in main case (.4); obtain recent pleading re appeals case no. 11-199 for attorney review (.2); monitor case docket no. 12-1402 (.1). | Mohamed, D. | 0.7 |
| 03/27/2012 | Obtain recent pleading re appeals case no. 11-199 for attorney review (.2); obtain documents for attorney review (.3). | Mohamed, D. | 0.5 |
| 03/28/2012 | Exchanged memoranda with DM re Third Circuit appellate docket. | Krieger, A. | 0.1 |
| 03/28/2012 | Obtain and circulate recently docketed pleadings in main case (.3); obtain recent pleading re: third circuit appeal case no. 12-1402 for attorney review (.2); obtain case file documents for attorney review (.5); monitor appeals case no. 11-199 (.1). | Mohamed, D. | 1.1 |
| 03/30/2012 | Obtain and circulate recently docketed pleadings in main case (.6); monitor appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.8 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.9 | $ 725 | $ 652.50 |
| Mohamed, David | 15.4 | 210 | 3,234.00 |

| | | | |
|---|---|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | $ 3,886.50 | |

| | | | |
|---|---|---|---|
| TOTAL FOR THIS MATTER | | $ 3,886.50 | |

# STROOCK

| RE | Claims Analysis/Objections/Administration (Non-Asbestos) 699843  0015 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/01/2012 | Memorandum to R. Higgins re: information requested on proposed tax settlement. | Krieger, A. | 0.2 |
| 03/15/2012 | Attend to order re: settlement of Samson claims. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.3 | $ 725 | $ 217.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 217.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 217.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| | | |
|---|---|---|
| RE | Committee, Creditors', Noteholders', or Equity Holders' 699843  0017 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/01/2012 | Prepared draft memorandum for the Committee re: NYS Dept of Taxation settlement. | Krieger, A. | 0.9 |
| 03/12/2012 | Memorandum for the Committee re: plan confirmation. | Krieger, A. | 1.0 |
| 03/14/2012 | Emails re: Garlock stay motion. | Pasquale, K. | 0.3 |
| 03/15/2012 | Attend to memorandum to the Committee re: response to Garlock stay motion. | Krieger, A. | 0.1 |
| 03/15/2012 | Drafted email to Committee re: Garlock stay motion. | Pasquale, K. | 0.4 |
| 03/28/2012 | Memorandum for the Committee re: High Point Site agreement. | Krieger, A. | 3.1 |
| 03/29/2012 | Attend to memorandum re: High Point Consent Order and additional email for R. Higgins. | Krieger, A. | 1.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 6.4 | $ 725 | $ 4,640.00 |
| Pasquale, Kenneth | 0.7 | 920 | 644.00 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 5,284.00 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 5,284.00 |

# STROOCK

| | | |
|---|---|---|
| RE | Fee Application, Applicant<br>699843  0018 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/06/2012 | Review and revise February fee detail. | Magzamen, M. | 0.7 |
| 03/07/2012 | Review SSL's revised fee and expense detail for February 2012 (.5); prepare draft of SSL's 131st monthly fee application for attorney review (.8). | Mohamed, D. | 1.3 |
| 03/09/2012 | Attend to SSL's February fee statement and o/cs DM re: same. | Krieger, A. | 0.7 |
| 03/09/2012 | Revise draft of SSL's 131st monthly fee application for attorney review. | Mohamed, D. | 0.5 |
| 03/28/2012 | Finalize SSL's 131st monthly fee application for filing (.6); prepare notice and CoS re: same and forward to local counsel for filing (.5); prepare and effectuate service re: fee application (.7). | Mohamed, D. | 1.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.7 | $ 725 | $ 507.50 |
| Magzamen, Michael | 0.7 | 335 | 234.50 |
| Mohamed, David | 3.6 | 210 | 756.00 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,498.00 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 1,498.00 |

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Creditor Inquiries<br>699843  0019 | | |
|---|---|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/01/2012 | T/c creditor re: claim inquiry (.2); exchanged memoranda with Debtors' counsel re: same and claimant inquiries (.2); attend to response to claim inquiry (.1). | Krieger, A. | 0.5 |
| 03/06/2012 | Response to creditor inquiry. | Krieger, A. | 0.1 |
| 03/06/2012 | Email and telephone call creditor re: trade debt. | Pasquale, K. | 0.3 |
| 03/08/2012 | O/c KP re: creditor inquiry and emergence issues. | Krieger, A. | 0.1 |
| 03/08/2012 | T/c creditor re: effective date and debt issue. | Kruger, L. | 0.3 |
| 03/08/2012 | Telephone conference creditors (2) re: confirmation status and effectiveness. | Pasquale, K. | 1.1 |
| 03/09/2012 | Telephone conference creditor re: confirmation status. | Pasquale, K. | 0.3 |
| 03/16/2012 | Telephone conference creditor re: confirmation status. | Pasquale, K. | 0.3 |
| 03/27/2012 | Memorandum to R. Higgins re: response to creditor inquiry. | Krieger, A. | 0.1 |
| 03/28/2012 | Telephone conference creditor re: appeal status. | Pasquale, K. | 0.3 |
| 03/30/2012 | Prepare response to creditor inquiry. | Krieger, A. | 0.9 |

