# EXHIBIT B

**WR GRACE & CO**
**SUMMARY OF FEES**
**MARCH 1, 2012 - MARCH 31, 2012**

|  | **Hours** | **Rate** | **Amount** |
|---|---:|---:|---:|
| **Partners** | | | |
| Kruger, Lewis | 0.7 | $1,025 | $ 717.50 |
| Pasquale, Kenneth | 4.8 | 920 | 4,416.00 |
| | | | |
| **Associates** | | | |
| Krieger, Arlene G. | 23.5 | 725 | 17,037.50 |
| | | | |
| **Paraprofessionals** | | | |
| Magzamen, Michael | 0.7 | 335 | 234.50 |
| Mohamed, David | 22.7 | 210 | 4,767.00 |
| | | | |
| **Total** | **52.4** | | **$ 27,172.50** |