# EXHIBIT C

**WR GRACE & CO**

**DISBURSEMENT SUMMARY**

**MARCH 1, 2012 - MARCH 31, 2012**

| | | |
|---|---|---:|
| Outside Messenger Service | $ | 105.05 |
| Long Distance Telephone | | 34.97 |
| | | |
| **TOTAL** | **$** | **140.02** |

# STROOCK

## Disbursement Register

| DATE | April 25, 2012 |
|---|---|
| INVOICE NO. | 561301 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia,  MD  21044-4098 |

**FOR EXPENSES INCURRED i**n the captioned matter for the period through March 31, 2012, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 03/03/2012 | VENDOR: UPS; INVOICE#: 000010X827092; DATE: 3/3/2012  D. Mohamed to David B. Siegal  Columbia  MD on  02/28/2012 | 7.88 |
| 03/03/2012 | VENDOR: UPS; INVOICE#: 000010X827092; DATE: 3/3/2012  D. Mohamed to  Bobbi Ruhlander, Esq. Dallas TX 02/28/2012 | 11.17 |
| 03/03/2012 | VENDOR: UPS; INVOICE#: 000010X827092; DATE: 3/3/2012  D. Mohamed to  Dave Klauder  Wilmington DE  02/28/2012 | 7.88 |
| 03/03/2012 | VENDOR: UPS; INVOICE#: 000010X827092; DATE: 3/3/2012  D. Mohamed to  Dawn S. Marra   Wilmington DE  02/28/2012 | 7.88 |
| 03/10/2012 | VENDOR: UPS; INVOICE#: 000010X827102; DATE: 3/10/2012 D. Mohamed to Bobbi Ruhlander, Esq.  Dallas TX on  03/06/2012 | 11.27 |
| 03/10/2012 | VENDOR: UPS; INVOICE#: 000010X827102; DATE: 3/10/2012 D. Mohamed to  Dave Klauder, Esq.  Wilmington DE on  03/06/2012 | 7.95 |
| 03/10/2012 | VENDOR: UPS; INVOICE#: 000010X827102; DATE: 3/10/2012 D. Mohamed to  David B. Siegal  Columbia MD  on 03/06/2012 | 7.95 |
| 03/10/2012 | VENDOR: UPS; INVOICE#: 000010X827102; DATE: 3/10/2012 D. Mohamed to Dawn S. Marra  Wilmington DE on 03/06/2012 | 7.95 |
| 03/31/2012 | VENDOR: UPS; INVOICE#: 000010X827132; DATE: 3/31/2012  D. Mohamed to Dave Klauder, Esq. Wilmington DE  on  03/28 | 7.95 |
| 03/31/2012 | VENDOR: UPS; INVOICE#: 000010X827132; DATE: 3/31/2012  D. Mohamed to Bobbi Ruhlander, Esq.  DALLAS TX on  03/28 | 11.27 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/31/2012 | VENDOR: UPS; INVOICE#: 000010X827132; DATE: 3/31/2012  D. Mohamed to D. B. Siegal  COLUMBIA  MD on 03/28 | 7.95 |
| 03/31/2012 | VENDOR: UPS; INVOICE#: 000010X827132; DATE: 3/31/2012  D. Mohamed to Dawn S. Marra  WILMINGTON DE  on 03/28 | 7.95 |
| | **Outside Messenger Service Total** | **105.05** |
| | **Long Distance Telephone** | |
| 02/12/2012 | VENDOR: Soundpath Legal Conferencing; INVOICE#: 2128065400-021212; DATE: 2/12/2012  -  Teleconference    02-06-2012 | 4.92 |
| 03/08/2012 | EXTN.795562, TEL.2038626208, S.T.14:01, DUR.00:00:25 | 0.05 |
| 03/15/2012 | VENDOR: Chase Card Services; INVOICE#: 030212; DATE: 3/2/2012  -  visa charge 3/1/12 Court Call ID# 4779173 | 30.00 |
| | **Long Distance Telephone Total** | **34.97** |

| BILL DISBURSEMENT SUMMARY | |
|---------------------------|---|
| Outside Messenger Service | $ 105.05 |
| Long Distance Telephone | 34.97 |

| TOTAL DISBURSEMENTS/CHARGES | |
|-----------------------------|---|
| | $ 140.02 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM