```
                          REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
W.R. Grace & Co.                        Invoice Number      2258591
7500 Grace Drive                        Invoice Date        04/26/12
Columbia, Maryland 21044                Client Number        172573
USA
```

================================================================================

Re: W. R. Grace & Co.


(50001)   Correa v. W.R. Grace

```
          Fees                              47,759.50
          Expenses                               0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $47,759.50
                                                          ============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2258591
7500 Grace Drive                          Invoice Date        04/26/12
Columbia, Maryland 21044                  Client Number        172573
USA                                       Matter Number         50001



=============================================================================

Re: (50001)  Correa v. W.R. Grace

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2012

       Date    Name                                                 Hours
       ------- -----------                                          -----

       03/01/12 Husar       Work on discovery responses and          2.00
                            review request for admissions
                            served by plaintiff (1.2);
                            conference call to discuss the
                            request for production of
                            documents and litigation update
                            (0.5); work on follow up (0.3).

       03/02/12 Husar       Review Plaintiff's motion for            1.80
                            leave to file first amended
                            complaint (0.6); research defense
                            to amendment including failure to
                            comply with LR-7-3. (0.6); review
                            and compare complaints to
                            determine basis for amendment
                            (0.6).

       03/03/12 Matheke     Review and analyze motion to amend       4.40
                            complaint (1.3); draft opposition
                            to same (3.1).

       03/04/12 Matheke     Continue drafting opposition to          1.90
                            motion for leave to amend (1.3);
                            research re requirement for
                            amended pleadings (0.6).

       03/05/12 Husar       Analysis of Plaintiff's motion to        2.60
                            amend compliant, and work re:
                            opposition and discovery issues.
```

```
172573  W. R. Grace & Co.                         Invoice Number   2258591
50001   Correa v. W.R. Grace                      Page    2
April 26, 2012
```

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 03/05/12 | Matheke | Draft letter to plaintiff's counsel re deficiencies in motion for leave to amend (0.4); research re factual showing necessary to recover punitive damages and continue drafting opposition to motion for leave to amend (2.9). | 3.30 |
| 03/06/12 | Husar | Work on opposition to motion to amend and discovery | 3.50 |
| 03/06/12 | Matheke | Continue drafting opposition to motion for leave to amend (3.1); draft declaration of S. Espinosa (1.2); cite check same (0.6); research re withdrawal of agreement to accept service via fax (1.1). | 6.00 |
| 03/07/12 | Matheke | Draft argument re waiver of demand for jury trial for opposition to motion for leave to amend (1.1); review discovery responses to determine whether plaintiff ever claimed he was entitled to punitive damages or attorneys' fees for opposition (1.5); review plaintiff's first sets of written discovery and draft e-mail re documents and information needed to respond to said discovery (1.7). | 4.30 |
| 03/08/12 | Matheke | Prepare for and attend conference call regarding discovery requests | 1.00 |
| 03/09/12 | Husar | Work on discovery and opposition to motion to amend (1.1); research issues relating to attempt to add jury demand despite failure to make demand (1.8). | 2.90 |
| 03/12/12 | Espinosa | Revise, finalize and file the opposition to Plaintiff's motion for leave to amend and supporting declaration re same (5.8); meet with M. Matheke re discovery that was recently propounded by Plaintiff (0.2). | 6.00 |

```
172573  W. R. Grace & Co.                       Invoice Number   2258591
50001   Correa v. W.R. Grace                    Page    3
April 26, 2012
```

