```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630
```

```
W.R. Grace & Co.                        Invoice Number      2258599
7500 Grace Drive                        Invoice Date        04/26/12
Columbia, Maryland 21044                Client Number        172573
USA
```

==============================================================================

Re: W. R. Grace & Co.

(50001)  Correa v. W.R. Grace

```
         Fees                                     0.00
         Expenses                               548.16

                    TOTAL BALANCE DUE UPON RECEIPT       $548.16
                                                    =============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                          Pittsburgh, PA  15251-6074
                             Tax ID# 25-0749630




W.R. Grace & Co.                              Invoice Number      2258599
7500 Grace Drive                              Invoice Date       04/26/12
Columbia, Maryland 21044                      Client Number       172573
USA                                           Matter Number        50001


==========================================================================

Re: Correa v. W.R. Grace

FOR COSTS ADVANCED AND EXPENSES INCURRED:


        Duplicating/Printing/Scanning                 197.80
        Lexis                                          24.50
        Postage Expense                                 2.80
        Subpoena Service Costs                        134.01
        Courier Service - Outside                      19.07
        Outside Duplicating                            46.00
        Secretarial Overtime                           96.25
        Meal Expense                                   27.73
                        CURRENT EXPENSES                                548.16

                                                                  -------------
                        TOTAL BALANCE DUE UPON RECEIPT                 $548.16
                                                                  =============
```

```
                            REED SMITH LLP
                            PO Box 360074M
                         Pittsburgh, PA  15251-6074
                           Tax ID# 25-0749630
```

```
W.R. Grace & Co.                              Invoice Number     2258599
7500 Grace Drive                              Invoice Date       04/26/12
Columbia, Maryland 21044                      Client Number       172573
USA                                           Matter Number        50001
```

==============================================================================

Re: (50001)  Correa v. W.R. Grace


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 11/29/11 | Meal Expense Lunch - VENDOR: Stephanie Henderson Espinosa - Lunch for two (with client) during deposition. | 27.73 |
| 02/27/12 | Duplicating/Printing/Scanning ATTY # 000349: 3 COPIES | .30 |
| 02/29/12 | Duplicating/Printing/Scanning ATTY # 000349: 2 COPIES | .20 |
| 03/01/12 | Duplicating/Printing/Scanning ATTY # 000349: 37 COPIES | 3.70 |
| 03/02/12 | Duplicating/Printing/Scanning ATTY # 000349: 46 COPIES | 4.60 |
| 03/02/12 | Duplicating/Printing/Scanning ATTY # 000349: 2 COPIES | .20 |
| 03/03/12 | Duplicating/Printing/Scanning ATTY # 000349: 17 COPIES | 1.70 |
| 03/05/12 | Duplicating/Printing/Scanning ATTY # 000349: 1 COPIES | .10 |
| 03/05/12 | Duplicating/Printing/Scanning ATTY # 000349: 1 COPIES | .10 |
| 03/05/12 | Duplicating/Printing/Scanning ATTY # 000349: 2 COPIES | .20 |
| 03/05/12 | Duplicating/Printing/Scanning ATTY # 000349: 2 COPIES | .20 |

```
172573 W. R. Grace & Co.                           Invoice Number   2258599
50001  Correa v. W.R. Grace                        Page    2
April 26, 2012


     03/05/12   Duplicating/Printing/Scanning                           .20
                ATTY # 000349: 2 COPIES

     03/06/12   Duplicating/Printing/Scanning                          1.20
                ATTY # 000349: 12 COPIES

     03/06/12   Duplicating/Printing/Scanning                          1.20
                ATTY # 000349: 12 COPIES

     03/06/12   Duplicating/Printing/Scanning                          1.30
                ATTY # 000349: 13 COPIES

     03/06/12   Lexis                                                  4.50
                Lexis

     03/06/12   Lexis                                                  4.50
                Lexis

     03/06/12   Lexis                                                 15.50
                Lexis

     03/07/12   Duplicating/Printing/Scanning                           .50
                ATTY # 000349: 5 COPIES

     03/07/12   Duplicating/Printing/Scanning                          1.50
                ATTY # 000349: 15 COPIES

     03/07/12   Duplicating/Printing/Scanning                          1.60
                ATTY # 000349: 16 COPIES

     03/08/12   Duplicating/Printing/Scanning                           .80
                ATTY # 000349: 8 COPIES

     03/08/12   Duplicating/Printing/Scanning                           .90
                ATTY # 000349: 9 COPIES

     03/08/12   Duplicating/Printing/Scanning                          3.70
                ATTY # 000349: 37 COPIES

     03/08/12   Duplicating/Printing/Scanning                           .20
                ATTY # 000349: 2 COPIES

     03/08/12   Duplicating/Printing/Scanning                           .20
                ATTY # 000349: 2 COPIES

     03/10/12   Duplicating/Printing/Scanning                           .30
                ATTY # 000349: 3 COPIES

     03/10/12   Duplicating/Printing/Scanning                          1.50
                ATTY # 000349: 15 COPIES
```

```
172573 W. R. Grace & Co.                          Invoice Number   2258599
50001   Correa v. W.R. Grace                      Page    3
April 26, 2012
```

