IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Hearing Date: 6/18/12 at 9:00 a.m.** |
| | ) | **Objection Deadline: 5/25/12 at 4:00 p.m.** |
| | ) | |

-------------------------------------------------x

**SUMMARY OF FORTY-FIRST INTERIM AND FINAL APPLICATION OF
BRYAN CAVE HRO LLP (FORMERLY HOLME ROBERTS & OWEN LLP) FOR
COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES
FROM APRIL 2, 2001 THROUGH APRIL 15, 2012**

| | |
|---|---|
| Name of Applicant: | Bryan Cave HRO (Formerly Holme Roberts & Owen LLP) |
| Authorized to Provide Professional Services to: | W.R. Grace & Co., et al., Debtors and Debtors-in Possession |
| Date of Retention: | July 18, 2001, *nunc pro tunc* April 2, 2001. |
| Period for which compensation and reimbursement is sought: | April 2, 2001 through April 15, 2012 (the "Final Application Period") |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

4690537/1

1

| | |
|---|---|
| Final Approval of Interim Fee Applications for the period from 4/2/01 through 3/31/11 | $9,591,220.94 ($8,713,602.75 in fees plus $877,618.19 in expenses) previously approved in interim orders |
| Amount of interim and final compensation sought as actual, reasonable and necessary for the period from 4/1/11 to 4/15/12 (the "41st Interim Period"): | $33,977.50 (Total fees for the 41st Interim Period) |
| Amount of expense reimbursement sough as actual, reasonable and necessary for the 41st Interim Period: | $11,285.32 (Total expenses for the 41st Interim Period) |

This (a)n:  ☐ interim  ■ final application

Prior Monthly Interim Fee Applications filed:

| | | Requested | | | Approved | |
|---|---|---|---|---|---|---|
| **Date Filed Docket Number** | **Period Covered** | **Fees** | **Expenses** | **Cert. of No Obj.** | **Fees** | **Expenses** |
| 12/01/01 #1294 | 10/01/01 - 10/31/01 | $91,188.80 (80% of $113,986.00) | $11,562.02 | 12/21/01 #1417 | Approved | Approved |
| 01/09/02 #1482 | 11/01/01 - 11/30/01 | $109,257.60 (80% of $136,572.00) | $23,863.64 | 02/07/02 #1645 | Approved | Approved |
| 02/07/02 #1643 | 12/01/01 - 12/31/01 | $153,429.60 (80% of $191,787.00) | $41,142.65 | 03/25/02 #1862 | Approved | Approved |
| 03/18/02 #1825 | 01/01/02 - 01/31/02 | $232,368.80 (80% of $290,461.00) | $44,278.12 | 04/05/02 #1904 | Approved | Approved |
| 04/06/02 #1908 | 02/01/02 - 02/28/02 | $306,124.80 (80% of $382,656.00) | $54,631.99 | 04/25/02 #1975 | Approved | Approved |
| 05/01/02 #1999 | 03/01/02 - 03/31/02 | $272,030.80 (80% of $340,038.50) | $40,074.40 | 05/24/02 #2087 | Approved | Approved |
| 06/04/02 #2161 | 04/01/02 - 04/30/02 | $307,316.00 (80% of $384,156.00) | $43,551.56 | 06/27/02 #2293 | Approved | Approved |

