IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re: Docket Nos._____** |

**ORDER GRANTING FORTY-FIRST INTERIM AND FINAL VERIFIED
APPLICATION OF BRYAN CAVE HRO (FORMERLY HOLME ROBERTS & OWEN
LLP) FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FROM
APRIL 2, 2001 THROUGH APRIL 15, 2012 AND OTHER RELIEF**

Bryan Cave HRO (formerly Holme Roberts & Owen, LLP) ("Applicant"), as special environmental counsel for the captioned debtors and debtors-in-possession (the "Debtors"), filed its Forty-First Interim and Final Verified Application (the "Application"), seeking final approval of compensation and reimbursement of expenses from April 2, 2001 through March 31, 2011, based on this Court's earlier awards of interim compensation and reimbursement for such period; for final approval of interim compensation and reimbursement of expenses from April 1, 2011 through April

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

4690514/1

15, 2012 inclusive of estimated fees and expenses for preparation, filing, service and prosecution of the Application (limited to amounts actually incurred); and approval of the Debtors' payment of all sums necessary to pay any unpaid amounts awarded to Applicant for compensation for professional services rendered and reimbursement of expenses. The Court has reviewed the Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Application, and any hearing on the Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Application. Accordingly, it is hereby:

ORDERED as follows:

1. The Application is APPROVED.

2. The Court hereby grants Final Approval of the Interim Fee Applications by Applicant for the period from April 1, 2001 through March 31, 2011 in the amounts previously approved, totaling $9,591,220.94 ($8,713,602.75 fees plus $877,618.19 expenses).

3. The Court hereby grants Final Approval to Applicant's fees in the amount of $33,977.50 plus expenses of $11,285.32 for the interim period April 1, 2011 through April 15, 2012, and estimated fees and expenses thereafter for preparation, filing, service and prosecution of the Application (limited to amounts actually incurred).

4. The Debtors are hereby authorized and directed to pay Applicant all outstanding and unpaid amounts of any fees and expenses awarded hereunder totaling $31,723.73.

DATED:_____                    _____
                                          The Honorable Judith K. Fitzgerald
                                          United States Bankruptcy Court Judge