# Exhibit A

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Objection Deadline:<br>Hearing Date: TBD only if necessary |

## FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF MARCH 1, 2012 THROUGH MARCH 31, 2012

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**Matter 102 - Blackburn and Union Privileges Superfund Site, Walpole, Mass**

Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $624.00 | 1.7 | $   1,060.80 |
|  |  |  |  |  |  |
| TOTAL |  |  |  | 1.7 | $   1,060.80 |

4004292.v1


# FOLEY HOAG LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

April 30, 2012
Invoice No.: 497661
Matter No.: 08743.00102

Re:   **Blackburn and Union Privileges Superfund Site, Walpole, Mass**

For Professional Services rendered through March 31, 2012

|  |  |
|---|---|
| Fees | $1,060.80 |
| **Total Fees and Disbursements** | **$1,060.80** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM

Matter No.: 08743.00102                                          Invoice No.: 497661
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass          April 30, 2012
                                                                          Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 03/08/12 | Jaffe | P230 | Reviewing access agreement and emails with team regarding same (.3). | 0.3 |
| 03/16/12 | Jaffe | P230 | Emails with team regarding access issues (.3) | 0.3 |
| 03/29/12 | Jaffe | P230 | Attention to institutional control plan, including reviewing, revising, revised draft and emails with team regarding same (.7). | 0.7 |
| 03/30/12 | Jaffe | P230 | Emails with team regarding access issues (.4). | 0.4 |
| | | | **Total Hours** | **1.7** |

Matter No.: 08743.00102

Invoice No.: 497661

Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

April 30, 2012

Page 3

### TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|------------|-------|---|------|---|--------|
| Seth D. Jaffe | 1.7 | at | 624.00 | = | 1,060.80 |
| **Total Fees** | | | | | **$1,060.80** |

| | |
|---|---|
| **Total Fees** | **$1,060.80** |
| **Total Fees and Disbursements** | **$1,060.80** |



FOLEY
HOAG LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

April 30, 2012
Invoice No.: 497661
Matter No.: 08743.00102

Re:    **Blackburn and Union Privileges Superfund Site, Walpole, Mass**

**Total Fees and Disbursements**          **$1,060.80**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00102, **Invoice #:** 497661
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company

**Matter 103 – Wells G&H Superfund Site**

**Fees**

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $624.00 | 2.3 | $ 1,435.20 |
| Amy E. Boyd | Associate | Environmental | $430.00 | 2.1 | $ 903.00 |
| | | | | | |
| **TOTAL** | | | | 4.4 | $ 2,338.20 |

4004292.v1



FOLEY
HOAG LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

April 30, 2012
Invoice No.: 497662
Matter No.: 08743.00103

**Re:** **Wells G&H Superfund Site**

For Professional Services rendered through March 31, 2012

| | |
|---|---|
| Fees | $2,338.20 |
| **Total Fees and Disbursements** | **$2,338.20** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON        WASHINGTON        EMERGING ENTERPRISE CENTER        FOLEYHOAG.COM

Matter No.: 08743.00103
Re: Wells G&H Superfund Site

Invoice No.: 497662
April 30, 2012
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 03/05/12 | Jaffe | P230 | Attention to project coordinator contract review (.4). | 0.4 |
| 03/14/12 | Jaffe | P230 | Attention to Areas 2, 3, and 4, including reviewing, revising, draft letter report to EPA and emails with team regarding same (1.2). | 1.2 |
| 03/15/12 | Boyd | L120 | Prepared for and attended conference calls to discuss maps and data (2.1). | 2.1 |
| 03/16/12 | Jaffe | P230 | Attention to project coordinator issue, including emails with team and reviewing notice to EPA (.3). | 0.3 |
| 03/25/12 | Jaffe | P230 | Reviewing documents related to submittal to EPA regarding off-site source (.4). | 0.4 |
| | | | **Total Hours** | **4.4** |

Matter No.: 08743.00103
Re: Wells G&H Superfund Site

Invoice No.: 497662
April 30, 2012
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Amy E Boyd | 2.1 | at | 430.00 | = | 903.00 |
| Seth D. Jaffe | 2.3 | at | 624.00 | = | 1,435.20 |
| **Total Fees** | | | | | **$2,338.20** |

| | | |
|---|---|---|
| **Total Fees** | | **$2,338.20** |
| **Total Fees and Disbursements** | | **$2,338.20** |

 **FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

April 30, 2012
Invoice No.: 497662
Matter No.: 08743.00103

**Re:**    **Wells G&H Superfund Site**

**Total Fees and Disbursements**          $2,338.20

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00103, **Invoice #:** 497662
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company

**Matter 106 - Walpole Consent Decree Compliance Property Matters**

**Fees**

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Jacob N. Polatin | Partner | Real Estate | $601.00 | 0.8 | $    480.80 |
| | | | | | |
| **TOTAL** | | | | 0.8 | $    480.80 |

4004292.v1


## FOLEY HOAG LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

April 30, 2012
Invoice No.: 497663
Matter No.: 08743.00106

Re:    **Walpole Consent Decree Compliance Property Matters**

For Professional Services rendered through March 31, 2012

| | |
|---|---|
| Fees | $480.80 |
| **Total Fees and Disbursements** | **$480.80** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON        WASHINGTON        EMERGING ENTERPRISE CENTER        FOLEYHOAG.COM

Matter No.: 08743.00106
Re: Walpole Consent Decree Compliance Property Matters

Invoice No.: 497663
April 30, 2012
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 03/28/12 | Polatin | B110 | Review draft Institutional Controls and email to S. Jaffe (.8). | 0.8 |
| | | | **Total Hours** | **0.8** |

