EXHIBIT A

**March 2012 Fee Detail**

| | Matter 3 | | Business Operations | | |
|---|---|---|---|---|---|
| Attorney | Date | Description | Time | Rate | Amount |
| RJH | 3/5/2012 | Telephone conferences with J. McFarland re contemplated business transaction (.60); exchange correspondence with various parties re same (.50); legal research re same (.30); telephone conference with A. Paul, J. O'Connell and A. Schlesinger re same (.50). | 1.90 | $475 | $902.50 |
| RJH | 3/6/2012 | Telephone conference with J. McFarland re contemplated business transactions (.30); consider issues re same (.30). | .60 | $475 | $285.00 |
| RJH | 3/20/2012 | Telephone conference with J. Hughes re business issue (.60); telephone conferences with J. Estrada re ongoing CNA contracts (.40); exchange correspondence with R. Finke re same (.10). | 1.10 | $475 | $522.50 |
| Total | | | 3.60 | | $1,710.00 |

Matter 4                                           Case Administration

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 3/1/2012 | Respond to creditor inquiries re notice of confirmation (3.50). | 3.50 | $475 | $1,662.50 |
| RJH | 3/2/2012 | Respond to creditor inquiries re notice of confirmation (3.70). | 3.70 | $475 | $1,757.50 |
| RJH | 3/5/2012 | Respond to creditor inquiries re notice of confirmation (2.50). | 2.50 | $475 | $1,187.50 |
| RJH | 3/6/2012 | Respond to creditor inquiries re notice of confirmation (3.00). | 3.00 | $475 | $1,425.00 |
| RJH | 3/7/2012 | Respond to query from D. Borowy and research same (1.00); respond to creditor inquiries (3.00). | 4.00 | $475 | $1,900.00 |
| RJH | 3/8/2012 | Respond to creditor inquiries re confirmation notice (2.20). | 2.20 | $475 | $1,045.00 |
| RJH | 3/9/2012 | Respond to creditor inquiries re confirmation notice (1.00). | 1.00 | $475 | $475.00 |
| RJH | 3/12/2012 | Respond to creditor inquiries re notice of confirmation (3.00); review and analyze filed pleadings (.50). | 3.50 | $475 | $1,662.50 |
| RJH | 3/13/2012 | Respond to creditor inquiries re notice of confirmation (2.50). | 2.50 | $475 | $1,187.50 |
| RJH | 3/14/2012 | Respond to creditor inquiries re notice of confirmation (1.80); review and analyze filed pleadings (.30). | 2.10 | $475 | $997.50 |
| RJH | 3/15/2012 | Respond to creditor inquiries re notice of confirmation (1.00). | 1.00 | $475 | $475.00 |
| RJH | 3/16/2012 | Respond to creditor inquiries re notice of confirmation (1.50). | 1.50 | $475 | $712.50 |
| RJH | 3/20/2012 | Respond to creditor inquiries re notice of confirmation (1.00). | 1.00 | $475 | $475.00 |
| RJH | 3/21/2012 | Respond to creditor inquiries re notice of confirmation (.70). | .70 | $475 | $332.50 |
| RJH | 3/23/2012 | Review and analyze docket filings (.30). | .30 | $475 | $142.50 |
| RJH | 3/26/2012 | Respond to creditor inquiries re notice of confirmation (1.10). | 1.10 | $475 | $522.50 |
| RJH | 3/27/2012 | Respond to creditor inquiries re notice of confirmation (.50). | .50 | $475 | $237.50 |
| RJH | 3/28/2012 | Respond to creditor inquiries re notice of confirmation (.80). | .80 | $475 | $380.00 |
| RJH | 3/30/2012 | Respond to creditor inquiries re notice of confirmation (.70). | .70 | $475 | $332.50 |
| Total | | | 35.60 | | $16,910.00 |

