<u>**EXHIBIT B**</u>

**March 2012 Expense Detail**

## EXPENSE SUMMARY

| Service Description | Amount |
|---|---:|
| Facsimile | $16.95 |
| Long Distance/Conference Telephone Charges/Internet | $410.01 |
| Online research | $549.72 |
| Postage | $69.32 |
| Total: | **$1,046.00** |

## ITEMIZED EXPENSES

### TRAVEL

| Date | Amount | Service Description |
|---|---:|---|
| none | $0.00 | NA |
| Total | $ 0.00 | |

### NON-TRAVEL

| Date | Amount | Service Description |
|---|---:|---|
| 3/19/2012 | $35.14 | FedEx |
| 3/19/2012 | $34.18 | FedEx |
| 4/6/2012 | $410.01 | ICI Telecon IC -Grace conference call charges for March |
| 4/6/2012 | $16.95 | Fax and other charges |
| 4/15/2012 | $549.72 | Lexis Nexis - Grace charges for March |
| Total | **$1,046.00** | |

Total March 2012 Expenses: $1,046.00