# EXHIBIT A

## W. R. Grace & Co., et al.,
## District of Delaware, Bankruptcy Case No. 01-1139

### Report on Settlements of Certain Claims and Causes of Action
### January 1, 2012, through March 31, 2012

**Settlements Greater than $50,000, But Less Than $1,000,000**

| Date | Dkt | Notice of Settlement |
|---|---|---|
| 02/27/2012 | 28592 | Claims Settlement Notice New York State Department of Taxation and Finance ("NYSDTF") |
| 04/16/2012 | 28783 | Notice of Final Judgment and Claims Settlement re Robert H. Locke |

**Settlements Less Than $50,000**

| Date | Claim | Settlement |
|---|---|---|
| -- | -- | None |