## EXHIBIT A

**SUMMARY OF THE PRINCIPAL SERVICES PERFORMED BY THE APPLICANT ON BEHALF OF THE COMMITTEE BY WORK/LITIGATION TASK CODE FOR THE PERIOD FROM OCTOBER 1, 2011 THROUGH DECEMBER 31, 2011**

**ASSET DISPOSITION (002)**

Applicant reviewed Debtors' Vermiculite sale motion.

**BUSINESS OPERATIONS (003)**

Applicant reviewed debtors' merger motion.

**CASE ADMINISTRATION (TASK CODE NO. 004)**

Applicant monitored docket activity.

**COMMITTEE (ALL-CREDITORS, NOTEHOLDERS, EQUITY HOLDERS) (TASK CODE NO. 007)**

Applicant analyzed a variety of issues for the Official Committee of Unsecured Creditors.

**EMPLOYMENT APPLICATIONS, OTHER (010)**

Application reviewed debtors' applications to amend PricewaterhouseCoopers retention and debtors' application to retain Baker and MacKenzie.

**FEE APPLICATIONS (APPLICANT) (TASK CODE NO. 012)**

Applicant prepared and filed its fee applications.

**FEE APPLICATIONS (OTHERS) (TASK CODE NO. 013)**

Applicant assisted in the preparation, and coordinated the service and filing of fee applications of other professionals representing the Official Committee of Unsecured Creditors, including Stroock & Stroock & Lavan and Capstone Advisory Group.

**HEARINGS (TASK CODE NO. 015)**

Applicant reviewed agenda prepared for various hearings for the benefit of the Committee as necessary.

**LITIGATION AND LITIGATION CONSULTION (016)**

Application reviewed motions and pleadings in connection with Baker & McKenzie retention, Galococh Sealing litigation and and Vermiculite litigation.

**OTHER (TASK CODE NO. 025)**

Applicant reviewed and retrieved miscellaneous pleadings and memos.