## **EXHIBIT B**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. Grace & Co., <u>et al.</u>, | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |
| | **Objection Deadline:  December 29, 2011 at 4:00 p.m.**<br>**Hearing date:  To be scheduled only if objections**<br>**are timely filed and served.** |

**ONE-HUNDRED SEVENTEENTH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS <u>FOR THE PERIOD FROM OCTOBER 1, 2011 THROUGH OCTOBER 31, 2011</u>**

| | |
|---|---|
| Name of Applicant: | **Duane Morris LLP** |
| Authorized to Provide<br>Professional Services to: | **Official Committee of**<br>**Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and<br>reimbursement is sought | **October 1, 2011 through**<br>**October 31, 2011** |
| Amount of Compensation sought as<br>actual, reasonable and necessary: | **$4,103.60 (80% of $5,129.50)** |
| Amount of Expense Reimbursement sought<br>as actual, reasonable and necessary: | **$217.30** |

This is an: ☒ monthly  ☐ interim  ☐ final application.

This is the one-hundred seventeenth monthly fee application of Duane Morris LLP.

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01-7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02–1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02–2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02-3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |
| June 19, 2003 | 4/1/03 – 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 – 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |
| September 18, 2003 | 6/1/03 – 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 – 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 – 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 – | $20,454.50 | $221.26 | $16,363.60 | $221.26 |

| | | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| | 12/30/03 | | | | |
| June 22, 2004 | 1/1/04 – 1/31/04 | $22,612.50 | $872.84 | $18,090.00 | $872.84 |
| June 22, 2004 | 2/1/04 – 2/29/04 | $11,260.50 | $489.46 | $9,008.40 | $489.46 |
| June 22, 2004 | 3/1/04 – 3/31/04 | $11,766.00 | $16.05 | $9,412.80 | $16.05 |
| June 28, 2004 | 4/1/04 – 4/30/04 | $16,984.50 | $980.26 | $13,587.60 | $980.26 |
| June 30, 2004 | 5/1/04 – 5/31/04 | $32,817.00 | $2,190.53 | $26,253.60 | $2,190.53 |
| July 30, 2004 | 6/1/04 – 6/30/04 | $27,416.50 | $738.78 | $21,933.20 | $738.78 |
| August 25, 2004 | 7/1/04 - 7/31/04 | $19,040.00 | $201.17 | $15,232.00 | $201.17 |
| September 23, 2004 | 8/1/04- 8/31/04 | $18,098.50 | $383.56 | $14,478.80 | $383.56 |
| October 20, 2004 | 9/1/04 – 9/30/04 | $18,370.50 | $198.58 | $14,696.40 | $198.58 |
| November 19, 2004 | 10/1/04 – 10/31/04 | $26,153.50 | $228.76 | $20,922.80 | $228.76 |
| December 17, 2004 | 11/1/04 – 11/30/04 | $33,416.50 | $9,327.54 | $26,733.20 | $9,327.54 |
| January 18, 2005 | 12/1/05 - 12/31/05 | $40,701.00 | $563.95 | $32,560.80 | $563.95 |
| March 3, 2005 | 1/1/05 – 1/31/05 | $41,319.50 | $2,508.99 | $33,055.60 | $2,508.99 |
| March 21, 2005 | 2/1/05 – 2/28/05 | $19,744.50 | $176.37 | $15,795.60 | $176.37 |
| April 22, 2005 | 3/1/05 – 3/31/05 | $17,413.00 | $1,001.41 | $13,030.40 | $1,001.41 |
| May 24, 2005 | 4/1/05 – 4/30/05 | $12,196.00 | $41.50 | $9,756.80 | $41.50 |
| June 20, 2005 | 5/1/05- 5/30/05 | $17,670.50 | $421.11 | $14,136.40 | $421.11 |
| July 21,2005 | 6/1/05- 6/30/05 | $15,429.99 | $685.78 | $12,343.20 | $685.78 |
| August 30, 2005 | 7/1/05- 7/31/05 | $26,044.50 | $1,766.47 | $20,835.60 | $1,766.47 |
| September 30, 2005 | 8/1/05- 8/31/05 | $15,111.00 | $436.15 | $12,088.80 | $436.15 |
| October 20, 2005 | 9/1/05 – 9/30/05 | $13,118.50 | $731.74 | $10,494.80 | $731.74 |
| November 18, 2005 | 10/1/05- | $18,014.00 | $40.22 | $14,411.20 | $40.22 |

