## EXHIBIT C

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. Grace & Co., <u>et al.</u>, | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |
| | **Objection Deadline: January 17, 2012 at 4:00 p.m.**<br>**Hearing date: To be scheduled only if objections**<br>**are timely filed and served.** |

**ONE-HUNDRED EIGHTEENTH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM NOVEMBER 1, 2011 THROUGH NOVEMBER 30, 2011**

| | |
|---|---|
| Name of Applicant: | **Duane Morris LLP** |
| Authorized to Provide<br>Professional Services to: | **Official Committee of<br>Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and<br>reimbursement is sought | **November 1, 2011 through<br>November 30, 2011** |
| Amount of Compensation sought as<br>actual, reasonable and necessary: | **$4,644.40 (80% of $5,805.50)** |
| Amount of Expense Reimbursement sought<br>as actual, reasonable and necessary: | **$218.32** |

This is an: ☒ monthly  ☐ interim  ☐ final application.

This is the one-hundred eighteenth monthly fee application of Duane Morris LLP.

**PRIOR APPLICATIONS FILED**

| | | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01-7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02–1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02–2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02-3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |
| June 19, 2003 | 4/1/03 – 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 – 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |
| September 18, 2003 | 6/1/03 – 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 – 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 – 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 – | $20,454.50 | $221.26 | $16,363.60 | $221.26 |

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| | 12/30/03 | | | | |
| June 22, 2004 | 1/1/04 – 1/31/04 | $22,612.50 | $872.84 | $18,090.00 | $872.84 |
| June 22, 2004 | 2/1/04 – 2/29/04 | $11,260.50 | $489.46 | $9,008.40 | $489.46 |
| June 22, 2004 | 3/1/04 – 3/31/04 | $11,766.00 | $16.05 | $9,412.80 | $16.05 |
| June 28, 2004 | 4/1/04 – 4/30/04 | $16,984.50 | $980.26 | $13,587.60 | $980.26 |
| June 30, 2004 | 5/1/04 – 5/31/04 | $32,817.00 | $2,190.53 | $26,253.60 | $2,190.53 |
| July 30, 2004 | 6/1/04 – 6/30/04 | $27,416.50 | $738.78 | $21,933.20 | $738.78 |
| August 25, 2004 | 7/1/04 - 7/31/04 | $19,040.00 | $201.17 | $15,232.00 | $201.17 |
| September 23, 2004 | 8/1/04- 8/31/04 | $18,098.50 | $383.56 | $14,478.80 | $383.56 |
| October 20, 2004 | 9/1/04 – 9/30/04 | $18,370.50 | $198.58 | $14,696.40 | $198.58 |
| November 19, 2004 | 10/1/04 – 10/31/04 | $26,153.50 | $228.76 | $20,922.80 | $228.76 |
| December 17, 2004 | 11/1/04 – 11/30/04 | $33,416.50 | $9,327.54 | $26,733.20 | $9,327.54 |
| January 18, 2005 | 12/1/05 - 12/31/05 | $40,701.00 | $563.95 | $32,560.80 | $563.95 |
| March 3, 2005 | 1/1/05 – 1/31/05 | $41,319.50 | $2,508.99 | $33,055.60 | $2,508.99 |
| March 21, 2005 | 2/1/05 – 2/28/05 | $19,744.50 | $176.37 | $15,795.60 | $176.37 |
| April 22, 2005 | 3/1/05 – 3/31/05 | $17,413.00 | $1,001.41 | $13,030.40 | $1,001.41 |
| May 24, 2005 | 4/1/05 – 4/30/05 | $12,196.00 | $41.50 | $9,756.80 | $41.50 |
| June 20, 2005 | 5/1/05- 5/30/05 | $17,670.50 | $421.11 | $14,136.40 | $421.11 |
| July 21,2005 | 6/1/05- 6/30/05 | $15,429.99 | $685.78 | $12,343.20 | $685.78 |
| August 30, 2005 | 7/1/05- 7/31/05 | $26,044.50 | $1,766.47 | $20,835.60 | $1,766.47 |
| September 30, 2005 | 8/1/05- 8/31/05 | $15,111.00 | $436.15 | $12,088.80 | $436.15 |
| October 20, 2005 | 9/1/05 – 9/30/05 | $13,118.50 | $731.74 | $10,494.80 | $731.74 |
| November 18, 2005 | 10/1/05- | $18,014.00 | $40.22 | $14,411.20 | $40.22 |

