Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period  March 1, 2012 through March 31, 2012

| Date | Staff | Description | Hours | 2012 Rate | Amount |
|---|---|---|---|---|---|
| Bradley Rapp - Senior Managing Director | | | | | |
| 01-Mar-12 | BR | Review of weekly update report on Grace. | 0.10 | $650.00 | $ 65.00 |
| 01-Mar-12 | BR | Review of Form 8-K setting forth updated pro forma financial statements for Grace upon emergence from bankruptcy. | 1.40 | $650.00 | $ 910.00 |
| 05-Mar-12 | BR | Review of weekly update report on Grace. | 0.10 | $650.00 | $ 65.00 |
| 27-Mar-12 | BR | Review of previous offer by Debtor relating to proposed financial transaction. | 0.90 | $650.00 | $ 585.00 |
| 27-Mar-12 | BR | Review of materials circulated by Debtor's financial advisor in preparation for conference call. | 1.20 | $650.00 | $ 780.00 |
| 27-Mar-12 | BR | Financial analysis in preparation for conf call with financial advisors re Debtor proposed financial transaction. | 1.40 | $650.00 | $ 910.00 |
| 27-Mar-12 | BR | Conf call with financial advisors to discuss financial transaction proposed by the Debtor. | 0.70 | $650.00 | $ 455.00 |
| 27-Mar-12 | BR | Tel C w/ J Sinclair to discuss financial transaction proposed by the Debtor. | 0.40 | $650.00 | $ 260.00 |
| 28-Mar-12 | BR | Financial analysis in connection with recent financial transaction proposed by the Debtor. | 0.80 | $650.00 | $ 520.00 |
| 28-Mar-12 | BR | Conf call with financial advisors to the FCR in connection with proposed financial transaction by Debtor. | 0.40 | $650.00 | $ 260.00 |
| 28-Mar-12 | BR | Tel C w/ J Sinclair to discuss a financial transaction proposed by the Debtor. | 0.10 | $650.00 | $ 65.00 |
| | | Total Bradley Rapp | 7.50 | | $ 4,875.00 |
| James Sinclair - Senior Managing Director | | | | | |
| 01-Mar-12 | JS | Call with Blackstone (O'Connell and Schlesinger) to discuss pro-forma financial statements for monitoring and for purposes of advising ACC | 0.30 | $650.00 | $ 195.00 |
| 05-Mar-12 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.60 | $650.00 | $ 390.00 |
| 15-Mar-12 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.50 | $650.00 | $ 325.00 |
| 26-Mar-12 | JS | Review, analyze pricing information and data, joint venture agreement for Fluid Cracking Catalysts plant in Abu Dhabi for purposes of advising ACC counsel. | 0.80 | $650.00 | $ 520.00 |
| 27-Mar-12 | JS | Review, analyze proposed financial transaction materials from Blackstone in preparation for conference call with Blackstone on 3/27/12. | 2.40 | $650.00 | $ 1,560.00 |
| 27-Mar-12 | JS | Conference call with Blackstone (O'Connell), FCR adviser (Radecki) and Rapp to discuss proposed financial transaction for purposes of advising ACC counsel. | 0.70 | $650.00 | $ 455.00 |
| 27-Mar-12 | JS | Call with Rapp for follow-up discussion of Blackstone's proposed financial transaction for purposes of advising ACC counsel. | 0.40 | $650.00 | $ 260.00 |
| 28-Mar-12 | JS | Further analysis of proposed financial transaction and pricing in preparation for call with FCR adviser (Radecki). | 1.30 | $650.00 | $ 845.00 |
| 28-Mar-12 | JS | Conference call with Radecki, FCR adviser, and Brad Rapp to discuss proposed financial transaction of Blackstone for purposes of advising ACC counsel. | 0.40 | $650.00 | $ 260.00 |
| 28-Mar-12 | JS | Call with Rapp for follow-up discussion of proposed financial transaction for purposes of advising ACC counsel. | 0.10 | $650.00 | $ 65.00 |
| | | Total James Sinclair | 7.50 | | $ 4,875.00 |
| Peter Cramp - Associate | | | | | |
| 01-Mar-12 | PC | Review and discuss Grace 8-K filing containing pro forma financial information with J. Sinclair. | 0.70 | $360.00 | $ 252.00 |
| 05-Mar-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.50 | $360.00 | $ 540.00 |
| 12-Mar-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $360.00 | $ 576.00 |
| 19-Mar-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.80 | $360.00 | $ 648.00 |
| 26-Mar-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 2.40 | $360.00 | $ 864.00 |
| 27-Mar-12 | PC | Conference call with Blackstone and Lincoln Financial to discuss proposed financial transaction. | 0.70 | $360.00 | $ 252.00 |
| 27-Mar-12 | PC | Review materials from Blackstone regarding proposed financial transaction in preparation for conference call with financial advisors. | 1.10 | $360.00 | $ 396.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period  March 1, 2012 through March 31, 2012

