## EXHIBIT A

**Case Administration (1.40 Hours; $ 997.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .60 | $935 | 561.00 |
| Rita C. Tobin | .80 | $545 | 436.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/02/12 | RCT | 545.00 | 0.20 | Review local counsel recs re: EI update (.2). |
| 03/05/12 | PVL | 935.00 | 0.10 | Rv 5 misc. filings |
| 03/06/12 | PVL | 935.00 | 0.10 | Rv 4 misc. filings |
| 03/09/12 | PVL | 935.00 | 0.10 | Rv 6 misc. filings |
| 03/09/12 | RCT | 545.00 | 0.20 | Review local counsel recs re: EI update (.2). |
| 03/13/12 | PVL | 935.00 | 0.10 | Rv 10 misc. filings |
| 03/16/12 | RCT | 545.00 | 0.20 | Review local counsel recs re: EI update (.2). |
| 03/19/12 | PVL | 935.00 | 0.10 | Rv 5 misc. filings |
| 03/20/12 | PVL | 935.00 | 0.10 | Rv 7 misc. filings |
| 03/30/12 | RCT | 545.00 | 0.20 | Review local counsel recs re: EI update (.2). |

**Total Task Code .04    1.40**


**Committee, Creditors', Noterholders' or Equity Holders' (.60 Hours; $ 600.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .60 | $1,000 | 600.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/05/12 | EI | 1,000.00 | 0.30 | Spoke to two claimants (.3). |
| 03/20/12 | EI | 1,000.00 | 0.10 | Claimant inquiry (.1). |

| 03/21/12 | EI | 1,000.00 | 0.10 | Claimant inquiry (.1). |
| 03/27/12 | EI | 1,000.00 | 0.10 | Claimant inquiry (.1). |

**Total Task Code .07    .60**

**Fee Applications, Applicant (9.20 Hours; $ 3,894.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 5.70 | $545 | 3,106.50 |
| Eugenia Benetos | 3.50 | $225 | 787.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/02/12 | RCT | 545.00 | 0.20 | Emails to AB and EB re: February fee order schedules (.2). |
| 03/08/12 | RCT | 545.00 | 0.90 | Address fee issues (.9). |
| 03/09/12 | RCT | 545.00 | 0.50 | Address fee issues (.5). |
| 03/12/12 | RCT | 545.00 | 0.70 | Review prebills (.7). |
| 03/12/12 | RCT | 545.00 | 0.10 | Review email from Debtor re: fee/expense order and conference EB re: same (.1). |
| 03/12/12 | EB | 225.00 | 0.60 | Check C&D figures re: interim. |
| 03/13/12 | RCT | 545.00 | 0.20 | Address question re: interim order (.2). |
| 03/15/12 | RCT | 545.00 | 0.80 | Review exhibits (.8). |
| 03/16/12 | RCT | 545.00 | 0.60 | Address fee and expense matters (.6). |
| 03/23/12 | RCT | 545.00 | 1.00 | Address fee issues (1.0). |
| 03/26/12 | EB | 225.00 | 1.50 | Work on fee application. |
| 03/29/12 | RCT | 545.00 | 0.70 | Address fee and expense issues (.7). |
| 03/29/12 | EB | 225.00 | 0.60 | T/C with APB re: fee reduction for 3/29 payment breakdown. |
| 03/29/12 | EB | 225.00 | 0.60 | Obtain 3/1 transcript for RCT. |

