**EXHIBIT B**

**Case Administration (1.40 Hours; $ 997.00)**

      Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**      1.40

**Committee, Creditors', Noteholders' or Equity Holders' (.60 Hours; $ 600.00)**

      Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07**      .60

**Fee Applications, Applicant (9.20 Hours; $ 3,894.00)**

      Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications.

**Total Task Code .12**      9.20

**Plan & Disclosure Statement (47.10 Hours; $ 31,188.00)**

      Services rendered in this category pertain to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17**      47.10