## **EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | 8.91 |
| Database Research | 162.75 |
| Long Distance-Equitrac In-House | 0.48 |
| **Total:** | **$ 172.14** |

| | | |
|---|---|---|
| **Client Number:   4642** | **Grace Asbestos Personal Injury Claimants** | Page: 1 |
| **Matter      000** | **Disbursements** | 4/23/2012 |

Print Date/Time: 04/23/2012 12:28:28PM

Attn:

Invoice #

## PREBILL / CONTROL REPORT

Trans Date Range:  1/1/1950  to: 3/31/2012

**Matter      000**
**Disbursements**

Bill Cycle:      Monthly          Style:       i1          Start:   4/16/2001    Last Billed :   3/26/2012              13,655

                             $4,806.34
Client Retainers Available                  Committed to Invoices:         $0.00          Remaining:         $4,806.34

                                   $3,927,239.86
                 Total Expenses Billed To Date       Billing Empl:         0120     Elihu  Inselbuch
                                                     Responsible Empl:     0120     Elihu  Inselbuch
                                                     Alternate Empl:       0120     Elihu  Inselbuch
                                                     Originating Empl:     0120     Elihu  Inselbuch

**Summary  by Employee**

|       |          |                  | ---------- A C T U A L ---------- | | ---------- B I L L I N G --------- | |
|-------|----------|------------------|-------|--------|-------|--------|
| Empl  | Initials | Name             | Hours | Amount | Hours | Amount |
| 0120  | EI       | Elihu  Inselbuch | 0.00  | 8.91   | 0.00  | 8.91   |
| 0999  | C&D      | Caplin & Drysdale| 0.00  | 163.23 | 0.00  | 163.23 |
| **Total Fees** |    |                  | **0.00** | **172.14** | **0.00** | **172.14** |

**Detail Time / Expense by Date**

|          |             |           |            |           | ---------- A C T U A L ---------- | | | ---------- B I L L I N G --------- | | | |
|----------|-------------|-----------|------------|-----------|------|-------|--------|------|-------|--------|------------|
| TransNo. | Description | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 2819740  | Equitrac - Long Distance to 14142649461 | E | 03/04/2012 | 0999  C&D | | 0.00 | $0.04 | | 0.00 | $0.04 | 0.04 |
| 2819741  | Equitrac - Long Distance to 13369269145 | E | 03/04/2012 | 0999  C&D | | 0.00 | $0.08 | | 0.00 | $0.08 | 0.12 |
| 2822219  | Federal Express -Delivery to M.Hurford, 2/22/12 (EI; Split b/w clients 4642 & 5334) | E | 03/07/2012 | 0120  EI | | 0.00 | $8.91 | | 0.00 | $8.91 | 9.03 |
| 2823276  | Equitrac - Long Distance to 13128623120 | E | 03/08/2012 | 0999  C&D | | 0.00 | $0.16 | | 0.00 | $0.16 | 9.19 |

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Matter** | **000** | **Disbursements** | | | | | | | | 4/23/2012 |

Print Date/Time: 04/23/2012 12:28:28PM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2823295 | Equitrac - Long Distance to 13128622259 | E | 03/08/2012 | 0999 | C&D | 0.00 | $0.20 | 0.00 | $0.20 | 9.39 |
| 2828945 | Database Research - Lexis TEP 3/2 | E | 03/31/2012 | 0999 | C&D | 0.00 | $21.68 | 0.00 | $21.68 | 31.07 |
| 2828994 | Database Research - Westlaw per TEP on 3/2 | E | 03/31/2012 | 0999 | C&D | 0.00 | $141.07 | 0.00 | $141.07 | 172.14 |

**Total Expenses**                                                                 $172.14                  $172.14
                                                                          0.00                      0.00

            Matter Total Fees                                                  0.00                      0.00
            Matter Total Expenses                                            172.14                    172.14
            Matter Total                                         0.00        172.14         0.00      172.14

            Prebill Total Fees
            Prebill Total Expenses                                         $172.14                   $172.14
            Prebill Total                                        0.00      $172.14         0.00      $172.14

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 74,007 | 04/22/2010 | 55,577.50 | 137.53 |
| 84,500 | 11/22/2011 | 16,063.50 | 3,212.70 |
| 84,967 | 12/14/2011 | 44,261.00 | 8,852.21 |
| 85,603 | 01/19/2012 | 45,640.50 | 9,128.10 |
| 86,185 | 02/16/2012 | 100,714.58 | 100,714.58 |
| 86,825 | 03/26/2012 | 74,128.78 | 74,128.78 |
| | | 336,385.86 | 196,173.90 |