OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: W.R. Grace & Co.          Bank: See attached

Bankruptcy Number: 01-01139          Account Number: See attached

Date of Confirmation: January 31, 2011          Account Type: See attached

Reporting Period (month/year): March 2012

| | |
|---|---|
| Beginning Cash Balance: | $788,611,479 |

All receipts received by the debtor:

| | |
|---|---|
| Cash Sales: | $0 |
| Collection of Accounts Receivable: | $1,450,356,117 |
| Proceeds from Litigation (settlement or otherwise): | $0 |
| Sale of Debtor's Assets: | $0 |
| Capital Infusion pursuant to the Plan: | $0 |
| Total of cash received: | $1,450,356,117 |
| Total of cash available: | $2,238,967,596 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $0 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $1,543,567,034 |
| All other disbursements made in the ordinary course: | $0 |
| Total Disbursements | $1,543,567,034 |
| Ending Cash Balance | $695,400,562 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

4/30/2012          Hudson La Force III / Chief Financial Officer
Date                    Name/Title

Debtor:

Case Number: 01-01139

# Quarterly Summary Report

*Chart 1*

| | W. R. Grace & Co. - Conn | Remedium Group, Inc. | W.R. Grace & Co. | Darex Puerto Rico, Inc. | Kootenai Development Company | Gloucester New Communities Company, Inc. | Total |
|---|---|---|---|---|---|---|---|
| Beginning Cash Balance | $ 787,416,464 | $ (90,148) | $ - | $ 1,177,993 | $ 106,670 | $ 500 | $ 788,611,479 |
| Total of cash received | $ 1,421,478,806 | $ 3,257,048 | $ 23,794,372 | $ 1,825,891 | $ - | $ - | $ 1,450,356,117 |
| Total Disbursements | $ 1,514,505,007 | $ 3,215,167 | $ 23,794,372 | $ 2,027,117 | $ 25,371 | $ - | $ 1,543,567,034 |
| Ending Cash Balance | $ 694,390,263 | $ (48,266) | $ - | $ 976,767 | $ 81,298 | $ 500 | $ 695,400,562 |

Chart 1

**W. R. Grace & Co. - Conn**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**March 2012**

| | JP Morgan Chase Disbursement 9101013572 | Bank of America Lockbox 8188703107 | JP Morgan Chase Holding 323223141 | JP Morgan Chase Concentration 16001257 | Bank of America Lockbox 8188203114 | Banc of America Securities LLC 22330134 | First Union Concentration 2000000282172 | First Union Payroll 2079900016741 | First Union Libby Medical 2079900065006 |
|---|---|---|---|---|---|---|---|---|---|
| CASH BEGINNING OF QUARTER | $ 167,287 | $ 119,243 | $ 870,577 | $ 1,225,006 | $ 68,625,805 | $ 705,918,586 | $ 705,129 | $ - | $ - |
| **RECEIPTS** | | | | | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | 88,903 | | | 126,705,399 | | | | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | | 116,615,899 | | | | |
| TRANSFERS IN - THIRD PARTIES | | | | 23 | 2,825,524 | | 175,584 | | |
| TRANSFERS IN - NONFILING ENTITIES | | | | | | | | | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 600,000 | | | | 60,411,411 | 741,080,940 | 100,000,000 | 613 | 508,918 |
| MISCELLANEOUS | | | | | | | | | |
| **TOTAL RECEIPTS** | 600,000 | 88,903 | 23 | 63,236,936 | 984,402,237 | 100,175,584 | - | 613 | 508,918 |
| **DISBURSEMENTS** | | | | | | | | | |
| PAYROLL | | | | | | | | 613 | |
| PAYROLL TAXES | | | | | | | | | |
| TRADE PAYABLES - THIRD PARTIES | | | | | | | | | |
| TRADE PAYABLES - INTERCOMPANY | | | | | | | | | |
| TRANSFERS OUT - THIRD PARTIES | 656,889 | | | 14,025,620 | 571,105,286 | | | | 508,918 |
| TRANSFERS OUT - NONFILING ENTITIES | | | | | 13,385,013 | | | | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | | | 49,399,590 | 142,241,239 | 450,000,000 | 593,077 | | |
| MISCELLANEOUS | | | | | | | 13,676 | | |
| **TOTAL DISBURSEMENTS** | 656,889 | - | - | 63,425,210 | 726,731,538 | 450,000,000 | 606,753 | 613 | 508,918 |
| **NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS)** | (56,889) | 88,903 | 23 | (188,274) | 257,670,699 | (349,824,416) | (606,753) | - | - |
| **CASH - END OF QUARTER** | $ 110,398 | $ 208,146 | $ 870,600 | $ 1,036,732 | $ 326,296,505 | $ 356,094,170 | $ 98,375 | $ - | $ - |

