**<u>EXHIBIT A</u>**

**Matter 19 - Claims (Non-Asbestos)**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/01/12 | Lisa G Esayian | .40 | Draft correspondence to Intrawest's counsel. |
| 3/05/12 | Lisa G Esayian | 1.50 | Draft letter to Intrawest (1.0); revise same per various counts (.5). |
| 3/06/12 | Lisa G Esayian | .40 | Confer with J. Hughes re letter to Intrawest (.2); revise and send same (.2). |
| 3/21/12 | Lisa G Esayian | .50 | Review letter from Intrawest's counsel and correspond with J. Hughes re same. |
| 3/22/12 | Lisa G Esayian | .30 | Confer with J. Hughes re Intrawest's claim. |
| 3/23/12 | Christian C Semonsen | .20 | Correspond with K&E team re environmental claims and follow up review of files re same. |
| 3/26/12 | Christian C Semonsen | 1.30 | Telephone conference with L. Duff re environmental matter (.7); review 2007 multi-site environmental settlement agreement (.6). |
| 3/26/12 | Lisa G Esayian | .50 | Confer with J. Hughes re request from Intrawest to amend stipulation re lift-stay motion (.3); review correspondence from Intrawest's counsel re same (.2). |
| 3/28/12 | Christian C Semonsen | 1.00 | Prepare for and participate in telephone conference with client re environmental claims in bankruptcy. |
| 3/28/12 | Lisa G Esayian | .50 | Analyze Intrawest's claim. |
| 3/29/12 | Lisa G Esayian | .30 | Correspond with J. Hughes re Intrawest claim. |
| | TOTAL HOURS | 6.90 | |

## Matter 32 - Fee Applications, Applicant

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/01/12 | Maureen McCarthy | .80 | Revise and finalize January fee application for filing and service. |
| 3/09/12 | Adam C Paul | 1.70 | Analyze and revise February invoices. |
| 3/28/12 | Maureen McCarthy | 2.00 | Draft February fee application. |
| | TOTAL HOURS | 4.50 | |

## Matter 37 - Plan and Disclosure Statement

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/01/12 | Mike Jones | 1.10 | Review and revise settlement motion (.8); correspond with working group re same (.3). |
| 3/01/12 | Kimberly K Love | 2.90 | Prepare and organize various materials requested by S. Engel for use with upcoming briefing(1.2); prepare and organize various materials including precedent ABB information re standing as requested by R. Barakat (1.7). |
| 3/01/12 | Andrew Brniak | .90 | Prepare and compile precedent re stay standards (.6); correspond with J. Michael Jones re same (.1); review and compile recently filed pleadings and correspond with working group re same (.2). |
| 3/01/12 | Jeffrey Gettleman | .40 | Correspond with A. Paul re D. Cohn comments re status of settlement agreement (.1); correspond with M. Jones re same (.1); correspond with A. Paul re BNSF comments to settlement agreement (.1); correspond with M. Jones re same (.1). |
| 3/01/12 | Jeffrey Gettleman | .90 | Correspond with A. Paul re documentary background re Anderson Memorial claim issue (.1); correspond with M. Jones re precedential lift stay motions (.1); correspond with D. Cohn and J. Heberling re LMP transition (.1); correspond with M. Jones, J. Donley and A. Paul re current version of Libby settlement motion incorporating all comments to date (.1); correspond with R. Higgins re orders re asbestos questionnaires (.2); correspond with A. Paul re BNSF comments to Libby settlement order (.1); correspond with A. Paul and M. Jones re basis for BNSF's claims (.1); correspond with A. Paul re updated Libby settlement motion (.1). |
| 3/01/12 | Jeffrey Gettleman | 1.70 | Telephone conference with R. Higgins re asbestos questionnaires (.4); office conference with A. Paul re same (.3); |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| | | | telephone conference with A. Paul re research re claim of Anderson Memorial and PD TDP (.2); correspond with R. Finke re comments to BNSF settlement agreement (.1); correspond with M. Jones re same (.2); correspond with A. Paul re same (.1); correspond with R. Higgins re asbestos questionnaires (.1); correspond with A. Paul re modifications to Libby settlement order (.1); correspond with M. Jones re same (.1); correspond with R. Finke re LMP transition issues (.1). |
| 3/01/12 | Adam C Paul | 8.70 | Conference with J. Gettleman re questionnaires and AMH (.4); analyze AMH class claim (1.9); analyze and revise agenda (.4); telephone conference with J. Donley re Garlock (.4); analyze and revise Libby pleadings (3.7); telephone conference with R. Finke re AMH (.8); analyze appellate pleadings (1.1). |
| 3/01/12 | Britt C Grant | 2.10 | Review and analyze district court documents in preparation for appellate briefing. |
| 3/01/12 | Rana Barakat | 5.80 | Meet with L. Esayian re research on bankruptcy standing (.2); draft research memorandum re requirements for Article III standing, general bankruptcy standing and bankruptcy appellate standing (1.7); research re general rules of Article III standing, general bankruptcy standing and bankruptcy appellate standing (1.7); review and analyze case law re Article III standing general bankruptcy standing and bankruptcy appellate standing (2.2). |
| 3/01/12 | John Donley, P.C. | 2.80 | Review R. Frankel correspondence re Libby settlement (.3); draft correspondence to L. Esayian re stay standard (.1); telephone conference with L. Esayian re briefing (.1); correspond with C. Landau and S. Engel re standing issue (.1); telephone conferences with A. Paul re Libby settlement and Garlock discovery (.2); review prior Garlock briefing |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|------|------|------|------|
| | | | and authorities relevant to current motions (.7); review R. Barakat research re irreparable harm (.4); review settlement drafts (.4); correspond with M. Cascino (.2); re discovery dispute; telephone conference with M. Cascino re same (.3). |
| 3/01/12 | Lisa G Esayian | 4.40 | Confer with R. Finke and A. Paul re Anderson Memorial issues (.5); confer with R. Barakat re Garlock standing issues (.4); work on Grace's response to Garlock's motion to stay (3.5). |
| 3/01/12 | Christopher Landau, P.C. | .30 | Discuss case with S. Engel. |
| 3/01/12 | Deborah L Bibbs | 6.20 | Cross-reference exhibits to the 2019 statements filed by the Libby claimants with the lists of active and deceased members sent from the HNA to calculate the total amount of claimants. |
| 3/02/12 | Mike Jones | 1.40 | Review and revise settlement motion (1.1); correspond with working group re same (.3). |
| 3/02/12 | Kimberly K Love | 2.60 | Prepare and organize recently filed materials for inclusion into case files (1.8); review PACER for recent filings and circulate to team (.8). |
| 3/02/12 | Andrew Brniak | .80 | Prepare and compile precedent re motions to quash subpoenas (.5); correspond with J. Gettleman re same (.1); review and compile recently filed pleadings and correspond with working group re same (.2). |
| 3/02/12 | Jeffrey Gettleman | 3.80 | Review and analyze bank lender group's statement of issues on appeal (.2); review pleadings in Garlock bankruptcy case re subpoenas to ballot agents (.3); correspond with M. Jones re edits to Libby settlement motion (.1); correspond with D. Cohn re LMP transition call (.1); correspond with J. Donley re comments to Libby settlement motion (.1); correspond with R. Higgins re Garlock request for ballots (.1); correspond with A. Paul and J. Donley re modifications |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | to Libby settlement motion (.3); correspond with M. Araki and R. Higgins re production of ballot materials to Garlock (.3); correspond with M. Jones and A. Paul re edited Libby settlement motion (.3); office conference with M. Jones re review of appellate dockets and interpretation of PD/TDP re claim of Anderson Memorial Hospital (.1); correspond with M. Jones re Anderson Memorial Hospital appeal settlement issues (.1); correspond with E. O'Connor re Libby medical plan members review project (.1); correspond with D. Cohn, J. Heberling and R. Finke re March 7 call re LMP transition issues (.1); correspond with R. Finke and A. Paul re BNSF settlement agreement (.2); correspond with A. Schlesinger and A. Paul re redraft of appeal bond analysis (.3); correspond with J. Donley re draft of settlement motion (.1); correspond with M. Jones, M. Shelnitz, R. Frankel and others re "final" draft of same (.3); review and revise Libby settlement motion (.4); correspond with M. Jones re same (.3). |
| 3/02/12 | Adam C Paul | 5.20 | Analyze and revise Libby pleadings (4.1); telephone conference with J. Donley re same (.8); correspond with R. Wyron re BNSF (.3). |
| 3/02/12 | Britt C Grant | 1.00 | Review and analyze district court opinion in preparation for appellate briefing. |
| 3/02/12 | Robert Orren | 1.60 | Research and retrieve expert reports of Mark Peterson and transcripts of hearings related to same. |
| 3/02/12 | Rana Barakat | 5.00 | Review and analyze case law re "person aggrieved" requirement for bankruptcy appellate standing (2.1); draft research memorandum describing "person aggrieved" standard in bankruptcy appellate context and application of that standard in Third Circuit (2.9). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/02/12 | John Donley, P.C. | 3.20 | Edit settlement approval brief (1.3); correspond with A. Paul and M. Jones re edits and briefing issues (.3); review and edit further drafts (.5); correspond with A. Paul, M. Jones and J. Gettleman re same (.3); telephone conference with M. Shelnitz re current strategy and motion issues (.3); draft correspondence to R. Finke and J. Hughes re M. Cascino issue (.2); correspond with B. Stansbury re same (.1); review bank lenders filing (.1); correspond with A. Rosenberg re Third Circuit filing (.1). |
| 3/02/12 | Deborah L Bibbs | 7.80 | Cross-reference exhibits to the 2019 statements filed by the Libby claimants with the lists of active and deceased members sent from the HNA to calculate the total amount of claimants. |
| 3/03/12 | Mike Jones | .30 | Correspond with working group re settlement motion (.1); review and revise same (.2). |
| 3/03/12 | Jeffrey Gettleman | .90 | Correspond with J. Donley and A. Paul re Garlock reply and associated research assignment (.4); correspond with J. Donley and M. Jones re edits to Libby settlement motion (.4); correspond with A. Paul re same (.1). |
| 3/03/12 | Adam C Paul | .80 | Correspond with J. Donley and P. Lockwood re Garlock. |
| 3/03/12 | Rana Barakat | 3.50 | Draft research memorandum re constitutional standing requirements and application of those requirements in bankruptcy setting (2.3); review and analyze case law re Article III and section 1109(b) standing requirements (1.2). |
| 3/03/12 | John Donley, P.C. | 2.10 | Review and analyze Garlock reply (1.0); review prior filings (.6); outline reply arguments and other options (.3); correspond with R. Frankel, P. Lockwood and A. Paul re same (.2). |

