**EXHIBIT B**

**Matter 52-Expenses-Expenses**

| Service Description | Amount |
| --- | --- |
| Third Party Telephone Charges | 23.70 |
| Standard Copies or Prints | 1,400.20 |
| Overnight Delivery | 202.31 |
| Filing Fees | 18.00 |
| Appearance Fees | 90.00 |
| Computer Database Research | 3,186.59 |
| **TOTAL:** | **4,920.80** |

**Matter 52 - Expenses**

| Date | Amount | Description |
|------|--------|-------------|
| 2/01/12 | 83.45 | West, Computer Database Research, Esayian, Lisa G, 2/2012 |
| 2/03/12 | 322.72 | West, Computer Database Research, Dukov, Nia, 2/2012 |
| 2/13/12 | 129.18 | West, Computer Database Research, Jones, Mike, 2/2012 |
| 2/14/12 | 1,655.46 | West, Computer Database Research, Barakat, Rana, 2/2012 |
| 2/14/12 | 550.78 | West, Computer Database Research, Gettleman, Jeffrey, 2/2012 |
| 2/17/12 | 353.03 | West, Computer Database Research, Love, Kimberly, 2/2012 |
| 2/28/12 | 91.97 | West, Computer Database Research, Donley, John W, 2/2012 |
| 2/29/12 | 5.15 | Intercall - Third Party Telephone Charges, A. Paul, 2/29/12 |
| 3/01/12 | 11.70 | Standard Prints |
| 3/01/12 | 7.10 | Standard Prints |
| 3/01/12 | 2.80 | Standard Prints |
| 3/01/12 | .20 | Standard Prints |
| 3/01/12 | 21.70 | Standard Prints |
| 3/01/12 | .20 | Standard Prints |
| 3/01/12 | 1.70 | Standard Prints |
| 3/01/12 | 1.10 | Standard Prints |
| 3/01/12 | 1.30 | Standard Prints |
| 3/01/12 | 2.40 | Standard Prints |

| **Date** | **Amount** | **Description** |
|---|---|---|
| 3/01/12 | .20 | Standard Prints |
| 3/02/12 | 34.99 | Overnight Delivery, Fed Exp to:Jordan Maz, Washington,DC from:Sandra Fiore |
| 3/05/12 | 25.00 | Standard Prints |
| 3/05/12 | 4.30 | Standard Prints |
| 3/05/12 | 2.90 | Standard Prints |
| 3/05/12 | 15.20 | Standard Prints |
| 3/05/12 | .40 | Standard Prints |
| 3/05/12 | 2.40 | Standard Prints |
| 3/05/12 | 1.20 | Standard Prints |
| 3/05/12 | 4.40 | Standard Prints |
| 3/06/12 | .80 | Standard Copies or Prints |
| 3/06/12 | 7.70 | Standard Prints |
| 3/06/12 | 2.20 | Standard Prints |
| 3/06/12 | 26.00 | Standard Prints |
| 3/06/12 | .90 | Standard Prints |
| 3/06/12 | 8.90 | Standard Prints |
| 3/07/12 | 1.80 | Standard Copies or Prints |
| 3/07/12 | 144.20 | Standard Prints |
| 3/07/12 | 8.00 | Standard Prints |
| 3/07/12 | .40 | Standard Prints |
| 3/07/12 | 3.50 | Standard Prints |
| 3/07/12 | 32.80 | Standard Prints |
| 3/07/12 | 37.50 | Standard Prints |

| Date | Amount | Description |
|------|-------:|-------------|
| 3/08/12 | 2.40 | Standard Copies or Prints |
| 3/08/12 | 38.30 | Standard Prints |
| 3/08/12 | 1.30 | Standard Prints |
| 3/08/12 | 110.30 | Standard Prints |
| 3/08/12 | 31.60 | Standard Prints |
| 3/08/12 | 5.70 | Standard Prints |
| 3/08/12 | 6.00 | Standard Prints |
| 3/09/12 | 18.00 | Clerk US Court of Appeals - Filing Fees, Fee for Certificate of Good Standing, 3/09/12 |
| 3/11/12 | 7.20 | Standard Prints |
| 3/11/12 | 44.60 | Standard Prints |
| 3/11/12 | 7.00 | Standard Prints |
| 3/11/12 | 4.80 | Standard Prints |
| 3/11/12 | 1.60 | Standard Prints |
| 3/12/12 | .10 | Standard Prints |
| 3/12/12 | 1.90 | Standard Prints |
| 3/12/12 | 61.50 | Standard Prints |
| 3/12/12 | .40 | Standard Prints |
| 3/12/12 | 1.00 | Standard Prints |
| 3/12/12 | 5.10 | Standard Prints |
| 3/13/12 | 1.40 | Standard Prints |
| 3/13/12 | 2.40 | Standard Prints |
| 3/13/12 | 9.90 | Standard Prints |
| 3/13/12 | .90 | Standard Prints |

