IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

### AFFIDAVIT OF WILLIAM W. WELLER, PARALEGAL

STATE OF DELAWARE   :
                    : SS:
NEW CASTLE COUNTY   :

I, William W. Weller, certify that I am, and at all times during the service have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on May 2, 2012, I caused to be served:

**FORTY-FIRST INTERIM AND FINAL VERIFIED APPLICATION OF BRYAN CAVE HRO (FORMERLY HOLME ROBERTS & OWEN LLP) FOR (I) FINAL APPROVAL OF INTERIM FEE AND EXPENSE APPLICATIONS FROM APRIL 2, 2001 THROUGH MARCH 31, 2011; (II) FINAL APPROVAL OF INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FROM APRIL 1, 2011 THROUGH APRIL 15, 2012; AND (III) FINAL APPROVAL OF THE DEBTORS' PAYMENT OF ALL ALLOWED FEES AND EXPENSES**
[Docket No. 28850]

Service was completed upon the parties on the attached list in the manner as indicated.

Date: May 2, 2012

/s/ William W. Weller
William W. Weller

SWORN AND SUBSCRIBED before me this 2nd day of May, 2012.

Jessica Kathryn Farenski
NOTARY
My commission expires: 07/18/13

WWW/105624-0001/2528565/1

**VIA HAND DELIVERY**
David M. Klauder, Esq.
Trial Attorney
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox #35
Wilmington, Delaware 19801

**VIA FIRST CLASS MAIL & E-MAIL[1]**
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul, Suite 1250
Dallas, TX 75201
feeaudit@whsmithlaw.com
[Fee Auditor]

**VIA FIRST CLASS MAIL**
Mark Shelnitz
Senior Vice President and General Counsel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044
[Debtor]

**VIA HAND DELIVERY**
Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Kathleen P. Makowski, Esq.
Timothy P. Cairns, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
[Counsel for the Debtors]

**VIA HAND DELIVERY**
Michael R. Lastowski, Esq.
Duane Morris LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
[Counsel for the Official Committee of Unsecured Creditors]

**VIA HAND DELIVERY**
Theodore Tacconelli, Esq.
Michael B. Joseph, Esq.
Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
Wilmington, DE 19899
[Counsel to the Official Committee of Asbestos Property Damage Claimants]

**VIA HAND DELIVERY**
Mark Hurford, Esq.
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801
[Counsel to the Official Committee of Personal Injury Claimants]

**VIA HAND DELIVERY**
Teresa K.D. Currier, Esq.
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19899
[Counsel to the Official Committee of Equity Holders]

**VIA HAND DELIVERY**
John C. Phillips, Jr., Esq.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
[Counsel to David T. Austern, Personal Injury Future Claimant's Representative]

**VIA FIRST CLASS MAIL**
Roger J. Higgins, Esq.
The Law Offices of Roger Higgins LLC
111 East Wacker Drive
Suite 2800
Chicago, IL 60601
[Counsel for the Debtors]

**VIA FIRST CLASS MAIL**
John Donley, Esq.
Adam C. Paul, Esq.
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
[Counsel for the Debtors]

---

[1]Served by email on April 30, 2012.

**VIA FIRST CLASS MAIL**
David S. Heller, Esq.
Latham & Watkins LLP
Sears Tower, Suite 5800
Chicago, IL 60606
[Counsel to the DIP Lender]

**VIA FIRST CLASS MAIL**
William S. Katchen, Esq.
Duane Morris LLP
744 Broad Street, Suite 1200
Newark, NJ 07102
[Counsel for the Official Committee of Unsecured Creditors]

**VIA FIRST CLASS MAIL**
Lewis Kruger, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
[Counsel for the Official Committee of Unsecured Creditors]

**VIA FIRST CLASS MAIL**
Scott L. Baena, Esq.
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131
[Counsel to the Official Committee of Asbestos Property Damage Claimants]

**VIA FIRST CLASS MAIL**
Elihu Inselbuch, Esq.
Caplin & Drysdale, Chartered
395 Park Avenue, 35th Floor
New York, NY 10152
[Counsel to the Official Committee of Personal Injury Claimants]

**VIA FIRST CLASS MAIL**
Philip Bentley, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
[Counsel to the Official Committee of Equity Holders]

**VIA FIRST CLASS MAIL**
Richard Frankel, Esq.
Orrick Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005
[Counsel to David T. Austern, Personal Injury Future Claimant's Representative]

**VIA FIRST CLASS MAIL**
Alan B. Rich, Esq.
Law Office of Alan B. Rich
1201 Elm Street, Suite 4244
Dallas, TX 75270
[Counsel to the Hon. Alexander M. Sanders, Jr., as Property Damages Future Claims Representative]