**Attachment B**
**To Fee Application**
**Summary of PwC's Fees By Professional**
**For the month of March 2012**

**Professional Profiles**
**W.R. Grace & Co. Time Tracking - Audit**
**For the month of March 2012**

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Thomas E Smith | Audit Partner | 20+ | Integrated Audit | $ 796.29 | 12.5 | $ 9,953.63 |
| David C Sands | Director | 12 | Integrated Audit | $ 436.88 | 5.4 | $ 2,359.15 |
| Evgeny Gonokhin | Audit Senior Manager | 9 | Integrated Audit | $ 436.88 | 6.0 | $ 2,621.28 |
| Pavel Katsiak | Audit Senior Associate | 6 | Integrated Audit | $ 257.81 | 12.0 | $ 3,093.72 |
| Elizabeth Sama | Tax Senior Associate | 5 | Integrated Audit | $ 239.20 | 1.0 | $ 239.20 |
| Phillip Crosby | Audit Senior Associate | 5 | Integrated Audit | $ 234.95 | 4.0 | $ 939.80 |
| Alexandra L Schmidt | Audit Senior Associate | 5 | Integrated Audit | $ 241.30 | 50.0 | $ 12,065.00 |
| Kathleen Elizabeth Bradley | Audit Experienced Associate | 3 | Integrated Audit | $ 180.34 | 17.0 | $ 3,065.78 |
| Drew Levy | Audit Associate | 1 | Integrated Audit | $ 130.81 | 69.0 | $ 9,025.89 |
| **Totals** | | | | | 176.9 | $ 43,363.45 |

**Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)**

**Totals**         2.5                          $ 426.08

{::111th Fee App - Attach B (10155541).DOC}

**Summary of PwC's Fees By Project Category:**
**For the months of March 2012**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 2.5 | $426.08 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |

{::111th Fee App - Attach B (10155541).DOC}

| | | |
|---|---|---|
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 176.9 | $43,363.45 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 179.4 | $ 43,789.53 |

## Expense Summary
## For the month of March 2012

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $ 420.14 |
| Lodging | N/A | |
| Sundry | N/A | |
| Business Meals | N/A | |
| TOTAL: | | $ 420.14 |

{::111th Fee App - Attach B (10155541).DOC}