# EXHIBIT - A

**W.R. Grace & Co.**
**Fee Application Preparation**
**For the month of March 2012**

| Date | Hours | Description of Services Provided | Bill Rate | Extended Cost |
|---|---|---|---|---|
| **FEE APPLICATION PREPARATION** | | | | |
| **Name: Kathleen Bradley** | | | | |
| 23-Mar | 1.0 | Reviewing and editing fee application services description March 2012 | $ 180.34 | $ 180.34 |
| 26-Mar | 1.0 | Reviewing and editing fee application services description March 2012 | $ 180.34 | $ 180.34 |
| | **2.0** | | | |
| **Name: Drew Levy** | | | | |
| 26-Mar | 0.5 | Fee application preparation March 2012 | $ 130.81 | $ 65.41 |
| | **0.5** | | | |
| | **2.5** | **Total Grace Fee Application Charged Hours** | | **$ 426.08** |

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Thomas E Smith | Audit Partner | 20+ | Integrated Audit | $796.29 | 12.5 | $9,953.63 |
| David C Sands | Director | 12 | Integrated Audit | $436.88 | 5.4 | $2,359.15 |
| Evgeny Gonokhin | Audit Senior Manager | 9 | Integrated Audit | $436.88 | 6 | $2,621.28 |
| Pavel Katsiak | Audit Senior Associate | 6 | Integrated Audit | $257.81 | 12 | $3,093.72 |
| Elizabeth Sama | Tax Senior Associate | 5 | Integrated Audit | $239.20 | 1 | $239.20 |
| Phillip Crosby | Audit Senior Associate | 5 | Integrated Audit | $234.95 | 4 | $939.80 |
| Alexandra L Schmidt | Audit Senior Associate | 5 | Integrated Audit | $241.30 | 50 | $12,065.00 |
| Kathleen Elizabeth Bradley | Audit Experienced Associate | 3 | Integrated Audit | $180.34 | 17 | $3,065.78 |
| Drew Levy | Audit Associate | 1 | Integrated Audit | $130.81 | 69 | $9,025.89 |
| **Totals** | | | | | 176.9 | $43,363.45 |