**Attachment B**
**To Fee Application**
**Summary of PwC's Fees By Professional**
**For the months of January 2012 through March 2012**

**Professional Profiles**
**W.R. Grace & Co. Time Tracking - Global Restructuring**
**For the months of January 2012 through March 2012**

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Valery Civilio | Partner | 17 | Global Restructuring | $ 954.75 | 32.8 | $ 31,315.80 |
| Monica Cohen-Dumani | Partner | 20+ | Global Restructuring | $ 918.50 | 0.3 | $ 275.55 |
| Ronald S Gale | Partner | 20+ | Global Restructuring | $ 748.00 | 5.0 | $ 3,740.00 |
| Adam Hankins | Senior Manager | 9 | Global Restructuring | $ 731.34 | 49.3 | $ 36,055.06 |
| Alessandro Di Stefano | Director | 8 | Global Restructuring | $ 654.50 | 1.0 | $ 654.50 |
| Bertrand Vandepitte | Director | 8 | Global Restructuring | $ 654.50 | 2.8 | $ 1,832.60 |
| Christian Marty | Director | 8 | Global Restructuring | $ 654.50 | 14.4 | $ 9,424.80 |
| Thomas Dirick | Senior Advisor | 5 | Global Restructuring | $ 419.81 | 54.8 | $ 23,005.59 |
| Andrea Corinne Richards | Senior Advisor | 4 | Global Restructuring | $ 379.50 | 0.5 | $ 189.75 |
| Mary Irene Slonina | Senior Advisor | 4 | Global Restructuring | $ 341.00 | 2.0 | $ 682.00 |
| Todd S. Chesla | Manager | 6 | Global Restructuring | $ 330.00 | 11.5 | $ 3,795.00 |
| Victor Sebastian Diaz Parro | Senior Associate | 4 | Global Restructuring | $ 253.00 | 64.2 | $ 16,242.60 |
| Jorge Vargas | Senior Associate | 4 | Global Restructuring | $ 253.00 | 49.8 | $ 12,599.40 |
| Julie Mailho Conedera | Advisor | 2 | Global Restructuring | $ 200.92 | 33.8 | $ 6,791.10 |
| Mariana Saraiva | Advisor | 2 | Global Restructuring | $ 193.76 | 5.8 | $ 1,123.81 |
| Veronica Joelle Flores | Experienced Associate | 2 | Global Restructuring | $ 170.50 | 30.5 | $ 5,200.25 |
| Eric Meyer | Experienced Associate | 1 | Global Restructuring | $ 170.50 | 6.0 | $ 1,023.00 |
| Beatrice Rivero | Executive Assistant | 4 | Global Restructuring | $ 99.00 | 0.3 | $ 29.70 |
| Karen R Spencer | Executive Assistant | 4 | Global Restructuring | $ 99.00 | 0.2 | $ 19.80 |
| **Totals** | | | | | **365.0** | **$ 154,000.31** |

**Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court**

| **Totals** | 0 | | | | | **$ 0** |

{02411:PLDG:10155550.DOCX}

**Summary of PwC's Fees By Project Category:**
**For the months of January 2012 through March 2012**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | | |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | 365.0 | $154,000.31 |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |

{02411:PLDG:10155550.DOCX}

| | | |
|---|---|---|
| **22-ZAI Science Trial** | | |
| **23-ZAI Science Trial-Expenses** | | |
| **24-Other** | | |
| **25-Accounting/Auditing** | | |
| **26-Business Analysis** | | |
| **27-Corporate Finance** | | |
| **28-Data Analysis** | | |
| **TOTAL:** | **365.0** | **$154,000.31** |

## Expense Summary
## January 2012 through March 2012

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| **Transportation** | N/A | $2,454.20 |
| **Lodging** | N/A | $477.59 |
| **Sundry** | N/A | $1,060.44 |
| **Business Meals** | N/A | $91.49 |
| **TOTAL:** | | $ 4,083.72 |

{02411:PLDG:10155550.DOCX}