# EXHIBIT - A

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Valery Civilio | Partner | 17 | Global Restructuring | $954.75 | 32.8 | $31,315.80 |
| Monica Cohen-Dumani | Partner | 20+ | Global Restructuring | $918.50 | 0.3 | $275.55 |
| Ronald S Gale | Partner | 20+ | Global Restructuring | $748.00 | 5 | $3,740.00 |
| Adam Hankins | Senior Manager | 9 | Global Restructuring | $731.34 | 49.3 | $36,055.06 |
| Alessandro Di Stefano | Director | 8 | Global Restructuring | $654.50 | 1 | $654.50 |
| Bertrand Vandepitte | Director | 8 | Global Restructuring | $654.50 | 2.8 | $1,832.60 |
| Christian Marty | Director | 8 | Global Restructuring | $654.50 | 14.4 | $9,424.80 |
| Thomas Dirick | Senior Advisor | 5 | Global Restructuring | $419.81 | 54.8 | $23,005.59 |
| Andrea Corinne Richards | Senior Advisor | 4 | Global Restructuring | $379.50 | 0.5 | $189.75 |
| Mary Irene Slonina | Senior Advisor | 4 | Global Restructuring | $341.00 | 2 | $682.00 |
| Todd S. Chesla | Manager | 6 | Global Restructuring | $330.00 | 11.5 | $3,795.00 |
| Victor Sebastian Diaz Parro | Senior Associate | 4 | Global Restructuring | $253.00 | 64.2 | $16,242.60 |
| Jorge Vargas | Senior Associate | 4 | Global Restructuring | $253.00 | 49.8 | $12,599.40 |
| Julie Mailho Conedera | Advisor | 2 | Global Restructuring | $200.92 | 33.8 | $6,791.10 |
| Mariana Saraiva | Advisor | 2 | Global Restructuring | $193.76 | 5.8 | $1,123.81 |
| Veronica Joelle Flores | Experienced Associate | 2 | Global Restructuring | $170.50 | 30.5 | $5,200.25 |
| Eric Meyer | Experienced Associate | 1 | Global Restructuring | $170.50 | 6 | $1,023.00 |
| Beatrice Rivero | Executive Assistant | 4 | Global Restructuring | $99.00 | 0.3 | $29.70 |
| Karen R Spencer | Executive Assistant | 4 | Global Restructuring | $99.00 | 0.2 | $19.80 |
| **Totals** | | | | | **365** | **$154,000.31** |