# EXHIBIT - B

| WR Grace | | | | | | |
|---|---|---|---|---|---|---|
| EXPENSE DETAIL | | | | | | |
| For Months August 2011 - March 2012 | | | | | | |
| | | | | | | |
| | | | | | | |

| Staff Member Name | Audit or Sarbanes | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| Bertrand Vandepitte | Global Restructuring | 8/15/2011 | $ 735.82 | | | | Roundtrip coach flight from Belgium to Boca Raton, FL for Implementation meeting |
| | Global Restructuring | 8/15/2011 | $ 356.83 | | | | Hertz Rental car for 2 days while traveling on client business |
| | Global Restructuring | 8/15/2011 | | $ 200.00 | | | Nightly rate for 1 night hotel stay at Boca Marriott in Boca Raton, FL |
| | Global Restructuring | 8/15/2011 | | $ 20.89 | | | Hotel taxes for 1 night hotel stay at Boca Marriott in Boca Raton, FL |
| Jody B Underhill | Global Restructuring | 8/15/2011 | $ 356.83 | | | | Hertz Rental car for 2 days while traveling on client business |
| | Global Restructuring | 8/15/2011 | $ 363.78 | | | | Roundtrip coach flight from Tampa to Boca Raton, FL for Implementation meeting |
| | Global Restructuring | 8/15/2011 | | $ 200.00 | | | Nightly rate for 1 night hotel stay at Boca Marriott in Boca Raton, FL |
| | Global Restructuring | 8/15/2011 | | $ 20.89 | | | Hotel taxes for 1 night hotel stay at Boca Marriott in Boca Raton, FL |
| Michael F Urse | Global Restructuring | 8/15/2011 | $ 512.64 | | | | Roundtrip coach flight from Washington DC to Boca Raton, FL for Implementation meeting |
| | Global Restructuring | 8/15/2011 | $ 170.00 | | | | Hertz Rental car for 1 day while traveling on client business |
| | Global Restructuring | 8/15/2011 | | $ 70.00 | | | Nightly rate for 1 night hotel stay at Boca Marriott in Boca Raton, FL |
| | Global Restructuring | 8/16/2011 | | $ 7.70 | | | Hotel taxes for 1 night hotel stay at Boca Marriott in Boca Raton, FL |
| Ronald S Gale | Global Restructuring | 8/15/2011 | | | $ 35.00 | | Parking at hotel for implementation meeting |
| | Global Restructuring | 8/27/2011 | | | $ 7.85 | | Courier Fees for Package from Miami Office to Boca Raton, FL |
| Valery Civilio | Global Restructuring | 8/15/2011 | $ 621.19 | | | | Roundtrip coach flight from Netherlands to Boca Raton, FL for Implementation meeting |
| | Global Restructuring | 8/15/2011 | | $ 160.00 | | | Nightly rate for 1 night hotel stay at Boca Marriott in Boca Raton, FL |
| | Global Restructuring | 8/15/2011 | | $ 19.00 | | | Hotel taxes for 1 night hotel stay at Boca Marriott in Boca Raton, FL |
| Todd S. Chesla | Global Restructuring | 8/15/2011 | | | | $ 76.50 | Dinner for 4 - T. Chesla, R.Gale, M.Urse & B. Vandepitte (all PwC) while at implementation meeting |
| | Global Restructuring | 9/10/2011 | | | $ 1.27 | | Postage for package from Miami Office to Boca Raton, FL |
| | Global Restructuring | 9/10/2011 | | | $ 7.89 | | Courier Fees for Package from Miami Office to Boca Raton, FL |
| | Global Restructuring | 10/15/2011 | | | $ 7.82 | | Courier Fees for Package from Boca Raton, FL to Miami Office |
| Veronica Joelle Flores | Global Restructuring | 7/30/2011 | | | $ 50.00 | | Telecom Equipment Purchase for Implementation meeting |
| | Global Restructuring | 8/27/2011 | | | $ 7.85 | | Courier Fees for Package from Miami Office to Boca Raton, FL |
| | Global Restructuring | 10/15/2011 | | | $ 1.26 | | Postage for package from Boca Raton, FL to Miami Office |
| Victor Sebastian Diaz Parro | Global Restructuring | 8/15/2011 | $ 57.72 | | | | Mileage in excess of daily commute (104 miles - 0 normal commute miles * rate 0 .555 per mile) |
| | Global Restructuring | 8/15/2011 | | | | $ 14.99 | Dinner for 1 - V. Diaz (PwC) while at client site |
| | | | | | | | |

