**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO., et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| *Debtors.* | § | Jointly Administered |
| | § | |
| | § | Objection Deadline: 5/23/2012; 4:00 PM ET |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR
FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS
AND HOLDERS OF DEMANDS FOR THE FORTY-FOURTH MONTHLY
INTERIM PERIOD FROM APRIL 1, 2012 THROUGH APRIL 30, 2012**

| | |
|---|---|
| Name of Applicant: | Alan B. Rich, Esq. |
| Authorized to Provide Services To: | Hon. Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | September 29, 2008 (*nunc pro tunc*) |
| Period for Which Compensation and Reimbursement is Sought: | April 1, 2012 through April 30, 2012 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $8,628.00   [80% of $10,335.00] |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $637.84 |

This is a(n):   ☒Monthly       ☐Interim       ☐Final Application

Replaced

## PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |

---

[1] At 80% of the total incurred.

| | | | | | |
|---|---|---|---|---|---|
| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | Paid | Paid |
| 5/3/2010 | 4/1/2010 to 4/30/2010 | $11,040.00 | $805.28 | Paid | Paid |
| 6/1/2010 | 5/1/2010 to 5/31/2010 | $5,808.00 | $44.00 | Paid | Paid |
| 7/1/2010 | 6/1/2010 to 6/30/2010 | $9,792.00 | $779.81 | Paid | Paid |
| 8/1/2010 | 7/1/2010 to 7/31/2010 | $7,824.00 | $208.00 | Paid | Paid |
| 9/1/2010 | 8/1/2010 to 8/31/2010 | $4,272.00 | $273.00 | Paid | Paid |
| 10/1/2010 | 9/1/2010 to 9/30/2010 | $6,672.00 | $30.00 | Paid | Paid |
| 11/1/2010 | 10/1/2010 to 10/31/2010 | $3,408.00 | $44.00 | Paid | Paid |
| 12/1/2010 | 11/1/2010 to 11/30/2010 | $6,012.00 | $0 | Paid | Paid |
| 1/3/2011 | 12/1/2010 to 12/31/2010 | $13,572.00 | $1,146.02 | Paid | Paid |
| 2/1/2011 | 1/1/2011 to 1/31/2011 | $13,416.00 | $1,247.19 | Paid | Paid |
| 3/1/2011 | 2/1/2011 to 2/28/2011 | $17,992.00 | $1,509.34 | Paid | Paid |
| 4/1/2011 | 3/1/2011 to 3/31/2011 | $10,660.00 | $201.00 | Paid | Paid |
| 5/2/2011 | 4/1/2011 to 4/30/2011 | $13,364.00 | $44.00 | Paid | Paid |
| 6/1/2011 | 5/1/2011 to 5/31/2011 | $22,932.00 | $243.05 | Paid | Paid |
| 7/1/2011 | 6/1/2011 to 6/30/2011 | $18,824.00 | $533.60 | Paid | Paid |
| 8/1/2011 | 7/1/2011 to 7/31/2011 | $10,088.00 | $0 | Paid | Paid |

| | | | | | |
|---|---|---|---|---|---|
| 9/1/2011 | 8/1/2011 to 8/31/2011 | $6,708.00 | $20.88 | Paid | Paid |
| 10/3/2011 | 9/1/2011 to 9/30/2011 | $6,500.00 | $0 | Paid | Paid |
| 11/1/2011 | 10/1/2011 to 10/31/2011 | $6,396.00 | $0 | Paid | Paid |
| 12/5/2011 | 11/1/2011 to 11/30/2011 | $6,084.00 | $0 | Paid | Paid |
| 1/3/2012 | 12/1/2011 to 12/31/2011 | $3,484.00 | $30.00 | Paid | Paid |
| 2/1/2012 | 1/1/2012 to 1/31/2012 | $8,372.00 | $0 | Paid | Paid |
| 3/5/2012 | 2/1/2012 to 2/29/2012 | $13,312.00 | $30.00 | Paid | Paid |
| 4/2/2012 | 3/1/2012 tp 3/31/2012 | $8,060.00 | $0 | Paid | Paid |

      Alan B. Rich is the only attorney providing services in this Fee Application period. Mr. Rich has practiced law for 27 years, and his billing rate is $650 per hour. In this Application period Mr. Rich billed 15.9 hours,[2] for a total amount billed of $10,335.00 of which 80% is currently sought, in the amount of $8,628.00. The total sought by the Application is $8,905.84.

