# EXHIBIT A

# WR Grace & Co. et al

Total number of parties: 14

### Exhibit A - WR Grace & Co. et al

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 48109 | DAN DEMARS, 1140 MCCAFFERY ROAD, BIG FORK, MT, 59911 | US Mail (1st Class) |
| 48109 | DARWIN DEDRICK, P O BOX 116, CALUMBIA FALLS, MT, 59912 | US Mail (1st Class) |
| 48109 | DONALD BROWN, 133 VANDERWOOD ROAD, LIBBY, MT, 59923 | US Mail (1st Class) |
| 48109 | DONALD HARMS, 2611 W WESTWOOD LANE APT 102, SPOKANE, WA, 99224 | US Mail (1st Class) |
| 48109 | GLORIA HARRIS (FERCH), 3465 FARM TO MARKET ROAD #54, LIBBY, MT, 59923 | US Mail (1st Class) |
| 48109 | JACK JENSEN, 970 FLORENCE ROAD, LIBBY, MT, 59923 | US Mail (1st Class) |
| 48109 | LASCHELL LELM, 130 EAST RESERVE DRIVE, KALISPELL, MT, 59901 | US Mail (1st Class) |
| 48109 | LINDA JANE HORN, 10800 WILDHORSE ROAD, WINNEMUCCA, NV, 89445 | US Mail (1st Class) |
| 48109 | MICHAEL HARMS, 1100 KOOTANAI CUTOFF # 20, PENDERAY, ID, 83852 | US Mail (1st Class) |
| 48109 | PERRY BROWN, SR., 3137 MOORE STREET, HELENA, MT, 59602 | US Mail (1st Class) |
| 48109 | REGINALD MCMURDO, 2475 HWY 93 WEST, WHITEFISH, MT, 59937 | US Mail (1st Class) |
| 48109 | SHARON MCDEID, 16101 N MT. SPOKANE PK DR, MEAD, WA, 99021 | US Mail (1st Class) |
| 48109 | TAMMY SUE LANG, 917 S COLORADO STREET, BUTTE, MT, 59701 | US Mail (1st Class) |
| 48109 | THOMAS COLE, 747 FLOWER CK ROAD, LIBBY, MT, 59923 | US Mail (1st Class) |

Subtotal for this group: 14