## EXHIBIT C

**March Fee Application**

Available on the docket of the Bankruptcy Court for the District of Delaware at docket # **xxxxx** under Case No. 01-01139. Also available upon request from Baer Higgins Fruchtman LLC or Pachulski, Stang, Ziehl, & Jones LLP.