IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| Debtors | ) | Objection Deadline: May 23, 2012 |

## SUMMARY APPLICATION OF KAYESCHOLER LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR INTELLECTUAL PROPERTY FOR W.R. GRACE & CO., ET AL., THROUGH THE MONTHLY PERIOD OF March 31, 2012

| | |
|---|---|
| Name *of Applicant*: | **Kaye Scholer LLP** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention as Special Counsel for Intellectual Property | **Retention Order entered April 7, 2010** |
| Period for which compensation and reimbursement is sought | **March 1, 2012 - March 31, 2012** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$3,956.38** |
| Amount of Expense Reimbursement sought | **$0.00** |

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville, Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc., (f/k/a Dearborn International Holdings, Inc.,), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation Gracoal, Inc., Gracoal II, Inc., Guantica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc., (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc., (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Applicant Kaye Scholer LLP submits this application for fees and expenses for the month of March 2012. This is the third application for compensation for services that has been filed with the Bankruptcy Court by Kaye Scholer LLP for the 2012 calendar year. Previously, Kaye Scholer was appointed Ordinary Course Professional. On April 7, 2010, based on a motion made by Debtor on February 11, 2010, the Bankruptcy Court entered an order authorizing Kaye Scholer LLP to provide further services to Debtor as Special Counsel for Intellectual Property.

The monthly applications previously filed by Kaye Scholer LLP are shown in the following table:

| Period Covered | Date Filed | Requested Fees | Requested Disbursements |
|---|---|---|---|
| 01/01/2012-01/31/2012 | February 9, 2012 | $14,727.83 | $0.00 |
| 02/01/2012-02/29/2012 | March 22, 2012 | $13,260.33 | $0.00 |

During this fee period, Kaye Scholer LLP provided intellectual property services in connection with various matters, which are detailed in the attached fee schedules for the matters, and a procedural matter relating to preparation of petitions for submission to this court.

The Kaye Scholer professional who rendered the legal services during the fee period is:

| Name of Professional | Position with the Applicant | Year Admitted to Bar | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Generated |
|---|---|---|---|---|---|---|
| John P. Rynkiewicz | Counsel | 1981 | Intellectual Property | $587.00 | 6.91 | $3,956.38 |

Total Fees: $3,956.38

**WHEREFORE**, Applicant respectfully requests (a) that an allowance be made to it, as fully described above, for (i) 80% of the amount of $3,956.38 for reasonable and necessary professional services Applicant has rendered to the Debtors during the Fee period (March 1, 2012-March 31, 2012), and (b) that the fees are payable as administrative expenses of the Debtors' estates.

Respectfully submitted

Dated: April 12, 2012

John P. Rynkiewicz
Kaye Scholer LLP
901 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 682-3671
jrynkiewicz@kayescholer.com

## KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  W.R. Grace & Co-Conn.
7500 Grace Drive
Columbia, Maryland 21004
Attn: Robert A. Maggio, Chief Patent Counsel

April 11, 2012

RE: General
Our File Number: 63812/0001
Client Reference: 100062

Invoice#: 699311

PAGE:  1

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/2012**

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 03/02/2012 | Rynkiewicz, John P | Review emails, issues and status re multiple GRACE mark matters. | 1.58 |
| 03/19/2012 | Rynkiewicz, John P | Review GRACE marks in USPTO and possible oppositions. | 1.25 |
| 03/29/2012 | Rynkiewicz, John P | Overview of Grace mark and matters; review deadlines/issues. | 1.25 |

Total Hours................. 4.08

Fees through 03/31/2012...................................... $2,394.96

*------------------------------TIME AND FEE SUMMARY------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $587.00 | 4.08 | $2,394.96 |
| Fees through 03/31/2012 |  | 4.08 | $2,394.96 |

*------------------------------OUTSTANDING BALANCE------------------------------*

| Invoice# | Date | Amount |
|---|---|---|
| 628636 | 03/31/2010 | $440.43 |
| 628637 | 03/31/2010 | 1,690.79 |
| 637193 | 06/30/2010 | 3,978.07 |
| 639770 | 07/28/2010 | 813.08 |
| 641101 | 08/10/2010 | 3,477.98 |
| 643967 | 09/09/2010 | 1,171.42 |

