# EXHIBIT A

W.R. GRACE & CO., et al.
CDN ZAI CLASS ACTION

U.S. FEE APPLICATION
DATE:
March 31, 2012
OUR FILE NO: 05L121

# Scarfone Hawkins LLP
## B A R R I S T E R S   A N D   S O L I C I T O R S

ONE JAMES STREET SOUTH
14TH FLOOR
P.O. BOX 926, DEPOT #1
HAMILTON, ONTARIO
L8N 3P9

TELEPHONE
905-523-1333

TELEFAX
905-523-5878

H.S.T. REGISTRATION NO.  **873984314 RT – 0001**

## CANADIAN ZAI MONTHLY FEE APPLICATION
## (March 1, 2012 – March 31, 2012)

| DATE | PROFESSIONAL SERVICE | LAWYER | RATE/HR | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 03 /01/12 | review Matt Moloci memo, receipt Karen Harvey email, review and execute amended certification of counsel, emails to and from Careen Hannouche re: payment received from the Hogan Firm | DT | $525.00 | 0.35 | $183.75 |
| 03 /01/12 | receipt of several emails from Lauren Campbell re: 8th quarterly fee applications | DT | $525.00 | 0.25 | $131.25 |
| 03 /01/12 | discuss and review with Matt Moloci, memo to Matt Moloci, re accounts receivable and unbilled disbursements | DT | $525.00 | 0.35 | $183.75 |
| 03 /01/12 | Emails from and to David Thompson re status of U.S. proceedings | MGM | $450.00 | 0.10 | $45.00 |
| 03 /02/12 | receipt Don Pinchin email, letter to Pinchin, receipt MGM memo | DT | $525.00 | 0.25 | $131.25 |
| 03 /02/12 | Review email from Don Pinchin and reply regarding U.S. decision, appeals and effect upon anticipated CDN ZAI claims administration process; email from David Thompson | MGM | $450.00 | 0.20 | $90.00 |
| 03 /05/12 | receipt of and respond to class member inquiries | DT | $525.00 | 0.25 | $131.25 |
| 03 /05/12 | receipt Careen Hannouche email, email to Careen Hannouche, letter to Dan Hogan, receipt MGM memo re status of U.S. appeals | DT | $525.00 | 0.35 | $183.75 |
| 03 /05/12 | receipt Sandra McCash and Bridget Scott note, memo to file, prepare standard response | DT | $525.00 | 0.25 | $131.25 |
| 03 /05/12 | Email report from David Thompson regarding unbilled disbursements and outstanding accounts receivable relating to matter; review and reply to Thompson | MGM | $450.00 | 0.10 | $45.00 |
| 03 /05/12 | Email from Careen Hannouche with attached Grace Notice of Entry of Order Confirming the First Amended Joint Plan of Reorganization as received by CDN ZAI claimants; review | MGM | $450.00 | 0.10 | $45.00 |

| | and reply to Hannouche | | | | |
|---|---|---|---|---|---|
| 03 /06/12 | receipt of and respond to class member inquiries | DT | $525.00 | 0.25 | $131.25 |
| 03 /06/12 | emails to and from Careen Hannouche and follow-up to discuss with Matt Moloci | DT | $525.00 | 0.25 | $131.25 |
| 03 /06/12 | receipt Dan Hogan memo, review District Court and 3rd Circuit Dockets, memo to Matt Moloci | DT | $525.00 | 0.50 | $262.50 |
| 03 /06/12 | Further emails from and to Careen Hannouche and David Thompson regarding Notice sent to CDN ZAI claimants, status and effect upon carrying-out claims administration process | MGM | $450.00 | 0.10 | $45.00 |
| 03 /06/12 | Email report from Dan Hogan with attached list of timely appeals filed and status of final plan confirmation; review email and attachments | MGM | $450.00 | 0.20 | $90.00 |
| 03 /06/12 | Email from David Thompson to CDN ZAI claimant Anderson regarding status of claim and U.S. plan confirmation process; review | MGM | $450.00 | 0.10 | $45.00 |
| 03 /07/12 | discuss with CY re status and follow-up | DT | $525.00 | 0.10 | $52.50 |
| 03 /07/12 | receipt of and respond to multiple and various class member inquiries re notice sent out | DT | $525.00 | 0.75 | $393.75 |
| 03 /08/12 | Email from David Thompson in follow-up to Dan Hogan's report regarding further motions and appeal proceedings; email to Keith Ferbers forwarding Dan Hogan's email and report; email reply from Ferbers | MGM | $450.00 | 0.20 | $90.00 |
| 03 /09/12 | receipt of and respond to class member inquiries and follow-up with Cindy Yates and Bridget Scott | DT | $525.00 | 0.25 | $131.25 |
| 03 /09/12 | receipt Cindy Yates memo, memo to Matt Moloci re preparation of monthly fee application | DT | $525.00 | 0.25 | $131.25 |
| 03 /09/12 | receipt and review Lauren Campbell email, review application and certificate | DT | $525.00 | 0.25 | $131.25 |
| 03 /12/12 | Emails from David Thompson reporting on accounts receivable, unbilled disbursements, fee applications and payments received; review and consider | MGM | $450.00 | 0.10 | $45.00 |
| 03 /13/12 | Emails from David Thompson and Michel Belanger regarding report of Don Pinchin and observations; review | MGM | $450.00 | 0.10 | $45.00 |
| 03 /14/12 | Emails from and to Cindy Yates with attached receipt and reconciliation of Grace payment of The Hogan Firm, November 2011 fee application | MGM | $450.00 | 0.10 | $45.00 |
| 03 /14/12 | Email from Anna Vetere of Collectiva regarding Don Pinchin's report with comments; review | MGM | $450.00 | 0.10 | $45.00 |
| 03 /18/12 | Email to David Thompson regarding U.S. motions and appeals proceedings | MGM | $450.00 | 0.10 | $45.00 |
| 03 /19/12 | memos to and from Matt Moloci regarding U.S. motions and appeals | DT | $525.00 | 0.10 | $52.50 |
| 03 /19/12 | emails to and from Keith Ferbers reporting on status of U.S. motions and appeals | DT | $525.00 | 0.10 | $52.50 |

