# EXHIBIT A

# LAUZON BÉLANGER LESPÉRANCE
AVOCATS • ATTORNEYS

April 20, 2012

RE :    W.R. GRACE & CO., and al.
        U.S. FEE APPLICATION
        CDN ZAI CLASS ACTION
        Our file:  222

**CANADIAN ZAI SPECIAL COUNSEL FEE APPLICATION**
**(March 1st 2012 to March 31st  2012)**

**FOR PROFESSIONAL SERVICES RENDERED, INCLUDING:**

**Our fees :**

| DATE | INIT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 2012-03-05 | MB | Review of emails from Mr. Thompson, Moloci and Ms. Hannouche re: Notice Grace; | 0.33 | 450.00 | 148.50 |
| 2012-03-05 | CH | Email to Karen Harvey re: payment from WR Grace | 0.25 | 285.00 | 71.25 |
| 2012-03-05 | CH | Email to Matt Moloci and David Thompson re: notice received by class members. | 0.25 | 285.00 | 71.25 |
| 2012-03-06 | MB | Review of email from Dan Hogan re: post-decision motion; | 1.25 | 450.00 | 562.50 |
| 2012-03-06 | CH | Review of notice re: Joint Plan Confirmation | 0.75 | 285.00 | 213.75 |
| 2012-03-06 | CH | Email to David Thompson and Matt Moloci re: notice joint plan confirmation | 0.33 | 285.00 | 94.05 |
| 2012-03-07 | MB | Review of class member inquiries re: notice; | 0.50 | 450.00 | 225.00 |
| 2012-03-08 | CH | Email to Lauren Campbell re: certification monthly application | 0.25 | 285.00 | 71.25 |
| 2012-03-08 | CH | Review of email from David Thompson re: standard response to claimants | 0.42 | 285.00 | 119.70 |
| 2012-03-09 | CH | Email to David Thompson re: Standard response to claimants | 0.25 | 285.00 | 71.25 |
| 2012-03-09 | CH | Review of monthly certification | 0.42 | 450.00 | 119.70 |
| 2012-03-09 | CH | Email to Lauren Campbell re: signed certification monthly application | 0.25 | 285.00 | 71.25 |
| 2012-03-12 | CH | Email to Karen Harvey re: payment from Grace | 0.25 | 285.00 | 71.25 |
| 2012-03-13 | CH | Email to Albanie Morin (plaintiff association) re: class member update notice of entry of order | 0.42 | 285.00 | 119.70 |
| 2012-03-15 | CH | Letter to David Thompson re: payment of Hogan Firm fees | 0.42 | 285.00 | 119.70 |
| 2012-03-26 | CH | Email to Cindy Yates re: confirmation receipt of payment portion of The Hogan Firm fees | 0.25 | 285.00 | 71.25 |

- 2 -

| 2012-03-26 | CH | Review of response to the Fee Auditor's inquiry | 0.42 | 285.00 | 119.70 |
|---|---|---|---|---|---|
| 2012-03-26 | CH | Email to Karen Harvey re: response to the Fee Auditor's inquiry | 0.33 | 285.00 | 94.05 |
| 2012-03-28 | CH | Email to Karen Harvey re: payment of December application | 0.25 | 285.00 | 71.25 |
| 2012-03-28 | CH | Review of response to Fee Auditor prepared by the Hogan Firm | 0.42 | 285.00 | 119.70 |

**OUR FEES :**      **8.01**            **2,626.05**

**TIME SUMMARY BY LAWYER**

| MB | 450.00 | 2.08 | $ 936.00 |
|---|---|---|---|
| CH | 285.00 | 5.93 | $ 1,690.05 |

**DISBURSEMENTS**

Photocopies (9x,10$)                  0.90

**TOTAL DISBURSEMENTS**                                    **0.90**

**TOTAL FEES AND DISBURSEMENTS :**                         **2,626.95**

G.S.T. 5%                                          131.35
Q.S.T. 8.5%                                        262.04

**TOTAL**                                  $   **3,020.34**

# G.S.T.  814682340 RT 0001
# Q.S.T.  1211542736 TQ 0001