## **CERTIFICATE OF SERVICE**

      I, Pamela J. Groff, certify that I am not less than 18 years of age, and that service of the foregoing document was made on May 4, 2012, on the parties listed on the attached service list via U.S. First Class Mail, unless otherwise indicated.

      Under penalty of perjury, I declare that the foregoing is true and correct.

| | |
|---|---|
|     5/4/12 | */s/ Pamela J. Groff* |
| Date | Pamela J. Groff |

WCSR 3894900v1