**SERVICE LIST**

| | |
|---|---|
| John Donley<br>Adam Paul<br>Kirkland & Ellis LLP<br>300 North LaSalle Street<br>Chicago, IL  60654<br>*Counsel for the Debtors and Debtors in Possession* | Deanna D. Boll<br>601 Lexington Avenue<br>New York, NY  10022<br>*Counsel for the Debtors and Debtors in Possession* |
| Janet S. Baer<br>Baer Higgins Fruchtman LLC<br>111 East Wacker Drive, Suite2800<br>Chicago, IL  60601<br>*Counsel for the Debtors and Debtors in Possession* | Laura Davis Jones<br>James E. O'Neill<br>Timothy Cairns<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street, 17th Floor<br>PO Box 8705<br>Wilmington DE  19899<br>*Counsel for the Debtors and Debtors in Possession* |
| Philip Bentley<br>Dougla sMannal<br>David E. Blabey<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY  10036<br>*Counsel for the Official Committee of Equity Security Holders* | Teresa K.D. Currier<br>Saul Ewing LLP<br>222 Delaware Avenue, Suite 1200<br>Wilmington, DE  19801<br>*Counsel for the Official Committee of Equity Security Holders* |
| Elihu Inselbunch<br>Caplin & Drysdale, Chtd.<br>375 Park Avenue, 35th Floor<br>New York, NY  10152<br>*Counsel for the Official Committee of Asbestos Personal Injury Claimants* | Marla R. Eskin<br>Mark T. Hurford<br>Campbell & Levine, LLC<br>800 King Street, Suite 300<br>Wilmington, DE  19801<br>*Counsel for the Official Committee of Asbestos Personal Injury Claimants* |
| Peter Van N. Lockwood<br>Ronald Reinsel<br>Jeffrey Liesemer<br>Caplin & Drysdale, Chtd.<br>One Thomas Circle, NW<br>Washington, DC  20005<br>*Counsel for the Official Committee of Asbestos Personal Injury Claimants* | Roger Frankel<br>Richard H. Wyron<br>Debra L. Felder<br>Orrick, Herrington & Sutcliffe LLP<br>Columbia Center<br>1152 15th Street, NW<br>Washington, DC  20005-1706<br>*Counsel for David T. Austern, Asbestos PI Future Claimants' Representative* |

WCSR 7251137v1

| | |
|---|---|
| John C. Phillips, Jr.<br>Phillips, Goldman & Spence, P.A.<br>1200 North Bloom Street<br>Wilmington, DE  19806<br>*Counsel for David T. Austern, Asbestos PI Future Claimants' Representative* | Adam G. Landis<br>Kerri K. Mumford<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 1800<br>PO Box 2087<br>Wilmington, DE  19801<br>*Counsel for the Libby Claimants* |
| Daniel C. Cohn<br>Cohn Whitesell & Goldberg LLP<br>101 Arch Street<br>Boston, MA  02110<br>*Counsel for the Libby Claimants* | Daniel C. Cohn<br>Murtha Cullina LLP<br>99 High Street, 20th Floor<br>Boston, MA  02110<br>*Counsel for the Libby Claimants* |
| Edward C. Toole, Jr.<br>Linda J. Casey<br>Evelyn J. Meltzer<br>James C. Carignan<br>Pepper Hamilton LLP<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>PO Box 1709<br>Wilmington, DE  19899<br>*Counsel for the Official Committee of Unsecured Creditors* | David M. Klauder<br>Office of the U.S. Trustee<br>844 N. King Street, Room 2207<br>Wilmington, DE  19801 |

WCSR  7251137v1