# EXHIBIT "A"

*Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:(302) 575-1555    Fax: (302) 575-1714

WR Grace PD Committee                                    March 1, 2012  to  March 31, 2012

Inv #:    43287

**RE:**    WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 8.80 | 2,622.00 |
| B18 | Fee Applications, Others - | 2.60 | 477.00 |
| B25 | Fee Applications, Applicant - | 3.00 | 579.00 |
| B3  | Claims Analysis Obj. & Res. (Non-Asb) - | 0.60 | 216.00 |
| B36 | Plan and Disclosure Statement - | 6.00 | 2,119.50 |
| B37 | Hearings - | 0.50 | 180.00 |
| | **Total** | **21.50** | **$6,193.50** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lisa L. Coggins | 300.00 | 1.70 | 510.00 |
| Regina Matozzo | 225.00 | 2.30 | 517.50 |
| Theodore J. Tacconelli | 360.00 | 12.10 | 4,356.00 |
| Legal Assistant - KC | 150.00 | 5.40 | 810.00 |
| **Total** | | **21.50** | **$6,193.50** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                                              **$872.66**

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Mar-01-12 | *Case Administration* - Confer with TJT re: 2-26 hearing and case status | 0.20 | LLC |
| | *Case Administration* - Review Supplemental 2019 Statement filed by Cooney Conway | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Certificate of Counsel re: proposed order disallowing claim no. 2114 by NY Hillside | 0.10 | TJT |
| | *Hearings* - Review Transcript of 2/27 hearing | 0.30 | TJT |
| | *Case Administration* - Review memo from T. Tacconelli; update payments received chart accordingly and prepare memo to TJT re: same | 0.20 | KC |
| Mar-02-12 | *Claims Analysis Obj. & Res. (Non-Asb)* -Review modified order disallowing claim no. 2114 by NY Hillside | 0.10 | TJT |
| Mar-03-12 | *Case Administration* - Review docket in appeal 11-1130 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Claim Settlement Notice re: NYSDTF with attachment | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review Bank Lender Group Statement of Issues and Record of Appeal re: confirmation order | 0.70 | TJT |
| Mar-05-12 | *Plan and Disclosure Statement* - Review Garlock's Reply Brief with attachments re: Motion for Reconsideration | 0.90 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Docketing Appeal re: Her Majesty the Queen Appeal 12-1521 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Civil Appeal Information Statement re: Bank Lender Group Appeal 12-1402 | 0.10 | TJT |
| | *Case Administration* - Review, revise 2002 list re: returned mail updated address | 0.20 | KC |
| | *Fee Applications, Others* - Download Bilzin Jan 2012 fee app; revisions to notice, preparation of COS to same | 0.30 | KC |
| | *Fee Applications, Others* - E-mail to L. Flores re: Bilzin Jan. 2012 invoice for exhibit to monthly fee app; e-mail response from her with attachment re: same | 0.10 | KC |
| | *Fee Applications, Others* - Download Bilzin Jan 2012 invoice for preparation as exhibit to monthly fee app | 0.10 | KC |
| Mar-06-12 | *Case Administration* - Review notice of withdrawal of appearance and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review case management memo re: week ending 3-2-2012 | 0.10 | LLC |
| | *Fee Applications, Others* - Review Bilzin's Jan. 2012 monthly fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.20 | RM |
| | *Case Administration* - Review main docket re: status for week ending 3/2/12; memo to T. Tacconelli and L. Coggins re: same | 0.40 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review weekly case status report for week ending 3/2 | 0.10 | TJT |
| | *Case Administration* - Review Notice of Withdrawal of appearance by J. Baer | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review order consolidating appeals 12-1402 and 12-1521 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Confer with R. Matozzo re: consolidation of appeals 12-1401 and 12-1521 | 0.10 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | *Plan and Disclosure Statement* - Review Entry of Appearance by Sealed Air in appeal 11/199 | 0.10 | TJT |
|  | *Case Administration* - Review notice of withdrawal of appearance of J. Baer; revisions to service lists accordingly | 0.20 | KC |
|  | *Fee Applications, Others* - Prepare Bilzin Jan 2012 fee app for filing, efile and service of same | 0.30 | KC |
|  | *Fee Applications, Others* - Review docket re: objections to Bilzin's 43rd Quarterly fee app | 0.20 | KC |
|  | *Fee Applications, Others* - Prepare certificate of no objection re Bilzin's 43rd Quarterly fee app (Oct. 2011 to Dec. 31, 2011) | 0.20 | KC |
| Mar-07-12 | *Fee Applications, Others* - Review Certificate of No Objection re: Bilzin 43rd Quarterly fee app for filing | 0.10 | LLC |
|  | *Case Administration* - Review daily memos | 0.10 | TJT |
|  | *Fee Applications, Others* - Prepare certificate of no objection to Bilzin's 43rd Quarterly fee app for filing; efile and service of same | 0.30 | KC |
| Mar-08-12 | *Case Administration* - Review CNO filed by Debtors re: Motion to Approve Settlement with Sampson and Nustar | 0.10 | TJT |
| Mar-09-12 | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| Mar-10-12 | *Plan and Disclosure Statement* - Review concise summary of case by Bank Lender Group re: appeal 12-1402 | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review Plan Proponents Sur Reply Brief re: Garlock Motion for Reconsideration | 0.90 | TJT |
| Mar-12-12 | *Case Administration* - Review case management memo re: week ending 3-9-2012 | 0.10 | LLC |
|  | *Case Administration* - Review hearing agenda re: 3-28-2012 hearing | 0.10 | LLC |
|  | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
|  | *Case Administration* - Review main docket re: status for week ending 3/9/12; memo to T. Tacconelli and L. Coggins re: same | 0.10 | RM |
|  | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
|  | *Case Administration* - Review case status memo for week ending 3/9 | 0.10 | TJT |
|  | *Case Administration* - Review correspondence from P. Cuniff re: 42nd Quarterly Fee Chart and review same | 0.20 | TJT |
|  | *Plan and Disclosure Statement* - Review letter from 3rd Circuit Clerk re: appeal 12-1402 | 0.10 | TJT |
| Mar-13-12 | *Case Administration* - Confer with TJT re: status of matter | 0.10 | LLC |
|  | *Case Administration* - Review daily memos | 0.10 | TJT |
|  | *Case Administration* - Confer with K. Callahan re: 42nd Quarterly Fee Chart | 0.10 | TJT |
|  | *Fee Applications, Others* - Correspondence with P. Cuniff re: 42nd Quarterly Fee chart | 0.10 | TJT |
