# W.R. GRACE - INVOICES FOR TIME PERIOD OCTOBER 1-DECEMBER 31, 2011

| Date | Description | Qty | Billed Amt | Narrative |
|---|---|---|---|---|
| 6/28/2011 | Travel Expense, Local | 0 | $801.00 | VENDOR: Frankel, Roger; INVOICE#: 100511; DATE: 10/14/2011 - dc/dd/#141179/myp - attd oral argument in Usdc before Judge Buckwalter Phila 6/128- 29/11 |
| 8/5/2011 | Travel Expense, Air Fare | 0 | $383.00 | VENDOR: Frankel, Roger; INVOICE#: 101011; DATE: 10/18/2011 - dc/dd/#141473/myp - mediate w/ McGovern, Aldock, Wyron, Donley, Austern, Inselbuch, Ny 8/5- 7/11 |
| 8/5/2011 | Out of Town Business Meals | 0 | $64.98 | VENDOR: Frankel, Roger; INVOICE#: 101011; DATE: 10/18/2011 - dc/dd/#141473/myp - mediate w/ McGovern, Aldock, Wyron, Donley, Austern, Inselbuch, Ny 8/5- 7/11 |
| 9/12/2011 | Outside Services | 0 | $25.00 | VENDOR: Regents of the University of Minnesota; INVOICE#: 0370006874; DATE: 9/12/2011 - DC DC/ID#142081/HR |
| 9/26/2011 | Westlaw Research | 0 | $110.07 | |
| 9/27/2011 | Outside Reproduction Services | 0 | $3.30 | VENDOR: Williams Lea Inc.; INVOICE#: I-11100177; DATE: 10/1/2011 - DC-DC\id#141746\mkm-LMF, outside reproduction September 2011 |
| 10/4/2011 | Lexis Research | 0 | $27.09 | |
| 10/7/2011 | Westlaw Research | 0 | $30.10 | |
| 10/10/2011 | Westlaw Research | 0 | $25.55 | |
| 10/18/2011 | Express Delivery | 0 | $11.85 | VENDOR: Federal Express Corp INVOICE#: 766887827 DATE: 10/21/2011  Tracking #: 797635998990 Shipment Date: 20111018 Ship from: Roger Frankel, Orrick Herrington & Sutcliffe, Columbia Center, WASHINGTON, DC 20005 Ship to: David Austern, Futures Rep,c o Claims Resolution Manageme, 3110 Fairview Park Dr Ste 200, FALLS CHURCH, VA 22042 |
| 10/19/2011 | Document Reproduction | 13 | $1.30 | 13 Copies |
| 10/25/2011 | Document Reproduction | 20 | $2.00 | 20 Copies |

**$ 1,485.24**

| Date | Description | Qty | Billed Amt | Narrative |
|---|---|---|---|---|
| 8/8/2011 | Travel Expense, Air Fare | 0 | $383.00 | VENDOR: Frankel, Roger; INVOICE#: 103111; DATE: 11/7/2011 - dc/dd/#142331/myp -mediation session, confer w/ Austern, Donley, Paul prior to mtg, Ny 8/8/11 |

