**Attachment A-1**
**To Fee Application**
Summary of PwC's Fees By Professional
For the months of January 2012 through March 2012

**Professional Profiles**
**W.R. Grace & Co. Time Tracking - Audit**
**For the months of January through March 2012**

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Thomas E Smith | Audit Partner | 20+ | Integrated Audit | $ 796.29 | 92.5 | $ 73,656.83 |
| Jody B Underhill | Tax Director | 12 | Integrated Audit | $ 410.80 | 59.0 | $ 24,237.20 |
| Evgeny Gonokhin | Audit Senior Manager | 9 | Integrated Audit | $ 436.88 | 200.8 | $ 87,725.50 |
| David C Sands | Audit Director | 12 | Integrated Audit | $ 436.88 | 22.4 | $ 9,786.11 |
| Marcela Cortes | Tax Manager | 9 | Integrated Audit | $ 410.80 | 9.0 | $ 3,697.20 |
| Todd S. Chesla | Tax Manager | 7 | Integrated Audit | $ 312.00 | 9.0 | $ 2,808.00 |
| Elizabeth Sama | Tax Senior Associate | 4 | Integrated Audit | $ 239.20 | 81.0 | $ 19,375.20 |
| Pavel Katsiak | Audit Senior Associate | 5 | Integrated Audit | $ 257.81 | 407.0 | $ 104,928.67 |
| Alexandra L Schmidt | Audit Senior Associate | 4 | Integrated Audit | $ 241.30 | 453.0 | $ 109,308.90 |
| Phillip Crosby | Audit Senior Associate | 5 | Integrated Audit | $ 234.95 | 4.0 | $ 939.80 |
| Kathryn A Colaianni | Audit Experienced Associate | 2 | Integrated Audit | $ 180.34 | 405.0 | $ 73,037.70 |
| Kathleen Elizabeth Bradley | Audit Experienced Associate | 2 | Integrated Audit | $ 180.34 | 426.0 | $ 76,824.84 |
| Ryan P Boyle | Audit Experienced Associate | 2 | Integrated Audit | $ 186.69 | 14.0 | $ 2,613.66 |
| Madeleine Lederer | Audit Experienced Associate | 2 | Integrated Audit | $ 180.34 | 41.0 | $ 7,393.94 |
| Drew Levy | Audit Associate | 1 | Integrated Audit | $ 130.81 | 415.0 | $ 54,286.15 |
| Eric Seth Meyer | Tax Associate | 1 | Integrated Audit | $ 161.20 | 88.0 | $ 14,185.60 |
| Ekpenyong Iniunam | Audit Intern | 1 | Integrated Audit | $ 118.00 | 250.8 | $ 29,594.40 |
| **Totals** | | | | | **2,977.5** | **$ 694,399.70** |

**Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Totals** | | 24.0 | | | | $ 3,538.85 |

{02411:PLDG:10170939.DOC}

**Summary of PwC's Fees By Project Category:**
**For the months of January 2012 through March 2012**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| **01-Assets Analysis and Recovery** | | |
| **02-Asset Disposition** | | |
| **03-Business Operations** | | |
| **04-Case Administration** | | |
| **05-Claim Analysis Objection & Resolution (Asbestos)** | | |
| **06-Claim Analysis Objection & Resolution (Non-asbestos)** | | |
| **07-Committee, Creditors', Noteholders', or Equity Holders'** | | |
| **08-Employee Benefits/Pension** | | |
| **09-Employee Applications, Applicant** | | |
| **10-Employment Applications, Others** | | |
| **11-Financing** | | |
| **12-Fee Applications, Others** | **24.0** | **$3,538.85** |
| **13-Financing** | | |
| **14-Hearings** | | |
| **15-Litigation and Litigation Consulting** | | |
| **16-Plan and Disclosure Statement** | | |
| **17-Relief from Stay Proceedings** | | |
| **18-Tax Issues** | | |
| **19-Tax Litigation** | | |
| **20-Travel- Non-working** | | |
| **21-Valuation** | | |

{02411:PLDG:10170939.DOC}

| | | |
|---|---|---|
| **22-ZAI Science Trial** | | |
| **23-ZAI Science Trial-Expenses** | | |
| **24-Other** | | |
| **25-Accounting/Auditing** | 2,977.5 | $694,399.70 |
| **26-Business Analysis** | | |
| **27-Corporate Finance** | | |
| **28-Data Analysis** | | |
| **TOTAL:** | **3,001.5** | **$ 697,938.55** |

<b>Expense Summary<br>January 2012 - March 2012</b>

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| **Transportation** | N/A | $10,403.47 |
| **Lodging** | N/A | $2,267.73 |
| **Sundry** | N/A | $42.00 |
| **Business Meals** | N/A | $7,552.01 |
| **TOTAL:** | | **$ 20,265.21** |

{02411:PLDG:10170939.DOC}