# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Objection Deadline: March 26, 2012 at 4:00 p.m.** |
| | | **Hearing Date: Only if Objections are Filed** |

## SUMMARY OF APPLICATION OF REED SMITH LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL TO DEBTORS FOR THE ONE HUNDRED TWENTY-SEVENTH MONTHLY INTERIM PERIOD FROM JANUARY 1, 2012 THROUGH JANUARY 31, 2012

Name of Applicant:                                        Reed Smith LLP

Authorized to Provide Professional Services to:   W. R. Grace & Co., *et al.*, Debtors and Debtors-in-Possession

Date of Retention:                                       July 19, 2001, effective as of April 2, 2001

Period for which compensation and reimbursement is sought:                      January 1 Through January 31, 2012

Amount of fees sought as actual, reasonable and necessary:                       $74,726.00

Amount of expenses sought as actual, reasonable and necessary                 $9,717.03

This is a(n): <u>X</u> monthly     __ interim     __ final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

#28607
3/1/12

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through /31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00[2] | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through 1/31/04 | $21,531.00 | $85.71 | No objections served on counsel | No objections served on counsel |
| 4/7/04 | 2/1/04 through 2/29/04 | $21,116.00 | $2,537.94 | No objections served on counsel | No objections served on counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |
| 6/4/04 | 4/1/04 through 4/30/04 | $16,495.50 | $41.08 | No objections served on counsel | No objections served on counsel |
| 7/1/04 | 5/1/04 through 5/31/04 | $41,085.00 | $2,386.50 | No objections served on counsel | No objections served on counsel |
| 8/2/04 | 6/1/04 through 6/30/04 | $28,692.50 | $725.43 | No objections served on counsel | No objections served on counsel |
| 9/3/04 | 7/1/04 through 7/31/04 | $13,176.50 | $328.55 | No objections served on counsel | No objections served on counsel |
| 10/5/04 | 8/1/04 through 8/31/04 | $11,792.00 | $1,500.03 | No objections served on counsel | No objections served on counsel |
| 10/28/04 | 9/1/04 through 9/30/04 | $22,618.00 | $97.76 | No objections served on counsel | No objections served on counsel |
| 11/29/04 | 10/1/04 through 10/31/04 | $127,040.00 | $2,696.29 | No objections served on counsel | No objections served on counsel |
| 1/7/05 | 11/1/04 through 11/30/04 | $29,207.50 | $1,858.91 | No objections served on counsel | No objections served on counsel |
| 2/9/05 | 12/1/04 through 12/31/04 | $123,722.25 | $2,598.89 | No objections served on counsel | No objections served on counsel |
| 3/1/05 | 1/1/05 through 1/31/05 | $112,761.00 | $3,520.69 | No objections served on counsel | No objections served on counsel |
| 3/29/05 | 2/1/05 through 2/28/05 | $40,738.00 | $2,719.01 | No objections served on counsel | No objections served on counsel |
| 4/27/05 | 3/1/05 through 3/31/05 | $22,165.50 | $281.04 | No objections served on counsel | No objections served on counsel |

