# EXHIBIT B

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Objection Deadline: April 23, 2012, at 4:00 p.m.** |
| | | **Hearing Date: Only if Objections are Filed** |

### SUMMARY OF APPLICATION OF REED SMITH LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL TO DEBTORS FOR THE ONE HUNDRED TWENTY-EIGHTH MONTHLY INTERIM PERIOD FROM FEBRUARY 1, 2012 THROUGH FEBRUARY 29, 2012

Name of Applicant:                        Reed Smith LLP

Authorized to Provide Professional Services to:    W. R. Grace & Co., *et al.*, Debtors and Debtors-in-Possession

Date of Retention:                        July 19, 2001, effective as of April 2, 2001

Period for which compensation and
reimbursement is sought:                   February 1 Through February 29, 2012

Amount of fees sought as actual,
reasonable and necessary:                  $20,952.50

Amount of expenses sought as actual,
reasonable and necessary                   $1,692.53

This is a(n): <u>X</u> monthly    __ interim    __ final application.

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through /31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00[2] | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through 1/31/04 | $21,531.00 | $85.71 | No objections served on counsel | No objections served on counsel |
| 4/7/04 | 2/1/04 through 2/29/04 | $21,116.00 | $2,537.94 | No objections served on counsel | No objections served on counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |
| 6/4/04 | 4/1/04 through 4/30/04 | $16,495.50 | $41.08 | No objections served on counsel | No objections served on counsel |
| 7/1/04 | 5/1/04 through 5/31/04 | $41,085.00 | $2,386.50 | No objections served on counsel | No objections served on counsel |
| 8/2/04 | 6/1/04 through 6/30/04 | $28,692.50 | $725.43 | No objections served on counsel | No objections served on counsel |
| 9/3/04 | 7/1/04 through 7/31/04 | $13,176.50 | $328.55 | No objections served on counsel | No objections served on counsel |
| 10/5/04 | 8/1/04 through 8/31/04 | $11,792.00 | $1,500.03 | No objections served on counsel | No objections served on counsel |
| 10/28/04 | 9/1/04 through 9/30/04 | $22,618.00 | $97.76 | No objections served on counsel | No objections served on counsel |
| 11/29/04 | 10/1/04 through 10/31/04 | $127,040.00 | $2,696.29 | No objections served on counsel | No objections served on counsel |
| 1/7/05 | 11/1/04 through 11/30/04 | $29,207.50 | $1,858.91 | No objections served on counsel | No objections served on counsel |
| 2/9/05 | 12/1/04 through 12/31/04 | $123,722.25 | $2,598.89 | No objections served on counsel | No objections served on counsel |
| 3/1/05 | 1/1/05 through 1/31/05 | $112,761.00 | $3,520.69 | No objections served on counsel | No objections served on counsel |
| 3/29/05 | 2/1/05 through 2/28/05 | $40,738.00 | $2,719.01 | No objections served on counsel | No objections served on counsel |
| 4/27/05 | 3/1/05 through 3/31/05 | $22,165.50 | $281.04 | No objections served on counsel | No objections served on counsel |

