# EXHIBIT C

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[1] | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Objection Deadline: May 22, 2012 at 4:00 p.m.** |
| | **Hearing Date: Only if Objections are Filed** |

## SUMMARY OF APPLICATION OF REED SMITH LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL TO DEBTORS FOR THE ONE HUNDRED TWENTY-NINTH MONTHLY INTERIM PERIOD FROM MARCH 1, 2012 THROUGH MARCH 31, 2012

Name of Applicant:        Reed Smith LLP

Authorized to Provide Professional Services to: W. R. Grace & Co., *et al.*, Debtors and Debtors-in-Possession

Date of Retention:        July 19, 2001, effective as of April 2, 2001

Period for which compensation and
reimbursement is sought:     March 1 Through March 31, 2012

Amount of fees sought as actual,
reasonable and necessary:     $59,351.00

Amount of expenses sought as actual,
reasonable and necessary     $1,350.33

This is a(n): <u>X</u> monthly  __ interim  __ final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

DKT NO:
DT FILED: 4/30/12

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through /31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |

2

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00[2] | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through 1/31/04 | $21,531.00 | $85.71 | No objections served on counsel | No objections served on counsel |
| 4/7/04 | 2/1/04 through 2/29/04 | $21,116.00 | $2,537.94 | No objections served on counsel | No objections served on counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |
| 6/4/04 | 4/1/04 through 4/30/04 | $16,495.50 | $41.08 | No objections served on counsel | No objections served on counsel |
| 7/1/04 | 5/1/04 through 5/31/04 | $41,085.00 | $2,386.50 | No objections served on counsel | No objections served on counsel |
| 8/2/04 | 6/1/04 through 6/30/04 | $28,692.50 | $725.43 | No objections served on counsel | No objections served on counsel |
| 9/3/04 | 7/1/04 through 7/31/04 | $13,176.50 | $328.55 | No objections served on counsel | No objections served on counsel |
| 10/5/04 | 8/1/04 through 8/31/04 | $11,792.00 | $1,500.03 | No objections served on counsel | No objections served on counsel |
| 10/28/04 | 9/1/04 through 9/30/04 | $22,618.00 | $97.76 | No objections served on counsel | No objections served on counsel |
| 11/29/04 | 10/1/04 through 10/31/04 | $127,040.00 | $2,696.29 | No objections served on counsel | No objections served on counsel |
| 1/7/05 | 11/1/04 through 11/30/04 | $29,207.50 | $1,858.91 | No objections served on counsel | No objections served on counsel |
| 2/9/05 | 12/1/04 through 12/31/04 | $123,722.25 | $2,598.89 | No objections served on counsel | No objections served on counsel |
| 3/1/05 | 1/1/05 through 1/31/05 | $112,761.00 | $3,520.69 | No objections served on counsel | No objections served on counsel |
| 3/29/05 | 2/1/05 through 2/28/05 | $40,738.00 | $2,719.01 | No objections served on counsel | No objections served on counsel |
| 4/27/05 | 3/1/05 through 3/31/05 | $22,165.50 | $281.04 | No objections served on counsel | No objections served on counsel |

