# EXHIBIT B

W.R. Grace & Co.
Case No. 01-01139 (JKF)
**Core Group Service List/Labels**
**Document No. 34089**

**VIA FIRST CLASS MAIL**

Michael B. Joseph, Esquire
Ferry & Joseph & Pearce, P.A.
P.O. Box 1351
824 Market Street, Suite 1000
Wilmington, DE 19899

**VIA FIRST CLASS MAIL**

Teresa K.D. Currier, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**

John Donley, Esquire
Adam Paul, Esquire
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

**VIA FIRST CLASS MAIL**

Laura Davis Jones, Esquire
James O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street
17th Floor
Wilmington, DE 19899-8705

**VIA FIRST CLASS MAIL**

David Klauder, Esquire
Office of the U.S. Trustee
844 King Street, Room 2311
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**

Richard C. Finke, Esquire
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**VIA FIRST CLASS MAIL**

William S. Katchen, Esquire
Duane Morris LLP
744 Broad Street, Suite 1200
Newark, NJ 07102

**VIA FIRST CLASS MAIL**

Scott L. Baena, Esquire
Richard M. Dunn, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod
2500 First Union Fin. Center
200 S. Biscayne Blvd.
Miami, FL 33131-2336

**VIA FIRST CLASS MAIL**

David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

**VIA FIRST CLASS MAIL**

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500

**VIA FIRST CLASS MAIL**

Lewis Kruger, Esquire
Stroock, Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

**VIA FIRST CLASS MAIL**

Warren H. Smith
Warren H. Smith and Associates
Republic Center
325 N. St. Paul, Suite 1250
Dallas, TX 75201

**VIA FIRST CLASS MAIL**

Thomas M. Mayer, Esquire
Philip Bentley, Esquire
Robert S. Schmidt, Esquire
Kramer Levin Naftalis & Frankel
1177 Ave. of the Americas
New York, NY 10036

**VIA FIRST CLASS MAIL**

Roger J. Higgins, Esquire
The Law Offices of Roger Higgins LLC
111 East Wacker Drive, Suite 2800
Chicago, IL 60601

**VIA VIA FIRST CLASS MAIL**

Marla Rosoff Eskin, Esquire
Mark T. Hurford, Esquire
Campbell & Levine, LLC
800 King Street., Suite 300
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
Michael R. Lastowski, Esquire
Duane Morris LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801