**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO., et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| *Debtors.* | § | Jointly Administered |
| | § | |
| | § | Objection Deadline: 5/29/12; 4:00 p.m., ET |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF ALEXANDER M. SANDERS, JR. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS FOR THE THIRTY-FOURTH MONTHLY INTERIM PERIOD FROM APRIL 1, 2012 THROUGH APRIL 30, 2012**

Name of Applicant:    Hon. Alexander M. Sanders, Jr.

Authorized to Provide Services To:    Future Asbestos-Related Property Damage Claimants and Holders of Demands

Date of Retention:    September 22, 2008 (*nunc pro tunc*)

Period for Which Compensation
and Reimbursement is Sought:    April 1, 2012 through April 30, 2012

Amount of Fees Sought as Actual
Reasonable and Necessary:    $4,716.00  [80% of $5,895.00]

Amount of Expenses Sought as
Actual, Reasonable and Necessary:    $1,051.60

This is a(n):    ☒Monthly    ☐Interim    ☐Final Application

## PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 2/26/2009 | Inception to 2-26-2009 | $15,428.00 | $0 | Paid | Paid |
| 4/6/2009 | 2-26-2009 to 3-31-2009 | $17,892.00 | $2,305.49 | Paid | Paid |
| 5/27/2009 | 4-1-2009 to 4-30-2009 | $864.00 | $0 | Paid | Paid |
| 6/5/2009 | 5-1-2009 to 5-31-2009 | $16,308.00 | $747.20 | Paid | Paid |
| 7/23/2009 | 6-1-2009 to 6-30-2009 | $2,844.00 | $0 | Paid | Paid |
| 10/7/2009 | 7-1-2009 to 7-31-2009 | $8,460.00 | $0 | Paid | Paid |
| 10/7/2009 | 8-1-2009 to 8-31-2009 | $3,168.00 | $0 | Paid | Paid |
| 10/7/2009 | 9-1-2009 to 9-30-2009 | $38,304.00 | $3,904.58 | Paid | Paid |
| 11/4/2009 | 10-1-2009 to 10-31-2009 | $11,664.00 | $1,336.21 | Paid | Paid |
| 12/7/2009 | 11-1-2009 to 11-30-2009 | $5,292.00 | $0 | Paid | Paid |
| 1/7/2010 | 12-1-2009 to 12-31-2009 | $1,440.00 | $37.00 | Paid | Paid |
| 2/9/2010 | 1-1-2010 to 1-31-2010 | $18,972.00 | $2,992.32 | Paid | Paid |
| 3/12/2010 | 2-1-2010 to 2-28-2010 | $360.00 | $30.00 | Paid | Paid |
| 4/20/2010 | 3-1-2010 to 3-31-2010 | $2,016.00 | $0 | Paid | Paid |
| 5/5/2010 | 4-1-2010 to 4-30-2010 | $1,332.00 | $72.00 | Paid | Paid |
| 6/3/2010 | 5-1-2010 to 5-31-2010 | $2,484.00 | $0 | Paid | Paid |
| 9/17/2010 | 6-1-2010 to 6-30-2010 | $3,348.00 | $30.00 | Paid | Paid |
| 10/26/2010 | 7-1-2010 to 9-30-2010 | $390.00 | $30.00 | Paid | Paid |
| 12/1/2010 | 10-1-2010 to 11-30-2010 | $972.00 | $0 | Paid | Paid |

---

[1] At 80% of the total incurred.

| 1/6/2011 | 12-1-2010 to 12-31-2010 | $4,248.00 | $58.00 | Paid | Paid |
|---|---|---|---|---|---|
| 2/3/2011 | 1-1-2011 to 1-31-2011 | $5,184.00 | $0 | Paid | Paid |
| 3/15/2011 | 2-1-2011 to 2-28-2011 | $5,832.00 | $1,348.39 | Paid | Paid |
| 4/5/2011 | 3-1-2-11 to 3-31-2011 | $3,348.00 | $235.00 | Paid | Paid |
| 5/10/2011 | 4-1-2011 to 4-30-2011 | $1,188.00 | $0 | Paid | Paid |
| 6/8/2011 | 5-1-2011 to 5-31-2011 | $11,052.00 | $0 | Paid | Paid |
| 7/5/2011 | 6-1-2011 to 6-30-2011 | $5,724.00 | $872.11 | Paid | Paid |
| 8/1/2011 | 7-1-2011 to 7-31-2011 | $3,456.00 | $0 | Paid | Paid |
| 9/13/2011 | 8-1-2011 to 8-31-2011 | $648.00 | $0 | Paid | Paid |
| 10/13/2011 | 9-1-2011 to 9-30-2011 | $1,476.00 | $0 | Paid | Paid |
| 11/15/2011 | 10-1-2011 to 10-31-2011 | $1,980.00 | $0 | Paid | Paid |
| 2/3/2012 | 12-1-2012 to 12-31-2012 | $240.00 | $30.00 | Paid | Paid |
| 2/3/2012 | 1-1-2012 to 1-31-2012 | $3,096.00 | $0 | Paid | Paid |
| 3/9/2012 | 2-1-2012 to 2-29-2012 | $4,212.00 | $30.00 | Paid | Paid |

