


AFFIDAVIT OF PERFORMANCE

Before me, a Notary Public, personally appeared Diana Russitt,

who being duly sworn, deposes and says that the following ads ran for

customer name SK Advertising, account # 60084437
BMC Group – WR Grace

on the following dates,
Thursday 4/26/12

in the Billings Gazette, 401 N. Broadway, Billings, MT 59101

[signature] 5/1/12
Signature Date

State of Montana
County of Yellowstone
Sworn and Subscribed before me

this 1 day of May, 2012

[signature]
Notary Public Signature

SEAL
TERESA A COX
NOTARY PUBLIC for the
State of Montana
Residing at Billings, Montana
My Commission Expires
August 31, 2013

reme Court, which in 2006 iiled to settle the matter. In a lurality, the Supreme Court jected the claim that only avigable waters could be gulated by the Clean Wa-r Act, but it also recognized navigable" as having some ower over what was regulat-l. It also ruled that "waters the United States" had to relatively permanent.

Since the Rapanos deci-on, the opponents to Clean Vater Act expansion have me as far as suggesting the rmy Corps and EPA could as far as regulating puddles d melting snow, an issue hberg raised Wednesday.

But not everyone sees a deral puddle patrol on the orizon. John Youngberg, ce president of governmen-l affairs for the Montana rm Bureau Federation, said panding the Clean Water t could result in things like ain elevators and feedlots ing thwarted by dry or near y water features that serve drainage. In other words, ponents to farm projects uld use an expanded Clean ater Act as a tool to stop em.

# r bankruptcy

id the City of Hardin is iming $79,300.

NorthWestern En-gy, in Butte, has a claim r $109,567, while Warren ansport Inc. in Billings has laim for $79,306.

Company representatives d not immediately return lls seeking comment. The -megawatt plant began erating in April 2006.


the Best

t your contractor painter use sburgh Paints he best color selection nd quality.

Talk to Pam nd her crew at:


# confirmed a false report

**Gazette Staff**

Billings police confirmed Wednesday the report of a shooting on Terry Avenue Tuesday was not a shooting.

Lt. Kevin Iffland said the victim of the altercation was not shot, and weapons were not involved in the altercation.

The incident is being reported as a misdemeanor assault and police are still looking for the suspect.

Tuesday, an 8-year-old thought he heard and saw his neighbor shoot a man in the stomach outside the man's house at 926 Terry Ave. He told his mom what he thought he witnessed and she called the police.

When police arrived, they saw no indication of a shooting.


Sign up for The Gazette in your e-mail at

**billingsgazette.com**


**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: W. R. GRACE & CO., et al., Debtors. | Chapter 11 • Case No. 01-01139 (JKF) (Jointly Administered) |

**NOTICE OF MOTION FOR APPROVAL OF (A) SETTLEMENT BETWEEN W. R. GRACE & CO. AND LIBBY CLAIMANTS, (B) TRANSITION OF LIBBY MEDICAL PROGRAM, AND (C) SETTLEMENT BETWEEN W. R. GRACE & CO. AND BNSF RAILWAY COMPANY**

PLEASE TAKE NOTICE that on May 23, 2012 at 8:30 a.m., or as soon thereafter as counsel may be heard, a motion (the "Motion") of W. R. Grace & Co. and certain of its affiliates as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), will be heard (the "Hearing") by the Honorable Judith K. Fitzgerald, United States Bankruptcy Judge, in Courtroom #1 of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"). The Motion seeks approval of the settlement between the Debtors and certain individuals who have asserted personal injury claims in these chapter 11 cases and have been represented by the McGarvey, Heberling, Sullivan & McGarvey, P.C; Lewis, Slovak, Kovacich & Marr, P.C.; and Murtha Cullina, LLP law firms (the "Libby Claimants"). The proposed settlement (a) resolves certain appeals and objections of the Libby Claimants in these chapter 11 cases; (b) transitions the operation and administration of the Libby Medical Program to a trust funded in accordance with the terms of the settlement agreement between the Debtors and the Libby Claimants; and (c) resolves certain appeals and objections of BNSF Railway Company in these chapter 11 cases.

PLEASE TAKE FURTHER NOTICE that the Hearing may be continued from time to time by the Bankruptcy Court or by the Debtors without further notice other than such adjournment being announced in open court or by a notice of adjournment filed with the Bankruptcy Court and served on other parties entitled to notice.

PLEASE TAKE FURTHER NOTICE that any objections (each, an "Objection") to the Motion must: (a) be in writing; (b) comply with the Federal Rules of Bankruptcy Procedure and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware; (c) state the name and address of the objecting party; (d) state with particularity the legal and factual basis for such Objection; and (e) be filed with the Bankruptcy Court (contemporaneously with proof of service) and served so as to be received by the Debtors at the address below no later than May 4, 2012 at 4:00 p.m. (prevailing Eastern Time). **If you do not object to the relief requested, an order will be presented to the Court and the relief requested may be granted.**

PLEASE TAKE FURTHER NOTICE that copies of the Motion and all related documents are available free of charge from BMC Group, Inc., the Debtors' claims and noticing agent, by: (a) calling 1-888-909-0100, or (b) visiting the Debtors' restructuring website at http://www.bmcgroup.com/wrgrace. Copies of all documents filed in these chapter 11 cases are also available for a fee on the Bankruptcy Court's PACER website at www.deb.uscourts.gov.

/s/ Adam C. Paul • **KIRKLAND & ELLIS LLP** • Adam C. Paul • John Donley, P.C.
300 North LaSalle Street • Chicago, IL 60654 • (312) 862-2000
*Counsel for the Debtors and Debtors In Possession*


**SAVE 60%**
**on a certificate toward drinks at Fat Fender Freddy's. $20 value for only $8!**

Fat Fender Freddy's