# AFFIDAVIT OF PUBLICATION
# THE MISSOULIAN

500 S. Higgins Ave.
Missoula, MT 59801
Phone: (406) 523-5236   Fax: (406) 523-5221

Ad Number: 2022426

**Chris Arvish**, being first duly sworn, deposes and says. That she is the principal clerk of The Missoulian, a newspaper of general circulation published daily in the City of Missoula, in the County of Missoula, State of Montana, and has charge of the Advertisements thereof.

That the: WR Grace, legal regarding:
a true copy of which is hereto annexed, was published in said newspaper on the following dates: via:

April 25, 2012

Making all __1__ publication(s)

On this day of April 27, 2012 before me, the undersigned, a Notary Public for the State of Montana, personally appeared _____**Chris Arvish**_____ known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed same. IN WITNESS WHERFOF, I have hereunto set my hand and affixed my notarial seal the day and year first above written.

NOTARY PUBLIC for the State of Montana
Residing at Lolo, MT

My commission expires: October 27, 2013

---

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

In re: W. R. GRACE & CO., et al., Debtors.
Chapter 11 • Case No. 01-01139 (JKF)
(Jointly Administered)

**NOTICE OF MOTION FOR APPROVAL OF (A) SETTLEMENT BETWEEN W. R. GRACE & CO. AND LIBBY CLAIMANTS, (B) TRANSITION OF LIBBY MEDICAL PROGRAM, AND (C) SETTLEMENT BETWEEN W. R. GRACE & CO. AND BNSF RAILWAY COMPANY**

PLEASE TAKE NOTICE that on May 23, 2012 at 8:30 a.m., or as soon thereafter as counsel may be heard, a motion (the "Motion") of W. R. Grace & Co. and certain of its affiliates as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), will be heard (the "Hearing") by the Honorable Judith K. Fitzgerald, United States Bankruptcy Judge, in Courtroom #1 of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"). The Motion seeks approval of the settlement between the Debtors and certain individuals who have asserted personal injury claims in these chapter 11 cases and have been represented by the McGarvey, Heberling, Sullivan & McGarvey, P.C.; Lewis, Slovak, Kovacich & Marr, P.C.; and Murtha Cullina, LLP law firms (the "Libby Claimants"). The proposed settlement (a) resolves certain appeals and objections of the Libby Claimants in these chapter 11 cases; (b) transitions the operation and administration of the Libby Medical Program to a trust funded in accordance with the terms of the settlement agreement between the Debtors and the Libby Claimants; and (c) resolves certain appeals and objections of BNSF Railway Company in these chapter 11 cases.

PLEASE TAKE FURTHER NOTICE that the Hearing may be continued from time to time by the Bankruptcy Court or by the Debtors without further notice other than such adjournment being announced in open court or by a notice of adjournment filed with the Bankruptcy Court and served on other parties entitled to notice.

PLEASE TAKE FURTHER NOTICE that any objections (each, an "Objection") to the Motion must: (a) be in writing; (b) comply with the Federal Rules of Bankruptcy Procedure and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware; (c) state the name and address of the objecting party; (d) state with particularity the legal and factual basis for such Objection; and (e) be filed with the Bankruptcy Court (contemporaneously with proof of service) and served so as to be received by the Debtors at the address below no later than May 4, 2012 at 4:00 p.m. (prevailing Eastern Time). If you do not object to the relief requested, an order will be presented to the Court and the relief requested may be granted.

PLEASE TAKE FURTHER NOTICE that copies of the Motion and all related documents are available free of charge from BMC Group, Inc., the Debtors' claims and noticing agent, by: (a) calling 1-888-909-0100, or (b) visiting the Debtors' restructuring website at http://www.bmcgroup.com/wrgrace. Copies of all documents filed in these chapter 11 cases are also available for a fee on the Bankruptcy Court's PACER website at www.deb.uscourts.gov.

/s/ Adam C. Paul • KIRKLAND & ELLIS LLP • Adam C. Paul • John Donley, P.C. • 300 North LaSalle Street • Chicago, IL 60654 • (312) 862-2000
*Counsel for the Debtors and Debtors in Possession*

---

CHRISTINE N. HECKER
NOTARY PUBLIC for the
State of Montana
Residing at Lolo, MT
My Commission Expires
October 27, 2013.