AFFIDAVIT OF PUBLICATION

STATE OF MONTANA
County of Lincoln

I, Suzanne Resch, solemnly swear that I am the Clerk of **The Western News**, a semiweekly newspaper of general circulation published twice each week at Libby in Lincoln County. A(n) **LEGAL NOTICE** was published in said The Western News for **ONE** publication(s), the first publication having been made on the 27th Day of **April, 2012**. And the last on the 27th Day of **April, 2012**; that said notice was published in the regular and entire issue of every number of the paper during the periods and times of publications, and that the notice was published in the newspaper proper and not in supplement.

Subscribed and sworn to before me
This 27th day of April, 2012

Notary Public for the State of Montana
Residing at Libby, Montana
My commission expires April 14, 2013



**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

In re: W. R. GRACE & CO., et al.,
Debtors.

Chapter 11 • Case No. 01-01139 (JKF)
(Jointly Administered)

**NOTICE OF MOTION FOR APPROVAL OF (A) SETTLEMENT BETWEEN W. R. GRACE & CO. AND LIBBY CLAIMANTS, (B) TRANSITION OF LIBBY MEDICAL PROGRAM, AND (C) SETTLEMENT BETWEEN W. R. GRACE & CO. AND BNSF RAILWAY COMPANY**

PLEASE TAKE NOTICE that on May 23, 2012 at 8:30 a.m., or as soon thereafter as counsel may be heard, a motion (the "Motion") of W. R. Grace & Co. and certain of its affiliates as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), will be heard (the "Hearing") by the Honorable Judith K. Fitzgerald, United States Bankruptcy Judge, in Courtroom #1 of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"). The Motion seeks approval of the settlement between the Debtors and certain individuals who have asserted personal injury claims in these chapter 11 cases and have been represented by the McGarvey, Heberling, Sullivan & McGarvey, P.C.; Lewis, Slovak, Kovacich & Marr, P.C.; and Murtha Cullina, LLP law firms (the "Libby Claimants"). The proposed settlement (a) resolves certain appeals and objections of the Libby Claimants in these chapter 11 cases; (b) transitions the operation and administration of the Libby Medical Program to a trust funded in accordance with the terms of the settlement agreement between the Debtors and the Libby Claimants; and (c) resolves certain appeals and objections of BNSF Railway Company in these chapter 11 cases.

PLEASE TAKE FURTHER NOTICE that the Hearing may be continued from time to time by the Bankruptcy Court or by the Debtors without further notice other than such adjournment being announced in open court or by a notice of adjournment filed with the Bankruptcy Court and served on other parties entitled to notice.

PLEASE TAKE FURTHER NOTICE that any objections (each, an "Objection") to the Motion must: (a) be in writing; (b) comply with the Federal Rules of Bankruptcy Procedure and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware; (c) state the name and address of the objecting party; (d) state with particularity the legal and factual basis for such Objection; and (e) be filed with the Bankruptcy Court (contemporaneously with proof of service) and served so as to be received by the Debtors at the address below no later than May 4, 2012 at 4:00 p.m. (prevailing Eastern Time). If you do not object to the relief requested, an order will be presented to the Court and the relief requested may be granted.

PLEASE TAKE FURTHER NOTICE that copies of the Motion and all related documents are available free of charge from BMC Group, Inc., the Debtors' claims and noticing agent, by: (a) calling 1-888-909-0100, or (b) visiting the Debtors' restructuring website at http://www.bmcgroup.com/wrgrace. Copies of all documents filed in these chapter 11 cases are also available for a fee on the Bankruptcy Court's PACER website at www.deb.uscourts.gov.

/s/ Adam C. Paul • KIRKLAND & ELLIS LLP • Adam C. Paul • John Donley, P.C.
300 North LaSalle Street • Chicago, IL 60654 • (312) 862-2000
*Counsel for the Debtors and Debtors in Possession*