

USA TODAY Advertising
7950 Jones Branch Drive • McLean, Virginia 22108



## VERIFICATION OF PUBLICATION

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX**

Being duly sworn, Toussaint Hutchinson says that he is the principal clerk of USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted with the facts stated herein: on **Thursday, April 26, 2012** the following legal advertisement – **In re: W. R. GRACE & CO., et al.** - was published in the national edition of **USA TODAY**.

_____
Principal Clerk of USA TODAY
April 26, 2012

This 26th day of April month
2012 year.

_____
Notary Public



out because they have not ...
trust and the support of her close family.

"She still has this mystique. She keeps herself looking attractive. There is still flirtation and a sense of intrigue in their relationship. And he seems more in love with her than ever."

It's helpful that the press and paparazzi coverage of the couple has been positive. The only thing even remotely characterized as a "misstep" was the shortness of Kate's hem at a recent engagement with the queen, Hayden says.

"Apparently it was rather too much for (the queen's) courtiers, so some of the tabloids started running commentary on her short skirts," he says. "It indicates that no matter what she does, she is going to be observed very closely, so some (in the press) will look for a negative angle to write about."

Still, because they have full-time security and live much of the time in far-away Wales, they are not subjected to the 24/7 stalking that Kate's sexy younger sister, Pippa Middleton, gets. That attention led last week to a photo of Pippa, 28, in a convertible in Paris with three French men, one of whom brandished a fake gun at pursuing paparazzi.

"But it has not impugned on Kate's standing with the public; take time before settling in to married life, that will not diminish them or her in any way in the public's eyes."

"They want to enjoy life," says Joseph. "They don't have a great deal of time together, so they want to enjoy it before moving on to the role of parent."

---



# MARKETPLACE TODAY
www.russelljohns.com/usatoday

A GANNETT COMPANY

Hours of operation: Mon. - Fri., 8:30 am - 6:00 pm [EST]
To advertise call **1.800.397.0070** Toll-free in the U.S. only

## NOTICES

### LEGAL NOTICE

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

In re: W. R. GRACE & CO., et al.,
Debtors.

Chapter 11
Case No. 01-01139 (JKF)
(Jointly Administered)

**NOTICE OF MOTION FOR APPROVAL OF (A) SETTLEMENT BETWEEN W. R. GRACE & CO. AND LIBBY CLAIMANTS, (B) TRANSITION OF LIBBY MEDICAL PROGRAM, AND (C) SETTLEMENT BETWEEN W. R. GRACE & CO. AND BNSF RAILWAY COMPANY**

PLEASE TAKE NOTICE that on May 23, 2012 at 8:30 a.m., or as soon thereafter as counsel may be heard, a motion (the "Motion") of W. R. Grace & Co. and certain of its affiliates as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), will be heard (the "Hearing") by the Honorable Judith K. Fitzgerald, United States Bankruptcy Judge, in Courtroom #1 of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"). The Motion seeks approval of the settlement between the Debtors and certain individuals who have asserted personal injury claims in these chapter 11 cases and have been represented by the McGarvey, Heberling, Sullivan & McGarvey, P.C; Lewis, Slovak, Kovacich & Marr, P.C.; and Murtha Cullina, LLP law firms (the "Libby Claimants"). The proposed settlement (a) resolves certain appeals and objections of the Libby Claimants in these chapter 11 cases; (b) transitions the operation and administration of the Libby Medical Program to a trust funded in accordance with the terms of the settlement agreement between the Debtors and the Libby Claimants; and (c) resolves certain appeals and objections of BNSF Railway Company in these chapter 11 cases.

PLEASE TAKE FURTHER NOTICE that the Hearing may be continued from time to time by the Bankruptcy Court or by the Debtors without further notice other than such adjournment being announced in open court or by a notice of adjournment filed with the Bankruptcy Court and served on other parties entitled to notice.

PLEASE TAKE FURTHER NOTICE that any objections (each, an "Objection") to the Motion must: (a) be in writing; (b) comply with the Federal Rules of Bankruptcy Procedure and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware; (c) state the name and address of the objecting party; (d) state with particularity the legal and factual basis for such Objection; and (e) be filed with the Bankruptcy Court (contemporaneously with proof of service) and served so as to be received by the Debtors at the address below no later than May 4, 2012 at 4:00 p.m. (prevailing Eastern Time). If you do not object to the relief requested, an order will be presented to the Court and the relief requested may be granted.

PLEASE TAKE FURTHER NOTICE that copies of the Motion and all related documents are available free of charge from BMC Group, Inc., the Debtors' claims and noticing agent, by: (a) calling 1-888-909-0100, or (b) visiting the Debtors' restructuring website at http://www.bmcgroup.com/wrgrace. Copies of all documents filed in these chapter 11 cases are also available for a fee on the Bankruptcy Court's PACER website at www.deb.uscourts.gov.

/s/ Adam C. Paul • KIRKLAND & ELLIS LLP • Adam C. Paul • John Donley, P.C.
300 North LaSalle Street • Chicago, IL 60654 • (312) 862-2000
*Counsel for the Debtors and Debtors in Possession*

---

T

www.marketplace.usatoday.com

www.thedolphinbay.com

www.innofthegovernors.com

americansteamboatcompany.com

www.trainholidays.com

www.wynfrey.com