# BROWN & CONNERY
## LLP
ATTORNEYS AT LAW AND PROCTORS IN ADMIRALTY

360 Haddon Avenue
Post Office Box 539
Westmont, N.J. 08108

TELEPHONE (856) 854-8900
FACSIMILE (856) 858-4967
www.brownconnery.com

November 23, 2011
Bill Number: 123053
File Number: 513127-110800

Anderson Kill & Olick, PC
Attn: Robert T. Horkovich, Esq
One Gateway Center, Suite 1510
Newark, NJ 07102

Re: Anderson Kill & Olick, PC v Commissioner of Insurance of the State of New Jersey v. Integrity Insurance Company

Thru October 31, 2011

| Date | Atty | Services | Hours | Amount |
|---|---|---|---|---|
| 10/05/11 | JEW | Review retention letter; open file; review of appellant's brief. | 2.00 | 800.00 |
| 10/06/11 | JEW | Call to Sharperson re: questions on retainer letter; call from Sharperson re: changes in letter; reveiw of appellant's reply brief; review of respondent's brief. | 3.20 | 1,280.00 |
| 10/07/11 | JEW | Reread of appellant's brief and continued review of appendix. | 1.50 | 600.00 |
| 10/11/11 | JEW | Review of reply brief; telephone call from Sharperson re: conference call to discuss issues; call to Sharperson re: questions in Peterson report; call from Sharperson re: answers to questions. | 1.00 | 400.00 |
| 10/12/11 | JEW | Email from Sharperson re: proof of claims; review of disc with supplemental proof of claim; review of motion to supplement the record; review of Peterson's report; review memo of Law in Support of claimant's objections to Liquidator's Notices of Determination; prepare questions for appellate argument; review conflicts in some of the numbers in Peterson's report; review of answers to questions; review of certification in support of | 3.50 | 1,400.00 |

Payment for services are due upon receipt. Please contact our Firm Controller to make arrangements for payment by credit card and/or wire transfers.
Please make checks payable to Brown & Connery, LLP   E.I.N 21-0690243

Anderson Kill & Olick, PC
Page 2

November 23, 2011
Bill Number.: 123053

| Date | Atty | Services | Hours | Amount |
|---|---|---|---|---|
| 10/12/11 | | motion; email to Sharperson re: additional questions; review of respondent's letter brief in opposition to appellant's motion; review of reply brief to motion; schedule conference call; email questions re: response to Liquidator's objections. | | |
| 10/13/11 | JEW | Review of Liquidator's brief and Anderson report; prepare for conference call; conference with Horkovich, Chung & Sharperson re: appellate issues. | 3.70 | 1,480.00 |
| | | **Total For Services** | | $5,960.00 |

### Summary Of Services

| Hours | | Rate | Amount |
|---|---|---|---|
| 14.90 | John E. Wallace, Jr | 400.00 | 5,960.00 |

Total for Services and Expenses this Invoice    5,960.00

Amount Due                                   $   5,960.00

Payment for services are due upon receipt. Please contact our Firm Controller to make arrangements for payment by credit card and/or wire transfers.
Please make checks payable to Brown & Connery, LLP    E.I.N 21-0690243