**Matter 5**                          **Claim Analysis Objection & Resolution (Asbestos)**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| JSB | 12/5/2011 | Review correspondence/research re expunged claims and confer re same (.30); confer with R. Higgins and K. Makowski re expunged claims issues (.50); confer with A. Paul re same (.30); further confer with R. Higgins re same (.30). | 1.40 | $625 | $875.00 |
| JSB | 12/8/2011 | Review correspondence re PD claims and respond re same (.30); review follow up re same (.20). | .50 | $625 | $312.50 |
| JSB | 12/9/2011 | Review further correspondence and documents on PD issues (.50). | .50 | $625 | $312.50 |
| JSB | 12/12/2011 | Review correspondence on PD claim appeal and general status (.30). | .30 | $625 | $187.50 |
| Total | | | 2.70 | | $1,687.50 |