| | | | | |
|---|---|---|---|---|
| 10/5/2011 **DI 27718** | SMB | Review July 2009 2011 application of Phillips, Goldman & Spence, P.A. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| 11/18/2011 **DI 27919** | SMB | Review July 2011 application of Phillips, Goldman & Spence, P.A. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| 10/5/2011 **DI 27719** | SMB | Review August 2009 2011 application of Phillips, Goldman & Spence, P.A. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| 11/18/2011 **DI 27920** | SMB | Review August 2011 application of Phillips, Goldman & Spence, P.A. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| 10/5/2011 **DI 27720** | SMB | Review September 2009 2011 application of Phillips, Goldman & Spence, P.A. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| 11/18/2011 **DI 27921** | SMB | Review September 2011 application of Phillips, Goldman & Spence, P.A. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |