**Warren H. Smith & Associates, P.C.**

325 North St. Paul Street
Suite 1250
Dallas, TX  75201
Tax Id# 01-0584406

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

May 10, 2012

In Reference To:   Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #10931

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/2/2012 AL | Update database with Reed's February fee application (.2); Ferry's February fee application (.2); Capstone's February fee application (.2); Kramer's February fee application (.2); Ewing's February fee application (.2); Caplin's 43Q IR response (.1); receive and review email from Alan Rich re March (.1); update database with electronic copy of Rich's March electronic detail (.1); update database with Rich's March fee application (.2); draft email to Alan Rich re missing fee applications (.1); receive and review email from Alan Rich re February (.1); update database with Rich's February electronic detail (.1); update database with Alan Rich's February fee application (.2); receive and review email from B. Ruhlander re CoC (.1); Caplin's February electronic detail (.1); AKO's February electronic detail (.1); Campbell's February electronic detail (.1) | | 2.40 | 108.00 |
| 4/3/2012 JAW | detailed review of Capstone's February 2012 fee application (0.50) | | 0.50 | 77.50 |
| WHS | detailed review of FR Lauzon Belanger 43Q 10-12.11 | | 0.30 | 88.50 |
| AL | Receive and review email from W. Smith re approval of Lauzon's 43Q FR (.1); update database with same (.1); prepare Lauzon's 43Q FR for electronic filing (.2); electronic filing with the court of Lauzon's 43Q FR (.3); draft email to B. Ruhlander re same (.1) | | 0.80 | 36.00 |
| AL | Update database with PWC's January through February electronic detail (.1); receive, review and finalize K&E's 43rd Q IR (.3); update database with same (.1); draft email to B. Ruhlander re service of same (.1); receive, review and finalize Lincoln's 43rd Q IR (.3); update database with same (.1); draft email to B. Ruhlander re service of same (.1); receive and review email from B. Ruhlander re Hogan's 43rd Q FR (.1); update database with same (.2); draft email to W. Smith re approval of same (.1); update database with Blackstone's April electronic detail (.1); receive and review email from B. Ruhlander re Hogan's 43Q FR (.1); update database with same (.2); draft email to W. Smith re approval of Hogan's 43Q FR (.1); update database with K&E's February electronic detail (.1); Bilzin's February electronic detail (.1); receive and review email from Lincoln re November (.1); update | | 2.60 | 117.00 |

W.R. Grace & Co.                                                                                                              Page     2

|            |     |                                                                                                                              | Hours | Amount |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------|-------|--------|
|            |     | database with Lincoln's November electronic detail (.1); update database with Lincoln's November fee application (.2)         |       |        |
| 4/3/2012   | DTW | Review K&E 43rd initial report and email to B. Ruhlander re same (.1).                                                        | 0.10  | 16.50  |
|            | JAW | detailed review of Alan Rich's March 2012 fee application (0.20); draft summary of same (0.10)                                | 0.30  | 46.50  |
|            | JAW | Draft summary of Beveridge & Diamond's December 2011 fee application (0.9)                                                    | 0.90  | 139.50 |
|            | BSR | Draft initial report re Lincoln Partners' quarterly fee application for the 43rd interim period                               | 0.40  | 114.00 |
|            | JAW | detailed review of Stroock's February 2012 fee application (1.40)                                                             | 1.40  | 217.00 |
|            | BSR | Draft omnibus final report for the 43rd interim period                                                                        | 1.50  | 427.50 |
| 4/4/2012   | JAW | detailed review of Kramer Levin's February 2012 fee application (0.50); draft summary of same (0.10)                          | 0.60  | 93.00  |
|            | DTW | Review and revise 43rd interim initial report for Lincoln (.1).                                                               | 0.10  | 16.50  |
|            | JAW | detailed review of Foley Hoag's February 2012 fee application (0.50); draft summary of same (0.30)                            | 0.80  | 124.00 |
|            | JAW | Draft summary of Capstone's February 2012 fee application (0.10)                                                              | 0.10  | 15.50  |
|            | JAW | Draft summary of Stroock's February 2012 fee application (0.20)                                                               | 0.20  | 31.00  |
|            | JAW | detailed review of David Austern's October 1, 2011 to December 31, 2011 fee application (0.30); draft summary of same (0.10)  | 0.40  | 62.00  |
|            | JAW | detailed review of Saul Ewing's February 2012 fee application (0.30); draft summary of same (0.10)                            | 0.40  | 62.00  |
|            | JAW | detailed review of Ferry Joseph's February 2012 fee application (0.30); draft summary of same (0.20)                          | 0.50  | 77.50  |
|            | JAW | detailed review of Reed Smith's February 2012 fee application (0.50); draft summary of same (0.20)                            | 0.70  | 108.50 |
|            | BSR | receive, review, and respond to emails from Warren Smith re inclusion of certain applicants on the combined final report (43Q) | 0.20  | 57.00  |
|            | BSR | Draft combined final report for the 43rd interim period                                                                       | 1.20  | 342.00 |
|            | BSR | review copies of Global Restructuring engagement agreements for PwC sent in response to our initial report (43Q)              | 0.20  | 57.00  |

