# EXHIBIT A

## Sixty-First Monthly

Available on the docket of the Bankruptcy Court for the District of Delaware at docket #28633 under case no. 01-01139. Also available upon request from Norton Rose Canada LLP.

DOCSTOR: 2416629\1

# EXHIBIT B

## Sixty-Second Monthly

Available on the docket of the Bankruptcy Court for the District of Delaware at docket #28671 under case no. 01-01139. Also available upon request from Norton Rose Canada LLP.

# EXHIBIT C

### Sixty-Third Monthly

Available on the docket of the Bankruptcy Court for the District of Delaware at docket #28889 under case no. 01-01139. Also available upon request from Norton Rose Canada LLP.

DOCSTOR: 2416629\1