**NINETY-EIGHTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM MARCH 1, 2012 THROUGH MARCH 31, 2012)**

ATTACHMENT B

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Task Descriptions
4. Summary of Expenses

## W.R. Grace & Co.
**Capstone Advisory Group, LLC**
**Summary of Fees by Professional**
**For the Period 3-1-2012 through 3-31-2012**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $795 | 6.30 | $5,008.50 |
| R. Frezza | Member | $725 | 24.20 | $17,545.00 |
| J. Dolan | Director | $450 | 27.80 | $12,510.00 |
| M. Desalvio | Director | $185 | 2.00 | $370.00 |
| M. Viola | Paraprofessional | $120 | 0.50 | $60.00 |
| **For the Period 3-1-2012 through 3-31-2012** | | | **60.80** | **$35,493.50** |

**Capstone Advisory Group, LLC**                                                                                    Page 1 of 1
**Invoice for the 3-1-2012 - 3-31-2012 Fee Application**

## W.R. Grace & Co.
**Capstone Advisory Group, LLC**
**Summary of Fees by Task Code**
**For the Period 3-1-2012 through 3-31-2012**

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant reviewed and analyzed recent docket submissions and Counsels memo and participated in a bank claimholder call. | 2.10 | $1,193.00 |
| 05. Employee Matters/KERP/Other | During the Fee Application period, the Applicant reviewed and analyzed recent form 8k filing. | 0.70 | $315.00 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared January and February 2012 monthly fee statements. | 1.80 | $748.50 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant analyzed data regarding the 10k and 4Q11 results, prepared various analyses and prepared a report to the Committee thereon. | 54.20 | $32,867.00 |
| 21. Research | During the Fee Application period, the Applicant prepared the quarterly peer analysis for evaluation. | 2.00 | $370.00 |
| **For the Period 3-1-2012 through 3-31-2012** | | **60.80** | **$35,493.50** |

**Capstone Advisory Group, LLC**                                                                                                        Page 1 of 1
**Invoice for the 3-1-2012 - 3-31-2012 Fee Application**

# W.R. Grace & Co.
Capstone Advisory Group, LLC
Detailed Time Description by Task Code
For the Period 3-1-2012 through 3-31-2012

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 04. Creditor Committee Matters | | | |
| 3/5/2012 | J. Dolan | 0.50 | Reviewed and analyzed recent docket submissions. |
| 3/5/2012 | R. Frezza | 0.40 | Reviewed January fee application and recent docket submissions. |
| 3/13/2012 | J. Dolan | 0.50 | Reviewed and analyzed Counsels memo and discussed internally. |
| 3/19/2012 | J. Dolan | 0.30 | Reviewed and analyzed recent docket submissions. |
| 3/28/2012 | E. Ordway | 0.40 | Participated in call with bank claimholder re: case status. |
| Subtotal | | 2.10 | |
| 05. Employee Matters/KERP/Other | | | |
| 3/6/2012 | J. Dolan | 0.70 | Reviewed and analyzed form 8k re: annual incentive plan and reviewed prior year reports related to approval. |
| Subtotal | | 0.70 | |
| 07. Fee Applications & Invoices | | | |
| 3/5/2012 | J. Dolan | 0.50 | Finalized and filed January 2012 fee application. |
| 3/8/2012 | M. Viola | 0.50 | Prepared February 2012 fee application. |
| 3/19/2012 | J. Dolan | 0.50 | Prepared February fee application. |
| 3/22/2012 | E. Ordway | 0.30 | Reviewed fee application. |
| Subtotal | | 1.80 | |
| 08. Financial Analysis - Schedules & Statements | | | |
| 3/6/2012 | R. Frezza | 4.80 | Reviewed and analyzed form 8k and form 10k. |
| 3/6/2012 | E. Ordway | 1.30 | Reviewed and analyzed 10k and noted items to include and investigate for report to the Committee. |
| 3/6/2012 | J. Dolan | 3.20 | Reviewed and analyzed form 10k and update 4Q11 report accordingly. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 3/6/2012 | J. Dolan | 1.50 | Reviewed and analyzed form 8k re: proforma financial information. |
| 3/8/2012 | R. Frezza | 4.40 | Prepared and reviewed report analyses. |
| 3/8/2012 | J. Dolan | 3.30 | Prepared 4Q11 report to the Committee. |
| 3/8/2012 | J. Dolan | 1.40 | Prepared charts and schedules for 4Q11 report to the Committee. |
| 3/12/2012 | E. Ordway | 1.10 | Prepared and edited report to the Committee re: 4Q11. |
| 3/12/2012 | J. Dolan | 1.50 | Prepared analysis and charts for 4Q11 report. |
| 3/12/2012 | R. Frezza | 3.80 | Prepared and reviewed report analyses. |
| 3/12/2012 | J. Dolan | 3.10 | Prepared report and related commentary for 4Q11 report based on recent filings. |
| 3/15/2012 | E. Ordway | 1.80 | Reviewed and analyzed operating reports for information and data to include in the report to the Committee. |
| 3/15/2012 | J. Dolan | 2.90 | Prepared report to the Committee on 4Q11, quarterly and full year results. |
| 3/15/2012 | J. Dolan | 3.60 | Prepared commentary for 4Q11 report to the Committee. |
| 3/16/2012 | R. Frezza | 3.40 | Prepared and reviewed 4Q11 results report commentary. |
| 3/16/2012 | R. Frezza | 2.50 | Continued review and provided questions to team for follow-up. |
| 3/19/2012 | E. Ordway | 0.80 | Prepared and edited 4Q11 report to the Committee. |
| 3/19/2012 | J. Dolan | 3.10 | Finalized 4Q11 report for internal review. |
| 3/22/2012 | E. Ordway | 0.60 | Reviewed and analyzed peer data prepared by staff. |
| 3/22/2012 | J. Dolan | 1.20 | Reviewed 4Q11 report for internal review. |
| 3/29/2012 | R. Frezza | 4.90 | Final review and provided comments on the 4Q11 report to Committee. |
| Subtotal | | 54.20 | |

21. Research

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 3/13/2012 | M. Desalvio | 2.00 | Prepared quarterly peer analysis for evaluation of multiple. |
| Subtotal | | 2.00 | |
| **Total Hours** | | **60.80** | |

**Capstone Advisory Group, LLC**  Page 2 of 2
**Invoice for the 3-1-2012 - 3-31-2012 Fee Application**

## W.R. Grace & Co.
**Capstone Advisory Group, LLC**
**Expense Detail**
**For the Period 3-1-2012 through 3-31-2012**

| Date | Professional | Detail | Amount |
|---|---|---|---|
| Research | | | |
| 3/8/2012 | Capstone Expense | Pacer | $5.12 |
| Subtotal - Research | | | $5.12 |
| Telecom | | | |
| 3/9/2012 | Capstone Expense | March Telecom | $69.92 |
| Subtotal - Telecom | | | $69.92 |
| **For the Period 3-1-2012 through 3-31-2012** | | | **$75.04** |