IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: June 4, 2012 at 4:00 p.m.
Hearing Date: TBD only if necessary

# FEE DETAIL FOR CASNER & EDWARDS, LLP'S
## ONE HUNDRED AND TWENTY-SIXTH MONTHLY FEE APPLICATION
## FOR THE PERIOD FROM MARCH 1, 2012 THROUGH MARCH 31, 2012

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food>N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp.,Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grae Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., GuanicaCaribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

52000.57/530718

**EXHIBIT A**
(Fee Detail)

## **FEES**

| LITIGATION AND LITIGATION CONSULTING | $14,709.00 |
|---|---:|
| FEE APPLICATION – APPLICANT | $735.00 |
| TOTAL FEES | $15,444.00 |

**CASNER & EDWARDS, LLP**

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

May 11, 2012
Bill Number 146120
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re:   Litigation and Litigation Consulting

**LEGAL SERVICES**

THROUGH MARCH 31, 2012

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 03/01/12 | ARA | Document control. | 4.90 Hrs | 416.50 |
| 03/02/12 | ARA | Document control. | 6.20 Hrs | 527.00 |
| 03/05/12 | ARA | Quality control documents in the production set. | 4.70 Hrs | 634.50 |
| 03/05/12 | ARA | Document control. | 0.70 Hrs | 59.50 |
| 03/06/12 | ARA | Quality control documents in the production set. | 6.00 Hrs | 810.00 |
| 03/07/12 | ARA | Quality control documents in the production set. | 5.80 Hrs | 783.00 |
| 03/08/12 | ARA | Quality control documents in the production set. | 6.00 Hrs | 810.00 |
| 03/09/12 | ARA | Quality control documents in the production set. | 5.40 Hrs | 729.00 |
| 03/12/12 | RAM | Read selected documents filed in bankruptcy court. Read updated bankruptcy court docket entries to select documents to read. | 0.30 Hrs | 105.00 |

Page 1

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

THROUGH MARCH 31, 2012

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 03/12/12 | ARA | Quality control documents in the production set. | 6.30 Hrs | 850.50 |
| 03/13/12 | ARA | Quality control documents in the production set. | 6.50 Hrs | 877.50 |
| 03/14/12 | ARA | Quality control documents in the production set. | 5.00 Hrs | 675.00 |
| 03/15/12 | ARA | Quality control documents in the production set. | 5.60 Hrs | 756.00 |
| 03/15/12 | ARA | Document control. | 1.00 Hrs | 85.00 |
| 03/16/12 | ARA | Quality control documents in the production set. | 5.50 Hrs | 742.50 |
| 03/16/12 | ARA | Document control. | 0.50 Hrs | 42.50 |
| 03/19/12 | ARA | Document control. | 1.50 Hrs | 127.50 |
| 03/20/12 | ARA | Quality control documents in the production set. | 6.00 Hrs | 810.00 |
| 03/22/12 | ARA | Quality control documents in the production set. | 7.30 Hrs | 985.50 |
| 03/23/12 | ARA | Quality control documents in the production set. | 7.00 Hrs | 945.00 |
| 03/23/12 | ARA | Document control. | 0.30 Hrs | 25.50 |
| 03/26/12 | ARA | Quality control documents in the production set. | 3.50 Hrs | 472.50 |
| 03/26/12 | ARA | Document control. | 0.50 Hrs | 42.50 |
| 03/27/12 | ARA | Quality control documents in the production set. | 6.30 Hrs | 850.50 |
| 03/28/12 | ARA | Quality control documents in the production set. | 5.40 Hrs | 729.00 |
| 03/30/12 | ARA | Quality control documents in the production set. | 5.30 Hrs | 715.50 |
| 03/30/12 | ARA | Document control. | 1.20 Hrs | 102.00 |

