# Exhibit C

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>                         Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Objection Deadline:<br>Hearing Date: TBD only if necessary |

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF JANUARY 1, 2012 THROUGH JANUARY 31, 2012**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## Matter 101 - Bankruptcy Matters

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $675.00 | 1.0 | $ 675.00 |
| Malcolm G. Henderson | Partner | Business | $625.00 | .5 | $ 312.50 |
| | | | | | |
| **TOTAL** | | | | **1.5** | **$ 987.50** |

### Expenses

| Description | Total |
|---|---|
| Facsimiles | $ 3.75 |
| Photocopying | $ 1.60 |
| | |
| **TOTAL** | **$ 5.35** |


**FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

February 28, 2012
Invoice No.: 493902
Matter No.: 08743.00101

Re:    **Bankruptcy Matters**

For Professional Services rendered through January 31, 2012

| | |
|---|---:|
| Fees | $987.50 |
| Disbursements | 5.35 |
| **Total Fees and Disbursements** | **$992.85** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM

Matter No.: 08743.00101
Re: Bankruptcy Matters

Invoice No.: 493902
February 28, 2012
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 01/11/12 | Jaffe | P230 | Drafting response to audit letter request (.4). | 0.4 |
| 01/14/12 | Henderson | B110 | Opinions Committee review of audit response (.5). | 0.5 |
| 01/17/12 | Jaffe | P230 | Emails with Ms. Duff regarding response to audit letter and message from Mr. Henderson regarding same (.3). | 0.3 |
| 01/18/12 | Jaffe | P230 | Finalize audit letter response (.3). | 0.3 |
| | | | **Total Hours** | **1.5** |

Matter No.: 08743.00101                                    Invoice No.: 493902
Re: Bankruptcy Matters                                     February 28, 2012
                                                           Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Malcolm G. Henderson | 0.5 | at | 625.00 | = | 312.50 |
| Seth D. Jaffe | 1.0 | at | 675.00 | = | 675.00 |
| **Total Fees** | | | | | **$987.50** |

## Disbursement Summary

| Date | | Amount |
|---|---|---|
| 01/18/12 | Facsimiles | 3.75 |
| 01/18/12 | In-House Photocopying | 1.60 |
| **Total Disbursements** | | **$5.35** |

| | |
|---|---|
| **Total Fees** | $987.50 |
| **Total Disbursements** | 5.35 |
| **Total Fees and Disbursements** | **$992.85** |


# FOLEY HOAG LLP

Seth D. Jaffe
617-832-1203
Boston

# <u>REMITTANCE PAGE</u>

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

February 28, 2012
Invoice No.: 493902
Matter No.: 08743.00101

Re:   **Bankruptcy Matters**

      **Total Fees and Disbursements**      <u>$992.85</u>

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00101, **Invoice #:** 493902
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company

**Matter 102 - Blackburn and Union Privileges Superfund Site, Walpole, Mass**

Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $675.00 | 5.2 | $  3,510.00 |
|  |  |  |  |  |  |
| **TOTAL** |  |  |  | 5.2 | $  3,510.00 |



**FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

February 28, 2012
Invoice No.: 493903
Matter No.: 08743.00102

Re:    **Blackburn and Union Privileges Superfund Site, Walpole, Mass**

For Professional Services rendered through January 31, 2012

| | |
|---|---|
| Fees | $3,510.00 |
| **Total Fees and Disbursements** | **$3,510.00** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON        WASHINGTON        EMERGING ENTERPRISE CENTER        FOLEYHOAG.COM

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|------------|-----|-----------|-------|
| 01/03/12 | Jaffe | P230 | Emails with team regarding access issues (.2). | 0.2 |
| 01/05/12 | Jaffe | P230 | Attention to access issues, including emails with MBTA and EPA (.5). | 0.5 |
| 01/11/12 | Jaffe | P230 | Attention to release reporting issue, including review of Mr. Bucens email and attachments and emails with team regarding same (.7). | 0.7 |
| 01/13/12 | Jaffe | P230 | Attention to access issues, including team telephone conference regarding call with EPA and emails with team (.5). | 0.5 |
| 01/17/12 | Jaffe | P230 | Emails with team regarding oversight bill dispute with EPA (.3). | 0.3 |
| 01/23/12 | Jaffe | P230 | Attention to access and abutter issues, including emails with team regarding access, sales, and communications with EPA (1.4). | 1.4 |
| 01/31/12 | Jaffe | P230 | Reviewing, revising, draft report on short term response action and emails with team regarding same (.9); reviewing title analysis from Mr. Polatin regarding River ownership and meeting with Mr. Polatin regarding same (.7). | 1.6 |
| | | | **Total Hours** | **5.2** |

