# Exhibit D

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>W.R. GRACE & CO., <u>et al.</u>,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Objection Deadline:<br>Hearing Date: TBD only if necessary |

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF FEBRUARY 1, 2012 THROUGH FEBRUARY 29, 2012**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## Matter 88 - Acton Site OU3

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $675.00 | 1.6 | $ 1,080.00 |
| | | | | | |
| **TOTAL** | | | | **1.6** | **$ 1,080.00** |



**FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

March 29, 2012
Invoice No.: 496152
Matter No.: 08743.00088

Re:     **Acton Site OU3**

For Professional Services rendered through February 29, 2012

| | |
|---|---|
| Fees | $1,080.00 |
| **Total Fees and Disbursements** | **$1,080.00** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM

Matter No.: 08743.00088                                   Invoice No.: 496152
Re: Acton Site OU3                                            March 29, 2012
                                                                    Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 02/16/12 | Jaffe | P230 | Reviewing, revising, draft annual report and email to team regarding same (1.2). | 1.2 |
| 02/17/12 | Jaffe | P230 | Reviewing draft sediment completion report (.4). | 0.4 |
| | | | **Total Hours** | **1.6** |

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 496152
March 29, 2012
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 1.6 | at | 675.00 | = | 1,080.00 |
| **Total Fees** | | | | | **$1,080.00** |
| | | | | | |
| **Total Fees** | | | | | **$1,080.00** |
| **Total Fees and Disbursements** | | | | | **$1,080.00** |


**FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

March 29, 2012
Invoice No.: 496152
Matter No.: 08743.00088

Re:   **Acton Site OU3**

**Total Fees and Disbursements**          $1,080.00

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:** Citizens Bank 1 Citizens Drive Providence, RI 02915 | ABA: 011500120 Swift #: CTZIUS33 Account # 1133945993 Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #: 08743.00088, Invoice #: 496152**
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company

## Matter 101 - Bankruptcy Matters

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $675.00 | 0.9 | $ 607.50 |
| | | | | | |
| **TOTAL** | | | | **0.9** | **$ 607.50** |

### Expenses

| Description | Total |
|---|---|
| Photocopying | $ 20.90 |
| | |
| **TOTAL** | **$ 20.90** |


**FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

March 29, 2012
Invoice No.: 496153
Matter No.: 08743.00101

Re:    **Bankruptcy Matters**

For Professional Services rendered through February 29, 2012

| | |
|---|---|
| Fees | $607.50 |
| Disbursements | 20.90 |
| **Total Fees and Disbursements** | **$628.40** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON        WASHINGTON        EMERGING ENTERPRISE CENTER        FOLEYHOAG.COM

Matter No.: 08743.00101
Re: Bankruptcy Matters

Invoice No.: 496153
March 29, 2012
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 02/04/12 | Jaffe | P230 | Quarterly fee application preparation (.9). | 0.9 |
| | | | **Total Hours** | **0.9** |

Matter No.: 08743.00101
Re: Bankruptcy Matters

Invoice No.: 496153
March 29, 2012
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 0.9 | at | 675.00 | = | 607.50 |
| **Total Fees** | | | | | **$607.50** |

## Disbursement Summary

| Date | | Amount |
|---|---|---|
| 02/06/12 | In-House Photocopying | 5.50 |
| 02/14/12 | In-House Photocopying | 15.40 |
| **Total Disbursements** | | **$20.90** |

| | |
|---|---|
| **Total Fees** | **$607.50** |
| **Total Disbursements** | **20.90** |
| **Total Fees and Disbursements** | **$628.40** |

 FOLEY HOAG LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

March 29, 2012
Invoice No.: 496153
Matter No.: 08743.00101

Re:   **Bankruptcy Matters**

   **Total Fees and Disbursements**                    **$628.40**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:** | ABA: 011500120 |
| Citizens Bank | Swift #: CTZIUS33 |
| 1 Citizens Drive | Account # 1133945993 |
| Providence, RI 02915 | Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00101, **Invoice #:** 496153
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company

