**EXHIBIT A**

# Blackstone Advisory Partners L.P.

May 8, 2012

Mr. Fred Festa
Chairman and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | | |
|---|---|---|---|
| Monthly Advisory Fee for the period of January 1, 2012 through January 31, 2012: | | $ | 75,000.00 |
| Out-of-pocket expenses processed for the period through January 31, 2012: [1] | | | |
| Ground Transportation | 593.18 | | |
| Meals | 55.61 | | |
| Lodging | 258.73 | | |
| Research | 123.75 | | |
| Publishing Services | 184.34 | | 1,215.61 |
| Subtotal | | | 76,215.61 |
| Less: Payment Received | | | (61,215.61) |
| **Total Amount Due** | | $ | **15,000.00** |

**Please wire transfer funds to:**

JP Morgan Chase
One Chase Manhattan Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Partners L.P.
Account Receivable Dept. 16th Floor
Account # 066-287472

**Invoice Number: 66888**

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

Blackstone Advisory Partners L.P.
345 Park Avenue
New York, NY 10154
212 583-5000

**W. R. Grace & Co.**
**Summary of Expenses**
**Through January 31, 2012**
**Invoice Number: 66888**

| | GL Detail Jan-12 | Total Expenses |
|---|---|---|
| Ground Transportation - Local Travel | $        167.18 | $        167.18 |
| Ground Transportation - Railroad | 426.00 | 426.00 |
| Employee Meals | 55.61 | 55.61 |
| Lodging | 258.73 | 258.73 |
| Internal Research | 123.75 | 123.75 |
| Publishing Services | 184.34 | 184.34 |
| **Total Expenses** | $     1,215.61 | $     1,215.61 |

| | |
|---|---|
| **Ground Transportation** | 593.18 |
| **Meals** | 55.61 |
| **Lodging** | 258.73 |
| **Research** | 123.75 |
| **Publishing Services** | 184.34 |
| **Total Expenses** | $     1,215.61 |

W. R. Grace & Co.
Detail of Expenses Processed
Through January 31, 2012
Invoice Number: 66888

**Ground Transportation - Local Travel**

| | | |
|---|---|---|
| O'Connell (taxi to New York Penn Station in New York, NY) | 12/12/11 | 11.18 |
| O'Connell (car to hotel in Columbia, MD from train station in Baltimore, MD) | 12/12/11 | 78.00 |
| O'Connell (car to train station in Baltimore, MD from client offices in Columbia, MD) | 12/13/11 | 78.00 |
| Subtotal - Ground Transportation - Local Travel | | 167.18 |

**Ground Transportation - Railroad**

| | | |
|---|---|---|
| O'Connell (travel agency fee for booking of round trip train travel to/from Baltimore, MD fom/to Newark, NJ) | 12/06/11 | 40.00 |
| O'Connell (round trip train travel to/from Baltimore, MD from/to Newark, NJ) | 12/12/11 - 12/13/11 | 386.00 |
| Subtotal - Ground Transportation - Railroad | | 426.00 |

**Employee Meals**

| | | |
|---|---|---|
| O'Connell (2 working dinner meals for J. O'Connell & B. Jaffe in Columbia, MD) | 12/12/11 | 55.61 |
| Subtotal - Employee Meals | | 55.61 |

**Lodging**

| | | |
|---|---|---|
| O'Connell (1 day hotel stay in Columbia, MD) | 12/12/11 - 12/13/11 | 258.73 |
| Subtotal - Lodging | | 258.73 |

**Internal Research**

| | | |
|---|---|---|
| Jaffe (online data research) | 01/09/12 | 123.75 |
| Subtotal - Internal Research | | 123.75 |

**Publishing Services**

| | | |
|---|---|---|
| Jaffe (preparation of materials) | 01/09/12 | 184.34 |
| Subtotal - Publishing Services | | 184.34 |

| Total Expenses | $ | 1,215.61 |
|---|---|---|

**BLACKSTONE ADVISORY PARTNERS L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**JANUARY 1, 2012 THROUGH JANUARY 31, 2012**

