# **<u>EXHIBIT A</u>**

# **To Quarterly Application**

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et*. *al*., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: April 2, 2012 @ 4:00 p.m. |
| | ) | Hearing Date: Only if Objection is Timely Filed |

**TWENTY-THIRD MONTHLY APPLICATION OF THE HOGAN FIRM AS COUNSEL TO REPRESENTATIVE COUNSEL FOR THE CANADIAN ZAI CLAIMANTS**

| | |
|---|---|
| Name of Applicant: | The Hogan Firm |
| Authorized to Provide Professional Services to: | Lauzon Bélanger and Scarfone Hawkins LLP ("Representative Counsel") as Special Counsel for the Canadian ZAI Claimants by Appointment Order, Dated March 19, 2010 [Docket No. 24508] |
| Date of Retention: | March 19, 2010 *nunc pro tunc* to December 21, 2009 |
| Period for which compensation and reimbursement is sought: | January 1, 2012, through January 31, 2012 |
| Amount of compensation sought as actual, reasonable and necessary: | $    6,715.00 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $       10.20 |

This is Applicant's Twenty-Third Monthly Application.

[Remainder of Page Intentionally Left Blank]

Filed 3/9/2012
Dkt. No. 28645

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period:**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| 04/30/2010 Dkt. #24701 | December 22, 2009 - March 31, 2010 | $ 56,262.00 Reduction -$687.00 | $ 2,056.92 | $ 45,009.60 $ 10,565.40 | $ 2,056.92 |
| 06/01/2010 Dkt. #24873 | April 1, 2010 – April 30, 2010 | $ 37,248.00 | $ 562.10 | $ 29,798.40 $ 7,449.60 | $ 562.10 |
| 06/30/2010 Dkt. #25014 | May 1, 2010 – May 31, 2010 | $ 31,588.00 | $ 2,237.65 | $ 25,270.40 $ 6,317.60 | $ 2,237.65 |
| 07/28/2010 Dkt. #25126 | June 1, 2010 – June 30, 2010 | $ 28,580.00 | $ 1,860.20 | $ 22,864.00 $ 5,716.00 | $ 1,860.20 |
| 08/31/2010 Dkt. #25296 | July 1, 2010 – July 31, 2010 | $ 21,993.00 | $ 203.15 | $17,594.40 $ 4,398.60 | $ 203.15 |
| 09/29/2010 Dkt. #25496 | August 1, 2010 – August 31, 2010 | $ 19,978.00 | $ 2,003.31 | $ 15,982.40 $ 3,995.60 | $ 2,003.31 |
| 10/29/2010 Dkt. #25664 | September 1, 2010 – September 30, 2010 | $15,108.00 | $ 469.58 | $12,086.40 $ 3,021.60 | $ 469.58 |
| 12/03/2010 Dkt. # 25856 | October 1, 2010 – October 31, 2010 | $ 10,300.00 | $ 132.92 | $ 8,240.00 $ 2,060.00 | $ 132.92 |
| 01/05/2011 Dkt. #26017 | November 1, 2010 – November 30, 2010 | $ 10,964.00 | $ 1,814.35 | $ 8,771.20 $ 2,192.80 | $ 1,814.35 |
| 01/28/2011 Dkt. #26131 | December 1, 2010 – December 31, 2010 | $ 15,868.00 | $378.98 | $ 12,694.40 $ 3,173.60 | $ 378.98 |
| 03/08/2011 Dkt. #26511 | January 1, 2011 – January 31, 2011 | $ 17,694.00 | $ 1,041.00 | $ 14,155.20 $ 3,538.80 | $ 1,041.00 |
| 04/01/2011 Dkt. #26699 | February 1, 2011 – February 28, 2011 | $ 16,187.00 | $ 814.73 | $ 12,949.60 $3,237.40 | $ 814.73 |
| 05/10/2011 Dkt. #26918 | March 1, 2011 – March 31, 2011 | $ 13,172.00 | $ 358.40 | $10,537.60 $2,634.40 | $ 358.40 |
| 06/10/2011 Dkt. #27066 | April 1, 2011 – April 30, 2011 | $ 12,491.00 | $ 357.35 | $ 9,992.80 $ 2,498.20 | $ 357.35 |
| 06/30/2011 Dkt. #27194 | May 1, 2011 – May 31, 2011 | $ 13,139.00 | $ 112.91 | $ 10,511.20 $2,627.80 | $ 112.91 |
| 07/28/2011 Dkt. #27327 | June 1, 2011 – June 30, 2011 | $ 16,507.00 Reduction -$120.00 | $ 1,176.26 | $ 13,205.60 $3,181.40 | $1,176.26 |
| 08/31/2011 Dkt. #27532 | July 1, 2011 – July 31, 2011 | $ 11,632.00 | $ 226.85 | $ 9,305.60 | $ 226.85 |
| 10/04/2011 Dkt. #27715 | August 1, 2011 – August 31, 2011 | $ 14,654.00 | $ 637.96 | $ 11,723.20 | $ 637.96 |

