# EXHIBIT B

## To Quarterly Application

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et. al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: May 9, 2012 @ 4:00 p.m. |
| | ) | Hearing Date: Only if Objection is Timely Filed |
| | ) | |

## TWENTY-FOURTH MONTHLY APPLICATION OF THE HOGAN FIRM AS COUNSEL
## TO REPRESENTATIVE COUNSEL FOR THE CANADIAN ZAI CLAIMANTS

| | |
|---|---|
| Name of Applicant: | The Hogan Firm |
| Authorized to Provide Professional Services to: | Lauzon Bélanger and Scarfone Hawkins LLP ("Representative Counsel") as Special Counsel for the Canadian ZAI Claimants by Appointment Order, Dated March 19, 2010 [Docket No. 24508] |
| Date of Retention: | March 19, 2010 *nunc pro tunc* to December 21, 2009 |
| Period for which compensation and reimbursement is sought: | February 1, 2012, through February 29, 2012 |
| Amount of compensation sought as actual, reasonable and necessary: | $    11,310.00 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $       52.58 |

This is Applicant's Twenty-Fourth Monthly Application.


[Remainder of Page Intentionally Left Blank]

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period:**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| 04/30/2010 Dkt. #24701 | December 22, 2009 - March 31, 2010 | $ 56,262.00 Reduction -$687.00 | $ 2,056.92 | $ 45,009.60 $ 10,565.40 | $ 2,056.92 |
| 06/01/2010 Dkt. #24873 | April 1, 2010 – April 30, 2010 | $ 37,248.00 | $ 562.10 | $ 29,798.40 $ 7,449.60 | $ 562.10 |
| 06/30/2010 Dkt. #25014 | May 1, 2010 – May 31, 2010 | $ 31,588.00 | $ 2,237.65 | $ 25,270.40 $ 6,317.60 | $ 2,237.65 |
| 07/28/2010 Dkt. #25126 | June 1, 2010 – June 30, 2010 | $ 28,580.00 | $ 1,860.20 | $ 22,864.00 $ 5,716.00 | $ 1,860.20 |
| 08/31/2010 Dkt. #25296 | July 1, 2010 – July 31, 2010 | $ 21,993.00 | $ 203.15 | $17,594.40 $ 4,398.60 | $ 203.15 |
| 09/29/2010 Dkt. #25496 | August 1, 2010 – August 31, 2010 | $ 19,978.00 | $ 2,003.31 | $ 15,982.40 $ 3,995.60 | $ 2,003.31 |
| 10/29/2010 Dkt. #25664 | September 1, 2010 – September 30, 2010 | $15,108.00 | $ 469.58 | $12,086.40 $ 3,021.60 | $ 469.58 |
| 12/03/2010 Dkt. # 25856 | October 1, 2010 – October 31, 2010 | $ 10,300.00 | $ 132.92 | $ 8,240.00 $ 2,060.00 | $ 132.92 |
| 01/05/2011 Dkt. #26017 | November 1, 2010 – November 30, 2010 | $ 10,964.00 | $ 1,814.35 | $ 8,771.20 $ 2,192.80 | $ 1,814.35 |
| 01/28/2011 Dkt. #26131 | December 1, 2010 – December 31, 2010 | $ 15,868.00 | $378.98 | $ 12,694.40 $ 3,173.60 | $ 378.98 |
| 03/08/2011 Dkt. #26511 | January 1, 2011 – January 31, 2011 | $ 17,694.00 | $ 1,041.00 | $ 14,155.20 $ 3,538.80 | $ 1,041.00 |
| 04/01/2011 Dkt. #26699 | February 1, 2011 – February 28, 2011 | $ 16,187.00 | $ 814.73 | $ 12,949.60 $3,237.40 | $ 814.73 |
| 05/10/2011 Dkt. #26918 | March 1, 2011 – March 31, 2011 | $ 13,172.00 | $ 358.40 | $10,537.60 $2,634.40 | $ 358.40 |
| 06/10/2011 Dkt. #27066 | April 1, 2011 – April 30, 2011 | $ 12,491.00 | $ 357.35 | $ 9,992.80 $ 2,498.20 | $ 357.35 |
| 06/30/2011 Dkt. #27194 | May 1, 2011 – May 31, 2011 | $ 13,139.00 | $ 112.91 | $ 10,511.20 $2,627.80 | $ 112.91 |
| 07/28/2011 Dkt. #27327 | June 1, 2011 – June 30, 2011 | $ 16,507.00 Reduction -$120.00 | $ 1,176.26 | $ 13,205.60 $3,181.40 | $1,176.26 |
| 08/31/2011 Dkt. #27532 | July 1, 2011 – July 31, 2011 | $ 11,632.00 | $ 226.85 | $ 9,305.60 $ 2,326.40 | $ 226.85 |
| 10/04/2011 Dkt. #27715 | August 1, 2011 – August 31, 2011 | $ 14,654.00 | $ 637.96 | $ 11,723.20 $ 2,930.80 | $ 637.96 |

