# **EXHIBIT B**

# **To Quarterly Application**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et*. *al*., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: May 9, 2012 @ 4:00 p.m. |
| | ) | Hearing Date: Only if Objection is Timely Filed |
| | ) | |

**TWENTY-FOURTH MONTHLY APPLICATION OF SCARFONE HAWKINS LLP**
**AS SPECIAL COUNSEL FOR THE CANADIAN ZAI CLAIMANTS**

| | |
|---|---|
| Name of Applicant: | Scarfone Hawkins LLP |
| Authorized to Provide Professional Services to: | Canadian Zonolite Attic Insulation Claimants ("Canadian ZAI Claimants") |
| Date of Retention: | March 19, 2010 *nunc pro tunc* December 21, 2009 |
| Period for which compensation and reimbursement is sought: | February 1, 2012, through February 29, 2012 |
| Amount of compensation sought as actual, reasonable and necessary: | CDN $   7,451.25 |
| Amount of expense reimbursement (includes Harmonized Sales Tax of 13%[1]) sought as actual, reasonable and necessary: | CDN $   978.82 |

This Applicant's Twenty-Fourth Monthly Application.

[Remainder of Page Intentionally Left Blank]

---

[1] On July 1, 2010, the Harmonized Sales Tax (HST) took effect in Ontario and is applied to most purchases and transactions. The 13% HST replaces the federal goods and services tax (GST) and the provincial sales tax (PST).

Filed 4/17/2012
Dkt. No. 28788

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period:**

| Date Filed | Period Covered | Requested Fees (CDN $) | Requested Expenses (CDN $) | Paid Fees (CDN $) | Paid Expenses (CDN $) |
|---|---|---|---|---|---|
| 04/30/2010 Dkt. #24697 | December 21, 2009 - March 31, 2010 | $ 98,678.75 Reduction -$708.50 | $ 10,399.55 | $ 78,943.00 $ 19,027.25 | $ 10,399.55 |
| 06/01/2010 Dkt. #24878 | April 1, 2010 – April 30, 2010 | $ 14,765.25 | $ 812.67 | $ 11,812.20 $ 2,953.05 | $ 812.67 |
| 06/30/2010 Dkt. #25015 | May 1, 2010 – May 31, 2010 | $ 21,221.25 | $ 3,327.71 | $ 16,977.00 $ 4,244.25 | $ 3,327.71 |
| 07/28/2010 Dkt. #25127 | June 1, 2010 – June 30, 2010 | $ 23,507.50 | $ 2,994.15 | $ 18,806.00 $ 4,701.50 | $ 2,994.15 |
| 08/31/2010 Dkt. #25297 | July 1, 2010 – July 31, 2010 | $ 17,232.50 | $ 2,259.90 | $ 13,786.00 $ 3,446.50 | $ 2,259.90 |
| 09/29/2010 Dkt. #25497 | August 1, 2010 – August 31, 2010 | $ 10,663.75 | $ 1,403.95 | $ 8,531.00 $ 2,132.75 | $ 1,403.95 |
| 10/29/2010 Dkt. #25666 | September 1, 2010 – September 30, 2010 | $ 5,833.75 | $ 2,153.94 | $ 4,667.00 $ 1,166.75 | $ 2,153.94 |
| 12/03/2010 Dkt. #25858 | October 1, 2010 – October 31, 2010 | $ 6,840.00 | $ 897.99 | $ 5,472.00 $ 1,368.00 | $ 897.99 |
| 01/05/2011 Dkt. #26018 | November 1, 2010 – November 30, 2010 | $ 5,030.00 | $ 653.90 | $ 4,024.00 $ 1,006.00 | $ 653.90 |
| 01/28/2011 Dkt. #26132 | December 1, 2010 – December 31, 2010 | $ 11,478.75 | $ 1,513.55 | $ 9,183.00 $ 2,295.75 | $ 1,513.55 |
| 03/08/2011 Dkt. #26512 | January 1, 2011 – January 31, 2011 | $ 22,076.25 | $ 4,516.93 | $ 17,661.00 $ 4,415.25 | $ 4,516.93 |
| 04/01/2011 Dkt. #26700 | February 1, 2011 – February 28, 2011 | $ 13,196.25 | $ 2,535.34 | $ 10,557.00 $ 2,639.25 | $ 2535.34 |
| 05/12/2011 Dkt. #26925 | March 1, 2011 – March 31, 2011 | $ 6,217.50 | $ 808.28 | $ 4,974.00 $ 1,243.50 | $ 808.28 |
| 06/10/2011 Dkt. #27068 | April 1, 2011 – April 30, 2011 | $ 17,471.25 | $ 2,475.77 | $ 13,977.00 $ 3,494.25 | $ 2,475.77 |
| 06/30/2011 Dkt. #27196 | May 1, 2011 – May 31, 2011 | $ 3,720.00 | $ 493.40 | $ 2,976.00 $ 744.00 | $ 493.40 |
| 08/04/2011 Dkt. #27374 | June 1, 2011 – June 30, 2011 | $ 7,965.00 | $ 1,067.51 | $ 6,372.00 $ 1,593.00 | $ 1,067.51 |
| 08/31/2011 Dkt. #27534 | July 1, 2011 – July 31, 2011 | $ 7,597.50 | $ 989.49 | $ 6,078.00 $ 1,519.50 | $ 989.49 |
| 10/04/2011 Dkt. #27716 | August 1, 2011 – August 31, 2011 | $ 6,483.75 | $ 851.59 | $ 5,187.00 $ 1,296.75 | $ 851.59 |
| 11/14/2011 Dkt. #27939 | September 1, 2011- September 30, 2011 | $ 15,104.64 | $ 4,604.40 | $ 12,083.71 $ 3,020.93 | $ 4,604.40 |

