**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                01/31/2012
Wilmington  DE                                          ACCOUNT NO:        3000-01D
                                                        STATEMENT NO:            94

Asset Analysis and Recovery

PREVIOUS BALANCE                                                            $30.00

BALANCE DUE                                                                 $30.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
01/31/2012
ACCOUNT NO:        3000-02D
STATEMENT NO:              128

Asset Disposition

| | | |
|---|---|---|
| PREVIOUS BALANCE | | $914.80 |

| | | | | HOURS | |
|---|---|---|---|---|---|
| 01/26/2012 | | | | | |
| MTH | Reviewing Debtors' report re asset sales | | | 0.10 | 39.00 |
| | FOR CURRENT SERVICES RENDERED | | | 0.10 | 39.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.10 | $390.00 | $39.00 |

| | |
|---|---|
| TOTAL CURRENT WORK | 39.00 |

| | | |
|---|---|---|
| 01/10/2012 | Payment - Thank you. (October, 2011 - 80% Fees) | -150.00 |
| | BALANCE DUE | $803.80 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                              01/31/2012
Wilmington  DE                                                      ACCOUNT NO:        3000-03D
                                                                    STATEMENT NO:            115

Business Operations

PREVIOUS BALANCE                                                                      $1,657.50

01/10/2012      Payment - Thank you. (October, 2011 - 80% Fees)                          -390.00

BALANCE DUE                                                                           $1,267.50

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 01/31/2012 |
| Wilmington  DE | ACCOUNT NO:        3000-04D |
| | STATEMENT NO:              128 |

Case Administration

|  |  |  |  |
|---|---|---|---|
| PREVIOUS BALANCE | | | $1,251.27 |
| | | **HOURS** | |
| 01/05/2012 | | | |
| MTH | Reviewing notice of name change (x2) and correspondence to SC re update to service list | 0.10 | 39.00 |
| | FOR CURRENT SERVICES RENDERED | 0.10 | 39.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.10 | $390.00 | $39.00 |

| | |
|---|---|
| TOTAL CURRENT WORK | 39.00 |

| | | |
|---|---|---|
| 01/10/2012 | Payment - Thank you. (October, 2011 - 80% Fees) | -150.00 |

| | |
|---|---|
| BALANCE DUE | $1,140.27 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 01/31/2012 |
| Wilmington  DE | ACCOUNT NO:    3000-05D |
|  | STATEMENT NO:         128 |

Claims Analysis Objection & Resolution (Asbestos)

|  |  |
|---|---|
| PREVIOUS BALANCE | $2,456.60 |
| BALANCE DUE | $2,456.60 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
01/31/2012
ACCOUNT NO:      3000-06D
STATEMENT NO:             128

Claims Analysis Objection & Resol. (Non-Asbestos)

|  |  |  |  |
|---|---|---|---|
| PREVIOUS BALANCE | | | -$163.80 |

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 01/13/2012 | | | | |
| MTH | Reviewing Order entered re hearing on request of Charles Jurgens re NY Hillside claim | | 0.10 | 39.00 |
| 01/26/2012 | | | | |
| MTH | Reviewing Debtors' report re settlements | | 0.10 | 39.00 |
| | FOR CURRENT SERVICES RENDERED | | 0.20 | 78.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.20 | $390.00 | $78.00 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 78.00 |

| 01/10/2012 | Payment - Thank you. (October, 2011 - 80% Fees) | -30.00 |
|---|---|---|

| CREDIT BALANCE | -$115.80 |
|---|---|

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
01/31/2012
ACCOUNT NO:      3000-07D
STATEMENT NO:           128

