**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  | Page: 1 |
|---|---|
| W.R. Grace | 03/31/2012 |
| Wilmington  DE | ACCOUNT NO:      3000-01D |
|  | STATEMENT NO:              96 |

Asset Analysis and Recovery

|  | PREVIOUS BALANCE | $30.00 |
|---|---|---|
| 03/28/2012 | Payment - Thank you. (July, 2011 - 20% Fees) | -30.00 |
|  | BALANCE DUE | $0.00 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
03/31/2012
ACCOUNT NO:      3000-02D
STATEMENT NO:          130

Asset Disposition

| | | |
|---|---|---|
| PREVIOUS BALANCE | | $293.80 |
| | | |
| 03/28/2012 | Payment - Thank you. (July, 2011 - 20% Fees) | -7.50 |
| 03/29/2012 | Payment - Thank you. (September, 2011 - 20% Fees) | -45.00 |
| | TOTAL PAYMENTS | -52.50 |
| | BALANCE DUE | $241.30 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                    03/31/2012
Wilmington  DE                                            ACCOUNT NO:        3000-03D
                                                          STATEMENT NO:            117

Business Operations

PREVIOUS BALANCE                                                            $1,177.50

| | | |
|---|---|---|
| 03/28/2012 | Payment - Thank you. (July, 2011 - 20% Fees) | -405.00 |
| 03/28/2012 | Payment - Thank you. (August, 2011 - 20% Fees) | -420.00 |
| 03/29/2012 | Payment - Thank you. (September, 2011 - 20% Fees) | -232.50 |
| | TOTAL PAYMENTS | -1,057.50 |
| | BALANCE DUE | $120.00 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 03/31/2012 |
| Wilmington  DE | ACCOUNT NO:    3000-04D |
|  | STATEMENT NO:    130 |

Case Administration

| | | |
|---|---|---|
| PREVIOUS BALANCE | | $798.87 |
| | | |
| 03/28/2012 | Payment - Thank you. (August, 2011 - 20% Fees) | -60.00 |
| 03/29/2012 | Payment - Thank you. (September, 2011 - 20% Fees) | -15.00 |
| | TOTAL PAYMENTS | -75.00 |
| | BALANCE DUE | $723.87 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 03/31/2012 |
| Wilmington  DE | ACCOUNT NO:    3000-05D |
|  | STATEMENT NO:           130 |

Claims Analysis Objection & Resolution (Asbestos)

| | | |
|---|---|---|
| | PREVIOUS BALANCE | $2,456.60 |
| 03/28/2012 | Payment - Thank you. (July, 2011 - 20% Fees) | -120.00 |
| 03/28/2012 | Payment - Thank you. (August, 2011 - 20% Fees) | -15.00 |
| | TOTAL PAYMENTS | -135.00 |
| | BALANCE DUE | $2,321.60 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
03/31/2012

ACCOUNT NO:      3000-06D
STATEMENT NO:             130

Claims Analysis Objection & Resol. (Non-Asbestos)

PREVIOUS BALANCE                                                                        $274.20

                                                                                    HOURS
03/20/2012
    MTH        Reviewing Debtors' Motion re Administrative Settlement re High Point
               North Carolina                                                          1.00        390.00
               FOR CURRENT SERVICES RENDERED                                           1.00        390.00

                                        RECAPITULATION
| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.00 | $390.00 | $390.00 |

               TOTAL CURRENT WORK                                                                  390.00

03/28/2012     Payment - Thank you. (July, 2011 - 20% Fees)                                        -15.00
03/29/2012     Payment - Thank you. (September, 2011 - 20% Fees)                                  -150.00
               TOTAL PAYMENTS                                                                     -165.00

               BALANCE DUE                                                                        $499.20

Any payments received after the statement date will be applied to next month's statement.  Please
note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 03/31/2012 |
| Wilmington DE | ACCOUNT NO:     3000-07D |
|  | STATEMENT NO:     130 |

