# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 1

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:         100055.WRG01 |
| February 9, 2012 | INVOICE:               246828 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

c/o Peter Van N. Lockwood, Esq.
Caplin & Drysdale
One Thomas Circle
Washington, DC 20005


**PROFESSIONAL SERVICES through 01/31/12**

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 01/03/12 | Continue analysis of selected insurance policies re: follow form and insurance company appeals issues. | W001 | GFF | 1.90 |
| 01/03/12 | Continued analyzing insurance policies and reimbursement agreements re: appeal and payment issues. | W001 | IF | 2.10 |
| 01/03/12 | Work on insolvent claims. | W001 | MG | 3.20 |
| 01/03/12 | Review potential supplemental claim submission to insolvent insurance companies. | W001 | RYC | 0.70 |
| 01/04/12 | Continue analysis of selected insurance policies re: follow form and insurance company appeals issues. | W001 | GFF | 1.40 |
| 01/04/12 | Continued analyzing insurance policies and reimbursement agreements re: appeal and payment issues. | W001 | IF | 2.20 |
| 01/04/12 | Continued analysis of potential supplemental claim submission to insolvent insurance companies. | W001 | RYC | 0.90 |
| 01/05/12 | Draft and revise insurance policy data spreadsheets (.60); continue analysis of selected insurance policies re: follow form and insurance company appeals issues (1.60). | W001 | GFF | 2.20 |
| 01/05/12 | Continued analyzing insurance policies and reimbursement agreements re: appeal and payment issues. | W001 | IF | 2.40 |
| 01/05/12 | Continued work on insolvent claims. | W001 | MG | 2.20 |
| 01/05/12 | Research regarding supplemental claim submission to insolvent insurance company. | W001 | RYC | 0.90 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 2

| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
|---|---|---|
| February 9, 2012 | INVOICE: | 246828 |
| MATTER: CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 01/06/12 | Continue analysis of selected insurance policies re: follow form and insurance company appeals issues (1.40); draft and revise insurance policy data spreadsheets (.40). | W001 | GFF | 1.80 |
| 01/06/12 | Continued analyzing insurance policies and reimbursement agreements re: appeal and payment issues. | W001 | IF | 2.30 |
| 01/06/12 | Continued work on analysis for potential settlement of insolvent claims. | W001 | MG | 2.60 |
| 01/06/12 | Continued research and analysis regarding supplemental claim submission to insolvent insurance company. | W001 | RYC | 1.10 |
| 01/09/12 | Review and revise time and expense entries (1.20); begin and finish drafting monthly fee application (1.40). | W011 | AHP | 2.60 |
| 01/09/12 | Continued analyzing insurance policies and reimbursement agreements re: appeal and payment issues. | W001 | IF | 2.10 |
| 01/09/12 | Work on establishment of insolvent claims. | W001 | MG | 2.40 |
| 01/09/12 | Attention to potential amended proof of claim in connection with insolvent insurance carrier. | W001 | RYC | 0.50 |
| 01/10/12 | Begin preparing interim fee application. | W011 | AHP | 1.40 |
| 01/10/12 | Continued analyzing insurance policies and reimbursement agreements re: appeal and payment issues. | W001 | IF | 1.90 |
| 01/10/12 | Handle issues pertaining to proofs of claim to documents with respect to related insurance company liquidation per R. Chung request. | W001 | KES | 0.80 |
| 01/10/12 | Work on insolvent claims evaluation and draft email re: same. | W001 | MG | 1.30 |
| 01/10/12 | Research and analysis regarding additional submission to insolvent insurance estate. | W001 | RYC | 0.60 |
| 01/11/12 | Analyzed insurance policies and policy charts re: insolvent insurance company claim. | W001 | IF | 1.70 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                           EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 3

