# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 1

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:    100055.WRG01 |
| April 17, 2012 | INVOICE:    247751 |
| MATTER: CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

c/o Peter Van N. Lockwood, Esq.
Caplin & Drysdale
One Thomas Circle
Washington, DC 20005

### PROFESSIONAL SERVICES through 03/31/12

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 03/01/12 | Analysis of selected insurance policies re: follow form and cooperation clause issues. | W001 | GFF | 2.20 |
| 03/01/12 | Continued to review insurance policies and reimbursement agreements re: "payment issues" and "cooperation" information. | W001 | IF | 2.30 |
| 03/01/12 | Call with NJ court clerk re: Supreme Court petition filing in Integrity appeal (.70); draft petition (.60); prepare motion to file petition and notice of petition (5.60). | W001 | KES | 6.90 |
| 03/01/12 | Work on cash flow and stream of payments analysis. | W001 | MG | 2.20 |
| 03/01/12 | Work on insolvent claim analysis. | W001 | MG | 2.30 |
| 03/01/12 | Edit brief to be submitted to the NJ Supreme Court regarding Integrity claim (1.20). Attention to development of model identifying post trial insurance exposure (1.50). | W001 | RMH | 2.70 |
| 03/01/12 | Revise brief to NJ Supreme Court in connection with petition for certification regarding Integrity claim. | W001 | RYC | 6.30 |
| 03/02/12 | Review and revise time and expense entries. | W011 | AHP | 1.70 |
| 03/02/12 | Analysis of selected insurance policies re: follow form and cooperation clause issues (2.80); draft and revise insurance policy data spreadsheets (.40). | W001 | GFF | 3.20 |
| 03/02/12 | Review and organize inviolate copies of relevant settlement agreements and CGL policies per R. Horkovich request. | W001 | HEG | 3.20 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                          EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 2

W.R. GRACE/CLAIMANTS COMMITTEE                                MATTER:    100055.WRG01

April 17, 2012                                                INVOICE:       247751

MATTER:  CLAIMANTS COMMITTEE                                  ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 03/02/12 | Continue preparation of Petition for certification (3.90); prepare affidavit in support for filing petition for certification (2.80). | W001 | KES | 6.70 |
| 03/02/12 | Work on insolvent claim. | W001 | MG | 1.00 |
| 03/02/12 | Edit brief to be submitted to the New Jersey Supreme Court regarding Integrity claim (1.10). Consult with Mark Peterson regarding development of information regarding post trust liability for use in insurance claim (1.00). | W001 | RMH | 2.10 |
| 03/02/12 | Work on finalization of NJ Supreme Court petition for certification filing and service regarding Integrity claim. | W001 | RYC | 3.70 |
| 03/03/12 | Communications with R. Horkovich re: identification of trusts to analyze for rate of claims pre/post-bankruptcy for settlement discussions. | W001 | DJN | 0.10 |
| 03/05/12 | Begin preparing monthly fee application and exhibits. | W011 | AHP | 2.20 |
| 03/05/12 | Continue analysis of selected insurance policies re: follow form and duty to cooperate issues (1.80); draft and revise insurance policy data spreadsheets (.30). | W001 | GFF | 2.10 |
| 03/05/12 | Updated color coverage charts as needed and continued organization of relevant CGL policies. | W001 | HEG | 3.40 |
| 03/05/12 | Updating and organization of new case materials. | W001 | NJB | 1.20 |
| 03/05/12 | Follow-up investigation regarding procedural issues in connection with certification issues (0.70). Review and analysis of post-trust insurance asset issues (2.00). | W001 | RYC | 2.70 |
| 03/06/12 | Review changes, make additional changes and request backup. | W011 | AHP | 1.40 |
| 03/06/12 | Continue analysis of selected insurance policies re: follow form and duty to cooperate issues. | W001 | GFF | 2.30 |
| 03/06/12 | Continued review of policy, agreement and reorganization plan reproduction. | W001 | HEG | 3.80 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                  **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 3

