## EXHIBIT A

**Business Operations (.10 Hours; $ 93.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $935 | 93.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 1/25/2012 | PVL | 935.00 | 0.10 | Rv motion re ART credit agmt |

**Total Task Code .03     .10**

**Case Administration (5.90 Hours; $ 4,226.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .30 | $1,000 | 300.00 |
| Peter Van N. Lockwood | 2.50 | $935 | 2,337.50 |
| Rita C. Tobin | 2.80 | $545 | 1,526.00 |
| Mollie E. Gelburd | .30 | $210 | 63.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 1/6/2012 | RCT | 545.00 | 0.20 | Review local counsel recs re: EI update (.2). |
| 1/10/2012 | PVL | 935.00 | 0.10 | Rv docs for filing |
| 1/11/2012 | PVL | 935.00 | 0.10 | Rv 5 misc. filings |
| 1/13/2012 | RCT | 545.00 | 0.20 | Review local counsel recs re: EI update (.2). |
| 1/16/2012 | PVL | 935.00 | 0.10 | Rv misc. filings and email |
| 1/17/2012 | EI | 1,000.00 | 0.20 | Telephone conference J. Donley re: status (.1); telephone conference with PVNL re: same (.1). |
| 1/17/2012 | RCT | 545.00 | 0.20 | Review local counsel records re: EI update (.2). |
| 1/17/2012 | PVL | 935.00 | 0.50 | Tcn Baer, Higgins, Finke and Paul |
| 1/25/2012 | PVL | 935.00 | 0.10 | Rv Grace pension contrib. motion |
| 1/25/2012 | RCT | 545.00 | 0.20 | Review local counsel recs re: EI update (.2). |

| 1/30/2012 | PVL | 935.00 | 0.20 | Rv 4 misc. filings (.1); rv Garlock 2019 reply (.1) |
| 1/31/2012 | RCT | 545.00 | 0.20 | Review local counsel recs re: EI update (.2). |
| 2/2/2012 | PVL | 935.00 | 0.10 | Rv revised 2019 brief |
| 2/3/2012 | RCT | 545.00 | 0.20 | Review local counsel recs re: EI update (.2). |
| 2/7/2012 | MEG | 210.00 | 0.30 | Retrieve confirmation briefs and organize and prepare sets of same. |
| 2/10/2012 | RCT | 545.00 | 0.20 | Review local counsel recs re: EI update (.2). |
| 2/13/2012 | PVL | 935.00 | 0.20 | Teleconference Pacheco |
| 2/16/2012 | PVL | 935.00 | 0.10 | Rv Sinclair email |
| 2/17/2012 | RCT | 545.00 | 0.20 | Review local counsel recs re: EI update (.2). |
| 2/21/2012 | PVL | 935.00 | 0.10 | Rv 10 misc. filings |
| 2/21/2012 | EI | 1,000.00 | 0.10 | Status inquiry re: Allstate (.1). |
| 2/22/2012 | PVL | 935.00 | 0.10 | Rv 7 misc. filings |
| 2/24/2012 | RCT | 545.00 | 0.20 | Review local counsel recs re: EI update (.2). |
| 2/24/2012 | RCT | 545.00 | 0.20 | Review local counsel recs re: EI update (.2). |
| 2/27/2012 | PVL | 935.00 | 0.10 | Rv 6 misc. filings |
| 2/29/2012 | PVL | 935.00 | 0.10 | Rv 7 misc. filings |
| 3/2/2012 | RCT | 545.00 | 0.20 | Review local counsel recs re: EI update (.2). |
| 3/5/2012 | PVL | 935.00 | 0.10 | Rv 5 misc. filings |
| 3/6/2012 | PVL | 935.00 | 0.10 | Rv 4 misc. filings |
| 3/9/2012 | PVL | 935.00 | 0.10 | Rv 6 misc. filings |
| 3/9/2012 | RCT | 545.00 | 0.20 | Review local counsel recs re: EI update (.2). |
| 3/13/2012 | PVL | 935.00 | 0.10 | Rv 10 misc. filings |
| 3/16/2012 | RCT | 545.00 | 0.20 | Review local counsel recs re: EI update (.2). |
| 3/19/2012 | PVL | 935.00 | 0.10 | Rv 5 misc. filings |

| 3/20/2012 | PVL | 935.00 | 0.10 | Rv 7 misc. filings |
| 3/30/2012 | RCT | 545.00 | 0.20 | Review local counsel recs re: EI update (.2). |

**Total Task Code .04**      **5.90**

### Claim analysis Objection & Resolution (Asbestos) (.60 Hours; $ 561.00)

| Professionals | | Number of Hours | | Billing Rate | Value |
|---|---|---|---|---|---|
| Peter Van N. Lockwood | | .60 | | $935 | 561.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 2/18/2012 | PVL | 935.00 | 0.20 | Rv Samson settlement motion |
| 2/27/2012 | PVL | 935.00 | 0.40 | Attend hearing by phone |

**Total Task Code .05**      **.60**

### Committee, Creditors', Noteholders' or Equity Holders' (.60 Hours; $ 600.00)

| Professionals | | Number of Hours | | Billing Rate | Value |
|---|---|---|---|---|---|
| Elihu Inselbuch | | .60 | | $1,000 | 600.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 3/5/2012 | EI | 1,000.00 | 0.30 | Spoke to two claimants (.3). |
| 3/20/2012 | EI | 1,000.00 | 0.10 | Claimant inquiry (.1). |
| 3/21/2012 | EI | 1,000.00 | 0.10 | Claimant inquiry (.1). |
| 3/27/2012 | EI | 1,000.00 | 0.10 | Claimant inquiry (.1). |

**Total Task Code .07**      **.60**

### Employee Benefits/Pension (.10 Hours; $ 93.50)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $935 | 93.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 1/20/2012 | PVL | 935.00 | 0.10 | Rv material re 2012 pension contrib. |

