**EXHIBIT B**

**Business Operations (.10 Hours; $ 93.50)**

      Services rendered in this category pertain to effort to analyze and recover the Debtors' assets for the benefit of the estate.

**Total Task Code .03**          .10

**Case Administration (5.90 Hours; $ 4,226.50)**

      Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**          5.90

**Claims analysis Objection & Resolution (Asbestos) (.60 Hours; $ 561.00)**

      Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .05**          .60

**Committee, Creditors', Noteholders' or Equity Holders' (.60 Hours; $ 600.00)**

      Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07**          .60

**Employee Benefits/Pension (.10 Hours; $ 93.50)**

      Services rendered in this category include the Debtors' benefits and severance programs and other issues relating to the Debtors' employees.

**Total Task Code .08**          .10

- 2 -

**Fee Applications, Applicant (44.50 Hours; $ 19,420.50)**

    Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications.

**Total Task Code .12        44.50**


**Litigation and Litigation Consulting (153.80 Hours; $ 72,927.50)**

    Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from automatic stay.

**Total Task Code .16        153.80**


**Plan & Disclosure Statement (137.40 Hours; $ 106,007.00)**

    Services rendered in this category pertain to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17        137.40**


**Travel (8.60 Hours; $ 4,020.50)**

    Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21        8.60**