## **EXHIBIT C**

<u>Other Charges</u>:

| | |
|---|---|
| Air Freight & Express Mail | $34.45 |
| Air & Train Transportation | $388.00 |
| Meals Related to Travel | $5.00 |
| Travel Expenses - Hotel Charges | $289.23 |
| Travel Expenses - Ground Transportation | $53.50 |
| Local Transporation – NY | $75.40 |
| Pacer - Database Charges | $25.52 |
| Database Research | $2,805.12 |
| Xeroxing | $54.40 |
| Long Distance-Equitrac In-House | $13.88 |
| **Total** | **$3,744.50** |

```
Client Number:   4642          Grace Asbestos Personal Injury Claimants                                    Page: 1
Matter      000                Disbursements                                                               2/16/2012

                                                                                       Print Date/Time: 02/16/2012  5:36:49PM
Attn:
                                                                                                           Invoice #
                                          PREBILL / CONTROL  REPORT


                                                                  Trans Date Range:  1/1/1950  to: 1/31/2012

Matter      000
Disbursements

Bill Cycle:    Monthly          Style:        i1       Start:   4/16/2001   Last Billed :   1/19/2012        13,655
                                $4,806.34
Client Retainers Available                Committed to Invoices:       $0.00        Remaining:      $4,806.34


                                                   $3,923,667.50
                              Total Expenses Billed To Date     Billing Empl:        0120    Elihu  Inselbuch
                                                                Responsible Empl:    0120    Elihu  Inselbuch
                                                                Alternate Empl:      0120    Elihu  Inselbuch
                                                                Originating Empl:    0120    Elihu  Inselbuch
```

**Summary by Employee**

|  |  |  | --------- A C T U A L ---------- |  | --------- B I L L I N G--------- |  |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0020 | PVL | Peter Van N Lockwood | 0.00 | 949.73 | 0.00 | 735.73 |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 75.40 | 0.00 | 75.40 |
| 0236 | BAW | Beverly A Taylor | 0.00 | 16.80 | 0.00 | 16.80 |
| 0237 | SRB | Sidney R Barnes | 0.00 | 10.20 | 0.00 | 10.20 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 2,201.95 | 0.00 | 2,201.95 |
| **Total Fees** |  |  | **0.00** | **3,254.08** | **0.00** | **3,040.08** |

**Detail Time / Expense by Date**

|  |  |  |  |  | --------- A C T U A L ---------- |  |  | --------- B I L L I N G--------- |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 2797257 | Equitrac - Long Distance to 12123199240 | E | 01/05/2012 | C&D 0999 |  | 0.00 | $0.04 |  | 0.00 | $0.04 | 0.04 |
| 2799994 | Equitrac - Long Distance to 12123199240 | E | 01/10/2012 | C&D 0999 |  | 0.00 | $0.28 |  | 0.00 | $0.28 | 0.32 |
| 2800280 | Equitrac - Long Distance to 13128622068 | E | 01/17/2012 | C&D 0999 |  | 0.00 | $3.96 |  | 0.00 | $3.96 | 4.28 |

