IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | |
| | : | Chapter 11 |
| | : | |
| W. R. GRACE & CO., et al, | : | Case No. 01-1139 (JJF) |
| | : | |
| Debtor | : | Jointly Administered |

**NOTICE OF FORTY-FOURTH INTERIM FEE APPLICATION REQUEST OF
CAPLIN & DRYSDALE, CHARTERED FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD JANUARY 1, 2012 THROUGH MARCH 31, 2012**

Name of Applicant:  Caplin & Drysdale, Chartered

Authorized to Provide Professional Services to:  The Official Committee of Asbestos Personal Injury Claimants

Date of Retention:  April 12, 2001

Period for which Compensation and Reimbursement is sought:  January 1, 2012 through March 31, 2012

Total Amount of Compensation sought as
actual, reasonable and necessary for applicable period: $207,950.00

Total Amount of Expense Reimbursement
sought as actual, reasonable and necessary for applicable period: $3,744.50

Total Amount of Compensation Paid as
actual, reasonable and necessary for applicable period: $137,016.80

Total Amount of Expense Reimbursement Paid
as actual, reasonable and necessary for applicable period: $3,572.36

Total Amount of Holdback Fees Sought for applicable period:  $41,590.00

**EXHIBIT D**

**CUMULATIVE SUMMARY OF MONTHLY APPLICATIONS OF
CAPLIN & DRYSDALE, CHARTERED, FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD JANUARY 1, 2012 THROUGH MARCH 31, 2012**

**SUMMARY OF MONTHLY FEE AND EXPENSE STATEMENTS FOR COMPENSATION PERIOD:**

|  |  | Requested | | Paid | |
| --- | --- | --- | --- | --- | --- |
| Date Filed; Docket No. | Period Covered | Fees | Expenses | Fees | Expenses |
| 3/12/2012; 28859 | January 2012 | $97,674.50 | $3,040.08 | $78,139.60 | $3,040.08 |
| 4/2/2012; 28753 | February 2012 | $73,596.50 | $532.28 | $58,877.20 | $532.28 |
| 5/1/2012; 28653 | March 2012 | $36,679.00 | $172.14 | Pending | Pending |

**CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY**

| Project Category (Examples) | Cumulative January to March 2012 Hours | Cumulative January to March 2012 Value | Cumulative From Start of Case Hours | Cumulative From Start of Case Value |
| --- | --- | --- | --- | --- |
| Asset Analysis and Recovery | .0 | $.00 | 24.2 | $ 13,487.00 |
| Asset Disposition | .0 | .00 | 8.8 | 5,366.00 |
| Business Operations | .1 | 93.50 | 63.3 | 36,107.00 |
| Case Administration | 5.9 | 4,226.50 | 5,614.0 | 1,771,873.00 |
| Claim Analysis Objection & Resolution (Asbestos) | .6 | 561.00 | 1,877.1 | 787,080.00 |
| Claim Analysis Objection & Resolution (Non-Asbestos) | .0 | .00 | 90.5 | 47,022.50 |
| Committee, Creditors', Noteholders' or Equity Holders' | .6 | 600.00 | 172.2 | 101,221.00 |
| Employee Benefits/Pension | .1 | 93.50 | 20.6 | 14,162.00 |
| Employment Applications, Applicant | .0 | .00 | 62.3 | 18,649.50 |

| | | | | |
|---|---|---|---|---|
| Employment Applications, Others | .0 | .00 | 89.2 | 42,674.00 |
| Fee Applications, Applicant | 44.5 | 19,420.50 | 877.1 | 304,276.50 |
| Fee Applications, Others | .0 | .00 | 124.4 | 49,164.00 |
| Financing | .0 | .00 | 5.4 | 4,521.00 |
| Hearings | .0 | .00 | 412.1 | 322,110.00 |
| Litigation and Litigation Consulting | 153.8 | 72,927.50 | 28,383.8 | 12,730,369.00 |
| Plan & Disclosure Statement | 137.4 | 106,007.00 | 5,896.3 | 3,584,330.00 |
| Relief from Stay Proceedings | .0 | .00 | 3.5 | 2,417.00 |
| Tax Issues | .0 | .00 | 139.2 | 56,206.00 |
| Tax Litigation | .0 | .00 | 29.7 | 10,175.00 |
| Travel-Non-Working | 8.6 | 4,020.50 | 1,846.8 | 487,797.25 |
| Valuation | .0 | .00 | 5.5 | 3,775.00 |
| ZAI Science Trial | .0 | .00 | 5.9 | 1,688.00 |
| Fraudulent Auditor Matters | .0 | .00 | .5 | 170.00 |
| Fee Auditor Matters | .0 | .00 | 194.5 | 98,519.50 |
| **Totals** | **351.6** | **$207,950.00** | **45,946.9** | **20,493,160.75** |

## CUMULATIVE EXPENSE SUMMARY

| Expense Category (Examples) | Total Expenses For The Period 01/01/12 – 03/31/12 | Total Expense From The Petition Date |
|---|---:|---:|
| Computer Assisted Research | $2,830.64 | $ 412,756.95 |
| Research Material | .00 | 12,254.04 |
| Air Freight & Express Mail | 34.45 | 25,013.36 |
| Outside Local Deliveries | .00 | 4,484.35 |
| Filing Fees | .00 | 164.75 |
| Outside Fax Service | .00 | 12.00 |
| Conference Meals | .00 | 14,348.47 |
| Outside Photocopy Service | .00 | 328,949.34 |
| Professional Fees & Expert Witness Fees | .00 | 2,215,805.86 |
| Court Reporting/Transcript Service | .00 | 220,225.49 |
| Miscellaneous Client Advances | .00 | 65,093.76 |
| Air & Train Transportation | 388.00 | 221,836.74 |
| Meals Related to Travel | 5.00 | 30,522.84 |
| Travel Expenses – Hotel Charges | 289.23 | 129,326.97 |
| Travel Expenses – Ground Transportation | 53.50 | 85,908.36 |
| Travel Expenses – Miscellaneous | .00 | 2,411.90 |
| Travel Expenses – LD Calls on Hotel Bill | .00 | 1,956.43 |
| Local Transportation - DC | .00 | 6,966.38 |
| Local Transportation – NY | 75.40 | 615.20 |
| Xeroxing | 54.40 | 116,139.05 |
| Postage | .00 | 6,980.95 |
| Overtime Expenses | .00 | .00 |
| Overtime Meals | .00 | 26.20 |
| Telecopier | .00 | 2,397.40 |
| Long Distance –Credit Card | .00 | 1,080.99 |
| Long Distance Telephone – DC | 13.88 | 2,591.21 |
| NYO Long Distance Telephone | .00 | 16,318.80 |
| Use of Cell/Home Phone | .00 | 3,216.99 |
| Conference Call Services | .00 | 7.12 |
| **TOTAL** | **$ 3,744.50** | **$ 3,927,411.90** |