IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | In Proceedings for a |
| | : | Reorganization under |
| W.R. GRACE & CO., et. al., | : | Chapter 11 |
| | : | |
| Debtors. | : | Jointly administered Under |
| | : | Case No. 01-01139 (JKF) |
| | : | **Docket No. 28916** |

## NOTICE OF WITHDRAWAL OF DOCKET NO. 28916

PLEASE TAKE NOTICE that The Hogan Firm wishes to withdraw docket no. 28916, Ninth Quarterly Application for Compensation. This filing was missing the Proposed Order and will be re-filed with the correct attachments.

Dated: May 16, 2012                             Respectfully submitted,

/s/Daniel K. Hogan
Daniel K. Hogan (DE #2814)
THE HOGAN FIRM
1311 Delaware Avenue
Wilmington, DE 19806
Telephone: 302-656-7540
Facsimile: 302-656-7599