# EXHIBIT C

# To Quarterly Application

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et*. *al*., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: May 29, 2012 @ 4:00 p.m. |
| | ) | Hearing Date: Only if Objection is Timely Filed |

## TWENTY-FIFTH MONTHLY APPLICATION OF THE HOGAN FIRM AS COUNSEL TO REPRESENTATIVE COUNSEL FOR THE CANADIAN ZAI CLAIMANTS

| | |
|---|---|
| Name of Applicant: | The Hogan Firm |
| Authorized to Provide Professional Services to: | Lauzon Bélanger and Scarfone Hawkins LLP ("Representative Counsel") as Special Counsel for the Canadian ZAI Claimants by Appointment Order, Dated March 19, 2010 [Docket No. 24508] |
| Date of Retention: | March 19, 2010 *nunc pro tunc* to December 21, 2009 |
| Period for which compensation and reimbursement is sought: | March 1, 2012, through March 31, 2012 |
| Amount of compensation sought as actual, reasonable and necessary: | $ 14,852.00 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $ 2,055.17 |

This is Applicant's Twenty-Fifth Monthly Application.

[Remainder of Page Intentionally Left Blank]

Filed 5/4/2012
Dkt. No. 28878

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period:**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| 04/30/2010 Dkt. #24701 | December 22, 2009 - March 31, 2010 | $ 56,262.00 Reduction -$687.00 | $ 2,056.92 | $ 45,009.60 $ 10,565.40 | $ 2,056.92 |
| 06/01/2010 Dkt. #24873 | April 1, 2010 – April 30, 2010 | $ 37,248.00 | $ 562.10 | $ 29,798.40 $ 7,449.60 | $ 562.10 |
| 06/30/2010 Dkt. #25014 | May 1, 2010 – May 31, 2010 | $ 31,588.00 | $ 2,237.65 | $ 25,270.40 $ 6,317.60 | $ 2,237.65 |
| 07/28/2010 Dkt. #25126 | June 1, 2010 – June 30, 2010 | $ 28,580.00 | $ 1,860.20 | $ 22,864.00 $ 5,716.00 | $ 1,860.20 |
| 08/31/2010 Dkt. #25296 | July 1, 2010 – July 31, 2010 | $ 21,993.00 | $ 203.15 | $17,594.40 $ 4,398.60 | $ 203.15 |
| 09/29/2010 Dkt. #25496 | August 1, 2010 – August 31, 2010 | $ 19,978.00 | $ 2,003.31 | $ 15,982.40 $ 3,995.60 | $ 2,003.31 |
| 10/29/2010 Dkt. #25664 | September 1, 2010 – September 30, 2010 | $15,108.00 | $ 469.58 | $12,086.40 $ 3,021.60 | $ 469.58 |
| 12/03/2010 Dkt. # 25856 | October 1, 2010 – October 31, 2010 | $ 10,300.00 | $ 132.92 | $ 8,240.00 $ 2,060.00 | $ 132.92 |
| 01/05/2011 Dkt. #26017 | November 1, 2010 – November 30, 2010 | $ 10,964.00 | $ 1,814.35 | $ 8,771.20 $ 2,192.80 | $ 1,814.35 |
| 01/28/2011 Dkt. #26131 | December 1, 2010 – December 31, 2010 | $ 15,868.00 | $378.98 | $ 12,694.40 $ 3,173.60 | $ 378.98 |
| 03/08/2011 Dkt. #26511 | January 1, 2011 – January 31, 2011 | $ 17,694.00 | $ 1,041.00 | $ 14,155.20 $ 3,538.80 | $ 1,041.00 |
| 04/01/2011 Dkt. #26699 | February 1, 2011 – February 28, 2011 | $ 16,187.00 | $ 814.73 | $ 12,949.60 $3,237.40 | $ 814.73 |
| 05/10/2011 Dkt. #26918 | March 1, 2011 – March 31, 2011 | $ 13,172.00 | $ 358.40 | $10,537.60 $2,634.40 | $ 358.40 |
| 06/10/2011 Dkt. #27066 | April 1, 2011 – April 30, 2011 | $ 12,491.00 | $ 357.35 | $ 9,992.80 $ 2,498.20 | $ 357.35 |
| 06/30/2011 Dkt. #27194 | May 1, 2011 – May 31, 2011 | $ 13,139.00 | $ 112.91 | $ 10,511.20 $2,627.80 | $ 112.91 |
| 07/28/2011 Dkt. #27327 | June 1, 2011 – June 30, 2011 | $ 16,507.00 Reduction -$120.00 | $ 1,176.26 | $ 13,205.60 $3,181.40 | $1,176.26 |
| 08/31/2011 Dkt. #27532 | July 1, 2011 – July 31, 2011 | $ 11,632.00 | $ 226.85 | $ 9,305.60 $ 2,326.40 | $ 226.85 |
| 10/04/2011 Dkt. #27715 | August 1, 2011 – August 31, 2011 | $ 14,654.00 | $ 637.96 | $ 11,723.20 $ 2,930.80 | $ 637.96 |

Page | 2

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period (Continued):**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| 11/14/2011 Dkt. #27938 | September 1, 2011 – September 30, 2011 | $ 7,988.00 Reduction- $ 195.00 | $ 35.56 | $ 6,390.40 $ 1,402.60 | $ 35.56 |
| 12/15/2011 Dkt. #28162 | October 1, 2011 – October 31, 2011 | $ 10,775.00 | $ 55.81 | $ 8,620.00 | $ 55.81 |
| 01/25/2012 Dkt. #28412 | November 1, 2011- November 30, 2011 | $12,237.00 | $1,162.47 | $ 9,789.60 | $ 1,162.47 |
| 2/17/2012 Dkt. #28542 | December 1, 2011- December 31, 2011 | $ 10,527.00 | $ 49.42 | $ 8,421.60 | $ 49.42 |
| 3/9/2012 Dkt. #28645 | January 1, 2012- January 31, 2012 | $ 6,715.00 | $ 10.20 | Pending | Pending |
| 4/17/2012 Dkt. #28786 | February 1, 2012- February 29, 2012 | $ 11,310.00 | $ 52.58 | Pending | Pending |

