IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. Grace & Co., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered<br><br>Ref. No. 27158 |

## FOURTEENTH AMENDED AND RESTATED VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION OF CREDITORS AS REQUIRED BY FED. R. BANKR. P. 2019

Daniel C. Cohn, on behalf of Murtha Cullina LLP ("Murtha"), and Adam G. Landis, on behalf of Landis Rath & Cobb LLP ("LRC"), as attorneys for the claimants injured by exposure to asbestos from the Debtors' operations in Lincoln County, Montana identified in the exhibits referred to in paragraph 8 below (the "Libby Claimants"), make the following statement:

1. This Amended and Restated Verified Statement is filed in accordance with Fed. R. Bankr. 2019 and in accordance with that certain Revised Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019 dated October 22, 2004 [Docket No. 6715], as it has been supplemented by the Supplement to Revised Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019 (the "2019 Order").

2. Murtha and LRC are counsel for the Libby Claimants in the above-captioned cases.

3. Daniel C. Cohn was engaged as co-counsel by the Libby Claimants' personal injury counsel, McGarvey, Heberling, Sullivan & McGarvey, P.C. ("MHSM") of Kalispell, Montana, and Lewis, Slovak, Kovacich & Marr, P.C. ("LSKM") of Great Falls, Montana (collectively, "Montana Counsel"), to provide services related to the Debtors' cases on behalf of all of their respective clients having claims against the Debtors. In turn, Attorney Cohn engaged

LRC to serve as Delaware counsel. Murtha and LRC represent any future clients of Montana Counsel who hold personal injury claims against the Debtors.

4.  LRC also is Delaware counsel to (i) Anchorage Advisors, LLC; (ii) Archer Capital Management, L.P.; (iii) Bank of America, N.A.; (iv) Barclays Bank PLC; (v) Bass Companies; (vi) Caspian Capital Advisors, LLC; (vii) Farallon Capital Management, LLC; (viii) Halcyon Master Fund LP; (ix) Intermarket Corp.; (x) JP Morgan Chase, N.A. Credit Trading Group; (xi) Loeb Partners Corporation; (xii) Macquarie Bank Limited; (xiii) Massachusetts Mutual Life Insurance Company c/o Babson Capital Management, Inc.; (xiv) MSD Credit Opportunity Master Fund L.P.; (xv) Normandy Hill Capital, LP; (xvi) Onex Debt Opportunity Fund, Ltd.; (xvii) P. Schoenfeld Asset Management, LLC; (xviii) Royal Bank of Scotland, PLC; (xix) Taconic Capital Advisors; and (xx) Visium Asset Management, LP (collectively, the "Bank Debt Holders"), interested parties in the above-referenced cases to represent them in their capacities as members of an informal group of holders of claims against the Debtors (or as managers or advisors to such holders).

5.  LRC also is Delaware counsel to (a) JPMorgan Chase Bank as Administrative Agent for the Credit Agreement dated as of May 14, 1998; and (b) JPMorgan Chase Bank as Administrative Agent for the 364-Day Credit Agreement dated as of May 5, 1999 (collectively, the "Administrative Agent"). The Libby Claimants, Bank Debt Holders and Administrative Agent are hereinafter collectively referred to as, the "Clients."

6.  LRC has fully advised the Clients with respect to the concurrent representations described herein. The Clients each have (a) consented to such representation and (b) requested that LRC represent them in this case.

7.  Murtha and LRC do not possess any claims against or interests in the Debtors.

8.  In accordance with the provisions of the 2019 Order, separate exhibits for the MHSM and LSKM firms, containing the information (as of April 20, 2012) required by the 2019 Order, have been submitted to the Clerk of this Court but have not been electronically filed. Murtha and LRC have relied on such exhibits for their personal knowledge in connection with the attached Verification.

Dated: May 17, 2012
       Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ Kerri Mumford

Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
919 Market Street, Suite 1800
P.O. Box 2087
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
       mumford@lrclaw.com

-and-

Daniel C. Cohn
MURTHA CULLINA LLP
99 High Street
Boston, MA 02110
Telephone: (617) 457-4000
Facsimile: (617) 482-3868

*Counsel to Libby Claimants*

## VERIFICATION

Daniel C. Cohn, a partner of Murtha, and Adam G. Landis, a partner of LRC, each hereby verifies that he has read the foregoing Amended and Restated Verified Statement in Connection with the Representation of Creditors as Required by Fed. R. Bankr. P. 2019 and that: (a) as to the statements related to Murtha, Daniel C. Cohn verifies that the statements contained therein are true and accurate based on his personal knowledge; and (b) as to the statements related to LRC, Adam G. Landis verifies that the statements contained therein are true and accurate based on his personal knowledge.

Signed under the penalties of perjury.

_____
Daniel C. Cohn
Dated: May 17, 2012

_____
Adam G. Landis
Dated: 5/17/2012

3473979_1.DOC