**EXHIBIT A**

| | | | |
|---|---|---|---|
| 01/06/12 | G.N. Kidder | Phone call with Carol Finke and Lisa Paider to discuss interest computation issue. | 0.30 |
| 01/06/12 | G.N. Kidder | Research interest computation issue. | 2.00 |
| 01/09/12 | G.N. Kidder | Research interest rules and application to carryback to underpayment year. | 1.30 |
| 01/10/12 | G.N. Kidder | Phone call with Carol Finke and Lisa Paider to discuss interest rules. | 0.50 |
| 01/10/12 | G.N. Kidder | Draft e-mail to Carol Finke and Lisa Paider describing interest rules. | 0.30 |
| 01/09/12 | M.D. Lerner | Review interest question. | 0.10 |
| 01/11/12 | A.E. Moran | Respond to questions on billings and court filings. | 0.50 |
| 01/23/12 | A.E. Moran | Work on filings for last quarter. | 0.30 |
| 01/25/12 | A.E. Moran | Review draft filing. | 0.60 |
| 01/26/12 | A.E. Moran | Work on quarterly application. | 1.20 |
| 01/27/12 | A.E. Moran | Follow-up on quarterly application filing. | 0.10 |

Disbursements:

| | | |
|---|---|---|
| 01/10/12 | Soundpath charge for Readyconference Plus on 01/10/12 for 96 minutes. Moderator: Gregory N. Kidder | 12.11 |

Disbursements:

| | |
|---|---|
| Overnight Messenger | 10.59 |

| | |
|---|---|
| Total Disbursements | $<u>10.59</u> |

6

**EXHIBIT B**

```
STEPTOE & JOHNSON LLP
Detail Cost Report
Invoice: 2427946
PAGE:   1

012046.00007 MISCELLANEOUS TAX ISSUES


   Cost                Timekeeper
   Code      Date    Number   Name          Quantity   Rate  Amount
========================================================================
TELECO   01/10/12  06515   Kidder, Gregory    1.00   12.11    12.11
  TELECO 01/10/12  06515   Kidder, Gregory    1.00   12.11

Soundpath charge for Readyconference Plus
on 01/10/12 for 96 minutes.
Moderator: Gregory N. Kidder

TELECO          Total :                                       12.11

Total : 012046.00007 MISCELLANEOUS TAX ISSUES                 12.11


STEPTOE & JOHNSON LLP
Detail Cost Report
Invoice: 2427944
PAGE:   1




012046.00005 BILLING & COURT FILINGS

   Cost                Timekeeper
   Code      Date    Number   Name          Quantity   Rate  Amount
========================================================================
DLFD     01/26/12  00206   Moran, Anne E.    1.00   10.59    10.59
  DLFD   01/26/12  00206   Moran, Anne E.    1.00            10.59

Federal Express from Wieczorek,JoAnn
to James ONeill on January 26, 2012
Tracking Number 502253939353

   DLFD             Total :                                   10.59
```

7