**EXHIBIT A**

Professional services rendered through: March 31, 2012

| Date | Name | Description | Hours |
|---|---|---|---|
| 03/23/12 | D.K. Muth | Research IRS policy; teleconference with Ms. C. Fink; draft language for response. | 3.50 |
| 03/23/12 | M.D. Lerner | Evaluate and discuss privilege issues related to audit. | 2.70 |
| 03/24/12 | D.K. Muth | Draft memorandum re: evidentiary privileges. | 4.80 |
| 03/24/12 | M.D. Lerner | Memo to C. Finke re privileges. | 0.20 |
| 03/26/12 | D.K. Muth | Draft memorandum re: privileges. | 1.50 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| M.D. Lerner | 2.90 | 895.00 | 2,595.50 |
| D.K. Muth | 9.80 | 385.00 | 3,773.00 |
| Total | 12.70 | | 6,368.50 |

Total Fees  $6,368.50

Disbursements:

Total Disbursements  $0.00

6