IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. Grace & Co., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered<br><br>**Ref. Nos. 28934 & 28936** |

## NOTICE OF WITHDRAWAL

Libby Claimants hereby withdraws the Fourteenth Amended and Restated Verified Statement in Connection with the Representation of Creditors as Required by Fed. R. Bankr. P. 2019 [Docket No. 28934] and Notice of Filing of the Fourteenth Amended and Restated Verified Statement in Connection with the Representation of Creditors as Required by Fed. R. Bankr. P. 2019 [Docket No. 28936] filed with the Court on May 17, 2012.

Dated: May 18, 2012
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Adam G. Landis*
Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
919 Market Street, Suite 1800
P.O. Box 2087
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
        mumford@lrclaw.com

-and-

Daniel C. Cohn
MURTHA CULLINA LLP
99 High Street
Boston, MA 02110
Telephone: (617) 457-4000
Facsimile: (617) 482-3868

*Counsel to Libby Claimants*

{393.001-W0020942.}