**EXHIBIT B – Part 1**

**Compensation by Project Category:**
**January 1, 2012 – March 31, 2012;**

**and**

**Monthly Fee Application for the Period from:**
**January 1, 2012 – January 31, 2012**

**WR GRACE & CO**

**COMPENSATION BY PROJECT CATEGORY**

**JANUARY 1, 2012 - MARCH 31, 2012**

| Matter Code | Project Category | Hours | Amount |
|:---:|:---|:---:|---:|
| 0013 | Business Operations | 3.9 | $    2,827.50 |
| 0014 | Case Administration | 35.2 | 8,267.50 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 1.6 | 1,220.00 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 41.6 | 31,750.00 |
| 0018 | Fee Application, Applicant | 25.2 | 10,411.00 |
| 0019 | Creditor Inquiries | 14.1 | 12,271.50 |
| 0020 | Fee Application, Others | 10.7 | 2,659.00 |
| 0021 | Employee Benefits, Pension | 13.5 | 9,787.50 |
| 0022 | Environmental Matters/Regulations/Litigation | 15.1 | 10,947.50 |
| 0036 | Plan and Disclosure Statement | 37.5 | 30,193.50 |
| 0037 | Hearings | 1.1 | 797.50 |
| 0041 | Relief from Stay Proceedings | 0.5 | 362.50 |
| | | | |
| | **Total** | **200.0** | **$ 121,495.00** |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline:** |
| | ) | **March 19, 2012 at 4:00 p.m.** |
| | ) | **Hearing date:  To be scheduled only if objections** |
| | ) | **are timely filed and served.** |

### NOTICE OF FILING OF MONTHLY FEE APPLICATION

To:  (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel

to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee

of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and

(7) Counsel to the Debtors-in-Possession Lenders (8) the Fee Auditor:

Stroock & Stroock & Lavan LLP ("Stroock"), counsel to the Official Committee of

Unsecured Creditors (the "Committee") of the above captioned debtor and debtors in possession

in the above-captioned chapter 11 cases, filed and served the One Hundred and Thirtieth

Monthly Fee Application of Stroock & Stroock & Lavan LLP for Interim Compensation and for

Reimbursement of Expenses for the services rendered during the period January 1, 2012 through

January 31, 2012, seeking compensation in the amount of $31,694.50 and reimbursement for

actual and necessary expenses in the amount of $379.41.

Objections or responses to the Monthly Fee Application, if any, must be made in writing

and filed with the United States Bankruptcy Court for the District of Delaware, 824 Market

Street, 3rd Floor, Wilmington, Delaware 19801, on or before **March 19, 2012 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon

the Affected Professional and each of the following:  (i) co-counsel for the Debtors, Adam Paul,

Date Filed: 2/28/2012

Docket No: 28595

Esquire, Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Illinois 60654 (fax number 312-862-2200), and James E. O'Neill, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400), and Janet S. Baer, Esquire, Baer Higgins Fruchtman LLC, 111 East Wacker Drive, Suite 2800, Chicago, IL 60601 (Fax number 312-577-0737); (ii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 222 Delaware Avenue, Suite 1600, Wilmington, Delaware 19801-1659 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Bilzin, Sumberg, Dunn, Baena, Price & Axelrod LLP, Wachovia Building, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, New York 10022 (fax number  212-644-6755), and Mark Hurford, Esquire, Campbell & Levine, LLC, 800 N. King Street, Suite 300, Wilmington, Delaware 19801 (fax number 302-426-9947); (v) co-counsel  to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins LLP, Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Neil B. Glassman, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. 25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vi) co-counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036 (fax number 212-715-8000),

and Teresa K.D. Currier, Esquire, Saul Ewing LLP, 222 Delaware Avenue, Wilmington, Delaware 19801 (Fax number 302-421-6813); (vii) the Office of the United States Trustee, Attn: David Klauder, Esquire, 844 N. King Street, Wilmington, Delaware 19801 (fax number 302-573-6497); and (viii) the Fee Auditor, Bobbi Ruhlander, Esquire, Warren H. Smith and Associates, P.C., Republic Center, 325 N. St. Paul, Suite 1250, Dallas, TX 75201 (Fax number 214-722-0081).

**[Remainder of Page Left Intentionally Blank]**

Dated: February 28, 2012
      Wilmington, Delaware

**RESPECTFULLY SUBMITTED,**

*/s/ Michael R. Lastowski*
Michael R. Lastowski, Esq. (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659
Telephone:    (302) 657-4900
Facsimile:    (302) 657-4901
E-mail:    mlastowski@duanemorris.com
E-mail:    rwriley@duanemorris.com

William S. Katchen, Esquire (Admitted in NJ Only)
DUANE MORRIS LLP
Suite 1200
744 Broad Street
Newark, NJ 07102-3889
Telephone:    (973) 424-2000
Facsimile:    (973) 424-2001
E-mail:    wskatchen@duanemorris.com

and

Lewis Kruger, Esquire
Kenneth Pasquale, Esquire
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
Telephone:    (212) 806-5400
Facsimile:    (212) 806-6006
E-mail:    lkruger@stroock.com
               kpasquale@stroock.com

Co-Counsel for the Official Committee of
Unsecured Creditors of W. R. Grace & Co., et al.

4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
|  | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) | **Objection Deadline:** |
|  | ) | **March 19, 2012 at 4:00 p.m.** |
|  | ) | **Hearing date: To be scheduled only if objections** |
|  | ) | **are timely filed and served.** |

**ONE HUNDRED AND THIRTIETH MONTHLY FEE APPLICATION OF
STROOCK & STROOCK & LAVAN LLP FOR COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
FROM JANUARY 1, 2012 THROUGH JANUARY 31, 2012**

| | |
|---|---|
| Name of Applicant | **Stroock & Stroock & Lavan LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 12, 2001** |
| Period for which compensation and reimbursement is sought | **January 1, 2012 – January 31, 2012** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$31,694.50     (80%: $25,355.60)** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$379.41** |

