## EXHIBIT B – Part 2

## Monthly Fee Application for the Period from:
## February 1, 2012 – February 29, 2012

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
|  | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) | **Objection Deadline:** |
|  | ) | **April 17, 2012 at 4:00 p.m.** |
|  | ) | **Hearing date:  To be scheduled only if objections** |
|  | ) | **are timely filed and served.** |

### NOTICE OF FILING OF MONTHLY FEE APPLICATION

To:  (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lenders (8) the Fee Auditor:

Stroock & Stroock & Lavan LLP ("Stroock"), counsel to the Official Committee of Unsecured Creditors (the "Committee") of the above captioned debtor and debtors in possession in the above-captioned chapter 11 cases, filed and served the One Hundred and Thirty-First Monthly Fee Application of Stroock & Stroock & Lavan LLP for Interim Compensation and for Reimbursement of Expenses for the services rendered during the period February 1, 2012 through February 29, 2012, seeking compensation in the amount of $62,628.00 and reimbursement for actual and necessary expenses in the amount of $220.71.

Objections or responses to the Monthly Fee Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **April 17, 2012 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon the Affected Professional and each of the following:  (i) co-counsel for the Debtors, Adam Paul,

Date Filed: 3/28/2012
Docket No.: 28732

Esquire, Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Illinois 60654 (fax number 312-862-2200), and James E. O'Neill, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400), and Roger J. Higgins, Esquire, Baer Higgins Fruchtman LLC, 111 East Wacker Drive, Suite 2800, Chicago, IL 60601 (Fax number 312-577-0737); (ii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 222 Delaware Avenue, Suite 1600, Wilmington, Delaware 19801-1659 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Bilzin, Sumberg, Dunn, Baena, Price & Axelrod LLP, Wachovia Building, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, New York 10022 (fax number 212-644-6755), and Mark Hurford, Esquire, Campbell & Levine, LLC, 800 N. King Street, Suite 300, Wilmington, Delaware 19801 (fax number 302-426-9947); (v) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins LLP, Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Neil B. Glassman, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. 25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vi) co-counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036 (fax number 212-715-8000),

2

and Teresa K.D. Currier, Esquire, Saul Ewing LLP, 222 Delaware Avenue, Wilmington, Delaware 19801 (Fax number 302-421-6813); (vii) the Office of the United States Trustee, Attn: David Klauder, Esquire, 844 N. King Street, Wilmington, Delaware 19801 (fax number 302-573-6497); and (viii) the Fee Auditor, Bobbi Ruhlander, Esquire, Warren H. Smith and Associates, P.C., Republic Center, 325 N. St. Paul, Suite 1250, Dallas, TX 75201 (Fax number 214-722-0081).

**[Remainder of Page Left Intentionally Blank]**

Dated: March 28, 2012
      Wilmington, Delaware

**RESPECTFULLY SUBMITTED,**

*/s/ Michael R. Lastowski*
Michael R. Lastowski, Esq. (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659
Telephone:    (302) 657-4900
Facsimile:    (302) 657-4901
E-mail:    mlastowski@duanemorris.com
E-mail:    rwriley@duanemorris.com

William S. Katchen, Esquire (Admitted in NJ Only)
DUANE MORRIS LLP
Suite 1200
744 Broad Street
Newark, NJ 07102-3889
Telephone:    (973) 424-2000
Facsimile:    (973) 424-2001
E-mail:    wskatchen@duanemorris.com

and

Lewis Kruger, Esquire
Kenneth Pasquale, Esquire
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
Telephone:    (212) 806-5400
Facsimile:    (212) 806-6006
E-mail:    lkruger@stroock.com
              kpasquale@stroock.com

Co-Counsel for the Official Committee of
Unsecured Creditors of W. R. Grace & Co., et al.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|                                   |     |                                          |
|-----------------------------------|-----|------------------------------------------|
| In re:                            | )   | Chapter 11                               |
|                                   | )   |                                          |
|                                   | )   | Case No. 01-01139 (JKF)                  |
| W.R. GRACE & CO., et al.,         | )   | (Jointly Administered)                   |
|                                   | )   |                                          |
| Debtors.                          | )   | **Objection Deadline:**                  |
|                                   | )   | **April 17, 2012 at 4:00 p.m.**          |
|                                   | )   | **Hearing date:  To be scheduled only if objections** |
|                                   | )   | **are timely filed and served.**         |

**ONE HUNDRED AND THIRTY-FIRST MONTHLY FEE APPLICATION OF**
**STROOCK & STROOCK & LAVAN LLP FOR COMPENSATION FOR SERVICES**
**RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD**
**FROM FEBRUARY 1, 2012 THROUGH FEBRUARY 29, 2012**

| | |
|---|---|
| Name of Applicant | **Stroock & Stroock & Lavan LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 12, 2001** |
| Period for which compensation and reimbursement is sought | **February 1, 2012 – February 29, 2012** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$62,628.00      (80%: $50,102.40)** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$220.71** |

This is an: ☒ interim ☐ final application

**Attachment A**

**Monthly Interim Fee Applications**

| | | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| May 30, 2001 D.I.339 | 4/12/01- 4/30/01 | $138,926.00 | $1,975.13 | $111,140.80 | $1,975.13 |
| July 2, 2001 D.I.613 | 5/1/01 – 5/31/01 | $139,928.75 | $6,884.73 | $111.943.00 | $6,884.73 |
| July 30, 2001 D.I.772 | 6/1/01 – 6/30/01 | $91,019.00 | $10,458.14 | $72,815.20 | $10,458.14 |
| September 5, 2001    D.I.889 | 7/1/01- 7/31/01 | $92,308.00 | $5,144.37 | $73,846.40 | $5,144.37 |
| October 2, 2001 D.I.983 | 8/1/01 8/31/01 | $53,873.50 | $3,069.88 | $43,098.80 | $3,069.88 |
| October 31, 2001 D.I.1058 | 9/1/01 – 9/30/01 | $58,742.00 | $6,801.32 | $46,993.60 | $6,801.32 |
| November 26, 2001 D.I.1239 | 10/1/01 -- 10/31/01 | $101,069.00 | $3,562.09 | $80,855.20 | $3,562.09 |
| January 8, 2002 D.I.1470 | 11/1/01 – 11/30/01 | $136,368.50 | $8,847.34 | $109,094.80 | $8,847.34 |
| February 1, 2002 D.I.1608 | 12/01/01 – 12/31/01 | $92,064.50 | $9,471.47 | $73,651.60 | $9,471.47 |
| March 14, 2002 D.I.1812 | 01/01/02 – 01/31/02 | $100,231.50 | $14,675.58 | $80,185.20 | $14,675.58 |
| April 22, 2002 D.I.1951 | 02/01/02 – 02/28/02 | $88,974.50 | $16,863.97 | $71,179.60 | $16,863.97 |
| May 8, 2002 D.I.2029 | 03/01/02 – 03/31/02 | $77,964.25 | $1,190.44 | $62,371.40 | $1,190.44 |
| June 3, 2002 D.I.2156 | 04/01/02- 04/30/02 | $97,251.50 | $1,816.40 (Stroock) $9,772.37 (Chambers) | $77,801.20 | $11,588.86 |

| | | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| July 2, 2002 D.I.2324 | 05/01/02 – 05/31/02 | $74,910.75 | $2,9154.43 (Stroock) $43,190.69 (Chambers) | $59,928.60 | $46,105.12 |
| August 5, 2002 D.I.2495 | 06/01/02 – 06/30/02 | $73,096.75 | $2,054.05 (Stroock) $114,666.72 (Chambers) | $58,477.4011 | $116,720.77 |
| September 20, 2002 D.I.2720 | 07/01/02 – 07/31/02 | $90,903.27 | $1,250.79 (Stroock) $11,996.25 (Chambers) | $72,722.61 | $13,274.04 |
| October 29, 2002 D.I.2898 | 08/01/02 – 08/31/02 | $93,151.25 | $11,539.51 (Stroock) $5,046.70 (Chambers) | $74,521.00 | $16,586.21 |
| November 14, 2002 D.I.2981 | 09/01/02 – 09/30/02 | $96,613.25 | $15,567.77 (Stroock) $771.50 (Chambers) | $77,290.60 | $16,339.27 |
| December 10, 2002 D.I.3129 | 10/1/02 – 10/31/02 | $68,404.00 | $2,956.54 (Stroock) $1,780.75 (Chambers) | $54,723.20 | $4,737.29 |
| January 28, 2003 D.I.3286 | 11/1/02 – 11/30/02 | $75,345.50 | $8,712.16 (Stroock) | $60,276.40 | $8,712.16 |
| February 7, 2003 D.I.3349 | 12/1/02 – 12/31/02 | $27,683.50 | $13,332.14 (Stroock) | $22,146.80 | $13,332.14 |
| March 26, 2003 D.I.3552 | 1/1/03 – 1/31/03 | $88,139.00 | $1,210.11 (Stroock) | $70,511.20 | $1,210.11 |
| April 7, 2003 D.I.3626 | 2/1/03 – 2/28/03 | $76,313.00 | $2,022.78 (Stroock) $1,077.80 (Chambers) | $61,050.40 | $3,100.58 |
| April 29, 2003 D.I. 3718 | 3/1/03 – 3/31/03 | $60,163.50 | $6,191.15 (Stroock) | $48,130.80 | $6,191.15 |
| June 2, 2003 D.I. 3850 | 4/1/03 – 4/30/03 | $60,269.00 | $814.02 (Stroock) $2,043.00 (Chambers) | $48,215.20 | $2,857.02 |
| July 1, 2003 D.I. 3983 | 5/1/03 – 5/31/03 | $111,990.50 | $691.84 (Stroock) $9,830.50 (Chambers) | $89,592.40 | $10,522.34 |
| August 5, 2003 D.I. 4152 | 6/1/03 – 6/30/03 | $43,824.00 | $1,220.42 (Stroock) $61,755.00 (Chambers) | $35,059.20 | $62,975.42 |

2

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| September 4, 2003 D.I. 4381 | 7/1/03 – 7/31/03 | $79,090.50 | $2,301.33 (Stroock) $14,274.25 (Chambers) | $55,941.60 | $16,575.58 |
| September 30, 2003 D.I. 4512 | 8/1/03 – 8/31/03 | $69,927.00 | $1,164.19 (Stroock) $12,488.94 (Chambers) | $55,941.60 | $13,653.13 |
| October 29, 2003 D.I. 4625 | 9/1/03 – 9/30/03 | $69,409.50 | $1,076.94 (Stroock) $10,102.00 (Chambers) | $55,527.60 | $11,178.94 |
| December 19, 2002 D.I. 4843 | 10/1/03 – 10/31/03 | $96,980.50 | $3,800.45 (Stroock) $42,881.50 (Chambers) | $77,584.40 | $46,681.95 |
| January 23, 2003 D.I. 4976 | 11/1/03 – 11/30/03 | $66,428.50 | $1,225.38 (Stroock) $30,463.00 (Navigant f/k/a Chambers) | $53,142.80 | $31,688.38 |
| February 4, 2004 D.I. 5056 | 12/1/03 – 12/31/03 | $52,321.50 | $924.99 (Stroock) $27,005.00 (Navigant f/k/a Chambers) | $41,857.20 | $27,929.99 |
| March 17, 2004 D.I. 5309 | 1/1/04 – 1/31/04 | $65,980.50 | $1,917.93 (Stroock) $47,654.57 (Navigant f/k/a Chambers) | $52,784.40 | $49,572.50 |
| April 6, 2004 D.I. 5406 | 2/1/04 – 2/29/04 | $90,421.50 | $3,636.48 (Stroock) $35,492.50 (Navigant f/k/a Chambers) | $72,337.20 | $39,128.98 |
| April 28, 2004 D.I. 5498 | 3/1/04 – 3/31/04 | $103,524.00 | $5,567.34 (Stroock) | $82,819.20 | $5,567.34 |
| June 14, 2004 D.I. 5803 | 4/1/04 – 4/30/04 | $99,136.00 | $3,518.96 (Stroock) $1,515.00 (Navigant February) $49,667.00 (Navigant March) $80,307.11 (Navigant April) | $79,308.80 | $135,008.07 |
| July 2, 2004 D.I. 5917 | 5/1/04 – 5/31/04 | $134,324.50 | $2,409.97 (Stroock) $78,360.05 (Navigant May) | $107,459.60 | $80,770.02 |

3

| | | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| August 2, 2004 D.I. 6105 | 6/1/04 – 6/30/04 | $120,501.00 | $1,831.49 (Stroock) $62,625.00 (Navigant June) | $96,400.80 | $64,456.49 |
| September 9, 2004 D.I. 6341 | 7/1/04 – 7/31/04 | $72,394.00 | $3,461.84 (Stroock) $40,427.50 (Navigant July) | $57,915.20 | $43,889.34 |
| September 23, 2004 D.I. 6444 | 8/1/04 – 8/31/04 | $70,457.00 | $1,764.40 (Stroock) | $56,365.60 | $1,764.40 |
| October 14, 2004 D.I. 6625 | 9/1/04 – 9/30/04 | $83,903.50 | $1,535.61 (Stroock) $27,142.00 (Navigant August) | $67,122.80 | $28,677.61 |
| December 3, 2004 D.I. 7086 | 10/1/04 – 10/31/04 | $200,155.50 | $1,368.18 (Stroock) $ 24,659.00 (Navigant September) | $160,124.40 | $26,027.18 |
| January 7, 2005 D.I. 7481 | 11/1/04 – 11/30/04 | $218,608.50 | $14,019.09 (Stroock) $25,102.80 (Navigant October) $27,972.34 (Navigant November) | $174,886.80 | $67,094.23 |
| February 2, 2005 D.I. 7667 | 12/1/04 – 12/31/04 | $235,503.70 | $10,442.92 (Stroock) $62,687.97 (Navigant December) | $188,402.96 | $73,130.89 |
| March 15, 2005 D.I. 8026 | 1/1/05 – 1/31/05 | $187,168.00 | $4,411.55 (Stroock) $15,686.00 (Navigant January) | $149,734.40 | $20,097.55 |
| April 1, 2005 D.I. 8155 | 2/1/05 – 2/28/05 | $108,180.25 | $8,102.85 (Stroock) $18,303.37 (Navigant February) | $86,544.20 | $26,406.22 |
| April 25, 2005 D.I. 8331 | 3/1/05 – 3/31/05 | $56,941.25 | $287.23 (Stroock) $6,114.86 (Navigant March) | $45,553.00 | $6,402.09 |
| June 6, 2005 D.I. 8562 | 4/1/05 – 4/30/05 | $127,695.00 | $3,531.45 (Stroock) $20,129.06 (Navigant April) | $102,156.00 | $23,660.51 |

