## EXHIBIT B – Part 3

## Monthly Fee Application for the Period from:
## March 1, 2012 – March 31, 2012

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
|  | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) | **Objection Deadline:** |
|  | ) | **May 21, 2012 at 4:00 p.m.** |
|  | ) | **Hearing date:  To be scheduled only if objections** |
|  | ) | **are timely filed and served.** |

### NOTICE OF FILING OF MONTHLY FEE APPLICATION

To:  (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; (7) Counsel to the Debtors-in-Possession Lenders; and (8) the Fee Auditor:

Stroock & Stroock & Lavan LLP ("Stroock"), counsel to the Official Committee of Unsecured Creditors (the "Committee") of the above captioned debtor and debtors in possession in the above-captioned chapter 11 cases, filed and served the One Hundred and Thirty-Second Monthly Fee Application of Stroock & Stroock & Lavan LLP for Interim Compensation and for Reimbursement of Expenses for the services rendered during the period March 1, 2012 through March 31, 2012, seeking compensation in the amount of $27,172.50 and reimbursement for actual and necessary expenses in the amount of $140.02.

Objections or responses to the Monthly Fee Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **May 21, 2012 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon the Affected Professional and each of the following:  (i) co-counsel for the Debtors, Adam Paul,

Date Filed: 4/30/2012

Docket No: 28848

Esquire, Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Illinois 60654 (fax number 312-862-2200), and James E. O'Neill, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400), and Roger J. Higgins, Esquire, The Law Offices of Roger Higgins LLC, 111 East Wacker Drive, Suite 2800, Chicago, IL 60601 (Fax number 312-577-0737); (ii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 222 Delaware Avenue, Suite 1600, Wilmington, Delaware 19801-1659 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Bilzin, Sumberg, Dunn, Baena, Price & Axelrod LLP, Wachovia Building, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, New York 10022 (fax number  212-644-6755), and Mark Hurford, Esquire, Campbell & Levine, LLC, 800 N. King Street, Suite 300, Wilmington, Delaware 19801 (fax number 302-426-9947); (v) co-counsel  to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins LLP, Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Neil B. Glassman, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. 25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vi) co-counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036 (fax

number 212-715-8000), and Teresa K.D. Currier, Esquire, Saul Ewing LLP, 222 Delaware Avenue, Wilmington, Delaware 19801 (Fax number 302-421-6813); (vii) the Office of the United States Trustee, Attn: David Klauder, Esquire, 844 N. King Street, Wilmington, Delaware 19801 (fax number 302-573-6497); and (viii) the Fee Auditor, Bobbi Ruhlander, Esquire, Warren H. Smith and Associates, P.C., Republic Center, 325 N. St. Paul, Suite 1250, Dallas, TX 75201 (Fax number 214-722-0081).

**[Remainder of Page Left Intentionally Blank]**

Dated: April 30, 2012
      Wilmington, Delaware

**RESPECTFULLY SUBMITTED,**

*/s/ Michael R. Lastowski*
Michael R. Lastowski, Esq. (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659
Telephone:    (302) 657-4900
Facsimile:    (302) 657-4901
E-mail:    mlastowski@duanemorris.com
E-mail:    rwriley@duanemorris.com

William S. Katchen, Esquire (Admitted in NJ Only)
DUANE MORRIS LLP
Suite 1200
744 Broad Street
Newark, NJ 07102-3889
Telephone:    (973) 424-2000
Facsimile:    (973) 424-2001
E-mail:    wskatchen@duanemorris.com

and

Lewis Kruger, Esquire
Kenneth Pasquale, Esquire
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
Telephone:    (212) 806-5400
Facsimile:    (212) 806-6006
E-mail:    lkruger@stroock.com
                kpasquale@stroock.com

Co-Counsel for the Official Committee of
Unsecured Creditors of W. R. Grace & Co., et al.

4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline:** |
| | ) | **May 21, 2012 at 4:00 p.m.** |
| | ) | **Hearing date:  To be scheduled only if objections** |
| | ) | **are timely filed and served.** |

## ONE HUNDRED AND THIRTY-SECOND MONTHLY FEE APPLICATION OF STROOCK & STROOCK & LAVAN LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MARCH 1, 2012 THROUGH MARCH 31, 2012

| | |
|---|---|
| Name of Applicant | **Stroock & Stroock & Lavan LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 12, 2001** |
| Period for which compensation and reimbursement is sought | **March 1, 2012 – March 31, 2012** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$27,172.50     (80%: $21,738.00)** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$140.02** |

This is an: ☒ interim ☐ final application

**Attachment A**

## Monthly Interim Fee Applications

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| May 30, 2001 D.I.339 | 4/12/01- 4/30/01 | $138,926.00 | $1,975.13 | $111,140.80 | $1,975.13 |
| July 2, 2001 D.I.613 | 5/1/01 – 5/31/01 | $139,928.75 | $6,884.73 | $111.943.00 | $6,884.73 |
| July 30, 2001 D.I.772 | 6/1/01 – 6/30/01 | $91,019.00 | $10,458.14 | $72,815.20 | $10,458.14 |
| September 5, 2001    D.I.889 | 7/1/01- 7/31/01 | $92,308.00 | $5,144.37 | $73,846.40 | $5,144.37 |
| October 2, 2001 D.I.983 | 8/1/01 8/31/01 | $53,873.50 | $3,069.88 | $43,098.80 | $3,069.88 |
| October 31, 2001 D.I.1058 | 9/1/01 – 9/30/01 | $58,742.00 | $6,801.32 | $46,993.60 | $6,801.32 |
| November 26, 2001 D.I.1239 | 10/1/01 – 10/31/01 | $101,069.00 | $3,562.09 | $80,855.20 | $3,562.09 |
| January 8, 2002 D.I.1470 | 11/1/01 – 11/30/01 | $136,368.50 | $8,847.34 | $109,094.80 | $8,847.34 |
| February 1, 2002 D.I.1608 | 12/01/01 – 12/31/01 | $92,064.50 | $9,471.47 | $73,651.60 | $9,471.47 |
| March 14, 2002 D.I.1812 | 01/01/02 – 01/31/02 | $100,231.50 | $14,675.58 | $80,185.20 | $14,675.58 |
| April 22, 2002 D.I.1951 | 02/01/02 – 02/28/02 | $88,974.50 | $16,863.97 | $71,179.60 | $16,863.97 |
| May 8, 2002 D.I.2029 | 03/01/02 – 03/31/02 | $77,964.25 | $1,190.44 | $62,371.40 | $1,190.44 |
| June 3, 2002 D.I.2156 | 04/01/02- 04/30/02 | $97,251.50 | $1,816.40 (Stroock) $9,772.37 (Chambers) | $77,801.20 | $11,588.86 |

