# EXHIBIT C

**WR GRACE & CO**

**SUMMARY OF FEES**

**JANUARY 1, 2012 - MARCH 31, 2012**

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** |  |  |  |
| Kruger, Lewis | 8.7 | $1,025 | $    8,917.50 |
| Pasquale, Kenneth | 21.0 | 920 | 19,320.00 |
|  |  |  |  |
| **Associates** |  |  |  |
| Krieger, Arlene G. | 111.3 | 725 | 80,692.50 |
|  |  |  |  |
| **Paraprofessionals** |  |  |  |
| Magzamen, Michael | 1.4 | 335 | 469.00 |
| Mohamed, David | 57.6 | 210 | 12,096.00 |
|  |  |  |  |
| **Total** | **200.0** |  | **$ 121,495.00** |