# EXHIBIT D

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**JANUARY 1, 2012 - MARCH 31, 2012**

| | | |
|---|---|---:|
| Outside Messenger Service | $ | 468.97 |
| Long Distance Telephone | | 91.49 |
| O/S Information Services | | 177.68 |
| Duplicating Costs-in House | | 2.00 |
| | | |
| **Total** | **$** | **740.14** |