**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

**ORDER THAT OMNIBUS HEARINGS SCHEDULED FOR AUGUST 27, 2012,
BEFORE JUDGE JUDITH K. FITZGERALD SHALL BE
<u>TELEPHONIC ONLY</u>**

| | |
|---|---|
| CHAMA, INC. <br>    Debtor | Bankruptcy No. 98-02252-JKF <br> Chapter 7 |
| Just For Feet, Inc., *et al.* <br>    Debtor | Bankruptcy No. 99-04110-JKF <br> Chapter 7 |
| W. R. Grace & Co., *et al.* <br>    Debtor | Bankruptcy No. 01-1139-JKF <br> Chapter 7 |
| L & W Supply Corporation <br>    Debtor | Bankruptcy No. 01-2098-JKF <br> Chapter 11 |
| Federal-Mogul Global, Inc.,*et al.* <br>    Debtor | Bankruptcy No. 01-10578-JKF <br> Chapter 11 |
| Kaiser Aluminum Corporation, *et al.* <br>    Debtor | Bankruptcy No. 02-10429 <br> Chapter 11 |
| The Flintkote Company, *et al.* <br>    Debtor | Bankruptcy No. 04-11300 <br> Chapter 11 |
| Combustion Engineering, Inc. <br>    Debtor | Bankruptcy No. 04-10395 <br> Chapter 11 |
| Broadhollow Funding, LLC, *et al.* <br> v. <br> Bank of America, N.A. *et al*. | Bankruptcy No. 07-11047-CSS <br> Chapter 11 <br> Adv. No. 07-51738 |
| National Rural Utilities Cooperative Finance Corp. <br> v. <br> Prosser, *et al.* | Adv. No. 09-52854 |
| Prosser, *et al.* <br> v. <br> National Rural Utilities Cooperative Financial Corp. *et al.* | Adv. No. 10-50744 |
| Specialty Products Holdings Corp., *et al.* <br>    Debtor | Bankruptcy No. 10-11780 <br> Chapter 11 |

**AND NOW**, this **18th** day of **May, 2012**, it is **ORDERED** that the Omnibus Hearings scheduled for **August 27, 2012**, in matters assigned to Judge Judith K. Fitzgerald shall be **TELEPHONIC ONLY.**

*Judith K. Fitzgerald*
Judge Judith K. Fitzgerald<sub>rmab</sub>
United States Bankruptcy Judge