IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

W.R. Grace & Co., *et al.*             Bankruptcy No. 01-1139-JKF
    Debtor(s)

                                        Chapter 11

**ORDER CANCELLING OMNIBUS HEARING SCHEDULED
FOR 8:30 a.m. on MAY 23, 2012**

**AND NOW,** this **21st** day of **May, 2012,** it is **ORDERED** that the hearing scheduled for May 23, 2012, in the above-captioned case is **CANCELLED.** The hearing will be rescheduled for a date, time and place to be announced.

It is **FURTHER ORDERED** that counsel for Debtors shall immediately serve a copy of this Order on all parties in interest who do not receive electronic notice who may be affected by this cancellation.

*Judith K. Fitzgerald*     **rmab**
Judith K. Fitzgerald
United States Bankruptcy Judge