IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: June 12, 2012 at 4:00 p.m.<br>Hearing Date: Sept. 24, 2012 at 9:00 a.m. |

## FORTIETH QUARTERLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD FROM JANUARY 1, 2012 THROUGH MARCH 31, 2012

| | |
|---|---|
| Name of Applicant: | *Kramer Levin Naftalis & Frankel LLP* |
| Authorized to Provide Professional Services to: | *Official Committee of Equity Security Holders* |
| Date of Retention: | *As of July 18, 2001* |
| Period for which compensation and reimbursement is sought: | *January 1, 2012 through and including March 31, 2012* |
| Amount of Compensation sought as actual, reasonable and necessary: | *$ 35,118.50* |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | *$ 152.90* |

This is a(n):    _ monthly        X    interim application

KL2 2750006.1

# SUMMARY OF MONTHLY FEE STATEMENTS FOR KRAMER LEVIN NAFTALIS & FRANKEL – JANUARY 1, 2012 THROUGH MARCH 31, 2012

| Fee Application Filing Date Docket No. Period Covered | Total Fees Requested | Total Expenses Requested | Total Amount of Fees and Expenses Requested | Amount of Fees Paid | Amount of Expenses Paid | Certification of No Objection Filing Date Docket No. |
|---|---|---|---|---|---|---|
| 02/29/2012 D.I. 28600 January 2012 | $6,836.00 | $0.00 | $6,836.00 | $5,468.80 | $0.00 | 03/22/2012 D.I. 28702 |
| 03/30/2012 D.I. 28747 February 2012 | $22,397.00 | $94.13 | $22,491.13 | $17,917.60 | $94.13 | 04/23/2012 D.I. 28808 |
| 04/30/2012 D.I. 28846 March 2012 | $5,885.50 | $58.77 | $5,944.27 | $0.00 | $0.00 | Not yet filed |
| Total | $35,118.50 | $152.90 | $35,271.40 | $23,386.40 | $94.13 | |

| | | |
|---|---|---|
| Current Period Unpaid: | Fees | $11,732.10 |
| | Expenses | $    58.77 |
| | **Total** | **$11,790.87** |
| Prior Periods Unpaid: | Fees | $ 2,797.80 |
| | Expenses | $ |
| | **Total** | **$ 2,797.80** |
| | **TOTAL DUE:** | **$14,588.67** |

