## EXHIBIT A

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Ahmanson Center<br><br>Bank One Purchasing Card<br>J.P. Morgan & Chase Co.<br>J.P. Morgan Investment Management Inc. (New York)<br>JP Morgan Chase<br>JP Morgan Chase - Morgan Guaranty Trust Co. | J.P. Morgan Securities Asia Pacific Limited | Current |
| Allstate Insurance Company | Answer Financial Inc.<br>Esurance Inc. | Current<br>Current |
| Amoco Chemicals Co.<br>Amoco Corporation<br>Amoco Oil Co.<br>Amoco Shipping Company<br>Arco Petroleum Products Co.<br>Atlantic Richfield<br>BP<br>BP - Carson, CA<br>BP Amoco Chemical - Chicago, IL<br>BP Amoco PLC<br>BP Chemicals<br>BP Energy Ltd.<br>BP International Ltd.<br>BP of America<br>BP Oil Corporation<br>Remet (Ny) Mrl Inds | BP Exploration & Production Inc.<br>BP Product North America Inc.<br>BP Products North American Inc. | Current<br>Current<br>Current |
| AON Risk Services<br>ASA (Actuarial Sciences Associates Inc) | Keith R. Moore | Current |
| AQR Capital Management LLC | AQR Capital Management, LLC | Current |
| BASF Corp. | BASF Corporation | Current |
| Blue Circle North America<br>Lafarge Corporation | Lafarge (UK) Services Limited | Current |

| Redland Aggregate North America Inc. | | |
|---|---|---|
| Cargill<br>GEICO | BNSF Railway | Current |
| Concrete Supply Company | Concrete Supply Company | Current |
| Credit Suisse First Boston<br>Credit Suisse Securities (USA) LLC<br>CS First Boston<br>Unigard Insurance Co.<br>Winterthur Swiss Ins. Co. | Credit Suisse Securities Europe Ltd. | Current |
| Dune Capital Management LP | Dune Real Estate Partners LP | Current |
| First National Bank<br>Kelts LLC<br>Royal Bank of Scotland | RBS Securities<br>Royal Bank of Scotland Group | Current<br>Current |
| First Union<br>First Union Bank<br>First Union National<br>Wachovia<br>Wachovia Bank & Trust Company, N.A.<br>Wachovia Bank N.A. | Wells Fargo Bank, N.A. | Current |
| Goldman Sachs Credit Partners LP<br>Goldman Sachs Lending | Goldman Sachs<br>Hawker Beechcraft Corporation | Current<br>Current |
| GTE<br>GTE Operations Support Inc. | GTE Corporation | Current |
| Kilpatrick Stockton | Kilpatrick Townsend & Stockton LLP | Current |
| The Blackstone Group | The Blackstone Group International Partners LLP | Current |
| The Burlington Northern and Santa Fe Railway Company | BNSF Railway | Current |
| Toyota Motor<br>Toyota Motor Credit | Toyota Motor Corporation<br>Toyota Motor Engineering & Manufacturing North America<br>Toyota Motor Engineering & Manufacturing North America, Inc<br>Toyota Motor Manufacturing Alabama<br>Toyota Motor Manufacturing Indiana | Current<br>Current<br><br>Current<br><br>Current<br><br>Current |

| | | |
|---|---|---|
| | Toyota Motor Manufacturing Kentucky | Current |
| | Toyota Motor Manufacturing Mississippi | Current |
| | Toyota Motor Manufacturing Texas | Current |
| | Toyota Motor Manufacturing West Virginia | Current |
| | Toyota Motor North America | Current |
| | Toyota Motor North America, Inc. | Current |
| | Toyota Motor Sales, USA | Current |
| | Toyota Motor Sales, USA, Inc. | Current |
| UBS O'Connor LLC | UBS Securities, LLC | Current |