IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., ) | (Jointly Administered) |
| ) | |
| Debtors. ) | |

### VERIFICATION OF JOHN C. PHILLIPS, JR.

State of Delaware   :
                    : ss
New Castle County   :

John C. Phillips, Jr., after being duly sworn according to law, deposes and says:

    1.    I am senior director of the applicant law firm Phillips, Goldman & Spence, P.A. ("PG&S") and am a member in good standing of the Delaware Bar Association and am authorized to appear before this Court.

    2.    I am familiar with the work performed on behalf of David T. Austern as PI Future Claimants' Representative by the lawyers, legal assistants, and other professionals of PG&S as set forth in the attached invoices.

    3.    I have reviewed *Ninety-Fifth Monthly Interim Application of Phillips, Goldman & Spence, P.A. as Local Counsel to David T. Austern, PI Future Claimants' Representative for Compensation and Reimbursement of Expenses for the Period of April 1, 2012 through April 30, 2012* and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order, and I believe the Application to be in compliance therewith.

        */s/ John C. Phillips, Jr.*
        JOHN C. PHILLIPS, JR., ESQUIRE (#110)
        Co-counsel to David T. Austern,

SWORN AND SUBSCRIBED TO BEFORE ME THIS 24th DAY OF MAY 2012

*Mary Frances Fitzpatrick*
Notary Public
My commission expires: MARY FRANCES FITZPATRICK
                          NOTARY PUBLIC
                          STATE OF DELAWARE
                     My commission expires Nov. 15, 2012