# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

## FOR THE TIME PERIOD
## APRIL 1, 2012 THROUGH
## APRIL 30, 2012

```
              Phillips, Goldman & Spence, P.A.
                     1200 N. Broom Street
                     Wilmington, DE  19806
                        (302) 655-4200
                      EI #: 51-0328786
```

May 17, 2012

Orrick, Herrington & Sutcliffe, LLP  
Washington Harbour  
3050 K Street, N.W.  
Washington DC  20007--5135

```
                                        File     WRG-AUS/JCP
                                        Invoice number   102660
```

Re:  W. R. Grace & Co.  
     David T. Austern  
Case No.: 01-01139 (RLB)

```
        Subtotal for FEES only: 04/30/12    $2,635.00
        Subtotal for COSTS only: 04/30/12       $87.02
                                            -----------
   CURRENT PERIOD FEES AND COSTS: 04/30/12  $2,722.02
                                            -----------
```

***************************************************************

Please send remittance copy with payment.  Thank you.

***************************************************************

May 17, 2012

Orrick, Herrington & Sutcliffe, LLP

File WRG-AUS/JCP
Invoice number 102660

Re: W. R. Grace & Co.
    David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| FEE/EMPLOYMENT APPLICATIONS | 6.1 | 1,421.50 |
| PLAN AND DISCLOSURE STATEMENT | 0.6 | 291.00 |
| LITIGATION | 1.9 | 889.50 |
| CASE ADMINISTRATION | 0.2 | 33.00 |
| Subtotal for FEES only: 04/30/12 | 8.8 | $2,635.00 |

| RATE | SUMM | HOURS | | | | |
|---|---|---|---|---|---|---|
| 485.00 | JCP | 3.70 | 3.70 | 1,794.50 | 0.00 | 0.00 |
| 165.00 | CAH | 4.90 | 4.90 | 808.50 | 0.00 | 0.00 |
| 160.00 | DNG | 0.10 | 0.20 | 32.00 | 0.10 | 16.00 |
| Totals | | 8.70 | 8.80 | 2,635.00 | 0.10 | 16.00 |

```
Sorts:  Grouping code           (Paginate)
        Client code
        Actual employee code    (Subtotal)
        Transaction date

Ranges:
    Include "Client code" from WRG to WRG
    Exclude "Billable $" from 0.00 to 0.00
    Include "Invoice Number" from 102660 to 102660
```

|         |                           | Act | Trans   |                         | Billable | Billable | Gr |
| Cl code | Grouping code description | Emp | Date    | Transaction description | Hours    | Dollars  | Cd |
|---------|---------------------------|-----|---------|-------------------------|----------|----------|----|
| WRG     | CASE ADMINISTRATION       | CAH | 04/17/12 | Update docket to system. | 0.20    | 33.00    | Ca |
|         |                           |     |         |                         | -----    | ------   |    |
|         |                           |     |         |                         | 0.20     | 33.00    |    |
|         |                           |     |         |                         | -----    | ------   |    |
|         |                           |     |         |                         | 0.20     | 33.00    |    |
|         |                           |     |         |                         | -----    | ------   |    |

Total records this group:  1

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | CAH | 04/11/12 | Obtain copies of District Court Orders. | 0.10 | 16.50 | Li |
|  |  |  |  |  | ----- | ------ |  |
|  |  |  |  |  | 0.10 | 16.50 |  |
| WRG | LITIGATION | JCP | 04/13/12 | Review of Agenda for 4/23/12 Hearing. | 0.10 | 48.50 |  |
| WRG | LITIGATION | JCP | 04/17/12 | Review of Notice of Final Judgment and Claims Settlement. | 0.10 | 48.50 |  |
| WRG | LITIGATION | JCP | 04/21/12 | Review of Debtors' Motion to Shorten Notice re: Motion to Approve Settlement with Libby Claimants (.1); review of Debtors' Motion to Approve Settlement with Libby Claimants (1.3). | 1.40 | 679.00 |  |
| WRG | LITIGATION | JCP | 04/23/12 | Review of executed Order shortening time for Motion to Approve Libby Claimants Settlement. | 0.10 | 48.50 |  |
| WRG | LITIGATION | JCP | 04/24/12 | Review of Debtors' 43rd Quarterly Report re: Asset Sales. | 0.10 | 48.50 |  |
|  |  |  |  |  | ----- | ------- |  |
|  |  |  |  |  | 1.80 | 873.00 |  |
|  |  |  |  |  | ----- | ------- |  |
|  |  |  |  |  | 1.90 | 889.50 |  |

