# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# EXPENSE RECORDS

# FOR THE TIME PERIOD
# APRIL 1, 2012 THROUGH
# APRIL 30, 2012

Phillips, Goldman & Spence, P.A.

Page   2

May 17, 2012

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   102660

Re:  W. R. Grace & Co.
     David T. Austern

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 04/01/12 | On-line docket research | 4.72 |
| 04/18/12 | Photocopies | 3.30 |
| 04/30/12 | Check No.: 48645 - John C. Phillips, Jr. - Court Call. | 79.00 |
| | Subtotal for COSTS only: 04/30/12 | $87.02 |