## EXHIBIT A

January Fee Application

      Available on the docket of the Bankruptcy Court for the District of Delaware at docket # 28609 under Case No. 01-01139.  Also available upon request from Kirkland & Ellis LLP or Pachulski Stang Ziehl & Jones LLP

K&E 22598201.2