**EXHIBIT B**

**SUMMARY OF PRINCIPAL SERVICES RENDERED FOR THE PERIOD
JANUARY 1, 2012 THROUGH MARCH 31, 2012**

1. **Case Administration – 15537 – 5.5 hours ($1,182.50)**

    This matter covers the attention given to routine motions and pleadings, and preparation of responses thereto, the preparation of summaries and analyses of such papers for the PD Committee, and conference calls/meetings with the major creditor constituencies and the Debtors.

    The Applicant's focus on the administration of these consolidated cases during the Application Period continued to permit the PD Committee to remain fully informed about all on-going matters pending in these consolidated cases.

    During the Application Period, the Applicant spent time tracking and researching developments that implicate property damage claims specifically and asbestos issues generally.

2. **Applicant's Fee Applications – 15543 – 5.7 hours ($1,630.00)**

    This matter covers time expended preparing monthly and quarterly fee applications for the Applicant. During the Application Period, the Applicant expended time preparing, drafting and filing its monthly fee applications, and interim quarterly fee application.

3. **Hearings – 15544 – 2.0 hours ($728.00)**

    This matter covers preparation for and attendance at hearings. During the Application Period, the Applicant prepared for and attended the February 27, 2012 omnibus hearing.

7. **Debtors' Business Operations – 15538 –4.2 hours ($2,310.00)**

    During the Application Period, the Applicant reviewed the motion to make pension contributions and related background materials and prepared an analysis of same.

8. **Claims Analysis, Objection/Resolution – 15545 –.6 hours ($141.00)**

During the Application Period, the Applicant attended to calls from creditors regarding status of claims, etc.

9.   **Plan and Disclosure - 15554 - 11.5 hours ($6,561.50)**

During the Application Period, the Applicant attended to emails with PD Committee members regarding plan confirmation questions.  The Applicant further reviewed the District Court's order confirming the plan, the Debtors' motion to amend the order and appeal related matters.

10.  **ZAI Science Trial - 17905 - .8 hours ($440.00)**

The Applicant attended to a telephone conference regarding questions on Canadian ZAI claims.