**EXHIBIT C**



February 14, 2012

WR Grace-The Official Committee of Property Damage Claimants

Invoice #  207801

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
  THROUGH January 31, 2012

## CLIENT SUMMARY

**BALANCE AS OF- 01/31/12**

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| **.15537 -** 01- Case Administration | $408.50 | $157.98 | $566.48 |
| **.15538 -** 02 - Debtors' Business Operations | $2,310.00 | $0.00 | $2,310.00 |
| **.15543 -** 07 - Applicant's Fee Application | $593.00 | $0.00 | $593.00 |
| **.15554 -** 18 - Plan & Disclosure Statement | $440.00 | $0.00 | $440.00 |
| *Client Total* | *$3,751.50* | *$157.98* | *$3,909.48* |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

1450 Brickell Avenue, Suite 2300, Miami, FL 33131-3456   Tel 305.374.7580   Fax 305.374.7593                    www.bilzin.com

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---|---|---|
| TIMEKEEPER | HOURS | RATE | AMOUNT |
| Sakalo, Jay M | 5.00 | $550.00 | $2,750.00 |
| Snyder, Jeffrey I | 0.30 | $410.00 | $123.00 |
| Flores, Luisa M | 2.00 | $235.00 | $470.00 |
| Varela, Ana Carolina | 1.90 | $215.00 | $408.50 |

*TOTAL PROFESSIONAL FEES THIS PERIOD*          **$3,751.50**

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---|
| Long Distance Telephone-Outside Services | $30.00 |
| Pacer - Online Services | $124.48 |
| Copies | $3.50 |
| *TOTAL COSTS ADVANCED THIS PERIOD* | *$157.98* |

| *TOTAL BALANCE DUE THIS PERIOD* | **$3,909.48** |
|---|---|

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 3

**Atty – SLB**
**Client No.: 74817/15537**

**RE: 01- Case Administration**

| | | | | |
|---|---|---|---|---|
| 01/03/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 01/04/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 01/05/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 01/06/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 01/09/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 01/10/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 01/11/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 01/12/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 01/13/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 01/17/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 01/19/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 01/20/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 01/23/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 01/24/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 01/25/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 01/26/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 01/27/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 01/30/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 01/31/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |

PROFESSIONAL SERVICES $408.50

### COSTS ADVANCED

| | | |
|---|---|---|
| 12/22/11 | Long Distance Telephone-Outside Services Court Call #4650139 - VENDOR: DINERS CLUB; INVOICE#: 11/24/11-12/23/11; DATE: 12/23/2011  -  Acct. 5306220025395504 | 30.00 |
| 12/31/11 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: RB0120-Q42011; DATE: 1/4/2012 - Account#RB0120 | 62.24 |
| 12/31/11 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: RB0120-Q42011-; DATE: 12/31/2011  -  Clients 10/01/11 to 12/31/11 | 62.24 |
| 01/10/12 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 01/10/12 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 01/10/12 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 01/10/12 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 01/30/12 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 01/30/12 | Copies 1 pgs @ 0.10/pg | 0.10 |

TOTAL COSTS ADVANCED $157.98

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

## MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Varela, Ana Carolina | 1.90 | $215.00 | $408.50 |
| *TOTAL* | *1.90* | | *$408.50* |

## MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Long Distance Telephone-Outside Services | $30.00 |
| Pacer - Online Services | $124.48 |
| Copies | $3.50 |
| *TOTAL* | *$157.98* |

**CURRENT BALANCE DUE THIS MATTER**                                          $566.48

Page 5

**Atty – SLB**
**Client No.: 74817/15538**

RE: 02 - Debtors' Business Operations

| 01/11/12 | JMS | 1.10 | 605.00 | Email from R. Higgins regarding Defined Benefit Contribution strategy and analysis of same. |
| 01/19/12 | JMS | 0.80 | 440.00 | Review pension funding background materials circulated by R. Higgins. |
| 01/20/12 | JMS | 0.90 | 495.00 | Prepare for and attend call regarding pension funding motion. |
| 01/24/12 | JMS | 1.40 | 770.00 | Review motion to make pension contribution and prepare analysis of same. |

