# EXHIBIT A
# ORRICK, HERRINGTON & SUTCLIFFE LLP
# INVOICES FOR THE TIME PERIOD
# APRIL 1-30, 2012



# ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, D.C. 20005-1706

tel +1-202-339-8400
fax +1-202-339-8500

WWW.ORRICK.COM

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

May 9, 2012
Client No. 17367
Invoice No. 1363185

Orrick Contact: Roger Frankel

| | | |
|---|---|---|
| FOR SERVICES RENDERED through April 30, 2012 in connection with the matters described on the attached pages: | $ | 143,709.00 |
| DISBURSEMENTS as per attached pages: | | 111.10 |
| **TOTAL CURRENT FEES & DISBURSEMENTS** (Pay this Amount): | $ | **143,820.10** |

Matter(s): 17367/11, 13, 2, 4, 8, 9

## DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:
$376,202.88
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701. Fax (304) 231-2501.

## REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

**REMITTANCE ADDRESS:**

*Orrick, Herrington & Sutcliffe LLP*
*Lockbox #774619*
*4619 Solutions Center*
*Chicago, IL 60677-4006*
*Reference: 17367/ Invoice: 1363185*

**ELECTRONIC FUNDS
TRANSFERS:**
*ACH & Wire Transfers:*
*ABA Number 121000248*
*SWIFT CODE: WFBIUS6S*
*Account Number: 4123701088*
*Wells Fargo*
*420 Montgomery Street*
*San Francisco, CA 94104*
*Account of*
*Orrick, Herrington & Sutcliffe LLP*
*Reference: 17367/ Invoice: 1363185*
*E.I.N. 94-2952627*

**OVERNIGHT DELIVERY:**

*Orrick, Herrington & Sutcliffe LLP*
*c/o Wells Fargo*
*Attn: Lockbox #774619*
*350 East Devon Avenue*
*Itasca, IL 60143*
*(213) 614-3248*
*Reference: 17367/ Invoice: 1363185*



# ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, D.C. 20005-1706

tel +1-202-339-8400
fax +1-202-339-8500

WWW.ORRICK.COM

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

May 9, 2012
Client No. 17367
Invoice No. 1363185

Orrick Contact: Roger Frankel

For Legal Services Rendered Through April 30, 2012 in Connection With:

**Matter: 8 - Litigation**

| 03/04/12 | M. Wallace | Review correspondence regarding indemnity settlement agreement. | 0.10 |
|---|---|---|---|
| 04/01/12 | R. Wyron | Review revised BNSF Agreement (.6); review changes to other settlements (.4). | 1.00 |
| 04/02/12 | R. Wyron | Review settlement agreement drafts (1.6); call with settlement group and follow-up (.9); work on BNSF language (.7); organize open issues (.2). | 3.40 |
| 04/02/12 | R. Frankel | Review status with R. Wyron; e-mails re document open issues and order. | 0.60 |
| 04/02/12 | R. Frankel | Review revised BNSF Indemnity Agreement from R. Wyron (.6); review series of e-mails re open issues (.2). | 0.80 |
| 04/02/12 | R. Frankel | Telephone conference with Grace Team, B. Phillips, D. Cohn and M. Giannotto (.4); telephone conference with R. Wyron, A. Paul re status (.3). | 0.70 |
| 04/02/12 | R. Frankel | Confer with R. Wyron re status with M. Giannotto. | 0.30 |
| 04/03/12 | R. Wyron | Review response and suggested language for BNSF (.8); confer with R. Frankel and e-mails re same (.4); call with M. Giannotto and follow-up (.4); call with J. Donley (.3); begin review of revised documents (1.6). | 3.50 |
| 04/03/12 | R. Frankel | Review series of e-mails with B. Phillips, R. Wyron, A. Paul re BNSF open settlement issues (.5); review listing of BNSF claims from Kirkland and BNSF stipulation (.6). | 1.10 |
| 04/03/12 | R. Frankel | Review changes to BNSF Settlement Agreement (.7); confer with R. Wyron re same (.3). | 1.00 |
| 04/03/12 | R. Frankel | Confer with R. Wyron re BNSF open issues. | 0.40 |
| 04/03/12 | R. Frankel | Review revised versions of Libby Insurer settlement agreement. | 0.90 |
| 04/03/12 | R. Frankel | Review revised version of BNSF-Insurer-Libby settlement agreement. | 0.90 |



ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
51 WEST 52ND STREET
NEW YORK, NEW YORK 10019-6142

*tel* +1-212-506-5000
*fax* +1-212-506-5151

WWW.ORRICK.COM

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 2

May 9, 2012
Invoice No. 1363185

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 04/04/12 | R. Wyron | Revise BNSF agreement (1.1); respond to e-mails re same and follow-up (.6). | 1.70 |
| 04/04/12 | R. Frankel | Review historical Towers Perrin projections of aggregate claim liability under TDP. | 1.20 |
| 04/04/12 | R. Frankel | Review with R. Wyron open settlement issues with BNSF. | 0.40 |
| 04/04/12 | R. Frankel | Review Settlement Fund Trust Agreements and revise (.7); review forms of revised releases (.5). | 1.20 |
| 04/04/12 | R. Frankel | Review series of e-mails with R. Wyron, B. Phillips, M. Giannotto regarding open BNSF issues in indemnity settlement agreement. | 0.70 |
| 04/05/12 | R. Wyron | Review and respond to e-mails re settlement issues and follow-up. | 0.60 |
| 04/05/12 | R. Frankel | Review revised BNSF - Grace Indemnity Settlement Agreement (.8); review series of e-mails from R. Wyron, D. Cohn, M. Giannotto regarding same (.4). | 1.20 |
| 04/06/12 | R. Wyron | Calls re settlement status and follow-up (.6); revise BNSF settlement agreement and calls re same (1.8); begin review of insurer settlements (.9). | 3.30 |
| 04/06/12 | R. Frankel | Review revised BNSF indemnity settlement agreement. | 0.80 |
| 04/06/12 | R. Frankel | Series of e-mails regarding need for F. McGovern with A. Paul, R. Wyron, M. Giannotto. | 0.40 |
| 04/06/12 | R. Frankel | Telephone conference with R. Wyron regarding possible PD settlement. | 0.30 |
| 04/06/12 | R. Frankel | Series of e-mails with R. Wyron, A. Paul regarding BNSF agreement. | 0.40 |
| 04/08/12 | R. Frankel | Review e-mails, open issues in Libby - Insurer settlement agreements. | 0.60 |
| 04/09/12 | D. Felder | Conference with R. Wyron regarding update and settlement issues. | 0.30 |
| 04/09/12 | R. Wyron | Review settlement agreement drafts and follow-up (.9); finalize BNSF Agreement draft and circulate (.4); multiple calls with CNA and Grace, and follow-up (1.3); organize notes (.2); review draft order on remaining issues (.2); confer with D. Felder re AMH status and follow-up (.4). | 3.40 |
| 04/09/12 | R. Frankel | Review suggested changes to various settlement agreements/releases from D. Cohn. | 1.20 |
| 04/09/12 | R. Frankel | Telephone conference with J. Donley, A. Paul, R. Wyron re status of settlement agreements (.4); notes re open issues (.5). | 0.90 |
| 04/09/12 | R. Frankel | Review final BNSF indemnity agreement from R. Wyron (.8); review Libby Term Sheet insert from A. Paul (.3). | 1.10 |
| 04/09/12 | R. Frankel | Telephone conference with Kirkland, R. Wyron, M. Giannotto, J. Aldock re settlement issues. | 0.60 |

