# EXHIBIT "B"

*Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:(302) 575-1555    Fax:   (302) 575-1714

WR Grace PD Committee                              Jan. 1, 2012    to    Jan. 31, 2012

                                                     Inv  #:        42539

**RE:**     WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 13.20 | 4,081.50 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 0.10 | 36.00 |
| B18 | Fee Applications, Others - | 1.90 | 360.00 |
| B25 | Fee Applications, Applicant - | 2.80 | 528.00 |
| B36 | Plan and Disclosure Statement - | 0.60 | 162.00 |
| B37 | Hearings - | 0.20 | 72.00 |
| B41 | Relief from Stay Litigation - | 0.40 | 144.00 |
| | **Total** | **19.20** | **$5,383.50** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lisa L. Coggins | 300.00 | 2.00 | 600.00 |
| Regina Matozzo | 225.00 | 3.90 | 877.50 |
| Theodore J. Tacconelli | 360.00 | 9.10 | 3,276.00 |
| Legal Assistant - KC | 150.00 | 4.20 | 630.00 |
| **Total** | | **19.20** | **$5,383.50** |

**Total Disbursements**                                                          $317.44

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Jan-03-12 | *Case Administration* - Review case management memo re: week ending 12-30-2011 | 0.10 | LLC |
| | *Case Administration* - Confer with TJT re: status of matter and remaining issues | 0.20 | LLC |
| | *Fee Applications, Others*  - Review Bilzin Nov. 2011 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Others*  - Confer with KC re: revisions to Bilzin Nov. 2011 fee app | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review Nov. 2011 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Confer with KC re: revision to Nov. 2011 fee app | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.10 | RM |
| | *Case Administration* - Review main docket re: status for week ending 12/30/11; memo to T. Tacconelli and L. Coggins re: same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Conference with M. Joseph and L. Coggins re: status of confirmation appeal | 0.30 | TJT |
| | *Case Administration* - Review case status memo for week ending 12/30 | 0.10 | TJT |
| Jan-04-12 | *Case Administration* -  Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Fee Applications, Others*  - Prepare Nov. 2011 monthly fee app and related documents for efiling and file and service of same | 0.30 | KC |
| | *Fee Applications, Applicant* - Prepare Nov. 2011 monthly fee app and related documents for efiling; efile and service of same | 0.30 | KC |
| Jan-05-12 | *Case Administration* - Review notice of address change for Bryan Cave and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review notice of address change for SEC and forward same to KC | 0.10 | LLC |
| | *Case Administration* -  Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - review Daily Memos | 0.10 | TJT |
| | *Case Administration* -review Amended 2019 Statement by David Law firm | 0.10 | TJT |
| Jan-06-12 | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Case Administration* - Review Order re: Garlock's Motion to Consolidate and Expedite Appeals | 0.10 | TJT |
| | *Case Administration* - Review Notice of Change of Name for Holme Roberts | 0.10 | TJT |
| | *Case Administration* - Review checks received for holdback amounts; update chart and discussion with T. Tacconelli re: same | 0.20 | KC |
| Jan-07-12 | *Case Administration* - Review four miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| Jan-08-12 | *Case Administration* - Review Notice of Change of Address for SEC | 0.10 | TJT |
| | *Relief from Stay Litigation* - Review Certificate of Counsel filed by Debtors re: Interwest Motion to Lift Stay | 0.10 | TJT |
| | *Relief from Stay Litigation* - Review Stipulation between Debtors and | 0.20 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | Interwest | | |
| Jan-09-12 | *Case Administration* - Review case management memo re: week ending 1-6-2012 | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review main docket re: status for week ending 1/6/12; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review case status memo for week ending 1/6 | 0.10 | TJT |
| | *Case Administration* - Review Order re: C. Jurgens request for hearing re: NY Hillside claim | 0.10 | TJT |
| | *Case Administration* - Review certificate of no objection filed by Debtors re: Motion for 2nd Amendment of Post Petition Credit Facility | 0.10 | TJT |
| Jan-10-12 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Case Administration* - Review notice of change of address and notice of change of firm name forwarded by LLC on 1-5-12, review 2002 service list accordingly | 0.10 | KC |
| | *Fee Applications, Others* - Retrieve email from L. Flores re: Bilzin December 2011 fee application | 0.10 | KC |
| Jan-11-12 | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| Jan-12-12 | *Case Administration* - Review 29th Supplemental Affidavit of K&E with attachments | 0.10 | TJT |
| Jan-13-12 | *Case Administration* - Review Statement by AC&S in Garlock Appeal 11-1130 | 0.10 | TJT |
| | *Hearings* - Review agenda for 1/23 hearing | 0.10 | TJT |
| Jan-14-12 | *Case Administration* - Review affidavit of Dow Lohnes PLLC | 0.10 | TJT |
| | *Case Administration* - Review Statement by US Mineral in Garlock Appeal 11-130 | 0.10 | TJT |
| | *Case Administration* - Review Answering Brief by Armstrong World Industries in Garlock Appeal 11-1130 | 0.30 | TJT |
| | *Case Administration* - Review Answering Brief by UST in Garlock Appeal 11-1130 | 0.20 | TJT |
| | *Case Administration* - Review Answering Brief by Kazan, McLain, et al., in Garlock Appeal 11-1130 | 0.90 | TJT |
| Jan-15-12 | *Case Administration* - Review Answering Brief by Owens Corning in Garlock Appeal 11-1130 | 0.30 | TJT |
| | *Case Administration* - Review Answering Brief by PI Committee in Garlock Appeal 11-1130 | 0.70 | TJT |
| Jan-16-12 | *Case Administration* - Review agenda re: 1-23 hearing | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review main docket re: status for week ending 1/13/12; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review case status memo for week ending 1/13 | 0.10 | TJT |
| | *Case Administration* - Review miscellaneous certificates of no objection | 0.10 | TJT |

