**EXHIBIT 1**

# bmcgroup
information management

WR Grace
Date Range 1/1/2012 - 1/31/2012

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Case Administration** | | | | | | |
| ELLEN DORS - REC_TEAM | | $110.00 | 1/3/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MABEL SOTO - CAS | | $45.00 | 1/3/2012 | 0.1 | $4.50 | Prepare documents for service - Transfer Notices Avenue TC Fund re: dkts 28202, 28204 -28212 |
| MABEL SOTO - CAS | | $45.00 | 1/3/2012 | 0.1 | $4.50 | Prepare documents for service - Transfer Notices CRG re: dkts 28202, 28204 -28212 |
| MABEL SOTO - CAS | | $45.00 | 1/3/2012 | 0.1 | $4.50 | Prepare documents for service - Transfer Notices CRG re: dkts 28202, 28204 -28212 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/3/2012 | 1.2 | $252.00 | Analysis of Court docket re case status (1.0); prep bi-monthly case update to team (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/3/2012 | 0.2 | $42.00 | Analysis of S Cohen email re 4th qtr SEC reporting deadline (.1); prep email to S Cohen re timing (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 1/3/2012 | 0.1 | $16.50 | Discussion with S Cohen re: analysis, claim updates required in preparation of Q4 reporting. |
| MYRTLE JOHN - MANAGER | | $195.00 | 1/3/2012 | 0.1 | $19.50 | Review and respond to email from M Araki re case status and pending projects |
| MYRTLE JOHN - MANAGER | | $195.00 | 1/3/2012 | 0.5 | $97.50 | Review 10 courtesy and transfer notices of claims transferred to Avenue TC Fund forwarded to NoticeGroup for production and service on affected parties |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/3/2012 | 0.1 | $11.00 | Discussion with M.Booth re: analysis, claim updates required in preparation of Q4 reporting |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/3/2012 | 0.1 | $11.00 | Email correspondence with M.Araki re: case management & activity and preparation of 4th quarter 2011 non-asbestos claims reports |
| ELLEN DORS - REC_TEAM | | $110.00 | 1/4/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/4/2012 | 0.3 | $33.00 | Prepare four Proofs of Service related to transfer notices (.2), email to notice group for filing (.1) |
| MABEL SOTO - CAS | | $45.00 | 1/4/2012 | 0.3 | $13.50 | ECF filing Proofs of Service Transfer Notices re: Dkts 28207, 28212, 28217 & 28225 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/4/2012 | 1.4 | $294.00 | DRTT analysis and b-Linx audit (1.0); revise b-Linx per audit results (.4) |
| MIREYA CARRANZA - CAS | | $45.00 | 1/4/2012 | 0.2 | $9.00 | Prepare Transfer Notices - Avenue TC Fund re: dkts 28213 - 28221, 28223 - 28226 for service |
| MIREYA CARRANZA - CAS | | $45.00 | 1/4/2012 | 0.2 | $9.00 | Prepare Transfer Notices - CRG re: dkts 28213 - 28221, 28223 - 28226 for service |
| MIREYA CARRANZA - CAS | | $45.00 | 1/4/2012 | 0.2 | $9.00 | Review COA's Postage for previous month (.1); prepare production billing (.1) |
| MYRTLE JOHN - MANAGER | | $195.00 | 1/4/2012 | 0.5 | $97.50 | Reviewing and analysis of 11 Notices of Claims transfer between Claims Recovery Group and Avenue TC Fund forwarded to NoticeGroup for production and service |
| MYRTLE JOHN - MANAGER | | $195.00 | 1/4/2012 | 0.2 | $39.00 | Review email exchanges with claims clerk and notice of transfer re Safety House claim transfer to Argo Partners forwarded to NoticeGroup for production and service |
| MYRTLE JOHN - MANAGER | | $195.00 | 1/4/2012 | 0.6 | $117.00 | Review and analysis of email exchanges with case support and 13 notices of transfer from Claims Recovery Group to Avenue TC Fund forwarded to NoticeGroup for production and service |
| ELLEN DORS - REC_TEAM | | $110.00 | 1/5/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/5/2012 | 0.3 | $33.00 | Prepare five Proofs of Service related to transfer/defective notices, email to notice group for filing. |

