**EXHIBIT 2**

Case 01-01139-AMC    Doc 28979-2    Filed 05/25/12    Page 1 of 6



**BMC Group, Inc.**
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace**
**Invoice #: 21_120229**
**Expense Summary**

| Period Ending | 2/29/2012 | Expense Type | Amount |
|---|---|---|---|
| | | B-linx User Fee | $350.00 |
| | | B-Linx/Data Storage | $850.00 |
| | | Document Storage | $627.85 |
| | | DTC SPL Listing | $145.00 |
| | | Noticing Production | $1,179.92 |
| | | Website & Data Hosting | $250.00 |
| | | **Total** | **$3,402.77** |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Noticing Production Reference Summary and Detail**

| Reference Number | Production Date | Total |
|---|---|---|
| Reference # 021-20120227-1 | 2/27/2012 | $943.52 |
| Reference # 021-20120229-1 | 2/29/2012 | $150.00 |
| Reference # 021-20120229-2 | 2/29/2012 | $86.40 |
| | Total | $1,179.92 |

EXHIBIT 2



**BMC Group, Inc.**
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

## WR Grace & Co. et al

**Production Date:** 2/27/2012
**Reference #:**    021-20120227-1

| Job Type | Job Item | Step | Pages / Parties Task | Details | Total |
|---|---|---|---|---|---|
| Noticing Document | Claims Binders | | Page Ct 2,552 / Party Ct 2 | | |
| | | Production | Printed Impressions | 5104 Pieces @ $.10 each | $510.40 |
| | | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | Postage | Expedited Mail Handling | 2 Pieces @ $.25 each | $0.50 |
| | | | FedEx (at Cost) | 2 Pieces @ $163.96 each | $327.92 |
| | | Supplies | 3 Ring Binder - 2" | 2 Pieces @ $9.00 each | $18.00 |
| | | | 3 Ring Binder - 3" | 2 Pieces @ $10.10 each | $20.20 |
| | | | Boxes | 2 Pieces @ $2.00 each | $4.00 |
| | | | Tabs | 150 Pieces @ $.25 each | $37.50 |

**Total Due:** **$943.52**

Invoice Due Upon Receipt                                    Page 1 of 1

EXHIBIT 2



| | | | BMC Group, Inc.<br>600 1st Ave., Suite 300<br>Seattle, WA 98104<br>Tel: 206/516-3300 |

**WR Grace & Co. et al**

**Production Date:** 2/29/2012
**Reference #:** 021-20120229-1
**Notes:** **Fulfilled by RRD**

| Job Type | Job Item | Pages / Parties | | |
|---|---|---|---|---|
| | Step | Task | Details | Total |
| Noticing Document | Dkt No. 28526 - Ntc Entry Conf Ord | Page Ct 0 / Party Ct 42,138 | | |
| | Document/Data Preparation | Mail File Setup | 6 Tasks @ $25.00 each | $150.00 |
| | | | **Total Due:** | **$150.00** |

*Invoice Due Upon Receipt*                           *Page 1 of 1*

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date:** 2/29/2012
**Reference #:** 021-20120229-2
**Notes:** Postage charges for change of address remailing and other misc mailings.

| Job Type | Job Item | Step | Task | Details | Total |
|---|---|---|---|---|---|
| Noticing Document | COA resend for February | | | | |
| | | Postage | USPS - 1st Class (at Cost) | Total: 189 Pieces | $85.05 |
| Other | Transfer | | | | |
| | | | USPS - 1st Class (at Cost) | Total: 3 Pieces | $1.35 |

**Total Due:** **$86.40**

*Invoice Due Upon Receipt*                                                *Page 1 of 1*

EXHIBIT 2