**EXHIBIT 2**



**BMC Group, Inc.**
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace**
**Invoice #: 21_120331**
**Expense Summary**

| Period Ending | 3/31/2012 | Expense Type | Amount |
|---|---|---|---|
| | | B-linx User Fee | $350.00 |
| | | B-Linx/Data Storage | $850.00 |
| | | Document Storage | $85.55 |
| | | Noticing Production | $1,065.12 |
| | | Website Hosting | $250.00 |
| | | **Total** | **$2,600.67** |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

## WR Grace & Co. et al

**Noticing Production Reference Summary and Detail**

| Reference Number | Production Date | Total |
|---|---|---|
| Reference # 021-20120316-1 | 3/16/2012 | $1,028.72 |
| Reference # 021-20120331-1 | 3/31/2012 | $36.40 |
| | **Total** | **$1,065.12** |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

## WR Grace & Co. et al

**Production Date:** 3/16/2012
**Reference #:**   021-20120316-1

| Job Type | Job Item | | Pages / Parties | | |
| --- | --- | --- | --- | --- | ---: |
| | | Step | Task | Details | Total |
| Noticing Document | Confirm Ord and Plan (suppl) | | Page Ct 789 / Party Ct 10 | | |
| | | Production | Printed Impressions | 7890 Pieces @ $.10 each | $789.00 |
| | | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | Postage | USPS - 1st Class (at Cost) | 6 Pieces @ $14.25 each | $85.50 |
| | | | USPS - CAN (at Cost) | 4 Pieces @ $31.78 each | $127.12 |
| | | Production | Collate and Stuff | 10 Pieces @ $.08 each | $0.80 |
| | | Supplies | Inkjet and Envelope - Catalog | 10 Pieces @ $.13 each | $1.30 |

**Total Due:   $1,028.72**

*Invoice Due Upon Receipt*                                                              *Page 1 of 1*

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

## WR Grace & Co. et al

**Production Date:** 3/31/2012
**Reference #:** 021-20120331-1
**Notes:** Postage charges for change of address remailing and other misc mailings.

| Job Type | Job Item | | | |
|---|---|---|---|---|
| | Step | Task | Details | Total |
| Noticing Document | COA resend for March | | | |
| | Postage | USPS - 1st Class (at Cost) | Total: 59 Pieces | $26.55 |
| Special Services | Transfer | | | |
| | | USPS - 1st Class (at Cost) | Total: 20 Pieces | $9.85 |
| | | | **Total Due:** | **$36.40** |