REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                        Invoice Number    2270341
7500 Grace Drive                        Invoice Date     05/25/12
Columbia, Maryland 21044                Client Number     172573
USA


===============================================================================

Re: W. R. Grace & Co.


(50001)  Correa v. W.R. Grace

    Fees                         18,785.50
    Expenses                          0.00

                  TOTAL BALANCE DUE UPON RECEIPT      $18,785.50
                                                      =============

```
                            REED SMITH LLP
                            PO Box 360074M
                        Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630
```

```
  W.R. Grace & Co.                        Invoice Number    2270341
  7500 Grace Drive                        Invoice Date    05/25/12
  Columbia, Maryland 21044                Client Number     172573
  USA                                     Matter Number      50001
```

==========================================================================

Re: (50001)  Correa v. W.R. Grace

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2012

| Date | Name | | Hours |
|------|------|---|-------|
| 03/29/12 | Husar | Review and revise responses to discovery (1.0); review and revise responses to interrogatories (1.0); work on strategy for MSJ and settlement (1.1). | 3.10 |
| 04/02/12 | Espinosa | Prepare verifications for the responses to Plaintiff's interrogatories and requests for admissions (.1); various calls with A. Enriquez re same (.2); review additional documents from A. Enriquez for inclusion in the document production (.3); email Plaintiff's counsel (.2); finalize and serve the responses to Plaintiff's interrogatories and requests for admissions (1.6). | 2.40 |
| 04/02/12 | Husar | Review and revise discovery responses (.5); work on strategy for settlement and MSJ (.7); work on responses to interrogatories and request for production of documents (.9). | 2.10 |
| 04/02/12 | Kohler | Review and revise responses to plaintiff's second set of requests for production of documents. | .50 |
| 04/03/12 | Espinosa | Call with Graces's workers' compensation attorney. | .50 |

```
172573 W. R. Grace & Co.                        Invoice Number  2270341
50001  Correa v. W.R. Grace                     Page    2
       May 25, 2012


  Date    Name                                              Hours
-------- -----------                                        -----

 04/04/12 Espinosa          Finalize and serve the responses     .70
                            to Plaintiff's requests for
                            production of documents, set two.

 04/04/12 Husar             Work on discovery and strategy for   .50
                            possible settlement.

 04/06/12 Husar             Work on document production and     2.60
                            review of documents for production
                            in response to plaintiff's request
                            for production of documents.

 04/09/12 Espinosa          Prepare the privilege log (.5);     1.30
                            review additional files received
                            from D. Edwards for documents
                            responsive to Plaintiff's doucment
                            requests (.6); call and email with
                            D. Edwards re status of email
                            search (.2).

 04/11/12 Espinosa          Follow up with D. Edwards re the    4.00
                            search for A. Enriquez's emails
                            (.2); finalize document production
                            (.9); research applicability of a
                            collateral estoppel argument
                            (1.8); prepare subpoena to MetLife
                            (1.1).

 04/11/12 Husar             Work on document production (.8);   1.90
                            review documents for production
                            (.3); work on grounds for judicial
                            estoppel defense and strategy
                            regarding the same (.8).

 04/12/12 Espinosa          Call to the Social Security          .70
                            Administration re Plaintiff's
                            records (.4); prepare follow-up
                            letter re same (.3).

 04/12/12 Sanchez           Review and redact case materials   2.20
                            in preparation for document
                            production as directed by S.
                            Espinosa.

 04/13/12 Espinosa          Finalize and serve the document    1.00
                            production, privileged log and
                            supplemental responses to the
                            requests for production of
                            documents, set one.
```

```
172573 W. R. Grace & Co.                    Invoice Number  2270341
50001  Correa v. W.R. Grace                 Page    3
       May 25, 2012
```

