```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630


    W.R. Grace & Co.                        Invoice Number     2270350
    7500 Grace Drive                        Invoice Date       05/25/12
    Columbia, Maryland 21044                Client Number       172573
    USA


===============================================================================

Re: W. R. Grace & Co.


(50001)  Correa v. W.R. Grace

        Fees                                       0.00
        Expenses                                 896.76

                    TOTAL BALANCE DUE UPON RECEIPT           $896.76
                                                         =============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630




    W.R. Grace & Co.                          Invoice Number      2270350
    7500 Grace Drive                          Invoice Date       05/25/12
    Columbia, Maryland 21044                  Client Number        172573
    USA                                       Matter Number         50001


===============================================================================

Re: Correa v. W.R. Grace

FOR COSTS ADVANCED AND EXPENSES INCURRED:

    Duplicating/Printing/Scanning                  42.50
    Postage Expense                                23.67
    Subpoena Service Costs                        463.57
    Courier Service - Outside                     125.59
    Outside Duplicating                           170.37
    Parking/Tolls/Other Transportation             17.00
    Meal Expense                                   54.06

                    CURRENT EXPENSES                                896.76
                                                               -------------

                    TOTAL BALANCE DUE UPON RECEIPT              $896.76
                                                               =============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
W.R. Grace & Co.                        Invoice Number     2270350
7500 Grace Drive                        Invoice Date       05/25/12
Columbia, Maryland 21044                Client Number       172573
USA                                     Matter Number        50001
```

===============================================================================

Re: (50001)  Correa v. W.R. Grace

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---:|
| 03/26/12 | Meal Expense Lunch - VENDOR: Stephanie Henderson Espinosa - - Lunch for two during Correa Dep. (Espinosa, Enriquez) | 34.53 |
| 03/27/12 | Parking/Tolls/Other Transportation Parking - VENDOR: Stephanie Henderson Espinosa- - Parking during deposition of Alissa Enriquez. | 17.00 |
| 03/27/12 | Meal Expense Lunch - VENDOR: Stephanie Henderson Espinosa - - Lunch for two during Enriquez Dep.(Espinosa, Enriquez) | 19.53 |
| 03/29/12 | Courier Service - Outside 00843 UPS - Shipped from Jacqueline Wernick Reed Smith LLP - Los Angele to Daniel J. Ban Heggeness, Sweet, Simington (SANTA ANA CA 92701) | 9.20 |
| 04/02/12 | Duplicating/Printing/Scanning ATTY # 000349: 12 COPIES | 1.20 |
| 04/02/12 | Duplicating/Printing/Scanning ATTY # 000349: 21 COPIES | 2.10 |
| 04/02/12 | Duplicating/Printing/Scanning ATTY # 000349: 21 COPIES | 2.10 |
| 04/02/12 | Duplicating/Printing/Scanning ATTY # 000349: 23 COPIES | 2.30 |
| 04/03/12 | Duplicating/Printing/Scanning ATTY # 10886; 292 COPIES | 29.20 |
| 04/03/12 | Postage Expense Postage Expense: ATTY # 010164 User: Equitrac By | 3.00 |

```
172573  W. R. Grace & Co.                          Invoice Number   2270350
50001   Correa v. W.R. Grace                       Page    2
        May 25, 2012
```

| Date | Description | Amount |
|---|---|---|
| 04/04/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 4 COPIES | .40 |
| 04/04/12 | Postage Expense | 5.04 |
| 04/04/12 | Courier Service - Outside 00843 UPS - Shipped from Jacqueline Wernick Reed Smith LLP - Los Angele to  Linda Husar (VENICE CA 90291) | 13.21 |
| 04/04/12 | Courier Service - Outside 00843 UPS - Shipped from GILBERTO GUDINO REED SMITH LLP to  Linda Husar (VENICE CA 90291) | 4.36 |
| 04/06/12 | Postage Expense<br>Postage Expense: ATTY # 010886 User: Equitrac By | 1.70 |
| 04/11/12 | Outside Duplicating -- VENDOR: LA BEST PHOTOCOPIES, INC.: Color laser copies | 170.37 |
| 04/11/12 | Subpoena Service Costs -- VENDOR: FIRST RECORDS RETRIEVAL: Dr. Alwyn Sumabat | 223.60 |
| 04/11/12 | Subpoena Service Costs -- VENDOR: FIRST RECORDS RETRIEVAL: Dr. Mark S. Johnson | 201.12 |
| 04/11/12 | Subpoena Service Costs -- VENDOR: FIRST RECORDS RETRIEVAL: Dr. David Brendel | 38.85 |
| 04/12/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |
| 04/12/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |
| 04/12/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 2 COPIES | .20 |
| 04/12/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 3 COPIES | .30 |
| 04/12/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 5 COPIES | .50 |
| 04/12/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 13 COPIES | 1.30 |
| 04/12/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |
| 04/12/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |

```
172573  W. R. Grace & Co.                              Invoice Number   2270350
50001   Correa v. W.R. Grace                           Page    3
        May 25, 2012
```

