## **EXHIBIT A**

**Asset Analysis and Recovery (.50 Hours; $ 353.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .20 | $935 | 187.00 |
| Jeffrey Liesemer | .30 | $555 | 166.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/09/12 | JAL | 555.00 | 0.30 | Confer w/AJS re: motion for leave to pursue estate causes of action and complaint. |
| 04/17/12 | PVL | 935.00 | 0.20 | Rv ACC reply re Integrity appeal |

**Total Task Code .01        .50**

**Case Administration (1.00 Hours; $ 623.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .20 | $935 | 187.00 |
| Rita C. Tobin | .80 | $545 | 436.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/06/12 | RCT | 545.00 | 0.20 | Review local counsel recs re: EI update (.2). |
| 04/09/12 | PVL | 935.00 | 0.10 | Rv 7 misc. filings |
| 04/13/12 | RCT | 545.00 | 0.20 | Review local counsel recs re: EI update (.2). |
| 04/20/12 | RCT | 545.00 | 0.20 | Review local counsel recs re: EI update (.2). |
| 04/23/12 | PVL | 935.00 | 0.10 | Rv 2 misc. filings |
| 04/27/12 | RCT | 545.00 | 0.20 | Review local counsel recs re: EI update (.2). |

**Total Task Code .04        1.00**

**Fee Applications, Applicant (10.40 Hours; $ 4,740.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 7.50 | $545 | 4,087.50 |
| Eugenia Benetos | 2.90 | $225 | 652.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/02/12 | RCT | 545.00 | 0.20 | Conferences with EB re: fee applications, April 2012 (.2). |
| 04/02/12 | RCT | 545.00 | 0.30 | Address fee issues (.3). |
| 04/02/12 | EB | 225.00 | 0.60 | Work on payment breakdown. |
| 04/09/12 | RCT | 545.00 | 0.90 | Review pre-bills (.9). |
| 04/11/12 | RCT | 545.00 | 0.90 | Address fee matters (.9). |
| 04/12/12 | RCT | 545.00 | 0.90 | Review draft fee application exhibits (.9). |
| 04/13/12 | RCT | 545.00 | 0.20 | Emails PVNL, telephone conference M. Hurford, conference EI re: Committee expense issue (.2). |
| 04/16/12 | RCT | 545.00 | 0.10 | Conference EI re: expense issue and email/telephone call to P. Milch re: same (.1). |
| 04/23/12 | RCT | 545.00 | 0.20 | Telephone conference with M. Hurford re: Committee expense issue (.1); review relevant case law re: Committee expense issue (.1). |
| 04/23/12 | EB | 225.00 | 0.60 | Work on check breakdown for EI. |
| 04/24/12 | RCT | 545.00 | 0.30 | Telephone conference M. Hurford re: Committee expense issue and review BAPCPA legislation re: same (.2); draft email memo to EI and PVNL re: Committee expense issue (.1). |
| 04/24/12 | RCT | 545.00 | 0.90 | Conference EB re: expense issue (.2); review files re: expense issue (.7). |
| 04/25/12 | RCT | 545.00 | 0.30 | Review T. Simpson email re: CNOs and respond (.3). |
| 04/25/12 | RCT | 545.00 | 1.00 | Address fee and expense issues (1.0). |
| 04/27/12 | RCT | 545.00 | 1.10 | Review and edit monthly fee application (1.0); conference EB re: exhibit edits (.1). |

| 04/27/12 | EB | 225.00 | 1.70 | Work on monthly fee application (1.1); edits and T/C with APB re: exh. B (.6). |
| 04/30/12 | RCT | 545.00 | 0.20 | Conference EB re: May fee application schedules (.2). |

**Total Task Code .12    10.40**


**Plan & Disclosure Statement (11.00 Hours; $ 10,292.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 1.30 | $1,000 | 1,300.00 |
| Peter Van N. Lockwood | 9.50 | $935 | 8,882.50 |
| Kevin C. Maclay | .10 | $555 | 55.50 |
| Rita C. Tobin | .10 | $545 | 54.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/02/12 | EI | 1,000.00 | 0.30 | Telephone conference with J. Sinclair re: warrants pricing (.3). |
| 04/09/12 | PVL | 935.00 | 0.40 | Rv revised drafts of BNSF agmt |
| 04/09/12 | RCT | 545.00 | 0.10 | Review emails re: CNOs and response (.1). |
| 04/09/12 | EI | 1,000.00 | 0.10 | Status inquiry with R. Wyron re: Montana (.1). |
| 04/10/12 | KCM | 555.00 | 0.10 | Review Grace order |
| 04/12/12 | PVL | 935.00 | 1.00 | Teleconference Wyron (.9); rv email (.1) |
| 04/17/12 | PVL | 935.00 | 0.30 | Telephone conference Wyron |
| 04/18/12 | PVL | 935.00 | 1.10 | Tcn Donley, Paul, Frankel & Wyron |
| 04/18/12 | EI | 1,000.00 | 0.20 | Claimant call (.1); telephone conference PVNL re: Quigley decision effect (.1). |
| 04/19/12 | PVL | 935.00 | 0.20 | Rv BNSF agmt. (.1); teleconference and email Donley (.1) |
| 04/20/12 | PVL | 935.00 | 0.10 | Rv Monaco ltr |
| 04/22/12 | PVL | 935.00 | 0.20 | Rv settlement motion |

| 04/23/12 | PVL | 935.00 | 0.10 | Rv email & reply |
| 04/24/12 | PVL | 935.00 | 0.80 | Tcn Finke, Donley, Frankel, Wyron, EI et al (.7); rv email (.1) |
| 04/24/12 | EI | 1,000.00 | 0.70 | Plan proposals conference call re: Montana, etc. (.7). |
| 04/26/12 | PVL | 935.00 | 5.30 | Prepare for meeting w/Donley et al (2.1); cn Donley, Paul, Landau, Frankel, Wyron et al (2.8); cn Frankel and Wyron (0.2); prepare for 5/8 hearing (0.2) |

**Total Task Code   .17         11.00**


**Trevel Non Working (.20 Hours; $ 93.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .20 | $467.50 | 93.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/26/12 | PVL | 467.50 | 0.20 | To K&E office |

**Total Task Code   .21         .20**

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | 20.20 |
| Long Distance-Equitrac In-House | 0.16 |
| Xeroxing | 3.40 |
| **Total:** | **$ 23.76** |