**EXHIBIT B**

**Asset Analysis & Recovery (.50 Hours; $ 353.50)**

        Services rendered in this category pertain to analyze and recover the Debtors'assets for the benefit of the estate.

**Total Task Code .01      .50**

**Case Administration (1.00 Hours; $ 623.00)**

        Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04      1.00**

**Fee Applications, Applicant (10.40 Hours; $ 4,740.00)**

        Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications.

**Total Task Code .12      10.40**

**Plan & Disclosure Statement (11.00 Hours; $ 10,292.50)**

        Services rendered in this category pertain to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17      11.00**

**Travel Non Working (.20 Hours; $ 93.50)**

        Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21      .20**