## EXHIBIT C

Other Charges:

| | |
|---|---|
| Air Freight & Express Mail | 20.20 |
| Long Distance-Equitrac In-House | 0.16 |
| Xeroxing | 3.40 |
| **Total:** | **$ 23.76** |

**Client Number:   4642**          **Grace Asbestos Personal Injury Claimants**                                                          Page: 1

**Matter      000**                **Disbursements**                                                                                     5/16/2012

Print Date/Time: 05/16/2012 12:40:39PM

Attn:

Invoice #

## PREBILL / CONTROL REPORT

Trans Date Range:  1/1/1950  to: 4/30/2012

**Matter      000**
**Disbursements**

| Bill Cycle: | Monthly | Style: | i1 | Start: | 4/16/2001 | Last Billed : | 4/22/2012 | 13,655 |

Client Retainers Available         $4,806.34         Committed to Invoices:         $0.00         Remaining:         $4,806.34

Total Expenses Billed To Date         $3,927,412.00

Billing Empl:         0120     Elihu  Inselbuch
Responsible Empl:     0120     Elihu  Inselbuch
Alternate Empl:       0120     Elihu  Inselbuch
Originating Empl:     0120     Elihu  Inselbuch

**Summary  by Employee**

|  |  |  | ---------- A C T U A L ---------- | | ---------- B I L L I N G --------- | |
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
|---|---|---|---|---|---|---|
| 0120 | EI | Elihu  Inselbuch | 0.00 | 20.20 | 0.00 | 20.20 |
| 0250 | JK | Jeanne  Katz | 0.00 | 3.40 | 0.00 | 3.40 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 0.16 | 0.00 | 0.16 |
| **Total Fees** | | | **0.00** | **23.76** | **0.00** | **23.76** |

**Detail Time / Expense  by  Date**

|  |  |  |  |  |  | ---------- A C T U A L ---------- | | | ---------- B I L L I N G --------- | | |
| TransNo. | Description | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2835276 | Equitrac - Long Distance to 18136261334 | E | 04/09/2012 | 0999 C&D | | 0.00 | $0.04 | | 0.00 | $0.04 | 0.04 |
| 2835318 | Equitrac - Long Distance to 18136261334 | E | 04/09/2012 | 0999 C&D | | 0.00 | $0.12 | | 0.00 | $0.12 | 0.16 |
| 2836234 | Federal Express -Delivery to H.Penn, 3/27/12 (EI; Split b/w clients 2705, 5155, & 4642) | E | 04/16/2012 | 0120 EI | | 0.00 | $11.17 | | 0.00 | $11.17 | 11.33 |

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Matter** | **000** | **Disbursements** | | | | | | | | 5/16/2012 |

Print Date/Time: 05/16/2012 12:40:39PM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | EI | | | | |
| 2836236 | Federal Express -Delivery to M.Hurford, 3/27/12 (EI; Split b/w clients 4642 & 5334) | | E | 04/16/2012 | 0120 | | 0.00 | $9.03 | 0.00 | $9.03 | 20.36 |
| | | | | | | JK | | | | |
| 2842965 | Photocopy | | E | 04/26/2012 | 0250 | | 0.00 | $3.40 | 0.00 | $3.40 | 23.76 |

**Total Expenses**

$23.76

0.00     $23.76     0.00

| | | | | |
|---|---|---|---|---|
| Matter Total Fees | | 0.00 | | 0.00 |
| Matter Total Expenses | | 23.76 | | 23.76 |
| Matter Total | 0.00 | 23.76 | 0.00 | 23.76 |
| | | | | |
| Prebill Total Fees | | | | |
| Prebill Total Expenses | | $23.76 | | $23.76 |
| Prebill Total | 0.00 | $23.76 | 0.00 | $23.76 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---:|---:|
| 74,007 | 04/22/2010 | 55,577.50 | 137.53 |
| 84,500 | 11/22/2011 | 16,063.50 | 3,212.70 |
| 84,967 | 12/14/2011 | 44,261.00 | 8,852.21 |
| 85,603 | 01/19/2012 | 45,640.50 | 9,128.10 |
| 86,185 | 02/16/2012 | 97,674.50 | 19,534.90 |
| 86,825 | 03/26/2012 | 73,596.50 | 14,719.30 |
| 87,309 | 04/22/2012 | 36,851.14 | 36,851.14 |
| | | 369,664.64 | 92,435.88 |