**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  | Page: 1 |
|---|---|
| W.R. Grace | 04/30/2012 |
| Wilmington  DE | ACCOUNT NO:        3000-02D |
|  | STATEMENT NO:              131 |

Asset Disposition

| | |
|---|---|
| PREVIOUS BALANCE | $241.30 |
| 04/23/2012    Payment - Thank you. (January, 2012 - 80% Fees) | -31.20 |
| BALANCE DUE | $210.10 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
04/30/2012
ACCOUNT NO:      3000-03D
STATEMENT NO:            118

Business Operations

PREVIOUS BALANCE                                                            $120.00

BALANCE DUE                                                                  $120.00

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
04/30/2012

W.R. Grace
Wilmington  DE

ACCOUNT NO:        3000-04D
STATEMENT NO:              131

Case Administration

PREVIOUS BALANCE                                                                        $723.87

04/23/2012        Payment - Thank you. (January, 2012 - 100% Fees)                    -31.20

BALANCE DUE                                                                          $692.67

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 04/30/2012 |
| Wilmington  DE | ACCOUNT NO:        3000-05D |
|  | STATEMENT NO:                131 |

Claims Analysis Objection & Resolution (Asbestos)

PREVIOUS BALANCE                                                                    $2,321.60

BALANCE DUE                                                                             $2,321.60

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
04/30/2012
ACCOUNT NO:          3000-06D
STATEMENT NO:                131

Claims Analysis Objection & Resol. (Non-Asbestos)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| | PREVIOUS BALANCE | | | $499.20 |
| 04/10/2012 | | | | |
| MTH | Reviewing COC re High Point Carolina site | | 0.30 | 117.00 |
| 04/11/2012 | | | | |
| MTH | Reviewing Motion re settlement re Big Tex Site | | 0.60 | 234.00 |
| 04/17/2012 | | | | |
| MTH | Reviewing Debtors' Report re claims settlements | | 0.10 | 39.00 |
| | FOR CURRENT SERVICES RENDERED | | 1.00 | 390.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.00 | $390.00 | $390.00 |

TOTAL CURRENT WORK                                                          390.00

04/23/2012    Payment - Thank you. (January, 2012 - 100% Fees)                              -62.40

BALANCE DUE                                                                       $826.80

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |  |
|---|---|---|
|  |  | Page: 1 |
| W.R. Grace |  | 04/30/2012 |
| Wilmington  DE | ACCOUNT NO: | 3000-07D |
|  | STATEMENT NO: | 131 |