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.7 | $ 725 | $ 1,232.50 |
| Kruger, Lewis | 0.3 | 1,025 | 307.50 |
| Pasquale, Kenneth | 2.3 | 920 | 2,116.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,656.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 3,656.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Fee Application, Others<br>699843  0020 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/06/2012 | Review and finalize Capstone's 96th monthly fee application for filing (.7); prepare notice and CoS re: same and forward to local counsel for filing (.5); prepare and effectuate service re: fee application (.6). | Mohamed, D. | 1.8 |
| 03/26/2012 | Attend to other professionals' fee applications. | Krieger, A. | 0.2 |
| 03/30/2012 | Finalize Capstone's 97th monthly fee application for filing (.6); prepare notice and CoS re: same and forward to local counsel for filing (.6); prepare and effectuate service re: fee application (.7). | Mohamed, D. | 1.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.2 | $ 725 | $ 145.00 |
| Mohamed, David | 3.7 | 210 | 777.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 922.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 922.00 |
|---|---|

# STROOCK

| | | |
|---|---|---|
| RE | Environmental Matters/Regulations/Litigation<br>699843  0022 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/27/2012 | Attend to Debtors' motion approving entry into Administrative Settlement Agreement and Consent Order re: High Point Site. | Krieger, A. | 1.3 |
| 03/28/2012 | Attend to proposed Administrative Consent Agreement and Order re: High Point Site and memorandum to R. Higgins re: High Point agreement information request (3.2); memoranda with R. Higgins re: 4/3/12 conference call to discuss (.1). | Krieger, A. | 3.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 4.6 | $ 725 | $ 3,335.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,335.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 3,335.00 |
|---|---|

# STROOCK

| RE | Expenses  699843  0024 | |
|---|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|---|---|

### MATTER DISBURSEMENT SUMMARY

| Outside Messenger Service | $ 105.05 |
|---|---|
| Long Distance Telephone | 34.97 |

| TOTAL DISBURSEMENTS/CHARGES | $ 140.02 |
|---|---|

| TOTAL FOR THIS MATTER | $ 140.02 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| | | |
|---|---|---|
| RE | Plan and Disclosure Statement | |
| | 699843  0036 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/06/2012 | Review reply in support of Garlock's motion for reargument. | Krieger, A. | 0.9 |
| 03/06/2012 | Review Garlock reply to support reargument motion. | Kruger, L. | 0.2 |
| 03/09/2012 | Attend to newly filed documents with Third Circuit. | Krieger, A. | 0.7 |
| 03/12/2012 | Attend to Third Circuit's docket letter to counsel re: appearance form and appellate rules. | Krieger, A. | 0.4 |
| 03/13/2012 | Exchanged memoranda with KP re: appearance (.1); memoranda with M. Lastowski re: appeal (.1); attend to Plan Proponents' Sur-Reply (.3); attend to Plan Proponents' letter to the Third Circuit, Canada's statement of issues and designation on appeal (.3). | Krieger, A. | 0.8 |
| 03/13/2012 | Review Plan Proponents' sur reply. | Kruger, L. | 0.2 |
| 03/13/2012 | Review recent pleadings re: district court reconsideration and appeals. | Pasquale, K. | 0.8 |
| 03/14/2012 | Review Garlock motion for stay pending appeal, related material and confer with KP re: appeal. | Krieger, A. | 0.9 |
| 03/16/2012 | Attend to recent Third Circuit appellate docket. | Krieger, A. | 0.1 |
| 03/19/2012 | Attend to Appellees' response in opposition to Garlock's stay motion. | Krieger, A. | 0.3 |
| 03/20/2012 | Review recent pleadings. | Pasquale, K. | 0.6 |
| 03/23/2012 | Attend to Appellees' response in opposition to Garlock's stay motion, Garlock's motion to strike Plan Proponents' sur reply, related material. | Krieger, A. | 1.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/26/2012 | Attend to Debtors' letter to Third Circuit and District Court order denying Garlock's motion to strike, other. | Krieger, A. | 0.2 |
| 03/27/2012 | Attend to Garlock's reply. | Krieger, A. | 0.1 |
| 03/28/2012 | Review Garlock's stay reply. | Pasquale, K. | 0.4 |
| 03/29/2012 | Attend to Garlock's reply in support of its motion to stay. | Krieger, A. | 0.4 |
| 03/30/2012 | O/c LK re: appellate status and emergence. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 6.4 | $ 725 | $ 4,640.00 |
| Kruger, Lewis | 0.4 | 1,025 | 410.00 |
| Pasquale, Kenneth | 1.8 | 920 | 1,656.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 6,706.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 6,706.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Hearings |
|---|---|
| | 699843 0037 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/23/2012 | Attend to agenda notice for 3/28/12 hearing and memoranda with DM re: same. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.1 | $ 725 | $ 72.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 72.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 72.50 |
|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 27,172.50 |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 140.02 |
| TOTAL BILL | $ 27,312.52 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.