| Date | Name | Description | Hours |
|---|---|---|---|
| 03/12/12 | Matheke | Revise and finalize opposition to motion for leave to amend | 2.60 |
| 03/13/12 | Espinosa | Call with D. Edwards re Plaintiff's medical records (0.1); review recently served Requests for Admission, Requests for Production of Documents, set two, and Interrogatories (0.5); draft responses to Plaintiff's Requests for Production of Documents, Set One and begin to identify responsive documents for same (6.3). | 6.90 |
| 03/14/12 | Espinosa | Follow-up with the social security administration office re Plaintiff's records and revise release letter to reflect the same (0.5); continue to draft responses to Plaintiff's Requests for Production of Documents sets 1 and 2 (1.3); review client files and identify responsive documents to Plaintiff's Requests for Production of Documents (6.5). | 8.30 |
| 03/14/12 | Husar | Work on discovery and document gathering | 1.10 |
| 03/15/12 | Espinosa | Draft responses to Plaintiff's Interrogatories (7.5); call with A. Enriquez re responding to the Requests for Production of Documents (0.3). | 7.80 |
| 03/16/12 | Espinosa | Draft responses to Plaintiff's Requests for Admission (6.5); various calls and emails with A. Enriquez re the discovery responses (0.5); research Plaintiff's CFRA claim in connection with the responses to Plaintiff's interrogatories (0.7). | 7.70 |
| 03/16/12 | Husar | Work on discovery and strategy for objections and response to same. | .80 |

```
172573  W. R. Grace & Co.                          Invoice Number   2258591
50001   Correa v. W.R. Grace                       Page    4
April 26, 2012
```

| Date | Name | Description | Hours |
|---|---|---|---|
| 03/19/12 | Espinosa | Research authorization for the clinic to disclose Plaintiff's medical records to Grace (0.9); review Plaintiff's reply brief in support of the motion for leave to amend (0.4); email D. Edwards re the number of employees at the time of Plaintiff's furlough (0.1). | 1.40 |
| 03/20/12 | Espinosa | Various calls with D. Edwards re the requests for production of documents (0.2); draft and revise responses to the Interrogatories (6.4); call with plaintiff's counsel re an extension of time to respond to Plaintiff's discovery (2.2); draft letter to Plaintiff's counsel outlining Defendants' position with respect to the requested extension and the request for ESI documents (0.4). | 7.20 |
| 03/20/12 | Husar | Work on discovery responses and strategy (0.6); review and analyze plaintiff's reply to opposition to motion to amend (0.4). | 1.00 |
| 03/21/12 | Espinosa | Draft letter to Plaintiff's counsel re outstanding discovery issues and A. Enriquez's deposition (0.5); call with Plaintiff's counsel re the outstanding discovery and A. Enriquez's deposition (0.3); begin to review client files and identify documents responsive to Plaintiffs document requests (2.3); revise the responses to A. Enriquez's deposition notice and Plaintiff's Requests for Production of Documents, Set One (4.0). | 7.10 |
| 03/22/12 | Espinosa | Revise responses to the Requests for Admissions (2.4); revise responses to Plaintiff's Interrogatories (2.8); revise responses to Plaintiff's Requests for Production of Documents, set 2 (1.3). | 6.50 |

```
172573  W. R. Grace & Co.                       Invoice Number   2258591
50001   Correa v. W.R. Grace                    Page    5
April 26, 2012
```