| | | |
|---|---|---:|
| 03/10/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 2 COPIES | .20 |
| 03/10/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 3 COPIES | .30 |
| 03/10/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 3 COPIES | .30 |
| 03/10/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 3 COPIES | .30 |
| 03/11/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 15 COPIES | 1.50 |
| 03/11/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 16 COPIES | 1.60 |
| 03/12/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 16 COPIES | 1.60 |
| 03/12/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 16 COPIES | 1.60 |
| 03/12/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 19 COPIES | 1.90 |
| 03/12/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 19 COPIES | 1.90 |
| 03/12/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 19 COPIES | 1.90 |
| 03/12/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 32 COPIES | 3.20 |
| 03/12/12 | Secretarial Overtime: Prepare, process and complete efiling of opposition to motion to amend | 61.25 |
| 03/13/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 14 COPIES | 1.40 |
| 03/14/12 | Outside Duplicating -- VENDOR: SOCIAL SECURITY ADMINISTRATION: Copying fees | 46.00 |
| 03/14/12 | Subpoena Service Costs -- VENDOR: FIRST RECORDS RETRIEVAL: Correa docs from Dr. Brendel | 134.01 |
| 03/14/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 14 COPIES | 1.40 |

```
172573 W. R. Grace & Co.                        Invoice Number   2258599
50001  Correa v. W.R. Grace                     Page    4
April 26, 2012
```

| Date | Description | Amount |
|---|---|---:|
| 03/14/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 17 COPIES | 1.70 |
| 03/14/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 17 COPIES | 1.70 |
| 03/14/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 25 COPIES | 2.50 |
| 03/14/12 | Courier Service - Outside 00843 UPS - Shipped from Jacqueline Wernick Reed Smith LLP - Los Angeles to Records Custodian Social Security Administration (ANAHEIM CA 92805) | 8.50 |
| 03/14/12 | Secretarial Overtime: Process and prepare files and emails for printing | 26.25 |
| 03/15/12 | Duplicating/Printing/Scanning<br>ATTY # 10886; 112 COPIES | 11.20 |
| 03/15/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 2 COPIES | .20 |
| 03/15/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 2 COPIES | .20 |
| 03/16/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 33 COPIES | 3.30 |
| 03/16/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 74 COPIES | 7.40 |
| 03/16/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 3 COPIES | .30 |
| 03/16/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 19 COPIES | 1.90 |
| 03/20/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 19 COPIES | 1.90 |
| 03/20/12 | Courier Service - Outside 00843 UPS - Shipped from Jacqueline Wernick Reed Smith LLP - Los Angeles to Drucilla Edwards W.R. Grace & Co.-Conn. (CAMBRIDGE MA 02140) | 10.57 |
| 03/21/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 30 COPIES | 3.00 |
| 03/21/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 17 COPIES | 1.70 |

```
172573 W. R. Grace & Co.                          Invoice Number   2258599
50001  Correa v. W.R. Grace                       Page    5
April 26, 2012
```