| 07/12/02 #2371 | 05/01/02 - 05/31/02 | $445,180.40 (80% of $556,475.50) | $54,453.03 | 08/02/02 #2497 | Approved | Approved |
| --- | --- | --- | --- | --- | --- | --- |
| 08/14/02 #2537 | 06/01/02 - 06/30/02 | $391,024.00 (80% of $488,780.00) | $60,518.33 | 09/03/02 #2658 | Approved | Approved |
| 09/11/02 #2675 | 07/01/02 - 07/31/02 | $381,868.20 (80% of $477,335.25) | $ 22,841.16 | 10/01/02 #2782 | Approved | Approved |
| 10/21/02 #2851 | 08/01/02 - 08/30/02 | $677,343.60 (80% of $846,679.50) | $ 47,900.46 | 11/18/02 #3051 | Approved | Approved |
| 11/04/02 #2926 | 09/01/02 - 09/30/02 | $580,820.00 (80% of $726,025.00) | $ 50,880.25 | 12/02/02 #3100 | Approved | Approved |
| 11/27/02 #3090 | 10/01/02 - 10/31/02 | $669,402.00 (80% of $836,752.50) | $ 52,601.40 | 12/23/02 #3194 | Approved | Approved |
| 01/02/03 #3210 | 11/01/02 - 11/30/02 | $459,165.20 (80% of $573,956.50) | $ 23,357.78 | 01/23/03 #3277 | Approved | Approved |
| 02/04/03 #3315 | 12/01/02 - 12/31/02 | $473,743.60 (80% of $592,179.50) | $79,263.22 | 03/11/03 #3497 | Approved | Approved |
| 03/04/03 #3456 | 01/01/03 - 01/31/03 | $199,604.80 (80% of $249,506.00) | $40,504.47 | 04/02/03 #3604 | Approved | Approved |
| 03/27/03 #3554 | 02/01/03 - 02/28/03 | $117,338.80 (80% of 146,673.50) | $5,201.50 | 05/23/03 #3831 | Approved | Approved |
| 04/22/03 #3690 | 03/01/03 - 03/31/03 | $98,413.20 (80% of $123,016.50) | $7,708.61 | 05/23/03 #3830 | Approved | Approved |
| 05/30/03 #3840 | 04/01/03 - 04/30/03 | $137,707.20 (80% of $172,143.00) | $18,283.69 | 06/27/03 #4003 | Approved | Approved |
| 06/18/03 #3910 | 05/01/03 - 05/31/03 | $17,649.20 (80% of $22,061.50) | $2,200.41 | 07/16/03 #4065 | Approved | Approved |

| | | | | | | |
|---|---|---|---|---|---|---|
| 08/11/03 #4210 | 06/01/03 - 06/30/03 | $6,622.00 (80% of $8,277.50) | $3,147.12 | 09/04/03 #4408 | Approved | Approved |
| 09/05/03 #4882 | 07/01/03 - 07/31/03 | $29,440.40 (80% of $36,800.50) | $486.72 | 09/25/03 #4534 | Approved | Approved |
| 10/03/03 #4537 | 08/01/03 - 08/31/03 | $24,602.80 (80% of $30,753.50) | $1,505.46 | 10/27/03 #4637 | Approved | Approved |
| 10/27/03 #4613 | 09/01/03 - 09/30/03 | $35,310.40 (80% of $44,138.00) | $3,187.45 | 11/18/03 | Approved | Approved |
| 12/03/03 #4771 | 10/01/03 - 10/31/03 | $4,364.40 (80% of 5,455.50) | $737.89 | 12/29/03 #4875 | Approved | Approved |
| 01/05/04 #4896 | 11/01/03 - 11/30/03 | $3,148.80 (80% of $3,936.00) | $2,733.39 | 01/30/04 #5058 | Approved | Approved |
| 02/05/04 #5063 | 12/01/03 - 12/31/03 | $5,325.60 (80% of $6,657.00) | $1,707.66 | 03/01/04 #5208 | Approved | Approved |
| 03/16/04 #5306 | 01/01/04 - 01/31/04 | $40,083.20 (80% of $50,104.00) | $1,742.96 | 04/27/04 #5490 | Approved | Approved |
| 03/30/04 #5368 | 02/01/04 - 02/29/04 | $21,175.20 (80% of $26,469.00) | $2,945.54 | 04/27/04 #5493 | Approved | Approved |
| 06/08/04 #5741 | 03/01/04 - 03/31/04 | $33,622.80 (80% of $42,028.50) | $3,675.12 | 08/03/04 #6111 | Approved | Approved |
| 07/02/04 #5919 | 04/01/04 - 04/30/04 | $20,770.40 (80% of $25,963.00) | $252.69 | 08/03/04 #6112 | Approved | Approved |
| 07/23/04 #6014 | 05/01/04 - 05/31/04 | $1,913.60 (80% of $2,392.00) | $1,843.79 | 08/24/04 #6251 | Approved | Approved |
| 09/08/04 #6331 | 06/01/04 - 06/30/04 | $5,864.60 (80% of $7,330.00 | $441.77 | 10/04/04 #6532 | Approved | Approved |
| 09/28/04 #6492 | 07/01/04 - 07/31/04 | $6,080.40 (80% of $7,600.50) | $479.86 | 10/29/04 #6792 | Approved | Approved |
| 11/10/04 #6873 | 08/01/04 - 08/31/04 | $10,615.60 (80% of $13,2 69.50) | $1,294.24 | 12/07/04 #7111 | Approved | Approved |
| 11/18/04 #6981 | 09/01/04 - 09/30/04 | $11,344.40 (80% of $14,180.50) | $240.69 | 12/15/04 #6981 | Approved | Approved |