Matter No.: 08743.00106
Re: Walpole Consent Decree Compliance Property Matters

Invoice No.: 497663
April 30, 2012
Page 3

### TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Jacob N. Polatin | 0.8 | at | 601.00 | = | 480.80 |
| | **Total Fees** | | | | **$480.80** |

| | | Amount |
|---|---|---|
| **Total Fees** | | $480.80 |
| **Total Fees and Disbursements** | | $480.80 |

 **FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

April 30, 2012
Invoice No.: 497663
Matter No.: 08743.00106

Re:   **Walpole Consent Decree Compliance Property Matters**

   **Total Fees and Disbursements**   **$480.80**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
| --- | --- |
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00106, **Invoice #:** 497663
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company

## Matter 107 - FDA Compliance Assessment

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| James Flaherty | Associate | Administrative | $485.00 | 8.5 | $ 4,122.50 |
| | | | | | |
| **TOTAL** | | | | 8.5 | $ 4,122.50 |

### Expenses

| Description | Total |
|---|---|
| Telephone | $ 1.69 |
| | |
| **TOTAL** | $ 1.69 |

4004292.v1


# FOLEY HOAG LLP

Seth D. Jaffe
617-832-1203
Boston

Lydia B. Duff
Senior Environmental Counsel
Legal Services Group
W.R. Grace & Co.
75 Grace Drive
Columbia, MD 21044

April 30, 2012
Invoice No.: 497664
Matter No.: 08743.00107

Re:  **FDA Compliance Assessment**

For Professional Services rendered through March 31, 2012

| | |
|---|---|
| Fees | $4,122.50 |
| Disbursements | 1.69 |
| **Total Fees and Disbursements** | **$4,124.19** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM

Matter No.: 08743.00107
Re: FDA Compliance Assessment

Invoice No.: 497664
April 30, 2012
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|------------|-----|-----------|-------|
| 03/06/12 | Flaherty | C300 | Prepare for and participate in telephone conference with E. Eller and T. Barker regarding medical device tax and device classification issues (0.3); follow-p regarding same (0.1). | 0.4 |
| 03/16/12 | Flaherty | C300 | Telephone conference with L. Duff, M. Buono, and S. Wood regarding Sodasorb and Flash cartridge complaint issues and compliance with FDA regulations and requirements in connection with same (0.9). | 0.9 |
| 03/19/12 | Flaherty | C300 | Telephone conference with L. Duff regarding GRAS status of silicon dioxide (0.2); research same (0.4); e-mail correspondence with L. Duff summarizing research results (0.2). | 0.8 |
| 03/21/12 | Flaherty | C300 | E-mail correspondence with L. Duff and M. Buono regarding Flash cartridge device classification and related issues (0.1). | 0.1 |
| 03/23/12 | Flaherty | C300 | Review and analyze FDA compliance assessment follow-up e-mail and action items list from L. Duff (0.3). | 0.3 |
| 03/26/12 | Flaherty | C300 | Research and analyze Reveleris® 330g cartridge product complaint and related medical device classification issue, including detailed review of labeling and website materials (2.7); prepare for and participate in meeting with L. Duff regarding same (0.3); telephone conference with L. Duff, S. Perdue, and M. Buono regarding same (1.0); follow-up meeting with L. Duff regarding same and other FDA compliance assessment Phase II tasks (0.5). | 4.5 |
| 03/29/12 | Flaherty | C300 | Telephone conference with S. Wood regarding FDA food packaging regulations (0.2); review and analyze 21 C.F.R. § 175.300 (0.4); e-mail correspondence with S. Wood providing suggested language for FDA compliance statement (0.2); e-mail correspondence with M. Rosenberg and L. Duff regarding GRAS status of silicon dioxide (0.2); draft memo regarding Reveleris® 330g cartridge product complaint (0.2). | 1.2 |

Matter No.: 08743.00107
Re: FDA Compliance Assessment

Invoice No.: 497664
April 30, 2012
Page 3

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 03/30/12 | Flaherty | C300 | Draft memo regarding Reveleris® 330g cartridge product complaint (0.3). | 0.3 |
| | | | **Total Hours** | **8.5** |

Matter No.: 08743.00107
Re: FDA Compliance Assessment

Invoice No.: 497664
April 30, 2012
Page 4

### TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| James Flaherty | 8.5 | at | 485.00 | = | 4,122.50 |
| | **Total Fees** | | | | **$4,122.50** |

### Disbursement Summary

| Date | | Amount |
|---|---|---|
| 03/19/12 | Telephone 14105314210 - Columbia - MD (USA) | 1.69 |
| | **Total Disbursements** | **$1.69** |

| | |
|---|---|
| **Total Fees** | **$4,122.50** |
| **Total Disbursements** | **1.69** |
| **Total Fees and Disbursements** | **$4,124.19** |

 **FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

Lydia B. Duff
Senior Environmental Counsel
Legal Services Group
W.R. Grace & Co.
75 Grace Drive
Columbia, MD 21044

April 30, 2012
Invoice No.: 497664
Matter No.: 08743.00107

Re:    **FDA Compliance Assessment**

**Total Fees and Disbursements**            **$4,124.19**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| **Federal Tax ID : 04-2150535** | |
|---|---|
| **Wire Instructions:** | ABA: 011500120 |
| Citizens Bank | Swift #: CTZIUS33 |
| 1 Citizens Drive | Account # 1133945993 |
| Providence, RI 02915 | Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00107, **Invoice #:** 497664
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company