**Matter 6**          Claim Analysis Objection & Resolution (Non-asbestos)

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 3/2/2012 | Analyze client documents re Illinois DOR claim (2.50); draft and revise High Point AOC 9019 motion (2.00). | 4.50 | $475 | $2,137.50 |
| RJH | 3/5/2012 | Legal analysis re High Point AOC (.30); telephone conference with H. Feichko re same (.60); revise motion re same (.50); analyze issues re Otis pipeline consent decree (.50); exchange correspondence with various parties re same (.50). | 2.40 | $475 | $1,140.00 |
| RJH | 3/6/2012 | Legal research and consider issues re EPA multi-site agreement (1.50); draft memo to file re same (3.50). | 5.00 | $475 | $2,375.00 |
| RJH | 3/7/2012 | Analyze Illinois DOR claim documents (3.00). | 3.00 | $475 | $1,425.00 |
| RJH | 3/8/2012 | Draft and revise High Point AOC motion (1.30); telephone conference with H. Feichko re same (.30); analysis re Illinois DOR claim (1.80); telephone conference with J. Newbold re same (.50). | 3.90 | $475 | $1,852.50 |
| RJH | 3/9/2012 | Prepare for telephone conference with L. Duff, R. Finke and J. Feichko re open environmental claims issues (.40); participate in same (1.00). | 1.40 | $475 | $665.00 |
| RJH | 3/12/2012 | Review and analyze draft High Point AOC (.80). | .80 | $475 | $380.00 |
| RJH | 3/13/2012 | Revise High Point AOC motion (2.20); legal research re same (.80); telephone conference with H. Feichko re same (.50). | 3.50 | $475 | $1,662.50 |
| RJH | 3/14/2012 | Analyze and resolve issues re High Point AOC (1.00); telephone conference with H. Feichko re same (.50); review and revise High Point AOC motion (1.50). | 3.00 | $475 | $1,425.00 |
| RJH | 3/15/2012 | Circulate High Point AOC motion for comment (.30); review and revise same (1.00); exchange correspondence with J. Newbold re Illinois DOR claim (.30); attend to matters and circulate correspondence re Otis Pipeline order (.30). | 1.90 | $475 | $902.50 |
| RJH | 3/16/2012 | Telephone conferences with L. Duff and H. Feichko re potential Additional Site matter (.90); legal research and consider issues re same (2.00). | 2.90 | $475 | $1,377.50 |
| RJH | 3/19/2012 | Telephone conference with D. Blakney re Locke settlement (.30); exchange correspondence with various parties re High Point AOC motion (.80); revise same (1.20); prepare same for filing (.80); legal research re environmental claims issues (.80); exchange correspondence with various parties re same (.40). | 4.30 | $475 | $2,042.50 |
| RJH | 3/20/2012 | Attend to matters re High Point AOC Motion (.30); attend to matters re NYS DOR claims settlement notice (.30). | .60 | $475 | $285.00 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 3/21/2012 | Legal research re administrative claims bar date issue (2.50); telephone conference with J. Hughes re same (.50); legal research re environmental claims issues (.30). | 3.30 | $475 | $1,567.50 |
| RJH | 3/22/2012 | Attend to matters re CNO for NYSDTF claims stipulation and exchange correspondence with various parties re same (.50). | .50 | $475 | $237.50 |
| RJH | 3/23/2012 | Resolve matters re NYSDTF claim settlement and exchange correspondence with D. Demeter re same (.50). | .50 | $475 | $237.50 |
| RJH | 3/26/2012 | Telephone conference with L. Gardner re allowed claims exhibit (.50); analysis re same (.60); legal analysis re administrative claims matters (5.50); telephone conference with A. Paul re same (.40). | 7.00 | $475 | $3,325.00 |
| RJH | 3/27/2012 | Analyze administrative claims issues (1.50); telephone conference with K. Kinsella re same (.50); analyze environmental claims issues (1.50); exchange correspondence with various parties re same (.30); legal research re same (1.00). | 4.80 | $475 | $2,280.00 |
| RJH | 3/28/2012 | Legal research re administrative claims issues (.50); draft correspondence re same (.50); analyze and comment on latest draft of allowed claims exhibit (3.00); telephone conference with R. Finke re same and other issues (.50). | 4.50 | $475 | $2,137.50 |
| RJH | 3/29/2012 | Attend to matters re NYSDTF claims settlement (.30); exchange correspondence re High Point claim settlement (.30); analyze and research issues re same raised in A. Krieger correspondence (.50). | 1.10 | $475 | $522.50 |
| RJH | 3/30/2012 | Respond to A. Deitz correspondence re Michigan DOR claims (.20); exchange correspondence with M. Araki and C. Finke re same (.20); legal research re allowed claims exhibit (1.50); exchange correspondence with various parties re same (.50); legal research re environmental claims issue (3.00); attend to matters and correspond with H. Feichko re High Point claim settlement (.60); telephone conference with J. Hughes re administrative claims bar date and other issues (.70). | 6.70 | $475 | $3,182.50 |
| Total | | | 65.60 | | $31,160.00 |