3

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| | 10/31/05 | | | | |
| December 19, 2005 | 11/1/05 – 11/30/05 | $13,114.00 | $365.64 | $12,893.90 | $365.64 |
| February 6, 2006 | 12/1/05 – 12/31/05 | $20,159.00 | $1,871.84 | $16,127.20 | $1,841.84 |
| March 2, 2006 | 1/1/06 – 1/28/06 | $21,157.40 | $517.90 | $16,930.00 | $517.90 |
| March 13, 2006 | 2/1/06 – 2/28/06 | $11,268.50 | $0.00 | $9,014.80 | $0.00 |
| April 28, 2006 | 3/1/06 – 3/31/06 | $15,309.50 | $424.79 | $12,247.60 | $424.79 |
| May 30, 2006 | 4/1/06 – 4/30/06 | $14,241.50 | $1,014.93 | $11,393.20 | $1,014.93 |
| June 16, 2006 | 5/1/06 – 5/31/06 | $15,350.50 | $38.60 | $12,280.40 | $38.60 |
| August 10, 2006 | 6/1/06 – 6/30/06 | $25,877.00 | $1,968.78 | $20,701.60 | $1,968.78 |
| August 30, 2006 | 7/1/06 – 7/31/06 | $27,754.00 | $260.05 | $27,754.00 | $260.05 |
| October 6, 2006 | 8/1/06 – 8/31/06 | $32,699.50 | $235.27 | $32,699.50 | $235.27 |
| October 30, 2006 | 9/1/06 – 9/30/06 | $29,511.50 | $1,537.45 | $26,511.50 | $1,537.45 |
| November 30, 2006 | 10/1/06 – 10/31/06 | $22,550.50 | $360.17 | $22,550.50 | $360.17 |
| January 8, 2007 | 11/1/06 – 11/30/06 | $52,715.50 | $462.28 | $52,715.50 | $462.28 |
| February 1, 2007 | 12/1/06 – 12/31/06 | $36,411.00 | $628.30 | $36,411.00 | $208.95 |
| February 28, 2007 | 1/1/07 – 1/31/07 | $39,970.50 | $770.49 | $39,970.50 | $770.49 |
| April 13, 2007 | 2/1/07 – 2/28/07 | $23,416.00 | $81.51 | $23,416.00 | $81.51 |
| May 1, 2007 | 3/1/07 – 3/31/07 | $20,408.50 | $110.79 | $20,408.50 | $110.79 |
| July 13, 2007 | 4/1/07 – 4/30/07 | $17,098.00 | $677.86 | $20,408.50 | $110.79 |
| July 13, 2007 | 5/1/07 – 5/31/07 | $20,049.00 | $7,553.02 | $20,049.00 | $7,553.02 |
| July 31, 2007 | 6/1/107 – 6/30/07 | $22,710.50 | $1,017.52 | $22,710.50 | $1,017.52 |

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| October 1, 2007 | 7/1/07 – 7/31/07 | $43,373.50 | $1,544.99 | $34,698.80 | $1,544.99 |
| October 1, 2007 | 8/1/07 – 8/31/07 | $23,739.50 | $1,306.17 | $18,991.60 | $1,306.17 |
| October 30, 2007 | 9/1/07 – 9/30/07 | $36,004.00 | $48.39 | $28,803.20 | $48.39 |
| December 3, 2007 | 10/1/07 – 10/31/07 | $28,085.50 | $3,244.17 | $22,468.40 | $3,244.17 |
| January 3, 2008 | 11/1/07 – 11/30/07 | $29,455.00 | $860.54 | $23,564.00 | $860.54 |
| January 29, 2008 | 12/1/07 – 12/31/07 | $49,823.00 | $505.80 | $47,689.06 | $505.80 |
| March 10, 2008[1] | 1/1/08 – 2/29/08 | $58, 572.80 | $10,713.36 | $46,858.24 | $10,713.36 |
| May 1, 2008 | 3/1/08 – 3/31/08 | $50,913.00 | $1,171.03 | $50,301.80 | $1,171.03 |
| May 21, 2008 | 4/1/08 – 4/30/08 | $84,772.50 | $1,770.07 | $67,778.00 | $1,770.07 |
| June 27, 2008 | 5/1/08 – 5/31/08 | $23,242.00 | $1,913.97 | $18,593.60 | $1,913.97 |
| July 28, 2008 | 6/1/08 – 6/30/08 | $28,668.00 | $888.00 | $22,934.40 | $888.00 |
| August 28, 2008 | 7/1/08 – 7/31/08 | $30,341.50 | $183.79 | $24,273.20 | $183.79 |
| October 13, 2008 | 8/1/08 – 8/31/08 | $21,406.50 | $2,380.26 | $17,125.20 | $2,380.26 |
| November 12, 2008 | 9/1/08 – 9/30/08 | $25,857.00 | $784.16 | $20,685.60 | $784.16 |
| November 18, 2008 | 10/1/08 – 10/31/08 | $30,909.00 | $2,724.44 | $24,727.20 | $2,724.44 |
| December 30, 2008 | 11/1/08 – 11/30/08 | $14,479.00 | $238.13 | $11,583.20 | $238.13 |
| February 3, 2009 | 12/1/08 – 12/31/08 | $32,930.00 | $825.68 | $26,344.00 | $825.68 |
| February 11, 2009 | 1/1/09 – 1/31/09 | $47,975.00 | $828.47 | $38,380.00 | $828.47 |
| April 2, 2009 | 2/1/09 – 2/28/09 | $33,072.50 | $493.81 | $26,458.00 | $493.81 |
| April 10, 2009 | 3/1/09 – 3/31/09 | $34,393.50 | $2,281.30 | $27,514.80 | $2,281.30 |