| Date Filed | Period Covered | Requested | | Approved for Payment | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| | 10/31/05 | | | | |
| December 19, 2005 | 11/1/05 – 11/30/05 | $13,114.00 | $365.64 | $12,893.90 | $365.64 |
| February 6, 2006 | 12/1/05 – 12/31/05 | $20,159.00 | $1,871.84 | $16,127.20 | $1,841.84 |
| March 2, 2006 | 1/1/06 – 1/28/06 | $21,157.40 | $517.90 | $16,930.00 | $517.90 |
| March 13, 2006 | 2/1/06 – 2/28/06 | $11,268.50 | $0.00 | $9,014.80 | $0.00 |
| April 28, 2006 | 3/1/06 – 3/31/06 | $15,309.50 | $424.79 | $12,247.60 | $424.79 |
| May 30, 2006 | 4/1/06 – 4/30/06 | $14,241.50 | $1,014.93 | $11,393.20 | $1,014.93 |
| June 16, 2006 | 5/1/06 – 5/31/06 | $15,350.50 | $38.60 | $12,280.40 | $38.60 |
| August 10, 2006 | 6/1/06 – 6/30/06 | $25,877.00 | $1,968.78 | $20,701.60 | $1,968.78 |
| August 30, 2006 | 7/1/06 – 7/31/06 | $27,754.00 | $260.05 | $27,754.00 | $260.05 |
| October 6, 2006 | 8/1/06 – 8/31/06 | $32,699.50 | $235.27 | $32,699.50 | $235.27 |
| October 30, 2006 | 9/1/06 – 9/30/06 | $29,511.50 | $1,537.45 | $26,511.50 | $1,537.45 |
| November 30, 2006 | 10/1/06 – 10/31/06 | $22,550.50 | $360.17 | $22,550.50 | $360.17 |
| January 8, 2007 | 11/1/06 – 11/30/06 | $52,715.50 | $462.28 | $52,715.50 | $462.28 |
| February 1, 2007 | 12/1/06 – 12/31/06 | $36,411.00 | $628.30 | $36,411.00 | $208.95 |
| February 28, 2007 | 1/1/07 – 1/31/07 | $39,970.50 | $770.49 | $39,970.50 | $770.49 |
| April 13, 2007 | 2/1/07 – 2/28/07 | $23,416.00 | $81.51 | $23,416.00 | $81.51 |
| May 1, 2007 | 3/1/07 – 3/31/07 | $20,408.50 | $110.79 | $20,408.50 | $110.79 |
| July 13, 2007 | 4/1/07 – 4/30/07 | $17,098.00 | $677.86 | $20,408.50 | $110.79 |
| July 13, 2007 | 5/1/07 – 5/31/07 | $20,049.00 | $7,553.02 | $20,049.00 | $7,553.02 |
| July 31, 2007 | 6/1/107 – 6/30/07 | $22,710.50 | $1,017.52 | $22,710.50 | $1,017.52 |