| Date | Staff | Description | Hours | 2012 Rate | Amount |
|---|---|---|---|---|---|
| | | Total Peter Cramp | 9.80 | | $ 3,528.00 |
| Gibbons Sinclair - Associate | | | | | |
| 12-Mar-12 | GS | Review, Revise January 2012 Fee Application. | 0.80 | $ 360.00 | $ 288.00 |
| 30-Mar-12 | GS | Draft February Fee Statement. | 0.80 | $ 360.00 | $ 288.00 |
| | | Total Gibbons Sinclair | 1.60 | | $ 576.00 |
| | | **TOTAL** | 26.40 | | $ 13,854.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period  March 1, 2012 through March 31, 2012

| Date | Staff | Description | Hours | 2012 Rate | Amount |
|---|---|---|---|---|---|
| Asset Analysis and Recovery | | | | | |
| 01-Mar-12 | BR | Review of weekly update report on Grace. | 0.10 | $650.00 | $ 65.00 |
| 01-Mar-12 | PC | Review and discuss Grace 8-K filing containing pro forma financial information with J. Sinclair. | 0.70 | $360.00 | $ 252.00 |
| 05-Mar-12 | BR | Review of weekly update report on Grace. | 0.10 | $650.00 | $ 65.00 |
| 05-Mar-12 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.60 | $650.00 | $ 390.00 |
| 05-Mar-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.50 | $360.00 | $ 540.00 |
| 12-Mar-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $360.00 | $ 576.00 |
| 15-Mar-12 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.50 | $650.00 | $ 325.00 |
| 19-Mar-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.80 | $360.00 | $ 648.00 |
| 26-Mar-12 | JS | Review, analyze pricing information and data, joint venture agreement for Fluid Cracking Catalysts plant in Abu Dhabi for purposes of advising ACC counsel. | 0.80 | $650.00 | $ 520.00 |
| 26-Mar-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 2.40 | $360.00 | $ 864.00 |
| | | Total Asset Analysis and Recovery | 10.10 | | $ 4,245.00 |
| Fee Applications (Applicant) | | | | | |
| 12-Mar-12 | GS | Review, Revise January 2012 Fee Application. | 0.80 | $ 360.00 | $ 288.00 |
| 30-Mar-12 | GS | Draft February Fee Statement. | 0.80 | $ 360.00 | $ 288.00 |
| | | Total Fee Applications (Applicant) | 1.60 | | $ 576.00 |
| Plan and Disclosure Statement | | | | | |
| 01-Mar-12 | BR | Review of Form 8-K setting forth updated pro forma financial statements for Grace upon emergence from bankruptcy. | 1.40 | $650.00 | $ 910.00 |
| 01-Mar-12 | JS | Call with Blackstone (O'Connell and Schlesinger) to discuss pro-forma financial statements for monitoring and for purposes of advising ACC | 0.30 | $650.00 | $ 195.00 |
| 27-Mar-12 | BR | Review of previous offer by Debtor relating to proposed financial transaction. | 0.90 | $650.00 | $ 585.00 |
| 27-Mar-12 | BR | Review of materials circulated by Debtor's financial advisor in preparation for conference call. | 1.20 | $650.00 | $ 780.00 |
| 27-Mar-12 | BR | Financial analysis in preparation for conf call with financial advisors re Debtor proposed financial transaction. | 1.40 | $650.00 | $ 910.00 |
| 27-Mar-12 | BR | Conf call with financial advisors to discuss financial transaction proposed by the Debtor. | 0.70 | $650.00 | $ 455.00 |