| 03/30/12 | EB | 225.00 | 0.20 | Check breakdown for EI. |

**Total Task Code .12**     **9.20**


**Plan & Disclosure Statement (47.10 Hours; $ 31,188.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .90 | $1,000 | 900.00 |
| Peter Van N. Lockwood | 16.90 | $935 | 15,801.50 |
| Ann c.McMillan | 4.00 | $645 | 2,580.00 |
| Jeffrey A. Liesemer | .20 | $555 | 111.00 |
| Kevin C. Maclay | 12.90 | $555 | 7,159.50 |
| Andrew J. Sackett | 9.40 | $380 | 3,572.00 |
| Todd E. Phillips | 2.80 | $380 | 1,064.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/01/12 | PVL | 935.00 | 0.30 | Rv emails and reply |
| 03/01/12 | ACM | 645.00 | 0.20 | Teleconferences Grace claimants re status of case (.1); exchange e-mailswith PVNL re same (.1). |
| 03/02/12 | PVL | 935.00 | 0.20 | Cn KCM |
| 03/02/12 | KCM | 555.00 | 4.40 | Meet with TEP re stay issue (.2); review Garlock's stay papers and related materials (2.2); review/edit outline of response to stay motion and review/analyze related materials (.4); review cases and materials re stay issues (1.6) |
| 03/02/12 | TEP | 380.00 | 2.80 | Legal research re: motion to stay (2.6); confer with KCM re: same (.2). |
| 03/03/12 | KCM | 555.00 | 1.30 | Review/analyze Garlock reply brief and related materials |
| 03/04/12 | PVL | 935.00 | 1.10 | Rv draft Libby/BNSF settlement approval motion and email comments (.4); rv Garlock reply re reh. and email Donley et al (.4); rv revised draft BNSF agmt (.3) |
| 03/04/12 | KCM | 555.00 | 0.20 | Review/analyze correspondence re reply and stay briefs |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 03/05/12 | PVL | 935.00 | 1.90 | Tcn Donley, Paul, Frankel, Wyron et al (1.6); cn ACM (.3) |
| 03/05/12 | ACM | 645.00 | 0.80 | Exchange e-mails with AJS, K. Henningson re research project (.3); conference PVNL re same (.5). |
| 03/05/12 | KCM | 555.00 | 2.10 | Plan/prepare for stay response and review/analyze related briefs, cases and materials |
| 03/05/12 | AJS | 380.00 | 0.20 | Prep and review of emails to and from ACM re plan research (0.1); meeting w/ ACM re plan research (0.1). |
| 03/06/12 | PVL | 935.00 | 0.20 | Rv revised draft BNSF agmt and emails re same |
| 03/06/12 | ACM | 645.00 | 0.40 | Research re cases in which equity holders retained equity. |
| 03/06/12 | AJS | 380.00 | 2.90 | Prep and review of emails re research re confirmed plans (0.5); legal research re confirmed plans (2.4). |
| 03/07/12 | PVL | 935.00 | 0.10 | Rv emails & reply |
| 03/07/12 | ACM | 645.00 | 1.30 | Teleconference AJS re cases in which equity holders retained equity and research re same. |
| 03/07/12 | AJS | 380.00 | 5.10 | Review of email from ACM re research re confirmed plans (0.1); prep of email to ACM re research re confirmed plans (0.1); research re confirmed plans (3.6); prep of email to Donley re confirmed plans (0.2); prep and review of emails to and from ACM re confirmed plans (0.3); phone call w/ ACM re confirmed plans (0.1); review of email from PVNL re confirmed plans (0.1); review of emails from Donnelly re confirmed plans (0.1); prep of memo re confirmed plans (0.5). |
| 03/08/12 | PVL | 935.00 | 0.40 | Rv emails & reply (.2); rv revised draft Libby/BNSF approval order (.2) |
| 03/08/12 | ACM | 645.00 | 0.90 | Exchange e-mails with AJS, PVNL re payment percentage calculation issues (.3); exchange e-mails with PVNL, M. Jones re Committee members' identifies and review materials re same (.6). |
| 03/08/12 | AJS | 380.00 | 1.20 | Review of emails from Paul and Donley re previous plans (0.1); review of emails from PVNL and ACM re previous plans (0.1); review of emails from ACM |