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn on behalf of certain other debtor entities, generally and primarily those that are inactive and/or have no direct employees. Such expenditures are generally de minimis and could include professional fees, state registration fees, business license fees and certain taxes.

Chart 1

| W. R. Grace & Co. - Conn<br>Schedule of Cash Receipts and Disbursements<br>MOR-1<br>March 2012 | First Union Accts Payable 2079920005761 | First Union Accts payable 2079900005260 | First Union Accts Payable 2079900005231 | SunTrust Payroll 00000141309 | JP Morgan Chase Lockbox 304616494 | First Union Petty Cash 2040000016900 | Banco de Credito Operating Acct 1931115122058 | Banco de Credito Operating Acct 1931125963172 |
|---|---|---|---|---|---|---|---|---|
| CASH BEGINNING OF QUARTER | $          - | $          - | $          - | $    44,748 | $          - | $  2,204,900 | $      6,097 | $    842,982 |
| RECEIPTS | | | | | | | | |
| | | | | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | 160,650 | 70,465 | | | 263,395,112 | | - | 1,510,603 |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | | | | - | - |
| TRANSFERS IN - THIRD PARTIES | | | | | | | 3,488,355 | - |
| TRANSFERS IN - NONFILING ENTITIES | | | | | | | - | - |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 46,528 | 37,217 | | | | | - | - |
| MISCELLANEOUS | | | | | | | - | - |
| TOTAL RECEIPTS | 207,178 | 107,683 | - | - | 263,395,112 | - | 3,488,355 | 1,510,603 |
| DISBURSEMENTS | | | | | | | | |
| | | | | | | | | |
| PAYROLL | | | | | | | - | - |
| PAYROLL TAXES | | | | | | | - | - |
| TRADE PAYABLES - THIRD PARTIES | | | | | | | - | - |
| TRADE PAYABLES - INTERCOMPANY | | | | | | | - | - |
| TRANSFERS OUT - THIRD PARTIES | 66,881 | | | | | | 3,431,039 | 1,291,872 |
| TRANSFERS OUT - NONFILING ENTITIES | 140,097 | 107,683 | | | | | - | - |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 200 | | | | 263,395,112 | 1,067 | - | - |
| MISCELLANEOUS | | | | | | | - | - |
| TOTAL DISBURSEMENTS | 207,178 | 107,683 | - | - | 263,395,112 | 1,067 | 3,431,039 | 1,291,872 |
| NET CASH FLOW<br>(RECEIPTS LESS DISBURSEMENTS) | - | - | - | - | - | (1,067) | 57,316 | 218,731 |
| CASH - END OF QUARTER | $          - | $          - | $          - | $    44,748 | $          - | $  2,203,833 | $    63,413 | $  1,061,712 |

Note #1
Various payments are made by W. R. Grace & Co. - Conn on behalf of certain other debtor entities, generally and primarily those that are inactive and/or have no direct employees. Such expenditures are generally de minimis and could include professional fees, state registration fees, business license fees and certain taxes.