| **Date** | **Name** | **Hours** | **Description** |
|------|------|------|------|
| 3/04/12 | Jeffrey Gettleman | .80 | Correspond with A. Paul re analysis of Garlock reply and Anderson Memorial Hospital issue (.2); correspond with M. Jones re same (.1); correspond with P. Lockwood, R. Wyron and A. Paul re edits to Libby settlement motion (.4); correspond with A. Paul re Anderson Memorial Hospital issue (.1). |
| 3/04/12 | Adam C Paul | 2.90 | Analyze Garlock reply (1.3); prepare outline of Garlock response (1.6). |
| 3/04/12 | Robert Orren | 1.50 | Retrieve and distribute to C. Greco deposition transcripts of T. Florence and M. Peterson. |
| 3/04/12 | John Donley, P.C. | 1.00 | Analyze Garlock motion and potential responses (.6); correspond with A. Paul and P. Lockwood re same (.2); correspond with A. Paul, R. Wyron, J. Gettleman and M. Jones re settlement documents (.2). |
| 3/05/12 | Mike Jones | 4.80 | Review pleadings re "fair and necessary" standard (.8); review pleadings re examples of equity retaining value (2.3); draft summary chart re equity retaining value for reply pleading (1.4); review and revise motion to approve settlement (.3). |
| 3/05/12 | Emily S O'Connor | 2.80 | Cross-reference exhibits to the 2019 statements filed by the Libby claimants with the lists of active and deceased members sent from the HNA to calculate the total amount of claimants. |
| 3/05/12 | Kimberly K Love | 4.00 | Prepare and organize various materials requested by M. Jones for use with upcoming briefs (2.5); prepare and organize materials recently filed in Bankruptcy, District and Appeals Courts for inclusion into files (1.1); prepare and organize materials requested by R. Barakat (.4). |
| 3/05/12 | Andrew Brniak | 2.20 | Review and compile recently filed pleadings and correspond with working group re same |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|------|------|------|------|
| | | | (.3); prepare and compile asbestos case precedent re plan and disclosure statement materials (1.5); correspond with J. Michael Jones and J. Gettleman re same (.2); correspond with M. Araki from BMC re service needed (.2). |
| 3/05/12 | Jeffrey Gettleman | 6.20 | Correspond with A. Paul re Anderson Memorial Hospital issues (.1); correspond with A. Paul and J. Donley re review of asbestos cases in which equity retained value (.1); office conference with A. Paul re Libby approval motion and related issues (.3); correspond with A. Paul re Anderson Memorial Hospital issue (.1); correspond with A. Paul and M. Jones re Orrick's proposed changes to BNSF settlement agreement (.2); correspond with A. Schlesinger re revised appeal bond analysis (.1); correspond with M. Jones re research re Garlock brief (.3); correspond with A. Paul re same (.1); correspond with M. Jones re equity valuations in asbestos bankruptcy cases (.2); correspond with M. Jones re Anderson Memorial Hospital issue (.2); correspond with M. Jones re Garlock research re reply (.1); correspond with D. Boivin re LMP transition call (.1); correspond with E. O'Connor re Libby medical plan membership matching project (.2); office conference with E. O'Connor re same (.3); telephone conference with A. Brniak re Garlock motion for stay pending appeal (.1); draft, review and revise declaration of J. O'Connell in support of debtors' response to same (.6); correspond with A. Paul, M. Jones and J. Donley re Libby settlement motion (.2); correspond with R. Finke re same (.1); telephone conference with R. Finke re comments to Libby settlement motion (.4); correspond with A. Paul and M. Jones re same (.2); telephone conference with J. Donley, A. Paul and others re Garlock issues (.2); review and revise declaration in support of response to |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | Garlock motion for stay pending appeal (.6); telephone conference with M. Jones re Anderson Memorial Hospital issues (.2); review PD TDP re same (.3); review list of plan exhibits re same (.5); correspond with M. Jones and A. Paul re Anderson Memorial Hospital issue analysis (.1); correspond with J. Donley, A. Brniak, M. Jones and A. Paul re 524(g) cases retaining equity (.3). |
| 3/05/12 | Adam C Paul | 8.00 | Analyze and revise Libby pleadings (1.9); telephone conference with R. Finke re BNSF (.6); telephone conference with J. Donley re Garlock and appellate strategy (.8); telephone conference with P. Lockwood and R. Frankel re Garlock (1.5); analyze AMH claims (.7); correspond with R. Finke re BNSF settlement (.4); analyze BNSF settlement (1.1); analyze appellate papers (.6); analyze and revise Intrawest correspondence (.4). |
| 3/05/12 | Brian T Stansbury | 2.40 | Confer with J. Donley and J. Hughes re Cascino B-reads (.3); identify B-reads from Henry x-ray study conducted for Cascino clients (2.1). |
| 3/05/12 | Robert Orren | 1.00 | Retrieve and distribute to C. Greco M. Peterson and T. Florence deposition transcripts re valuation. |
| 3/05/12 | Rana Barakat | 2.20 | Draft and edit research memorandum re requirements for Article III standing and bankruptcy appellate standing (.8); research re whether a party seeking stay of an order denying standing must establish likelihood of success on substantive merits (1.4). |
| 3/05/12 | John Donley, P.C. | 4.10 | Correspond with R. Finke, B. Stansbury and J. Hughes re M. Cascino discovery dispute (.3); telephone conferences with R. Finke and J. Hughes re same (.2); draft reply to M. Cascino (.2); correspond with ACC and FCR counsel re settlement issues (.2); correspond with J. Gettleman re LMP issues (.1); |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | conferences with A. Paul re settlement and Garlock issues (.5); telephone conference with D. Turetsky re motion practice (.1); review various recent pleadings (.2); correspond with R. Higgins re claim and Garlock issues (.2); telephone conference with PVNL, Richard Finke, R. Wyron and A. Paul re settlement and Garlock issues (1.0); review status of Intrawest (.1); edit reply letter (.3); conference with L. Esayian re same (.1); analyze PD settlement issues (.3); discuss with A. Paul (.3). |
| 3/05/12 | John Donley, P.C. | 4.20 | Analyze Garlock sur reply issues and authorities and outline potential responses (2.9); research other 524(g) cases relevant to sur reply (1.3). |
| 3/05/12 | Lisa G Esayian | 4.90 | Work on Grace's response to Garlock's lift-stay motion. |
| 3/06/12 | Mike Jones | 2.50 | Review documents re 524(g) cases where equity retained value and summarize findings (1.9); review and revise settlement approval order (.6). |
| 3/06/12 | Emily S O'Connor | 4.80 | Cross-reference exhibits to the 2019 statements filed by the Libby claimants with the lists of active and deceased members sent from the HNA to calculate the total amount of claimants. |
| 3/06/12 | Kimberly K Love | 3.00 | Prepare and organize various materials requested by S. Engel re appeal briefs (1.2); prepare and organize various exhibits as requested by M. Jones (.8); prepare and organize recently filed materials for inclusion into case files (1.0). |
| 3/06/12 | Andrew Brniak | 3.60 | Review and compile recently filed pleadings and correspond with working group re same (.3); prepare and compile asbestos case precedent re liquidation analyses (.8); correspond with J. Michael Jones re same (.2); prepare and compile case dockets and |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|------|------|------|------|
| | | | other materials related to plan confirmation opinion (.7); correspond with J. Gettleman re same (.2); create, revise and review summary chart re upcoming deadlines in civil proceeding (1.1); correspond with J. Gettleman re same (.1); correspond with M. Araki from BMC re production of documents (.2). |
| 3/06/12 | Jeffrey Gettleman | 5.50 | Correspond with A. Paul re review of protective orders re asbestos PI questionnaires (.1); correspond with G. Pesce re revision to O'Connell declaration (.1); correspond with M. Jones re revised Libby settlement order (.1); review and analyze Third Circuit appellate dockets (.3); correspond with A. Brniak re creating chart of post-opinion motions and events (.1); review bankruptcy and appellate dockets re same (.3); office conference with A. Brniak re same (.2); correspond with J. O'Connell re edits to draft declaration (.1); correspond with M. Jones and J. Donley re equity value in asbestos cases (.2); correspond with R. Finke re comments to BNSF settlement agreement (.1); office conference with G. Pesce and A. Brniak re edits to declaration in support of objection to Garlock stay motion (.4); correspond with J. Donley re Garlock brief (.1); correspond with A. Paul and A. Brniak re creation of chart of appellate filings (.3); review and revise appeal bond analysis (.3); correspond with A. Schlesinger re same (.1); correspond with B. Jaffe and A. Paul re revisions to appeal bond analysis (.2); review and analyze bankruptcy court and District Court dockets re chart of appellate hearings and events (.4); correspond with M. Jones re 524(g) equity interest chart (.2); correspond with J. Donley and M. Jones re 524(g) equity interest chart (.2); correspond with J. O'Connell re edits to declaration (.2); office conference with A. Paul re deadlines in Third Circuit (.2); office conference with A. Brniak re same (.2); review A. Paul edits |