| **Date** | **Amount** | **Description** |
|---|---|---|
| 3/13/12 | 6.90 | Standard Prints |
| 3/14/12 | 3.00 | Standard Prints |
| 3/14/12 | 45.50 | Standard Prints |
| 3/14/12 | 2.40 | Standard Prints |
| 3/14/12 | .40 | Standard Prints |
| 3/14/12 | 15.80 | Standard Prints |
| 3/14/12 | 9.88 | Overnight Delivery, Fed Exp to:Kimberly Love, Chicago,IL from:Patricia S. Connor, Clerk |
| 3/15/12 | 3.00 | Standard Copies or Prints |
| 3/15/12 | .30 | Standard Copies or Prints |
| 3/15/12 | 12.00 | Standard Prints |
| 3/15/12 | 43.20 | Standard Prints |
| 3/15/12 | 3.20 | Standard Prints |
| 3/15/12 | 3.00 | Standard Prints |
| 3/15/12 | 23.50 | Standard Prints |
| 3/15/12 | 30.00 | CourtCall, LLC - Appearance Fees - CCID 4781017 02/27/2012 Hearing - Janet Baer, U.S. Bankruptcy Court-Delaware. |
| 3/15/12 | 30.00 | CourtCall, LLC - Appearance Fees - CCID 4780998 02/27/2012 Hearing - Roger Higgins, U.S. Bankruptcy Court-Delaware. |
| 3/15/12 | 30.00 | CourtCall, LLC - Appearance Fees - CCID 4780983 02/27/2012 Hearing - Adam Paul, U.S. Bankruptcy Court-Delaware. |
| 3/16/12 | 3.26 | Jeffrey Gettleman, Cell Phone Calls, Verizon Wireless 02/17/2012 to 03/16/2012, (Cellular Calls) Monthly Charges |
| 3/16/12 | 3.20 | Standard Copies or Prints |

| **Date** | **Amount** | **Description** |
|---|---|---|
| 3/16/12 | 13.20 | Standard Copies or Prints |
| 3/16/12 | .40 | Standard Copies or Prints |
| 3/16/12 | 19.80 | Standard Prints |
| 3/16/12 | .80 | Standard Prints |
| 3/16/12 | 187.20 | Standard Prints |
| 3/16/12 | 130.00 | Standard Prints |
| 3/16/12 | 4.90 | Standard Prints |
| 3/16/12 | .40 | Standard Prints |
| 3/16/12 | .60 | Standard Prints |
| 3/16/12 | 4.60 | Standard Prints |
| 3/19/12 | 10.40 | Standard Prints |
| 3/19/12 | 3.40 | Standard Prints |
| 3/19/12 | 2.00 | Standard Prints |
| 3/19/12 | .90 | Standard Prints |
| 3/20/12 | .50 | Standard Prints |
| 3/20/12 | .50 | Standard Prints |
| 3/20/12 | .70 | Standard Prints |
| 3/20/12 | 58.87 | Overnight Delivery, Fed Exp to:Michael Cascino, Chicago,IL from:Brian T. Stansbury |
| 3/21/12 | .10 | Standard Copies or Prints |
| 3/21/12 | 6.70 | Standard Prints |
| 3/21/12 | 9.53 | Overnight Delivery, Fed Exp to:Kathleen P. Makowski, Wilmington,DE from:Kimberly Love |
| 3/22/12 | .10 | Standard Copies or Prints |

| Date | Amount | Description |
|------|-------:|-------------|
| 3/22/12 | 1.40 | Standard Prints |
| 3/22/12 | 6.80 | Standard Prints |
| 3/22/12 | 10.10 | Standard Prints |
| 3/22/12 | 9.90 | Standard Prints |
| 3/22/12 | 13.10 | Standard Prints |
| 3/23/12 | 10.80 | Standard Prints |
| 3/23/12 | .20 | Standard Prints |
| 3/23/12 | .70 | Standard Prints |
| 3/23/12 | 89.04 | Overnight Delivery, Fed Exp to:Sharon Lippi, Philadelphia,PA from:John Donley |
| 3/26/12 | 4.70 | Standard Prints |
| 3/26/12 | 5.60 | Standard Prints |
| 3/26/12 | .90 | Standard Prints |
| 3/26/12 | .10 | Standard Prints |
| 3/26/12 | 1.70 | Standard Prints |
| 3/26/12 | .10 | Standard Prints |
| 3/27/12 | 1.30 | Standard Prints |
| 3/27/12 | 2.40 | Standard Prints |
| 3/27/12 | 1.00 | Standard Prints |
| 3/28/12 | 42.70 | Standard Copies or Prints |
| 3/28/12 | 2.70 | Standard Prints |
| 3/28/12 | .40 | Standard Prints |
| 3/28/12 | 4.60 | Standard Prints |
| 3/28/12 | .10 | Standard Prints |

| Date | Amount | Description |
|------|--------|-------------|
| 3/31/12 | 15.29 | Intercall - Third Party Telephone Charges, J. Gettleman, 3/31/12 |
| TOTAL DISBURSEMENTS | 4,920.80 | |