| Summary | | Total | Transportation | Lodging | Sundry | Business Meals | |
|---|---|---|---|---|---|---|---|
| | | $ 4,083.72 | $ 3,174.81 | $ 698.48 | $ 118.94 | $ 91.49 | |
| | | | | | | | |

| WR Grace | | | | |
|---|---|---|---|---|
| EXPENSE DETAIL | | | | |
| For Months August 2011 - March 2012 | | | | |
| | | | | |
| | | | | |
| **Staff Member Name** | **Date** | **Title** | **Expense** | **Description** |
| | | | | |
| **Bertrand Vandepitte** | 8/15/2011 | | $ 735.82 | Roundtrip coach flight from Belgium to Boca Raton, FL for Implementation meeting |
| | 8/15/2011 | | $ 356.83 | Hertz Rental car for 2 days while traveling on client business |
| | 8/15/2011 | | $ 200.00 | Nightly rate for 1 night hotel stay at Boca Marriott in Boca Raton, FL |
| | 8/15/2011 | | $ 20.89 | Hotel taxes for 1 night hotel stay at Boca Marriott in Boca Raton, FL |
| **Jody B Underhill** | 8/15/2011 | | $ 356.83 | Hertz Rental car for 2 days while traveling on client business |
| | 8/15/2011 | | $ 363.78 | Roundtrip coach flight from Tampa to Boca Raton, FL for Implementation meeting |
| | 8/15/2011 | | $ 200.00 | Nightly rate for 1 night hotel stay at Boca Marriott in Boca Raton, FL |
| | 8/15/2011 | | $ 20.89 | Hotel taxes for 1 night hotel stay at Boca Marriott in Boca Raton, FL |
| **Michael F Urse** | 8/15/2011 | | $ 512.64 | Roundtrip coach flight from Washington DC to Boca Raton, FL for Implementation meeting |
| | 8/15/2011 | | $ 170.00 | Hertz Rental car for 1 day while traveling on client business |
| | 8/15/2011 | | $ 70.00 | Nightly rate for 1 night hotel stay at Boca Marriott in Boca Raton, FL |
| | 8/16/2011 | | $ 7.70 | Hotel taxes for 1 night hotel stay at Boca Marriott in Boca Raton, FL |
| **Ronald S Gale** | 8/15/2011 | | $ 35.00 | Parking at hotel for implementation meeting |
| | 8/27/2011 | | $ 7.85 | Courier Fees for Package from Miami Office to Boca Raton, FL |
| **Valery Civilio** | 8/15/2011 | | $ 621.19 | Roundtrip coach flight from Netherlands to Boca Raton, FL for Implementation meeting |
| | 8/15/2011 | | $ 160.00 | Nightly rate for 1 night hotel stay at Boca Marriott in Boca Raton, FL |
| | 8/15/2011 | | $ 19.00 | Hotel taxes for 1 night hotel stay at Boca Marriott in Boca Raton, FL |
| **Todd S. Chesla** | 8/15/2011 | | $ 76.50 | Dinner for 4 - T. Chesla, R.Gale, M.Urse & B. Vandepitte (all PwC) while at implementation meeting |
| | 9/10/2011 | | $ 1.27 | Postage for package from Miami Office to Boca Raton, FL |
| | 9/10/2011 | | $ 7.89 | Courier Fees for Package from Miami Office to Boca Raton, FL |
| | 10/15/2011 | | $ 7.82 | Courier Fees for Package from Boca Raton, FL to Miami Office |
| **Veronica Joelle Flores** | 7/30/2011 | | $ 50.00 | Telecom Equipment Purchase for Implementation meeting |
| | 8/27/2011 | | $ 7.85 | Courier Fees for Package from Miami Office to Boca Raton, FL |
| | 10/15/2011 | | $ 1.26 | Postage for package from Boca Raton, FL to Miami Office |
| **Victor Sebastian Diaz Parro** | 8/15/2011 | | $ 57.72 | Mileage in excess of daily commute (104 miles - 0 normal commute miles * rate 0 .555 per mile). |
| | 8/15/2011 | | $ 14.99 | Dinner for 1 - V. Diaz (PwC) while at client site |
| | | | | |
| | | | **Total** | |
| | | | $ 4,083.72 | |
| | | | | |