      As stated above, this is the Forty-Fourth application for monthly fees and expenses. The time for preparation of this Application is approximately 1.5 hours, for which $975.00 will be requested in a future application.

//

//

//

//

---

[2] Travel Time, if any, is included in this figure at 50% of actual time.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 13.0 | $8,450.00 |
| Travel | 2.0  [at 100%] | $650.00  [at 50%] |
| Fee Application Matters | 1.9 | $1,235.00 |
| TOTAL | 16.9 | $10,335.00 |

## EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Travel | $586.80 |
| PACER | $51.04 |
| TOTAL | $637.84 |

Detail of the fees and expenses billed is attached hereto as Exhibit A.

//

//

//

//

//

//

//

//

//

//

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Elm Street, Suite 4244
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

**CERTIFICATE OF SERVICE**

I certify that on the 3rd day of May, 2012, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*
4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (Apr. 2012)

**Client**

Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands

**Matter**

*In re W. R. Grace*, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|---|---|---|
| 4/2/2012 | Review revised Order approving 42nd quarterly fee application | 0.1 |
| 4/2/2012 | Prepare, file and serve 43rd monthly fee application | 1.5 |
| 4/2/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 4/3/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 4/3/2012 | Review Withdrawal of Appearance of Diana Boll | 0.1 |
| 4/4/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 4/4/2012 | Review Amended Appearance of Roger Higgins | 0.1 |
| 4/4/2012 | Review Fee Auditor's report re 42Q fees of Canadian ZAI counsel (LBL) | 0.1 |
| 4/5/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 4/6/2012 | Review Miscellaneous Pleadings received today | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 4/9/2012 | Emails re monthly fee payments to Judge Sanders | 0.1 |
| 4/9/2012 | Review Revised Certification of Counsel re settlement of High Point environmental claim | 0.3 |
| 4/9/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 4/10/2012 | Email from client re compensation issue | 0.1 |
| 4/10/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 4/10/2012 | Review Order re Garlock motion to stay | 0.1 |
| 4/10/2012 | Email to client re May 1, 2012 hearing in USDC | 0.1 |
| 4/10/2012 | Review Motion for an Order Approving the Stipulation and Settlement Agreement Resolving Claim of the United States regarding the Big Tex Site, San Antonio, Texas | 1.0 |
| 4/11/2012 | Email from client re May 1 hearing | 0.1 |
| 4/11/2012 | Review Second Circuit Pfizer/Quigley opinion re affect on Grace case | 0.7 |
| 4/12/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 4/13/2012 | Review Order approving High Point environmental settlement | 0.3 |
| 4/13/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 4/13/2012 | Review amended agenda for April Omnibus hearing | 0.1 |
| 4/16/2012 | Email to client re April Omnibus and May USDC hearing | 0.1 |
| 4/16/2012 | Review statement of OCP payments for 1Q2012 | 0.2 |
| 4/16/2012 | Review notice of judgment and settlement of Locke matter | 0.3 |
| 4/17/2012 | Emails to and from R. Higgins re PD OCP legal fee payments | 0.1 |
| 4/17/2012 | Emails to and from J. Donley re May 1 hearing | 0.1 |
| 4/17/2012 | Emails to and from R. Wyron re Locke settlement notice | 0.1 |