**KAYE SCHOLER LLP**

TO:   W.R. Grace & Co-Conn.                                April 11, 2012

RE: General                                                 Invoice#: 699311
Our File Number: 63812/0001
Client Reference: 100062                                    PAGE:   2

| Invoice# | Date | Amount |
|---|---|---|
| 647685 | 10/18/2010 | 472.96 |
| 650334 | 11/04/2010 | 350.44 |
| 654086 | 12/10/2010 | 303.06 |
| 657770 | 01/19/2011 | 349.39 |
| 660963 | 02/28/2011 | 368.75 |
| 664046 | 03/31/2011 | 1,369.87 |
| 666733 | 04/30/2011 | 1,256.53 |
| 669550 | 05/31/2011 | 595.35 |
| 672317 | 06/27/2011 | 519.43 |
| 674217 | 07/15/2011 | 1,926.66 |
| 678864 | 08/31/2011 | 775.92 |
| 681371 | 09/29/2011 | 859.57 |
| 682892 | 10/13/2011 | 407.11 |
| 685356 | 11/07/2011 | 462.73 |
| 688457 | 12/12/2011 | 1,342.66 |
| 692924 | 02/02/2012 | 1,587.66 |
| 693780 | 02/08/2012 | 6,210.46 |
| 697370 | 03/19/2012 | 2,641.50 |

Prior Balance Due.......................................................... $33,371.82

Fees this Invoice.......................................................... $2,394.96
Total Due this Invoice.................................................... $2,394.96
Prior Balance Due (from above)...................................... 33,371.82
**TOTAL DUE**............................................................ $35,766.78

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
    666 5th Avenue
    New York, New York 10103
    Attention: Yoannis Cepeda
    Telephone: 212.559.1980

    ABA Routing Number: 021000089
    Bank Identification Code/SWIFT Code: CITIUS33
    Account Name: Kaye Scholer LLP
    Account Number: 9981494431

    RE: W.R. Grace Trademarks
    Our File Number: 63812/0001
    Invoice Number: 699311
    Total Amount Due: $35,766.78

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO: W.R. Grace & Co.-Conn
Legal Department
7500 Grace Drive
Columbia, Maryland 21044
Attn: Robert A. Maggio, Esq.

April 11, 2012

RE: Special Counsel
Our File Number: 63812/0108
Client Reference: 100071

Invoice#: 699312

PAGE: 1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/2012

| Date | Name / Description | Hours |
|---|---|---|
| 03/22/2012 | Rynkiewicz, John P | 0.33 |
| | Review and finalize Special IP Counsel February 2012 invoices and send to Pachulsky firm. | |
| 03/30/2012 | Rynkiewicz, John P | 0.17 |
| | Respond to Special Counsel fee inquiry from B. Rhulander. | |

Total Hours................. 0.50

Fees through 03/31/2012.................................. $293.50

\*----------------------------------TIME AND FEE SUMMARY----------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $587.00 | 0.50 | $293.50 |
| Fees through 03/31/2012............... | | 0.50 | $293.50 |

\*----------------------------------OUTSTANDING BALANCE----------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 628642 | 03/31/2010 | $484.20 |
| 637196 | 06/30/2010 | 1,008.17 |
| 643961 | 09/09/2010 | 321.37 |
| 647689 | 10/18/2010 | 217.65 |
| 650341 | 11/04/2010 | 180.31 |
| 654089 | 12/10/2010 | 528.44 |

**KAYE SCHOLER LLP**

TO:  W.R. Grace & Co.-Conn  April 11, 2012

RE: Special Counsel  Invoice#: 699312
Our File Number: 63812/0108
Client Reference: 100071  PAGE:  2

| Invoice# | Date | Amount |
|---|---|---|
| 660967 | 02/28/2011 | 94.12 |
| 664052 | 03/31/2011 | 75.98 |
| 666741 | 04/30/2011 | 189.38 |
| 669561 | 05/31/2011 | 122.47 |
| 672310 | 06/27/2011 | 131.54 |
| 674222 | 07/15/2011 | 56.70 |
| 678870 | 08/31/2011 | 65.77 |
| 681374 | 09/29/2011 | 104.33 |
| 682895 | 10/13/2011 | 47.63 |
| 685365 | 11/07/2011 | 65.77 |
| 688460 | 12/12/2011 | 95.26 |
| 692932 | 02/02/2012 | 161.03 |
| 693784 | 02/08/2012 | 193.71 |
| 697372 | 03/19/2012 | 1,226.83 |