| 03 /19/12 | emails to and from Anna Vetere regarding Don Pinchin email | DT | $525.00 | 0.25 | $131.25 |
|---|---|---|---|---|---|
| 03 /19/12 | receipt and review Lauren Campbell email with respect to 23rd Fee Application | DT | $525.00 | 0.25 | $131.25 |
| 03 /22/12 | receipt of and respond to class member inquiries | DT | $525.00 | 0.25 | $131.25 |
| 03 /23/12 | receipt of and respond to class member inquiries | DT | $525.00 | 0.25 | $131.25 |
| 03 /23/12 | receipt of and respond to class member inquiries | DT | $525.00 | 0.25 | $131.25 |
| 03 /26/12 | emails to Karen Harvey, follow-up email to Careen Hannouche re: Don Pinchin comments on minutes of meeting, memos to and from CY | DT | $525.00 | 0.35 | $183.75 |
| 03 /26/12 | Emails from Karen Harvey and Cindy Yates regarding fee auditor's report and Don Pinchin services and expenses; review | MGM | $450.00 | 0.10 | $45.00 |
| 03 /27/12 | receipt Karen Harvey email, email to Karen Harvey, Dan Hogan, Michel Belanger and Careen Hannouche, review documents and consider issues raised re: Don Pinchin meeting, memos to and from Cindy Yates, memo to file, detailed email to Hogan. Harvey, Belanger, Hannouche, Matt Moloci, etc. | DT | $525.00 | 0.50 | $262.50 |
| 03 /27/12 | Emails from Karen Harvey and David Thompson regarding Pinchin invoice and response to Fee Auditor's inquiries | MGM | $450.00 | 0.10 | $45.00 |
| 03 /29/12 | receipt Careen Hannouche email regarding Pinchin invoice and response to Fee Auditor's inquiries | DT | $525.00 | 0.10 | $52.50 |
| 03 /29/12 | Further emails from Karen Harvey and Careen Hannouche regarding response to Fee Auditor; email from Cindy Yates regarding receipt and reconciliation of Grace payment for August and September 2011 holdbacks but not July 2011; review | MGM | $450.00 | 0.10 | $45.00 |
| 02 /29/12 | review dockets for period February 1, 2012 to February 29, 2012, amend dockets, review disbursements, discuss with David Thompson, draft account, review with David Thompson and Matt Moloci, assemble account into form required by U.S. Bankruptcy Court, email to Karen Harvey enclosing monthly fee application for the period of February 1, 2012 to February 29, 2012 | LC | $120.00 | 2.00 | $240.00 |
| | | | **SUB-TOTAL** | **10.95** | **$4,796.25** |

| TIMEKEEPER | ID | HOURS | RATE | TOTAL | PLUS 13% H.S.T |
|---|---|---|---|---|---|
| DAVID THOMPSON 23 + years | DT | 7.05 | $525.00 | $3,701.25 | $481.16 |
| MATTHEW G.  MOLOCI 13 + years | MGM | 1.90 | $450.00 | $855.00 | $111.15 |
| LAW CLERK Cindy Yates 30 years | CY | 2.00 | $120.00 | $240.00 | $31.20 |

| SUB-TOTAL: | 10.95 | | $4,796.25 | $623.51 |
|---|---|---|---|---|
| TOTAL FEES AND TAXES: | | | | $5,419.76 |

## DISBURSEMENTS SUMMARY

| DATE | DISBURSEMENT | HST EXEMPT | HST NON-EXEMPT | PLUS 13% H.S.T. | TOTAL |
|---|---|---|---|---|---|
| 03/01/12 03/31/12 | Long Distance Calls – Various calls from March 1, 2012 – March 31, 2012 | | $3.62 | $0.47 | $4.09 |
| TOTAL DISBURSEMENTS: | | | $3.62 | $0.47 | 4.09 |

| TOTAL FEES AND APPLICABLE TAXES: | $5,423.85 |
|---|---|

THIS IS OUR FEE APPLICATION,
Per:


**SCARFONE HAWKINS LLP**
E. & O.E.


**\*Del. Bankr. LR 2016-2(e)(iii) allows for
$.10 per page for photocopies.**