|  | *Fee Applications, Others* - Review correspondence from B. Rhulander re: Bilzin 42nd Quarterly Fees | 0.10 | TJT |
|  | *Hearings* - Review agenda for 3/28 hearing | 0.10 | TJT |
|  | *Case Administration* - Review report re: Bilzin and Ferry, Joseph & Pearce's fee/ expense requests re: 42nd Quarterly; discussions with TJT re: discrepancy with Bilzin amount | 0.20 | KC |
| Mar-14-12 | *Case Administration* - Review Affidavit of S. Silber with attachments | 0.20 | TJT |
|  | *Plan and Disclosure Statement* - Review Designation of Record and Statement of Issues on Appeal by Her Majesty the Queen | 0.20 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| Mar-15-12 | *Case Administration* - Review order granting Motion to Approve Settlement with Sampson and Nustar | 0.10 | TJT |
| Mar-16-12 | *Case Administration* - Review Certificate of Counsel re: 42nd Quarterly Fee Project Category Summary and review chart | 0.20 | TJT |
| Mar-17-12 | *Case Administration* - Review Certificate of Counsel re: 42nd Quarterly Fees proposed order | 0.10 | TJT |
| | *Case Administration* - Review 2019 Statement filed by E. Moody | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Plan Proponents Reply Brief re: Garlock's Motion for Reconsideration with attachments | 0.70 | TJT |
| Mar-19-12 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.20 | RM |
| | *Case Administration* - Review supplemental affidavit of G. Tammaro re: E&Y | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Garlock's Motion to Strike Plan Proponents Sur Reply with attachment | 0.60 | TJT |
| | *Fee Applications, Applicant* - Review docket for objections to 43rd Quarterly fee app for Oct.1-Dec. 31, 2011 | 0.10 | KC |
| | *Fee Applications, Applicant* - Draft certificate of no objection/ cos to 43rd Quarterly fee app for Oct. 1-Dec. 31, 2011 fee app | 0.20 | KC |
| Mar-20-12 | *Case Administration* - Review case management memo re: week ending 3-16-2012 | 0.10 | LLC |
| | *Case Administration* - Confer with TJT re: case status and various pending appeals | 0.20 | LLC |
| | *Fee Applications, Applicant* - Review CNO re: 43rd Quarterly fee app for filing | 0.10 | LLC |
| | *Case Administration* -  Review main docket re: status for week ending 3/16/12; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.50 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review case status memo for week ending 3/16 | 0.10 | TJT |
| | *Case Administration* - Review supplemental Certificate of Counsel re: 42nd Project Category Summary, confer with K. Callahan re: same | 0.20 | TJT |
| | *Case Administration* - Review Debtor's Motion to Enter Into Administrative Settlement with EPA re: Highpoint, NC with Attachment | 1.40 | TJT |
| | *Fee Applications, Applicant* - Prepare CNO to 43rd Quarterly fee app for efiling, efile and service of same | 0.30 | KC |
| Mar-21-12 | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Concise Summary of Case filed by Her Majesty the Queen re: Appeal 12-1402 | 0.10 | TJT |
| | *Case Administration* - Review memo from T. Tacconelli; update payments received chart accordingly and prepare memo to T. Tacconelli re: same | 0.20 | KC |
| Mar-22-12 | *Fee Applications, Applicant* - Review CNO re: Jan. 2012 monthly fee app | 0.10 | LLC |
| | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review Notice of Withdrawal of Document filed by Debtors | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review docket for objections to the | 0.10 | KC |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | January 2012 fee application | | |
| | *Fee Applications, Applicant* - Draft Certificate of No Objection to the Jan. 2012 monthly fee application | 0.20 | KC |
| Mar-23-12 | *Case Administration* - Review Order approving quarterly fee applications and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review Order approving 42nd Interim Period Quarterly Fees | 0.10 | TJT |
| | *Case Administration* - Review Notice of Withdrawal of Document filed by Debtors | 0.10 | TJT |
| Mar-24-12 | *Case Administration* - Review Supplemental Affidavit of Bryan Cave | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Certificate of No Objection filed by Debtors re: Claim Settlement Notice re: NYSTDF claims | 0.10 | TJT |
| | *Hearings* - Review Amended Agenda for 3/28 hearing | 0.10 | TJT |
| Mar-26-12 | *Plan and Disclosure Statement* - Review Order denying Garlock's Motion to Strike Sur Reply | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Status Report by Debtors in appeal 12-1402 | 0.10 | TJT |
| | *Fee Applications, Applicant* - Prepare CNO for filing, efile and service of same | 0.30 | KC |
| Mar-27-12 | *Plan and Disclosure Statement* - Review Garlock's Reply Brief re: Motion to Stay with attachment | 0.60 | TJT |
| | *Plan and Disclosure Statement* - Review Case opening follow up letter re: appeal 12-1402 | 0.10 | TJT |
| | *Fee Applications, Applicant* - Draft and review prebill in preparation of Feb. 2012 monthly fee application; to TJT for review | 0.20 | KC |
| Mar-28-12 | *Fee Applications, Others* - Review CNO re: Bilzin Jan 2012 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review Feb. 2012 monthly fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review Certificate of Counsel filed by PI Committee re: Campbell & Levine fee app | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review and revise Ferry Joseph & Pearce February pre-bill | 0.40 | TJT |
| | *Fee Applications, Others* - Review docket for objections to Bilzin's January 2012 fee application | 0.10 | KC |
| | *Fee Applications, Others* - Draft Certificate of No Objection and cos to Bilzin's January 2012 fee application; to LLC for review | 0.20 | KC |
| | *Fee Applications, Applicant* - Review revisions to Feb. 2012 invoice, revise and finalize invoice for filing as exhibit to Feb. 2012 monthly fee application | 0.30 | KC |
| | *Fee Applications, Applicant* -Draft Feb. 2012 monthly fee app and related documents; to LLC for review of same | 0.30 | KC |
| Mar-29-12 | *Case Administration* - Review two miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Fee Applications, Others* - Prepare certificate of no objection to Bilzin's Jan. 2012 fee app for efiling; efile and coordinate service of same | 0.30 | KC |
| | *Fee Applications, Applicant* - Prepare Feb. 2011 monthly fee app for filing, efile and service of same | 0.30 | KC |
| Mar-31-12 | *Case Administration* - Review Fee Auditor's Final Report Scarfone Hawkins 43 Interim Period | 0.10 | TJT |
| | **Totals** | **21.50** | |