| Date | Description | | Amount | Details |
|------|-------------|---|--------|---------|
| 10/4/2011 | Outside Services | 0 | $100.48 | VENDOR: Pacer Service Center; INVOICE#: OH0272-Q32011; DATE: 10/4/2011 - NY-NY\id#142630\mkm-acct. id OH0272 Public Access to Court Electronic Records 7/01-9/30/2011 |
| 10/4/2011 | Outside Services | 0 | $3.44 | VENDOR: Pacer Service Center; INVOICE#: OH0272-Q32011; DATE: 10/4/2011 - NY-NY\id#142630\mkm-acct. id OH0272 Public Access to Court Electronic Records 7/01-9/30/2011 |
| 10/4/2011 | Outside Services | 0 | $5.36 | VENDOR: Pacer Service Center; INVOICE#: OH0272-Q32011; DATE: 10/4/2011 - NY-NY\id#142630\mkm-acct. id OH0272 Public Access to Court Electronic Records 7/01-9/30/2011 |
| 10/4/2011 | Outside Services | 0 | $17.28 | VENDOR: Pacer Service Center; INVOICE#: OH0272-Q32011; DATE: 10/4/2011 - NY-NY\id#142630\mkm-acct. id OH0272 Public Access to Court Electronic Records 7/01-9/30/2011 |
| 10/4/2011 | Outside Services | 0 | $168.00 | VENDOR: Pacer Service Center; INVOICE#: OH0272-Q32011; DATE: 10/4/2011 - NY-NY\id#142630\mkm-acct. id OH0272 Public Access to Court Electronic Records 7/01-9/30/2011 |
| 10/4/2011 | Outside Services | 0 | $1.60 | VENDOR: Pacer Service Center; INVOICE#: OH0272-Q32011; DATE: 10/4/2011 - NY-NY\id#142630\mkm-acct. id OH0272 Public Access to Court Electronic Records 7/01-9/30/2011 |
| 11/1/2011 | Travel Expense, Air Fare | 0 | $493.70 | VENDOR: American Express; INVOICE#: 102511; DATE: 10/25/2011 - FIRM-FIRM/S#142539/MYP - LAWYERS TRAVEL CHARGE ACCT 3XXX - X708 - 11008 |
| 11/1/2011 | Travel Expense, Air Fare | 0 | $86.20 | VENDOR: Wyron, Richard H.; INVOICE#: 110311; DATE: 11/28/2011 - dc/dd/#143449/myp - Ny for FCR mtg 11/1-2/11 |
| 11/1/2011 | Travel Expense, Local | 0 | $8.80 | VENDOR: Wyron, Richard H.; INVOICE#: 110311; DATE: 11/28/2011 - dc/dd/#143449/myp - Ny for FCR mtg 11/1-2/11 |
| 11/1/2011 | Parking Expense | 0 | $2.60 | VENDOR: Wyron, Richard H.; INVOICE#: 110311; DATE: 11/28/2011 - dc/dd/#143449/myp - Ny for FCR mtg 11/1-2/11 |
| 11/9/2011 | Other Business Meals | 0 | $103.00 | VENDOR: Frankel, Roger; INVOICE#: 111411A; DATE: 11/18/2011 - dc/dd/#143037/myp - meal 11/9/11 |
| 11/11/2011 | Express Delivery | 0 | $11.81 | VENDOR: Federal Express Corp INVOICE#: 769893829 DATE: 11/17/2011  Tracking #: 795397881120 Shipment Date: 20111111 Ship from: Roger Frankel, Orrick Herrington & Sutcliffe, Columbia Center, WASHINGTON, DC 20005 Ship to: David Austern, Futures Rep,c o Claims Resolution Manageme, 3110 Fairview Park Dr Ste 200, FALLS CHURCH, VA 22042 |
| 11/22/2011 | Document Reproduction | 614 | $61.40 | 614 Copies |

**$1,446.67**

| Date | Description | Qty | Billed Amt | Narrative |
|------|-------------|-----|------------|-----------|
| 11/7/2011 | Travel Expense, Air Fare | 0 | ($419.70) | VENDOR: American Express; INVOICE#: 112511; DATE: 11/20/2011  -  FIRM - FIRM/S#143769MYP - LAWYERS TRAVEL CHARGE ACCOUNT 3XXX - X708 - 11008 |
| 11/22/2011 | Outside Reproduction Services | 0 | $3.30 | VENDOR: Williams Lea Inc.; INVOICE#: I-11120136; DATE: 12/1/2011  -  DC-DC\id#1444724\mkm-D100-LMF-outside reproduction November 2011 |
| 12/16/2011 | Express Delivery | 0 | $11.81 | VENDOR: Federal Express Corp INVOICE#: 773634257 DATE: 12/23/2011  Tracking #: 797855502533 Shipment Date: 20111216 Ship from: Roger Frankel, Orrick Herrington & Sutcliffe, Columbia Center, WASHINGTON, DC 20005 Ship to: David Austern, Futures Rep,c o Claims Resolution Manageme, 3110 Fairview Park Dr Ste 200, FALLS CHURCH, VA 22042 |
| 12/22/2011 | Wyron, Richard | 0 | $245.40 | VENDOR: Parcels Inc.; INVOICE#: 356572; DATE: 12/22/2011  -  DC-DC\id#145475\mkm-copies of Grace Pleadings from Parcels |

**$  (159.19)**

$ 2,772.72