---

2  Although Reed Smith initially requested $9,795.00 for the December 2003 monthly interim period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor).  The corrected amount requested by Reed Smith for that period is reflected above.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 5/31/05 | 4/1/05 through 4/30/05 | $27,745.00 | $373.42 | No objections served on counsel | No objections served on counsel |
| 6/30/05 | 5/1/05 through 5/31/05 | $48,125.50 | $1,444.96 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 6/1/05 through 6/30/05 | $53,677.50 | $2,901.34 | No objections served on counsel | No objections served on counsel |
| 8/31/05 | 8/1/05 through 8/31/05 | $67,024.00 | $4,443.37 | No objections served on counsel | No objections served on counsel |
| 10/28/05 | 9/1/05 through 9/31/05 | $75,564.50 | $1,333.69 | No objections served on counsel | No objections served on counsel |
| 11/28/05 | 10/1/05 through 10/31/05 | $100,140.00 | $2,209.06 | No objections served on counsel | No objections served on counsel |
| 12/29/05 | 11/1/05 through 11/30/05 | $73,829.00 | $2,476.74 | No objections served on counsel | No objections served on counsel |
| 2/3/06 | 12/1/05 through 12/31/05 | $132,709.00 | $9,322.91 | No objections served on counsel | No objections served on counsel |
| 3/6/06 | 1/1/06 through 1/31/065 | $179,492.75 | $7,814.56 | No objections served on counsel | No objections served on counsel |
| 3/28/06 | 2/1/06 through 2/28/06 | $121,127.50 | $2,113.02 | No objections served on counsel | No objections served on counsel |
| 4/28/06 | 3/1/06 through 3/31/06 | $138,244.50 | $8,928.17 | No objections served on counsel | No objections served on counsel |
| 5/30/06 | 4/1/06 through 4/30/06 | $258,539.00 | $3,990.53 | No objections served on counsel | No objections served on counsel |
| 6/28/06 | 5/1/06 through 5/31/06 | $187,688.50 | $7,066.20 | No objections served on counsel | No objections served on counsel |
| 7/31/06 | 6/1/06 through 6/30/06 | $290,925.50 | $7,211.50 | No objections served on counsel | No objections served on counsel |
| 9/1/06 | 7/1/06 through 7/31/06 | $318,207.00 | $5,751.93 | No objections served on counsel | No objections served on counsel |
| 9/28/06 | 8/1/06 through 8/31/06 | $431,035.00 | $19,258.20 | No objections served on counsel | No objections served on counsel |
| 10/30/06 | 9/1/06 through 9/30/06 | $214,071.00 | $8,718.91 | No objections served on counsel | No objections served on counsel |
| 11/28/06 | 10/1/06 through 10/31/06 | $253,411.00 | $3,957.53 | No objections served on counsel | No objections served on counsel |
| 12/21/06 | 11/1/06 through 11/30/06 | $269,985.00 | $10,276.93 | No objections served on counsel | No objections served on counsel |
| 1/29/07 | 12/1/06 through 12/31/06 | $449,619.00 | $13,006.42 | No objections served on counsel | No objections served on counsel |
| 3/2/07 | 1/1/07 through 1/31/07 | $451,799.50 | $10,807.56 | No objections served on counsel | No objections served on counsel |
| 3/28/07 | 2/1/07 through 2/28/07 | $571,452.50 | $26,064.65 | No objections served on counsel | No objections served on counsel |
| 5/1/07 | 3/1/07 through 3/31/07 | $612,334.00 | $21,618.02 | No objections served on counsel | No objections served on counsel |
| 5/30/07 | 4/1/07 through 4/30/07 | $659,653.00 | $95,262.97 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/07 | 5/1/07 through 5/31/07 | $381,244.00 | $76,304.87 | No objections served on counsel | No objections served on counsel |
| 7/31/07 | 6/1/07 through 6/30/07 | $285,417.50 | $25,072.31 | No objections served on counsel | No objections served on counsel |
| 8/31/07 | 7/1/07 through 7/31/07 | $565,946.00 | $27,996.57 | No objections served on counsel | No objections served on counsel |
| 9/28/07 | 8/1/07 through 8/31/07 | $341,805.00 | $30,377.98 | No objections served on counsel | No objections served on counsel |
| 10/30/07 | 9/1/07 through 9/30/07 | $266,475.00 | $47,419.66 | No objections served on counsel | No objections served on counsel |
| 11/29/07 | 10/1/07 through 10/31/07 | $425,753.50 | $56,702.47 | No objections served on counsel | No objections served on counsel |
| 12/31/07 | 11/1/07 through 11/30/07 | $346,948.50 | $28,452.97 | No objections served on counsel | No objections served on counsel |
| 2/1/08 | 12/1/07 through 12/31/07 | $328,899.50 | $6,684.25 | No objections served on counsel | No objections served on counsel |
| 2/29/08 | 1/1/08 through 1/31/08 | $190,026.50 | $66,680.87 | No objections served on counsel | No objections served on counsel |
| 3/28/08 | 2/1/08 through 2/29/08 | $164,778.50 | $6,812.83 | No objections served on counsel | No objections served on counsel |
| 4/29/08 | 3/1/08 through 3/31/08 | $196,624.00 | $7,770.05 | No objections served on counsel | No objections served on counsel |
| 5/28/08 | 4/1/08 through 4/30/08 | $265,172.00 | $14,840.69 | No objections served on counsel | No objections served on counsel |
| 6/30/08 | 5/1/08 through 5/31/08 | $198,308.50 | $5,407.12 | No objections served on counsel | No objections served on counsel |
| 7/29/08 | 6/1/08 through 6/30/08 | $294,750.00 | $11,846.36 | No objections served on counsel | No objections served on counsel |
| 8/28/08 | 7/1/08 through 7/31/08 | $260,723.00 | $30,905.57 | No objections served on counsel | No objections served on counsel |
| 9/29/08 | 8/1/08 through 8/31/08 | $133,508.50 | $25,510.91 | No objections served on counsel | No objections served on counsel |
| 10/30/08 | 9/1/08 through 9/30/08 | $178,342.50 | $62,002.21 | No objections served on counsel | No objections served on counsel |
| 11/28/08 | 10/1/08 through 10/31/08 | $180,835.00 | $97,238.00 | No objections served on counsel | No objections served on counsel |
| 12/29/08 | 11/1/08 through 11/30/08 | $262,272.50 | $66,906.64 | No objections served on counsel | No objections served on counsel |
| 2/2/09 | 12/1/08 through 12/31/08 | $296,040.50 | $61,115.32 | No objections served on counsel | No objections served on counsel |
| 3/5/09 | 1/1/09 through 1/31/09 | $187,083.50 | $48,496.26 | No objections served on counsel | No objections served on counsel |
| 3/30/09 | 2/1/09 through 2/28/09 | $170,090.00 | $71,440.61 | No objections served on counsel | No objections served on counsel |
| 4/28/09 | 3/1/09 through 3/31/09 | $119,493.00 | $91,664.16 | No objections served on counsel | No objections served on counsel |
| 5/28/09 | 4/1/09 through 4/30/09 | $82,997.00 | $31,796.74 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/09 | 5/1/09 through 5/31/09 | $46,410.00 | $1,641.97 | No objections served on counsel | No objections served on counsel |
| 7/29/09 | 6/1/09 through 6/30/09 | $37,799.50 | $8,098.44 | No objections served on counsel | No objections served on counsel |
| 8/31/09 | 7/1/09 through 7/31/09 | $26,413.00 | $6,408.90 | No objections served on counsel | No objections served on counsel |
| 9/30/09 | 8/1/09 through 8/31/09 | $57,230.00 | $5,569.75 | No objections served on counsel | No objections served on counsel |
| 10/29/09 | 9/1/09 through 9/30/09 | $26,700.00 | $35,383.32 | No objections served on counsel | No objections served on counsel |
| 12/1/09 | 10/1/09 through 10/31/09 | $36,478.50 | $11,042.24 | No objections served on counsel | No objections served on counsel |
| 12/31/09 | 11/1/09 through 11/30/09 | $26,217.00 | $6,599.14 | No objections served on counsel | No objections served on counsel |
| 1/29/10 | 12/1/09 through 12/31/09 | $18,402.00 | $350.26 | No objections served on counsel | No objections served on counsel |
| 3/2/10 | 1/1/1 through 1/31/10 | $67,941.00 | $5,542.74 | No objections served on counsel | No objections served on counsel |
| 3/29/10 | 2/1/10 through 02/28/10 | $8,019.00 | $1,025.90 | No objections served on counsel | No objections served on counsel |
| 4/28/10 | 3/1/10 through 3/31/10 | $7,581.50 | $2,008.26 | No objections served on counsel | No objections served on counsel |
| 5/28/10 | 4/1/10 through 4/30/10 | $28,603.00 | $1,030.65 | No objections served on counsel | No objections served on counsel |
| 6/29/10 | 5/1/1/10 through 5/31/10 | $6,594.50 | $1,375.18 | No objections served on counsel | No objections served on counsel |
| 7/28/10 | 6/1/10 through 6/30/10 | $7,500.50 | $299.18 | No objections served on counsel | No objections served on counsel |
| 8/31/10 | 7/1/10 through 7/31/10 | $9,446.00 | $100.30 | No objections served on counsel | No objections served on counsel |
| 9/28/10 | 8/1/10 through 8/31/10 | $3,635.50 | $821.90 | No objections served on counsel | No objections served on counsel |
| 10/28/10 | 9/1/10 through 9/30/10 | $5,575.50 | $49.74 | No objections served on counsel | No objections served on counsel |
| 11/30/10 | 10/1/10 through 10/31/10 | $6,159.30 | $18.26 | No objections served on counsel | No objections served on counsel |
| 12/29/10 | 11/1/10 through 11/30/10 | $19,070.80 | $76.00 | No objections served on counsel | No objections served on counsel |
| 1/31/11 | 12/1/10 through 12/31/10 | $15,773.50 | $1,381.58 | No objections served on counsel | No objections served on counsel |
| 2/28/11 | 1/1/11 through 1/31/11 | $29,967.50 | $1,110.22 | No objections served on counsel | No objections served on counsel |
| 3/28/11 | 2/1/11 through 2/28/11 | $41,503.00 | $11,883.46 | No objections served on counsel | No objections served on counsel |
| 4/29/11 | 3/1/11 through 3/31/11 | $6,362.50 | $2,549.26 | No objections served on counsel | No objections served on counsel |
| 5/31/11 | 4/1/11 through 4/30/11 | $18,201.00 | $147.45 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/11 | 5/1/11 through 5/31/11 | $6,949.00 | $785.03 | No objections served on counsel | No objections served on counsel |
| 7/28/11 | 6/1/11 through 6/30/11 | $24,354.50 | $387.90 | No objections served on counsel | No objections served on counsel |
| 8/29/11 | 7/1/11 through 7/31/11 | $11,068.00 | $81.61 | No objections served on counsel | No objections served on counsel |
| 9/29/11 | 8/1/11 through 8/31/11 | $8,986.50 | $1,113.30 | No objections served on counsel | No objections served on counsel |
| 10/28/11 | 9/1/11 through 9/30/11 | $12,101.50 | $94.10 | No objections served on counsel | No objections served on counsel |
| 11/29/11 | 10/1/11 through 10/31/11 | $19,260.50 | $31.80 | No objections served on counsel | No objections served on counsel |
| 12/30/11 | 11/1/11 through 11/30/11 | $19,841.50 | $304.30 | No objections served on counsel | No objections served on counsel |
| 1/31/12 | 12/1/11 through 12/31/11 | $27,648.00 | $4,961.85 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the one hundred twenty-seventh application for monthly interim compensation of services filed with the Bankruptcy Court in these chapter 11 cases.