---

2   Although Reed Smith initially requested $9,795.00 for the December 2003 monthly interim period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor).  The corrected amount requested by Reed Smith for that period is reflected above.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 5/31/05 | 4/1/05 through 4/30/05 | $27,745.00 | $373.42 | No objections served on counsel | No objections served on counsel |
| 6/30/05 | 5/1/05 through 5/31/05 | $48,125.50 | $1,444.96 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 6/1/05 through 6/30/05 | $53,677.50 | $2,901.34 | No objections served on counsel | No objections served on counsel |
| 8/31/05 | 8/1/05 through 8/31/05 | $67,024.00 | $4,443.37 | No objections served on counsel | No objections served on counsel |
| 10/28/05 | 9/1/05 through 9/31/05 | $75,564.50 | $1,333.69 | No objections served on counsel | No objections served on counsel |
| 11/28/05 | 10/1/05 through 10/31/05 | $100,140.00 | $2,209.06 | No objections served on counsel | No objections served on counsel |
| 12/29/05 | 11/1/05 through 11/30/05 | $73,829.00 | $2,476.74 | No objections served on counsel | No objections served on counsel |
| 2/3/06 | 12/1/05 through 12/31/05 | $132,709.00 | $9,322.91 | No objections served on counsel | No objections served on counsel |
| 3/6/06 | 1/1/06 through 1/31/065 | $179,492.75 | $7,814.56 | No objections served on counsel | No objections served on counsel |
| 3/28/06 | 2/1/06 through 2/28/06 | $121,127.50 | $2,113.02 | No objections served on counsel | No objections served on counsel |
| 4/28/06 | 3/1/06 through 3/31/06 | $138,244.50 | $8,928.17 | No objections served on counsel | No objections served on counsel |
| 5/30/06 | 4/1/06 through 4/30/06 | $258,539.00 | $3,990.53 | No objections served on counsel | No objections served on counsel |
| 6/28/06 | 5/1/06 through 5/31/06 | $187,688.50 | $7,066.20 | No objections served on counsel | No objections served on counsel |
| 7/31/06 | 6/1/06 through 6/30/06 | $290,925.50 | $7,211.50 | No objections served on counsel | No objections served on counsel |
| 9/1/06 | 7/1/06 through 7/31/06 | $318,207.00 | $5,751.93 | No objections served on counsel | No objections served on counsel |
| 9/28/06 | 8/1/06 through 8/31/06 | $431,035.00 | $19,258.20 | No objections served on counsel | No objections served on counsel |
| 10/30/06 | 9/1/06 through 9/30/06 | $214,071.00 | $8,718.91 | No objections served on counsel | No objections served on counsel |
| 11/28/06 | 10/1/06 through 10/31/06 | $253,411.00 | $3,957.53 | No objections served on counsel | No objections served on counsel |
| 12/21/06 | 11/1/06 through 11/30/06 | $269,985.00 | $10,276.93 | No objections served on counsel | No objections served on counsel |
| 1/29/07 | 12/1/06 through 12/31/06 | $449,619.00 | $13,006.42 | No objections served on counsel | No objections served on counsel |
| 3/2/07 | 1/1/07 through 1/31/07 | $451,799.50 | $10,807.56 | No objections served on counsel | No objections served on counsel |
| 3/28/07 | 2/1/07 through 2/28/07 | $571,452.50 | $26,064.65 | No objections served on counsel | No objections served on counsel |
| 5/1/07 | 3/1/07 through 3/31/07 | $612,334.00 | $21,618.02 | No objections served on counsel | No objections served on counsel |
| 5/30/07 | 4/1/07 through 4/30/07 | $659,653.00 | $95,262.97 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/07 | 5/1/07 through 5/31/07 | $381,244.00 | $76,304.87 | No objections served on counsel | No objections served on counsel |
| 7/31/07 | 6/1/07 through 6/30/07 | $285,417.50 | $25,072.31 | No objections served on counsel | No objections served on counsel |
| 8/31/07 | 7/1/07 through 7/31/07 | $565,946.00 | $27,996.57 | No objections served on counsel | No objections served on counsel |
| 9/28/07 | 8/1/07 through 8/31/07 | $341,805.00 | $30,377.98 | No objections served on counsel | No objections served on counsel |
| 10/30/07 | 9/1/07 through 9/30/07 | $266,475.00 | $47,419.66 | No objections served on counsel | No objections served on counsel |
| 11/29/07 | 10/1/07 through 10/31/07 | $425,753.50 | $56,702.47 | No objections served on counsel | No objections served on counsel |
| 12/31/07 | 11/1/07 through 11/30/07 | $346,948.50 | $28,452.97 | No objections served on counsel | No objections served on counsel |
| 2/1/08 | 12/1/07 through 12/31/07 | $328,899.50 | $6,684.25 | No objections served on counsel | No objections served on counsel |
| 2/29/08 | 1/1/08 through 1/31/08 | $190,026.50 | $66,680.87 | No objections served on counsel | No objections served on counsel |
| 3/28/08 | 2/1/08 through 2/29/08 | $164,778.50 | $6,812.83 | No objections served on counsel | No objections served on counsel |
| 4/29/08 | 3/1/08 through 3/31/08 | $196,624.00 | $7,770.05 | No objections served on counsel | No objections served on counsel |
| 5/28/08 | 4/1/08 through 4/30/08 | $265,172.00 | $14,840.69 | No objections served on counsel | No objections served on counsel |
| 6/30/08 | 5/1/08 through 5/31/08 | $198,308.50 | $5,407.12 | No objections served on counsel | No objections served on counsel |
| 7/29/08 | 6/1/08 through 6/30/08 | $294,750.00 | $11,846.36 | No objections served on counsel | No objections served on counsel |
| 8/28/08 | 7/1/08 through 7/31/08 | $260,723.00 | $30,905.57 | No objections served on counsel | No objections served on counsel |
| 9/29/08 | 8/1/08 through 8/31/08 | $133,508.50 | $25,510.91 | No objections served on counsel | No objections served on counsel |
| 10/30/08 | 9/1/08 through 9/30/08 | $178,342.50 | $62,002.21 | No objections served on counsel | No objections served on counsel |
| 11/28/08 | 10/1/08 through 10/31/08 | $180,835.00 | $97,238.00 | No objections served on counsel | No objections served on counsel |
| 12/29/08 | 11/1/08 through 11/30/08 | $262,272.50 | $66,906.64 | No objections served on counsel | No objections served on counsel |
| 2/2/09 | 12/1/08 through 12/31/08 | $296,040.50 | $61,115.32 | No objections served on counsel | No objections served on counsel |
| 3/5/09 | 1/1/09 through 1/31/09 | $187,083.50 | $48,496.26 | No objections served on counsel | No objections served on counsel |
| 3/30/09 | 2/1/09 through 2/28/09 | $170,090.00 | $71,440.61 | No objections served on counsel | No objections served on counsel |
| 4/28/09 | 3/1/09 through 3/31/09 | $119,493.00 | $91,664.16 | No objections served on counsel | No objections served on counsel |
| 5/28/09 | 4/1/09 through 4/30/09 | $82,997.00 | $31,796.74 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/09 | 5/1/09 through 5/31/09 | $46,410.00 | $1,641.97 | No objections served on counsel | No objections served on counsel |
| 7/29/09 | 6/1/09 through 6/30/09 | $37,799.50 | $8,098.44 | No objections served on counsel | No objections served on counsel |
| 8/31/09 | 7/1/09 through 7/31/09 | $26,413.00 | $6,408.90 | No objections served on counsel | No objections served on counsel |
| 9/30/09 | 8/1/09 through 8/31/09 | $57,230.00 | $5,569.75 | No objections served on counsel | No objections served on counsel |
| 10/29/09 | 9/1/09 through 9/30/09 | $26,700.00 | $35,383.32 | No objections served on counsel | No objections served on counsel |
| 12/1/09 | 10/1/09 through 10/31/09 | $36,478.50 | $11,042.24 | No objections served on counsel | No objections served on counsel |
| 12/31/09 | 11/1/09 through 11/30/09 | $26,217.00 | $6,599.14 | No objections served on counsel | No objections served on counsel |
| 1/29/10 | 12/1/09 through 12/31/09 | $18,402.00 | $350.26 | No objections served on counsel | No objections served on counsel |
| 3/2/10 | 1/1/1 through 1/31/10 | $67,941.00 | $5,542.74 | No objections served on counsel | No objections served on counsel |
| 3/29/10 | 2/1/10 through 02/28/10 | $8,019.00 | $1,025.90 | No objections served on counsel | No objections served on counsel |
| 4/28/10 | 3/1/10 through 3/31/10 | $7,581.50 | $2,008.26 | No objections served on counsel | No objections served on counsel |
| 5/28/10 | 4/1/10 through 4/30/10 | $28,603.00 | $1,030.65 | No objections served on counsel | No objections served on counsel |
| 6/29/10 | 5/1/1/10 through 5/31/10 | $6,594.50 | $1,375.18 | No objections served on counsel | No objections served on counsel |
| 7/28/10 | 6/1/10 through 6/30/10 | $7,500.50 | $299.18 | No objections served on counsel | No objections served on counsel |
| 8/31/10 | 7/1/10 through 7/31/10 | $9,446.00 | $100.30 | No objections served on counsel | No objections served on counsel |
| 9/28/10 | 8/1/10 through 8/31/10 | $3,635.50 | $821.90 | No objections served on counsel | No objections served on counsel |
| 10/28/10 | 9/1/10 through 9/30/10 | $5,575.50 | $49.74 | No objections served on counsel | No objections served on counsel |
| 11/30/10 | 10/1/10 through 10/31/10 | $6,159.30 | $18.26 | No objections served on counsel | No objections served on counsel |
| 12/29/10 | 11/1/10 through 11/30/10 | $19,070.80 | $76.00 | No objections served on counsel | No objections served on counsel |
| 1/31/11 | 12/1/10 through 12/31/10 | $15,773.50 | $1,381.58 | No objections served on counsel | No objections served on counsel |
| 2/28/11 | 1/1/11 through 1/31/11 | $29,967.50 | $1,110.22 | No objections served on counsel | No objections served on counsel |
| 3/28/11 | 2/1/11 through 2/28/11 | $41,503.00 | $11,883.46 | No objections served on counsel | No objections served on counsel |
| 4/29/11 | 3/1/11 through 3/31/11 | $6,362.50 | $2,549.26 | No objections served on counsel | No objections served on counsel |
| 5/31/11 | 4/1/11 through 4/30/11 | $18,201.00 | $147.45 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/11 | 5/1/11 through 5/31/11 | $6,949.00 | $785.03 | No objections served on counsel | No objections served on counsel |
| 7/28/11 | 6/1/11 through 6/30/11 | $24,354.50 | $387.90 | No objections served on counsel | No objections served on counsel |
| 8/29/11 | 7/1/11 through 7/31/11 | $11,068.00 | $81.61 | No objections served on counsel | No objections served on counsel |
| 9/29/11 | 8/1/11 through 8/31/11 | $8,986.50 | $1,113.30 | No objections served on counsel | No objections served on counsel |
| 10/28/11 | 9/1/11 through 9/30/11 | $12,101.50 | $94.10 | No objections served on counsel | No objections served on counsel |
| 11/29/11 | 10/1/11 through 10/31/11 | $19,260.50 | $31.80 | No objections served on counsel | No objections served on counsel |
| 12/30/11 | 11/1/11 through 11/30/11 | $19,841.50 | $304.30 | No objections served on counsel | No objections served on counsel |
| 1/31/12 | 12/1/11 through 12/31/11 | $27,648.00 | $4,961.85 | No objections served on counsel | No objections served on counsel |
| 3/1/12 | 1/1/12 through 1/31/12 | 74,726.00 | 9,717.03 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the one hundred twenty-eighth application for monthly interim compensation of services filed with the Bankruptcy Court in these chapter 11 cases.