---

2   Although Reed Smith initially requested $9,795.00 for the December 2003 monthly interim period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor). The corrected amount requested by Reed Smith for that period is reflected above.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 5/31/05 | 4/1/05 through 4/30/05 | $27,745.00 | $373.42 | No objections served on counsel | No objections served on counsel |
| 6/30/05 | 5/1/05 through 5/31/05 | $48,125.50 | $1,444.96 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 6/1/05 through 6/30/05 | $53,677.50 | $2,901.34 | No objections served on counsel | No objections served on counsel |
| 8/31/05 | 8/1/05 through 8/31/05 | $67,024.00 | $4,443.37 | No objections served on counsel | No objections served on counsel |
| 10/28/05 | 9/1/05 through 9/31/05 | $75,564.50 | $1,333.69 | No objections served on counsel | No objections served on counsel |
| 11/28/05 | 10/1/05 through 10/31/05 | $100,140.00 | $2,209.06 | No objections served on counsel | No objections served on counsel |
| 12/29/05 | 11/1/05 through 11/30/05 | $73,829.00 | $2,476.74 | No objections served on counsel | No objections served on counsel |
| 2/3/06 | 12/1/05 through 12/31/05 | $132,709.00 | $9,322.91 | No objections served on counsel | No objections served on counsel |
| 3/6/06 | 1/1/06 through 1/31/065 | $179,492.75 | $7,814.56 | No objections served on counsel | No objections served on counsel |
| 3/28/06 | 2/1/06 through 2/28/06 | $121,127.50 | $2,113.02 | No objections served on counsel | No objections served on counsel |
| 4/28/06 | 3/1/06 through 3/31/06 | $138,244.50 | $8,928.17 | No objections served on counsel | No objections served on counsel |
| 5/30/06 | 4/1/06 through 4/30/06 | $258,539.00 | $3,990.53 | No objections served on counsel | No objections served on counsel |
| 6/28/06 | 5/1/06 through 5/31/06 | $187,688.50 | $7,066.20 | No objections served on counsel | No objections served on counsel |
| 7/31/06 | 6/1/06 through 6/30/06 | $290,925.50 | $7,211.50 | No objections served on counsel | No objections served on counsel |
| 9/1/06 | 7/1/06 through 7/31/06 | $318,207.00 | $5,751.93 | No objections served on counsel | No objections served on counsel |
| 9/28/06 | 8/1/06 through 8/31/06 | $431,035.00 | $19,258.20 | No objections served on counsel | No objections served on counsel |
| 10/30/06 | 9/1/06 through 9/30/06 | $214,071.00 | $8,718.91 | No objections served on counsel | No objections served on counsel |
| 11/28/06 | 10/1/06 through 10/31/06 | $253,411.00 | $3,957.53 | No objections served on counsel | No objections served on counsel |
| 12/21/06 | 11/1/06 through 11/30/06 | $269,985.00 | $10,276.93 | No objections served on counsel | No objections served on counsel |
| 1/29/07 | 12/1/06 through 12/31/06 | $449,619.00 | $13,006.42 | No objections served on counsel | No objections served on counsel |
| 3/2/07 | 1/1/07 through 1/31/07 | $451,799.50 | $10,807.56 | No objections served on counsel | No objections served on counsel |
| 3/28/07 | 2/1/07 through 2/28/07 | $571,452.50 | $26,064.65 | No objections served on counsel | No objections served on counsel |
| 5/1/07 | 3/1/07 through 3/31/07 | $612,334.00 | $21,618.02 | No objections served on counsel | No objections served on counsel |
| 5/30/07 | 4/1/07 through 4/30/07 | $659,653.00 | $95,262.97 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/07 | 5/1/07 through 5/31/07 | $381,244.00 | $76,304.87 | No objections served on counsel | No objections served on counsel |
| 7/31/07 | 6/1/07 through 6/30/07 | $285,417.50 | $25,072.31 | No objections served on counsel | No objections served on counsel |
| 8/31/07 | 7/1/07 through 7/31/07 | $565,946.00 | $27,996.57 | No objections served on counsel | No objections served on counsel |
| 9/28/07 | 8/1/07 through 8/31/07 | $341,805.00 | $30,377.98 | No objections served on counsel | No objections served on counsel |
| 10/30/07 | 9/1/07 through 9/30/07 | $266,475.00 | $47,419.66 | No objections served on counsel | No objections served on counsel |
| 11/29/07 | 10/1/07 through 10/31/07 | $425,753.50 | $56,702.47 | No objections served on counsel | No objections served on counsel |
| 12/31/07 | 11/1/07 through 11/30/07 | $346,948.50 | $28,452.97 | No objections served on counsel | No objections served on counsel |
| 2/1/08 | 12/1/07 through 12/31/07 | $328,899.50 | $6,684.25 | No objections served on counsel | No objections served on counsel |
| 2/29/08 | 1/1/08 through 1/31/08 | $190,026.50 | $66,680.87 | No objections served on counsel | No objections served on counsel |
| 3/28/08 | 2/1/08 through 2/29/08 | $164,778.50 | $6,812.83 | No objections served on counsel | No objections served on counsel |
| 4/29/08 | 3/1/08 through 3/31/08 | $196,624.00 | $7,770.05 | No objections served on counsel | No objections served on counsel |
| 5/28/08 | 4/1/08 through 4/30/08 | $265,172.00 | $14,840.69 | No objections served on counsel | No objections served on counsel |
| 6/30/08 | 5/1/08 through 5/31/08 | $198,308.50 | $5,407.12 | No objections served on counsel | No objections served on counsel |
| 7/29/08 | 6/1/08 through 6/30/08 | $294,750.00 | $11,846.36 | No objections served on counsel | No objections served on counsel |
| 8/28/08 | 7/1/08 through 7/31/08 | $260,723.00 | $30,905.57 | No objections served on counsel | No objections served on counsel |
| 9/29/08 | 8/1/08 through 8/31/08 | $133,508.50 | $25,510.91 | No objections served on counsel | No objections served on counsel |
| 10/30/08 | 9/1/08 through 9/30/08 | $178,342.50 | $62,002.21 | No objections served on counsel | No objections served on counsel |
| 11/28/08 | 10/1/08 through 10/31/08 | $180,835.00 | $97,238.00 | No objections served on counsel | No objections served on counsel |
| 12/29/08 | 11/1/08 through 11/30/08 | $262,272.50 | $66,906.64 | No objections served on counsel | No objections served on counsel |
| 2/2/09 | 12/1/08 through 12/31/08 | $296,040.50 | $61,115.32 | No objections served on counsel | No objections served on counsel |
| 3/5/09 | 1/1/09 through 1/31/09 | $187,083.50 | $48,496.26 | No objections served on counsel | No objections served on counsel |
| 3/30/09 | 2/1/09 through 2/28/09 | $170,090.00 | $71,440.61 | No objections served on counsel | No objections served on counsel |
| 4/28/09 | 3/1/09 through 3/31/09 | $119,493.00 | $91,664.16 | No objections served on counsel | No objections served on counsel |
| 5/28/09 | 4/1/09 through 4/30/09 | $82,997.00 | $31,796.74 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/09 | 5/1/09 through 5/31/09 | $46,410.00 | $1,641.97 | No objections served on counsel | No objections served on counsel |
| 7/29/09 | 6/1/09 through 6/30/09 | $37,799.50 | $8,098.44 | No objections served on counsel | No objections served on counsel |
| 8/31/09 | 7/1/09 through 7/31/09 | $26,413.00 | $6,408.90 | No objections served on counsel | No objections served on counsel |
| 9/30/09 | 8/1/09 through 8/31/09 | $57,230.00 | $5,569.75 | No objections served on counsel | No objections served on counsel |
| 10/29/09 | 9/1/09 through 9/30/09 | $26,700.00 | $35,383.32 | No objections served on counsel | No objections served on counsel |
| 12/1/09 | 10/1/09 through 10/31/09 | $36,478.50 | $11,042.24 | No objections served on counsel | No objections served on counsel |
| 12/31/09 | 11/1/09 through 11/30/09 | $26,217.00 | $6,599.14 | No objections served on counsel | No objections served on counsel |
| 1/29/10 | 12/1/09 through 12/31/09 | $18,402.00 | $350.26 | No objections served on counsel | No objections served on counsel |
| 3/2/10 | 1/1/1 through 1/31/10 | $67,941.00 | $5,542.74 | No objections served on counsel | No objections served on counsel |
| 3/29/10 | 2/1/10 through 02/28/10 | $8,019.00 | $1,025.90 | No objections served on counsel | No objections served on counsel |
| 4/28/10 | 3/1/10 through 3/31/10 | $7,581.50 | $2,008.26 | No objections served on counsel | No objections served on counsel |
| 5/28/10 | 4/1/10 through 4/30/10 | $28,603.00 | $1,030.65 | No objections served on counsel | No objections served on counsel |
| 6/29/10 | 5/1/1/10 through 5/31/10 | $6,594.50 | $1,375.18 | No objections served on counsel | No objections served on counsel |
| 7/28/10 | 6/1/10 through 6/30/10 | $7,500.50 | $299.18 | No objections served on counsel | No objections served on counsel |
| 8/31/10 | 7/1/10 through 7/31/10 | $9,446.00 | $100.30 | No objections served on counsel | No objections served on counsel |
| 9/28/10 | 8/1/10 through 8/31/10 | $3,635.50 | $821.90 | No objections served on counsel | No objections served on counsel |
| 10/28/10 | 9/1/10 through 9/30/10 | $5,575.50 | $49.74 | No objections served on counsel | No objections served on counsel |
| 11/30/10 | 10/1/10 through 10/31/10 | $6,159.30 | $18.26 | No objections served on counsel | No objections served on counsel |
| 12/29/10 | 11/1/10 through 11/30/10 | $19,070.80 | $76.00 | No objections served on counsel | No objections served on counsel |
| 1/31/11 | 12/1/10 through 12/31/10 | $15,773.50 | $1,381.58 | No objections served on counsel | No objections served on counsel |
| 2/28/11 | 1/1/11 through 1/31/11 | $29,967.50 | $1,110.22 | No objections served on counsel | No objections served on counsel |
| 3/28/11 | 2/1/11 through 2/28/11 | $41,503.00 | $11,883.46 | No objections served on counsel | No objections served on counsel |
| 4/29/11 | 3/1/11 through 3/31/11 | $6,362.50 | $2,549.26 | No objections served on counsel | No objections served on counsel |
| 5/31/11 | 4/1/11 through 4/30/11 | $18,201.00 | $147.45 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/11 | 5/1/11 through 5/31/11 | $6,949.00 | $785.03 | No objections served on counsel | No objections served on counsel |
| 7/28/11 | 6/1/11 through 6/30/11 | $24,354.50 | $387.90 | No objections served on counsel | No objections served on counsel |
| 8/29/11 | 7/1/11 through 7/31/11 | $11,068.00 | $81.61 | No objections served on counsel | No objections served on counsel |
| 9/29/11 | 8/1/11 through 8/31/11 | $8,986.50 | $1,113.30 | No objections served on counsel | No objections served on counsel |
| 10/28/11 | 9/1/11 through 9/30/11 | $12,101.50 | $94.10 | No objections served on counsel | No objections served on counsel |
| 11/29/11 | 10/1/11 through 10/31/11 | $19,260.50 | $31.80 | No objections served on counsel | No objections served on counsel |
| 12/30/11 | 11/1/11 through 11/30/11 | $19,841.50 | $304.30 | No objections served on counsel | No objections served on counsel |
| 1/31/12 | 12/1/11 through 12/31/11 | $27,648.00 | $4,961.85 | No objections served on counsel | No objections served on counsel |
| 3/1/12 | 1/1/12 through 1/31/12 | 74,726.00 | 9,717.03 | No objections served on counsel | No objections served on counsel |
| 3/29/12 | 2/1/12 through 2/29/12 | $20,952.50 | $1,692.53 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the one hundred twenty-ninth application for monthly interim compensation of services filed with the Bankruptcy Court in these chapter 11 cases.