Alexander M. Sanders, Jr. is the only attorney providing services in this Fee Application period. Judge Sanders has practiced law for over 45 years, and his billing rate is $450 per hour. In this Application period Judge Sanders billed 13.1 hours,[2] for a total amount billed of $5,895.00, of which 80% is currently sought, in the amount of $4,716.00. Reimbursement of 100% of expenses incurred, $1,051.60 is also sought. This Application seeks a total of $5,767.60.

---

[2] Non-Productive travel time, if any, is included in this figure, but at 50% of the actual time.

As stated above, this is the Thirty-Fourth application for monthly fees and expenses. The time for preparation of this Application is approximately .7 hours, for which $455.00 will be requested in a future application of my counsel.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 13.1 | $5,895.00 |
| TOTAL | 13.1 hours | $5,895.00 |

## EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Travel | $1,051.60 |
| TOTAL | $1,051.60 |

Detail of the fees and expenses billed is attached hereto as Exhibit A.

[Remainder of page intentionally blank]

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

**CERTIFICATE OF SERVICE**

I certify that on the 9th day of May, 2012, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

*ALEXANDER M. SANDERS, JR.*
*Attorney at Law*
*19 Water Street*
*Charleston, South Carolina 29401*

## INVOICE FOR PROFESSIONAL SERVICES 4/1/12 – 4/30/12

As Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands

*In re W. R. Grace,* No. 01-1139 (Bankr.D.Del)

| Date | Services Performed | Time |
|---|---|---|
| 4/20/12 | Review of Judge Buckwalter's order of April 10, 2012, establishing the hearing on May 1, 2012, to address Garlock's Motion pursuant to Rule 59(e). | 0.4 |
| | Review of Garlock's motion for re-argument, rehearing and/or to alter or amend the judgment (with exhibits) (approx.. 200 pages reviewed 4/20/12) | 3.0 |
| 4/21/12 | Continued review of Garlock's motion for re-argument, etc., from 4/20/12 (approx. 100 additional pages) | 1.0 |
| 4/22/12 | Review of appellees' brief in opposition to Garlock's motion for re-argument, etc. | 0.6 |
| | Review of Plan Proponents' Sur-reply re: Garlock's motion for reconsideration | 0.6 |
| | Review of Garlock's reply in support of its motion for re-argument, etc. (with exhibit) | 0.6 |
| 4/24/12 | Exchange of e-mail with Alan Rich, Esq.., re: W.R. Grace's motion for order approving settlements with the Libby claimants and BASF RR Co. | 0.2 |
| | Review of W.R. Grace's motion for order approving the settlements (approx.. 120 pages) | 2.0 |

## INVOICE 4/1/12 – 4/30/12
Page 2

| | | |
|---|---|---|
| 4/25/12 | Exchange of e-mail with Alan Rich, Esq. re: certain settlements outside of proposed Court approvals and how certain attorney fees will be handled. | 0.2 |
| 4/30/12 | Trip Charleston, SC, to Philadelphia, PA, and return, to attend hearing before Judge Buckwalter, scheduled for May 1, 2012: 2:30 p.m., left Charleston. Arrived at hotel, 6:30 p.m. Upon arrival at hotel, learned that hearing had been cancelled. Immediately left hotel and returned to airport for flight back to Charleston. 11:30 p.m. arrived in Charleston. (9 hours billed @ one-half) | 4.5 |

13.1 hours @ $450/hour     $    5,895.00

Expenses                              1,051.60
(Receipts Attached)

      TOTAL:         $    6,946.60

## Expenses

Travel to Philadelphia, P.A., and return to Charleston, SC, for hearing before Judge Buckwalter, 4/30/2012:

| | | |
|---|---|---:|
| Airfare | (With changes) | $ 967.60 |
| Taxi | (From airport to hotel) | 34.50 |
| | (From hotel to airport) | 34.50 |
| Airport Parking | (Charleston, SC) | 15.00 |
| | TOTAL EXPENSES | $ 1,051.60 |