W.R. Grace & Co. Page 3

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 4/4/2012 | BSR | draft e-mail to Kirkland & Ellis re initial report (43Q) | 0.10 | 28.50 |
| | BSR | draft e-mail to Jason Solganick re initial report to Lincoln Partners (43Q) | 0.10 | 28.50 |
| | BSR | draft e-mail to Dan Hogan re final report for Lauzon Belanger (43Q) | 0.10 | 28.50 |
| | BSR | Draft final report regarding The Hogan Firm's quarterly application (43Q) | 1.10 | 313.50 |
| 4/5/2012 | JAW | detailed review of Linclon Partner's October 1, 2011 to December 31, 2011 fee application (0.50); draft summary of same (0.20) | 0.70 | 108.50 |
| | JAW | detailed review of Blackstone's February 2012 fee application (0.30); draft summary of same (0.10) | 0.40 | 62.00 |
| | AL | Update database with K&E's February fee application (.2); Blackstone's February fee application (.2) | 0.40 | 18.00 |
| 4/6/2012 | JAW | detailed review of Kirkland & Ellis' February 2012 fee application (5.50) | 5.50 | 852.50 |
| 4/9/2012 | JAW | Continued detailed review of Kirkland & Ellis' February 2012 fee application (4.10); draft summary of same (0.70) | 4.80 | 744.00 |
| | JAW | Draft e-mail to A. Lopez forwarding summaries prepared various applicants (0.20) | 0.20 | 31.00 |
| | BSR | receive, review, and respond to email from Robert Chung re AKO's 43rd quarterly fee application | 0.10 | 28.50 |
| | AL | Research Pacer for objections to WHSA's February fee application (.6); draft February CNO of WHSA (.5); update database with same (.1); electronic filing with the court of WHSA's February CNO (.3) | 1.50 | 67.50 |
| | AL | Receive and review email from J. Wehrmann re 43rd and 44th interims (.1); update database with Scholer's February (.1) Beveridge's January (.2) Pachulski's January (.1) Baer's February (.1) Beveridge's October through December (.2) Rich's March (.1) Capstone's February (.2) Stroock's February (.1) Ewing's February (.1) Ferry's February (.1) Reed's February (.2) Kamer's February (.1) Foley's February (.1) Blackstone's February (.1) K&E's February (.1) fee and expense summaries | 2.00 | 90.00 |
| | AL | update database with Bilzin's February fee application (.2); PWC's Jan & February fee applications (.2); Caplin's February fee application (.2); Charter's February fee application (.1); Campbell's February fee application (.2); AKO's February fee application (.2); Woodock's February fee application (.1); Woodcock's March electronic detail (.1) | 1.30 | 58.50 |
| 4/10/2012 | JAW | detailed review of Bilzin Sumberg's February 2012 fee application (0.20); draft summary of same (0.10) | 0.30 | 46.50 |
| | JAW | detailed review of Campbell & Levine's February 2012 fee application (0.50); draft summary of same (0.20) | 0.70 | 108.50 |