TOTAL LEGAL SERVICES   $14,709.00

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---:|---:|---:|
| Robert A. Murphy | 0.30 | 350.00 | 105.00 |
| Angela R. Anderson | 97.60 | 135.00 | 13,176.00 |
| Angela R. Anderson | 16.80 | 85.00 | 1,428.00 |
| | 114.70 | | $14,709.00 |
| | | TOTAL THIS BILL | $14,709.00 |

**CASNER & EDWARDS, LLP**

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

May 11, 2012
Bill Number 146121
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

**FOR PROFESSIONAL SERVICES**

Re:   Fee Applications, Applicant

**LEGAL SERVICES**

THROUGH MARCH 31, 2012

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 03/05/12 | RAM | Work on January fee application (.7). Telephone conference with Bankruptcy Court Trustee to explain Winthrop Square rent reimbursement expense (.1). | 0.80 Hrs | 280.00 |
| 03/12/12 | RAM | Work on January fee application and send it to in house counsels to review. | 0.30 Hrs | 105.00 |
| 03/18/12 | RAM | Finalize January Fee Application. | 0.50 Hrs | 175.00 |
| 03/19/12 | RAM | Send January fee application to Delaware counsel to file. | 0.10 Hrs | 35.00 |
| 03/22/12 | RAM | Send "as filed" fee application to Fee Auditor. | 0.10 Hrs | 35.00 |
| 03/27/12 | RAM | Work on February fee application. | 0.30 Hrs | 105.00 |

TOTAL LEGAL SERVICES       $735.00

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Fee Applications, Applicant

| | | | |
|---|---|---|---|
| Robert A. Murphy | 2.10 | 350.00 | 735.00 |
| | 2.10 | | $735.00 |

|  |  |
|---|---|
| TOTAL THIS BILL | $735.00 |

**EXHIBIT B**
**(Expense Detail)**

## **EXPENSES**

| | |
|---|---:|
| **LITIGATION AND LITIGATION CONSULTING** | $13,069.20 |
| **FEE APPLICATION – APPLICANT** | $33.51 |
| **TOTAL EXPENSES** | $13,102.71 |

# CASNER & EDWARDS, LLP

## ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

May 11, 2012
Bill Number 146122
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES

Re:   Litigation and Litigation Consulting

**LEGAL SERVICES**

**COSTS**

THROUGH MARCH 31, 2012

**EXCESS POSTAGE**
| | | | |
|---|---|---|---|
| 03/31/12 | EXCESS POSTAGE | 1.70 | |
| | | | $1.70 |

**PHOTOCOPYING**
| | | | |
|---|---|---|---|
| 03/26/12 | 21 copies at $.10 per copy | 2.10 | |
| | | | $2.10 |

**RENT REIMBURSEMENT**
| | | | |
|---|---|---|---|
| 03/01/12 | ONE WINTHROP SQUARE, LLC: Rent and utlilities for document repository at One Winthrop Square - March 2011. | 12,656.95 | |
| | | | $12,656.95 |

**MISCELLANEOUS**
| | | | |
|---|---|---|---|
| 03/19/12 | RECORDKEEPER ARCHIVE CENTERS,: Storage 03/01/12 through 03/31/12. | 408.45 | |
| | | | $408.45 |

|  |  |  |
|---|---|---|
| | TOTAL COSTS | $13,069.20 |

Page 1

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

|  |  |
|---|---|
| TOTAL THIS BILL | $13,069.20 |

# CASNER & EDWARDS, LLP

## ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

May 11, 2012
Bill Number  146123
File Number  52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

## FOR PROFESSIONAL SERVICES

Re:   Fee Applications, Applicant

## LEGAL SERVICES

## COSTS

THROUGH MARCH 31, 2012

FEDERAL EXPRESS

| Date | Description | Amount |
|---|---|---|
| 03/06/12 | FEDERAL EXPRESS CORPORATION: To 919 N Market St. Pachulski Stang Ziehl & Jones from Casner and Edwards on February 13, 2012 by R A Murphy. | 33.51 |
| | | $33.51 |
| | TOTAL COSTS | $33.51 |
| | TOTAL THIS BILL | $33.51 |

Page 1