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|------------|-------|-----|--------|-----|----------|
| Seth D. Jaffe | 5.2 | at | 675.00 | = | 3,510.00 |
| | | | | | |
| **Total Fees** | | | | | **$3,510.00** |

| | | |
|---|---|---|
| **Total Fees** | | **$3,510.00** |
| **Total Fees and Disbursements** | | **$3,510.00** |

 **FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

February 28, 2012
Invoice No.: 493903
Matter No.: 08743.00102

**Re:    Blackburn and Union Privileges Superfund Site, Walpole, Mass**

        **Total Fees and Disbursements**        **$3,510.00**

**Remittance Address:**
**Foley Hoag LLP**
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:** | ABA: 011500120 |
| Citizens Bank | Swift #: CTZIUS33 |
| 1 Citizens Drive | Account # 1133945993 |
| Providence, RI 02915 | Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00102, **Invoice #:** 493903
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company

**Matter 103 – Wells G&H Superfund Site**

**Fees**

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $675.00 | 10.3 | $  6,952.50 |
| Amy E. Boyd | Associate | Environmental | $465.00 | 1.0 | $     465.00 |
|  |  |  |  |  |  |
| **TOTAL** |  |  |  | **11.3** | **$  7,417.50** |


**FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

February 28, 2012
Invoice No.: 493904
Matter No.: 08743.00103

**Re:     Wells G&H Superfund Site**

For Professional Services rendered through January 31, 2012

| | |
|---|---:|
| Fees | $7,417.50 |
| **Total Fees and Disbursements** | **$7,417.50** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON        WASHINGTON        EMERGING ENTERPRISE CENTER        FOLEYHOAG.COM

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 01/03/12 | Jaffe | P230 | Attention to Soil Management issues, including reviewing sampling results and emails with team (.5); attention to Central Area issues, including emails with team regarding project coordinator, meeting schedule, and allocation (.9). | 1.4 |
| 01/05/12 | Jaffe | P230 | Attention to Central Area issues, including project coordinator selection and data base cost sharing (.8). | 0.8 |
| 01/06/12 | Jaffe | P230 | Attention to Central Area issues, including conference call with Grace and UniFirst teams and preparing for same, and emails with team regarding project coordinator and cost allocation (1.8). | 1.8 |
| 01/06/12 | Boyd | L120 | Attend conference call with UniFirst regarding Central Area (1.0). | 1.0 |
| 01/11/12 | Jaffe | P230 | Attention to Central Area issues, including planning for meeting and email to Mr. Bibler (.4). | 0.4 |
| 01/12/12 | Jaffe | P230 | Attention to oversight cost bill review, including reviewing consent decree and emails with team (.7). | 0.7 |
| 01/17/12 | Jaffe | P230 | Attention to allocation issues, including emails with team about allocation with NEP and Beatrice (.8). | 0.8 |
| 01/18/12 | Jaffe | P230 | Emails with team regarding allocation issues (.9). | 0.9 |
| 01/19/12 | Jaffe | P230 | Attention to Central Area allocation issues, including telephone call and email with Ms. Duff, and emails with Mr. Bibler and Mr. Stewart (1.2). | 1.2 |
| 01/20/12 | Jaffe | P230 | Emails with Mr. Bibler and Mr. Stewart regarding Central Area allocation and email with Ms. Duff regarding same (.5). | 0.5 |
| 01/24/12 | Jaffe | P230 | Attention to Central Area allocation, including telephone conference with Mr. Stewart and Mr. Bibler and preparation for same (.9). | 0.9 |
| 01/25/12 | Jaffe | P230 | Attention to Central Area, including emails with Mr. Bibler, Mr. Stewart, and team (.9). | 0.9 |

**Total Hours    11.3**

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Amy E Boyd | 1.0 | at | 465.00 | = | 465.00 |
| Seth D. Jaffe | 10.3 | at | 675.00 | = | 6,952.50 |
| **Total Fees** | | | | | **$7,417.50** |

| | | |
|---|---|---|
| **Total Fees** | | **$7,417.50** |
| **Total Fees and Disbursements** | | **$7,417.50** |