**Matter 102 - Blackburn and Union Privileges Superfund Site, Walpole, Mass**

Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $675.00 | 3.8 | $ 2,565.00 |
| Jacob N. Polatin | Partner | Real Estate | $650.00 | 2.1 | $ 1,365.00 |
| | | | | | |
| **TOTAL** | | | | **5.9** | **$ 3,930.00** |



**FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

March 29, 2012
Invoice No.: 496154
Matter No.: 08743.00102

Re:    **Blackburn and Union Privileges Superfund Site, Walpole, Mass**

For Professional Services rendered through February 29, 2012

|  |  |
|---|---|
| Fees | $3,930.00 |
| **Total Fees and Disbursements** | **$3,930.00** |

Matter No.: 08743.00102  
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 496154  
March 29, 2012  
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 02/01/12 | Jaffe | P230 | Emails with team regarding access issues (.3). | 0.3 |
| 02/02/12 | Jaffe | P230 | Emails with team regarding access and communications with EPA (.3). | 0.3 |
| 02/03/12 | Jaffe | P230 | Attention to schedule issues, including reviewing draft letter to EPA and emails with team regarding same (.4). | 0.4 |
| 02/09/12 | Jaffe | P230 | Attention to access issues, including reviewing, revising, draft agreement for dam owner and draft cooperation agreement for dam owner, and emails with team regarding same (.9). | 0.9 |
| 02/10/12 | Jaffe | P230 | Attention to schedule, including emails with team and reviewing current schedule (.4). | 0.4 |
| 02/16/12 | Jaffe | P230 | Attention to access issues, including review of Mr. Polatin memo to clients (.4). | 0.4 |
| 02/22/12 | Polatin | B250 | Review and comment on draft Institutional Controls Plan (2.1). | 2.1 |
| 02/28/12 | Jaffe | P230 | Attention to institutional controls, including reviewing, revising, draft plan and emails with team regarding same (.8). | 0.8 |
| 02/29/12 | Jaffe | P230 | Emails with team regarding institutional controls plan (.3). | 0.3 |
| | | | **Total Hours** | **5.9** |

Matter No.: 08743.00102                                    Invoice No.: 496154
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass          March 29, 2012
                                                                    Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|------------|-------|---|------|---|--------|
| Jacob N. Polatin | 2.1 | at | 650.00 | = | 1,365.00 |
| Seth D. Jaffe | 3.8 | at | 675.00 | = | 2,565.00 |
| **Total Fees** | | | | | **$3,930.00** |

| | |
|---|---|
| **Total Fees** | **$3,930.00** |
| **Total Fees and Disbursements** | **$3,930.00** |



FOLEY
HOAG LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

March 29, 2012
Invoice No.: 496154
Matter No.: 08743.00102

Re:     **Blackburn and Union Privileges Superfund Site, Walpole, Mass**

      **Total Fees and Disbursements**      **$3,930.00**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:** | ABA: 011500120 |
| Citizens Bank | Swift #: CTZIUS33 |
| 1 Citizens Drive | Account # 1133945993 |
| Providence, RI 02915 | Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00102, **Invoice #:** 496154
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company

**Matter 103 – Wells G&H Superfund Site**

Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $675.00 | 10.9 | $  7,357.50 |
| Amy E. Boyd | Associate | Environmental | $465.00 | 7.2 | $  3,348.00 |
|  |  |  |  |  |  |
| **TOTAL** |  |  |  | **18.1** | **$ 10,705.50** |

Expenses

| Description | Total |
|---|---|
| Telephone | $      20.02 |
| Parking | $      19.00 |
| Meals | $    418.00 |
|  |  |
| **TOTAL** | $    457.02 |


**FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

March 29, 2012
Invoice No.: 496155
Matter No.: 08743.00103

Re:    **Wells G&H Superfund Site**

For Professional Services rendered through February 29, 2012

| | |
|---|---|
| Fees | $10,705.50 |
| Disbursements | 457.02 |
| **Total Fees and Disbursements** | **$11,162.52** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM

Matter No.: 08743.00103
Re: Wells G&H Superfund Site

Invoice No.: 496155
March 29, 2012
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 02/01/12 | Jaffe | P230 | Attention to Central Area issues, including emails with Mr. Bibler and Mr. Stewart, and reviewing UniFirst submittal to EPA (.8). | 0.8 |
| 02/02/12 | Jaffe | P230 | Reviewing UniFirst report to EPA; emails with Grace team regarding same (.7). | 0.7 |
| 02/03/12 | Jaffe | P230 | Attention to Central Area allocation issues, including team telephone conference and emails with team regarding same (.8); reviewing, revising, draft soil investigation report (.8). | 1.6 |
| 02/07/12 | Jaffe | P230 | Attention to Central Area allocation, including review of consent decree and scope of work and email to Ms. Duff regarding same (1.3). | 1.3 |
| 02/08/12 | Jaffe | P230 | Emails with Mr. Bibler, Mr. Stewart, and Ms. Duff regarding New England Plastics Central Area allocation issue (.9). | 0.9 |
| 02/09/12 | Boyd | L160 | Reviewed background documents in preparation for upcoming meeting with other defendants (1.2). | 1.2 |
| 02/10/12 | Jaffe | P230 | Attention to Central Area, including telephone call with other PRPs' attorneys regarding allocation, preparing for same and emails with Ms. Duff regarding same (1.2); reviewing soil plan submittal to EPA (.3). | 1.5 |
| 02/13/12 | Jaffe | P230 | Attention to Central Area, including preparation for 2/14 meeting and emails with NEP counsel and counsel for other PRPs regarding NEP (.8). | 0.8 |
| 02/13/12 | Boyd | L160 | Reviewed documents from EPA on Olympia Trust and draft notes to share with S. Jaffe (1.2). | 1.2 |
| 02/14/12 | Jaffe | P230 | Attention to Central Area, including all PRP meeting and preparing for same (2.4); attention to Cummings issues, including meeting with Grace team regarding same, and reviewing Cummings settlement and emails with Ms. Duff regarding same (.9). | 3.3 |
| 02/14/12 | Boyd | L190 | Prepared for and attended technical and all-hands PRP meeting to discuss sampling and preparation of Phase 1B sampling plan (4.8). | 4.8 |

**Total Hours**     **18.1**

To ensure proper credit to your account,
please include remittance page with your payment.

Matter No.: 08743.00103                                    Invoice No.: 496155
Re: Wells G&H Superfund Site                                   March 29, 2012
                                                                     Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|------------|-------|-----|--------|-----|--------|
| Amy E Boyd | 7.2 | at | 465.00 | = | 3,348.00 |
| Seth D. Jaffe | 10.9 | at | 675.00 | = | 7,357.50 |
| | **Total Fees** | | | | **$10,705.50** |

## Disbursement Summary

| Date | | Amount |
|------|---|--------|
| 02/14/12 | Telephone 14435358439 - Columbia - MD (USA) | 10.27 |
| 02/14/12 | Telephone 14435358439 - Columbia - MD (USA) | 9.75 |
| 02/14/12 | Parking validation | 19.00 |
| 02/14/12 | Meals - SODEXHO, INC & AFFILIATES - WR GRACE | 418.00 |
| | **Total Disbursements** | **$457.02** |

| | |
|---|---|
| **Total Fees** | **$10,705.50** |
| **Total Disbursements** | **457.02** |
| **Total Fees and Disbursements** | **$11,162.52** |

 **FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

# <u>REMITTANCE PAGE</u>

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

March 29, 2012
Invoice No.: 496155
Matter No.: 08743.00103

**Re:**   **Wells G&H Superfund Site**

**Total Fees and Disbursements**          **$11,162.52**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:** | ABA: 011500120 |
| Citizens Bank | Swift #: CTZIUS33 |
| 1 Citizens Drive | Account # 1133945993 |
| Providence, RI 02915 | Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #: 08743.00103, Invoice #: 496155**
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM

## Matter 105 - FDA Matters

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| James Flaherty | Associate | Administrative | $525.00 | 3.0 | $ 1,575.00 |
| | | | | | |
| **TOTAL** | | | | 3.0 | $ 1,575.00 |