| Professional | Title | Hours |
|---|---|---|
| Jamie O'Connell | Managing Director | 13.2 |
| Adam Schlesinger | Associate | 27.1 |
| Benjamin Jaffe | Analyst | 51.8 |
| | **Total** | **92.1** |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2012 THROUGH JANUARY 31, 2012**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 01/26/12 | 0.6 | Business Analysis | Call with management regarding various business matters |
| Adam Schlesinger | 01/26/12 | 0.2 | Business Analysis | Follow-up meeting with J. O'Connell regarding management call |
| Jamie O'Connell | 01/26/12 | 0.6 | Business Analysis | Call with management regarding various business matters |
| Jamie O'Connell | 01/26/12 | 0.2 | Business Analysis | Follow-up meeting with A. Schlesinger regarding management call |
| | | 1.6 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2012 THROUGH JANUARY 31, 2012**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 01/25/12 | 0.3 | Case Administration | Call regarding administrative matter |
| | | 0.3 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2012 THROUGH JANUARY 31, 2012**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Benjamin Jaffe | 01/17/12 | 0.5 | Claims Analysis/Resolution | Call with BMC regarding claims database |
| Benjamin Jaffe | 01/24/12 | 3.2 | Claims Analysis/Resolution | Emergence claims analysis |
| | | 3.7 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2012 THROUGH JANUARY 31, 2012**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 01/03/12 | 0.1 | Committee | Call with financial advisor to FCR |
| Adam Schlesinger | 01/10/12 | 0.5 | Committee | Conference call with management and counsel regarding pension matter |
| Jamie O'Connell | 01/10/12 | 0.4 | Committee | Review creditor materials and related calls with counsel |
| Benjamin Jaffe | 01/13/12 | 0.5 | Committee | Conference call with management and counsel regarding pension matter |
| Benjamin Jaffe | 01/19/12 | 0.2 | Committee | Meeting with J. O'Connell to review draft materials |
| Benjamin Jaffe | 01/19/12 | 0.2 | Committee | Follow-up meeting with J. O'Connell to review draft materials |
| Jamie O'Connell | 01/19/12 | 0.2 | Committee | Meeting with B. Jaffe to review draft materials |
| Jamie O'Connell | 01/19/12 | 0.2 | Committee | Follow-up meeting with B. Jaffe to review draft materials |
| Adam Schlesinger | 01/20/12 | 0.4 | Committee | Conference call with advisors to committees and FCR regarding pension matter |
| Benjamin Jaffe | 01/20/12 | 0.4 | Committee | Conference call with advisors to committees and FCR regarding pension matter |
| Jamie O'Connell | 01/20/12 | 0.4 | Committee | Conference call with advisors to committees and FCR regarding pension matter |
| Adam Schlesinger | 01/25/12 | 0.7 | Committee | Conference call with management regarding information request of financial advisor |
| Jamie O'Connell | 01/25/12 | 0.7 | Committee | Conference call with management regarding information request of financial advisor |
| Benjamin Jaffe | 01/27/12 | 0.6 | Committee | Conference call with management and committee advisor regarding pension motion |
| Jamie O'Connell | 01/27/12 | 0.1 | Committee | Call with financial advisor to FCR regarding pension motion |
| Jamie O'Connell | 01/27/12 | 0.5 | Committee | Conference call with management and Capstone regarding pension motion (did not attend entire call) |
| | | **6.1** | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2012 THROUGH JANUARY 31, 2012**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Benjamin Jaffe | 01/05/12 | 3.0 | Corporate Finance | Financial analyses related to emergence from bankruptcy |
| Benjamin Jaffe | 01/06/12 | 2.5 | Corporate Finance | Financial analyses related to emergence from bankruptcy |
| Benjamin Jaffe | 01/06/12 | 0.2 | Corporate Finance | Correspondence with management regarding financial analysis |
| Benjamin Jaffe | 01/06/12 | 0.1 | Corporate Finance | Correspondence with management regarding financial analysis |
| Adam Schlesinger | 01/07/12 | 1.5 | Corporate Finance | Review financial analyses |
| Adam Schlesinger | 01/12/12 | 1.0 | Corporate Finance | Call with management to review pro forma financial analyses |
| Adam Schlesinger | 01/12/12 | 2.0 | Corporate Finance | Review financial analyses |
| Benjamin Jaffe | 01/12/12 | 2.0 | Corporate Finance | New-year financial analysis at request of management |
| Benjamin Jaffe | 01/12/12 | 2.5 | Corporate Finance | Financial analyses related to emergence from bankruptcy |
| Benjamin Jaffe | 01/12/12 | 3.5 | Corporate Finance | Valuation analysis |
| Adam Schlesinger | 01/13/12 | 1.0 | Corporate Finance | Update financial analyses |
| Benjamin Jaffe | 01/17/12 | 6.0 | Corporate Finance | Financial analyses related to emergence from bankruptcy |
| Adam Schlesinger | 01/18/12 | 1.5 | Corporate Finance | Review financial analyses related to emergence from bankruptcy |
| Adam Schlesinger | 01/18/12 | 1.5 | Corporate Finance | Review cash flow analyses |
| Benjamin Jaffe | 01/18/12 | 0.5 | Corporate Finance | Conference call with management and counsel regarding emergence analysis |
| Benjamin Jaffe | 01/18/12 | 5.0 | Corporate Finance | Financial analyses related to emergence from bankruptcy |
| Adam Schlesinger | 01/19/12 | 0.6 | Corporate Finance | Review cash flow analyses |
| Benjamin Jaffe | 01/19/12 | 1.0 | Corporate Finance | Financial analyses related to emergence from bankruptcy |
| Adam Schlesinger | 01/20/12 | 0.6 | Corporate Finance | Call with management regarding emergence analysis |
| Adam Schlesinger | 01/20/12 | 3.0 | Corporate Finance | Review various financial analyses |