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period (Continued):**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| 11/14/2011 Dkt. #27938 | September 1, 2011 – September 30, 2011 | $ 7,988.00 | $ 35.56 | $ 6,390.40 | $ 35.56 |
| 12/15/2011 Dkt. #28162 | October 1, 2011 – October 31, 2011 | $ 10,775.00 | $ 55.81 | $ 8,620.00 | $ 55.81 |
| 01/25/2012 Dkt. #28412 | November 1, 2011- November 30, 2011 | $12,237.00 | $1,162.47 | $ 9,789.60 | $ 1,162.47 |
| 2/17/2012 Dkt. #28542 | December 1, 2011- December 31, 2011 | $10,527.00 | $ 49.42 | Pending | Pending |

**Fee Detail by Professional for the Period of January 1, 2012, through January 31, 2012:**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| Daniel K. Hogan | President. Member DE bar since 1990 | $400.00[1] | 11.80 | $ 4,720.00 |
| Karen E. Harvey | Paralegal - since 1996 | $190.00 | 10.50 | $ 1,995.00 |
| **Grand Total** | | | **22.30** | **$ 6,715.00** |
| Blended Rate | | | | $ 301.12 |
| Blended Rate (excluding paralegal time): | | | | $ 400.00 |

---

[1] On June 1, 2011, The Hogan Firm's hourly rate increased to $400.00 for Daniel K. Hogan.

**Monthly Compensation by Matter Description for the Period of January 1, 2012, through January 31, 2012**:

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| 04 - Case Administration | 6.60 | $ 2,493.00 |
| 11 - Fee Applications, Applicant | 4.60 | $ 1,231.00 |
| 12 - Fee Applications, Others | 11.10 | $ 2,991.00 |
| 14 - Hearings | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 |
| 24 – Other | 0.00 | $ 0.00 |
| **TOTAL** | **22.30** | **$ 6,715.00** |

**Monthly Expense Summary for the Period January 1, 2012, through January 31, 2012**:

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---:|
| CM/ECF | U.S. Bankruptcy Court | 0.00 |
| Court Telephonic Appearance | CourtCall | 0.00 |
| Photocopies | In-house   (0 x .10) | 0.00 |
| Postage | U.S. Postal Service | 4.60 |
| Outside Copy & Serve | IKON Office Solutions | 5.60 |
| **TOTAL** | | **$ 10.20** |

PLEASE TAKE NOTICE that The Hogan Firm (the "Applicant") has today filed this Notice of Monthly Fee and Expenses Invoice for January 1, 2012, through January 31, 2012, (this "Monthly Fee Statement")[2] pursuant to the terms of the Modified Order Granting Application

---

[2] Applicant's Invoice for January 1, 2012, through January 31, 2012, is attached hereto as **Exhibit A.**

Authorizing Retention of Daniel K. Hogan, Esq., as Counsel to the Representative Counsel for the Canadian ZAI Claimants [Docket No. 24509] and the Amended Administrative Order Under 11 U.S.C., §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [Docket No. 1949].