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period (Continued):**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| 11/14/2011 Dkt. #27938 | September 1, 2011 – September 30, 2011 | $ 7,988.00 Reduction- $ 195.00 | $ 35.56 | $ 6,390.40 $ 1,402.60 | $ 35.56 |
| 12/15/2011 Dkt. #28162 | October 1, 2011 – October 31, 2011 | $ 10,775.00 | $ 55.81 | $ 8,620.00 | $ 55.81 |
| 01/25/2012 Dkt. #28412 | November 1, 2011- November 30, 2011 | $12,237.00 | $1,162.47 | $ 9,789.60 | $ 1,162.47 |
| 2/17/2012 Dkt. #28542 | December 1, 2011- December 31, 2011 | $ 10,527.00 | $ 49.42 | $ 8,421.60 | $ 49.42 |
| 3/9/2012 Dkt. #28645 | January 1, 2012- January 31, 2012 | $ 6,715.00 | $ 10.20 | Pending | Pending |

**Fee Detail by Professional for the Period of February 1, 2012, through February 29, 2012:**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| Daniel K. Hogan | President. Member DE bar since 1990 | $400.00[1] | 16.40 | $ 6,560.00 |
| Karen E. Harvey | Paralegal - since 1996 | $190.00 | 5.60 | $ 1,064.00 |
| Lauren N. Campbell | Legal Assistant- Since 2011 | $190.00 | 19.40 | $ 3,686.00 |
| **Grand Total** | | | **41.40** | **$ 11,310.00** |
| Blended Rate | | | | $ 273.19 |
| Blended Rate (excluding paralegal time): | | | | $ 400.00 |

---

[1] On June 1, 2011, The Hogan Firm's hourly rate increased to $400.00 for Daniel K. Hogan.

**Monthly Compensation by Matter Description for the Period of February 1, 2012, through February 29, 2012**:

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 04 - Case Administration | 3.70 | $ 1,438.00 |
| 11 - Fee Applications, Applicant | 20.40 | $ 4,800.00 |
| 12 - Fee Applications, Others | 15.70 | $ 4,768.00 |
| 14 - Hearings | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 |
| 24 – Other | 1.60 | $ 304.00 |
| **TOTAL** | **41.40** | **$ 11,310.00** |

**Monthly Expense Summary for the Period February 1, 2012, through February 29, 2012**:

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| CM/ECF | U.S. Bankruptcy Court | $10.00 |
| Court Telephonic Appearance | CourtCall | 0.00 |
| Photocopies | In-house   (254 x .10) | $25.40 |
| Postage | U.S. Postal Service | 0.00 |
| Outside Copy & Serve | Digital Legal, LLC | $ 17.18 |
| **TOTAL** | | **$ 52.58** |

PLEASE TAKE NOTICE that The Hogan Firm (the "Applicant") has today filed this

Notice of Monthly Fee and Expenses Invoice for February 1, 2012, through February 29, 2012,

(this "Monthly Fee Statement")[2] pursuant to the terms of the Modified Order Granting Application

Authorizing Retention of Daniel K. Hogan, Esq., as Counsel to the Representative Counsel for the

---

[2]Applicant's Invoice for February 1, 2012, through February 29, 2012, is attached hereto as **Exhibit A.**

Canadian ZAI Claimants [Docket No. 24509] and the Amended Administrative Order Under 11 U.S.C., §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [Docket No. 1949].