Page | 2

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period (Continued):**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| 12/15/2011 Dkt. #28163 | October 1, 2011 – October 31, 2011 | $ 3,735.00 | $ 2,705.74 | $ 2,988.00 | $ 2,705.74 |
| 01/25/2012 Dkt. #28414 | November 1, 2011- November 30, 2011 | $ 3,450.00 | $ 448.50 | $ 2,760.00 | $ 448.50 |
| 2/21/2012 Dkt. #28556 | December 1, 2011- December 31, 2011 | $ 2,598.75 | $ 337.84 | $ 2,079.00 | 337.84 |
| 3/9/2012 Dkt. #28647 | January 1, 2012- January 31, 2012 | $ 3,435.00 | $ 449.79 | Pending | Pending |

**Fee Detail by Professional for the Period of February 1, 2012, through February 29, 2012:**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate[2] (including changes) | Total Billed Hours | Total Fees (CDN $) |
|---|---|---|---|---|
| David Thompson | Partner, 23 Years 1988 | $525.00 | 11.25 | $ 5,906.25 |
| David Thompson – Travel | | | 0.00 | 0.00 |
| Matthew G. Moloci | Partner, 13 Years 1998 | $450.00 | 2.90 | $ 1,305.00 |
| Matthew G. Moloci - Travel | | | 0.00 | 0.00 |
| Cindy Yates | Law Clerk, 25 Yrs. | $120.00 | 2.00 | $ 240.00 |
| **Grand Total** | | | **16.15** | **$ 7,451.25** |
| Blended Rate | | | | $ 461.38 |
| Blended Rate (excluding Law Clerk time) | | | | $ 509.63 |

---

[2] Scarfone Hawkins LLP increased its hourly rates as of January 1, 2011.

Page | 3

**Monthly Compensation by Matter Description for the Period of February 1, 2012, through February 29, 2012**:

| Project Category | Total Hours | Total Fees (CDN $) |
|---|---:|---:|
| 04 - Case Administration | 10.65 | $ 5,426.25 |
| 11 - Fee Applications, Applicant | 3.70 | $ 1,087.50 |
| 12 – Fee Applications, Others | 0.25 | $ 131.25 |
| 14 – Hearings | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 |
| 20 - Travel (Non-Working) | 0.00 | 0.00 |
| 24 – Other | 1.55 | $ 806.25 |
| **TOTAL** | **16.15** | **$ 7,451.25** |

**Monthly Expense Summary for the Period February 1, 2012, through February 29, 2012**:

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---:|
| Photocopies (In House) | | 0.00 |
| Postage | | 0.00 |
| Travel – Meals | | 0.00 |
| Travel – Accommodations | | 0.00 |
| Travel – Airline | | 0.00 |
| Travel – Taxi & Parking | | 0.00 |
| Long Distance Calls | | 8.99 |
| Harmonized Sales Tax (HST) 13% | | $ 969.83 |
| **TOTAL** | | **$ 978.82** |

PLEASE TAKE NOTICE that Scarfone Hawkins LLP (the "Applicant") has today filed this Notice of Monthly Fee and Expenses Invoice for February 1, 2012, through February 29,

2012, (this "Monthly Fee Statement")[3] pursuant to the Modified Order Granting The Canadian ZAI Claimants' Application for Appointment of Special Counsel [Docket No. 24508] and the Amended Administrative Order Under 11 U.S.C., §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [Docket No. 1949].