Committee, Creditors, Noteholders, Equity Holders

PREVIOUS BALANCE                                                      $12,656.94

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 01/03/2012 |  |  |  |  |
|  | PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
|  | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
|  | MTH | Review daily memo | 0.10 | 39.00 |
| 01/04/2012 |  |  |  |  |
|  | SMB | Prepare and file 2019 of The David Law Firm; e-mail confirmation of same | 0.20 | 22.00 |
|  | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
|  | MTH | Review daily memo | 0.10 | 39.00 |
| 01/05/2012 |  |  |  |  |
|  | PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
|  | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
|  | MTH | Review daily memo | 0.10 | 39.00 |
| 01/06/2012 |  |  |  |  |
|  | MTH | Prepare weekly recommendation memo | 0.80 | 312.00 |
|  | MTH | Review correspondence from SC re weekly recommendation memo | 0.10 | 39.00 |
|  | MTH | Review daily memo | 0.10 | 39.00 |
|  | DAC | Review counsel's weekly memorandum | 0.20 | 104.00 |
|  | SMB | Prepare weekly recommendation memorandum | 0.30 | 33.00 |
|  | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| 01/09/2012 |  |  |  |  |
|  | MK | Review committee events calendar. | 0.10 | 15.50 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| | MTH | Review daily memo | 0.10 | 39.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| 01/10/2012 | | | | |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | MTH | Review correspondence from EI re Committee correspondence and reviewing response from JC re same | 0.20 | 78.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| 01/11/2012 | | | | |
| | DAC | Review memo from EI to Committee | 0.20 | 104.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| 01/12/2012 | | | | |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | MTH | Review correspondence from RJ re Committee correspondence | 0.10 | 39.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| 01/13/2012 | | | | |
| | PEM | Review weekly recommendation memorandum re: pending motions and matters. | 0.10 | 47.00 |
| | DAC | Review counsel's weekly memorandum | 0.20 | 104.00 |
| | SMB | Prepare weekly recommendation memorandum | 0.30 | 33.00 |
| | MTH | Various correspondence with PVNL re hearing preparations | 0.10 | 39.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | MTH | Prepare weekly recommendation memos and reviewing correspondence from SC to Committee re same | 0.50 | 195.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| 01/16/2012 | | | | |
| | SMB | Coordinate logistics for hearing on January 23, 2012 at 9 a.m.; e-mail confirmation of same to Peter Lockwood | 0.30 | 33.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| 01/17/2012 | | | | |
| | SMB | Review, retrieve, and distribute recently filed pleadings | 0.20 | 22.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and | | |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
|  | distribute daily memo | 0.20 | 22.00 |
| **01/18/2012** |  |  |  |
| MTH | Review correspondence from JS re update of various matters | 0.20 | 78.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| **01/19/2012** |  |  |  |
| PEM | Review memo re: pleadings filed | 0.10 | 47.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| **01/20/2012** |  |  |  |
| DAC | Review counsel's weekly memorandum | 0.20 | 104.00 |
| SMB | Prepare weekly recommendation memorandum | 0.30 | 33.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| MTH | Prepare weekly recommendation memos; reviewing correspondence from SC to Committee re same | 0.70 | 273.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| **01/21/2012** |  |  |  |
| PEM | Review weekly recommendation memorandum re: pending motions and matters. | 0.10 | 47.00 |
| **01/23/2012** |  |  |  |
| MK | Review committee events calendar and update attorney case calendar. | 0.10 | 15.50 |
| MTH | Review daily memo | 0.10 | 39.00 |
| SMB | Review docket re: pending matters | 0.20 | 22.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| **01/24/2012** |  |  |  |
| MTH | Review correspondence from EI re Committee correspondence; discussion re same | 0.20 | 78.00 |
| PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| **01/25/2012** |  |  |  |
| MTH | Review daily memo | 0.10 | 39.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |

Page: 4
01/31/2012
ACCOUNT NO:       3000-07D
STATEMENT NO:            128

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 01/26/2012 |  |  |  |  |
| | PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| | PEM | Review memo from counsel re: Libby. | 0.20 | 94.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| 01/27/2012 |  |  |  |  |
| | SMB | Prepare weekly recommendation memorandum | 0.40 | 44.00 |
| | PEM | Review weekly recommendation memorandum re: pending motions and matters. | 0.10 | 47.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | MTH | Review correspondence from AS re memo to Committee and responses to same | 0.10 | 39.00 |
| | MTH | Prepare weekly recommendation memos and correspondence to Committee re same | 1.50 | 585.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| 01/29/2012 |  |  |  |  |
| | DAC | Review counsel's weekly memorandum | 0.20 | 104.00 |
| | DAC | Review 9011 rule memorandum/rule | 0.10 | 52.00 |
| 01/30/2012 |  |  |  |  |
| | MK | Review committee events calendar and update attorney case calendar. | 0.10 | 15.50 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| 01/31/2012 |  |  |  |  |
| | PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| | MTH | Correspondence re service list | 0.10 | 39.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | | FOR CURRENT SERVICES RENDERED | 15.50 | 4,413.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 1.10 | $520.00 | $572.00 |
| Philip E. Milch | 1.10 | 470.00 | 517.00 |
| Michele Kennedy | 0.30 | 155.00 | 46.50 |
| Santae M. Boyd | 6.40 | 110.00 | 704.00 |
| Mark T. Hurford | 6.60 | 390.00 | 2,574.00 |