Committee, Creditors, Noteholders, Equity Holders

PREVIOUS BALANCE                                                                 $11,049.04

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 03/01/2012 |  |  |  |  |
|  | PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
|  | SMB | Prepare 2019 statement of Cooney & Conway; address filing and e-mail confirmation of same | 0.20 | 22.00 |
|  | MTH | Review daily memo | 0.10 | 39.00 |
|  | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
|  | SMB | Review, retrieve, and distribute recently filed pleadings | 0.20 | 22.00 |
| 03/02/2012 |  |  |  |  |
|  | PEM | Review weekly recommendation memo re: pending motions and matters. | 0.10 | 47.00 |
|  | SMB | Prepare weekly recommendation memorandum | 0.30 | 33.00 |
|  | MTH | Prepare weekly recommendation memos | 0.70 | 273.00 |
|  | MTH | Review correspondence from SC to counsel to Committee members re weekly recommendation memos | 0.10 | 39.00 |
|  | MTH | Review daily memo | 0.10 | 39.00 |
|  | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| 03/04/2012 |  |  |  |  |
|  | DAC | Review counsel's weekly memo | 0.20 | 104.00 |
| 03/05/2012 |  |  |  |  |
|  | MK | Review committee events calendar. | 0.10 | 15.50 |
|  | MTH | Review daily memo | 0.10 | 39.00 |
|  | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| 03/06/2012 |  |  |  |  |
|  | MTH | Review daily memo | 0.10 | 39.00 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 22.00 |
| **03/07/2012** | | | | |
| MTH | Review daily memo | | 0.10 | 39.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 22.00 |
| **03/08/2012** | | | | |
| PEM | Review memo re: pleadings filed. | | 0.10 | 47.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 22.00 |
| **03/09/2012** | | | | |
| MK | Review committee events calendar. | | 0.10 | 15.50 |
| MTH | Prepare weekly recommendation memos | | 0.40 | 156.00 |
| PEM | Review weekly recommendation memorandum re: pending motions and matters | | 0.10 | 47.00 |
| SMB | Prepare weekly recommendation memorandum | | 0.30 | 33.00 |
| DAC | Review counsel's weekly memorandum | | 0.20 | 104.00 |
| MTH | Review daily memo | | 0.10 | 39.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 22.00 |
| **03/12/2012** | | | | |
| MTH | Review daily memo | | 0.10 | 39.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 22.00 |
| **03/13/2012** | | | | |
| PEM | Review memo re: pleadings filed | | 0.10 | 47.00 |
| MTH | Review correspondence from J. Peachey re 2019 statements and response to same | | 0.10 | 39.00 |
| SMB | Review, retrieve, and distribute recently filed pleadings | | 0.10 | 11.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 22.00 |
| MTH | Review daily memo | | 0.10 | 39.00 |
| **03/14/2012** | | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 22.00 |
| MTH | Review daily memo | | 0.10 | 39.00 |
| **03/15/2012** | | | | |
| PEM | Review memo re: pleadings filed. | | 0.10 | 47.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and | | | |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  | distribute daily memo |  | 0.20 | 22.00 |
| SMB | Prepare weekly recommendation memorandum |  | 0.10 | 11.00 |
| MTH | Review daily memo |  | 0.10 | 39.00 |
| **03/16/2012** |  |  |  |  |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo |  | 0.20 | 22.00 |
| SMB | Prepare and file 2019 of Edward O. Moody; e-mail confirmation of same |  | 0.20 | 22.00 |
| SMB | Continue preparation of weekly recommendation memorandum |  | 0.30 | 33.00 |
| DAC | Review counsel's week memorandum |  | 0.20 | 104.00 |
| MTH | Prepare weekly recommendation memos; reviewing correspondence from SC to counsel to Committee members re same |  | 0.50 | 195.00 |
| MTH | Review daily memo |  | 0.10 | 39.00 |
| **03/19/2012** |  |  |  |  |
| KCD | E-mails with MTH re: filings in appeal |  | 0.10 | 39.00 |
| MTH | Review daily memo |  | 0.10 | 39.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo |  | 0.20 | 22.00 |
| SMB | Coordinate logistics for the hearing on March 28, 2012 at 9 a.m.; e-mail confirmation of same to Peter Lockwood |  | 0.30 | 33.00 |
| **03/20/2012** |  |  |  |  |
| PEM | Review memo re: pleadings filed. |  | 0.10 | 47.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo |  | 0.20 | 22.00 |
| SMB | Review, retrieve, and distribute recently filed pleadings |  | 0.10 | 11.00 |
| MTH | Review daily memo |  | 0.10 | 39.00 |
| **03/21/2012** |  |  |  |  |
| PEM | Review memo re: pleadings filed. |  | 0.10 | 47.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo |  | 0.20 | 22.00 |
| SMB | Review, retrieve and distribute recently filed pleadings |  | 0.10 | 11.00 |
| MTH | Review daily memo |  | 0.10 | 39.00 |
| **03/22/2012** |  |  |  |  |
| MTH | Review daily memo |  | 0.10 | 39.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo |  | 0.20 | 22.00 |
| **03/23/2012** |  |  |  |  |
| MTH | Review daily memo |  | 0.10 | 39.00 |
| PEM | Review weekly recommendation memo re: pending motions and matters |  | 0.10 | 47.00 |
| MTH | Prepare weekly recommendation memos |  | 0.80 | 312.00 |
| MTH | Review correspondence from SC to Committee re weekly |  |  |  |

W.R. Grace

| | | ACCOUNT NO: | 3000-07D |
|---|---|---|---|
| | | STATEMENT NO: | 130 |

Committee, Creditors, Noteholders, Equity Holders

| | | | HOURS | |
|---|---|---|---|---|
| | | recommendation memo | 0.10 | 39.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 22.00 |
| SMB | Review, retrieve and distribute recently filed pleadings | | 0.30 | 33.00 |
| SMB | Prepare weekly recommendation memorandum | | 0.30 | 33.00 |
| **03/26/2012** | | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 22.00 |
| SMB | Review, retrieve, and distribute recently filed pleadings | | 0.10 | 11.00 |
| MTH | Review daily memo | | 0.10 | 39.00 |
| **03/27/2012** | | | | |
| PEM | Review memo re: pleadings filed. | | 0.10 | 47.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 22.00 |
| MTH | Review daily memo | | 0.10 | 39.00 |
| **03/28/2012** | | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 22.00 |
| MTH | Review daily memo | | 0.10 | 39.00 |
| **03/29/2012** | | | | |
| PEM | Review memo re: pleadings filed . | | 0.10 | 47.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 22.00 |
| **03/30/2012** | | | | |
| MRE | Review of weekly recommendation memorandum and meeting with SC re: same | | 0.40 | 188.00 |
| PEM | Review weekly recommendation memo re: pending motions and matters | | 0.10 | 47.00 |
| MTH | Review daily memo | | 0.10 | 39.00 |
| DAC | Review counsel's memorandum | | 0.20 | 104.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 22.00 |
| SMB | Prepare weekly recommendation memorandum | | 0.30 | 33.00 |
| MTH | Review daily memo for March 29 | | 0.10 | 39.00 |
| | FOR CURRENT SERVICES RENDERED | | 15.10 | 3,946.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.80 | $520.00 | $416.00 |
| Philip E. Milch | 1.20 | 470.00 | 564.00 |
| Michele Kennedy | 0.20 | 155.00 | 31.00 |
| Santae M. Boyd | 7.60 | 110.00 | 836.00 |