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| February 9, 2012 | | INVOICE: | | 246828 |
| MATTER: CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH | | |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 01/11/12 | Continued to review Reimbursement Agreements re: "payment issues" and "cooperation" information. | W001 | IF | 1.90 |
| 01/11/12 | Digest appellate opinion denying proof of claim (1.20); consider issues of error on appeal to argue (.90). | W001 | KES | 2.10 |
| 01/11/12 | Work on insolvent claims and draft email re: same. | W001 | MG | 3.40 |
| 01/11/12 | Draft lump sum demand on insurance coverage reimbursement insurance company (1.00). Review decision regarding Integrity claim (.90). | W001 | RMH | 1.90 |
| 01/11/12 | Review and comment upon fee application. | W011 | RYC | 0.60 |
| 01/12/12 | Revise and finalize monthly fee application with exhibit and release. | W011 | AHP | 1.20 |
| 01/12/12 | Continued reviewing Reimbursement Agreements re: "payment issues" and "cooperation" information. | W001 | IF | 1.60 |
| 01/12/12 | Analyzed insurance policies and policy charts re: insolvent insurance company claim. | W001 | IF | 1.40 |
| 01/12/12 | Review court rules to determine procedures for filing motion for reconsideration in connection with insolvent insurance company claim and contact case manager re: same. | W001 | KES | 2.10 |
| 01/12/12 | Work on insolvent claims. | W001 | MG | 3.10 |
| 01/12/12 | Updating new case materials sent from attorney office and record documents on index. | W001 | NJB | 1.80 |
| 01/12/12 | Review and analysis of potential appeal of NJ appellate division decision in Integrity liquidation. | W001 | RYC | 2.20 |
| 01/13/12 | Additional work on insolvent claims. | W001 | MG | 2.60 |
| 01/13/12 | Draft revised demand letter to another insurance reimbursement insurance company (1.20). Attention to insolvent insurance company claim (.90). Draft Shapiro claim analysis (1.00). | W001 | RMH | 3.10 |
| 01/13/12 | Research and analysis regarding potential appeal of appellate division decision regarding insolvent insurance company claim. | W001 | RYC | 2.30 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
(212) 278-1000                                                             EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 4

W.R. GRACE/CLAIMANTS COMMITTEE                           MATTER:     100055.WRG01

February 9, 2012                                                      INVOICE:          246828

MATTER:  CLAIMANTS COMMITTEE                                    ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 01/17/12 | Continue analysis of selected insurance policies re: follow form and insurance company appeals issues (2.40); draft and revise insurance policy data spreadsheets (.40). | W001 | GFF | 2.80 |
| 01/17/12 | Reviewed insolvent insurance company claim re: "prior settlement offer," "audit request" and "exhaustion." | W001 | IF | 1.30 |
| 01/17/12 | Continued reviewing reimbursement agreements and insurance policies re: "payment issues" and "cooperation" information. | W001 | IF | 1.40 |
| 01/17/12 | Begin preparation of motion for reconsideration (1.20); research appellate reconsideration standard (.70). | W001 | KES | 1.90 |
| 01/17/12 | Work on insolvent claims and telephone conference with liquidation bureau re: same. | W001 | MG | 2.30 |
| 01/17/12 | Attention to proof of claim to and settlement negotiations with insolvent insurance company claim. | W001 | RMH | 1.10 |
| 01/17/12 | Review settlement issues with insolvent insurance carrier (0.50).  Review disclosure issues with another insolvent insurance carrier (0.70).  Review and analysis of potential motion for reconsideration regarding Integrity appellate decision affirming denial of proof of claim (2.60). | W001 | RYC | 3.80 |
| 01/18/12 | Continue and finish preparing draft of interim fee application and forward to attorney for review. | W011 | AHP | 1.40 |
| 01/18/12 | Continued reviewing insurance policies and reimbursement agreements re: "payment issues" and "cooperation" information. | W001 | IF | 1.90 |
| 01/18/12 | Reviewed insolvent insurance company claim re: "prior settlement offer" and "exhaustion." | W001 | IF | 0.70 |
| 01/18/12 | Continue to prepare motion for reconsideration. | W001 | KES | 1.00 |
| 01/18/12 | Work on insolvent claims and draft email to liquidation bureau re: same. | W001 | MG | 2.80 |
| 01/18/12 | Attention to proof of claim to and potential settlement with insolvent insurance company claim. | W001 | RMH | 1.00 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                         EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 5