W.R. GRACE/CLAIMANTS COMMITTEE                  MATTER:      100055.WRG01

April 17, 2012                                   INVOICE:       247751

MATTER:  CLAIMANTS COMMITTEE                     ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 03/06/12 | Call with case manager re: petition for certification (.40); prepare certification of service per case manager's instruction (.50). | W001 | KES | 0.90 |
| 03/06/12 | Work on insolvent claim and settlement. | W001 | MG | 2.20 |
| 03/07/12 | Review and respond to multiple e-mails concerning Initial Fee Auditor report (.60); prepare draft and exhibits for attorney review (1.20); proof time and expense changes, revise and forward to attorney for review (1.00). | W011 | AHP | 2.80 |
| 03/07/12 | Draft and revise insurance policy data spreadsheets (.80); continue analysis of selected insurance policies re: follow form and cooperation clause issues (2.10). | W001 | GFF | 2.90 |
| 03/07/12 | Work on cash flow analysis. | W001 | MG | 2.80 |
| 03/07/12 | Attention to response to the fee auditor's report. | W011 | RYC | 0.40 |
| 03/08/12 | Continue analysis of selected insurance policies re: follow form and cooperation clause issues. | W001 | GFF | 2.70 |
| 03/08/12 | Continued reproduction, organization and archiving of inviolate sets of settlement agreements, CGL policies and reorganization plan documents for future review. | W001 | HEG | 2.40 |
| 03/08/12 | Continued to review insurance policies and reimbursement agreements re: "payment issues" and "cooperation" information. | W001 | IF | 2.10 |
| 03/08/12 | Updating and organization of new case materials. | W001 | NJB | 0.80 |
| 03/08/12 | Continue review and analysis of post-trust insurance asset summaries. | W001 | RYC | 2.40 |
| 03/08/12 | Review and comment upon fee application. | W011 | RYC | 0.80 |
| 03/09/12 | Analysis of selected insurance policies re: follow form and cooperation clause issues (2.10); draft and revise insurance policy data spreadsheets (.30). | W001 | GFF | 2.40 |
| 03/09/12 | Additional organization and preparation of inviolate policy and agreement records for future review. | W001 | HEG | 2.20 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 4

W.R. GRACE/CLAIMANTS COMMITTEE                           MATTER:        100055.WRG01

April 17, 2012                                            INVOICE:        247751

MATTER: CLAIMANTS COMMITTEE                                ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 03/09/12 | Continued to review insurance policies and reimbursement agreements re: "payment issues" and "cooperation" information. | W001 | IF | 2.30 |
| 03/09/12 | Work on cash flow analysis. | W001 | MG | 3.30 |
| 03/09/12 | Revise analysis of post-trust insurance asset summaries. | W001 | RYC | 2.70 |
| 03/12/12 | Analysis of selected insurance policies re: follow form and cooperation clause issues. | W001 | GFF | 1.60 |
| 03/12/12 | Policy and agreement organization (1.20); research into Plan of Reorganization and compilation of final modifications (1.20). | W001 | HEG | 2.40 |
| 03/12/12 | Continued to review insurance policies and reimbursement agreements re: "payment issues" and "cooperation" information. | W001 | IF | 2.60 |
| 03/12/12 | Updating of case files from attorney office. | W001 | NJB | 1.00 |
| 03/12/12 | Review and revise analysis of post-trust insurance assets. | W001 | RYC | 2.80 |
| 03/13/12 | Continue analysis of selected insurance policies re: follow form and cooperation clause issues (1.60); draft and revise insurance policy data spreadsheets (.30). | W001 | GFF | 1.90 |
| 03/13/12 | Continued to review insurance policies and reimbursement agreements re: "payment issues" and "cooperation" information. | W001 | IF | 2.40 |
| 03/13/12 | Prepare and draft response to paragraph 3 of the Fee Auditor's report. | W011 | RYC | 0.80 |
| 03/14/12 | Response to Fee Auditor's initial report: finalize document, attachment and await approval to release. | W011 | AHP | 1.40 |
| 03/14/12 | Finalize time and expense entries, monthly fee application, exhibits and release. | W011 | AHP | 1.20 |
| 03/14/12 | Continued analysis of selected insurance policies re: follow form and cooperation clause issues. | W001 | GFF | 2.30 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                                     EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 5