**Total Task Code .08**      **.10**

**Fee Applications, Applicant (44.50 Hours; $ 19,420.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 29.40 | $545 | 16,023.00 |
| Eugenia Benetos | 10.00 | $225 | 2,250.00 |
| Sandy M. Saint-Cyr | 5.10 | $225 | 1,147.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 1/3/2012 | RCT | 545.00 | 1.10 | Work on fee protocol (1.1). |
| 1/3/2012 | RCT | 545.00 | 0.20 | Review fee application schedules for January (.2). |
| 1/3/2012 | RCT | 545.00 | 0.30 | Review EB schedules, 2012 interims (.3). |
| 1/4/2012 | RCT | 545.00 | 1.40 | Review spreadsheets re: payment issues (1.1); telephone conference with AB re: payment issue (.3). |
| 1/4/2012 | SMS | 225.00 | 1.10 | Update payment report (1.1). |
| 1/5/2012 | RCT | 545.00 | 0.20 | Contact AB re: schedules, monthly and interim fee applications (.2). |
| 1/6/2012 | RCT | 545.00 | 0.40 | Respond to AB re: payment issue (.4). |
| 1/9/2012 | RCT | 545.00 | 1.00 | Review prebills (1.0). |
| 1/9/2012 | RCT | 545.00 | 0.10 | Email to AB re: edits required to attorney time entries (.1). |
| 1/9/2012 | SMS | 225.00 | 0.40 | Update payment fee chart (.4). |
| 1/11/2012 | RCT | 545.00 | 1.00 | Additional edits re: KCM time (.8); emails to AB re: same (.2). |

| 1/11/2012 | SMS | 225.00 | 0.50 | Prepare fee and expense report for EI's review (.5). |
|-----------|-----|--------|------|------------------------------------------------------|
| 1/12/2012 | RCT | 545.00 | 0.60 | Additional edits, emails to AB re: attorney time entries (.6). |
| 1/12/2012 | RCT | 545.00 | 1.00 | Address fee and expense issues (1.0). |
| 1/12/2012 | RCT | 545.00 | 1.00 | Review draft exhibits (1.0). |
| 1/13/2012 | RCT | 545.00 | 1.70 | Address fee issues (1.7). |
| 1/19/2012 | RCT | 545.00 | 1.20 | Review draft exhibits to monthly fee application (1.2). |
| 1/19/2012 | SMS | 225.00 | 1.40 | Work on monthly fee application (1.1); review and update fee chart (.3). |
| 1/20/2012 | SMS | 225.00 | 0.90 | Work on monthly fee application (.9). |
| 1/20/2012 | RCT | 545.00 | 1.70 | Review and edit monthly fee application (1.1); review past fee applications re: edits to monthly fee application (.4); conference S. Saint-Cyr re: service (.2). |
| 1/20/2012 | RCT | 545.00 | 0.50 | Address fee issues (.5). |
| 1/26/2012 | RCT | 545.00 | 0.30 | Review fee application schedules for February (.3). |
| 1/31/2012 | SMS | 225.00 | 0.80 | Review fee chart (.8). |
| 2/2/2012 | EB | 225.00 | 1.00 | Perform review of payment schedule re: bankruptcies and review docket re: orders (.6); make necessary changes (.4). |
| 2/2/2012 | RCT | 545.00 | 0.20 | Review fee schedules for February 2012 (.2). |
| 2/2/2012 | RCT | 545.00 | 0.70 | Address fee issues (.7). |
| 2/3/2012 | RCT | 545.00 | 0.20 | Emails to AB and EB re: February fee order schedules (.2). |
| 2/3/2012 | RCT | 545.00 | 0.90 | Address payment issues and queries (.6); reply to query re: fee auditor procedures (.3). |
| 2/6/2012 | RCT | 545.00 | 0.40 | Work on fee application protocols (.4). |
| 2/6/2012 | EB | 225.00 | 0.60 | Draft email to local counsel paralegal re: filing schedule. |

| 2/7/2012 | EB | 225.00 | 1.20 | Work on interim fee application. |
|---|---|---|---|---|
| 2/7/2012 | EB | 225.00 | 0.60 | Work on edits re: fee application. |
| 2/7/2012 | RCT | 545.00 | 0.40 | Edit fee application templates (.4). |
| 2/8/2012 | RCT | 545.00 | 0.40 | Review and reorganize fee application files/directories and fee order files (.4). |
| 2/9/2012 | RCT | 545.00 | 0.30 | Work on fee application protocols (.3). |
| 2/10/2012 | RCT | 545.00 | 0.50 | Address fee issues (.5). |
| 2/13/2012 | RCT | 545.00 | 1.00 | Review prebills (1.0). |
| 2/13/2012 | RCT | 545.00 | 0.30 | Emails to AB re: prebill edits (.3). |
| 2/13/2012 | EB | 225.00 | 0.60 | Perform review of payment schedule (.2); prepare check breakdown for EI, JR and myself (.4). |
| 2/14/2012 | RCT | 545.00 | 0.20 | Work on fee applicaton protocols (.2). |
| 2/15/2012 | RCT | 545.00 | 0.90 | Review exhibits (.9). |
| 2/15/2012 | RCT | 545.00 | 0.20 | Emails to AB re: exhibits and edits (.2). |
| 2/16/2012 | RCT | 545.00 | 1.40 | Address fee/expense issues (1.4). |
| 2/21/2012 | RCT | 545.00 | 0.60 | Address fee queston (.2); conference EB re: revision of billing code lists and materials (.2) and review draft of same (.2). |
| 2/21/2012 | EB | 225.00 | 0.40 | Perform review of fee applications; send email and make necessary changes. |
| 2/21/2012 | EB | 225.00 | 1.50 | Perform review of all exhibits and make edits. |
| 2/22/2012 | RCT | 545.00 | 1.00 | Review monthly fee application (1.0). |
| 2/27/2012 | RCT | 545.00 | 0.10 | Address issues re: change of local counsel fee attorney (.1). |
| 2/29/2012 | RCT | 545.00 | 0.30 | Review fee application schedules for March with EB (.3). |
| 2/29/2012 | EB | 225.00 | 0.60 | Work on payment breakdown for EI, JR and myself. |

| Date | | Rate | Hours | Description |
|---|---|---|---|---|
| 3/2/2012 | RCT | 545.00 | 0.20 | Emails to AB and EB re: February fee order schedules (.2). |
| 3/8/2012 | RCT | 545.00 | 0.90 | Address fee issues (.9). |
| 3/9/2012 | RCT | 545.00 | 0.50 | Address fee issues (.5). |
| 3/12/2012 | RCT | 545.00 | 0.70 | Review prebills (.7). |
| 3/12/2012 | RCT | 545.00 | 0.10 | Review email from Debtor re: fee/expense order and conference EB re: same (.1). |
| 3/12/2012 | EB | 225.00 | 0.60 | Check C&D figures re: interim. |
| 3/13/2012 | RCT | 545.00 | 0.20 | Address question re: interim order (.2). |
| 3/15/2012 | RCT | 545.00 | 0.80 | Review exhibits (.8). |
| 3/16/2012 | RCT | 545.00 | 0.60 | Address fee and expense matters (.6). |
| 3/23/2012 | RCT | 545.00 | 1.00 | Address fee issues (1.0). |
| 3/26/2012 | EB | 225.00 | 1.50 | Work on fee application. |
| 3/29/2012 | EB | 225.00 | 0.60 | T/C with APB re: fee reduction for 3/29 payment breakdown. |
| 3/29/2012 | EB | 225.00 | 0.60 | Obtain 3/1 transcript for RCT. |
| 3/29/2012 | RCT | 545.00 | 0.70 | Address fee and expense issues (.7). |
| 3/30/2012 | EB | 225.00 | 0.20 | Check breakdown for EI. |