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 2/16/2012 |

Print Date/Time: 02/16/2012 5:36:49PM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2799131 | Peter Van N. Lockwood -Hotel Elysee 1-Night Lodging while on travel to/from NY, 1/8/12 - 1/9/12 | E | 01/17/2012 | 0020 | PVL | 0.00 | $289.23 | 0.00 | $289.23 | 293.51 |
| 2800336 | Petty Cash -Parking at DC Union Station and Cab & Local Subway Fare while on travel to/from NY, 1/8/12 - 1/9/12  (PVNL) | E | 01/19/2012 | 0020 | PVL | 0.00 | $53.50 | 0.00 | $53.50 | 347.01 |
| 2800337 | Petty Cash -Meal while on travel to/from NY, 1/8/12 - 1/9/12  (PVNL) | E | 01/19/2012 | 0020 | PVL | 0.00 | $5.00 | 0.00 | $5.00 | 352.01 |
| 2802661 | Equitrac - Long Distance to 12123199240 | E | 01/22/2012 | 0999 | C&D | 0.00 | $0.68 | 0.00 | $0.68 | 352.69 |
| 2802796 | Equitrac - Long Distance to 12123197125 | E | 01/23/2012 | 0999 | C&D | 0.00 | $2.48 | 0.00 | $2.48 | 355.17 |
| 2803123 | Equitrac - Long Distance to 12123199240 | E | 01/24/2012 | 0999 | C&D | 0.00 | $1.32 | 0.00 | $1.32 | 356.49 |
| 2803155 | Elite Limousine Plus Inc. -Car Svc. to 200 E. 57th St in NY, 1/9/12  (EI) | E | 01/24/2012 | 0120 | EI | 0.00 | $75.40 | 0.00 | $75.40 | 431.89 |
| 2803210 | Pacer Service Center -Database Research Svc., 10/1/11 - 12/31/11 | E | 01/26/2012 | 0999 | C&D | 0.00 | $25.52 | 0.00 | $25.52 | 457.41 |
| 2803227 | Business Card -ADA Travel Svc., re: Agent Fee for First Class Train Fare to/from NY, 1/5/12  (PVNL; Coach $355.00) | E | 01/26/2012 | 0020 | PVL | 0.00 | $40.00 | 0.00 | $40.00 | 497.41 |
| 2803228 | Business Card -ADA Travel Svc., re: Agent Fee for First Class Train Fare to/from NY, 1/8/12 - 1/9/12  (PVNL; Coach $308.00) | E | 01/26/2012 | 0020 | PVL | 0.00 | $40.00 | 0.00 | $40.00 | 537.41 |
| 2803229 | Business Card -ADA Travel Svc., re: First Class Train Fare to/from NY, 1/8/12 - 1/9/12  (PVNL; Coach $308.00) | E | 01/26/2012 | 0020 | PVL | 0.00 | $522.00 | 0.00 | $308.00 | 845.41 |
| 2803780 | Equitrac - Long Distance to 12125889686 | E | 01/29/2012 | 0999 | C&D | 0.00 | $0.88 | 0.00 | $0.88 | 846.29 |
| 2805854 | Photocopy | E | 01/31/2012 | 0237 | SRB | 0.00 | $10.20 | 0.00 | $10.20 | 856.49 |

| Client Number: | 4642 | | | | | Grace Asbestos Personal Injury Claimants | | | | | Page: 1 |
| Matter | 000 | | | Disbursements | | | | | | | 2/16/2012 |

Print Date/Time: 02/16/2012 5:36:49PM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2805885 | Photocopy | | E | 01/31/2012 | 0236 | BAW | 0.00 | $6.60 | 0.00 | $6.60 | 863.09 |
| 2805886 | Photocopy | | E | 01/31/2012 | 0236 | BAW | 0.00 | $10.20 | 0.00 | $10.20 | 873.29 |
| 2806107 | Equitrac - Long Distance to 13129440600 | | E | 01/31/2012 | 0999 | C&D | 0.00 | $0.48 | 0.00 | $0.48 | 873.77 |
| 2809020 | Database Research - Lexis - January, 2012 | | E | 01/31/2012 | 0999 | C&D | 0.00 | $9.85 | 0.00 | $9.85 | 883.62 |
| 2809144 | Database Research - Westlaw - TEP Jan 7-11, 2012 | | E | 01/31/2012 | 0999 | C&D | 0.00 | $1,957.56 | 0.00 | $1,957.56 | 2,841.18 |
| 2809176 | Database Research - Westlaw - AJS Jan 8-10, 2012 (Split Between 4 clients) | | E | 01/31/2012 | 0999 | C&D | 0.00 | $198.90 | 0.00 | $198.90 | 3,040.08 |

**Total Expenses**                                                       $3,254.08                           $3,040.08
                                                                    0.00                            0.00
                          Matter Total Fees                               0.00                              0.00
                          Matter Total Expenses                        3,254.08                          3,040.08
                          Matter Total                         0.00    3,254.08          0.00            3,040.08

                          Prebill Total Fees
                          Prebill Total Expenses                        $3,254.08                         $3,040.08
                          Prebill Total                        0.00     $3,254.08         0.00            $3,040.08

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 74,007 | 04/22/2010 | 55,577.50 | 137.53 |
| 83,038 | 08/22/2011 | 31,495.00 | 6,299.00 |
| 83,360 | 09/26/2011 | 32,416.50 | 6,483.30 |
| 83,859 | 10/20/2011 | 13,292.00 | 2,699.80 |
| 84,500 | 11/22/2011 | 16,063.50 | 3,212.70 |
| 84,967 | 12/14/2011 | 44,261.00 | 8,852.21 |
| 85,603 | 01/19/2012 | 48,320.51 | 48,320.51 |
| | | 241,426.01 | 76,005.05 |

| | | |
|---|---|---|
| **Client Number:   4642** | **Grace Asbestos Personal Injury Claimants** | Page: 1 |
| **Matter       000** | **Disbursements** | 2/16/2012 |

Print Date/Time: 02/16/2012  5:36:49PM

Attn:

Invoice #

## PREBILL / CONTROL  REPORT

Trans Date Range:  1/1/1950  to: 2/29/2012

**Matter       000**
**Disbursements**

| Bill Cycle: | Monthly | Style: | i1 | Start: | 4/16/2001 | Last Billed : | 2/16/2012 | 13,655 |

| | $4,806.34 | | | | | |
|---|---|---|---|---|---|---|
| Client Retainers Available | | Committed to Invoices: | $0.00 | Remaining: | $4,806.34 |

$3,926,707.58
Total Expenses Billed To Date

| | | |
|---|---|---|
| Billing Empl: | 0120 | Elihu  Inselbuch |
| Responsible Empl: | 0120 | Elihu  Inselbuch |
| Alternate Empl: | 0120 | Elihu  Inselbuch |
| Originating Empl: | 0120 | Elihu  Inselbuch |

**Summary   by Employee**

| | | | ---------- A C T U A L ---------- | | ---------- B I L L I N G--------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 25.54 | 0.00 | 25.54 |
| 0237 | SRB | Sidney R Barnes | 0.00 | 16.90 | 0.00 | 16.90 |
| 0390 | SJD | Sara Joy  DelSavio | 0.00 | 1.00 | 0.00 | 1.00 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 488.84 | 0.00 | 488.84 |
| **Total Fees** | | | **0.00** | **532.28** | **0.00** | **532.28** |

**Detail Time / Expense  by  Date**

| | | | | | ---------- A C T U A L ---------- | | | ---------- B I L L I N G--------- | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 2810777 | Equitrac - Long Distance to 12159882988 | E | 02/04/2012 | 0999  C&D | | 0.00 | $0.68 | | 0.00 | $0.68 | 0.68 |
| 2815910 | Photocopy | E | 02/06/2012 | 0237  SRB | | 0.00 | $16.90 | | 0.00 | $16.90 | 17.58 |

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 2/16/2012 |

Print Date/Time: 02/16/2012 5:36:49PM

Attn:

| | | | | | | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|
| 2810993 | Federal Express -Delivery to M.Brushwood, 1/20/12 (EI) | E | 02/07/2012 | 0120 | EI | 0.00 | $14.72 | 0.00 | $14.72 | 32.30 |
| 2811097 | Equitrac - Long Distance to 13128622068 | E | 02/08/2012 | 0999 | C&D | 0.00 | $0.56 | 0.00 | $0.56 | 32.86 |
| 2816394 | Photocopy | E | 02/15/2012 | 0390 | SJD | 0.00 | $1.00 | 0.00 | $1.00 | 33.86 |
| 2813393 | Equitrac - Long Distance to 18136261334 | E | 02/20/2012 | 0999 | C&D | 0.00 | $0.04 | 0.00 | $0.04 | 33.90 |
| 2813495 | Equitrac - Long Distance to 12123197125 | E | 02/22/2012 | 0999 | C&D | 0.00 | $2.00 | 0.00 | $2.00 | 35.90 |
| 2816585 | Photocopy | E | 02/22/2012 | 0999 | C&D | 0.00 | $9.50 | 0.00 | $9.50 | 45.40 |
| 2815472 | Federal Express -Delivery to M.Brushwood, 2/7/12 (EI) | E | 02/24/2012 | 0120 | EI | 0.00 | $10.82 | 0.00 | $10.82 | 56.22 |
| 2820818 | Database Research - Westlaw SJD 2/13-15 | E | 02/29/2012 | 0999 | C&D | 0.00 | $212.13 | 0.00 | $212.13 | 268.35 |
| 2820819 | Database Research - Westlaw TEP 2/7 | E | 02/29/2012 | 0999 | C&D | 0.00 | $54.74 | 0.00 | $54.74 | 323.09 |
| 2820820 | Database Research - Westlaw JPW 2/13 | E | 02/29/2012 | 0999 | C&D | 0.00 | $209.19 | 0.00 | $209.19 | 532.28 |

**Total Expenses**

|   |   |   |   |   |
|---|---|---|---|---|
|   |   | $532.28 |   | $532.28 |
|   | 0.00 |   | 0.00 |   |
| Matter Total Fees |   | 0.00 |   | 0.00 |
| Matter Total Expenses |   | 532.28 |   | 532.28 |
| Matter Total | 0.00 | 532.28 | 0.00 | 532.28 |
|   |   |   |   |   |
| Prebill Total Fees |   |   |   |   |
| Prebill Total Expenses |   | $532.28 |   | $532.28 |
| Prebill Total | 0.00 | $532.28 | 0.00 | $532.28 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 74,007 | 04/22/2010 | 55,577.50 | 137.53 |
| 83,038 | 08/22/2011 | 31,495.00 | 6,299.00 |
| 83,360 | 09/26/2011 | 32,416.50 | 6,483.30 |
| 83,859 | 10/20/2011 | 13,292.00 | 2,699.80 |
| 84,500 | 11/22/2011 | 16,063.50 | 3,212.70 |