**Fee Detail by Professional for the Period of March 1, 2012, through March 31, 2012:**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| Daniel K. Hogan | President. Member DE bar since 1990 | $400.00[1] | 26.30 | $ 10,520.00 |
| Karen E. Harvey | Paralegal - since 1996 | $190.00 | 12.20 | $ 2,318.00 |
| Lauren N. Campbell | Legal Assistant- Since 2011 | $190.00 | 10.60 | $ 2,014.00 |
| **Grand Total** | | | **49.10** | **$ 14,852.00** |
| Blended Rate | | | | $ 302.48 |
| Blended Rate (excluding paralegal time): | | | | $ 400.00 |

---

[1] On June 1, 2011, The Hogan Firm's hourly rate increased to $400.00 for Daniel K. Hogan.

**Monthly Compensation by Matter Description for the Period of March 1, 2012, through March 31, 2012**:

| Project Category | Total Hours | Total Fees |
| --- | --- | --- |
| 04 - Case Administration | 10.00 | $ 3,601.00 |
| 11 - Fee Applications, Applicant | 19.00 | $ 5,374.00 |
| 12 - Fee Applications, Others | 19.00 | $ 5,500.00 |
| 14 - Hearings | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 |
| 24 – Other | 1.10 | $ 377.00 |
| **TOTAL** | **49.10** | **$ 14,852.00** |

**Monthly Expense Summary for the Period March 1, 2012, through March 31, 2012**:

| Expense Category | Service Provider (if applicable) | Total Expenses |
| --- | --- | --- |
| CM/ECF | U.S. Bankruptcy Court | 0.00 |
| Court Telephonic Appearance | CourtCall | 0.00 |
| Photocopies | In-house   (476 x .10) | $47.60 |
| Postage | U.S. Postal Service | $10.65 |
| Outside Copy & Serve | Digital Legal, LLC | $1,996.92 |
| **TOTAL** |  | **$ 2,055.17** |

PLEASE TAKE NOTICE that The Hogan Firm (the "Applicant") has today filed this Notice of Monthly Fee and Expenses Invoice fo r March 1, 2012, through March 31, 2012, (this "Monthly Fee Statement")[2] pursuant to the terms of the Modified Order Granting A pplication Authorizing Retention of Daniel K. Hogan, Esq., as Counsel to the Representative Counsel for the Canadian ZAI Claimants [Docket No. 24509] and the Amended Administrative Order Under 11

---

[2] Applicant's Invoice for March 1, 2012, through March 31, 2012, is attached hereto as **Exhibit A.**

Page | 4

U.S.C., §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [Docket No. 1949].

PLEASE TAKE FURTHER NOTICE that responses or objections to this Monthly Fee Statement, if any, must be filed on or before May 29, 2012, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that you must also serve a copy of any such response or objection upon the Notice Parties so as to be received by the Notice Parties on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline, the Applicant shall file or cause to be filed with the Court, and serve on the Notice Parties, a certificate of no objection, certifying that no objection, or partial objection, has been filed with the Court relative to this Application, whichever is applicable, after which the Debtors are authorized and required to pay the Applicant an amount equal to (a) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement or (b) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses not subject to any objection. All fees and expenses in this Monthly Fee Statement will be included in the next quarterly application for compensation and reimbursement of expenses to be filed and served by the Applicant, and will be subject to objections at such time.

PLEASE TAKE FURTHER NOTICE that Applicant respectfully requests that, for the period March 1, 2012, through March 31, 2012, an allowance be made to The Hogan Firm for compensation in the amount of $14,852.00 and actual and necessary expenses in the amount of $2,055.17 for a total allowance of $16,907.17; Actual Interim Payment of $11,881.60 (80% of the allowed fees) and reimbursement of $2,055.17 (100% of the allowed expenses) be authorized for a total payment of $13,936.77; and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that Applicant believes that the Application and the description of services set forth herein of work performed are in compliance with the requirements of Delaware Local Rule 2016-2, the Amended Administrative Order, and the applicable guidelines and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the Executive Office for the United States Trustee. A true and correct copy of the Certification of Daniel K. Hogan is attached hereto as **Exhibit B**.

Dated: May 4, 2012                              Respectfully submitted,

                                     By:    */s/ Daniel K. Hogan*
                                            Daniel K. Hogan (DE Bar No. 2814)
                                            THE HOGAN FIRM
                                            1311 Delaware Avenue
                                            Wilmington, Delaware 19806
                                            Telephone: 302.656.7540
                                            Facsimile: 302.656.7599
                                            Email: dkhogan@dkhogan.com

                                            **Counsel to Representative Counsel**
                                            **for the Canadian ZAI Claimants**

# EXHIBIT A



# The Hogan Firm

1311 Delaware Avenue

Wilmington, DE 19806

(302) 656 7540

EIN 51-0352711

---

**Canadian ZAI Claimants**  **Date:** 4/5/2012
**c/o Lauzon Belanger Lesperance**  **File Number:** ZAI/WRG 060124-01
Attention: Careen Hannouche  **Invoice Number:** 19998
286 rue Street
Paul Quest bureau 100 Montreal QC H2Y 2A3