This is an: ☒ interim ☐ final application

**Attachment A**

**Monthly Interim Fee Applications**

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| May 30, 2001 D.I.339 | 4/12/01-4/30/01 | $138,926.00 | $1,975.13 | $111,140.80 | $1,975.13 |
| July 2, 2001 D.I.613 | 5/1/01 – 5/31/01 | $139,928.75 | $6,884.73 | $111.943.00 | $6,884.73 |
| July 30, 2001 D.I.772 | 6/1/01 – 6/30/01 | $91,019.00 | $10,458.14 | $72,815.20 | $10,458.14 |
| September 5, 2001    D.I.889 | 7/1/01-7/31/01 | $92,308.00 | $5,144.37 | $73,846.40 | $5,144.37 |
| October 2, 2001 D.I.983 | 8/1/01 8/31/01 | $53,873.50 | $3,069.88 | $43,098.80 | $3,069.88 |
| October 31, 2001 D.I.1058 | 9/1/01 – 9/30/01 | $58,742.00 | $6,801.32 | $46,993.60 | $6,801.32 |
| November 26, 2001 D.I.1239 | 10/1/01 – 10/31/01 | $101,069.00 | $3,562.09 | $80,855.20 | $3,562.09 |
| January 8, 2002 D.I.1470 | 11/1/01 – 11/30/01 | $136,368.50 | $8,847.34 | $109,094.80 | $8,847.34 |
| February 1, 2002 D.I.1608 | 12/01/01 – 12/31/01 | $92,064.50 | $9,471.47 | $73,651.60 | $9,471.47 |
| March 14, 2002 D.I.1812 | 01/01/02 – 01/31/02 | $100,231.50 | $14,675.58 | $80,185.20 | $14,675.58 |
| April 22, 2002 D.I.1951 | 02/01/02 – 02/28/02 | $88,974.50 | $16,863.97 | $71,179.60 | $16,863.97 |
| May 8, 2002 D.I.2029 | 03/01/02 – 03/31/02 | $77,964.25 | $1,190.44 | $62,371.40 | $1,190.44 |
| June 3, 2002 D.I.2156 | 04/01/02-04/30/02 | $97,251.50 | $1,816.40 (Stroock) $9,772.37 (Chambers) | $77,801.20 | $11,588.86 |

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
| | | Fees | Expenses | Fees | Expenses |
| --- | --- | --- | --- | --- | --- |
| July 2, 2002 D.I.2324 | 05/01/02 – 05/31/02 | $74,910.75 | $2,9154.43 (Stroock) $43,190.69 (Chambers) | $59,928.60 | $46,105.12 |
| August 5, 2002 D.I.2495 | 06/01/02 – 06/30/02 | $73,096.75 | $2,054.05 (Stroock) $114,666.72 (Chambers) | $58,477.4011 | $116,720.77 |
| September 20, 2002 D.I.2720 | 07/01/02 – 07/31/02 | $90,903.27 | $1,250.79 (Stroock) $11,996.25 (Chambers) | $72,722.61 | $13,274.04 |
| October 29, 2002 D.I.2898 | 08/01/02 – 08/31/02 | $93,151.25 | $11,539.51 (Stroock) $5,046.70 (Chambers) | $74,521.00 | $16,586.21 |
| November 14, 2002 D.I.2981 | 09/01/02 – 09/30/02 | $96,613.25 | $15,567.77 (Stroock) $771.50 (Chambers) | $77,290.60 | $16,339.27 |
| December 10, 2002 D.I.3129 | 10/1/02 – 10/31/02 | $68,404.00 | $2,956.54 (Stroock) $1,780.75 (Chambers) | $54,723.20 | $4,737.29 |
| January 28, 2003 D.I.3286 | 11/1/02 – 11/30/02 | $75,345.50 | $8,712.16 (Stroock) | $60,276.40 | $8,712.16 |
| February 7, 2003 D.I.3349 | 12/1/02 – 12/31/02 | $27,683.50 | $13,332.14 (Stroock) | $22,146.80 | $13,332.14 |
| March 26, 2003 D.I.3552 | 1/1/03 – 1/31/03 | $88,139.00 | $1,210.11 (Stroock) | $70,511.20 | $1,210.11 |
| April 7, 2003 D.I.3626 | 2/1/03 – 2/28/03 | $76,313.00 | $2,022.78 (Stroock) $1,077.80 (Chambers) | $61,050.40 | $3,100.58 |
| April 29, 2003 D.I. 3718 | 3/1/03 – 3/31/03 | $60,163.50 | $6,191.15 (Stroock) | $48,130.80 | $6,191.15 |
| June 2, 2003 D.I. 3850 | 4/1/03 – 4/30/03 | $60,269.00 | $814.02 (Stroock) $2,043.00 (Chambers) | $48,215.20 | $2,857.02 |
| July 1, 2003 D.I. 3983 | 5/1/03 – 5/31/03 | $111,990.50 | $691.84 (Stroock) $9,830.50 (Chambers) | $89,592.40 | $10,522.34 |
| August 5, 2003 D.I. 4152 | 6/1/03 – 6/30/03 | $43,824.00 | $1,220.42 (Stroock) $61,755.00 (Chambers) | $35,059.20 | $62,975.42 |

2

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| September 4, 2003 D.I. 4381 | 7/1/03 – 7/31/03 | $79,090.50 | $2,301.33 (Stroock) $14,274.25 (Chambers) | $55,941.60 | $16,575.58 |
| September 30, 2003 D.I. 4512 | 8/1/03 – 8/31/03 | $69,927.00 | $1,164.19 (Stroock) $12,488.94 (Chambers) | $55,941.60 | $13,653.13 |
| October 29, 2003 D.I. 4625 | 9/1/03 – 9/30/03 | $69,409.50 | $1,076.94 (Stroock) $10,102.00 (Chambers) | $55,527.60 | $11,178.94 |
| December 19, 2002 D.I. 4843 | 10/1/03 – 10/31/03 | $96,980.50 | $3,800.45 (Stroock) $42,881.50 (Chambers) | $77,584.40 | $46,681.95 |
| January 23, 2003 D.I. 4976 | 11/1/03 – 11/30/03 | $66,428.50 | $1,225.38 (Stroock) $30,463.00 (Navigant f/k/a Chambers) | $53,142.80 | $31,688.38 |
| February 4, 2004 D.I. 5056 | 12/1/03 – 12/31/03 | $52,321.50 | $924.99 (Stroock) $27,005.00 (Navigant f/k/a Chambers) | $41,857.20 | $27,929.99 |
| March 17, 2004 D.I. 5309 | 1/1/04 – 1/31/04 | $65,980.50 | $1,917.93 (Stroock) $47,654.57 (Navigant f/k/a Chambers) | $52,784.40 | $49,572.50 |
| April 6, 2004 D.I. 5406 | 2/1/04 – 2/29/04 | $90,421.50 | $3,636.48 (Stroock) $35,492.50 (Navigant f/k/a Chambers) | $72,337.20 | $39,128.98 |
| April 28, 2004 D.I. 5498 | 3/1/04 – 3/31/04 | $103,524.00 | $5,567.34 (Stroock) | $82,819.20 | $5,567.34 |
| June 14, 2004 D.I. 5803 | 4/1/04 – 4/30/04 | $99,136.00 | $3,518.96 (Stroock) $1,515.00 (Navigant February) $49,667.00 (Navigant March) $80,307.11 (Navigant April) | $79,308.80 | $135,008.07 |
| July 2, 2004 D.I. 5917 | 5/1/04 – 5/31/04 | $134,324.50 | $2,409.97 (Stroock) $78,360.05 (Navigant May) | $107,459.60 | $80,770.02 |