4

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| June 28, 2005 D.I. 8704 | 5/1/05 – 5/31/05 | $115,453.75 | $858.21(Stroock) | $78,855.20 | $858.21 |
| August 3, 2005 D.I. 9135 | 6/1/05 – 6/30/05 | $114,903.75 | $4,871.74 (Stroock) $34,075.28 (Navigant) | $91,923.00 | $38,947.02 |
| September 8, 2005 D.I. 9356 | 7/1/05 – 7/31/05 | $117,780.75 | $2,088.44 (Stroock) $2,211.00 (Navigant) | 94,224.60 | $4,299.44 |
| October 14, 2005 D.I. 9565 | 8/1/05 8/31/05 | $106,796.25 | $5,046.99 (Stroock) $18,550.00 (Navigant) | $85,437.00 | $23,596.99 |
| November 1, 2005 D.I. 10951 | 9/1/05 9/31/05 | $67,697.50 | $1,399.68 (Stroock) $11,197.50 (Navigant) | $54,158.00 | $12,597.18 |
| November 29, 2005 D.I. 11202 | 10/1/05 - 10/31/05 | $98,216.75 | $1,611.30 (Stroock) $11,582.50 (Navigant) | $78,573.40 | $13,193.80 |
| January 9, 2006 D.I. 11507 | 11/1/05 11/30/05 | $104,348.00 | $2,847.45 (Stroock) $71,598.50 (Navigant) | $83,478.40 | $74.445.95 |
| January 30, 2006 D.I. 11655 | 12/1/05 – 12/31/05 | $96,855.00 | $1,379.53 (Stroock) $20,317.49 (Navigant) | $77,484.00 | $21,697.02 |
| March 1, 2006 D.I. 11921 | 1/1/06 – 1/31/06 | $73,383.00 | $1,810.85 (Stroock) $14,124.01 (Navigant) | $58,706.40 | $15,934.86 |
| March 28, 2006 D.I. 12134 | 2/1/06 – 2/28/06 | $105,083.75 | $1,434.62 (Stroock) $25,971.70 (Navigant) | $84,067.00 | $27,406.32 |
| May 2, 2006 D.I. 12354 | 3/1/2006 - 3/31/2006 | $145,189.50 | $2,512.81 (Stroock) $25,838.37 (Navigant) | $116,151.60 | $28,351.18 |
| May 31, 2006 D.I. 12558 | 4/1/2006 - 4/30/2006 | $116,817.00 | $2,141.42 (Stroock) $7,425.00 (Navigant) | $93,453.60 | $9,566.42 |
| July 6, 2006 D.I. 12748 | 5/1/2006 – 5/31/2006 | $121,304.50 | $1,838.71 (Stroock) $17,493.75 (Navigant) | $97,043.60 | $19,332.46 |
| August 1, 2006 D.I. 12899 | 6/1/2006 – 6/30/2006 | $94,856.50 | $1,869.66 (Stroock) $38,548.75 (Navigant) | $75,885.20 | $40,418.41 |

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2006 D.I. 13117 | 7/1/2006 – 7/31/2006 | $97,397.25 | $496.76 (Stroock) $30,280.00 (Navigant) | $77,917.80 | $30,776.76 |
| October 2, 2006 D.I. 13336 | 8/1/2006- 8/31/2006 | $131,856.25 | $98.34 (Stroock) $98,317.50 (Navigant) | $105,485.00 | $98,415.84 |
| November 2, 2006 D.I. 13559 | 9/1/2006 – 9/30/2006 | $150,960.00 | $4,147.01 (Stroock) $91,179.11 (Navigant) | $120,768.00 | $95,326.12 |
| November 29, 2006 D.I. 13838 | 10/1/06 – 10/31/06 | $196,223.50 | $915.14 (Stroock) $147,374.20 (Navigant) | $156,978.89 | $148,289.34 |
| January 12, 2007 D.I. 14292 | 11/1/06 – 11/30/06 | $188,638.00 | $3,370.16 (Stroock) $133,438.70 (Navigant) | $150,910.40 | $136,808.86 |
| January 29, 2007 D.I. 14415 | 12/1/06 – 12/31/06 | $99,832.00 | $5,752.89 (Stroock) $55,245.22 (Navigant) | $79,865.60 | $60,998.11 |
| March 8, 2007 D.I. 14810 | 1/1/2007 – 1/31/2007 | $77,582.00 | $962.06 (Stroock) $90,474.74 (Navigant) | $62,065.60 | $91,436.80 |
| April 10, 2007 D.I. 15132 | 2/1/2007 – 2/28/2007 | $119,140.50 | $3.092.88 (Stroock) $77,301.25 (Navigant) | $95.312.40 | $80,394.13 |
| May 1, 2007 D.I. 15457 | 3/1/2007 – 3/31/2007 | $135,228.00 | $6,635.25 (Stroock) $104,674.53 (Navigant) | $108,182.40 | $111,309.78 |
| June 22, 2007 D.I. 16136 | 4/1/2007 – 4/30/2007 | $177,646.00 | $815.81 (Stroock) $173,437.45 (Navigant) | $142,116.80 | $174,253.26 |
| July 17,2007 D.I. 16309 | 5/1/2007 – 5/31/2007 | $205,937.25 | $6,405.01 (Stroock) $162,431.03 (Navigant) | $164,749.80 | $168,836.04 |
| August 10, 2007 D.I. 16528 | 6/1/2007 – 6/30.2007 | $225,650.50 | $5,929.97 (Stroock) $200,294.81 (Navigant) | $180,520.40 | $206,224.78 |
| September 14, 2007 D.I. 16822 | 7/1/2007 – 7/31/2007 | $157.268.50 | $4,021.65 (Stroock) $208,116.54 (Navigant) | $125,814.80 | $212,138.19 |
| October 1, 2007 D.I. 16959 | 8/1/2007 – 8/31/2007 | $145,866.50 | $3,354.61 (Stroock) $210,152.54 (Navigant) | $116,693.20 | $213,507.15 |

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| November 19, 2007 D.I. 17394 | 9/1/2007 – 9/30/2007 | $206,908.50 | $3,056.89 (Stroock) | $165,526.80 | $3,056.89 |
| December 5, 2007 D.I. 17548 | 10/1/07 - 10/31/07 | $288,976.50 | $22,324.58 (Stroock) $325,509.63 (Navigant) | $231,181.20 | $347,834.21 |
| January 11, 2008 D.I. 17803 | 11/1/07 – 11/30/07 | $249,372.50 | $32,780.40 (Stroock) $162,394.93 (Navigant) | $199,498.00 | $195,175.33 |
| February 1, 2008 D.I. 17957 | 12/1/07 – 12/31/97 | $116,522.50 | $57,717.92 (Stroock) $47,444.43 (Navigant) | $93,218.00 | $105,162.35 |
| March 4, 2008 D.I. 18202 | 1/1/08 – 1/31/08 | $201,472.50 | $3,282.80 (Stroock) $86,070.26 (Navigant) | $161,178.00 | $89,353.06 |
| April 4, 2008 D.I. 18450 | 2/1/08 – 2/29/08 | $195,491.00 | $5,922.25 (Stroock) $73,924.16 (Navigant) | $156,392.80 | $79,846.41 |
| April 29, 2008 D.I. 18639 | 3/1/08 – 3/31/08 | $275,659.00 | $11,217.17 (Stroock) $69,201.53 (Navigant) | $220,527.20 | $80,418.70 |
| June 4, 2008 D.I. 18862 | 4/1/08 - 4/30/08 | $298,888.00 | $10,143.60 (Stroock) $38,800.00 (Navigant) | $239,110.40 | $48,943.60 |
| July 1, 2008 D.I. 19032 | 5/1/08 - 5/31/08 | $138,683.50 | $3,649.95 (Stroock) | $110,946.80 | $3,649.95 |
| August 4, 2008 D.I. 19224 | 6/1/2008 - 6/30/2008 | $213,559.00 | $12,357.78 (Stroock) $96.84 (Navigant) | $170,847.20 | $12,454.62 |
| September 10, 2008 D.I. 19516 | 7/1/2008 - 7/31/2008 | $206,087.50 | $6,717.13 (Stroock) $259.90 (Navigant) | $164.870.00 | $6,977.03 |
| September 30, 2008 D.I. 19653 | 8/1/2008 – 8/31/2008 | $212,928.50 | $2,326.65 (Stroock) | $170,342.80 | $2,326.65 |
| November 6, 2008 D.I. 19949 | 9/1/2008 – 9/30/2008 | $226,486.50 | $2,844.77 (Stroock) | $181,189.20 | $2,844.77 |
| December 2, 2008 D.I. 20174 | 10/1/08 – 10/31/08 | $270,097.00 | $10,611.52 (Stroock) | $216,077.60 | $10,611.52 |