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| July 2, 2002 D.I.2324 | 05/01/02 – 05/31/02 | $74,910.75 | $2,9154.43 (Stroock) $43,190.69 (Chambers) | $59,928.60 | $46,105.12 |
| August 5, 2002 D.I.2495 | 06/01/02 – 06/30/02 | $73,096.75 | $2,054.05 (Stroock) $114,666.72 (Chambers) | $58,477.4011 | $116,720.77 |
| September 20, 2002 D.I.2720 | 07/01/02 – 07/31/02 | $90,903.27 | $1,250.79 (Stroock) $11,996.25 (Chambers) | $72,722.61 | $13,274.04 |
| October 29, 2002 D.I.2898 | 08/01/02 – 08/31/02 | $93,151.25 | $11,539.51 (Stroock) $5,046.70 (Chambers) | $74,521.00 | $16,586.21 |
| November 14, 2002 D.I.2981 | 09/01/02 – 09/30/02 | $96,613.25 | $15,567.77 (Stroock) $771.50 (Chambers) | $77,290.60 | $16,339.27 |
| December 10, 2002 D.I.3129 | 10/1/02 – 10/31/02 | $68,404.00 | $2,956.54 (Stroock) $1,780.75 (Chambers) | $54,723.20 | $4,737.29 |
| January 28, 2003 D.I.3286 | 11/1/02 – 11/30/02 | $75,345.50 | $8,712.16 (Stroock) | $60,276.40 | $8,712.16 |
| February 7, 2003 D.I.3349 | 12/1/02 – 12/31/02 | $27,683.50 | $13,332.14 (Stroock) | $22,146.80 | $13,332.14 |
| March 26, 2003 D.I.3552 | 1/1/03 – 1/31/03 | $88,139.00 | $1,210.11 (Stroock) | $70,511.20 | $1,210.11 |
| April 7, 2003 D.I.3626 | 2/1/03 – 2/28/03 | $76,313.00 | $2,022.78 (Stroock) $1,077.80 (Chambers) | $61,050.40 | $3,100.58 |
| April 29, 2003 D.I. 3718 | 3/1/03 – 3/31/03 | $60,163.50 | $6,191.15 (Stroock) | $48,130.80 | $6,191.15 |
| June 2, 2003 D.I. 3850 | 4/1/03 – 4/30/03 | $60,269.00 | $814.02 (Stroock) $2,043.00 (Chambers) | $48,215.20 | $2,857.02 |
| July 1, 2003 D.I. 3983 | 5/1/03 – 5/31/03 | $111,990.50 | $691.84 (Stroock) $9,830.50 (Chambers) | $89,592.40 | $10,522.34 |
| August 5, 2003 D.I. 4152 | 6/1/03 – 6/30/03 | $43,824.00 | $1,220.42 (Stroock) $61,755.00 (Chambers) | $35,059.20 | $62,975.42 |

2

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| September 4, 2003<br>D.I. 4381 | 7/1/03 – 7/31/03 | $79,090.50 | $2,301.33 (Stroock)<br>$14,274.25 (Chambers) | $55,941.60 | $16,575.58 |
| September 30, 2003<br>D.I. 4512 | 8/1/03 – 8/31/03 | $69,927.00 | $1,164.19 (Stroock)<br>$12,488.94 (Chambers) | $55,941.60 | $13,653.13 |
| October 29, 2003<br>D.I. 4625 | 9/1/03 – 9/30/03 | $69,409.50 | $1,076.94 (Stroock)<br>$10,102.00 (Chambers) | $55,527.60 | $11,178.94 |
| December 19, 2002<br>D.I. 4843 | 10/1/03 – 10/31/03 | $96,980.50 | $3,800.45 (Stroock)<br>$42,881.50 (Chambers) | $77,584.40 | $46,681.95 |
| January 23, 2003<br>D.I. 4976 | 11/1/03 – 11/30/03 | $66,428.50 | $1,225.38 (Stroock)<br>$30,463.00 (Navigant f/k/a Chambers) | $53,142.80 | $31,688.38 |
| February 4, 2004<br>D.I. 5056 | 12/1/03 – 12/31/03 | $52,321.50 | $924.99 (Stroock)<br>$27,005.00 (Navigant f/k/a Chambers) | $41,857.20 | $27,929.99 |
| March 17, 2004<br>D.I. 5309 | 1/1/04 – 1/31/04 | $65,980.50 | $1,917.93 (Stroock)<br>$47,654.57 (Navigant f/k/a Chambers) | $52,784.40 | $49,572.50 |
| April 6, 2004<br>D.I. 5406 | 2/1/04 – 2/29/04 | $90,421.50 | $3,636.48 (Stroock)<br>$35,492.50 (Navigant f/k/a Chambers) | $72,337.20 | $39,128.98 |
| April 28, 2004<br>D.I. 5498 | 3/1/04 – 3/31/04 | $103,524.00 | $5,567.34 (Stroock) | $82,819.20 | $5,567.34 |
| June 14, 2004<br>D.I. 5803 | 4/1/04 – 4/30/04 | $99,136.00 | $3,518.96 (Stroock)<br>$1,515.00 (Navigant February)<br>$49,667.00 (Navigant March)<br>$80,307.11 (Navigant April) | $79,308.80 | $135,008.07 |
| July 2, 2004<br>D.I. 5917 | 5/1/04 – 5/31/04 | $134,324.50 | $2,409.97 (Stroock)<br>$78,360.05 (Navigant May) | $107,459.60 | $80,770.02 |