2

# SUMMARY OF OUTSTANDING FEES OWED TO
## KRAMER LEVIN NAFTALIS & FRANKEL THROUGH MARCH 31, 2012

| Time Period | Fees and Expenses Requested | Fees and Expenses Approved | Fees and Expenses Paid | Fees and Expenses Owed |
|---|---|---|---|---|
| April 1, 2002 - June 30, 2002 | $ 73,418.50<br>$ 5,356.96 | $ 73,418.50<br>$ 5,356.96 | $ 73,418.50<br>$ 5,356.96 | $-0- |
| July 1, 2002 – September 30, 2002 | $ 87,266.50<br>$ 10,070.69 | $ 86,576.50<br>$ 9,737.19 | $ 86,576.50<br>$ 9,737.19 | $-0- |
| October 1, 2002 – December 31, 2002 | $ 70,445.00<br>$ 3,575.61 | $ 70,445.00<br>$ 3,575.61 | $ 70,445.00<br>$ 3,575.61 | $-0- |
| January 1, 2003 – March 31, 2003 | $ 51,487.00<br>$ 1,619.93 | $ 51,487.00<br>$ 1,619.93 | $ 51,487.00<br>$ 1,619.93 | $-0- |
| April 1, 2003 - June 30, 2003 | $ 27,447.00<br>$ 1,839.08 | $ 27,447.00<br>$ 1,839.08 | $ 27,447.00<br>$ 1,839.08 | $-0- |
| July 1, 2003 – September 31, 2003 | $ 34,092.00<br>$ 497.86 | $ 34,092.00<br>$ 497.86 | $ 34,092.00<br>$ 497.86 | $-0- |
| October 1, 2003 – December 31, 2003 | $ 45,266.00<br>$ 2,046.18 | $ 45,266.00<br>$ 2,046.18 | $ 45,266.00<br>$ 2,046.18 | $-0- |
| January 1, 2004 – March 31, 2004 | $ 31,674.50<br>$ 1,451.43 | $ 31,674.50<br>$ 1,451.43 | $ 31,674.50<br>$ 1,451.43 | $-0- |
| April 1, 2004 – June 30, 2004 | $ 48,415.50<br>$ 1,840.66 | $ 48,415.50<br>$ 1,840.66 | $ 48,415.50<br>$ 1,840.66 | $-0- |
| July 1, 2004 – September 30, 2004 | $ 47,550.00<br>$ 995.20 | $ 47,550.00<br>$ 995.20 | $ 47,550.00<br>$ 995.20 | $-0- |
| October 1, 2004 – December 31, 2004 | $406,517.00<br>$ 14,406.04 | $ 400,556.50<br>$ 14,265.04 | $ 400,556.50<br>$ 14,265.04 | $-0- |
| January 1, 2005 March 31, 2005 | $183,897.00<br>$12,593.68 | $ 183,897.00<br>$ 12,593.68 | $ 183,897.00<br>$ 12,593.68 | $-0- |
| April 1, 2005 June 30, 2005 | $74,471.50<br>$3,641.49 | $ 74,471.50<br>$ 3,641.49 | $ 74,471.50<br>$ 3,641.49 | $-0- |
| July 1, 2005 September 30, 2005 | $79,556.00<br>$5,348.72 | $ 79,556.00<br>$ 5,348.72 | $ 79,556.00<br>$ 5,348.72 | $-0- |
| October 1, 2005 December 31, 2005 | $75,544.50<br>$2,953.30 | $ 75,544.50<br>$ 2,953.30 | $ 75,544.50<br>$ 2,953.30 | $-0- |
| January 1, 2006 March 31, 2006 | $74,750.00<br>$5,452.00 | $ 74,750.00<br>$ 5,452.00 | $ 74,750.00<br>$ 5,452.00 | $-0- |
| April 1, 2006 June 30, 2006 | $74,596.00<br>$2,815.18 | $ 74,596.00<br>$ 2,815.18 | $ 74,596.00<br>$ 2,815.18 | $-0- |
| July 1, 2006 September 30, 2006 | $147,269.00<br>$4,500.72 | $ 147,269.00<br>$ 4,500.72 | $ 147,269.00<br>$ 4,500.72 | $-0- |
| October 1, 2006 December 31, 2006 | $238,312.00<br>$14,195.38 | $ 238,312.00<br>$ 14,195.38 | $ 238,312.00<br>$ 14,195.38 | $-0- |
| January 1, 2007 March 31, 2007 | $163,379.00<br>$15,286.40 | $ 163,379.00<br>$ 15,286.40 | $ 163,379.00<br>$ 15,286.40 | $-0- |

| Time Period | Fees and Expenses Requested | Fees and Expenses Approved | Fees and Expenses Paid | Fees and Expenses Owed |
|---|---|---|---|---|
| April 1, 2007<br>June 30, 2007 | $187,246.00<br>$19,482.62 | $ 186,592.23<br>$   19,482.62 | $ 186,592.23<br>$   19,482.62 | $-0- |
| July 1, 2007<br>September 30, 2007 | $208,619.50<br>$9,223.40 | $ 205,265.50<br>$     9,223.40 | $ 205,265.50<br>$     9,223.40 | $-0- |
| October 1, 2007<br>December 31, 2007 | $398,236.50<br>$76,834.62 | $ 394,987.81<br>$   76,834.62 | $ 394,987.81<br>$   76,834.62 | $-0- |
| January 1, 2008<br>March 31, 2008 | $247,502.75<br>$9,033.91 | $ 247,502.75<br>$     9,033.91 | $ 247,108.84<br>$     9,033.91 | $-0- |
| April 1, 2008<br>June 30, 2008 | $240,744.75<br>$11,571.63 | $ 240,744.75<br>$ 11,571.63 | $ 240,744.75<br>$   11,571.63 | $-0-<br>$-0- |
| July 1, 2008<br>September 30, 2008 | $271,548.00<br>$6,211.59 | $ 271,548.00<br>$ 6,211.59 | $ 271,548.00<br>$ 6,211.59 | $-0-<br>$-0- |
| October 1, 2008<br>December 31, 2008 | $207,976.00<br>$9,026.63 | $206,706.00<br>$8,976.63 | $206,706.00<br>$8,976.63 | $-0-<br>$-0- |
| January 1, 2009<br>March 31, 2009 | $197,550.00<br>$5,059.19 | $197,494.00<br>$5,059.19 | $197,494.00<br>$5,059.19 | $-0-<br>$-0- |
| April 1, 2009<br>June 30, 2009 | $215,996.50<br>$5,645.60 | $215,996.50<br>$5,645.60 | $215,996.50<br>$5,645.60 | $-0-<br>$-0- |
| July 1, 2009<br>September 30, 2009 | $170,241.50<br>$20,322.43 | $169,905.50<br>$20,322.43 | $170,227.30<br>$20,322.43 | ($321.80)<br>$-0- |
| October 1, 2009<br>December 31, 2009 | $68,306.75<br>$3,366.52 | $68,306.75<br>$3,366.52 | $68,306.75<br>$3,366.52 | $-0-<br>$-0- |
| January 1, 2010<br>March 31, 2010 | $47,226.50<br>$2,139.19 | $47,226.50<br>$2,139.19 | $47,226.50<br>$1,817.39 | $-0-<br>$321.80 |
| April 1, 2010<br>June 30, 2010 | $14,079.00<br>$650.36 | $14,079.00<br>$650.36 | $14,079.00<br>$650.36 | $-0-<br>$-0- |
| July 1, 2010<br>September 30, 2010 | $5,229.00<br>$131.96 | $5,229.00<br>$131.96 | $5,229.00<br>$131.96 | $-0-<br>$-0- |
| October 1, 2010<br>December 31, 2010 | $16,846.00<br>$247.86 | $16,846.00<br>$247.86 | $16,846.00<br>$247.86 | $-0-<br>$-0- |
| January 1, 2011<br>March 31, 2011 | $54,094.50<br>$2,044.81 | $54,094.50<br>$2,044.81 | $54,094.50<br>$2,044.81 | $-0-<br>$-0- |
| April 1, 2011<br>June 30, 2011 | $91,902.50<br>$2,143.07 | $91,886.26<br>$2,143.07 | $91,886.26<br>$2,143.07 | $-0-<br>$-0- |
| July 1, 2011<br>September 30, 2011 | $49,894.00<br>$2,308.18 | $49,894.00<br>$2,308.18 | $49,894.00<br>$2,308.18 | $-0-<br>$-0- |
| October 1, 2011<br>December 31, 2011 | $13,989.00<br>$93.02 | $-0-<br>$-0- | $11,191.20<br>$93.02 | $2,797.80<br>$-0- |