Total records this group:   6

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 04/17/12 | Draft Certificate of No Objection for Phillips, Goldman & Spence February Fee Application and forward to John C. Phillips, Jr.. | 0.30 | 49.50 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 04/18/12 | Scan, file and serve Certificate of No Objection for Phillips, Goldman & Spence February Fee Application. | 0.20 | 33.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 04/18/12 | Draft March Fee Application for Phillips, Goldman & Spence. | 0.80 | 132.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 04/20/12 | Draft 32nd Quarterly Fee Application for Phillips, Goldman & Spence. | 1.20 | 198.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 04/20/12 | Download and file Certificate of No Objection for Orrick's February Fee Application; send docket number to D. Fullem. | 0.20 | 33.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 04/24/12 | Scan, OCR, file and send Phillips, Goldman & Spence March 2012 Fee Application. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 04/24/12 | Review of e-mail from D. Fullem. | 0.10 | 16.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 04/25/12 | File March Fee Application for Orrick and e-mail docket number to D. Fullem. | 0.20 | 33.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 04/26/12 | Exchange of 3 e-mails with D. Fullem re: filing Certificate of No Objection for Fee Applications. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 04/26/12 | Download and file Certificate of No Objection for Lincoln's November 2011 Fee Application and download Certificate of No Objection for Austern's December 2011 Fee Application; e-mail docket numbers to D. Fullem. | 0.50 | 82.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 04/26/12 | Review of and revise Quarterly Fee Application for Phillips, Goldman & Spence. | 0.20 | 33.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 04/27/12 | Scan, OCR and file Phillips, Goldman & Spence 32nd Quarterly Fee Application; label and serve same. | 0.30 | 49.50 | |
| | | | | | ----- | ------- | |
| | | | | | 4.60 | 759.00 | |
| | | | | | ----- | ------- | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | DNG | 04/05/12 | E-File Fee Application. | 0.20 | 32.00 | |
| | | | | | ----- | ------ | |
| | | | | | 0.20 | 32.00 | |
| | | | | | ----- | ------ | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 04/05/12 | Phone conference with Debi Fullem re: filing Lincoln's November 2011 Fee Application; e-mail from and e-mail to Debi Fullem re: same; review of same; conference with paralegal re: filing same. | 0.30 | 145.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 04/07/12 | Review of and revise downward March 2012 prebill. | 0.30 | 145.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 04/17/12 | Review of and execute Certification of Counsel re: Phillips, Goldman & Spence February 2012 Fee Application. | 0.10 | 48.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 04/24/12 | Review of, revise and execute Phillips, Goldman & Spence 94th Monthly Fee Application; conference with Celeste A. Hartman re: same. | 0.30 | 145.50 | |

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 04/25/12 | Review of, revise and execute 32nd Quarterly Fee Application for Phillips, Goldman & Spence; conference with Celeste A. Hartman re: same. | 0.30 | 145.50 | fa |
|  |  |  |  |  | ----- | ------- |  |
|  |  |  |  |  | 1.30 | 630.50 |  |
|  |  |  |  |  | ----- | --------- |  |
|  |  |  |  |  | 6.10 | 1,421.50 |  |
|  |  |  |  |  | ----- | --------- |  |

Total records this group:   18

```
                                  Act  Trans                                                      Billable         Billable  Gr
Cl code Grouping code description  Emp  Date   Transaction description                             Hours           Dollars   Cd

WRG     PLAN AND DISCLOSURE        JCP  04/10/12 Review of Order denying Motion to Stay Memo Opinion;   0.20          97.00  ps
        STATEMENT                           review of Order granting Garlock's Motion for Reargument
                                            and schedule 5/1/12 Hearing re: same; calendar same.

WRG     PLAN AND DISCLOSURE        JCP  04/19/12 Review of Debtors' additional Entries of Appearance.   0.10          48.50
        STATEMENT

WRG     PLAN AND DISCLOSURE        JCP  04/25/12 E-mail from counsel for Debtors re: draft status report to  0.10     48.50
        STATEMENT                           be filed today with enclosure; review of same.

WRG     PLAN AND DISCLOSURE        JCP  04/26/12 Letter from counsel for Debtors to Clerk of Court (3rd   0.10         48.50
        STATEMENT                           Circuit) re: status report.

WRG     PLAN AND DISCLOSURE        JCP  04/27/12 E-mail from counsel for Debtors re: 5/1/12 Hearing moved  0.10         48.50
        STATEMENT                           to 5/8/12; re-calendar same.
                                                                                                   -----          -------
                                                                                                    0.60           291.00
                                                                                                   -----          -------
                                                                                                    0.60           291.00
                                                                                                   -----          ---------

Total records this group:  5
                                                                                                   -----          ---------
                                                                                                    8.80         2,635.00
                                                                                                   =====          =========
30 records printed.
```