PROFESSIONAL SERVICES                                                          $2,310.00

MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 4.20 | $550.00 | $2,310.00 |
| *TOTAL* | *4.20* | | *$2,310.00* |

CURRENT BALANCE DUE THIS MATTER                                                $2,310.00

Page 6

**Atty – SLB**
**Client No.: 74817/15543**

**RE: 07 - Applicant's Fee Application**

| | | | | |
|---|---|---|---|---|
| 01/06/12 | JIS | 0.30 | 123.00 | Review and revise December prebill. |
| 01/10/12 | LMF | 0.70 | 164.50 | Follow up with accounting for final December bill, prepare and submit notice and summary to local counsel for filing and service. |
| 01/30/12 | LMF | 0.60 | 141.00 | Begin compiling statements and drafting 43rd quarterly fee application for Bilzin Sumberg. |
| 01/31/12 | LMF | 0.70 | 164.50 | Complete draft of 43rd quarterly fee application. |

PROFESSIONAL SERVICES $593.00

MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Snyder, Jeffrey I | 0.30 | $410.00 | $123.00 |
| Flores, Luisa M | 2.00 | $235.00 | $470.00 |
| *TOTAL* | *2.30* | | *$593.00* |

CURRENT BALANCE DUE THIS MATTER $593.00

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**RE: 18 - Plan & Disclosure Statement**

| | | | | |
|---|---|---|---|---|
| 01/31/12 | JMS | 0.80 | 440.00 | Email to committee regarding Judge Buckwalter's order confirming the plan of reorganization and follow up emails with M. Dies and E. Westbrook thereon. |

**PROFESSIONAL SERVICES**                                                                                      $440.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.80 | $550.00 | $440.00 |
| *TOTAL* | *0.80* | | *$440.00* |

**CURRENT BALANCE DUE THIS MATTER**                                                                 $440.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP


## Bilzin Sumberg
ATTORNEYS AT LAW

March 8, 2012

WR Grace-The Official Committee of Property Damage Claimants

Invoice #  208959

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
    THROUGH February 29, 2012

### CLIENT SUMMARY

**BALANCE AS OF- 02/29/12**

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| **.15537 - 01- Case Administration** | $344.00 | $5.40 | $349.40 |
| **.15543 - 07 - Applicant's Fee Application** | $522.00 | $0.00 | $522.00 |
| **.15544 - 08 - Hearings** | $728.00 | $0.00 | $728.00 |
| **.15554 - 18 - Plan & Disclosure Statement** | $4,780.00 | $0.00 | $4,780.00 |
| *Client Total* | *$6,374.00* | *$5.40* | *$6,379.40* |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

1450 Brickell Avenue, Suite 2300, Miami, FL 33131-3456   Tel 305.374.7580   Fax 305.374.7593         www.bilzin.com

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---|---|---|
| TIMEKEEPER | HOURS | RATE | AMOUNT |
| Baena, Scott L | 2.00 | $700.00 | $1,400.00 |
| Sakalo, Jay M | 7.00 | $550.00 | $3,850.00 |
| Snyder, Jeffrey I | 0.70 | $410.00 | $287.00 |
| Flores, Luisa M | 1.00 | $235.00 | $235.00 |
| Varela, Ana Carolina | 2.80 | $215.00 | $602.00 |

*TOTAL PROFESSIONAL FEES THIS PERIOD* **$6,374.00**

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---|
| Long Distance Telephone | $14.44 |
| Pacer - Online Services | $-62.24 |
| Copies | $53.20 |
| *TOTAL COSTS ADVANCED THIS PERIOD* | ***$5.40*** |

*TOTAL BALANCE DUE THIS PERIOD* **$6,379.40**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15537**