# O
## ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 3

May 9, 2012
Invoice No. 1363185

| | | | |
|---|---|---|---|
| 04/10/12 | D. Felder | Review PD issues. | 1.00 |
| 04/10/12 | R. Frankel | Review Judge Buckwalter order and remarks on document re May 1 hearing (.3); review with R. Wyron (.2). | 0.50 |
| 04/11/12 | D. Felder | E-mail correspondence with J. O'Neill regarding preliminary agenda for April omnibus hearing and review same (.3); review recently filed motions regarding environmental remediation and e-mail correspondence regarding same (.8); review PD issues (1.5). | 2.60 |
| 04/11/12 | R. Wyron | Review status of settlements and respond to e-mails re same (.6); call with Grace counsel re issues and follow-up (.8); follow-up on BNSF settlement (.2); review Intrawest pleadings and respond to L. Esayian re same (.6). | 2.20 |
| 04/11/12 | R. Frankel | Review drafts of marked agreement from M. Giannotto, e-mails re same (1.7); review open issues in settlements (.5). | 2.20 |
| 04/11/12 | R. Frankel | Telephone conference with M. Shelnitz, J. Donley, A. Paul, R. Wyron re settlement issues, May 1 hearing. | 0.80 |
| 04/11/12 | R. Frankel | Telephone conference with D. Austern re M. Shelnitz conversation (.3); confer with R. Wyron re same (.3). | 0.60 |
| 04/11/12 | R. Frankel | Review Quigley 2nd Circuit opinion re scope of 524(g) injunction. | 1.50 |
| 04/12/12 | D. Felder | Review PD issues (1.0); conference with R. Wyron regarding same (.3). | 1.30 |
| 04/12/12 | R. Wyron | Review and respond to e-mails re issues on settlements (.8); calls with M. Giannotto and follow-up (.6); calls with J. Donley re status (.4); call with P. Lockwood re issues and Grace request re interest, and follow-up (1.1). | 2.90 |
| 04/12/12 | R. Frankel | Review e-mail chain with Libby-MCC open issues (.7); confer with R. Wyron re settlement status (.4). | 1.10 |
| 04/12/12 | R. Frankel | Confer with R. Wyron re call with M. Giannotto, issues re hearing at USDC, notes re same. | 0.50 |
| 04/12/12 | R. Frankel | Review, consider USDC order granting hearing on Garlock motion. | 0.60 |
| 04/13/12 | R. Wyron | Review changes to settlement documents and follow-up (.9); review modified order and e-mail re same (.3). | 1.20 |
| 04/13/12 | R. Frankel | Review agenda for April Omnibus Hearing. | 0.30 |
| 04/13/12 | R. Frankel | Telephone conference with J. Donley re case issues (.3); confer with R. Wyron re same (.3). | 0.60 |
| 04/16/12 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 04/16/12 | D. Felder | Review order regarding environmental settlement agreement and April 23 omnibus hearing agenda (.3); review BNSF settlement agreement and note issues regarding same (1.1). | 1.40 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 4

May 9, 2012
Invoice No. 1363185

| 04/16/12 | R. Wyron | Review and revise BNSF/settlement and follow-up (1.7); review changes to insurer and BNSF Libby settlement agreement and e-mails re same (1.6). | 3.30 |
|---|---|---|---|
| 04/16/12 | R. Frankel | Review Garlock Motion for Reconsideration and related pleadings. | 2.20 |
| 04/16/12 | R. Frankel | Review revised Order approving BNSF-Libby settlement. | 0.90 |
| 04/16/12 | R. Frankel | Prepare notes re conference call with Kirkland re May 1 hearing. | 0.80 |
| 04/16/12 | R. Frankel | Review settlement documents from M. Giannotto. | 1.70 |
| 04/17/12 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 04/17/12 | D. Felder | E-mail correspondence with R. Wyron regarding notice of claims settlement. | 0.10 |
| 04/17/12 | R. Wyron | Prepare for call with Grace and ACC re Garlock issues and May hearing (1.9); review final settlement agreement changes and follow-up (.7). | 2.60 |
| 04/17/12 | R. Frankel | Confer with R. Wyron re status of settlement agreements (.3); confer with R. Wyron re May 1 hearing, Garlock pleadings (.4). | 0.70 |
| 04/17/12 | R. Frankel | Review revised BNSF Indemnity Claim Settlement Agreement. | 1.30 |
| 04/18/12 | R. Wyron | Review transcripts for Garlock argument (1.1); call with Grace counsel re strategy and follow-up (1.2); revise settlement agreement and follow-up with BNSF and CNA (.9); respond to e-mails re status (.6). | 3.80 |
| 04/18/12 | R. Frankel | Series of e-mails re open issues re settlement agreements (.5); confer with R. Wyron re call with J. Donley (.3). | 0.80 |
| 04/18/12 | R. Frankel | Telephone conference with E. Inselbuch re proposal on stock warrants (.3); confer with R. Wyron re same (.2). | 0.50 |
| 04/18/12 | R. Frankel | Preliminary review of transcript from oral argument (June 28, 29) before Judge Buckwalter. | 1.10 |
| 04/18/12 | R. Frankel | Telephone conference with J. Donley, A. Paul, P. Lockwood and R. Wyron re settlement status, May 1 hearing. | 1.10 |
| 04/19/12 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 04/19/12 | D. Felder | Review confirmation hearing transcript regarding Garlock issues and e-mail correspondence with R. Frankel and R. Wyron regarding same (.9); review notice of settlement regarding Locke claimant and telephone conference regarding same (.8); review certificate of counsel regarding Intrawest (.5). | 2.20 |
| 04/19/12 | R. Wyron | Calls re settlement and strategy with J. Donley and R. Frankel (.4); call with CNA counsel and follow-up (.3); revise and finalize BNSF agreement (.8); continue preparation for 4/26 meeting re Garlock (1.3). | 2.80 |