| Date | Description | Hours | Initials |
|---|---|---|---|
| | filed by Debtors | | |
| | *Case Administration* - Review Debtor's Statement of Amounts Paid to OCP | 0.10 | TJT |
| | *Case Administration* - Update quarterly fee application tracking spreadsheet with Nov. 2011, Oct. 2011 data | 0.30 | KC |
| | *Fee Applications, Others* - Download Bilzin Dec. 2011 monthly fee application; revisions to notice | 0.20 | KC |
| Jan-17-12 | *Case Administration* - Review case management memo re: week ending 1-13-2012 | 0.10 | LLC |
| | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| Jan-18-12 | *Case Administration* - Review order approving 2nd Amendment to Post Petition Credit Facility | 0.10 | TJT |
| | *Relief from Stay Litigation* - Review Order approving stipulation resolving Intrawest Motion for Relief from Stay | 0.10 | TJT |
| Jan-19-12 | *Hearings* - Review Amended Agenda for 1/23 hearing | 0.10 | TJT |
| | *Fee Applications, Applicant* - Prepare draft prebill for Dec. 2011 monthly fee app; to TJT for review | 0.20 | KC |
| Jan-20-12 | *Case Administration* - Review Fee Auditor's Final Report re: K&E 42st Interim Period | 0.10 | TJT |
| | *Case Administration* - Review Answering Brief by Peter Angelos, et al. re: Garlock Appeal 11-1130 | 1.20 | TJT |
| | *Fee Applications, Applicant* - Review and revise Ferry Joseph & Pearce December prebill | 0.30 | TJT |
| Jan-23-12 | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| Jan-24-12 | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Fee Applications, Others* - Draft Certificate of No Objection to Bilzin Nov. 2011 fee app | 0.20 | KC |
| | *Fee Applications, Applicant* - Draft CNO to Nov. 2011 monthly fee app | 0.20 | KC |
| | *Fee Applications, Applicant* - Review T. Tacconelli revisions to Dec. 2011 prebill; correct same in preparation for filing as exhibit to Dec. 2011 monthly fee app | 0.20 | KC |
| Jan-25-12 | *Case Administration* - Review case management memo re: week ending 1-20-2012 | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review main docket re: status for week ending 1/20/12; memo to T. Tacconelli and L. Coggins re: same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review case status memo for week ending 1/20 | 0.10 | TJT |
| | *Fee Applications, Others* - Review docket for objections to Nov.2011 monthly fee application | 0.10 | KC |
| | *Fee Applications, Applicant* - Review docket for objections to Nov. 2011 monthly fee application | 0.10 | KC |
| Jan-26-12 | *Fee Applications, Others* - Review Certificate of No Objection re: Bilzin Nov. 2011 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review CNO re: Nov. 2011 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Fee Applications, Others* - Prepare CNO to Bilzin's Nov. 2011 fee app for efiling, efile and service of same | 0.30 | KC |

|  |  |  |  |
|---|---|---|---|
|  | *Fee Applications, Applicant - Prepare Certificate of No Objection to Nov. 2011 fee app for filing; efile and service of same* | 0.30 | KC |
| Jan-27-12 | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
|  | *Fee Applications, Applicant* - Finalize invoice and prepare as exhibit to Dec 2011 monthly fee app | 0.30 | KC |
|  | *Fee Applications, Applicant* - Draft notice, fee app, cos for Dec. 2011 monthly fee fee request; to LLC for review | 0.30 | KC |
| Jan-28-12 | *Case Administration* - Review Debtors 42 Quarterly Report of Settlements | 0.10 | TJT |
|  | *Case Administration* - Review Debtor's Motion to Extend Term of Credit Agreement for ART | 0.20 | TJT |
| Jan-29-12 | *Case Administration* - Review Debtor's 42 Quarterly Report of Asset Sales | 0.10 | TJT |
|  | *Case Administration* - Review Debtor's Motion to Make 2012 Pension Contributions with attachments | 0.50 | TJT |
| Jan-30-12 | *Fee Applications, Others* - Prepare Bilzin Dec. 2011 fee application for filing, to LLC for review | 0.20 | KC |
|  | *Fee Applications, Applicant* - Prepare Dec. 2011 fee application for efiling, efile and service of same | 0.30 | KC |
| Jan-31-12 | *Case Administration* - Confer with TJT re: District Court decision and appeal and potential effects thereof | 0.20 | LLC |
|  | *Case Administration* - Review notice of withdrawal of appearance and forward same to KC | 0.10 | LLC |
|  | *Fee Applications, Others* - Review Bilzin Dec. 2011 fee app and confer with KC re: filing of same | 0.20 | LLC |
|  | *Case Administration* - Review Notice of Withdrawal of Appearance by T. Richardson | 0.10 | TJT |
|  | *Case Administration* - Review Notice of Substitution of Counsel for GEICO | 0.10 | TJT |
|  | Committee, Creditors', Noteholders' or -Review correspondence from J. Sakalo to Committee re: Memorandum Opinion and Order re: confirmation appeals | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Prepare correspondence to J. Sakalo re: Memorandum Opinion and Order re: confirmation appeals | 0.20 | TJT |
|  | Totals | 19.20 |  |