**bmcgroup**
information management

WR Grace
Date Range 1/1/2012 - 1/31/2012

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Case Administration** | | | | | | |
| MABEL SOTO - CAS | | $45.00 | 1/5/2012 | 0.3 | $13.50 | ECF filing Proofs of Service Transfer Notices re: dkts 28203 28222, 28227, 28232 & 28287 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/5/2012 | 0.2 | $42.00 | Analysis of M Santore/PSZJ email re change of addresses from transfer agent (.1); prep email to M Santore re BMC tracking transfer agents COA (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/5/2012 | 1.4 | $294.00 | Analysis of S Cohen reports re 4th Qtr SEC reporting |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/5/2012 | 1.7 | $357.00 | DRTT review and b-Linx audit (1.0); revise b-Linx per audit (.7) |
| MIKE BOOTH - MANAGER | | $165.00 | 1/5/2012 | 0.1 | $16.50 | Discussion with S Cohen re: ongoing analysis and preparation of Q4 reports. |
| MIREYA CARRANZA - CAS | | $45.00 | 1/5/2012 | 0.1 | $4.50 | Prepare Transfer Notice - Argo Partners re: dkt 28287 |
| MIREYA CARRANZA - CAS | | $45.00 | 1/5/2012 | 0.1 | $4.50 | Prepare Transfer Notice - Safety House re: dkt 28287 for service |
| MIREYA CARRANZA - CAS | | $45.00 | 1/5/2012 | 0.2 | $9.00 | Prepare Transfer Notices - CRG re: dkts 28203, 28222 & 28227 - 28233 for service |
| MIREYA CARRANZA - CAS | | $45.00 | 1/5/2012 | 0.2 | $9.00 | Prepare Transfer Notices - Avenue TC Fund re: dkts 28203, 28222 & 28227 - 28233 for service |
| MYRTLE JOHN - MANAGER | | $195.00 | 1/5/2012 | 1.2 | $234.00 | Review additional Notices of Transfer, Deficieny Notices of Transfer and Courtesy transfer notices with Claims Recovery Group and Avenue TC Fund forwarded to NoticeGroup for production and service |
| MYRTLE JOHN - MANAGER | | $195.00 | 1/5/2012 | 0.1 | $19.50 | Review transfer notice re Safety House claim transferred to Argo Partners forwarded to NoticeGroup for production and service |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/5/2012 | 0.1 | $11.00 | Discussion with M.Booth re: ongoing analysis and preparation of Q4 reports |
| BRIANNA TATE - CAS | | $45.00 | 1/6/2012 | 1.1 | $49.50 | Review Court docket Nos. 28267-28286, 28288-28310, 28312-28328 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 1/6/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/6/2012 | 2.5 | $525.00 | Analysis of files and documents re SEC reporting |
| BRIANNA TATE - CAS | | $45.00 | 1/9/2012 | 0.1 | $4.50 | Review Court docket Nos. 28329-28334 to categorize docket entries. |
| BRIANNA TATE - CAS | | $45.00 | 1/9/2012 | 0.1 | $4.50 | Responded to Erin Gottfried w/the State of MN, Dept of Rev re:status of distributions. Referred to Rust Consulting. |
| ELLEN DORS - REC_TEAM | | $110.00 | 1/9/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| LUCINA SOLIS - CAS | | $45.00 | 1/9/2012 | 0.1 | $4.50 | Review and process no COA return mail |
| AIRGELOU ROMERO - CAS | | $95.00 | 1/10/2012 | 0.9 | $85.50 | Audit categorization updates related to Court Docket nos 28267-28281, 28282-28296, 28303-28305, 28306-28310, 28312-28313, 28318, 28322-28323 |
| ELLEN DORS - REC_TEAM | | $110.00 | 1/10/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/10/2012 | 0.2 | $22.00 | Analzye sixteen Proofs of Service on the Court docket related to transfer notices, verify no further action is necessary. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/10/2012 | 2.1 | $441.00 | Analysis of team case status memos (.1); DRTT review and b-Linx audit (1.3); revise b-Linx per audit (.7) |
| MIKE BOOTH - MANAGER | | $165.00 | 1/10/2012 | 0.2 | $33.00 | Semi-monthly conference call with S Cohen re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status. |
| MYRTLE JOHN - MANAGER | | $195.00 | 1/10/2012 | 0.1 | $19.50 | Weekly status report to and from case team |