| Date | Name | | Hours |
|------|------|---|-------|
| 04/13/12 | Sanchez | Continue preparation of case documents for production as directed by S. Espinosa. | 2.90 |
| 04/17/12 | Husar | Prepare email to J. Forgach updating him on status of case and next steps. | .50 |
| 04/18/12 | Bailey | As requested by S. Espinosa, re-format client emails (.8); print emails for review and apply internal bates stamp for tracking purposes (.8). | 1.60 |
| 04/18/12 | Espinosa | Review Plaintiff's meet and confer letter and and draft response (1.0); review A. Enriquez's emails and confer with C. Bailey re setting up a database for review and production (.5). | 1.50 |
| 04/19/12 | Espinosa | Prepare trial budget (.8); review J. Hughes' emails (.6); review A. Enriquez's emails and assess for production (3.0); call with J. Forgach re status of the case (.3). | 4.70 |
| 04/19/12 | Husar | Work on litigation plan and case strategy (.3); prepare for and confer with J. Forgach regarding next steps (.3); settlement strategy and litigation plan (.3). | .90 |
| 04/20/12 | Bailey | Execute search across email collection for selected names; create index of names with document hits (.4); prepare production of selected emails, stamp and print pages (.4). | .80 |
| 04/20/12 | Espinosa | Prepare second supplemental discovery responses to the document requests served on Alissa Enriquez (.9); prepare documents for production (.9); prepare for and conduct meet and confer conference with Plaintiff's counsel re Defendant's response to discovery (.7). | 2.50 |

```
172573 W. R. Grace & Co.                        Invoice Number  2270341
50001  Correa v. W.R. Grace                     Page    4
       May 25, 2012
```

| Date | Name | | Hours |
|------|------|---|-------|
| 04/20/12 | Husar | Review and evaluate meet and confer letters from plaintiff's counsel regarding discovery disputes, and work on strategy for a response. | .60 |
| 04/23/12 | Espinosa | Email J. Forgach re budget (0.2); follow-up on Metlife subpoena (0.2); research possible orthopedic experts (0.6). | 1.00 |
| 04/24/12 | Espinosa | Research expert witnesses (0.7); Call with potential orthopedic witness (0.4); research expert witness disclosure requirements and prepare trial calendar (0.7); Conference call with L. Husar and T. Hill to strategize re expert witnesses at trial (0.2). | 2.00 |
| 04/24/12 | Hill | Confer with S. Espinosa re expert witness designation (.5); further conference re same with S. Espinosa and L. Husar (.5); review pretrial and trial deadlines (.5). | 1.50 |
| 04/24/12 | Husar | Work on expert disclosures and strategy regarding the same. | .50 |
| 04/25/12 | Bailey | Forward network link to Plaintiff's production files copied to server for further analysis. | .20 |
| 04/25/12 | Espinosa | Review Plaintiff's medical records and workers' compensation records to identify treating physicians to disclose on the expert report (1.5); draft initial expert disclosures (1.6). | 3.10 |
| 04/25/12 | Husar | Work on budget and strategy for mediation and motion for summary judgment (.5); work on expert discovery and trial strategy (.3). | .80 |
| 04/26/12 | Espinosa | Conference call with Plaintiff's counsel re expert disclosures and discovery (0.3); various emails with vendors re potential expert witnesses (0.3). | .60 |

```
172573 W. R. Grace & Co.                    Invoice Number  2270341
50001  Correa v. W.R. Grace                 Page    5
       May 25, 2012


   Date    Name                                            Hours
 -------- -----------                                      -----


 04/27/12 Espinosa        Various emails re scheduling the      .90
                          court ordered mediation (0.3);
                          prepare a stipulation to extend
                          the expert discovery deadlines and
                          email Plaintiff's counsel re same
                          (0.4); call with Daniel Ban re
                          status of Plaintiff's workers
                          compensation claims and to get
                          expert witness recommendations
                          (0.2).

 04/27/12 Husar           Strategy regarding global            .30
                          settlement with workers
                          compensation carrier, review
                          stipulation regarding expert
                          discovery.

 04/30/12 Espinosa        Calls with potential expert          .40
                          witnesses (0.3); follow-up with
                          the social security disability
                          office (0.1).

                                                         ------
                                      TOTAL HOURS         50.80
```