| | | |
|---|---|---:|
| 04/12/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |
| 04/12/12 | Courier Service - Outside 00843 UPS - Shipped<br>from Jacqueline Wernick Reed Smith LLP - Los<br>Angele to David Weck Social Security<br>Administrat (ANAHEIM CA 92805) | 7.29 |
| 04/13/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |
| 04/13/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |
| 04/13/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |
| 04/13/12 | Outside Duplicating -- VENDOR: LA BEST<br>PHOTOCOPIES, INC.: Color laser copies for<br>discovery materials. | 82.25 |
| 04/17/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 2 COPIES | .20 |
| 04/18/12 | Courier Service - Outside 00843 UPS - Shipped<br>from Jacqueline Wernick Reed Smith LLP - Los<br>Angele to Plant Manager Alissa A. Enriquez<br>(HESPERIA CA 92345) | 9.28 |
| 04/18/12 | Postage Expense<br>Postage Expense: ATTY # 010886 User: Equitrac By | 12.23 |
| 04/20/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 19 COPIES | 1.90 |
| 04/25/12 | Postage Expense<br>Postage Expense: ATTY # 010886 User: Equitrac By | 1.70 |

```
                              CURRENT EXPENSES                       896.76
                                                                ------------
                              TOTAL BALANCE DUE UPON RECEIPT        $896.76
                                                                ============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630



   W.R. Grace & Co.                         Invoice Number      2270351
   7500 Grace Drive                         Invoice Date        05/25/12
   Columbia, Maryland 21044                 Client Number        172573
   USA


==============================================================================

Re: W. R. Grace & Co.


(60026)   Litigation and Litigation Consulting

     Fees                                     0.00
     Expenses                                27.34

                     TOTAL BALANCE DUE UPON RECEIPT              $27.34
                                                           =============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                          Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630



   W.R. Grace & Co.                            Invoice Number      2270351
   7500 Grace Drive                            Invoice Date       05/25/12
   Columbia, Maryland 21044                    Client Number       172573
   USA                                         Matter Number         60026



===============================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

      Duplicating/Printing/Scanning                   21.90
      Postage Expense                                  0.44
      Courier Service - Outside                        5.00

                         CURRENT EXPENSES                              27.34
                                                                 -------------

                         TOTAL BALANCE DUE UPON RECEIPT               $27.34
                                                                 =============
```

```
                             REED SMITH LLP
                             PO Box 360074M
                          Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630



  W.R. Grace & Co.                              Invoice Number     2270351
  7500 Grace Drive                              Invoice Date       05/25/12
  Columbia, Maryland 21044                      Client Number       172573
  USA                                           Matter Number        60026



==============================================================================

Re: (60026)  Litigation and Litigation Consulting



  FOR COSTS ADVANCED AND EXPENSES INCURRED:

  04/13/12   Duplicating/Printing/Scanning                             1.00
             ATTY # 000559: 10 COPIES

  04/13/12   Duplicating/Printing/Scanning                             1.00
             ATTY # 000559: 10 COPIES

  04/13/12   Duplicating/Printing/Scanning                             1.10
             ATTY # 000559: 11 COPIES

  04/13/12   Duplicating/Printing/Scanning                             1.60
             ATTY # 000559: 16 COPIES

  04/17/12   Duplicating/Printing/Scanning                             1.00
             ATTY # 000559: 10 COPIES

  04/18/12   Courier Service - Outside -- VENDOR: AL STILES:           5.00
             Messenger Trip - U.S. Bankruptcy Court - Ramona
             Baker - 4/9/12

  04/19/12   Duplicating/Printing/Scanning                              .10
             ATTY # 000559: 1 COPIES

  04/19/12   Duplicating/Printing/Scanning                              .10
             ATTY # 000559: 1 COPIES

  04/20/12   Duplicating/Printing/Scanning                             1.80
             ATTY # 000559: 18 COPIES

  04/20/12   Duplicating/Printing/Scanning                              .10
             ATTY # 000559: 1 COPIES

  04/30/12   Duplicating/Printing/Scanning                            14.10
             ATTY # 0718; 141 COPIES
```

```
172573 W. R. Grace & Co.                           Invoice Number   2270351
60026  Litigation and Litigation Consulting        Page    2
       May 25, 2012


 04/30/12   Postage Expense                                            .44
            Postage Expense: ATTY # 000718 User: Equitrac By

                          CURRENT EXPENSES                           27.34
                                                                ------------
                          TOTAL BALANCE DUE UPON RECEIPT            $27.34
                                                                ============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                          Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630



    W.R. Grace & Co.                           Invoice Number       2270352
    62 Whittemore Avenue                       Invoice Date        05/25/12
    Cambridge, MA   02140                      Client Number        172573



================================================================================

Re: W. R. Grace & Co.


(60041)   Specifications Inquiry

     Fees                                      0.00
     Expenses                                  0.62

                    TOTAL BALANCE DUE UPON RECEIPT                    $.62
                                                               =============
```

```
                             REED SMITH LLP
                             PO Box 360074M
                         Pittsburgh, PA  15251-6074
                           Tax ID# 25-0749630



   W.R. Grace & Co.                         Invoice Number      2270352
   62 Whittemore Avenue                     Invoice Date       05/25/12
   Cambridge, MA   02140                    Client Number       172573
                                            Matter Number        60041

==============================================================================

Re: Specifications Inquiry

FOR COSTS ADVANCED AND EXPENSES INCURRED:

     Telephone - Outside                             0.62

                         CURRENT EXPENSES                           0.62
                                                             -------------

                         TOTAL BALANCE DUE UPON RECEIPT             $.62
                                                             =============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                         Pittsburgh, PA  15251-6074
                           Tax ID# 25-0749630


   W.R. Grace & Co.                        Invoice Number      2270352
   62 Whittemore Avenue                    Invoice Date       05/25/12
   Cambridge, MA  02140                    Client Number       172573
                                           Matter Number        60041

==============================================================================

Re: (60041)  Specifications Inquiry


FOR COSTS ADVANCED AND EXPENSES INCURRED:

03/22/12   Telephone - Outside                                      .62
           Global Crossing Inv No: 9033710843 -  LUCHINI,
           JOSEPH

                         CURRENT EXPENSES                          0.62
                                                            ------------
                         TOTAL BALANCE DUE UPON RECEIPT           $.62
                                                            ============
```