Committee, Creditors, Noteholders, Equity Holders

| | PREVIOUS BALANCE | | $12,669.74 |
|---|---|---|---|
| | | HOURS | |

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 04/02/2012 | | | | |
| | MK | Review committee events calendar and update attorney case calendar. | 0.10 | 15.50 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| 04/03/2012 | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | SMB | Prepare 2019 of the David Law Firm, P.C.; address filing and service | 0.20 | 22.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| 04/04/2012 | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| 04/05/2012 | | | | |
| | MK | Review committee events calendar. | 0.10 | 15.50 |
| | PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| | PEM | Review weekly recommendation memorandum re: pending motions and matters. | 0.10 | 47.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | MTH | Prepare weekly recommendation memos | 0.50 | 195.00 |
| | MTH | Review correspondence from SC re weekly recommendation memos | 0.10 | 39.00 |
| | DAC | Review of counsel's weekly memo | 0.20 | 104.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 11.00 |
| | SMB | Prepare weekly recommendation memorandum | 0.20 | 22.00 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| **04/09/2012** | | | | |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| **04/10/2012** | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | SMB | Review, retrieve, and distribute recently filed pleadings | 0.10 | 11.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| **04/11/2012** | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | SMB | Review, retrieve, and distribute recently filed pleadings | 0.10 | 11.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| **04/12/2012** | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| **04/13/2012** | | | | |
| | MTH | Telephone conference with M. Burkman re status of Plan proceedings | 0.20 | 78.00 |
| | MTH | Prepare weekly recommendation memo and reviewing correspondence from SC to Committee re same | 0.60 | 234.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | SMB | Review retrieve, and distribute recently filed pleadings | 0.20 | 22.00 |
| | SMB | Prepare weekly recommendation memorandum | 0.30 | 33.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| **04/14/2012** | | | | |
| | PEM | Review weekly recommendation memorandum re: pending motions and matters. | 0.10 | 47.00 |
| **04/15/2012** | | | | |
| | DAC | Review counsel's weekly memo | 0.20 | 104.00 |
| **04/16/2012** | | | | |
| | MK | Review committee events calendar. | 0.10 | 15.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| | MTH | Review daily memo | 0.10 | 39.00 |
| **04/17/2012** | | | | |
| | MK | Attention to work related to committee fee and expense application matters. | 0.20 | 31.00 |
| | PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | SMB | Review, retrieve, and distribute recently filed pleadings | 0.10 | 11.00 |
| | PEM | Review memo re: pleadings filed | 0.10 | 47.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| **04/18/2012** | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | MTH | Various correspondence re review of Committee expense applications (split with Flintkote) | 0.40 | 156.00 |
| **04/19/2012** | | | | |
| | MTH | Legal research re Committee expenses and reimbursements; reviewing information from TS re same (split with Flintkote) | 1.10 | 429.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | SMB | Review, retrieve, and distribute recently filed pleadings | 0.10 | 11.00 |
| | PEM | Review memo re: pleadings filed | 0.10 | 47.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | MTH | Various correspondence re review of Committee expense applications (split with Flintkote) | 0.20 | 78.00 |
| **04/20/2012** | | | | |
| | MK | Review committee events calendar and update attorney case calendar. | 0.10 | 15.50 |
| | MTH | Prepare weekly recommendation memos; reviewing correspondence from SC to Committee re same | 0.50 | 195.00 |
| | MTH | Preparing for conference call and participating in conference call re Committee reimbursements (split with Flintkote) | 0.60 | 234.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | SMB | Prepare weekly recommendation memorandum | 0.30 | 33.00 |
| | PEM | Review weekly recommendation memorandum re: pending motions and matters. | 0.10 | 47.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| **04/23/2012** | | | | |
| | MTH | Reviewing issues re Committee expenses and reimbursements; correspondence with PEM re same; discussion with R. Tobin re same; | | |

W.R. Grace

| | ACCOUNT NO: | 3000-07D |
|---|---|---|
| | STATEMENT NO: | 131 |

Committee, Creditors, Noteholders, Equity Holders

| | | HOURS | |
|---|---|---|---|
| | correspondence with R. Tobin re same (split with Flintkote) | 1.00 | 390.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| SMB | Review, retrieve, and distribute recently filed pleadings | 0.30 | 33.00 |
| DAC | Review counsel's weekly memo | 0.20 | 104.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| **04/24/2012** | | | |
| MTH | Review daily memo | 0.10 | 39.00 |
| PEM | Review memo re: pleadings filed | 0.10 | 47.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| **04/25/2012** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| **04/26/2012** | | | |
| PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| **04/27/2012** | | | |
| PEM | Review weekly recommendation memorandum re: pending motions and matters. | 0.10 | 47.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| MTH | Prepare weekly recommendation memos | 0.80 | 312.00 |
| **04/30/2012** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| MK | Review committee events calendar. | 0.10 | 15.50 |
| MTH | Review daily memo | 0.10 | 39.00 |
| | FOR CURRENT SERVICES RENDERED | 16.30 | 4,750.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.60 | $520.00 | $312.00 |
| Philip E. Milch | 1.30 | 470.00 | 611.00 |
| Michele Kennedy | 0.70 | 155.00 | 108.50 |
| Santae M. Boyd | 5.80 | 110.00 | 638.00 |
| Mark T. Hurford | 7.90 | 390.00 | 3,081.00 |

Page: 5
W.R. Grace                                                                                          04/30/2012
ACCOUNT NO:          3000-07D
STATEMENT NO:             131