| Date | Name | | Hours |
|---|---|---|---|
| 03/22/12 | Husar | Review discovery and defendant's discovery responses, work on strategy regarding the same. | 1.20 |
| 03/23/12 | Espinosa | Call with A. Enriquez re her deposition (0.2); finalize responses to Plaintiff's Requests for Production of Documents, set one (1.8); continue to identify document that are responsive to Plaintiff's document requests (3.5); draft letter to Plaintiff's counsel re A. Enriquez's deposition (0.3); finalize objections to A. Enriquez's deposition (0.7). | 6.50 |
| 03/23/12 | Kohler | Review and revise responses to plaintiff's request for production of documents (1.2); review and revise objections to notice of deposition of A. Enriquez (0.6). | 1.80 |
| 03/24/12 | Espinosa | Finalize the responses to requests for production for documents, set one (0.7); prepare for A. Enriquez's deposition preparation meeting (4.0). | 4.70 |
| 03/26/12 | Espinosa | Revise the responses to Plaintiff's interrogatories and requests for admissions (1.2); meet with A. Enriquez to prepare her for deposition (7.5); prepare supplemental responses to A. Enriquez's deposition notice (0.5). | 9.20 |
| 03/27/12 | Espinosa | Prepare for and defend A. Enriquez deposition. | 9.50 |
| 03/28/12 | Espinosa | Draft update email to the client re A. Enriquez's deposition | .10 |
| 03/29/12 | Espinosa | Review the Court's order on the motion for leave to amend and email the client re same (0.3); analyze application of CFRA (0.3); various calls re the outstanding document requests (0.2). | .80 |

```
172573 W. R. Grace & Co.                        Invoice Number   2258591
50001  Correa v. W.R. Grace                     Page    6
April 26, 2012


      Date   Name                                                  Hours
      ----   ----                                                  -----

   03/30/12 Espinosa      Organize all documents to be              5.60
                          produced, prepare covers for the
                          categories of documents (3.2);
                          review documents recovered from A.
                          Enriquez's computer and identify
                          responsive documents to be
                          produced (1.8); prepare for and
                          conduct meet and confer conference
                          with Plaintiff's counsel regarding
                          reopening A. Enriquez's deposition
                          (0.6).

                                                                  ------
                                             TOTAL HOURS          137.50


   TIME SUMMARY                  Hours         Rate          Value
   ------------                  -----         ----          -----
   Linda S. Husar                16.90  at  $  535.00  =    9,041.50
   Mara D. Matheke               23.50  at  $  320.00  =    7,520.00
   Stephanie Henderson Espin     95.30  at  $  320.00  =   30,496.00
   Christine A. Kohler            1.80  at  $  390.00  =      702.00

                                 CURRENT FEES                             47,759.50

                                                                        ------------
                                 TOTAL BALANCE DUE UPON RECEIPT          $47,759.50
                                                                        ============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
W.R. Grace & Co.                        Invoice Number       2258592
7500 Grace Drive                        Invoice Date        04/26/12
Columbia, Maryland 21044                Client Number        172573
USA
```
===============================================================================

Re: W. R. Grace & Co.


(60026)   Litigation and Litigation Consulting

      Fees                                     19.00
      Expenses                                  0.00