| Date | Description | Amount |
|---|---|---|
| 03/21/12 | Secretarial Overtime: Prepare document production for duplication | 8.75 |
| 03/22/12 | Duplicating/Printing/Scanning ATTY # 10886; 428 COPIES | 42.80 |
| 03/22/12 | Duplicating/Printing/Scanning ATTY # 000349: 1 COPY | .10 |
| 03/22/12 | Duplicating/Printing/Scanning ATTY # 000349: 1 COPY | .10 |
| 03/22/12 | Duplicating/Printing/Scanning ATTY # 000349: 3 COPIES | .30 |
| 03/23/12 | Duplicating/Printing/Scanning ATTY # 000349: 31 COPIES | 3.10 |
| 03/23/12 | Duplicating/Printing/Scanning ATTY # 000349: 32 COPIES | 3.20 |
| 03/23/12 | Duplicating/Printing/Scanning ATTY # 000349: 18 COPIES | 1.80 |
| 03/26/12 | Duplicating/Printing/Scanning ATTY # 10886; 274 COPIES | 27.40 |
| 03/26/12 | Duplicating/Printing/Scanning ATTY # 000349: 1 COPY | .10 |
| 03/26/12 | Duplicating/Printing/Scanning ATTY # 000349: 1 COPY | .10 |
| 03/26/12 | Duplicating/Printing/Scanning ATTY # 000349: 22 COPIES | 2.20 |
| 03/26/12 | Duplicating/Printing/Scanning ATTY # 000349: 3 COPIES | .30 |
| 03/26/12 | Duplicating/Printing/Scanning ATTY # 000349: 38 COPIES | 3.80 |
| 03/26/12 | Duplicating/Printing/Scanning ATTY # 000349: 44 COPIES | 4.40 |
| 03/26/12 | Duplicating/Printing/Scanning ATTY # 000349: 8 COPIES | .80 |
| 03/26/12 | Duplicating/Printing/Scanning ATTY # 000349: 13 COPIES | 1.30 |

```
172573 W. R. Grace & Co.                              Invoice Number   2258599
50001  Correa v. W.R. Grace                           Page    6
April 26, 2012


    03/26/12   Duplicating/Printing/Scanning                              1.90
               ATTY # 000349: 19 COPIES

    03/26/12   Duplicating/Printing/Scanning                              2.20
               ATTY # 000349: 22 COPIES

    03/26/12   Duplicating/Printing/Scanning                              3.10
               ATTY # 000349: 31 COPIES

    03/26/12   Duplicating/Printing/Scanning                              3.20
               ATTY # 000349: 32 COPIES

    03/26/12   Duplicating/Printing/Scanning                              3.40
               ATTY # 000349: 34 COPIES

    03/27/12   Duplicating/Printing/Scanning                               .20
               ATTY # 000349: 2 COPIES

    03/27/12   Duplicating/Printing/Scanning                              1.30
               ATTY # 000349: 13 COPIES

    03/27/12   Duplicating/Printing/Scanning                              2.20
               ATTY # 000349: 22 COPIES

    03/27/12   Postage Expense                                            2.80
               Postage Expense: ATTY # 010886 User: Equitrac By

    03/30/12   Duplicating/Printing/Scanning                               .20
               ATTY # 000349: 2 COPIES

    03/30/12   Duplicating/Printing/Scanning                               .10
               ATTY # 000349: 1 COPY

    03/30/12   Duplicating/Printing/Scanning                               .10
               ATTY # 000349: 1 COPY

    03/30/12   Duplicating/Printing/Scanning                               .10
               ATTY # 000349: 1 COPY

    03/30/12   Duplicating/Printing/Scanning                               .10
               ATTY # 000349: 1 COPY

    03/30/12   Duplicating/Printing/Scanning                               .10
               ATTY # 000349: 1 COPY

    03/30/12   Duplicating/Printing/Scanning                               .10
               ATTY # 000349: 1 COPY

    03/30/12   Duplicating/Printing/Scanning                               .10
               ATTY # 000349: 1 COPY
```

```
172573 W. R. Grace & Co.                          Invoice Number  2258599
50001  Correa v. W.R. Grace                       Page     7
April 26, 2012


   03/30/12   Duplicating/Printing/Scanning                            .10
              ATTY # 000349: 1 COPY

   03/30/12   Duplicating/Printing/Scanning                            .10
              ATTY # 000349: 1 COPY

   03/30/12   Duplicating/Printing/Scanning                            .10
              ATTY # 000349: 1 COPY

   03/30/12   Duplicating/Printing/Scanning                           1.20
              ATTY # 000349: 12 COPIES

   03/30/12   Duplicating/Printing/Scanning                           1.20
              ATTY # 000349: 12 COPIES

   03/30/12   Duplicating/Printing/Scanning                           1.20
              ATTY # 000349: 12 COPIES

   03/30/12   Duplicating/Printing/Scanning                           1.20
              ATTY # 000349: 12 COPIES

                         CURRENT EXPENSES                           548.16
                                                               ------------
                         TOTAL BALANCE DUE UPON RECEIPT            $548.16
                                                               ============
```

```
                              REED SMITH LLP
                             PO Box 360074M
                         Pittsburgh, PA  15251-6074
                           Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number       2258600
7500 Grace Drive                          Invoice Date        04/26/12
Columbia, Maryland 21044                  Client Number         172573
USA



=============================================================================

Re: W. R. Grace & Co.


(60026)   Litigation and Litigation Consulting

          Fees                                        0.00
          Expenses                                  765.00