| | | | | | | |
|---|---|---|---|---|---|---|
| 01/06/05 #7455 | 10/01/04 - 10/31/04 | $5,538.80 (80% of $6,923.50) | $1,267.04 | 02/08/05 #7706 | Approved | Approved |
| 02/03/05 #7663 | 11/01/04 - 11/30/04 | $9,191.60 (80% of $11,489.50) | $987.17 | 02/21/05 #7965 | Approved | Approved |
| 02/03/05 #7681 | 12/01/04 - 12/31/04 | $13,774.80 (80% of $17,218.50) | $2,064.26 | 02/25/05 #7966 | Approved | Approved |
| 03/09/05 #8002 | 01/01/05 - 01/31/05 | $21,030.80 (80% of $26,288.50) | $510.88 | 04/14/05 #8224 | Approved | Approved |
| 04/14/05 #8223 | 02/01/05 - 02/28/05 | $9,582.00 (80% of $11,977.50) | $10,111.49 | 05/23/05 #8477 | Approved | Approved |
| 05/11/05 #8399 | 03/01/05 - 03/31/05 | $508.40 (80% of $635.50) | $1,834.12 | 06/14/05 #8617 | Approved | Approved |
| 06/28/05 #8695 | 04/01/05 - 04/30/05 | $17,442.80 (80% of $21,803.50) | $542.56 | 08/03/05 #9134 | Approved | Approved |
| 07/21/05 #9038 | 05/01/05 - 05/31/05 | $5,474.00 (80% of $6,842.50) | $670.78 | 08/22/05 #9233 | Approved | Approved |
| 08/02/05 #9125 | 06/01/05 - 06/30/05 | $10,244.00 (80% of $12,805.00) | $2,335.21 | 09/20/05 #9471 | Approved | Approved |
| 09/13/05 #9412 | 07/01/05 - 07/31/05 | $951.20 (80% of $1,189.00) | $524.68 | 10/06/05 #9581 | Approved | Approved |
| 09/29/05 #9530 | 08/01/05 - 08/31/05 | $7,796.80 (80% of $9,746.00) | $1,947.84 | 10/21/05 #9879 | Approved | Approved |
| 10/28/05 #10915 | 09/01/05 - 09/30/05 | $26,182.00 (80% of $32,727.50) | $1,089.60 | 12/12/05 #11324 | Approved | Approved |
| 11/11/05 #11044 | 10/01/05 - 10/31/05 | $149,113.60 (80% of $186,392.00) | $1,934.14 | 12/12/05 #11325 | Approved | Approved |
| 01/04/06 #11484 | 11/01/05 - 11/30/05 | $4,311.60 (80% of $5,389.50) | $1,741.37 | 01/30/06 #11651 | Approved | Approved |
| 01/30/06 #11652 | 12/01/05- 12/31/05 | $3,634.40 (80% of $4,543.00) | $1,143.52 | 02/27/06 #11907 | Approved | Approved |
| 03/24/06 #12120 | 01/01/06 - 01/31/06 | $1,307.20 (80% of $1,634.00) | $453.32 | 04/20/06 #12270 | Approved | Approved |