| Matter 8 | | Employee Benefits/Pension | | | |
|---|---|---|---|---|---|
| **Attorney** | **Date** | **Description** | **Time** | **Rate** | **Amount** |
| RJH | 3/1/2012 | Legal research re claims trader inquiry (1.00); exchange correspondence with various parties re same (.50); telephone conference with J. Podesta and others re same (.50). | 2.00 | $475 | $950.00 |
| Total | | | 2.00 | | $ 950.00 |

| Matter 10 | | Employment Applications, Others | | | |
|---|---|---|---|---|---|
| **Attorney** | **Date** | **Description** | **Time** | **Rate** | **Amount** |
| RJH | 3/8/2012 | Analyze OCP issues (.30); telephone conference with J. McFarland re same (.30). | .60 | $475 | $285.00 |
| RJH | 3/12/2012 | Attend to matters re OCP affidavit (.10); prepare for telephone conference re same (.20); participate in same (.40); prepare same for filing (.20). | .90 | $475 | $427.50 |
| Total | | | 1.50 | | $ 712.50 |

| Matter 11 | | Fee Applications, Applicant | | | |
|---|---|---|---|---|---|
| **Attorney** | **Date** | **Description** | **Time** | **Rate** | **Amount** |
| RJH | 3/7/2012 | Respond to fee auditor inquiry (.70). | .70 | $475 | $332.50 |
| RJH | 3/27/2012 | Prepare February expense detail (.70); prepare February fee application (2.00). | 2.70 | $475 | $1,282.50 |
| RJH | 3/28/2012 | Prepare February fee application for filing (.70). | .70 | $475 | $332.50 |
| Total | | | 4.10 | | $1,947.50 |

**Matter 13**                                                **Financing**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 3/7/2012 | Telephone conference with J. McFarland re L/C Facility extension (.20). | .20 | $475 | $95.00 |
| Total | | | 0.20 | | $ 95.00 |

**Matter 14** — **Hearings**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 3/1/2012 | Review and comment on draft agenda for 3/28 hearing (.50); attend to matters re entry of NY Hillside order (.80). | 1.30 | $475 | $617.50 |
| RJH | 3/13/2012 | Review and analyze March 28 hearing agenda (.30); exchange correspondence with various parties re same (.20). | .50 | $475 | $237.50 |
| RJH | 3/15/2012 | Attend to matters re 3/28 hearing (.30). | .30 | $475 | $142.50 |
| RJH | 3/18/2012 | Attend to matters re 3/28 hearing (.50); exchange correspondence with A. Paul re same and other matters (.30). | .80 | $475 | $380.00 |
| RJH | 3/23/2012 | Attend to matters re cancellation of 3/28 hearing (.50); resolve issues re entry of fee order (.30). | .80 | $475 | $380.00 |
| Total | | | 3.70 | | $1,757.50 |