---

[1] The title of this Application [D.I. 18254] states that the fee application was for the period January 1, 2008 through January 31, 2008, when it should have identified the period as  January 1, 2008 through February 29, 2008.

| | | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| June 5, 2009 | 4/1/09 – 4/30/09 | $33,877.50 | $1,333.84 | $27,102.00 | $1,333.84 |
| June 5, 2009 | 5/1/09 – 5/31/09 | $38,838.00 | $18.92 | $31,070.40 | $18.92 |
| August 19, 2009 | 6/1/09 – 6/30/09 | $102,615.50 | $2,762.47 | $82,092.40 | $2,762.47 |
| September 23, 2009 | 7/1/09 – 7/31/09 | $72,966.60 | $1,922.11 | $58,373.28 | $1,922.11 |
| September 24, 2009 | 8/1/09 – 8/31/09 | $66,921.00 | $2,118.21 | $53,536.80 | $2,118.21 |
| October 21, 2009 | 9/1/09 – 9/30/09 | $70,480.00 | $309.20 | $56,384.00 | $309.20 |
| December 1, 2009 | 10/1/09 – 10/31/09 | $33,986.50 | $2,425.29 | $27,189.20 | $2,425.29 |
| December 28, 2009 | 11/1/09- 11/30/09 | $32,937.00 | $101.82 | $26,349.60 | $101.82 |
| January 28, 2010 | 12/1/09- 12/31/09 | $15,975.00 | $1,870.07 | $12,780.00 | $1,870.07 |
| March 2, 2010 | 1/1/10 – 1/31/10 | $21,378.80 | $81.23 | $17,103.04 | $81.23 |
| March 29, 2010 | 2/1/10 – 2/29/10 | $8,597.50 | $803.88 | $6,878.00 | $803.88 |
| April 28, 2010 | 3/1/10 – 3/31/10 | $18,726.50 | $1,436.91 | $14,981.20 | $1,436.91 |
| May 28, 2010 | 4/1/10 – 4/30/10 | $11,323.50 | $46.14 | $9,058.80 | $46.14 |
| June 28, 2010 | 5/1/10 – 5/31/10 | $6,203.50 | $944.99 | $4,962.80 | $944.99 |
| July 30, 2010 | 6/1/10 – 6/30/10 | $11,249.50 | $605.05 | $8,999.60 | $605.05 |
| August 18, 2010 | 7/1/10 – 7/31/10 | $4,799.00 | $302.53 | $3,839.20 | $302.53 |
| September 28, 2010 | 8/1/10 – 8/30/10 | $6,063.50 | $310.09 | $4,850.80 | $310.09 |
| October 28, 2010 | 9/1/10 – 9/30/10 | $9,657.50 | $570.26 | $7,726.00 | $570.26 |
| November 29, 2010 | 10/1/10 – 10/31/10 | $2,526.50 | $12.18 | $2,021.20 | $12.18 |
| December 28, 2010 | 11/1/10 – 11/30/10 | $2,486.00 | $0.00 | $1,988.80 | $0.00 |
| January 28, 2011 | 12/1/10 – 12/31/10 | $18,306.50 | $975.89 | $14,645.20 | $975.89 |