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| October 1, 2007 | 7/1/07 – 7/31/07 | $43,373.50 | $1,544.99 | $34,698.80 | $1,544.99 |
| October 1, 2007 | 8/1/07 – 8/31/07 | $23,739.50 | $1,306.17 | $18,991.60 | $1,306.17 |
| October 30, 2007 | 9/1/07 – 9/30/07 | $36,004.00 | $48.39 | $28,803.20 | $48.39 |
| December 3, 2007 | 10/1/07 – 10/31/07 | $28,085.50 | $3,244.17 | $22,468.40 | $3,244.17 |
| January 3, 2008 | 11/1/07 – 11/30/07 | $29,455.00 | $860.54 | $23,564.00 | $860.54 |
| January 29, 2008 | 12/1/07 – 12/31/07 | $49,823.00 | $505.80 | $47,689.06 | $505.80 |
| March 10, 2008[1] | 1/1/08 – 2/29/08 | $58,572.80 | $10,713.36 | $46,858.24 | $10,713.36 |
| May 1, 2008 | 3/1/08 – 3/31/08 | $50,913.00 | $1,171.03 | $50,301.80 | $1,171.03 |
| May 21, 2008 | 4/1/08 – 4/30/08 | $84,772.50 | $1,770.07 | $67,778.00 | $1,770.07 |
| June 27, 2008 | 5/1/08 – 5/31/08 | $23,242.00 | $1,913.97 | $18,593.60 | $1,913.97 |
| July 28, 2008 | 6/1/08 – 6/30/08 | $28,668.00 | $888.00 | $22,934.40 | $888.00 |
| August 28, 2008 | 7/1/08 – 7/31/08 | $30,341.50 | $183.79 | $24,273.20 | $183.79 |
| October 13, 2008 | 8/1/08 – 8/31/08 | $21,406.50 | $2,380.26 | $17,125.20 | $2,380.26 |
| November 12, 2008 | 9/1/08 – 9/30/08 | $25,857.00 | $784.16 | $20,685.60 | $784.16 |
| November 18, 2008 | 10/1/08 – 10/31/08 | $30,909.00 | $2,724.44 | $24,727.20 | $2,724.44 |
| December 30, 2008 | 11/1/08 – 11/30/08 | $14,479.00 | $238.13 | $11,583.20 | $238.13 |
| February 3, 2009 | 12/1/08 – 12/31/08 | $32,930.00 | $825.68 | $26,344.00 | $825.68 |
| February 11, 2009 | 1/1/09 – 1/31/09 | $47,975.00 | $828.47 | $38,380.00 | $828.47 |
| April 2, 2009 | 2/1/09 – 2/28/09 | $33,072.50 | $493.81 | $26,458.00 | $493.81 |
| April 10, 2009 | 3/1/09 – 3/31/09 | $34,393.50 | $2,281.30 | $27,514.80 | $2,281.30 |

[1] The title of this Application [D.I. 18254] states that the fee application was for the period January 1, 2008 through January 31, 2008, when it should have identified the period as  January 1, 2008 through February 29, 2008.

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| June 5, 2009 | 4/1/09 – 4/30/09 | $33,877.50 | $1,333.84 | $27,102.00 | $1,333.84 |
| June 5, 2009 | 5/1/09 – 5/31/09 | $38,838.00 | $18.92 | $31,070.40 | $18.92 |
| August 19, 2009 | 6/1/09 – 6/30/09 | $102,615.50 | $2,762.47 | $82,092.40 | $2,762.47 |
| September 23, 2009 | 7/1/09 – 7/31/09 | $72,966.60 | $1,922.11 | $58,373.28 | $1,922.11 |
| September 24, 2009 | 8/1/09 – 8/31/09 | $66,921.00 | $2,118.21 | $53,536.80 | $2,118.21 |
| October 21, 2009 | 9/1/09 – 9/30/09 | $70,480.00 | $309.20 | $56,384.00 | $309.20 |
| December 1, 2009 | 10/1/09 – 10/31/09 | $33,986.50 | $2,425.29 | $27,189.20 | $2,425.29 |
| December 28, 2009 | 11/1/09- 11/30/09 | $32,937.00 | $101.82 | $26,349.60 | $101.82 |
| January 28, 2010 | 12/1/09- 12/31/09 | $15,975.00 | $1,870.07 | $12,780.00 | $1,870.07 |
| March 2, 2010 | 1/1/10 – 1/31/10 | $21,378.80 | $81.23 | $17,103.04 | $81.23 |
| March 29, 2010 | 2/1/10 – 2/29/10 | $8,597.50 | $803.88 | $6,878.00 | $803.88 |
| April 28, 2010 | 3/1/10 – 3/31/10 | $18,726.50 | $1,436.91 | $14,981.20 | $1,436.91 |
| May 28, 2010 | 4/1/10 – 4/30/10 | $11,323.50 | $46.14 | $9,058.80 | $46.14 |
| June 28, 2010 | 5/1/10 – 5/31/10 | $6,203.50 | $944.99 | $4,962.80 | $944.99 |
| July 30, 2010 | 6/1/10 – 6/30/10 | $11,249.50 | $605.05 | $8,999.60 | $605.05 |
| August 18, 2010 | 7/1/10 – 7/31/10 | $4,799.00 | $302.53 | $3,839.20 | $302.53 |
| September 28, 2010 | 8/1/10 – 8/30/10 | $6,063.50 | $310.09 | $4,850.80 | $310.09 |
| October 28, 2010 | 9/1/10 – 9/30/10 | $9,657.50 | $570.26 | $7,726.00 | $570.26 |
| November 29, 2010 | 10/1/10 – 10/31/10 | $2,526.50 | $12.18 | $2,021.20 | $12.18 |
| December 28, 2010 | 11/1/10 – 11/30/10 | $2,486.00 | $0.00 | $1,988.80 | $0.00 |
| January 28, 2011 | 12/1/10 – 12/31/10 | $18,306.50 | $975.89 | $14,645.20 | $975.89 |

| | | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| February 28, 2011 | 1/1/11 – 1/31/11 | $11,915.50 | $55.74 | $9,532.40 | $55.74 |
| March 28, 2011 | 2/1/11 – 2/29/11 | $42,225.00 | $1,195.31 | $33,780.00 | $1,195.31 |
| April 28, 2011 | 3/1/11 – 3/31/11 | $17,595.50 | $417.97 | $14,076.40 | $417.97 |
| June 28, 2011 | 4/1/11 – 4/30/11 | $29,853.50 | $10.00 | $23,882.80 | $10.00 |
| June 28, 2011 | 5/1/11 – 5/31/11 | $16,460.00 | $211.76 | $13,168.00 | $211.76 |
| August 9, 2011 | 6/1/11 – 6/30/11 | $29,115.00 | $1,137.17 | $23,292.00 | $1,137.17 |
| August 11, 2011 | 7/1/11 – 7/30/11 | $6,683.00 | $69.92 | $5,346.40 | $69.92 |
| October 5, 2011 | 8/1/11 – 8/31/11 | $5,954.00 | $512.17 | $4,763.20 | $512.17 |
| October 28, 2011 | 9/1/11 – 9/30/11 | $4,199.00 | $231.68 | $3,359.20 | $231.68 |
| November 29, 2011 | 10/1/11 – 10/31/11 | $5,129.50 | $217.30 | Pending | Pending |

## SUMMARY OF COMPENSABLE TIME

| Name of Professional Person | Position of the Applicant/No. of Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| William S. Katchen | Of Counsel/41 years | $835.00 | 3.60 | $3,006.00 |
| Michael R. Lastowski | Partner/25 years | $745.00 | 3.10 | $2,309.50 |
| Stephanie Lenkiewicz | Paralegal | $175.00 | 2.80 | $490.00 |
| **Total** | | | **9.50** | **$5,805.50** |

## COMPENSATION SUMMARY BY TASK CODE

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration (04) | 0.40 | $334.00 |
| Committee (07) | 2.00 | $1,670.00 |
| Employment Applications, Other (10) | 2.20 | $1,639.00 |
| Fee Applications, Applicant (12) | 1.40 | $245.00 |
| Fee Applications, Other (13) | 1.40 | $245.00 |
| Hearings (15) | 0.90 | $670.50 |
| Litigation and Litigation Consulting (16) | 1.20 | $1,002.00 |
| **TOTAL** | **9.50** | **$5,805.50** |