| 27-Mar-12 | BR | Tel C w/ J Sinclair to discuss financial transaction proposed by the Debtor. | 0.40 | $650.00 | $ 260.00 |
| 27-Mar-12 | JS | Review, analyze proposed financial transaction materials from Blackstone in preparation for conference call with Blackstone on 3/27/12. | 2.40 | $650.00 | $ 1,560.00 |
| 27-Mar-12 | JS | Conference call with Blackstone (O'Connell), FCR adviser (Radecki) and Rapp to discuss proposed financial transaction for purposes of advising ACC counsel. | 0.70 | $650.00 | $ 455.00 |
| 27-Mar-12 | JS | Call with Rapp for follow-up discussion of Blackstone's proposed financial transaction for purposes of advising ACC counsel. | 0.40 | $650.00 | $ 260.00 |
| 27-Mar-12 | PC | Conference call with Blackstone and Lincoln Financial to discuss proposed financial transaction. | 0.70 | $360.00 | $ 252.00 |
| 27-Mar-12 | PC | Review materials from Blackstone regarding proposed financial transaction in preparation for conference call with financial advisors. | 1.10 | $360.00 | $ 396.00 |
| 28-Mar-12 | BR | Financial analysis in connection with recent financial transaction proposed by the Debtor. | 0.80 | $650.00 | $ 520.00 |
| 28-Mar-12 | BR | Conf call with financial advisors to the FCR in connection with proposed financial transaction by Debtor. | 0.40 | $650.00 | $ 260.00 |
| 28-Mar-12 | BR | Tel C w/ J Sinclair to discuss a financial transaction proposed by the Debtor. | 0.10 | $650.00 | $ 65.00 |
| 28-Mar-12 | JS | Further analysis of proposed financial transaction and pricing in preparation for call with FCR adviser (Radecki). | 1.30 | $650.00 | $ 845.00 |
| 28-Mar-12 | JS | Conference call with Radecki, FCR adviser, and Brad Rapp to discuss proposed financial transaction of Blackstone for purposes of advising ACC counsel. | 0.40 | $650.00 | $ 260.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period  March 1, 2012 through March 31, 2012

| Date | Staff | Description | Hours | 2012 Rate | Amount |
|---|---|---|---|---|---|
| 28-Mar-12 | JS | Call with Rapp for follow-up discussion of proposed financial transaction for purposes of advising ACC counsel. | 0.10 | $650.00 | $ 65.00 |
| | | Total Plan and Disclosure Statement | 14.70 | | $ 9,033.00 |
| | | **TOTAL** | 26.40 | | $ 13,854.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period March 1, 2012 through March 31, 2012
Summary of Professional Hours by Staff

| Professsional Staff | Hours | Rate | Amount |
|---|---|---|---|
| Bradley Rapp - Senior Managing Director | 7.50 | $ 650.00 | $ 4,875.00 |
| James Sinclair - Senior Managing Director | 7.50 | $ 650.00 | $ 4,875.00 |
| Peter Cramp - Associate | 9.80 | $ 360.00 | $ 3,528.00 |
| Gibbons Sinclair - Senior Analyst | 1.60 | $ 360.00 | $ 576.00 |
| Total Professional Hours and Fees | 26.40 | | $ 13,854.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Summary of Expenses Incurred - March 1, 2012 through March 31, 2012

| Date | Description of Item | Amount |
|---|---|---|
|  | No Expenses during This Period |  |
|  | Total Expenses March 1, 2012 through March 31, 2012 | $0.00 |