| | | | | |
|---|---|---|---|---|
| | | | | re previous plans (0.1); review of email from Donley re previous plans (0.1); phone call w/ ACM re previous plans (0.1); phone call w/ ACM re previous plans (0.1); meeting w/ JPW re previous plans (0.2); phone call w/ Paul re previous plans (0.1); prep of email to PVNL re previous plans (0.1); review of email from PVNL re previous plans (0.1); prep of email to Paul re previous plans (0.1). |
| 03/09/12 | PVL | 935.00 | 0.50 | Rv emails and reply (.3); re draft surreply to Garlock (.2) |
| 03/09/12 | KCM | 555.00 | 2.10 | Review/analyze sur-reply and related materials and communicate with PVNL re same |
| 03/10/12 | JAL | 555.00 | 0.20 | Review and analysis of materials relating to plan issues. |
| 03/12/12 | PVL | 935.00 | 0.80 | Teleconference Wyron (.4); rv draft ltr to Dalleo (.1); rv complaint in Nat'l Indem. v. Montana (.3) |
| 03/13/12 | PVL | 935.00 | 1.10 | Tcn Shelnitz, Finke, Donley, Paul, Frankel & Wyron (1.0); rv emails (.1) |
| 03/14/12 | PVL | 935.00 | 1.00 | Rv draft stay oppo. and email comments (.6); rv draft ltr to Montana and email comments (.4) |
| 03/14/12 | EI | 1,000.00 | 0.20 | Read R. Wyron Montana materials and telephone conference with PVNL re: same (.2). |
| 03/14/12 | KCM | 555.00 | 1.50 | Review/analyze stay opposition and related materials |
| 03/15/12 | PVL | 935.00 | 1.10 | Rv emails (.1); tcn Frankel, Wyron & EI (.5); rv revised BNSF agmt (.2); rv revised stay oppo. and email comments (.3) |
| 03/15/12 | EI | 1,000.00 | 0.60 | Telephone conference with R. Frankel, R. Wyron and PVNL re: Montana matters (.6). |
| 03/15/12 | KCM | 555.00 | 1.20 | Review/analyze stay motion response and related materials |
| 03/16/12 | PVL | 935.00 | 1.00 | Rv Libby/BNSF and Libby/Insurer revised draft agmts. |
| 03/18/12 | PVL | 935.00 | 0.40 | Rv Garlock motion to strike and Donley email re same |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 03/19/12 | PVL | 935.00 | 1.00 | Rv emails & reply (.1); rv revised BNSF/Grace agmt. (.1); rv Canada summary of appeal (.1); tcn Paul, Phillips, Cohn, Giannotto, Frankel & Wyron (.5); teleconference Wyron (.2) |
| 03/19/12 | EI | 1,000.00 | 0.10 | Status inquiry with R. Horkovich (.1). |
| 03/20/12 | PVL | 935.00 | 0.30 | Rv BNSF/Libby/Insurer revised draft agmt |
| 03/21/12 | PVL | 935.00 | 0.30 | Rv revised draft BNSF/Libby/Insurer agmt. |
| 03/22/12 | ACM | 645.00 | 0.40 | Conference PVNL re status of case (.3); send e-mail to C. Skubic re same (.1). |
| 03/23/12 | PVL | 935.00 | 1.50 | Tcn Paul, Phillips, Giannotto, Cohn, Frankel & Wyron (.8); rv revised draft Libby/BNSF/Insurer agmts (.5); rv emails (.2) |
| 03/25/12 | PVL | 935.00 | 0.40 | Rv emails & reply (.1); rv revised drafts of Libby/Grace settlement approval motion & order (.3) |
| 03/26/12 | PVL | 935.00 | 0.90 | Rv emails (.1); tcn Paul, Frankel, Wyron, Phillips, Giannotto & Cohn (.5); rv revised Grace/BNSF agmt (.1); rv Garlock stay reply (.2) |
| 03/26/12 | KCM | 555.00 | 0.10 | Review Grace order |
| 03/27/12 | PVL | 935.00 | 1.60 | Tcn Shelnitz, Finke, Donley, Paul, Frankel, Wyron et al (.7); rv emails (.2); rv Grace app. discl. stmt. (.1); rv revised draft Libby/BNSF/Insurer agmts. (.6) |
| 03/29/12 | PVL | 935.00 | 0.30 | Rv revised draft Libby/BNSF approval motion and order |
| 03/30/12 | PVL | 935.00 | 0.50 | Teleconference with Paul, et al. |

**Total Task Code   .17        47.10**

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | 8.91 |
| Database Research | 162.75 |
| Long Distance-Equitrac In-House | 0.48 |
| **Total:** | **$ 172.14** |