Chart 1

| W. R. Grace & Co. - Conn<br>Schedule of Cash Receipts and Disbursements<br>MOR-1<br>March 2012 | Banco Interam de Finanzas 7000107707 | HSBC Operating Acct 1128001 | Bank Boston Operating Acct 154519 | Cash in Transit | Cash on Hand | Other | CURRENT MONTH | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | ACTUAL | PROJECTED |
| CASH BEGINNING OF QUARTER | $           - | $   (550,350) | $           - | $   710,400 | $   127,080 | $   6,398,974 | $   787,416,464 | $           - |
| RECEIPTS | | | | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | - | 2,931,601 | | | | | 394,862,733 | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | - | - | | | | | 116,615,899 | |
| TRANSFERS IN - THIRD PARTIES | - | - | | 825,059 | | | 7,314,546 | |
| TRANSFERS IN - NONFILING ENTITIES | - | - | | | | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | - | - | | | | | 902,685,629 | |
| MISCELLANEOUS | - | - | | | | | - | |
| TOTAL RECEIPTS | - | 2,931,601 | | 825,059 | - | - | 1,421,478,806 | - |
| DISBURSEMENTS | | | | | | | | |
| PAYROLL | - | - | | | | | 613 | |
| PAYROLL TAXES | - | - | | | | | - | |
| TRADE PAYABLES - THIRD PARTIES | - | 1,499,882 | | | | | 1,499,882 | |
| TRADE PAYABLES - INTERCOMPANY | - | - | | | | | - | |
| TRANSFERS OUT - THIRD PARTIES | - | - | | 710,400 | | | 591,796,905 | |
| TRANSFERS OUT - NONFILING ENTITIES | - | - | | | | | 13,632,792 | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | - | - | | | 110,077 | | 905,740,362 | |
| MISCELLANEOUS | - | - | | | | 1,820,776 | 1,834,452 | |
| TOTAL DISBURSEMENTS | - | 1,499,882 | | 710,400 | 110,077 | 1,820,776 | 1,514,505,007 | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | 1,431,719 | | 114,660 | (110,077) | (1,820,776) | (93,026,201) | - |
| CASH - END OF QUARTER | $           - | $   881,370 | $           - | $   825,059 | $   17,003 | $   4,578,198 | $   694,390,263 | $           - |

Note #1
Various payments are made by W. R. Grace & Co. - Conn on behalf of certain other debtor entities, generally and primarily those that are inactive and/or have no direct employees. Such expenditures are generally de minimis and could include professional fees, state registration fees, business license fees and certain taxes.

**Remedium Group, Inc.**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**March 2012**

| | JP Morgan Chase Depository/Wire 323883842 | JP Morgan Chase Disbursement 601831985 | Other | CURRENT MONTH | |
|---|---|---|---|---|---|
| | | | | ACTUAL | PROJECTED |
| CASH BEGINNING OF QUARTER | $            - | $      (90,148) | $            - | $      (90,148) | $            - |
| RECEIPTS | | | | | |
| | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | | - | |
| DIP BORROWINGS | | | | - | |
| TRANSFERS IN - THIRD PARTIES | 8,813 | | 295,833 | 304,646 | |
| TRANSFERS IN - NONFILING ENTITIES | | | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | 2,952,402 | | 2,952,402 | |
| TOTAL RECEIPTS | 8,813 | 2,952,402 | 295,833 | 3,257,048 | - |
| DISBURSEMENTS | | | | | |
| | | | | | |
| PAYROLL | | | | - | |
| PAYROLL TAXES | | | | - | |
| TRADE PAYABLES - THIRD PARTIES | | | | - | |
| TRADE PAYABLES - INTERCOMPANY | | | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | | | - | |
| TRANSFERS OUT - THIRD PARTIES | | 2,910,521 | 295,833 | 3,206,354 | |
| TRANSFERS OUT - NONFILING ENTITIES | | | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 8,813 | | | 8,813 | |
| MISCELLANEOUS | | | | - | |
| TOTAL DISBURSEMENTS | 8,813 | 2,910,521 | 295,833 | 3,215,167 | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | 41,881 | - | 41,881 | |
| CASH - END OF QUARTER | $            - | $      (48,266) | $            - | $      (48,266) | $            - |