| **Date** | **Name** | **Hours** | **Description** |
|------|------|------|------|
| | | | to Libby settlement order (.3); telephone conference with A. Paul re same (.1); office conference with M. Jones re same (.1); telephone conference with A. Paul re analysis of appeal bond amount (.1); correspond with I. Hasbani re same (.4); correspond with I. Hasbani re review of Adelphia transcript re appeal bonds (.1). |
| 3/06/12 | Adam C Paul | 6.20 | Analyze and revise Libby pleadings (1.1); prepare for strategy call (1.9); telephone conference with M. Shelnitz re appeal (.4); analyze PI questionnaire and protective orders (.8); analyze appellate papers (1.2); conference with J. Donley re Garlock and AMH (.8). |
| 3/06/12 | Brian T Stansbury | 3.50 | Identify B-reads from Henry x-ray study for Cascino clients. |
| 3/06/12 | Britt C Grant | .90 | Analyze legal conclusions in preparation for appellate briefing. |
| 3/06/12 | Rana Barakat | 2.90 | Draft and edit research memorandum re requirements for Article III standing and bankruptcy appellate standing (.8); research re whether a party seeking stay of an order denying standing must establish likelihood of success on substantive merits (2.1). |
| 3/06/12 | John Donley, P.C. | 8.10 | Review and analyze Grace reply, authorities, and underlying record (1.2); outline points for sur reply (.4); conference with A. Paul re same (.3); draft sur reply (2.8); revise sur reply (1.3); telephone conferences with D. Turetsky and N. Coco re motion practice (.2); telephone conference with M. Shelnitz, R. Finke and A. Paul re Garlock and motion practice (.5); review M. Jones research re 524(g) cases (.4); correspond with M. Jones (.3); telephone conference and correspond with Judge Buckwalter's chambers re sur reply (.3); review Third Circuit filings and deadlines (.3); correspond with J. O'Neill re filings and deadlines (.1). |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 3/06/12 | Lisa G Esayian | 4.00 | Work on issues re Garlock stay motion (2.5); confer with R. Finke re issues re 3/1/12 Southern District of New York opinion re Travelers and direct action claims (.3); analyze opinion and correspond with R. Finke re same (1.2). |
| 3/07/12 | Mike Jones | 2.40 | Research re 524(g) plan precedent (1.4); correspond with working group re same(.4); research re appeal bond (.5); correspond with working group re same (.1). |
| 3/07/12 | Emily S O'Connor | .70 | Collect and distribute to J. Gettleman various pleadings re disclosure statement. |
| 3/07/12 | Kimberly K Love | 4.90 | Review files and information re admittance to Third Circuit Court of Appeals cases (1.1); review files for information re first day filing requested by R. Higgins (1.2); review and edit various cites for use in brief (.5); review and obtain materials requested by L. Esayian (.5); review, prepare and organize various materials including market capitalization information requested by J. Donley (1.6). |
| 3/07/12 | Andrew Brniak | 2.40 | Review and compile recently filed pleadings and correspond with working group re same (.3); update, revise and review summary chart re upcoming deadlines in civil proceeding (.5); correspond with J. Gettleman re same (.1); correspond with M. Araki from BMC re production of documents and creditor address update (.2); telephone conference with K. Love re setup of ECF notifications (.2); research and compile precedent re Adelphia Communications Corp. M-47 proceeding materials (.9); correspond with J. Michael Jones re same (.2). |
| 3/07/12 | Jeffrey Gettleman | 5.70 | Correspond with A. Paul re edit in Libby settlement term sheet (.1); correspond with B. Jaffe re revised appeal bond analysis (.1); review and revise J. O'Connell declaration in support of Garlock response (.3); review and |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|------|------|------|------|
| | | | analyze additional case management orders and related documents re confidentiality of medical records (.5); correspond with A. Paul re LMP transition issues (.2); telephone conference with J. O'Connell re edits to declaration and appeal bond analysis (.2); correspond with G. Pesce re edits to O'Connell declaration (.1); telephone conference with J. Donley and A. Paul re transition issues re Libby medical plan (.2); correspond with J. O'Connell re amended declaration (.2); correspond with G. Pesce re same (.1); correspond with J. Donley and M. Jones re Babcock plan re retention of equity interests (.2); telephone conference with J. Donley and A. Paul re LMP transition issues (.2); review and analyze protective and confidentiality orders entered in bankruptcy case (.6); draft, review and revise chart analyzing same (.4); office conference with A. Paul re same (.2); office conference with E. O'Connor re analysis of pleadings re same (.2); correspond with A. Brniak re revisions to chart of appellate deadlines (.1); correspond with M. Jones re appeal bond analysis (.1); office conference with M. Jones re appeal bond research issues (.4); prepare for telephone conference re LMP transition issues (.2); correspond with M. Jones re equity value in other asbestos bankruptcy cases (.1); telephone conference with LMP transition team re Libby medical plan (.8); telephone conference with R. Finke re same (.2). |
| 3/07/12 | Adam C Paul | 6.20 | Analyze appellate pleadings (.8); telephone conference with J. Gettleman re Libby (.4); telephone conference with J. Donley re same (.3); telephone conference with M. Shelnitz and R. Finke re appeals and strategy (2.0); prepare for Libby pleadings (.8); analyze AMH fiduciary duty issue (.8); analyze Garlock arguments (1.1). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/07/12 | Brian T Stansbury | 2.60 | Identify B-reads from Henry x-ray study for Cascino's clients. |
| 3/07/12 | Rana Barakat | 4.80 | Review and analyze case law re bankruptcy standing and appellate standing (.9); draft summary of recent filings and rulings in key asbestos bankruptcy cases (1.2); review and analyze recent filings in key asbestos bankruptcy cases (1.3); draft analysis for J. Donley and L. Esayian re applicable standards for analyzing Garlock's standing to object to District Court order (1.4). |
| 3/07/12 | John Donley, P.C. | 9.00 | Correspond with J. O'Neill re Third Circuit and District Court filings (.2); work on Libby/BNSF settlement papers (.6); telephone conference with J. Heberling and D. Cohn re LMP issues (.4); telephone conference with A. Paul and J. Gettleman re same (.3); draft Garlock sur reply brief (1.3); review and analyze other 524(g) cases applicable to Garlock sur reply (1.5); review briefs, cases and record below relevant to sur reply (1.1); edit Garlock sur reply (.8); prepare for strategy telephone conference with client (1.0); strategy telephone conference with M. Shelnitz, R. Finke and A. Paul (1.8). |
| 3/07/12 | Lisa G Esayian | 4.10 | Confer with M. Shelnitz; R. Finke, J. Donley and A. Paul re Anderson Memorial issues (1.4); work on issues for opposition to Garlock motion for stay (2.7). |
| 3/08/12 | Mike Jones | 5.60 | Draft Third Circuit corporate disclosure statement (.7); review and revise same (.5); correspond with working group re same (.3); review and revise sur-reply to motion for reargument (1.3); review local rules re requirements for same (.4); review 524(g) plan precedent re same (1.3); review and revise settlement motion (.8); correspond with working group re same (.3). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/08/12 | Kimberly K Love | 8.10 | Confer with team re appeal information and procedures (.3); assist with the preparation of notices of appearance (.7); review information re admission to 3rd Circuit Court of Appeals (1.0); prepare and organize various materials requested by C. Landau (.5); prepare and organize various materials re Garlock as requested by R. Barakat (.7); review, revise and cite check sur-reply to Garlock and organize potential exhibits to such (4.9). |
| 3/08/12 | Andrew Brniak | 2.30 | Review and compile recently filed pleadings and correspond with working group re same (.3); correspond with J. Michael Jones re OCUC appointment notices filed by the U.S. Trustee (.2); correspond with J. Gettleman re retention orders related to Blackstone (.3); prepare and compile asbestos precedent re trust distribution procedures (1.3); correspond with J. Michael Jones re same (.2). |
| 3/08/12 | Jeffrey Gettleman | 9.60 | Correspond with A. Paul and M. Jones re correction of defined terms in Libby settlement motion (.2); correspond with J. O'Neill re appearances, corporate disclosures and other documents in Third Circuit (.4); correspond with J. Donley re edits to O'Connell declaration (.1); correspond with A. Paul re comments to corporate disclosure statement (.1); correspond with J. O'Neill and M. Jones re current membership of Grace committees (.2); correspond with A. Paul re response to Garlock stay motion (.1); correspond with J. O'Neill and A. Paul re revisions to appeal bond analysis (.2); correspond with J. Bernstein and R. Finke re HIPAA issues relating to turnover of information re Libby medical plan (.2); correspond with R. Higgins re acceptable uses for asbestos questionnaires (.1); review R. Higgins analysis re protective orders (.2); review and revise corporate disclosure |