| | | |
|---|---|---|
| 4/17/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 4/17/2012 | Review monthly Canadian ZAI counsel compensation applications | 0.3 |
| 4/18/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 4/18/2012 | Conference with client re Garlock hearing and email to client re same | 0.2 |
| 4/18/2012 | Review Third Circuit appearance of Roger Higgins | 0.1 |
| 4/18/2012 | Review Third Circuit appearance of Adam Paul | 0.1 |
| 4/18/2012 | Review Certification of Counsel re amended Interwest lift stay motion | 0.2 |
| 4/19/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 4/19/2012 | Review of Notice of Substitution of Counsel for BNSF | 0.1 |
| 4/19/2012 | Telephone conference with PI FCR counsel re Locke settlement | 0.1 |
| 4/20/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 4/20/2012 | Review Order Approving Amended Stipulation Resolving Motion of Intrawest California Holdings, Inc., et al., for Relief from Automatic Stay | 0.1 |
| 4/20/2012 | Review Motion to Shorten Time re Debtors' Motion to Settle with Libby and BNSF | 0.2 |
| 4/20/2012 | Review Order Shortening Time re Debtors' Motion to Settle with Libby and BNSF | 0.1 |
| 4/20/2012 | Review Debtors' Motion to Approve Settlements with Libby and BNSF | 1.5 |
| 4/21/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 4/23/2012 | Review Miscellaneous Pleadings received today | 0.2 |
| 4/23/2012 | Email to client re BNSF and Libby Settlement Motion | 0.1 |
| 4/23/2012 | Prepare, file and serve CNO for 43rd monthly fee application | 0.2 |
| 4/24/2012 | Review Notice of 43rd Quarter Sales | 0.1 |
| 4/24/2012 | Emails to and from client re BNSF and Libby Settlement Motion | 0.1 |

| | | |
|---|---|---|
| 4/24/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 4/24/2012 | Email to Debtors' counsel re BNSF and Libby Settlement Motion | 0.1 |
| 4/24/2012 | Telephone conference with J. Donley re BNSF/Libby Settlement motion and email to client re same | 0.3 |
| 4/25/2012 | Email from client re BNSF/Libby Settlement | 0.1 |
| 4/25/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 4/25/2012 | Email to PD Trustee-Desginee re status | 0.1 |
| 4/26/2012 | Review Notice of Withdrawal Regarding Substantive Objection to Claim No. 150 Filed by the Illinois Department of Revenue | 0.1 |
| 4/26/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 4/26/2012 | Review Debtors' status report to Third Circuit | 0.1 |
| 4/26/2012 | Review Withdrawal of Appearance of Home State | 0.1 |
| 4/27/2012 | Conference with client re Garlock hearing | 0.1 |
| 4/27/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 4/28/2012 | Review Pending Motions for May 1 hearing in Philadelphia and preparation for hearing | 2.0 |
| 4/28/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 4/30/2012 | Email to Debtors' counsel re Garlock hearing | 0.1 |
| 4/30/2012 | Telephone call from client re Garlock hearing | 0.1 |
| 4/30/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 4/30/2012 | Travel to and from DFW airport re cancelled USDC hearing  (@50%) | 1.0 |
| 4/30/2012 | Email from Debtors' counsel re cancellation of Garlock hearing | 0.1 |
| 4/30/2012 | Telephone conference with Judge Buckwalter's Court re hearing | 0.1 |

4/30/2012    Emails and telephone calls to client re Garlock hearing cancellation                 0.1

    Total:    15.9 hours @ $650/hour = $10,335.00

Expenses:   $150.00   [airline change fee re cancelled USDC hearing]
           $120.00   [ground transp. to and from DFW Airport re cancelled USDC hearing]
           $316.80   [Penalty for cancellation of Judge Sanders' hotel re cancelled USDC hearing]
           $51.04    [PACER charges for 1Q12]

    Total Expenses: $637.84


Total Fees and Expenses Due:  $10,972.84