Prior Balance Due.................................................................... $5,370.66

Fees this Invoice........................................................................ $293.50
Total Due this Invoice............................................................... $293.50
Prior Balance Due (from above)............................................... 5,370.66
**TOTAL DUE**........................................................................ **$5,664.16**

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**KAYE SCHOLER LLP**

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0108
Invoice Number: 699312
Total Amount Due: $5,664.16

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO: W.R. Grace & Co.-Conn.
7500 Grace Drive
Columbia, Maryland 21044
Attn: Robert A. Maggio, Chief Patent Counsel

April 11, 2012

RE: Davison Silica
Our File Number: 63812/3001
Client Reference: 100074

Invoice#: 699313

PAGE: 1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/2012

| Date | Name | Hours |
|---|---|---|
| 03/30/2012 | Rynkiewicz, John P | 1.25 |

Review Grace request re summary and advice on Madrid Protocol use and filings; prepare pros and cons memo, send to B. Bunch and T. Hunter.

Total Hours................ 1.25

Fees through 03/31/2012................................. $733.75

\*----------------------------TIME AND FEE SUMMARY----------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $587.00 | 1.25 | $733.75 |
| Fees through 03/31/2012............... | | 1.25 | $733.75 |

\*---------------------------OUTSTANDING BALANCE---------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 623151 | 01/28/2010 | $208.25 |
| 628646 | 03/31/2010 | 75.98 |
| 628647 | 03/31/2010 | 113.40 |
| 637201 | 06/30/2010 | 476.65 |
| 639773 | 07/28/2010 | 113.40 |
| 643962 | 09/09/2010 | 311.85 |
| 647696 | 10/18/2010 | 161.03 |
| 650356 | 11/04/2010 | 161.03 |
| 672314 | 06/27/2011 | 311.85 |

**KAYE SCHOLER LLP**

TO:   W.R. Grace & Co.-Conn.                                         April 11, 2012

RE: Davison Silica                                                    Invoice#: 699313
Our File Number: 63812/3001
Client Reference: 100074                                              PAGE:   2

| Invoice# | Date | Amount |
|---|---|---|
| 678876 | 08/31/2011 | 85.05 |
| 682914 | 10/13/2011 | 170.10 |
| 685376 | 11/07/2011 | 198.45 |
| 692942 | 01/31/2012 | 453.60 |

Prior Balance Due............................................................................... $2,840.64

Fees this Invoice................................................................................. $733.75
Total Due this Invoice......................................................................... $733.75
Prior Balance Due (from above).......................................................... 2,840.64
**TOTAL DUE**..................................................................................... $3,574.39

**Please remit payment within thirty (30) days.**

---

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/3001
Invoice Number: 699313
Total Amount Due: $3,574.39

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  W.R. Grace & Co-Conn.
      7500 Grace Drive
      Columbia, Maryland 21004
      Attn: Robert A. Maggio, Chief Patent Counsel

April 11, 2012

**RE:** Davison FCC
**Our File Number:** 63812/3002
**Client Reference:** 100075

**Invoice#:** 699314

**PAGE:** 1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/2012

| Date | Timekeeper / Description | Hours |
|---|---|---|
| 03/01/2012 | Rynkiewicz, John P | 0.25 |
| | Send T. Hunter summary on status of ENCORE applic and handling going forward. | |
| 03/02/2012 | Rynkiewicz, John P | 0.08 |
| | Review Grace email and comments re ENCORE applic in the US. | |
| 03/22/2012 | Rynkiewicz, John P | 0.58 |
| | Review email and grace advice re Perseus Press Release / Use of "HYamPP"; conf call with R. Maggio re same. | |
| | Total Hours.................. | 0.91 |
| | Fees through 03/31/2012..................................... | $534.17 |

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $587.00 | 0.91 | $534.17 |
| Fees through 03/31/2012............... | | 0.91 | $534.17 |

| | |
|---|---|
| Fees this Invoice.................................................................. | $534.17 |
| **Total Due this Invoice**............................................................ | **$534.17** |

**Please remit payment within thirty (30) days.**

**KAYE SCHOLER LLP**

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/3002
Invoice Number: 699314
Total Amount Due: $534.17

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.