| Invoice #: | 43287 | Page 6 | April 1-April 31, 2012 |

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---:|
| Mar-06-12 | Photocopy Cost | 2.80 |
| | Cost Advance - First State Deliveries - hand delivery | 7.50 |
| Mar-07-12 | Photocopy Cost | 5.00 |
| | Cost Advance - postage - 8 x .45 | 3.60 |
| Mar-08-12 | Cost Advance - First State Deliveries - hand deliveries 2/27/12 | 45.00 |
| Mar-09-12 | Cost Advance - Blue Marble Logistics - hand deliveries (Inv #17253) | 204.25 |
| Mar-10-12 | Photocopy Cost | 1.10 |
| Mar-12-12 | Cost Advance - First State Deliveries - hand delivery 2/29/12 | 7.50 |
| Mar-17-12 | Photocopy Cost | 2.20 |
| | Photocopy Cost | 0.60 |
| Mar-19-12 | Photocopy Cost | 1.70 |
| Mar-20-12 | Postage - 8@$.45 | 3.60 |
| | Photocopy Cost | 2.80 |
| Mar-23-12 | Cost Advance - Lexis Nexis - legal research February (Account #1402RF; Inv # 1202372766) | 69.55 |
| Mar-26-12 | Photocopy Cost | 0.60 |
| | Cost Advance - Blue Marble Logistics - copies/service (Inv #58382) | 411.36 |
| Mar-27-12 | Photocopy Cost | 1.00 |
| | Cost Advance - First State Deliveries - hand deliveries 3/7/12 | 45.00 |
| Mar-28-12 | Photocopy Cost | 0.70 |
| | Photocopy Cost | 0.70 |
| | Photocopy Cost | 0.60 |
| | Cost Advance - First State Deliveries - hand delivery 3/6/12 | 7.50 |
| Mar-29-12 | Photocopy Cost | 3.00 |
| | Cost Advance - First State Deliveries - hand deliveries 3/20/12 | 45.00 |
| | **Totals** | **$872.66** |

**Total Fees & Disbursements**                                $7,066.16