The total time expended for the preparation of this application is approximately eight hours, and the corresponding estimated compensation that will be requested in a future application is approximately $2,000.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Year Admitted | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| James J. Restivo, Jr. | Partner | 1971 | Litigation | $700.00 | .50 | $350.00 |
| Lawrence E. Flatley | Partner | 1975 | Litigation | $655.00 | 38.60 | $25,283.00 |
| Douglas E. Cameron | Partner | 1984 | Litigation | $670.00 | 5.40 | $3,618.00 |
| Anthony B. Klapper | Partner | 1996 | Litigation | $610.00 | 22.80 | $13,908.00 |
| Joseph S. Luchini | Partner | 1973 | Litigation | $585.00 | 36.00 | $21,060.00 |
| Linda S. Husar | Partner | 1980 | Litigation | $535.00 | 2.00 | $1,070.00 |
| Andrew J. Muha | Partner | 2001 | Litigation | $460.00 | 1.60 | $736.00 |
| Stephanie Henderson Espinosa | Associate | 2007 | Litigation | $320.00 | 22.10 | $7,072.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant and number of years as a paraprofessional | | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| John B. Lord | Paralegal | 20 Years | Bankruptcy | $260.00 | 2.10 | $546.00 |
| Sharon A. Ament | Paralegal | 7 Years | Litigation | $190.00 | 5.70 | $1,083.00 |

**Total Fees: $74,726.00**

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Litigation & Litigation Consulting | 2.70 | $513.00 |
| Fee Applications | 8.40 | $2,991.00 |
| Claim Analysis Objection Resolution & Estimation | 4.20 | $2,829.00 |
| Correa vs. W.R. Grace | 24.10 | $8,142.00 |
| Specifications Inquiry | 97.40 | $60,251.00 |
| **Total** | **136.80** | **$74,726.00** |

REMAINDER OF PAGE LEFT BLANK INTENTIONALLY

**EXPENSE SUMMARY**

| Description | Non-ZAI Science Trial | ZAI Science Trial |
|---|---|---|
| Duplicating/Printing/Scanning | 12.60 | ------- |
| PACER | .08 | ------- |
| Deposition Expense | 7,717.93 | ------- |
| Courier Service – Outside | 42.69 | ------- |
| Telephone Expense | .80 | ------- |
| Parking/Tolls/Other Transportation | 64.00 | ------- |
| Air Travel Expense | 1,611.06 | ------- |
| Taxi Expense | 51.00 | ------- |
| Mileage Expense | 33.30 | ------- |
| Meal Expense | 85.00 | ------- |
| Telephone – outside | 98.57 | ------- |
|  |  |  |
| SUBTOTAL | 9,717.03 | $0.00 |
| **TOTAL** | **$9,717.03** | **$0.00** |

REMAINDER OF PAGE LEFT BLANK INTENTIONALLY

Dated:  March 1, 2012
        Wilmington, Delaware

REED SMITH LLP

By: /s/ Kurt F. Gwynne
     Kurt F. Gwynne (No. 3951)
     1201 Market Street, Suite 1500
     Wilmington, DE  19801
     Telephone:  (302) 778-7500
     Facsimile:  (302) 778-7575
     E-mail: kgwynne@reedsmith.com

       and

     James J. Restivo, Jr., Esquire
     Lawrence E. Flatley, Esquire
     Douglas E. Cameron, Esquire
     Reed Smith Centre
     225 Fifth Avenue
     Pittsburgh, PA 15222
     Telephone:  (412) 288-3131
     Facsimile:  (412) 288-3063

     Special Asbestos Products Liability Defense
     Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                    Invoice Number    2235698
7500 Grace Drive                    Invoice Date    02/27/12
Columbia, Maryland 21044            Client Number      172573
USA

================================================================================

Re: W. R. Grace & Co.


(50001)  Correa v. W.R. Grace

        Fees                        8,142.00
        Expenses                        0.00

                    TOTAL BALANCE DUE UPON RECEIPT      $8,142.00
                                                    =============

```
                        REED SMITH LLP
                        PO Box 360074M
                   Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
W.R. Grace & Co.                        Invoice Number    2235698
7500 Grace Drive                        Invoice Date    02/27/12
Columbia, Maryland 21044                Client Number     172573
USA                                     Matter Number      50001
```