The total time expended for the preparation of this application is approximately ten hours, and the corresponding estimated compensation that will be requested in a future application is approximately $3,000.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Year Admitted | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Lawrence E. Flatley | Partner | 1975 | Litigation | $655.00 | 3.70 | $2,423.50 |
| Douglas E. Cameron | Partner | 1984 | Litigation | $670.00 | 4.30 | $2,881.00 |
| Anthony B. Klapper | Partner | 1996 | Litigation | $610.00 | 2.30 | $1,403.00 |
| Joseph S. Luchini | Partner | 1973 | Litigation | $585.00 | 9.60 | $5,616.00 |
| Linda S. Husar | Partner | 1980 | Litigation | $535.00 | 2.80 | $1,498.00 |
| Andrew J. Muha | Partner | 2001 | Litigation | $460.00 | 1.60 | $736.00 |
| Stephanie Henderson Espinosa | Associate | 2007 | Litigation | $320.00 | 14.20 | $4,544.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant and number of years as a paraprofessional | | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| John B. Lord | Paralegal | 20 Years | Bankruptcy | $260.00 | 3.10 | $806.00 |
| Sharon A. Ament | Paralegal | 7 Years | Litigation | $190.00 | 5.50 | $1,045.00 |

**Total Fees: $20,952.50**

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Litigation & Litigation Consulting | .60 | $114.00 |
| Fee Applications | 10.70 | $3,210.00 |
| Claim Analysis Objection Resolution & Estimation | 3.20 | $2,144.00 |
| Correa vs. W.R. Grace | 17.00 | $6,042.00 |
| Specifications Inquiry | 15.60 | $9,442.50 |
| **Total** | **47.10** | **$20,952.50** |