The total time expended for the preparation of this application is approximately eight hours, and the corresponding estimated compensation that will be requested in a future application is approximately $3,000.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Year Admitted | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Lawrence E. Flatley | Partner | 1975 | Litigation | $655.00 | 2.30 | $1,506.50 |
| Douglas E. Cameron | Partner | 1984 | Litigation | $670.00 | 3.10 | $2,077.00 |
| Anthony B. Klapper | Partner | 1996 | Litigation | $610.00 | .90 | $549.00 |
| Joseph S. Luchini | Partner | 1973 | Litigation | $585.00 | 10.40 | $6,084.00 |
| Linda S. Husar | Partner | 1980 | Litigation | $535.00 | 16.90 | $9,041.50 |
| Andrew J. Muha | Partner | 2001 | Litigation | $460.00 | .60 | $276.00 |
| Christine A. Kohler | Associate | 2000 | Labor & Employment | $390.00 | 1.80 | $702.00 |
| Mara D. Matheke | Associate | 2009 | Labor & Employment | $320.00 | 23.50 | $7,520.00 |

7

| Name of Professional Person | Position with the applicant | Year Admitted | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Stephanie Henderson Espinosa | Associate | 2007 | Litigation | $320.00 | 95.30 | $30,496.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant and number of years as a paraprofessional | | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| John B. Lord | Paralegal | 20 Years | Bankruptcy | $260.00 | 2.40 | $624.00 |
| Sharon A. Ament | Paralegal | 7 Years | Litigation | $190.00 | 2.50 | $475.00 |

**Total Fees: $59,351.00**

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Litigation & Litigation Consulting | .10 | $19.00 |
| Fee Applications | 7.50 | $2,763.00 |
| Claim Analysis Objection Resolution & Estimation | 1.00 | $670.00 |
| Correa vs. W.R. Grace | 137.50 | $47,759.50 |
| Specifications Inquiry | 13.60 | $8,139.50 |
| **Total** | **159.70** | **$59,351.00** |

REMAINDER OF PAGE LEFT BLANK INTENTIONALLY

## EXPENSE SUMMARY

| Description | Non-ZAI Science Trial | ZAI Science Trial |
|---|---|---|
| Duplicating/Printing/Scanning | 250.20 | ------- |
| Outside Duplicating | 766.00 | |
| Postage Expense | 9.20 | ------- |
| Courier Service – Outside | 24.07 | ------- |
| Telephone Expense | .15 | ------- |
| Telephone Outside | 16.22 | |
| Lexis | 24.50 | ------- |
| PACER | 2.00 | ------- |
| Secretarial Overtime | 96.25 | ------- |
| Meal Expense | 27.73 | ------- |
| General Expense:  Subpoena Service | 134.01 | ------- |
| SUBTOTAL | $1,350.33 | $0.00 |
| **TOTAL** | **$1,350.33** | **$0.00** |

REMAINDER OF PAGE LEFT BLANK INTENTIONALLY

Dated:  April 30, 2012                          REED SMITH LLP
        Wilmington, Delaware

                                        By: /s/ Kurt F. Gwynne
                                            Kurt F. Gwynne (No. 3951)
                                            1201 Market Street, Suite 1500
                                            Wilmington, DE 19801
                                            Telephone:  (302) 778-7500
                                            Facsimile:  (302) 778-7575
                                            E-mail: kgwynne@reedsmith.com

                                                and

                                            James J. Restivo, Jr., Esquire
                                            Lawrence E. Flatley, Esquire
                                            Douglas E. Cameron, Esquire
                                            Reed Smith Centre
                                            225 Fifth Avenue
                                            Pittsburgh, PA 15222
                                            Telephone:  (412) 288-3131
                                            Facsimile:  (412) 288-3063

                                            Special Asbestos Products Liability Defense
                                            Counsel

```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
W.R. Grace & Co.                    Invoice Number      2258591
7500 Grace Drive                    Invoice Date       04/26/12
Columbia, Maryland 21044            Client Number       172573
USA
```

==============================================================================

Re: W. R. Grace & Co.


(50001)  Correa v. W.R. Grace

```
        Fees                        47,759.50
        Expenses                         0.00

              TOTAL BALANCE DUE UPON RECEIPT      $47,759.50
                                                 ==============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
W.R. Grace & Co.                    Invoice Number      2258591
7500 Grace Drive                    Invoice Date      04/26/12
Columbia, Maryland 21044            Client Number        172573
USA                                 Matter Number         50001
```

===============================================================================

Re: (50001)  Correa v. W.R. Grace

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2012

| Date | Name | | Hours |
|------|------|--|-------|
| 03/01/12 | Husar | Work on discovery responses and review request for admissions served by plaintiff (1.2); conference call to discuss the request for production of documents and litigation update (0.5); work on follow up (0.3). | 2.00 |
| 03/02/12 | Husar | Review Plaintiff's motion for leave to file first amended complaint (0.6); research defense to amendment including failure to comply with LR-7-3. (0.6); review and compare complaints to determine basis for amendment (0.6). | 1.80 |
| 03/03/12 | Matheke | Review and analyze motion to amend complaint (1.3); draft opposition to same (3.1). | 4.40 |
| 03/04/12 | Matheke | Continue drafting opposition to motion for leave to amend (1.3); research re requirement for amended pleadings (0.6). | 1.90 |
| 03/05/12 | Husar | Analysis of Plaintiff's motion to amend compliant, and work re: opposition and discovery issues. | 2.60 |

```
172573 W. R. Grace & Co.                    Invoice Number  2258591
50001  Correa v. W.R. Grace                  Page   2
April 26, 2012
```