W.R. Grace & Co.                                                                                                           Page     4

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/10/2012 | JAW | detailed review of Woodcock & Washburn's February 2012 fee application (0.20); draft summary of same (0.10) | 0.30 | 46.50 |
|  | JAW | detailed review of Charter Oak's February 2012 fee application (0.50); draft summary of same (0.10) | 0.60 | 93.00 |
|  | JAW | detailed review of Caplin & Drysdale's February 2012 fee application (1.50); draft summary of same (0.10) | 1.50 | 232.50 |
|  | JAW | detailed review of Anderson Kill's February 2012 fee application (3.40); draft summary of same (0.10) | 3.50 | 542.50 |
| 4/11/2012 | JAW | detailed review of PwC's January 1, 2012 to February 29, 2012 fee application expenses (3.10) | 3.10 | 480.50 |
|  | JAW | Revise and update period paragraph spreadsheet for various applicants and interim periods (5.4) | 5.40 | 837.00 |
|  | BSR | receive, review, and respond to email from James Wehrmann re PwC fee application | 0.10 | 28.50 |
|  | AL | receive and review email from J. Wehrmann re prior period paragraphs (.1); update database with prior period paragraphs for Fragomen. Hogan, Baers, Sanders, Lauzon, Lincoln, Morrison, PWC, PWC (CoP); PWC (Darex), PWC (SsP), Saul, Scarfone, Warren, Tre Angeli and Venable (1.2) | 1.30 | 58.50 |
| 4/12/2012 | JAW | Revise and update period paragraph spreadsheet for various applicants and interim periods (4.4) | 4.40 | 682.00 |
|  | AL | Update database with Charter's January fee application (.1); LAS' January fee application (.2); Campbell's January fee application (.2); Caplin's January fee application (.2); Hogan's January fee application (.1); Lauzon's January fee application (.2); Scarfone's January fee application (.2); Blackstone's January fee application (.1); Norton's February fee application (.2) | 1.50 | 67.50 |
| 4/14/2012 | BSR | Receive and review response of Kirkland & Ellis to initial report (43Q) | 0.10 | 28.50 |
|  | BSR | research docket for pertinent filings | 0.10 | 28.50 |
| 4/15/2012 | JAW | Revise and update prior period paragraph spreadsheet for various applicants and interim periods (4.0) | 4.00 | 620.00 |
| 4/16/2012 | JAW | research Pacer for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re Austern's 41st-42nd interims (0.9); draft final fee chart for 41st-42nd interims for Austern reflecting same (1.0) | 1.90 | 294.50 |

W.R. Grace & Co.                                                            Page 5

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 4/16/2012 | JAW | research Pacer for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re Anderson's 41st-42nd interims (1.0); draft final fee chart for 41st-42nd interims for Anderson reflecting same (1.0) | 2.00 | 310.00 |
| | JAW | research Pacer for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re Baer Higgin's 41st-42nd interims (1.1); draft final fee chart for 41st-42nd interims for Baer Higgins reflecting same (0.9) | 2.00 | 310.00 |
| | JAW | research Pacer for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re Perkins Coie's 24th interim (0.2); draft final fee chart for 24th interim for Perkins Coie reflecting same (0.2) | 0.40 | 62.00 |
| | JAW | Draft prior period paragraphs in preparation for drafting final final reports for Karl Hill's 31-40th interim fee application (0.40) | 0.40 | 62.00 |
| | JAW | on line Pacer research, locate and print Court Orders for the 41st and 42nd Interim Periods, also locate and print Fee Auditor Reports for same periods, including docket numbers and dates filed (1.60). | 1.60 | 248.00 |
| | BSR | Draft e-mail to Dan Hogan re putting The Hogan Firm on the combined final report; prepare exhibit of time entries at issue | 0.30 | 85.50 |
| | BSR | telephone conference with Warren Smith re status of prior period paragraphs; telephone conference with James Wehrmann re same; email to Warren Smith re same | 0.20 | 57.00 |
| | BSR | Draft omnibus final report for the 43rd interim period | 0.70 | 199.50 |
| | BSR | detailed review of Lincoln Partners' Nov. 2011 monthly fee application | 0.20 | 57.00 |
| | BSR | review Lincoln Partners' response to initial report (43Q) | 0.10 | 28.50 |
| | JAW | research Pacer for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re Karl Hill's 31st-40th interim (0.3); draft final fee chart for 31st-40th interim for Karl Hill reflecting same (0.2) | 0.50 | 77.50 |
| 4/17/2012 | BSR | Draft omnibus final report for the 43rd interim period (1.4); email to Anthony Lopez re same (.1) | 1.50 | 427.50 |
| | AL | Receive, review and finalize K&E's 43rd Q IR (.3); update database with same (.1); prepare same for service (.1); draft email to B. Ruhlander re same (.1) | 0.60 | 27.00 |
| | JAW | Draft e-mail to A. Lopez forwarding Prior Period Paragraphs for Perkins Coie and Karl Hill (0.1) | 0.10 | 15.50 |