 **FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

February 28, 2012
Invoice No.: 493904
Matter No.: 08743.00103

Re:  **Wells G&H Superfund Site**

**Total Fees and Disbursements**                    **$7,417.50**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00103, **Invoice #:** 493904
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company

## Matter 106 - Walpole Consent Decree Compliance Property Matters

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Jacob N. Polatin | Partner | Real Estate | $650.00 | 19.1 | $ 12,415.00 |
| **TOTAL** | | | | **19.1** | **$ 12,415.00** |

### Expenses

| Description | Total | |
|---|---|---|
| Photocopying | $ | 27.80 |
| Outside Professional Fees: At client request, Adelson Loria & Weisman P.C. performed title rundowns for 21 lots of land located in Walpole, MA, in order to determine what interest, if any, each lot has in the waters of the Neponset river, also known as Lewis Pond | $ | 4,925.00 |
| **TOTAL** | **$** | **4,952.80** |



**FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

February 28, 2012
Invoice No.: 493885
Matter No.: 08743.00106

Re:    **Walpole Consent Decree Compliance Property Matters**

For Professional Services rendered through January 31, 2012

| | |
|---|---:|
| Fees | $12,415.00 |
| Disbursements | 4,952.80 |
| **Total Fees and Disbursements** | **$17,367.80** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON        WASHINGTON        EMERGING ENTERPRISE CENTER        FOLEYHOAG.COM

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 01/13/12 | Polatin | B250 | Review correspondence from M. Loria and forward to client (1.4). | 1.4 |
| 01/18/12 | Polatin | B250 | Review title report from M. Loria regarding river boundary (2.6). | 2.6 |
| 01/19/12 | Polatin | B250 | Review title report from M. Loria regarding river boundary (3.2). | 3.2 |
| 01/23/12 | Polatin | B250 | Advice regarding sharing information with EPA (.5); review letter and draft review (1.8). | 2.3 |
| 01/24/12 | Polatin | B250 | Review title abstracts and draft memo (4.4). | 4.4 |
| 01/26/12 | Polatin | B250 | Draft memo to S. Jaffe regarding riparian title issues and research regarding riparian rights (3.6). | 3.6 |
| 01/27/12 | Polatin | B250 | Draft memo to S. Jaffe (1.6). | 1.6 |
| | | | **Total Hours** | **19.1** |

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Jacob N. Polatin | 19.1 | at | 650.00 | = | 12,415.00 |
| | **Total Fees** | | | | **$12,415.00** |

## Disbursement Summary

| Date | | Amount |
|---|---|---|
| 01/19/12 | In-House Photocopying | 0.30 |
| 01/23/12 | In-House Photocopying | 0.10 |
| 01/23/12 | In-House Photocopying | 0.50 |
| 01/24/12 | In-House Photocopying | 0.10 |
| 01/24/12 | In-House Photocopying | 1.50 |
| 01/25/12 | In-House Photocopying | 5.00 |
| 01/25/12 | In-House Photocopying | 0.20 |
| 01/25/12 | In-House Photocopying | 0.10 |
| 01/26/12 | In-House Photocopying | 0.20 |
| 01/26/12 | In-House Photocopying | 0.10 |
| 01/26/12 | In-House Photocopying | 19.40 |
| 01/27/12 | In-House Photocopying | 0.20 |
| 01/30/12 | In-House Photocopying | 0.10 |
| 01/31/12 | Outside Professional Fees - ADELSON LORIA & WEISMAN P.C. RE SOUTH ST & GLEASON COURT WALPOLE MA: TITLE RESEARCH, NORFOLK COUNTY REGISTRY OF DEEDS, NORFOLK COUNTY REGISTRY DISTRICT OF THE LAND COURT & LETTERS OF 12/06/11 & 01/11/12 INCLUDING 46 HOURS TITLE EXAMINER TIME | 4,925.00 |
| | **Total Disbursements** | **$4,952.80** |

| | | |
|---|---|---|
| | **Total Fees** | **$12,415.00** |
| | **Total Disbursements** | **4,952.80** |
| | **Total Fees and Disbursements** | **$17,367.80** |



FOLEY HOAG LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

February 28, 2012
Invoice No.: 493885
Matter No.: 08743.00106

Re:    **Walpole Consent Decree Compliance Property Matters**

   **Total Fees and Disbursements**          **$17,367.80**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:** | ABA: 011500120 |
| Citizens Bank | Swift #: CTZIUS33 |
| 1 Citizens Drive | Account # 1133945993 |
| Providence, RI 02915 | Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00106, **Invoice #:** 493885
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company