### Expenses

| Description | Total |
|---|---|
| Photocopying | $ 1.60 |
| | |
| **TOTAL** | $ 1.60 |



**FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

March 29, 2012
Invoice No.: 496156
Matter No.: 08743.00105

**Re:    FDA Matters**

For Professional Services rendered through February 29, 2012

|  |  |
|---|---|
| Fees | $1,575.00 |
| Disbursements | 1.60 |
| **Total Fees and Disbursements** | **$1,576.60** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM

Matter No.: 08743.00105
Re: FDA Matters

Invoice No.: 496156
March 29, 2012
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 01/09/12 | Flaherty | C300 | Telephone call with L. Duff, M. Buono, and S. Anderson regarding Peptide Media FDA regulatory issues (0.4); email correspondence with client regarding same (0.2); review and analyze background materials provided by client (0.3). | 0.9 |
| 01/10/12 | Flaherty | C300 | Research and analyze FDA laws, regulations, guidances, and Grace background materials regarding Peptide Media product (1.3); prepare for and participate in telephone call with S. Anderson regarding Peptide Media FDA regulatory issues (.8). | 2.1 |
| | | | **Total Hours** | **3.0** |

Matter No.: 08743.00105                                  Invoice No.: 496156
Re: FDA Matters                                                March 29, 2012
                                                                      Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| James Flaherty | 3.0 | at | 525.00 | = | 1,575.00 |
| | | **Total Fees** | | | **$1,575.00** |

## Disbursement Summary

| Date | | | Amount |
|---|---|---|---|
| 02/13/12 | In-House Photocopying | | 1.60 |
| | **Total Disbursements** | | **$1.60** |

| | |
|---|---|
| **Total Fees** | **$1,575.00** |
| **Total Disbursements** | **1.60** |
| **Total Fees and Disbursements** | **$1,576.60** |



Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

March 29, 2012
Invoice No.: 496156
Matter No.: 08743.00105

Re:    **FDA Matters**

**Total Fees and Disbursements**                                **$1,576.60**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:** | ABA: 011500120 |
| Citizens Bank | Swift #: CTZIUS33 |
| 1 Citizens Drive | Account # 1133945993 |
| Providence, RI 02915 | Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00105, **Invoice #:** 496156
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company

**Matter 106 - Walpole Consent Decree Compliance Property Matters**

Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Jacob N. Polatin | Partner | Real Estate | $650.00 | 1.8 | $ 1,170.00 |
| | | | | | |
| **TOTAL** | | | | 1.8 | $ 1,170.00 |

Expenses

| Description | Total |
|---|---|
| Photocopying | $ 72.00 |
| | |
| **TOTAL** | $ 72.00 |


## FOLEY
## HOAG LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

March 29, 2012
Invoice No.: 496157
Matter No.: 08743.00106

**Re:**    **Walpole Consent Decree Compliance Property Matters**

For Professional Services rendered through February 29, 2012

| | |
|---|---:|
| Fees | $1,170.00 |
| Disbursements | 72.00 |
| **Total Fees and Disbursements** | **$1,242.00** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON        WASHINGTON        EMERGING ENTERPRISE CENTER        FOLEYHOAG.COM

Matter No.: 08743.00106  
Re: Walpole Consent Decree Compliance Property Matters

Invoice No.: 496157  
March 29, 2012  
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 02/16/12 | Polatin | B250 | Draft email to K. Zeigler regarding title issues (1.8). | 1.8 |
| | | | **Total Hours** | **1.8** |

Matter No.: 08743.00106
Re: Walpole Consent Decree Compliance Property Matters

Invoice No.: 496157
March 29, 2012
Page 3

### TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Jacob N. Polatin | 1.8 | at | 650.00 | = | 1,170.00 |
| **Total Fees** | | | | | **$1,170.00** |

### Disbursement Summary

| Date | | Amount |
|---|---|---|
| 02/16/12 | Oversized (photocopying) | 72.00 |
| | **Total Disbursements** | **$72.00** |

| | | |
|---|---|---|
| **Total Fees** | | $1,170.00 |
| **Total Disbursements** | | 72.00 |
| **Total Fees and Disbursements** | | $1,242.00 |


**FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

March 29, 2012
Invoice No.: 496157
Matter No.: 08743.00106

Re:   **Walpole Consent Decree Compliance Property Matters**

**Total Fees and Disbursements**          **$1,242.00**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
| --- | --- |
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #: 08743.00106, Invoice #: 496157**
**Billing Attorney: Seth D. Jaffe**
**Wire Originator: W.R. Grace & Company**

**Matter 107 - FDA Compliance Assessment**

Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| James Flaherty | Associate | Administrative | $525.00 | 8.2 | $  4,305.00 |
| | | | | | |
| **TOTAL** | | | | 8.2 | $  4,305.00 |

Expenses

| Description | Total |
|---|---|
| Telephone | $      11.31 |
| | |
| **TOTAL** | $      11.31 |



FOLEY
HOAG LLP

Seth D. Jaffe
617-832-1203
Boston

Lydia B. Duff
Senior Environmental Counsel
Legal Services Group
W.R. Grace & Co.
75 Grace Drive
Columbia, MD 21044

March 29, 2012
Invoice No.: 496158
Matter No.: 08743.00107

Re:    **FDA Compliance Assessment**

For Professional Services rendered through February 29, 2012

| | |
|---|---|
| Fees | $4,305.00 |
| Disbursements | 11.31 |
| **Total Fees and Disbursements** | **$4,316.31** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM

Matter No.: 08743.00107                                    Invoice No.: 496158
Re: FDA Compliance Assessment                                  March 29, 2012
                                                                       Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 02/13/12 | Flaherty | C300 | Review and analyze materials and prepare agenda for FDA Compliance Assessment Phase I Meeting in advance of preparation meeting with L. Duff and D. Curreri (1.5); attend meeting with L. Duff and D. Curreri to prepare for FDA Compliance Assessment Phase I Meeting (1.4); follow up regarding same (0.2). | 3.1 |
| 02/17/12 | Flaherty | C300 | Prepare revised agenda for FDA Compliance Assessment Phase I Meeting reflecting discussion with L. Duff and D. Curreri (0.5); email to L. Duff attaching same with comment (0.1); prepare for FDA Compliance Assessment Phase I Meeting (0.5). | 1.1 |
| 02/21/12 | Flaherty | C300 | Prepare for FDA Compliance Assessment Phase I Meeting, including preparation of slide deck (4.0). | 4.0 |

|  |  |  | **Total Hours** | **8.2** |

Matter No.: 08743.00107                                              Invoice No.: 496158
Re: FDA Compliance Assessment                                          March 29, 2012
                                                                            Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| James Flaherty | 8.2 | at | 525.00 | = | 4,305.00 |
| | | | | | |
| **Total Fees** | | | | | **$4,305.00** |

## Disbursement Summary

| Date | | Amount |
|---|---|---|
| 02/13/12 | Telephone 14105318802 - Columbia - MD (USA) | 8.19 |
| 02/13/12 | Telephone 14433266639 - Baltimore - MD (USA) | 3.12 |
| | **Total Disbursements** | **$11.31** |

| | |
|---|---|
| **Total Fees** | $4,305.00 |
| **Total Disbursements** | 11.31 |
| **Total Fees and Disbursements** | **$4,316.31** |

 **FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

# ·REMITTANCE PAGE·

**To ensure proper payment to your account, please include this page with your payment.**

Lydia B. Duff
Senior Environmental Counsel
Legal Services Group
W.R. Grace & Co.
75 Grace Drive
Columbia, MD 21044

March 29, 2012
Invoice No.: 496158
Matter No.: 08743.00107

Re:    **FDA Compliance Assessment**

**Total Fees and Disbursements**    <u>**$4,316.31**</u>

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 |
|---|

| **Wire Instructions:** | ABA: 011500120 |
|---|---|
| Citizens Bank | Swift #: CTZIUS33 |
| 1 Citizens Drive | Account # 1133945993 |
| Providence, RI 02915 | Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00107, **Invoice #:** 496158
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company