| Benjamin Jaffe | 01/20/12 | 0.6 | Corporate Finance | Call with management regarding emergence analysis |
| Benjamin Jaffe | 01/24/12 | 3.5 | Corporate Finance | Financial analyses related to emergence from bankruptcy |
| Benjamin Jaffe | 01/26/12 | 0.5 | Corporate Finance | Preparation for call with management regarding financial analysis |
| Benjamin Jaffe | 01/26/12 | 0.6 | Corporate Finance | Call with management regarding financial analysis |
| | | 44.2 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2012 THROUGH JANUARY 31, 2012**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 01/04/12 | 0.2 | Employee Benefits/Pension | Correspondence regarding draft motion |
| Adam Schlesinger | 01/09/12 | 1.0 | Employee Benefits/Pension | Conference call with management and counsel regarding pension matter |
| Benjamin Jaffe | 01/09/12 | 1.0 | Employee Benefits/Pension | Conference call with management and counsel regarding pension matter |
| Jamie O'Connell | 01/09/12 | 1.0 | Employee Benefits/Pension | Conference call with management and counsel regarding pension matter |
| Adam Schlesinger | 01/10/12 | 2.5 | Employee Benefits/Pension | Prepare and review various pension funding analyses |
| Benjamin Jaffe | 01/10/12 | 0.5 | Employee Benefits/Pension | Conference call with management and counsel regarding pension matter |
| Jamie O'Connell | 01/10/12 | 0.5 | Employee Benefits/Pension | Conference call with management and counsel regarding pension matter |
| Jamie O'Connell | 01/11/12 | 0.2 | Employee Benefits/Pension | Call with counsel and related correspondence |
| Adam Schlesinger | 01/13/12 | 0.5 | Employee Benefits/Pension | Conference call with management and counsel regarding pension matter |
| Jamie O'Connell | 01/13/12 | 0.5 | Employee Benefits/Pension | Conference call with management and counsel regarding pension matter |
| Adam Schlesinger | 01/17/12 | 1.2 | Employee Benefits/Pension | Conference call with management and counsel regarding pension matter |
| Adam Schlesinger | 01/17/12 | 0.3 | Employee Benefits/Pension | Review presentation materials |
| Benjamin Jaffe | 01/17/12 | 1.0 | Employee Benefits/Pension | Conference call with management and counsel regarding pension matter (did not attend entire call) |
| Jamie O'Connell | 01/17/12 | 0.5 | Employee Benefits/Pension | Review draft motion and declaration regarding pension matter |
| Jamie O'Connell | 01/17/12 | 1.2 | Employee Benefits/Pension | Conference call with management and counsel regarding pension matter |
| Benjamin Jaffe | 01/18/12 | 0.6 | Employee Benefits/Pension | Conference call with management and counsel regarding pension matter |
| Benjamin Jaffe | 01/18/12 | 3.5 | Employee Benefits/Pension | Pension matter analysis |
| Adam Schlesinger | 01/19/12 | 1.1 | Employee Benefits/Pension | Conference call with management and counsel regarding pension matter |
| Adam Schlesinger | 01/19/12 | 0.5 | Employee Benefits/Pension | Follow-up conference call with management and counsel regarding pension matter |
| Adam Schlesinger | 01/19/12 | 0.7 | Employee Benefits/Pension | Review presentation materials |
| Benjamin Jaffe | 01/19/12 | 3.0 | Employee Benefits/Pension | Pension matter analysis |
| Benjamin Jaffe | 01/19/12 | 1.1 | Employee Benefits/Pension | Conference call with management and counsel regarding pension matter |
| Benjamin Jaffe | 01/19/12 | 0.5 | Employee Benefits/Pension | Follow-up conference call with management and counsel regarding pension matter |
| Jamie O'Connell | 01/19/12 | 0.2 | Employee Benefits/Pension | Review materials in connection with pension matter |
| Jamie O'Connell | 01/19/12 | 1.1 | Employee Benefits/Pension | Conference call with management and counsel regarding pension matter |
| Jamie O'Connell | 01/19/12 | 0.5 | Employee Benefits/Pension | Follow-up conference call with management and counsel regarding pension matter |
| Jamie O'Connell | 01/19/12 | 0.5 | Employee Benefits/Pension | Review draft motion regarding pension matter |
| Adam Schlesinger | 01/20/12 | 1.9 | Employee Benefits/Pension | Conference call with management and counsel regarding pension motion |
| Adam Schlesinger | 01/20/12 | 0.2 | Employee Benefits/Pension | Call with counsel regarding pension motion |
| Adam Schlesinger | 01/20/12 | 1.0 | Employee Benefits/Pension | Review draft motion |
| Benjamin Jaffe | 01/20/12 | 1.9 | Employee Benefits/Pension | Conference call with management and counsel regarding pension motion |
| Benjamin Jaffe | 01/20/12 | 0.4 | Employee Benefits/Pension | Follow-up call with management and counsel regarding pension motion |
| Benjamin Jaffe | 01/20/12 | 0.2 | Employee Benefits/Pension | Call with counsel regarding pension motion |
| Jamie O'Connell | 01/20/12 | 0.3 | Employee Benefits/Pension | Review draft motion regarding pension matter |
| Jamie O'Connell | 01/20/12 | 1.9 | Employee Benefits/Pension | Conference call with management and counsel regarding pension motion |
| Jamie O'Connell | 01/20/12 | 0.4 | Employee Benefits/Pension | Follow-up call with management and counsel regarding pension motion |
| Jamie O'Connell | 01/23/12 | 0.5 | Employee Benefits/Pension | Review and execute declaration in connection with pension motion |
| | | **34.1** | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2012 THROUGH JANUARY 31, 2012**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 01/10/12 | 0.6 | Fee Applications | Review draft fee application |
| Adam Schlesinger | 01/13/12 | 0.5 | Fee Applications | Review draft fee application |
| Benjamin Jaffe | 01/13/12 | 1.0 | Fee Applications | Draft fee application |
| | | 2.1 | | |