PLEASE TAKE FURTHER NOTICE that responses or objections to this Monthly Fee Statement, if any, must be filed on or before April 2, 2012, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that you must also serve a copy of any such response or objection upon the Notice Parties so as to be received by the Notice Parties on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline, the Applicant shall file or cause to be filed with the Court, and serve on the Notice Parties, a certificate of no objection, certifying that no objection, or partial objection, has been filed with the Court relative to this Application, whichever is applicable, after which the Debtors are authorized and required to pay the Applicant an amount equal to (a) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement or (b) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses not subject to any objection. All fees and expenses in this Monthly Fee Statement will be included in the next quarterly application for compensation and reimbursement of expenses to be filed and served by the Applicant, and will be subject to objections at such time.

PLEASE TAKE FURTHER NOTICE that Applicant respectfully requests that, for the period January 1, 2012, through January 31, 2012, an allowance be made to The Hogan Firm for compensation in the amount of $6,715.00 and actual and necessary expenses in the amount of $10.20 for a total allowance of $6,725.20; Actual Interim Payment of $5,372.00 (80% of the allowed fees) and reimbursement of $10.20 (100% of the allowed expenses) be authorized for a total payment of $5,382.20; and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that Applicant believes that the Application and the description of services set forth herein of work performed are in compliance with the requirements of Delaware Local Rule 2016-2, the Amended Administrative Order, and the applicable guidelines and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the Executive Office for the United States Trustee. A true and correct copy of the Certification of Daniel K. Hogan is attached hereto as **Exhibit B**.

Dated: March 9, 2012                                  Respectfully submitted,

                                      By:     */s/ Daniel K. Hogan*
                                                Daniel K. Hogan (DE Bar No. 2814)
                                                THE HOGAN FIRM
                                                1311 Delaware Avenue
                                                Wilmington, Delaware 19806
                                                Telephone: 302.656.7540
                                                Facsimile: 302.656.7599
                                                Email: dkhogan@dkhogan.com

                                                **Counsel to Representative Counsel**
                                                **for the Canadian ZAI Claimants**

# EXHIBIT A



# The Hogan Firm

1311 Delaware Avenue

Wilmington, DE 19806

(302) 656 7540

EIN 51-0352711

---

**Canadian ZAI Claimants**  
**c/o Lauzon Belanger Lesperance**  
Attention: Careen Hannouche  
286 rue Street  
Paul Quest bureau 100 Montreal QC H2Y 2A3  