PLEASE TAKE FURTHER NOTICE that responses or objections to this Monthly Fee Statement, if any, must be filed on or before May 9, 2012, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that you must also serve a copy of any such response or objection upon the Notice Parties so as to be received by the Notice Parties on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline, the Applicant shall file or cause to be filed with the Court, and serve on the Notice Parties, a certificate of no objection, certifying that no objection, or partial objection, has been filed with the Court relative to this Application, whichever is applicable, after which the Debtors are authorized and required to pay the Applicant an amount equal to (a) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement or (b) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses not subject to any objection. All fees and expenses in this Monthly Fee Statement will be included in the next quarterly application for compensation and reimbursement of expenses to be filed and served by the Applicant, and will be subject to objections at such time.

PLEASE TAKE FURTHER NOTICE that Applicant respectfully requests that, for the period February 1, 2012, through February 29, 2012, an allowance be made to The Hogan Firm for compensation in the amount of $11,310.00 and actual and necessary expenses in the amount of $52.58 for a total allowance of $11,362.58; Actual Interim Payment of $9,048.00 (80% of the allowed fees) and reimbursement of $52.58 (100% of the allowed expenses) be authorized for a total payment of $9,100.58; and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that Applicant believes that the Application and the description of services set forth herein of work performed are in compliance with the requirements of Delaware Local Rule 2016-2, the Amended Administrative Order, and the applicable guidelines and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the Executive Office for the United States Trustee.   A true and correct copy of the Certification of Daniel K. Hogan is attached hereto as **Exhibit B**.


Dated: April 17, 2012                                     Respectfully submitted,

                                     By:      */s/ Daniel K. Hogan*_____
                                              Daniel K. Hogan (DE Bar No. 2814)
                                              THE HOGAN FIRM
                                              1311 Delaware Avenue
                                              Wilmington, Delaware 19806
                                              Telephone: 302.656.7540
                                              Facsimile: 302.656.7599
                                              Email: dkhogan@dkhogan.com

                                              **Counsel to Representative Counsel
                                              for the Canadian ZAI Claimants**

# EXHIBIT A



# The Hogan Firm

1311 Delaware Avenue

Wilmington, DE 19806

(302) 656 7540

EIN 51-0352711

---

**Canadian ZAI Claimants**          **Date:**            3/1/2012
**c/o Lauzon Belanger Lesperance**   **File Number:**     ZAI/WRG 060124-01
Attention:  Careen Hannouche         **Invoice Number:**  19817
286 rue Street
Paul Quest bureau 100 Montreal QC H2Y 2A3


**Re:** Canadian Zonolite Claimants
WRGrace Chapter 11 Bankruptcy
Our File No. 060124-01

---

| <u>Date</u> | <u>Initials</u> | <u>Description of Service</u> | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|---|---|
| 02/01/2012 | DKH | Telephone conference with David Thompson and Matt Moloci concerning opinion and issues related to the appeal process. | 0.60 | 400.00 | 240.00 |
| 02/02/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Order Dismissing Certain Applications for Compensation (related document(s)[28430], [28431], [28432]). Signed on 2/2/2012. | 0.30 | 400.00 | 120.00 |
| 02/06/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Corrective Entry - Please Withdraw and Refile in PDF Searchable Format by Noon Tuesday February 7, 2012 or the Pleading will be Dismissed (related document(s)[28458]) (SAJ). | 0.30 | 400.00 | 120.00 |
| 02/08/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Corrective Entry - Please Withdraw and Refile in PDF Searchable Format by Noon Thursday February 9, 2012 or the Pleading will be Dismissed (related document(s)[28474]) (SAJ). | 0.20 | 400.00 | 80.00 |
| 02/09/2012 | KEH | E-mail from Grace Accounts Payable regarding payment for THF's October 2011 fee application; review and post to Grace Payment spreadsheet. | 0.40 | 190.00 | 76.00 |
| 02/10/2012 | LNC | Calculation of project codes on invoices for December 1-December 31, 2011 for monthly fee applications. | 2.00 | 190.00 | 380.00 |
| 02/10/2012 | KEH | E-mail correspondence from Careen Hannouche, re: status of time/expense statements for LBL for monthly appl. prep. | 0.10 | 190.00 | 19.00 |
| 02/10/2012 | KEH | E-mail with Careen Hannouche & Cindy Yates regarding status of October 2011 payment to be included on fee application. | 0.20 | 190.00 | 38.00 |
| 02/10/2012 | KEH | E-mail correspondence with Daniel Hogan regarding payment from WRGrace and confirmation of same for inclusion on application. | 0.20 | 190.00 | 38.00 |