PLEASE TAKE FURTHER NOTICE that responses or objections to this Monthly Fee Statement, if any, must be filed on or before May 9, 2012, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that you must also serve a copy of any such response or objection upon the Notice Parties so as to be received by the Notice Parties on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline, the Applicant shall file or cause to be filed with the Court, and serve on the Notice Parties, a certificate of no objection, certifying that no objection, or a partial objection, has been filed with the Court relative to this Application, whichever is applicable, after which the Debtors are authorized and required to pay the Applicant an amount equal to (a) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement or (b) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses not subject to any objection. All fees and expenses in this Monthly Fee Statement will be included in the next quarterly application for compensation and reimbursement of expenses to be filed and served by the Applicant at a later date, and will be subject to objections at such time.

---

[3] Applicant's Invoice for February 1, 2012, through February 29, 2012, is attached hereto as **Exhibit A.**

Page | 5

PLEASE TAKE FURTHER NOTICE that Applicant respectfully requests that, for the period February 1, 2012, through February 29, 2012, an allowance be made to Scarfone Hawkins LLP for compensation in the amount of CDN $7,451.25 and actual and necessary expenses in the amount of CDN $978.82 (13% Harmonized Sales Tax) for a total allowance of CDN $8,430.07; Actual Interim Payment of CDN $5,961.00 (80% of the allowed fees) and reimbursement of CDN $978.82 (100% of the allowed expenses) be authorized for a total payment of CDN $6,939.82; and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that Applicant believes that the Application and the description of services set forth herein of work performed are in compliance with the requirements of Delaware Local Rule 2016-2, the Amended Administrative Order, and the applicable guidelines and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the Executive Office for the United States Trustee. A true and correct copy of the Certification of David Thompson is attached hereto as **Exhibit B**.

Dated: April 17, 2012                     Respectfully submitted,

                        By:     */s/ Daniel K. Hogan*
                              Daniel K. Hogan (DE Bar No. 2814)
                              THE HOGAN FIRM
                              1311 Delaware Avenue
                              Wilmington, Delaware 19806
                              Telephone: 302.656.7540
                              Facsimile: 302.656.7599
                              Email: dkhogan@dkhogan.com

                              **Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants**

# EXHIBIT A

W.R. GRACE & CO., et al.  U.S. FEE APPLICATION
CDN ZAI CLASS ACTION  DATE:
 February 29, 2012
 OUR FILE NO: 05L121

# Scarfone Hawkins LLP
BARRISTERS AND SOLICITORS

| | |
|---|---|
| ONE JAMES STREET SOUTH | TELEPHONE |
| 14TH FLOOR | 905-523-1333 |
| P.O. BOX 926, DEPOT #1 | |
| HAMILTON, ONTARIO | TELEFAX |
| L8N 3P9 | 905-523-5878 |

H.S.T. REGISTRATION NO.  **873984314 RT – 0001**

**CANADIAN ZAI MONTHLY FEE APPLICATION**
**(February 1, 2012 – February 29, 2012)**

| DATE | PROFESSIONAL SERVICE | LAWYER | RATE/HR | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 02 /01/12 | *receipt of and respond to class member inquiries, memos to and from Sandra McCash* | DT | $525.00 | 0.25 | $131.25 |
| 02 /01/12 | *discuss and review with Matt Moloci re: status* | DT | $525.00 | 0.10 | $52.50 |
| 02 /01/12 | *telephone to Dan Hogan with Matt Moloci re: judgment/opinion, next steps, etc.* | DT | $525.00 | 0.50 | $262.50 |
| 02 /01/12 | *letter to Michel Belanger and Careen Hannouche, letter to Keith Ferbers and Evatt Merchant reporting on judgment/opinion received from U.S. District Court* | DT | $525.00 | 0.25 | $131.25 |
| 02 /01/12 | *Conference with David Thompson; teleconference with Thompson and Dan Hogan regarding U.S. appeal decision and claims administration process, status and update* | MGM | $450.00 | 0.60 | $270.00 |
| 02 /02/12 | *consider new material for website, etc.* | DT | $525.00 | 0.25 | $131.25 |
| 02 /02/12 | *review website, prepare new updated website contented, discuss and review with Cindy Yates, memo to Cindy Yates* | DT | $525.00 | 0.50 | $262.50 |
| 02 /02/12 | *emails to and from Evatt Merchant* | DT | $525.00 | 0.10 | $52.50 |
| 02 /02/12 | *emails to and from Careen Hannouche with respect to updating classactionlaw website* | DT | $525.00 | 0.10 | $52.50 |
| 02 /02/12 | *Teleconference with David Thompson regarding updates to website content to include recent U.S. appeal and claims administration process* | MGM | $450.00 | 0.10 | $45.00 |
| 02 /02/12 | *Email from David Thompson to Careen Hannouche, Michel Belanger, Evatt Merchant and Keith Ferbers with summary and update regarding U.S. appeals and teleconference with Dan Hogan; receive further emails from to counsel; review* | MGM | $450.00 | 0.10 | $45.00 |