W.R. Grace

ACCOUNT NO:        3000-07D
STATEMENT NO:              128

Committee, Creditors, Noteholders, Equity Holders


TOTAL CURRENT WORK                                                4,413.50


01/10/2012      Payment - Thank you. (October, 2011 - 80% Fees)        -4,059.60


BALANCE DUE                                                    $13,010.84


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
01/31/2012
ACCOUNT NO:        3000-08D
STATEMENT NO:                  127

Employee Benefits/Pension

PREVIOUS BALANCE                                                                              -$876.40

HOURS

01/11/2012
　　MTH        Review correspondence from RH re pension plan                    0.10        39.00

01/19/2012
　　MTH        Review correspondence from RH re Pension Plan motion to be filed    0.10        39.00

01/20/2012
　　MTH        Preparing for and attending conference call on Pension Plans        1.10        429.00

01/24/2012
　　MTH        Begin review of Pension Plan Motion and correspondence to PVNL, JS
　　　　　　　and BR re same                                                          0.40        156.00

01/27/2012
　　MTH        Additional review of Pension Plan Motion                            0.40        156.00
　　　　　　　FOR CURRENT SERVICES RENDERED                                         2.10        819.00

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
| --- | --- | --- | --- |
| Mark T. Hurford | 2.10 | $390.00 | $819.00 |

TOTAL CURRENT WORK                                                                          819.00

CREDIT BALANCE                                                                              -$57.40

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 01/31/2012 |
| Wilmington  DE | ACCOUNT NO:        3000-09D |
|  | STATEMENT NO:             59 |

Employee Applications, Applicant

| | |
|---|---|
| PREVIOUS BALANCE | $15.00 |
| BALANCE DUE | $15.00 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
01/31/2012

W.R. Grace
Wilmington  DE

ACCOUNT NO:        3000-10D
STATEMENT NO:              128

Employment Applications, Others

PREVIOUS BALANCE                                                                      $724.20

BALANCE DUE                                                                             $724.20

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 01/31/2012 |
| Wilmington  DE | ACCOUNT NO:     3000-11D |
| | STATEMENT NO:           126 |

Expenses

|  |  |  |
|---|---|---|
| | PREVIOUS BALANCE | $8,418.74 |

| | | |
|---|---|---|
| 01/01/2012 | Pacer charges for the month of December | 85.44 |
| 01/03/2012 | Printing - December 2011 | 61.20 |
| 01/09/2012 | Parcels - copy/service - Fee Applications (12/30/11) | 327.14 |
| 01/16/2012 | Postage - Copy of Brief to Kevin McClay, Caplin & Drysdale (split between 3000/2300) | 0.94 |
| 01/23/2012 | Parcels - copy/service - (3) Certificates of No Objection | 21.93 |
| 01/24/2012 | Parcels - copy/service - ACC Appellees' Brief on Appeal (split between 4 Trusts) | 143.79 |
| 01/24/2012 | Court Call - Mark Hurford - December 19, 2011 appearance | 30.00 |
| 01/24/2012 | Court Call - Peter Lockwood - December 19, 2011 appearance | 30.00 |
| 01/31/2012 | Copying - January 2012 | 3.90 |
| 01/31/2012 | Printing - January 2012 | 81.60 |
| | TOTAL EXPENSES | 785.94 |
| | | |
| | TOTAL CURRENT WORK | 785.94 |

| | | |
|---|---|---|
| 01/10/2012 | Payment - Thank you. (October, 2011 - 100% Expenses) | -144.36 |

| | | |
|---|---|---|
| | BALANCE DUE | $9,060.32 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 01/31/2012 |
| Wilmington  DE | ACCOUNT NO:    3000-12D |
|  | STATEMENT NO:          126 |

Fee Applications, Applicant

| | | HOURS | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $3,605.70 |
| **01/11/2012** | | | |
| MTH | Reviewing pre-bill | 0.40 | 156.00 |
| **01/23/2012** | | | |
| MTH | Reviewing docket and reviewing and signing CNO for filing and service | 0.20 | 78.00 |
| MB | Review docket and prepare C&L November 2011 certificate of no objection | 0.40 | 50.00 |
| **01/30/2012** | | | |
| MTH | Reviewing C&L monthly fee application for filing and service; reviewing correspondence from MB serving fee application on notice parties and correspondence from MB to fee auditor | 0.30 | 117.00 |
| MB | Review email from DS re: December bill(.1); Prepare C&L December fee application (.5); Finalize and e-file December 2011 fee application (.3) | 0.90 | 112.50 |
| | FOR CURRENT SERVICES RENDERED | 2.20 | 513.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Matthew Brushwood | 1.30 | $125.00 | $162.50 |
| Mark T. Hurford | 0.90 | 390.00 | 351.00 |

| | | |
|---|---|---|
| TOTAL CURRENT WORK | | 513.50 |
| 01/10/2012    Payment - Thank you. (October, 2011 - 80% Fees) | | -312.00 |
| BALANCE DUE | | $3,807.20 |