Page: 5

W.R. Grace

03/31/2012

ACCOUNT NO:      3000-07D
STATEMENT NO:          130

Committee, Creditors, Noteholders, Equity Holders

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 4.80 | 390.00 | 1,872.00 |
| Marla R. Eskin | 0.40 | 470.00 | 188.00 |
| Kathleen Campbell Davis | 0.10 | 390.00 | 39.00 |
| | | | |
| TOTAL CURRENT WORK | | | 3,946.00 |

| | | |
|---|---|---|
| 03/28/2012 | Payment - Thank you. (July, 2011 - 20% Fees) | -873.90 |
| 03/28/2012 | Payment - Thank you. (August, 2011 - 20% Fees) | -646.80 |
| 03/29/2012 | Payment - Thank you. (September, 2011 - 20% Fees) | -804.60 |
| | TOTAL PAYMENTS | -2,325.30 |
| | BALANCE DUE | $12,669.74 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

| | |
|---|---|
| | Page: 1 |
| W.R. Grace | 03/31/2012 |
| Wilmington  DE | ACCOUNT NO:        3000-08D |
| | STATEMENT NO:              129 |

Employee Benefits/Pension

| | | |
|---|---|---|
| | PREVIOUS BALANCE | $20.60 |
| 03/28/2012 | Payment - Thank you. (August, 2011 - 20% Fees) | -37.50 |
| | CREDIT BALANCE | -$16.90 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
03/31/2012
ACCOUNT NO:      3000-09D
STATEMENT NO:              61

Employee Applications, Applicant

PREVIOUS BALANCE                                                                                    $15.00

03/29/2012        Payment - Thank you. (September, 2011 - 20% Fees)                    -15.00

BALANCE DUE                                                                                          $0.00

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|                          |                        |
|--------------------------|------------------------|
|                          | Page: 1                |
| W.R. Grace               | 03/31/2012             |
| Wilmington  DE           | ACCOUNT NO:   3000-10D |
|                          | STATEMENT NO:      130 |

Employment Applications, Others

| | | |
|---|---|---|
| | PREVIOUS BALANCE | $763.20 |
| 03/28/2012 | Payment - Thank you. (July, 2011 - 20% Fees) | -37.50 |
| | BALANCE DUE | $725.70 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

| | |
|---|---|
| | Page: 1 |
| W.R. Grace | 03/31/2012 |
| Wilmington  DE | ACCOUNT NO:        3000-11D |
| | STATEMENT NO:             128 |

Expenses

| | | |
|---|---|---:|
| | PREVIOUS BALANCE | $5,032.31 |
| | | |
| 03/01/2012 | Copying - February 2012 | 1.30 |
| 03/01/2012 | Printing - February 2012 | 213.10 |
| 03/01/2012 | Pacer charges for the month of February | 32.08 |
| 03/06/2012 | Parcels - copy/service - (4) Certificates of No Objection for  Monthly Fee Applications (2/24/12) | 98.78 |
| 03/07/2012 | Parcels - copy/service - Monthly fee application | 89.98 |
| 03/12/2012 | Parcels - hand delivery - Monthly Fee Applications | 407.88 |
| 03/27/2012 | Court Call - Peter Lockwood, Caplin & Drysdale - appearance date 2/27/12 | 30.00 |
| 03/28/2012 | Parcels - copy/service - Certification of Counsel | 17.60 |
| 03/28/2012 | Parcels - copy/service - Certificate of No Objection | 19.80 |
| | TOTAL EXPENSES | 910.52 |
| | | |
| | TOTAL CURRENT WORK | 910.52 |
| | | |
| | BALANCE DUE | $5,942.83 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington DE

Page: 1
03/31/2012
ACCOUNT NO:     3000-12D
STATEMENT NO:          128

Fee Applications, Applicant

PREVIOUS BALANCE                                                         $3,241.20

|  |  | HOURS |  |
|---|---|---|---|
| **03/02/2012** | | | |
| PEM | Review and revise February Pgh time prebill. | 0.10 | 47.00 |
| **03/06/2012** | | | |
| MTH | Review correspondence from D.M. re Capstone fee application | 0.10 | 39.00 |
| **03/11/2012** | | | |
| MTH | Reviewing pre-bill | 0.50 | 195.00 |
| **03/12/2012** | | | |
| TS | Reviewing Campbell & Levine January monthly fee application | 0.20 | 22.00 |
| MTH | Drafting January monthly fee application for Campbell & Levine | 0.50 | 195.00 |
| **03/19/2012** | | | |
| MTH | Reviewing final pre-bill and discussion with TS re preparation of fee application | 0.20 | 78.00 |
| MTH | Reviewing Fee Auditor's Initial Report re 43rd Interim; reviewing information re same; drafting correspondence to Fee Auditor re same | 0.80 | 312.00 |
| **03/20/2012** | | | |
| TS | Drafting C&L February monthly fee application | 1.10 | 121.00 |
| MTH | Reviewing C&L February invoice discussion with TS re same | 0.20 | 78.00 |
| **03/21/2012** | | | |
| TS | Preparing C&L February Monthly Fee Application | 0.30 | 33.00 |
| **03/26/2012** | | | |
| MTH | Discussion with TS re 43rd interim; correspondence to and from B. Ruhlander re Initial Report | 0.20 | 78.00 |
| MTH | Correspondence with Fee Auditor re 43rd Interim; reviewing fee | | |