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| February 9, 2012 | | INVOICE: | | 246828 |
| MATTER: CLAIMANTS COMMITTEE | | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 01/18/12 | Research and analysis of potential motion for reconsideration regarding Integrity appellate decision affirming denial of proof of claim. | W001 | RYC | 1.50 |
| 01/19/12 | Continue analysis of selected insurance policies re: follow form and insurance company appeals issues (1.80); draft and revise insurance policy data spreadsheets (.30). | W001 | GFF | 2.10 |
| 01/19/12 | Continued reviewing insurance policies and reimbursement agreements re: "payment issues" and "cooperation" information. | W001 | IF | 1.80 |
| 01/19/12 | Reviewed insolvent insurance company claim re: "prior settlement offer" and "exhaustion." | W001 | IF | 0.60 |
| 01/19/12 | Work on insolvent claims and emails with FCC counsel re: same. | W001 | MG | 1.70 |
| 01/19/12 | Attention to establishment of Midland claim. | W001 | RMH | 0.90 |
| 01/19/12 | Review and comment upon Interim Fee Application. | W011 | RYC | 0.30 |
| 01/19/12 | Attention to issues concerning potential supplemental proof of claim in connection with insolvent insurance carrier pursuant to Liquidation Court's Order (1.20). Review and comment upon potential insolvent insurance coverage non-contingent claims analysis (1.00). | W001 | RYC | 2.20 |
| 01/20/12 | Reviewed insolvent insurance company claim re: "prior settlement offer" and "exhaustion." | W001 | IF | 0.90 |
| 01/20/12 | Continued reviewing insurance policies and reimbursement agreements re: "payment issues" and "cooperation" information. | W001 | IF | 1.60 |
| 01/20/12 | Continue preparation of motion for reconsideration (1.0); review opinion (.60); research case law re: "bankruptcy of the insured clause" re: same (.80). | W001 | KES | 2.40 |
| 01/20/12 | Work on insolvent claim and proof of claim for same. | W001 | MG | 2.50 |
| 01/20/12 | Follow-up research and analysis of potential motion for reconsideration regarding appellate decision affirming insurance liquidator's denial of proof of claim. | W001 | RYC | 1.80 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                         **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 6

W.R. GRACE/CLAIMANTS COMMITTEE                             MATTER:       100055.WRG01

February 9, 2012                                           INVOICE:         246828

MATTER:  CLAIMANTS COMMITTEE                               ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 01/22/12 | Continue preparation of motion for reconsideration. | W001 | KES | 5.40 |
| 01/23/12 | Finalize and release interim fee application and exhibits thereto. | W011 | AHP | 1.30 |
| 01/23/12 | Draft and revise insurance policy data spreadsheets (.30); continue analysis of selected insurance policies re: follow form and insurance company appeals issue (2.10). | W001 | GFF | 2.40 |
| 01/23/12 | Research and reproduction for K. Sharperson with Integrity proof of claim attachment. | W001 | HEG | 2.20 |
| 01/23/12 | Reviewed information re: "follow form" insurance policy issued by underlying insurance company. | W001 | IF | 0.50 |
| 01/23/12 | Continued reviewing insurance policies and reimbursement agreements re: "payment issues" and "cooperation" information. | W001 | IF | 1.40 |
| 01/23/12 | Revise and finalize motion for reconsideration of January 11 decision (6.90); file same (.60). | W001 | KES | 7.50 |
| 01/23/12 | Work on insolvent claim and proof of claim for same. | W001 | MG | 3.30 |
| 01/24/12 | Continued reviewing insurance policies and reimbursement agreements re: "payment issues" and "cooperation" information. | W001 | IF | 1.60 |
| 01/24/12 | Prepare summary of issues in reconsideration motion. | W001 | KES | 0.90 |
| 01/24/12 | Assist with preparation for supplement with proof of claim. | W001 | MCS | 1.50 |
| 01/24/12 | Continue work on insolvent claim and proof of claim for same. | W001 | MG | 2.40 |
| 01/24/12 | Case updated and attention to records management. | W001 | NJB | 1.20 |
| 01/24/12 | Attention to preparation of insolvent insurance company claim. | W001 | RMH | 0.80 |
| 01/25/12 | Review documents and update monitoring chart. | W011 | AHP | 0.80 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 7

| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
|---|---|---|
| February 9, 2012 | INVOICE: | 246828 |
| MATTER: CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 01/25/12 | Continue analysis of selected insurance policies re: follow form and insurance company appeals issues (1.60); draft and revise insurance policy data spreadsheets (.30). | W001 | GFF | 1.90 |
| 01/25/12 | Continued reviewing insurance policies and reimbursement agreements re: "payment issues" and "cooperation" information. | W001 | IF | 1.40 |
| 01/25/12 | Reviewed Integrity appellate decision re: "absolute" claims. | W001 | IF | 1.00 |
| 01/25/12 | Work on insolvent claim, proof of claim and emails for same. | W001 | MG | 3.10 |
| 01/25/12 | Work on revised allocation with current claim values. | W001 | MG | 2.20 |
| 01/25/12 | Attention to preparation of insolvent insurance company proof of claim (.90). Attention to response to settlement offer by an insurance company with a reimbursement agreement (1.80). | W001 | RMH | 2.70 |
| 01/25/12 | Review and analysis of issues regarding potential settlement with insolvent insurance company (1.40). Research and prepare written response to insolvent insurance company specific defenses to coverage (2.30). | W001 | RYC | 3.70 |
| 01/26/12 | Continued reviewing insurance policies and reimbursement agreements re: "payment issues" and "cooperation" information. | W001 | IF | 1.50 |
| 01/26/12 | Searched files and in-house resources re: insolvent insurance company reimbursement agreement and insurance policies. | W001 | IF | 1.00 |
| 01/26/12 | Telephone conference with insolvent claim representative re: settlement and preparation for same. | W001 | MG | 1.10 |
| 01/26/12 | Work on insolvent claim and proof of claim and emails for same. | W001 | MG | 3.40 |
| 01/26/12 | Work on revised allocation with current claim values. | W001 | MG | 2.80 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000   EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 8

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| February 9, 2012 | | INVOICE: | | 246828 |
| MATTER: CLAIMANTS COMMITTEE | | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 01/26/12 | Prepare response to lump sum settlement offer from an insurance company with coverage in place agreement. | W001 | RMH | 1.30 |
| 01/26/12 | Review and analysis of settlement issues in connection with insolvent insurance company (1.00). Finalize written response to insolvent insurance company regarding defenses to coverage (3.40). | W001 | RYC | 4.40 |
| 01/27/12 | Continue analysis of selected insurance policies re: follow form and insurance company appeals issues (1.90); draft and revise insurance policy data spreadsheets (.40). | W001 | GFF | 2.30 |
| 01/27/12 | Continued to review insurance policies and reimbursement agreements re: "payment issues" and "cooperation" information. | W001 | IF | 1.40 |
| 01/27/12 | Work on insolvent claim and proof of claim and draft cover letter for same. | W001 | MG | 4.20 |
| 01/30/12 | Continue analysis of selected insurance policies re: follow form and insurance company appeals issues (1.40); draft and revise insurance policy data spreadsheets (.40). | W001 | GFF | 1.80 |
| 01/30/12 | Reviewed and updated information re: insolvent insurance company. | W001 | IF | 1.10 |
| 01/30/12 | Continued to review insurance policies and reimbursement agreements re: "payment issues" and "cooperation" information. | W001 | IF | 1.90 |
| 01/30/12 | Prepare additional motion documents per letter request from NJ appellate division. | W001 | KES | 0.70 |
| 01/30/12 | Work on insolvent claim and proof of claim and submit cover letter for same. | W001 | MG | 3.20 |
| 01/30/12 | Work on revised claim valuations. | W001 | MG | 3.30 |
| 01/30/12 | Attention to insolvent insurance company claim. | W001 | RMH | 1.00 |
| 01/30/12 | Research and analysis of defenses in connection with insolvent insurance company. | W001 | RYC | 2.20 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 9

W.R. GRACE/CLAIMANTS COMMITTEE               MATTER:      100055.WRG01

February 9, 2012                              INVOICE:           246828

MATTER:  CLAIMANTS COMMITTEE                         ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 01/31/12 | Continued to review insurance policies and reimbursement agreements re: "payment issues" and "cooperation" information. | W001 | IF | 1.40 |
| 01/31/12 | Helped to update information provided to insolvent insurance company for claim deadline. | W001 | IF | 0.80 |
| 01/31/12 | Review reorganization decision and order and emails and voicemail exchanges with insolvent representatives re: same. | W001 | MG | 2.10 |
| 01/31/12 | Work on revised claim valuations. | W001 | MG | 2.20 |