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| April 17, 2012 | | INVOICE: | | 247751 |
| MATTER: CLAIMANTS COMMITTEE | | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 03/14/12 | Review and research Plan of Reorganization and all modifications to compile best set of final plan exhibits for Trust reference. | W001 | HEG | 3.60 |
| 03/14/12 | Continued to review insurance policies and reimbursement agreements re: "payment issues" and "cooperation" information. | W001 | IF | 2.30 |
| 03/14/12 | Review opposition filed by Liquidator (1.10); communicate with attorneys re: same (.20); consider whether reply to opposition is necessary and confer with attorney re: same (.60). | W001 | KES | 1.90 |
| 03/14/12 | Work on revised insolvent allocation. | W001 | MG | 1.20 |
| 03/14/12 | Receive communications regarding potential settlement from insolvent company respond and communicate with co-counsel. | W001 | RMH | 0.60 |
| 03/15/12 | Continued analysis of selected insurance policies re: follow form and cooperation clause issues. | W001 | GFF | 3.10 |
| 03/15/12 | Continued review, reproduction and compilation of Plan of Reorganization and Plan Modification Final Exhibits for Trust reference. | W001 | HEG | 3.60 |
| 03/15/12 | Continued to review insurance policies and reimbursement agreements re: "payment issues" and "cooperation clause" information. | W001 | IF | 2.40 |
| 03/15/12 | Work on revised insolvent allocation. | W001 | MG | 3.30 |
| 03/15/12 | Review and revise analysis of post-trust insurance assets. | W001 | RYC | 2.80 |
| 03/16/12 | Continue analysis of selected insurance policies re: follow form and cooperation clause issues. | W001 | GFF | 1.90 |
| 03/16/12 | Continued review and research of Plan of Reorganization and Plan Modifications to determine, reproduce and organize best set of Final Plan Exhibits for future Trust reference. | W001 | HEG | 5.80 |
| 03/16/12 | Continued to review insurance policies and reimbursement agreements re: "payment issues" and "cooperation" information. | W001 | IF | 2.40 |
| 03/16/12 | Work on revised cash flow analysis | W001 | MG | 3.70 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                               EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 6

W.R. GRACE/CLAIMANTS COMMITTEE                          MATTER:     100055.WRG01

April 17, 2012                                           INVOICE:        247751

MATTER:  CLAIMANTS COMMITTEE                             ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 03/16/12 | Investigate insurance background information for team review. | W001 | NJB | 1.80 |
| 03/16/12 | Continue review and revise analysis of post-trust insurance recovery. | W001 | RYC | 1.80 |
| 03/19/12 | Draft and revise insurance policy data spreadsheets (.90); continue analysis of selected insurance policies re: follow form and cooperation clause issues (1.80). | W001 | GFF | 2.70 |
| 03/19/12 | Research, reproduction and organization for future Trust reference. | W001 | HEG | 1.40 |
| 03/19/12 | Continued to review insurance policies and reimbursement agreements re: "payment issues" and "cooperation" information. | W001 | IF | 1.90 |
| 03/19/12 | Work on insolvent claim matter. | W001 | MG | 2.10 |
| 03/19/12 | Review and revise analysis of post-trust insurance assets in the context of bankruptcy plan documents. | W001 | RYC | 2.80 |
| 03/20/12 | Research re: claims history. | W001 | DJN | 4.60 |
| 03/20/12 | Continue analysis of selected insurance policies re: follow form and cooperation clause issues (2.10); draft and revise insurance policy data spreadsheets (.30). | W001 | GFF | 2.40 |
| 03/20/12 | Continued to review insurance policies and reimbursement agreements re: "payment issues" and "cooperation" information. | W001 | IF | 2.20 |
| 03/20/12 | Work on cash flow analysis. | W001 | MG | 2.20 |
| 03/20/12 | Continue to review and revise analysis of post-trust insurance assets in the context of bankruptcy plan documents. | W001 | RYC | 2.70 |
| 03/21/12 | Analyze reports in connection with claims analysis and begin to research claims history. | W001 | DJN | 5.10 |
| 03/21/12 | Continue analysis of selected insurance policies re: follow form and cooperation clause issues. | W001 | GFF | 1.80 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
(212) 278-1000                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 7

| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
|---|---|---|
| April 17, 2012 | INVOICE: | 247751 |
| MATTER: CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 03/21/12 | Continued to review insurance policies and reimbursement agreements re: insolvent insurance companies and "payment issues" and "cooperation" information. | W001 | IF | 2.40 |
| 03/21/12 | Work on cash flow analysis. | W001 | MG | 2.40 |
| 03/21/12 | Review and update of status of plan final approval (0.80).  Review and analysis of insurance coverage recoveries and settlement discussions in the context of final plan approval (2.10). | W001 | RYC | 2.90 |
| 03/22/12 | Research re: Trust claims information. | W001 | DJN | 3.40 |
| 03/22/12 | Draft and revise insurance policy data spreadsheets (.70); continue analysis of selected insurance policies re: follow form and cooperation clause issues (1.70). | W001 | GFF | 2.40 |
| 03/22/12 | Continued to review insurance policies and reimbursement agreements re: insolvent insurance companies and "payment issues" and "cooperation" information. | W001 | IF | 2.20 |
| 03/22/12 | Continue review and analysis of insurance coverage recoveries and settlement discussions in the context of final plan approval. | W001 | RYC | 1.80 |
| 03/23/12 | Continued research on Trust claims analysis. | W001 | DJN | 0.40 |
| 03/23/12 | Continue analysis of selected insurance policies re: follow form and cooperation clause issues (1.40); draft and revise insurance policy data spreadsheets (.40). | W001 | GFF | 1.80 |
| 03/23/12 | Additional organization and compilation of inviolate sets of policies, relevant settlement agreements and Plans of Reorganization with exhibits for future Trust reference. | W001 | HEG | 1.30 |
| 03/23/12 | Continued to review insurance policies and reimbursement agreements re: insolvent insurance companies and "payment issues" and "cooperation" information. | W001 | IF | 1.20 |
| 03/23/12 | Work on insolvent claim analysis. | W001 | MG | 2.10 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                        EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 8

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:    100055.WRG01

April 17, 2012                                INVOICE:       247751

MATTER:  CLAIMANTS COMMITTEE                  ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 03/23/12 | Case file review and update with new materials from attorney office. | W001 | NJB | 1.20 |
| 03/25/12 | Continue to analyze annual reports of various asbestos trusts and prepare corresponding chart of claims filings. | W001 | DJN | 2.40 |
| 03/26/12 | Address local counsel's questions regarding fee auditor initial report. | W011 | AHP | 0.60 |
| 03/26/12 | Continue research of claims filings in various asbestos trusts and prepare corresponding charts. | W001 | DJN | 4.40 |
| 03/26/12 | Continue analysis of selected insurance policies re: follow form and cooperation clause issues. | W001 | GFF | 2.60 |
| 03/26/12 | Follow-up research re: Inviolate Final Plan of Reorganization and Exhibits. | W001 | HEG | 1.20 |
| 03/26/12 | Continued to review insurance policies and reimbursement agreements re: insolvent insurance companies and "payment issues" and "cooperation" information. | W001 | IF | 1.90 |
| 03/26/12 | Work on insolvent claim analysis, settlement. | W001 | MG | 2.20 |
| 03/26/12 | Organization of new case materials and updating files. | W001 | NJB | 1.00 |
| 03/26/12 | Investigate and coordinate filing regarding objections to fee application (.20). Investigate and respond to follow-up inquiry from fee auditor (.70). | W011 | RYC | 0.90 |
| 03/27/12 | Continue to analyze annual reports and prepare chart of claims filings. | W001 | DJN | 4.10 |
| 03/27/12 | Continue analysis of selected insurance policies re: follow form and cooperation clause issues. | W001 | GFF | 2.60 |
| 03/27/12 | Continued compilation and organization of inviolate sets of policies, agreements, Plan of Reorganization documents and exhibits for post-Trust reference. | W001 | HEG | 3.80 |
| 03/27/12 | Continued to review insurance policies and reimbursement agreements re: insolvent insurance companies and "payment issues" and "cooperation" information. | W001 | IF | 1.60 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                                  EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 9