**Total Task Code .12        44.50**

### Litigation and Litigation Consulting (153.80 Hours; $ 72,927.50)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 2.40 | $935 | 2,244.00 |
| Trevor W. Swett | 2.40 | $735 | 1,764.00 |
| Kevin C. Maclay | 76.90 | $555 | 42,679.50 |
| James P. Wehner | 23.40 | $555 | 12,987.00 |
| Andrew J. Sackett | 6.80 | $380 | 2,584.00 |
| Todd E. Phillips | 6.50 | $380 | 2,470.00 |

| | | | |
|---|---|---|---|
| Kate G. Henningsen | 12.50 | $255 | 3,187.50 |
| Sara Joy DelSavio | 13.50 | $225 | 3,037.50 |
| Zachary D. Orsulak | 7.80 | $210 | 1,638.00 |
| Mollie E. Gelburd | 1.60 | $210 | 336.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 1/2/2012 | KCM | 555.00 | 2.10 | Draft/revise appeal brief and review/analyze related cases and materials (divided among four clients) |
| 1/3/2012 | KCM | 555.00 | 2.80 | Draft/revise appeal briefs and review/analyze related cases and materials (divided among four clients) |
| 1/3/2012 | SJD | 225.00 | 0.30 | Assist with KCM ECF registration for W.D. Pa. |
| 1/4/2012 | SJD | 225.00 | 1.70 | Cite check and edit brief per KCM. |
| 1/4/2012 | MEG | 210.00 | 1.00 | Record check quotations per KCM. |
| 1/4/2012 | KGH | 255.00 | 1.00 | Find citation for 2019 brief. |
| 1/4/2012 | KCM | 555.00 | 2.00 | Plan/prepare for and meet with PVNL re appeal brief (.5); draft/revise appeal brief and review/analyze related cases and materials (1.5) (divided among four clients) |
| 1/5/2012 | KCM | 555.00 | 2.30 | Draft/revise appeal brief and review/analyze cases and materials (divided among four clients) |
| 1/5/2012 | MEG | 210.00 | 0.60 | Record check brief per KCM |
| 1/5/2012 | SJD | 225.00 | 1.30 | Cite check and edit brief per KCM. |
| 1/5/2012 | AJS | 380.00 | 0.30 | Meet w/ KCM re research for Rule 2019 appeal brief (0.1); review of background materials for Rule 2019 appeal brief (0.2). |
| 1/6/2012 | SJD | 225.00 | 1.20 | Cite check and edit brief per KCM. |
| 1/6/2012 | KGH | 255.00 | 0.60 | Find cites for 2019 brief. |
| 1/6/2012 | AJS | 380.00 | 1.10 | Review of cases cited in Brief of ACC Appellees re Rule 2019 appeal (0.8); legal research re Rule 2019 appeal (0.2); meetings w/ KCM re revision of Rule 2019 appeal brief (0.1). |
| 1/6/2012 | KCM | 555.00 | 2.10 | Draft/revise appeal brief and review/analyze related cases and materials (divided among four clients) |

| 1/7/2012 | KCM | 555.00 | 3.30 | Draft/revise appeal brief and review/analyze related cases and materials (divided among four clients) |
| 1/7/2012 | ZDO | 210.00 | 1.00 | Assist with research related to preparation of Appellees brief (1.6); provide case materials to TEP (1.0) review draft brief for case accuracy (1.4) (Divided among 4 clients). |
| 1/7/2012 | KGH | 255.00 | 1.10 | Find and insert citation for 2019 brief (0.5); legal research for 2019 brief (0.6). |
| 1/7/2012 | SJD | 225.00 | 1.20 | Cite check and edit brief per KCM. |
| 1/7/2012 | AJS | 380.00 | 1.50 | Meetings with KCM re Rule 2019 appeal brief (0.2); preparation of Rule 2019 appeal brief (1.3). |
| 1/8/2012 | AJS | 380.00 | 1.40 | Meetings with KCM re Rule 2019 appeal brief (0.1); preparation of Rule 2019 appeal brief (0.8); legal research re Rule 2019 appeal brief (0.5). |
| 1/8/2012 | SJD | 225.00 | 2.10 | Cite check and edit brief per KCM. |
| 1/8/2012 | KGH | 255.00 | 1.50 | Check cases in 2019 brief (0.7); legal research for 2019 brief (0.8). |
| 1/8/2012 | KCM | 555.00 | 2.70 | Draft/revise appeal brief and review/analyze related cases and materials (divided among four clients) |
| 1/9/2012 | KCM | 555.00 | 3.20 | Draft/revise appeal brief and review/analyze related cases and materials (divided among four clients) |
| 1/9/2012 | KGH | 255.00 | 1.40 | Check cases for accuracy in 2019 brief (0.4); legal research for 2019 brief (1.0). |
| 1/9/2012 | TWS | 735.00 | 0.80 | Review appellate brief of 2019 issue; prepare comments (split between four clients) |
| 1/9/2012 | SJD | 225.00 | 1.60 | Compare drafts and cite check and edit brief per KCM. |
| 1/9/2012 | AJS | 380.00 | 1.40 | Meetings w/ KCM re Rule 2019 appellate brief (0.1); legal research re Rule 2019 appellate brief (0.8); review and revision of Rule 2019 appellate brief prep of Rule 2019 appellate brief (0.5). |
| 1/10/2012 | AJS | 380.00 | 1.00 | Review of emails from KCM re Rule 2019 appellate brief (.2); prep of email to ZDO and SJD re documents cited in Rule 2019 appellate brief (.3); meeting w/ ZDO re documents cited in Rule 2019 |