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | Page: 1 |
|---|---|---|---|---|
| Matter | 000 | Disbursements | | 2/16/2012 |

Print Date/Time: 02/16/2012  5:36:49PM

Attn:

Invoice #

| 84,967 | 12/14/2011 | 44,261.00 | 8,852.21 |
| 85,603 | 01/19/2012 | 45,640.50 | 9,128.10 |
| 86,185 | 02/16/2012 | 100,714.58 | 100,714.58 |
| | | 339,460.58 | 137,527.22 |

| **Client Number:  4642** | **Grace Asbestos Personal Injury Claimants** | Page: 1 |
|---|---|---|
| **Matter   000** | **Disbursements** | 2/16/2012 |

Print Date/Time: 02/16/2012  5:36:49PM

Attn:

Invoice #

## PREBILL / CONTROL REPORT

Trans Date Range:  1/1/1950  to: 3/31/2012

**Matter   000**
**Disbursements**

| Bill Cycle: | Monthly | Style: | i1 | Start: | 4/16/2001 | Last Billed : | 3/26/2012 | 13,655 |

Client Retainers Available   $4,806.34     Committed to Invoices:   $0.00     Remaining:   $4,806.34

Total Expenses Billed To Date   $3,927,239.86

Billing Empl:       0120    Elihu  Inselbuch
Responsible Empl:   0120    Elihu  Inselbuch
Alternate Empl:     0120    Elihu  Inselbuch
Originating Empl:   0120    Elihu  Inselbuch

**Summary by Employee**

|  |  |  | ---------- ACTUAL ---------- | | ---------- BILLING--------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 8.91 | 0.00 | 8.91 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 163.23 | 0.00 | 163.23 |
| **Total Fees** |  |  | **0.00** | **172.14** | **0.00** | **172.14** |

**Detail Time / Expense by Date**

|  |  |  |  |  |  | ---------- ACTUAL ---------- | | | ---------- BILLING--------- | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl |  | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 2819740 | Equitrac - Long Distance to 14142649461 | E | 03/04/2012 | 0999 | C&D |  | 0.00 | $0.04 |  | 0.00 | $0.04 | 0.04 |
| 2819741 | Equitrac - Long Distance to 13369269145 | E | 03/04/2012 | 0999 | C&D |  | 0.00 | $0.08 |  | 0.00 | $0.08 | 0.12 |
| 2822219 | Federal Express -Delivery to M.Hurford, 2/22/12 (EI; Split b/w clients 4642 & 5334) | E | 03/07/2012 | 0120 | EI |  | 0.00 | $8.91 |  | 0.00 | $8.91 | 9.03 |

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Matter** | **000** | **Disbursements** | | | | | | | | 2/16/2012 |

Print Date/Time: 02/16/2012  5:36:49PM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2823276 | Equitrac - Long Distance to 13128623120 | E | 03/08/2012 | 0999 | C&D | 0.00 | $0.16 | 0.00 | $0.16 | 9.19 |
| 2823295 | Equitrac - Long Distance to 13128622259 | E | 03/08/2012 | 0999 | C&D | 0.00 | $0.20 | 0.00 | $0.20 | 9.39 |
| 2828945 | Database Research - Lexis TEP 3/2 | E | 03/31/2012 | 0999 | C&D | 0.00 | $21.68 | 0.00 | $21.68 | 31.07 |
| 2828994 | Database Research - Westlaw per TEP on 3/2 | E | 03/31/2012 | 0999 | C&D | 0.00 | $141.07 | 0.00 | $141.07 | 172.14 |

**Total Expenses**                                                     $172.14                       $172.14
                                                               0.00                         0.00

              Matter Total Fees                                0.00                         0.00
              Matter Total Expenses                          172.14                       172.14
              Matter Total                         0.00      172.14        0.00           172.14

              Prebill Total Fees
              Prebill Total Expenses                       $172.14                       $172.14
              Prebill Total                       0.00     $172.14        0.00           $172.14

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 74,007 | 04/22/2010 | 55,577.50 | 137.53 |
| 84,500 | 11/22/2011 | 16,063.50 | 3,212.70 |
| 84,967 | 12/14/2011 | 44,261.00 | 8,852.21 |
| 85,603 | 01/19/2012 | 45,640.50 | 9,128.10 |
| 86,185 | 02/16/2012 | 100,714.58 | 100,714.58 |
| 86,825 | 03/26/2012 | 74,128.78 | 74,128.78 |
| | | 336,385.86 | 196,173.90 |