**Re:** Canadian Zonolite Claimants
WRGrace Chapter 11 Bankruptcy
Our File No. 060124-01

---

| Date | Initials | Description of Service | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/01/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Quarterly Application for Compensation (Eighth) of The Hogan Firm as Representative Counsel For the Canadian ZAI Claimants for the period October 1, 2011 to December 31, 2011 Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 03/01/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Quarterly Application for Compensation (Eighth) of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period October 1, 2011 to December 31, 2011 Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 03/01/2012 | LNC | E-mail correspondence with Digital Legal transmitting, for service, the Notice of Eighth Quarterly Application of The Hogan Firm; billing info is "CanZAI –THF 8th-Qtr" | 0.20 | 190.00 | 38.00 |
| 03/01/2012 | LNC | E-mail correspondence with Digital Legal transmitting, for service, the Notice of Eighth Quarterly Application of The Lauzon Belanger Lesperance - billing info is "CanZAI –LBL 8th-Qtr". | 0.20 | 190.00 | 38.00 |
| 03/01/2012 | LNC | E-mail correspondence with Digital Legal, transmitting, for service, the Notice of Eighth Quarterly Application of The Lauzon Belanger Lesperance - billing info is "CanZAI –LBL 8th-Qtr". | 0.20 | 190.00 | 38.00 |
| 03/01/2012 | DKH | E-mail correspondence with EBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Quarterly Application for Compensation (Eighth) of Lauzon Belanger Lesperance as Special Counsel to the Canadian ZAI Claimants for the period October 1, 2011 to December 31, 2011. | 0.30 | 400.00 | 120.00 |
| 03/01/2012 | LNC | E-mail correspondence with 'feeaudit@whsmithlaw.com' transmitting, in Word format, please find the Eighth Quarterly Application of Lauzon Bélanger Lespérance as Special Counsel for the Canadian ZAI Claimants; Docket No. 28605 | 0.20 | 190.00 | 38.00 |

| 4/5/2012 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | | Page:2 |
|---|---|---|---|---|---|---|
| 03/01/2012 | LNC | | E-mail correspondence with 'feeaudit@whsmithlaw.com' transmitting, in Word format, the Eighth Quarterly Application of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants; Docket No. 28604 | 0.20 | 190.00 | 38.00 |
| 03/01/2012 | LNC | | E-mail correspondence with 'feeaudit@whsmithlaw.com' transmitting, in Word format, the Eighth Quarterly Application of The Hogan Firm as Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants; Docket No. 28603 | 0.20 | 190.00 | 38.00 |
| 03/01/2012 | LNC | | E-mail correspondence with Service Parties transmitting the 8th Quarterly Application of Lauzon Bélanger Lespérance, Docket No. 28605 | 0.20 | 190.00 | 38.00 |
| 03/01/2012 | LNC | | E-mail correspondence with Service Parties transmitting the 8th Quarterly Application of Scarfone Hawkins LLP, filed today, Docket No. 28604 | 0.20 | 190.00 | 38.00 |
| 03/01/2012 | LNC | | E-mail correspondence with Service Parties transmitting the 8th Quarterly Application of The Hogan Firm, Docket No. 28603 | 0.20 | 190.00 | 38.00 |
| 03/01/2012 | LNC | | Prepare for and Electronically filed the Eighth Quarterly Application for Lauzon Belanger Lesperance. | 0.50 | 190.00 | 95.00 |
| 03/01/2012 | LNC | | Prepare for and electronically filed the Eighth Quarterly Fee Application for The Hogan Firm | 0.50 | 190.00 | 95.00 |
| 03/01/2012 | LNC | | Prepared for and Electronically Filed the Eighth Quarterly Application for Scarfone Hawkins LLP. | 0.50 | 190.00 | 95.00 |
| 03/01/2012 | DKH | | Reviewed final Quarterly Application for Compensation (Eighth) of Lauzon Belanger Lesperance as Special Counsel to the Canadian ZAI Claimants for the period October 1, 2011 to December 31, 2011 together with signed certification. | 0.30 | 400.00 | 120.00 |
| 03/01/2012 | DKH | | Reviewed final Quarterly Application for Compensation (Eighth) of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period October 1, 2011 to December 31, 2011 together with certification. | 0.30 | 400.00 | 120.00 |
| 03/01/2012 | DKH | | Reviewed final Quarterly Application for Compensation (Eighth) of The Hogan Firm as Representative Counsel For the Canadian ZAI Claimants for the period October 1, 2011 to December 31, 2011 Filed by Canadian ZAI Claimants. | 0.40 | 400.00 | 160.00 |
| 03/02/2012 | KEH | | E-mail correspondence from Cindy Yates transmitting payment information regarding SH's November fee application; review and update Grace payment spreadsheet for accounting on fee applications. | 0.30 | 190.00 | 57.00 |
| 03/05/2012 | KEH | | E-mail correspondence from Careen Hannouche regarding payment received from WRGrace in the amount of $782.34 on March 2nd - need confirmation of what fee application the payment is for. | 0.10 | 190.00 | 19.00 |
| 03/05/2012 | LNC | | E-mail correspondence from Cindy Yates regarding discrepancy in total on invoice. | 0.10 | 190.00 | 19.00 |
| 03/05/2012 | LNC | | Review totals on Scarfone Hawkins invoice; E-mail correspondence with Cindy Yates regarding the calculation of their invoice for January and need correction of same. | 0.40 | 190.00 | 76.00 |
| 03/05/2012 | DKH | | Reviewed fee and expense summary for 23rd Monthly Application for Scarfone Hawkins for discrepancies. | 0.40 | 400.00 | 160.00 |
| 03/06/2012 | DKH | | Conducted research on the status of the appeal and whether there have been any new developments regarding a possible further appeal.<br>Reviewed District Court docket as well as 3rd Circuit docket for case activity. | 2.00 | 400.00 | 800.00 |
| 03/06/2012 | DKH | | E-mail correspondence with Bridget Scott concerning receipt of the Notice of Entry of the Order confirming the first amended joint plan or reorganization and notice received by certain class members; reviewed same. | 0.60 | 400.00 | 240.00 |
| 03/06/2012 | DKH | | E-mail correspondence with Matt Moloci concerning my update on the appeals. | 0.10 | 400.00 | 40.00 |