3

| | | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| August 2, 2004 D.I. 6105 | 6/1/04 – 6/30/04 | $120,501.00 | $1,831.49 (Stroock) $62,625.00 (Navigant June) | $96,400.80 | $64,456.49 |
| September 9, 2004 D.I. 6341 | 7/1/04 – 7/31/04 | $72,394.00 | $3,461.84 (Stroock) $40,427.50 (Navigant July) | $57,915.20 | $43,889.34 |
| September 23, 2004 D.I. 6444 | 8/1/04 – 8/31/04 | $70,457.00 | $1,764.40 (Stroock) | $56,365.60 | $1,764.40 |
| October 14, 2004 D.I. 6625 | 9/1/04 – 9/30/04 | $83,903.50 | $1,535.61 (Stroock) $27,142.00 (Navigant August) | $67,122.80 | $28,677.61 |
| December 3, 2004 D.I. 7086 | 10/1/04 – 10/31/04 | $200,155.50 | $1,368.18 (Stroock) $ 24,659.00 (Navigant September) | $160,124.40 | $26,027.18 |
| January 7, 2005 D.I. 7481 | 11/1/04 – 11/30/04 | $218,608.50 | $14,019.09 (Stroock) $25,102.80 (Navigant October) $27,972.34 (Navigant November) | $174,886.80 | $67,094.23 |
| February 2, 2005 D.I. 7667 | 12/1/04 – 12/31/04 | $235,503.70 | $10,442.92 (Stroock) $62,687.97 (Navigant December) | $188,402.96 | $73,130.89 |
| March 15, 2005 D.I. 8026 | 1/1/05 – 1/31/05 | $187,168.00 | $4,411.55 (Stroock) $15,686.00 (Navigant January) | $149,734.40 | $20,097.55 |
| April 1, 2005 D.I. 8155 | 2/1/05 – 2/28/05 | $108,180.25 | $8,102.85 (Stroock) $18,303.37 (Navigant February) | $86,544.20 | $26,406.22 |
| April 25, 2005 D.I. 8331 | 3/1/05 – 3/31/05 | $56,941.25 | $287.23 (Stroock) $6,114.86 (Navigant March) | $45,553.00 | $6,402.09 |
| June 6, 2005 D.I.  8562 | 4/1/05 – 4/30/05 | $127,695.00 | $3,531.45 (Stroock) $20,129.06 (Navigant April) | $102,156.00 | $23,660.51 |

4

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
| | | Fees | Expenses | Fees | Expenses |
|---|---|---|---|---|---|
| June 28, 2005 D.I. 8704 | 5/1/05 – 5/31/05 | $115,453.75 | $858.21(Stroock) | $78,855.20 | $858.21 |
| August 3, 2005 D.I. 9135 | 6/1/05 – 6/30/05 | $114,903.75 | $4,871.74 (Stroock) $34,075.28 (Navigant) | $91,923.00 | $38,947.02 |
| September 8, 2005 D.I. 9356 | 7/1/05 – 7/31/05 | $117,780.75 | $2,088.44 (Stroock) $2,211.00 (Navigant) | 94,224.60 | $4,299.44 |
| October 14, 2005 D.I. 9565 | 8/1/05 8/31/05 | $106,796.25 | $5,046.99 (Stroock) $18,550.00 (Navigant) | $85,437.00 | $23,596.99 |
| November 1, 2005 D.I. 10951 | 9/1/05 9/31/05 | $67,697.50 | $1,399.68 (Stroock) $11,197.50 (Navigant) | $54,158.00 | $12,597.18 |
| November 29, 2005 D.I. 11202 | 10/1/05 - 10/31/05 | $98,216.75 | $1,611.30 (Stroock) $11,582.50 (Navigant) | $78,573.40 | $13,193.80 |
| January 9, 2006 D.I. 11507 | 11/1/05 11/30/05 | $104,348.00 | $2,847.45 (Stroock) $71,598.50 (Navigant) | $83,478.40 | $74.445.95 |
| January 30, 2006 D.I. 11655 | 12/1/05 – 12/31/05 | $96,855.00 | $1,379.53 (Stroock) $20,317.49 (Navigant) | $77,484.00 | $21,697.02 |
| March 1, 2006 D.I. 11921 | 1/1/06 – 1/31/06 | $73,383.00 | $1,810.85 (Stroock) $14,124.01 (Navigant) | $58,706.40 | $15,934.86 |
| March 28, 2006 D.I. 12134 | 2/1/06 – 2/28/06 | $105,083.75 | $1,434.62 (Stroock) $25,971.70 (Navigant) | $84,067.00 | $27,406.32 |
| May 2, 2006 D.I. 12354 | 3/1/2006 - 3/31/2006 | $145,189.50 | $2,512.81 (Stroock) $25,838.37 (Navigant) | $116,151.60 | $28,351.18 |
| May 31, 2006 D.I. 12558 | 4/1/2006 - 4/30/2006 | $116,817.00 | $2,141.42 (Stroock) $7,425.00 (Navigant) | $93,453.60 | $9,566.42 |
| July 6, 2006 D.I. 12748 | 5/1/2006 – 5/31/2006 | $121,304.50 | $1,838.71 (Stroock) $17,493.75 (Navigant) | $97,043.60 | $19,332.46 |
| August 1, 2006 D.I. 12899 | 6/1/2006 – 6/30/2006 | $94,856.50 | $1,869.66 (Stroock) $38,548.75 (Navigant) | $75,885.20 | $40,418.41 |