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| December 30, 2008 D.I. 20384 & 20385 | 11/1/08 – 11/30/08 | $184,642.00 | $5,870.24 (Stroock) | $147,713.60 | $5,870.24 |
| February 3, 2009 D.I. 20654 | 12/1/08 – 12/31/08 | $102,648.50 | $4,017.80 (Stroock) | $82,118.80 | $4,017.80 |
| March 3, 2009 D.I. 20906 | 1/1/09 – 1/31/09 | $114,525.00 | $2,458.44 (Stroock) | $91,620.00 | $2,458.44 |
| March 30, 2009 D.I. 21152 | 2/1/09 – 2/28/09 | $141,569.00 | $1,627.89 (Stroock) | $113,255.20 | $1,627.89 |
| April 29, 2009 D.I. 21475 | 3/1/09 – 3/31/09 | $181,006.75 | $3,270.02 (Stroock) | $144,805.40 | $3,270.02 |
| May 29,2009 D.I. 21910 | 4/1/09 – 4/30/09 | $187,588.50 | $1,545.41 (Stroock) | $150,070.80 | $1,545.41 |
| July 1, 2009 D.I. 22310 | 5/1/09 – 5/31/09 | $227,989.00 | $9,428.79 (Stroock) | $182,391.20 | $9,428.79 |
| August 6, 2009 D.I. 22709 | 6/1/09 – 6/30/09 | $238,611.25 | $5,960.91 (Stroock) | $190,889.00 | $5,960.91 |
| September 25, 2009 D.I. 23338 | 7/1/09 – 7/31/09 | $294,766.50 | $17,306.20 (Stroock) | $235,813.20 | $17,306.20 |
| October 5, 2009 D.I 23422 | 8/1/09 – 8/31/09 | $299,544.25 | $7,237.57 (Stroock) $2,812.50 (Navigant) | $239,635.40 | $10,050.07 |
| November 13, 2009 D.I. 23759 | 9/1/09 – 9/30/09 | $349,937.50 | $20,164.05 (Stroock) | $279,950.00 | $20,164.05 |
| December 1, 2009 D.I. 23897 | 10/1/09 – 10/31/09 | $281,050.75 | $12,457.25 (Stroock) | $224,840.60 | $12,457.25 |
| December 30, 2009 D.I. 24087 | 11/1/09 – 11/30/09 | $219,347.00 | $10,084.80 (Stroock) | $175,477.60 | $10,084.80 |
| January 29, 2010 D.I. 24211 | 12/1/09 – 12/31/09 | $117,137.00 | $3,532.36 (Stroock) | $93,709.60 | $3,532.36 |

8

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| March 1, 2010 D.I. 24376 | 1/1/2010 – 1/31/2010 | $193,442.75 | $3,163.37 (Stroock) | $154,754.20 | $3,163.37 |
| March 30, 2010 D.I. 24537 | 2/1/2010 – 2/28/2010 | $56,435.50 | $1,668.29 (Stroock) | $45,148.40 | $1,668.29 |
| April 28, 2010 D.I. 24687 | 3/1/2010 – 3/31/2010 | $42,209.00 | $636.63 (Stroock) | $33,767.20 | $636.63 |
| May 28, 2010 D.I. 24859 | 4/1/2010 – 4/30/2010 | $44,465.00 | $265.51 (Stroock) | $35,572.00 | $265.51 |
| June 28, 2010 D.I. 24993 | 5/1/2010 – 5/31/2010 | $36,946.50 | $770.90 (Stroock) | $29,557.20 | $770.90 |
| July 28, 2010 D.I. 25130 | 6/1/2010 – 6/30/2010 | $52,374.50 | $93.68 (Stroock) | $41,899.60 | $93.68 |
| August 30, 2010 D.I. 25286 | 7/1/2010 – 7/31/2010 | $20,240.00 | $141.30 (Stroock) | $16,192.00 | $141.30 |
| September 28, 2010 D.I. 25488 | 8/1/2010 – 8/31/2010 | $23,595.50 | $157.91 (Stroock) | $18,876.40 | $157.91 |
| October 28, 2010 D.I. 25660 | 9/1/2010 – 9/30/2010 | $25,244.50 | $328.75 (Stroock) | $20,195.60 | $328.75 |
| November 29, 2010 D.I. 25812 | 10/1/2010 – 10/31/10 | $17,677.50 | $90.00 (Stroock) | $14,142.00 | $90.00 |
| December 28, 2010 D.I. 25963 | 11/1/2010 – 11/30/2010 | $45,417.00 | $307.06 (Stroock) | $36,333.60 | $307.06 |
| January 28, 2011 D.I. 26140 | 12/1/2011 – 12/31/2011 | $78,046.75 | $2,238.40 (Stroock) | $62,437.40 | $2,238.40 |
| February 28, 2011 D.I. 26435 | 1/1/2011 – 1/31/2011 | $37,267.00 | $193.84 (Stroock) | $29,813.60 | $193.84 |
| March 28, 2011 D.I. 26651 | 2/1/2011 – 2/28/2011 | $145,264.75 | $3,264.42 (Stroock) | $116,211.80 | $3,264.42 |

9

| | | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| April 28, 2011 D.I. 26834 | 3/1/2011 – 3/31/2011 | $95,649.00 | $1,447.38 (Stroock) | $76,519.20 | $1,447.38 |
| May 31, 2011 D.I. 27012 | 4/1/2011 – 4/30/2011 | $137,671.50 | $1,005.62 (Stroock) | $110,137.20 | $1,005.62 |
| June 28, 2011 D.I. 27166 | 5/1/2011 – 5/31/2011 | $67,451.50 | $1,350.50 (Stroock) | $53,961.20 | $1,350.50 |
| July 28, 2011 D.I. 27326 | 6/1/2011 – 6/30/2011 | $183,497.75 | $1,903.63 (Stroock) | $146,798.20 | $1,903.63 |
| August 30, 2011 D.I. 27526 | 7/1/2011 – 7/31/2011 | $63,076.00 | $1,373.39 (Stroock) | $50,460.80 | $1,373.39 |
| September 28, 2011 D.I. 27675 | 8/1/2011 – 8/31/2011 | $56,731.00 | $1,133.86 (Stroock) | $45,384.80 | $1,133.86 |
| October 28, 2011 D.I. 27847 | 9/1/2011 – 9/30/2011 | $68,727.00 | $1,025.63 (Stroock) | $54,981.60 | $1,025.63 |
| December 1, 2011 D.I. 28060 | 10/1/2011 – 10/31/2011 | $55,335.00 | $348.59 (Stroock) | $44,268.00 | $348.59 |
| December 28, 2011 D.I 28281 | 11/1/2011 – 11/30/2011 | $29,136.00 | $416.68 (Stroock) | $23,308.80 | $416.68 |
| February 3, 2012 D.I. 28463 | 12/1/2011 – 12/31/2011 | $8,012.50 | $52.22 (Stroock) | $6,410.00 | $52.22 |
| February 28, 2012 D.I. 28595 | 1/1/2012 – 1/31/2012 | $31,694.50 | $379.41 (Stroock) | $25,355.60 | $379.41 |