3

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
| | | Fees | Expenses | Fees | Expenses |
|---|---|---|---|---|---|
| August 2, 2004 D.I. 6105 | 6/1/04 – 6/30/04 | $120,501.00 | $1,831.49 (Stroock) $62,625.00 (Navigant June) | $96,400.80 | $64,456.49 |
| September 9, 2004 D.I. 6341 | 7/1/04 – 7/31/04 | $72,394.00 | $3,461.84 (Stroock) $40,427.50 (Navigant July) | $57,915.20 | $43,889.34 |
| September 23, 2004 D.I. 6444 | 8/1/04 – 8/31/04 | $70,457.00 | $1,764.40 (Stroock) | $56,365.60 | $1,764.40 |
| October 14, 2004 D.I. 6625 | 9/1/04 – 9/30/04 | $83,903.50 | $1,535.61 (Stroock) $27,142.00 (Navigant August) | $67,122.80 | $28,677.61 |
| December 3, 2004 D.I. 7086 | 10/1/04 – 10/31/04 | $200,155.50 | $1,368.18 (Stroock) $ 24,659.00 (Navigant September) | $160,124.40 | $26,027.18 |
| January 7, 2005 D.I. 7481 | 11/1/04 – 11/30/04 | $218,608.50 | $14,019.09 (Stroock) $25,102.80 (Navigant October) $27,972.34 (Navigant November) | $174,886.80 | $67,094.23 |
| February 2, 2005 D.I. 7667 | 12/1/04 – 12/31/04 | $235,503.70 | $10,442.92 (Stroock) $62,687.97 (Navigant December) | $188,402.96 | $73,130.89 |
| March 15, 2005 D.I. 8026 | 1/1/05 – 1/31/05 | $187,168.00 | $4,411.55 (Stroock) $15,686.00 (Navigant January) | $149,734.40 | $20,097.55 |
| April 1, 2005 D.I. 8155 | 2/1/05 – 2/28/05 | $108,180.25 | $8,102.85 (Stroock) $18,303.37 (Navigant February) | $86,544.20 | $26,406.22 |
| April 25, 2005 D.I. 8331 | 3/1/05 – 3/31/05 | $56,941.25 | $287.23 (Stroock) $6,114.86 (Navigant March) | $45,553.00 | $6,402.09 |
| June 6, 2005 D.I.  8562 | 4/1/05 – 4/30/05 | $127,695.00 | $3,531.45 (Stroock) $20,129.06 (Navigant April) | $102,156.00 | $23,660.51 |

4

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| June 28, 2005 D.I. 8704 | 5/1/05 – 5/31/05 | $115,453.75 | $858.21(Stroock) | $78,855.20 | $858.21 |
| August 3, 2005 D.I. 9135 | 6/1/05 – 6/30/05 | $114,903.75 | $4,871.74 (Stroock) $34,075.28 (Navigant) | $91,923.00 | $38,947.02 |
| September 8, 2005 D.I. 9356 | 7/1/05 – 7/31/05 | $117,780.75 | $2,088.44 (Stroock) $2,211.00 (Navigant) | 94,224.60 | $4,299.44 |
| October 14, 2005 D.I. 9565 | 8/1/05 8/31/05 | $106,796.25 | $5,046.99 (Stroock) $18,550.00 (Navigant) | $85,437.00 | $23,596.99 |
| November 1, 2005 D.I. 10951 | 9/1/05 9/31/05 | $67,697.50 | $1,399.68 (Stroock) $11,197.50 (Navigant) | $54,158.00 | $12,597.18 |
| November 29, 2005 D.I. 11202 | 10/1/05 - 10/31/05 | $98,216.75 | $1,611.30 (Stroock) $11,582.50 (Navigant) | $78,573.40 | $13,193.80 |
| January 9, 2006 D.I. 11507 | 11/1/05 11/30/05 | $104,348.00 | $2,847.45 (Stroock) $71,598.50 (Navigant) | $83,478.40 | $74.445.95 |
| January 30, 2006 D.I. 11655 | 12/1/05 – 12/31/05 | $96,855.00 | $1,379.53 (Stroock) $20,317.49 (Navigant) | $77,484.00 | $21,697.02 |
| March 1, 2006 D.I. 11921 | 1/1/06 – 1/31/06 | $73,383.00 | $1,810.85 (Stroock) $14,124.01 (Navigant) | $58,706.40 | $15,934.86 |
| March 28, 2006 D.I. 12134 | 2/1/06 – 2/28/06 | $105,083.75 | $1,434.62 (Stroock) $25,971.70 (Navigant) | $84,067.00 | $27,406.32 |
| May 2, 2006 D.I. 12354 | 3/1/2006 - 3/31/2006 | $145,189.50 | $2,512.81 (Stroock) $25,838.37 (Navigant) | $116,151.60 | $28,351.18 |
| May 31, 2006 D.I. 12558 | 4/1/2006 - 4/30/2006 | $116,817.00 | $2,141.42 (Stroock) $7,425.00 (Navigant) | $93,453.60 | $9,566.42 |
| July 6, 2006 D.I. 12748 | 5/1/2006 – 5/31/2006 | $121,304.50 | $1,838.71 (Stroock) $17,493.75 (Navigant) | $97,043.60 | $19,332.46 |
| August 1, 2006 D.I. 12899 | 6/1/2006 – 6/30/2006 | $94,856.50 | $1,869.66 (Stroock) $38,548.75 (Navigant) | $75,885.20 | $40,418.41 |

5

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2006 D.I. 13117 | 7/1/2006 – 7/31/2006 | $97,397.25 | $496.76 (Stroock) $30,280.00 (Navigant) | $77,917.80 | $30,776.76 |
| October 2, 2006 D.I. 13336 | 8/1/2006- 8/31/2006 | $131,856.25 | $98.34 (Stroock) $98,317.50 (Navigant) | $105,485.00 | $98,415.84 |
| November 2, 2006 D.I. 13559 | 9/1/2006 – 9/30/2006 | $150,960.00 | $4,147.01 (Stroock) $91,179.11 (Navigant) | $120,768.00 | $95,326.12 |
| November 29, 2006 D.I. 13838 | 10/1/06 – 10/31/06 | $196,223.50 | $915.14 (Stroock) $147,374.20 (Navigant) | $156,978.89 | $148,289.34 |
| January 12, 2007 D.I. 14292 | 11/1/06 – 11/30/06 | $188,638.00 | $3,370.16 (Stroock) $133,438.70 (Navigant) | $150,910.40 | $136,808.86 |
| January 29, 2007 D.I. 14415 | 12/1/06 – 12/31/06 | $99,832.00 | $5,752.89 (Stroock) $55,245.22 (Navigant) | $79,865.60 | $60,998.11 |
| March 8, 2007 D.I. 14810 | 1/1/2007 – 1/31/2007 | $77,582.00 | $962.06 (Stroock) $90,474.74 (Navigant) | $62,065.60 | $91,436.80 |
| April 10, 2007 D.I. 15132 | 2/1/2007 – 2/28/2007 | $119,140.50 | $3.092.88 (Stroock) $77,301.25 (Navigant) | $95.312.40 | $80,394.13 |
| May 1, 2007 D.I. 15457 | 3/1/2007 – 3/31/2007 | $135,228.00 | $6,635.25 (Stroock) $104,674.53 (Navigant) | $108,182.40 | $111,309.78 |
| June 22, 2007 D.I. 16136 | 4/1/2007 – 4/30/2007 | $177,646.00 | $815.81 (Stroock) $173,437.45 (Navigant) | $142,116.80 | $174,253.26 |
| July 17,2007 D.I. 16309 | 5/1/2007 – 5/31/2007 | $205,937.25 | $6,405.01 (Stroock) $162,431.03 (Navigant) | $164,749.80 | $168,836.04 |
| August 10, 2007 D.I. 16528 | 6/1/2007 – 6/30.2007 | $225,650.50 | $5,929.97 (Stroock) $200,294.81 (Navigant) | $180,520.40 | $206,224.78 |
| September 14, 2007 D.I. 16822 | 7/1/2007 – 7/31/2007 | $157.268.50 | $4,021.65 (Stroock) $208,116.54 (Navigant) | $125,814.80 | $212,138.19 |
| October 1, 2007 D.I. 16959 | 8/1/2007 – 8/31/2007 | $145,866.50 | $3,354.61 (Stroock) $210,152.54 (Navigant) | $116,693.20 | $213,507.15 |