| Time Period | Fees and Expenses Requested | Fees and Expenses Approved | Fees and Expenses Paid | Fees and Expenses Owed |
|---|---|---|---|---|
| January 1, 2012 March 31, 2012 | $35,118.50 $152.90 | $-0- $-0- | $23,386.40 $94.13 | $11,732.10 $58.77 |
| TOTAL | $4,777,701.15 $ 295,068.10 | $4,713,008.55 $ 295,405.58 | $4,761,814.81 $ 294,637.62 | $14,208.10 $ 380.57 |

## SUMMARY OF TIME FOR BILLING PERIOD

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Bentley, Philip | $865.00 | 13.0 | $11,245.00 |
| Blabey, David E. | $700.00 | 31.2 | $21,840.00 |
| Halverson, Darren | $415.00 | 4.9 | $2,033.50 |
| **Total** | | **49.1** | **$35,118.50** |

## COMPENSATION SUMMARY BY PROJECT CATEGORY FOR BILLING PERIOD

| Project Category | Total Hours for the Period | Total Fees for the Period |
|---|---|---|
| Case Administration | 1.8 | $1,048.50 |
| Creditor Committee | 3.9 | $2,878.50 |
| Bankruptcy Motions | 0.2 | $140.00 |
| Reorganization Plan | 38.0 | $27,924.50 |
| Fee Applications, Applicant | 4.7 | $2,777.00 |
| Hearings | 0.5 | $350.00 |
| **Total** | **49.1** | **$35,118.50** |

## EXPENSE SUMMARY (Schedule of Disbursements)

| Expense Category | Total Expenses For the Period |
|---|---:|
| Research Services | $28.00 |
| Westlaw On-Line Research | $78.63 |
| Meals/In-House | $46.27 |
| **Total** | **$152.90** |

**WHEREFORE,** The foregoing summaries are submitted to the Court pursuant to the Amended Administrative Order under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members dated April 17, 2002 (the "Amended Administrative Order"). Pursuant to the Amended Administrative Order, Kramer Levin respectfully requests that, for the period **January 1, 2012 through March 31, 2012,** it be allowed the total amount of fees of **$35,118.50** and disbursements of **$152.90**, and that the Debtor be directed to pay all outstanding unpaid amounts.

Dated: May 23, 2012					KRAMER LEVIN NAFTALIS & FRANKEL LLP

						By:  /s/ David E. Blabey, Jr.
						     Philip Bentley
						     David E. Blabey, Jr.
						     1177 Avenue of the Americas
						     New York, New York 10022
						     (212) 715-9100

						     Counsel to the Official Committee of
						     Equity Security Holders