RE: 01- Case Administration

| | | | | |
|---|---|---|---|---|
| 02/01/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 02/02/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 02/03/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 02/06/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 02/07/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 02/08/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 02/09/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 02/10/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 02/13/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 02/14/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 02/15/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 02/22/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 02/24/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 02/27/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 02/28/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 02/29/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |

PROFESSIONAL SERVICES                                                          $344.00

COSTS ADVANCED

| | | |
|---|---|---|
| 02/07/12 | Pacer - Online Services Cancellation of: VENDOR: PACER SERVICE CENTER; INVOICE#: RB0120-Q42011; DATE: 1/4/2012 - Account#RB0120 | -62.24 |
| 02/23/12 | Long Distance Telephone (973)451-8562; 2 Mins. | 1.52 |
| 02/23/12 | Long Distance Telephone (512)476-4394; 17 Mins. | 12.92 |
| 02/06/12 | Copies 202 pgs @ 0.10/pg | 20.20 |
| 02/06/12 | Copies 202 pgs @ 0.10/pg | 20.20 |
| 02/06/12 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 02/14/12 | Copies 33 pgs @ 0.10/pg | 3.30 |
| 02/14/12 | Copies 42 pgs @ 0.10/pg | 4.20 |
| 02/14/12 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 02/14/12 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 02/14/12 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 02/14/12 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 02/14/12 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 02/14/12 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 02/14/12 | Copies 7 pgs @ 0.10/pg | 0.70 |

TOTAL COSTS ADVANCED                                                          $5.40

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Varela, Ana Carolina | 1.60 | $215.00 | $344.00 |
| *TOTAL* | *1.60* | | *$344.00* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Long Distance Telephone | $14.44 |
| Pacer - Online Services | $-62.24 |
| Copies | $53.20 |
| *TOTAL* | *$5.40* |

**CURRENT BALANCE DUE THIS MATTER**                                        **$349.40**

**Atty – SLB**
**Client No.: 74817/15543**

RE: 07 - Applicant's Fee Application

| | | | | |
|---|---|---|---|---|
| 02/01/12 | JIS | 0.40 | 164.00 | Review and comment on 43rd quarterly interim fee application. |
| 02/06/12 | LMF | 0.40 | 94.00 | Finalize quarterly fee application and submit to local counsel for filing. |
| 02/06/12 | JIS | 0.30 | 123.00 | Review and revise January prebill. |
| 02/29/12 | LMF | 0.60 | 141.00 | Prepare notice and summary of fees for January 2012 and submit to local counsel for filing. |

PROFESSIONAL SERVICES                                                                 $522.00

MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Snyder, Jeffrey I | 0.70 | $410.00 | $287.00 |
| Flores, Luisa M | 1.00 | $235.00 | $235.00 |
| *TOTAL* | *1.70* | | *$522.00* |

CURRENT BALANCE DUE THIS MATTER                                                       $522.00

Atty – SLB
Client No.: 74817/15544

**RE: 08 - Hearings**

| 01/19/12 | ACV | 0.40 | 86.00 | Set up Court Calls. |
|---|---|---|---|---|
| 02/22/12 | ACV | 0.20 | 43.00 | Arrange Court Calls for committee members for 2/27 hearing. |
| 02/23/12 | ACV | 0.60 | 129.00 | Forward CourtCall confirmations and agendas to committee members for 2/27 hearing (.4); respond to emails from committee members regarding telephonic appearances (.2). |
| 02/27/12 | SLB | 0.20 | 140.00 | Interoffice conference with J. Sakalo regarding debriefing on 2/27 omnibus hearing (.2). |
| 02/27/12 | JMS | 0.60 | 330.00 | Attend omnibus hearing by phone. |

**PROFESSIONAL SERVICES**                                                                   **$728.00**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.20 | $700.00 | $140.00 |
| Sakalo, Jay M | 0.60 | $550.00 | $330.00 |
| Varela, Ana Carolina | 1.20 | $215.00 | $258.00 |
| *TOTAL* | *2.00* | | *$728.00* |