# O
## ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -    May 9, 2012
17367                                                          Invoice No. 1363185
page 5

| Date | Attorney | Description | Hours |
|------|----------|-------------|-------|
| 04/19/12 | R. Frankel | Review Garlock portions of transcript of June 2011 oral argument (1.7); prepare notes re same (.3); confer with R. Wyron re same (.3). | 2.30 |
| 04/19/12 | R. Frankel | Review and prepare notes re Judge Buckwalter opinion in preparation for May 1 hearing. | 1.90 |
| 04/19/12 | R. Frankel | Telephone conference with J. Donley, R. Wyron re motion to approve settlement (.4); confer with R. Wyron re same and issues re warrants (.4). | 0.80 |
| 04/20/12 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 04/20/12 | D. Felder | Review order approving amended stipulation regarding Intrawest lift stay motion and e-mail correspondence with R. Frankel regarding same. | 0.50 |
| 04/20/12 | R. Wyron | Review and respond to e-mails re settlement (.2); confer with settlement parties (.2); review and circulate draft (.2); review Montana letter and follow-up (.6); confer regarding strategy (.2). | 1.40 |
| 04/20/12 | R. Frankel | Review series of e-mails re Intrawest settlement. | 0.40 |
| 04/20/12 | R. Frankel | Review series of e-mails re BNSF-Libby settlements. | 0.60 |
| 04/20/12 | R. Frankel | Review counter-proposal letter from F. Monaco (.6); e-mails re same (.3). | 0.90 |
| 04/20/12 | R. Frankel | Review motion to approve settlement, motion to shorten time (.6); e-mails re same (.2). | 0.80 |
| 04/23/12 | D. Felder | Review correspondence regarding Montana's claims and follow-up regarding same (1.0); research regarding settlement issues and review pleadings regarding same (1.8); conference with R. Wyron regarding same (.2). | 3.00 |
| 04/23/12 | R. Wyron | Review Montana letter and research issues (2.4); review Garlock pleadings for 5/1 hearing (1.7); review draft 3rd Circuit update and respond to e-mails re same (.3). | 4.40 |
| 04/23/12 | R. Frankel | Review, exchange series of e-mails re Montana offer with E. Inselbuch, J. Donley, D. Felder. | 0.70 |
| 04/23/12 | R. Frankel | Review cases re judicial estoppel issues. | 2.20 |
| 04/23/12 | R. Frankel | Review draft letter to 3rd Circuit Clerk; e-mails re same. | 0.40 |
| 04/24/12 | R. Wyron | Call with Grace and ACC re strategy and follow-up (.8); prepare for 4/26 session re Garlock (1.1); further analysis re Montana claims (.7). | 2.60 |
| 04/24/12 | R. Frankel | Review Montana correspondence in preparation for team call; review materials re estoppel. | 0.80 |
| 04/24/12 | R. Frankel | Confer with R. Wyron re Montana, Libby-BNSF settlements in preparation for conference call. | 0.70 |
| 04/24/12 | R. Frankel | Telephone conference with Grace, P. Lockwood, E. Inselbuch, R. Wyron re Montana issues, Libby-BNSF settlement status (.6); notes re same (.3). | 0.90 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -                    May 9, 2012
17367                                                                                              Invoice No. 1363185
page 6

| 04/24/12 | R. Frankel | Review series of e-mails from A. Rich, ACC re omnibus settlement with Libby and BNSF. | 0.60 |
|---|---|---|---|
| 04/25/12 | D. Felder | Conference with R. Wyron regarding Montana issues and follow-up regarding same. | 2.20 |
| 04/25/12 | R. Wyron | Work on Garlock issues for May 1 hearing and follow-up. | 2.10 |
| 04/25/12 | R. Frankel | Review issues, e-mails re status of settlement arguments (.4); telephone conference with J. Aldock re same (.4). | 0.80 |
| 04/25/12 | R. Frankel | Review issues re equitable mootness. | 1.40 |
| 04/25/12 | R. Frankel | Review final status report to 3rd Circuit. | 0.30 |
| 04/26/12 | D. Felder | Conferences with R. Frankel regarding Garlock's motion for reconsideration (.3); research and note issues regarding same (2.5); research regarding response to Montana (1.5); begin drafting response regarding same (1.0). | 5.30 |
| 04/26/12 | D. Felder | Review Garlock briefs filed in District Court. | 0.50 |
| 04/26/12 | R. Wyron | Review transcripts of Garlock arguments to prepare for May 1 hearing (1.3); review pleadings and briefs (1.1); meet with Grace and ACC counsel re hearing and follow-up (3.1); respond to e-mails re hearing and settlement status (.3). | 5.80 |
| 04/26/12 | R. Frankel | Review Garlock pleadings re reconsiderations, reargument, reply and sur-reply (1.4); prepare notes re arguments (.8). | 2.20 |
| 04/26/12 | R. Frankel | Review transcript, orders appointing FCR from bankruptcy court (.8); review bar date notices re contribution claims (asbestos) (.6); confer with D. Felder re same (.2). | 1.60 |
| 04/26/12 | R. Frankel | Confer with R. Wyron and prepare for meeting at Kirkland. | 0.60 |
| 04/26/12 | R. Frankel | Confer with J. Donley, A. Paul, R. Wyron, P. Lockwood, C. Landau in preparation for USDC oral argument and follow-up re same (3.6); e-mails, notes re same (.3). | 3.90 |
| 04/26/12 | R. Frankel | Telephone conference with D. Austern re status of hearing; prepare for same. | 0.30 |
| 04/27/12 | D. Felder | Review issues regarding Garlock's motion for reconsideration and conference with R. Frankel regarding same (2.8); review case law regarding Montana issues (1.6). | 4.40 |
| 04/27/12 | R. Frankel | Review Garlock appeal brief, Plan Proponents' main brief and Garlock's reply brief in preparation for May 8 argument. | 2.80 |
| 04/30/12 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 04/30/12 | D. Felder | Research regarding Montana issues (3.0); draft response letter regarding same (5.0). | 8.00 |
| 04/30/12 | R. Wyron | Review case law re Montana issues (.8); work on draft response (.9). | 1.70 |
| 04/30/12 | R. Frankel | Confer with R. Wyron re Garlock motion for reconsideration, hearing. | 0.30 |
| 04/30/12 | R. Frankel | Review with R. Wyron logistics for hearing, status of BNSF-Libby settlement. | 0.30 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -                    May 9, 2012
17367                                                                              Invoice No. 1363185
page 7

| 04/30/12 | R. Frankel | Prepare outline of argument before Judge Buckwalter re FCR related issues (1.9); review code classification issues (.7). | 2.60 |
| 04/30/12 | R. Frankel | Confer with R. Wyron re estoppel argument on motion for reconsideration. | 0.40 |

|  | Total Hours | 156.60 |  |
|  | Total For Services |  | $137,306.50 |

| Timekeeper Summary | Hours | Rate | Amount |
| --- | --- | --- | --- |
| Debra Felder | 32.80 | 650.00 | 21,320.00 |
| Roger Frankel | 69.00 | 995.00 | 68,655.00 |
| Debra O. Fullem | 1.00 | 270.00 | 270.00 |
| Mary A. Wallace | 0.10 | 740.00 | 74.00 |
| Richard H. Wyron | 53.70 | 875.00 | 46,987.50 |
| Total All Timekeepers | 156.60 | $876.80 | $137,306.50 |

Disbursements
| Document Reproduction | 102.40 |  |
| Other Business Meals | 5.70 |  |
| Telephone | 0.00 |  |
| Total Disbursements |  | $108.10 |

**Total For This Matter**                    **$137,414.60**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 8

May 9, 2012
Invoice No. 1363185

For Legal Services Rendered Through April 30, 2012 in Connection With:

**Matter: 11 - Compensation of Professionals - Other**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 04/05/12 | D. Fullem | Coordinate finalizing, filing, serving of Lincoln's November monthly fee application. | 1.00 |
| 04/25/12 | D. Fullem | Prepare CNO for Lincoln's November fee application and CNO for D. Austern's December fee application. | 0.80 |
| 04/25/12 | D. Felder | Review CNOs for Lincoln and D. Austern fee applications and e-mail correspondence with D. Fullem regarding same. | 0.20 |
| 04/26/12 | D. Fullem | Coordinate filing/serving of CNOs for Lincoln and D. Austern. | 0.50 |

Total Hours     2.50
Total For Services     $751.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 0.20 | 650.00 | 130.00 |
| Debra O. Fullem | 2.30 | 270.00 | 621.00 |
| Total All Timekeepers | 2.50 | $300.40 | $751.00 |

**Total For This Matter**          **$751.00**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 9

May 9, 2012
Invoice No. 1363185

For Legal Services Rendered Through April 30, 2012 in Connection With:

**Matter: 13 - Compensation of Professionals - Orrick**

| | | | |
|---|---|---|---|
| 04/01/12 | R. Wyron | Review and respond to fee auditor's inquiry. | 0.40 |
| 04/02/12 | D. Fullem | Review R. Wyron revisions to response to fee auditor's initial report for Oct-Dec 2011; revise response. | 0.90 |
| 04/03/12 | R. Wyron | Review response to fee auditor and back-up. | 0.40 |
| 04/04/12 | R. Wyron | Review March prebill. | 0.30 |
| 04/05/12 | D. Fullem | Review response to fee auditor initial report; follow-up with R. Wyron. | 0.20 |
| 04/05/12 | D. Fullem | Update fee/expense charts and circulate to R. Frankel and R. Wyron. | 0.30 |
| 04/05/12 | D. Fullem | Review March pre-bill. | 1.00 |
| 04/06/12 | D. Fullem | Confer with R. Wyron re response to fee auditor's initial report and follow-up. | 0.50 |
| 04/06/12 | D. Fullem | Review and respond to e-mail from D. Felder March prebill. | 0.20 |
| 04/06/12 | R. Wyron | Review response to fee auditor and follow-up. | 0.40 |
| 04/09/12 | D. Felder | Review March prebill. | 1.00 |
| 04/10/12 | D. Felder | Review issue regarding response to fee auditor's report and conference with H. Quinn regarding same. | 0.20 |
| 04/13/12 | D. Fullem | Review e-mails and follow-up on expense issue. | 0.80 |
| 04/16/12 | D. Fullem | Follow-up with R. Wyron regarding expense information in reply to fee auditor's initial report. | 0.90 |
| 04/17/12 | D. Fullem | Confer with R. Wyron regarding revisions to response to fee auditor's initial report (.2); revise same (.3); finalize (.2); prepare e-mail to B. Ruhlander (.2). | 0.90 |
| 04/17/12 | D. Fullem | Review recently filed fee applications. | 0.20 |
| 04/19/12 | D. Fullem | Begin draft of March fee application. | 1.00 |
| 04/20/12 | D. Fullem | Prepare update to fee/expense charts. | 0.20 |
| 04/20/12 | D. Felder | Review CNO for February fee application (.2); review March fee application and e-mail correspondence to D. Fullem regarding same (.5). | 0.70 |
| 04/23/12 | D. Fullem | Update draft of March fee application; e-mail to R. Wyron for review. | 0.40 |
| 04/23/12 | D. Fullem | Update fee/expense charts. | 0.30 |
| 04/23/12 | R. Wyron | Review monthly fee application and follow-up. | 0.40 |
| 04/24/12 | D. Fullem | Prepare Orrick's March fee application. | 1.20 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 10

May 9, 2012
Invoice No. 1363185

| 04/24/12 | D. Fullem | E-mail to C. Hartman regarding filing of March fee application. | 0.20 |
| 04/25/12 | D. Fullem | Finalize March fee application. | 0.50 |
| 04/26/12 | D. Fullem | Review previously filed fee applications. | 0.50 |

Total Hours 14.00
Total For Services $5,651.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 1.90 | 650.00 | 1,235.00 |
| Debra O. Fullem | 10.20 | 270.00 | 2,754.00 |
| Richard H. Wyron | 1.90 | 875.00 | 1,662.50 |
| Total All Timekeepers | 14.00 | $403.68 | $5,651.50 |

Disbursements
Postage 3.00
Total Disbursements $3.00

**Total For This Matter** **$5,654.50**

**\* \* \* COMBINED TOTALS \* \* \***

Total Hours 173.10
Total Fees, all Matters $143,709.00
Total Disbursements, all Matters $111.10
Total Amount Due $143,820.10