## DISBURSEMENTS

| | | |
|---|---|---|
| Jan-04-12 | Photocopy Cost | 0.60 |
|  | Photocopy Cost | 0.60 |
|  | Photocopy Cost | 5.40 |
|  | Photocopy Cost | 0.60 |
|  | Photocopy Cost | 0.60 |
| Jan-09-12 | Cost Advance -   Digital Legal - copies/service (Inv # 62392) | 72.76 |
| Jan-12-12 | Cost Advance - First State Deliveries - hand deliveries 12/27/11 | 45.00 |
| Jan-13-12 | Cost Advance - First State Deliveries - hand deliveries 1/4/12 | 7.50 |
| Jan-14-12 | Photocopy Cost | 4.00 |
|  | Photocopy Cost | 4.00 |
|  | Photocopy Cost | 1.40 |
|  | Photocopy Cost | 5.90 |

|            |                                                                                      |         |
|------------|--------------------------------------------------------------------------------------|---------|
|            | Photocopy Cost                                                                       | 0.60    |
|            | Photocopy Cost                                                                       | 1.10    |
|            | Photocopy Cost                                                                       | 0.50    |
|            | Photocopy Cost                                                                       | 1.50    |
|            | Photocopy Cost                                                                       | 2.00    |
|            | Photocopy Cost                                                                       | 1.10    |
|            | Photocopy Cost                                                                       | 4.80    |
|            | Photocopy Cost                                                                       | 1.70    |
|            | Photocopy Cost                                                                       | 1.60    |
|            | Photocopy Cost                                                                       | 1.10    |
| Jan-19-12  | Photocopy Cost                                                                       | 0.60    |
| Jan-24-12  | Photocopy Cost                                                                       | 0.70    |
| Jan-25-12  | Cost Advance - Pacer Service Center - 10/1/11 - 12/31/11 (TJT) Account # FJ0093      | 48.80   |
| Jan-26-12  | Photocopy Cost                                                                       | 3.40    |
| Jan-27-12  | Photocopy Cost                                                                       | 0.60    |
|            | Photocopy Cost                                                                       | 0.60    |
| Jan-30-12  | Photocopy Cost                                                                       | 0.70    |
|            | Photocopy Cost                                                                       | 3.00    |
|            | Cost Advance - Pacer Service Center - 10/1/11 - 12/31/11 (RSM) Account # FJ0091      | 32.96   |
|            | Cost Advance - Pacer Service Center - 10/1/11 - 12/31/11 (RM) Account # FJ0497       | 16.72   |
| Jan-31-12  | Cost Advance - First State Deliveries - 6 hand deliveries 1/26/12                    | 45.00   |
|            | Totals                                                                               | $317.44 |

**Total Fees & Disbursements**                                                                        $5,700.94

## *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:(302) 575-1555  Fax: (302) 575-1714

WR Grace PD Committee    Feb.1, 2012   to   Feb. 29, 2012

Inv #:    42945

RE:  WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 7.30 | 2,004.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 0.50 | 180.00 |
| B18 | Fee Applications, Others - | 2.40 | 390.00 |
| B25 | Fee Applications, Applicant - | 3.70 | 663.00 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 2.60 | 936.00 |
| B36 | Plan and Disclosure Statement - | 14.50 | 5,139.00 |
| B37 | Hearings - | 0.60 | 216.00 |
| B43 | Claims Administration and Analysis (Non-Asbestos) | 0.10 | 36.00 |
| B45 | Professional Retention Issues - | 0.10 | 36.00 |
| | **Total** | **31.80** | **$9,600.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lisa L. Coggins | 300.00 | 1.70 | 510.00 |
| Regina Matozzo | 225.00 | 3.60 | 810.00 |
| Theodore J. Tacconelli | 360.00 | 20.50 | 7,380.00 |
| Legal Assistant - KC | 150.00 | 6.00 | 900.00 |
| **Total** | | **31.80** | **$9,600.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements**    $785.99

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Feb-01-12 | *Case Administration* - Review case management memo re: week ending 1-27-2012 | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review main docket re: status for week ending 1/27/12; memo to T. Tacconelli and L. Coggins re: same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.20 | RM |
| | *Case Administration* - Review case status memo for week ending 1/27 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Research re: transfer of Insurance policies to PI Trust | 0.50 | TJT |
| | *Case Administration* - Review memo from T. Tacconelli with copy of check; update payments received tracking chart; memo to TJT | 0.20 | KC |
| | *Case Administration* -Review 2002 service list re: notice of substitution of counsel | 0.10 | KC |
| | *Case Administration* - Review 2002 service list re: notice of withdrawal | 0.10 | KC |
| | *Fee Applications, Others* - Prepare Bilzin Dec. 2011 monthly fee app for efiling; efile and service of same | 0.30 | KC |
| Feb-02-12 | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Confer with R. Matozzo re: daily memos | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review articles re: Libby Settlement | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Confer with R. Miller re: Libby Settlement | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review order dismissing certain Fee apps. | 0.10 | TJT |
| Feb-04-12 | *Plan and Disclosure Statement* - Start reviewing Memorandum Opinion re: confirmation appeals | 1.80 | TJT |
| Feb-05-12 | *Plan and Disclosure Statement* - Continue reviewing Memorandum Opinion re: confirmation appeals | 1.90 | TJT |
| | *Plan and Disclosure Statement* - Prepare correspondence to J. Sakalo re: Motion for Reconsideration filed by Garlock | 0.20 | TJT |
| Feb-06-12 | *Case Administration* - Review Notice of Withdrawal of Document by Equity Committee | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Complete review of Memorandum Opinion re: confirmation appeals | 3.80 | TJT |
| Feb-07-12 | *Case Administration* - Confer with TJT re: recent Buckwalter decision and status of case | 0.20 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review main docket re: status for week ending 2/3/12; memo to T. Tacconelli and L. Coggins re: same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review Case Status Memo for week ending 2/3 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Garlock's Motion for Reargument with attachments | 1.80 | TJT |
| | *Plan and Disclosure Statement* - Research re: transfer of insurance policies to PI Trust | 0.10 | TJT |
| Feb-08-12 | *Case Administration* - Review case management memo re: week ending 2-3-2012 | 0.10 | LLC |
| | *Case Administration* - Review Daily memos | 0.10 | TJT |
| | *Fee Applications, Others* - Review e-mail from L. Flores with attached | 0.20 | KC |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | Bilzin Oct- Dec 2011 Quarterly fee application; download same | | |
| | *Fee Applications, Applicant* - Begin review of file in preparation of drafting quarterly fee app for Oct, Nov. Dec. 2011 | 0.30 | KC |
| Feb-09-12 | *Case Administration* - Review Notice of Withdrawal of document by Equity Committee | 0.10 | TJT |
| | *Fee Applications, Others* - Prepare Bilzin quarterly fee application for efiling, draft Notice, certificate of service of same | 0.50 | KC |
| | *Fee Applications, Applicant* - Continued preparation of draft of quarterly fee application for Oct-Dec. 2011 | 0.50 | KC |
| Feb-10-12 | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Supplemental Objection by Debtors to NY Hillside Claim No. 2114 | 0.20 | TJT |
| Feb-11-12 | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Notice of Withdrawal by Debtors of the Supplemental Objection by Debtors to NY Hillside Claim No. 2114 | 0.10 | TJT |
| Feb-13-12 | *Case Administration* - Review amended 2019 Statement filed by Baron & Budd | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review re-filed Supplemental Objection by Debtors to NY Hillside Claim No. 2114 | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review Plan Proponent's Motion to Amend Memorandum Opinion with attachment | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review BNSF's Motion to Extend Time for Appeal | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Prepare correspondence to J. Sakalo re: Plan Proponent's Motion to Amend Memorandum Opinion | 0.20 | TJT |
| | *Claims Administration and Analysis (Non-Asbestos)* Review Debtor's Statement re: Debtor's Motion to Amend Retention of PWC | 0.10 | TJT |
| | *Case Administration* - Discussion with LLC re: end of case issues | 0.20 | KC |
| Feb-14-12 | *Case Administration* - Review notice of address change and forward same to KC | 0.10 | LLC |
| | *Fee Applications, Others* - Review Bilzin quarterly fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review Notice of Entry of Confirmation Order filed by Debtors | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Sealed Air/Fresenius Joint Motion to Amend Memorandum Opinion with attachment | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Prepare correspondence to J. Sakalo re: Sealed Air/Fresenius Joint Motion to Amend Memorandum Opinion | 0.20 | TJT |
| | *Fee Applications, Others* - Prepare Exhibit "C" invoices for filing with quarterly fee app for Oct-Dec 2011 | 0.20 | KC |
| | *Fee Applications, Others* - Prepare Bilzin quarterly fee app for Oct. 2011 through Dec. 2011 for efiling, efile and service of same | 0.30 | KC |
| | *Fee Applications, Applicant* - Continued preparation of quarterly fee app for Oct-Dec. 2011 | 0.30 | KC |
| Feb-15-12 | *Case Administration* - Confer with TJT re: debtor's notice of entry of order confirming the first amended plan and related issues | 0.10 | LLC |
| | *Case Administration* - Confer with LLC re: Notice of Entry of Confirmation order and related issues | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* -Review correspondence from committee member re: status of confirmation appeals and respond to committee member | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Appeal by Bank Lender Group | 0.10 | TJT |
| | *Case Administration* - E-mail from LLC with attached notice of address | 0.10 | KC |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | Bilzin Oct- Dec 2011 Quarterly fee application; download same | | |
| | *Fee Applications, Applicant* - Begin review of file in preparation of drafting quarterly fee app for Oct, Nov. Dec. 2011 | 0.30 | KC |
| Feb-09-12 | *Case Administration* - Review Notice of Withdrawal of document by Equity Committee | 0.10 | TJT |
| | *Fee Applications, Others* - Prepare Bilzin quarterly fee application for efiling, draft Notice, certificate of service of same | 0.50 | KC |
| | *Fee Applications, Applicant* - Continued preparation of draft of quarterly fee application for Oct-Dec. 2011 | 0.50 | KC |
| Feb-10-12 | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Supplemental Objection by Debtors to NY Hillside Claim No. 2114 | 0.20 | TJT |
| Feb-11-12 | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Notice of Withdrawal by Debtors of the Supplemental Objection by Debtors to NY Hillside Claim No. 2114 | 0.10 | TJT |
| Feb-13-12 | *Case Administration* - Review amended 2019 Statement filed by Baron & Budd | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review re-filed Supplemental Objection by Debtors to NY Hillside Claim No. 2114 | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review Plan Proponent's Motion to Amend Memorandum Opinion with attachment | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review BNSF's Motion to Extend Time for Appeal | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Prepare correspondence to J. Sakalo re: Plan Proponent's Motion to Amend Memorandum Opinion | 0.20 | TJT |
| | *Claims Administration and Analysis (Non-Asbestos)* Review Debtor's Statement re: Debtor's Motion to Amend Retention of PWC | 0.10 | TJT |
| | *Case Administration* -  Discussion with LLC re: end of case issues | 0.20 | KC |
| Feb-14-12 | *Case Administration* - Review notice of address change and forward same to KC | 0.10 | LLC |
| | *Fee Applications, Others* - Review Bilzin quarterly fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review Notice of Entry of Confirmation Order filed by Debtors | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Sealed Air/Fresenius Joint Motion to Amend Memorandum Opinion with attachment | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Prepare correspondence to J. Sakalo re: Sealed Air/Fresenius Joint Motion to Amend Memorandum Opinion | 0.20 | TJT |
| | *Fee Applications, Others* -  Prepare Exhibit "C" invoices for filing with quarterly fee app for Oct-Dec 2011 | 0.20 | KC |
| | *Fee Applications, Others* - Prepare Bilzin quarterly fee app for Oct. 2011 through Dec. 2011 for efiling, efile and service of same | 0.30 | KC |
| | *Fee Applications, Applicant* -  Continued preparation of quarterly fee app for Oct-Dec. 2011 | 0.30 | KC |
| Feb-15-12 | *Case Administration* - Confer with TJT re: debtor's notice of entry of order confirming the first amended plan and related issues | 0.10 | LLC |
| | *Case Administration* - Confer with LLC re: Notice of Entry of Confirmation order and related issues | 0.10 | TJT |
| | *Committee, Creditors', Noteholders'* or -Review correspondence from committee member re: status of confirmation appeals and respond to committee member | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Appeal by Bank Lender Group | 0.10 | TJT |
| | *Case Administration* - E-mail from LLC with attached notice of address | 0.10 | KC |

| Date | Description | Hours | Initials |
|---|---|---|---|
| | change; review 2002 service list accordingly | | |
| Feb-16-12 | *Case Administration* - Review order changing May, 2012 Omnibus hearing date | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* -Prepare correspondence to committee member re: status of confirmation appeals | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review proposed order by BNSF re: Motion to Extend Time to Appeal | 0.10 | TJT |
| Feb-17-12 | *Case Administration* - Review Certificate of No Objection filed by Debtors re: Debtor's Motion to Make 2012 Pension Contributions | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Debtor's Motion to Approve Settlement with NuStar and Sampson with attachments | 1.20 | TJT |
| Feb-18-12 | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Finish review Debtor's Motion to Approve Settlement with NuStar and Sampson with attachments | 0.80 | TJT |
| Feb-19-12 | *Case Administration* - Review Certificate of No Objection filed by Debtors re: Debtor's Motion to Amend Credit Agreement with ART | 0.10 | TJT |
| Feb-20-12 | *Case Administration* - Review correspondence from B. Ruhlander re: 42nd Quarterly Fee Apps | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review response by C. Jurgens re: Debtor's Supplemental Objection to claim by NY Hillside | 0.10 | TJT |
| Feb-21-12 | *Case Administration* - E-mail from B. Ruhlander re: fee auditor's final report re: fee apps with no issues, review same and forward to KC | 0.20 | LLC |
| | *Case Administration* - Review case management memo re: week ending 2-17-2012 | 0.10 | LLC |
| | *Case Administration* - Review notice of agenda re: 2-27 hearing | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review main docket re: status for week ending 2/17/12; memo to T. Tacconelli and L. Coggins re: same | 0.40 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review case status memo for Week ending 2/17 | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re: 42nd Interim Period re: no objections | 0.10 | TJT |
| | *Hearings* - Review agenda for 2/27 hearing | 0.10 | TJT |
| Feb-22-12 | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review Order authorizing Debtors to make 2012 pension contributions | 0.10 | TJT |
| | *Case Administration* - Review Order extending term of credit agreement for ART | 0.10 | TJT |
| | *Fee Applications, Applicant* - Complete draft of 43rd Quarterly fee app; to LLC for review | 0.50 | KC |
| Feb-23-12 | *Fee Applications, Applicant* - Review 43rd Quarterly fee app for filing | 0.10 | LLC |
| | *Plan and Disclosure Statement* - Review Plan Proponents Answering Brief re: Garlock Motion for Reargument | 0.30 | TJT |
| | *Professional Retention Issues* - Review order amending retention order for PWC | 0.10 | TJT |
| Feb-24-12 | *Plan and Disclosure Statement* - Review AMH Motion to Extend Time for Appeal | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Docketing Appeal in 3rd Circuit 12-1402 | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Plan and Disclosure Statement* - Review Order staying appeal 12-1402 | 0.10 | TJT |
| | *Fee Applications, Others* - Review docket re: objections to Dec. 2011 fee app | 0.10 | KC |
| | *Fee Applications, Others* - Draft CNO to Bilzin's Dec. 2011 fee app | 0.20 | KC |
| | *Fee Applications, Applicant* - Prepare 43rd Quarterly fee app for filing; efile and coordinate service of same | 0.40 | KC |
| | *Fee Applications, Applicant* - Review docket re: objections to Bilzin's Dec. 2011 fee app | 0.10 | KC |
| | *Fee Applications, Applicant* - Draft CNO to Dec. 2011 fee app | 0.20 | KC |
| Feb-25-12 | *Case Administration* - Review four miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review Post Confirmation Quarterly Report | 0.10 | TJT |
| Feb-26-12 | *Hearings* - Review matters on agenda for 2/27 Hearing | 0.50 | TJT |
| Feb-27-12 | *Case Administration* - Review case management memo re: week ending 2-24-2012 | 0.10 | LLC |
| | *Fee Applications, Others* - Review CNO re: Bilzin Dec. 2011 fee app | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review CNO re: Dec. 2011 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review main docket re: status for week ending 2/25/12; memo to T. Tacconelli and L. Coggins re: same | 0.30 | RM |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.50 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights; e-mail to T. Tacconelli | 0.20 | RM |
| | *Case Administration* - Review case status memo for week ending 2/24 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Research re: Transfer of Insurance Policies to PI Trust | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Order granting BNSF's Motion to Extend Time to File Appeal | 0.10 | TJT |
| | *Fee Applications, Others* - Prepare CNO re: Bilzin Dec. 2011 fee app for filing, efile and service of same | 0.30 | KC |
| | *Fee Applications, Applicant* - Draft and review Jan. 2012 prebill, to TJT for review | 0.20 | KC |
| | *Fee Applications, Applicant* - Prepare CNO re: Dec. 2011 fee app for filing, efile and service of same | 0.30 | KC |
| Feb-28-12 | *Case Administration* - E-mail from M. Dearo (?) re: Libby's response to motion to amend memorandum decision | 0.10 | LLC |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review and revise Ferry Joseph and Pearce January Pre bill, confer with K. Callahan re: same | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review Libby Response to Motions to Amend Memorandum Opinion | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Confer with R. Miller re: Libby Response to Motions to Amend Memorandum Opinion and related issues | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review Garlock's Motion to Stay Order Confirming Plan | 0.50 | TJT |
| Feb-29-12 | *Fee Applications, Applicant* - Review monthly fee app for Jan. 2012 for filing | 0.10 | LLC |
| | *Plan and Disclosure Statement* - Review Notice of Appeal by Her Majesty the Queen | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Appearance by | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | Fresenius in appeal | | |
| | *Fee Applications, Others* - E-mail from L. Flores re: Bilzin's Jan 2012 fee app | 0.10 | KC |
| | *Fee Applications, Applicant* - Prepare 129th monthly fee app for Jan. 2012 for filing, efile and service of same | 0.30 | KC |
| | Totals | 31.80 | |

### DISBURSEMENTS

| | | |
|---|---|---|
| Feb-01-12 | Photocopy Cost | 2.20 |
| | Photocopy Cost | 2.80 |
| Feb-04-12 | Photocopy Cost | 1.00 |
| Feb-07-12 | Photocopy Cost | 5.40 |
| | Photocopy Cost | 2.00 |
| | Photocopy Cost | 6.00 |
| | Photocopy Cost | 5.60 |
| | Photocopy Cost | 3.10 |
| | Photocopy Cost | 4.30 |
| | Photocopy Cost | 3.10 |
| Feb-09-12 | Photocopy Cost | 0.90 |
| Feb-14-12 | Photocopy Cost | 6.80 |
| | Photocopy Cost | 1.70 |
| | Photocopy Cost | 1.90 |
| Feb-15-12 | Photocopy Cost | 0.90 |
| | Photocopy Cost | 1.30 |
| | Cost Advance - First State Deliveries - hand delivery 1/30/12 | 7.50 |
| Feb-22-12 | Photocopy Cost | 1.30 |
| | Photocopy Cost | 1.10 |
| | Photocopy Cost | 1.40 |
| Feb-24-12 | Photocopy Cost | 7.20 |
| | Cost Advance - First State Deliveries - hand delivery | 7.50 |
| Feb-27-12 | Photocopy Cost | 0.60 |
| | Photocopy Cost | 2.40 |
| | Photocopy Cost | 2.40 |
| Feb-28-12 | Photocopy Cost | 0.60 |
| | Photocopy Cost | 0.70 |
| | Cost Advance - Blue Marble Logistics - hand deliveries (Inv  # 17214) | 199.50 |
| Feb-29-12 | Photocopy Cost | 3.00 |
| | Cost Advance -   Blue Marble Logistics - copies/service (Inv # 57972) | 501.79 |
| | Totals | $785.99 |

**Total Fees & Disbursements**			$10,385.99

## Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:(302) 575-1555    Fax: (302) 575-1714

WR Grace PD Committee                         March 1, 2012 to    March 31, 2012

Inv #:    43287

RE:    WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 8.80 | 2,622.00 |
| B18 | Fee Applications, Others - | 2.60 | 477.00 |
| B25 | Fee Applications, Applicant - | 3.00 | 579.00 |
| B3  | Claims Analysis Obj. & Res. (Non-Asb) - | 0.60 | 216.00 |
| B36 | Plan and Disclosure Statement - | 6.00 | 2,119.50 |
| B37 | Hearings - | 0.50 | 180.00 |
| | **Total** | **21.50** | **$6,193.50** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lisa L. Coggins | 300.00 | 1.70 | 510.00 |
| Regina Matozzo | 225.00 | 2.30 | 517.50 |
| Theodore J. Tacconelli | 360.00 | 12.10 | 4,356.00 |
| Legal Assistant - KC | 150.00 | 5.40 | 810.00 |
| **Total** | | **21.50** | **$6,193.50** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                $872.66

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Mar-01-12 | *Case Administration* - Confer with TJT re: 2-26 hearing and case status | 0.20 | LLC |
| | *Case Administration* - Review Supplemental 2019 Statement filed by Cooney Conway | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Certificate of Counsel re: proposed order disallowing claim no. 2114 by NY Hillside | 0.10 | TJT |
| | *Hearings* - Review Transcript of 2/27 hearing | 0.30 | TJT |
| | *Case Administration* - Review memo from T. Tacconelli; update payments received chart accordingly and prepare memo to TJT re: same | 0.20 | KC |
| Mar-02-12 | *Claims Analysis Obj. & Res. (Non-Asb)* -Review modified order disallowing claim no. 2114 by NY Hillside | 0.10 | TJT |
| Mar-03-12 | *Case Administration* - Review docket in appeal 11-1130 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Claim Settlement Notice re: NYSDTF with attachment | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review Bank Lender Group Statement of Issues and Record of Appeal re: confirmation order | 0.70 | TJT |
| Mar-05-12 | *Plan and Disclosure Statement* - Review Garlock's Reply Brief with attachments re: Motion for Reconsideration | 0.90 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Docketing Appeal re: Her Majesty the Queen Appeal 12-1521 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Civil Appeal Information Statement re: Bank Lender Group Appeal 12-1402 | 0.10 | TJT |
| | *Case Administration* - Review, revise 2002 list re: returned mail updated address | 0.20 | KC |
| | *Fee Applications, Others* - Download Bilzin Jan 2012 fee app; revisions to notice, preparation of COS to same | 0.30 | KC |
| | *Fee Applications, Others* - E-mail to L. Flores re: Bilzin Jan. 2012 invoice for exhibit to monthly fee app; e-mail response from her with attachment re: same | 0.10 | KC |
| | *Fee Applications, Others* - Download Bilzin Jan 2012 invoice for preparation as exhibit to monthly fee app | 0.10 | KC |
| Mar-06-12 | *Case Administration* - Review notice of withdrawal of appearance and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review case management memo re: week ending 3-2-2012 | 0.10 | LLC |
| | *Fee Applications, Others* - Review Bilzin's Jan. 2012 monthly fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.20 | RM |
| | *Case Administration* - Review main docket re: status for week ending 3/2/12; memo to T. Tacconelli and L. Coggins re: same | 0.40 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review weekly case status report for week ending 3/2 | 0.10 | TJT |
| | *Case Administration* - Review Notice of Withdrawal of appearance by J. Baer | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review order consolidating appeals 12-1402 and 12-1521 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Confer with R. Matozzo re: consolidation of appeals 12-1401 and 12-1521 | 0.10 | TJT |

| Invoice #: | 43287 | Page 3 | | April 31, 2012 | |
|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| | *Plan and Disclosure Statement* - Review Entry of Appearance by Sealed Air in appeal 11/199 | 0.10 | TJT |
| | *Case Administration* - Review notice of withdrawal of appearance of J. Baer; revisions to service lists accordingly | 0.20 | KC |
| | *Fee Applications, Others* - Prepare Bilzin Jan 2012 fee app for filing, efile and service of same | 0.30 | KC |
| | *Fee Applications, Others* - Review docket re: objections to Bilzin's 43rd Quarterly fee app | 0.20 | KC |
| | *Fee Applications, Others* - Prepare certificate of no objection re Bilzin's 43rd Quarterly fee app (Oct. 2011 to Dec. 31, 2011) | 0.20 | KC |
| Mar-07-12 | *Fee Applications, Others* - Review Certificate of No Objection re: Bilzin 43rd Quarterly fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Fee Applications, Others* - Prepare certificate of no objection to Bilzin's 43rd Quarterly fee app for filing; efile and service of same | 0.30 | KC |
| Mar-08-12 | *Case Administration* - Review CNO filed by Debtors re: Motion to Approve Settlement with Sampson and Nustar | 0.10 | TJT |
| Mar-09-12 | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| Mar-10-12 | *Plan and Disclosure Statement* - Review concise summary of case by Bank Lender Group re: appeal 12-1402 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Plan Proponents Sur Reply Brief re: Garlock Motion for Reconsideration | 0.90 | TJT |
| Mar-12-12 | *Case Administration* - Review case management memo re: week ending 3-9-2012 | 0.10 | LLC |
| | *Case Administration* - Review hearing agenda re: 3-28-2012 hearing | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review main docket re: status for week ending 3/9/12; memo to T. Tacconelli and L. Coggins re: same | 0.10 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review case status memo for week ending 3/9 | 0.10 | TJT |
| | *Case Administration* - Review correspondence from P. Cuniff re: 42nd Quarterly Fee Chart and review same | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review letter from 3rd Circuit Clerk re: appeal 12-1402 | 0.10 | TJT |
| Mar-13-12 | *Case Administration* - Confer with TJT re: status of matter | 0.10 | LLC |
| | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Confer with K. Callahan re: 42nd Quarterly Fee Chart | 0.10 | TJT |
| | *Fee Applications, Others* - Correspondence with P. Cuniff re: 42nd Quarterly Fee chart | 0.10 | TJT |
| | *Fee Applications, Others* - Review correspondence from B. Rhulander re: Bilzin 42nd Quarterly Fees | 0.10 | TJT |
| | *Hearings* - Review agenda for 3/28 hearing | 0.10 | TJT |
| | *Case Administration* - Review report re: Bilzin and Ferry, Joseph & Pearce's fee/ expense requests re: 42nd Quarterly; discussions with TJT re: discrepancy with Bilzin amount | 0.20 | KC |
| Mar-14-12 | *Case Administration* - Review Affidavit of S. Silber with attachments | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review Designation of Record and Statement of Issues on Appeal by Her Majesty the Queen | 0.20 | TJT |

| Date | Description | Hours | Staff |
|---|---|---|---|
| Mar-15-12 | *Case Administration* - Review order granting Motion to Approve Settlement with Sampson and Nustar | 0.10 | TJT |
| Mar-16-12 | *Case Administration* - Review Certificate of Counsel re: 42nd Quarterly Fee Project Category Summary and review chart | 0.20 | TJT |
| Mar-17-12 | *Case Administration* - Review Certificate of Counsel re: 42nd Quarterly Fees proposed order | 0.10 | TJT |
| | *Case Administration* - Review 2019 Statement filed by E. Moody | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Plan Proponents Reply Brief re: Garlock's Motion for Reconsideration with attachments | 0.70 | TJT |
| Mar-19-12 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.20 | RM |
| | *Case Administration* - Review supplemental affidavit of G. Tammaro re: E&Y | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Garlock's Motion to Strike Plan Proponents Sur Reply with attachment | 0.60 | TJT |
| | *Fee Applications, Applicant* - Review docket for objections to 43rd Quarterly fee app for Oct.1-Dec. 31, 2011 | 0.10 | KC |
| | *Fee Applications, Applicant* - Draft certificate of no objection/ cos to 43rd Quarterly fee app for Oct. 1-Dec. 31, 2011 fee app | 0.20 | KC |
| Mar-20-12 | *Case Administration* - Review case management memo re: week ending 3-16-2012 | 0.10 | LLC |
| | *Case Administration* - Confer with TJT re: case status and various pending appeals | 0.20 | LLC |
| | *Fee Applications, Applicant* - Review CNO re: 43rd Quarterly fee app for filing | 0.10 | LLC |
| | *Case Administration* -  Review main docket re: status for week ending 3/16/12; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.50 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review case status memo for week ending 3/16 | 0.10 | TJT |
| | *Case Administration* - Review supplemental Certificate of Counsel re: 42nd Project Category Summary, confer with K. Callahan re: same | 0.20 | TJT |
| | *Case Administration* - Review Debtor's Motion to Enter Into Administrative Settlement with EPA re: Highpoint, NC with Attachment | 1.40 | TJT |
| | *Fee Applications, Applicant* - Prepare CNO to 43rd Quarterly fee app for efiling, efile and service of same | 0.30 | KC |
| Mar-21-12 | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Concise Summary of Case filed by Her Majesty the Queen re: Appeal 12-1402 | 0.10 | TJT |
| | *Case Administration* - Review memo from T. Tacconelli; update payments received chart accordingly and prepare memo to T. Tacconelli re: same | 0.20 | KC |
| Mar-22-12 | *Fee Applications, Applicant* - Review CNO re: Jan. 2012 monthly fee app | 0.10 | LLC |
| | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review Notice of Withdrawal of Document filed by Debtors | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review docket for objections to the | 0.10 | KC |

| Date | Description | Hours | Staff |
|---|---|---|---|
| | January 2012 fee application | | |
| | *Fee Applications, Applicant* - Draft Certificate of No Objection to the Jan. 2012 monthly fee application | 0.20 | KC |
| Mar-23-12 | *Case Administration* - Review Order approving quarterly fee applications and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review Order approving 42nd Interim Period Quarterly Fees | 0.10 | TJT |
| | *Case Administration* - Review Notice of Withdrawal of Document filed by Debtors | 0.10 | TJT |
| Mar-24-12 | *Case Administration* - Review Supplemental Affidavit of Bryan Cave | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Certificate of No Objection filed by Debtors re: Claim Settlement Notice re: NYSTDF claims | 0.10 | TJT |
| | *Hearings* - Review Amended Agenda for 3/28 hearing | 0.10 | TJT |
| Mar-26-12 | *Plan and Disclosure Statement* - Review Order denying Garlock's Motion to Strike Sur Reply | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Status Report by Debtors in appeal 12-1402 | 0.10 | TJT |
| | *Fee Applications, Applicant* - Prepare CNO for filing, efile and service of same | 0.30 | KC |
| Mar-27-12 | *Plan and Disclosure Statement* - Review Garlock's Reply Brief re: Motion to Stay with attachment | 0.60 | TJT |
| | *Plan and Disclosure Statement* - Review Case opening follow up letter re: appeal 12-1402 | 0.10 | TJT |
| | *Fee Applications, Applicant* - Draft and review prebill in preparation of Feb. 2012 monthly fee application; to TJT for review | 0.20 | KC |
| Mar-28-12 | *Fee Applications, Others* - Review CNO re: Bilzin Jan 2012 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review Feb. 2012 monthly fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review Certificate of Counsel filed by PI Committee re: Campbell & Levine fee app | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review and revise Ferry Joseph & Pearce February pre-bill | 0.40 | TJT |
| | *Fee Applications, Others* - Review docket for objections to Bilzin's January 2012 fee application | 0.10 | KC |
| | *Fee Applications, Others* - Draft Certificate of No Objection and cos to Bilzin's January 2012 fee application; to LLC for review | 0.20 | KC |
| | *Fee Applications, Applicant* - Review revisions to Feb. 2012 invoice, revise and finalize invoice for filing as exhibit to Feb. 2012 monthly fee application | 0.30 | KC |
| | *Fee Applications, Applicant* -Draft Feb. 2012 monthly fee app and related documents; to LLC for review of same | 0.30 | KC |
| Mar-29-12 | *Case Administration* - Review two miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Fee Applications, Others* - Prepare certificate of no objection to Bilzin's Jan. 2012 fee app for efiling; efile and coordinate service of same | 0.30 | KC |
| | *Fee Applications, Applicant* - Prepare Feb. 2011 monthly fee app for filing, efile and service of same | 0.30 | KC |
| Mar-31-12 | *Case Administration* - Review Fee Auditor's Final Report Scarfone Hawkins 43 Interim Period | 0.10 | TJT |
| | **Totals** | **21.50** | |

| Invoice #: | 43287 | Page 6 | April 31, 2012 |

### DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| Mar-06-12 | Photocopy Cost | 2.80 |
| | Cost Advance - First State Deliveries - hand delivery | 7.50 |
| Mar-07-12 | Photocopy Cost | 5.00 |
| | Cost Advance - postage - 8 x .45 | 3.60 |
| Mar-08-12 | Cost Advance - First State Deliveries - hand deliveries 2/27/12 | 45.00 |
| Mar-09-12 | Cost Advance - Blue Marble Logistics - hand deliveries (Inv #17253) | 204.25 |
| Mar-10-12 | Photocopy Cost | 1.10 |
| Mar-12-12 | Cost Advance - First State Deliveries - hand delivery 2/29/12 | 7.50 |
| Mar-17-12 | Photocopy Cost | 2.20 |
| | Photocopy Cost | 0.60 |
| Mar-19-12 | Photocopy Cost | 1.70 |
| Mar-20-12 | Postage - 8 @ $.45 | 3.60 |
| | Photocopy Cost | 2.80 |
| Mar-23-12 | Cost Advance - Lexis Nexis - legal research February (Account #1402RF; Inv # 1202372766) | 69.55 |
| Mar-26-12 | Photocopy Cost | 0.60 |
| | Cost Advance - Blue Marble Logistics - copies/service (Inv #58382) | 411.36 |
| Mar-27-12 | Photocopy Cost | 1.00 |
| | Cost Advance - First State Deliveries - hand deliveries 3/7/12 | 45.00 |
| Mar-28-12 | Photocopy Cost | 0.70 |
| | Photocopy Cost | 0.70 |
| | Photocopy Cost | 0.60 |
| | Cost Advance - First State Deliveries - hand delivery 3/6/12 | 7.50 |
| Mar-29-12 | Photocopy Cost | 3.00 |
| | Cost Advance - First State Deliveries - hand deliveries 3/20/12 | 45.00 |
| | **Totals** | **$872.66** |

**Total Fees & Disbursements** $7,066.16