WR Grace
Date Range 1/1/2012 - 1/31/2012

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Case Administration** | | | | | | |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/10/2012 | 0.2 | $22.00 | Semi-monthly conference call with M.Booth re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/10/2012 | 0.1 | $11.00 | Email correspondence with project team re: case management & activity |
| AIRGELOU ROMERO - CAS | | $95.00 | 1/11/2012 | 0.1 | $9.50 | Audit categorization updates related to Court Docket nos 28329, 28330, 28334-28335, 28337, 28339-28340 |
| BRIANNA TATE - CAS | | $45.00 | 1/11/2012 | 0.1 | $4.50 | Review Court docket No. 28341 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 1/11/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| BRIANNA TATE - CAS | | $45.00 | 1/12/2012 | 0.1 | $4.50 | Review Court docket Nos. 28342, 28343 & 28347 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 1/12/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MYRTLE JOHN - MANAGER | | $195.00 | 1/12/2012 | 0.1 | $19.50 | Review email from Argo Partners re claim buying; forward same to M Araki for appropriate handling |
| AIRGELOU ROMERO - CAS | | $95.00 | 1/13/2012 | 0.1 | $9.50 | Audit categorization updates related to Court Docket nos 28341-28343, 28347 |
| ELLEN DORS - REC_TEAM | | $110.00 | 1/13/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/13/2012 | 0.2 | $22.00 | Prepare three Proofs of Service related to transfer notices, email to notice group for filing. |
| MABEL SOTO - CAS | | $45.00 | 1/13/2012 | 0.2 | $9.00 | ECF filing Proofs of Service Transfer Notices re: Dkts 28344, 28345 & 28346 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/13/2012 | 1.1 | $231.00 | GARLOCK - analysis of B Daniel email re subpoena for ballots from Garlock Tech (.1); analysis of subpoena (.2); analysis of docket re Garlock Order on 2019 requests and appeal status (.3); prep email to B Daniel, T Feil re Grace order on Garlock 2019 request, ballot availability and BMC response (.2); prep email to J Baer/R Higgins re Garlock subpoena and BMC response (.2); analysis of J Baer email re review of subpoena (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/13/2012 | 0.3 | $63.00 | Telephone from S Fritz re review of payments received and amts outstanding |
| MIREYA CARRANZA - CAS | | $45.00 | 1/13/2012 | 0.1 | $4.50 | Prepare Transfer Notices - CRG re: dkts 28344, 28345 & 28346 for service |
| MIREYA CARRANZA - CAS | | $45.00 | 1/13/2012 | 0.1 | $4.50 | Prepare Transfer Notices - Avenue TC Fund re: dkts 28344, 28345 & 28346 for service |
| MYRTLE JOHN - MANAGER | | $195.00 | 1/13/2012 | 0.1 | $19.50 | Review Notices of Transfer re claims of Claims Recovery Group to Avenue TC Fund forwarded to NoticeGroup for production and service |
| MYRTLE JOHN - MANAGER | | $195.00 | 1/13/2012 | 0.2 | $39.00 | Review Notices of Transfer of claims from Claims Recovery to Avenue TC forwarded to NoticeGroup for production and service |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/15/2012 | 2.0 | $420.00 | Analysis of docket for 4th Qtr settlement reporting (.8); analysis of 41st Qtrly Settlement Report re prior reporting (.2); review 4th Qtr reports re info for SEC reporting (1.0) |
| BRIANNA TATE - CAS | | $45.00 | 1/16/2012 | 0.4 | $18.00 | Review Court docket Nos. 28348-28369, 28371-28374 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 1/16/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |



**WR Grace**
Date Range 1/1/2012 - 1/31/2012

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Case Administration** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/16/2012 | 0.8 | $168.00 | Analysis of S Cohen emails to K Becker re claims and transfer updates (.5); prep email to G Kruse re substantive consol data file for b-Linx update (.2); analysis of G Kruse email re data file timetable (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/16/2012 | 0.7 | $147.00 | Analysis of BMC webpage re updates to be made |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/16/2012 | 1.3 | $273.00 | Analysis of case status and project planning |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/16/2012 | 1.0 | $210.00 | Prepare 4th Qtr SEC narrative (.8); prep email to R Higgins re 4th Qtr SEC narrative, revision to 41st Qtrly Settlement report, new Montana claim (.2) |
| BRIANNA TATE - CAS | | $45.00 | 1/17/2012 | 0.1 | $4.50 | Telephone with Lourdis of Davidson at (212) 434-7000 / RE: inquiring why several claims of theirs do not appear on the claims register. Referred her to Rust Consulting |
| ELLEN DORS - REC_TEAM | | $110.00 | 1/17/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/17/2012 | 0.4 | $84.00 | GARLOCK - Prep email to J Baer re subpoena for asbestos PI ballots and exhibits (.1); analysis of J Baer email re Garlock subpoena and conf call (.1); various emails to/from J Baer, R Higgins and T Feil re conf call re Garlock subpoena (.2) |
| AIRGELOU ROMERO - CAS | | $95.00 | 1/18/2012 | 0.4 | $38.00 | Audit categorization updates related to Court Docket nos 28348-28361; 28362-28365, 28374-28374 |
| BRIANNA TATE - CAS | | $45.00 | 1/18/2012 | 0.1 | $4.50 | Review Court docket Nos. 28375-28377 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 1/18/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/18/2012 | 0.1 | $11.00 | Prepare one Proof of Service related to transfer notice, email to notice group for filing. |
| MABEL SOTO - CAS | | $45.00 | 1/18/2012 | 0.1 | $4.50 | Prepare documents for service - Transfer Notice Chem-tainer Ind re: dkt 28370 |
| MABEL SOTO - CAS | | $45.00 | 1/18/2012 | 0.1 | $4.50 | Prepare documents for service - Transfer Notice CRG re: dkt 28370 |
| MABEL SOTO - CAS | | $45.00 | 1/18/2012 | 0.1 | $4.50 | ECF filing Proof of Service Transfer Notice re: dkt 28370 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/18/2012 | 1.6 | $336.00 | GARLOCK - analysis of subpoena and solicitation info in prep for conf call (.3); conf call with J Baer and R Higgins re Garlock subpoena, Debtors' issues related to costs (.3); telephone from J Baer re electronic production and cost estimates (.1); telephone to T Feil re conf call (.2); emails to/from T Feil, B Daniel, R Patti, J Baer re subpoena service date (.2); emails to/from M John re location of ballots, availability (.2); emails to/from G Kruse, M Grimmett re location of electronic data, est time to gather for production (.3) |
| MYRTLE JOHN - MANAGER | | $195.00 | 1/18/2012 | 0.2 | $39.00 | Email exchanges with M Araki re accessing voted ballots |
| AIRGELOU ROMERO - CAS | | $95.00 | 1/19/2012 | 0.1 | $9.50 | Audit categorization updates related to Court Docket nos 28376-28377 |
| BRIANNA TATE - CAS | | $45.00 | 1/19/2012 | 0.1 | $4.50 | Telephone with Kevin Barrett of Corre Opportunities Fund at (646) 863-7150 / RE: inquiry to verify the status of several claims in the case. Referred to Rust Consulting. |
| ELLEN DORS - REC_TEAM | | $110.00 | 1/19/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |

# bmcgroup
information management

WR Grace
Date Range 1/1/2012 - 1/31/2012

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Case Administration** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/19/2012 | 0.6 | $126.00 | GARLOCK - prep cost estimate for Garlock subpoena production for J Baer (.3); prep email to J Baer and R Higgins re Quigley response to Garlock subpoena, cost estimate for production (.1); analysis of J Baer response re cost estimate (.1); prep reply to J Baer re cost estimate (.1) |
| ELLEN DORS - REC_TEAM | | $110.00 | 1/20/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/20/2012 | 0.3 | $63.00 | GARLOCK - prep email to J Baer re possible solution to reduce production costs (.2); analysis of J Baer email reply (.1) |
| BRIANNA TATE - CAS | | $45.00 | 1/23/2012 | 0.3 | $13.50 | Review Court docket Nos. 28378-28395 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 1/23/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/23/2012 | 0.2 | $42.00 | GARLOCK - analysis fo J Baer email re motion to quash to be filed by ACC (.1); prep email to T Feil re ACC motion (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/23/2012 | 0.6 | $126.00 | Analysis of K Makowski email re Chevron addresses for Advanced Refining motion (.1); emails to/from S Cohen re K Makowski request (.2); analysis of spreadsheet from S Cohen re Chevron (.2); prep email to K Makowski re Chevron addresses (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 1/23/2012 | 0.2 | $33.00 | Semi-monthly conference call with S Cohen re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/23/2012 | 0.2 | $22.00 | Semi-monthly conference call with M.Booth re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/23/2012 | 0.1 | $11.00 | Email correspondence with M.Araki re: K.Makowski request re: service addresses for Chevron Capital and Chevron USA |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/23/2012 | 0.2 | $22.00 | Research service addresses for Chevron Capital and Chevron USA per M.Araki/K.Makowski request(.1): additional email correspondence with M.Araki (.1) |
| BRIANNA TATE - CAS | | $45.00 | 1/24/2012 | 0.1 | $4.50 | Review Court docket Nos. 28396-28401 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 1/24/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| LUCINA SOLIS - CAS | | $45.00 | 1/24/2012 | 0.3 | $13.50 | Review and process no COA return mail |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/24/2012 | 2.9 | $609.00 | DRTT analysis and b-Linx audit (2.0); revise b-Linx per audit results (.9) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/24/2012 | 0.2 | $42.00 | Analysis of case status memos from M John, K Martin and S Cohen |
| MYRTLE JOHN - MANAGER | | $195.00 | 1/24/2012 | 0.1 | $19.50 | Email to case team re no reporting activities |
| MYRTLE JOHN - MANAGER | | $195.00 | 1/24/2012 | 0.1 | $19.50 | Review notice of filing 23rd quarterly interim fee app received from Orrick, Herrington |
| BRIANNA TATE - CAS | | $45.00 | 1/25/2012 | 0.2 | $9.00 | Review Court docket Nos. 28402-28409 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 1/25/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |



**WR Grace**
Date Range 1/1/2012 - 1/31/2012

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Case Administration** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/25/2012 | 1.5 | $315.00 | Analysis of R Higgins email re revision to 4th Qtr SEC narrative re merger orders impact (.2); analysis of R Higgins email re reconciling asbestos PD count for SEC narrative (.2); analysis of A Lueck/Grace 4th Qtr SEC narrative (.2); analysis of prior correspondence re asbestos PD count (.5); telephone with R Higgins re review of asbestos PD count and prior reconciliations (.3); analysis of R Higgins email to A Lueck re revised 10K claims excerpt (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/25/2012 | 0.2 | $42.00 | GARLOCK - analysis of J Baer email re ACC pleadings filed in Garlock case re subpoenas for ballots |
| AIRGELOU ROMERO - CAS | | $95.00 | 1/26/2012 | 0.4 | $38.00 | Audit categorization updates related to Court Docket nos 28379-28381, 28383, 28385-28386, 28388-28400, 28401-28403, 28405-28409 |
| BRIANNA TATE - CAS | | $45.00 | 1/26/2012 | 0.2 | $9.00 | Review Court docket Nos. 28410-28418 to categorize docket entries. |
| BRIANNA TATE - CAS | | $45.00 | 1/26/2012 | 0.1 | $4.50 | Telephone with Thelma Jennings at (501) 390-3586 / RE: inquiring if her claim had been approved. Let her know that all claims are still under review |
| ELLEN DORS - REC_TEAM | | $110.00 | 1/26/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 1/27/2012 | 0.1 | $9.50 | Audit categorization updates related to Court Docket nos 28410-28416, 28418 |
| BRIANNA TATE - CAS | | $45.00 | 1/27/2012 | 0.2 | $9.00 | Review Court docket Nos. 28419-28427 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 1/27/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/27/2012 | 0.3 | $63.00 | Prep email to G Kruse re merger data update project (.1); analysis of G Kruse email re status, current data set vs prior sets for data update project (.2) |
| MYRTLE JOHN - MANAGER | | $195.00 | 1/27/2012 | 0.3 | $58.50 | Email from and to M Araki re draft Notice of Transfer from Jan Baer; review Notice and provide comments to M Araki re same |
| BRIANNA TATE - CAS | | $45.00 | 1/30/2012 | 0.1 | $4.50 | Review Court docket No. 28428 to categorize docket entries. |
| BRIANNA TATE - CAS | | $45.00 | 1/30/2012 | 0.1 | $4.50 | Forwarded docket discrepancy issue (28428) to DevTeam for further review and resolution. |
| ELLEN DORS - REC_TEAM | | $110.00 | 1/30/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MYRTLE JOHN - MANAGER | | $195.00 | 1/30/2012 | 0.3 | $58.50 | Email exchanges with M Araki re split transfer |
| ELLEN DORS - REC_TEAM | | $110.00 | 1/31/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/31/2012 | 1.1 | $231.00 | Analysis of T Feil email re Dist Ct order re appeal of confirmation (.1); analysis of Court docket re case status (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/31/2012 | 2.4 | $504.00 | DRTT analysis and b-Linx audit (1.7); revise b-Linx per analysis (.7) |
| MYRTLE JOHN - MANAGER | | $195.00 | 1/31/2012 | 0.1 | $19.50 | Review email and article from Tinamarie Feil re Judge Buckwalter's opinion confirming the joint plan |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/31/2012 | 0.1 | $11.00 | Email correspondence with M.John re: creditor change of address request received by BMC on 1/31/12 and claim database updates required |
| | | | Total: | 50.9 | $8,593.00 | |
| **WRG Data Analysis** | | | | | | |

# bmcgroup
information management

WR Grace
Date Range 1/1/2012 - 1/31/2012

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Data Analysis** | | | | | | |
| ANNA WICK - SR_ANALYST | | $110.00 | 1/5/2012 | 0.3 | $33.00 | Review records data for Q4 reports (.2) and prepare reports at request of S Cohen (.1) |
| ANNA WICK - SR_ANALYST | | $110.00 | 1/5/2012 | 0.3 | $33.00 | Review and correct defective transfer on claim 2165 |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 1/9/2012 | 0.1 | $9.50 | Review and verify undeliverable creditor addresses for return mail processing. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 1/9/2012 | 0.1 | $9.50 | Update return mail to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 1/11/2012 | 0.1 | $9.50 | Update return mail to b-Linx. |
| ANNA WICK - SR_ANALYST | | $110.00 | 1/13/2012 | 0.1 | $11.00 | Recover original transfer record for claim 2165 at request of L Shippers |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 1/13/2012 | 1.2 | $180.00 | Generate updated monthly claims report. (.7) Export to Excel (.4) and forward to S Cohen (.1) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 1/23/2012 | 1.2 | $180.00 | Generate updated distribution detail report (.7). Export to Excel (.4) and forward to M Araki for review.(.1) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 1/23/2012 | 1.4 | $210.00 | Generate distribution detail Change report (.8). Export to Excel (.5) and forward to M Araki. (.1) |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 1/25/2012 | 0.1 | $9.50 | Review and verify undeliverable creditor addresses for return mail processing. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 1/25/2012 | 0.1 | $9.50 | Update return mail to b-Linx. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 1/27/2012 | 1.0 | $150.00 | Review of consolidation reports/exhibits database (.6). Verify claim counts of each exhibit as per M Araki (.4) |
| ANNA WICK - SR_ANALYST | | $110.00 | 1/30/2012 | 1.0 | $110.00 | SQL database maintanance: update stored procedures and views (.4), add fields to existing tables (.1). Test stored procedures and triggers (.5) |
| | | | Total: | 7.0 | $954.50 | |
| **WRG Distribution** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/17/2012 | 0.6 | $126.00 | Analysis of B Jaffe email re environmental claims (.1); telephone with B Jaffe re environmental claims and other claims update (.2); prep email to B Jaffe re L Gardner July environmental report (.1); analysis of B Jaffe email re environmental spending report (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/17/2012 | 0.4 | $84.00 | Prep email to L Gardner re update to July environmental report (.1); analysis of L Gardner email re updated report availability (.1); prep email to G Kruse re updated distribution claims data (.1); analysis of G Kruse reply re updated distribution claims data availability (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/17/2012 | 2.6 | $546.00 | Analysis of L Gardner email re EPA oversight invoice for Walpole (.2); revise b-Linx re add'l amts to EPA (.2); analysis of B Jaffe environmental spending report and b-Linx (2.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/17/2012 | 0.9 | $189.00 | Review Blackstone bridge project re status |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/18/2012 | 2.3 | $483.00 | Analysis of B Jaffe email re update to enviro claims per L Gardner updated report (.1); prep email to B Jaffe re enviro update (.1); analysis of L Gardner updated enviro report thru 12/31 and b-Linx (1.5); revise Blackstone data (.6) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/18/2012 | 2.0 | $420.00 | Analysis of Blackstone distrib data file and b-Linx re updates (1.4); revise Blackstone distrib data re updates (.6) |



WR Grace
Date Range 1/1/2012 - 1/31/2012

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Distribution** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/20/2012 | 2.5 | $525.00 | Prep email to G Kruse re change file for distribution data (.1); continue analysis of Blackstone distrib data file and b-Linx re updates (1.8); revise Blackstone distrib data re updates (.6) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/20/2012 | 0.6 | $126.00 | Revise distribution worksheet re environmental payment info for new payments from L Gardner |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/23/2012 | 2.6 | $546.00 | Analysis of G Kruse email re data change file (.1); analysis of data change file (1.2); revise Blackstone distrib data file per analysis (1.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/23/2012 | 1.9 | $399.00 | Analysis of claims to be affected by mergers for Blackstone distrib data file (1.0); revise/finalize Blackstone distrib data file (.8); prep email to B Jaffe re revised data file (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/23/2012 | 0.2 | $42.00 | Telephone with B Jaffe re review of Blackstone distrib data file |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/25/2012 | 3.2 | $672.00 | Analysis of decrees entered re notice and distribution parties (1.8); update distribution worksheet re notice parties and distribution payee info (1.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/26/2012 | 1.5 | $315.00 | Analysis of distribution address review project status (.8); prep updated report of Court allowed claims to be reviewed for distribution address/notice info (.7) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/26/2012 | 4.2 | $882.00 | Analysis of orders affecting claims re distribution information (2.0); revise distribution database re payee info/notice parties (1.3); revise distribution address database(.9) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/27/2012 | 3.5 | $735.00 | Analysis of orders affecting claims re distribution information (1.8); revise distribution database re payee info/notice parties (1.0); revise distribution address database (.7) |
| | | | Total: | 29.0 | $6,090.00 | |
| **WRG Non-Asbestos Claims** | | | | | | |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/3/2012 | 0.3 | $33.00 | Analysis of Court docket re: twelve new claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/3/2012 | 0.3 | $33.00 | Analysis of b-Linx re: twelve claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/3/2012 | 1.1 | $121.00 | Revise b-Linx re: twelve claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/3/2012 | 0.9 | $99.00 | Prepare twelve transfer notices (.8), email to notice group for service (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/3/2012 | 0.1 | $11.00 | Email correspondence with L.Shippers re: additional docket entry filed related to transferred claim 2114 |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/4/2012 | 0.3 | $33.00 | Analysis of Court docket re: thirteen new claim transfers |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/4/2012 | 0.3 | $33.00 | Analysis of b-Linx re: thirteen claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/4/2012 | 1.1 | $121.00 | Revise b-Linx re: thirteen claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/4/2012 | 0.9 | $99.00 | Prepare thirteen transfer notices (.8), email to notice group for service (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/5/2012 | 0.2 | $22.00 | Analysis of Court docket re: ten new claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/5/2012 | 0.2 | $22.00 | Analysis of b-Linx re: ten claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/5/2012 | 1.0 | $110.00 | Revise b-Linx re: seven claim transfers and three defective transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/5/2012 | 0.9 | $99.00 | Prepare seven transfer notices and three defective notices (.8), email to notice group for service (.1) |


information management

WR Grace
Date Range 1/1/2012 - 1/31/2012

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Non-Asbestos Claims** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/5/2012 | 0.7 | $147.00 | Analysis of S Cohen email re claim 18548 State of Montana claim and info for b-Linx (.2); prep email to S Cohen re b-Linx revisions for claim info for claim 18548 (.1); analysis of S Cohen reply re add'l claims with further info issues (.2); prep email to S Cohen re add'l claims and claim info resolution (.1); analysis of S Cohen email re Grace Review/Team status (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/5/2012 | 1.0 | $210.00 | Analysis of S Cohen email re 4th Qtr SEC initial review results (.4); analysis of S Cohen email re update to 4th Qtr SEC results (.6) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/5/2012 | 0.3 | $33.00 | Finalize preparation and analysis of Q4 reports (.2); additional email correspondence with M.Araki, A.Wick (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/5/2012 | 3.6 | $396.00 | Initialize preparation and analysis of Q4 reports (3.1); email correspondence with M.Araki (.1); update claims database (.3); additional email correspondence with A.Wick re: customization of reports required (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/5/2012 | 0.3 | $33.00 | Analyze docket numbers 28155 to 28311; update claim database as required |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/10/2012 | 0.8 | $88.00 | Analyze Court docket nos. 28320 and 28321 (.5), perform appropriate revisions to addresses and creditor names for impacted entries in the claims database (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/11/2012 | 0.4 | $84.00 | Analysis of S Cohen email re Rust Consulting research question on 3 claims affected by orders (.1); analysis of b-Linx re 3 claims (.2); prep email to S Cohen re provide Rust Consulting with dkt info on orders affecting 3 claims (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/11/2012 | 0.9 | $189.00 | Analysis of R Higgins email re Dec 12 tax claims report prepped by R Higgins (.1); analysis of email file re R Higgins transmission of report (.1); prep email to R Higgins re no prior email received (.1); analysis of Dec 12 tax claims report (.6) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/11/2012 | 1.2 | $252.00 | Prep ART report re current tax claims (.4); analysis of current ART report vs R Higgins Dec 12 report (.8) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/11/2012 | 0.1 | $11.00 | Email correspondence with K.Becker re: claims 2165, 3269, 712 and research required re: status, objections filed |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/11/2012 | 0.1 | $11.00 | Additional email correspondence with M.Araki re: K.Becker request re: claims 2165, 3269, 712 and research required re: status, objections filed |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/12/2012 | 2.1 | $441.00 | Continue analysis of R Higgins Dec 12 tax claims report vs b-Linx (1.0); revise tax claims report (.5); revise b-Linx re R Higgins tax claim report info (.6) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/12/2012 | 0.3 | $33.00 | Research claim database and PACER Court docket per K.Becker at Rust Consulting request re: reduced & allowed claims (.2); email correspondence with K.Becker (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/13/2012 | 0.1 | $11.00 | Analysis of Court docket re: three new claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/13/2012 | 0.2 | $22.00 | Analysis of b-Linx re: three claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/13/2012 | 0.4 | $44.00 | Revise b-Linx re: three claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/13/2012 | 0.3 | $33.00 | Prepare three transfer notices (.2), forward to notice group for service. (.1) |



WR Grace
Date Range 1/1/2012 - 1/31/2012

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Non-Asbestos Claims** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/13/2012 | 1.2 | $252.00 | Continue analysis of R Higgins Dec 12 tax claims report vs b-Linx (.5); revise tax claims report (.4); revise b-Linx re R Higgins tax claim report info (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/13/2012 | 0.3 | $63.00 | Analysis of R Higgins email re Seneca Meadows claim (.1); analysis of b-Linx re claim (.1); prep email to R Higgins re research results (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/13/2012 | 0.3 | $33.00 | Initialize analysis and preparation of monthly reports (.2); email correspondence with G.Kruse, L.Shippers re: reporting requirements (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/16/2012 | 1.2 | $252.00 | Review and finalize revisions to R Higgins 12/12 tax claims report (1.0); prep email to R Higgins re revised tax claims report, info re Omni 25 objection to be withdrawn (.2) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/18/2012 | 0.1 | $11.00 | Analyze Court docket nos. 28344, 28345 and 28346, verify no further updates in the claims database are required. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/18/2012 | 0.1 | $11.00 | Analysis of Court docket re: one new claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/18/2012 | 0.1 | $11.00 | Analysis of b-Linx re: one claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/18/2012 | 0.1 | $11.00 | Revise b-Linx re: one claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/18/2012 | 0.1 | $11.00 | Prepare one transfer notice, forward to notice group for service. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/20/2012 | 0.9 | $189.00 | Analysis of L Gardner worksheet and emails re add'l payments (.4); revise b-Linx re add'l payments (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/23/2012 | 0.6 | $126.00 | Analysis of K Becker email to S Cohen re claim 343 (.1); emails to/from S Cohen re info for K Becker (.3); analysis of semi-monthly reporting to Rust Consulting (.2) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/23/2012 | 0.1 | $11.00 | Email correspondence with K.Becker at Rust Consulting, M.Araki re: status of claim 343 |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/23/2012 | 0.2 | $22.00 | Research status information for claim 343 per K.Becker request (.1); additional email correspondence with K.Becker, M.Araki (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/24/2012 | 0.1 | $11.00 | Analyze Court docket no. 28378, verify no further updates in the claims database are required. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/25/2012 | 0.2 | $22.00 | Analysis of Court docket re: objections to transfers after 21 day notice expiration. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/25/2012 | 0.2 | $22.00 | Revise b-Linx to finalize nine claims transfer and reconciliation notes. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 1/25/2012 | 0.2 | $22.00 | Revise transfer tracking worksheet re: nine claims transfer finalized. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/26/2012 | 2.5 | $525.00 | Analysis of L Gardner 12/31/11 report re enviro claims vs b-Linx (1.3); revise L Gardner 12/31/11 report re updated transfers, amount issues (.7); revise b-Linx re info from L Gardner report (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/27/2012 | 0.8 | $168.00 | Analysis of J Baer email re draft transfer of portion of Samson Hydrocarbons claim for review/comment (.1); prep email to M John re review of draft Samson transfer (.1); analysis of M John comments re draft Samson transfer (.2); analysis of b-Linx re Samson claims listed in draft transfer (.2); analysis of draft transfer (.2) |



**bmcgroup**
information management

WR Grace
Date Range 1/1/2012 - 1/31/2012

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Non-Asbestos Claims** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/27/2012 | 0.5 | $105.00 | Analysis of S Cohen email re Mass DEP claim amount updates (.2); prep email to S Cohen re claim amount updates (.1); analysis of S Cohen email re claim 9634 amount updates and related images (.1); prep email to S Cohen re claim 9634 amt updates and related images (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/27/2012 | 0.7 | $77.00 | Analyze docket numbers 27252 to 28384 (.4); audit related claim updates performed (.2); email correspondence with M.Araki (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/27/2012 | 0.1 | $11.00 | Update claims database per M.Araki request re: supporting documentation related to claim 9634 |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 1/27/2012 | 0.1 | $11.00 | Additional email with M.Araki re: claim updates performed pursuant to recent docket entries and additional updates, related to supporting documentation, required |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/30/2012 | 4.0 | $840.00 | Analysis of R Higgins email re New York State tax exhibit for stipulation (.1); analysis of draft exhibit (.5); prep ART report re NY State taxes (.2); analysis of ART report vs R Higgins draft (.5); analysis of b-Linx and docket re updated claims information, orders affecting claims, pending objections (1.6); revise draft exhibit of NY State tax claims (.8); prep email to R Higgins re revised exhibit, claims and pleadings of interest (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 1/30/2012 | 0.5 | $105.00 | Emails to/from M John re add'l issues re draft Samson claims transfer (.3); prep email to J Baer re review of draft EPA/Samson partial transfer draft and issues (.2) |
| | | | Total: | 35.6 | $5,796.00 | |
| | | | Grand Total: | 122.5 | $21,433.50 | |

## bmcgroup
information management

WR Grace
Professional Activity Summary
Date Range: 1/1/2012 - 1/31/2012

| Category / Consultant Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---:|---:|---:|
| **WRG Case Administration** | | | |
| CAS | | | |
|     Lucina Solis | $45.00 | 0.4 | $18.00 |
|     Mireya Carranza | $45.00 | 1.4 | $63.00 |
| CAS | | | |
|     Airgelou Romero | $95.00 | 2.1 | $199.50 |
|     Brianna Tate | $45.00 | 3.5 | $157.50 |
|     Mabel Soto | $45.00 | 1.4 | $63.00 |
| MANAGER | | | |
|     Mike Booth | $165.00 | 0.6 | $99.00 |
|     Myrtle John | $195.00 | 4.8 | $936.00 |
| REC_TEAM | | | |
|     Ellen Dors | $110.00 | 4.2 | $462.00 |
|     Lauri Shippers | $110.00 | 1.1 | $121.00 |
|     Steffanie Cohen | $110.00 | 1.2 | $132.00 |
| CONTRACTOR | | | |
|     Martha Araki | $210.00 | 30.2 | $6,342.00 |
| Total: | | 50.9 | $8,593.00 |
| **WRG Data Analysis** | | | |
| CONSULT_DATA | | | |
|     Gunther Kruse | $150.00 | 4.8 | $720.00 |
| SR_ANALYST | | | |
|     Anna Wick | $110.00 | 1.7 | $187.00 |
|     Jacqueline Conklin | $95.00 | 0.5 | $47.50 |
| Total: | | 7.0 | $954.50 |
| **WRG Distribution** | | | |
| CONTRACTOR | | | |
|     Martha Araki | $210.00 | 29.0 | $6,090.00 |
| Total: | | 29.0 | $6,090.00 |
| **WRG Non-Asbestos Claims** | | | |
| REC_TEAM | | | |
|     Lauri Shippers | $110.00 | 10.5 | $1,155.00 |
|     Steffanie Cohen | $110.00 | 6.3 | $693.00 |
| CONTRACTOR | | | |
|     Martha Araki | $210.00 | 18.8 | $3,948.00 |
| Total: | | 35.6 | $5,796.00 |
| Grand Total: | | 122.5 | $21,433.50 |