| TIME SUMMARY | Hours | Rate | Value |
|---|---|---|---|
| Thomas Hill | 1.50 at $ 535.00 = | | 802.50 |
| Linda S. Husar | 13.80 at $ 535.00 = | | 7,383.00 |
| Stephanie Henderson Espin | 27.30 at $ 320.00 = | | 8,736.00 |
| Christine A. Kohler | 0.50 at $ 390.00 = | | 195.00 |
| Lizeth Sanchez | 5.10 at $ 210.00 = | | 1,071.00 |
| Christopher P. Bailey | 2.60 at $ 230.00 = | | 598.00 |

```
                          CURRENT FEES                        18,785.50


                                                            ------------
                          TOTAL BALANCE DUE UPON RECEIPT      $18,785.50
                                                            ============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                          Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630
```

```
   W.R. Grace & Co.                         Invoice Number    2270342
   7500 Grace Drive                         Invoice Date     05/25/12
   Columbia, Maryland 21044                 Client Number      172573
   USA
```

==============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

```
      Fees                                95.00
      Expenses                             0.00

                      TOTAL BALANCE DUE UPON RECEIPT          $95.00
                                                        =============
```

```
                            REED SMITH LLP
                            PO Box 360074M
                        Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630


   W.R. Grace & Co.                        Invoice Number    2270342
   7500 Grace Drive                        Invoice Date      05/25/12
   Columbia, Maryland 21044                Client Number      172573
   USA                                     Matter Number       60026


===============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2012

   Date   Name                                          Hours
 -------- -----------                                   -----

04/09/12 Ament            Various e-mails with P. Cuniff re:    .50
                          agenda and hearing binder for
                          4/23/12 hearing (.10); review
                          agenda and hearing binder (.10);
                          review COC received from M.
                          Santore (.10); update hearing
                          binder (.10); coordinate hand
                          delivery of same to Judge
                          Fitzgerald (.10).

                                             ------
                                     TOTAL HOURS    .50


TIME SUMMARY              Hours        Rate         Value
------------------------  ----------------------   -------
Sharon A. Ament           0.50  at  $  190.00  =      95.00

                          CURRENT FEES                            95.00


                                                    ------------
                          TOTAL BALANCE DUE UPON RECEIPT      $95.00
                                                    =============
```

```
                            REED SMITH LLP
                            PO Box 360074M
                         Pittsburgh, PA  15251-6074
                           Tax ID# 25-0749630
```

```
W.R. Grace & Co.                         Invoice Number    2270343
7500 Grace Drive                         Invoice Date     05/25/12
Columbia, Maryland 21044                 Client Number     172573
USA
```

==========================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

```
    Fees                            2,511.00
    Expenses                            0.00

                TOTAL BALANCE DUE UPON RECEIPT        $2,511.00
                                                  =============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
  W.R. Grace & Co.                      Invoice Number    2270343
  7500 Grace Drive                      Invoice Date      05/25/12
  Columbia, Maryland 21044              Client Number     172573
  USA                                   Matter Number      60029
```

=============================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2012

| Date | Name | | Hours |
|------|------|---|-------|
| 04/06/12 | Cameron | Review fee application materials | .60 |
| 04/13/12 | Ament | Review and respond to e-mail from D. Cameron re: Feb. monthly fee application. | .10 |
| 04/17/12 | Ament | E-mail to J. Lord re: March monthly fee application (.10); begin drafting March monthly fee application and spreadsheets re: same (.20). | .30 |
| 04/17/12 | Lord | Communicate with S. Ament re: monthly fee application. | .10 |
| 04/17/12 | Muha | Review and revise fee and expense detail for March monthly application. | .50 |
| 04/19/12 | Ament | Continue drafting March monthly fee application. | .20 |
| 04/20/12 | Ament | Continue preparing March monthly fee application and spreadsheets re: same and provide to A. Muha for review (.30); attention to billing matters and e-mail to D. Cameron and A. Muha re: same (.10). | .40 |
| 04/23/12 | Muha | Review and additional revisions to March monthly application materials. | .50 |

```
172573 W. R. Grace & Co.                    Invoice Number  2270343
60029  Fee Applications-Applicant           Page   2
       May 25, 2012


    Date   Name                                            Hours
  -------- -----------                                     -----

  04/24/12 Cameron        Review fee application materials.    .50

  04/25/12 Muha           Correspondence with timekeepers      .40
                          re: guidelines for fee application
                          reporting.

  04/27/12 Cameron        Review fee application materials     .40

  04/30/12 Lord           Work on Reed Smith March monthly    1.60
                          fee application (.8); finalize,
                          e-file and serve same (.8).

  04/30/12 Muha           Review and revisions to final        .50
                          drafts of March monthly fee
                          application materials.

                                                           ------
                                          TOTAL HOURS        6.10


  TIME SUMMARY            Hours        Rate          Value
  -----------------------  ----------------------    -------
  Douglas E. Cameron       1.50  at  $  670.00  =   1,005.00
  Andrew J. Muha           1.90  at  $  460.00  =     874.00
  John B. Lord             1.70  at  $  260.00  =     442.00
  Sharon A. Ament          1.00  at  $  190.00  =     190.00

                           CURRENT FEES                       2,511.00


                                                          ------------
                           TOTAL BALANCE DUE UPON RECEIPT     $2,511.00
                                                          ============
```

```
                              REED SMITH LLP
                             PO Box 360074M
                          Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630
```

```
   W.R. Grace & Co.                      Invoice Number      2270344
   7500 Grace Drive                      Invoice Date       05/25/12
   Columbia, Maryland 21044              Client Number       172573
   USA
```

===========================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

```
   Fees                                  938.00
   Expenses                                0.00

                  TOTAL BALANCE DUE UPON RECEIPT      $938.00
                                                 =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number     2270344
7500 Grace Drive                          Invoice Date      05/25/12
Columbia, Maryland 21044                  Client Number      172573
USA                                       Matter Number       60033


===============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2012

  Date   Name                                          Hours
-------- -----------                                   -----

04/01/12 Cameron        Review materials relating to Solow     .40
                        request

04/02/12 Cameron        E-mails and calls regarding Solow      .60
                        request.

04/24/12 Cameron        Review asbestos case issues.           .40

                                                      ------
                                        TOTAL HOURS     1.40


TIME SUMMARY               Hours          Rate          Value
------------------------   ----------------------      -------
Douglas E. Cameron         1.40  at  $  670.00  =       938.00

                        CURRENT FEES                             938.00


                                                     ------------
                        TOTAL BALANCE DUE UPON RECEIPT    $938.00
                                                     =============

```
                            REED SMITH LLP
                           PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
  W.R. Grace & Co.                        Invoice Number    2270345
  62 Whittemore Avenue                     Invoice Date     05/25/12
  Cambridge, MA   02140                    Client Number     172573
```

===========================================================================

Re: W. R. Grace & Co.


(60041)  Specifications Inquiry

```
     Fees                              1,564.00
     Expenses                              0.00

                 TOTAL BALANCE DUE UPON RECEIPT        $1,564.00
                                                      =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number    2270345
 62 Whittemore Avenue                     Invoice Date     05/25/12
 Cambridge, MA  02140                     Client Number     172573
                                          Matter Number      60041


==============================================================================

Re: (60041)  Specifications Inquiry

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2012

  Date   Name                                             Hours
 -------- -----------                                     -----


03/27/12 Luchini          Finalize contract with consultant      .70
                          and correspondence with WR Grace and
                          consultant.

03/28/12 Luchini          Address contractual/payment issues     .70
                          with consultant.

03/29/12 Luchini          Telephone call from J. Hughes re:      .60
                          invoices and letter to consultant re:
                          same.

04/03/12 Stiverson        Review invoice from consultant,        .20
                          prepare spreadsheet.

04/12/12 Cameron          Attention to issues raised by J.       .50
                          Hughes (.40); telephone conference
                          with J. Hughes re: same (.10).

                                               ------
                                   TOTAL HOURS    2.70


TIME SUMMARY                 Hours        Rate          Value
------------------------  ----------------------       -------
Douglas E. Cameron          0.50  at  $  670.00  =       335.00
Joseph S. Luchini           2.00  at  $  585.00  =     1,170.00
Barbara C Stiverson         0.20  at  $  295.00  =        59.00

                          CURRENT FEES                           1,564.00


                                                         ------------
                          TOTAL BALANCE DUE UPON RECEIPT      $1,564.00
                                                         ============