Committee, Creditors, Noteholders, Equity Holders


TOTAL CURRENT WORK                                                                    4,750.50


04/23/2012        Payment - Thank you. (January, 2012 - 100% Fees)                    -3,530.80


BALANCE DUE                                                                        $13,889.44


Any payments received after the statement date will be applied to next month's statement.  Please
note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 04/30/2012 |
| Wilmington  DE | ACCOUNT NO:        3000-08D |
|  | STATEMENT NO:              130 |

Employee Benefits/Pension

PREVIOUS BALANCE                                                                          -$16.90

04/23/2012        Payment - Thank you. (January, 2012 - 100% Fees)                    -655.20

CREDIT BALANCE                                                                            -$672.10

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                                          04/30/2012
Wilmington  DE                                              ACCOUNT NO:        3000-10D
                                                            STATEMENT NO:              131

Employment Applications, Others

PREVIOUS BALANCE                                                                        $725.70

BALANCE DUE                                                                             $725.70

Any payments received after the statement date will be applied to next month's statement.  Please
note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
04/30/2012

ACCOUNT NO:      3000-11D
STATEMENT NO:           129

Expenses

| | PREVIOUS BALANCE | $5,942.83 |
|---|---|---|

| | | |
|---|---|---|
| 04/01/2012 | Pacer charges for the month of March | 70.08 |
| 04/02/2012 | Scanning - March | 8.20 |
| 04/02/2012 | Copying - March | 2.60 |
| 04/02/2012 | Printing - March | 111.20 |
| 04/04/2012 | Parcels - copy/service - Monthly Fee Applications (4) | 453.64 |
| 04/11/2012 | Parcels - copy/service - Certificates of No Objection (5) | 80.08 |
| 04/13/2012 | Parcels - copy/service - Certificate of No Objection | 19.80 |
| 04/26/2012 | Parcels - copy/service - Certificates of No Objection (4) | 71.50 |
| 04/30/2012 | Copying - April 2012 | 9.20 |
| 04/30/2012 | Printing - April 2012 | 105.30 |
| 04/30/2012 | Scanning - April 2012 | 0.30 |
| | TOTAL EXPENSES | 931.90 |
| | TOTAL CURRENT WORK | 931.90 |
| 04/23/2012 | Payment - Thank you. (January, 2012 - 100% Expenses) | -785.94 |
| | BALANCE DUE | $6,088.79 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 04/30/2012 |
| Wilmington  DE | ACCOUNT NO:      3000-12D |
|  | STATEMENT NO:              129 |

Fee Applications, Applicant

| | | HOURS | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $4,344.30 |

| Date | TK | Description | Hours | Amount |
|---|---|---|---|---|
| 04/02/2012 | | | | |
| | MTH | Reviewing C&L's February 2012 fee application for filing and service | 0.40 | 156.00 |
| | TS | Finalize and e-file C&L February fee application | 0.30 | 33.00 |
| 04/09/2012 | | | | |
| | TS | Review case docket for objections to C&L January fee application (.1); Prepare Certificate of No Objection (.2) | 0.30 | 33.00 |
| 04/10/2012 | | | | |
| | MTH | Reviewing CNO for Campbell & Levine's January 2012 Fee Application for filing and service, reviewing docket re same | 0.20 | 78.00 |
| | TS | Prepare CNO for Campbell & Levine's January 2012 fee application | 0.20 | 22.00 |
| 04/11/2012 | | | | |
| | TS | Review e-mail from DS re: C&L March bill (.1); Prepare C&L March fee application (.6) | 0.70 | 77.00 |
| | MTH | Reviewing draft pre-bill | 0.60 | 234.00 |
| 04/26/2012 | | | | |
| | MTH | Reviewing draft CNO re C&L February monthly fee application for signing and filing; reviewing docket re same | 0.20 | 78.00 |
| | TS | Review case docket for objections to C&L February fee application (.1); Prepare Certificate of No Objection (.2); Finalize and e-file CNO (.2) | 0.50 | 55.00 |
| | | FOR CURRENT SERVICES RENDERED | 3.40 | 766.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.40 | $390.00 | $546.00 |
| Timothy Simpson | 2.00 | 110.00 | 220.00 |

Page: 2

W.R. Grace

04/30/2012

ACCOUNT NO:        3000-12D
STATEMENT NO:             129

Fee Applications, Applicant

TOTAL CURRENT WORK                                                              766.00

04/23/2012        Payment - Thank you. (January, 2012 - 100% Fees)                -410.80

BALANCE DUE                                                                   $4,699.50

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace
Wilmington  DE

04/30/2012

ACCOUNT NO:      3000-13D
STATEMENT NO:           116

Fee Applications, Others

PREVIOUS BALANCE                                                                                    $13,359.70

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 04/02/2012 |  |  |  |  |
|  | MTH | Reviewing and revising Charter Oak's February 2012 fee application for filing and service; multiple correspondence to and from G. Sinclair re same | 0.40 | 156.00 |
|  | MTH | Reviewing Anderson Kill's February 2012 fee application for filing and service | 0.30 | 117.00 |
|  | MTH | Reviewing and revising Caplin & Drysdale's February 2012 fee application for filing; discussion re same with TS and reviewing correspondence from TS to EB re same | 0.30 | 117.00 |
|  | MTH | Reviewing correspondence from D.M. re Capstone's 97th monthly fee application | 0.10 | 39.00 |
|  | MTH | Review correspondence from TBB re Saul Ewing's 32nd monthly fee application and Kramer Levin's 126th monthly fee application | 0.10 | 39.00 |
|  | MTH | Review correspondence from MS re Foley Hoag fee application filed on 3/29 | 0.10 | 39.00 |
|  | TS | Prepare Charter Oak February fee application | 0.10 | 11.00 |
|  | TS | Finalize and e-file Charter Oak February fee application | 0.30 | 33.00 |
|  | TS | Finalize and e-file C&D February fee application | 0.30 | 33.00 |
|  | TS | Finalize and e-file Anderson Kill February fee application | 0.30 | 33.00 |
| 04/03/2012 |  |  |  |  |
|  | MTH | Telephone conference with JON re e-mail service of fee applications | 0.20 | 78.00 |
|  | TS | Handle issue with e-mail of service re: J. Baer | 0.20 | 22.00 |
|  | TS | Document management and update tracking charts for fee application | 0.80 | 88.00 |
| 04/04/2012 |  |  |  |  |
|  | MTH | Review correspondence from DKW re K&E fee application | 0.10 | 39.00 |
|  | MTH | Multiple correspondence with TS re CNO's to be filed | 0.10 | 39.00 |

W.R. Grace

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
| **04/05/2012** | | | | |
| | SMB | Review February 2012 application of Capstone Advisory Group LLC (.1) ; update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review February 2012 application of Kramer Levin Naftalis & Frankel LLP (.1) ; update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review February 2012 application of Saul Ewing LLP (.1) ; update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review March 2012 application of Alan B. Rich, Esq. (.1) ; update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review February 2012 application of Blackstone Advisory Partners L.P. (.1) ; update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review January and February 2012 application of Pricewaterhousecoopers LLP (.1) ; update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review February 2012 application of Kirkland & Ellis LLP (.1) ; update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | | | | |
| **04/09/2012** | | | | |
| | TS | Review case docket for objections to AKO January fee application (.1); Prepare Certificate of No Objection (.2) | 0.30 | 33.00 |
| | TS | Review case docket for objections to C&D January fee application (.1); Prepare Certificate of No Objection (.2) | 0.30 | 33.00 |
| | TS | Review case docket for objections to Charter Oak January fee application (.1); Prepare Certificate of No Objection (.2) | | |
| | TS | Review case docket for objections to Legal Analysis' January fee application (.1); Prepare Certificate of No Objection (.2) | 0.30 | 33.00 |
| | MTH | Reviewing correspondence from DKW re Woodcock fee application | 0.10 | 39.00 |
| | MTH | Correspondence to and from RC re inquiry from fee auditor, status of CNO | 0.20 | 78.00 |
| | MTH | Correspondence to and from RT re inquiry from fee auditor, review re CNO | 0.20 | 78.00 |
| | | | | |
| **04/10/2012** | | | | |
| | MTH | Reviewing CNO for AKO's January 2012 Fee Application for filing and service, reviewing docket re same | 0.20 | 78.00 |
| | MTH | Reviewing CNO for C&D's January 2012 Fee Application for filing and service, reviewing docket re same | 0.20 | 78.00 |
| | MTH | Reviewing CNO for Legal Analysis' January 2012 Fee Application for filing and service, reviewing docket re same | 0.20 | 78.00 |
| | MTH | Reviewing CNO for Charter Oak's January 2012 Fee Application for filing and service, reviewing docket re same | 0.20 | 78.00 |
| | TS | Prepare CNO for AKO's January 2012 fee application | 0.20 | 22.00 |
| | TS | Prepare CNO for C&D's January 2012 fee application | 0.20 | 22.00 |
| | TS | Prepare CNO for Legal Analysis' January 2012 fee application | 0.20 | 22.00 |
| | TS | Prepare CNO for Charter Oak's January 2012 fee application | 0.20 | 22.00 |
| | TS | Prepare CNO for AKO's October through December 2011 interim fee | | |

W.R. Grace

| | | ACCOUNT NO: | 3000-13D |
| | | STATEMENT NO: | 116 |

Fee Applications, Others

| | | | HOURS | |
|---|---|---|---|---|
| | | application | 0.20 | 22.00 |
| | MTH | Reviewing draft CNO for AKO fee application; reviewing docket re same; correspondence re same | 0.20 | 78.00 |
| | MTH | Reviewing draft CNO for C&D January fee application; reviewing docket re same; reviewing correspondence re same | 0.20 | 78.00 |
| | MTH | Reviewing draft CNO for LAS January fee application; reviewing docket re same; reviewing correspondence re same | 0.20 | 78.00 |
| | MTH | Reviewing draft CNO for Charter Oak January fee application; reviewing docket re same; reviewing correspondence re same | 0.20 | 78.00 |
| | MTH | Correspondence to and from AP re AKO fee application | 0.20 | 78.00 |
| 04/11/2012 | | | | |
| | TS | Addressing committee fee and expense application matters (split with Flintkote) | 0.70 | 77.00 |
| 04/12/2012 | | | | |
| | TS | Call from E. Benetos at C&D re: committee expenses | 0.10 | 11.00 |
| 04/13/2012 | | | | |
| | TS | Discussion with MH re: AKO's Certificate of No Objection for October through December 2011 fee application (.2); finalize and e-file same (.2) | 0.40 | 44.00 |
| 04/16/2012 | | | | |
| | TS | Addressing committee fee and expense application matters (split with Flintkote) | 0.50 | 55.00 |
| | MRE | Work related to fee applications | 0.40 | 188.00 |
| 04/17/2012 | | | | |
| | TS | Addressing committee fee and expense application matters (split with Flintkote) | 2.30 | 253.00 |
| | MTH | Review correspondence from DKW re Protiviti fee application for April 2012 | 0.10 | 39.00 |
| | MTH | Review correspondence from LC (x3) re various fee applications | 0.10 | 39.00 |
| 04/18/2012 | | | | |
| | TS | Review e-mail from A. Pelton re AKO March fee application (.1); Update AKO March fee application (.2) | 0.30 | 33.00 |
| 04/19/2012 | | | | |
| | TS | Addressing committee fee and expense application matters (split with Flintkote) | 1.20 | 132.00 |
| 04/20/2012 | | | | |
| | MRE | Telephone conference with MTH and PEM re: fee application matters | 0.30 | 141.00 |
| | SMB | Review October through December 2011 application of Steptoe & Johnson LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |

Page: 4
04/30/2012
ACCOUNT NO:      3000-13D
STATEMENT NO:           116

W.R. Grace

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
| | SMB | Review February 2012 application of Casner & Edwards LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review February 2012 application of The Hogan Firm (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review February 2012 application of Lauzon Belanger Lesperance (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review February 2012 application of Scarfone Hawkins LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review April 2012 application of Provtivitv (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review February 2012 application of Day Pitney LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | TS | Addressing fee application matters | 0.20 | 22.00 |
| 04/25/2012 | | | | |
| | TS | e-mail to professionals re Certificate of No Objection for February fee application | 0.10 | 11.00 |
| | MTH | Review correspondence from DF re Orrick March fee application | 0.10 | 39.00 |
| | MTH | Review correspondence from YS re CNO for PWC fee application | 0.10 | 39.00 |
| | MTH | Review correspondence from CH re Phillips Goldman fee application for March 2012 | 0.10 | 39.00 |
| | MTH | Correspondence with ACC professionals re CNO's for February 2012 fee applications | 0.10 | 39.00 |
| 04/26/2012 | | | | |
| | MTH | Reviewing draft CNO for AKO February Monthly Fee Application for signing and filing; reviewing docket re same | 0.20 | 78.00 |
| | MTH | Reviewing draft CNO for Caplin & Drysdale February Monthly Fee Application for signing and filing; reviewing docket re same | 0.20 | 78.00 |
| | MTH | Reviewing draft CNO for Charter Oak February Monthly Fee Application for signing and filing; reviewing docket re same | 0.20 | 78.00 |
| | TS | Review case docket for objections to C&D February fee application (.1); Prepare Certificate of No Objection (.2); Finalize and e-file CNO (.2) | 0.50 | 55.00 |
| | TS | Review case docket for objections to AKO February fee application (.1); Prepare Certificate of No Objection (.2); Finalize and e-file CNO (.2) | 0.50 | 55.00 |
| | TS | Review case docket for objections to Charter Oak February fee application (.1); Prepare Certificate of No Objection (.2); Finalize and e-file CNO (.2) | 0.50 | 55.00 |
| | TS | Review e-mail from AKO re Interim fee application (.1); Review and respond to e-mail from E. Benetos re C&D monthly fee application (.1) | 0.20 | 22.00 |
| | MTH | Review correspondence from DKW re Fragomen March fee application | 0.10 | 39.00 |
| | MTH | Reviewing correspondence from DF re CNO's for Austern and Lincoln fee applications | 0.10 | 39.00 |
| 04/27/2012 | | | | |
| | SMB | Review March 2012 application of Duane Morris LLP (.1); update weekly | | |

W.R. Grace

Fee Applications, Others

| | | HOURS | |
|---|---|---|---|
| | recommendation memo (.1) | 0.20 | 22.00 |
| SMB | Review March 2012 application of Phillips Goldman & Spence, P.A. (.1); update weekly recommendation memo (.1) | 0.20 | 22.00 |
| SMB | Review March 2012 application of Orrick Herrington & Sutcliffe LLP (.1); update weekly recommendation memo (.1) | 0.20 | 22.00 |
| SMB | Review January through  March 2012 application of Fragomen, Del Rey, Bernsen & Loewy LLP (.1); update weekly recommendation memo (.1) | 0.20 | 22.00 |
| SMB | Review March 2012 application of Warren H. Smith & Associates, LLP (.1); update weekly recommendation memo (.1) | 0.20 | 22.00 |
| SMB | Review March 2012 application of Fragomen, Del Rey, Bernsen & Loewy LLP (.1); update weekly recommendation memo (.1) | 0.20 | 22.00 |
| TS | e-mail to LAS re March fees | 0.10 | 11.00 |
| TS | Review e-mail from E. Benetos re C&D March fee application | 0.10 | 11.00 |
| | FOR CURRENT SERVICES RENDERED | 21.70 | 4,151.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Santae M. Boyd | 4.00 | $110.00 | $440.00 |
| Mark T. Hurford | 5.40 | 390.00 | 2,106.00 |
| Marla R. Eskin | 0.70 | 470.00 | 329.00 |
| Timothy Simpson | 11.60 | 110.00 | 1,276.00 |

TOTAL CURRENT WORK                                                     4,151.00


04/23/2012     Payment - Thank you. (January, 2012 - 100% Fees)                    -2,034.00


BALANCE DUE                                                     $15,476.70


Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
04/30/2012
ACCOUNT NO:      3000-14D
STATEMENT NO:            89

Financing

| | | |
|---|---|---:|
| | PREVIOUS BALANCE | $489.00 |
| 04/23/2012 | Payment - Thank you. (January, 2012 - 100% Fees) | -343.20 |
| | BALANCE DUE | $145.80 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                04/30/2012
Wilmington DE                                        ACCOUNT NO:        3000-15D
                                                     STATEMENT NO:           131

Hearings

| | | HOURS | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $4,913.35 |
| 04/11/2012 | | | |
| MTH | Correspondence re hearing, reviewing draft Agenda | 0.20 | 78.00 |
| | FOR CURRENT SERVICES RENDERED | 0.20 | 78.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.20 | $390.00 | $78.00 |

| | | |
|---|---|---|
| TOTAL CURRENT WORK | | 78.00 |
| 04/23/2012    Payment - Thank you. (January, 2012 - 100% Fees) | | -187.20 |
| BALANCE DUE | | $4,804.15 |

Any payments received after the statement date will be applied to next month's statement. Please note your account number on your payment. Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace
Wilmington  DE

04/30/2012

ACCOUNT NO:        3000-16D
STATEMENT NO:              116

Litigation and Litigation Consulting

| | | |
|---|---|---|
| PREVIOUS BALANCE | | $813.10 |
| 04/23/2012 | Payment - Thank you. (January, 2012 - 100% Fees) | -866.00 |
| CREDIT BALANCE | | -$52.90 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
04/30/2012
ACCOUNT NO:        3000-17D
STATEMENT NO:              116

Plan and Disclosure Statement

|  | | | | |
|---|---|---|---|---|
| | PREVIOUS BALANCE | | | $10,628.90 |
| | | | HOURS | |
| **04/10/2012** | | | | |
| MTH | Reviewing dockets re confirmation | | 0.10 | 39.00 |
| **04/11/2012** | | | | |
| MTH | Reviewing Plan documents re information request by ACC professional | | 1.00 | 390.00 |
| **04/23/2012** | | | | |
| MTH | Reviewing Motion re Global Settlement with Libby and related | | 0.70 | 273.00 |
| **04/24/2012** | | | | |
| MTH | Reviewing Motion re Settlement with Libby and BNSF | | 1.60 | 624.00 |
| **04/25/2012** | | | | |
| MTH | Reviewing draft status report to the CA3 | | 0.20 | 78.00 |
| **04/26/2012** | | | | |
| MTH | Reviewing correspondence from JON re hearing with Judge Buckwalter | | 0.10 | 39.00 |
| MTH | Reviewing status report to the CA3 | | 0.10 | 39.00 |
| **04/27/2012** | | | | |
| MTH | Various correspondence re hearing on Garlock's Motion to Reconsider | | 0.30 | 117.00 |
| | FOR CURRENT SERVICES RENDERED | | 4.10 | 1,599.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 4.10 | $390.00 | $1,599.00 |

| | | |
|---|---|---|
| TOTAL CURRENT WORK | | 1,599.00 |

Page: 2

W.R. Grace

04/30/2012

ACCOUNT NO:        3000-17D
STATEMENT NO:             116

Plan and Disclosure Statement

04/23/2012        Payment - Thank you. (January, 2012 - 100% Fees)                         -2,289.60

                 BALANCE DUE                                                           $9,938.30

Any payments received after the statement date will be applied to next month's statement.  Please
note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 04/30/2012 |
| Wilmington  DE | ACCOUNT NO:        3000-18D |
|  | STATEMENT NO:              116 |

Relief from Stay Proceedings

| | | |
|---|---|---|
| | PREVIOUS BALANCE | -$172.20 |
| 04/23/2012 | Payment - Thank you. (January, 2012 - 100% Fees) | -62.40 |
| | CREDIT BALANCE | -$234.60 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
04/30/2012
ACCOUNT NO:        3000-20D
STATEMENT NO:              115

Tax Litigation

PREVIOUS BALANCE                                                                   $468.80

BALANCE DUE                                                                        $468.80

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                              04/30/2012
Wilmington  DE                                    ACCOUNT NO:        3000-21D
                                                  STATEMENT NO:             107

Travel-Non-Working

PREVIOUS BALANCE                                                       -$4.00

CREDIT BALANCE                                                         -$4.00

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                04/30/2012
Wilmington  DE                                    ACCOUNT NO:        3000-22D
                                                  STATEMENT NO:             120

Valuation

PREVIOUS BALANCE                                                     $1,185.00

BALANCE DUE                                                          $1,185.00

Any payments received after the statement date will be applied to next month's statement.  Please
note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 04/30/2012 |
| Wilmington  DE | ACCOUNT NO:        3000-23D |
|  | STATEMENT NO:              120 |

ZAI Science Trial

PREVIOUS BALANCE                                                                  $1,203.30

BALANCE DUE                                                                           $1,203.30

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
04/30/2012
ACCOUNT NO:          3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-02 Asset Disposition | | | | | |
| 241.30 | 0.00 | 0.00 | 0.00 | -31.20 | $210.10 |
| 3000-03 Business Operations | | | | | |
| 120.00 | 0.00 | 0.00 | 0.00 | 0.00 | $120.00 |
| 3000-04 Case Administration | | | | | |
| 723.87 | 0.00 | 0.00 | 0.00 | -31.20 | $692.67 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 2,321.60 | 0.00 | 0.00 | 0.00 | 0.00 | $2,321.60 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| 499.20 | 390.00 | 0.00 | 0.00 | -62.40 | $826.80 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 12,669.74 | 4,750.50 | 0.00 | 0.00 | -3,530.80 | $13,889.44 |
| 3000-08 Employee Benefits/Pension | | | | | |
| -16.90 | 0.00 | 0.00 | 0.00 | -655.20 | -$672.10 |
| 3000-10 Employment Applications, Others | | | | | |
| 725.70 | 0.00 | 0.00 | 0.00 | 0.00 | $725.70 |
| 3000-11 Expenses | | | | | |
| 5,942.83 | 0.00 | 931.90 | 0.00 | -785.94 | $6,088.79 |
| 3000-12 Fee Applications, Applicant | | | | | |
| 4,344.30 | 766.00 | 0.00 | 0.00 | -410.80 | $4,699.50 |

W.R. Grace

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-13 Fee Applications, Others | | | | | |
| 13,359.70 | 4,151.00 | 0.00 | 0.00 | -2,034.00 | $15,476.70 |
| 3000-14 Financing | | | | | |
| 489.00 | 0.00 | 0.00 | 0.00 | -343.20 | $145.80 |
| 3000-15 Hearings | | | | | |
| 4,913.35 | 78.00 | 0.00 | 0.00 | -187.20 | $4,804.15 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| 813.10 | 0.00 | 0.00 | 0.00 | -866.00 | -$52.90 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 10,628.90 | 1,599.00 | 0.00 | 0.00 | -2,289.60 | $9,938.30 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| -172.20 | 0.00 | 0.00 | 0.00 | -62.40 | -$234.60 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| -4.00 | 0.00 | 0.00 | 0.00 | 0.00 | -$4.00 |
| 3000-22 Valuation | | | | | |
| 1,185.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,185.00 |
| 3000-23 ZAI Science Trial | | | | | |
| 1,203.30 | 0.00 | 0.00 | 0.00 | 0.00 | $1,203.30 |
| 60,456.59 | 11,734.50 | 931.90 | 0.00 | -11,289.94 | $61,833.05 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.