                        TOTAL BALANCE DUE UPON RECEIPT           $19.00
                                                                  =============

```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number     2258592
7500 Grace Drive                          Invoice Date       04/26/12
Columbia, Maryland 21044                  Client Number       172573
USA                                       Matter Number        60026


==============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2012

      Date   Name                                              Hours
      ----   ----                                              -----

     03/13/12 Ament      Review e-mails re: hearing binders     .10
                         for March omnibus hearing.

                                                              ------
                                              TOTAL HOURS       .10


     TIME SUMMARY              Hours         Rate        Value
     ------------              -----         ----        -----
     Sharon A. Ament           0.10  at  $  190.00  =    19.00

                         CURRENT FEES                             19.00

                                                         ------------
                         TOTAL BALANCE DUE UPON RECEIPT        $19.00
                                                         ============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                           Pittsburgh, PA  15251-6074
                             Tax ID# 25-0749630


W.R. Grace & Co.                        Invoice Number      2258593
7500 Grace Drive                        Invoice Date        04/26/12
Columbia, Maryland 21044                Client Number        172573
USA


==============================================================================

Re: W. R. Grace & Co.


(60029)   Fee Applications-Applicant

          Fees                                  2,763.00
          Expenses                                  0.00

                       TOTAL BALANCE DUE UPON RECEIPT        $2,763.00
                                                          =============
```

```
                           REED SMITH LLP
                           PO Box 360074M
                        Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630


W.R. Grace & Co.                           Invoice Number      2258593
7500 Grace Drive                           Invoice Date       04/26/12
Columbia, Maryland 21044                   Client Number       172573
USA                                        Matter Number        60029

==============================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2012

       Date    Name                                                    Hours
     --------  -----------                                             -----

     03/01/12 Ament          Review A. Muha comments re: Jan.            .50
                             monthly fee application (.10);
                             finalize same (.10); e-mail same
                             to J. Lord for filing (.10);
                             attention to billing matters
                             (.10); e-mail to D. Cameron and A.
                             Muha re: same (.10).

     03/01/12 Lord           Finalize, file and serve Reed              .90
                             Smith's January 2012 monthly fee
                             application.

     03/08/12 Cameron        Review/revise fee application             .80
                             materials

     03/09/12 Cameron        Emails re: fee application                .40
                             materials

     03/13/12 Muha           Complete review and revisions to          .30
                             Feb. 2012 fee and expenses for
                             monthly application.

     03/14/12 Ament          E-mails re: March monthly fee             .10
                             application.

     03/20/12 Ament          Attention to billing matters              .10
                             relating to Feb. monthly fee
                             application.

     03/26/12 Ament          Review e-mail re: Feb. monthly fee        .10
                             application.
```

```
172573 W. R. Grace & Co.                         Invoice Number   2258593
60029  Fee Applications-Applicant                Page    2
April 26, 2012


     Date    Name                                                    Hours
   --------  -----------                                             -----

   03/27/12  Ament          Review invoices and begin                 1.10
                            calculating fees and expenses for
                            Feb. monthly fee application
                            (.40); prepare spreadsheets re:
                            same (.30); draft Feb. monthly fee
                            application (.20); provide same to
                            A. Muha for review (.10); e-mails
                            with J. Lord re: CNO for Jan.
                            monthly fee application (.10).

   03/28/12  Ament          Finalize Feb. monthly fee                  .20
                            application (.10); e-mail same to
                            J. Lord for DE filing (.10).

   03/28/12  Lord           Research docket and draft/e-file           .30
                            CNO for Reed Smith 128th monthly
                            fee application.

   03/28/12  Muha           Final review of February 2012              .30
                            monthly application.

   03/29/12  Ament          Review e-mail from J. Lord re:             .30
                            Feb. monthly fee application
                            (.10); attention to billing
                            matters (.10); e-mail to D.
                            Cameron and A. Muha re: same (.10).

   03/29/12  Lord           Revise, finalize and e-file Reed          1.20
                            Smith 128th monthly fee
                            application.

   03/30/12  Cameron        Attention to fee application               .40
                            materials

   03/31/12  Cameron        Review specifications inquiry              .50
                            materials
                                                                     ------
                                                    TOTAL HOURS        7.50


   TIME SUMMARY                  Hours          Rate           Value
   ------------------------   ---------------------         -------

   Douglas E. Cameron          2.10  at  $   670.00   =    1,407.00
   Andrew J. Muha              0.60  at  $   460.00   =      276.00
   John B. Lord                2.40  at  $   260.00   =      624.00
   Sharon A. Ament             2.40  at  $   190.00   =      456.00

                              CURRENT FEES                                         2,763.00
```

```
172573 W. R. Grace & Co.                     Invoice Number   2258593
60029  Fee Applications-Applicant            Page    3
April 26, 2012
```

```
                                                             ------------
                                TOTAL BALANCE DUE UPON RECEIPT    $2,763.00
                                                             ============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                          Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630
```

```
W.R. Grace & Co.                         Invoice Number       2258594
7500 Grace Drive                         Invoice Date        04/26/12
Columbia, Maryland 21044                 Client Number         172573
USA
```

===============================================================================

Re: W. R. Grace & Co.


(60033)   Claim Analysis Objection Resolution & Estimation
          (Asbestos)

          Fees                                      670.00
          Expenses                                    0.00

                        TOTAL BALANCE DUE UPON RECEIPT         $670.00
                                                             =============

```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number       2258594
7500 Grace Drive                          Invoice Date        04/26/12
Columbia, Maryland 21044                  Client Number        172573
USA                                       Matter Number         60033


==============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2012

        Date   Name                                           Hours
       ------- -------                                        -----

       03/18/12 Cameron      Review materials from District     .50
                             Court Opinion

       03/30/12 Cameron      Review Westbrook request and Plan  .50
                             emails re: same

                                                              ------
                                            TOTAL HOURS         1.00


       TIME SUMMARY              Hours        Rate        Value
       -----------------------   ----------------------   -------
       Douglas E. Cameron         1.00  at $  670.00 =     670.00

                       CURRENT FEES                                 670.00


                                                              ------------
                       TOTAL BALANCE DUE UPON RECEIPT              $670.00
                                                              ============
```

```
                             REED SMITH LLP
                             PO Box 360074M
                          Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630



W.R. Grace & Co.                         Invoice Number        2258595
62 Whittemore Avenue                     Invoice Date          04/26/12
Cambridge, MA   02140                    Client Number          172573




=============================================================================

Re: W. R. Grace & Co.


(60041)   Specifications Inquiry

          Fees                              8,139.50
          Expenses                              0.00

                        TOTAL BALANCE DUE UPON RECEIPT        $8,139.50
                                                           =============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2258595
62 Whittemore Avenue                      Invoice Date       04/26/12
Cambridge, MA  02140                      Client Number       172573
                                          Matter Number        60041


==============================================================================

Re: (60041)  Specifications Inquiry

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2012

       Date    Name                                              Hours
       ------- ----------                                        -----

       03/01/12 Klapper      Edit confidentiality agreement,       .90
                             discuss same with J. Luchini.

       03/01/12 Luchini      Review/edit Confidentiality          2.70
                             Agreement and review the other
                             contract and conditions (1.0);
                             review/edit other contract
                             documents and discuss agreement
                             with T. Klapper and make other
                             changes. (1.2); correspondence
                             with J. Hughes and with consultant
                             re: contract documents and
                             suggested changes.

       03/02/12 Luchini      Correspondence with consultant,       .80
                             Grace re: information needed. (.4)
                             Review proposed changes and letter
                             re: contract (.4).

       03/05/12 Luchini      Correspondence re: contract.          .30

       03/07/12 Luchini      Correspondence with consultant and    .40
                             counsel re: agreements.

       03/09/12 Flatley      Call with J. Hughes and then          .20
                             follow-up.

       03/09/12 Luchini      Telephone call from consultant;       .80
                             letter to J. Hughes.

       03/12/12 Flatley      E-mail to J. Hughes in response
                             to his question.                      .20
```

```
172573 W. R. Grace & Co.                      Invoice Number   2258595
 60041  Specifications Inquiry                 Page    2
April 26, 2012


    Date    Name                                                  Hours
  --------  -----------                                            -----

  03/13/12 Luchini           Several communications re:            1.40
                             contract and telephone call re:
                             contracts to discuss terms.

  03/16/12 Flatley           Emails and replies.                    .10

  03/16/12 Luchini           Correspondence re: agreement          1.30
                             (0.2); review/edit new agreement
                             and telephone call from J. Hughes
                             (1.1).

  03/21/12 Flatley           Review e-mails and attached draft      .60
                             from J. Hughes (.03); call with
                             J. Hughes and follow-up with
                             J. Luchini and T. Klapper (.03).

  03/21/12 Luchini           Correspondence re: consultant          .60
                             (.3);  review notes of meeting
                             (.3).

  03/22/12 Flatley           Review notes of meeting (.3);         1.20
                             conference call with J. Luchini
                             and T. Klapper regarding meeting
                             (.4); further review of draft and
                             call/e-mail to J. Hughes (.5).

  03/22/12 Luchini           Review correspondence with            1.70
                             consultant to prepare application
                             form (.9); conference call re:
                             consultant issues, and review
                             correspondence (.8).

  03/23/12 Luchini           Correspondence re: agreement and      .40
                             review.
                                                                 ------
                                               TOTAL HOURS        13.60


   TIME SUMMARY              Hours         Rate          Value
  ------------------------  ----------------------      -------
  Lawrence E. Flatley        2.30  at  $  655.00  =    1,506.50
  Joseph S. Luchini         10.40  at  $  585.00  =    6,084.00
  Antony B. Klapper          0.90  at  $  610.00  =      549.00

                            CURRENT FEES                              8,139.50

                                                                  ------------
                            TOTAL BALANCE DUE UPON RECEIPT            $8,139.50
                                                                  ============
```