                             TOTAL BALANCE DUE UPON RECEIPT       $765.00
                                                              =============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                         Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number        2258600
7500 Grace Drive                          Invoice Date         04/26/12
Columbia, Maryland 21044                  Client Number         172573
USA                                       Matter Number          60026



=============================================================================

Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

        PACER                                             2.00
        Duplicating/Printing/Scanning                    31.60
        Postage Expense                                   6.40
        Courier Service - Outside                         5.00
        Outside Duplicating                             720.00

                    CURRENT EXPENSES                                765.00
                                                              -------------

                    TOTAL BALANCE DUE UPON RECEIPT              $765.00
                                                              =============
```

```
                            REED SMITH LLP
                            PO Box 360074M
                         Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630


W.R. Grace & Co.                         Invoice Number    2258600
7500 Grace Drive                         Invoice Date      04/26/12
Columbia, Maryland 21044                 Client Number      172573
USA                                      Matter Number       60026



==============================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

     02/16/12   Outside Duplicating                              720.00
                Vendor: Ikon-John Lord Mailout - Envelopes/Mailout

     02/27/12   Duplicating/Printing/Scanning                       .10
                ATTY # 000559: 1 COPY

     02/27/12   Duplicating/Printing/Scanning                       .30
                ATTY # 000559: 3 COPIES

     02/27/12   Duplicating/Printing/Scanning                       .30
                ATTY # 000559: 3 COPIES

     02/27/12   Duplicating/Printing/Scanning                       .30
                ATTY # 000559: 3 COPIES

     02/29/12   PACER                                              2.00

     03/01/12   Duplicating/Printing/Scanning                      12.60
                ATTY # 0718; 126 COPIES

     03/01/12   Duplicating/Printing/Scanning                       1.00
                ATTY # 000559: 10 COPIES

     03/01/12   Duplicating/Printing/Scanning                       1.00
                ATTY # 000559: 10 COPIES

     03/01/12   Duplicating/Printing/Scanning                       1.20
                ATTY # 000559: 12 COPIES

     03/01/12   Duplicating/Printing/Scanning                       1.80
                ATTY # 000559: 18 COPIES

     03/01/12   Duplicating/Printing/Scanning                       1.80
                ATTY # 000559: 18 COPIES
```

```
172573 W. R. Grace & Co.                          Invoice Number   2258600
60026  Litigation and Litigation Consulting       Page    2
April 26, 2012


   03/02/12    Postage Expense                                        3.00
               Postage Expense: ATTY # 000718 User: Equitrac By

   03/13/12    Courier Service - Outside -- VENDOR: AL STILES:         5.00
               Hand Delivery to Judge Fitzgerald at Bankruptcy
               Court (3/5/12)

   03/13/12    Duplicating/Printing/Scanning                           1.80
               ATTY # 000559: 18 COPIES

   03/27/12    Duplicating/Printing/Scanning                           1.10
               ATTY # 000559: 11 COPIES

   03/27/12    Duplicating/Printing/Scanning                           1.60
               ATTY # 000559: 16 COPIES

   03/27/12    Duplicating/Printing/Scanning                            .10
               ATTY # 000559: 1 COPY

   03/27/12    Duplicating/Printing/Scanning                            .10
               ATTY # 000559: 1 COPY

   03/27/12    Duplicating/Printing/Scanning                            .10
               ATTY # 000559: 1 COPY

   03/27/12    Duplicating/Printing/Scanning                           1.00
               ATTY # 000559: 10 COPIES

   03/28/12    Duplicating/Printing/Scanning                            .40
               ATTY # 000559: 4 COPIES

   03/28/12    Duplicating/Printing/Scanning                           1.60
               ATTY # 000559: 16 COPIES

   03/28/12    Duplicating/Printing/Scanning                           1.60
               ATTY # 000559: 16 COPIES

   03/29/12    Duplicating/Printing/Scanning                           1.80
               ATTY # 000559: 18 COPIES

   03/29/12    Postage Expense                                         3.40
               Postage Expense: ATTY # 000718 User: Equitrac By

                              CURRENT EXPENSES                        765.00
                                                                 ------------
                              TOTAL BALANCE DUE UPON RECEIPT         $765.00
                                                                 ============
```

```
                           REED SMITH LLP
                           PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number       2258601
7500 Grace Drive                          Invoice Date         04/26/12
Columbia, Maryland 21044                  Client Number         172573
USA



==============================================================================

Re: W. R. Grace & Co.


(60033)   Claim Analysis Objection Resolution & Estimation
          (Asbestos)

          Fees                                       0.00
          Expenses                                  20.20

                        TOTAL BALANCE DUE UPON RECEIPT           $20.20
                                                             =============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                           Pittsburgh, PA  15251-6074
                              Tax ID# 25-0749630


W.R. Grace & Co.                            Invoice Number       2258601
7500 Grace Drive                            Invoice Date         04/26/12
Columbia, Maryland 21044                    Client Number         172573
USA                                         Matter Number          60033



=============================================================================

Re:  Claim Analysis Objection Resolution & Estimation
     (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Duplicating/Printing/Scanning                  20.20

                         CURRENT EXPENSES                              20.20
                                                                -------------

                         TOTAL BALANCE DUE UPON RECEIPT              $20.20
                                                                =============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630


W.R. Grace & Co.                        Invoice Number      2258601
7500 Grace Drive                        Invoice Date       04/26/12
Columbia, Maryland 21044                Client Number       172573
USA                                     Matter Number        60033


==============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

      02/07/12   Duplicating/Printing/Scanning                    20.20
                 ATTY # 0559; 202 COPIES

                              CURRENT EXPENSES                    20.20
                                                            ------------
                              TOTAL BALANCE DUE UPON RECEIPT    $20.20
                                                            ============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630


W.R. Grace & Co.                        Invoice Number      2258602
62 Whittemore Avenue                    Invoice Date        04/26/12
Cambridge, MA  02140                    Client Number        172573



==============================================================================

Re: W. R. Grace & Co.


(60041)   Specifications Inquiry

          Fees                                   0.00
          Expenses                              16.97

                        TOTAL BALANCE DUE UPON RECEIPT         $16.97
                                                         =============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                           Pittsburgh, PA  15251-6074
                             Tax ID# 25-0749630


W.R. Grace & Co.                        Invoice Number      2258602
62 Whittemore Avenue                    Invoice Date       04/26/12
Cambridge, MA  02140                    Client Number       172573
                                        Matter Number        60041

===========================================================================

Re: Specifications Inquiry


FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Telephone Expense                          0.15
        Duplicating/Printing/Scanning              0.60
        Telephone - Outside                       16.22
                        CURRENT EXPENSES                         16.97
                                                           -------------

                        TOTAL BALANCE DUE UPON RECEIPT          $16.97
                                                           =============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                          Pittsburgh, PA  15251-6074
                             Tax ID# 25-0749630


W.R. Grace & Co.                           Invoice Number     2258602
62 Whittemore Avenue                       Invoice Date       04/26/12
Cambridge, MA  02140                       Client Number       172573
                                           Matter Number        60041

==============================================================================

Re: (60041)  Specifications Inquiry


FOR COSTS ADVANCED AND EXPENSES INCURRED:

     01/26/12   Telephone - Outside                                16.22
                Global Crossing Inv No: 9033668006 -  KLAPPER,
                ANTONY

     03/01/12   Duplicating/Printing/Scanning                        .30
                ATTY # 000396: 3 COPIES

     03/01/12   Duplicating/Printing/Scanning                        .30
                ATTY # 000396: 3 COPIES

     03/16/12   Telephone Expense                                    .15
                16174983826/CAMBRIDGE, MA/3

                          CURRENT EXPENSES                         16.97
                                                             ------------
                          TOTAL BALANCE DUE UPON RECEIPT          $16.97
                                                             ============
```