| | | | | | | |
|---|---|---|---|---|---|---|
| 05/01/06 #12352 | 02/01/06 - 02/28/06 | $436.80 (80% of $546.00) | $2,939.85 | 05/25/06 #12532 | Approved | Approved |
| 06/26/06 #12716 | 03/01/06 - 03/31/06 | $1,816.00 (80% of $2,270.00) | $259.96 | 07/26/06 $12868 | Approved | Approved |
| 08/30/06 #13119 | 04/01/06 - 04/30/06 | $3,471.20 (80% of $4,339.00) | $3,339.31 | 09/29.06 #13324 | Approved | Approved |
| 10/09/06 #13380 | 06/01/06 - 06/30/06 | $5,483.60 (80% of $6,854.50) | $917.40 | 11/03/06 | Approved | Approved |
| 11/17/06 #13696 | 07/01/06 - 07/31/06 | $217.60 (80% of $272.00) | $783.50 | 12/20/06 #14089 | Approved | Approved |
| 03/07/07 #14789 | 08/01/06 - 08/31/06 | $6,532.40 (80% of $8,165.50) | $1,411.98 | 03/27/07 #15065 | Approved | Approved |
| 03/08/07 #14815 | 09/01/06 - 09/30/06 | $1,239.20 (80% of $1,549.00) | $629.76 | 03/28/07 #15119 | Approved | Approved |
| 05/03/07 #15493 | 10/01/06 - 10/31/06 | $1,117.60 (80% of $1,472.00) | $1,783.27 | 05/25/07 | Approved | Approved |
| 05/04/07 #15524 | 11/01/06 - 11/30/06 | $1,946.40 (80% of $2,433.00) | $1,121.66 | 05/29/07 | Approved | Approved |
| 05/08/07 #15618 | 12/01/06 - 12/31/06 | $156.00 (80% of $195.00) | $219.35 | 05/30/07 | Approved | Approved |
| 07/25/07 #16383 | 01/01/07 - 01/31/07 | $1,302.00 (80% of $1,627.50) | $2,818.68 | 08/17/07 | Approved | Approved |
| 08/03/07 #16480 | 02/01/07 - 02/28/07 | $468.80 (80% of $586.00) | $172.44 | 08/27/07 | Approved | Approved |
| 08/27/07 #16642 | 03/01/07 - 03/31/07 | $851.20 (80% of $1,064.00) | $694.68 | 09/17/07 | Approved | Approved |
| 10/29/07 #17187 | 04/01/07 - 04/30/07 | $82.50 (80% of $103.80) | $212.54 | 11/26/07 | Approved | Approved |
| 10/30/07 #17218 | 05/01/07 - 05/31/07 | $748.00 (80% of $936.00) | $1,572.99 | 11/27/07 | Approved | Approved |
| 11/02/07 #17278 | 06/01/07 - 06/30/07 | $0.00 | $2,637.82 | 11/29/07 | Approved | Aprooved |

| | | | | | | |
|---|---|---|---|---|---|---|
| 03/10/08 #18257 | 07/01/07 - 07/31/07 | $1,004.40 (80% of $1,255.50) | $1,316.46 | 03/31/08 | Approved | Approved |
| 03/11/08 #18267 | 08/01/07 - 08/31/07 | $688.00 (80% of $860.00) | $322.27 | 04/01/08 | Approved | Approved |
| 03/12/08 #18275 | 09/01/07 - 09/30/07 | $840.00 (80% of $1,050.00) | $1,132.63 | 04/02/08 | Approved | Approved |
| 07/14/08 #19089 | 10/01/07 - 10/31/07 | $400.00 (80% of $500.00) | $741.00 | 08/08/08 | Approved | Approved |
| 07/16/08 #19096 | 11/01/07 - 11/30/07 | $460.80 (80% of $576.00) | $1,015.36 | 08/11/08 | Approved | Approved |
| 07/18/08 #19108 | 12/01/07 - 12/31/07 | $192.00 (80% of $240.00) | $1,455.08 | 08/13/08 | Approved | Approved |
| 10/20/08 #19809 | 01/01/08 - 01/31/08 | $128.00 (80% of $160.00) | $690.37 | 11/18/08 | Approved | Approved |
| 10/20/08 #19810 | 02/01/08 - 02/29/08 | $96.00 (80% of $120.00) | $0.00 | 11/18/08 | Approved | Approved |
| 10/21/08 #19825 | 03/01/08 - 03/31/08 | $874.00 (80% of $1,092.50) | $219.47 | 11/18/08 | Approved | Approved |
| 11/17/08 #20056 | 04/01/08 - 04/30/08 | $0.00 | $2,556.49 | 12/18/08 | Approved | Approved |
| 11/20/08 #20103 | 05/01/08 - 05/31/08 | $786.00 (80% of $982.50) | $771.61 | 12/18/08 | Approved | Approved |
| 12/16/08 #20280 | 06/01/08 - 06/30/08 | $124.00 (80% of $155.00) | $222.51 | 01/14/09 | Approved | Approved |
| 01/15/09 #20527 | 07/01/08 - 07/31/08 | $5,744.80 (80% of $7,181.00) | $255.36 | 10/05/09 | Approved | Approved |
| 01/16/09 #20540 | 08/01/08 - 08/31/08 | $410.00 (80% of $512.50) | $1,080.96 | 10/05/09 | Approved | Approved |

| | | | | | | |
|---|---|---|---|---|---|---|
| 01/21/09 #20552 | 09/01/08 - 09/30/08 | $3,302.00 (80% of $4,127.50) | $5,320.09 | 10/05/09 | Approved | Approved |
| 10/01/09 #23391 | 10/01/08 - 10/31/08 | $1,217.20 (80% of $1,521.50) | $1,966.21 | 01/08/10 | Approved | Approved |
| 10/02/09 #23415 | 11/01/08 - 11/30/08 | $344.40 (80% of $430.50) | $1,053.58 | 01/08/10 | Approved | Approved |
| 10/02/09 #23416 | 12/01/08 - 12/31/08 | $342.00 (80% of $427.50) | $1,665.75 | 01/08/10 | Approved | Approved |
| 12/16/09 #24012 | 01/01/09 - 01/31/09 | $750.40 (80% of $938.00) | $244.88 | 01/21/10 | Approved | Approved |
| 12/17/09 #24022 | 02/01/09 - 02/28/09 | $0.00 | $1,378.96 | 01/21/10 | Approved | Approved |
| 12/18/09 #24027 | 03/01/09 - 03/31/09 | $0.00 | $1,302.89 | 01/21/10 | Approved | Approved |
| 01/29/10 #24209 | 04/01/09 - 04/30/09 | $0.00 | $646.72 | 03/05/10 | Approved | Approved |
| 01/29/10 #24210 | 05/01/09 - 05/31/09 | $148.80 (80% of $186.00) | $504.63 | 03/05/10 | Approved | Approved |
| 02/03/10 #24233 | 06/01/09 - 06/30/09 | $1,976.00 (80% of $2,470.00) | $256.69 | 03/05/10 | Approved | Approved |
| 05/17/10 #24872 | 07/01/09 - 07/31/09 | $62.40 (80% of $78.00) | $256.69 | 06/15/10 | Approved | Approved |
| 05/21/10 #24827 | 08/01/09 - 08/31/09 | $0.00 | $292.90 | 06/18/10 | Approved | Approved |
| 06/15/10 #24946 | 09/01/09 - 09/30/09 | $672.40 (80% of $840.50) | $256.69 | 07/26/10 | Approved | Approved |
| 09/10/10 #25392 | 10/01/09 - 10/31/09 | $2,726.00 (80% of $3,407.50) | $16.25 | 09/10/10 | Approved | Approved |
| 09/13/10 #25403 | 11/01/09 - 11/30/09 | $2,277.60 (80% of $2,847.00) | $70.68 | 09/13/10 | Approved | Approved |

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/15/10 #25411 | 12/01/09 - 12/31/09 | $16,402.40 (80% of $20,503.00) | $1,406.98 | 09/15/10 | Approved | Approved |
| 10/15/10 #25593 | 01/01/10 - 01/31/10 | $25,436.40 (80% of $31,795.50) | $0.00 | 11/11/10 | Approved | Approved |
| 10/25/10 #25636 | 02/01/10 - 02/28/10 | $15,848.00 (80% of $19,810.00) | $2,894.47 | 11/24/10 | Approved | Approved |
| 11/03/10 #25695 | 03/01/10 - 03/31/10 | $416.40 (80% of $520.50) | $539.54 | 12/08/10 | Approved | Approved |
| 03/07/11 #26500 | 04/01/10 - 04/30/10 | $-0- | $259.90 | 04/07/11 | Approved | Approved |
| 03/09/11 #26514 | 05/01/10 - 05/31/10 | $318.40 (80% of $398.00) | $867.00 | 04/07/11 | Approved | Approved |
| 03/09/11 #26515 | 06/01/10 - 06/30/10 | $675.60 (80% of $844.50) | $924.91 | 04/07/11 | Approved | Approved |
| 04/11/11 #26775 | 08/01/10 - 08/31/10 | $1,572.80 (80% of $1,966.00) | $280.41 | 5/17/11 | Approved | Approved |
| 04/12/11 #26779 | 09/01/10 - 09/30/10 | $738.00 (80% of $922.50) | $1,318.30 | 5/17/11 | Approved | Approved |
| 04/27/11 26824 | 10/01/10 - 10/31/10 | $929.20 (80% of $1,161.50) | $267.18 | 06/15/11 | Approved | Approved |
| 04/27/11 26825 | 11/01/10 - 11/30/10 | $194.40 (80% of $243.00) | $267.18 | 06/15/11 | Approved | Approved |
| 04/27/11 26826 | 12/01/10 - 12/31/10 | $1,224.00 (80% of $1,530.00) | $912.36 | 06/15/11 | Approved | Approved |
| 05/19/11 #26960 | 01/01/11 - 01/31/11 | $1,074.80 (80% of $1,343.50) | $1,573.62 | 8/3/11 | Approved | Approved |
| 05/19/11 #26961 | 02/01/11 - 02/28/11 | $1,141.20 (80% of $1,426.50) | $2,277.74 | 8/3/11 | Approved | Approved |
| 05/19/11 #26962 | 03/01/11 - 03/31/11 | $1,467.60 (80% of $1,834.50) | $300.18 | 8/3/11 | Approved | Approved |
| 05/19/11 #26963 | 04/01/11 - 04/30/11 | $3,656.80 (80% of $4,571.00) | $640.65 | 8/3/11 | Pending | Pending |

Prior Quarterly Interim Applications filed:

| Date Filed | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 11/07/01 #1092 | 04/02/01-09/30/01 | $285,970.50 | $47,668.25 | Approved with reduction (see below) | Approved with reduction (see below) |
| 03/01/02 #1748 | 10/01/01 - 12/31/01 | $442,631.50 | $74,769.32 | This application was combined with the prior application and Approved with reduction to a combined amount of $718,144.50 #3091. | This application was combined with the prior application and Approved with reduction to a combined amount of $115,781.52 #3091. |
| 06/05/02 #2174 | 01/01/02 - 03/31/02 | $1,015,155.50 | $136,984.52 | Approved with reduction to $1,005,527.25 #2797. | Approved with reduction to $136,871.87 #2797. |
| 08/16/02 #2551 | 04/01/02 - 06/30/02 | $1,429,411.50 | $158,522.92 | Approved with reduction to $1,409,465.75 #3092. | Approved |
| 11/08/02 #2955 | 07/01/02 - 09/30/02 | $2,050,039.75 | $121,621.87 | Approved with reduction to $2,042,534.75 #3502. | Approved with reduction to $121,211.41 #3502. |
| 02/12/03 #3377 | 10/01/02 - 12/31/02 | $2,002,888.50 | $155,222.40 | Approved with reduction to $2,000,721.00 #4157. | Approved with reduction to $154,723.61 #4157. |

4690537/1

10

| | | | | | |
|---|---|---|---|---|---|
| 05/07/03 #3749 | 01/01/03 - 03/31/03 | $519,196.00 | $53,414.58 | Approved with reduction to $519,091.00 #4480. | Approved |
| 08/11/03 #4211 | 04/01/03 - 06/30/03 | $202,473.00 | $23,631.22 | Approved with reduction to $201,423.00 #4827. | Approved |
| 11/17/03 #4704 | 07/01/03 - 09/30/03 | $111,692.00 | $5,179.63 | Approved with reduction to $111,342.00 #5482. | Approved |
| 02/11/04 #5092 | 10/01/03 - 12/31/03 | $16,048.50 | $5,167.16 | Approved | Approved |
| 06/11/04 #5791 | 01/01/04 - 03/31/04 | $118,601.50 | $8,363.62 | Approved | Approved with reduction to $8,311.57 #6465. |
| 10/05/04 #6534 | 04/01/04 - 06/30/04 | $35,685.00 | $2,548.25 | Approved | Approved |
| 12/07/04 #7109 | 07/01/04 - 09/30/04 | $35,050.50 | $2,014.79 | Approved | Approved |
| 02/17/05 #7833 | 10/01/04 - 12/31/04 | $35,631.50 | $4,318.47 | Approved | Approved |
| 06/28/05 #8698 | 01/01/05 - 03/31/05 | $38,901.50 | $12,456.69 | Approved | Approved |
| 08/30/05 #9286 | 04/01/05 - 06/30/05 | $41,451.00 | 3,548.55 | Approved | Approved |
| 01/03/06 #11480 | 07/01/05 - 09/30/05 | $43,662.50 | $3,562.12 | Approved | Approved |
| 03/29/06 #12141 | 10/01/05 - 12/31/05 | $196,324.50 | $4,819.03 | Approved with reduction to $190,016.50 #1266. | Approved |

4690537/1

11

| | | | | | |
|---|---|---|---|---|---|
| 08/28/06 #13074 | 01/01/06 - 03/31/06 | $4,450.00 | $3,653.13 | Approved | Approved |
| 10/27/06 #13512 | 04/01/06 - 06/30/06 | $11,193.50 | $4,256.71 | Approved | Approved |
| 03/12/07 #14832 | 07/01/06 - 09/30/06 | $9,986.50 | $2,825.24 | Approved | Approved |
| 05/22/07 #15772 | 10/01/06 - 12/31/06 | $4,100.00 | $3,124.28 | Approved | Approved |
| 08/28//07 #16651 | 01/01/07 - 03/31/07 | $3,277.50 | $3,685.80 | Approved | Approved |
| 11/12/07 #17339 | 04/01/07 - 06/30/07 | $1,039.50 | $4,423.35 | Approved | Approved |
| 03/20/08 #18350 | 07/01/07 - 09/30/07 | $3,165.50 | $2,771.36 | Approved | Approved |
| 08/08/08 #19259 | 10/01/07 - 12/31/07 | $1,316.00 | $3,212.39 | Approved | Approved |
| 10/27/08 #19876 | 01/01/08 - 03/31/08 | $1,372.50 | $909.84 | Approved | Approved |
| 12/22/08 #20316 | 04/01/08 - 06/30/08 | $1,137.50 | $3,550.61 | Approved | Approved |
| 02/03/09 #20663 | 07/01/08 - 09/30/08 | $11,821.00 | $6,656.41 | Approved | Approved |
| 10/14/09 #23551 | 10/01/08 - 12/31/08 | $2,379.50 | $4,685.54 | Approved | Approved |
| 01/11/10 #24141 | 01/01/09 - 03/31/09 | $938.00 | $2,926.73 | Approved | Approved |
| 03/09/10 #24425 | 04/01/09 - 06/30/09 | $2,656.00 | $1,408.04 | Approved | Approved |
| 06/25/10 #24989 | 07/01/09 - 09/30/09 | $918.50 | $806.28 | Approved | Approved |
| 10/06/10 #25562 | 10/01/09 - 12/31/09 | $26,757.50 | $1,493.91 | Approved | Approved |
| 02/18/11 #26343 | 01/01/10 - 03/31/10 | $52,126.00 | $3,434.01 | Approved | Approved |

| | | | | | |
|---|---|---|---|---|---|
| 04/07/11 #26754 | 04/01/10 - 06/30/10 | $1,242.50 | $2,051.81 | Approved | Approved |
| 04/25/11 #26815 | 07/01/10- 09/30/10 | $2,888.50 | $1,598.71 | Approved | Approved |
| 5/17/11 #26951 | 10/1/10- 12/31/10 | $2,934.50 | $1,446.72 | Approved | Approved |
| 8/10/11 #27409 | 1/1/11- 3/31/11 | $4,604.50 | $2,613.93 | Approved | Approved |

The HRO and Bryan Cave HRO attorneys who rendered professional services in these cases during the 41st Interim Period are:

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Eric E. Johnson | Partner/ Counsel | Bankruptcy | $450.00 $465.00 | 10.1 22.9 | $4,545.00 $10,648.50 |
| Katheryn J. Coggon | Special Counsel | Environmental | $425.00 | 2.0 | $850.00 |
| **TOTAL** | | | | **35.0** | **$16,043.50** |

The HRO and Bryan Cave HRO paraprofessionals who rendered professional service in these cases during the 41st Interim Period are:

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Stanley Friedman | Paralegal | Litigation | $165.00 $175.00 | 43.7 16.3 | $7,210.50 $2,852.50 |
| Bill Payne | Prac. Support | Litigation | $190.00 | 17.1 | $3,249.00 |
| Joan L. Sherman | Paralegal | Environmental | $195.00 $200.00 | 11.6 11.8 | $2,262.00 $2,360.00 |
| **TOTAL** | | | | **100.5** | **$17,934.00** |

The total expenses incurred on behalf of the Debtors in these cases during the 41st Interim Period are:

| DESCRIPTION | TOTAL |
|---|---:|
| Photocopies | $0.00 |
| Bills for Professional Services Rendered-Received but yet paid | $1,724.00 |
| Other Expenses-Storage | $3,576.15 |
| Outside Courier | $14.98 |
| Federal Express | $28.78 |
| Estimated Bills for Professional Services-Morris James LLP | $1,500.00 |
| Professional Billable Services | $4,441.21 |
| **TOTALS** | **$11,285.32** |

Dated: April 25, 2012

BRYAN CAVE HRO

By: /s/ Eric E. Johnson
Eric E. Johnson, Esq. (Colo. #019364)
Bryan Cave HRO
1700 Lincoln Street, Suite 4100
Denver, Colorado 80203
Telephone: (303) 861-7000
Facsimile: (303) 866-0200
E-mail: eric.johnson@bryancave.com

# v::ODMA/PCDOCS/HRODEN/1589423/1