| | Matter 15 | Litigation and Litigation Consulting | | | |
|---|---|---|---|---|---|
| Attorney | Date | Description | Time | Rate | Amount |
| RJH | 3/15/2012 | Telephone conference with J. Hughes re Norfolk Southern (.70); legal research re same (.20). | .90 | $475 | $427.50 |
| RJH | 3/20/2012 | Legal research re Norfolk Southern (5.50). | 5.50 | $475 | $2,612.50 |
| RJH | 3/21/2012 | Analysis and legal research re Norfolk Southern (4.50). | 4.50 | $475 | $2,137.50 |
| Total | | | 10.90 | | $5,177.50 |

**Matter 16**                  **Plan and Disclosure Statement**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 3/1/2012 | Legal research re protective orders (1.80); telephone conference with J. Gettleman re Garlock (.50). | 2.30 | $475 | $1,092.50 |
| RJH | 3/2/2012 | Exchange correspondence with various parties re Garlock ballot subpoena (.80). | .80 | $475 | $380.00 |
| RJH | 3/5/2012 | Legal research re Garlock PI ballot subpoena (2.20); exchange correspondence with various parties re same (.80); telephone conference with A. Paul re same (.20). | 3.20 | $475 | $1,520.00 |
| RJH | 3/8/2012 | Analysis re allowed claims exhibit (.80); telephone conference with M. Araki re same (.40); attend to appellate notice of appearance (.20); analyze various administrative matters re appeal (.90); exchange correspondence with M. Jones and others re same (.50). | 2.80 | $475 | $1,330.00 |
| RJH | 3/9/2012 | Analyze R. Worf letter re BMC ballot discovery (.80); telephone conference with T. Feil re same (.30); legal research re same (.50); draft letter to R. Worf re same (2.00); circulate draft letter to working group (.50); telephone conferences with A. Paul re same (.40); revise letter and circulate (.60); telephone conferences with K. Makowski re appeals matters (.50); analyze and resolve issues re same (.10); telephone conference with J. Gettleman re settlement issues (.40); analyze and resolve same (.90). | 7.00 | $475 | $3,325.00 |
| RJH | 3/12/2012 | Review and analyze pleadings filed in appeal (1.00). | 1.00 | $475 | $475.00 |
| RJH | 3/13/2012 | Telephone conference with plan proponents' counsel (1.20); review and analyze pleadings filed re Garlock district court reconsideration motion (.60); review and analyze pleadings re appeal (.30). | 2.10 | $475 | $997.50 |
| RJH | 3/14/2012 | Analyze and resolve issues re allowed claims and scheduled claims exhibits (.70); exchange correspondence with M. Araki re same (.50); | 1.20 | $475 | $570.00 |
| RJH | 3/15/2012 | Analyze and resolve issues re allowed claims and scheduled claims exhibits (3.50); exchange correspondence with M. Araki re same (.20); telephone conference with M. Araki re same (.60); review, analyze and comment on response to Garlock stay motion (1.00); review virtual data room document production (.60). | 5.90 | $475 | $2,802.50 |
| RJH | 3/16/2012 | Attend to matters re Third Circuit appeal (.50); review and analyze pleadings filed Garlock stay motion matter (.80). | 1.30 | $475 | $617.50 |
| RJH | 3/19/2012 | Review and analyze Garlock motion to strike and associated filings (.50); legal research and consider issues re same (.30); attend to matters re district court's briefing schedule (.50). | 1.30 | $475 | $617.50 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 3/22/2012 | Analyze and resolve issues re allowed claims exhibit (6.00). | 6.00 | $475 | $2,850.00 |
| RJH | 3/27/2012 | Participate in bi-weekly telephone conference with plan proponent professionals re plan confirmation and appeals issues (.80); telephone conference with A. Paul re same and other issues (.30); review and analyze Garlock reply re supersedeas bond and stay motion (.70). | 1.80 | $475 | $855.00 |
| Total | | | 36.70 | | $17,432.50 |