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| February 28, 2011 | 1/1/11 – 1/31/11 | $11,915.50 | $55.74 | $9,532.40 | $55.74 |
| March 28, 2011 | 2/1/11 – 2/29/11 | $42,225.00 | $1,195.31 | $33,780.00 | $1,195.31 |
| April 28, 2011 | 3/1/11 – 3/31/11 | $17,595.50 | $417.97 | $14,076.40 | $417.97 |
| June 28, 2011 | 4/1/11 – 4/30/11 | $29,853.50 | $10.00 | $23,882.80 | $10.00 |
| June 28, 2011 | 5/1/11 – 5/31/11 | $16,460.00 | $211.76 | $13,168.00 | $211.76 |
| August 9, 2011 | 6/1/11 – 6/30/11 | $29,115.00 | $1,137.17 | $23,292.00 | $1,137.17 |
| August 11, 2011 | 7/1/11 – 7/30/11 | $6,683.00 | $69.92 | $5,346.40 | $69.92 |
| October 5, 2011 | 8/1/11 – 8/31/11 | $5,954.00 | $512.17 | $4,763.20 | $512.17 |
| October 28, 2011 | 9/1/11 – 9/30/11 | $4,199.00 | $231.68 | Pending | Pending |

## SUMMARY OF COMPENSABLE TIME

| Name of Professional Person | Position of the Applicant/No. of Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| William S. Katchen | Of Counsel/41 years | $835.00 | 1.70 | $1,419.50 |
| Michael R. Lastowski | Partner/25 years | $745.00 | 3.50 | $2,607.50 |
| Stephanie Lenkiewicz | Paralegal | $175.00 | 6.30 | $1,102.50 |
| **Total** | | | **11.50** | **$5,129.50** |

## COMPENSATION SUMMARY BY TASK CODE

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition (02) | 1.40 | $1,043.00 |
| Business Operations (03) | 0.90 | $670.50 |
| Case Administration (04) | 0.10 | $74.50 |
| Committee (07) | 0.70 | $584.50 |
| Fee Applications, Applicant (12) | 3.10 | $770.50 |
| Fee Applications, Other (13) | 3.60 | $630.00 |
| Hearings (15) | 0.70 | $521.50 |
| Other (25) | 1.00 | $835.00 |
| **TOTAL** | **11.50** | **$5,129.50** |

## EXPENSE SUMMARY

| Expense Category | Provider | Total Expenses |
|---|---|---|
| Postage | Internal | $106.60 |
| Messenger Service | Parcels | $10.00 |
| Printing & Duplicating | Internal | $100.70 |
| **TOTAL EXPENSES** | | **$217.30** |

WHEREFORE, Duane Morris LLP respectfully requests that, for the period October 1, 2011 through October 31, 2011, an interim allowance be made to Duane Morris LLP for compensation in the amount of $4,103.60 (80% of allowed fees totaling $5,129.50) and $217.30 for reimbursement of expenses be authorized, and for such other and further relief as this Court may deem just and proper.

Dated: November 29, 2011
      Wilmington, Delaware

*/s/ Michael R. Lastowski*
Michael R. Lastowski (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
Telephone:   (302) 657-4900
Facsimile:   (302) 657-4901
E-mail:     mlastowski@duanemorris.com
            rwriley@duanemorris.com

- and –

William S. Katchen
DUANE MORRIS LLP
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:   (973) 424-2000
Facsimile:   (973) 424-2001
E-mail:     wskatchen@duanemorris.com

*Co-Counsel for the Official Committee of*
*Unsecured Creditors of W. R. Grace & Co., et al.*

# Exhibit A

## Duane Morris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

November 03, 2011

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001          Invoice# 1707762          IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 10/31/2011 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 3.50 hrs. at | $745.00 | /hr. = | $2,607.50 | |
| WS KATCHEN | OF COUNSEL | 1.70 hrs. at | $835.00 | /hr. = | $1,419.50 | |
| S LENKIEWICZ | PARALEGAL | 6.30 hrs. at | $175.00 | /hr. = | $1,102.50 | |
| | | | | | | $5,129.50 |

DISBURSEMENTS
MESSENGER SERVICE                          $10.00
POSTAGE                                   $106.60
PRINTING & DUPLICATING                    $100.70
TOTAL DISBURSEMENTS                                      $217.30

BALANCE DUE THIS INVOICE                                 $5,346.80

TOTAL BALANCE DUE                                       $32,665.95

Duane Morris
November 03, 2011
Page 2

File # K0248-00001                                              INVOICE# 1707762
       W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|-----------|------------|---|-------|-------|
| 10/18/2011 002 | MR LASTOWSKI | REVIEW DEBTORS' VERMICULITE SALE MOTION | 1.40 | $1,043.00 |
| | | Code Total | 1.40 | $1,043.00 |

Duane Morris
November 03, 2011
Page 3

File # K0248-00001                                         INVOICE# 1707762
     W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 10/18/2011 003 | MR LASTOWSKI | REVIEW DEBTORS' MERGER MOTION | 0.90 | $670.50 |
| | | Code Total | 0.90 | $670.50 |

Duane Morris
November 03, 2011
Page 4

File # K0248-00001                                    INVOICE# 1707762
      W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 10/18/2011 004 | MR LASTOWSKI | REVIEW DEBTORS' MOTION TO AMEND ORDINARY COURSE PROFESSIONAL ORDERS | 0.10 | $74.50 |
| | | Code Total | 0.10 | $74.50 |

Duane Morris
November 03, 2011
Page 5

File # K0248-00001                                              INVOICE# 1707762
    W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 10/4/2011 007 | WS KATCHEN | REVIEW STROOCK EMAIL TO COMMITTEE. | 0.10 | $83.50 |
| 10/10/2011 007 | WS KATCHEN | REVIEW DOCKET STATUS. | 0.20 | $167.00 |
| 10/27/2011 007 | WS KATCHEN | REVIEW STROOCK MEMO. | 0.20 | $167.00 |
| 10/28/2011 007 | WS KATCHEN | REVIEW CAPETONE MEMO. | 0.20 | $167.00 |
| | | Code Total | 0.70 | $584.50 |

Duane Morris
November 03, 2011
Page 6

File # K0248-00001                                          INVOICE# 1707762
    W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 10/4/2011 012 | S LENKIEWICZ | RECEIPT AND REVIEW DUANE MORRIS INVOICE FOR SEPTEMBER 2011 | 0.30 | $52.50 |
| 10/5/2011 012 | S LENKIEWICZ | FINALIZE DUANE MORRIS 115TH MONTHLY FEE APPLICATION FOR AUGUST 2011 (.2); EFILE SAME AND CALENDAR OBJECTION DEADLINE (.3); COORDINATE SERVICE OF SAME (.2) | 0.70 | $122.50 |
| 10/18/2011 012 | MR LASTOWSKI | E-MAIL FROM FEE AUDITOR RE: LATEST QUARTERLY SUBMISSION | 0.10 | $74.50 |
| 10/18/2011 012 | MR LASTOWSKI | E-MAIL FROM FEE AUDITOR RE: LATEST QUARTERLY SUBMISSION | 0.10 | $74.50 |
| 10/19/2011 012 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS AND CNO'S FOR DUANE MORRIS MONTHLY FEE APPLICATIONS (.2); REVIEW PRIOR JUNE THROUGH AUGUST MONTHLY APPLICATIONS TO CONFIRM NO DISCREPANCIES (.2) | 0.40 | $70.00 |
| 10/28/2011 012 | S LENKIEWICZ | PREPARE DUANE MORRIS 116TH MONTHLY APPLICATION FOR SEPTEMBER 2011 (.5); FINALIZE AND EFILE SAME (.3) | 0.80 | $140.00 |
| 10/28/2011 012 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO 115TH MONTHLY FEE APPLICATION (.1); PREPARE CERTIFICATION OF NO OBJECTION REGARDING SAME (.2); EFILE SAME (.2) | 0.50 | $87.50 |
| 10/31/2011 012 | MR LASTOWSKI | REVIEW FEE AUDITORS FINAL REPORT | 0.20 | $149.00 |
| | | Code Total | 3.10 | $770.50 |

Duane Morris
November 03, 2011
Page 7

File # K0248-00001                                          INVOICE# 1707762
    W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 10/12/2011 013 | S LENKIEWICZ | RECEIPT OF EMAIL FROM D. MOHAMMAD RE CAPSTONE 30TH QUARTERLY (.1); RESPOND TO SAME AND EMAIL TO OFFICE SERVICES (.1) | 0.20 | $35.00 |
| 10/13/2011 013 | S LENKIEWICZ | FINALIZE NOTICE OF CAPSTONE'S 30TH QUARTERLY FEE APPLICATION (.1); PREPARE CERTIFICATE OF SERVICE RE SAME (.2); PREPARE 2002 SERVICE LABELS AND INSTRUCTIONS FOR OFFICE SERVICES (.3); FINALIZE NOTICE, APPLICATION AND EXHIBITS AND EFILE CAPSTONE'S 30TH QUARTERLY FEE APPLICATION (.4); FORWARD COPY OF NOTICE TO OFFICE SERVICES FOR SERVICE (.1); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 1.20 | $210.00 |
| 10/18/2011 013 | S LENKIEWICZ | FINALIZE AND EFILE 90TH MONTHLY FEE APPLICATION OF CAPSTONE FOR THE PERIOD JULY 2011 (.3); FINALIZE AND EFILE 91ST MONTHLY FEE APPLICATION OF CAPSTONE FOR THE PERIOD AUGUST 2011 (.3); FORWARD EFILING CONFIRMATIONS TO D. MOHAMMAD (.1) | 0.70 | $122.50 |
| 10/19/2011 013 | S LENKIEWICZ | PREPARE CERTIFICATE OF NO OBJECTION REGARDING 89TH MONTHLY APPLICATION OF CAPSTONE (.2); EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.50 | $87.50 |
| 10/21/2011 013 | S LENKIEWICZ | PREPARE CERTIFICATE OF NO OBJECTION REGARDING SSL 125TH MONTHLY FEE APPLICATION (.2); EFILE SAME (.2); EMAIL EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.50 | $87.50 |
| 10/28/2011 013 | S LENKIEWICZ | FINALIZE SSL'S 126TH MONTHLY FEE APPLICATION AND EXHIBITS FOR EFILING (.2); EFILE SAME (.2); EMAIL EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.50 | $87.50 |
| | | Code Total | 3.60 | $630.00 |

Duane Morris
November 03, 2011
Page 8

File # K0248-00001                                          INVOICE# 1707762
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 10/5/2011 | 015 | MR LASTOWSKI | REVIEW DOCKET TO IDENTIFY MATTERS TO BE HEARD AT NEXT OMNIBUS HEARING | 0.30 | $223.50 |
| 10/27/2011 | 015 | MR LASTOWSKI | REVIEW DOCKET TO IDENTIFY MATTERS TO BE HEARD AT NEXT OMNIBUS HEARING | 0.40 | $298.00 |
| | | | Code Total | 0.70 | $521.50 |

Duane Morris
November 03, 2011
Page 9

File # K0248-00001                                      INVOICE# 1707762
    W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 10/17/2011 025 | WS KATCHEN | REVIEW GARLOCK - NOTICE OF APPEAL. | 0.10 | $83.50 |
| 10/20/2011 025 | WS KATCHEN | REVIEW MOTION OF DEBTORS: TO AMEND ORDERS; APPROVING SALE OF ASSET AGREEMENT (VERMICULITE); AGREEMENT OF SALE; PROPOSED ORDER. | 0.60 | $501.00 |
| 10/20/2011 025 | WS KATCHEN | REVIEW MOTION RE: AUTHORIZING MERGER OF SUBSIDIARIES, ET AL.; FILON DECLARATION. | 0.30 | $250.50 |
| | | Code Total | 1.00 | $835.00 |
| | | TOTAL SERVICES | 11.50 | $5,129.50 |

Duane Morris
November 03, 2011
Page 10

File # K0248-00001                                    INVOICE# 1707762
     W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|------|--------|
| 10/31/2011 | POSTAGE | | 106.60 |
| | | Total: | $106.60 |
| | | | |
| 10/31/2011 | MESSENGER SERVICE | | 10.00 |
| | | Total: | $10.00 |
| | | | |
| 10/31/2011 | PRINTING & DUPLICATING | | 100.70 |
| | | Total: | $100.70 |
| | | | |
| | | TOTAL DISBURSEMENTS | $217.30 |

Duane Morris
November 03, 2011
Page 11

File # K0248-00001                                      INVOICE# 1707762
     W.R. GRACE & CO.

**TIMEKEEPER**

| NO. | NAME | CLASS | HOURS | RATE | VALUE |
|-----|------|-------|-------|------|-------|
| 02394 | MR LASTOWSKI | PARTNER | 3.50 | 745.00 | $2,607.50 |
| 02602 | WS KATCHEN | OF COUNSEL | 1.70 | 835.00 | $1,419.50 |
| 03723 | S LENKIEWICZ | PARALEGAL | 6.30 | 175.00 | $1,102.50 |
|  |  |  | 11.50 |  | $5,129.50 |