## EXPENSE SUMMARY

| Expense Category | Provider | Total Expenses |
|---|---|---|
| Postage | Internal | $110.12 |
| Messenger Service | Parcels | $5.00 |
| Printing & Duplicating | Internal | $103.20 |
| **TOTAL EXPENSES** | | **$ 218.32** |

WHEREFORE, Duane Morris LLP respectfully requests that, for the period November 1, 2011 through November 30, 2011, an interim allowance be made to Duane Morris LLP for compensation as set forth in the invoice attached hereto as Exhibit A in the amount of $4,644.40 (80% of allowed fees totaling $5,805.50) and $218.32 for reimbursement of expenses be authorized, and for such other and further relief as this Court may deem just and proper.

Dated: December 28, 2011
      Wilmington, Delaware

*/s/ Michael R. Lastowski*
Michael R. Lastowski (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
Telephone:   (302) 657-4900
Facsimile:   (302) 657-4901
E-mail:      mlastowski@duanemorris.com
           rwriley@duanemorris.com

- and –

William S. Katchen
DUANE MORRIS LLP
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:   (973) 424-2000
Facsimile:   (973) 424-2001
E-mail:      wskatchen@duanemorris.com

*Co-Counsel for the Official Committee of*
*Unsecured Creditors of  W. R. Grace & Co., et al.*

**EXHIBIT A**

Duane Morris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
LAKE TAHOE
HO CHI MINH CITY

December 07, 2011

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001         Invoice# 1717645         IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 11/30/2011 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 3.10 hrs. at | $745.00 | /hr. = | $2,309.50 | |
| WS KATCHEN | OF COUNSEL | 3.60 hrs. at | $835.00 | /hr. = | $3,006.00 | |
| S LENKIEWICZ | PARALEGAL | 2.80 hrs. at | $175.00 | /hr. = | $490.00 | |
| | | | | | | $5,805.50 |

DISBURSEMENTS
MESSENGER SERVICE                              $5.00
POSTAGE                                      $110.12
PRINTING & DUPLICATING                       $103.20
TOTAL DISBURSEMENTS                                        $218.32

BALANCE DUE THIS INVOICE                                   $6,023.82

Duane Morris
December 07, 2011
Page 2

File # K0248-00001                                          INVOICE# 1717645
    W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 11/16/2011 004 | WS KATCHEN | REVIEW DOCKET ENTRIES; APPEAL DESIGNATION. | 0.40 | $334.00 |
| | | Code Total | 0.40 | $334.00 |

Duane Morris
December 07, 2011
Page 3

File # K0248-00001                                          INVOICE# 1717645
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 11/3/2011 | 007 | WS KATCHEN | REVIEW STROOCK MEMO TO COMMITTEE. | 0.10 | $83.50 |
| 11/4/2011 | 007 | WS KATCHEN | ADDITIONAL WORK ON EXHIBITS FOR EXPERT REPORT (1.3); FOR EMAILS FOR J. PIETROFORTE (.5). | 1.80 | $1,503.00 |
| 11/15/2011 | 007 | WS KATCHEN | REVIEW COMMITTEE MEMO. | 0.10 | $83.50 |
| | | | Code Total | 2.00 | $1,670.00 |

Duane Morris
December 07, 2011
Page 4

File # K0248-00001                                    INVOICE# 1717645
         W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 11/16/2011 010 | MR LASTOWSKI | REVIEW DEBTORS' APPLICATION TO AMEND PRICEWATERHOUSE COOPERS RETENTION. | 0.30 | $223.50 |
| 11/16/2011 010 | MR LASTOWSKI | REVIEW DEBTORS' APPLICATION TO RETAIN BAKER AND MACKENZIE. | 0.20 | $149.00 |
| 11/16/2011 010 | MR LASTOWSKI | REVIEW 11/28/11 AGENDA NOTICE AND RELATED AGENDA ITEMS. | 1.10 | $819.50 |
| 11/16/2011 010 | MR LASTOWSKI | REVIEW CNO RE: MOTION TO SELL CERTAIN VERMICULITE ASSETS. | 0.20 | $149.00 |
| 11/16/2011 010 | MR LASTOWSKI | REVIEW CNO RE: MOTION FOR AUTHORITY TO MERGE CERTAIN SUBSIDIARIES. | 0.20 | $149.00 |
| 11/22/2011 010 | MR LASTOWSKI | REVIEW AMENDED AGENDA NOTICE. | 0.10 | $74.50 |
| 11/22/2011 010 | MR LASTOWSKI | REVIEW ORDER APPROVING SALE MOTION. | 0.10 | $74.50 |
| | | Code Total | 2.20 | $1,639.00 |

Duane Morris
December 07, 2011
Page 5

File # K0248-00001                                          INVOICE# 1717645
     W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 11/29/2011 012 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO 116TH MONTHLY FEE APPLICATION (.1); PREPARE CERTIFICATE OF NO OBJECTION RE SAME (.2); EFILE SAME (.2). | 0.50 | $87.50 |
| 11/29/2011 012 | S LENKIEWICZ | PREPARE DUANE MORRIS 117TH MONTHLY FEE APPLICATION (.5); FINALIZE FOR EFILING (.2); EFILE SAME (.2). | 0.90 | $157.50 |
| | | Code Total | 1.40 | $245.00 |

Duane Morris
December 07, 2011
Page 6

File # K0248-00001                                      INVOICE# 1717645
     W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 11/10/2011 013 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO CAPSTONE 90TH AND 91ST MONTHLIES (.1); PREPARE CERTIFICATES OF NO OBJECTION REGARDING SAME (.3); FINALIZE AND EFILE SAME (.3); FORWARD EFILING CONFIRMATIONS TO D. MOHAMMAD (.1). | 0.80 | $140.00 |
| 11/28/2011 013 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO SSL 126TH MONTHLY (.1); PREPARE CERTIFICATE OF NO OBJECTION RE SAME (.2); FINALIZE AND EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1). | 0.60 | $105.00 |
| | | Code Total | 1.40 | $245.00 |

Duane Morris
December 07, 2011
Page 7

File # K0248-00001                                         INVOICE# 1717645
        W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 11/9/2011 015 | MR LASTOWSKI | REVIEW DOCKET SHEET RE: CASE STATUS. | 0.50 | $372.50 |
| 11/28/2011 015 | MR LASTOWSKI | REVIEW DOCKET SHEET RE: CASE STATUS. | 0.40 | $298.00 |
| | | Code Total | 0.90 | $670.50 |

Duane Morris
December 07, 2011
Page 8

File # K0248-00001                                                    INVOICE# 1717645
       W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 11/17/2011 016 | WS KATCHEN | REVIEW MOTION OF DEBTORS TO EMPLOY SPECIAL COUNSEL - BAKER & MCKENZIE ON NEW MATTER. | 0.20 | $167.00 |
| 11/19/2011 016 | WS KATCHEN | REVIEW CERTIFICATION OF COUNSEL (.2); REVIEW ORDER REGARDING ASSET SALE OF VERMICULITE ($5 AND $10 MILLION) (.2). | 0.40 | $334.00 |
| 11/28/2011 016 | WS KATCHEN | REVIEW CAPSTONE REPORT. | 0.40 | $334.00 |
| 11/28/2011 016 | WS KATCHEN | REVIEW DOCKET UPDATES. | 0.20 | $167.00 |
| | | Code Total | 1.20 | $1,002.00 |
| | | TOTAL SERVICES | 9.50 | $5,805.50 |

Duane Morris
December 07, 2011
Page 9

File # K0248-00001                                                    INVOICE# 1717645
        W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 11/30/2011 | POSTAGE | | 110.12 |
| | | Total: | $110.12 |
| 11/30/2011 | MESSENGER SERVICE | | 5.00 |
| | | Total: | $5.00 |
| 11/30/2011 | PRINTING & DUPLICATING | | 103.20 |
| | | Total: | $103.20 |
| | | TOTAL DISBURSEMENTS | $218.32 |