Chart 1

**W.R. Grace & Co.**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**March 2012**

| | JP Morgan Chase Pass Through 323881963 | CURRENT MONTH | |
| --- | --- | --- | --- |
| | | ACTUAL | PROJECTED |
| CASH BEGINNING OF QUARTER | $ - | - | $ - |
| RECEIPTS | | | |
| | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| DIP BORROWINGS | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 23,794,372 | 23,794,372 | |
| TOTAL RECEIPTS | 23,794,372 | 23,794,372 | - |
| DISBURSEMENTS | | | |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| DIP PRINCIPAL REPAYMENTS | | - | |
| DIP INTEREST AND USAGE FEES | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 23,794,372 | 23,794,372 | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | 23,794,372 | 23,794,372 | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - |
| CASH - END OF QUARTER | $ - | $ - | $ - |

Chart 1

| Darex Puerto Rico, Inc. Schedule of Cash Receipts and Disbursements MOR-1 March 2012 | Citibank Operating Acct 300153011 | Petty Cash | Other | Cash-in-Transit | CURRENT MONTH ACTUAL | PROJECTED |
|---|---|---|---|---|---|---|
| CASH BEGINNING OF QUARTER | $        1,177,993 | $            - | $            - | $            - | $        1,177,993 | $            - |
| RECEIPTS | | | | | | |
| | | No Activity | No Activity | No Activity | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | 779,104 | | | | 779,104 | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | | | - | |
| TRANSFERS IN - THIRD PARTIES | | | | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | | | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 1,046,787 | | | | 1,046,787 | |
| TOTAL RECEIPTS | 1,825,891 | - | - | - | 1,825,891 | - |
| DISBURSEMENTS | | | | | | |
| | | | | | | |
| PAYROLL | | | | | - | |
| PAYROLL TAXES | | | | | - | |
| TRADE PAYABLES - THIRD PARTIES | 980,330 | | | | 980,330 | |
| TRADE PAYABLES - INTERCOMPANY | | | | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | | | | - | |
| TRANSFERS OUT - THIRD PARTIES | | | | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | | | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 1,046,787 | | | | 1,046,787 | |
| MISCELLANEOUS | | | | | - | |
| TOTAL DISBURSEMENTS | 2,027,117 | - | - | - | 2,027,117 | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | (201,226) | - | - | - | (201,226) | - |
| CASH - END OF QUARTER | $          976,767 | $            - | $            - | $            - | $          976,767 | $            - |

*Chart 1*

**Kootenai Development Company**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**March 2012**

| | First National Bank of Montana 1049097 | CURRENT MONTH | |
| --- | --- | --- | --- |
| | | ACTUAL | PROJECTED |
| CASH BEGINNING OF QUARTER | $          106,670 | 106,670 | $                  - |
| RECEIPTS | | | |
| | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | - | |
| TOTAL RECEIPTS | - | - | - |
| DISBURSEMENTS | | | |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION    PAYMENTS AS SERVICER FOR GRPI | | - | |
| TRANSFERS OUT - THIRD PARTIES | 25,371 | 25,371 | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | - | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | 25,371 | 25,371 | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | (25,371) | (25,371) | - |
| CASH - END OF QUARTER | $           81,298 | $           81,298 | $                  - |

Chart 1

**Gloucester New Communities Company, Inc.**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**March 2012**

| | Cash On Hand | CURRENT QUARTER ACTUAL | CURRENT QUARTER PROJECTED |
|---|---|---|---|
| CASH BEGINNING OF QUARTER | $ 500 | 500 | $ - |
| RECEIPTS | | | |
| | No Activity | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | - | |
| TOTAL RECEIPTS | - | - | - |
| DISBURSEMENTS | | | |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | - | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | - | - | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - |
| CASH - END OF QUARTER | $ 500 | $ 500 | $ - |

| MORI CATEGORIES | Accounts Receivable - Third Parties | Accounts Receivable - Intercompany | DIP Borrowings | Transfers In - Third Parties | Transfers In - Nonfiling Entities | Transfers In - Filing Entity Cash Accounts | | | | | Repays or Interest/Usage fees (see | Trade Payables - Third Parties | Trade Payable s - ITC | Transfers out - Third Parties | Transfers Out - Non filing | Transfers Out - Filing Entity Cash Accounts | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| March 2012 | A/R 3P + | A/R IC + | DIP+ | 3P NT+ | NF + | IF + | Misc + | Total In | Payroll - | Payroll Taxes - | DIP - | 3P T - | AP IC | 3P NT - | NF - | IF - | Misc - | Total Out | Net Cash Flow |
| Chase Main (001-0110-0002) | - | 43,935,409.69 | - | 1,778,794.65 | - | 45,911,186.49 | - | 47,689,981.14 | - | - | | | | 1,261,944.54 | - | 46,388,476.56 | - | 47,650,421.10 | 39,560.04 |
| BoA (001-0110-0010) | 17,895,190.90 | 43,935,409.69 | | | - | 383,684,733.26 | - | 445,515,333.85 | | | | | | 163,806,615.07 | 8,100,344.99 | 27,023,441.58 | | 198,930,401.64 | 246,584,932.21 |
| BoA Sec (001-0110-0375) | | | | 79,579.92 | | - | - | 79,579.92 | | | | | | | | 260,000,000.00 | - | 260,000,000.00 | (259,920,420.08) |
| Cash for cc (001 0110-5003) | 46,502.80 | | | | | | | 46,502.80 | | | | | | | | - | | - | 46,502.80 |
| Chase LB (032-0110-0377) | 96,714,799.54 | - | | - | | | - | 96,714,799.54 | | | | | | - | | 96,716,702.27 | - | 96,716,702.27 | (1,902.73) |
| FU FL (001-0110-0018) | | | | | | - | - | - | | | | | | - | | - | - | - | - |
| Chase Med (001-0110-0001) | | | | | | 200,000.00 | - | 200,000.00 | | | | | | 229,037.10 | | | | 229,037.10 | (29,037.10) |
| Chase Holding (001-0110-0280) | | | | 7.98 | | | - | 7.98 | | | | | | | | - | | - | 7.98 |
| Chase Del (005-0110-0222) | | | | | | 21,183,258.15 | - | 21,183,258.15 | | | | | | | | 21,183,258.15 | | 21,183,258.15 | - |
| GIH (543-0110-0221) | | | | | - | | | - | | | | | | | | 0.00 | | - | - |
| Rem Disb (063-0110-0224) | | | | | | 334,705.44 | | 334,705.44 | | | | | | 371,803.33 | | - | - | 371,803.33 | (37,097.89) |
| Rem DDA (063-0110-0223) | | | | 2,004.78 | | - | | 2,004.78 | | | | | | - | | 2,004.78 | | 2,004.78 | (0.00) |
| Rem Other (063-0110-9999) | | | | 295,833.20 | | - | | 295,833.20 | | | | | | | | - | | - | 295,833.20 |
| 2172 (001-0110-0017) | | | | | - | | - | - | | | | | | | | 209,681.41 | 3,250.32 | 212,931.73 | (212,931.73) |
| 5006 (001-0110-0036) | | | | | | 209,549.67 | | 209,549.67 | | | | | | 379,425.80 | | | | 379,425.80 | (169,876.13) |
| 5231 (032-0110-8003) | | | | | - | - | - | - | | | | - | | | | | | - | - |
| 5260 (032-0110-0017) | 27.57 | | | | | - | | 27.57 | | | | | | | 27.57 | | - | 27.57 | (0.00) |
| 5761 (001-0110-0188/3000) | 140,046.88 | | | | - | | | 140,046.88 | | | | | | - | 140,096.88 | 200.00 | - | 140,296.88 | (250.00) |
| 6741 (001-0110-0020) | | | | | | 331.74 | - | 331.74 | 331.74 | - | | | | | | - | | 331.74 | - |
| Cash in Transit (001-0150-0000) | | - | | 825,059.46 | | | - | 825,059.46 | | | | | | - | | - | | - | 825,059.46 |
| | 114,796,567.69 | 43,935,409.69 | - | 2,981,279.99 | - | 451,523,764.75 | - | 613,237,022.12 | 331.74 | - | - | - | - | 166,048,825.84 | 8,240,469.44 | 451,523,764.75 | 3,250.32 | 625,816,642.09 | (12,579,619.97) |
| | | | | | - | | | | | | | | | | | | | | |
| 798 Cash for CC (798-0110-5004) | - | | | | | | | - | | | | | | | | | | - | - |
| 798 PR Out cks (798-0110-0031) | | | | | | 701,799.17 | | 701,799.17 | | | | 437,253.32 | | | | 0.00 | | 437,253.32 | 264,545.85 |
| 798 Citi (798-0110-0030) | 164,937.27 | | | | | | | 164,937.27 | - | - | | | | | | 701,799.17 | | 701,799.17 | (536,861.90) |
| | 164,937.27 | - | - | - | - | 701,799.17 | - | 866,736.44 | - | - | 437,253.32 | - | - | - | - | 701,799.17 | - | 1,139,052.49 | (272,316.05) |

| MOR1 CATEGORIES | Accounts Receivable - Third Parties | Accounts Receivable - Intercompany | DIP Borrowings | Transfers In - Third Parties | Transfers In - Nonfiling Entities | Transfers In - Filing Entity Cash Accounts | | | | | Repays or Interest/Usage fees (see | Trade Payables - Third Parties | Trade Payable s - ITC | Transfers out - Third Parties | Transfers Out - Non filing | Transfers Out - Filing Entity Cash Accounts | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| January 2012 | A/R 3P + | A/R IC + | DIP+ | 3P NT+ | NF + | IF + | Misc + | Total In | Payroll - | Payroll Taxes - | DIP - | 3P T - | AP IC | 3P NT - | NF - | IF - | Misc - | Total Out | Net Cash Flow |
| Chase Main (001-0110-0002) | - | | - | 547,250.95 | - | 13,000,224.97 | - | 13,547,475.92 | | - | - | | | 12,496,267.86 | - | 1,739,466.78 | - | 14,235,734.64 | (688,258.72) |
| BoA (001-0110-0010) | 50,707,812.52 | 26,793,952.35 | | | | 270,571,300.04 | - | 348,073,064.91 | | | | | | 148,329,917.48 | 5,284,668.00 | 13,425,005.80 | | 167,039,591.28 | 181,033,473.63 |
| BoA Sec (001-0110-0375) | | | | 50,859.50 | | - | - | 50,859.50 | | | | | | | | 190,000,000.00 | - | 190,000,000.00 | (189,949,140.50) |
| Cash for cc (001 0110-5003) | (18,575.27) | | | | | | - | (18,575.27) | | | | | | | | - | | - | (18,575.27) |
| Chase LB (032-0110-0377) | 80,146,294.24 | - | | - | | | - | 80,146,294.24 | | | | | | - | | 80,146,294.24 | - | 80,146,294.24 | - |
| FU FL (001-0110-0018) | | | | | | - | - | - | | | | | | - | | - | - | - | - |
| Chase Med (001-0110-0001) | | | | | | 150,000.00 | - | 150,000.00 | | | | | | 223,181.37 | | | | 223,181.37 | (73,181.37) |
| Chase Holding (001-0110-0280) | | | | 7.74 | | | - | 7.74 | | | | | | - | | | | - | 7.74 |
| Chase Del (005-0110-0222) | | | | | | 1,589,466.78 | - | 1,589,466.78 | | | | | | | | 1,589,466.78 | | 1,589,466.78 | - |
| GIH (543-0110-0221) | | | | | - | | - | - | | | | | | | | 0.00 | | - | - |
| Rem Disb (063-0110-0224) | | | | | | 1,590,461.90 | | 1,590,461.90 | | | | | | 1,516,370.95 | | - | - | 1,516,370.95 | 74,090.95 |
| Rem DDA (063-0110-0223) | | | | 1,220.09 | | - | | 1,220.09 | | | | | | - | | 1,220.09 | | 1,220.09 | - |
| Rem Other (063-0110-9999) | | | | 0.00 | | - | | - | | | | | | | | - | | - | - |
| 2172 (001-0110-0017) | | | | | - | - | - | - | | | | | | | | 147,708.43 | 6,021.64 | 153,730.07 | (153,730.07) |
| 5006 (001-0110-0036) | | | | | | 97,489.14 | | 97,489.14 | | | | | | 97,489.14 | | | | 97,489.14 | - |
| 5231 (032-0110-8003) | | | | | - | - | | - | | | | 0.00 | | | | | | 0.00 | (0.00) |
| 5260 (032-0110-0017) | 70,437.91 | | | | | 34,993.77 | | 105,431.68 | | | | | | | 105,431.68 | | - | 105,431.68 | - |
| 5761 (001-0110-0188/3000) | 15,875.55 | | | | - | 14,943.79 | | 30,819.34 | | | | | | - | 30,819.34 | | - | 30,819.34 | (0.00) |
| 6741 (001-0110-0020) | | | | - | | 281.73 | - | 281.73 | - | | - | | | | | | - | 281.73 | 281.73 |
| Cash in Transit (001-0150-0000) | | - | | - | | - | | - | | | | | | 710,399.75 | | - | | 710,399.75 | (710,399.75) |
| | 130,921,844.95 | 26,793,952.35 | - | 599,338.28 | - | 287,049,162.12 | - | 445,364,297.70 | - | - | - | 0.00 | - | 163,373,626.55 | 5,420,919.02 | 287,049,162.12 | 13,006,021.64 | 468,849,729.33 | (23,485,431.63) |
| | | | | | | - | | | | | | | | | | | | | |
| 798 Cash for CC (798-0110-5004) | 324.43 | | | | | | | 324.43 | | | | | | | | - | | - | 324.43 |
| 798 PR Out cks (798-0110-0031) | | | | | | 0.00 | | - | | | | 321,020.77 | | | | 0.00 | | 321,020.77 | (321,020.77) |
| 798 Citi (798-0110-0030) | 315,257.32 | | | | | | | 315,257.32 | - | | - | | | | | 0.00 | | - | 315,257.32 |
| | 315,581.75 | - | - | - | - | 315,581.75 | - | 315,581.75 | - | - | - | 321,020.77 | - | - | - | - | - | 321,020.77 | (5,439.02) |

| MOR1 CATEGORIES / February 2012 | Accounts Receivable - Third Parties / A/R 3P + | Accounts Receivable - Intercompany / A/R IC + | DIP Borrowings / DIP+ | Transfers In - Third Parties / 3P NT+ | Transfers In - Nonfiling Entities / NF + | Transfers In - Filing Entity Cash Accounts / IF + | Misc + | Total In | Payroll - | Payroll Taxes - | Repays or Interest/Usage fees (see / DIP - | Trade Payables - Third Parties / 3P T - | Trade Payables - ITC / AP IC | Transfers out - Third Parties / 3P NT - | Transfers Out - Non filing / NF - | Transfers Out - Filing Entity Cash Accounts / IF - | Misc - | Total Out | Net Cash Flow |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Chase Main (001-0110-0002) | - | | - | 499,478.71 | - | 1,500,000.00 | - | 1,999,478.71 | | | - | - | | 267,407.52 | - | 1,271,646.64 | - | 1,539,054.16 | 460,424.55 |
| BoA (001-0110-0010) | 58,102,395.30 | 45,886,536.48 | | | 86,824,906.87 | - | 190,813,838.65 | | | | | | 258,968,753.62 | - | 101,792,791.59 | | 360,761,545.21 | (169,947,706.56) |
| BoA Sec (001-0110-0375) | | | | 45,144.73 | | 99,999,999.99 | - | 100,045,144.72 | | | | | | | - | | - | - | 100,045,144.72 |
| Cash for cc (001 0110-5003) | 60,975.26 | | | | | | | 60,975.26 | | | | | | | | | | - | 60,975.26 |
| Chase LB (032-0110-0377) | 86,534,018.00 | - | | - | | | - | 86,534,018.00 | | | | | | - | | 86,532,115.27 | - | 86,532,115.27 | 1,902.73 |
| FU FL (001-0110-0018) | | | | | | - | | - | | | | | | - | | - | | - | - |
| Chase Med (001-0110-0001) | | | | 250,000.00 | | | | 250,000.00 | | | | | | 204,670.55 | | | | 204,670.55 | 45,329.45 |
| Chase Holding (001-0110-0280) | | | | 7.50 | | | | 7.50 | | | | | | | | | | - | 7.50 |
| Chase Del (005-0110-0222) | | | | | 1,021,646.64 | - | 1,021,646.64 | | | | | | | | | 1,021,646.64 | | 1,021,646.64 | - |
| GIH (543-0110-0221) | | | | - | | | | - | | | | | | | | 0.00 | | - | - |
| Rem Disb (063-0110-0224) | | | | 1,027,234.64 | | | | 1,027,234.64 | | | | | | 1,022,346.46 | | - | - | 1,022,346.46 | 4,888.18 |
| Rem DDA (063-0110-0223) | | | | 5,588.00 | | - | | 5,588.00 | | | | | | - | | 5,588.00 | | 5,588.00 | - |
| Rem Other (063-0110-9999) | | | | - | | - | | - | | | | | | 295,833.20 | | - | | 295,833.20 | (295,833.20) |
| 2172 (001-0110-0017) | | | | - | - | | - | | | | | | | | 235,687.05 | 4,404.50 | 240,091.55 | (240,091.55) |
| 5006 (001-0110-0036) | | | | 201,879.28 | | | | 201,879.28 | | | | | | 32,003.15 | | | | 32,003.15 | 169,876.13 |
| 5231 (032-0110-8003) | | | | - | - | | - | | | | | - | | | | | | - | - |
| 5260 (032-0110-0017) | - | | | 2,223.27 | | | | 2,223.27 | | | | | | | 2,223.27 | | - | 2,223.27 | - |
| 5761 (001-0110-0188/3000) | 4,727.44 | | | 31,584.50 | - | | | 36,311.94 | | | | - | | - | 36,061.94 | | - | 36,061.94 | 250.00 |
| 6741 (001-0110-0020) | | | | - | - | | - | 281.73 | - | | | | | | - | 281.73 | (281.73) |
| Cash in Transit (001-0150-0000) | - | | | - | | | - | | | | | | | - | | - | - | - | - |
| | 144,702,116.00 | 45,886,536.48 | - | 550,218.94 | - | 190,859,475.19 | - | 381,998,346.61 | 281.73 | - | - | - | - | 260,791,014.50 | 38,285.21 | 190,859,475.19 | (12,995,595.50) | 438,693,461.13 | (56,695,114.52) |
| | | | | | - | | | | | | | | | | | | | | |
| 798 Cash for CC (798-0110-5004) | (324.43) | | | | | | | (324.43) | | | | | | | | | | - | (324.43) |
| 798 PR Out cks (798-0110-0031) | | | | 344,987.85 | | | | 344,987.85 | | | | 222,056.18 | | | | 0.00 | | 222,056.18 | 122,931.67 |
| 798 Ctrl (798-0110-0030) | 298,909.49 | | | | | | | 298,909.49 | - | - | | - | | - | | 344,987.85 | | 344,987.85 | (46,078.36) |
| | 298,585.06 | - | - | - | - | 344,987.85 | - | 643,572.91 | - | - | | 222,056.18 | | - | - | 344,987.85 | - | 567,044.03 | 76,528.88 |