| Date | Name | Hours | Description |
|------|------|-------|-------------|

statement (.3); office conference with M. Jones re same (.1); office conference with M. Jones re Garlock sur-reply (.1); office conference with A. Paul and M. Jones re Garlock sur-reply (.4); correspond with R. Finke re protection of LMP members' names and addresses (.1); correspond with L. Esayian re question re appeal bond analysis (.1); correspond with J. O'Connell and others re same (.1); correspond with A. Paul re Libby settlement motion (.2); correspond with D. Cohn and J. Heberling re review of draft of Montana pleadings (.2); correspond with J. Bernstein re transition of Libby medical program (.2); office conference with M. Jones re revisions to Libby settlement motion (.1); correspond with Libby attorneys re draft of Libby settlement motion (.1); correspond with A. Paul re Canada appeal (.1); review, revise and edit Libby settlement motion (.6); office conference with M. Jones re same (.1); correspond with M. Giannatto and others re same (.1); review additional precedential corporate disclosure statement from J. O'Neill (.5); correspond with R. Finke re HIPAA issues re transition of Libby medical plan (.1); telephone conference with J. Bernstein re same (.1); correspond with M. Jones re corporate disclosure form (.1); office conferences with A. Paul and M. Jones re Orrick mark-up to Libby settlement motion (.2); review and analyze same (.2); correspond with L. Esayian re questions re protective orders re plan discovery (.2); correspond with R. Higgins re same (.1); correspond with R. Finke re HIPAA issues re Libby medical plan transition (.1); review, revise and edit J. O'Connell declaration in support of response to Garlock's request for stay pending appeal (.4); correspond with J. Donley and others re same (.1); correspond with A. Paul re appellate documents to be filed today (.4); office conference with M. Jones re same (.2); correspond with J. O'Neill , A. Paul and M. Jones re same (.1); review

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | correspondence from Third Circuit clerk re documents needing to be filed (.3); revise J. O'Connell declaration (.8); research re same (.3); correspond with B. Stansbury re protective orders re plan confirmation re asbestos PI questionnaires (.2); telephone conference with B. Stansbury re protective orders (.2); correspond with R. Higgins re plan discovery protective orders (.2); correspond with A. Paul re same (.1). |
| 3/08/12 | Adam C Paul | 6.20 | Analyze and revise Garlock response (1.2); conference with J. Gettleman re Libby Medical Program (.4); prepare and file corporate disclosure (1.7); telephone conference with J. Donley, C. Landau, J. O'Neill re appellate proceedings (.8); finalize Libby pleadings (2.1). |
| 3/08/12 | Brian T Stansbury | 2.10 | Confer with J. Gettleman re protective orders (.2); confer with T. Langenkamp re production of B-reads (.2); draft cover letter to M. Cascino (.5); review and cite check production set (1.2). |
| 3/08/12 | Rana Barakat | 3.40 | Review Garlock's 4/25/11 opening brief and 6/7/11 reply brief for legal authorities supporting argument that the plan and channeling injunction are not fair or equitable (1.8); analyze Garlock's argument on appeal that plan and channeling injunction are not fair or equitable (1.1); telephone conference with local counsel re rules triggered by recent filings (.5). |
| 3/08/12 | John Donley, P.C. | 6.70 | Make substantial revisions and edits to Garlock sur reply (3.8); correspond with M. Shelnitz and R. Finke re same (.2); telephone conference with R. Finke re same (.1); telephone conferences with A. Paul re same (.3); correspond and telephone conferences with M. Jones re same (.4); conference with R. Barakat re Third Circuit filings and legal issue in Garlock sur reply (.3); review and analyze all Third Circuit filings, rules and |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | deadlines (.5); telephone conference with J. O'Neill, C. Landau, K. Love, A. Paul and R. Barakat re same (.5); work on Grace and K&E initial filings (.3); review R. Wyron comments re BNSF settlement drafts (.3). |
| 3/08/12 | Lisa G Esayian | 5.50 | Prepare opposition to Garlock stay motion (4.5); prepare Blackstone affidavit in support of same and confer with A. Schlesinger at Blackstone (1.0). |
| 3/08/12 | Christopher Landau, P.C. | .50 | Telephone conference with team. |
| 3/09/12 | Mike Jones | 1.60 | Research re plan modifications (.7); review and revise sur-reply re motion for reargument (.9). |
| 3/09/12 | Emily S O'Connor | 2.00 | Cross-reference exhibits to the 2019 statements filed by the Libby claimants with the lists of active and deceased members sent from the HNA to calculate the total amount of claimants. |
| 3/09/12 | Kimberly K Love | 4.00 | Review, revise and cite check sur-reply to Garlock and organize exhibits to such (3.2); prepare and organize materials requested by L. Esayian for use with Garlock's stay motion (.8). |
| 3/09/12 | Jeffrey Gettleman | 3.60 | Correspond with M. Giannatto re revised Libby settlement motion (.2); research re plan modification (.3); correspond with M. Jones re same (.1); correspond with R. Finke re HIPAA issues (.1); telephone conference with R. Higgins re objection and reply deadlines re LMP transition timeline (.2); correspond with A. Paul re same (.1); correspond with R. Higgins re procedural issues re omnibus hearings re LMP timeline (.2); research re Montana appeal periods re drafting of LMP transition timeline (.3); office conference with A. Paul re mechanics of Libby transition (.3); correspond with M. Jones re amending Libby settlement motion and order re HIPAA issues (.1); draft, |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|------|------|------|------|
| | | | review, revise and edit LMP transition timeline (1.3); office conference with A. Paul re Third Circuit timeline chart (.2); correspond with A. Paul re filing of corporate disclosure statement in Canada appeal (.2). |
| 3/09/12 | Adam C Paul | 5.30 | Analyze and revise Garlock response (.9); analyze Garlock subpoena and response (1.2); correspond with R. Higgins re same (.3); analyze appellate pleadings (1.8); analyze and revise Libby settlement pleadings (1.1). |
| 3/09/12 | Rana Barakat | 2.50 | Review and analyze recent filings and rulings in key asbestos bankruptcy cases (.7); summarize recent filings and rulings in key asbestos bankruptcy cases (1.8). |
| 3/09/12 | John Donley, P.C. | 8.30 | Correspond with J. Jones re 524(g) issues and cites discussed in sur-reply (.4); correspond with C. Landau re sur-reply issue (.1); correspond with ACC, FCR and Equity counsel re sur-reply (.3); telephone conference with R. Finke re sur-reply (.2); correspond with R. Finke and M. Shelnitz re same (.3); review various comments and suggested edits to sur-reply (.7); review briefs and authorities relevant to same (.6); revise and make final edits to Garlock sur-reply (3.9); review various Third Circuit filings (.4); correspond with J. O'Neill and A. Paul re Third Circuit filings (.2); review BMC/Garlock discovery issue and correspond with R. Higgins and A. Paul re same (.2); review cases and authorities relevant to Garlock stay motion (1.0). |
| 3/09/12 | Lisa G Esayian | 6.50 | Prepare Grace's opposition to Garlock's motion for stay. |
| 3/10/12 | Lisa G Esayian | 3.90 | Work on Grace's opposition to Garlock's stay motion and O'Connell affidavit in support. |
| 3/12/12 | Mike Jones | 3.10 | Research re plan modification (1.3); draft |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|------|------|------|------|
| | | | summary of same (.7); correspond with working group re same (.2); research re transition of medical records (.9). |
| 3/12/12 | Emily S O'Connor | 3.80 | Cross-reference exhibits to the 2019 statements filed by the Libby claimants with the lists of active and deceased members sent from the HNA to calculate the total amount of claimants. |
| 3/12/12 | Kimberly K Love | 1.90 | Prepare and organize materials cited in Garlock brief as requested by J. Donley (.8); review dockets and update case files with recently filed materials (1.1). |
| 3/12/12 | Andrew Brniak | .50 | Correspond with M. Araki from BMC re production of documents to interested party (.2); correspond with J. Gettleman re filed pleadings related to motion approving PI CMO and questionnaire (.3). |
| 3/12/12 | Jeffrey Gettleman | 3.30 | Review analysis of HIPAA regulations re turning over medical records pursuant to court orders (.3); draft and edit brief analysis re same (.6); correspond with L. Esayian and A. Paul re Rule 8005 stays (.3); correspond with M. Jones re same (.2); correspond with M. Jones re research re motion seeking stay pending appeal (.2); correspond with T. Thompson re filing of appellate disclosure statements (.1); correspond with M. Jones re language in Libby settlement order re transition of medical records (.2); revise chart analyzing protective orders entered in Grace bankruptcy case re possible Garlock settlement (.7); correspond with A. Brniak re same (.3); correspond with A. Brniak re memorandum of points and authorities/appendix re debtors' motion re asbestos personal injury questionnaires (.1); review M. Jones analysis of modification of substantially consummated plans (.2); correspond with M. Jones re same (.1). |
| 3/12/12 | Adam C Paul | 3.00 | Correspond with R. Higgins re Garlock |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|------|------|------|------|
| | | | subpoena (.1); analyze and revise Grace environmental motion (.4); correspond with R. Finke re AMH discussions (.2); analyze post effective date plan revisions (.9); analyze and revise correspondence to the district court clerk re appeal (.3); analyze property damage appeals and resolution of property damage appeals (1.1). |
| 3/12/12 | Rana Barakat | 6.10 | Review federal rules of bankruptcy procedure, federal rules of appellate procedure and local rules for the Third Circuit for any rules applicable to and triggered by recent filings (2.1); analyze key asbestos bankruptcy cases (.8); review and analyze recent filings and orders in key asbestos bankruptcy cases (.8); draft summary of recent filings and rulings in key asbestos bankruptcy cases (2.4). |
| 3/12/12 | Jack N Bernstein | 1.90 | Analyze HIPAA privacy issues re Libby settlement (1.2); prepare correspondence re same (.5); telephone conference re same (.2). |
| 3/12/12 | John Donley, P.C. | 8.90 | Review first draft of Garlock response (.5); review authorities, cases, record and briefs below relevant to response (2.0); investigate and analyze bond issues (.8); research 8005, 8017, 62(b), (c) & (d) issues (1.4); outline response (.5); draft inserts and edit draft (2.3); review draft affidavit and revise same (.4); correspond with L. Esayian and J. Gettleman re same (.2); telephone conference with D. Turetsky re District Court filings (.1); conferences with L. Esayian re draft brief (.2); review and revise J. O'Neill draft letter to court (.2); review various recent pleadings and filings (.3). |
| 3/12/12 | Lisa G Esayian | 4.60 | Work on opposition to Garlock stay motion (4.1); review recent filings re Third Circuit appeals (.5). |
| 3/13/12 | Mike Jones | 6.10 | Research case law re stay pending appeal (3.8); correspond with working group re |

| __Date__ | __Name__ | __Hours__ | __Description__ |
|------|------|-------|-------------|
| | | | same (.2); research re modifications to plan (1.8); correspond with working group re same (.3). |
| 3/13/12 | Emily S O'Connor | 2.30 | Cross-reference exhibits to the 2019 statements filed by the Libby claimants with the lists of active and deceased members sent from the HNA to calculate the total amount of claimants. |
| 3/13/12 | Kimberly K Love | 3.00 | Prepare and organize various plan materials requested by M. Jones (1.3); prepare and organize various Garlock materials requested by L. Esayian (1.2); prepare and organize various certificates of no objection to forward to Norton Rose (.5). |
| 3/13/12 | Andrew Brniak | .40 | Review and compile recently filed pleadings and correspond with working group re same. |
| 3/13/12 | Jeffrey Gettleman | 4.90 | Review M. Jones analysis of plan and PD procedures amendment procedures (.3); review and analyze M. Jones summary of debtors' ability to amend PD distribution procedures (.6); correspond with E. O'Connor re chart of Libby claimants for completion of term sheet (.1); review new Third Circuit docket entries (.3); correspond with M. Jones re research re motion seeking stay pending appeal (.2); review and analyze memorandum of points and authorities in support of Grace motion to approve asbestos PI questionnaire re protective order issues (.4); correspond with A. Paul re analysis of debtors' ability to amend plan post-consummation (.1); office conference with A. Paul re process to amend TDPs (.2); draft, review revise and edit ideas for researching possibility of amending PD distribution procedures (.4); correspond with A. Paul re questions re confidentiality of asbestos PI questionnaires (.1); research re "sparingly" language re opposition to Garlock's motion for stay pending appeal (.6); correspond with M. Jones re same (.2); edit O'Connell |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| | | | declaration (.6); review and revise LMP transition timeline chart (.6); correspond with M. Jones re research results re stays pending appeal (.1); correspond with L. Esayian re same (.1). |
| 3/13/12 | Adam C Paul | 7.00 | Telephone conference with ACC & FCR re strategy (.9); analyze AMH claims and resolution (1.9); analyze appellate documents (1.2); analyze recent developments in mass tort cases (.8); analyze resolution of Garlock issues (.9); analyze Libby settlement timeline (.6); analyze bond estimate and O'Connell declaration (.7). |
| 3/13/12 | Rana Barakat | 2.90 | Review and analyze case law re public policy favoring expeditious resolution of bankruptcy cases (.6); draft summary of research re public policy favoring expeditious resolution of bankruptcy cases (.6); research re consummation of plan pending appeals (1.3); research re whether consummation of plan of reorganization is in best interest of debtors, public and creditors (.4). |
| 3/13/12 | John Donley, P.C. | 8.60 | Biweekly strategy telephone conference with ACC, FCR, A. Paul, M. Shelnitz and R. Finke (.9); prepare for same (.3); draft introduction, irreparable harm inserts and public interest inserts to stay response (2.6); revise and draft inserts to likelihood of success, irreparable harm and bond sections of stay response (2.9); telephone conference with J. O'Connell re declaration (.3); review cases, briefing and record relevant to stay response and revise response accordingly (1.0); correspond and conferences with L. Esayian re response brief (.4); correspond with J. O'Neill re appellate filings (.2). |
| 3/13/12 | Lisa G Esayian | 5.50 | Work on opposition to Garlock stay motion (4.0); work on Anderson Memorial issues (1.5). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/14/12 | Mike Jones | 2.60 | Research bankruptcy case law re distributions to creditors (2.4); correspond with working group re same (.2). |
| 3/14/12 | Kimberly K Love | 4.70 | Prepare and organize various materials requested by L. Esayian for use with Garlock stay brief (1.2); prepare and edit chart of various dates and deadlines from the appeal and District Courts (2.8); review, revise and cite check opposition to Garlock's stay brief (.7). |
| 3/14/12 | Andrew Brniak | .50 | Correspond with M. Araki from BMC re production of documents to interested parties (.2); review and compile recently filed pleadings and correspond with working group re same (.3). |
| 3/14/12 | Jeffrey Gettleman | 2.00 | Correspond with A. Paul and M. Jones re discussions re Libby/BNSF settlements (.3); correspond with R. Wyron and R. Frankel re same (.2); correspond with P. Lockwood re same (.1); correspond with J. Donley re edits to J. O'Connell declaration (.2); review, revise and edit draft of LMP graphic timeline (.8); correspond with R. Finke re comments to draft opposition to Garlock's stay motion (.2); correspond with M. Shelnitz re comments on appeal bond analysis (.2). |
| 3/14/12 | Adam C Paul | 4.10 | Analyze and revise opposition to stay motion (.7); analyze AMH claim resolution (1.1); telephone conference with R. Finke re same (.5); finalize Libby pleadings (1.8). |
| 3/14/12 | Rana Barakat | 3.60 | Review and analyze case law re public policy favoring consummation of reorganization plans (.4); research re consummation of plan pending appeals (.6); create chart of recent filings and responses triggered by filings (.7); research re whether consummation of plan of reorganization is in best interest of debtors, public and creditors (.7); draft summary of research to L. Esayian re public policy favoring expeditious consummation of |

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| | | | reorganization plans (.8); review federal rules of appellate procedure and Third Circuit local rules for rules triggered by recent filings (.4). |
| 3/14/12 | John Donley, P.C. | 6.10 | Correspond and telephone conference with M. Ward and J. O'Neill re Crown filings and next steps in Third Circuit (.3); correspond with M. Shelnitz, R. Finke and P. Lockwood re Garlock stay motion response (.7); analyze, review and revise Blackstone draft affidavit and back-up (.4); correspond with P. Lockwood and R. Frankel re Third Circuit issue (.1); correspond with J. O'Neill re District Court and Third Circuit status (.2); telephone conference with A. Rosenberg re Garlock motion (.2); draft public interest and due process sections of Garlock stay response (1.8); revise and edit Garlock response throughout (2.0); correspond with A. Paul re settlement and Garlock issues (.3); correspond with M. Shelnitz re Garlock (.1). |
| 3/14/12 | Lisa G Esayian | 9.10 | Prepare opposition to Garlock stay motion (7.9); multiple conferences with J. Donley and J. O'Connell re same (1.2). |
| 3/15/12 | Mike Jones | 2.10 | Review response to stay motion (.5); research re filing of concise summary of the case in Third Circuit (1.6). |
| 3/15/12 | Kimberly K Love | 6.40 | Review and obtain 3rd Circuit order requested by J. Donley (.3); review, revise and cite check opposition to Garlock's stay as requested by L. Esayian (5.6); obtain and prepare searchable version of 3rd Circuit local rules as requested by M. Jones (.5). |
| 3/15/12 | Andrew Brniak | .50 | Correspond with M. Araki from BMC re production of documents to interested parties (.2); review and compile recently filed pleadings and correspond with working group re same (.3). |
| 3/15/12 | Jeffrey Gettleman | 4.30 | Analyze bases for filing "concise summary" |

| **Date** | **Name** | **Hours** | **Description** |
|------|------|------|-------------|
| | | | (.4); correspond with A. Paul re March 19 call re Libby settlement (.2); correspond with M. Jones re appellate mediation program in Third Circuit (.2); correspond with A. Paul re appellate dismissal forms re Libby settlement (.1); review, revise and edit O'Connell affidavit and cost of stay analysis (.2); review J. O'Neill letter to Third Circuit court clerk and orders re filing deadlines (.3); correspond with M. Jones re dismissal forms required for Libby settlement order (.2); correspond with L. Esayian re comments to opposition to Garlock's stay motion (.2); correspond with M. Jones re filing of "concise summary" in Third Circuit (.1); correspond with A. Paul and M. Jones re further edits to Libby settlement approval order (.3); correspond with A. Paul re BNSF settlement issue (.2); correspond with L. Esayian re revised opposition to Garlock's stay motion (.1); review A. Paul comments re LMP timeline (.4); review and edit LMP graphic transition timeline (.2); correspond with L. Esayian re additions to O'Connell declaration (.3); review, revise and edit revised response opposing Garlock's stay motion (.8); correspond with J. O'Connell re final version of declaration and cost of stay analysis (.1). |
| 3/15/12 | Adam C Paul | 5.10 | Analyze and revise Libby settlement timeline (.4); telephone conference with J. Donley re Garlock (.3); analyze and revise Garlock talking points (.4); analyze and revise opposition to stay motion (2.1); finalize Libby settlement (1.9). |
| 3/15/12 | Jack N Bernstein | 2.10 | Analyze HIPAA privacy issues re Libby settlement (1.6); prepare correspondence re same (.5). |
| 3/15/12 | John Donley, P.C. | 6.50 | Review and edit Garlock brief throughout (3.4); correspond with L. Esayian re same (.5); telephone conference with R. Wyron and L. Esayian re same (.5); correspond with |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | A. Paul and P. Lockwood re same (.4); correspond with M. Shelnitz and R. Finke re same (.3); correspond with K. Pasquale re motion practice (.1); draft and revise strategic Garlock strategy points (.9); correspond with R. Frankel, A. Paul and M. Shelnitz re same (.4). |
| 3/15/12 | Lisa G Esayian | 8.00 | Revise opposition to Garlock stay motion per various plan proponent and client comments (7.2); work with K. Love re cite-checking (.8). |
| 3/16/12 | Mike Jones | 3.90 | Review settlement agreements and related pleadings re settlement terms (.4); correspond with working group re same (.2); correspond with working group re medical records release language (.7); research re concise summary of the case (1.4); correspond with working group re same (.3); review motion to strike (.6); correspond with working group re same (.3). |
| 3/16/12 | Kimberly K Love | 5.00 | Check and finalize exhibits to opposition to Garlock's motion to stay (3.7); review and edit chart of appeal information as requested by R. Barakat (1.3). |
| 3/16/12 | Jeffrey Gettleman | 3.50 | Draft, review and revise action items list re LMP transition (.4); correspond with LMP transition team re timeline and action items list (.2); correspond to J. Flynn re circulation list for LMP transition team (.2); correspond with A. Paul re final version of Exhibit B to Libby settlement term sheet (.1); office conference with A. Paul re Libby term sheet (.2); review, revise and edit summary of local appellate rule re "concise summary of case" (.3); correspond with R. Finke re draft LMP transition documents for review (.2); correspond with J. O'Connell and others re edit to cost of stay analysis exhibit to O'Connell declaration (.2); review and revise graphic LMP transition timeline (1.2); correspond with J. Donley re comments to |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | opposition to Garlock motion (.3); correspond with J. O'Connell re same (.2). |
| 3/16/12 | Adam C Paul | 3.20 | Finalize Libby settlement papers (1.1); telephone conference with J. Donley re Garlock (.3); analyze Garlock response (.6); correspond with J. Donley re same (.4); analyze and revise environmental motion (.8). |
| 3/16/12 | Rana Barakat | 3.30 | Review Third Circuit local rules and federal rules of appellate procedure for rules triggered by recent appellate filings (1.1); create chart of filings and rules and responses triggered by filings (1.4); review recent appellate filings in Grace (.8). |
| 3/16/12 | John Donley, P.C. | 6.30 | Correspond with R. Frankel and A. Paul re Garlock issues (.5); correspond with A. Paul re settlement issues (.2); correspond with J. O'Neill and K. Love re motions (.2); correspond with R. Frankel and R. Wyron and review correspondence re Canadian proposal (.2); review drafts of global settlement papers and memoranda re open issues (.7); review omnibus agenda (.1); review R. Barakat memorandum re 524(g) developments (.2); review, revise and finalize stay motion response (3.9); review Garlock filing re consideration (.2); correspond with A. Paul and M. Jones re same (.1). |
| 3/16/12 | Lisa G Esayian | 4.00 | Final revisions to opposition to Garlock stay motion and confer with J. O'Connell re same (3.6); review Garlock sur-reply re motion for reargument (.4). |
| 3/17/12 | Mike Jones | 4.10 | Review 524(g) plans and related documents re motion to strike (3.7); correspond with working group re same (.4). |
| 3/17/12 | Jeffrey Gettleman | .50 | Correspond with J. Donley re Garlock motion to strike. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/18/12 | Adam C Paul | 2.10 | Correspond with J. Donley re Garlock (.8); analyze Garlock response (.2); analyze resolution of AMH claim (1.1). |
| 3/18/12 | John Donley, P.C. | 2.20 | Review and analyze Garlock filing and authorities cited (1.4); review relevant Babcock pleadings (.4); analyze PD strategy (.4). |
| 3/19/12 | Mike Jones | 1.70 | Telephone with claimant re plan terms (.5); telephone conference with working group re settlement documents (1.0); correspond with J. Gettleman re HIPAA disclosure language (.2). |
| 3/19/12 | Kimberly K Love | 1.50 | Review files and obtain precedent Babcock & Wilcox and USG documents requested by M. Jones. |
| 3/19/12 | Andrew Brniak | .30 | Correspond with M. Araki from BMC re production of documents to interested parties (.1); review and compile recently filed pleadings and correspond with working group re same (.2). |
| 3/19/12 | Jeffrey Gettleman | 4.10 | Office conference with M. Jones re research re Anderson Memorial and BNSF settlement agreement (.3); office conference with M. Jones re language agreed between J. Bernstein and D. Boivin re HIPAA requirements in Libby settlement order (.3); correspond with J. Bernstein and D. Boivin re adding Grace as authorized party re same (.3); telephone conference with A. Paul, P. Lockwood, D. Cohn and others re status of Libby/BNSF settlement agreements, motion and order (.4); correspond with A. Paul re inquiry from creditor re plan (.2); correspond with A. Paul re Anderson Memorial settlement proposal (.1); correspond with J. Donley re Garlock's obtaining a bond pending appeal (.2); correspond with A. Schlesinger re Garlock bond (.2); research re supersedeas bond providers (1.6); office conference with M. Jones re research on |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | supersedeas bonds (.3); correspond with M. Jones re same (.2). |
| 3/19/12 | Adam C Paul | 7.40 | Telephone conference with M. Giannatto, R. Wyron, D. Cohn and others re Libby settlement (.8); prepare for same (1.1); analyze AMH arguments (2.9); finalize Libby settlement (.7); analyze appellate filings (1.9). |
| 3/19/12 | Rana Barakat | 1.30 | Draft stipulation of withdrawal of all appeals and plan objections by Libby claimants (.2); review Libby term settlement sheet and Debtors' motion for approval of settlement with Libby claimants and BNSF (1.1). |
| 3/19/12 | John Donley, P.C. | 3.30 | Draft correspondence to court and correspond with client and plan proponents re same (.2); telephone conference with D. Turetsky and N. Coco re plan issues (.5); prepare for same and discuss with A. Paul (.2); analyze PD issues and conference with A. Paul and L. Esayian re same (.5); correspond with A. Paul re PD issues (.1); continue review and analysis of Garlock filings and B&W and USG pleadings relevant thereto (1.0); telephone conference with M. Shelnitz and F. Festa re Garlock issues (.3); correspond with J. O'Neill re District Court filings (.1); telephone conferences with A. Paul re settlement issues (.2); telephone conference with A. Paul and J. Gettleman re LMP (.2). |
| 3/19/12 | Lisa G Esayian | 2.80 | Review questions from R. Finke re Anderson Memorial issues (.2); analyze same and review previous emails re same (.7); confer with J. Donley and A. Paul re same (1.0); review and revise dismissal orders to be attached to Libby and BNSF settlement (.6); correspond with R. Barakat re same (.3). |
| 3/20/12 | Mike Jones | .80 | Research and analyze case law re requirements for appeal bonds. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/20/12 | Kimberly K Love | 3.00 | Review files and obtain information re environmental materials by M. Grummer as requested by R. Higgins (1.8); prepare and organize recently received materials for inclusion into case files (.7); prepare and organize materials re A. Paul 3rd Circuit Admittance to be forwarded to Court (.5). |
| 3/20/12 | Jeffrey Gettleman | 2.10 | Correspond with R. Finke re comments to LMP transition action items list (.2); telephone conference with J. Donley, A. Paul, M. Shelnitz and R. Finke re Anderson, Garlock and other issues (.6); office conference with A. Paul re same (.2); correspond with J. Donley re D. Wilson research re appeal bonds (.3); correspond with J. Donley and A. Paul re appeal bond questions (.2); correspond with M. Jones re appeal bond research (.2); correspond with C. Landau re appeal bond questions (.4). |
| 3/20/12 | Adam C Paul | 2.00 | Telephone conference with R. Finke and M. Shelnitz re AMH and appeals (1.1); prepare for same (.2); conference with J. Gettleman re AMH (.4); telephone conference with J. Gettleman re bond (.3). |
| 3/20/12 | Rana Barakat | 4.20 | Prepare form of appeal withdrawal (1.1); draft notices of withdrawal of appeals by Libby claimants and BNSF relating to joint plan, Grace-Arrowood settlement and Grace-CNA settlement (1.2); review appeals of Libby claimants and BNSF re joint plan, Grace-Arrowood settlement and the Grace-CNA settlement (1.9). |
| 3/20/12 | John Donley, P.C. | 1.50 | Strategy telephone conference with R. Finke, M. Shelnitz, A. Paul and L. Esayian re PD and other current strategy and motion issues (1.0); prepare for same (.2); correspond with R. Frankel re Garlock motion (.1); correspond with J. Gettleman re bonding question (.2). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/20/12 | Lisa G Esayian | 2.10 | Confer with M. Shelnitz, R. Finke, J. Donley and A. Paul re Anderson Memorial issues and work on follow-up re same. |
| 3/21/12 | Mike Jones | 3.90 | Research re requirements for appeal bond (2.8); correspond with working group re same (.3); correspond with claimant re plan documents (.3); correspond with working group re withdrawal forms for settlement agreements (.2); correspond with working group re settlement agreements (.3). |
| 3/21/12 | Kimberly K Love | 2.10 | Prepare and organize BNSF materials requested by R. Barakat (.7); prepare and organize recently filed materials for distribution to case files (1.4). |
| 3/21/12 | Andrew Brniak | .30 | Correspond with M. Araki from BMC re production of documents to interested parties (.1); review and compile recently filed pleadings and correspond with working group re same (.2). |
| 3/21/12 | Jeffrey Gettleman | 1.40 | Correspond with R. Finke re LMP transition (.2); correspond with A. Paul and R. Finke re same (.2); review M. Jones analysis of appeal bond issues (.4); correspond with C. Landau re appeal bond issues (.2); correspond with A. Paul re sequence of actions re approval of Libby settlement (.2); correspond with A. Paul re finalization of Libby settlement motion and order (.2). |
| 3/21/12 | Adam C Paul | 2.30 | Correspond with R. Higgins re document retention (.2); correspond with J. Gettleman and R. Finke re Libby medical plan (.3); analyze bonding requirements (.7); analyze Libby agreements (.8); correspond with R. Wyron re same (.3). |
| 3/21/12 | Rana Barakat | 5.30 | Meet with L. Esayian re notices of withdrawal of appeals by Libby claimants and BNSF (.2); draft notices of withdrawal of appeals by Libby claimants and BNSF relating to Grace-Arrowood settlement (1.1); |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|------|------|------|------|
| | | | draft notices of withdrawal of appeals by Libby claimants and BNSF relating to confirmation order (1.9); draft notices of withdrawal of appeals by Libby claimants and BNSF relating to Grace-CNA settlement (.8); review and analyze Libby settlement term sheet and BNSF settlement (1.3). |
| 3/21/12 | John Donley, P.C. | .60 | Correspond with R. Frankel re Garlock (.1); correspond with A. Paul and J. Gettleman re bond and LMP issues (.2); review various recent pleadings and filings (.3). |
| 3/21/12 | Lisa G Esayian | 2.50 | Review portions of BNSF and Libby settlements and draft approval motion (1.5); revise draft withdrawals re BNSF and Libby appeals and confer with R. Barakat re same (1.0). |
| 3/22/12 | Mike Jones | 1.60 | Research and analyze plan documents re injunctions (.9); review and revise settlement motion and approval order (.7). |
| 3/22/12 | Kimberly K Love | 2.20 | Review files and obtain information re various appeals as requested by R. Barakat (1.2); prepare and organize various materials requested by M. Jones (1.0). |
| 3/22/12 | Jeffrey Gettleman | 1.20 | Office conference with M. Jones re injunction issue, appeal bond research and related issues (.2); review M. Jones research re continuity of pre-effective date injunctions (.3); correspond with M. Jones re same (.2); review and analyze Grace current proposal to Anderson (.2); review A. Paul analysis of legal issues related to same (.3). |
| 3/22/12 | Adam C Paul | 4.90 | Analyze Medicare reporting obligations and solutions (1.2); analyze historical environmental claims (.4); telephone conference with R. Finke re same (.4); analyze Libby settlement pleadings (1.7); telephone conference with J. Donley re appeals and Garlock (.3); analyze BNSF settlement papers (.9). |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 3/22/12 | Rana Barakat | .80 | Edit notices of withdrawal of appeals by Libby claimants and BNSF relating to confirmation order, Grace-CNA settlement and Grace-Arrowood settlement. |
| 3/22/12 | John Donley, P.C. | 1.90 | Review Canada statement of issues and related pleadings (.2); review bank lenders' statement of issues and related pleadings (.2); review and analyze materials re Medicare issues and discuss with A. Paul (.5); telephone conference with M. Shelnitz, R. Finke and A. Paul re same (.4); review M. Jones and J. Gettleman correspondence (.2); analyze bond issue (.2); review various recent pleadings and filings (.2). |
| 3/22/12 | Lisa G Esayian | 1.70 | Review materials from R. Finke re Medicare reporting issues (.8); confer with M. Shelnitz, R. Finke, J. Donley and A. Paul re same (.5); review and provide comments re revised draft notices of withdrawals per Libby and BNSF settlements (.4). |
| 3/23/12 | Mike Jones | 1.90 | Telephone conference with working group re settlement documents (1.0); review and revise settlement approval order (.6); correspond with working group re settlement motion and approval order (.3). |
| 3/23/12 | Emily S O'Connor | 1.10 | Review and cross-reference exhibits to the 2019 statements filed by the Libby claimants with the lists of active and deceased members sent from the HNA to calculate the total amount of claimants. |
| 3/23/12 | Kimberly K Love | 2.10 | Prepare and organize various materials re case filings as requested by R. Barakat. |
| 3/23/12 | Jeffrey Gettleman | 3.60 | Office conference with A. Paul re further comments to Libby settlement motion and order (.2); correspond with M. Jones re edited Libby approval order (.3); review E. O'Connor revised spreadsheet re numbers of Libby claimants (.3); telephone conference with A. Paul re HIPAA language in Libby |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
|  |  |  | settlement order (.1); review, revise and edit "final" version of Libby settlement motion (.5); telephone conference with A. Paul re issue with comment to Libby settlement motion (.2); correspond with M. Jones re addressees for circulation of "final" Libby settlement motion and order (.1); telephone conference with D. Cohn, A. Paul, J. Donley and others re Libby/BNSF settlement documents (.5); office conference with M. Jones re same (.3); correspond with M. Jones re edits to Libby/BNSF settlement documents (.3); edit Section III.A. of Libby term sheet (.5); office conferences with E. O'Connor re same (.3). |
| 3/23/12 | Adam C Paul | 5.30 | Analyze and revise Libby pleadings (2.9); telephone conference with D. Cohen, R. Frankel, P. Lockwood re same (.8); analyze plan re preliminary injunction (.9); telephone conference with D. Cohen re same (.4); telephone conference with J. Donley re appeals (.3). |
| 3/23/12 | Rana Barakat | 4.10 | Review District Court docket and post-confirmation motions filed in District Court for purpose of status update (1.4); draft status update to Third Circuit re matters pending before District Court (2.7). |
| 3/23/12 | John Donley, P.C. | 3.30 | Review settlement papers and revised drafts submitted by various parties (1.0); correspond with R. Frankel, R. Wyron, A. Paul, D. Cohn and R. Phillips re same (.6); telephone conference with A. Paul, ACC/FCR counsel, D. Cohn, R. Phillips and M. Giannatto re settlement papers (.5); review Garlock filings and outline Third Circuit update (.3); telephone conference with R. Zubaty re same (.1); correspond with R. Barakat re same (.1); telephone conference with A. Paul re status of current projects (.2); telephone conference with R. Frankel and R. Wyron re Libby and BNSF issues (.1); review various recent pleadings |

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| | | | (.2); telephone conference with M. Shelnitz and A. Paul re case developments (.2). |
| 3/24/12 | Rana Barakat | 2.70 | Review post-confirmation motions filed in District Court for purposes of Third Circuit status update (.8); draft and edit status update to Third Circuit re matters pending before District Court (1.9). |
| 3/24/12 | John Donley, P.C. | 1.20 | Review recent pleadings and filings (.1); edit settlement motion (.3); edit settlement draft order (.3); correspond with M. Jones and A. Paul re suggested edits (.2); review D. Cohn edits to Trust document (.3). |
| 3/25/12 | Jeffrey Gettleman | .40 | Correspond with D. Cohn re comments to Libby motion/order (.2); correspond with A. Paul re same (.1); correspond with A. Paul re Third Circuit disclosure for Canada appeal (.1). |
| 3/25/12 | Adam C Paul | 1.80 | Analyze and revise appellate pleadings and Libby papers (1.4); correspond with R. Wyron re Libby papers (.2); correspond with D. Cohen re same (.2). |
| 3/25/12 | John Donley, P.C. | 1.60 | Review D. Cohn correspondence and revisions re Libby settlement filing drafts (.3); review procedural record before District Court and Third Circuit (.3); review and revise draft status report to Third Circuit (.6); draft correspondence to ACC, FCR counsel, R. Barakat and K. Makowski re same (.2); draft correspondence to R. Barakat and K. Love re next steps with status update filing (.2). |
| 3/26/12 | Mike Jones | 4.20 | Review and revise settlement motion and approval order (2.2); correspond with working group re same (.3); telephone conference with working group re settlement agreement (1.0); review and analyze reply brief re motion to stay judgment pending appeal (.7). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/26/12 | Emily S O'Connor | .60 | Review and cross-reference exhibits to the 2019 statements filed by the Libby claimants with the lists of active and deceased members sent from the HNA to calculate the total amount of claimants. |
| 3/26/12 | Kimberly K Love | 3.60 | Review materials and prepare and organize case distribution list as requested by J. Donley (2.9); review and obtain materials requested by R. Barakat for use with status report (.7). |
| 3/26/12 | Jeffrey Gettleman | 7.60 | Correspond with A. Paul re R. Wyron comments to Libby motion/order (.2); correspond with R. Wyron re Libby pleadings (.2); telephone conference with R. Finke re latest draft of Libby settlement motion and order (.3); correspond with M. Jones re incorporation of withdrawal forms as exhibit to Libby motion (.2); correspond with J. Donley and A. Paul re analysis of Garlock reply brief (.3); correspond with M. Jones, R. Finke and others re Garlock reply brief (.3); correspond with A. Paul and J. Donley re same (.3); correspond with L. Esayian re same (.2); telephone conference with A. Paul re notice deadline and objection deadline for specially-set hearing re Libby settlement motion (.3); correspond with M. Jones re "final" versions of Libby settlement motion and order (.1); review Judge Buckwalter order denying Garlock motion to strike sur-reply (.7); office conferences with E. O'Connor re analysis of LMP members to complete Section III.A. of Libby term sheet (.4); correspond with A. Paul and M. Jones re D. Cohn's proposed changes to Libby settlement motion and order (.2); correspond with A. Paul re draft notices of withdrawal re Libby settlement (.2); correspond with M. Jones and A. Paul re edits to Libby settlement motion and order (.3); review and revise chart of counts of members of Libby medical program for Section III.A. of Libby |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| | | | settlement term sheet (.3); review Libby medical plan booklet re cessation of coverage for deceased members (.6); office conference with E. O'Connor re same (.2); draft, review revise and edit analysis of counts to complete blanks in Section III.A. of LMP term sheet (.6); edit Libby settlement order (.7); telephone conference with A. Paul, counsel for plan proponents and Libby claimants re finalization of Libby settlement motion/order (.5); correspond with D. Cohn re edit to motion (.1); correspond with A. Paul and M. Jones re additional edits re same (.3); correspond with M. Giannatto re additional edits re same (.1). |
| 3/26/12 | Adam C Paul | 8.60 | Finalize Libby pleadings and review comments (5.1); telephone conference with R. Wyron, R. Frankel, D. Cohn re Libby pleadings (.8); telephone conference with R. Higgins re administrative bar date (.3); telephone conference with M. Shelnitz re Libby settlement and district court (.4); analyze final Libby term sheet (.8); analyze Garlock response (.9); correspond with J. Donley re same (.3). |
| 3/26/12 | Rana Barakat | 1.80 | Review and edit status update to Third Circuit (1.4); correspond with K. Love re revisions to status update to Third Circuit (.4). |
| 3/26/12 | John Donley, P.C. | 2.70 | Incorporate various editing suggestions to Third Circuit update received from plan proponents (.3); edit and finalize Third Circuit update (.3); correspond with R. Barakat, K. Love and A. Paul re filing (.4); review D. Cohn edits to settlement papers (.2); correspond with A. Paul re same (.1); review various recent pleadings and filings (.3); correspond with D. Cohn and R. Zubaty re filing (.2); review and analyze Garlock stay reply brief and related filings (.6); correspond with M. Jones, A. Paul, L. Esayian and team re same (.3). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/26/12 | Lisa G Esayian | 1.10 | Provide comments re draft letter to Third Circuit re current status of post-confirmation order motions (.4); review Garlock reply in support of motion for stay (.7). |
| 3/27/12 | Mike Jones | 2.20 | Review and revise settlement motion and approval order (1.3); correspond with working group re same (.3); draft corporate disclosure statement (.6). |
| 3/27/12 | Kimberly K Love | 2.40 | Prepare and organize materials filed in various appeal cases for distribution to case files (1.9); prepare and organize materials requested by R. Barakat (.5). |
| 3/27/12 | Andrew Brniak | .30 | Correspond with M. Araki from BMC re production of documents to interested parties (.1); review and compile recently filed pleadings and correspond with working group re same (.2). |
| 3/27/12 | Jeffrey Gettleman | 1.30 | Correspond with D. Boivin re language in draft Libby settlement order (.2); correspond with M. Jones and K. Makowski re corporate disclosure statement (.1); review and revise corporate disclosure statement for Canada appeal (.4); correspond with R. Finke re filing of additional corporate disclosure statement (.2); correspond with A. Paul re final version of LMP trust agreement (.2); correspond with R. Finke re comments to Libby settlement motion (.1); correspond with R. Barakat re necessity of filing additional corporate disclosure statements (.1). |
| 3/27/12 | Adam C Paul | 6.10 | Preparation of appellate papers for filing (.6); correspond with J. Gettleman and R. Barakat re same (.3); analyze Garlock response (.5); telephone conference with M. Shelnitz, J. Donley and ACC/FCR re status (.9); finalize Libby pleadings (1.8); telephone conference with R. Higgins re Libby (.2); telephone conference with M. Shelnitz re Libby papers (1.1); correspond with M. Giannatto re |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|------|------|------|------|
| | | | preliminary injunction (.7). |
| 3/27/12 | Rana Barakat | .60 | Correspond with A. Paul re requirements for filing corporate disclosure statement in consolidated appeals (.2); research re requirements for filing corporate disclosure statement in consolidated appeals (.4). |
| 3/27/12 | John Donley, P.C. | 2.10 | Review and analyze Garlock stay briefing and related materials (.5); correspond with J. Gettleman and A. Paul re Libby issues (.2); telephone conference with A. Paul re settlement issues (.1); telephone conference with M. Shelnitz, A. Paul, R. Frankel, R. Wyron and P. Lockwood re current joint strategy issues and motion practice (.6); correspond with R. Barakat and J. Gettleman re Canadian disclosure filing (.1); review revision to LMP term sheet and related email from J. Gettleman (.1); review and revise Libby various Libby settlement papers and review numerous correspondence re same (.5). |
| 3/27/12 | Lisa G Esayian | 1.00 | Review various parties' submissions to Third Circuit (.5); confer with various insurers' counsel re their questions re status of post-confirmation motions and Third Circuit appeals (.5). |
| 3/28/12 | Mike Jones | 2.40 | Review and analyze local rules re corporate disclosure statement (.9); telephone conference with working group re settlement agreements (.6); review and revise settlement motion (.9). |
| 3/28/12 | Kimberly K Love | 1.00 | Review and organize recently filings for inclusion into case files. |
| 3/28/12 | Jeffrey Gettleman | 1.80 | Correspond with R. Finke re comments to Libby settlement approval order (.2); correspond with M. Jones re same (.1); correspond with M. Jones re exhibits to Libby/BNSF settlement motion (.3); office conference with A. Paul re finalization of |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | settlement documents and Friday follow-up call (.2); correspond with A. Paul and M. Giannatto re analysis of preliminary injunction (.1); correspond with M. Jones re filing of corporate disclosure statements (.2); telephone conference with R. Finke re LMP transition and Libby settlement approval order (.3); office conference with A. Paul re finalization of Libby/BNSF settlement documents and filing of motion (.4). |
| 3/28/12 | Adam C Paul | 3.40 | Analyze Medicare reporting requirement (.6); correspond with E. Moser re same (.2); finalize Libby settlement papers (1.9); telephone conference with R. Wyron, R. Frankel and D. Cohn re Libby settlement (.7). |
| 3/28/12 | Rana Barakat | .10 | Correspond with M. Jones re Grace corporate disclosure statement. |
| 3/28/12 | John Donley, P.C. | 1.80 | Review various settlement papers, updated drafts and revision and suggested revisions (.9); correspond with A. Paul and M. Jones re same (.2); correspond with A. Paul and M. Giannatto re BNSF issues (.2); review various recent pleadings and filings (.2); review D. Cohn correspondence re Libby issues (.1); telephone conference with mediator re status of settlement (.1); draft correspondence to A. Paul re revision to approval motion (.1) |
| 3/28/12 | Lisa G Esayian | 1.40 | Work on issues re dismissal orders re Libby and BNSF appeals (.4); work on Anderson Memorial issues (1.0). |
| 3/29/12 | Mike Jones | .80 | Review and revise settlement motion and approval order. |
| 3/29/12 | Kimberly K Love | 3.00 | Prepare and organize various materials requested by R. Barakat (.8); review and obtain information requested by A. Paul re upcoming dates and events (1.2); prepare and organize recently filed materials for |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | distribution to case files (1.0). |
| 3/29/12 | Jeffrey Gettleman | .40 | Correspond with M. Jones re further edits to Libby settlement motion and order (.1); correspond with M. Jones, D. Cohn and others re final versions of Libby/BNSF settlement motion and order for sign off (.1); correspond with P. Lockwood approving Libby/BNSF settlement pleadings (.2). |
| 3/29/12 | Adam C Paul | 2.80 | Finalize Libby pleadings (2.1); conference with M. Jones re same (.7). |
| 3/29/12 | John Donley, P.C. | .40 | Review settlement papers, revised drafts and various related correspondence. |
| 3/29/12 | Lisa G Esayian | 1.20 | Confer with R. Finke re Anderson Memorial issues (.4); begin drafting correspondence re same (.8). |
| 3/30/12 | Mike Jones | .90 | Telephone conference with working group re settlement agreements (.6); review and revise settlement motion and approval order (.3). |
| 3/30/12 | Kimberly K Love | 3.10 | Review Appeal and District Court cases for recently filed information and update case files. |
| 3/30/12 | Jeffrey Gettleman | 3.50 | Correspond with A. Paul re additional entities involved with administration of LMP re Libby settlement motion (.1); correspond with R. Finke re same (.1); review and revise Libby/BNSF settlement order (.6); correspond with D. Cohn re comments to Libby settlement motion (.1); correspond with R. Finke re edits to paragraph 25 of Libby settlement motion (.2); correspond with M. Jones re edits to Libby settlement motion (.3); telephone conference with A. Paul, P. Lockwood, Libby claimants and BNSF/CNA counsel re finalization of settlement agreement, settlement motion and order (.6); review and revise final draft of Libby/BNSF settlement motion (1.5). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/30/12 | Adam C Paul | 2.90 | Finalize Libby pleadings (2.0); telephone conference with D. Cohn, R. Wyron, M. Jones re same (.6); telephone conference with R. Finke re Libby settlement (.3). |
| 3/30/12 | John Donley, P.C. | .70 | Correspond with P. Lockwood re settlement (.1); correspond with A. Rich re appeals (.1); telephone conference with M. Shelnitz and R. Finke re pending motions (.1); draft correspondence re same (.1); correspond with D. Cohn and A. Paul re settlement drafts and issues (.3). |
| 3/30/12 | Lisa G Esayian | 1.50 | Analyze Anderson Memorial claims. |

TOTAL HOURS    669.50