============================================================================

Re: (50001)  Correa v. W.R. Grace

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2012

| Date | Name | | Hours |
|------|------|------|-------|
| 01/04/12 | Espinosa | Identify deposition testimony for strategy discussion with L. Husar. | .80 |
| 01/05/12 | Espinosa | Prepare for third day of Plaintiff's deposition. | .20 |
| 01/06/12 | Espinosa | Research re: judicial estoppel (1.2); confer with L. Husar re deposition testimony and possible dispositive motions (0.2). | 1.40 |
| 01/06/12 | Husar | Review deposition transcript and outline questions for next deposition session (0.4), work on SDT to obtain Social Security records (0.5), analysis of case law regarding doctrine of judicial estoppel (0.6). | 1.50 |
| 01/09/12 | Espinosa | Prepare for the final day of Plaintiff's deposition | 6.50 |
| 01/10/12 | Espinosa | Prepare for and take day three of Plaintiff's deposition | 8.50 |
| 01/11/12 | Espinosa | Draft case summary (0.5); review the sixth set of documents produced by Plaintiff (0.5). | 1.00 |
| 01/12/12 | Espinosa | Review the seventh set of documents produced by Plaintiff (0.3); draft summary of Plaintiff's deposition (0.4). | .70 |

```
172573 W. R. Grace & Co.                    Invoice Number  2235698
 50001 Correa v. W.R. Grace                 Page   2
        February 27, 2012
```

| Date | Name | | Hours |
|------|------|---|-------|
| 01/17/12 | Espinosa | Research authorizations to release social security records, and prepare authorizations for same. | 1.40 |
| 01/17/12 | Husar | Prepare case summary. | .50 |
| 01/18/12 | Espinosa | Work on subpoenas of medical records and confirmation of interrogatory response information. | 1.10 |
| 01/23/12 | Espinosa | Call re subpoena. | .10 |
| 01/25/12 | Espinosa | Email Plaintiff's counsel re consent to release social security disability documents. | .20 |
| 01/30/12 | Espinosa | Call Plaintiff's counsel re the authorization to release social security records. | .10 |
| 01/31/12 | Espinosa | Email with Plaintiff's counsel re the release of Plaintiff's social security documents. | .10 |

```
                                            ------
                              TOTAL HOURS    24.10
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Linda S. Husar | 2.00 | at $ | 535.00 | = | 1,070.00 |
| Stephanie Henderson Espin | 22.10 | at $ | 320.00 | = | 7,072.00 |

```
                  CURRENT FEES                        8,142.00

                                                    ------------
                  TOTAL BALANCE DUE UPON RECEIPT      $8,142.00
                                                    ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number    2235700
7500 Grace Drive                        Invoice Date      02/27/12
Columbia, Maryland 21044                Client Number      172573
USA

===============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

    Fees                            513.00
    Expenses                          0.00

             TOTAL BALANCE DUE UPON RECEIPT      $513.00
                                   =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number     2235700
7500 Grace Drive                          Invoice Date      02/27/12
Columbia, Maryland 21044                  Client Number       172573
USA                                       Matter Number        60026

=============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2012

| Date | Name | | Hours |
|------|------|------|-------|
| 01/09/12 | Ament | E-mails with P. Cuniff re: preliminary agenda (.20); review agenda and hearing binder (.10); update hearing binder (.10); hand deliver same to Judge Fitzgerald per J. O'Neill request (.10). | .50 |
| 01/10/12 | Ament | E-mail to P. Cuniff requesting 2012 schedule of hearings and filing deadlines. | .10 |
| 01/11/12 | Ament | Review schedule of hearings and filing deadlines received from P. Cuniff (.10); circulate same to team (.10). | .20 |
| 01/12/12 | Ament | Various e-mails re: hearings and filing deadlines. | .20 |
| 01/19/12 | Ament | Various e-mails re: Elizabeth Anderson transcripts (.30); review various files re: same (1.10); scan and e-mail various transcripts to D. Cameron (.30). | 1.70 |

                                                          ------
                                          TOTAL HOURS       2.70

172573 W. R. Grace & Co.                          Invoice Number  2235700
60026  Litigation and Litigation Consulting       Page   2
       February 27, 2012


| TIME SUMMARY | Hours | Rate | Value |
|---|---|---|---|
| Sharon A. Ament | 2.70 at $ 190.00 = | | 513.00 |

CURRENT FEES                                                   513.00

                                                          ------------
TOTAL BALANCE DUE UPON RECEIPT                               $513.00
                                                          ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | | |
|---|---|---|
| W.R. Grace & Co. | Invoice Number | 2235701 |
| 7500 Grace Drive | Invoice Date | 02/27/12 |
| Columbia, Maryland 21044 | Client Number | 172573 |
| USA | | |

====================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

| | |
|---|---|
| Fees | 2,991.00 |
| Expenses | 0.00 |

TOTAL BALANCE DUE UPON RECEIPT          $2,991.00

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number     2235701
7500 Grace Drive                          Invoice Date       02/27/12
Columbia, Maryland 21044                  Client Number        172573
USA                                       Matter Number         60029


===============================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2012

| Date | Name | | Hours |
|------|------|--|-------|
| 01/14/12 | Cameron | Review fee application materials | .90 |
| 01/18/12 | Cameron | Review fee application materials | .50 |
| 01/23/12 | Ament | Meet with A. Muha re: Dec. monthly fee application (.10); review e-mail re: same (.10). | .20 |
| 01/23/12 | Muha | Review and revise Dec. 2011 monthly fee app. materials, and meetings with D. Cameron and S. Ament re: information regarding entries and billing treatment. | .50 |
| 01/25/12 | Lord | Draft, e-file and serve CNO to Reed Smith's November monthly fee application. | .50 |
| 01/27/12 | Muha | Meeting with D. Cameron re: preparation of new matter for fee application submission, and attend to issues re: same. | .20 |
| 01/30/12 | Ament | E-mails re: Dec. monthly fee application and quarterly fee application (.20); attention to billing matters (.10); e-mails re: same (.10); begin drafting Dec. monthly fee application and spreadsheets re: same (.30). | .70 |

172573 W. R. Grace & Co.                          Invoice Number  2235701
60029  Fee Applications-Applicant                 Page    2
       February 27, 2012

| Date | Name | | Hours |
|------|------|---|-------|

01/30/12 Lord          Communicate with S. Ament re:           .10
                       monthly/interim fee application
                       issues.

01/30/12 Muha          Multiple calls and emails re:           .50
                       preparation of new matter for
                       submission in fee application, and
                       make additional changes to invoice
                       for new matter.

01/31/12 Ament         Attention to billing matters           2.10
                       (.50); various e-mails and
                       meetings with D. Cameron and A.
                       Muha re: same (.20); review
                       invoices relating to Dec. monthly
                       fee application (.10); e-mails
                       with A. Muha re: same (.10);
                       calculate fees and expenses re:
                       same (.50); draft Dec. monthly fee
                       application (.20); provide same to
                       A. Muha for review (.10);
                       revisions to same (.10); finalize
                       same (.10); e-mail same to J. Lord
                       for DE filing (.10); finalize and
                       circulate billing rates memo per
                       D. Cameron request (.10).

01/31/12 Cameron       Finalize fee application materials      .30

01/31/12 Lord          Communicate with A. Muha re:           1.50
                       December monthly fee application
                       (.1); revise, e-file and serve
                       same (1.4).

01/31/12 Muha          Review and revise final form of         .40
                       Dec. 2011 monthly application, and
                       meetings and emails re: revisions.
                                                             ------
                                          TOTAL HOURS         8.40

```
172573  W. R. Grace & Co.                      Invoice Number  2235701
 60029  Fee Applications-Applicant             Page    3
        February 27, 2012
```

```
TIME SUMMARY                  Hours           Rate            Value
------------------------      --------------------          -------
Douglas E. Cameron            1.70  at  $  670.00  =       1,139.00
Andrew J. Muha                1.60  at  $  460.00  =         736.00
John B. Lord                  2.10  at  $  260.00  =         546.00
Sharon A. Ament               3.00  at  $  190.00  =         570.00

                              CURRENT FEES                            2,991.00

                                                              ------------
                              TOTAL BALANCE DUE UPON RECEIPT        $2,991.00
                                                              ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      2235702
7500 Grace Drive                          Invoice Date      02/27/12
Columbia, Maryland 21044                  Client Number       172573
USA

================================================================================

Re: W. R. Grace & Co.

(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

    Fees                            2,829.00
    Expenses                            0.00

                   TOTAL BALANCE DUE UPON RECEIPT        $2,829.00
                                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R. Grace & Co. | Invoice Number    2235702 |
| 7500 Grace Drive | Invoice Date    02/27/12 |
| Columbia, Maryland 21044 | Client Number    172573 |
| USA | Matter Number    60033 |

================================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
          (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2012

| Date | Name | | Hours |
|------|------|------|-------|
| 01/16/12 | Cameron | Attention to audit letter | .70 |
| 01/17/12 | Restivo | Audit letter. | .50 |
| 01/18/12 | Cameron | Review draft audit letter | .30 |
| 01/19/12 | Cameron | Finalize audit letter (.40);<br>review Anderson transcripts (.30) | .70 |
| 01/26/12 | Cameron | Review materials related to<br>claims, status of bankruptcy | .80 |
| 01/31/12 | Cameron | Review confirmation opinion and<br>emails re: same | 1.20 |

```
                                                   ------
                                TOTAL HOURS    4.20
```

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Douglas E. Cameron | 3.70  at  $  670.00  = | | 2,479.00 |
| James J. Restivo Jr. | 0.50  at  $  700.00  = | | 350.00 |

```
                    CURRENT FEES                      2,829.00

                                                  ------------
        TOTAL BALANCE DUE UPON RECEIPT             $2,829.00
                                                  ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      2235703
62 Whittemore Avenue                      Invoice Date      02/27/12
Cambridge, MA  02140                      Client Number      172573

================================================================================

Re: W. R. Grace & Co.

(60041)  Specifications Inquiry

    Fees                          60,251.00
    Expenses                           0.00

                  TOTAL BALANCE DUE UPON RECEIPT      $60,251.00
                                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number     2235703
62 Whittemore Avenue                      Invoice Date     02/27/12
Cambridge, MA  02140                      Client Number      172573
                                          Matter Number       60041

===============================================================================

Re: (60041)  Specifications Inquiry

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2012

| Date | Name | | Hours |
|------|------|---|-------|
| 12/20/11 | Luchini | Meeting with WR Grace to discuss draft and review documents. | 5.50 |
| 01/03/12 | Flatley | Review "to do" list and e-mails to/from J. Hughes and team. | 1.20 |
| 01/03/12 | Flatley | Review revised letter to customer and e-mails on it. | .40 |
| 01/03/12 | Klapper | Respond to inquiry re follow-up letter with customer. | .20 |
| 01/03/12 | Luchini | Review/edit reply and miscellaneous other communications. | .50 |
| 01/04/12 | Flatley | Conference call with T. Klapper and J. Luchini on assignments and follow-up (0.8); call with J. Hughes and e-mail to team confirming assignments (0.6); conference call with T. Klapper and J. Luchini to prepare for client conference call (0.4); conference call with WR Grace clients and short follow-up (1.2); e-mails to/from J. Hughes, et al. (0.1); outlining RS follow-up on client conference call (0.7); review test report (0.2); call with J. Hughes and e-mail to team (0.4); e-mail regarding typical report (0.2). | 4.60 |

```
172573 W. R. Grace & Co.                    Invoice Number  2235703
60041  Specifications Inquiry               Page   2
       February 27, 2012
```

| Date | Name | | Hours |
|------|------|------|-------|
| 01/04/12 | Klapper | Confer with L. Flatley and J. Luchini re expert strategy. | .20 |
| 01/04/12 | Luchini | Conference call re: work items remaining and potential experts (0.8); call re: discussion with WR Grace and process going forward (0.6); contact both potential experts (1.2). | 2.60 |
| 01/05/12 | Flatley | E-mails regarding scheduling of preliminary expert conference calls (0.3); Collect, review and analyze language as provided by J. Hughes, etc. (4.4); call with J. Luchini (0.1). | 4.80 |
| 01/05/12 | Luchini | Correspondence with potential experts and coordinate conference call (0.4); review materials for conference call (0.7); review potential expert materials in advance of conference call (0.7). | 1.80 |
| 01/06/12 | Flatley | Conference call with potential expert and follow-up with J. Luchini (1.2); preparation for conference call (0.6). | 1.80 |
| 01/06/12 | Luchini | Telephone call from J. Hughes, et al., re: call (0.4); conference call with potential experts (1.2); correspondence with potential experts (0.2). | 1.80 |
| 01/09/12 | Flatley | Emails and replies about status (0.3); conference call with potential expert and clients (1.0); logistics about Boston trip on 1/18 (0.1). | 1.40 |
| 01/09/12 | Luchini | Review CVs and qualifications for conference call (0.3); conference call with potential experts (1.2); letter (0.2). | 1.70 |
| 01/10/12 | Flatley | Conference call with J. Luchini and T. Klapper regarding reports from the field and regulatory issue (0.6); e-mails following up on regulatory issue (0.2); | 1.80 |

172573 W. R. Grace & Co.                         Invoice Number  2235703
60041  Specifications Inquiry                    Page   3
       February 27, 2012

| Date | Name | | Hours |
|------|------|---|-------|
| | | revisions to memorandum on languate (1.0). | |
| 01/10/12 | Klapper | Participate in call with client re feedback from the field (1.1); confer with J. Luchini and L. Flatley re regulatory issues (0.6). | 1.70 |
| 01/10/12 | Luchini | Telephone call from T. Klapper re: regulatory matters and call re: status of inquiries (0.5); letter to potential experts re: regulatory matters (0.4). | .90 |
| 01/11/12 | Flatley | E-mails/replies regarding scheduling call and meeting (0.2); conference call regarding status of program and short follow-up (0.5). | .70 |
| 01/11/12 | Klapper | Participate in call with client re strategy. | .50 |
| 01/11/12 | Luchini | Conference call re: projects (0.4); letter re: regulatory matters (0.3); correspondence with experts re: rescheduling (0.1). | .80 |
| 01/12/12 | Flatley | E-mails regarding scheduling of meeting for 1/19 (0.5); e-mails from/to T. Klapper regarding 1/19 meeting (0.2). | .70 |
| 01/13/12 | Flatley | Conference call with J. Hughes, et al. and follow-up (0.8); analysis of tasks to be performed and e-mails to team about them (1.0); e-mails to schedule conference call and comments to T. Klapper regarding status (0.3). | 2.10 |
| 01/13/12 | Klapper | Draft 2nd phase communication strategy documents (1.4); participate in call with team and client re potential testing (0.5). | 1.90 |
| 01/13/12 | Luchini | Correspondence re: owner/inspector communications (0.9); conference call with WRG, et al. re: possible tests (0.8). | 1.70 |

```
172573 W. R. Grace & Co.                        Invoice Number  2235703
60041  Specifications Inquiry                    Page    4
       February 27, 2012
```

| Date | Name | | Hours |
|------|------|---|-------|
| 01/14/12 | Klapper | Finalize draft of phase 2 communication documents. | .60 |
| 01/16/12 | Flatley | E-mails from/to T. Klapper and J. Luchini regarding communications plan drafts, etc. | .50 |
| 01/16/12 | Klapper | Confer with team re communication strategy. | 1.20 |
| 01/16/12 | Luchini | Review/comment on communication points, and possible expert analysis. | 1.40 |
| 01/17/12 | Flatley | E-mails and replies regarding scheduling issues (0.2); review T. Klapper draft discussion points and communication plan (0.7); conference call with T. Klapper and J. Luchini regarding communications plan (0.7); preparation for trip to Cambridge on 1/19 (0.9). | 2.50 |
| 01/17/12 | Klapper | Finalize phase 2-3 document and participate in team call re communication issues. | 1.70 |
| 01/17/12 | Luchini | Conference call re: requests for information and communication strategy (0.7); revise documents for phase II/III (1.6). | 2.30 |
| 01/18/12 | Klapper | Confer with client re communication strategy and edit communication documents. | 1.90 |
| 01/18/12 | Luchini | Review potential expert information re: notice (0.7); letter to potential experts re: presentation to WR Grace (0.5). | 1.20 |
| 01/19/12 | Flatley | E-mails (0.3); call with J. Hughes and follow-up on call (0.7). | 1.00 |
| 01/20/12 | Flatley | E-mails and replies (0.2); review and edit descriptions and e-mail to team about that (0.5); check to do list (0.3); e-mails regarding Monday morning conference call (0.1). | 1.10 |

172573 W. R. Grace & Co.                    Invoice Number  2235703
60041  Specifications Inquiry              Page   5
       February 27, 2012


    Date   Name                                              Hours
  -------- -----------                                       -----


  01/20/12 Luchini         Telephone call from J. Hughes re:     .30
                           tests and letter to potential
                           experts.

  01/23/12 Flatley         E-mails and replies on scheduling    1.10
                           issues (0.2); conference call with
                           T. Klapper and J. Luchini to
                           prepare for 1/24 client calls
                           (0.9).

  01/23/12 Klapper         Confer with L. Flatley, J. Luchini    .50
                           and the client re strategic issues.

  01/23/12 Luchini         Telephone call from potential        2.30
                           experts re: proposal (1.4); email
                           to team (0.2); review scheduling
                           correspondence (0.3); discuss
                           budgeting issues (0.4).

  01/24/12 Flatley         Preparation for conference call      2.00
                           (0.4); conference call with J.
                           Hughes et al. regarding
                           communications issues and others
                           (1.6).

  01/24/12 Klapper         Confer with J. Luchini re expert     6.10
                           issues (0.5); confer with client
                           re potential testing and
                           communication issues (2.4); work
                           on draft NDA and edit SOW (3.2).

  01/24/12 Luchini         Telephone call from T. Klapper re:   2.30
                           call with WR Grace (0.2); prepare
                           suggested scope of work (0.4);
                           conference call re: communications
                           strategy (1.7).

  01/25/12 Flatley         E-mails and replies to/from T.       1.70
                           Klapper, J. Hughes, J. Luchini
                           (0.4); preparation for Cambridge
                           meeting on 1/26 (0.8); call with
                           T. Klapper regarding Cambridge
                           meeting issues (0.5).

  01/25/12 Klapper         Evaluate work plan, providing comments  2.70
                           to client re same (0.4); confer
                           with L. Flatley re testing
                           strategy (0.5); revise documents
                           based on additional comments and
                           thoughts (1.8).

```
172573 W. R. Grace & Co.                    Invoice Number  2235703
60041  Specifications Inquiry               Page   6
       February 27, 2012
```

| Date | Name | | Hours |
|------|------|------|------|
| 01/25/12 | Luchini | Review and edit scope of work and work plan. | 1.10 |
| 01/26/12 | Flatley | Preparation for meeting on trip to Boston (3.5); Cambridge meeting with clients and potential experts and follow-up with J. Luchini (5.5). | 9.00 |
| 01/26/12 | Klapper | Make final edits to NDA (0.5); participate in potential expert meeting with client (3.1). | 3.60 |
| 01/26/12 | Luchini | Edit work plan and discuss with T. Klapper (2.0); attend meeting in Boston with potential experts (5.5). | 7.50 |
| 01/27/12 | Flatley | E-mails from/to T. Klapper. | .20 |
| 01/27/12 | Luchini | Review proposal and transmit. | .30 |

```
                                            ------
                               TOTAL HOURS   97.40
```

| TIME SUMMARY | Hours | Rate | Value |
|------|------|------|------|
| Lawrence E. Flatley | 38.60 at | $ 655.00 = | 25,283.00 |
| Joseph S. Luchini | 36.00 at | $ 585.00 = | 21,060.00 |
| Antony B. Klapper | 22.80 at | $ 610.00 = | 13,908.00 |

```
                   CURRENT FEES                    60,251.00


                                              ------------
        TOTAL BALANCE DUE UPON RECEIPT         $60,251.00
                                              ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2235727
7500 Grace Drive                          Invoice Date        02/27/12
Columbia, Maryland 21044                  Client Number        172573
USA


================================================================================

Re: W. R. Grace & Co.


(50001)  Correa v. W.R. Grace

      Fees                            0.00
      Expenses                    7,724.74

              TOTAL BALANCE DUE UPON RECEIPT        $7,724.74
                                                   =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

```
W.R. Grace & Co.                        Invoice Number      2235727
7500 Grace Drive                        Invoice Date      02/27/12
Columbia, Maryland 21044                Client Number       172573
USA                                     Matter Number        50001
```

=====================================================================

Re: Correa v. W.R. Grace


FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
    Deposition Expense                      7,717.93
    Courier Service - Outside                   6.81

              CURRENT EXPENSES                            7,724.74

                                                      -------------
              TOTAL BALANCE DUE UPON RECEIPT           $7,724.74
                                                      =============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                     Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
W.R. Grace & Co.                      Invoice Number     2235727
7500 Grace Drive                      Invoice Date      02/27/12
Columbia, Maryland 21044              Client Number       172573
USA                                   Matter Number        50001
```

==========================================================================

Re: (50001)  Correa v. W.R. Grace


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 12/27/11 | Courier Service - Outside<br>00843 UPS - Shipped from Jacqueline Wernick<br>Reed Smith LLP - Los Angele to Michael<br>Worthington, Law Offices of Michael Wort<br>(ENCINO CA 91436) Stephanie Espinosa<br>1ZWA32571397429938 | 6.81 |
| 01/13/12 | Deposition Expense -- VENDOR: NETWORK DEPOSITION<br>SERVICES, INC.: Ralph Correa Deposition Volume<br>II | 3926.58 |
| 01/27/12 | Deposition Expense -- VENDOR: NETWORK DEPOSITION<br>SERVICES, INC.: Ralph Correa deposition - Volume<br>3 | 3791.35 |

```
                    CURRENT EXPENSES              7,724.74
                                                ------------
              TOTAL BALANCE DUE UPON RECEIPT     $7,724.74
                                                ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number     2235728
7500 Grace Drive                        Invoice Date      02/27/12
Columbia, Maryland 21044                Client Number       172573
USA

===============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

    Fees                              0.00
    Expenses                         48.56

              TOTAL BALANCE DUE UPON RECEIPT        $48.56
                                              ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number     2235728
7500 Grace Drive                          Invoice Date      02/27/12
Columbia, Maryland 21044                  Client Number      172573
USA                                       Matter Number       60026

========================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

        PACER                                  0.08
        Duplicating/Printing/Scanning         12.60
        Courier Service - Outside             35.88

              CURRENT EXPENSES                             48.56
                                                    -------------

              TOTAL BALANCE DUE UPON RECEIPT          $48.56
                                                    =============

```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
W.R. Grace & Co.                      Invoice Number      2235728
7500 Grace Drive                      Invoice Date       02/27/12
Columbia, Maryland 21044              Client Number        172573
USA                                   Matter Number         60026
```

===========================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 12/31/11 | PACER | .08 |
| 01/20/12 | Courier Service - Outside -- VENDOR: DIGITAL LEGAL SERVICES, LLC: Digital Copies | 30.88 |
| 01/23/12 | Duplicating/Printing/Scanning ATTY # 0559; 23 COPIES | 2.30 |
| 01/26/12 | Courier Service - Outside -- VENDOR: JET MESSENGER: Messenger Trip - U.S. Bankruptcy Court - Ramona Baker - 1/9/12 | 5.00 |
| 01/31/12 | Duplicating/Printing/Scanning ATTY # 4810; 1 COPIES | .10 |
| 01/31/12 | Duplicating/Printing/Scanning ATTY # 0718; 102 COPIES | 10.20 |

```
                    CURRENT EXPENSES            48.56
                                            ------------
                    TOTAL BALANCE DUE UPON RECEIPT    $48.56
                                            =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      2235729
62 Whittemore Avenue                      Invoice Date       02/27/12
Cambridge, MA  02140                      Client Number       172573

================================================================================

Re: W. R. Grace & Co.

(60041)  Specifications Inquiry

    Fees                          0.00
    Expenses                  1,943.73

              TOTAL BALANCE DUE UPON RECEIPT      $1,943.73
                                                 =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number      2235729
62 Whittemore Avenue                    Invoice Date      02/27/12
Cambridge, MA  02140                    Client Number       172573
                                        Matter Number        60041

===============================================================================

Re: Specifications Inquiry

FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Telephone Expense                         0.80
        Parking/Tolls/Other Transportation       64.00
        Air Travel Expense                    1,611.06
        Taxi Expense                             51.00
        Mileage Expense                          33.30
        Meal Expense                             85.00
        Telephone - Outside                      98.57

                CURRENT EXPENSES                            1,943.73
                                                          -------------

                TOTAL BALANCE DUE UPON RECEIPT             $1,943.73
                                                          =============

```
                            REED SMITH LLP
                            PO Box 360074M
                         Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630


    W.R. Grace & Co.                        Invoice Number    2235729
    62 Whittemore Avenue                    Invoice Date     02/27/12
    Cambridge, MA  02140                    Client Number      172573
                                            Matter Number       60041
```

================================================================================

Re: (60041)  Specifications Inquiry


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|------|-------------|-------:|
| 12/19/11 | Air Travel Expense Airfare - VENDOR: Lawrence E. Flatley, Dec 19, 2011  Travel to/from Pittsburgh PA to Boston Massachusetts for meetings with client re specifications inquiry. Reimbursement for missed flight that was scheduled due to meetings running over. | -184.70 |
| 12/19/11 | Air Travel Expense Travel Agent Fee - VENDOR: Lawrence E. Flatley, Travel to/from Pittsburgh PA to Boston Massachusetts for meetings with client re specifications inquiry. Agent change fee. | 22.00 |
| 12/19/11 | Air Travel Expense Travel Agent Fee - VENDOR: Lawrence E. Flatley, Travel to/from Pittsburgh PA to Boston Massachusetts for meetings with client re specifications inquiry. Agent change fee. | 22.00 |
| 12/19/11 | Air Travel Expense Airfare - VENDOR: Lawrence E. Flatley, Dec 19, 2011 Travel to/from Pittsburgh PA to Boston Massachusetts for meetings with client re specifications inquiry. | 184.70 |
| 12/19/11 | Air Travel Expense Airfare - VENDOR: Lawrence E. Flatley, Dec 19, 2011 Travel to/from Pittsburgh PA to Boston Massachusetts for meetings with client re specifications inquiry . | 230.30 |
| 12/19/11 | Air Travel Expense Travel Agent Fee - VENDOR: Antony B. Klapper,  Travel to Boston, Mass. to meet with client, WR Grace, on specifications inquiry.  Agent change fee. | 22.00 |

172573 W. R. Grace & Co.                        Invoice Number  2235729
60041  Specifications Inquiry                   Page   2
       February 27, 2012

12/19/11    Air Travel Expense Travel Agent Fee - VENDOR:          22.00
            Antony B. Klapper,  Travel to Boston,
            Massachusetts to meet with client, WR Grace, on
            specifications inquiry. Agent change fee.

12/19/11    Air Travel Expense Airfare - VENDOR: Antony B.        451.40
            Klapper, Dec 19, 2011 Travel to Boston, Mass.
            to meet with client, WR Grace, on
            specifications inquiry.

12/19/11    Air Travel Expense Airfare - VENDOR: Joseph           451.40
            Luchini, Dec 19, 2011 Travel to Boston, Mass.
            to meet with client, WR Grace, on
            specifications inquiry.

12/20/11    Air Travel Expense Travel Agent Fee - VENDOR:          22.00
            Lawrence E. Flatley, Travel to/from Pittsburgh
            PA to Boston Massachusetts for meetings with
            client re specifications inquiry. Agent change
            fee.

12/20/11    Parking/Tolls/Other Transportation Parking -           24.00
            VENDOR: Lawrence E. Flatley, Dec 20, 2011
            Travel to/from Pittsburgh PA to Boston
            Massachusetts for meetings with client re
            specifications inquiry. PGH AIRPORT PARKING

12/20/11    Meal Expense Dinner - VENDOR: Lawrence E.              85.00
            Flatley, Dec 20, 2011 Travel to/from Pittsburgh
            PA to Boston Massachusetts for meetings with
            client re specifications inquiry. -- Dinner for
            three (RS attorneys) during travel for client
            meeting.

12/20/11    Air Travel Expense Airfare - VENDOR: Lawrence         184.70
            E. Flatley, Dec 20, 2011  Travel to/from
            Pittsburgh PA to Boston Massachusetts for
            meetings with client re specifications inquiry

12/20/11    Mileage Expense Mileage - VENDOR: Lawrence E.          33.30
            Flatley, Dec 20, 2011 Travel to/from Pittsburgh
            PA to Boston Massachusetts for meetings with
            client re specifications inquiry -- Mileage
            to/from PIT Airport

12/20/11    Parking/Tolls/Other Transportation Parking -           20.00
            VENDOR: Joseph S. Luchini, Dec 20, 2011 Parking
            at DCA Reagan Airport Travel to Cambridge, MA
            to meet with WR Grace clients re specifications
            inquiry. Parking at DCA REAGAN

172573 W. R. Grace & Co.                           Invoice Number  2235729
60041  Specifications Inquiry                       Page    3
       February 27, 2012

| | | |
|---|---|---|
| 01/04/12 | Telephone Expense<br>17734672013/CHICAGO, IL/4 | .25 |
| 01/04/12 | Telephone Expense<br>13128797200/CHICAGO, IL/5 | .30 |
| 01/04/12 | Telephone – Outside<br>Global Crossing Inv No: 9033625211 –  KLAPPER,<br>ANTONY | 10.54 |
| 01/09/12 | Telephone – Outside<br>Global Crossing Inv No: 9033625211 –  LUCHINI,<br>JOSEPH | 18.66 |
| 01/11/12 | Air Travel Expense Airfare – VENDOR: Lawrence<br>E. Flatley, Jan 11, 2012 Travel from Pittsburgh<br>to Boston and return scheduled for meeting with<br>client.  Client canceled meeting.  No value on<br>tickets for last minute cancellation. | 91.80 |
| 01/11/12 | Air Travel Expense Airfare – VENDOR: Lawrence<br>E. Flatley, Jan 11, 2012 Travel from Pittsburgh<br>to Boston and return scheduled for meeting with<br>client.  Client canceled meeting.  No value on<br>tickets for last minute cancellation. | 47.46 |
| 01/11/12 | Air Travel Expense Travel Agent Fee – VENDOR:<br>Lawrence E. Flatley, Travel from Pittsburgh to<br>Boston and return scheduled for meeting with<br>client.  Client canceled meeting.  No value on<br>tickets for last minute cancellation. Agent<br>change fee. | 22.00 |
| 01/11/12 | Air Travel Expense Travel Agent Fee – VENDOR:<br>Lawrence E. Flatley, Travel from Pittsburgh to<br>Boston and return scheduled for meeting with<br>client.  Client canceled meeting.  No value on<br>tickets for last minute cancellation. Agent<br>change fee. | 22.00 |
| 01/11/12 | Telephone – Outside<br>Global Crossing Inv No: 9033625211 –  LUCHINI,<br>JOSEPH | 8.10 |
| 01/17/12 | Telephone – Outside<br>Global Crossing Inv No: 9033625211 –  KLAPPER,<br>ANTONY | 9.33 |
| 01/19/12 | Parking/Tolls/Other Transportation Parking –<br>VENDOR: Antony B. Klapper, Jan 19, 2012 Travel<br>to Boston, Mass. to meet with client, WR Grace,<br>on specifications inquiry. Airport parking at | 20.00 |

```
172573 W. R. Grace & Co.                    Invoice Number  2235729
60041  Specifications Inquiry              Page   4
       February 27, 2012
```

              Reagan National Airport.

| Date | Description | Amount |
|------|-------------|--------|
| 01/19/12 | Taxi Expense Taxi - VENDOR: Antony B. Klapper, Jan 19, 2012 Travel to Boston, Mass. to meet with client, WR Grace, on specifications inquiry. Cab from airport to WR Grace Office. | 51.00 |
| 01/20/12 | Telephone Expense 16174983826/CAMBRIDGE, MA/4 | .25 |
| 01/23/12 | Telephone - Outside Global Crossing Inv No: 9033625211 - KLAPPER, ANTONY | 13.07 |
| 01/24/12 | Telephone - Outside Global Crossing Inv No: 9033625211 - KLAPPER, ANTONY | 9.39 |
| 01/24/12 | Telephone - Outside Global Crossing Inv No: 9033625211 - KLAPPER, ANTONY | 29.48 |

```
                          CURRENT EXPENSES              1,943.73
                                                     ------------
                          TOTAL BALANCE DUE UPON RECEIPT  $1,943.73
                                                     ============
```