REMAINDER OF PAGE LEFT BLANK INTENTIONALLY

**EXPENSE SUMMARY**

| Description | Non-ZAI Science Trial | ZAI Science Trial |
|---|---|---|
| Duplicating/Printing/Scanning | $38.50 | ------- |
| Postage Expense | $2.60 | ------- |
| Courier Service – Outside | $467.50 | ------- |
| Parking/Tolls/Other Transportation | $67.00 | ------- |
| Air Travel Expense | $718.16 | ------- |
| Taxi Expense | $111.15 | ------- |
| Mileage Expense | $99.35 | ------- |
| Meal Expense | $38.27 | ------- |
| General Expense:  Vendor:  Iron Mountain storage trip of 2/28/12 | $150.00 | ------- |
| SUBTOTAL | $1,692.53 | $0.00 |
| **TOTAL** | **$1,692.53** | **$0.00** |

REMAINDER OF PAGE LEFT BLANK INTENTIONALLY

Dated: March 29, 2012
Wilmington, Delaware

REED SMITH LLP

By: /s/ Kurt F. Gwynne
      Kurt F. Gwynne (No. 3951)
      1201 Market Street, Suite 1500
      Wilmington, DE  19801
      Telephone:  (302) 778-7500
      Facsimile:  (302) 778-7575
      E-mail: kgwynne@reedsmith.com

        and

      James J. Restivo, Jr., Esquire
      Lawrence E. Flatley, Esquire
      Douglas E. Cameron, Esquire
      Reed Smith Centre
      225 Fifth Avenue
      Pittsburgh, PA 15222
      Telephone:  (412) 288-3131
      Facsimile:  (412) 288-3063

      Special Asbestos Products Liability Defense
      Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      2245963
7500 Grace Drive                          Invoice Date        03/27/12
Columbia, Maryland 21044                  Client Number        172573
USA

================================================================================

Re: W. R. Grace & Co.


(50001)  Correa v. W.R. Grace

        Fees                          6,042.00
        Expenses                          0.00

                  TOTAL BALANCE DUE UPON RECEIPT        $6,042.00
                                                        =============

```
                              REED SMITH LLP
                              PO Box 360074M
                           Pittsburgh, PA  15251-6074
                             Tax ID# 25-0749630
```

```
W.R. Grace & Co.                           Invoice Number    2245963
7500 Grace Drive                           Invoice Date     03/27/12
Columbia, Maryland 21044                   Client Number     172573
USA                                        Matter Number      50001
```

================================================================================

Re: (50001)  Correa v. W.R. Grace

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 29, 2012

| Date | Name | | Hours |
|------|------|------|-------|

| Date | Name | | Hours |
|------|------|------|-------|
| 02/07/12 | Espinosa | Finalize subpoenas for medical records (0.8); call to Plaintiff's counsel re releases for Plaintiff's social security disability records (0.1). | .90 |
| 02/08/12 | Espinosa | Finalize and serve subpoenas for employment records (0.2); call with Plaintiff's counsel re Plaintiff's social security disability documents (0.2). | .40 |
| 02/09/12 | Husar | Confer with J. Forgach re: workers compensation claim and Correa matter (0.4); work on obtaining Social Security disability records (0.4). | .80 |
| 02/16/12 | Espinosa | Draft email to Plaintiff's counsel re the release of Plaintiff's social security disability records. | .40 |
| 02/17/12 | Espinosa | Draft letter to medical office re subpoena of Plaintiff's records (0.3); call with the DFEH re records requested pursuant to the California Public Records Act (0.2); call with Plaintiff's counsel re the release of Plaintiff's social security disability records (0.3). | .80 |

```
172573 W. R. Grace & Co.                    Invoice Number  2245963
50001  Correa v. W.R. Grace                 Page   2
       March 27, 2012
```

| Date | Name | | Hours |
|------|------|---|-------|
| 02/21/12 | Espinosa | Draft letter requesting that Plaintiff's social security disability documents be released (0.3); review and analyze Plaintiff's document requests (0.5); call with A Enriquez re: scheduling deposition (0.2); call with Plaintiff's counsel re A. Enriquez's deposition and Plaintiff's document requests (0.3). | 1.20 |
| 02/21/12 | Husar | Work on discovery and request for production of documents and objections to the same | .50 |
| 02/22/12 | Espinosa | Draft objections to the document requests included with deposition notice (1.8); call with A. Enriquez re: deposition (0.2); call with Plaintiff's counsel re: deposition and mediation (0.3). | 2.30 |
| 02/22/12 | Husar | Email to J. Forgach re: discovery (0.2);  work on discovery plan and settlement strategy (0.5). | .70 |
| 02/23/12 | Espinosa | Continue to prepare the responses to A. Enriquez's deposition notice | 1.40 |
| 02/23/12 | Husar | Work on discovery and deposition strategy (0.4); work on strategy for mediation and potential settlement discussions (0.4). | .80 |
| 02/24/12 | Espinosa | Review social security documents produced by Plaintiff (0.2); review document requests in A. Enriquez's deposition notice and identify those which are objectionable (0.3); review document requests served on the company, work on plan for production, and email to client re: same (3.5); research the effect of untimely document requests in a deposition notice (0.5); two calls with A. Enriquez to identify documents responsive to requests (0.5); call with Plaintiff's counsel to discuss A. | 5.40 |

```
172573 W. R. Grace & Co.                    Invoice Number  2245963
50001  Correa v. W.R. Grace                 Page   3
       March 27, 2012
```

| Date | Name | | Hours |
|------|------|---|-------|
| | | Enriquez's deposition and a settlement demand (0.4). | |
| 02/27/12 | Espinosa | Finalize the list of documents that we need to respond to Plaintiff's document requests, finalize draft update email to the client incorporating list of documents needed and providing an update on settlement negotiations | 1.00 |
| 02/27/12 | Espinosa | Call with Plaintiff's counsel to discuss a possible settlement demand and A. Enriquez's deposition | .30 |
| 02/27/12 | Espinosa | Call with A. Enriquez re rescheduling her deposition | .10 |

```
                                            ------
                                TOTAL HOURS   17.00
```

| TIME SUMMARY | Hours | Rate | | Value |
|--------------|-------|------|---|-------|
| Linda S. Husar | 2.80 | at $ 535.00 | = | 1,498.00 |
| Stephanie Henderson Espin | 14.20 | at $ 320.00 | = | 4,544.00 |
| | CURRENT FEES | | | 6,042.00 |

```
                                            ------------
                TOTAL BALANCE DUE UPON RECEIPT   $6,042.00
                                            ============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
  W.R. Grace & Co.                         Invoice Number     2245964
  7500 Grace Drive                         Invoice Date      03/27/12
  Columbia, Maryland 21044                 Client Number       172573
  USA
```

===============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

```
      Fees                          114.00
      Expenses                        0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $114.00
                                                      ==============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| W.R. Grace & Co. | Invoice Number | 2245964 |
|---|---|---|
| 7500 Grace Drive | Invoice Date | 03/27/12 |
| Columbia, Maryland 21044 | Client Number | 172573 |
| USA | Matter Number | 60026 |

===============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 29, 2012

| Date | Name | | Hours |
|---|---|---|---|
| 02/13/12 | Ament | Various e-mails with P. Cuniff re: final agenda and hearing binders for 2/17/12 hearing (.20); review agenda and CNO's received from P. Cuniff (.10); update hearing binders (.20); coordinate hand delivery of agenda and updated hearing binder to Judge Fitzgerald per J. O'Neill request (.10). | .60 |

                                                    ------
                                   TOTAL HOURS       .60


| TIME SUMMARY | Hours | Rate | Value |
|---|---|---|---|
| Sharon A. Ament | 0.60 at $ 190.00 = | | 114.00 |

                  CURRENT FEES                       114.00

                                               ------------
       TOTAL BALANCE DUE UPON RECEIPT            $114.00
                                               ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2245965
7500 Grace Drive                          Invoice Date       03/27/12
Columbia, Maryland 21044                  Client Number       172573
USA


===============================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

    Fees                              3,210.00
    Expenses                             0.00

              TOTAL BALANCE DUE UPON RECEIPT        $3,210.00
                                                ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                    Invoice Number    2245965
7500 Grace Drive                    Invoice Date    03/27/12
Columbia, Maryland 21044            Client Number      172573
USA                                 Matter Number       60029


===============================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 29, 2012

| Date | Name | | Hours |
|------|------|------|-------|
| 02/04/12 | Cameron | Review fee application materials | .50 |
| 02/08/12 | Cameron | Attention to fee application materials | .60 |
| 02/09/12 | Ament | E-mails with J. Lord re: quarterly fee application (.10); attention to billing matters (.10); e-mail to D. Cameron and A. Muha re: same (.10). | .30 |
| 02/09/12 | Muha | Review and revise fee and expense invoices for Jan. 2012 monthly application. | .30 |
| 02/10/12 | Ament | Begin calculating fees and expenses for quarterly fee application (.20); draft spreadsheets re: same (.20); begin drafting quarterly fee application (.30). | .70 |
| 02/10/12 | Muha | Emails to timekeepers re: reporting guidelines for fee applications. | .30 |
| 02/13/12 | Ament | Continue calculating fees and expenses for 43rd quarterly fee application (.90); continue drafting spreadsheets re: same (.20); continue drafting quarterly fee application (.20); provide same to A. Muha for review (.10); review e-mail re: Jan. monthly fee | 1.50 |

172573 W. R. Grace & Co.                          Invoice Number  2245965
60029  Fee Applications-Applicant                 Page   2
       March 27, 2012


   Date   Name                                                    Hours
 -------- -----------                                             -----

                            application (.10).

 02/14/12 Ament             E-mails re: quarterly fee               .40
                            application (.10); finalize
                            narrative and summary re: same
                            (.20); e-mail same to J. Lord for
                            DE filing (.10).

 02/14/12 Lord              Communicate with S. Ament re: Reed     1.50
                            Smith 43rd interim fee application
                            (.1); revise finalize application
                            for e-filing (1.1); e-file same
                            (.3).

 02/15/12 Lord              Research docket and update service      .60
                            list for Reed Smith 43rd interim
                            fee application (.3); draft/e-file
                            COS and complete service of Reed
                            Smith 43rd interim fee application
                            (.3).

 02/21/12 Muha              Review and revise fee application       .70
                            materials for Jan. 2012 monthly
                            application.

 02/27/12 Ament             Review invoices received and begin      .30
                            drafting Jan. monthly fee
                            application.

 02/27/12 Lord              Draft, e-file and coordinate            .40
                            service to CNO to Reed Smith
                            December 2011 monthly fee
                            application.

 02/28/12 Ament             Calculate fees and expenses for        1.50
                            Jan. monthly fee application
                            (.50); prepare spreadsheet re:
                            same (.40); draft fee application
                            (.30); provide same to A. Muha for
                            review (.10); e-mails with J. Lord
                            re: CNO for Dec. monthly fee
                            application (.10); e-mails re:
                            Jan. monthly fee application (.10).

 02/29/12 Ament             Attention to billing matters           .20
                            (.10); various e-mails re: Jan.
                            monthly fee application (.10).

172573 W. R. Grace & Co.
60029  Fee Applications-Applicant
       March 27, 2012

Invoice Number  2245965
Page   3

| Date | Name | | Hours |
|------|------|--|-------|
| 02/29/12 | Lord | Communicate with S. Ament re: monthly fee application (.1); review and revise same (.5). | .60 |
| 02/29/12 | Muha | Final review of and revisions to Jan. 2012 monthly fee application. | .30 |

TOTAL HOURS   10.70

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|--|------|--|-------|
| Douglas E. Cameron | 1.10 | at $ | 670.00 | = | 737.00 |
| Andrew J. Muha | 1.60 | at $ | 460.00 | = | 736.00 |
| John B. Lord | 3.10 | at $ | 260.00 | = | 806.00 |
| Sharon A. Ament | 4.90 | at $ | 190.00 | = | 931.00 |

CURRENT FEES                           3,210.00

TOTAL BALANCE DUE UPON RECEIPT        $3,210.00

```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630


    W.R. Grace & Co.                    Invoice Number      2245966
    7500 Grace Drive                    Invoice Date       03/27/12
    Columbia, Maryland 21044            Client Number       172573
    USA


================================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

    Fees                        2,144.00
    Expenses                        0.00

              TOTAL BALANCE DUE UPON RECEIPT        $2,144.00
                                                 ===============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                    Invoice Number    2245966
7500 Grace Drive                    Invoice Date      03/27/12
Columbia, Maryland 21044            Client Number      172573
USA                                 Matter Number       60033

===============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 29, 2012

    Date  Name                                             Hours
 -------- -----------                                      -----

02/02/12 Cameron        Continued review/analysis of        1.80
                        confirmation opinion and emails
                        re: same.

02/08/12 Cameron        Review District Court opinion and    .80
                        asbestos p.d. claims issues.

02/21/12 Cameron        Analysis re: District Court          .60
                        opinion.
                                                           ------
                                         TOTAL HOURS         3.20


TIME SUMMARY               Hours         Rate        Value
------------------------   ------   ------------    -------
Douglas E. Cameron          3.20  at $  670.00  =  2,144.00

                        CURRENT FEES                        2,144.00

                                                       ------------
                        TOTAL BALANCE DUE UPON RECEIPT      $2,144.00
                                                       ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number    2245967
62 Whittemore Avenue                      Invoice Date     03/27/12
Cambridge, MA  02140                      Client Number     172573

================================================================================

Re: W. R. Grace & Co.

(60041)  Specifications Inquiry

        Fees                              9,442.50
        Expenses                             0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $9,442.50
                                                         =============

```
                        REED SMITH LLP
                        PO Box 360074M
                   Pittsburgh, PA  15251-6074
                     Tax ID# 25-0749630


   W.R. Grace & Co.                      Invoice Number    2245967
   62 Whittemore Avenue                  Invoice Date     03/27/12
   Cambridge, MA  02140                  Client Number     172573
                                         Matter Number      60041
```

===============================================================================

Re: (60041)  Specifications Inquiry

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 29, 2012

| Date | Name | | Hours |
|------|------|------|-------|
| 01/31/12 | Luchini | Telephone call from J. Hughes re: conference call and other contracts/proposals. | .20 |
| 02/01/12 | Flatley | E-mails and replies. | .30 |
| 02/01/12 | Luchini | Conference call re: testing plans (1.2); telephone call from J. Hughes re: consultant retainer agreement (0.1); letter re: agreement (0.2). | 1.50 |
| 02/02/12 | Flatley | E-mails and replies. | .10 |
| 02/02/12 | Luchini | Review new budget and forward (0.3); review final consultant contract (0.4). | .70 |
| 02/03/12 | Flatley | E-mails and replies. | .10 |
| 02/03/12 | Luchini | Review updated proposal and information (0.3); letter to J. Hughes (0.2); correspondence re: status of draft letter (0.2). | .70 |
| 02/05/12 | Klapper | Revise communication document. | .70 |
| 02/06/12 | Luchini | Revise letter to owners (1.1); correspondence with consultants (.30). | 1.40 |
| 02/07/12 | Flatley | E-mails regarding scheduling conference call. | .20 |

```
172573 W. R. Grace & Co.                    Invoice Number  2245967
 60041 Specifications Inquiry               Page   2
        March 27, 2012
```

| Date | Name | | Hours |
|------|------|------|-------|
| 02/07/12 | Klapper | Confer with client re communication strategy (.5); craft email highlighting new communication thoughts (.6). | 1.10 |
| 02/07/12 | Luchini | Finalize letter and forward to J. Hughes (.60); correspondence re: consultants (.10). | .70 |
| 02/08/12 | Flatley | Review correspondence and other preparation for call. | .40 |
| 02/08/12 | Flatley | Conference call with J. Hughes, J. Luchini and T. Klapper and follow-up. | 1.70 |
| 02/08/12 | Klapper | Participate in call with client re consultant issues. | .50 |
| 02/08/12 | Luchini | Letter re: proposal (.30); conference call re: consultants (.9); letter to consultants (.10). | 1.30 |
| 02/10/12 | Flatley | E-mails and replies. | .20 |
| 02/14/12 | Luchini | Coordination re: agreement. | .40 |
| 02/15/12 | Flatley | J. Hughes e-mails and reply (.20); call with J. Hughes (.10); call with J. Luchini (.10); e-mails to follow-up on J. Luchini call (.20). | .60 |
| 02/15/12 | Luchini | Correspondence re consultants. | .60 |
| 02/16/12 | Luchini | Correspondence re consultants. | .50 |
| 02/20/12 | Flatley | E-mails from J. Luchini. | .10 |
| 02/20/12 | Luchini | Correspondence with consultants re: agreement, and review statement of work. | .40 |
| 02/23/12 | Luchini | Review correspondence re: consultant analysis. | .40 |
| 02/24/12 | Luchini | Letter to Grace re: consultants' requirements. | .30 |

```
172573 W. R. Grace & Co.                      Invoice Number  2245967
60041  Specifications Inquiry                 Page   3
       March 27, 2012
```

| Date | Name | | Hours |
|------|------|--|-------|
| 02/27/12 | Luchini | Telephone call from J. Hughes (0.2); letter to consultants re: status (0.1). | .30 |
| 02/29/12 | Luchini | Correspondence with consultants re: status. | .20 |

```
                                              ------
                                 TOTAL HOURS   15.60
```

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Lawrence E. Flatley | 3.70 at $ 655.00 = | | 2,423.50 |
| Joseph S. Luchini | 9.60 at $ 585.00 = | | 5,616.00 |
| Antony B. Klapper | 2.30 at $ 610.00 = | | 1,403.00 |
| | CURRENT FEES | | 9,442.50 |

```
                                              ------------
             TOTAL BALANCE DUE UPON RECEIPT    $9,442.50
                                              ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number    2246042
7500 Grace Drive                          Invoice Date      03/27/12
Columbia, Maryland 21044                  Client Number       172573
USA

===============================================================================

Re: W. R. Grace & Co.


(50001)  Correa v. W.R. Grace

    Fees                          0.00
    Expenses                    495.28

              TOTAL BALANCE DUE UPON RECEIPT          $495.28
                                                  ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044
USA

| | |
|---|---|
| Invoice Number | 2246042 |
| Invoice Date | 03/27/12 |
| Client Number | 172573 |
| Matter Number | 50001 |

================================================================================

Re: Correa v. W.R. Grace

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Postage Expense | 2.60 |
| Courier Service - Outside | 462.50 |
| Meal Expense | 30.18 |

CURRENT EXPENSES                            495.28
                                        -------------

TOTAL BALANCE DUE UPON RECEIPT           $495.28
                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


```
W.R. Grace & Co.                        Invoice Number    2246042
7500 Grace Drive                        Invoice Date     03/27/12
Columbia, Maryland 21044                Client Number     172573
USA                                     Matter Number      50001
```

=============================================================================

Re: (50001)  Correa v. W.R. Grace


FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
01/10/12   Meal Expense Lunch - VENDOR: Stephanie            30.18
           Henderson Espinosa - Lunch for two (RS
           attorney, client) during deposition of Correa.

02/09/12   Postage Expense                                    1.50
           Postage Expense: ATTY # 010886 User: Equitrac By

02/15/12   Courier Service - Outside Courier Service -      175.75
           Outside - Courier costs for Walnut Subpoena
           materials.

02/15/12   Courier Service - Outside Courier Service -      168.75
           Outside - Courier costs for Anaheim Subpoena
           materials.

02/15/12   Courier Service - Outside Courier Service -      118.00
           Outside -  Courier costs for Santa Ana Subpoena
           materials.

02/18/12   Postage Expense                                     .65
           Postage Expense: ATTY # 011780 User: Equitrac By

02/22/12   Postage Expense                                     .45
           Postage Expense: ATTY # 010886 User: Equitrac By

                      CURRENT EXPENSES                       495.28
                                                        ------------
                      TOTAL BALANCE DUE UPON RECEIPT       $495.28
                                                        =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044
USA

Invoice Number        2246043
Invoice Date         03/27/12
Client Number          172573

============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

        Fees                          0.00
        Expenses                    193.50

                    TOTAL BALANCE DUE UPON RECEIPT        $193.50
                                                     ==============

```
                        REED SMITH LLP
                        PO Box 360074M
                  Pittsburgh, PA  15251-6074
                     Tax ID# 25-0749630
```

```
  W.R. Grace & Co.                      Invoice Number    2246043
  7500 Grace Drive                      Invoice Date      03/27/12
  Columbia, Maryland 21044              Client Number      172573
  USA                                   Matter Number       60026
```

===============================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
     Duplicating/Printing/Scanning            38.50
     Courier Service - Outside                 5.00
     General Expense                         150.00

                    CURRENT EXPENSES                    193.50
                                                  -------------

                TOTAL BALANCE DUE UPON RECEIPT         $193.50
                                                  =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2246043
7500 Grace Drive                          Invoice Date       03/27/12
Columbia, Maryland 21044                  Client Number        172573
USA                                       Matter Number         60026


================================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---:|
| 02/13/12 | Duplicating/Printing/Scanning<br>ATTY # 4810; 11 COPIES | 1.10 |
| 02/13/12 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1 COPIES | .10 |
| 02/15/12 | Duplicating/Printing/Scanning<br>ATTY # 0718; 216 COPIES | 21.60 |
| 02/17/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 18 COPIES | 1.80 |
| 02/17/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 18 COPIES | 1.80 |
| 02/24/12 | Courier Service - Outside -- VENDOR: JET<br>MESSENGER: Messenger Trip - U.S. Bankruptcy<br>Court - Ramona Baker - 2/13/12 | 5.00 |
| 02/27/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 4 COPIES | .40 |
| 02/27/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 4 COPIES | .40 |
| 02/27/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 02/27/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 12 COPIES | 1.20 |
| 02/27/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 12 COPIES | 1.20 |

```
172573 W. R. Grace & Co.                        Invoice Number  2246043
 60026  Litigation and Litigation Consulting     Page   2
        March 27, 2012
```

| | | |
|---|---|---:|
| 02/27/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 19 COPIES | 1.90 |
| 02/27/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 19 COPIES | 1.90 |
| 02/28/12 | General Expense -- VENDOR: IRON MOUNTAIN:<br>Storage Trip | 150.00 |
| 02/28/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 10 COPIES | 1.00 |
| 02/28/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 02/28/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 02/28/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 02/28/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 02/28/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 10 COPIES | 1.00 |
| 02/28/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 02/28/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |

```
                        CURRENT EXPENSES                 193.50
                                                     ------------
                        TOTAL BALANCE DUE UPON RECEIPT     $193.50
                                                     ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number     2246044
62 Whittemore Avenue                      Invoice Date       03/27/12
Cambridge, MA  02140                      Client Number       172573

===============================================================================

Re: W. R. Grace & Co.


(60041)  Specifications Inquiry

     Fees                           0.00
     Expenses                   1,003.75

                    TOTAL BALANCE DUE UPON RECEIPT       $1,003.75
                                                        ==============

```
                        REED SMITH LLP
                        PO Box 360074M
                   Pittsburgh, PA  15251-6074
                     Tax ID# 25-0749630
```

```
W.R. Grace & Co.                    Invoice Number      2246044
62 Whittemore Avenue                Invoice Date      03/27/12
Cambridge, MA  02140                Client Number       172573
                                    Matter Number        60041
```

===============================================================================

Re: Specifications Inquiry


FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
    Parking/Tolls/Other Transportation          67.00
    Air Travel Expense                         718.16
    Taxi Expense                               111.15
    Mileage Expense                             99.35
    Meal Expense                                 8.09

                    CURRENT EXPENSES                    1,003.75
                                                      -------------

                    TOTAL BALANCE DUE UPON RECEIPT     $1,003.75
                                                      =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2246044
62 Whittemore Avenue                      Invoice Date        03/27/12
Cambridge, MA  02140                      Client Number        172573
                                          Matter Number         60041


===============================================================================

Re: (60041)  Specifications Inquiry


FOR COSTS ADVANCED AND EXPENSES INCURRED:

01/20/12    Air Travel Expense Airfare - VENDOR: Joseph S.        345.60
            Luchini, Jan 20, 2012 Client meeting in Boston,
            MA - Coach class - Round trip from DCA to
            BOSTON

01/20/12    Air Travel Expense Travel Agent Fee - VENDOR:          22.00
            Joseph S. Luchini, Ja Client meeting in Boston,
            MA Travel Agent Fee

01/20/12    Mileage Expense Mileage - VENDOR: Joseph S.            66.05
            Luchini, Jan 20, 2012 Client meeting in Boston,
            MA . Round trip travel to/from airport

01/20/12    Air Travel Expense Airfare - VENDOR: Lawrence         114.76
            E. Flatley, Jan 20, 2012 Travel from Pittsburgh
            to Boston for meeting with client.  Coach class
            flight

01/20/12    Air Travel Expense Travel Agent Fee - VENDOR:          22.00
            Lawrence E. Flatley, Travel from Pittsburgh to
            Boston and return for meeting with client.
            Travel Agent Fee

01/20/12    Air Travel Expense Travel Agent Fee - VENDOR:          22.00
            Lawrence E. Flatley, Travel from Pittsburgh to
            Boston and return for meeting with
            client.Travel Agent Fee

01/20/12    Air Travel Expense Airfare - VENDOR: Lawrence         141.80
            E. Flatley, Jan 20, 2012 Travel from Boston to
            Pittsburgh from meeting with client. Coach
            classs flight

172573  W. R. Grace & Co.                          Invoice Number  2246044
60041   Specifications Inquiry                     Page    2
        March 27, 2012

| | | |
|---|---|---|
| 01/25/12 | Parking/Tolls/Other Transportation Parking – VENDOR: Joseph S. Luchini, Jan 25, 2012 Client meeting in Boston, MA   LOMBARD GARAGE 1137 | 23.00 |
| 01/26/12 | Taxi Expense Taxi – VENDOR: Joseph S. Luchini, Jan 26, 2012 Client meeting in Boston, MA  BOS TAXI MED 0257 – – Taxi from airport to W.R. Grace's offices. | 51.15 |
| 01/26/12 | Taxi Expense Taxi – VENDOR: Joseph S. Luchini, Jan 26, 2012 Client meeting in Boston, MA  Taxi to airport from W.R. Grace's offices. | 60.00 |
| 01/26/12 | Parking/Tolls/Other Transportation Parking – VENDOR: Joseph S. Luchini, Jan 26, 2012 Client meeting in Boston, MA DCA REAGAN | 20.00 |
| 01/26/12 | Air Travel Expense Airfare – VENDOR: Joseph S. Luchini, Jan 26, 2012 Client meeting in Boston, MA  USAIRWAY  Plane change fee | 50.00 |
| 01/26/12 | Parking/Tolls/Other Transportation Parking – VENDOR: Lawrence E. Flatley, Jan 26, 2012 Travel from Pittsburgh to Boston and return for meeting with client. PGH AIRPORT PARKING | 24.00 |
| 01/26/12 | Mileage Expense Mileage – VENDOR: Lawrence E. Flatley, Jan 26, 2012 Travel from Pittsburgh to Boston and return for meeting with client. Round trip travel to/from airport | 33.30 |
| 01/26/12 | Meal Expense Dinner – VENDOR: Lawrence E. Flatley, Jan 26, 2012 --One dinner | 8.09 |

                         CURRENT EXPENSES                    1,003.75
                                                          ------------
                 TOTAL BALANCE DUE UPON RECEIPT             $1,003.75
                                                          ============