| Date | Name | | Hours |
|------|------|---|-------|

| | | | |
|------|------|---|-------|
| 03/05/12 | Matheke | Draft letter to plaintiff's counsel re deficiencies in motion for leave to amend (0.4); research re factual showing necessary to recover punitive damages and continue drafting opposition to motion for leave to amend (2.9). | 3.30 |
| 03/06/12 | Husar | Work on opposition to motion to amend and discovery | 3.50 |
| 03/06/12 | Matheke | Continue drafting opposition to motion for leave to amend (3.1); draft declaration of S. Espinosa (1.2); cite check same (0.6); research re withdrawal of agreement to accept service via fax (1.1). | 6.00 |
| 03/07/12 | Matheke | Draft argument re waiver of demand for jury trial for opposition to motion for leave to amend (1.1); review discovery responses to determine whether plaintiff ever claimed he was entitled to punitive damages or attorneys' fees for opposition (1.5); review plaintiff's first sets of written discovery and draft e-mail re documents and information needed to respond to said discovery (1.7). | 4.30 |
| 03/08/12 | Matheke | Prepare for and attend conference call regarding discovery requests | 1.00 |
| 03/09/12 | Husar | Work on discovery and opposition to motion to amend (1.1); research issues relating to attempt to add jury demand despite failure to make demand (1.8). | 2.90 |
| 03/12/12 | Espinosa | Revise, finalize and file the opposition to Plaintiff's motion for leave to amend and supporting declaration re same (5.8); meet with M. Matheke re discovery that was recently propounded by Plaintiff (0.2). | 6.00 |

```
172573 W. R. Grace & Co.                    Invoice Number  2258591
50001  Correa v. W.R. Grace                 Page    3
April 26, 2012
```

| Date | Name | | Hours |
|------|------|------|------|
| 03/12/12 | Matheke | Revise and finalize opposition to motion for leave to amend | 2.60 |
| 03/13/12 | Espinosa | Call with D. Edwards re Plaintiff's medical records (0.1); review recently served Requests for Admission, Requests for Production of Documents, set two, and Interrogatories (0.5); draft responses to Plaintiff's Requests for Production of Documents, Set One and begin to identify responsive documents for same (6.3). | 6.90 |
| 03/14/12 | Espinosa | Follow-up with the social security administration office re Plaintiff's records and revise release letter to reflect the same (0.5); continue to draft responses to Plaintiff's Requests for Production of Documents sets 1 and 2 (1.3); review client files and identify responsive documents to Plaintiff's Requests for Production of Documents (6.5). | 8.30 |
| 03/14/12 | Husar | Work on discovery and document gathering | 1.10 |
| 03/15/12 | Espinosa | Draft responses to Plaintiff's Interrogatories (7.5); call with A. Enriquez re responding to the Requests for Production of Documents (0.3). | 7.80 |
| 03/16/12 | Espinosa | Draft responses to Plaintiff's Requests for Admission (6.5); various calls and emails with A. Enriquez re the discovery responses (0.5); research Plaintiff's CFRA claim in connection with the responses to Plaintiff's interrogatories (0.7). | 7.70 |
| 03/16/12 | Husar | Work on discovery and strategy for objections and response to same. | .80 |

172573 W. R. Grace & Co.                        Invoice Number  2258591
50001  Correa v. W.R. Grace                      Page    4
April 26, 2012


| Date | Name | | Hours |
|------|------|--|-------|

03/19/12 Espinosa        Research authorization for the          1.40
                         clinic to disclosure Plaintiff's
                         medical records to Grace (0.9);
                         review Plaintiff's reply brief in
                         support of the motion for leave to
                         amend (0.4); email D. Edwards re
                         the number of employees at the
                         time of Plaintiff's furlough (0.1).

03/20/12 Espinosa        Various calls with D. Edwards re        7.20
                         the requests for production of
                         documents (0.2); draft and revise
                         responses to the Interrogatories
                         (6.4); call with plaintiff's
                         counsel re an extension of time to
                         respond to Plaintiff's discovery
                         (2.2); draft letter to Plaintiff's
                         counsel outlining Defendants'
                         position with respect to the
                         requested extension and the
                         request for ESI documents (0.4).

03/20/12 Husar           Work on discovery responses and        1.00
                         strategy (0.6); review and analyze
                         plaintiff's reply to opposition to
                         motion to amend (0.4).

03/21/12 Espinosa        Draft letter to Plaintiff's            7.10
                         counsel re outstanding discovery
                         issues and A. Enriquez's
                         deposition (0.5); call with
                         Plaintiff's counsel re the
                         outstanding discovery and A.
                         Enriquez's deposition (0.3); begin
                         to review client files and
                         identify documents responsive to
                         Plaintiffs document requests
                         (2.3); revise the responses to A.
                         Enriquez's deposition notice and
                         Plaintiff's Requests for
                         Production of Documents, Set One
                         (4.0).

03/22/12 Espinosa        Revise responses to the Requests       6.50
                         for Admissions (2.4); revise
                         responses to Plaintiff's
                         Interrogatories (2.8); revise
                         responses to Plaintiff's Requests
                         for Production of Documents, set 2
                         (1.3).

172573  W. R. Grace & Co.                         Invoice Number   2258591
50001  Correa v. W.R. Grace                       Page   5
April 26, 2012


     Date   Name                                                    Hours
   --------  -----------                                            -----


03/22/12 Husar          Review discovery and defendant's    1.20
                        discovery responses, work on
                        strategy regarding the same.

03/23/12 Espinosa       Call with A. Enriquez re her        6.50
                        deposition (0.2); finalize
                        responses to Plaintiff's Requests
                        for Production of Documents, set
                        one (1.8); continue to identify
                        document that are responsive to
                        Plaintiff's document requests
                        (3.5); draft letter to Plaintiff's
                        counsel re A. Enriquez's
                        deposition (0.3); finalize
                        objections to A. Enriquez's
                        deposition (0.7).

03/23/12 Kohler         Review and revise responses to      1.80
                        plaintiff's request for production
                        of documents (1.2); review and
                        revise objections to notice of
                        deposition of A. Enriquez (0.6).

03/24/12 Espinosa       Finalize the responses to requests  4.70
                        for production for documents, set
                        one (0.7); prepare for A.
                        Enriquez's deposition
                        preparation meeting (4.0).

03/26/12 Espinosa       Revise the responses to             9.20
                        Plaintiff's interrogatories and
                        requests for admissions (1.2);
                        meet with A. Enriquez to prepare
                        her for deposition (7.5); prepare
                        supplemental responses to A.
                        Enriquez's deposition notice (0.5).

03/27/12 Espinosa       Prepare for and defend A. Enriquez  9.50
                        deposition.

03/28/12 Espinosa       Draft update email to the client     .10
                        re A. Enriquez's deposition

03/29/12 Espinosa       Review the Court's order on the      .80
                        motion for leave to amend and
                        email the client re same (0.3);
                        analyze application of CFRA (0.3);
                        various calls re the outstanding
                        document requests (0.2).

```
172573 W. R. Grace & Co.                 Invoice Number  2258591
50001  Correa v. W.R. Grace              Page   6
April 26, 2012
```

```
     Date   Name                                          Hours
     -----  ----------                                    -----

     03/30/12 Espinosa      Organize all documents to be    5.60
                            produced, prepare covers for the
                            categories of documents (3.2);
                            review documents recovered from A.
                            Enriquez's computer and identify
                            responsive documents to be
                            produced (1.8); prepare for and
                            conduct meet and confer conference
                            with Plaintiff's counsel regarding
                            reopening A. Enriquez's deposition
                            (0.6).

                                                           ------
                                           TOTAL HOURS     137.50
```

```
     TIME SUMMARY             Hours        Rate        Value
     ------------------------ -----------------------  -------
     Linda S. Husar           16.90  at  $ 535.00  =   9,041.50
     Mara D. Matheke          23.50  at  $ 320.00  =   7,520.00
     Stephanie Henderson Espin 95.30 at  $ 320.00  =  30,496.00
     Christine A. Kohler       1.80  at  $ 390.00  =     702.00

                              CURRENT FEES                       47,759.50


                                                          ------------
                    TOTAL BALANCE DUE UPON RECEIPT         $47,759.50
                                                          ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2258592
7500 Grace Drive                          Invoice Date      04/26/12
Columbia, Maryland 21044                  Client Number       172573
USA

===============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

        Fees                          19.00
        Expenses                       0.00

                  TOTAL BALANCE DUE UPON RECEIPT        $19.00
                                                   ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                    Invoice Number      2258592
7500 Grace Drive                    Invoice Date      04/26/12
Columbia, Maryland 21044            Client Number        172573
USA                                 Matter Number         60026


===============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2012

```
        Date   Name                                           Hours
        ------ -----------                                    -----

    03/13/12 Ament          Review e-mails re: hearing binders   .10
                            for March omnibus hearing.

                                                              ------
                                        TOTAL HOURS              .10


    TIME SUMMARY            Hours        Rate         Value
    ------------------      ----------------------    -------
    Sharon A. Ament         0.10  at  $  190.00  =     19.00

                            CURRENT FEES                             19.00


                                                          ------------
                     TOTAL BALANCE DUE UPON RECEIPT            $19.00
                                                          ============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                   Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630


W.R. Grace & Co.                  Invoice Number      2258593
7500 Grace Drive                  Invoice Date       04/26/12
Columbia, Maryland 21044          Client Number       172573
USA


===============================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

         Fees                          2,763.00
         Expenses                          0.00

                 TOTAL BALANCE DUE UPON RECEIPT       $2,763.00
                                                   ==============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2258593
7500 Grace Drive                          Invoice Date      04/26/12
Columbia, Maryland 21044                  Client Number       172573
USA                                       Matter Number        60029

===============================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2012

     Date   Name                                               Hours
     ------- -----------                                        -----

     03/01/12 Ament         Review A. Muha comments re: Jan.      .50
                            monthly fee application (.10);
                            finalize same (.10); e-mail same
                            to J. Lord for filing (.10);
                            attention to billing matters
                            (.10); e-mail to D. Cameron and A.
                            Muha re: same (.10).

     03/01/12 Lord          Finalize, file and serve Reed         .90
                            Smith's January 2012 monthly fee
                            application.

     03/08/12 Cameron       Review/revise fee application         .80
                            materials

     03/09/12 Cameron       Emails re: fee application            .40
                            materials

     03/13/12 Muha          Complete review and revisions to      .30
                            Feb. 2012 fee and expenses for
                            monthly application.

     03/14/12 Ament         E-mails re: March monthly fee         .10
                            application.

     03/20/12 Ament         Attention to billing matters          .10
                            relating to Feb. monthly fee
                            application.

     03/26/12 Ament         Review e-mail re: Feb. monthly fee    .10
                            application.

```
172573  W. R. Grace & Co.                      Invoice Number  2258593
60029  Fee Applications-Applicant              Page   2
April 26, 2012
```

| Date | Name | | Hours |
|------|------|------|------|
| 03/27/12 | Ament | Review invoices and begin calculating fees and expenses for Feb. monthly fee application (.40); prepare spreadsheets re: same (.30); draft Feb. monthly fee application (.20); provide same to A. Muha for review (.10); e-mails with J. Lord re: CNO for Jan. monthly fee application (.10). | 1.10 |
| 03/28/12 | Ament | Finalize Feb. monthly fee application (.10); e-mail same to J. Lord for DE filing (.10). | .20 |
| 03/28/12 | Lord | Research docket and draft/e-file CNO for Reed Smith 128th monthly fee application. | .30 |
| 03/28/12 | Muha | Final review of February 2012 monthly application. | .30 |
| 03/29/12 | Ament | Review e-mail from J. Lord re: Feb. monthly fee application (.10); attention to billing matters (.10); e-mail to D. Cameron and A. Muha re: same (.10). | .30 |
| 03/29/12 | Lord | Revise, finalize and e-file Reed Smith 128th monthly fee application. | 1.20 |
| 03/30/12 | Cameron | Attention to fee application materials | .40 |
| 03/31/12 | Cameron | Review specifications inquiry materials | .50 |

```
                                                    ------
                                      TOTAL HOURS    7.50
```

| TIME SUMMARY | Hours | | Rate | | Value |
|------|------|------|------|------|------|
| Douglas E. Cameron | 2.10 | at $ | 670.00 | = | 1,407.00 |
| Andrew J. Muha | 0.60 | at $ | 460.00 | = | 276.00 |
| John B. Lord | 2.40 | at $ | 260.00 | = | 624.00 |
| Sharon A. Ament | 2.40 | at $ | 190.00 | = | 456.00 |

```
                   CURRENT FEES                        2,763.00
```

172573 W. R. Grace & Co.                    Invoice Number  2258593
60029  Fee Applications-Applicant           Page   3
April 26, 2012

```
                                                       ------------
            TOTAL BALANCE DUE UPON RECEIPT              $2,763.00
                                                       ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2258594
7500 Grace Drive                          Invoice Date        04/26/12
Columbia, Maryland 21044                  Client Number        172573
USA


================================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

         Fees                              670.00
         Expenses                            0.00

                     TOTAL BALANCE DUE UPON RECEIPT         $670.00
                                                      ==============

```
                            REED SMITH LLP
                            PO Box 360074M
                        Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630


W.R. Grace & Co.                        Invoice Number      2258594
7500 Grace Drive                        Invoice Date        04/26/12
Columbia, Maryland 21044                Client Number        172573
USA                                     Matter Number         60033


===============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2012

       Date   Name                                           Hours
       ------ ----------                                      -----

       03/18/12 Cameron        Review materials from District   .50
                               Court Opinion

       03/30/12 Cameron        Review Westbrook request and Plan  .50
                               emails re: same


                                                             ------
                                              TOTAL HOURS      1.00


   TIME SUMMARY               Hours        Rate        Value
   ------------------------   ----------------------   -------
   Douglas E. Cameron          1.00  at $  670.00  =    670.00

                              CURRENT FEES                      670.00


                                                           ------------
                     TOTAL BALANCE DUE UPON RECEIPT          $670.00
                                                           ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number    2258595
62 Whittemore Avenue                      Invoice Date      04/26/12
Cambridge, MA  02140                      Client Number      172573


========================================================================

Re: W. R. Grace & Co.


(60041)  Specifications Inquiry

         Fees                      8,139.50
         Expenses                      0.00

                  TOTAL BALANCE DUE UPON RECEIPT        $8,139.50
                                                        =============

```
                          REED SMITH LLP
                          PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630


W.R. Grace & Co.                    Invoice Number     2258595
62 Whittemore Avenue                Invoice Date     04/26/12
Cambridge, MA  02140                Client Number      172573
                                    Matter Number       60041
```

===============================================================================

Re: (60041)  Specifications Inquiry

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2012

| Date | Name | | Hours |
|------|------|------|------|
| 03/01/12 | Klapper | Edit confidentiality agreement, discuss same with J. Luchini. | .90 |
| 03/01/12 | Luchini | Review/edit Confidentiality Agreement and review the other contract and conditions (1.0); review/edit other contract documents and discuss agreement with T. Klapper and make other changes. (1.2); correspondence with J. Hughes and with consultant re: contract documents and suggested changes. | 2.70 |
| 03/02/12 | Luchini | Correspondence with consultant, Grace re: information needed. (.4) Review proposed changes and letter re: contract (.4). | .80 |
| 03/05/12 | Luchini | Correspondence re: contract. | .30 |
| 03/07/12 | Luchini | Correspondence with consultant and counsel re: agreements. | .40 |
| 03/09/12 | Flatley | Call with J. Hughes and then follow-up. | .20 |
| 03/09/12 | Luchini | Telephone call from consultant; letter to J. Hughes. | .80 |
| 03/12/12 | Flatley | E-mail to J. Hughes in response to his question. | .20 |

```
172573 W. R. Grace & Co.                    Invoice Number   2258595
60041  Specifications Inquiry               Page   2
April 26, 2012
```

| Date | Name | | Hours |
|------|------|------|-------|
| 03/13/12 | Luchini | Several communications re: contract and telephone call re: contracts to discuss terms. | 1.40 |
| 03/16/12 | Flatley | Emails and replies. | .10 |
| 03/16/12 | Luchini | Correspondence re: agreement (0.2); review/edit new agreement and telephone call from J. Hughes (1.1). | 1.30 |
| 03/21/12 | Flatley | Review e-mails and attached draft from J. Hughes (.03); call with J. Hughes and follow-up with J. Luchini and T. Klapper (.03). | .60 |
| 03/21/12 | Luchini | Correspondence re: consultant (.3);  review notes of meeting (.3). | .60 |
| 03/22/12 | Flatley | Review notes of meeting (.3); conference call with J. Luchini and T. Klapper regarding meeting (.4); further review of draft and call/e-mail to J. Hughes (.5). | 1.20 |
| 03/22/12 | Luchini | Review correspondence with consultant to prepare application form (.9); conference call re: consultant issues, and review correspondence (.8). | 1.70 |
| 03/23/12 | Luchini | Correspondence re: agreement and review. | .40 |

```
                                                    ------
                                    TOTAL HOURS     13.60
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Lawrence E. Flatley | 2.30 | at | $ 655.00 | = | 1,506.50 |
| Joseph S. Luchini | 10.40 | at | $ 585.00 | = | 6,084.00 |
| Antony B. Klapper | 0.90 | at | $ 610.00 | = | 549.00 |

```
                     CURRENT FEES                        8,139.50

                                                    ------------
                TOTAL BALANCE DUE UPON RECEIPT        $8,139.50
                                                    ============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                   Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630


W.R. Grace & Co.                    Invoice Number      2258599
7500 Grace Drive                    Invoice Date      04/26/12
Columbia, Maryland 21044            Client Number       172573
USA
```

==============================================================================

Re: W. R. Grace & Co.


(50001)  Correa v. W.R. Grace

```
        Fees                           0.00
        Expenses                     548.16

                    TOTAL BALANCE DUE UPON RECEIPT       $548.16
                                                    =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                        Invoice Number      2258599
7500 Grace Drive                        Invoice Date        04/26/12
Columbia, Maryland 21044                Client Number         172573
USA                                     Matter Number          50001

===============================================================================

Re: Correa v. W.R. Grace

FOR COSTS ADVANCED AND EXPENSES INCURRED:


        Duplicating/Printing/Scanning           197.80
        Lexis                                    24.50
        Postage Expense                           2.80
        Subpoena Service Costs                  134.01
        Courier Service - Outside                19.07
        Outside Duplicating                      46.00
        Secretarial Overtime                     96.25
        Meal Expense                             27.73
                        CURRENT EXPENSES                    548.16

                                                       -------------
                TOTAL BALANCE DUE UPON RECEIPT            $548.16
                                                       =============

```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630


W.R. Grace & Co.                     Invoice Number    2258599
7500 Grace Drive                     Invoice Date     04/26/12
Columbia, Maryland 21044             Client Number     172573
USA                                  Matter Number      50001


=============================================================================

Re: (50001)  Correa v. W.R. Grace


FOR COSTS ADVANCED AND EXPENSES INCURRED:

     11/29/11   Meal Expense Lunch - VENDOR: Stephanie        27.73
                Henderson Espinosa - Lunch for two (with
                client) during deposition.

     02/27/12   Duplicating/Printing/Scanning                   .30
                ATTY # 000349: 3 COPIES

     02/29/12   Duplicating/Printing/Scanning                   .20
                ATTY # 000349: 2 COPIES

     03/01/12   Duplicating/Printing/Scanning                  3.70
                ATTY # 000349: 37 COPIES

     03/02/12   Duplicating/Printing/Scanning                  4.60
                ATTY # 000349: 46 COPIES

     03/02/12   Duplicating/Printing/Scanning                   .20
                ATTY # 000349: 2 COPIES

     03/03/12   Duplicating/Printing/Scanning                  1.70
                ATTY # 000349: 17 COPIES

     03/05/12   Duplicating/Printing/Scanning                   .10
                ATTY # 000349: 1 COPIES

     03/05/12   Duplicating/Printing/Scanning                   .10
                ATTY # 000349: 1 COPIES

     03/05/12   Duplicating/Printing/Scanning                   .20
                ATTY # 000349: 2 COPIES

     03/05/12   Duplicating/Printing/Scanning                   .20
                ATTY # 000349: 2 COPIES
```

172573 W. R. Grace & Co.                    Invoice Number  2258599
50001  Correa v. W.R. Grace                 Page   2
April 26, 2012

03/05/12   Duplicating/Printing/Scanning                    .20
           ATTY # 000349: 2 COPIES

03/06/12   Duplicating/Printing/Scanning                   1.20
           ATTY # 000349: 12 COPIES

03/06/12   Duplicating/Printing/Scanning                   1.20
           ATTY # 000349: 12 COPIES

03/06/12   Duplicating/Printing/Scanning                   1.30
           ATTY # 000349: 13 COPIES

03/06/12   Lexis                                           4.50
           Lexis

03/06/12   Lexis                                           4.50
           Lexis

03/06/12   Lexis                                          15.50
           Lexis

03/07/12   Duplicating/Printing/Scanning                    .50
           ATTY # 000349: 5 COPIES

03/07/12   Duplicating/Printing/Scanning                   1.50
           ATTY # 000349: 15 COPIES

03/07/12   Duplicating/Printing/Scanning                   1.60
           ATTY # 000349: 16 COPIES

03/08/12   Duplicating/Printing/Scanning                    .80
           ATTY # 000349: 8 COPIES

03/08/12   Duplicating/Printing/Scanning                    .90
           ATTY # 000349: 9 COPIES

03/08/12   Duplicating/Printing/Scanning                   3.70
           ATTY # 000349: 37 COPIES

03/08/12   Duplicating/Printing/Scanning                    .20
           ATTY # 000349: 2 COPIES

03/08/12   Duplicating/Printing/Scanning                    .20
           ATTY # 000349: 2 COPIES

03/10/12   Duplicating/Printing/Scanning                    .30
           ATTY # 000349: 3 COPIES

03/10/12   Duplicating/Printing/Scanning                   1.50
           ATTY # 000349: 15 COPIES

172573 W. R. Grace & Co.                      Invoice Number  2258599
50001  Correa v. W.R. Grace                   Page   3
April 26, 2012

| | | |
|---|---|---|
| 03/10/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 2 COPIES | .20 |
| 03/10/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 3 COPIES | .30 |
| 03/10/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 3 COPIES | .30 |
| 03/10/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 3 COPIES | .30 |
| 03/11/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 15 COPIES | 1.50 |
| 03/11/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 16 COPIES | 1.60 |
| 03/12/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 16 COPIES | 1.60 |
| 03/12/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 16 COPIES | 1.60 |
| 03/12/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 19 COPIES | 1.90 |
| 03/12/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 19 COPIES | 1.90 |
| 03/12/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 19 COPIES | 1.90 |
| 03/12/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 32 COPIES | 3.20 |
| 03/12/12 | Secretarial Overtime: Prepare, process and<br>complete efiling of opposition to motion to<br>amend | 61.25 |
| 03/13/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 14 COPIES | 1.40 |
| 03/14/12 | Outside Duplicating -- VENDOR: SOCIAL SECURITY<br>ADMINISTRATION: Copying fees | 46.00 |
| 03/14/12 | Subpoena Service Costs -- VENDOR: FIRST RECORDS<br>RETRIEVAL: Correa docs from Dr. Brendel | 134.01 |
| 03/14/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 14 COPIES | 1.40 |

172573 W. R. Grace & Co.                          Invoice Number  2258599
50001  Correa v. W.R. Grace                       Page    4
April 26, 2012

| 03/14/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 17 COPIES | 1.70 |
|---|---|---|
| 03/14/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 17 COPIES | 1.70 |
| 03/14/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 25 COPIES | 2.50 |
| 03/14/12 | Courier Service - Outside 00843 UPS - Shipped<br>from Jacqueline Wernick Reed Smith LLP - Los<br>Angeles to Records Custodian Social Security<br>Administration (ANAHEIM CA 92805) | 8.50 |
| 03/14/12 | Secretarial Overtime: Process and prepare files<br>and emails for printing | 26.25 |
| 03/15/12 | Duplicating/Printing/Scanning<br>ATTY # 10886; 112 COPIES | 11.20 |
| 03/15/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 2 COPIES | .20 |
| 03/15/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 2 COPIES | .20 |
| 03/16/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 33 COPIES | 3.30 |
| 03/16/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 74 COPIES | 7.40 |
| 03/16/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 3 COPIES | .30 |
| 03/16/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 19 COPIES | 1.90 |
| 03/20/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 19 COPIES | 1.90 |
| 03/20/12 | Courier Service - Outside 00843 UPS - Shipped<br>from Jacqueline Wernick Reed Smith LLP - Los<br>Angeles to Drucilla Edwards W.R. Grace &<br>Co.-Conn. (CAMBRIDGE MA 02140) | 10.57 |
| 03/21/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 30 COPIES | 3.00 |
| 03/21/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 17 COPIES | 1.70 |

172573 W. R. Grace & Co.                    Invoice Number  2258599
50001  Correa v. W.R. Grace                 Page   5
April 26, 2012


03/21/12   Secretarial Overtime: Prepare document          8.75
           production for duplication

03/22/12   Duplicating/Printing/Scanning                   42.80
           ATTY # 10886; 428 COPIES

03/22/12   Duplicating/Printing/Scanning                    .10
           ATTY # 000349: 1 COPY

03/22/12   Duplicating/Printing/Scanning                    .10
           ATTY # 000349: 1 COPY

03/22/12   Duplicating/Printing/Scanning                    .30
           ATTY # 000349: 3 COPIES

03/23/12   Duplicating/Printing/Scanning                   3.10
           ATTY # 000349: 31 COPIES

03/23/12   Duplicating/Printing/Scanning                   3.20
           ATTY # 000349: 32 COPIES

03/23/12   Duplicating/Printing/Scanning                   1.80
           ATTY # 000349: 18 COPIES

03/26/12   Duplicating/Printing/Scanning                   27.40
           ATTY # 10886; 274 COPIES

03/26/12   Duplicating/Printing/Scanning                    .10
           ATTY # 000349: 1 COPY

03/26/12   Duplicating/Printing/Scanning                    .10
           ATTY # 000349: 1 COPY

03/26/12   Duplicating/Printing/Scanning                   2.20
           ATTY # 000349: 22 COPIES

03/26/12   Duplicating/Printing/Scanning                    .30
           ATTY # 000349: 3 COPIES

03/26/12   Duplicating/Printing/Scanning                   3.80
           ATTY # 000349: 38 COPIES

03/26/12   Duplicating/Printing/Scanning                   4.40
           ATTY # 000349: 44 COPIES

03/26/12   Duplicating/Printing/Scanning                    .80
           ATTY # 000349: 8 COPIES

03/26/12   Duplicating/Printing/Scanning                   1.30
           ATTY # 000349: 13 COPIES

172573 W. R. Grace & Co.                      Invoice Number  2258599
50001  Correa v. W.R. Grace                   Page   6
April 26, 2012


03/26/12    Duplicating/Printing/Scanning                    1.90
            ATTY # 000349: 19 COPIES

03/26/12    Duplicating/Printing/Scanning                    2.20
            ATTY # 000349: 22 COPIES

03/26/12    Duplicating/Printing/Scanning                    3.10
            ATTY # 000349: 31 COPIES

03/26/12    Duplicating/Printing/Scanning                    3.20
            ATTY # 000349: 32 COPIES

03/26/12    Duplicating/Printing/Scanning                    3.40
            ATTY # 000349: 34 COPIES

03/27/12    Duplicating/Printing/Scanning                     .20
            ATTY # 000349: 2 COPIES

03/27/12    Duplicating/Printing/Scanning                    1.30
            ATTY # 000349: 13 COPIES

03/27/12    Duplicating/Printing/Scanning                    2.20
            ATTY # 000349: 22 COPIES

03/27/12    Postage Expense                                  2.80
            Postage Expense: ATTY # 010886 User: Equitrac By

03/30/12    Duplicating/Printing/Scanning                     .20
            ATTY # 000349: 2 COPIES

03/30/12    Duplicating/Printing/Scanning                     .10
            ATTY # 000349: 1 COPY

03/30/12    Duplicating/Printing/Scanning                     .10
            ATTY # 000349: 1 COPY

03/30/12    Duplicating/Printing/Scanning                     .10
            ATTY # 000349: 1 COPY

03/30/12    Duplicating/Printing/Scanning                     .10
            ATTY # 000349: 1 COPY

03/30/12    Duplicating/Printing/Scanning                     .10
            ATTY # 000349: 1 COPY

03/30/12    Duplicating/Printing/Scanning                     .10
            ATTY # 000349: 1 COPY

03/30/12    Duplicating/Printing/Scanning                     .10
            ATTY # 000349: 1 COPY

```
172573 W. R. Grace & Co.                    Invoice Number  2258599
50001  Correa v. W.R. Grace                 Page   7
April 26, 2012
```

| | | |
|---|---|---|
| 03/30/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPY | .10 |
| 03/30/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPY | .10 |
| 03/30/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPY | .10 |
| 03/30/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 12 COPIES | 1.20 |
| 03/30/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 12 COPIES | 1.20 |
| 03/30/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 12 COPIES | 1.20 |
| 03/30/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 12 COPIES | 1.20 |

```
                        CURRENT EXPENSES                  548.16
                                                     -------------
            TOTAL BALANCE DUE UPON RECEIPT              $548.16
                                                     ==============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                   Pittsburgh, PA  15251-6074
                     Tax ID# 25-0749630


W.R. Grace & Co.                  Invoice Number      2258600
7500 Grace Drive                  Invoice Date      04/26/12
Columbia, Maryland 21044          Client Number       172573
USA
```

==============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

```
        Fees                           0.00
        Expenses                     765.00

              TOTAL BALANCE DUE UPON RECEIPT        $765.00
                                                 =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2258600
7500 Grace Drive                          Invoice Date      04/26/12
Columbia, Maryland 21044                  Client Number       172573
USA                                       Matter Number        60026


================================================================================

Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

        PACER                                    2.00
        Duplicating/Printing/Scanning           31.60
        Postage Expense                          6.40
        Courier Service - Outside                5.00
        Outside Duplicating                    720.00

                    CURRENT EXPENSES                      765.00
                                                    -------------

                    TOTAL BALANCE DUE UPON RECEIPT        $765.00
                                                    =============

```
                        REED SMITH LLP
                        PO Box 360074M
                   Pittsburgh, PA  15251-6074
                     Tax ID# 25-0749630


W.R. Grace & Co.                    Invoice Number    2258600
7500 Grace Drive                    Invoice Date     04/26/12
Columbia, Maryland 21044            Client Number     172573
USA                                 Matter Number       60026
```

==============================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 02/16/12 | Outside Duplicating<br>Vendor: Ikon-John Lord Mailout - Envelopes/Mailout | 720.00 |
| 02/27/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 02/27/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 02/27/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 02/27/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 02/29/12 | PACER | 2.00 |
| 03/01/12 | Duplicating/Printing/Scanning<br>ATTY # 0718; 126 COPIES | 12.60 |
| 03/01/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 10 COPIES | 1.00 |
| 03/01/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 10 COPIES | 1.00 |
| 03/01/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 12 COPIES | 1.20 |
| 03/01/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 18 COPIES | 1.80 |
| 03/01/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 18 COPIES | 1.80 |

172573 W. R. Grace & Co.                        Invoice Number  2258600
60026  Litigation and Litigation Consulting     Page   2
April 26, 2012


03/02/12   Postage Expense                                       3.00
           Postage Expense: ATTY # 000718 User: Equitrac By

03/13/12   Courier Service - Outside -- VENDOR: AL STILES:        5.00
           Hand Delivery to Judge Fitzgerald at Bankruptcy
           Court (3/5/12)

03/13/12   Duplicating/Printing/Scanning                         1.80
           ATTY # 000559: 18 COPIES

03/27/12   Duplicating/Printing/Scanning                         1.10
           ATTY # 000559: 11 COPIES

03/27/12   Duplicating/Printing/Scanning                         1.60
           ATTY # 000559: 16 COPIES

03/27/12   Duplicating/Printing/Scanning                          .10
           ATTY # 000559: 1 COPY

03/27/12   Duplicating/Printing/Scanning                          .10
           ATTY # 000559: 1 COPY

03/27/12   Duplicating/Printing/Scanning                          .10
           ATTY # 000559: 1 COPY

03/27/12   Duplicating/Printing/Scanning                         1.00
           ATTY # 000559: 10 COPIES

03/28/12   Duplicating/Printing/Scanning                          .40
           ATTY # 000559: 4 COPIES

03/28/12   Duplicating/Printing/Scanning                         1.60
           ATTY # 000559: 16 COPIES

03/28/12   Duplicating/Printing/Scanning                         1.60
           ATTY # 000559: 16 COPIES

03/29/12   Duplicating/Printing/Scanning                         1.80
           ATTY # 000559: 18 COPIES

03/29/12   Postage Expense                                       3.40
           Postage Expense: ATTY # 000718 User: Equitrac By

                        CURRENT EXPENSES                       765.00
                                                           ------------
                TOTAL BALANCE DUE UPON RECEIPT               $765.00
                                                           ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2258601
7500 Grace Drive                          Invoice Date      04/26/12
Columbia, Maryland 21044                  Client Number       172573
USA


==============================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

         Fees                            0.00
         Expenses                       20.20

                 TOTAL BALANCE DUE UPON RECEIPT          $20.20
                                                  ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                      Invoice Number      2258601
7500 Grace Drive                      Invoice Date        04/26/12
Columbia, Maryland 21044              Client Number        172573
USA                                   Matter Number         60033

===============================================================================

Re:  Claim Analysis Objection Resolution & Estimation
     (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Duplicating/Printing/Scanning               20.20

                        CURRENT EXPENSES                   20.20
                                                    -------------

                TOTAL BALANCE DUE UPON RECEIPT           $20.20
                                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                         Invoice Number      2258601
7500 Grace Drive                         Invoice Date      04/26/12
Columbia, Maryland 21044                 Client Number       172573
USA                                      Matter Number        60033

================================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

    02/07/12   Duplicating/Printing/Scanning                 20.20
               ATTY # 0559; 202 COPIES

                        CURRENT EXPENSES                     20.20
                                                        ------------
                TOTAL BALANCE DUE UPON RECEIPT             $20.20
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number    2258602
62 Whittemore Avenue                      Invoice Date    04/26/12
Cambridge, MA  02140                      Client Number      172573

===============================================================================

Re: W. R. Grace & Co.


(60041)  Specifications Inquiry

        Fees                             0.00
        Expenses                        16.97

                 TOTAL BALANCE DUE UPON RECEIPT          $16.97
                                                    =============

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
W.R. Grace & Co.                    Invoice Number      2258602
62 Whittemore Avenue                Invoice Date        04/26/12
Cambridge, MA  02140                Client Number        172573
                                    Matter Number         60041
```

==============================================================================

Re: Specifications Inquiry


FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
        Telephone Expense                     0.15
        Duplicating/Printing/Scanning         0.60
        Telephone - Outside                  16.22
                        CURRENT EXPENSES                   16.97
                                                    -------------

                TOTAL BALANCE DUE UPON RECEIPT           $16.97
                                                    =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                    Invoice Number    2258602
62 Whittemore Avenue               Invoice Date      04/26/12
Cambridge, MA  02140               Client Number      172573
                                    Matter Number       60041


==============================================================================

Re: (60041)  Specifications Inquiry


FOR COSTS ADVANCED AND EXPENSES INCURRED:

    01/26/12    Telephone - Outside                      16.22
                Global Crossing Inv No: 9033668006 -  KLAPPER,
                ANTONY

    03/01/12    Duplicating/Printing/Scanning              .30
                ATTY # 000396: 3 COPIES

    03/01/12    Duplicating/Printing/Scanning              .30
                ATTY # 000396: 3 COPIES

    03/16/12    Telephone Expense                          .15
                16174983826/CAMBRIDGE, MA/3

                        CURRENT EXPENSES             16.97
                                                 ------------
                TOTAL BALANCE DUE UPON RECEIPT        $16.97
                                                 =============