W.R. Grace & Co.                                                                                                          Page      6

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 4/17/2012 | AL | Update database with Pitney's February fee application (.2); Protiviti's April fee application (.2); Casner's February fee application (.2); Protiviti's April electronic detail (.1); receive and review email from J. Wehrmann re prior period paragraphs (.1); update database with Perkin's 26th interim prior period paragraph (.1); update database with Hill's 31st through 40th interim prior period paragraphs (.3); receive and review email from B. Ruhlander re Lincoln's November fee application (.1); research re same (.2); draft email to B. Ruhlander re Lincoln's November electronic copy (.1); receive and review email from B. Ruhlander re Omnibus 43rd interim final report (.1); update database with same (.1); update database with Scarfone's February electronic detail (.1); Hogan's February electronic detail (.2); Lauzon's February electronic detail (.2); Pachulski's January CNO (.1) | 2.40 | 108.00 |
|  | BSR | Draft e-mail to Jason Solganic re expense discrepancy in Lincoln Partners' quarterly fee application for the 43rd interim period | 0.10 | 28.50 |
|  | JAW | research Pacer for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re Baker Donelson's 39th-42nd interims (1.7); draft final fee chart for 39th-42nd interims for Baker Donelson reflecting same (1.6) | 3.30 | 511.50 |
|  | JAW | research Pacer for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re Beveridge's 41st-42nd interims (0.9); draft final fee chart for 41st-42nd interims for Beveridge reflecting same (1.0) | 1.90 | 294.50 |
|  | JAW | research Pacer for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re Bilzin's 41st-42nd interims (0.8); draft final fee chart for 41st-42nd interims for Bilzin reflecting same (0.9) | 1.70 | 263.50 |
|  | JAW | research Pacer for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re Blackstone's 41st-42nd interims (0.8); draft final fee chart for 41st-42nd interims for Blackstone reflecting same (0.8) | 1.60 | 248.00 |
| 4/18/2012 | JAW | research Pacer for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re Campbell's 41st-42nd interims (0.8); draft final fee chart for 41st-42nd interims for Campbell reflecting same (0.8) | 1.60 | 248.00 |
|  | JAW | research Pacer for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re Capstone's 41st-42nd interims (0.7); draft final fee chart for 41st-42nd interims for Capstone reflecting same (0.8) | 1.50 | 232.50 |

W.R. Grace & Co.                          Page 7

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 4/18/2012 | JAW | research Pacer for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re Caplin's 41st-42nd interims (0.9); draft final fee chart for 41st-42nd interims for Caplin reflecting same (0.9) | 1.80 | 279.00 |
| | JAW | Draft summary of PWC's January - February 2010 fee application (0.10) | 0.10 | 15.50 |
| | JAW | research Pacer for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re Casner's 41st-42nd interims (0.8); draft final fee chart for 41st-42nd interims for Casner reflecting same (0.7) | 1.50 | 232.50 |
| | JAW | research Pacer for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re BMC Group's 41st-42nd interims (0.9); draft final fee chart for 41st-42nd interims for BMC Group reflecting same (0.8) | 1.70 | 263.50 |
| | AL | Research Pacer re objections to February fee application (.5); Draft of WHSA's February CNO (.7); update database with same (.1); electronic filing with the court of WHSA's February CNO (.3) | 1.60 | 72.00 |
| | AL | Update database with Pitney's February electronic detail | 0.10 | 4.50 |
| 4/19/2012 | JAW | research Pacer for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re Duane Morris' 41st-42nd interims (0.7); draft final fee chart for 41st-42nd interims for Duane Morris reflecting same (0.8) | 1.50 | 232.50 |
| | JAW | research Pacer for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re Ferry's 41st-42nd interims (0.8); draft final fee chart for 41st-42nd interims for Ferry reflecting same (0.8) | 1.60 | 248.00 |
| | JAW | research Pacer for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re Deloitte Tax's 41st interim (0.4); draft final fee chart for 41st interim for Deloitte Tax reflecting same (0.4) | 0.80 | 124.00 |
| | AL | Update database with Casner's February electronic detail (.1); Research re prior period paragraph chart against final reports and fee orders (2.1) | 2.20 | 99.00 |
| | JAW | research Pacer for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re Foley's 41st-42nd interims (0.7); draft final fee chart for 41st-42nd interims for Foley reflecting same (0.8) | 1.50 | 232.50 |
| | JAW | research Pacer for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re Charter Oak's 41st-42nd interims (0.8); | 1.50 | 232.50 |

W.R. Grace & Co.                                                                                                                    Page      8

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
|  |  | draft final fee chart for 41st-42nd interims for Charter Oaks reflecting same (0.7) |  |  |
| 4/19/2012 | JAW | research Pacer for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re Day Pitney's 41st-42nd interims (0.8); draft final fee chart for 41st-42nd interims for Day Pitney reflecting same (0.8) | 1.60 | 248.00 |
| 4/20/2012 | AL | Update database with Orrick's February CNO (.1); Ferry's February CNO (.1); Casner's February electronic detail (.2); | 0.40 | 18.00 |
|  | JAW | research Pacer for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re Fragomen's 40th-42nd interims (1.2); draft final fee chart for 40th-42nd interims for Fragomen reflecting same (1.0) | 2.20 | 341.00 |
|  | JAW | research Pacer for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re Karl Hill's 41st interim (0.4); draft final fee chart for 41st interim for Karl Hill reflecting same (0.3) | 0.70 | 108.50 |
|  | JAW | research Pacer for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re Hogan Firm's 41st-42nd interims (0.8); draft final fee chart for 41st-42nd interims for Hogan Firm reflecting same (0.8) | 1.60 | 248.00 |
|  | JAW | research Pacer for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re Kirkland's 41st-42nd interims (0.9); draft final fee chart for 41st-42nd interims for Kirkland reflecting same (0.8) | 1.70 | 263.50 |
|  | JAW | research Pacer for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re Kramer's 41st-42nd interims (0.7); draft final fee chart for 41st-42nd interims for Kramer reflecting same (0.7) | 1.40 | 217.00 |
|  | BSR | receive, review, and respond to email from Celeste Hartman re quarterly periods in WR Grace | 0.10 | 28.50 |
| 4/23/2012 | JAW | research Pacer for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re Lauzon's 41st-42nd interims (0.8); draft final fee chart for 41st-42nd interims for Lauzon reflecting same (0.8) | 1.60 | 248.00 |
|  | JAW | research Pacer for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re Linclon Partner's 41st-42nd interims | 1.60 | 248.00 |

W.R. Grace & Co. Page 9

| | | | Hours | Amount |
|---|---|---|---:|---:|
| | | (0.8); draft final fee chart for 41st-42nd interims for Lincon Partners reflecting same (0.8) | | |
| 4/23/2012 | JAW | research Pacer for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re Norton Rose' s 41st-42nd interims (0.8); draft final fee chart for 41st-42nd interims for Norton Rose reflecting same (0.8) | 1.60 | 248.00 |
| | JAW | research Pacer for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re Orrick's 41st-42nd interims (0.7); draft final fee chart for 41st-42nd interims for Orrick reflecting same (0.8) | 1.50 | 232.50 |
| | JAW | research Pacer for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re Pachulski's 41st-42nd interims (0.8); draft final fee chart for 41st-42nd interims for Pachulski reflecting same (0.8) | 1.60 | 248.00 |
| 4/24/2012 | AL | Update database with Kramer's February CNO (.1); Saul's February CNO (.1) | 0.20 | 9.00 |
| | JAW | research Pacer for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re Phillips' 34th-42nd interims (3.1); draft final fee chart for 34th-42nd interims for Phillips reflecting same (3.0) | 6.10 | 945.50 |
| | JAW | research Pacer for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re PwC Darex Puerto Rico Audit's 41st interim (0.4); draft final fee chart for 41st interim for PwC Darex Puerto Rico Audit reflecting same (0.3) | 0.70 | 108.50 |
| | JAW | research Pacer for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re PwC's 41st-42nd interims (0.8); draft final fee chart for 41st-42nd interims for PwC reflecting same (0.8) | 1.60 | 248.00 |
| 4/25/2012 | JAW | research Pacer for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re Reed's 41st-42nd interims (0.8); draft final fee chart for 41st-42nd interims for Reed reflecting same (0.8) | 1.60 | 248.00 |
| | JAW | research Pacer for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re Rich's 41st-42nd interims (0.7); draft final fee chart for 41st-42nd interims for Rich reflecting same (0.8) | 1.50 | 232.50 |
| | JAW | research Pacer for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re Judge Sanders' 41st-42nd interims | 1.50 | 232.50 |

W.R. Grace & Co.     Page   10

| | | | Hours | Amount |
|---|---|---|---:|---:|
| | | (0.7); draft final fee chart for 41st-42nd interims for Judge Sanders reflecting same (0.8) | | |
| 4/25/2012 | JAW | research Pacer for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re Saul Ewing's 41st-42nd interims (0.8); draft final fee chart for 41st-42nd interims for Saul Ewing reflecting same (0.8) | 1.60 | 248.00 |
| | JAW | research Pacer for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re Scarfone's 41st-42nd interims (0.7); draft final fee chart for 41st-42nd interims for Scarfone reflecting same (0.8) | 1.50 | 232.50 |
| | JAW | research Pacer for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re Steptoe's 41st interim (0.4); draft final fee chart for 41st interim for Steptoe reflecting same (0.4) | 0.80 | 124.00 |
| | AL | Update database with Phillip's March electronic detail (.1); Orrick's March electronic detail (.2); PWC's January CNO (.1) | 0.40 | 18.00 |
| | AL | Draft of WHSA's March fee application (1.6); update database with same (.2); draft email to J. Wehrmann re review of same (.1) | 1.90 | 85.50 |
| 4/26/2012 | BSR | research docket for recent filings and applications | 0.20 | 57.00 |
| | BSR | detailed review of Steptoe's quarterly fee application for the 43rd interim period (monthly applications previously reviewed) (.1); update omnibus final report re same (.1) | 0.20 | 57.00 |
| | AL | Receive and review email from W. Smith re approval of WHSA's March fee application (.1); prepare same for electronic filing with the court (.2); update database with same (.1); electronic filing with the court of WHSA's March fee application (.4); prepare same for service (.1) | 0.90 | 40.50 |
| | AL | Update database with Hogan's February fee application (.2); Lauzon's February fee application (.2); Scarfone's February fee application (.2); Casner's February fee application (.2); Austern's December electronic detail (.1); Lincoln's November CNO (.1) | 1.00 | 45.00 |
| | JAW | Proofread W.H. Smith's Fee & Expense Statement and Notice of Filing for March 2012 (0.70); e-mail to A. Lopez re: any revisions needed (0.30) | 1.00 | 155.00 |
| | JAW | research Pacer for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re Steptoe's 42nd interim (0.4); draft final fee chart for 42nd interim for Steptoe reflecting same (0.3) | 0.70 | 108.50 |

W.R. Grace & Co.                          Page    11

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 4/26/2012 | JAW | research Pacer for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re Stroock's 41st-42nd interims (0.7); draft final fee chart for 41st-42nd interims for Stroock reflecting same (0.7) | 1.40 | 217.00 |
| | JAW | research Pacer for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re Woodcock's 41st-42nd interims (0.7); draft final fee chart for 41st-42nd interims for Woodcock reflecting same (0.7) | 1.40 | 217.00 |
| | JAW | research Pacer for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re Hamilton's 42nd interim (0.3); draft final fee chart for 42nd interim for Hamilton reflecting same (0.4) | 0.70 | 108.50 |
| | JAW | research Pacer for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re PwC Darex P.R. Audit's (May-June 2011) 42nd interim (0.3); draft final fee chart for 42nd interim for PwC Darex P.R. Audit reflecting same (0.4) | 0.70 | 108.50 |
| 4/27/2012 | JAW | detailed review of Lincoln Partner's November 2011 fee application (0.20); draft summary of same (0.10) | 0.30 | 46.50 |
| | AL | Update database with Fragomen's March electronic detail (.1); Phillip's January electronic detail (.2); receive and review email from J. Wehrmann re December fee summaries (.1); update database with Campbell's December fee and expense summary (.2) | 0.60 | 27.00 |
| | JAW | research Pacer for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re PwC Global Restructuring Proj (April - July 2011) 42nd interim (0.4); draft final fee chart for 42nd interim for PwC Global Restructuring Proj. reflecting same (0.4) | 0.80 | 124.00 |
| | JAW | detailed review of Rich's February 2012 fee application (0.20); draft summary of same (0.10) | 0.30 | 46.50 |
| | JAW | detailed review of Casner's February 2012 fee application (0.30); draft summary of same (0.20) | 0.50 | 77.50 |
| | JAW | detailed review of Hogan Firm's February 2012 fee application (0.30); draft summary of same (0.10) | 0.40 | 62.00 |
| | JAW | detailed review of Proviti's April 2012 fee application (0.10); draft summary of same (0.10) | 0.20 | 31.00 |
| | JAW | detailed review of Scarfone's February 2012 fee application (0.30); draft summary of same (0.10) | 0.40 | 62.00 |

W.R. Grace & Co. Page 12

| Date | TK | Description | Hours | Amount |
|---|---|---|---|---|
| 4/27/2012 | JAW | detailed review of Day Pitney's February 2012 fee application (0.20); draft summary of same (0.10) | 0.30 | 46.50 |
| | JAW | detailed review of Lauzon Belanger's February 2012 fee application (0.10); draft summary of same (0.10) | 0.20 | 31.00 |
| | JAW | research Pacer for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re Towers 42nd interim (0.4); draft final fee chart for 42nd interim for Towers reflecting same (0.3) | 0.70 | 108.50 |
| | JAW | research Pacer for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re PwC Global Restructuring Proj (Aug - Sept 2011) 42nd interim (0.3); draft final fee chart for 42nd interim for PwC Global Restructuring Proj. reflecting same (0.3) | 0.60 | 93.00 |
| 4/30/2012 | AL | Update database with Kramer's March electronic detail (.1); Saul's March electronic detail (.2); Reed's March electronic detail (.1); Stroock's March electronic detail (.1); HRO's Final fee application electronic detail (.2); draft email to B. Ruhlander re same (.1) | 0.80 | 36.00 |

**For professional services rendered**     **155.60**    **$22,360.00**

Additional Charges :

| | | |
|---|---|---|
| 4/30/2012 | PACER Charges | 24.30 |
| | Third party copies & document prep/setup. | 131.78 |
| | Copying cost | 8.10 |

**Total additional charges**     **$164.18**

**Total amount of this bill**     **$22,524.18**

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Anthony Lopez | 26.90 | 45.00 | $1,210.50 |
| Bobbi S. Ruhlander | 8.90 | 285.00 | $2,536.50 |
| Doreen Williams | 0.20 | 165.00 | $33.00 |
| James A. Wehrmann | 119.30 | 155.00 | $18,491.50 |
| Warren H Smith | 0.30 | 295.00 | $88.50 |