# Blackstone Advisory Partners L.P.

May 8, 2012

Mr. Fred Festa
Chairman and Chief Executive Officer
W. R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | | | |
|---|---|---|---|---|
| Monthly Fee for the period of February 1, 2012 through February 29, 2012: | | | $ | 75,000.00 |

Out-of-pocket expenses processed for the period through February 29, 2012: [1]

| | | | |
|---|---|---|---|
| Ground Transportation | $ | 60.00 | |
| Meals | | 35.58 | |
| Document Production | | 191.80 | |
| Research | | 14.80 | 302.18 |
| | | | |
| Subtotal | | | 75,302.18 |
| | | | |
| Less: Payment Received | | | (60,302.18) |
| | | | |
| **Total Amount Due** | | $ | **15,000.00** |

**Please wire transfer funds to:**

JP Morgan Chase
One Chase Manhattan Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Partners L.P.
Account Receivable Dept. 16th Floor
Account # 066-287472

**Invoice Number: 67171**

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**Blackstone Advisory Partners L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

W. R. Grace & Co.
Summary of Expenses
Through February 29, 2012
Invoice Number: 67171

|  | GL Detail Feb-12 | Total Expenses |
|---|---|---|
| Ground Transportation - Out-Of-Town Travel | $ 60.00 | $ 60.00 |
| Employee Meals | 35.58 | 35.58 |
| Document Production | 191.80 | 191.80 |
| External Research - Online Database | 14.80 | 14.80 |
| **Total Expenses** | **$ 302.18** | **$ 302.18** |

| | | |
|---|---|---|
| **Ground Transportation** | $ | **60.00** |
| **Meals** | | **35.58** |
| **Document Production** | | **191.80** |
| **Research** | | **14.80** |
| **Total Expenses** | $ | **302.18** |

W. R. Grace & Co.
Detail of Expenses Processed
Through February 29, 2012
Invoice Number: 67171

**Ground Transportation - Out-Of-Town Travel**

| | | | | |
|---|---|---|---|---|
| O'Connell (taxi to hotel from train station in Baltimore, MD) | 07/11/11 | 60.00 | | |
| | Subtotal - Ground Transportation - Out-Of-Town Travel | | $ | 60.00 |

**Employee Meals**

| | | | |
|---|---|---|---|
| Jaffe (weeknight working dinner meal @ Blackstone while working late) | 12/09/11 | 35.58 | |
| | Subtotal - Employee Meals | | 35.58 |

**Document Production**

| | | | |
|---|---|---|---|
| Jaffe (1,030 black & white photocopies calculated @ a rate of $0.10 per page) | 02/01/12 | 103.00 | |
| Jaffe (888 black & white photocopies calculated @ a rate of $0.10 per page) | 02/27/12 | 88.80 | |
| | Subtotal - Document Production | | 191.80 |

**External Research - Online Database**

| | | | |
|---|---|---|---|
| de Almeida (retrieved documents from Court docket via P.A.C.E.R.) | 07/01/11 - 09/30/11 | 14.80 | |
| | Subtotal - External Research - Online Database | | 14.80 |
| | Total Expenses | $ | 302.18 |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**FEBRUARY 1, 2012 THROUGH FEBRUARY 29, 2012**

| Professional | Title | Hours |
|---|---|---|
| Jamie O'Connell | Managing Director | 11.1 |
| Adam Schlesinger | Associate | 9.2 |
| Benjamin Jaffe | Analyst | 60.5 |
| **Total** | | **80.8** |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**FEBRUARY 1, 2012 THROUGH FEBRUARY 29, 2012**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 02/01/12 | 0.8 | Business Analysis | Grace Q4 Earnings Call |
| Benjamin Jaffe | 02/01/12 | 0.8 | Business Analysis | Grace Q4 Earnings Call |
| Jamie O'Connell | 02/01/12 | 0.5 | Business Analysis | Review earnings announcement and Libby agreement announcement |
| Jamie O'Connell | 02/01/12 | 0.8 | Business Analysis | Grace Q4 Earnings Call |
| Benjamin Jaffe | 02/08/12 | 0.7 | Business Analysis | Conference call with management regarding business matters |
| Benjamin Jaffe | 02/08/12 | 0.2 | Business Analysis | Call with management regarding business matters |
| Jamie O'Connell | 02/08/12 | 0.7 | Business Analysis | Conference call with management regarding business matters |
| Benjamin Jaffe | 02/09/12 | 0.5 | Business Analysis | Call with management regarding business analysis |
| Benjamin Jaffe | 02/14/12 | 0.4 | Business Analysis | Call with J. O'Connell regarding business matters |
| Jamie O'Connell | 02/14/12 | 0.4 | Business Analysis | Call with B. Jaffe regarding business matters |
| Adam Schlesinger | 02/22/12 | 0.4 | Business Analysis | Internal call with B. Jaffe |
| Benjamin Jaffe | 02/22/12 | 0.3 | Business Analysis | Internal call with A. Schlesinger |
| Adam Schlesinger | 02/23/12 | 1.5 | Business Analysis | Review board materials |
| Adam Schlesinger | 02/29/12 | 0.8 | Business Analysis | Bankruptcy cost analysis |
| | | 8.8 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**FEBRUARY 1, 2012 THROUGH FEBRUARY 29, 2012**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 02/01/12 | 0.5 | Case Administration | Read District Court opinion |
| Adam Schlesinger | 02/02/12 | 0.5 | Case Administration | Review draft settlement agreement |
| Jamie O'Connell | 02/02/12 | 1.0 | Case Administration | Read District Court opinion |
| Benjamin Jaffe | 02/07/12 | 1.5 | Case Administration | Conference call with counsel regarding District Court opinion (did not attend entire call) |
| Jamie O'Connell | 02/07/12 | 1.7 | Case Administration | Conference call with counsel regarding District Court opinion |
| Jamie O'Connell | 02/12/12 | 1.3 | Case Administration | Analysis of emergence-related items |
| Jamie O'Connell | 02/13/12 | 1.0 | Case Administration | Analysis of emergence-related items |
| Jamie O'Connell | 02/15/12 | 0.7 | Case Administration | Analysis of emergence-related items |
| Jamie O'Connell | 02/16/12 | 0.6 | Case Administration | Analysis of emergence-related items |
| Adam Schlesinger | 02/17/12 | 0.2 | Case Administration | Discussion with J. O'Connell regarding various matters |
| Jamie O'Connell | 02/17/12 | 0.2 | Case Administration | Discussion with A. Schlesinger regarding various matters |
| Benjamin Jaffe | 02/24/12 | 0.5 | Case Administration | Appeal analysis |
| Adam Schlesinger | 02/27/12 | 0.4 | Case Administration | Review appeals |
| Jamie O'Connell | 02/28/12 | 0.1 | Case Administration | Call with counsel regarding case status |
| | | **10.2** | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**FEBRUARY 1, 2012 THROUGH FEBRUARY 29, 2012**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Benjamin Jaffe | 02/01/12 | 3.4 | Claims Analysis Objection/Resolution | Claims analysis |
| Benjamin Jaffe | 02/03/12 | 0.6 | Claims Analysis Objection/Resolution | Call with management regarding claims analysis |
| Benjamin Jaffe | 02/03/12 | 3.5 | Claims Analysis Objection/Resolution | Claims analysis |
| Benjamin Jaffe | 02/04/12 | 3.0 | Claims Analysis Objection/Resolution | Claims analysis |
| Benjamin Jaffe | 02/06/12 | 0.6 | Claims Analysis Objection/Resolution | Calls with management and BMC regarding claims |
| Benjamin Jaffe | 02/07/12 | 2.0 | Claims Analysis Objection/Resolution | Claims analysis |
| Benjamin Jaffe | 02/08/12 | 1.0 | Claims Analysis Objection/Resolution | Call with BMC regarding claims |
| Benjamin Jaffe | 02/08/12 | 3.0 | Claims Analysis Objection/Resolution | Claims analysis |
| Benjamin Jaffe | 02/08/12 | 0.6 | Claims Analysis Objection/Resolution | Conference call with management regarding claims |
| Benjamin Jaffe | 02/09/12 | 1.0 | Claims Analysis Objection/Resolution | Claims analysis |
| Benjamin Jaffe | 02/10/12 | 0.6 | Claims Analysis Objection/Resolution | Call with management regarding claims |
| Benjamin Jaffe | 02/10/12 | 0.5 | Claims Analysis Objection/Resolution | Call with BMC regarding claims |
| Benjamin Jaffe | 02/13/12 | 3.0 | Claims Analysis Objection/Resolution | Claims analysis |
| Benjamin Jaffe | 02/14/12 | 2.5 | Claims Analysis Objection/Resolution | Claims analysis |
| Benjamin Jaffe | 02/22/12 | 2.5 | Claims Analysis Objection/Resolution | Claims analysis |
| Adam Schlesinger | 02/23/12 | 0.5 | Claims Analysis Objection/Resolution | Review claims |
| | | 28.3 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**FEBRUARY 1, 2012 THROUGH FEBRUARY 29, 2012**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 02/01/12 | 0.2 | Committee | Call with financial advisor and related correspondence |
| Jamie O'Connell | 02/01/12 | 0.2 | Committee | Call with financial advisor and related correspondence |
| Adam Schlesinger | 02/02/12 | 0.1 | Committee | Call with financial advisor regarding pension motion |
| Benjamin Jaffe | 02/02/12 | 0.1 | Committee | Call with financial advisor regarding pension motion |
| Jamie O'Connell | 02/02/12 | 0.1 | Committee | Call with financial advisor regarding various matters |
| Jamie O'Connell | 02/02/12 | 0.1 | Committee | Call with financial advisor regarding pension motion |
| Benjamin Jaffe | 02/06/12 | 0.2 | Committee | Calls with management regarding information request |
| Jamie O'Connell | 02/06/12 | 0.2 | Committee | Calls with management regarding information request |
| Benjamin Jaffe | 02/08/12 | 0.2 | Committee | Coordinate committee request |
| | | 1.4 | | |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
FEBRUARY 1, 2012 THROUGH FEBRUARY 29, 2012

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 02/01/12 | 0.5 | Corporate Finance | Call with B. Jaffe and management regarding emergence analysis |
| Adam Schlesinger | 02/01/12 | 0.5 | Corporate Finance | Review emergence analyses |
| Benjamin Jaffe | 02/01/12 | 0.5 | Corporate Finance | Call with A. Schlesinger and management regarding emergence analysis |
| Benjamin Jaffe | 02/04/12 | 3.0 | Corporate Finance | Financial analyses related to potential emergence from bankruptcy protection |
| Benjamin Jaffe | 02/06/12 | 0.5 | Corporate Finance | Meeting with J. O'Connell regarding corporate finance matter |
| Benjamin Jaffe | 02/06/12 | 4.5 | Corporate Finance | Financial analyses related to potential emergence from bankruptcy protection |
| Jamie O'Connell | 02/06/12 | 0.5 | Corporate Finance | Meeting with B. Jaffe regarding corporate finance analysis |
| Benjamin Jaffe | 02/09/12 | 2.0 | Corporate Finance | Financial analyses related to potential emergence from bankruptcy protection |
| Benjamin Jaffe | 02/14/12 | 2.8 | Corporate Finance | Financial analyses related to potential emergence from bankruptcy protection |
| Benjamin Jaffe | 02/15/12 | 5.0 | Corporate Finance | Financial analyses related to potential emergence from bankruptcy protection |
| Benjamin Jaffe | 02/16/12 | 4.0 | Corporate Finance | Financial analyses related to potential emergence from bankruptcy protection |
| Adam Schlesinger | 02/17/12 | 1.0 | Corporate Finance | Review draft emergence analyses |
| Adam Schlesinger | 02/21/12 | 0.5 | Corporate Finance | Review pension prepayment order and analysis |
| Benjamin Jaffe | 02/21/12 | 2.0 | Corporate Finance | Financial analyses related to potential emergence from bankruptcy protection |
| Adam Schlesinger | 02/22/12 | 1.0 | Corporate Finance | Exit financing analyses |
| Benjamin Jaffe | 02/22/12 | 1.5 | Corporate Finance | Financial analyses related to potential emergence from bankruptcy protection |
| Benjamin Jaffe | 02/22/12 | 0.5 | Corporate Finance | Call with management regarding emergence analysis |
| | | 30.3 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**FEBRUARY 1, 2012 THROUGH FEBRUARY 29, 2012**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Benjamin Jaffe | 02/02/12 | 0.5 | Fee Applications | Draft Fee Analysis |
| Benjamin Jaffe | 02/16/12 | 0.5 | Fee Applications | Draft Fee Analysis |
| Adam Schlesinger | 02/17/12 | 0.3 | Fee Applications | Review draft fee application |
| Jamie O'Connell | 02/20/12 | 0.5 | Fee Applications | Review fee application |
| | | 1.8 | | |

# Blackstone Advisory Partners L.P.

May 8, 2012

Mr. Fred Festa
Chairman and Chief Executive Officer
W. R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | |
|---|---|---|
| Monthly Fee for the period of March 1, 2012 through March 31, 2012: | $ | 100,000.00 |

Out-of-pocket expenses processed for the period through March 31, 2012: [1]

| | | |
|---|---|---|
| Ground Transportation | 538.74 | |
| Communication | 15.84 | |
| Meals | 216.74 | |
| Lodging | 213.57 | 984.89 |
| **Total Amount Due** | $ | 100,984.89 |

**Please wire transfer funds to:**

JP Morgan Chase
One Chase Manhattan Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Partners L.P.
Account Receivable Dept. 16th Floor
Account # 066-287472

Invoice Number: 67523

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**Blackstone Advisory Partners L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

**W. R. Grace & Co.**
**Summary of Expenses**
**Through March 31, 2012**
**Invoice Number: 67523**

| | GL Detail<br>Mar-12 | Total<br>Expenses |
|---|---|---|
| Ground Transportation - Local Travel | $ 67.74 | $ 67.74 |
| Ground Transportation - Railroad | 471.00 | 471.00 |
| Communications - Teleconferencing | 9.02 | 9.02 |
| Communications - Federal Express | 6.82 | 6.82 |
| Employee Meals | 216.74 | 216.74 |
| Lodging | 213.57 | 213.57 |
| **Total Expenses** | **$ 984.89** | **$ 984.89** |

| | |
|---|---|
| **Ground Transportation** | 538.74 |
| **Communication** | 15.84 |
| **Meals** | 216.74 |
| **Lodging** | 213.57 |
| **Total Expenses** | **$ 984.89** |

W. R. Grace & Co.
Detail of Expenses Processed
Through March 31, 2012
Invoice Number: 67523

**Ground Transportation - Local Travel**

| | | |
|---|---|---|
| Jaffe (weeknight taxi home from Blackstone while working late) | 11/15/11 | 9.50 |
| Jaffe (weekend taxi to Blackstone from home) | 11/20/11 | 9.90 |
| Jaffe (weekend taxi home from Blackstone) | 11/20/11 | 9.36 |
| Jaffe (weeknight taxi home from Blackstone while working late) | 12/06/11 | 9.90 |
| Jaffe (weeknight taxi home from Blackstone while working late) | 12/07/11 | 9.90 |
| Jaffe (weeknight taxi home from Blackstone while working late) | 12/09/11 | 10.30 |
| Jaffe (weeknight taxi home from Blackstone while working late) | 12/15/11 | 8.88 |
| Subtotal - Ground Transportation - Local Travel | | | 67.74 |

**Ground Transportation - Railroad**

| | | |
|---|---|---|
| Jaffe (travel agency fee for booking of round train travel to/from Baltimore, MD from/to New York, NY on 12/11 & 12/13/11) | 12/09/11 | 40.00 |
| Jaffe (round trip train travel to/from Baltimore, MD from/to New York, NY) | 12/11/11 - 12/13/11 | 431.00 |
| Subtotal - Ground Transportation - Railroad | | | 471.00 |

**Communications - Teleconferencing**

| | | |
|---|---|---|
| O'Connell | 01/24/12 | 2.50 |
| Schlesinger | 01/24/12 | 6.52 |
| Subtotal - Communications - Teleconferencing | | | 9.02 |

**Communications - Federal Express**

| | | |
|---|---|---|
| O'Connell | 02/08/12 | 6.82 |
| Subtotal - Communications - Federal Express | | | 6.82 |

**Employee Meals**

| | | |
|---|---|---|
| Jaffe (weeknight working dinner meal @ Blackstone while working late) | 11/15/11 | 23.23 |
| Jaffe (weekend working meal @ Blackstone) | 11/20/11 | 18.89 |
| Jaffe (weeknight working dinner meal @ Blackstone while working late) | 11/28/11 | 32.95 |
| Jaffe (weeknight working dinner meal @ Blackstone while working late) | 12/06/11 | 34.47 |
| Jaffe (weeknight working dinner meal @ Blackstone while working late) | 12/07/11 | 33.72 |
| Jaffe (weeknight working dinner meal @ Blackstone while working late) | 12/09/11 | 34.43 |
| Jaffe (weeknight working dinner meal @ Blackstone while working late) | 12/13/11 | 39.05 |
| Subtotal - Employee Meals | | | 216.74 |

**Lodging**

| | | |
|---|---|---|
| Jaffe (2 day hotel stay in Columbia, MD) | 12/11/11 - 12/13/11 | 213.57 |
| Subtotal - Lodging | | | 213.57 |

| Total Expenses | | $ | 984.89 |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**MARCH 1, 2012 THROUGH MARCH 31, 2012**

| Professional | Title | Hours |
|---|---|---|
| Jamie O'Connell | Managing Director | 17.3 |
| Adam Schlesinger | Associate | 24.5 |
| Benjamin Jaffe | Analyst | 72.5 |
| **Total** | | **114.3** |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**MARCH 1, 2012 THROUGH MARCH 31, 2012**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 03/05/12 | 0.3 | Business Analysis | Call with counsel regarding a business transaction |
| Benjamin Jaffe | 03/05/12 | 0.3 | Business Analysis | Call with counsel regarding a business transaction |
| Jamie O'Connell | 03/05/12 | 0.3 | Business Analysis | Call with counsel regarding a business transaction |
| Benjamin Jaffe | 03/06/12 | 0.7 | Business Analysis | Emergence analysis regarding sources and uses |
| Benjamin Jaffe | 03/07/12 | 3.0 | Business Analysis | Emergence analysis regarding sources and uses |
| Benjamin Jaffe | 03/07/12 | 3.5 | Business Analysis | Emergence analysis regarding sources and uses |
| Jamie O'Connell | 03/07/12 | 0.2 | Business Analysis | Call with management regarding new business development |
| Benjamin Jaffe | 03/08/12 | 4.0 | Business Analysis | Emergence analysis regarding logistics |
| Benjamin Jaffe | 03/12/12 | 1.0 | Business Analysis | Warrant valuation and volatility analysis |
| Benjamin Jaffe | 03/12/12 | 2.5 | Business Analysis | Emergence analysis regarding sources and uses |
| Benjamin Jaffe | 03/15/12 | 2.7 | Business Analysis | Emergence analysis regarding sources and uses |
| Benjamin Jaffe | 03/19/12 | 0.5 | Business Analysis | Document preparation of recent Grace filings |
| Benjamin Jaffe | 03/19/12 | 4.5 | Business Analysis | Emergence analysis regarding sources and uses |
| Benjamin Jaffe | 03/20/12 | 5.5 | Business Analysis | Emergence analysis regarding sources and uses |
| Benjamin Jaffe | 03/20/12 | 5.5 | Business Analysis | Comparables analysis regarding a business transaction |
| Benjamin Jaffe | 03/21/12 | 1.5 | Business Analysis | Comparables analysis regarding a business transaction |
| Benjamin Jaffe | 03/21/12 | 3.0 | Business Analysis | Emergence analysis regarding sources and uses |
| Benjamin Jaffe | 03/22/12 | 1.5 | Business Analysis | Analysis of effect of a business transaction on emergence |
| Benjamin Jaffe | 03/22/12 | 3.2 | Business Analysis | Analysis of effect of a business transaction on emergence |
| Benjamin Jaffe | 03/23/12 | 3.3 | Business Analysis | Analysis of effect of a business transaction on emergence |
| Benjamin Jaffe | 03/26/12 | 3.0 | Business Analysis | Analysis of effect of a business transaction on emergence |
| Benjamin Jaffe | 03/27/12 | 1.6 | Business Analysis | Analysis of effect of a business transaction on emergence |
| Benjamin Jaffe | 03/28/12 | 3.2 | Business Analysis | Analysis of effect of a business transaction on emergence |
| | | 54.8 | | |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
MARCH 1, 2012 THROUGH MARCH 31, 2012

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 03/02/12 | 0.5 | Case Administration | Review bankruptcy cost analyses and related correspondence |
| Benjamin Jaffe | 03/02/12 | 1.5 | Case Administration | Bankruptcy cost analyses |
| Benjamin Jaffe | 03/03/12 | 0.3 | Case Administration | Bankruptcy cost analyses |
| Adam Schlesinger | 03/05/12 | 0.3 | Case Administration | Review bankruptcy cost analyses |
| Adam Schlesinger | 03/05/12 | 0.2 | Case Administration | Call with J. O'Connell regarding various matters |
| Benjamin Jaffe | 03/05/12 | 1.0 | Case Administration | Bankruptcy cost analyses |
| Jamie O'Connell | 03/05/12 | 0.2 | Case Administration | Call with A. Schlesinger regarding various matters |
| Adam Schlesinger | 03/06/12 | 1.5 | Case Administration | Review emergence analyses |
| Jamie O'Connell | 03/06/12 | 0.9 | Case Administration | Draft declaration, correspondence with counsel and financial analysis related to appeal bond |
| Adam Schlesinger | 03/07/12 | 0.6 | Case Administration | Conference call with management regarding financial analyses and related topics |
| Adam Schlesinger | 03/07/12 | 0.5 | Case Administration | Internal team meeting regarding financial analysis, claims and timeline |
| Adam Schlesinger | 03/07/12 | 0.3 | Case Administration | Emergence analyses |
| Adam Schlesinger | 03/07/12 | 0.4 | Case Administration | Internal team meeting regarding appeal bond analysis |
| Benjamin Jaffe | 03/07/12 | 0.5 | Case Administration | Internal team meeting regarding financial analysis, claims and timeline |
| Benjamin Jaffe | 03/07/12 | 0.6 | Case Administration | Conference call with management regarding financial analyses and related topics |
| Benjamin Jaffe | 03/07/12 | 0.4 | Case Administration | Internal team meeting regarding appeal bond analysis |
| Benjamin Jaffe | 03/07/12 | 2.2 | Case Administration | Bankruptcy cost analyses |
| Jamie O'Connell | 03/07/12 | 0.6 | Case Administration | Conference call with management regarding financial analyses and related topics |
| Jamie O'Connell | 03/07/12 | 0.5 | Case Administration | Internal team meeting regarding financial analysis, claims and timeline |
| Jamie O'Connell | 03/07/12 | 1.0 | Case Administration | Draft declaration, call with counsel and financial analysis related to appeal bond |
| Jamie O'Connell | 03/07/12 | 0.4 | Case Administration | Internal team meeting regarding appeal bond analysis |
| Adam Schlesinger | 03/08/12 | 0.5 | Case Administration | Review draft declaration |
| Adam Schlesinger | 03/08/12 | 0.8 | Case Administration | Internal team meeting regarding financial analysis, claims and timeline |
| Adam Schlesinger | 03/08/12 | 0.6 | Case Administration | Follow-up meetings with J. O'Connell and related call |
| Adam Schlesinger | 03/08/12 | 0.3 | Case Administration | Appeal bond analysis |
| Adam Schlesinger | 03/08/12 | 0.4 | Case Administration | Call with counsel regarding appeal bond analysis |
| Benjamin Jaffe | 03/08/12 | 0.8 | Case Administration | Internal team meeting regarding financial analysis, claims and timeline |
| Jamie O'Connell | 03/08/12 | 0.8 | Case Administration | Internal team meeting regarding financial analysis, claims and timeline |
| Jamie O'Connell | 03/08/12 | 0.6 | Case Administration | Follow-up meetings with A. Schlesinger and related call |
| Benjamin Jaffe | 03/12/12 | 0.8 | Case Administration | Analysis for internal team meeting regarding financial analysis, claims and timeline |
| Adam Schlesinger | 03/13/12 | 1.4 | Case Administration | Internal team meeting regarding financial analyses and other matters |
| Adam Schlesinger | 03/13/12 | 0.2 | Case Administration | Appeal bond analysis |
| Benjamin Jaffe | 03/13/12 | 1.2 | Case Administration | Internal team meeting regarding financial analyses and other matters (did not attend entire meeting) |
| Benjamin Jaffe | 03/13/12 | 3.5 | Case Administration | Appeal bond analysis |
| Jamie O'Connell | 03/13/12 | 1.4 | Case Administration | Internal team meeting regarding financial analyses and other matters |
| Jamie O'Connell | 03/13/12 | 0.3 | Case Administration | Call with counsel regarding draft declaration |
| Adam Schlesinger | 03/14/12 | 0.8 | Case Administration | Review draft declaration |
| Adam Schlesinger | 03/14/12 | 0.3 | Case Administration | Internal team meeting and call with counsel regarding appeal bond analysis |
| Benjamin Jaffe | 03/14/12 | 0.3 | Case Administration | Internal team meeting and call with counsel regarding appeal bond analysis |
| Benjamin Jaffe | 03/14/12 | 1.0 | Case Administration | Updated appeal bond analysis |
| Jamie O'Connell | 03/14/12 | 1.5 | Case Administration | Draft declaration in support of appeal bond |
| Jamie O'Connell | 03/14/12 | 0.3 | Case Administration | Internal team meeting and call with counsel regarding appeal bond analysis |
| Adam Schlesinger | 03/15/12 | 1.0 | Case Administration | Internal team meeting regarding financial analyses and other matters |
| Adam Schlesinger | 03/15/12 | 0.5 | Case Administration | Review draft declaration |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**MARCH 1, 2012 THROUGH MARCH 31, 2012**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 03/15/12 | 0.8 | Case Administration | Review draft brief |
| Benjamin Jaffe | 03/15/12 | 1.0 | Case Administration | Internal team meeting regarding financial analyses and other matters |
| Jamie O'Connell | 03/15/12 | 1.0 | Case Administration | Internal team meeting regarding financial analyses and other matters |
| Jamie O'Connell | 03/15/12 | 1.1 | Case Administration | Draft declaration in support of appeal bond |
| Benjamin Jaffe | 03/16/12 | 0.2 | Case Administration | Updated appeal bond analysis for legal counsel review |
| Jamie O'Connell | 03/16/12 | 2.0 | Case Administration | Review and comment on draft reply brief; related correspondence and call with counsel |
| Jamie O'Connell | 03/19/12 | 0.2 | Case Administration | Call with financial advisor regarding filing |
| Adam Schlesinger | 03/26/12 | 0.2 | Case Administration | Discussion with J. O'Connell regarding various matters |
| Jamie O'Connell | 03/26/12 | 0.2 | Case Administration | Discussion with A. Schlesinger regarding various matters |
| Jamie O'Connell | 03/26/12 | 0.1 | Case Administration | Call with management regarding business matter |
| | | 40.5 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**MARCH 1, 2012 THROUGH MARCH 31, 2012**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 03/01/12 | 0.5 | Committee | Call with Committee member, J. O'Connell and B. Jaffe regarding a matter related to emergence |
| Adam Schlesinger | 03/01/12 | 0.3 | Committee | Call with management and B. Jaffe regarding a matter related to emergence |
| Benjamin Jaffe | 03/01/12 | 0.3 | Committee | Call with management and A. Schlesinger regarding a matter related to emergence |
| Benjamin Jaffe | 03/01/12 | 0.5 | Committee | Call with Committee member, J. O'Connell and A. Schlesinger regarding a matter related to emergence |
| Jamie O'Connell | 03/01/12 | 0.5 | Committee | Call with Committee member, A. Schlesinger and B. Jaffe regarding a matter related to emergence |
| Jamie O'Connell | 03/26/12 | 0.1 | Committee | Correspondence with financial advisors regarding corporate finance matter |
| Adam Schlesinger | 03/27/12 | 0.7 | Committee | Conference call with financial advisors regarding corporate finance matter |
| Adam Schlesinger | 03/27/12 | 0.2 | Committee | Internal team meeting debrief after call with financial advisors |
| Benjamin Jaffe | 03/27/12 | 0.7 | Committee | Conference call with financial advisors regarding corporate finance matter |
| Benjamin Jaffe | 03/27/12 | 0.2 | Committee | Internal team meeting debrief after call with financial advisors |
| Jamie O'Connell | 03/27/12 | 0.5 | Committee | Preparation for call with financial advisors |
| Jamie O'Connell | 03/27/12 | 0.7 | Committee | Conference call with financial advisors regarding corporate finance matter |
| Jamie O'Connell | 03/27/12 | 0.2 | Committee | Internal team meeting debrief after call with financial advisors |
| | | 5.4 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**MARCH 1, 2012 THROUGH MARCH 31, 2012**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 03/15/12 | 0.4 | Corporate Finance | Call with management regarding corporate finance matter |
| Benjamin Jaffe | 03/15/12 | 0.4 | Corporate Finance | Call with management regarding corporate finance matter |
| Jamie O'Connell | 03/15/12 | 0.4 | Corporate Finance | Call with management regarding corporate finance matter |
| Adam Schlesinger | 03/19/12 | 1.0 | Corporate Finance | Review Grace financial disclosure |
| Adam Schlesinger | 03/19/12 | 1.5 | Corporate Finance | Review financial and other analyses |
| Adam Schlesinger | 03/20/12 | 1.0 | Corporate Finance | Review of financial analysis |
| Adam Schlesinger | 03/20/12 | 0.2 | Corporate Finance | Discussion with J. O'Connell regarding financial analysis |
| Jamie O'Connell | 03/20/12 | 0.2 | Corporate Finance | Review financial analysis |
| Jamie O'Connell | 03/20/12 | 0.2 | Corporate Finance | Discussion with A. Schlesinger regarding financial analysis |
| Adam Schlesinger | 03/21/12 | 0.5 | Corporate Finance | Conference call with management regarding financial analysis |
| Adam Schlesinger | 03/21/12 | 5.0 | Corporate Finance | Financial analyses |
| Benjamin Jaffe | 03/21/12 | 0.5 | Corporate Finance | Conference call with management regarding financial analysis |
| Jamie O'Connell | 03/21/12 | 0.5 | Corporate Finance | Conference call with management regarding financial analysis |
| Adam Schlesinger | 03/22/12 | 0.3 | Corporate Finance | Correspondence with management regarding financial analysis |
| Benjamin Jaffe | 03/27/12 | 0.6 | Corporate Finance | Corporate finance analysis |
| | | 12.7 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**MARCH 1, 2012 THROUGH MARCH 31, 2012**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 03/09/12 | 0.5 | Fee Applications | Review draft fee application |
| Jamie O'Connell | 03/13/12 | 0.4 | Fee Applications | Review and comment on January fee application |
| | | 0.9 | | |