**Date:** 2/3/2012  
**File Number:** ZAI/WRG 060124-01  
**Invoice Number:** 19679  

**Re:** Canadian Zonolite Claimants  
WRGrace Chapter 11 Bankruptcy  
Our File No. 060124-01

---

| Date | Initials | Description of Service | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/11/2012 | KEH | E-mail correspondence with 'thompson@shlaw.ca';'Cindy Yates';'Matt Moloci' regarding Scarfone Hawkins' November time/expense statement. | 0.20 | 190.00 | 38.00 |
| 01/13/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Notice of Agenda of Matters Scheduled for Hearing Filed by W.R. Grace & Co., et al.. Hearing scheduled for 1/23/2012 at 09:00 AM. | 0.30 | 400.00 | 120.00 |
| 01/17/2012 | KEH | E-mail correspondence with 'Cindy Yates' regarding Scarfone Hawkins' November time/expense statement for the 20th Monthly Fee Application. | 0.10 | 190.00 | 19.00 |
| 01/18/2012 | KEH | E-mail correspondence with Cindy Yates regarding Scarfone Hawkins' dockets and status of same. | 0.10 | 190.00 | 19.00 |
| 01/18/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Amended HEARING CANCELLED/RESCHEDULED. Notice of Agenda of Matters Scheduled for Hearing. (related document(s) [28369]) Filed by W.R. Grace & Co., et al.. Hearing scheduled for 1/23/2012 at 09:00 AM. | 0.20 | 400.00 | 80.00 |
| 01/18/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Order Authorizing Second Amendment to Post-Petition Letter of Credit Facility Agreement. (Related Doc # [28178]) Order Signed on 1/18/2012. | 0.30 | 400.00 | 120.00 |
| 01/19/2012 | KEH | E-mail correspondence from Cindy Yates transmitting the time/expense statement for Scarfone Hawkins for the period November 1, 2011, through November 30, 2011; save to file and print for review. | 0.30 | 190.00 | 57.00 |
| 01/19/2012 | DKH | E-mail correspondence with Cindy Yates transmitting Scarfone Hawkins LLP Monthly Fee Application for November 1, 2011 – November 30, 2011.  Reviewed same. | 0.50 | 400.00 | 200.00 |
| 01/23/2012 | KEH | Preparation of Lauzon Belanger Lesperance's 21st Monthly Fee Application. | 0.50 | 190.00 | 95.00 |
| 01/23/2012 | KEH | Preparation of The Hogan Firm's 21st Monthly Fee Application. | 1.20 | 190.00 | 228.00 |

| 2/3/2012 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | | Page:2 |
|---|---|---|---|---|---|---|
| 01/23/2012 | KEH | | Review WRGrace applications and update payment spreadsheet; e-mail correspondence with 'Careen Hannouche' re: the applications and payments from WRGrace:$9,134.13 pays September 2011 Fee application $5,754.00 (80% Fees) and expenses $1,003.44; Holdback for April 2011  $1,336.68; Holdback for May 2011 $ 665.07; Holdback for June 2011 $ 374.94. | 1.10 | 190.00 | 209.00 |
| 01/24/2012 | KEH | | E-mail correspondence from Careen Hannouche re: 21st Monthly fee application for LBL. | 0.10 | 190.00 | 19.00 |
| 01/24/2012 | KEH | | E-mail correspondence from Cindy Yates transmitting certification of David Thompson regarding SH's 21st Monthly Application for the period November 1, 2011, through November 30, 2011; save to file and prepare as exhibit. | 0.30 | 190.00 | 57.00 |
| 01/24/2012 | KEH | | E-mail correspondence with 'channouche@lblavocats.ca';'Michel Belanger' transmitting LBL's 21st Monthly Fee Application for review and certification by Michel Belanger. | 0.20 | 190.00 | 38.00 |
| 01/24/2012 | KEH | | E-mail correspondence with 'Cindy Yates'  transmitting the 21st Monthly fee application for Scarfone Hawkins for review and certification. | 0.20 | 190.00 | 38.00 |
| 01/24/2012 | DKH | | E-mail correspondence with Cindy Yates transmitting the Certification duly executed by Dave Thompson. | 0.10 | 400.00 | 40.00 |
| 01/24/2012 | KEH | | Prepare 21st Monthly Fee Application for Scarfone Hawkins LLP for the period November 1, through November 30, 2011. | 0.70 | 190.00 | 133.00 |
| 01/24/2012 | DKH | | Reviewed and revised 21st Monthly fee application for Scarfone Hawkins. | 0.70 | 400.00 | 280.00 |
| 01/24/2012 | DKH | | Reviewed and revised LBL's 21st Monthly Fee Application . | 0.60 | 400.00 | 240.00 |
| 01/25/2012 | KEH | | E-mail correspondence from Careen Hannouche re: difference in the disbursements total on LBL's monthly statement and the 20th monthly application: Application: $2,577.41; LBL statement: $2,321.99.<br><br><br>Difference of :  255,42 $ | 0.20 | 190.00 | 38.00 |
| 01/25/2012 | KEH | | E-mail correspondence from Info-LBLavocats transmitting the signed certification of Michel Belanger for the 21st Monthly Fee Application of Lauzon Belanger Lesperance for the period November 1, 2011, through November 30, 2011; save to file and prepare as exhibit. | 0.30 | 190.00 | 57.00 |
| 01/25/2012 | KEH | | E-mail correspondence with Careen Hannouche, re: 21st monthly fee application LBL. | 0.10 | 190.00 | 19.00 |
| 01/25/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed receipt for efiling of Monthly Application for Compensation (Twenty-First) of The Hogan Firm As Counsel to Representative Counsel for the Canadian ZAI Claimants for the period November 1, 2011, to November 30, 2011. Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 01/25/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Settlement /Debtors' Forty-Second Quarterly Report of Settlements From October 1, 2011 Through December 31, 2011 in Accordance with That Certain Amended Order Authorizing and Approving an Omnibus Procedure for Settling Certain Claims and Causes of Action Brought By or Against the Debtors in a Judicial, Administrative, Arbitral or Other Action or Proceeding Filed by W.R. Grace & Co., et al. | 0.40 | 400.00 | 160.00 |
| 01/25/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling Monthly Application for Compensation (Twenty-First) of Lauzon Belanger Lesperance as Special Counsel For The Canadian ZAI Claimants for the period November 1, 2011, to November 30, 2011. Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |

| 2/3/2012 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | | Page:3 |
|---|---|---|---|---|---|---|
| 01/25/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation (Twenty-First) of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period November 1, 2011, to November 30, 2011. Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 01/25/2012 | KEH | | E-mail correspondence with Service Parties transmitting the 21st Monthly Application of Lauzon Bélanger Lespérance for the period November 1, 2011, through November 30, 2011; Docket No. 28413. | 0.20 | 190.00 | 38.00 |
| 01/25/2012 | KEH | | E-mail correspondence with Service Parties transmitting the 21st Monthly Application of Scarfone Hawkins LLP for the period November 1, 2011, through November 30, 2011; Docket No. 28414. | 0.20 | 190.00 | 38.00 |
| 01/25/2012 | KEH | | E-mail correspondence with Service Parties transmitting the 21st Monthly Application of The Hogan Firm for the period November 1, 2011, through November 30, 2011; Docket No. 28412. | 0.20 | 190.00 | 38.00 |
| 01/25/2012 | KEH | | Prepare THF, SH & LBL's 21st fee applications for transmitting via first class mail to the Fee Auditor and Debtor. | 0.30 | 190.00 | 57.00 |
| 01/25/2012 | KEH | | Review concerns of Careen Hannouche regarding difference in statement and application for the 20th monthly application; E-mail correspondence with 'Careen Hannouche' transmitting time/expense statement for October along with the Pinchin invoice (Exhibits A & B to the 20th fee application): expenses plus the taxes equal $2,577.41. | 0.60 | 190.00 | 114.00 |
| 01/25/2012 | DKH | | Reviewed and revised Monthly Application for Compensation (Twenty-First) of The Hogan Firm As Counsel to Representative Counsel for the Canadian ZAI Claimants for the period November 1, 2011, to November 30, 2011. | 0.70 | 400.00 | 280.00 |
| 01/25/2012 | DKH | | Reviewed revised 21st monthly fee application of LBL for November 2011. | 0.30 | 400.00 | 120.00 |
| 01/26/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection [No Order Required] Regarding the Twentieth Monthly Application for Compensation of Scarfone Hawkins, LLP, as Special Counsel for the Canadian ZAI Claimants for the period October 1, 2011, to October 31, 2011 (related document(s)[28163]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 01/26/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection [No Order Required] Regarding the Twentieth Monthly Application for Compensation of Lauzon Belanger Lesperance as Special Counsel for The Canadian ZAI Claimants for the period October 1, 2011, to October 31, 2011 (related document(s)[28171]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 01/26/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection [No Order Required] Regarding the Twentieth Monthly Application for Compensation of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period October 1, 2011, to October 31, 2011 (related document(s)[28162]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 01/26/2012 | KEH | | E-mail correspondence with IKON Office Solutions transmitting the Certificate of No Objection Regarding the 20th Monthly Applications of The Hogan Firm, Scarfone Hawkins LLP, and Lauzon Belanger Lesperance for hand delivery to the Office of the United States Trustee | 0.20 | 190.00 | 38.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/26/2012 | KEH | E-mail correspondence with Service Parties transmitting the Certificate of No Objection Regarding the 20th Monthly Application of The Hogan Firm [Docket No. 28419], Scarfone Hawkins LLP [Docket No. 28420], and Lauzon Belanger Lesperance [Docket No. 28421]. | 0.20 | 190.00 | 38.00 |
| 01/26/2012 | KEH | Prepare Certificate of No Objection Regarding the 20th Monthly Application of Lauzon Belanger Lesperance for the Period October 1, 2011, through October 31, 2011. | 0.50 | 190.00 | 95.00 |
| 01/26/2012 | KEH | Prepare Certificate of No Objection Regarding the 20th Monthly Application of Scarfone Hawkins for the Period October 1, 2011, through October 31, 2011. | 0.50 | 190.00 | 95.00 |
| 01/26/2012 | KEH | Prepare Certificate of No Objection Regarding the 20th Monthly Application of The Hogan Firm for the Period October 1, 2011, through October 31, 2011. | 0.50 | 190.00 | 95.00 |
| 01/26/2012 | KEH | Prepare for and electronically file Certificate of No Objection Regarding the 20th Monthly Application of Lauzon Belanger Lesperance for the Period October 1, 2011, through October 31, 2011. | 0.30 | 190.00 | 57.00 |
| 01/26/2012 | KEH | Prepare for and electronically file Certificate of No Objection Regarding the 20th Monthly Application of Scarfone Hawkins LLP for the Period October 1, 2011, through October 31, 2011. | 0.30 | 190.00 | 57.00 |
| 01/26/2012 | KEH | Prepare for and electronically file Certificate of No Objection Regarding the 20th Monthly Application of The Hogan Firm for the Period October 1, 2011, through October 31, 2011. | 0.30 | 190.00 | 57.00 |
| 01/26/2012 | DKH | Reviewed and revised Certificate of No Objection [No Order Required] Regarding the Twentieth Monthly Application for Compensation of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period October 1, 2011, to October 31, 2011; reviewed docket for objections. | 0.40 | 400.00 | 160.00 |
| 01/26/2012 | DKH | Reviewed Certificate of No Objection [No Order Required] Regarding the Twentieth Monthly Application for Compensation of Lauzon Belanger Lesperance as Special Counsel for The Canadian ZAI Claimants for the period October 1, 2011, to October 31, 2011; reviewed docket for objections. | 0.40 | 400.00 | 160.00 |
| 01/26/2012 | DKH | Reviewed Certificate of No Objection [No Order Required] Regarding the Twentieth Monthly Application for Compensation of Scarfone Hawkins, LLP, as Special Counsel for the Canadian ZAI Claimants for the period October 1, 2011, to October 31, 2011; reviewed docket for objections. | 0.40 | 400.00 | 160.00 |
| 01/30/2012 | KEH | E-mail correspondence from Bridget Scott with dial-in information and ID for teleconference scheduled for February 1, 2012 at 2:00 p.m. | 0.10 | 190.00 | 19.00 |
| 01/30/2012 | KEH | E-mail correspondence to 'Bridget Scott' with available date and time for Dan Hogan for scheduling of teleconference regarding status of case. | 0.10 | 190.00 | 19.00 |
| 01/30/2012 | KEH | E-mail correspondence with Bridget Scott regarding scheduling of teleconference between Dan Hogan, Matt Moloci & David Thompson. | 0.10 | 190.00 | 19.00 |
| 01/30/2012 | DKH | Email from Scarfore Hawkins concerning teleconference to discuss issues. | 0.10 | 400.00 | 40.00 |
| 01/31/2012 | DKH | E-mail correspondence with Canadian Representative Counsel transmitting the WR Grace opinion. | 0.20 | 400.00 | 80.00 |
| 01/31/2012 | DKH | E-mail correspondence with David Thompson asking me to turn my mind to the next steps and expected timing in the event that there is no further appeal or Objection. | 0.20 | 400.00 | 80.00 |
| 01/31/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved Memorandum Opinion Regarding Appeals Between the Appellee W.R. Grace & Co., et al. and the CNA Companies. | 0.30 | 400.00 | 120.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2/3/2012 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | | Page:5 |
| 01/31/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Order Overruling the Objections to the Settlement Agreement Between Appellee W.R. Grace & Co., et al. and the CNA Companies and Approving the Settlement Agreement (related document(s)[28445]). Signed on 1/30/2012. | 0.30 | 400.00 | 120.00 |
| 01/31/2012 | DKH | | E-mail correspondence with Matt Moloci about opinion and whether any appeals will follow. | 0.20 | 400.00 | 80.00 |
| 01/31/2012 | KEH | | Receive and review Memorandum Opinion in WRGrace; save to file. | 0.30 | 190.00 | 57.00 |
| 01/31/2012 | DKH | | Received and read opinion of U.S. District Court in W.R. Grace. | 3.40 | 400.00 | 1,360.00 |
| | | | **Total Fees** | **22.30** | | **$6,715.00** |

**Expenses**

| | | | |
|---|---|---|---|
| 01/25/2012 | Postage - First Class Mail to Fee Auditor & WRG (2 @ 2.30) | 4.60 | |
| 01/27/2012 | Outside printing-Black and white copies (20th Monthly) | 5.60 | |
| | **Total Expenses** | | **$10.20** |

**TOTAL NEW CHARGES**          **$6,725.20**

**STATEMENT OF ACCOUNT**

| | |
|---|---|
| Prior Balance | 10,576.42 |
| Payments | -10,576.42 |
| Current Fees | 6,715.00 |
| Current Expenses | 10.20 |
| **AMOUNT DUE AND OWING TO DATE** | **$6,725.20** |

**TERMS: DUE UPON RECEIPT; INTEREST WILL ACCRUE ON THE UNPAID BALANCE AT THE RATE OF 1.5% PER MONTH;  Please call 302.656.7540 if you have any questions or concerns.**

**Payments**

| **Date** | **Ref #** | **Description** | **Amount** |
|---|---|---|---|
| 1/20/2012 | 9904828 | Payment on Account | 10,576.42 |

# EXHIBIT B

## CERTIFICATION PURSUANT TO DEL. BANKR. LR. 2016-2(f)

STATE OF DELAWARE          :
                           : ss
COUNTY OF NEW CASTLE       :

I, Daniel K. Hogan, after being duly sworn according to law, depose and say as follows:

1. I am the sole shareholder of the applicant firm, The Hogan Firm ("Firm"), and I am admitted to appear before this Court.

2. The Firm has rendered professional services as counsel to Lauzon Bélanger S.E.N.C.R.L. and Scarfone Hawkins LLP as Special Counsel ("Special Counsel") for the Canadian ZAI Claimants by appointment order, dated March 19, 2010 [Docket No. 24508].

3. I am familiar with the other work performed on behalf of Special Counsel by the lawyers and paraprofessionals of The Hogan Firm.

4. I have reviewed the foregoing monthly application of The Hogan Firm and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed April 17, 2002, and submit that the Application is correct and materially complies with the applicable orders, rules, guidelines and requirements as set forth by, this Bankruptcy Court and the Executive Office for the United States Trustee.

I verify under penalty of perjury that the foregoing is true and correct.

Daniel K. Hogan (DE #2814)

SWORN AND SUBSCRIBED
Before me this ___9th___ day of March, 2012.

Notary Public
My Commission Expires: _____