3/1/2012         ZAI/WRG 060124-01         Canadian ZAI Claimants                    Page:2
                                          c/o Lauzon Belanger Lesperance

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/10/2012 | KEH | Review status of applications and receipt of statements; e-mail correspondence with 'Careen Hannouche'; Cindy Yates, re: December time/expense statements; applications for December time are past due - quarterly applications for the last quarter of 2011 will be prepared as soon as December applications are completed; also provide January statements as soon as possible. | 0.40 | 190.00 | 76.00 |
| 02/10/2012 | DKH | Reviewed accounting of fee application for payments received by LBL and Scarfone Hawkins. | 0.40 | 400.00 | 160.00 |
| 02/13/2012 | LNC | Drafted The Hogan Firm's fee application for the 22nd Month, December1-December31, 2011 | 1.00 | 190.00 | 190.00 |
| 02/13/2012 | KEH | E-mail correspondence from Careen Hannouche transmitting LBL's monthly statement for December 2011; review and email same to Lauren Campbell for preparation of monthly fee application. | 0.30 | 190.00 | 57.00 |
| 02/13/2012 | KEH | E-mail correspondence from Cindy Yates, re: note in SH's file that The Hogan Firm did not receive the holdback from Grace with respect to SH October, 2010 account and a follow-up with Grace - Review pmt. spreadsheet - holdback rec'd. | 0.20 | 190.00 | 38.00 |
| 02/13/2012 | KEH | E-mail correspondence with Careen Hannouche transmitting payment information regarding LBL's October 2011 fee application; review and revise Grace payment spreadsheet with same. | 0.30 | 190.00 | 57.00 |
| 02/13/2012 | KEH | E-mail correspondence with Cindy Yates regarding payment information for SH's October 2011 fee application; review same and revise Grace payment spreadsheet. | 0.30 | 190.00 | 57.00 |
| 02/13/2012 | KEH | E-mail with Daniel Hogan regarding payment from WRG for THF's October fee application; note same to pmt. spreadsheet | 0.20 | 190.00 | 38.00 |
| 02/13/2012 | DKH | Reviewed the time/expenses statement for LBL for December 2011. | 0.50 | 400.00 | 200.00 |
| 02/14/2012 | KEH | E-mail correspondence from Careen Hannouche transmitting January 2012 time/expense statement for LBL; save to file. | 0.10 | 190.00 | 19.00 |
| 02/14/2012 | DKH | E-mail correspondence with Careen Hannouche transmitting January 2012 monthly expense statement; review same. | 0.10 | 400.00 | 40.00 |
| 02/14/2012 | KEH | E-mail correspondence with 'Cindy Yates' regarding status of time/expense statements for monthly fee application. | 0.20 | 190.00 | 38.00 |
| 02/14/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Corrective Entry - Please Withdraw Entries and Refile in PDF Searchable Format by Noon Wednesday, February 15, 2012 or Pleadings will be Dismissed; reviewed docket to ascertain that this does not relate to our filings. | 0.40 | 400.00 | 160.00 |
| 02/14/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Notice of Service of Notice of Entry of Order Confirming the First Amended Joint Plan of Reorganization. (related document(s) [26154], [26155], [28445], [28446]) Filed by W.R. Grace & Co., et al. | 0.30 | 400.00 | 120.00 |
| 02/14/2012 | LNC | E-mail correspondence with Karen Harvey regarding Lauzon Belanger Lesperance Invoice for December fee application. | 0.20 | 190.00 | 38.00 |
| 02/14/2012 | KEH | E-mail correspondence with Lauren Campbell transmitting LBL's time/expense statement for the January monthly fee application with instructions for same. | 0.10 | 190.00 | 19.00 |
| 02/14/2012 | KEH | Research regarding October 2010 holdback as requested by Cindy Yates at Scarfone Hawkins; E-mail correspondence with 'Cindy Yates' re: receipt of the holdback payment on 7/26/11 and $2,060.00 was wired to Scarfone Hawkins on 7/27/11 for final payment on Quarterly application. | 0.30 | 190.00 | 57.00 |
| 02/14/2012 | DKH | Reviewed January 2012 monthly expense statement for LBL in preparation for fee application. | 0.40 | 400.00 | 160.00 |
| 02/14/2012 | DKH | Reviewed the holdback payments received from Grace with respect to  October, 2010 in preparation of quarterly fee applications. | 0.40 | 400.00 | 160.00 |

| Date | Init | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 02/15/2012 | KEH | E-mail correspondence from Info-LBLavocats transmitting duly executed copy of the Certification pursuant to Del. Bankr. L.R. 2016-2(f) – December 2011; forward same to Lauren Campbell for LBL fee application with instructions for same. | 0.20 | 190.00 | 38.00 |
| 02/15/2012 | LNC | E-mail correspondence with Karen Harvey regarding the transmission of the Certification for Lauzon Belanger Lesperance | 0.20 | 190.00 | 38.00 |
| 02/15/2012 | DKH | Reviewed and revised  LBL's 22nd Monthly Fee statement. | 0.60 | 400.00 | 240.00 |
| 02/16/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Order Rescheduling Hearings Set for May 21, 2012, to May 23, 2012. Signed on 2/16/2012. | 0.30 | 400.00 | 120.00 |
| 02/16/2012 | DKH | Reviewed and revised Monthly Application for Compensation (Twenty-Second) of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period December 1, 2011 to December 31, 2011. | 0.70 | 400.00 | 280.00 |
| 02/16/2012 | DKH | Reviewed revised Monthly Application for Compensation (Twenty-Second) of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period December 1, 2011 to December 31, 2011. | 0.50 | 400.00 | 200.00 |
| 02/17/2012 | LNC | Email correspondence to fee auditor transmitting the Twenty Second Monthly Fee Application for The Hogan Firm. | 0.20 | 190.00 | 38.00 |
| 02/17/2012 | LNC | Email correspondence to service parties transmitting the Twenty Second Monthly Fee Application for Lauzon Belanger Lesperance. | 0.20 | 190.00 | 38.00 |
| 02/17/2012 | LNC | Email correspondence to service parties transmitting the Twenty Second Monthly Fee Application for The Hogan Firm. | 0.20 | 190.00 | 38.00 |
| 02/17/2012 | LNC | Email correspondence to the fee auditor transmitting the Twenty Second Monthly Fee Application for Lauzon Belanger Lesperance. | 0.20 | 190.00 | 38.00 |
| 02/17/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed receipt for efiling of Monthly Application for Compensation (Twenty-Second) of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period December 1, 2011 to December 31, 2011 Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 02/17/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed receipt for efiling of Monthly Application for Compensation (Twenty-Second) of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period December 1, 2011 to December 31, 2011 Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 02/17/2012 | LNC | Filed Twenty Second Monthly Fee Application for The Hogan Firm and Lauzon Belanger Lesperance. | 0.30 | 190.00 | 57.00 |
| 02/17/2012 | LNC | Preparation of the Twenty Second Monthly Fee Application for Lauzon Belanger Lesperance. | 1.20 | 190.00 | 228.00 |
| 02/17/2012 | LNC | Preparation of the Twenty Second Monthly Fee Application for The Hogan Firm | 1.20 | 190.00 | 228.00 |
| 02/20/2012 | LNC | Coding and calculation of projects codes on The Hogan Firm's January Invoice. | 0.60 | 190.00 | 114.00 |
| 02/20/2012 | KEH | E-mail correspondence from Bobbi Ruhlander transmitting the Fee Auditor's Combined Final Report for Applications with De Minimis or No Fee or Expense Issues for the 42nd Interim Period, filed with the Court on Feb. 20, 2012, docket no. 28548; review same forward to Repr. Counsel. | 0.20 | 190.00 | 38.00 |
| 02/20/2012 | DKH | E-mail correspondence with Bobbi Ruhlander transmitting the Fee Auditor's Combined Final Report for Applications with De Minimis or No Fee or Expense Issues for the 42nd Interim Period. | 0.10 | 400.00 | 40.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/20/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Fee Auditor's Report Combined Final Report Regarding Those Fee Applications With No Fee Or Expense Issues for the Forty-Second Interim Period Filed by Warren H. Smith & Associates, P.C. | 0.50 | 400.00 | 200.00 |
| 02/21/2012 | KEH | E-mail correspondence from Cindy Yates transmiting Scarfone Hawkins LLP's Monthly Time/Expense Statement for December 1, 2011 – December 31, 2011; review and transmit same to Lauren Campbell for preparation of fee application. | 0.20 | 190.00 | 38.00 |
| 02/21/2012 | KEH | E-mail correspondence from Cindy Yates transmitting Scarfone Hawkins LLP's Monthly Time/Expense Statement for January 1, 2012 – January 31, 2012; review and email same to Lauren Campbell for preparation of SH's fee application. | 0.20 | 190.00 | 38.00 |
| 02/21/2012 | KEH | E-mail with Cindy Yates regarding status of December and January account statements for SH's monthly fee apps. | 0.10 | 190.00 | 19.00 |
| 02/21/2012 | LNC | E-mail correspondence with Cindy Yates regarding the review of the 22nd Monthly Fee Application for Scarfone Hawkins LLP | 0.20 | 190.00 | 38.00 |
| 02/21/2012 | DKH | E-mail correspondence with Cindy Yates transmitting Scarfone Hawkins LLP Monthly Fee Application for December 1, 2011 – December 31, 2011. | 0.10 | 400.00 | 40.00 |
| 02/21/2012 | DKH | E-mail correspondence with Cindy Yates transmitting Scarfone Hawkins LLP Monthly Fee Application for January 1, 2012 – January 31, 2012. | 0.10 | 400.00 | 40.00 |
| 02/21/2012 | DKH | E-mail correspondence with Cindy Yates transmitting the Certification executed by David Thompson. | 0.20 | 400.00 | 80.00 |
| 02/21/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Notice of Agenda of Matters Scheduled for Hearing Filed by W.R. Grace & Co., et al.. Hearing scheduled for 2/27/2012 at 09:00 AM. | 0.30 | 400.00 | 120.00 |
| 02/21/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation (Twenty-Second) of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period December 1, 2011 to December 31, 2011 Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 02/21/2012 | LNC | E-mail correspondence with Karen Harvey regarding Scarfone Hawkins invoice for December 2011 and the preparation of their 22nd Monthly Fee Application | 0.20 | 190.00 | 38.00 |
| 02/21/2012 | LNC | E-mail correspondence with Karen Harvey regarding Scarfone Hawkins January invoice | 0.20 | 190.00 | 38.00 |
| 02/21/2012 | DKH | Reviewed and revised Monthly Application for Compensation (Twenty-Second) of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period December 1, 2011 to December 31, 2011. | 0.80 | 400.00 | 320.00 |
| 02/21/2012 | DKH | Reviewed Scarfone Hawkins LLP Monthly Fee statement for December 1, 2011 – December 31, 2011. | 0.50 | 400.00 | 200.00 |
| 02/21/2012 | DKH | Reviewed Scarfone Hawkins LLP Monthly Fee statement for January 1, 2012 – January 31, 2012. | 0.50 | 400.00 | 200.00 |
| 02/22/2012 | LNC | Filed Twenty Second Monthly Application for Scarfone Hawkins | 0.30 | 190.00 | 57.00 |
| 02/22/2012 | LNC | Preparation of the Twenty Second Monthly Fee Application for Scarfone Hawkins LLP | 1.20 | 190.00 | 228.00 |
| 02/22/2012 | KEH | Received Notice of Agenda for Hearing on February 27, 2012; Review and e-mail correspondence with Daniel Hogan regarding same. | 0.20 | 190.00 | 38.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/24/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Monthly Application for Compensation of Lauzon Belanger Lesperance as Special Counsel For The Canadian ZAI Claimants for the period November 1, 2011, to November 30, 2011 (related document(s)[28413]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 02/24/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Twenty First Monthly Application for Compensation of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period November 1, 2011, to November 30, 2011. (related document(s)[28414]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 02/24/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Twenty-First Monthly Application for Compensation of The Hogan Firm As Counsel to Representative Counsel for the Canadian ZAI Claimants for the period November 1, 2011, to November 30, 2011. (related document(s)[28412]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 02/24/2012 | LNC | Filed the Certificate of No Objection for Scarfone Hawkins, Lauzon Belanger and The Hogan Firm. | 0.30 | 190.00 | 57.00 |
| 02/24/2012 | LNC | Prepared the Certificate of No objection for Scarfone Hawkins, Lauzon Belanger and the Hogan firm for the Twenty-First Monthly Applications. | 1.00 | 190.00 | 190.00 |
| 02/24/2012 | DKH | Reviewed Certificate of No Objection (No Order Required) Regarding the Twenty-First Monthly Application for Compensation of LBL As Counsel to Representative Counsel for the Canadian ZAI Claimants for the period November 1, 2011, to November 30, 2011. | 0.30 | 400.00 | 120.00 |
| 02/24/2012 | DKH | Reviewed Certificate of No Objection (No Order Required) Regarding the Twenty-First Monthly Application for Compensation of Scarfone Hawkins Representative Counsel for the Canadian ZAI Claimants for the period November 1, 2011, to November 30, 2011. | 0.30 | 400.00 | 120.00 |
| 02/24/2012 | DKH | Reviewed Certificate of No Objection (No Order Required) Regarding the Twenty-First Monthly Application for Compensation of The Hogan Firm As Counsel to Representative Counsel for the Canadian ZAI Claimants for the period November 1, 2011, to November 30, 2011. | 0.30 | 400.00 | 120.00 |
| 02/24/2012 | DKH | Reviewed docket for objections to Twenty-First Monthly Applications for Compensation of Scarfone Hawkins, LBL and The Hogan Firm. | 0.50 | 400.00 | 200.00 |
| 02/27/2012 | DKH | Attended Onmibus hearing. | 0.80 | 400.00 | 320.00 |
| 02/27/2012 | KEH | Review WRG pmt Spreadsheet; E-mail with Bobbi Ruhlander re: 42nd Interim Report – The Hogan Firm wrote off $195.00 in wire transfer charges for the 42nd period (THF's 7th Quarterly Application) and Grace paid the full $195.00 - Please advise. | 0.20 | 190.00 | 38.00 |
| 02/27/2012 | LNC | E-mail correspondence with Jeremy Luzader regarding the hand delivery of the 22nd monthly applications | 0.20 | 190.00 | 38.00 |
| 02/28/2012 | KEH | E-mail correspondence from Bobbi Ruhlander re: expense reduction (and 100% of expenses have already been paid for that period); reduction typically deducted from 20% fee holdback; email to Lauren Campbell regarding same. | 0.20 | 190.00 | 38.00 |
| 02/28/2012 | KEH | E-mail correspondence from Grace Accounts Payable re: Remittance Advice for payment of The Hogan Firm's November Monthly Fee Application; review and revise Grace payment spreadsheet. | 0.30 | 190.00 | 57.00 |

3/1/2012         ZAI/WRG 060124-01         Canadian ZAI Claimants         Page:6
c/o Lauzon Belanger Lesperance

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/28/2012 | DKH | E-mail correspondence with Bobbi Ruhlander concerning how to handle the expense reduction on the quarterly fee applications. | 0.20 | 400.00 | 80.00 |
| 02/28/2012 | LNC | E-mail correspondence with Karen Harvey regarding payment for the month of November. | 0.10 | 190.00 | 19.00 |
| 02/28/2012 | LNC | E-mail correspondence with Karen Harvey regarding the preparation of the 23rd monthly fee applications | 0.20 | 190.00 | 38.00 |
| 02/28/2012 | KEH | E-mail correspondence with Lauren Campbell re: payment from Grace for inclusion on The Hogan Firm's November 2011 application; deposit is scheduled for 2/29/12. | 0.20 | 190.00 | 38.00 |
| 02/28/2012 | LNC | Prepared the Eighth Quarterly Fee Application for Scarfone Hawkins LLP, The Hogan Firm and Lauzon Belanger Lesperance. | 7.30 | 190.00 | 1,387.00 |
| 02/29/2012 | DKH | E-mail correspondence with Careen Hannouche concerning LBL's 8th quarterly Fee Application. | 0.10 | 400.00 | 40.00 |
| 02/29/2012 | LNC | E-mail correspondence with Careen Hannouche transmitting Lauzon Belanger Lesperance's Eighth Quarterly Application for Compensation for review. | 0.20 | 190.00 | 38.00 |
| 02/29/2012 | LNC | E-mail correspondence with Cindy Yates transmitting the eighth quarterly application for Scarfone Hawkins for review | 0.20 | 190.00 | 38.00 |
| 02/29/2012 | KEH | E-mail with Daniel Hogan re: WRG payment of The Hogan Firm's Fee Application for the Period November 1, 2011, through November 30, 2011; note same to pmt. spreadsheet. | 0.10 | 190.00 | 19.00 |
| 02/29/2012 | KEH | E-mail correspondence with Info-LBLavocats transmitting LBL's duly executed copy of the Certification pursuant to Del. Bankr. L.R. 2016-2(f) – January 2012; review and email to Lauren Campbell transmitting same. | 0.20 | 190.00 | 38.00 |
| 02/29/2012 | DKH | E-mail correspondence with Matt Moloci concerning certifications attached to fee applications. | 0.20 | 400.00 | 80.00 |
| 02/29/2012 | LNC | Meeting with Daniel Hogan regarding the final draft of the Eighth Quarterly Applications for Scarfone Hawkins LLP, Lauzon Belanger Lesperance and The Hogan Firm | 0.30 | 190.00 | 57.00 |
| 02/29/2012 | DKH | Reviewed and revised LBL's 8th quarterly Fee Application. | 0.90 | 400.00 | 360.00 |
| 02/29/2012 | DKH | Reviewed and revised Scarefone Hawkins' 8th quarterly Fee Application. | 0.90 | 400.00 | 360.00 |
| 02/29/2012 | DKH | Reviewed and revised The Hogan Firm's 8th quarterly Fee Application. | 1.00 | 400.00 | 400.00 |
| | | **Total Fees** | **41.40** | | **$11,310.00** |

**Expenses**

| Date | Description | Amount |
|---|---|---|
| 02/17/2012 | Photocopies - 22nd Monthly Fee applications (120 @ .10) | 12.00 |
| 02/28/2012 | Photocopies - Eighth quarterly fee applications for The Hogan Firm, Lauzon Belanger Lesperance and Scarfone Hawkins (134 @ .10) | 13.40 |
| 02/29/2012 | CM/ECF - Quarterly expenses (Oct-Dec 2011) | 10.00 |
| 02/29/2012 | Hand Delivery of the Certificate of No Objection and the 22nd Monthly Application for Compensation | 17.18 |
| | **Total Expenses** | **$52.58** |

**TOTAL NEW CHARGES**         **$11,362.58**

**STATEMENT OF ACCOUNT**

| | |
|---|---:|
| Prior Balance | 6,725.20 |
| Payments | -6,725.20 |
| Current Fees | 11,310.00 |
| Current Expenses | 52.58 |
| **AMOUNT DUE AND OWING TO DATE** | **$11,362.58** |

**TERMS: DUE UPON RECEIPT; INTEREST WILL ACCRUE ON THE UNPAID BALANCE AT THE RATE OF 1.5% PER MONTH;  Please call 302.656.7540 if you have any questions or concerns.**

## Payments

| Date | Ref # | Description | Amount |
|---|---|---|---:|
| 2/27/2012 | 9904845 | Payment on Account | 6,725.20 |

# EXHIBIT B

## CERTIFICATION PURSUANT TO DEL. BANKR. LR. 2016-2(f)

STATE OF DELAWARE    :
                       : ss

COUNTY OF NEW CASTLE  :

         I, Daniel K. Hogan, after being duly sworn according to law, depose and say as follows:

         1.     I am the sole shareholder of the applicant firm, The Hogan Firm ("Firm"), and I am admitted to appear before this Court.

         2.     The Firm has rendered professional services as counsel to Lauzon Bélanger S.E.N.C.R.L. and Scarfone Hawkins LLP as Special Counsel ("Special Counsel") for the Canadian ZAI Claimants by appointment order, dated March 19, 2010 [Docket No. 24508].

         3.     I am familiar with the other work performed on behalf of Special Counsel by the lawyers and paraprofessionals of The Hogan Firm.

         4.     I have reviewed the foregoing monthly application of The Hogan Firm and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed April 17, 2002, and submit that the Application is correct and materially complies with the applicable orders, rules, guidelines and requirements as set forth by, this Bankruptcy Court and the Executive Office for the United States Trustee.

         I verify under penalty of perjury that the foregoing is true and correct.


                                                Daniel K. Hogan (DE #2814)

SWORN AND SUBSCRIBED
Before me this ___ day of April, 2012.


_____
Notary Public
My Commission Expires: _____