| | | | | | |
|---|---|---|---|---|---|
| 02/03/12 | *receipt of and respond to class member inquiries* | DT | $525.00 | 0.25 | $131.25 |
| 02/03/12 | *memo to file re: September, 2011 meeting* | DT | $525.00 | 0.10 | $52.50 |
| 02/06/12 | *receipt of and respond to class member inquiries* | DT | $525.00 | 0.25 | $131.25 |
| 02/06/12 | *review files and notes from Montreal September 2011 meeting, prepare summary for Dan Hogan, email to Dan Hogan, Michel Belanger and Careen Hannouche* | DT | $525.00 | 1.00 | $525.00 |
| 02/07/12 | *receipt of and respond to class member inquiries* | DT | $525.00 | 0.25 | $131.25 |
| 02/07/12 | *memo to Matt Moloci, follow-up on email inquiry from class member, Ken Murphy* | DT | $525.00 | 0.35 | $183.75 |
| 02/07/12 | *Emails from Norton Rose with attached electronic copy of Grace Canada Motion Record seeking continuation of CCAA stay of proceeding; email from David Thompson to Sandra McCash to print and compile motion materials* | MGM | $450.00 | 0.20 | $90.00 |
| 02/07/12 | *Email from David Thompson regarding inquiry from possible Canadian ZAI claimant Ken Murphy; review* | MGM | $450.00 | 0.10 | $45.00 |
| 02/08/12 | *receipt and review Grace motion record to extend stay, email to acknowledge receipt, memo to Sandra McCash, memos to and from Cindy Yates, follow-up with Matt Moloci, receipt Jacqueline Dias-Visca email* | DT | $525.00 | 0.50 | $262.50 |
| 02/08/12 | *memo to file re: motion on February 15, 2012* | DT | $525.00 | 0.10 | $52.50 |
| 02/08/12 | *Receive printed copy of Grace Canada Motion Record seeking continuation of CCAA stay of proceeding; review 38th Report of Information Officer regarding status of proceedings; conference with David Thompson* | MGM | $450.00 | 0.40 | $180.00 |
| 02/09/12 | *receipt of and respond to various class member inquiries, etc., post memorandum opinion and updated content on website, review and consider same* | DT | $525.00 | 0.50 | $262.50 |
| 02/09/12 | *receipt Matt Moloci memo re changes to website content* | DT | $525.00 | 0.10 | $52.50 |
| 02/09/12 | *receipt of and respond to class member inquiries* | DT | $525.00 | 0.25 | $131.25 |
| 02/09/12 | *Email from David Thompson to possible CDN ZAI claimant Ken Murphy; review and reply to Thompson* | MGM | $450.00 | 0.10 | $45.00 |
| 02/10/12 | *amend and revise website content, follow-up on class member inquiries received and responded to* | DT | $525.00 | 0.25 | $131.25 |
| 02/10/12 | *receipt Karen Harvey email re: status of US appeals* | DT | $525.00 | 0.10 | $52.50 |
| 02/10/12 | *receipt Karen Harvey email regarding status of proceedings re US appeals* | DT | $525.00 | 0.10 | $52.50 |
| 02/13/12 | *memos to and from Cindy Yates, receipt of and respond to class member inquiries* | DT | $525.00 | 0.25 | $131.25 |
| 02/13/12 | *receipt Cindy Yates memo, memo to Matt Moloci, etc.., re time dockets* | DT | $525.00 | 0.25 | $131.25 |

| 02/13/12 | Telephone voice message from David Thompson regarding completion of December 2011 and January 2012 fee applications; emails from Cindy Yates and Sue McCormick regarding receipt and reconciliation of October 2011 fee application payments | MGM | $450.00 | 0.10 | $45.00 |
|---|---|---|---|---|---|
| 02/14/12 | receipt of and respond to class member inquiries | DT | $525.00 | 0.25 | $131.25 |
| 02/14/12 | receipt Sandra McCash memo re Doyle and Long, memo to file and follow-ups | DT | $525.00 | 0.25 | $131.25 |
| 02/14/12 | Emails from Karen Harvey requesting time and expenses statements for fee application preparation | MGM | $450.00 | 0.10 | $45.00 |
| 02/15/12 | follow-up letter to counsel for Grace re: motion to extend stay of action | DT | $525.00 | 0.10 | $52.50 |
| 02/15/12 | Email from Vasuda Sinha of Norton Rose with attached endorsement of Justice Morawetz extending CCAA stay of proceeding; review | MGM | $450.00 | 0.10 | $45.00 |
| 02/16/12 | receipt of and respond to class member inquiries | DT | $525.00 | 0.25 | $131.25 |
| 02/16/12 | Emails from and to David Thompson addressing further points regarding claims administration process and management | MGM | $450.00 | 0.10 | $45.00 |
| 02/17/12 | receipt Dan Hogan email, review Lauzon Belanger application | DT | $525.00 | 0.25 | $131.25 |
| 02/17/12 | Various emails from Lauren Campbell of The Hogan Firm with attached fee applications of Scarfone Hawkins, Lauzon Belanger and The Hogan Firm for December, 2011; review | MGM | $450.00 | 0.10 | $45.00 |
| 02/18/12 | Review and complete docket entries for December 2011 and January 2012 for completion of fee applications; email to Cindy Yates and David Thompson | MGM | $450.00 | 0.10 | $45.00 |
| 02/18/12 | Email to David Thompson regarding "out of time" possible CDN ZAI Claimants in follow-up to inquiry from Ken Murphy | MGM | $450.00 | 0.10 | $45.00 |
| 02/18/12 | Email to David Thompson and Bridget Scott in follow-up to inquiry from CDN ZAI PD claimant Chris Giesler | MGM | $450.00 | 0.10 | $45.00 |
| 02/21/12 | memos to and from Matt Moloci re December dockets, memos to and from Cindy Yates, review fee application, discuss and review with Cindy Yates re December fee application | DT | $525.00 | 0.25 | $131.25 |
| 02/21/12 | receipt and review application, execute certification, discuss with Cindy Yates, emails to and from Karen Harvey, etc. | DT | $525.00 | 0.35 | $183.75 |
| 02/21/12 | receipt Careen Hannouche letter and Dan Hogan invoice, memo to Cindy Yates to process payment to Lauzon Belanger | DT | $525.00 | 0.25 | $131.25 |
| 02/21/12 | Emails from and to Cindy Yates and Lauren Campbell regarding time and expense summaries and final fee applications for December 2011 and January 2012; review | MGM | $450.00 | 0.20 | $90.00 |
| 02/22/12 | receipt of and respond to class member inquiries, memo to Matt Moloci | DT | $525.00 | 0.25 | $131.25 |
| 02/24/12 | receipt of and respond to class member inquiries | DT | $525.00 | 0.25 | $131.25 |

| Date | Description | Timekeeper | Rate | Hours | Total |
|---|---|---|---|---|---|
| 02/24/12 | follow-up memo to file, follow-up with Dan Hogan's office, etc. | DT | $525.00 | 0.25 | $131.25 |
| 02/24/12 | Email from Don Pinchin with comments and attached revisions to the Minutes of the Meeting of July 28, 2011; review and consider; email from David Thompson to Don Pinchin; email from Careen Hannouche | MGM | $450.00 | 0.20 | $90.00 |
| 02/24/12 | Emails from Lauren Campbell of The Hogan Firm regarding status of matter and update | MGM | $450.00 | 0.10 | $45.00 |
| 02/27/12 | receipt email from Lauren of Hogan's office re status of action | DT | $525.00 | 0.10 | $52.50 |
| 02/27/12 | review Don Pinchin email and proposed amendments to Minutes, email to Michel Belanger and Careen Hannouche and Don Pinchin regarding suggested changes | DT | $525.00 | 0.30 | $157.50 |
| 02/27/12 | receipt of and respond to class member inquiries | DT | $525.00 | 0.25 | $131.25 |
| 02/27/12 | receipt Lauren Campbell emails and follow-ups re: 22nd Monthly Fee Applications and review same | DT | $525.00 | 0.25 | $131.25 |
| 02/28/12 | receipt of and respond to class member inquiries | DT | $525.00 | 0.25 | $131.25 |
| 02/29/12 | receipt of and respond to and follow-up on class member inquiries | DT | $525.00 | 0.25 | $131.25 |
| 02/29/12 | receipt of and respond to various class member inquiries | DT | $525.00 | 0.25 | $131.25 |
| 02/29/12 | receipt Lauren Campbell email, review 8th Quarterly Application, review certification, etc. | DT | $525.00 | 0.25 | $131.25 |
| 02/29/12 | review dockets for period February 1, 2012 to February 29, 2012, amend dockets, review disbursements, discuss with David Thompson, draft account, review with David Thompson and Matt Moloci, assemble account into form required by U.S. Bankruptcy Court, email to Karen Harvey enclosing monthly fee application for the period of February 1, 2012 to February 29, 2012 | LC | $120.00 | 2.00 | $240.00 |
| | | | **SUB-TOTAL** | **16.15** | **$7,451.25** |

| TIMEKEEPER | ID | HOURS | RATE | TOTAL | PLUS 13% H.S.T |
|---|---|---|---|---|---|
| DAVID THOMPSON 23 + years | DT | 11.25 | $525.00 | $5,906.25 | $767.81 |
| MATTHEW G. MOLOCI 13 + years | MGM | 2.90 | $450.00 | $1,305.00 | $169.65 |
| LAW CLERK Cindy Yates 30 years | CY | 2.00 | $120.00 | $240.00 | $31.20 |
| **SUB-TOTAL:** | | **16.15** | | **$7,451.25** | **$968.66** |
| **TOTAL FEES AND TAXES:** | | | | | **$8,419.91** |

**DISBURSEMENTS SUMMARY**

| DATE | DISBURSEMENT | HST EXEMPT | HST NON-EXEMPT | PLUS 13% H.S.T. | TOTAL |
|---|---|---|---|---|---|
| 02/01/12 02/29/12 | Long Distance Calls – Various calls from February 1, 2012 – February 29, 2012 | | $8.99 | $1.17 | $10.16 |
| **TOTAL DISBURSEMENTS:** | | | **$8.99** | **$1.17** | **10.16** |

| | |
|---|---|
| **TOTAL FEES AND APPLICABLE TAXES:** | **$8,430.07** |

THIS IS OUR FEE APPLICATION,
Per:


**SCARFONE HAWKINS LLP**
E. & O.E.


**\*Del. Bankr. LR 2016-2(e)(iii) allows for**
**$.10 per page for photocopies.**

# EXHIBIT B

## CERTIFICATION PURSUANT TO DEL. BANKR. LR. 2016-2(f)

PROVINCE OF ONTARIO  :
: ss
CITY OF HAMILTON  :

I, David Thompson, after being duly sworn according to law, depose and say as follows:

1. I am a partner of the applicant firm, Scarfone Hawkins LLP (the "Firm").

2. On February 9, 2006, the CCAA Court entered an Order appointing Lauzon Bélanger inc. and Scarfone Hawkins LLP as Representative Counsel ("Representative Counsel").

3. On March 19, 2010, this Court signed a Modified Order appointing Representative Counsel as Special Counsel ("Special Counsel") for the Canadian ZAI Claimants *nunc pro tunc* to December 21, 2009, through the effective date of the plan.

4. Special Counsel has rendered professional services as counsel for the Canadian ZAI Claimants.

5. I am familiar with the other work performed on behalf of Special Counsel by the lawyers and paraprofessionals of the Firm.

6. I have reviewed the foregoing monthly application of Scarfone Hawkins as Special Counsel and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed April 17, 2002, and submit that the Application is correct and materially complies with the applicable orders, rules, guidelines and requirements as set forth by, this Bankruptcy Court and the Executive Office for the United States Trustee.

I verify under penalty of perjury that the foregoing is true and correct.

David Thompson

SWORN AND SUBSCRIBED
Before me this __16__ day of April, 2012.

Notary Public
My Commission Expires: _____

Cindy Lea Yates, a Commissioner, etc.,
City of Hamilton, for Scarfone Hawkins LLP,
Barristers and Solicitors.
Expires March 21, 2015.