W.R. Grace

Fee Applications, Applicant

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |  |
|---|---|---|
|  |  | Page: 1 |
| W.R. Grace |  | 01/31/2012 |
| Wilmington  DE | ACCOUNT NO: | 3000-13D |
|  | STATEMENT NO: | 113 |

Fee Applications, Others

|  |  |  |
|---|---|---|
| PREVIOUS BALANCE |  | $15,224.10 |

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 01/03/2012 |  |  |  |  |
|  | MTH | Review correspondence from TBB re CNO for Kramer Levin | 0.10 | 39.00 |
| 01/06/2012 |  |  |  |  |
|  | SMB | Review November 2011 application of Ferry, Joseph & Pearce, P.A. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review November 2011 application of Blizin Sumberg Baena Price & Axelrod, LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review September 2011 application of Pachulski, Stang, Ziehl & Jones, LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review December 2011 application of Alan B. Rich, Esquire (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review November 2011 application of BMC Group (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review October 2011 application of BMC Group (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review July through September 2011 application of Capstone Advisory Group LLC (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review November 2011 application of Reed Smith LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| 01/09/2012 |  |  |  |  |
|  | MB | Update fee application tracking charts | 0.30 | 37.50 |
|  | MB | E-mail to A. Peltine re: monthly fee applications | 0.10 | 12.50 |
|  | MTH | Review correspondence from DKW re Pachulski fee application | 0.10 | 39.00 |
| 01/10/2012 |  |  |  |  |
|  | MTH | Review correspondence from TBB re Saul Ewing fee application | 0.10 | 39.00 |

W.R. Grace

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
| **01/11/2012** | | | | |
| | MTH | Review correspondence from D.M. re Capstone fee application | 0.10 | 39.00 |
| **01/12/2012** | | | | |
| | MTH | Reviewing correspondence from DKW re Fragomen fee application | 0.10 | 39.00 |
| **01/13/2012** | | | | |
| | SMB | Review October to December 2011 application of Fragomen Del Rey Bernsen & Loewy LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review November 2011 application of Capstone Advisory Group, LLC (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review July through September 2011 application of Duane Morris LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review November 2011 application of Saul Ewing LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review October 2011 application of Pachulski Stang Ziehl & Jones LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review July through September 2011 application of Pachulski Stang Ziehl & Jones LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | MTH | Review correspondence from DF re CNO for Lincoln fee application | 0.10 | 39.00 |
| **01/17/2012** | | | | |
| | MTH | Review correspondence from DF re CNO's for four fee applications for D. Austern | 0.10 | 39.00 |
| | MTH | Reviewing CNO for Orrick's November fee application | 0.10 | 39.00 |
| | MTH | Review correspondence from DKW re Blackstone fee application | 0.10 | 39.00 |
| | MB | E-mail to A. Peltine re: interim application | 0.10 | 12.50 |
| **01/18/2012** | | | | |
| | MTH | Review correspondence from TBB re Kramer Levin CNO | 0.10 | 39.00 |
| **01/20/2012** | | | | |
| | SMB | Review June 2011 application of Warren H. Smith & Associates, PC (.1) ; update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review November 2011 application of Blackstone Advisory Partners, L.P. (.1) ; update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review July through September 2011 application of Lincoln Partners Advisors, LLC (.1) ; update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review July through September 2011 application of Orrick Herrington & Sutcliffe, LLP (.1) ; update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| **01/23/2012** | | | | |
| | MTH | Reviewing docket and reviewing and signing CNO for C&D monthly fee application; reviewing correspondence from MB and R. Tobin re | | |

Page: 3
W.R. Grace                                                                    01/31/2012
                                                       ACCOUNT NO:        3000-13D
                                                       STATEMENT NO:           113

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  | | confirmation of no responses | 0.20 | 78.00 |
|  | MTH | Reviewing docket and reviewing and signing CNO for Charter Oak monthly fee application; reviewing correspondence from MB re confirmation of no responses | 0.20 | 78.00 |
|  | MTH | Reviewing docket and reviewing and signing CNO for AKO monthly fee application; reviewing correspondence from MB re confirmation of no responses | 0.20 | 78.00 |
|  | MB | E-mail to professionals re: certificates of no objection | 0.10 | 12.50 |
|  | MB | Review docket and prepare C&D November 2011 certificate of no objection | 0.40 | 50.00 |
|  | MB | Review docket and prepare AKO November 2011 certificate of no objection | 0.40 | 50.00 |
| 01/25/2012 | | | | |
|  | MTH | Review correspondence from KH re Lauzon fee application | 0.10 | 39.00 |
|  | MTH | Reviewing correspondence from KH re Scarfone fee application | 0.10 | 39.00 |
|  | MTH | Reviewing correspondence from KH re Hogan fee application | 0.10 | 39.00 |
|  | MTH | Review correspondence from CH re fee application, CNO | 0.10 | 39.00 |
| 01/26/2012 | | | | |
|  | MTH | Review correspondence from DF re Austern and Towers fee applications | 0.10 | 39.00 |
|  | MTH | Review correspondence from DF re Orrick fee application | 0.10 | 39.00 |
|  | MTH | Review correspondence from KH re various CNO's | 0.10 | 39.00 |
| 01/27/2012 | | | | |
|  | SMB | Review July through September 2011 application of Towers Watson (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review July through September 2011 application of David T. Austern (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review December 2011 application of Orrick, Herrington & Sutcliffe LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review November 2011 application of Woodcock Washburn LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review November 2011 application of Scarfone Hawkins LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review November 2011 application of Lauzon Belanger Lesperance (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review November 2011 application of The Hogan Firm (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review December 2011 application of Phillips Goldman & Spence, P.A. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review June 2011 application of Warren H. Smith & Associates, P.C. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review November 2011 application of Pachulski Stang Ziehl & Jones LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review November 2011 application of Warren H. Smith & Associates, | | |

W.R. Grace

Fee Applications, Others

| | | HOURS | |
|---|---|---|---|
| | P.C. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review October 2011 application of Warren H. Smith & Associates, P.C. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review September 2011 application of Warren H. Smith & Associates, P.C. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review July 2011 application of Warren H. Smith & Associates, P.C. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |

01/30/2012

| | | | |
|---|---|---|---|
| MTH | Reviewing C&D monthly fee application for filing and service; reviewing correspondence from MB serving fee application on notice parties and correspondence from MB to fee auditor | 0.20 | 78.00 |
| MTH | Reviewing AKO monthly fee application for filing and service; reviewing correspondence from MB serving fee application on notice parties and correspondence from MB to fee auditor | 0.20 | 78.00 |
| MTH | Reviewing Charter Oak monthly fee application for filing and service; reviewing correspondence from MB serving fee application on notice parties and correspondence from MB to fee auditor | 0.20 | 78.00 |
| MTH | Review correspondence from D.M. re Stroock fee application | 0.10 | 39.00 |
| MTH | Review correspondence from YS re PWC fee application | 0.10 | 39.00 |
| MB | Review email from R. Tobin re: December bill(.1); Update and review C&D December fee application (.3); Finalize and e-file December 2011 fee application (.3) | 0.70 | 87.50 |
| MB | Review email from A. Peltine re: December bill(.1); Update and review C&D December fee application (.2); Finalize and e-file December 2011 fee application (.3) | 0.60 | 75.00 |
| MB | Review email from G. Sinclair re: November - December bill(.1); Prepare Charter Oak November - December fee application (.4); Finalize and e-file  fee application (.3) | 0.80 | 100.00 |
| MB | E-mails to S. Saint-Cyr re: Grace application | 0.10 | 12.50 |
| MB | E-mails to A. Peltine re: Grace timeline for applications | 0.10 | 12.50 |
| MTH | Review correspondence from TBB re Kramer fee application | 0.10 | 39.00 |

01/31/2012

| | | | |
|---|---|---|---|
| MB | Update fee application tracking chart | 0.40 | 50.00 |
| MTH | Review correspondence from JBL re Reed Smith fee application | 0.10 | 39.00 |
| MTH | Review correspondence from DKW re various fee applications | 0.10 | 39.00 |
| | FOR CURRENT SERVICES RENDERED | 13.90 | 2,542.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Santae M. Boyd | 6.40 | $110.00 | $704.00 |
| Matthew Brushwood | 4.10 | 125.00 | 512.50 |
| Mark T. Hurford | 3.40 | 390.00 | 1,326.00 |

W.R. Grace

ACCOUNT NO:        3000-13D
STATEMENT NO:            113

Fee Applications, Others


TOTAL CURRENT WORK                                                                    2,542.50


01/10/2012        Payment - Thank you. (October, 2011 - 80% Fees)                     -2,697.60


BALANCE DUE                                                                        $15,069.00


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 01/31/2012 |
| Wilmington  DE | ACCOUNT NO:    3000-14D |
|  | STATEMENT NO:         86 |

Financing

| | | | HOURS | |
|---|---|---|---|---|
| | PREVIOUS BALANCE | | | $300.00 |
| 01/04/2012 | | | | |
| | MTH | Correspondence re revisions to draft memo re Financing Motion | 0.20 | 78.00 |
| | MTH | Reviewing draft memo re Debtors' Motion to Amend LOC Agreement and correspondence to B. Rapp at Charter Oak re same | 0.30 | 117.00 |
| 01/24/2012 | | | | |
| | MTH | Begin review of ART Credit Motion and correspondence to PVNL, JS, and BR re same | 0.30 | 117.00 |
| | MTH | Reviewing Debtor's ART Motion | 0.10 | 39.00 |
| 01/27/2012 | | | | |
| | MTH | Additional review of ART Credit Motion | 0.20 | 78.00 |
| | | FOR CURRENT SERVICES RENDERED | 1.10 | 429.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.10 | $390.00 | $429.00 |

| | |
|---|---|
| TOTAL CURRENT WORK | 429.00 |
| BALANCE DUE | $729.00 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
01/31/2012
ACCOUNT NO:     3000-15D
STATEMENT NO:            128

Hearings

|  |  |  |  |
|---|---|---|---|
| PREVIOUS BALANCE | | | $4,806.85 |
| | | HOURS | |
| 01/13/2012 | | | |
| MTH | Reviewing Agenda for hearing and discussion with SC re hearing preparations | 0.20 | 78.00 |
| 01/16/2012 | | | |
| MTH | Correspondence re hearing preparations | 0.10 | 39.00 |
| 01/18/2012 | | | |
| MTH | Reviewing various correspondence re hearing to be canceled | 0.10 | 39.00 |
| 01/19/2012 | | | |
| MTH | Reviewing Agenda for hearing and correspondence to lead counsel re same | 0.20 | 78.00 |
| | FOR CURRENT SERVICES RENDERED | 0.60 | 234.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.60 | $390.00 | $234.00 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 234.00 |
| 01/10/2012    Payment - Thank you. (October, 2011 - 80% Fees) | -30.00 |
| BALANCE DUE | $5,010.85 |

W.R. Grace

ACCOUNT NO:    3000-15D
STATEMENT NO:    128

Hearings

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 01/31/2012 |
| Wilmington  DE | ACCOUNT NO:        3000-16D |
|  | STATEMENT NO:            113 |

Litigation and Litigation Consulting

|  |  |
|---|---|
| PREVIOUS BALANCE | $3,916.00 |

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 01/03/2012 |  |  |  |  |
|  | MK | Attention to organization of pleadings related to appeal by Garlock to 2019 orders. | 0.40 | 62.00 |
| 01/04/2012 |  |  |  |  |
|  | MK | Attention to indexing of documents related to Garlock 2019 appeal. | 0.30 | 46.50 |
| 01/06/2012 |  |  |  |  |
|  | MB | Document retrieval and review re: Garlock motions | 0.20 | 25.00 |
| 01/09/2012 |  |  |  |  |
|  | MTH | Telephone conferences with MK and ES, and later with KCM re: briefing on Garlock appeals, issues re requirements re different jurisdictions and ADR referral; reviewing briefing orders; discussion with MB re documents filed on BK dockets and review of same (split between four cases) | 0.40 | 156.00 |
|  | MB | Document retrieval and review re: Garlock motions; e-mail to MTH re: same | 0.10 | 12.50 |
| 01/10/2012 |  |  |  |  |
|  | MTH | Correspondence to ES and MK re briefing on Garlock appeals (split with four cases) | 0.10 | 39.00 |
| 01/12/2012 |  |  |  |  |
|  | MK | Work on matters related to Garlock appeal of denial of its motion for access to exhibits to 2019 statements. | 0.30 | 46.50 |
|  | MTH | Reviewing Armstrong's brief filed in District Court on Garlock appeal (split between four cases) | 0.20 | 78.00 |

Page: 2

W.R. Grace

01/31/2012

ACCOUNT NO:      3000-16D

STATEMENT NO:           113

Litigation and Litigation Consulting

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 01/13/2012 |  |  |  |  |
| MB | Finalize and e-file ACC Appellee's brief on appeal |  | 0.20 | 25.00 |
| MTH | Reviewing and revising ACC's 2019 brief in Opposition re Garlock appeals to be filed in PA and DE District Courts; discussions with KCM re same; discussions and correspondence with ES and MK re revisions and coordination for PA filings; reviewing service issues re same (split with four cases) |  | 0.50 | 195.00 |
| 01/16/2012 |  |  |  |  |
| MK | Retrieval of briefs and appendices filed by appellees relating to appeal by Garlock to its motion for access to exhibits to 2019 statements. |  | 0.70 | 108.50 |
| MTH | Reviewing briefs recently filed in District Courts re Garlock appeals (split between four cases) |  | 0.30 | 117.00 |
| 01/18/2012 |  |  |  |  |
| MTH | Reviewing recent filings in Garlock appeals |  | 0.10 | 39.00 |
| 01/20/2012 |  |  |  |  |
| MTH | Reviewing dockets in Garlock appeals |  | 0.10 | 39.00 |
| 01/30/2012 |  |  |  |  |
| MK | Review docket and retrieve reply brief; index same. |  | 0.10 | 15.50 |
| 01/31/2012 |  |  |  |  |
| MTH | Reviewing recent pleadings and correspondence to MK re same |  | 0.10 | 39.00 |
| MTH | Reviewing and revising three pro hac motions for lead counsel |  | 0.10 | 39.00 |
|  | FOR CURRENT SERVICES RENDERED |  | 4.20 | 1,082.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Michele Kennedy | 1.80 | $155.00 | $279.00 |
| Matthew Brushwood | 0.50 | 125.00 | 62.50 |
| Mark T. Hurford | 1.90 | 390.00 | 741.00 |

|  |  |  |
|---|---|---|
| TOTAL CURRENT WORK |  | 1,082.50 |
|  |  |  |
| 01/10/2012 | Payment - Thank you. (October, 2011 - 80% Fees) | -820.00 |
|  |  |  |
|  | BALANCE DUE | $4,178.50 |

Page: 3

W.R. Grace
01/31/2012
ACCOUNT NO:        3000-16D
STATEMENT NO:              113

Litigation and Litigation Consulting

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 01/31/2012 |
| Wilmington  DE | ACCOUNT NO:    3000-17D |
|  | STATEMENT NO:           113 |

Plan and Disclosure Statement

| | | | |
|---|---|---|---:|
| PREVIOUS BALANCE | | | $4,736.40 |

|  |  |  | HOURS |  |
|---|---|---|---:|---:|
| 01/17/2012 | | | | |
| | MTH | Reviewing various correspondence re subpoena served on BMC | 0.10 | 39.00 |
| | | | | |
| 01/31/2012 | | | | |
| | MRE | E-mail to Caplin & Drysdale regarding plan confirmation and meeting | | |
| | | with MTH re: same | 1.00 | 470.00 |
| | KCD | Review of confirmation order and discussion re: same | 0.20 | 78.00 |
| | PEM | Review District Court decision affirming confirmation. | 1.30 | 611.00 |
| | MTH | Begin reviewing Memorandum and Order from Judge Buckwalter; | | |
| | | correspondence and discussions re same | 1.60 | 624.00 |
| | DAC | Review Judge Buchwalter's opinion | 2.00 | 1,040.00 |
| | | FOR CURRENT SERVICES RENDERED | 6.20 | 2,862.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---:|---:|---:|
| Douglas A. Campbell | 2.00 | $520.00 | $1,040.00 |
| Philip E. Milch | 1.30 | 470.00 | 611.00 |
| Mark T. Hurford | 1.70 | 390.00 | 663.00 |
| Marla R. Eskin | 1.00 | 470.00 | 470.00 |
| Kathleen Campbell Davis | 0.20 | 390.00 | 78.00 |

|  |  |
|---|---:|
| TOTAL CURRENT WORK | 2,862.00 |

|  |  |  |
|---|---|---:|
| 01/10/2012 | Payment - Thank you. (October, 2011 - 80% Fees) | -1,590.00 |
| | | |
| | BALANCE DUE | $6,008.40 |

Page: 2
01/31/2012

W.R. Grace

ACCOUNT NO:        3000-17D
STATEMENT NO:              113

Plan and Disclosure Statement

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 01/31/2012 |
| Wilmington  DE | ACCOUNT NO:    3000-18D |
|  | STATEMENT NO:         113 |

Relief from Stay Proceedings

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | | | -$160.20 |
| | | HOURS | |
| 01/17/2012 | | | |
| MTH | Reviewing order entered re Intrawest and correspondence to SC re update to weekly recommendation memo | 0.20 | 78.00 |
| | FOR CURRENT SERVICES RENDERED | 0.20 | 78.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.20 | $390.00 | $78.00 |

| | |
|---|---|
| TOTAL CURRENT WORK | 78.00 |
| 01/10/2012    Payment - Thank you. (October, 2011 - 80% Fees) | -30.00 |
| CREDIT BALANCE | -$112.20 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 01/31/2012 |
| Wilmington  DE | ACCOUNT NO:        3000-20D |
|  | STATEMENT NO:              112 |

Tax Litigation

PREVIOUS BALANCE                                                                         $468.80

BALANCE DUE                                                                                   $468.80

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 01/31/2012 |
| Wilmington  DE | ACCOUNT NO:        3000-21D |
| | STATEMENT NO:              104 |

Travel-Non-Working

| | |
|---|---|
| PREVIOUS BALANCE | -$4.00 |
| CREDIT BALANCE | -$4.00 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                01/31/2012
Wilmington  DE                                       ACCOUNT NO:        3000-22D
                                                     STATEMENT NO:            117

Valuation

PREVIOUS BALANCE                                                        $1,185.00

BALANCE DUE                                                             $1,185.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                  01/31/2012
Wilmington  DE                                          ACCOUNT NO:        3000-23D
                                                        STATEMENT NO:            117

ZAI Science Trial

PREVIOUS BALANCE                                                      $1,203.30

BALANCE DUE                                                           $1,203.30

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
01/31/2012
ACCOUNT NO:        3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-01 Asset Analysis and Recovery | | | | | |
| 30.00 | 0.00 | 0.00 | 0.00 | 0.00 | $30.00 |
| 3000-02 Asset Disposition | | | | | |
| 914.80 | 39.00 | 0.00 | 0.00 | -150.00 | $803.80 |
| 3000-03 Business Operations | | | | | |
| 1,657.50 | 0.00 | 0.00 | 0.00 | -390.00 | $1,267.50 |
| 3000-04 Case Administration | | | | | |
| 1,251.27 | 39.00 | 0.00 | 0.00 | -150.00 | $1,140.27 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 2,456.60 | 0.00 | 0.00 | 0.00 | 0.00 | $2,456.60 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| -163.80 | 78.00 | 0.00 | 0.00 | -30.00 | -$115.80 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 12,656.94 | 4,413.50 | 0.00 | 0.00 | -4,059.60 | $13,010.84 |
| 3000-08 Employee Benefits/Pension | | | | | |
| -876.40 | 819.00 | 0.00 | 0.00 | 0.00 | -$57.40 |
| 3000-09 Employee Applications, Applicant | | | | | |
| 15.00 | 0.00 | 0.00 | 0.00 | 0.00 | $15.00 |
| 3000-10 Employment Applications, Others | | | | | |
| 724.20 | 0.00 | 0.00 | 0.00 | 0.00 | $724.20 |

W.R. Grace

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| **3000-11 Expenses** | | | | | |
| 8,418.74 | 0.00 | 785.94 | 0.00 | -144.36 | $9,060.32 |
| **3000-12 Fee Applications, Applicant** | | | | | |
| 3,605.70 | 513.50 | 0.00 | 0.00 | -312.00 | $3,807.20 |
| **3000-13 Fee Applications, Others** | | | | | |
| 15,224.10 | 2,542.50 | 0.00 | 0.00 | -2,697.60 | $15,069.00 |
| **3000-14 Financing** | | | | | |
| 300.00 | 429.00 | 0.00 | 0.00 | 0.00 | $729.00 |
| **3000-15 Hearings** | | | | | |
| 4,806.85 | 234.00 | 0.00 | 0.00 | -30.00 | $5,010.85 |
| **3000-16 Litigation and Litigation Consulting** | | | | | |
| 3,916.00 | 1,082.50 | 0.00 | 0.00 | -820.00 | $4,178.50 |
| **3000-17 Plan and Disclosure Statement** | | | | | |
| 4,736.40 | 2,862.00 | 0.00 | 0.00 | -1,590.00 | $6,008.40 |
| **3000-18 Relief from Stay Proceedings** | | | | | |
| -160.20 | 78.00 | 0.00 | 0.00 | -30.00 | -$112.20 |
| **3000-20 Tax Litigation** | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| **3000-21 Travel-Non-Working** | | | | | |
| -4.00 | 0.00 | 0.00 | 0.00 | 0.00 | -$4.00 |
| **3000-22 Valuation** | | | | | |
| 1,185.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,185.00 |
| **3000-23 ZAI Science Trial** | | | | | |
| 1,203.30 | 0.00 | 0.00 | 0.00 | 0.00 | $1,203.30 |
| 62,366.80 | 13,130.00 | 785.94 | 0.00 | -10,403.56 | $65,879.18 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.