Page: 2
W.R. Grace                                                                    03/31/2012
ACCOUNT NO:       3000-12D
STATEMENT NO:          128

Fee Applications, Applicant

|  |  | HOURS |  |
|---|---|---|---|
|  | application and drafting COC re resolution of issues identified by fee auditor | 0.50 | 195.00 |
| TS | Prepare Certificate of No Objection | 0.30 | 33.00 |
| 03/28/2012 |  |  |  |
| TS | Prepare Certificate of Counsel for Oct to Dec 2011 Interim | 0.10 | 11.00 |
| MTH | Drafting COC re Interim Fee Application re comments received from Fee Auditor | 0.40 | 156.00 |
|  | FOR CURRENT SERVICES RENDERED | 5.50 | 1,593.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Philip E. Milch | 0.10 | $470.00 | $47.00 |
| Mark T. Hurford | 3.40 | 390.00 | 1,326.00 |
| Timothy Simpson | 2.00 | 110.00 | 220.00 |
|  |  | TOTAL CURRENT WORK | 1,593.00 |

| 03/28/2012 | Payment - Thank you. (July, 2011 - 20% Fees) | -165.00 |
|---|---|---|
| 03/28/2012 | Payment - Thank you. (August, 2011 - 20% Fees) | -189.00 |
| 03/29/2012 | Payment - Thank you. (September, 2011 - 20% Fees) | -135.90 |
|  | TOTAL PAYMENTS | -489.90 |
|  | BALANCE DUE | $4,344.30 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                         03/31/2012
Wilmington  DE                                                  ACCOUNT NO:        3000-13D
                                                               STATEMENT NO:            115

Fee Applications, Others

| | | | HOURS | |
|---|---|---|---|---|
| PREVIOUS BALANCE | | | | $11,095.90 |

| Date | | | HOURS | |
|---|---|---|---|---|
| 03/01/2012 | | | | |
| | MTH | Review correspondence from LC re Hogan fee application; Scarfone fee application; Lauzon fee application | 0.10 | 39.00 |
| | MTH | Review correspondence from JBL re Reed Smith fee application | 0.10 | 39.00 |
| | MTH | Review correspondence from DKW re K&E fee application | 0.10 | 39.00 |
| 03/02/2012 | | | | |
| | SMB | Review January 2012 application of Kirkland & Ellis LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review January 2012 application of Reed Smith LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review October through December 2011 application of Lauzon Belanger Lesperance (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review October through December 2011 application of Scarfone Hawkins LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review October through December 2011 application of The Hogan Firm (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review January 2012 application of Saul Ewing LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review January 2012 application of Kramer Levin Naftalis & Frankel LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review January 2012 application of Ferry Joseph & Pearce LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review October through December 2011 application of Norton Rose OR LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review January 2012 application of Baer Higgins Fruchtman LLC (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review January 2012 application of Stroock Stroock & Lavan LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review January 2012 application of Foley Hoag LLP (.1); update weekly | | |

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
|  | recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review October through December 2011 application of Saul Ewing LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review October through December 2011 application of Kramer Levin Naftalis & Frankel LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review January 2012 application of Orrick Herrington & Sutcliffe LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review October through December 2011 application of Ferry Joseph & Pearce P.A. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review January 2012 application of Phillips Goldman & Spence, P.A. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| **03/05/2012** |  |  |  |
| MTH | Review correspondence from TBB re CNO's on Saul and Kramer fee applications | 0.10 | 39.00 |
| MTH | Review correspondence from DF re Lincoln Partners fee application | 0.10 | 39.00 |
| **03/07/2012** |  |  |  |
| MTH | Reviewing C&D fee application for filing | 0.50 | 195.00 |
| MTH | Reviewing AKO fee application for filing | 0.50 | 195.00 |
| MTH | Reviewing multiple correspondence from SC re fee applications of C&D and AKO | 0.10 | 39.00 |
| SMB | Prepare Anderson Kill & Olick January 2012 application for compensation; address filing and service | 0.30 | 33.00 |
| **03/09/2012** |  |  |  |
| SMB | Review October through December 2011 application of BMC Group (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review December 2011 application of BMC Group (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review January 2012 application of Norton Rose Canada LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review January 2012 application of Capstone Advisory Group LLC (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review January 2012 application of Bilzin Sumberg Baena Price & Axelrod LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review December 2011 application of Lincoln Partners Advisors LLC (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| MTH | Reviewing correspondence from LC (x3) re fee applications filed | 0.10 | 39.00 |
| **03/12/2012** |  |  |  |
| TS | Reviewing and revising Charter Oak invoice for January 2012 | 0.20 | 22.00 |
| MTH | Reviewing and revising C&D January monthly fee application | 0.30 | 117.00 |
| MTH | Drafting, reviewing and revising LAS October through January fee application | 0.40 | 156.00 |

W.R. Grace

Fee Applications, Others

| | | HOURS | |
|---|---|---|---|
| MTH | Drafting, reviewing and revising Charter Oak's January monthly fee application; multiple correspondence to and from Charter Oak re same | 0.80 | 312.00 |
| MTH | Reviewing various correspondence from SC to Fee Auditor re fee applications filed | 0.10 | 39.00 |
| SMB | Prepare January 2012 application of Caplin & Drysdale, Chartered; address filing and service | 0.30 | 33.00 |
| SMB | Prepare January 2012 application of Charter Oak; address filing and service | 0.30 | 33.00 |
| SMB | Prepare January 2012 application of Legal Analysis Systems; address filing and service | 0.30 | 33.00 |
| **03/14/2012** | | | |
| MTH | Review correspondence from AP re AKO fee application | 0.10 | 39.00 |
| MTH | Review correspondence from DKW re Blackstone fee application | 0.10 | 39.00 |
| **03/15/2012** | | | |
| MTH | Reviewing F/G Interim Fee Application | 0.40 | 156.00 |
| MTH | Reviewing correspondence from DKW re Norton Rose fee application | 0.10 | 39.00 |
| **03/16/2012** | | | |
| SMB | Review January 2012 application of The Hogan Firm (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review January 2012 application of Lauzon Belanger Lesperance (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review January 2012 application of Scarfone Hawkins LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review February 2012 application of Alexander Sanders, Jr. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review January through March  2012 application of Woodcock Washburn LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review January 2012 application of Blackstone Advisory Partners L.P. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review February 2012 application of Norton Rose Canada LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| MTH | Reviewing correspondence from YS re corrected CNO for PWC | 0.10 | 39.00 |
| MTH | Review correspondence from LC re three CNO's filed | 0.10 | 39.00 |
| **03/19/2012** | | | |
| MTH | Reviewing COC and proposed Order re 42nd Interim Period and discussion with TS re same | 0.20 | 78.00 |
| MTH | Review correspondence from CH re two CNO's filed | 0.10 | 39.00 |
| **03/20/2012** | | | |
| TS | Reviewing COC and proposed order on 42nd interim fee app | 0.20 | 22.00 |
| MTH | Reviewing correspondence from LT re Casner fee application; Fragomen fee application | 0.10 | 39.00 |

Page: 4
W.R. Grace                                                                    03/31/2012
                                                            ACCOUNT NO:        3000-13D
                                                            STATEMENT NO:           115

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
| MTH | Reviewing COC and proposed Order re 42nd Interim; correspondence with TS re same | 0.20 | 78.00 |

**03/22/2012**

| MTH | Review correspondence from TBB re two CNO's filed | 0.10 | 39.00 |

**03/23/2012**

| MTH | Review correspondence from DF re Austern December 2011 fee application | 0.10 | 39.00 |
| MTH | Review correspondence from DF re Orrick's CNO for January 2012 monthly fee application | 0.10 | 39.00 |
| MTH | Reviewing Order entered on Fee Applications and correspondence to counsel at C&D and AKO re same | 0.20 | 78.00 |
| SMB | Review February 2012 application of Duane Morris LLP; update weekly recommendation memorandum | 0.20 | 22.00 |
| SMB | Review January 2012 application of Casner & Edwards LLP; update weekly recommendation memorandum | 0.20 | 22.00 |
| SMB | Review February 2012 application of Fragomen Del Rey Bernsen & Loewy LLP; update weekly recommendation memorandum | 0.20 | 22.00 |
| SMB | Review February 2012 application of Warren H. Smith & Associates, P.C.; update weekly recommendation memorandum | 0.20 | 22.00 |
| SMB | Review January 2012 application of Duane Morris LLP; update weekly recommendation memorandum | 0.20 | 22.00 |

**03/26/2012**

| MTH | Correspondence to R. Tobin and telephone conference with RT re C&D 43rd Interim Fee Application | 0.20 | 78.00 |
| MTH | Correspondence to and from G. Sinclair re 43rd Interim fee application | 0.10 | 39.00 |
| MTH | Correspondence to AKO re 43rd Interim | 0.10 | 39.00 |
| MTH | Review correspondence from DKW re Kayescholer fee application | 0.10 | 39.00 |
| MTH | Reviewing correspondence from CH re February 2012 Interim Application of PG&S | 0.10 | 39.00 |
| MTH | Correspondence with R. Chung re October through December 2011 Interim fee application and inquiry from fee auditor | 0.20 | 78.00 |
| TS | update fee application tracking charts | 0.20 | 22.00 |
| MTH | Review correspondence from EB re fee application | 0.10 | 39.00 |
| MTH | Correspondence to and from AKO re CNO in Interim fee application; initial report from Fee Auditor | 0.20 | 78.00 |
| MTH | Review correspondence from DKW re two Beveridge fee applications | 0.10 | 39.00 |

**03/27/2012**

| TS | Reviewing C&D february monthly fee app | 0.10 | 11.00 |
| MTH | Review correspondence from DKW re Pachulski Stang fee application | 0.10 | 39.00 |
| MTH | Review correspondence from DF re Orrick Quarterly fee application | 0.10 | 39.00 |
| MTH | Review correspondence from DF re Austern quarterly fee application | 0.10 | 39.00 |
| MTH | Correspondence to and from G. Sinclair re CNO on Charter Oak interim; | | |

W.R. Grace

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  | | reviewing docket and reviewing draft CNO for filing | 0.30 | 117.00 |
|  | MTH | Review correspondence from G. Sinclair re February invoice | 0.10 | 39.00 |
|  | SMB | Prepare Certification of No Objection re: Charter Oak's Interim Fee Application for October through December 2011; prepare certificate of service; address filing and service | 0.50 | 55.00 |
| 03/28/2012 | | | | |
|  | TS | Update fee application tracking charts | 0.10 | 11.00 |
|  | TS | Review e-mail from A. Pelton re: AKO February fee application | 0.10 | 11.00 |
|  | TS | Update C&D February fee application | 0.20 | 22.00 |
|  | MTH | Reviewing correspondence from MS re Baer Higgins fee application | 0.10 | 39.00 |
|  | MTH | Reviewing correspondence from DM re SSL monthly fee application | 0.10 | 39.00 |
|  | SMB | Prepare Certification of Counsel re: Campbell & Levine's Fee Application for October through December 2011; prepare certificate of service; address filing and service | 0.50 | 55.00 |
| 03/30/2012 | | | | |
|  | TS | Review e-mail from G. Sinclair re: Charter Oak February fee application | 0.10 | 11.00 |
|  | TS | Prepare Charter Oak February fee application | 0.20 | 22.00 |
|  | SMB | Review February 2012 application of Ferry Joseph & Pearce, P.A. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review February 2012 application of Foley Hoag LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review February 2012 application of Reed Smith LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review February 2012 application of Stroock & Stroock & Lavan LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review February 2012 application of Baer Higgins Fruchtman LLC (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review October through December 2011 application of Lincoln Partners Advisors LLC (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review January 2012 application of Pachulski Stang Ziehl & Jones LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review January 2012 application of Orrick Herrington Sutcliffe LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review October through December 2011 application of David T. Austern (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review October through December 2011 application of Orrick Herrington Sutcliffe LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review December 2011 application of Beveridge & Diamond P.C. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review January 2012 application of Beveridge & Diamond P.C. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review February 2012 application of Phillips Goldman & Spence P.A. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review February 2012 application of Kaye Scholer LLP (.1); update | | |

Page: 6

W.R. Grace                                                  03/31/2012
                                           ACCOUNT NO:      3000-13D
                                           STATEMENT NO:         115

Fee Applications, Others

|      |                                                                                                                | HOURS |          |
|------|----------------------------------------------------------------------------------------------------------------|-------|----------|
|      | weekly recommendation memorandum (.1)                                                                          | 0.20  | 22.00    |
| SMB  | Review December 2011 application of David T. Austern (.1); update weekly recommendation memorandum (.1)         | 0.20  | 22.00    |
| SMB  | Review February 2012 application of Fragomen Del Rey Bernsen & Loewy LLP (.1); update weekly recommendation memorandum (.1) | 0.20  | 22.00    |
| SMB  | Review January 2012 application of Casner & Edwards LLP (.1); update weekly recommendation memorandum (.1)      | 0.20  | 22.00    |
| SMB  | Review October through December 2011 application of Blackstone Advisory Services, L.P. (.1); update weekly recommendation memorandum (.1) | 0.20  | 22.00    |
| MTH  | Reviewing correspondence from JLB re Reed Smith fee application                                                 | 0.10  | 39.00    |
|      | FOR CURRENT SERVICES RENDERED                                                                                   | 21.70 | 4,487.00 |

RECAPITULATION

| TIMEKEEPER       | HOURS | HOURLY RATE | TOTAL      |
|------------------|-------|-------------|------------|
| Santae M. Boyd   | 12.80 | $110.00     | $1,408.00  |
| Mark T. Hurford  | 7.50  | 390.00      | 2,925.00   |
| Timothy Simpson  | 1.40  | 110.00      | 154.00     |

| TOTAL CURRENT WORK |  | 4,487.00 |
|---|---|---|

| 03/28/2012 | Payment - Thank you. (July, 2011 - 20% Fees)      | -534.00    |
|------------|--------------------------------------------------|------------|
| 03/28/2012 | Payment - Thank you. (August, 2011 - 20% Fees)    | -866.70    |
| 03/29/2012 | Payment - Thank you. (September, 2011 - 20% Fees) | -822.50    |
|            | TOTAL PAYMENTS                                    | -2,223.20  |
|            | BALANCE DUE                                       | $13,359.70 |

Any payments received after the statement date will be applied to next month's statement. Please note your account number on your payment. Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 03/31/2012 |
| Wilmington  DE | ACCOUNT NO:      3000-14D |
|  | STATEMENT NO:              88 |

Financing

| | |
|---|---|
| PREVIOUS BALANCE | $489.00 |
| BALANCE DUE | $489.00 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 03/31/2012 |
| Wilmington  DE | ACCOUNT NO:    3000-15D |
| | STATEMENT NO:    130 |

Hearings

| | | | |
|---|---|---|---|
| | PREVIOUS BALANCE | | $4,779.85 |
| | | HOURS | |
| 03/16/2012 | | | |
| MTH | Reviewing Agenda for hearing, reviewing docket and correspondence to PVNL, RH and RT re March omnibus hearing | 0.30 | 117.00 |
| 03/19/2012 | | | |
| MTH | Review correspondence from PVNL and SC re omnibus hearing | 0.10 | 39.00 |
| 03/23/2012 | | | |
| MTH | Reviewing Order entered and correspondence to counsel re March 28 hearing | 0.20 | 78.00 |
| 03/26/2012 | | | |
| MTH | Reviewing Amended Agenda for hearing and correspondence to counsel at C&D and AKO re same | 0.20 | 78.00 |
| MTH | Reviewing Agenda re hearing cancellation and correspondence to PVNL, RH re same | 0.10 | 39.00 |
| | FOR CURRENT SERVICES RENDERED | 0.90 | 351.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.90 | $390.00 | $351.00 |

| | | |
|---|---|---|
| TOTAL CURRENT WORK | | 351.00 |

| | | |
|---|---|---|
| 03/28/2012 | Payment - Thank you. (July, 2011 - 20% Fees) | -90.00 |
| 03/28/2012 | Payment - Thank you. (August, 2011 - 20% Fees) | -52.50 |
| 03/29/2012 | Payment - Thank you. (September, 2011 - 20% Fees) | -75.00 |

Page: 2

W.R. Grace                                                                                                03/31/2012
                                                                          ACCOUNT NO:        3000-15D
                                                                          STATEMENT NO:              130

Hearings


TOTAL PAYMENTS                                                                                        -217.50

BALANCE DUE                                                                                        $4,913.35

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 03/31/2012 |
| Wilmington  DE | ACCOUNT NO:      3000-16D |
|  | STATEMENT NO:            115 |

Litigation and Litigation Consulting

| | |
|---|---|
| PREVIOUS BALANCE | $894.10 |

|  |  | HOURS | |
|---|---|---|---|
| 03/02/2012 | | | |
| MTH | Reviewing Order entered on Garlock's request for oral argument and correspondence re same (x2) | 0.10 | 39.00 |
| | FOR CURRENT SERVICES RENDERED | 0.10 | 39.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.10 | $390.00 | $39.00 |

| | |
|---|---|
| TOTAL CURRENT WORK | 39.00 |

| | | |
|---|---|---|
| 03/28/2012 | Payment - Thank you. (July, 2011 - 20% Fees) | -52.50 |
| 03/29/2012 | Payment - Thank you. (September, 2011 - 20% Fees) | -67.50 |
| | TOTAL PAYMENTS | -120.00 |
| | BALANCE DUE | $813.10 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
03/31/2012
ACCOUNT NO:     3000-17D
STATEMENT NO:          115

Plan and Disclosure Statement

| | | HOURS | |
|---|---|---|---|
| | PREVIOUS BALANCE | | $6,856.40 |
| **03/02/2012** | | | |
| MTH | Reviewing Garlock's Reply to Motion to Reargue | 0.40 | 156.00 |
| **03/05/2012** | | | |
| MTH | Reviewing various filings with CA3 re Plan Confirmation Appeal | 0.10 | 39.00 |
| **03/08/2012** | | | |
| MTH | Drafting and reviewing Entry of Appearance for PVNL and MTH; drafting and reviewing Corporate Disclosure for ACC; reviewing various filings with the CA3; researching issue re service of filings; correspondence to and from PVNL re same; discussion with PVNL re same; telephone discussion with JON re same; multiple correspondence to JON re same | 1.90 | 741.00 |
| MTH | Correspondence and discussion with counsel to FCR re CA3 filings | 0.30 | 117.00 |
| **03/09/2012** | | | |
| MTH | Reviewing draft Sur-Reply and correspondence re finalizing and filing re same | 0.50 | 195.00 |
| MTH | Reviewing various filings re CA3 appeals on Confirmation Order | 0.10 | 39.00 |
| **03/12/2012** | | | |
| MTH | Reviewing correspondence from M. Ward re Canadian appeal and various responses thereto; discussion with M. Ward re same | 0.50 | 195.00 |
| MTH | Reviewing various filings re CA3 appeals of Confirmation Order | 0.10 | 39.00 |
| **03/13/2012** | | | |
| MTH | Reviewing two follow up letters from the CA3; telephone discussion with Clerk re same; revising Entry of Appearance for PVNL and MTH; reviewing issues re Bank Lender Appeal from JKF Order on default interest issue re Clerk's comments about party to the appeal; researching issues re motion to intervene re same and discussion with PVNL re | | |

W.R. Grace

Plan and Disclosure Statement

|  |  | HOURS |  |
|---|---|---|---|
|  | same | 2.20 | 858.00 |
| **03/14/2012** |  |  |  |
| MTH | Reviewing correspondence re entries of appearance at the CA3; discussion with SC re same | 0.20 | 78.00 |
| **03/16/2012** |  |  |  |
| MTH | Reviewing brief in opposition to Garlock's motion for stay pending appeal; correspondence with counsel re same | 0.50 | 195.00 |
| **03/19/2012** |  |  |  |
| MTH | Reviewing Garlock's Motion to Strike Sur-Reply, or, for leave to file Response and Objection; reviewing local rules re time to respond to same; reviewing docket re same | 0.60 | 234.00 |
| MTH | Correspondence to PVNL, KCM re Garlock Motion to Strike; correspondence to Debtors' counsel re possible response thereto, deadline | 0.20 | 78.00 |
| MTH | Reviewing Canada's Concise Summary of the Case and CIS (on appeal with the Third Circuit); reviewing various entries of appearance | 0.20 | 78.00 |
| MTH | Reviewing docket and local rules re reply to objection to motion | 0.10 | 39.00 |
| MTH | Reviewing correspondence re final versions of Plan related documents and discussion with SB re same; reviewing documents re same | 0.50 | 195.00 |
| **03/20/2012** |  |  |  |
| MTH | Reviewing various entries of appearance re CA3 appeals | 0.10 | 39.00 |
| **03/21/2012** |  |  |  |
| MTH | Reviewing various CA3 filings re Plan Confirmation appeal | 0.20 | 78.00 |
| MTH | Reviewing Plan related filings re request from Insurance counsel | 1.00 | 390.00 |
| **03/26/2012** |  |  |  |
| MTH | Reviewing Debtors' Status Report to the Third Circuit | 0.20 | 78.00 |
| MTH | Reviewing Order entered on Garlock's Motion to Strike Sur-reply | 0.10 | 39.00 |
| **03/27/2012** |  |  |  |
| MTH | Reviewing Grace corporate disclosure filing with CA3 (Canada appeal) | 0.10 | 39.00 |
| MTH | Reviewing Garlock's reply brief re Motion to Stay Pending Appeal | 0.50 | 195.00 |
| **03/30/2012** |  |  |  |
| MTH | Reviewing various filings with CA3 re Confirmation Appeals | 0.10 | 39.00 |
|  | FOR CURRENT SERVICES RENDERED | 10.70 | 4,173.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 10.70 | $390.00 | $4,173.00 |

Page: 3

W.R. Grace

03/31/2012

ACCOUNT NO:          3000-17D
STATEMENT NO:              115

Plan and Disclosure Statement

| | TOTAL CURRENT WORK | 4,173.00 |
|---|---|---|

| 03/28/2012 | Payment - Thank you. (July, 2011 - 20% Fees) | -160.50 |
| 03/28/2012 | Payment - Thank you. (August, 2011 - 20% Fees) | -157.50 |
| 03/29/2012 | Payment - Thank you. (September, 2011 - 20% Fees) | -82.50 |
| | TOTAL PAYMENTS | -400.50 |
| | BALANCE DUE | $10,628.90 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
| W.R. Grace | Page: 1 |
| Wilmington  DE | 03/31/2012 |
|  | ACCOUNT NO:        3000-18D |
|  | STATEMENT NO:                115 |

Relief from Stay Proceedings

| | | |
|---|---|---|
| PREVIOUS BALANCE | | -$112.20 |
| 03/29/2012 | Payment - Thank you. (September, 2011 - 20% Fees) | -60.00 |
| CREDIT BALANCE | | -$172.20 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
03/31/2012
ACCOUNT NO:        3000-20D
STATEMENT NO:            114

Tax Litigation

PREVIOUS BALANCE                                                           $468.80

BALANCE DUE                                                                $468.80

Any payments received after the statement date will be applied to next month's statement.  Please
note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 03/31/2012 |
| Wilmington  DE | ACCOUNT NO:        3000-21D |
|  | STATEMENT NO:              106 |

Travel-Non-Working

PREVIOUS BALANCE                                                                    -$4.00

CREDIT BALANCE                                                                       -$4.00

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
03/31/2012
ACCOUNT NO:        3000-22D
STATEMENT NO:              119

Valuation

PREVIOUS BALANCE                                                                $1,185.00

BALANCE DUE                                                                      $1,185.00

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                              03/31/2012
Wilmington  DE                                                   ACCOUNT NO:        3000-23D
                                                                STATEMENT NO:             119

ZAI Science Trial

PREVIOUS BALANCE                                                               $1,203.30

BALANCE DUE                                                                     $1,203.30

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                                      03/31/2012
Wilmington  DE                                                       ACCOUNT NO:        3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-01 Asset Analysis and Recovery | | | | | |
| 30.00 | 0.00 | 0.00 | 0.00 | -30.00 | $0.00 |
| 3000-02 Asset Disposition | | | | | |
| 293.80 | 0.00 | 0.00 | 0.00 | -52.50 | $241.30 |
| 3000-03 Business Operations | | | | | |
| 1,177.50 | 0.00 | 0.00 | 0.00 | -1,057.50 | $120.00 |
| 3000-04 Case Administration | | | | | |
| 798.87 | 0.00 | 0.00 | 0.00 | -75.00 | $723.87 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 2,456.60 | 0.00 | 0.00 | 0.00 | -135.00 | $2,321.60 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| 274.20 | 390.00 | 0.00 | 0.00 | -165.00 | $499.20 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 11,049.04 | 3,946.00 | 0.00 | 0.00 | -2,325.30 | $12,669.74 |
| 3000-08 Employee Benefits/Pension | | | | | |
| 20.60 | 0.00 | 0.00 | 0.00 | -37.50 | -$16.90 |
| 3000-09 Employee Applications, Applicant | | | | | |
| 15.00 | 0.00 | 0.00 | 0.00 | -15.00 | $0.00 |
| 3000-10 Employment Applications, Others | | | | | |
| 763.20 | 0.00 | 0.00 | 0.00 | -37.50 | $725.70 |

W.R. Grace

ACCOUNT NO:        3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-11 Expenses | | | | | |
| 5,032.31 | 0.00 | 910.52 | 0.00 | 0.00 | $5,942.83 |
| 3000-12 Fee Applications, Applicant | | | | | |
| 3,241.20 | 1,593.00 | 0.00 | 0.00 | -489.90 | $4,344.30 |
| 3000-13 Fee Applications, Others | | | | | |
| 11,095.90 | 4,487.00 | 0.00 | 0.00 | -2,223.20 | $13,359.70 |
| 3000-14 Financing | | | | | |
| 489.00 | 0.00 | 0.00 | 0.00 | 0.00 | $489.00 |
| 3000-15 Hearings | | | | | |
| 4,779.85 | 351.00 | 0.00 | 0.00 | -217.50 | $4,913.35 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| 894.10 | 39.00 | 0.00 | 0.00 | -120.00 | $813.10 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 6,856.40 | 4,173.00 | 0.00 | 0.00 | -400.50 | $10,628.90 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| -112.20 | 0.00 | 0.00 | 0.00 | -60.00 | -$172.20 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| -4.00 | 0.00 | 0.00 | 0.00 | 0.00 | -$4.00 |
| 3000-22 Valuation | | | | | |
| 1,185.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,185.00 |
| 3000-23 ZAI Science Trial | | | | | |
| 1,203.30 | 0.00 | 0.00 | 0.00 | 0.00 | $1,203.30 |
| 52,008.47 | 14,979.00 | 910.52 | 0.00 | -7,441.40 | $60,456.59 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.