**TOTAL FEES:**                                                  **$109,867.50**

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                           **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 10

W.R. GRACE/CLAIMANTS COMMITTEE                         MATTER:        100055.WRG01

February 9, 2012                                                   INVOICE:              246828

MATTER:  CLAIMANTS COMMITTEE                                 ROBERT M. HORKOVICH

**FEE SUMMARY**

|  | RATE | HOURS | TOTALS |
|---|---:|---:|---:|
| Arline H Pelton | 260.00 | 8.70 | 2,262.00 |
| Glenn F Fields | 355.00 | 20.60 | 7,313.00 |
| Harris E Gershman | 285.00 | 2.20 | 627.00 |
| Izak Feldgreber | 305.00 | 44.80 | 13,664.00 |
| Kenneth E. Sharperson | 560.00 | 24.80 | 13,888.00 |
| Mark Garbowski | 625.00 | 63.40 | 39,625.00 |
| Michaela C Stanomir | 115.00 | 1.50 | 172.50 |
| Nicholas J Balsdon | 220.00 | 3.00 | 660.00 |
| Robert M Horkovich | 895.00 | 13.80 | 12,351.00 |
| Robert Y Chung | 650.00 | 29.70 | 19,305.00 |
| **TOTAL FEES:** | | | **$109,867.50** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 11

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: 100055.WRG01 |
| February 9, 2012 | INVOICE: 246828 |
| MATTER: CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

## SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

**ACTIVITY CODE: W001      Asset Analysis and Recovery**

| | HOURS | TOTALS |
|---|---:|---:|
| Glenn F Fields | 20.60 | 7,313.00 |
| Harris E Gershman | 2.20 | 627.00 |
| Izak Feldgreber | 44.80 | 13,664.00 |
| Kenneth E. Sharperson | 24.80 | 13,888.00 |
| Michaela C Stanomir | 1.50 | 172.50 |
| Mark Garbowski | 63.40 | 39,625.00 |
| Nicholas J Balsdon | 3.00 | 660.00 |
| Robert M Horkovich | 13.80 | 12,351.00 |
| Robert Y Chung | 28.80 | 18,720.00 |
| **TOTAL:** | **202.90** | **$107,020.50** |

**ACTIVITY CODE: W011      Fee Applications (Applicant)**

| | HOURS | TOTALS |
|---|---:|---:|
| Arline H Pelton | 8.70 | 2,262.00 |
| Robert Y Chung | 0.90 | 585.00 |
| **TOTAL:** | **9.60** | **$2,847.00** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 12

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

February 9, 2012                                  INVOICE:         246828

MATTER:  CLAIMANTS COMMITTEE                              ROBERT M. HORKOVICH

**COSTS through 01/31/12**

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 01/04/12 | DI - PHOTOCOPYING - | E101 | 0.60 |
| 01/04/12 | DI - PHOTOCOPYING - | E101 | 1.20 |
| 01/09/12 | AP - TELEPHONE - VENDOR: COURT CALL LLC Initial fees for telephonic appearance in front of Judge Fitzgerald 1/23/12 | E125 | 30.00 |
| 01/09/12 | AP - TELEPHONE - VENDOR: COURT CALL LLC Initial fees for telephonic appearance in front of Judge Fitzgerald 2/27/12 | E125 | 30.00 |
| 01/09/12 | AP - TELEPHONE - VENDOR: COURT CALL LLC Initial fees for telephonic appearance in front of Judge Fitzgerald 3/28/12 | E125 | 30.00 |
| 01/09/12 | AP - TELEPHONE - VENDOR: COURT CALL LLC Initial fees for telephonic appearance in front of Judge Fitzgerald 4/23/12 | E125 | 30.00 |
| 01/09/12 | AP - TELEPHONE - VENDOR: COURT CALL LLC Initial fees for telephonic appearance in front of Judge Fitzgerald 5/21/12 | E125 | 30.00 |
| 01/09/12 | AP - TELEPHONE - VENDOR: COURT CALL LLC Initial fees for telephonic appearance in front of Judge Fitzgerald 6/18/12 | E125 | 30.00 |
| 01/09/12 | AP - TELEPHONE - VENDOR: COURT CALL LLC Initial fee for telephonic appearance in front of Judge Fitzgerald 7/16/12 | E125 | 30.00 |
| 01/09/12 | AP - TELEPHONE - VENDOR: COURT CALL LLC Initial fee for telephonic appearance in front of Judge Fitzgerald 8/27/12 | E125 | 30.00 |
| 01/09/12 | AP - TELEPHONE - VENDOR: COURT CALL LLC Initial fee for telephonic appearance in front of Judge Fitzgerald 9/24/12 | E125 | 30.00 |
| 01/09/12 | AP - TELEPHONE - VENDOR: COURT CALL LLC Initial fee for telephonic appearance in front of Judge Fitzgerald 10/15/12 | E125 | 30.00 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                                  **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 13

W.R. GRACE/CLAIMANTS COMMITTEE                              MATTER:     100055.WRG01

February 9, 2012                                                                  INVOICE:        246828

MATTER:  CLAIMANTS COMMITTEE                                               ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---:|
| 01/09/12 | AP - TELEPHONE -  VENDOR: COURT CALL LLC Initial fee for telephonic appearance in front of Judge Fitzgerald 11/26/12 | E125 | 30.00 |
| 01/09/12 | AP - TELEPHONE -  VENDOR: COURT CALL LLC Initial fee for telephonic appearance in front of Judge Fitzgerald 12/17/12 | E125 | 30.00 |
| 01/09/12 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 01/11/12 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 776523975 Tracking Number: 793107566674 Reference: 100055 WRG01 02 594  Billing Note:  From: Robert M Horkovich, Anderson Kill & Olick, PC, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Andrew K  Craig, Esq, Windels Marx Lane & Mittendorf, 1 Giralda Farms Ste 380, MADISON, NJ, 07940, US | E107 | 8.64 |
| 01/11/12 | DI - PHOTOCOPYING - | E101 | 0.90 |
| 01/11/12 | DI - PHOTOCOPYING - | E101 | 0.50 |
| 01/11/12 | DI - PHOTOCOPYING - | E101 | 0.40 |
| 01/12/12 | DI - PHOTOCOPYING - | E101 | 0.60 |
| 01/13/12 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 776523975 Tracking  Number:  793116839250  Reference:  100055 WRG01 02 594 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Maria G Enriquez, Esq, Bates Carey Nicolaides LLP, 191 N Wacker Dr Ste 2400, CHICAGO, IL, 60606, US | E107 | 17.27 |
| 01/23/12 | DI - PHOTOCOPYING - | E101 | 18.50 |
| 01/23/12 | DI - PHOTOCOPYING - | E101 | 13.50 |
| 01/25/12 | DI - PHOTOCOPYING - | E101 | 0.40 |
| 01/25/12 | DI - PHOTOCOPYING - | E101 | 1.30 |
| 01/25/12 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 01/25/12 | DI - PHOTOCOPYING - | E101 | 2.20 |
| 01/27/12 | DI - PHOTOCOPYING - | E101 | 0.30 |
| 01/30/12 | DI - PHOTOCOPYING - | E101 | 4.00 |
| 01/30/12 | DI - PHOTOCOPYING - | E101 | 0.10 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                                  **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 14

| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | 100055.WRG01 |
|---|---|---|---|
| February 9, 2012 | | INVOICE: | 246828 |
| MATTER:  CLAIMANTS COMMITTEE | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 01/30/12 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 01/30/12 | DI - PHOTOCOPYING - | E101 | 0.60 |
| **TOTAL COSTS:** | | | **$431.61** |

| WORK | DESCRIPTION | AMOUNT |
|---|---|---|
| AF | AIRFREIGHT | 25.91 |
| TE | AP - TELEPHONE - | 360.00 |
| XE | DI - PHOTOCOPYING - | 45.70 |
| | **TOTAL COSTS:** | **$431.61** |
| | **TOTAL DUE:** | **$110,299.11** |