W.R. GRACE/CLAIMANTS COMMITTEE                          MATTER:      100055.WRG01

April 17, 2012                                          INVOICE:         247751

MATTER:  CLAIMANTS COMMITTEE                            ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 03/27/12 | Work on cash flow analysis. | W001 | MG | 2.30 |
| 03/27/12 | Address fee application inquiry from fee auditor. | W011 | RYC | 0.40 |
| 03/28/12 | Continue analysis of selected insurance policies re: follow form and cooperation clause issues (.80); draft and revise insurance policy data spreadsheets (.80). | W001 | GFF | 1.60 |
| 03/28/12 | Additional revision and update to inviolate policy binder sets. | W001 | HEG | 2.80 |
| 03/28/12 | Continued to review insurance policies and reimbursement agreements re: insolvent insurance companies and "payment issues" and "cooperation" information. | W001 | IF | 1.90 |
| 03/28/12 | Call with case manager to discuss order granting petition for certification filing and status of case (.30); prepare communication to trial team re: same (.30). | W001 | KES | 0.60 |
| 03/28/12 | Work on cash flow analysis. | W001 | MG | 2.70 |
| 03/28/12 | Attention to Integrity briefing before the New Jersey Supreme Court. | W001 | RMH | 0.20 |
| 03/28/12 | Research and analysis in connection with Integrity Supreme Court appeal and potential reply brief regarding petition for certification. | W001 | RYC | 1.80 |
| 03/29/12 | Continue to analyze trust annual reports for information relevant to Grace's insurance coverage. | W001 | DJN | 0.70 |
| 03/29/12 | Draft and revise insurance policy data spreadsheets (.30); continue analysis of selected insurance policies re: follow form and cooperation clause issues (1.90). | W001 | GFF | 2.20 |
| 03/29/12 | Continued to review insurance policies and reimbursement agreements re: insolvent insurance companies and "payment issues" and "cooperation" information. | W001 | IF | 2.20 |
| 03/29/12 | Work on cash flow analysis. | W001 | MG | 1.90 |
| 03/29/12 | Research and analysis in connection with Integrity Supreme Court appeal and potential reply brief regarding petition for certification. | W001 | RYC | 2.40 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 10

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| April 17, 2012 | | INVOICE: | | 247751 |
| MATTER: CLAIMANTS COMMITTEE | | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 03/30/12 | Continue analysis of selected insurance policies re: follow form and cooperation clause issues (1.60); draft and revise insurance policy data spreadsheets (.30). | W001 | GFF | 1.90 |
| 03/30/12 | Continued to review insurance policies and reimbursement agreements re: insolvent insurance companies and "payment issues" and "cooperation" information. | W001 | IF | 2.40 |
| 03/30/12 | Work on insolvent claim analysis, settlement and telephone conference with liquidation representative re: same. | W001 | MG | 2.20 |
| 03/30/12 | Attention to notice from Highlands UK regarding insurance insolvency. | W001 | RMH | 0.20 |
| 03/30/12 | Research and analysis in connection with post-confirmation bankruptcy insurance related assets. | W001 | RYC | 1.80 |

**TOTAL FEES:**                                                                                          **$128,075.50**

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**   **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 11

W.R. GRACE/CLAIMANTS COMMITTEE                     MATTER:      100055.WRG01

April 17, 2012                                     INVOICE:        247751

MATTER:  CLAIMANTS COMMITTEE                       ROBERT M. HORKOVICH

### FEE SUMMARY

|  | RATE | HOURS | TOTALS |
|---|---:|---:|---:|
| Arline H Pelton | 260.00 | 11.30 | 2,938.00 |
| Dennis J. Nolan | 480.00 | 25.20 | 12,096.00 |
| Glenn F Fields | 355.00 | 50.60 | 17,963.00 |
| Harris E Gershman | 285.00 | 40.90 | 11,656.50 |
| Izak Feldgreber | 305.00 | 38.70 | 11,803.50 |
| Kenneth E. Sharperson | 560.00 | 17.00 | 9,520.00 |
| Mark Garbowski | 625.00 | 42.10 | 26,312.50 |
| Nicholas J Balsdon | 220.00 | 7.00 | 1,540.00 |
| Robert M Horkovich | 895.00 | 5.80 | 5,191.00 |
| Robert Y Chung | 650.00 | 44.70 | 29,055.00 |
| **TOTAL FEES:** | | | **$128,075.50** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
(212) 278-1000                                                                  EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 12

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:     100055.WRG01 |
| April 17, 2012 | INVOICE:           247751 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

## SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

**ACTIVITY CODE: W001     Asset Analysis and Recovery**

| | HOURS | TOTALS |
|---|---:|---:|
| Dennis J. Nolan | 25.20 | 12,096.00 |
| Glenn F Fields | 50.60 | 17,963.00 |
| Harris E Gershman | 40.90 | 11,656.50 |
| Izak Feldgreber | 38.70 | 11,803.50 |
| Kenneth E. Sharperson | 17.00 | 9,520.00 |
| Mark Garbowski | 42.10 | 26,312.50 |
| Nicholas J Balsdon | 7.00 | 1,540.00 |
| Robert M Horkovich | 5.80 | 5,191.00 |
| Robert Y Chung | 41.40 | 26,910.00 |
| **TOTAL:** | **268.70** | **$122,992.50** |

**ACTIVITY CODE: W011     Fee Applications (Applicant)**

| | HOURS | TOTALS |
|---|---:|---:|
| Arline H Pelton | 11.30 | 2,938.00 |
| Robert Y Chung | 3.30 | 2,145.00 |
| **TOTAL:** | **14.60** | **$5,083.00** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                             EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 13

W.R. GRACE/CLAIMANTS COMMITTEE                         MATTER:      100055.WRG01

April 17, 2012                                         INVOICE:          247751

MATTER:  CLAIMANTS COMMITTEE                           ROBERT M. HORKOVICH

**COSTS through 03/31/12**

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---:|
| 03/01/12 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 03/02/12 | DI - PHOTOCOPYING - | E101 | 24.00 |
| 03/02/12 | DI - PHOTOCOPYING - | E101 | 2.40 |
| 03/02/12 | DI - PHOTOCOPYING - | E101 | 49.00 |
| 03/05/12 | DI - PHOTOCOPYING - | E101 | 1.70 |
| 03/05/12 | DI - PHOTOCOPYING - | E101 | 20.70 |
| 03/07/12 | AIRFREIGHT FedEx#: 1540-4201-6 Invoice: 782568387 Tracking Number: 793311080915 Reference: 100055 WRG01 05 134 Billing Note: From: Kenneth E Sharperson, Anderson Kill & Olick, PC, One Gateway Center, NEWARK, NJ, 07102, US To: Melinda Armenti, Supreme Court of New Jersey, 25 Market St ,TRENTON, NJ, 08611, US | E107 | 12.57 |
| 03/12/12 | DI - PHOTOCOPYING - | E101 | 2.00 |
| 03/14/12 | AP - PHOTOCOPYING - VENDOR: XACT DATA DISCOVERY Document blowback | E125 | 770.44 |
| 03/15/12 | DI - PHOTOCOPYING - | E101 | 16.50 |
| 03/15/12 | DI - PHOTOCOPYING - | E101 | 2.00 |
| 03/16/12 | FILING OR WITNESS FEES - VENDOR: TREASURER STATE OF NEW JERSEY DEPOSIT - FILING | E112 | 300.00 |
| 03/16/12 | FILING OR WITNESS FEES - VENDOR: TREASURER STATE OF NEW JERSEY FILING FEE | E112 | 200.00 |
| 03/16/12 | FILING OR WITNESS FEES - VENDOR: TREASURER STATE OF NEW JERSEY MOTION FEE | E112 | 30.00 |
| 03/16/12 | DI - PHOTOCOPYING - | E101 | 1.20 |
| 03/16/12 | DI - PHOTOCOPYING - | E101 | 2.00 |
| 03/16/12 | DI - PHOTOCOPYING - | E101 | 10.50 |
| 03/16/12 | DI - PHOTOCOPYING - | E101 | 6.90 |
| 03/16/12 | DI - PHOTOCOPYING - | E101 | 15.20 |
| 03/16/12 | DI - PHOTOCOPYING - | E101 | 1.20 |
| 03/16/12 | DI - PHOTOCOPYING - | E101 | 0.20 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                        **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 14

W.R. GRACE/CLAIMANTS COMMITTEE                      MATTER:      100055.WRG01

April 17, 2012                                       INVOICE:         247751

MATTER:  CLAIMANTS COMMITTEE                              ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 03/19/12 | DI - PHOTOCOPYING - | E101 | 1.00 |
| 03/19/12 | DI - PHOTOCOPYING - | E101 | 21.50 |
| 03/19/12 | DI - PHOTOCOPYING - | E101 | 1.40 |
| 03/20/12 | MESSENGER SERVICE - VENDOR: UNITED CAPITAL FUNDING CORP. Courier service | E125 | 154.20 |
| 03/20/12 | DI - PHOTOCOPYING - | E101 | 1.50 |
| 03/20/12 | DI - PHOTOCOPYING - | E101 | 0.40 |
| 03/21/12 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 03/21/12 | DI - PHOTOCOPYING - | E101 | 0.30 |
| 03/22/12 | DI - PHOTOCOPYING - | E101 | 0.90 |
| 03/22/12 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 03/23/12 | DI - PHOTOCOPYING - | E101 | 0.40 |
| 03/23/12 | DI - PHOTOCOPYING - | E101 | 9.90 |
| 03/23/12 | DI - PHOTOCOPYING - | E101 | 0.30 |
| 03/26/12 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 03/27/12 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 784002232 Tracking Number: 798214370277 Reference: 100055 WRG01 90 029 Billing Note: From: Donald Flynn, Anderson Kill & Olick, PC, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Mitzie Bordreaux, United States Bankruptcy Court, 500 Poydras St Rm B601, NEW ORLEANS, LA, 70130, US | E107 | 13.99 |
| 03/28/12 | DI - PHOTOCOPYING - | E101 | 12.00 |
| 03/28/12 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 03/30/12 | Refund Court Call 4683489 | | (30.00) |

**TOTAL COSTS:**                                                 **$1,656.90**

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 15

W.R. GRACE/CLAIMANTS COMMITTEE        MATTER:     100055.WRG01

April 17, 2012                                          INVOICE:       247751

MATTER:  CLAIMANTS COMMITTEE            ROBERT M. HORKOVICH

| WORK | DESCRIPTION | AMOUNT |
|---|---|---:|
| AF | AIRFREIGHT | 26.56 |
| FE | FILING OR WITNESS FEES | 530.00 |
| MR | MESSENGER SERVICE | 154.20 |
| TE | AP - TELEPHONE - | (30.00) |
| XE | DI - PHOTOCOPYING - | 205.70 |
| XX | AP - PHOTOCOPYING - | 770.44 |
| | **TOTAL COSTS:** | **$1,656.90** |
| | **TOTAL DUE:** | **$129,732.40** |



**XACT DATA DISCOVERY**
Because you need to know

Xact Data Discovery - NYNY
212-643-6699

**INVOICE**
COPY

Invoice Number: 11-55059

REMIT PAYMENT TO: Xact Data Discovery
5800 Foxridge Drive, Suite 406
Mission, KS 66202-2338

Invoice Date: 2/29/2012
Customer ID    11ANDERSON

Page: 1

Bill To: ANDERSON KILL & OLICK P.C.
1251 6TH AVENUE
NEW YORK, NY 10020

Ship To: ANDERSON KILL & OLICK P.C.
1251 6TH AVENUE
NEW YORK, NY 10020

| | |
|---|---|
| Ship Via | Delivery |
| Ship Agent | XACT |
| Ship Date | 2/29/2012 |
| Due Date | 3/30/2012 |
| Terms | Net 30 Days |

| | |
|---|---|
| Contact | Daryl Lyew |
| P.O. Number | 0212-0212 |
| Case No. | 100055.WRG01 |
| Job No. | 0212-0212 |
| SalesPerson | Daniel Feliciano |

| Item/Description | Quantity | Unit | Price per Unit | Total Price |
|---|---|---|---|---|
| IMAGES    B/W Blowbacks w/ slip sheets | 11,794 | Each Item | .06 | 707.64 |

Fed. Tax ID#: 43-1685216

| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | | |
|---|---|---|---|
| 707.64 | 0.00 | Subtotal: | 707.64 |
| | | Invoice Discount: | 0.00 |
| | | Total Sales Tax: | 62.80 |
| | | Total: | 770.44 |

Your signature below, or email approval, is an agreement that the above described work has been authorized and received. Your signature also acknowledges that the firm identified in the "Bill To" portion of this invoice is responsible for payment within 30 days of receipt. Interest at the rate of 1.5% per month may be charged on invoices not paid within 30 days. Customer agrees to pay all legal fees in the collection of past due accounts.

Received and Approved By: _____    Date: _____

## ANDERSON KILL & OLICK, P.C.

Attorneys and Counsellors at Law

ONE GATEWAY CENTER ■ SUITE 1510 ■ NEWARK, NJ 07102
TELEPHONE: 973-642-5858 ■ FAX: 973-621-6361
www.andersonkill.com

Kenneth E. Sharperson, Esq.
(973) 642-5856
ksharperson@andersonkill.com

March 6, 2012

Via Federal Express

Melinda Armenti
Supreme Court of New Jersey
Richard J. Hughes Justice Complex
25 West Market Street
Trenton, NJ 08625-0006

Re: Commissioner of Insurance of the State of New Jersey v. Integrity Insurance Company, Docket.
DOCKET NO. A-002505-10

Dear Ms. Armenti:

This office represents Appellant, the Official Committee of Asbestos Personal Injury Claimants ("ACC"), in the above referenced matter.

Enclosed for filing are the Original and two copies of Petitioner's Certification of Service. The ACC has also enclosed checks for $200 (filing fee), $300 (deposit) and $30 (motion fee).

Please file the original and return a copy stamped "filed" in the enclosed self-addressed stamped envelope. Please charge any necessary filing fees to our Superior Court Account No. 001725.

Enclosure

Very truly yours,

Kenneth E. Sharperson

cc: David Freeman, Esq.

NJDOCS-56237.1

NEW YORK, NY ■ CHICAGO, IL ■ NEWARK, NJ ■ PHILADELPHIA, PA ■ WASHINGTON, DC ■ GREENWICH, CT

**Gateway Courier Services**
17 Tuttle Ave.
East Hanover, NJ 07936
973-736-2999

ANDERSON,KILL ET.AL.
ONE GATEWAY CENTER /15TH.FL.
NEWARK, NJ 07102

# INVOICE

**NOTICE OF SALE AND ASSIGNMENT**
This account has been sold, assigned, and is payable only to United Capital Funding, Corp
P.O. BOX 31246, Tampa, FL 33631-3246.
Telephone number (727) 894-8232, to whom immediate notice must be given of any return, claims or offsets related to this or any other invoice which may effect prompt payment of this invoice, or if the terms as stated are not exactly as agreed. PAYMENT TO OTHER THAN United Capital Funding, Corp WILL NOT CONSTITUTE PAYMENT. TO ENSURE PROPER CREDIT, IDENTIFY INVOICE NUMBERS COVERED BY REMITTANCE.

| CUSTOMER NUMBER | INVOICE NUMBER | PAGE |
|---|---|---|
|  | 44506 | 1 |
| **INV. FOR PERIOD ENDING** | **DATE** | |
|  | 03/03/12 | |

NEW JERSEY'S MOST ADVANCED COURIER SERVICE

| DATE | JOB NO | SVC TYPE | SERVICE DETAIL | CHARGE BREAKDOWN | | TOTAL |
|---|---|---|---|---|---|---|
| 03/02/12 | 458494 | PRI | ANDERSON,KILL ET.AL<br>ONE GATEWAY CENTER<br>NEWARK, NJ<br>Caller: DONNA | Base:<br>Ins:<br>Wait: | 89.00<br>1.50<br>0.00 | |
| | | | SUPREME COURT<br>HUGHES JUSTICE COMPLEX<br>TRENTON, NJ | 2MSec:<br>Tolls: | 14.00<br>9.20 | 114.70 |
| | | | Signed: STAMPED REC'D<br>Your Ref #: | | | |
| 03/02/12 | 458495 | PRI | ANDERSON,KILL ET.AL<br>ONE GATEWAY CENTER<br>NEWARK, NJ<br>Caller: DONNA | Base:<br>Ins:<br>Wait: | 38.00<br>1.50<br>0.00 | 39.50 |
| | | | MAZIE SLATER<br>103 EISENHOWER PKWY<br>ROSELAND, NJ | | | |
| | | | Signed: RECEPTION<br>Your Ref #: | | | |

**TOTAL AMOUNT DUE    154.20**

GATEWAY COURIER SERVICES
17 Tuttle Ave.
E.HANOVER, NEW JERSEY 07936
(973) 736-2999

| INVOICE NUMBER | 44506 |
|---|---|
| INVOICE DATE | 03/03/12 |

| JOB NUMBER | AMOUNT |
|---|---|
| 458494 | 114.70 |
| 458495 | 39.50 |

**AMOUNT DUE    154.20**

Case 01-01139-AMC    Doc 28920-3    Filed 05/15/12    Page 19 of 19