| Date | | | | |
|---|---|---|---|---|
| | | | | appellate brief (0.1); review and analysis of supporting documents for Rule 2019 appellate brief meetings w/ KCM re Rule 2019 appellate brief (0.1); legal research re Rule 2019 appellate brief (0.3). |
| 1/10/2012 | KGH | 255.00 | 0.90 | Legal research for 2019 brief (0.5); proofread and edit 2019 brief (0.4). |
| 1/10/2012 | KCM | 555.00 | 2.70 | Draft/revise appeal brief and review/analyze related cases and materials (divided among four clients) |
| 1/10/2012 | TWS | 735.00 | 0.30 | Read memo on ACC privilege issue |
| 1/11/2012 | KCM | 555.00 | 0.20 | Plan/prepare for and attend telephone conference with co-appellee counsel re appeal briefs (split among four clients) |
| 1/11/2012 | KCM | 555.00 | 0.30 | Review/analyze co-appellee appeal brief and related materials (split among four clients) |
| 1/11/2012 | KCM | 555.00 | 2.50 | Draft/revise appeal brief and review/analyze related cases and materials (split among four clients) |
| 1/11/2012 | KGH | 255.00 | 1.20 | Change 2019 PA brief to 2019 DE brief (1.0); finalize  2019 briefs (0.2). |
| 1/11/2012 | AJS | 380.00 | 0.10 | Meeting w/ KCM re Rule 2019 appellate brief. |
| 1/11/2012 | PVL | 935.00 | 0.20 | Rv draft 2019 app. brief and cn KCM re same |
| 1/11/2012 | SJD | 225.00 | 0.60 | Prepare TOA and TOC per KCM. |
| 1/12/2012 | KGH | 255.00 | 0.90 | Proofread, edit and finalize 2019 appeal briefs. |
| 1/12/2012 | TWS | 735.00 | 0.20 | Note to EI re privilege issue |
| 1/12/2012 | KCM | 555.00 | 1.50 | Finalize appeal brief (split among four clients) |
| 1/13/2012 | KCM | 555.00 | 0.20 | Review/analyze section of co-appellee brief (.1); and communicate with co-appellee re same (.1). |
| 1/13/2012 | KCM | 555.00 | 0.50 | Review appellee briefs and related materials (split among four clients) |
| 1/18/2012 | PVL | 935.00 | 0.30 | Rv UST opp. brief , rv OC app. brief, rv Angelos et al opp. brief |

| | | | | |
|---|---|---|---|---|
| 1/20/2012 | KCM | 555.00 | 0.20 | Plan/prepare for (.1); and attend telephone conference with EI, TWS and PVNL re 2019 issues (.1) (split among four clients) |
| 1/24/2012 | KCM | 555.00 | 0.10 | Meet with AJS re 2019 memo (split among four clients) |
| 1/26/2012 | KCM | 555.00 | 1.00 | Draft/revise memo to ACCs and review/analyze related materials (.8); and communicate with AJS and TWS re same (.2) (split among four clients) |
| 1/27/2012 | KCM | 555.00 | 0.90 | Plan/prepare for and meet with AJS re memo issues (.3); revise memo and correspondence language and review related materials (.3); communicate with TWS re memo (.1); review memo responses (.1); review/analyze reply brief (.1) (split among four clients) |
| 1/27/2012 | TWS | 735.00 | 0.30 | Telephone conferences with ACM re Cascino request (2x) |
| 2/1/2012 | TEP | 380.00 | 0.40 | Review reply briefing re: Garlock appeal. |
| 2/3/2012 | KCM | 555.00 | 0.30 | Review Garlock motion for reargument (.2); review e-mails re Garlock motion (.1) |
| 2/6/2012 | KCM | 555.00 | 5.10 | Review/analyze various prior briefs, cases and materials re Garlock issues |
| 2/6/2012 | TWS | 735.00 | 0.20 | Conference with KCM re Garlock standing issue |
| 2/7/2012 | KCM | 555.00 | 4.00 | Communicate with JPW re Garlock brief (.1); review/analyze cases, briefs and materials re motion for reconsideration (3.9) |
| 2/8/2012 | KCM | 555.00 | 3.30 | Review materials re reargument motion and plan/prepare response |
| 2/8/2012 | JPW | 555.00 | 1.90 | Review Garlock motion for reconsideration (1.1); e-mails re response (.5); telephone conference with J. Donley re response (.3) |
| 2/9/2012 | JPW | 555.00 | 4.40 | E-mails re opposition to Garlock motion for reconsideration (.4); research and draft motion for reconsideration (4.0) |
| 2/9/2012 | KCM | 555.00 | 2.90 | Review non-standing Garlock arguments and prepare response |

| 2/10/2012 | KCM | 555.00 | 2.30 | Review/analyze draft insert for brief (.2); review briefs, cases and materials and prepare response (2.1) |
|---|---|---|---|---|
| 2/10/2012 | ZDO | 210.00 | 0.30 | Update twelve-case pleading index. |
| 2/10/2012 | JPW | 555.00 | 4.10 | Telephone conference with Debtor, FCR re motions (.8); research and draft objection to motion for reconsideration (3.1); meet with KCM re objection to motion for reconsideration (.2) |
| 2/11/2012 | JPW | 555.00 | 2.30 | Draft opposition to motion for reconsideration |
| 2/12/2012 | KCM | 555.00 | 4.10 | Draft/revise opposition brief and review/analyze related materials |
| 2/13/2012 | KCM | 555.00 | 3.90 | Draft/revise opposition brief and review/analyze related materials |
| 2/13/2012 | KCM | 555.00 | 0.10 | (Split among four clients) plan/prepare for status conference and communicate with co-appellees (.4). |
| 2/13/2012 | JPW | 555.00 | 4.30 | Draft opposition to motion for reconsideration (3.2); meet with SJD re cite check (.1); meet with KCM re insert (.2); e-mails re motion for reconsideration (.3); revise draft opposition (.5) |
| 2/13/2012 | SJD | 225.00 | 1.30 | Cite check and edit motion for reconsideration per KCM. |
| 2/13/2012 | KGH | 255.00 | 1.10 | Fill in missing cites for motion to reconsider brief. |
| 2/14/2012 | SJD | 225.00 | 1.10 | Cite check and edit motion for reconsideration per KCM. |
| 2/14/2012 | JPW | 555.00 | 4.30 | Meet with PVNL and KCM re brief (1.6); revise draft opposition (2.3); meet with KCM re opposition (.4) |
| 2/14/2012 | KCM | 555.00 | 0.90 | (Split among four clients) Review/analyze materials for status conference (3.2); plan/prepare for and attend telephone conference with co-appellees (.6) |
| 2/14/2012 | ZDO | 210.00 | 3.40 | At request of KCM, obtain and prepare copies of Garlock and Plan Proponent briefs before district court (2.0); supplement with confirmation briefs in bankruptcy case (1.0); assemble as binder (.4). |

| | | | | |
|---|---|---|---|---|
| 2/15/2012 | KCM | 555.00 | 0.20 | (Split among four clients) plan/prepare for and attend telephonic status conference (.4); communicate with co-appellees re appeal issues (.4). |
| 2/15/2012 | KCM | 555.00 | 5.10 | Draft/revise response brief and review/analyze related materials |
| 2/15/2012 | KGH | 255.00 | 0.40 | Fill in missing cites. |
| 2/16/2012 | KCM | 555.00 | 4.60 | Draft/revise opposition brief and review/analyze related briefs, cases and materials (2.9); review/edit chart of Garlock TDP arguments and review/analyze related briefs and materials (1.7) |
| 2/16/2012 | KGH | 255.00 | 2.40 | Review court opinions for certain arguments. |
| 2/17/2012 | KCM | 555.00 | 2.50 | Meet with JPW re brief (.4); review/edit draft of response to motion for reargument and review/analyze related materials (1.7); communicate with TWS and PVNL re reargument issues and review/analyze related documents (.4) |
| 2/17/2012 | TWS | 735.00 | 0.60 | E-mails to/from PVNL re brief in opposition to Garlock motion for reargument (.2); note to PVNL re opposition to motion for reargument (.4) |
| 2/17/2012 | JPW | 555.00 | 2.10 | Review and revise Grace brief (1.1); e-mails re Grace brief (.6); meet with KCM re Grace brief (.4) |
| 2/19/2012 | PVL | 935.00 | 0.90 | Work on resp. to Garlock reh. motion (.8); teleconference KCM (.1) |
| 2/19/2012 | TEP | 380.00 | 2.80 | Prepare and edit insert re: brief on motion re re-argument (2.3); confer with KCM re: same (.5). |
| 2/19/2012 | KCM | 555.00 | 3.60 | Draft/revise brief and review/analyze related briefs and materials (3.1); communicate with TEP re revisions to brief (.5) |
| 2/20/2012 | KCM | 555.00 | 1.10 | Review/analyze revised brief and related materials (.4); plan/prepare for and attend telephone conference among plan proponents (.5); communicate with PVNL and TWS re conference call and brief (.2). |
| 2/20/2012 | TEP | 380.00 | 1.30 | Prepare insert re: brief on motion re re-argument (.8); attend conference call re same (.5). |
| 2/20/2012 | PVL | 935.00 | 0.30 | Rv revised drafts of resp. to Garlock reh. pet'n |

| 2/21/2012 | PVL | 935.00 | 0.40 | Rv revised resp. to Garlock and exhs. |
| 2/21/2012 | KCM | 555.00 | 0.30 | Review un-filed opposition brief and related correspondence |
| 2/23/2012 | KCM | 555.00 | 0.40 | Review proposed motion and related rules and correspondence |
| 2/24/2012 | ZDO | 210.00 | 3.10 | At request of KCM, review Grace appellate documents (1.1); assemble information regarding post-trial and appellate motions and briefs (2.0). |
| 2/27/2012 | KCM | 555.00 | 1.60 | Review Garlock motion for stay and related documents |
| 2/27/2012 | TEP | 380.00 | 0.60 | Review brief re: motion to stay. |
| 2/28/2012 | TEP | 380.00 | 1.40 | Review brief re: motion to stay. |
| 2/28/2012 | SJD | 225.00 | 1.10 | Perform research per KCM. |
| 2/29/2012 | PVL | 935.00 | 0.30 | Rv Grace 2/12 8-K (.3) |

**Total Task Code .16**          **153.80**

## Plan & Disclosure Statement (137.40 Hours; $ 106,007.00)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 18.00 | $1,000 | 18,000.00 |
| Peter Van N. Lockwood | 66.60 | $935 | 62,271.00 |
| Ann C. McMillan | 12.10 | $645 | 7,804.50 |
| Jeffrey A. Liesemer | 1.90 | $555 | 1,054.50 |
| Kevin C. Maclay | 12.90 | $555 | 7,159.50 |
| Andrew J. Sackett | 11.40 | $380 | 4,332.00 |
| Todd E. Phillips | 13.60 | $380 | 5,168.00 |
| Kate G. Henningsen | .50 | $255 | 127.50 |
| Sandy M. Saint-Cyr | .40 | $225 | 90.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 1/3/2012 | EI | 1,000.00 | 0.10 | Telephone conference ACM re: Zonolite claim (.1). |
| 1/3/2012 | ACM | 645.00 | 0.10 | Teleconference EI re Zonolite claim issues. |

| 1/4/2012 | EI | 1,000.00 | 1.00 | Reviewed file re: Libby, etc. to prepare for mediation (1.0). |
| 1/5/2012 | EI | 1,000.00 | 3.50 | Reviewed Libby, etc. materials (1.0); conference call Grace and FCR to prepare for mediation (2.0); conference call Grace and FCR with McGovern (.5). |
| 1/5/2012 | PVL | 935.00 | 4.30 | Prepare for mtg w/Shelnitz et al (.3); cn Shelnitz, Finke, Donley, Paul, Baer, Frankel, Wyron, and EI (3.0); tcn Shelnitz, McGovern et al (1.) |
| 1/5/2012 | ACM | 645.00 | 0.10 | Send e-mail to M. Peterson re Zonolite claims. |
| 1/6/2012 | PVL | 935.00 | 0.40 | Tcn Donley et al (.2); rv revised Libby TS (.2) |
| 1/6/2012 | EI | 1,000.00 | 0.20 | Telephone conference with debtor and FCR re: status of LIbby talks (.2). |
| 1/6/2012 | TEP | 380.00 | 1.10 | Legal research re: 2019 appeal (0.8); confer with KCM re: same (0.3). |
| 1/7/2012 | TEP | 380.00 | 1.80 | Legal research re: 2019 appeal (1.6); confer with KCM re: same (0.2). |
| 1/8/2012 | TEP | 380.00 | 2.10 | Legal research re: 2019 appellate brief (1.6); confer with KCM re: same (0.5). |
| 1/9/2012 | TEP | 380.00 | 1.90 | Legal research re: 2019 appellate brief (1.7); confer with KCM re: same (0.2). |
| 1/9/2012 | EI | 1,000.00 | 8.00 | Libby mediation (8.0). |
| 1/9/2012 | PVL | 935.00 | 10.40 | Attend mediation with McGovern et al |
| 1/9/2012 | SMS | 225.00 | 0.40 | Search and retrieve order document for RCT (.4). |
| 1/10/2012 | ACM | 645.00 | 0.20 | Teleconference EI re Zonolite claims (.1); exchange e-mails with M. Peterson re same (.1). |
| 1/10/2012 | JAL | 555.00 | 0.30 | Confer w/PVNL re: mediation. |
| 1/10/2012 | JAL | 555.00 | 0.20 | Reviewed e-mail from EI re: mediation. |
| 1/10/2012 | PVL | 935.00 | 1.10 | Rv emails and reply (.4); rv EI memo and teleconference EI re same (.3); rv revised Libby TS and email comments (.2); teleconference EI (.1); email Shelnitz et al (.1) |

| | | | | |
|---|---|---|---|---|
| 1/10/2012 | EI | 1,000.00 | 1.30 | Memo to Committee and telephone conference with PVNL re: same (1.0); status inquiry to R. Horkovich (.1); telephone conference with PVNL and memo re: Judge Buckwalter (.2). |
| 1/10/2012 | TEP | 380.00 | 1.70 | Legal research re: 2019 appellate brief (1.5); confer with KCM re: same (0.2). |
| 1/11/2012 | TEP | 380.00 | 0.90 | Legal research re: 2019 appellate brief (0.7); prepare brief; confer with KCM re: same (0.2). |
| 1/11/2012 | EI | 1,000.00 | 0.50 | Telephone conference with Grace and FR re: status (.5). |
| 1/11/2012 | PVL | 935.00 | 1.40 | Tcn Shelnitz, Finke, Donley, Paul, Baer, Frankel, Wyron & EI (.8); rv insurer/Libby TS (.1); rv BNSF/Libby TS (.2); teleconference EI (.3) |
| 1/12/2012 | TEP | 380.00 | 0.30 | Prepare and edit appellate brief (0.2); confer with KGH re: same (0.1). |
| 1/14/2012 | PVL | 935.00 | 0.20 | Rv emails and reply |
| 1/16/2012 | PVL | 935.00 | 0.80 | Rv emails and reply (.3); rv draft BNSF agmt. (.5) |
| 1/17/2012 | PVL | 935.00 | 2.20 | Teleconference Donley, (1.0); teleconference EI (.2); rv emails and reply (.3); rv BNSF agmt (.1); tcn Frankel & Wyron (.5); rv Giannotto ltr (.1) |
| 1/17/2012 | KGH | 255.00 | 0.40 | Evaluate filed copies of 2019 appeal brief. |
| 1/18/2012 | PVL | 935.00 | 0.10 | Rv email and reply |
| 1/18/2012 | EI | 1,000.00 | 0.10 | Read Sinclair memo (.1). |
| 1/19/2012 | EI | 1,000.00 | 0.30 | Telephone conference with PVNL re: Buckwalter call (.2); memo R. Horkovich re: insurance issue (.1). |
| 1/19/2012 | PVL | 935.00 | 1.40 | Rv emails and reply (.2); tcn J. Buchwalter et al (.4); teleconference EI (.2); teleconference Wyron (.6) |
| 1/20/2012 | PVL | 935.00 | 0.50 | Rv emails and reply (.3); email Wyron (.2) |
| 1/22/2012 | PVL | 935.00 | 1.20 | Rv draft Libby/BNSF/Insurer agmt. |
| 1/23/2012 | PVL | 935.00 | 2.00 | Rv BNSF/Libby agmt (.1); telephone conference Donley (.1); teleconference Wyron (1.0); |

| | | | | teleconference EI (.3); rv Libby/CNA agmt (.4); rv emails and reply (.1) |
|---|---|---|---|---|
| 1/23/2012 | EI | 1,000.00 | 0.70 | Telephone conference with PVNL re: Judge Buckwalter call (.5); prepare for call (.2). |
| 1/24/2012 | EI | 1,000.00 | 1.00 | Telephone conferences with PVNL re: Judge Buckwalter calls (.5); memo to Committee (.5). |
| 1/24/2012 | JAL | 555.00 | 0.10 | Reviewed e-mail from EI re: potential plan-related settlements. |
| 1/24/2012 | PVL | 935.00 | 2.70 | Tcn Shelnitz, Finke, Donley, Paul, Baer, Frankel & Wyron (1.2); teleconferences EI (.8); teleconference Brickley (.1); tcn J. Buchwalter et al (.6) |
| 1/24/2012 | AJS | 380.00 | 1.00 | Legal research re withdrawal of court filings (0.3); review of briefs re Rule 2019 appeal (0.2); prep of memo to committee re Rule 2019 orders (0.4); prep of email to KCM re memo to committee re Rule 2019 orders; review of email from KCM re same; phone call w/ KCM re same; meeting w/ KCM re same (0.1). |
| 1/25/2012 | PVL | 935.00 | 0.10 | Rv emails and reply |
| 1/26/2012 | EI | 1,000.00 | 0.10 | Telephone conference with PVNL re: Buckwalter (.1). |
| 1/27/2012 | AJS | 380.00 | 0.60 | Prep of memo re revised rule 2019 (0.1); prep of email to ACC re memo re revised rule 2019 (0.2); review of emails from ACC members re memo re revised rule 2019 (0.3). |
| 1/27/2012 | TEP | 380.00 | 0.10 | Review Garlock reply briefing. |
| 1/27/2012 | ACM | 645.00 | 0.60 | Teleconference TWS re M. Cascino request for Committee consent to document disclosure (.1); teleconference EI re same (.1); teleconference EI, TWS re same (.2); teleconference NDF re same (.2). |
| 1/27/2012 | EI | 1,000.00 | 0.10 | Telephone conference with ACM re: Cascino issues (.1). |
| 1/30/2012 | TEP | 380.00 | 0.30 | Review Garlock reply briefing. |
| 1/30/2012 | PVL | 935.00 | 0.40 | Rv drafts of Grace and Libby press releases and emails re same |

| | | | | |
|---|---|---|---|---|
| 1/31/2012 | PVL | 935.00 | 5.30 | Rv emails and reply (.2); rv D. Ct. conf. op. (4.3); tcn Shelnitz, Donley, Baer, Frankel, Bentley et al (.6); cn ACM (.2) |
| 1/31/2012 | JAL | 555.00 | 0.50 | Review and analysis of district court's decision re: settlement and confirmation. |
| 1/31/2012 | AJS | 380.00 | 0.30 | Review of email from PVNL re district court decision (0.1); review of district court decision (0.2). |
| 1/31/2012 | ACM | 645.00 | 2.60 | Conferences PVNL re District Court opinion (.3); draft memo to Committee re same (.7); teleconference M. Cascino re document request (.2); review opinion (1.4). |
| 2/1/2012 | PVL | 935.00 | 0.10 | Rv emails and reply |
| 2/1/2012 | JAL | 555.00 | 0.50 | Review and analysis of District Court confirmation decision. |
| 2/3/2012 | PVL | 935.00 | 0.50 | Rv revised draft BNSF agmt (.3); teleconference Brown (.2) |
| 2/4/2012 | PVL | 935.00 | 1.00 | Rv Garlock reh. pet'n (.2); rv Buckwalter opinion (.8) |
| 2/7/2012 | PVL | 935.00 | 2.40 | Rv draft Libby/Grace approval order and emails re same (.4); tcn Shelnitz, Finke, Donley, Paul, Landau, Esayian, Frankel, Wyron et al (1.9); rv emails (.1) |
| 2/8/2012 | PVL | 935.00 | 0.80 | Rv emails and reply (.7); rv revised Libby order (.1) |
| 2/8/2012 | ACM | 645.00 | 0.50 | Send e-mail to B. Stansbury re M. Cascino request (.1); exchange e-mails with M. Cascino re same (.1); teleconference R. Horkovich re timing issues re formation of trust (.3). |
| 2/9/2012 | ACM | 645.00 | 0.10 | Send e-mail to Trustee nominees re Plan confirmation. |
| 2/9/2012 | PVL | 935.00 | 0.10 | Rv emails |
| 2/10/2012 | ACM | 645.00 | 0.80 | Teleconference D. Trafelet re trust formation (.1); teleconference B. Stansbury re M. Cascino request (.1); teleconferences JPW re same (.3); review e-mails re same (.3). |
| 2/10/2012 | PVL | 935.00 | 1.60 | Rv emails (.3); rv revised draft motion re opinion (.1); tcn Donley, Paul, Frankel, Wyron, JPW et al |

| | | | | |
|---|---|---|---|---|
| | | | | (.7); rv draft motion and order and emails re same (.5) |
| 2/12/2012 | PVL | 935.00 | 0.40 | Rv emails (.3); rv draft Libby order (.1) |
| 2/13/2012 | PVL | 935.00 | 1.10 | Tcn Shelnitz, Finke, Donley et al (.5); rv emails and reply (.3); rv revised Sealed Air motion (.1); rv BNSF motion (.1); rv draft resp. to Garlock reh. motion (.1) |
| 2/13/2012 | ACM | 645.00 | 1.30 | Exchange e-mails with A. Harper re payment percentage (.3); teleconference A. Harper re 2019 issue (.3); exchange e-mails with PVNL, KCM, A. Harper re same (.7). |
| 2/13/2012 | AJS | 380.00 | 0.10 | Review of emails from ACM and PVNL re Rule 2019 motions. |
| 2/14/2012 | ACM | 645.00 | 1.00 | Draft memo to Committee re proposed disclosure of estimation proceeding information (.9); send e-mail to M. Cascino re same (.1). |
| 2/14/2012 | KGH | 255.00 | 0.10 | Conference call re 9-case appeal. |
| 2/14/2012 | PVL | 935.00 | 2.80 | Rv Donley email and reply (.1); work on draft response to Garlock (1.0); cn JPW and KCM re brief (1.5); cn KCM (.2) |
| 2/15/2012 | PVL | 935.00 | 0.80 | Rv emails and reply (.2); rv draft resp. to Garlock motion and email comments (.6) |
| 2/15/2012 | ACM | 645.00 | 0.10 | Exchange e-mails with Committee members re proposed disclosure. |
| 2/16/2012 | TEP | 380.00 | 0.60 | Prepare materials re: motion re re-argument (.5); confer with KCM re: same (.1). |
| 2/16/2012 | PVL | 935.00 | 0.80 | Rv email re order and reply (.1); cn KCM re resp. to Garlock (.7) |
| 2/17/2012 | ACM | 645.00 | 0.70 | Exchange e-mails with M. Cascino and B. Stansburg re document disclosure issue. |
| 2/18/2012 | PVL | 935.00 | 0.10 | Rv emails |
| 2/22/2012 | PVL | 935.00 | 0.10 | Rv emails |
| 2/23/2012 | EI | 1,000.00 | 0.20 | Telephone call to R. Horkovich re: Allstate (.2). |

| | | | | |
|---|---|---|---|---|
| 2/24/2012 | PVL | 935.00 | 0.20 | Rv CA3 orders (.1); rv emails and reply (.1) |
| 2/26/2012 | PVL | 935.00 | 0.20 | Rv emails and reply |
| 2/27/2012 | PVL | 935.00 | 0.50 | Tcn Donley, Paul, Frankel & Wyron (.4); rv emails (.1) |
| 2/27/2012 | JAL | 555.00 | 0.10 | Review of Libby Claimants' response to Sealed Air's motion to alter or amend. |
| 2/28/2012 | PVL | 935.00 | 0.60 | Tcn Shelnitz, Donley, Paul, Frankel & Wyron |
| 2/29/2012 | PVL | 935.00 | 1.10 | Rv emails (.3); rv draft revised Libby/Grace approval order and emails re same (.2); rv revised draft Grace/BNSF agmt. and email comments re same (.2); rv Garlock stay motion (.4). |
| 3/1/2012 | PVL | 935.00 | 0.30 | Rv emails and reply |
| 3/1/2012 | ACM | 645.00 | 0.20 | Teleconferences Grace claimants re status of case (.1); exchange e-mailswith PVNL re same (.1). |
| 3/2/2012 | TEP | 380.00 | 2.80 | Legal research re: motion to stay (2.6); confer with KCM re: same (.2). |
| 3/2/2012 | PVL | 935.00 | 0.20 | Cn KCM |
| 3/2/2012 | KCM | 555.00 | 4.40 | Meet with TEP re stay issue (.2); review Garlock's stay papers and related materials (2.2); review/edit outline of response to stay motion and review/analyze related materials (.4); review cases and materials re stay issues (1.6) |
| 3/3/2012 | KCM | 555.00 | 1.30 | Review/analyze Garlock reply brief and related materials |
| 3/4/2012 | KCM | 555.00 | 0.20 | Review/analyze correspondence re reply and stay briefs |
| 3/4/2012 | PVL | 935.00 | 1.10 | Rv draft Libby/BNSF settlement approval motion and email comments (.4); rv Garlock reply re reh. and email Donley et al (.4); rv revised draft BNSF agmt (.3) |
| 3/5/2012 | PVL | 935.00 | 1.90 | Tcn Donley, Paul, Frankel, Wyron et al (1.6); cn ACM (.3) |

| 3/5/2012 | AJS | 380.00 | 0.20 | Prep and review of emails to and from ACM re plan research (0.1); meeting w/ ACM re plan research (0.1). |
| 3/5/2012 | ACM | 645.00 | 0.80 | Exchange e-mails with AJS, K. Henningson re research project (.3); conference PVNL re same (.5). |
| 3/5/2012 | KCM | 555.00 | 2.10 | Plan/prepare for stay response and review/analyze related briefs, cases and materials |
| 3/6/2012 | ACM | 645.00 | 0.40 | Research re cases in which equity holders retained equity. |
| 3/6/2012 | AJS | 380.00 | 2.90 | Prep and review of emails re research re confirmed plans (0.5); legal research re confirmed plans (2.4). |
| 3/6/2012 | PVL | 935.00 | 0.20 | Rv revised draft BNSF agmt and emails re same |
| 3/7/2012 | PVL | 935.00 | 0.10 | Rv emails & reply |
| 3/7/2012 | AJS | 380.00 | 5.10 | Review of email from ACM re research re confirmed plans (0.1); prep of email to ACM re research re confirmed plans (0.1); research re confirmed plans (3.6); prep of email to Donley re confirmed plans (0.2); prep and review of emails to and from ACM re confirmed plans (0.3); phone call w/ ACM re confirmed plans (0.1); review of email from PVNL re confirmed plans (0.1); review of emails from Donnelly re confirmed plans (0.1); prep of memo re confirmed plans (0.5). |
| 3/7/2012 | ACM | 645.00 | 1.30 | Teleconference AJS re cases in which equity holders retained equity and research re same. |
| 3/8/2012 | ACM | 645.00 | 0.90 | Exchange e-mails with AJS, PVNL re payment percentage calculation issues (.3); exchange e-mails with PVNL, M. Jones re Committee members' identifies and review materials re same (.6). |
| 3/8/2012 | AJS | 380.00 | 1.20 | Review of emails from Paul and Donley re previous plans (0.1); review of emails from PVNL and ACM re previous plans (0.1); review of emails from ACM re previous plans (0.1); review of email from Donley re previous plans (0.1); phone call w/ ACM re previous plans (0.1); phone call w/ ACM re previous plans (0.1); meeting w/ JPW re previous plans (0.2); phone call w/ Paul re previous plans (0.1); prep of email to PVNL re previous plans (0.1); review of |

| | | | | email from PVNL re previous plans (0.1); prep of email to Paul re previous plans (0.1). |
|---|---|---|---|---|
| 3/8/2012 | PVL | 935.00 | 0.40 | Rv emails & reply (.2); rv revised draft Libby/BNSF approval order (.2) |
| 3/9/2012 | PVL | 935.00 | 0.50 | Rv emails and reply (.3); re draft surreply to Garlock (.2) |
| 3/9/2012 | KCM | 555.00 | 2.10 | Review/analyze sur-reply and related materials and communicate with PVNL re same |
| 3/10/2012 | JAL | 555.00 | 0.20 | Review and analysis of materials relating to plan issues. |
| 3/12/2012 | PVL | 935.00 | 0.80 | Teleconference Wyron (.4); rv draft ltr to Dalleo (.1); rv complaint in Nat'l Indem. v. Montana (.3) |
| 3/13/2012 | PVL | 935.00 | 1.10 | Tcn Shelnitz, Finke, Donley, Paul, Frankel & Wyron (1.0); rv emails (.1) |
| 3/14/2012 | PVL | 935.00 | 1.00 | Rv draft stay oppo. and email comments (.6); rv draft ltr to Montana and email comments (.4) |
| 3/14/2012 | EI | 1,000.00 | 0.20 | Read R. Wyron Montana materials and telephone conference with PVNL re: same (.2). |
| 3/14/2012 | KCM | 555.00 | 1.50 | Review/analyze stay opposition and related materials |
| 3/15/2012 | KCM | 555.00 | 1.20 | Review/analyze stay motion response and related materials |
| 3/15/2012 | EI | 1,000.00 | 0.60 | Telephone conference with R. Frankel, R. Wyron and PVNL re: Montana matters (.6). |
| 3/15/2012 | PVL | 935.00 | 1.10 | Rv emails (.1); tcn Frankel, Wyron & EI (.5); rv revised BNSF agmt (.2); rv revised stay oppo. and email comments (.3) |
| 3/16/2012 | PVL | 935.00 | 1.00 | Rv Libby/BNSF and Libby/Insurer revised draft agmts. |
| 3/18/2012 | PVL | 935.00 | 0.40 | Rv Garlock motion to strike and Donley email re same |
| 3/19/2012 | EI | 1,000.00 | 0.10 | Status inquiry with R. Horkovich (.1). |

| 3/19/2012 | PVL | 935.00 | 1.00 | Rv emails & reply (.1); rv revised BNSF/Grace agmt. (.1); rv Canada summary of appeal (.1); tcn Paul, Phillips, Cohn, Giannotto, Frankel & Wyron (.5); teleconference Wyron (.2) |
|---|---|---|---|---|
| 3/20/2012 | PVL | 935.00 | 0.30 | Rv BNSF/Libby/Insurer revised draft agmt |
| 3/21/2012 | PVL | 935.00 | 0.30 | Rv revised draft BNSF/Libby/Insurer agmt. |
| 3/22/2012 | ACM | 645.00 | 0.40 | Conference PVNL re status of case (.3); send e-mail to C. Skubic re same (.1). |
| 3/23/2012 | PVL | 935.00 | 1.50 | Tcn Paul, Phillips, Giannotto, Cohn, Frankel & Wyron (.8); rv revised draft Libby/BNSF/Insurer agmts (.5); rv emails (.2) |
| 3/25/2012 | PVL | 935.00 | 0.40 | Rv emails & reply (.1); rv revised drafts of Libby/Grace settlement approval motion & order (.3) |
| 3/26/2012 | PVL | 935.00 | 0.90 | Rv emails (.1); tcn Paul, Frankel, Wyron, Phillips, Giannotto & Cohn (.5); rv revised Grace/BNSF agmt (.1); rv Garlock stay reply (.2) |
| 3/26/2012 | KCM | 555.00 | 0.10 | Review Grace order |
| 3/27/2012 | PVL | 935.00 | 1.60 | Tcn Shelnitz, Finke, Donley, Paul, Frankel, Wyron et al (.7); rv emails (.2); rv Grace app. discl. stmt. (.1); rv revised draft Libby/BNSF/Insurer agmts. (.6) |
| 3/29/2012 | PVL | 935.00 | 0.30 | Rv revised draft Libby/BNSF approval motion and order |
| 3/30/2012 | PVL | 935.00 | 0.50 | Teleconference with Paul, et al. |

**Total Task Code .17**      **137.40**

**Travel Non Working (8.60 Hours; $ 4,020.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 8.60 | $467.50 | 4,020.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 1/5/2012 | PVL | 467.50 | 0.40 | To and from K&E office |

| 1/8/2012 | PVL | 467.50 | 4.20 | To NYC for mediation |
| 1/9/2012 | PVL | 467.50 | 4.00 | Return to DC (3.5); to Goodwin Procter (.5) |

**Total Task Code .21**        **8.60**

<u>Other Charges</u>:

| | |
|---|---|
| Air Freight & Express Mail | $34.45 |
| Air & Train Transportation | $388.00 |
| Meals Related to Travel | $5.00 |
| Travel Expenses - Hotel Charges | $289.23 |
| Travel Expenses - Ground Transportation | $53.50 |
| Local Transporation – NY | $75.40 |
| Pacer - Database Charges | $25.52 |
| Database Research | $2,805.12 |
| Xeroxing | $54.40 |
| Long Distance-Equitrac In-House | $13.88 |
| **Total** | **$3,744.50** |