| 4/5/2012 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | | Page:3 |
|---|---|---|---|---|---|---|
| 03/06/2012 | DKH | | E-mail correspondence with Representative Counsel concerning fact that timely post-decision motions have been filed in the District Court, and that 3rd Circuit appeals are stayed pending disposition of the motions. | 0.30 | 400.00 | 120.00 |
| 03/08/2012 | DKH | | E-mail correspondence with Careen Hannouche regarding the certification for the LBL's 23rd Monthly Fee Application. | 0.10 | 400.00 | 40.00 |
| 03/08/2012 | LNC | | E-mail correspondence with Careen Hannouche transmitting the 21st Monthly Fee Application for Lauzon Belanger Lesperance along with certification for execution. | 0.20 | 190.00 | 38.00 |
| 03/08/2012 | LNC | | E-mail correspondence with Cindy Yates transmitting David Thompson's certification for the 23rd Monthly fee application; review same and save as exhibit. | 0.20 | 190.00 | 38.00 |
| 03/08/2012 | LNC | | E-mail correspondence with Cindy Yates transmitting the 23rd Monthly Application for Scarfone Hawkins. | 0.10 | 190.00 | 19.00 |
| 03/08/2012 | DKH | | E-mail correspondence with Cindy Yates transmitting the Certification executed by David Thompson for the 23rd Monthly fee application of SH. | 0.10 | 400.00 | 40.00 |
| 03/08/2012 | LNC | | Meeting with Dan Hogan for review of the monthly fee fee applications to be filed. | 0.30 | 190.00 | 57.00 |
| 03/08/2012 | DKH | | Reviewed and revised LBL's 23rd Monthly Fee Application. | 0.80 | 400.00 | 320.00 |
| 03/08/2012 | DKH | | Reviewed and revised SH's 23rd Monthly Fee Application. | 0.60 | 400.00 | 240.00 |
| 03/08/2012 | DKH | | Reviewed and revised the Hogan Firm's 23rd Monthly fee application.  Signed certification. | 0.80 | 400.00 | 320.00 |
| 03/09/2012 | LNC | | E-mail correspondence from Karen Harvey transmitting Lauzon Belanger Lesperance's certification for the 23rd Monthly Application; review and save to file as exhibit. | 0.20 | 190.00 | 38.00 |
| 03/09/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed receipt for efiling of Monthly Application for Compensation (Twenty-Third) of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period January 1, 2012 to January 31, 2012 Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 03/09/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation (Twenty-Third) of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period January 1, 2012 to January 31, 2012 Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 03/09/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation (Twenty-Third) of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period January 1, 2012 to January 31, 2012 Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 03/09/2012 | LNC | | E-mail correspondence with 'feeaudit@whsmithlaw.com' transmitting, in Word format, the Twenty-Third Monthly Application of Lauzon Bélanger Lespérance as Special Counsel for the Canadian ZAI Claimants; Docket No. 28646 | 0.20 | 190.00 | 38.00 |
| 03/09/2012 | LNC | | E-mail correspondence with 'feeaudit@whsmithlaw.com' transmitting, in Word format, the Twenty-Third Monthly Application of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants; Docket No. 28647 | 0.20 | 190.00 | 38.00 |
| 03/09/2012 | LNC | | E-mail correspondence with 'feeaudit@whsmithlaw.com' transmitting, in Word format, the Twenty-Third Monthly Application of The Hogan Firm as Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants.; Docket No. 28645 | 0.20 | 190.00 | 38.00 |
| 03/09/2012 | LNC | | E-mail correspondence with Jeremy Luzader transmitting the 23rd Monthly Application for hand delivery. | 0.20 | 190.00 | 38.00 |
| 03/09/2012 | LNC | | E-mail correspondence with Service Parties transmitting the 23rd Monthly Application of Lauzon Bélanger Lespérance; Docket No. 28646 | 0.20 | 190.00 | 38.00 |

| | | | | | |
|---|---|---|---|---|---|
| 4/5/2012 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | Page:4 |
| 03/09/2012 | LNC | E-mail correspondence with Service Parties transmitting the 23rd Monthly Application of Scarfone Hawkins LLP, Docket No. 28647 | 0.20 | 190.00 | 38.00 |
| 03/09/2012 | LNC | E-mail correspondence with Service Parties transmitting the 23rd Monthly Application of The Hogan Firm, Docket No. 28645 | 0.20 | 190.00 | 38.00 |
| 03/09/2012 | LNC | Meeting with Karen Harvey regarding the preparation of the Certificate of No Objection for the 22nd Monthly Application. | 0.20 | 190.00 | 38.00 |
| 03/12/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Certification of Counsel Regarding Forty-Second Quarter Project Category Summary Filed by W.R. Grace & Co., et al.. (Attachments: # (1) Exhibit A#. | 0.60 | 400.00 | 240.00 |
| 03/12/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Certification of Counsel Regarding Order Approving Quarterly Fee Applications for the Forty-Second Period. Filed by W.R. Grace & Co., et al. Noted discrepancy with regard to payments made to the Hogan Firm as well as for Representative Counsel. Compared figures and tried to ascertain the cause of the discrepancy. | 1.60 | 400.00 | 640.00 |
| 03/12/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Notice of Agenda of Matters Scheduled for Hearing Filed by W.R. Grace & Co., et al.. Hearing scheduled for 3/28/2012 at 09:00 AM. | 0.30 | 400.00 | 120.00 |
| 03/12/2012 | LNC | Review WRGrace payment spreadsheet and e-mail correspondence with Careen Hannouche regarding payment made on March 2, 2012, for the November fee application. | 0.30 | 190.00 | 57.00 |
| 03/13/2012 | DKH | E-mail correspondence with Bobbi Ruhlander asking me if her understanding is correct that the errors are on the project category spreadsheet and not on the proposed fee order. Responded to her email. | 0.30 | 400.00 | 120.00 |
| 03/13/2012 | DKH | E-mail correspondence with Kathleen P. Makowski concerning the discrepancies we found. | 0.10 | 400.00 | 40.00 |
| 03/13/2012 | DKH | E-mail correspondence with 'Kathleen P. Makowski' regarding the discrepancies contained in the report for the 42 period. Attached our spreadsheet and corresponding documentation for the support. | 0.80 | 400.00 | 320.00 |
| 03/13/2012 | KEH | Meeting with Daniel Hogan discrepancies in the totals between the report for the Cummulative thru 42nd Quarter and the actual amounts we show. Review The Hogan Firm's spreadsheets and report with Dan Hogan. | 0.70 | 190.00 | 133.00 |
| 03/13/2012 | KEH | Meeting with DKHogan, re: COC Regarding 42nd Quarter Project Category Summary; review Fee Auditor's Combined Final Report and, per Dan Hogan's instruction, prepare cummulative spreadsheet for fees and expenses. | 1.20 | 190.00 | 228.00 |
| 03/13/2012 | KEH | Review file and meeting with Daniel Hogan for resolution to discrepancy in 42nd Qtr Project Category Summary, re: fee applications that were included as exhibits for Scarfone Hawkins' 2nd Quarterly fee application and payment from WRGrace for each application in August and September, 2010; and received the holdback payment in January, 2011, following the hearing on December 13, 2010. | 0.50 | 190.00 | 95.00 |
| 03/14/2012 | DKH | E-mail correspondence with Bobbi Ruhlander that the order with fee and expense recommendations is fine and that there are errors on cumulative fees for 4 of the applicants on the project category spreadsheet. | 0.20 | 400.00 | 80.00 |
| 03/14/2012 | DKH | E-mail correspondence with Kathleen P. Makowski asking the status of this matter and whether we need to file a revised order. | 0.20 | 400.00 | 80.00 |
| 03/15/2012 | DKH | E-mail correspondence with Kathleen P. Makowski asking for the revised fee chart. | 0.10 | 400.00 | 40.00 |
| 03/16/2012 | DKH | E-mail correspondence with Bobbi Ruhlander concerning invoice from Pinchin Environmental. | 0.30 | 400.00 | 120.00 |

| 4/5/2012 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants c/o Lauzon Belanger Lesperance | | Page:5 | |
|---|---|---|---|---|---|---|
| 03/16/2012 | KEH | E-mail correspondence with 'Bobbi Ruhlander' transmitting COC, filed 5/26/2010, and exhibits, which explain the "expert fees" on prior applications. | | 0.30 | 190.00 | 57.00 |
| 03/16/2012 | DKH | E-mail correspondence with Bobbi Ruhlander transmitting the revised category spreadsheet for the 42nd interim period; reviewed same and compared against the original to ascertain changes. | | 0.50 | 400.00 | 200.00 |
| 03/16/2012 | DKH | E-mail correspondence with Bobbie Ruhlander transmitting a blacklined order - LB First Quarterly Fee Application on the issue of the fee total discrepancy issue. | | 0.20 | 400.00 | 80.00 |
| 03/16/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Certification of Counsel Regarding Forty-Second Quarter Project Category Summary (related document(s) [28659]) Filed by W.R. Grace & Co., et al.. | | 0.40 | 400.00 | 160.00 |
| 03/16/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Twenty-Second Monthly Application for Compensation of The Hogan Firm As Counsel to Representative Counsel for the Canadian ZAI Claimants for the period December 1, 2011, to December 31, 2011. (related document(s)[28542]) Filed by Canadian ZAI Claimants. | | 0.30 | 400.00 | 120.00 |
| 03/16/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection Certificate of No Objection (No Order Required) Regarding the Twenty-Second Monthly Application for Compensation of Scarfone Hawkins LLP As Counsel for the Canadian ZAI Claimants for the period December 1, 2011, to December 31, 2011 (related document(s)[28556]) Filed by Canadian ZAI Claimants. | | 0.30 | 400.00 | 120.00 |
| 03/16/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Twenty-Second Monthly Application for Compensation of Lauzon Belanger Lesperance As Counsel for the Canadian ZAI Claimants for the period December 1, 2011, to December 31, 2011 (related document(s)[28543]) Filed by Canadian ZAI Claimants. | | 0.30 | 400.00 | 120.00 |
| 03/16/2012 | LNC | E-mail correspondence with Jeremy Luzader transmitting the Certificate of no Objection for THF, SH, & LBL's 22nd Monthly Applications for hand delivery. | | 0.20 | 190.00 | 38.00 |
| 03/16/2012 | KEH | In response to concerns from the Fee Auditor - research and e-mail correspondence with Daniel Hogan re: subsequent to the filing of the First Monthly and the First Quarterly Applications, Lauzon Bélanger identified the inclusion of "expert fees", in the amount of CDN $61,492.84 in its expense summary, as fees paid by Lauzon Bélanger to The Hogan Firm during the period December 21, 2009 to March 31, 2010. The Hogan Firm filed its own monthly fee application on April 30, 2010 [Docket No. 24701]. Accordingly, Lauzon Bélanger has revised its expense summary for the period December 21, 2009 to March 31, 2010, omitting any reference to The Hogan Firm fees. Meet with Dan Hogan re: same. | | 0.60 | 190.00 | 114.00 |
| 03/16/2012 | LNC | Preparation of the Certificate of No Objection to the 22nd Monthly Application for Lauzon Belanger Lesperance | | 0.50 | 190.00 | 95.00 |
| 03/16/2012 | LNC | Preparation of the Certificate of No Objection to the 22nd Monthly Application for Scarfone Hawkins | | 0.50 | 190.00 | 95.00 |
| 03/16/2012 | LNC | Preparation of the Certificate of No Objection to the 22nd Monthly Application for The Hogan Firm | | 0.50 | 190.00 | 95.00 |
| 03/16/2012 | LNC | Prepare for and e-file the Certificate of No Objection for the 22nd Monthly Applications for Lauzon Belanger Lesperance. | | 0.30 | 190.00 | 57.00 |
| 03/16/2012 | LNC | Prepare for and Electronically filed the Certificate of No Objection for the 22nd Monthly Fee Application for The Hogan Firm. | | 0.30 | 190.00 | 57.00 |

| 4/5/2012 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | | Page:6 |
|---|---|---|---|---|---|---|
| 03/16/2012 | LNC | | Prepare for and electronically filed the Certificate of No Objection to the 22nd Monthly Fee Applications for Scarfone Hawkins LLP. | 0.30 | 190.00 | 57.00 |
| 03/16/2012 | DKH | | Reviewed and revised Certificate of No Objection (No Order Required) Regarding the Twenty-Second Monthly Application for Compensation of Lauzon Belanger Lesperance As Counsel for the Canadian ZAI Claimants for the period December 1, 2011, to December 31, 2011. | 0.30 | 400.00 | 120.00 |
| 03/16/2012 | DKH | | Reviewed and revised Certificate of No Objection (No Order Required) Regarding the Twenty-Second Monthly Application for Compensation of The Hogan Firm As Counsel to Representative Counsel for the Canadian ZAI Claimants for the period December 1, 2011, to December 31, 2011. | 0.30 | 400.00 | 120.00 |
| 03/16/2012 | DKH | | Reviewed and revised Certificate of No Objection Certificate of No Objection (No Order Required) Regarding the Twenty-Second Monthly Application for Compensation of Scarfone Hawkins LLP As Counsel for the Canadian ZAI Claimants for the period December 1, 2011, to December 31, 2011. | 0.30 | 400.00 | 120.00 |
| 03/16/2012 | DKH | | Reviewed Certification of Counsel filed 5/26/2010, and exhibits, which explain the expert fees issue. | 0.40 | 400.00 | 160.00 |
| 03/16/2012 | DKH | | Reviewed docket for objection/responses to Twenty-Second Monthly Application for Compensation of Scarfone Hawkins, LBL and The Hogan Firm As Counsel to Representative Counsel for the Canadian ZAI Claimants for the period December 1, 2011, to December 31, 2011. | 0.50 | 400.00 | 200.00 |
| 03/16/2012 | DKH | | Reviewed LBL fee applications to ascertain the inclusion of the expert fees contained in the LBL column. | 1.00 | 400.00 | 400.00 |
| 03/16/2012 | DKH | | Telephone conversation with Bobbie Ruhlander about discrepencies in fee application totals of Lauzon Belanger. | 0.30 | 400.00 | 120.00 |
| 03/21/2012 | KEH | | E-mail correspondence from Bobbi Ruhlander transmitting the fee auditor's initial reports regarding the quarterly fee applications (43Q) of Scarfone Hawkins, Lauzon Belanger, and The Hogan Firm - review same and save to file; email with DKHogan. | 0.40 | 190.00 | 76.00 |
| 03/21/2012 | DKH | | E-mail correspondence to Bobbie Ruhlander confirming receipt of fee auditor's initial reports regarding the quarterly fee applications (43Q) of Scarfone Hawkins, Lauzon Belanger, and The Hogan Firm. | 0.10 | 400.00 | 40.00 |
| 03/21/2012 | DKH | | E-mail correspondence with Bobbi Ruhlander transmitting the fee auditor's initial reports regarding the quarterly fee applications (43Q) of Scarfone Hawkins, Lauzon Belanger, and The Hogan Firm; reviewed same. | 0.90 | 400.00 | 360.00 |
| 03/21/2012 | KEH | | E-mail correspondence with Careen Hannouche transmitting the Fee Auditor's initial report regarding Lauzon Belanger Lesperance (43Q) - response due on or before Monday, April 9th. | 0.10 | 190.00 | 19.00 |
| 03/21/2012 | KEH | | E-mail correspondence with 'Cindy Yates, David Thompson & Matt Moloci transmitting the Fee Auditor's initial report for Scarfone Hawkins (43Q) response due on or before Monday, April 9th | 0.10 | 190.00 | 19.00 |
| 03/22/2012 | KEH | | Receive payment from Grace Accounts Payable for The Hogan Firm's December 2011 monthly fee application - 80% fees $8421.60 & $49.42 expenses; post receipt of same to WRGrace payment spreadsheet for accounting on fee applications.. | 0.20 | 190.00 | 38.00 |
| 03/23/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Amended HEARING CANCELLED/RESCHEDULED. Notice of Agenda of Matters Scheduled for Hearing. (related document(s)[28660]) Filed by W.R. Grace & Co., et al.. Hearing scheduled for 3/28/2012 at 09:00 AM. | 0.30 | 400.00 | 120.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/23/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Order Approving Quarterly Fee Applications for the Forty-Second Period (related document(s)[28658], [28659], [28679]). Signed on 3/23/2012. | 0.30 | 400.00 | 120.00 |
| 03/26/2012 | KEH | E-mail correspondence from Cindy Yates transmitting receipts from Pinchin - review same and revise SH response to fee auditor's initial report. | 0.30 | 190.00 | 57.00 |
| 03/26/2012 | DKH | E-mail correspondence with Careen Hannouche regardibg the proposed response of LBL to the fee auditor's initial report. | 0.10 | 400.00 | 40.00 |
| 03/26/2012 | KEH | E-mail correspondence with Cindy Yates re: received from W.R. Grace $2,416.84, in payment of Scarfone Hawkins December, 2011 monthly fee account - 80% fees $2079.00 & $337.84 expenses; post same to WRG spreadsheet for accounting on fee applications. | 0.40 | 190.00 | 76.00 |
| 03/26/2012 | DKH | E-mail correspondence with Cindy Yates regarding their review of the Fee Auditor's report and the deductions set-out in the report. | 0.20 | 400.00 | 80.00 |
| 03/26/2012 | DKH | E-mail correspondence with David Thompson regarding the proposed response of Scarfone Hawkins to the fee auditor's initial report. | 0.10 | 400.00 | 40.00 |
| 03/26/2012 | DKH | E-mail correspondence with Matt Moloci regarding the proposed response of Scarfone Hawkins to the fee auditor's initial report. | 0.10 | 400.00 | 40.00 |
| 03/26/2012 | KEH | Meeting with Daniel Hogan - review first drafts of SH & LBL responses to initial report of the fee auditor; email same to SH & LBL. | 0.50 | 190.00 | 95.00 |
| 03/26/2012 | KEH | Meeting with Daniel Hogan regarding the Fee Auditor's initial report for The Hogan Firm, Scarfone Hawkins & Lauzon Belanger Lesperance and action for response to same. | 0.40 | 190.00 | 76.00 |
| 03/26/2012 | KEH | Prepare draft responses to Fee Auditor's Report for The Hogan Firm, LBL & SH. | 0.60 | 190.00 | 114.00 |
| 03/26/2012 | KEH | Review and e-mail correspondence with Careen Hannouche;Matt Moloci;David Thompson;Michel Belanger;'Cindy Yates' regarding detail needed for response to fee auditor's initial report, i.e., Paragraph No. 4 – $2700.00 Pinchin invoice "travel and meeting in Montreal" how much should be attributed to travel (at 50%) and how much to the meeting? Also, Paragraph No. 5 detail of the expenses listed on the Pinchin invoice "Travel Costs". | 0.30 | 190.00 | 57.00 |
| 03/26/2012 | DKH | Worked on proposed response of LBL to the fee auditor's initial report. | 0.50 | 400.00 | 200.00 |
| 03/26/2012 | DKH | Worked on proposed response of Scarfone Hawkins to the fee auditor's initial report. | 0.50 | 400.00 | 200.00 |
| 03/26/2012 | DKH | Worked on the Hogan Firm's response to the fee auditor's initial report. | 1.20 | 400.00 | 480.00 |
| 03/27/2012 | KEH | E-mail correspondence with Careen Hannouche regarding status of payment for LBL's December 2011 fee application for accounting on LBL's fee applications. | 0.10 | 190.00 | 19.00 |
| 03/27/2012 | KEH | Received payment from Grace Accounts Payable for The Hogan Firm's holdback on the monthly fee applications for July, August & September, 2011; revise WRG payment spreadsheet for accounting on fee applications. | 0.40 | 190.00 | 76.00 |
| 03/27/2012 | KEH | Review of Pinchin receipts along with initial report and e-mail correspondence with Cindy Yates; Careen Hannouche; Matt Moloci; David Thompson; Michel Belanger regarding confusion with Pinchin receipts for response to the Fee Auditor's initial report and explanation of same. | 0.40 | 190.00 | 76.00 |
| 03/27/2012 | DKH | Reviewed information provided by Scarfone Hawkins relative to the expense issues raised by the fee examiner. | 0.60 | 400.00 | 240.00 |
| 03/28/2012 | DKH | Conducted research on the issue of what is appropriate to include in the fee application on the issue of "bookkeeping" charges; read case law and treatises. | 1.40 | 400.00 | 560.00 |

| 4/5/2012 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | | Page:8 |
|---|---|---|---|---|---|---|
| 03/28/2012 | KEH | | E-mail correspondence with Bridget Scott at Scarfone Hawkins with explanation of breakdown of expenses on Pinchin's invoice - lengthy meeting in Montreal with Don Pinchin and breakdown of same for response to Fee Auditor's initial report; and (2) "travel costs" for same; revise Scarfone Hawkins' response to Fee Auditor's initial report. | 0.60 | 190.00 | 114.00 |
| 03/28/2012 | DKH | | E-mail correspondence with Bridget Scott explaining that the 8 hours relative to the Pinchin expense was not for travel. | 0.20 | 400.00 | 80.00 |
| 03/28/2012 | KEH | | E-mail correspondence with Careen Hannouche regarding payment in the amount of $653.25 from WRGrace on March 23rd for confirmation that payment is for the December 2011 monthly fee application for Lauzon Belanger Lesperance; review WRG spreadsheet, apply payment (for accounting on fee applications) and respond in the affirmative to same. | 0.40 | 190.00 | 76.00 |
| 03/28/2012 | KEH | | E-mail correspondence with Cindy Yates, Careen Hannouche, Matt Moloci, David Thompson, Michel Belanger, and Bridget Scott transmitting, for review, (pending Dan Hogan's review) each firm's revised response to the Fee Auditor's initial report for the 43rd Quarter. | 0.20 | 190.00 | 38.00 |
| 03/28/2012 | DKH | | E-mail correspondence with David Thompson approving the response to the fee examiner relative to Scarfone Hawkins. | 0.10 | 400.00 | 40.00 |
| 03/29/2012 | KEH | | E-mail correspondence from Cindy Yates re: Payment received from WRGrace in the amount of $4,317.68 and cannot reconcile same - amount does not match with monthly fee accounts or holdbacks. | 0.20 | 190.00 | 38.00 |
| 03/29/2012 | KEH | | E-mail correspondence to Careen Hannouche with inquiry regarding status of payment of holdback for Lauzon Belanger Lesperance's fee applications for July thru September, 2011, and advised that Scarfone Hawkins received a partial payment for August & September only. | 0.10 | 190.00 | 19.00 |
| 03/29/2012 | KEH | | In response to e-mail from Cindy Yates at Scarfone Hawkins, review WRGrace payment spreadsheet to help reconcile accounting for fee applications. WRGrace missed SH's July fee application holdback, $1519.50 - Paid the holdback for August monthly fee application, $1296.75, and September monthly fee application, $3020.93; email to Cindy Yates re: same. | 0.40 | 190.00 | 76.00 |
| 03/29/2012 | KEH | | Meet with Dan Hogan to finalize responses to the Fee Auditor's initial reports of The Hogan Firm, Scarfone Hawkins and Lauzon Bélanger Lespérance; E-mail same to Bobbi Ruhlander at Warren H. Smith & Associates, P.C. | 0.40 | 190.00 | 76.00 |
| 03/29/2012 | KEH | | Meeting with Daniel Hogan - case law research for responses to Fee Auditor's initial report; revise THF, SH & LBL response to initial report. | 1.40 | 190.00 | 266.00 |
| 03/29/2012 | DKH | | Revised the responses to the Fee Auditor's initial reports of The Hogan Firm, Scarfone Hawkins and Lauzon Bélanger Lespérance. | 1.00 | 400.00 | 400.00 |
| 03/30/2012 | LNC | | Calculation of project codes for The Hogan Firm's February invoice. | 1.30 | 190.00 | 247.00 |
| 03/30/2012 | KEH | | E-mail correspondence from Careen Hannouche regarding payment from WRGrace on March 29 in the amount of $1827.42; review WRG payment spreadsheet - payment is for holdback on LBL's July through September fee applications; email to Careen Hannouche re: same; post payments to WRG payment spreadsheet for accounting on fee applications. | 0.60 | 190.00 | 114.00 |
| 03/30/2012 | DKH | | E-mail correspondence with Bobbi Ruhlander transmitting Fee Auditor's Report Regarding the Quarterly Fee Application of Scarfone Hawkins LLP for the Period of October 1, 2011, through December 31, 2011 Filed by Warren H. Smith & Associates, P.C. | 0.10 | 400.00 | 40.00 |

| 4/5/2012 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | | Page:9 |
|---|---|---|---|---|---|---|
| 03/30/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Fee Auditor's Report Regarding the Quarterly Fee Application of Scarfone Hawkins LLP for the Period of October 1, 2011, through December 31, 2011 Filed by Warren H. Smith & Associates, P.C. | 0.40 | 400.00 | 160.00 |
| | | | **Total Fees** | **49.10** | | **$14,852.00** |

**Expenses**

| | | |
|---|---|---|
| 03/01/2012 | Digital Legal - Hand Delivery CNOs and 22nd Mo Appl to U.S. Trustee | 17.18 |
| 03/02/2012 | Photocopies - Quarterly fee applications | 40.20 |
| 03/02/2012 | Postage - Eighth Quarterly Application of Scarfone Hawkins LLP, Lauzon Belanger Lesperance and The Hogan firm to the fee auditor. | 9.80 |
| 03/07/2012 | Postage - USPS First Class Mail | 0.85 |
| 03/08/2012 | Digital Legal, LLC-Printing and hand delivery to the fee auditors and United States Trustees of the Eighth Quarterly Application for Lauzon Belanger Lesperance. | 616.98 |
| 03/08/2012 | Digital Legal, LLC-Printing and hand delivery to the fee auditors and United States Trustees of the Eighth Quarterly Application for Scarfone Hawkins. | 616.98 |
| 03/08/2012 | Digital Legal, LLC-Printing and hand delivery to the fee auditors and United States Trustees of the Eighth Quarterly Application for The Hogan Firm. | 745.78 |
| 03/09/2012 | Photocopies- 23rd Monthly applications to the fee auditors (74 @ .10) | 7.40 |
| | **Total Expenses** | **$2,055.17** |

| | |
|---|---|
| **TOTAL NEW CHARGES** | **$16,907.17** |

**STATEMENT OF ACCOUNT**

| | |
|---|---|
| Prior Balance | 11,362.58 |
| Payments | -11,362.58 |
| Current Fees | 14,852.00 |
| Current Expenses | 2,055.17 |
| **AMOUNT DUE AND OWING TO DATE** | **$16,907.17** |

**TERMS: DUE UPON RECEIPT; INTEREST WILL ACCRUE ON THE UNPAID BALANCE AT THE RATE OF 1.5% PER MONTH;  Please call 302.656.7540 if you have any questions or concerns.**

**Payments**

| **Date** | **Ref #** | **Description** | **Amount** |
|---|---|---|---|
| 3/19/2012 | 990 4855 | Payment on Account | 11,362.58 |

# EXHIBIT B

## CERTIFICATION PURSUANT TO DEL. BANKR. LR. 2016-2(f)

STATE OF DELAWARE    :
                    : ss
COUNTY OF NEW CASTLE :

I, Daniel K. Hogan, after being duly sworn according to law, depose and say as follows:

1. I am the sole shareholder of the applicant firm, The Hogan Firm ("Firm"), and I am admitted to appear before this Court.

2. The Firm has rendered professional services as counsel to Lauzon Bélanger S.E.N.C.R.L. and Scarfone Hawkins LLP as Special Counsel ("Special Counsel") for the Canadian ZAI Claimants by appointment order, dated March 19, 2010 [Docket No. 24508].

3. I am familiar with the other work performed on behalf of Special Counsel by the lawyers and paraprofessionals of The Hogan Firm.

4. I have reviewed the foregoing monthly application of The Hogan Firm and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed April 17, 2002, and submit that the Application is correct and materially complies with the applicable orders, rules, guidelines and requirements as set forth by, this Bankruptcy Court and the Executive Office for the United States Trustee.

I verify under penalty of perjury that the foregoing is true and correct.

Daniel K. Hogan (DE #2814)

SWORN AND SUBSCRIBED
Before me this 4th day of May, 2012

Notary Public
My Commission Expires: _____