5

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
| | | Fees | Expenses | Fees | Expenses |
| --- | --- | --- | --- | --- | --- |
| August 30, 2006 D.I. 13117 | 7/1/2006 – 7/31/2006 | $97,397.25 | $496.76 (Stroock) $30,280.00 (Navigant) | $77,917.80 | $30,776.76 |
| October 2, 2006 D.I. 13336 | 8/1/2006- 8/31/2006 | $131,856.25 | $98.34 (Stroock) $98,317.50 (Navigant) | $105,485.00 | $98,415.84 |
| November 2, 2006 D.I. 13559 | 9/1/2006 – 9/30/2006 | $150,960.00 | $4,147.01 (Stroock) $91,179.11 (Navigant) | $120,768.00 | $95,326.12 |
| November 29, 2006 D.I. 13838 | 10/1/06 – 10/31/06 | $196,223.50 | $915.14 (Stroock) $147,374.20 (Navigant) | $156,978.89 | $148,289.34 |
| January 12, 2007 D.I. 14292 | 11/1/06 – 11/30/06 | $188,638.00 | $3,370.16 (Stroock) $133,438.70 (Navigant) | $150,910.40 | $136,808.86 |
| January 29, 2007 D.I. 14415 | 12/1/06 – 12/31/06 | $99,832.00 | $5,752.89 (Stroock) $55,245.22 (Navigant) | $79,865.60 | $60,998.11 |
| March 8, 2007 D.I. 14810 | 1/1/2007 – 1/31/2007 | $77,582.00 | $962.06 (Stroock) $90,474.74 (Navigant) | $62,065.60 | $91,436.80 |
| April 10, 2007 D.I. 15132 | 2/1/2007 – 2/28/2007 | $119,140.50 | $3,092.88 (Stroock) $77,301.25 (Navigant) | $95.312.40 | $80,394.13 |
| May 1, 2007 D.I. 15457 | 3/1/2007 – 3/31/2007 | $135,228.00 | $6,635.25 (Stroock) $104,674.53 (Navigant) | $108,182.40 | $111,309.78 |
| June 22, 2007 D.I. 16136 | 4/1/2007 – 4/30/2007 | $177,646.00 | $815.81 (Stroock) $173,437.45 (Navigant) | $142,116.80 | $174,253.26 |
| July 17,2007 D.I. 16309 | 5/1/2007 – 5/31/2007 | $205,937.25 | $6,405.01 (Stroock) $162,431.03 (Navigant) | $164,749.80 | $168,836.04 |
| August 10, 2007 D.I. 16528 | 6/1/2007 – 6/30.2007 | $225,650.50 | $5,929.97 (Stroock) $200,294.81 (Navigant) | $180,520.40 | $206,224.78 |
| September 14, 2007 D.I. 16822 | 7/1/2007 – 7/31/2007 | $157.268.50 | $4,021.65 (Stroock) $208,116.54 (Navigant) | $125,814.80 | $212,138.19 |
| October 1, 2007 D.I. 16959 | 8/1/2007 – 8/31/2007 | $145,866.50 | $3,354.61 (Stroock) $210,152.54 (Navigant) | $116,693.20 | $213,507.15 |

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| November 19, 2007 D.I. 17394 | 9/1/2007 – 9/30/2007 | $206,908.50 | $3,056.89 (Stroock) | $165,526.80 | $3,056.89 |
| December 5, 2007 D.I. 17548 | 10/1/07 - 10/31/07 | $288,976.50 | $22,324.58 (Stroock) $325,509.63 (Navigant) | $231,181.20 | $347,834.21 |
| January 11, 2008 D.I. 17803 | 11/1/07 – 11/30/07 | $249,372.50 | $32,780.40 (Stroock) $162,394.93 (Navigant) | $199,498.00 | $195,175.33 |
| February 1, 2008 D.I. 17957 | 12/1/07 – 12/31/97 | $116,522.50 | $57,717.92 (Stroock) $47,444.43 (Navigant) | $93,218.00 | $105,162.35 |
| March 4, 2008 D.I. 18202 | 1/1/08 – 1/31/08 | $201,472.50 | $3,282.80 (Stroock) $86,070.26 (Navigant) | $161,178.00 | $89,353.06 |
| April 4, 2008 D.I. 18450 | 2/1/08 – 2/29/08 | $195,491.00 | $5,922.25 (Stroock) $73,924.16 (Navigant) | $156,392.80 | $79,846.41 |
| April 29, 2008 D.I. 18639 | 3/1/08 – 3/31/08 | $275,659.00 | $11,217.17 (Stroock) $69,201.53 (Navigant) | $220,527.20 | $80,418.70 |
| June 4, 2008 D.I. 18862 | 4/1/08 - 4/30/08 | $298,888.00 | $10,143.60 (Stroock) $38,800.00 (Navigant) | $239,110.40 | $48,943.60 |
| July 1, 2008 D.I. 19032 | 5/1/08 - 5/31/08 | $138,683.50 | $3,649.95 (Stroock) | $110,946.80 | $3,649.95 |
| August 4, 2008 D.I. 19224 | 6/1/2008 - 6/30/2008 | $213,559.00 | $12,357.78 (Stroock) $96.84 (Navigant) | $170,847.20 | $12,454.62 |
| September 10, 2008 D.I. 19516 | 7/1/2008 - 7/31/2008 | $206,087.50 | $6,717.13 (Stroock) $259.90 (Navigant) | $164.870.00 | $6,977.03 |
| September 30, 2008 D.I. 19653 | 8/1/2008 – 8/31/2008 | $212,928.50 | $2,326.65 (Stroock) | $170,342.80 | $2,326.65 |
| November 6, 2008 D.I. 19949 | 9/1/2008 – 9/30/2008 | $226,486.50 | $2,844.77 (Stroock) | $181,189.20 | $2,844.77 |
| December 2, 2008 D.I. 20174 | 10/1/08 – 10/31/08 | $270,097.00 | $10,611.52 (Stroock) | $216,077.60 | $10,611.52 |

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| December 30, 2008 D.I. 20384 & 20385 | 11/1/08 – 11/30/08 | $184,642.00 | $5,870.24 (Stroock) | $147,713.60 | $5,870.24 |
| February 3, 2009 D.I. 20654 | 12/1/08 – 12/31/08 | $102,648.50 | $4,017.80 (Stroock) | $82,118.80 | $4,017.80 |
| March 3, 2009 D.I. 20906 | 1/1/09 – 1/31/09 | $114,525.00 | $2,458.44 (Stroock) | $91,620.00 | $2,458.44 |
| March 30, 2009 D.I. 21152 | 2/1/09 – 2/28/09 | $141,569.00 | $1,627.89 (Stroock) | $113,255.20 | $1,627.89 |
| April 29, 2009 D.I. 21475 | 3/1/09 – 3/31/09 | $181,006.75 | $3,270.02 (Stroock) | $144,805.40 | $3,270.02 |
| May 29,2009 D.I. 21910 | 4/1/09 – 4/30/09 | $187,588.50 | $1,545.41 (Stroock) | $150,070.80 | $1,545.41 |
| July 1, 2009 D.I. 22310 | 5/1/09 – 5/31/09 | $227,989.00 | $9,428.79 (Stroock) | $182,391.20 | $9,428.79 |
| August 6, 2009 D.I. 22709 | 6/1/09 – 6/30/09 | $238,611.25 | $5,960.91 (Stroock) | $190,889.00 | $5,960.91 |
| September 25, 2009 D.I. 23338 | 7/1/09 – 7/31/09 | $294,766.50 | $17,306.20 (Stroock) | $235,813.20 | $17,306.20 |
| October 5, 2009 D.I 23422 | 8/1/09 – 8/31/09 | $299,544.25 | $7,237.57 (Stroock) $2,812.50 (Navigant) | $239,635.40 | $10,050.07 |
| November 13, 2009 D.I. 23759 | 9/1/09 – 9/30/09 | $349,937.50 | $20,164.05 (Stroock) | $279,950.00 | $20,164.05 |
| December 1, 2009 D.I. 23897 | 10/1/09 – 10/31/09 | $281,050.75 | $12,457.25 (Stroock) | $224,840.60 | $12,457.25 |
| December 30, 2009 D.I. 24087 | 11/1/09 – 11/30/09 | $219,347.00 | $10,084.80 (Stroock) | $175,477.60 | $10,084.80 |
| January 29, 2010 D.I. 24211 | 12/1/09 – 12/31/09 | $117,137.00 | $3,532.36 (Stroock) | $93,709.60 | $3,532.36 |

8

| | | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| March 1, 2010 D.I. 24376 | 1/1/2010 – 1/31/2010 | $193,442.75 | $3,163.37 (Stroock) | $154,754.20 | $3,163.37 |
| March 30, 2010 D.I. 24537 | 2/1/2010 – 2/28/2010 | $56,435.50 | $1,668.29 (Stroock) | $45,148.40 | $1,668.29 |
| April 28, 2010 D.I. 24687 | 3/1/2010 – 3/31/2010 | $42,209.00 | $636.63 (Stroock) | $33,767.20 | $636.63 |
| May 28, 2010 D.I. 24859 | 4/1/2010 – 4/30/2010 | $44,465.00 | $265.51 (Stroock) | $35,572.00 | $265.51 |
| June 28, 2010 D.I. 24993 | 5/1/2010 – 5/31/2010 | $36,946.50 | $770.90 (Stroock) | $29,557.20 | $770.90 |
| July 28, 2010 D.I. 25130 | 6/1/2010 – 6/30/2010 | $52,374.50 | $93.68 (Stroock) | $41,899.60 | $93.68 |
| August 30, 2010 D.I. 25286 | 7/1/2010 – 7/31/2010 | $20,240.00 | $141.30 (Stroock) | $16,192.00 | $141.30 |
| September 28, 2010 D.I. 25488 | 8/1/2010 – 8/31/2010 | $23,595.50 | $157.91 (Stroock) | $18,876.40 | $157.91 |
| October 28, 2010 D.I. 25660 | 9/1/2010 – 9/30/2010 | $25,244.50 | $328.75 (Stroock) | $20,195.60 | $328.75 |
| November 29, 2010 D.I. 25812 | 10/1/2010 – 10/31/10 | $17,677.50 | $90.00 (Stroock) | $14,142.00 | $90.00 |
| December 28, 2010 D.I. 25963 | 11/1/2010 – 11/30/2010 | $45,417.00 | $307.06 (Stroock) | $36,333.60 | $307.06 |
| January 28, 2011 D.I. 26140 | 12/1/2011 – 12/31/2011 | $78,046.75 | $2,238.40 (Stroock) | $62,437.40 | $2,238.40 |
| February 28, 2011 D.I. 26435 | 1/1/2011 – 1/31/2011 | $37,267.00 | $193.84 (Stroock) | $29,813.60 | $193.84 |
| March 28, 2011 D.I. 26651 | 2/1/2011 – 2/28/2011 | $145,264.75 | $3,264.42 (Stroock) | $116,211.80 | $3,264.42 |

| | | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| April 28, 2011 D.I. 26834 | 3/1/2011 – 3/31/2011 | $95,649.00 | $1,447.38 (Stroock) | $76,519.20 | $1,447.38 |
| May 31, 2011 D.I. 27012 | 4/1/2011 – 4/30/2011 | $137,671.50 | $1,005.62 (Stroock) | $110,137.20 | $1,005.62 |
| June 28, 2011 D.I. 27166 | 5/1/2011 – 5/31/2011 | $67,451.50 | $1,350.50 (Stroock) | $53,961.20 | $1,350.50 |
| July 28, 2011 D.I. 27326 | 6/1/2011 – 6/30/2011 | $183,497.75 | $1,903.63 (Stroock) | $146,798.20 | $1,903.63 |
| August 30, 2011 D.I. 27526 | 7/1/2011 – 7/31/2011 | $63,076.00 | $1,373.39 (Stroock) | $50,460.80 | $1,373.39 |
| September 28, 2011 D.I. 27675 | 8/1/2011 – 8/31/2011 | $56,731.00 | $1,133.86 (Stroock) | $45,384.80 | $1,133.86 |
| October 28, 2011 D.I. 27847 | 9/1/2011 – 9/30/2011 | $68,727.00 | $1,025.63 (Stroock) | $54,981.60 | $1,025.63 |
| December 1, 2011 D.I. 28060 | 10/1/2011 – 10/31/2011 | $55,335.00 | $348.59 (Stroock) | $44,268.00 | $348.59 |
| December 28, 2011 D.I 28281 | 11/1/2011 – 11/30/2011 | $29,136.00 | $416.68 (Stroock) | $23,308.80 | $416.68 |
| February 3, 2012 D.I. 28463 | 12/1/2011 – 12/31/2011 | $8,012.50 | $52.22 (Stroock) | $6,410.00 | $52.22 |

10

**WR GRACE & CO**
**ATTACHMENT B**
**JANUARY 1, 2012 - JANUARY 31, 2012**

|  | Hours | Rate | Amount | No. of Years in Position |
|---|---|---|---|---|
| **Partners** |  |  |  |  |
| Kruger, Lewis | 3.0 | $1,025 | $  3,075.00 | 42 |
| Pasquale, Kenneth | 4.8 | 920 | 4,416.00 | 21 |
|  |  |  |  |  |
| **Associates** |  |  |  |  |
| Krieger, Arlene G. | 30.1 | 725 | 21,822.50 | 27 |
|  |  |  |  |  |
| **Paraprofessionals** |  |  |  |  |
| Magzamen, Michael | 0.4 | 335 | 134.00 | 9 |
| Mohamed, David | 10.7 | 210 | 2,247.00 | 22 |
|  |  |  |  |  |
|  |  |  |  |  |
| **Total** | **49.0** |  | **$ 31,694.50** |  |

# EXHIBIT A

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**JANUARY 1, 2012 - JANUARY 31, 2012**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0013 | Business Operations | 0.3 | $     217.50 |
| 0014 | Case Administration | 6.5 | 1,519.50 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 2.0 | 1,627.00 |
| 0018 | Fee Application, Applicant | 10.7 | 6,314.00 |
| 0019 | Creditor Inquiries | 2.4 | 2,281.50 |
| 0020 | Fee Application, Others | 2.1 | 492.50 |
| 0021 | Employee Benefits, Pension | 11.4 | 8,265.00 |
| 0036 | Plan and Disclosure Statement | 13.2 | 10,687.50 |
| 0041 | Relief from Stay Proceedings | 0.4 | 290.00 |
| | | | |
| | **Total** | **49.0** | **$ 31,694.50** |

# STROOCK

## INVOICE

| DATE | February 6, 2012 |
|---|---|
| INVOICE NO. | 556774 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through January 31, 2012, including:

| RE | Business Operations<br>699843 0013 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/18/2012 | Attend to order approving 2nd LOC facility amendment. | Krieger, A. | 0.1 |
| 01/24/2012 | Attend to Grace's motion to extend Credit Agreement with ART. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.3 | $ 725 | $ 217.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 217.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 217.50 |
|---|---|

# STROOCK

| RE | Case Administration |
|----|---------------------|
|    | 699843 0014         |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/05/2012 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.4 |
| 01/06/2012 | Obtain and circulate recently docketed pleadings in main case (.5); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.6 |
| 01/09/2012 | Attend to Court Order setting Jurgens' hearing. | Krieger, A. | 0.1 |
| 01/09/2012 | Obtain and circulate recently docketed pleadings in main case (.4); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.5 |
| 01/11/2012 | Obtain and circulate recently docketed pleadings in main case (.3); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.4 |
| 01/12/2012 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.3 |
| 01/13/2012 | Attend to 1/23/12 hearing agenda and office conference D. Mohamed re: same. | Krieger, A. | 0.1 |
| 01/13/2012 | Obtain and circulate recently docketed pleadings in main case (.5); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.6 |
| 01/17/2012 | Office conference D. Mohamed re: 1/23/12 hearing. | Krieger, A. | 0.1 |
| 01/17/2012 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.4 |
| 01/18/2012 | Obtain and circulate recently docketed pleadings in main case (.4); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.5 |
| 01/24/2012 | Obtain and circulate recently docketed pleadings in main case (.7); obtain fee applns. and CNOs for the 43rd interim period for | Mohamed, D. | 1.2 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | atttorney review (.5). | | |
| 01/30/2012 | Obtain and circulate recently docketed pleadings in main case (.5); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.6 |
| 01/31/2012 | Obtain and circulate recently docketed pleadings in main case (.4); obtain and circulate recently pleadings re appeals case docket no. 11-199 (.3). | Mohamed, D. | 0.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.3 | $ 725 | $ 217.50 |
| Mohamed, David | 6.2 | 210 | 1,302.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,519.50 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 1,519.50 |
|-----------------------|-----------|

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders'<br>699843  0017 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/02/2012 | Attend to Capstone's Memorandum to the Committee re: Debtors' proposed Second Amendment to the LOC Facility and memoranda with Capstone thereon. | Krieger, A. | 0.5 |
| 01/03/2012 | Memorandum to Capstone re: Committee Memorandum re: Amended LOC Facility. | Krieger, A. | 0.1 |
| 01/03/2012 | Review Capstone report. | Pasquale, K. | 0.3 |
| 01/24/2012 | Review pension motion. | Pasquale, K. | 0.3 |
| 01/31/2012 | Memoranda for the Committee re: District Court's confirmation rulings and memoranda with Capstone re: same. | Krieger, A. | 0.6 |
| 01/31/2012 | T/c Charles Freedgood and Kevin Kelley re: telephone conference with Committee re: decision. | Kruger, L. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.2 | $ 725 | $ 870.00 |
| Kruger, Lewis | 0.2 | 1,025 | 205.00 |
| Pasquale, Kenneth | 0.6 | 920 | 552.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,627.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,627.00 |
|---|---|

# STROOCK

| RE | Fee Application, Applicant<br>699843  0018 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/05/2012 | Review and revise December fee detail. | Magzamen, M. | 0.4 |
| 01/09/2012 | Prepare draft of SSL's 129th monthly fee application for attorney review. | Mohamed, D. | 0.8 |
| 01/11/2012 | Attend to SSL's 149th fee statement (Dec. 2011) and office conference DM re: same. | Krieger, A. | 0.2 |
| 01/26/2012 | Attend to preparation of 43rd quarterly fee application. | Krieger, A. | 6.4 |
| 01/27/2012 | Prepare draft 43rd quarterly fee application. | Krieger, A. | 1.2 |
| 01/30/2012 | Finalize SSL's 129th monthly fee application for filing (.5); prepare notice and CoS re: same and forward to local counsel for filing (.6); prepare and effectuate service re: fee application (.6). | Mohamed, D. | 1.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 7.8 | $ 725 | $ 5,655.00 |
| Magzamen, Michael | 0.4 | 335 | 134.00 |
| Mohamed, David | 2.5 | 210 | 525.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 6,314.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 6,314.00 |
|---|---|

# STROOCK

| RE | Creditor Inquiries |
|---|---|
| | 699843  0019 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/06/2012 | Telephone conference creditor re: confirmation status. | Pasquale, K. | 0.2 |
| 01/31/2012 | T/c bank debtholders re: decision. | Kruger, L. | 0.7 |
| 01/31/2012 | Telephone conference various lenders re: confirmation decision. | Pasquale, K. | 1.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Kruger, Lewis | 0.7 | $ 1,025 | $ 717.50 |
| Pasquale, Kenneth | 1.7 | 920 | 1,564.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,281.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 2,281.50 |
|---|---|

# STROOCK

| RE | Fee Application, Others |
|----|-------------------------|
|    | 699843  0020            |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/09/2012 | Memoranda with Capstone and DOE re: Capstone's fee application. | Krieger, A. | 0.1 |
| 01/10/2012 | Finalize Capstone's 94th monthly fee application for filing (.7); prepare notice and CoS re: same and forward to local counsel for filing (.6). | Mohamed, D. | 1.3 |
| 01/11/2012 | Prepare and effectuate service re: Capstone's 94th monthly fee application. | Mohamed, D. | 0.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.1 | $ 725 | $ 72.50 |
| Mohamed, David | 2.0 | 210 | 420.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 492.50 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 492.50 |
|-----------------------|----------|

# STROOCK

| RE | Employee Benefits, Pension |
|---|---|
| | 699843  0021 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/11/2012 | Memoranda from R. Higgins re: pension contributions (.1); exchanged memoranda with Capstone re: same and obtaining updated financial and other information (.3); review prior contribution motion and memoranda (1.1). | Krieger, A. | 1.5 |
| 01/12/2012 | Exchanged memoranda with Capstone re: Grace's motion to make additional extraordinary pension contribution and additional inquiries for Grace. | Krieger, A. | 0.4 |
| 01/19/2012 | Memoranda from Debtors' counsel and with Capstone re: responses to information request and conference call on pension contribution motion. | Krieger, A. | 0.3 |
| 01/20/2012 | Preparation for and conference call with representatives for all parties re: proposed pension motion and exchanged memoranda with Capstone re: same. | Krieger, A. | 1.6 |
| 01/23/2012 | Attend to materials and issues re: pension acceleration request (2.0);  conference call and email with Capstone re: pension acceleration request (1.0). | Krieger, A. | 3.0 |
| 01/24/2012 | Office conference L. Kruger re: discussions with Capstone on pension payment and related matter (.1); attend to Grace's motion authorizing accelerated pension contributions (.9); memorandum re: additional information, questions on pension motion and review Capstone's additional information request (1.6). | Krieger, A. | 2.6 |
| 01/27/2012 | Exchanged memoranda with Capstone re: conference call with Blackstone re: additional questions on pension motion. | Krieger, A. | 0.3 |
| 01/30/2012 | Preparation for call with Capstone re: pension motion (.7); conference call with Capstone re: | Krieger, A. | 1.7 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | pension motion (1.0). | | |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 11.4 | $ 725 | $ 8,265.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 8,265.00 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 8,265.00 |
|-----------------------|------------|

# STROOCK

| RE | Expenses |
|----|----------|
|    | 699843  0024 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|---|---|

### MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 170.28 |
| Long Distance Telephone | 31.45 |
| O/S Information Services | 177.68 |

| TOTAL DISBURSEMENTS/CHARGES | $ 379.41 |
|---|---|

| TOTAL FOR THIS MATTER | $ 379.41 |
|---|---|

# STROOCK

| RE | Plan and Disclosure Statement<br>699843  0036 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/26/2012 | Review recent opinion for potential application to Grace. | Krieger, A. | 0.5 |
| 01/31/2012 | Memoranda re: District Court confirmation decision and office conferences L. Kruger & K. Pasquale re: same (.7); review Memorandum Opinion (7.4). | Krieger, A. | 8.1 |
| 01/31/2012 | Review Judge Buckwalter decision (1.9); office conference with K. Pasquale and A. Krieger re: decision and Committee meeting (.2). | Kruger, L. | 2.1 |
| 01/31/2012 | Review and analyze district court's confirmation decision. | Pasquale, K. | 2.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 8.6 | $ 725 | $ 6,235.00 |
| Kruger, Lewis | 2.1 | 1,025 | 2,152.50 |
| Pasquale, Kenneth | 2.5 | 920 | 2,300.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 10,687.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 10,687.50 |
|---|---|

# STROOCK

| RE | Relief from Stay Proceedings<br>699843  0041 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/11/2012 | Review Stipulation resolving IntraWest's motion for stay relief. | Krieger, A. | 0.3 |
| 01/17/2012 | Attend to order issued re: IntraWest stay relief stipulation. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.4 | $ 725 | $ 290.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 290.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 290.00 |
|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 31,694.50 |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 379.41 |
| TOTAL BILL | $ 32,073.91 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

# EXHIBIT B

**WR GRACE & CO**
**SUMMARY OF FEES**
**JANUARY 1, 2012 - JANUARY 31, 2012**

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** |  |  |  |
| Kruger, Lewis | 3.0 | $1,025 | $  3,075.00 |
| Pasquale, Kenneth | 4.8 | 920 | 4,416.00 |
|  |  |  |  |
| **Associates** |  |  |  |
| Krieger, Arlene G. | 30.1 | 725 | 21,822.50 |
|  |  |  |  |
| **Paraprofessionals** |  |  |  |
| Magzamen, Michael | 0.4 | 335 | 134.00 |
| Mohamed, David | 10.7 | 210 | 2,247.00 |
|  |  |  |  |
| **Total** | **49.0** |  | **$ 31,694.50** |

# EXHIBIT C

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**JANUARY 1, 2012 - JANUARY 31, 2012**

| | | |
|---|---|---|
| Outside Messenger Service | $ | 170.28 |
| Long Distance Telephone | | 31.45 |
| O/S Information Services | | 177.68 |
| | | |
| **TOTAL** | $ | **379.41** |

# STROOCK

## DISBURSEMENT REGISTER

| DATE | February 6, 2012 |
|---|---|
| INVOICE NO. | 556774 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

**FOR EXPENSES INCURRED** in the captioned matter for the period through January 31, 2012, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 12/24/2011 | VENDOR: UPS; INVOICE#: 000010X827521; DATE: 12/24/2011 D. Mohamed to Bobbi Ruhlander, Esq. Dallas, TX on 12/19/2011 | 10.84 |
| 12/24/2011 | VENDOR: UPS; INVOICE#: 000010X827521; DATE: 12/24/2011 D. Mohamed to Dave Klauder, Esq. Wilmington, DE on 12/19/2011 | 7.65 |
| 12/24/2011 | VENDOR: UPS; INVOICE#: 000010X827521; DATE: 12/24/2011 D. Mohamed to David B. Siegal. Columbia, MD on 12/19/2011 | 7.65 |
| 12/24/2011 | VENDOR: UPS; INVOICE#: 000010X827521; DATE: 12/24/2011 D. Mohamed to Dawn S. Marra. Wilmington, DE on 12/19/2011 | 7.65 |
| 12/31/2011 | VENDOR: UPS; INVOICE#: 000010X827531; DATE: 12/31/2011 D. Mohamed to D. Siegal. Columbia, MD on 12/28/2011 | 7.65 |
| 12/31/2011 | VENDOR: UPS; INVOICE#: 000010X827531; DATE: 12/31/2011 D. Mohamed to Bobbi Ruhlander, Esq. Dallas, TX on 12/28/2011 | 10.84 |
| 12/31/2011 | VENDOR: UPS; INVOICE#: 000010X827531; DATE: 12/31/2011 D. Mohamed to D. Klauder. Wilmington, DE on 12/28/2011 | 7.65 |
| 12/31/2011 | VENDOR: UPS; INVOICE#: 000010X827531; DATE: 12/31/2011 D. Mohamed to D. Marra. Wilmington, DE on 12/28/2011 | 7.65 |
| 01/05/2012 | VENDOR: UPS; INVOICE#: 000010X827491; DATE: 12/3/2011 D. Mohamed to Bobbi Ruhlander Esq. Dallas, TX on 12/01/2011 | 10.84 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/05/2012 | VENDOR: UPS; INVOICE#: 000010X827491; DATE: 12/3/2011 D. Mohamed to David Siegal.  Columbia, MD on 12/01/2011 | 7.65 |
| 01/05/2012 | VENDOR: UPS; INVOICE#: 000010X827491; DATE: 12/3/2011 D. Mohamed to Dawn Marra.  Wilmington, DE on 12/01/2011 | 7.65 |
| 01/05/2012 | VENDOR: UPS; INVOICE#: 000010X827491; DATE: 12/3/2011 D. Mohamed to Dave Klauder Esq.  Wilmington, DE on 12/01/2011 | 7.65 |
| 01/07/2012 | VENDOR: UPS; INVOICE#: 000010X827012; DATE: 01/7/2012  D. Mohamed to Bobbi Ruhlander.  Dallas, TX on 12/30/2011 | 10.84 |
| 01/07/2012 | VENDOR: UPS; INVOICE#: 000010X827012; DATE: 01/7/2012  D. Mohamed to D. Klauder.  Wilmington, DE on 12/30/2011 | 7.65 |
| 01/07/2012 | VENDOR: UPS; INVOICE#: 000010X827012; DATE: 01/7/2012  D. Mohamed to Dawn Marra.  Wilmington, DE on 12/30/2011 | 7.65 |
| 01/07/2012 | VENDOR: UPS; INVOICE#: 000010X827012; DATE: 01/7/2012  D. Mohamed to D. Siegal.   Columbia, MD on 12/30/2011 | 7.65 |
| 01/14/2012 | VENDOR: UPS; INVOICE#: 000010X827022; DATE: 01/14/2012 D. Mohamed to Bobbi Ruhlander, Esq.  Dallas, TX on 01/11/2012 | 11.27 |
| 01/14/2012 | VENDOR: UPS; INVOICE#: 000010X827022; DATE: 01/14/2012 D. Mohamed to D. Siegal.  Columbia, MD on 01/11/2012 | 7.95 |
| 01/14/2012 | VENDOR: UPS; INVOICE#: 000010X827022; DATE: 01/14/2012 D. Mohamed to Dawn S. Marra.  Wilmington, DE  on  01/11/2012 | 7.95 |
| 01/14/2012 | VENDOR: UPS; INVOICE#: 000010X827022; DATE: 01/14/2012 D. Mohamed to Dave Klauder.  Wilmington, DE on  01/11/2012 | 7.95 |

**Outside Messenger Service Total**                                                   **170.28**

**Long Distance Telephone**

| | | |
|------|-------------|--------|
| 01/10/2012 | EXTN.795475, TEL.2015877100, S.T.12:44, DUR.00:01:50 | 0.56 |
| 01/10/2012 | EXTN.795475, TEL.2015877100, S.T.15:55, DUR.00:00:24 | 0.28 |
| 01/11/2012 | EXTN.795430, TEL.3026574942, S.T.14:17, DUR.00:00:33 | 0.28 |
| 01/18/2012 | VENDOR: Chase Card Services; INVOICE#: 010212; DATE: | 30.00 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | 1/2/2012 - visa charge 12/22/11 Court Call | |
| 01/31/2012 | EXTN.795562, TEL.2038626208, S.T.10:26, DUR.00:06:40 | 0.33 |
| | **Long Distance Telephone Total** | **31.45** |
| **O/S Information Services** | | |
| 01/30/2012 | Pacer Search Service on 10/4/2011 | 177.68 |
| | **O/S Information Services Total** | **177.68** |

BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 170.28 |
| Long Distance Telephone | 31.45 |
| O/S Information Services | 177.68 |

| TOTAL DISBURSEMENTS/CHARGES | $ 379.41 |
|---|---|

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.