**WR GRACE & CO**
**ATTACHMENT B**
**FEBRUARY 1, 2012 - FEBRUARY 29, 2012**

|  | Hours | Rate | Amount | No. of Years in Position |
|---|---|---|---|---|
| **Partners** |  |  |  |  |
| Kruger, Lewis | 5.0 | $1,025 | $  5,125.00 | 42 |
| Pasquale, Kenneth | 11.4 | 920 | 10,488.00 | 21 |
|  |  |  |  |  |
| **Associates** |  |  |  |  |
| Krieger, Arlene G. | 57.7 | 725 | 41,832.50 | 27 |
|  |  |  |  |  |
| **Paraprofessionals** |  |  |  |  |
| Magzamen, Michael | 0.3 | 335 | 100.50 | 9 |
| Mohamed, David | 24.2 | 210 | 5,082.00 | 22 |
|  |  |  |  |  |
| **Total** | **98.6** |  | **$ 62,628.00** |  |

# EXHIBIT A

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**FEBRUARY 1, 2012 - FEBRUARY 29, 2012**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0013 | Business Operations | 1.4 | $  1,015.00 |
| 0014 | Case Administration | 12.4 | 2,861.50 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 1.3 | 1,002.50 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 32.5 | 24,839.00 |
| 0018 | Fee Application, Applicant | 9.5 | 2,599.00 |
| 0019 | Creditor Inquiries | 7.4 | 6,334.00 |
| 0020 | Fee Application, Others | 4.7 | 1,244.50 |
| 0021 | Employee Benefits, Pension | 2.1 | 1,522.50 |
| 0022 | Environmental Matters/Regulations/Litigation | 10.5 | 7,612.50 |
| 0036 | Plan and Disclosure Statement | 15.7 | 12,800.00 |
| 0037 | Hearings | 1.0 | 725.00 |
| 0041 | Relief from Stay Proceedings | 0.1 | 72.50 |
|  |  |  |  |
|  | **Total** | **98.6** | **$ 62,628.00** |

# STROOCK

## INVOICE

| DATE | March 8, 2012 |
|------|------|
| INVOICE NO. | 558954 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD  21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through February 29, 2012, including:

| RE | Business Operations |
|----|------|
| | 699843  0013 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/06/2012 | Attend replay of 2/1/12 4th quarter investor call. | Krieger, A. | 0.9 |
| 02/08/2012 | Attend to draft memoranda re: ART JT Venture and telephone conference Capstone re: same. | Krieger, A. | 0.3 |
| 02/09/2012 | Review revised ART JT Venture memorandum for the Committee and telephone conference Capstone re: same. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 1.4 | $ 725 | $ 1,015.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,015.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,015.00 |
|---|---|

# STROOCK

| RE | Case Administration |
| --- | --- |
| | 699843  0014 |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 02/01/2012 | O/c DM re: closure of docket re: confirmation decision. | Krieger, A. | 0.1 |
| 02/01/2012 | Review case file documents. | Mohamed, D. | 1.3 |
| 02/02/2012 | Memoranda with DM re: fee application. | Krieger, A. | 0.1 |
| 02/02/2012 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.4 |
| 02/03/2012 | Obtain and circulate recently docketed pleading in main case. | Mohamed, D. | 0.2 |
| 02/09/2012 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.5 |
| 02/10/2012 | Obtain and circulate recently docketed pleadings in main case (.7); obtain documents for attorney review (.4). | Mohamed, D. | 1.1 |
| 02/13/2012 | Obtain and circulate recently docketed pleading in main case (.2); obtain recent pleadings re: appeals case docket no. 11-199 for attorney review (.5). | Mohamed, D. | 0.7 |
| 02/14/2012 | Obtain and circulate recently docketed pleadings in main case (.3); obtain recent pleadings re: appeals case no. 11-199 for attorney review (.4). | Mohamed, D. | 0.7 |
| 02/15/2012 | Obtain recent pleading re: appeals case no. 11-199 for attorney review. | Mohamed, D. | 0.2 |
| 02/16/2012 | Obtain and circulate recently docketed pleadings in main case (.4); obtain recent pleading re: appeals case no. 11-199 for attorney review (.2). | Mohamed, D. | 0.6 |
| 02/21/2012 | O/c DM re: 2/27/12 hearing. | Krieger, A. | 0.1 |
| 02/21/2012 | Obtain and circulate recently docketed | Mohamed, D. | 1.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | pleadings in main case (1.1); schedule A. Krieger to appear telephonically at 2/27/12 hearing (.1); monitor appeals case docket no. 11-199 (.1). | | |
| 02/22/2012 | Obtain and circulate recently docketed pleadings in main case (.3); obtain recent pleadings re: appeals case no. 11-199 for attorney review (.3). | Mohamed, D. | 0.6 |
| 02/23/2012 | Obtain and circulate recently docketed pleadings in main case (.3); obtain recent pleadings re: appeals case no. 11-199 for attorney review (.2). | Mohamed, D. | 0.5 |
| 02/24/2012 | Obtain recent pleading re: appeals case no. 11-199 for attorney review (.2); obtain case documents for attorney review (.5). | Mohamed, D. | 0.7 |
| 02/27/2012 | Obtain and circulate recently docketed pleadings in main case (.5); obtain recent pleadings re: appeals case no. 11-199 for attorney review (.3); review case file documents (.4). | Mohamed, D. | 1.2 |
| 02/28/2012 | Obtain and circulate recently docketed pleadings in main case (.4); obtain recent pleadings re: appeals case no. 11-199 for attorney review (.3). | Mohamed, D. | 0.7 |
| 02/29/2012 | Memoranda with DM, MM re: claims agent inquiry. | Krieger, A. | 0.2 |
| 02/29/2012 | Obtain and circulate recently docketed pleading in main case (.2); obtain recent pleadings re: appeals case docket nos. 11-199 and 12-1402 for attorney review (.6); research and obtain documents for attorney review (.4). | Mohamed, D. | 1.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.5 | $ 725 | $ 362.50 |
| Mohamed, David | 11.9 | 210 | 2,499.00 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,861.50 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 2,861.50 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Claims Analysis/Objections/Administration (Non-Asbestos) 699843 0015 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/14/2012 | Attend to Grace's supplemental objection to NY Hillside claim. | Krieger, A. | 0.1 |
| 02/27/2012 | Review memo for Committee re: Hillside claim and confirmation status. | Kruger, L. | 0.2 |
| 02/29/2012 | Attend to proposed settlement of the claims of NY State Department of Finance and memorandum to the Committee regarding same. | Krieger, A. | 1.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.1 | $ 725 | $ 797.50 |
| Kruger, Lewis | 0.2 | 1,025 | 205.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,002.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,002.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders'<br>699843  0017 |
|----|----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/01/2012 | Preparation for Committee call re: District Court's confirmation opinion and exchanges with LK, KP re: same (1.2) conference call Committee re: confirmation decision (.5); follow up t/c Committee member re: decision and emergence issues (.3). | Krieger, A. | 2.0 |
| 02/01/2012 | Review confirmation decision and preparation for conference call with Committee re: decision, next steps and role of Committee (1.4); t/c with Committee re: District court confirmation decision and future timeline (.6). | Kruger, L. | 2.0 |
| 02/01/2012 | Prep for, including continue review/analysis of confirmation decision and conference call with Committee re: status. | Pasquale, K. | 2.0 |
| 02/03/2012 | Review POR term sheet. | Pasquale, K. | 0.2 |
| 02/06/2012 | Telephone conference B. Frezza re: effective date issues. | Pasquale, K. | 0.2 |
| 02/07/2012 | Review AK memo re: Grace settlements status. | Pasquale, K. | 0.3 |
| 02/13/2012 | Memorandum for the Committee re: Libby and related settlements. | Krieger, A. | 2.4 |
| 02/14/2012 | Committee memoranda re: Libby claimants and other plan objectors' settlements (1.4); attend to confirmation-related pleadings filed in District Court and memorandum to the Committee regarding same (3.4). | Krieger, A. | 4.8 |
| 02/15/2012 | Revise Committee memorandum to reflect Bank Lender Group appeal and other matters (1.1); memoranda with Committee member re: same (.1). | Krieger, A. | 1.2 |
| 02/15/2012 | Review memo to Committee re: Bank Lender Group Appeal and other matters. | Kruger, L. | 0.2 |
| 02/16/2012 | Further revised memorandum for the | Krieger, A. | 0.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | Committee. | | |
| 02/21/2012 | Attend to Committee memorandum re: proposed settlement with US, Samson and NuStar. | Krieger, A. | 6.2 |
| 02/22/2012 | Preparation of memorandum for the Committee re: proposed Pipeline settlement with US, other parties. | Krieger, A. | 3.8 |
| 02/23/2012 | Memorandum to Committee re: amended notice of appeal (.1); attend to memorandum re: Otis Pipeline settlement (2.5). | Krieger, A. | 2.6 |
| 02/24/2012 | Finalize Committee memorandum re: proposed settlement with the United States and other parties. | Krieger, A. | 1.0 |
| 02/24/2012 | Review memo to Committee re: settlement of claim by United States, debtor, parties. | Kruger, L. | 0.3 |
| 02/27/2012 | Attend to Anderson Memorial motion extending time to file an appeal and draft memorandum re: 2/27/12 hearing and additional pleading filed by AMH. | Krieger, A. | 0.6 |
| 02/28/2012 | Review recent pleadings, District Court order and prepare memorandum for the Committee re: same. | Krieger, A. | 1.4 |
| 02/29/2012 | Memorandum to the Committee re: stay motion, appeal and other filings before the District Court, Third Circuit order. | Krieger, A. | 0.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 27.3 | $ 725 | $ 19,792.50 |
| Kruger, Lewis | 2.5 | 1,025 | 2,562.50 |
| Pasquale, Kenneth | 2.7 | 920 | 2,484.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 24,839.00 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 24,839.00 |
|-----------------------|-------------|

# STROOCK

| RE | Fee Application, Applicant |
|---|---|
| | 699843 0018 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/01/2012 | O/c DM re 43rd quarterly fee application. | Krieger, A. | 0.1 |
| 02/01/2012 | Review and revise draft of SSL's forty-third quarterly fee application for attorney review. | Mohamed, D. | 1.1 |
| 02/03/2012 | Review and revise January Grace bill. | Magzamen, M. | 0.3 |
| 02/03/2012 | Revise SSL's 129th monthly fee application and forward to local counsel for re-filing (.5); prepare and effectuate service re: same (.6). | Mohamed, D. | 1.1 |
| 02/07/2012 | Review revised fee and expense detail re: SSL's January 2012 bill. | Mohamed, D. | 0.3 |
| 02/08/2012 | Prepare draft of SSL's 130th monthly fee application for attorney review. | Mohamed, D. | 0.7 |
| 02/14/2012 | O/c DM re: quarterly fee application (.1); review and finalize 43rd quarterly fee application (.6). | Krieger, A. | 0.7 |
| 02/15/2012 | Revise SSL's 43rd quarterly fee application. | Mohamed, D. | 0.5 |
| 02/16/2012 | Finalize SSL's 43rd quarterly fee application for filing (.8); prepare notice and CoS re: same and forward to local counsel for filing (.6); prepare and effectuate service re: fee application (.7). | Mohamed, D. | 2.1 |
| 02/17/2012 | Attend to 130th monthly fee statement (Jan 2012). | Krieger, A. | 0.3 |
| 02/17/2012 | Review and revise SSL's 130th monthly fee application. | Mohamed, D. | 0.6 |
| 02/28/2012 | Finalize SSL's 130th monthly fee application for filing (.6); prepare notice and CoS re: same and forward to local counsel for filing (.5); prepare and effectuate service re: fee application (.6). | Mohamed, D. | 1.7 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.1 | $ 725 | $ 797.50 |
| Magzamen, Michael | 0.3 | 335 | 100.50 |
| Mohamed, David | 8.1 | 210 | 1,701.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,599.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 2,599.00 |
|---|---|

# STROOCK

| RE | Creditor Inquiries 699843 0019 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/01/2012 | Attend to memorandum from creditor and memoranda with KP, LK re: same. | Krieger, A. | 0.2 |
| 02/01/2012 | E-mails with creditors re: settlement prospects. | Kruger, L. | 0.3 |
| 02/01/2012 | Telephone conference with creditors re: confirmation decision. | Pasquale, K. | 0.6 |
| 02/02/2012 | Telephone conference creditor re: confirmation decision. | Pasquale, K. | 0.2 |
| 02/06/2012 | Conference call bank lenders' counsel re: post-petition interest and follow-up'; office conference K. Pasquale re: same. | Krieger, A. | 0.5 |
| 02/06/2012 | Telephone conference A. Rosenberg re: status and PPI issues; conference call with AR, Capstone, AK re: same. | Pasquale, K. | 0.8 |
| 02/08/2012 | Telephone conference Creditor re: case status. | Krieger, A. | 0.3 |
| 02/08/2012 | T/c creditor re: status and timetable. | Kruger, L. | 0.2 |
| 02/09/2012 | Telephone conference trade creditor re: effective date. | Pasquale, K. | 0.3 |
| 02/10/2012 | Email with creditor re: case status. | Krieger, A. | 0.6 |
| 02/10/2012 | Telephone conference creditor re: plan status. | Pasquale, K. | 0.3 |
| 02/14/2012 | Telephone conference A. Rosenberg re: confirmation status. | Pasquale, K. | 0.2 |
| 02/16/2012 | Telephone conference lender and telephone conference creditor re: confirmation status. | Pasquale, K. | 0.5 |
| 02/22/2012 | T/c creditor re: status of appeals, claims allowance. | Krieger, A. | 0.1 |
| 02/22/2012 | Telephone conference creditor re: confirmation | Pasquale, K. | 0.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | status. | | |
| 02/23/2012 | Respond to creditor inquiry re: bank lender group's appeal. | Krieger, A. | 0.3 |
| 02/24/2012 | Telephone conference A. Rosenberg re: status (.3); telephone conference creditor re: confirmation status (.3); review draft memo re: settlement (.3). | Pasquale, K. | 0.9 |
| 02/29/2012 | Memorandum to creditor re: Third Circuit appeal (.1); t/c and memoranda to creditor re: claims inquiry (.4); memorandum to Debtors' counsel re creditor inquiry on claims (.2). | Krieger, A. | 0.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 2.7 | $ 725 | $ 1,957.50 |
| Kruger, Lewis | 0.5 | 1,025 | 512.50 |
| Pasquale, Kenneth | 4.2 | 920 | 3,864.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 6,334.00 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 6,334.00 |
|-----------------------|-----------|

# STROOCK

| RE | Fee Application, Others |
|---|---|
| | 699843  0020 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/07/2012 | Research re: query of Capstone's 31st quarterly fee application. | Mohamed, D. | 0.2 |
| 02/09/2012 | Finalize Capstone's 95th monthly fee application for filing (.7); prepare notice and CoS re: same and forward to local counsel for filing (.5); prepare and effectuate service re: fee application (.6). | Mohamed, D. | 1.8 |
| 02/22/2012 | Attend to fee applications, fee auditor's report on 43rd quarterly applications, certifications. | Krieger, A. | 0.3 |
| 02/23/2012 | Review and finalize Capstone's 32nd quarterly fee application for filing (.9); prepare notice and CoS re: same and forward to local counsel for filing (.7); prepare and effectuate service re: fee application (.6). | Mohamed, D. | 2.2 |
| 02/29/2012 | Attend to fee application of other professionals and related certifications, fee auditor pleadings. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.5 | $ 725 | $ 362.50 |
| Mohamed, David | 4.2 | 210 | 882.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,244.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,244.50 |
|---|---|

# STROOCK

| RE | Employee Benefits, Pension |
|---|---|
| | 699843  0021 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/02/2012 | Review Capstone's draft memorandum for the Committee re pension motion contribution (1.4); t/c J. Dolan re Committee memorandum (.7). | Krieger, A. | 2.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 2.1 | $ 725 | $ 1,522.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,522.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,522.50 |
|---|---|

# STROOCK

| RE | Environmental Matters/Regulations/Litigation<br>699843  0022 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/15/2012 | Attend to Debtors' motion seeking approval for the Otis Pipeline environmental claims settlement with the USA and other parties. | Krieger, A. | 3.5 |
| 02/16/2012 | Memorandum to Debtors' counsel re: Private Parties Agreement (.1); continue to review settlement pleadings and prepare information request for Debtors (2.6); memoranda with Debtors' counsel re: conference call to discuss settlement (.2). | Krieger, A. | 2.9 |
| 02/17/2012 | Conference call with Debtors' counsel re: Otis Pipeline Settlement and attend to notes thereon (1.3); preparation of Committee memorandum discussing proposed settlement (2.8). | Krieger, A. | 4.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 10.5 | $ 725 | $ 7,612.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 7,612.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 7,612.50 |
|---|---|

# STROOCK

| RE | Expenses |
|----|----------|
|    | 699843  0024 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|---|---|

**MATTER DISBURSEMENT SUMMARY**

| Outside Messenger Service | $ 193.64 |
|---|---|
| Long Distance Telephone | 25.07 |
| Duplicating Costs-in House | 2.00 |

| TOTAL DISBURSEMENTS/CHARGES | $ 220.71 |
|---|---|

| TOTAL FOR THIS MATTER | $ 220.71 |
|---|---|

# STROOCK

| RE | Plan and Disclosure Statement |
|----|-------------------------------|
|    | 699843 0036                   |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/01/2012 | Continue review of memorandum opinion (3.1); attend to consummation material and issues (.8). | Krieger, A. | 3.9 |
| 02/01/2012 | E-mails A. Krieger and K. Pasquale re: possible effective date. | Kruger, L. | 0.2 |
| 02/06/2012 | Attend to articles re: Libby Settlement (.1); telephone conference R. Higgins re: Libby settlement (.1). | Krieger, A. | 0.2 |
| 02/06/2012 | T/c K. Pasquale re: t/c with Rosenberg re: appeal (.2); t/c K. Pasquale re: effective date (.1). | Kruger, L. | 0.3 |
| 02/07/2012 | Exchanged memoranda with Debtors' counsel re: Libby settlement and rescheduled call to discuss (.2); review settlement agreement (.6); conference call with Debtors' counsel Libby Claimants' settlement with Grace and other related matters (.7); memoranda to L. Kruger, K. Pasquale re: settlement status, other matters (.9). | Krieger, A. | 2.4 |
| 02/07/2012 | Review A. Krieger memo re: Grace settlements (.2); review Capstone PPI analysis (.3). | Kruger, L. | 0.5 |
| 02/07/2012 | Review Capstone analysis re: PPI. | Pasquale, K. | 0.5 |
| 02/13/2012 | Attend to pleadings filed in District Court. | Krieger, A. | 0.7 |
| 02/14/2012 | Review memo to Committee re: Libby and other settlements of objectors (.3); review pleadings filed by parties to amend confirmation order (.3). | Kruger, L. | 0.6 |
| 02/14/2012 | Review various motions/pleadings filed by parties to amend/reconsider confirmation order and review draft memo to Committee re: same. | Pasquale, K. | 2.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/15/2012 | Attend to appeal filed by Bank Lender Group. | Krieger, A. | 0.1 |
| 02/16/2012 | Attend to BNSF's proposed order granting extension of time to appeal. | Krieger, A. | 0.1 |
| 02/21/2012 | O/c DM and attend to District Court docket entry. | Krieger, A. | 0.1 |
| 02/22/2012 | Attend to Plan Proponents' reply brief to Garlock motion for reargument. | Krieger, A. | 0.1 |
| 02/22/2012 | Review recent pleadings/responses re: confirmation reconsideration. | Pasquale, K. | 1.2 |
| 02/23/2012 | Attend to Appellees' brief in opposition to Garlock's motion for reargument. | Krieger, A. | 0.4 |
| 02/28/2012 | Review Garlock stay motion. | Kruger, L. | 0.2 |
| 02/28/2012 | Review Garlock's stay motion. | Pasquale, K. | 0.5 |
| 02/29/2012 | Attend to Garlock's stay motion, other appellate filings, and Third Circuit docket. | Krieger, A. | 1.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 9.4 | $ 725 | $ 6,815.00 |
| Kruger, Lewis | 1.8 | 1,025 | 1,845.00 |
| Pasquale, Kenneth | 4.5 | 920 | 4,140.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 12,800.00 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 12,800.00 |
|-----------------------|-------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Hearings |
| --- | --- |
| | 699843  0037 |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 02/27/2012 | Review pleadings for and attend hearing re: objection to NY Hillside claim, confirmation status (.6); memorandum to LK, KP re: same (.4). | Krieger, A. | 1.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
| --- | --- | --- | --- |
| Krieger, Arlene G. | 1.0 | $ 725 | $ 725.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 725.00 |
| --- | --- |

| TOTAL FOR THIS MATTER | $ 725.00 |
| --- | --- |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Relief from Stay Proceedings 699843 0041 |
|----|-------------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/14/2012 | Attend to Grace's statement renewing request to amend PWC's retention guidelines. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.1 | $ 725 | $ 72.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 72.50 |
|------------------------------------------|---------|

| TOTAL FOR THIS MATTER | $ 72.50 |
|-----------------------|---------|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 62,628.00 |
|------------------------------------------|-------------|
| TOTAL DISBURSEMENTS/CHARGES | $ 220.71 |
| TOTAL BILL | $ 62,848.71 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

# EXHIBIT B

**WR GRACE & CO**
**SUMMARY OF FEES**
**FEBRUARY 1, 2012 - FEBRUARY 29, 2012**

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** |  |  |  |
| Kruger, Lewis | 5.0 | $1,025 | $   5,125.00 |
| Pasquale, Kenneth | 11.4 | 920 | 10,488.00 |
|  |  |  |  |
| **Associates** |  |  |  |
| Krieger, Arlene G. | 57.7 | 725 | 41,832.50 |
|  |  |  |  |
| **Paraprofessionals** |  |  |  |
| Magzamen, Michael | 0.3 | 335 | 100.50 |
| Mohamed, David | 24.2 | 210 | 5,082.00 |
|  |  |  |  |
| **Total** | **98.6** |  | **$ 62,628.00** |

# EXHIBIT C

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**FEBRUARY 1, 2012 - FEBRUARY 29, 2012**

| | |
|---|---:|
| Outside Messenger Service | $ 193.64 |
| Long Distance Telephone | 25.07 |
| Duplicating Costs-in House | 2.00 |
| | |
| **TOTAL** | **$ 220.71** |

# STROOCK

## DISBURSEMENT REGISTER

| DATE | March 7, 2012 |
|---|---|
| INVOICE NO. | 558954 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

**FOR EXPENSES INCURRED i**n the captioned matter for the period through February 29, 2012, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 02/04/2012 | VENDOR: UPS; INVOICE#: 000010X827052; DATE: 2/4/2012 D. Mohamed to Bobbi Ruhlander, Dallas TX on 01/30/2012 | 11.27 |
| 02/04/2012 | VENDOR: UPS; INVOICE#: 000010X827052; DATE: 2/4/2012 D. Mohamed to David B. Siegal  Columbia MD on 01/30/2012 | 7.95 |
| 02/04/2012 | VENDOR: UPS; INVOICE#: 000010X827052; DATE: 2/4/2012 D. Mohamed to D. Klauder Esq.  Wilmington DE 01/30/2012 | 7.95 |
| 02/04/2012 | VENDOR: UPS; INVOICE#: 000010X827052; DATE: 2/4/2012 D. Mohamed to Dawn S. Marra  Wilimington DE  on 01/30/2012 | 7.95 |
| 02/11/2012 | VENDOR: UPS; INVOICE#: 000010X827062; DATE: 2/11/2012 D. Mohamed to Dave Klauder, Esq.  Wilmington DE  on 02/03/2012 | 7.95 |
| 02/11/2012 | VENDOR: UPS; INVOICE#: 000010X827062; DATE: 2/11/2012 D. Mohamed to Bobbi Ruhlander, Esq.  Dallas TX on 02/03/2012 | 11.27 |
| 02/11/2012 | VENDOR: UPS; INVOICE#: 000010X827062; DATE: 2/11/2012 D. Mohamed to Dawn S. Marra  Wilmmington DE on 02/03/2012 | 7.95 |
| 02/11/2012 | VENDOR: UPS; INVOICE#: 000010X827062; DATE: 2/11/2012 D. Mohamed to David B. Siegal Columbia  MD on 02/03/2012 | 7.95 |
| 02/11/2012 | VENDOR: UPS; INVOICE#: 000010X827062; DATE: 2/11/2012 D. Mohamed to David B. Siegal  Columbia  MD on 02/09/2012 | 7.88 |
| 02/11/2012 | VENDOR: UPS; INVOICE#: 000010X827062; DATE: 2/11/2012 D. Mohamed to Dawn S. Marra  Wilmington DE  on 02/09/2012 | 7.88 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/11/2012 | VENDOR: UPS; INVOICE#: 000010X827062; DATE: 2/11/2012 D. Mohamed to Bobbi Ruhlander Esq.  Dallas TX on 02/09/2012 | 11.17 |
| 02/11/2012 | VENDOR: UPS; INVOICE#: 000010X827062; DATE: 2/11/2012 D. Mohamed to Dave Klauder, Esq.  Wilmington DE on 02/09/2012 | 7.88 |
| 02/18/2012 | VENDOR: UPS; INVOICE#: 000010X827072; DATE: 2/18/2012 D. Mohamed to Dawn S. Marra  WILMINGTON DE on 02/16/2012 | 11.81 |
| 02/18/2012 | VENDOR: UPS; INVOICE#: 000010X827072; DATE: 2/18/2012 D. Mohamed to B. Ruhlander, Esq.  DALLAS TX on 02/16/2012 | 18.35 |
| 02/18/2012 | VENDOR: UPS; INVOICE#: 000010X827072; DATE: 2/18/2012 D. Mohamed to D. Klauder, Esq.  WILMINGTON DE on 02/16/2012 | 11.81 |
| 02/18/2012 | VENDOR: UPS; INVOICE#: 000010X827072; DATE: 2/18/2012 D. Mohamed to D. Siegal  COLUMBIA MD on 02/16/2012 | 11.81 |
| 02/25/2012 | VENDOR: UPS; INVOICE#: 000010X827082; DATE: 2/25/2012 D. Mohamed to D. Klauder, Esq.  WILMINGTON DE on 02/23/2012 | 7.88 |
| 02/25/2012 | VENDOR: UPS; INVOICE#: 000010X827082; DATE: 2/25/2012 D. Mohamed to D. Siegal  COLUMBIA MD on  02/23/2012 | 7.88 |
| 02/25/2012 | VENDOR: UPS; INVOICE#: 000010X827082; DATE: 2/25/2012 D. Mohamed to Bobbi Ruhlander, Esq.  DALLAS TX on 02/23/2012 | 11.17 |
| 02/25/2012 | VENDOR: UPS; INVOICE#: 000010X827082; DATE: 2/25/2012 D. Mohamed to Dawn S. Marra  WILMINGTON DE on 02/23/2012 | 7.88 |

**Outside Messenger Service Total**        **193.64**

**Long Distance Telephone**

| | | |
|------|-------------|--------|
| 02/02/2012 | EXTN.795544, TEL.2015877144, S.T.15:38, DUR.00:37:13 | 10.56 |
| 02/05/2012 | VENDOR: Soundpath Legal Conferencing; INVOICE#: 2128065400-020512; DATE: 2/5/2012 - Teleconference   02-01-2012 | 11.17 |
| 02/06/2012 | EXTN.795544, TEL.3128364047, S.T.15:45, DUR.00:02:44 | 0.83 |
| 02/08/2012 | EXTN.795544, TEL.2015877123, S.T.17:13, DUR.00:01:40 | 0.56 |
| 02/09/2012 | EXTN.795544, TEL.2015877144, S.T.09:50, DUR.00:00:53 | 0.28 |

# STROOCK

PAGE: 3

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/16/2012 | EXTN.795475, TEL.3026574923, S.T.11:31, DUR.00:05:05 | 1.67 |
| | **Long Distance Telephone Total** | **25.07** |

**Duplicating Costs-in House**

| | | |
|------|-------------|--------|
| 01/18/2012 | | 1.80 |
| 02/16/2012 | | 0.20 |
| | **Duplicating Costs-in House Total** | **2.00** |

BILL DISBURSEMENT SUMMARY

| | |
|-----|-----|
| Outside Messenger Service | $ 193.64 |
| Long Distance Telephone | 25.07 |
| Duplicating Costs-in House | 2.00 |

| TOTAL DISBURSEMENTS/CHARGES | $ 220.71 |
|-----------------------------|----------|

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.