6

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| November 19, 2007 D.I. 17394 | 9/1/2007 – 9/30/2007 | $206,908.50 | $3,056.89 (Stroock) | $165,526.80 | $3,056.89 |
| December 5, 2007 D.I. 17548 | 10/1/07 - 10/31/07 | $288,976.50 | $22,324.58 (Stroock) $325,509.63 (Navigant) | $231,181.20 | $347,834.21 |
| January 11, 2008 D.I. 17803 | 11/1/07 – 11/30/07 | $249,372.50 | $32,780.40 (Stroock) $162,394.93 (Navigant) | $199,498.00 | $195,175.33 |
| February 1, 2008 D.I. 17957 | 12/1/07 – 12/31/97 | $116,522.50 | $57,717.92 (Stroock) $47,444.43 (Navigant) | $93,218.00 | $105,162.35 |
| March 4, 2008 D.I. 18202 | 1/1/08 – 1/31/08 | $201,472.50 | $3,282.80 (Stroock) $86,070.26 (Navigant) | $161,178.00 | $89,353.06 |
| April 4, 2008 D.I. 18450 | 2/1/08 – 2/29/08 | $195,491.00 | $5,922.25 (Stroock) $73,924.16 (Navigant) | $156,392.80 | $79,846.41 |
| April 29, 2008 D.I. 18639 | 3/1/08 – 3/31/08 | $275,659.00 | $11,217.17 (Stroock) $69,201.53 (Navigant) | $220,527.20 | $80,418.70 |
| June 4, 2008 D.I. 18862 | 4/1/08 - 4/30/08 | $298,888.00 | $10,143.60 (Stroock) $38,800.00 (Navigant) | $239,110.40 | $48,943.60 |
| July 1, 2008 D.I. 19032 | 5/1/08 - 5/31/08 | $138,683.50 | $3,649.95 (Stroock) | $110,946.80 | $3,649.95 |
| August 4, 2008 D.I. 19224 | 6/1/2008 - 6/30/2008 | $213,559.00 | $12,357.78 (Stroock) $96.84 (Navigant) | $170,847.20 | $12,454.62 |
| September 10, 2008 D.I. 19516 | 7/1/2008 - 7/31/2008 | $206,087.50 | $6,717.13 (Stroock) $259.90 (Navigant) | $164.870.00 | $6,977.03 |
| September 30, 2008 D.I. 19653 | 8/1/2008 – 8/31/2008 | $212,928.50 | $2,326.65 (Stroock) | $170,342.80 | $2,326.65 |
| November 6, 2008 D.I. 19949 | 9/1/2008 – 9/30/2008 | $226,486.50 | $2,844.77 (Stroock) | $181,189.20 | $2,844.77 |
| December 2, 2008 D.I. 20174 | 10/1/08 – 10/31/08 | $270,097.00 | $10,611.52 (Stroock) | $216,077.60 | $10,611.52 |

7

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| December 30, 2008 D.I. 20384 & 20385 | 11/1/08 – 11/30/08 | $184,642.00 | $5,870.24 (Stroock) | $147,713.60 | $5,870.24 |
| February 3, 2009 D.I. 20654 | 12/1/08 – 12/31/08 | $102,648.50 | $4,017.80 (Stroock) | $82,118.80 | $4,017.80 |
| March 3, 2009 D.I. 20906 | 1/1/09 – 1/31/09 | $114,525.00 | $2,458.44 (Stroock) | $91,620.00 | $2,458.44 |
| March 30, 2009 D.I. 21152 | 2/1/09 – 2/28/09 | $141,569.00 | $1,627.89 (Stroock) | $113,255.20 | $1,627.89 |
| April 29, 2009 D.I. 21475 | 3/1/09 – 3/31/09 | $181,006.75 | $3,270.02 (Stroock) | $144,805.40 | $3,270.02 |
| May 29,2009 D.I. 21910 | 4/1/09 – 4/30/09 | $187,588.50 | $1,545.41 (Stroock) | $150,070.80 | $1,545.41 |
| July 1, 2009 D.I. 22310 | 5/1/09 – 5/31/09 | $227,989.00 | $9,428.79 (Stroock) | $182,391.20 | $9,428.79 |
| August 6, 2009 D.I. 22709 | 6/1/09 – 6/30/09 | $238,611.25 | $5,960.91 (Stroock) | $190,889.00 | $5,960.91 |
| September 25, 2009 D.I. 23338 | 7/1/09 – 7/31/09 | $294,766.50 | $17,306.20 (Stroock) | $235,813.20 | $17,306.20 |
| October 5, 2009 D.I 23422 | 8/1/09 – 8/31/09 | $299,544.25 | $7,237.57 (Stroock) $2,812.50 (Navigant) | $239,635.40 | $10,050.07 |
| November 13, 2009 D.I. 23759 | 9/1/09 – 9/30/09 | $349,937.50 | $20,164.05 (Stroock) | $279,950.00 | $20,164.05 |
| December 1, 2009 D.I. 23897 | 10/1/09 – 10/31/09 | $281,050.75 | $12,457.25 (Stroock) | $224,840.60 | $12,457.25 |
| December 30, 2009 D.I. 24087 | 11/1/09 – 11/30/09 | $219,347.00 | $10,084.80 (Stroock) | $175,477.60 | $10,084.80 |
| January 29, 2010 D.I. 24211 | 12/1/09 – 12/31/09 | $117,137.00 | $3,532.36 (Stroock) | $93,709.60 | $3,532.36 |

8

| Date Filed | Period Covered | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| March 1, 2010 D.I. 24376 | 1/1/2010 – 1/31/2010 | $193,442.75 | $3,163.37 (Stroock) | $154,754.20 | $3,163.37 |
| March 30, 2010 D.I. 24537 | 2/1/2010 – 2/28/2010 | $56,435.50 | $1,668.29 (Stroock) | $45,148.40 | $1,668.29 |
| April 28, 2010 D.I. 24687 | 3/1/2010 – 3/31/2010 | $42,209.00 | $636.63 (Stroock) | $33,767.20 | $636.63 |
| May 28, 2010 D.I. 24859 | 4/1/2010 – 4/30/2010 | $44,465.00 | $265.51 (Stroock) | $35,572.00 | $265.51 |
| June 28, 2010 D.I. 24993 | 5/1/2010 – 5/31/2010 | $36,946.50 | $770.90 (Stroock) | $29,557.20 | $770.90 |
| July 28, 2010 D.I. 25130 | 6/1/2010 – 6/30/2010 | $52,374.50 | $93.68 (Stroock) | $41,899.60 | $93.68 |
| August 30, 2010 D.I. 25286 | 7/1/2010 – 7/31/2010 | $20,240.00 | $141.30 (Stroock) | $16,192.00 | $141.30 |
| September 28, 2010 D.I. 25488 | 8/1/2010 – 8/31/2010 | $23,595.50 | $157.91 (Stroock) | $18,876.40 | $157.91 |
| October 28, 2010 D.I. 25660 | 9/1/2010 – 9/30/2010 | $25,244.50 | $328.75 (Stroock) | $20,195.60 | $328.75 |
| November 29, 2010 D.I. 25812 | 10/1/2010 – 10/31/10 | $17,677.50 | $90.00 (Stroock) | $14,142.00 | $90.00 |
| December 28, 2010 D.I. 25963 | 11/1/2010 – 11/30/2010 | $45,417.00 | $307.06 (Stroock) | $36,333.60 | $307.06 |
| January 28, 2011 D.I. 26140 | 12/1/2011 – 12/31/2011 | $78,046.75 | $2,238.40 (Stroock) | $62,437.40 | $2,238.40 |
| February 28, 2011 D.I. 26435 | 1/1/2011 – 1/31/2011 | $37,267.00 | $193.84 (Stroock) | $29,813.60 | $193.84 |
| March 28, 2011 D.I. 26651 | 2/1/2011 – 2/28/2011 | $145,264.75 | $3,264.42 (Stroock) | $116,211.80 | $3,264.42 |

9

| | | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| April 28, 2011 D.I. 26834 | 3/1/2011 – 3/31/2011 | $95,649.00 | $1,447.38 (Stroock) | $76,519.20 | $1,447.38 |
| May 31, 2011 D.I. 27012 | 4/1/2011 – 4/30/2011 | $137,671.50 | $1,005.62 (Stroock) | $110,137.20 | $1,005.62 |
| June 28, 2011 D.I. 27166 | 5/1/2011 – 5/31/2011 | $67,451.50 | $1,350.50 (Stroock) | $53,961.20 | $1,350.50 |
| July 28, 2011 D.I. 27326 | 6/1/2011 – 6/30/2011 | $183,497.75 | $1,903.63 (Stroock) | $146,798.20 | $1,903.63 |
| August 30, 2011 D.I. 27526 | 7/1/2011 – 7/31/2011 | $63,076.00 | $1,373.39 (Stroock) | $50,460.80 | $1,373.39 |
| September 28, 2011 D.I. 27675 | 8/1/2011 – 8/31/2011 | $56,731.00 | $1,133.86 (Stroock) | $45,384.80 | $1,133.86 |
| October 28, 2011 D.I. 27847 | 9/1/2011 – 9/30/2011 | $68,727.00 | $1,025.63 (Stroock) | $54,981.60 | $1,025.63 |
| December 1, 2011 D.I. 28060 | 10/1/2011 – 10/31/2011 | $55,335.00 | $348.59 (Stroock) | $44,268.00 | $348.59 |
| December 28, 2011 D.I 28281 | 11/1/2011 – 11/30/2011 | $29,136.00 | $416.68 (Stroock) | $23,308.80 | $416.68 |
| February 3, 2012 D.I. 28463 | 12/1/2011 – 12/31/2011 | $8,012.50 | $52.22 (Stroock) | $6,410.00 | $52.22 |
| February 28, 2012 D.I. 28595 | 1/1/2012 – 1/31/2012 | $31,694.50 | $379.41 (Stroock) | $25,355.60 | $379.41 |
| March 28, 2012 D.I. 28732 | 2/1/2012 – 2/29/2012 | $62,628.00 | $220.71 (Stroock) | $50,102.40 | $220.71 |

**WR GRACE & CO**
**ATTACHMENT B**
**MARCH 1, 2012 - MARCH 31, 2012**

|  | Hours | Rate | Amount | No. of Years in Position |
|---|---|---|---|---|
| **Partners** |  |  |  |  |
| Kruger, Lewis | 0.7 | $1,025 | $    717.50 | 42 |
| Pasquale, Kenneth | 4.8 | 920 | 4,416.00 | 21 |
|  |  |  |  |  |
| **Associates** |  |  |  |  |
| Krieger, Arlene G. | 23.5 | 725 | 17,037.50 | 27 |
|  |  |  |  |  |
| **Paraprofessionals** |  |  |  |  |
| Magzamen, Michael | 0.7 | 335 | 234.50 | 9 |
| Mohamed, David | 22.7 | 210 | 4,767.00 | 22 |
|  |  |  |  |  |
| Total | 52.4 |  | $ 27,172.50 |  |

# EXHIBIT A

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**MARCH 1, 2012 - MARCH 31, 2012**

| Matter Code | Project Category | Hours | Amount |
|:---:|:---|:---:|---:|
| 0013 | Business Operations | 2.2 | $  1,595.00 |
| 0014 | Case Administration | 16.3 | 3,886.50 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 0.3 | 217.50 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 7.1 | 5,284.00 |
| 0018 | Fee Application, Applicant | 5.0 | 1,498.00 |
| 0019 | Creditor Inquiries | 4.3 | 3,656.00 |
| 0020 | Fee Application, Others | 3.9 | 922.00 |
| 0022 | Environmental Matters/Regulations/Litigation | 4.6 | 3,335.00 |
| 0036 | Plan and Disclosure Statement | 8.6 | 6,706.00 |
| 0037 | Hearings | 0.1 | 72.50 |
|  |  |  |  |
|  | **Total** | **52.4** | **$ 27,172.50** |

# STROOCK

## INVOICE

| DATE | April 25, 2012 |
|---|---|
| INVOICE NO. | 561301 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through March 31, 2012, including:

| RE | Business Operations |
|---|---|
| | 699843 0013 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/23/2012 | Attend to Grace article re: Joint Venture with Abu Dhabi company and memoranda with Capstone re: same. | Krieger, A. | 0.2 |
| 03/29/2012 | Memorandum with Capstone re: 4th quarter report on operations and review same. | Krieger, A. | 0.8 |
| 03/30/2012 | Complete review of Capstone report re: 4th quarterly update (.7); memoranda to Capstone re: same (.5). | Krieger, A. | 1.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 2.2 | $ 725 | $ 1,595.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,595.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,595.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Case Administration |
|---|---|
| | 699843  0014 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/01/2012 | Obtain and circulate recently docketed pleadings in main case (.3); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.4 |
| 03/02/2012 | Monitor appeals case docket nos. 11-199 and 12-1402. | Mohamed, D. | 0.2 |
| 03/05/2012 | Obtain and circulate recent pleadings re: case docket nos. 11-199 and 12-1521 (.4); obtain documents for attorney review (.6); monitor third circuit appeal case no. 12-1402 (.1). | Mohamed, D. | 1.1 |
| 03/06/2012 | Obtain and circulate recently docketed pleadings in main case (.3); obtain recent pleading re: appeals case no. 11-199 for attorney review (.2). | Mohamed, D. | 0.5 |
| 03/07/2012 | Obtain and circulate recently docketed pleadings in main case (.5); obtain recent pleading re: Third Circuit appeal case no. 12-1402 for attorney review (.2); monitor Garlock appeal case no. 11-199 (.1). | Mohamed, D. | 0.8 |
| 03/08/2012 | Monitor appeals case docket no. 11-199 (.1); obtain documents for attorney review (.4). | Mohamed, D. | 0.5 |
| 03/09/2012 | O/c DM re: modification of service lists. | Krieger, A. | 0.1 |
| 03/09/2012 | Obtain and circulate recently docketed pleading in main case (.2); obtain recent pleadings re: third circuit appeal case no. 12-1402 for attorney review (.6); monitor appeal's case no. 11-199 (.1). | Mohamed, D. | 0.9 |
| 03/12/2012 | Memoranda regarding submission of quarterly fee order to the court (.1); memoranda with DM re: recent Third Circuit docket entries (.1). | Krieger, A. | 0.2 |
| 03/12/2012 | Obtain and circulate recently docketed pleadings in main case (.3); obtain recent pleading re: appeals case no. 11-199 (.2); obtain recent pleading re: appeal to the third | Mohamed, D. | 0.9 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | circuit case no. 12-1402 (.2); research re: appearance (.2). | | |
| 03/13/2012 | Memoranda with DM re: appellate docket (.1); review 3/28/12 hearing agenda notice (.1); memoranda with DM re: Fee Auditor's project summary information (.1). | Krieger, A. | 0.3 |
| 03/13/2012 | Review fee auditor's project category summary for the 42nd interim period as it pertains to SSL's fees (.7); obtain and circulate recently docketed pleadings in main case (.7); obtain recent pleadings re: appeals case docket no. 11-199 for attorney review (.4). | Mohamed, D. | 1.8 |
| 03/14/2012 | Obtain and circulate recently docketed pleadings in main case (.3); obtain docket update re third circuit appeal case no. 12-1402 (.1); obtain recent pleading re appeals case no. 11-199 for attorney review (.2). | Mohamed, D. | 0.6 |
| 03/15/2012 | Obtain and circulate recently docketed pleading in main case (.2); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.3 |
| 03/16/2012 | Obtain recent pleading re: appeals case no. 11-199 for attorney review (.2); obtain and circulate docket updates re: third circuit appeal case no. 12-1402 (.1). | Mohamed, D. | 0.3 |
| 03/19/2012 | Obtain and circulate recently docketed pleadings in main case (.4); obtain recent pleading re: appeals case no. 11-199 for attorney review (.2); monitor third circuit appeal re: case no. 12-1402 (.1). | Mohamed, D. | 0.7 |
| 03/20/2012 | Obtain and circulate recently docketed pleadings in main case (.3); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.4 |
| 03/21/2012 | Obtain and circulate recently docketed pleadings in main case (.4); review case file documents (1.3); monitor appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 1.9 |
| 03/22/2012 | O/c DM re: 3/28/12 hearing and agenda matters. | Krieger, A. | 0.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/22/2012 | Obtain and circulate recently docketed pleadings in main case (.4); monitor appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.5 |
| 03/23/2012 | Obtain and circulate recently docketed pleadings in main case (.3); monitor appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.5 |
| 03/26/2012 | Attend to order re: 3/28/12 hearing. | Krieger, A. | 0.1 |
| 03/26/2012 | Obtain and circulate recently docketed pleadings in main case (.4); obtain recent pleading re appeals case no. 11-199 for attorney review (.2); monitor case docket no. 12-1402 (.1). | Mohamed, D. | 0.7 |
| 03/27/2012 | Obtain recent pleading re appeals case no. 11-199 for attorney review (.2); obtain documents for attorney review (.3). | Mohamed, D. | 0.5 |
| 03/28/2012 | Exchanged memoranda with DM re Third Circuit appellate docket. | Krieger, A. | 0.1 |
| 03/28/2012 | Obtain and circulate recently docketed pleadings in main case (.3); obtain recent pleading re: third circuit appeal case no. 12-1402 for attorney review (.2); obtain case file documents for attorney review (.5); monitor appeals case no. 11-199 (.1). | Mohamed, D. | 1.1 |
| 03/30/2012 | Obtain and circulate recently docketed pleadings in main case (.6); monitor appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.8 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.9 | $ 725 | $ 652.50 |
| Mohamed, David | 15.4 | 210 | 3,234.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | $ 3,886.50 |
|---|---|---|

| TOTAL FOR THIS MATTER | | $ 3,886.50 |
|---|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Claims Analysis/Objections/Administration (Non-Asbestos) 699843  0015 |
|----|----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/01/2012 | Memorandum to R. Higgins re: information requested on proposed tax settlement. | Krieger, A. | 0.2 |
| 03/15/2012 | Attend to order re: settlement of Samson claims. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.3 | $ 725 | $ 217.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 217.50 |
|----|----|

| TOTAL FOR THIS MATTER | $ 217.50 |
|----|----|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders' 699843  0017 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/01/2012 | Prepared draft memorandum for the Committee re: NYS Dept of Taxation settlement. | Krieger, A. | 0.9 |
| 03/12/2012 | Memorandum for the Committee re: plan confirmation. | Krieger, A. | 1.0 |
| 03/14/2012 | Emails re: Garlock stay motion. | Pasquale, K. | 0.3 |
| 03/15/2012 | Attend to memorandum to the Committee re: response to Garlock stay motion. | Krieger, A. | 0.1 |
| 03/15/2012 | Drafted email to Committee re: Garlock stay motion. | Pasquale, K. | 0.4 |
| 03/28/2012 | Memorandum for the Committee re: High Point Site agreement. | Krieger, A. | 3.1 |
| 03/29/2012 | Attend to memorandum re: High Point Consent Order and additional email for R. Higgins. | Krieger, A. | 1.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 6.4 | $ 725 | $ 4,640.00 |
| Pasquale, Kenneth | 0.7 | 920 | 644.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 5,284.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 5,284.00 |
|---|---|

# STROOCK

| RE | Fee Application, Applicant |
|---|---|
|  | 699843  0018 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/06/2012 | Review and revise February fee detail. | Magzamen, M. | 0.7 |
| 03/07/2012 | Review SSL's revised fee and expense detail for February 2012 (.5); prepare draft of SSL's 131st monthly fee application for attorney review (.8). | Mohamed, D. | 1.3 |
| 03/09/2012 | Attend to SSL's February fee statement and o/cs DM re: same. | Krieger, A. | 0.7 |
| 03/09/2012 | Revise draft of SSL's 131st monthly fee application for attorney review. | Mohamed, D. | 0.5 |
| 03/28/2012 | Finalize SSL's 131st monthly fee application for filing (.6); prepare notice and CoS re: same and forward to local counsel for filing (.5); prepare and effectuate service re: fee application (.7). | Mohamed, D. | 1.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.7 | $ 725 | $ 507.50 |
| Magzamen, Michael | 0.7 | 335 | 234.50 |
| Mohamed, David | 3.6 | 210 | 756.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,498.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,498.00 |
|---|---|

# STROOCK

| RE | Creditor Inquiries<br>699843  0019 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/01/2012 | T/c creditor re: claim inquiry (.2); exchanged memoranda with Debtors' counsel re: same and claimant inquiries (.2); attend to response to claim inquiry (.1). | Krieger, A. | 0.5 |
| 03/06/2012 | Response to creditor inquiry. | Krieger, A. | 0.1 |
| 03/06/2012 | Email and telephone call creditor re: trade debt. | Pasquale, K. | 0.3 |
| 03/08/2012 | O/c KP re: creditor inquiry and emergence issues. | Krieger, A. | 0.1 |
| 03/08/2012 | T/c creditor re: effective date and debt issue. | Kruger, L. | 0.3 |
| 03/08/2012 | Telephone conference creditors (2) re: confirmation status and effectiveness. | Pasquale, K. | 1.1 |
| 03/09/2012 | Telephone conference creditor re: confirmation status. | Pasquale, K. | 0.3 |
| 03/16/2012 | Telephone conference creditor re: confirmation status. | Pasquale, K. | 0.3 |
| 03/27/2012 | Memorandum to R. Higgins re: response to creditor inquiry. | Krieger, A. | 0.1 |
| 03/28/2012 | Telephone conference creditor re: appeal status. | Pasquale, K. | 0.3 |
| 03/30/2012 | Prepare response to creditor inquiry. | Krieger, A. | 0.9 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.7 | $ 725 | $ 1,232.50 |
| Kruger, Lewis | 0.3 | 1,025 | 307.50 |
| Pasquale, Kenneth | 2.3 | 920 | 2,116.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,656.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 3,656.00 |
|---|---|

# STROOCK

| RE | Fee Application, Others |
|----|-------------------------|
|    | 699843  0020            |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/06/2012 | Review and finalize Capstone's 96th monthly fee application for filing (.7); prepare notice and CoS re: same and forward to local counsel for filing (.5); prepare and effectuate service re: fee application (.6). | Mohamed, D. | 1.8 |
| 03/26/2012 | Attend to other professionals' fee applications. | Krieger, A. | 0.2 |
| 03/30/2012 | Finalize Capstone's 97th monthly fee application for filing (.6); prepare notice and CoS re: same and forward to local counsel for filing (.6); prepare and effectuate service re: fee application (.7). | Mohamed, D. | 1.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.2 | $ 725 | $ 145.00 |
| Mohamed, David | 3.7 | 210 | 777.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 922.00 |
|-------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 922.00 |
|------------------------|----------|

# STROOCK

| RE | Environmental Matters/Regulations/Litigation 699843 0022 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/27/2012 | Attend to Debtors' motion approving entry into Administrative Settlement Agreement and Consent Order re: High Point Site. | Krieger, A. | 1.3 |
| 03/28/2012 | Attend to proposed Administrative Consent Agreement and Order re: High Point Site and memorandum to R. Higgins re: High Point agreement information request (3.2); memoranda with R. Higgins re: 4/3/12 conference call to discuss (.1). | Krieger, A. | 3.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 4.6 | $ 725 | $ 3,335.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,335.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 3,335.00 |
|---|---|

# STROOCK

| RE | Expenses |
|----|----------|
|    | 699843  0024 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|---|---|

**MATTER DISBURSEMENT SUMMARY**

| Outside Messenger Service | $ 105.05 |
|---|---|
| Long Distance Telephone | 34.97 |

| TOTAL DISBURSEMENTS/CHARGES | $ 140.02 |
|---|---|

| TOTAL FOR THIS MATTER | $ 140.02 |
|---|---|

# STROOCK

| RE | Plan and Disclosure Statement |
|----|-------------------------------|
|    | 699843  0036                  |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/06/2012 | Review reply in support of Garlock's motion for reargument. | Krieger, A. | 0.9 |
| 03/06/2012 | Review Garlock reply to support reargument motion. | Kruger, L. | 0.2 |
| 03/09/2012 | Attend to newly filed documents with Third Circuit. | Krieger, A. | 0.7 |
| 03/12/2012 | Attend to Third Circuit's docket letter to counsel re: appearance form and appellate rules. | Krieger, A. | 0.4 |
| 03/13/2012 | Exchanged memoranda with KP re: appearance (.1); memoranda with M. Lastowski re: appeal (.1); attend to Plan Proponents' Sur-Reply (.3); attend to Plan Proponents' letter to the Third Circuit, Canada's statement of issues and designation on appeal (.3). | Krieger, A. | 0.8 |
| 03/13/2012 | Review Plan Proponents' sur reply. | Kruger, L. | 0.2 |
| 03/13/2012 | Review recent pleadings re: district court reconsideration and appeals. | Pasquale, K. | 0.8 |
| 03/14/2012 | Review Garlock motion for stay pending appeal, related material and confer with KP re: appeal. | Krieger, A. | 0.9 |
| 03/16/2012 | Attend to recent Third Circuit appellate docket. | Krieger, A. | 0.1 |
| 03/19/2012 | Attend to Appellees' response in opposition to Garlock's stay motion. | Krieger, A. | 0.3 |
| 03/20/2012 | Review recent pleadings. | Pasquale, K. | 0.6 |
| 03/23/2012 | Attend to Appellees' response in opposition to Garlock's stay motion, Garlock's motion to strike Plan Proponents' sur reply, related material. | Krieger, A. | 1.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/26/2012 | Attend to Debtors' letter to Third Circuit and District Court order denying Garlock's motion to strike, other. | Krieger, A. | 0.2 |
| 03/27/2012 | Attend to Garlock's reply. | Krieger, A. | 0.1 |
| 03/28/2012 | Review Garlock's stay reply. | Pasquale, K. | 0.4 |
| 03/29/2012 | Attend to Garlock's reply in support of its motion to stay. | Krieger, A. | 0.4 |
| 03/30/2012 | O/c LK re: appellate status and emergence. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 6.4 | $ 725 | $ 4,640.00 |
| Kruger, Lewis | 0.4 | 1,025 | 410.00 |
| Pasquale, Kenneth | 1.8 | 920 | 1,656.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 6,706.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 6,706.00 |
|---|---|

# STROOCK

| RE | Hearings 699843 0037 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/23/2012 | Attend to agenda notice for 3/28/12 hearing and memoranda with DM re: same. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.1 | $ 725 | $ 72.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 72.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 72.50 |
|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 27,172.50 |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 140.02 |
| TOTAL BILL | $ 27,312.52 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

# EXHIBIT B

**WR GRACE & CO**
**SUMMARY OF FEES**
**MARCH 1, 2012 - MARCH 31, 2012**

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** |  |  |  |
| Kruger, Lewis | 0.7 | $1,025 | $      717.50 |
| Pasquale, Kenneth | 4.8 | 920 | 4,416.00 |
|  |  |  |  |
| **Associates** |  |  |  |
| Krieger, Arlene G. | 23.5 | 725 | 17,037.50 |
|  |  |  |  |
| **Paraprofessionals** |  |  |  |
| Magzamen, Michael | 0.7 | 335 | 234.50 |
| Mohamed, David | 22.7 | 210 | 4,767.00 |
|  |  |  |  |
| **Total** | **52.4** |  | **$ 27,172.50** |

# EXHIBIT C

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**MARCH 1, 2012 - MARCH 31, 2012**

| | | |
|---|---|---|
| Outside Messenger Service | $ | 105.05 |
| Long Distance Telephone | | 34.97 |
| | | |
| **TOTAL** | **$** | **140.02** |

# STROOCK

## Disbursement Register

| DATE | April 25, 2012 |
|---|---|
| INVOICE NO. | 561301 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

**FOR EXPENSES INCURRED in** the captioned matter for the period through March 31, 2012, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 03/03/2012 | VENDOR: UPS; INVOICE#: 000010X827092; DATE: 3/3/2012 D. Mohamed to David B. Siegal Columbia MD on 02/28/2012 | 7.88 |
| 03/03/2012 | VENDOR: UPS; INVOICE#: 000010X827092; DATE: 3/3/2012 D. Mohamed to Bobbi Ruhlander, Esq. Dallas TX 02/28/2012 | 11.17 |
| 03/03/2012 | VENDOR: UPS; INVOICE#: 000010X827092; DATE: 3/3/2012 D. Mohamed to Dave Klauder Wilmington DE 02/28/2012 | 7.88 |
| 03/03/2012 | VENDOR: UPS; INVOICE#: 000010X827092; DATE: 3/3/2012 D. Mohamed to Dawn S. Marra Wilmington DE 02/28/2012 | 7.88 |
| 03/10/2012 | VENDOR: UPS; INVOICE#: 000010X827102; DATE: 3/10/2012 D. Mohamed to Bobbi Ruhlander, Esq. Dallas TX on 03/06/2012 | 11.27 |
| 03/10/2012 | VENDOR: UPS; INVOICE#: 000010X827102; DATE: 3/10/2012 D. Mohamed to Dave Klauder, Esq. Wilmington DE on 03/06/2012 | 7.95 |
| 03/10/2012 | VENDOR: UPS; INVOICE#: 000010X827102; DATE: 3/10/2012 D. Mohamed to David B. Siegal Columbia MD on 03/06/2012 | 7.95 |
| 03/10/2012 | VENDOR: UPS; INVOICE#: 000010X827102; DATE: 3/10/2012 D. Mohamed to Dawn S. Marra Wilmington DE on 03/06/2012 | 7.95 |
| 03/31/2012 | VENDOR: UPS; INVOICE#: 000010X827132; DATE: 3/31/2012 D. Mohamed to Dave Klauder, Esq. Wilmington DE on 03/28 | 7.95 |
| 03/31/2012 | VENDOR: UPS; INVOICE#: 000010X827132; DATE: 3/31/2012 D. Mohamed to Bobbi Ruhlander, Esq. DALLAS TX on 03/28 | 11.27 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/31/2012 | VENDOR: UPS; INVOICE#: 000010X827132; DATE: 3/31/2012  D. Mohamed to D. B. Siegal  COLUMBIA  MD on 03/28 | 7.95 |
| 03/31/2012 | VENDOR: UPS; INVOICE#: 000010X827132; DATE: 3/31/2012  D. Mohamed to Dawn S. Marra  WILMINGTON DE  on 03/28 | 7.95 |
| | **Outside Messenger Service Total** | **105.05** |

**Long Distance Telephone**

| | | |
|------|-------------|--------|
| 02/12/2012 | VENDOR: Soundpath Legal Conferencing; INVOICE#: 2128065400-021212; DATE: 2/12/2012  -  Teleconference    02-06-2012 | 4.92 |
| 03/08/2012 | EXTN.795562, TEL.2038626208, S.T.14:01, DUR.00:00:25 | 0.05 |
| 03/15/2012 | VENDOR: Chase Card Services; INVOICE#: 030212; DATE: 3/2/2012  -  visa charge 3/1/12 Court Call ID# 4779173 | 30.00 |
| | **Long Distance Telephone Total** | **34.97** |

BILL DISBURSEMENT SUMMARY

| | |
|--|--|
| Outside Messenger Service | $ 105.05 |
| Long Distance Telephone | 34.97 |

TOTAL DISBURSEMENTS/CHARGES    $ 140.02

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.