**CURRENT BALANCE DUE THIS MATTER**                                              **$728.00**

**Atty – SLB**
**Client No.: 74817/15554**

**RE: 18 - Plan & Disclosure Statement**

| | | | | |
|---|---|---|---|---|
| 02/01/12 | JMS | 0.60 | 330.00 | Emails with M. Dies and T. Brandi regarding plan confirmation questions. |
| 02/06/12 | SLB | 1.80 | 1,260.00 | Interoffice conference with J. Sakalo regarding Judge Buchwalter's opinion (.1); review Judge Buchwalter's opinion (1.7). |
| 02/06/12 | JMS | 2.80 | 1,540.00 | Review of District Court's order confirming plan. |
| 02/13/12 | JMS | 1.10 | 605.00 | Review Debtors' motion to amend Judge Buckwalter's order and BNSF's motion to extend deadline to file appeal. |
| 02/14/12 | JMS | 0.40 | 220.00 | Review Sealed Air and Fresenius motions to join clarification motion filed by Debtors. |
| 02/23/12 | JMS | 0.80 | 440.00 | Telephone conference with M. Dies regarding plan and appeal timing and related issues. |
| 02/27/12 | JMS | 0.70 | 385.00 | Review appellees' brief in opposition to Garlock's motion for reargument, rehearing, etc. |

**PROFESSIONAL SERVICES** $4,780.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 1.80 | $700.00 | $1,260.00 |
| Sakalo, Jay M | 6.40 | $550.00 | $3,520.00 |
| *TOTAL* | *8.20* | | *$4,780.00* |

**CURRENT BALANCE DUE THIS MATTER** $4,780.00


BILZIN SUMBERG BAENA PRICE & AXELROD LLP


### ATTORNEYS AT LAW

April 10, 2012

WR Grace-The Official Committee of Property Damage Claimants

Invoice #  210398

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
THROUGH March 31, 2012

## CLIENT SUMMARY

**BALANCE AS OF- 03/31/12**

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| **.15537 -** 01- Case Administration | $430.00 | $6.32 | $436.32 |
| **.15543 -** 07 - Applicant's Fee Application | $515.00 | $0.00 | $515.00 |
| **.15545 -** 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) | $141.00 | $0.00 | $141.00 |
| **.15554 -** 18 - Plan & Disclosure Statement | $1,341.50 | $0.00 | $1,341.50 |
| **.17905 -** 38 - ZAI Science Trial | $440.00 | $0.00 | $440.00 |
| *Client Total* | *$2,867.50* | *$6.32* | *$2,873.82* |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

1450 Brickell Avenue, Suite 2300, Miami, FL 33131-3456   Tel 305.374.7580   Fax 305.374.7593      www.bilzin.com

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---|---|---|
| TIMEKEEPER | HOURS | RATE | AMOUNT |
| Sakalo, Jay M | 3.40 | $550.00 | $1,870.00 |
| Snyder, Jeffrey I | 0.30 | $410.00 | $123.00 |
| Flores, Luisa M | 1.80 | $235.00 | $423.00 |
| Varela, Ana Carolina | 2.10 | $215.00 | $451.50 |

*TOTAL PROFESSIONAL FEES THIS PERIOD*    **$2,867.50**

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---|
| Long Distance Telephone | $5.32 |
| Copies | $1.00 |
| *TOTAL COSTS ADVANCED THIS PERIOD* | *$6.32* |

| | |
|---|---|
| TOTAL BALANCE DUE THIS PERIOD | $2,873.82 |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

RE: 01- Case Administration

| | | | | |
|---|---|---|---|---|
| 03/01/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 03/02/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 03/05/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 03/06/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 03/07/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 03/08/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 03/09/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 03/12/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 03/13/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 03/14/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 03/15/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 03/19/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 03/20/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 03/21/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 03/22/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 03/23/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 03/26/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 03/27/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 03/28/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 03/29/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |

PROFESSIONAL SERVICES                                                                $430.00

### COSTS ADVANCED

| | | |
|---|---|---|
| 03/06/12 | Long Distance Telephone (306)584-3760; 7 Mins. | 5.32 |
| 03/08/12 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 03/08/12 | Copies 7 pgs @ 0.10/pg | 0.70 |

TOTAL COSTS ADVANCED                                                                $6.32

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Varela, Ana Carolina | 2.00 | $215.00 | $430.00 |
| *TOTAL* | *2.00* | | *$430.00* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Long Distance Telephone | $5.32 |
| Copies | $1.00 |
| *TOTAL* | *$6.32* |

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**CURRENT BALANCE DUE THIS MATTER** $436.32

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15543**

### RE: 07 - Applicant's Fee Application

| | | | | |
|---|---|---|---|---|
| 03/01/12 | LMF | 0.60 | 141.00 | Prepare notice and summary of fees and submit with January statement local counsel for filing and service. |
| 03/06/12 | JIS | 0.30 | 123.00 | Review and revise February 2012 prebill. |
| 03/12/12 | LMF | 0.60 | 141.00 | Review and analysis of order regarding proposed fees and order approving global fees; confer with attorneys thereon. |
| 03/12/12 | JMS | 0.20 | 110.00 | Review fee and expense chart from fee auditor. |

**PROFESSIONAL SERVICES**                                                        **$515.00**

#### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.20 | $550.00 | $110.00 |
| Snyder, Jeffrey I | 0.30 | $410.00 | $123.00 |
| Flores, Luisa M | 1.20 | $235.00 | $282.00 |
| *TOTAL* | *1.70* | | *$515.00* |

**CURRENT BALANCE DUE THIS MATTER**                                          **$515.00**

**Atty – SLB**
**Client No.: 74817/15545**

### RE: 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)

| 03/06/12 | LMF | 0.40 | 94.00 | Telephone conference with creditor regarding notice received regarding claims, research claim and email attorney regarding same. |
|----------|-----|------|-------|---|
| 03/09/12 | LMF | 0.20 | 47.00 | Telephone conference with creditor regarding status of case. |

**PROFESSIONAL SERVICES**                                                              $141.00

#### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|------------|-------|------|--------|
| Flores, Luisa M | 0.60 | $235.00 | $141.00 |
| *TOTAL* | *0.60* | | *$141.00* |

**CURRENT BALANCE DUE THIS MATTER**                                                    $141.00

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 7

**Atty – SLB**
**Client No.: 74817/15554**

RE: 18 - Plan & Disclosure Statement

| 03/16/12 | JMS | 0.70 | 385.00 | Telephone conference with A. Patel regarding effective date considerations. |
|----------|-----|------|--------|---------------------------------------------------------------------------|
| 03/19/12 | ACV | 0.10 | 21.50  | Call from creditor regarding plan. |
| 03/27/12 | JMS | 1.70 | 935.00 | Review post-appeal filings by BNSF and Garlock. |

PROFESSIONAL SERVICES                                                                $1,341.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|------------|-------|------|--------|
| Sakalo, Jay M | 2.40 | $550.00 | $1,320.00 |
| Varela, Ana Carolina | 0.10 | $215.00 | $21.50 |
| *TOTAL* | *2.50* | | *$1,341.50* |

CURRENT BALANCE DUE THIS MATTER                                                      $1,341.50

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 8

**Atty – SLB**
**Client No.: 74817/17905**

RE: 38 - ZAI Science Trial

03/06/12   JMS   0.80   440.00   Telephone conference from T. Jordan regarding Canadian ZAI claims questions and emails with D. Scott regarding same.

PROFESSIONAL SERVICES                                          $440.00

MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.80 | $550.00 | $440.00 |
| *TOTAL* | *0.80* | | *$440.00* |

CURRENT BALANCE DUE THIS MATTER                               $440.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP