# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
(212) 278-1000                                                 EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 1

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:    100055.WRG01 |
| May 15, 2012 | INVOICE:    248348 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

c/o Peter Van N. Lockwood, Esq.
Caplin & Drysdale
One Thomas Circle
Washington, DC 20005

**PROFESSIONAL SERVICES through 04/30/12**

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 04/02/12 | Continue to research annual reports in connection with claims analysis. | W001 | DJN | 0.60 |
| 04/02/12 | Draft and revise insurance policy data spreadsheets (1.90); continue analysis of selected insurance policies regarding follow form and cooperation clause issues (1.40). | W001 | GFF | 3.30 |
| 04/02/12 | Work on cash flow analysis. | W001 | MG | 2.40 |
| 04/02/12 | Investigate claims history issues in connection with expected Integrity reply brief regarding petition for certification. | W001 | RYC | 2.80 |
| 04/03/12 | Update Trust chart analyzing claims payments. | W001 | DJN | 0.80 |
| 04/03/12 | Continued reviewing insurance policies and reimbursement agreements re:  insolvent insurance companies, payment issues and cooperation clause information. | W001 | IF | 2.40 |
| 04/03/12 | Work on cash flow analysis. | W001 | MG | 2.70 |
| 04/03/12 | Investigate procedural history issues in connection with expected Integrity reply brief regarding petition for certification (1.70). Review and analysis of status of pending bankruptcy appeals and potential settlements in connection with establishing post-bankruptcy claims of expected trust (2.00). | W001 | RYC | 3.70 |
| 04/04/12 | Begin to review and revise time and expense entries. | W011 | AHP | 0.90 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                        EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 2

W.R. GRACE/CLAIMANTS COMMITTEE                        MATTER:      100055.WRG01

May 15, 2012                                          INVOICE:         248348

MATTER: CLAIMANTS COMMITTEE                           ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 04/04/12 | Continue analysis of selected insurance policies regarding follow form and cooperation clause issues (1.90); Draft and revise insurance policy data spreadsheets (.90). | W001 | GFF | 2.80 |
| 04/04/12 | Continued to review insurance policies and reimbursement agreements re: insolvent insurance companies, payment issues and cooperation clause information. | W001 | IF | 2.10 |
| 04/04/12 | Work on insolvent analysis and claim. | W001 | MG | 3.20 |
| 04/04/12 | Review and analysis of case files from attorney office. | W001 | NJB | 1.20 |
| 04/04/12 | Follow-up research and analysis of status of pending bankruptcy appeals and potential settlements in connection with establishing post-bankruptcy claims of expected trust (0.80). Prepare summary and analysis for establishing post-bankruptcy claims of expected trust (2.40). | W001 | RYC | 3.20 |
| 04/05/12 | Finish review and revisions to time and expense entries. | W011 | AHP | 0.70 |
| 04/05/12 | Draft and revise insurance policy data spreadsheets (.40); continue analysis of selected insurance policies regarding follow form and cooperation clause issues (1.80). | W001 | GFF | 2.20 |
| 04/05/12 | Continuing to review insurance policies and reimbursement agreements re: insolvent insurance companies, payment issues and cooperation clause information. | W001 | IF | 2.70 |
| 04/05/12 | Work on insolvent analysis and claim. | W001 | MG | 2.70 |
| 04/05/12 | Review and analysis of available versus unavailable existing documentation in connection with post-confirmation bankruptcy insurance related assets. | W001 | RYC | 2.60 |
| 04/06/12 | Continued analysis of selected insurance policies regarding follow form/cooperation clause issues. | W001 | GFF | 2.10 |
| 04/06/12 | Draft and revise insurance policy data spreadsheets. | W001 | GFF | 0.80 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                         EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 3

W.R. GRACE/CLAIMANTS COMMITTEE                              MATTER:        100055.WRG01

May 15, 2012                                                INVOICE:            248348

MATTER:  CLAIMANTS COMMITTEE                                ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 04/06/12 | Continuing to review insurance policies and reimbursement agreements re: insolvent insurance companies, payment issues and cooperation clause information. | W001 | IF | 2.40 |
| 04/06/12 | Follow-up research regarding reply brief to Integrity Liquidator's opposition to petition for certification. | W001 | RYC | 1.40 |
| 04/07/12 | Draft email to R. Horkovich re: status of gathering asbestos trust annual reports. | W001 | DJN | 0.10 |
| 04/09/12 | Draft and revise insurance policy data spreadsheets (.40); Continue analysis of selected insurance policies re: follow form and cooperation clause issues (2.80). | W001 | GFF | 3.20 |
| 04/09/12 | Continuing to review insurance policies and reimbursement agreements re: insolvent insurance companies, payment issues and cooperation clause information. | W001 | IF | 2.60 |
| 04/09/12 | Handle issues with respect to Integrity Liquidator's brief and consider strategy for reply brief. | W001 | KES | 0.60 |
| 04/09/12 | Work on insolvent analysis and claim. | W001 | MG | 1.20 |
| 04/09/12 | Review and analyze Integrity Liquidator's opposition to petition to NJ Supreme Court and outline reply brief. | W001 | RMH | 3.20 |
| 04/09/12 | Attention to issues involving fee application objections with fee auditor and bankruptcy counsel. | W011 | RYC | 0.40 |
| 04/09/12 | Review, research, and analysis in connection with the Integrity Liquidator's opposition to petition for certification before the New Jersey Supreme Court. | W001 | RYC | 2.70 |
| 04/10/12 | Proof time and expense entries (1.20); begin drafting monthly fee application and exhibits (1.60). | W011 | AHP | 2.80 |
| 04/10/12 | Continue analysis of selected insurance policies re: follow form, cooperation clause and definition of bodily and/or personal injury issues. | W001 | GFF | 2.80 |
| 04/10/12 | Continuing to review insurance policies and reimbursement agreements re: insolvent insurance companies, payment issues and cooperation clause information. | W001 | IF | 2.40 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
(212) 278-1000                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 4

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

May 15, 2012                                      INVOICE:         248348

MATTER:  CLAIMANTS COMMITTEE                      ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 04/10/12 | Review the Integrity liquidator's opposition to petition brief in anticipation of preparing reply (1.30); communicate case and response strategy to team attorneys re: same (.30). | W001 | KES | 1.70 |
| 04/10/12 | Continue research and analysis in connection with the Integrity Liquidator's opposition to petition for certification. | W001 | RYC | 1.60 |
| 04/11/12 | Update claims chart to include information similar existing asbestos trust claims filed and/or paid. | W001 | DJN | 0.90 |
| 04/11/12 | Search for articles re: Integrity appeal in insurance publications as well as secondary publications per K. Sharperson request. | W001 | EQ | 3.00 |
| 04/11/12 | Draft and revise insurance policy data spreadsheets (.80); continue analysis of selected insurance policies re: follow form, cooperation clause issues, and definition of bodily and/or personal injury (2.80). | W001 | GFF | 3.60 |
| 04/11/12 | Continuing to review insurance policies and reimbursement agreements re: insolvent insurance companies, payment issues, personal injury and cooperation clause. | W001 | IF | 2.70 |
| 04/11/12 | Research issues with respect to Integrity Opposition in preparation of reply (.70); begin preparation of reply to Opposition (3.50). | W001 | KES | 4.20 |
| 04/11/12 | Work on insolvent analysis and claim. | W001 | MG | 2.60 |
| 04/11/12 | Follow-up research and analysis in connection with the Integrity Liquidator's opposition to petition for certification. | W001 | RYC | 3.20 |
| 04/12/12 | Continue analysis of selected insurance policies re: follow form, cooperation clause issues, and definition of bodily and/or personal injury (2.20); Draft and revise insurance policy data spreadsheets (.60). | W001 | GFF | 2.80 |
| 04/12/12 | Continuing to review insurance policies and reimbursement agreements re: insolvent insurance companies, payment issues, mental injury/mental anguish and cooperation clause. | W001 | IF | 2.90 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                         EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 5

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

May 15, 2012                                       INVOICE:        248348

MATTER:  CLAIMANTS COMMITTEE                       ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 04/12/12 | Continue preparation of reply brief in response to the Integrity Liquidator's opposition. | W001 | KES | 4.20 |
| 04/12/12 | Work on cash flow analysis and claim. | W001 | MG | 3.20 |
| 04/12/12 | Coordinate and comment upon legal issues and draft of brief in connection with the Reply Brief in Support of Petition for Certification regarding Integrity proof of claim. | W001 | RYC | 4.50 |
| 04/13/12 | Draft and revise insurance policy data spreadsheets (.70); Continue analysis of selected insurance policies re: follow form, definition of bodily injury and cooperation clause issues (2.10). | W001 | GFF | 2.80 |
| 04/13/12 | Continuing to review insurance policies and reimbursement agreements re: insolvent insurance companies, payment issues, mental injury/mental anguish and cooperation clause. | W001 | IF | 2.80 |
| 04/13/12 | Perform legal research re: creditors' committees in order to respond to Liquidator's arguments re: same (2.00); review and analyze research (3.20); continue to prepare and update reply brief (5.20). | W001 | KES | 10.20 |
| 04/13/12 | Work on cash flow analysis and insolvent claim. | W001 | MG | 1.90 |
| 04/13/12 | Edit reply brief regarding Integrity claim to the NJ Supreme Court. | W001 | RMH | 2.80 |
| 04/13/12 | Revise and comment upon Reply Brief in Support of Petition for Certification of W.R. Grace re: Integrity appeal. | W001 | RYC | 4.70 |
| 04/15/12 | Perform addition legal research re: bankruptcy of the insured clause (1.20); review and analyze same for application to Integrity brief (1.80); update reply brief (2.40). | W001 | KES | 5.40 |
| 04/16/12 | Communications with R. Horkovich re: outstanding claims information in connection with analysis. | W001 | DJN | 0.10 |
| 04/16/12 | Continue analysis of selected insurance policies re: follow form and definitions of bodily injury and/or personal injury issues (2.10); Draft and revise insurance policy data spreadsheets (.80). | W001 | GFF | 2.90 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                       **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 6

W.R. GRACE/CLAIMANTS COMMITTEE                                 MATTER:      100055.WRG01

May 15, 2012                                                                        INVOICE:        248348

MATTER:  CLAIMANTS COMMITTEE                                        ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 04/16/12 | Continuing to review insurance policies and reimbursement agreements re: insolvent insurance companies, payment issues, mental injury/mental anguish and cooperation clause. | W001 | IF | 1.40 |
| 04/16/12 | Revise and finalize Integrity reply brief per comments of other team attorneys (4.90); prepare for service (.70). | W001 | KES | 5.60 |
| 04/16/12 | Work on insolvent claims analysis. | W001 | MG | 1.30 |
| 04/16/12 | Review of final draft of Reply Brief in Support of Petition for Certification of W.R. Grace re: Integrity claim. | W001 | RYC | 2.60 |
| 04/16/12 | Review and comment upon fee application. | W011 | RYC | 0.60 |
| 04/17/12 | Review and submit changes for time and expense entries. | W011 | AHP | 0.90 |
| 04/17/12 | Revise formatting of charts analyzing claims filings in various asbestos trusts. | W001 | DJN | 2.30 |
| 04/17/12 | Draft and revise insurance policy data spreadsheets (.40); continue analysis of selected insurance policies re: follow form and definition of personal/bodily injury issues (1.80). | W001 | GFF | 2.20 |
| 04/17/12 | Continue to review insurance policies and reimbursement agreements re: insolvent insurance companies, payment issues, personal and bodily injury, mental injury/mental anguish and cooperation clause. | W001 | IF | 1.60 |
| 04/17/12 | Work on cash flow analysis and claim. | W001 | MG | 2.60 |
| 04/17/12 | Work on insolvent claims. | W001 | MG | 1.40 |
| 04/17/12 | Attention to settlement with insurance company. | W001 | RMH | 0.70 |
| 04/17/12 | Review and analysis of available versus unavailable existing documentation in connection with post-confirmation bankruptcy insurance related assets. | W001 | RYC | 2.60 |
| 04/18/12 | Review of expenses and request additional information (.60); finalize monthly fee application and exhibits and send to local counsel. | W011 | AHP | 1.40 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                                                 **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 7

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| May 15, 2012 | | INVOICE: | | 248348 |
| MATTER: CLAIMANTS COMMITTEE | | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 04/18/12 | Draft and revise insurance policy data spreadsheets (.40); continue analysis of selected insurance policies re: follow form and definition of bodily and/or personal injury issues (1.90). | W001 | GFF | 2.30 |
| 04/18/12 | Continue to review of insurance policies and reimbursement agreements re: insolvent insurance companies, payment issues, mental injury/mental anguish and cooperation clause. | W001 | IF | 2.70 |
| 04/18/12 | Work on cash flow analysis and claim. | W001 | MG | 3.20 |
| 04/18/12 | Continue review and analysis of available versus unavailable existing documentation in connection with post-confirmation bankruptcy insurance related assets. | W001 | RYC | 2.60 |
| 04/19/12 | Attention to comparison between pre-petition claims filing and trust filings in connection with Allstate analysis. | W001 | DJN | 0.20 |
| 04/19/12 | Continue analysis of selected insurance policies re: follow form and definition of bodily and/or personal injury issues (2.40); Draft and revise insurance policy data spreadsheets (.30). | W001 | GFF | 2.70 |
| 04/19/12 | Continuing review of insurance policies and reimbursement agreements re: insolvent insurance companies, payment issues, personal and bodily injury, mental injury/mental anguish and cooperation clause. | W001 | IF | 2.40 |
| 04/19/12 | Review correspondence from Integrity Liquidator with respect to reply brief (.30); communicate same to R. Chung and R. Horkovich (.50). | W001 | KES | 0.80 |
| 04/19/12 | Work on insolvent claims analysis. | W001 | MG | 2.30 |
| 04/19/12 | Attention to correspondence from Integrity counsel. | W001 | RMH | 0.80 |
| 04/19/12 | Review and analysis of Integrity Liquidator counsel's letter with respect to ACC's reply brief (2.60).  Draft outline response regarding Integrity counsel's letter (1.20). | W001 | RYC | 3.80 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                         EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 8

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

May 15, 2012                                              INVOICE:         248348

MATTER:  CLAIMANTS COMMITTEE                              ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 04/20/12 | Analysis of selected insurance policies re: follow form and definition of bodily and/or personal injury issues. | W001 | GFF | 2.80 |
| 04/20/12 | Continue review of insurance policies and reimbursement agreements re: insolvent insurance companies, payment issues, mental injury/mental anguish and cooperation clause. | W001 | IF | 2.20 |
| 04/20/12 | Attention to Integrity issues with R. Chung (.60); prepare letter in response to Liquidator's letter (3.60); review all briefs filed in this matter to determine whether "specificity" argument was previously made but not objected to by Liquidator (2.10). | W001 | KES | 6.30 |
| 04/20/12 | Work on insolvent claims. | W001 | MG | 1.80 |
| 04/20/12 | Research and revise response letter to Integrity Liquidator counsel's letter with respect to ACC's reply brief and alleged violation of New Jersey rules. | W001 | RYC | 4.10 |
| 04/23/12 | Begin preparing interim fee application and exhibits. | W011 | AHP | 1.20 |
| 04/23/12 | Continue analysis of selected insurance policies re: follow form and definition of bodily and/or personal injury issues (1.90); Draft and revise insurance policy data spreadsheets (.40). | W001 | GFF | 2.30 |
| 04/23/12 | Continuing to review insurance policies and reimbursement agreements re: insolvent insurance companies, payment issues, mental injury/mental anguish and cooperation clause. | W001 | IF | 2.20 |
| 04/23/12 | Work on cash flow analysis and claim. | W001 | MG | 2.20 |
| 04/23/12 | Review and analysis of Integrity court decisions in other cases applicable to proof of claim. | W001 | RYC | 1.80 |
| 04/24/12 | Continue to work on draft interim fee application and exhibits. | W011 | AHP | 1.40 |
| 04/24/12 | Communications with R. Horkovich re: analysis of pre/post-bankruptcy claims for insurance company and revise reports based on same. | W001 | DJN | 0.30 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000 EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 9

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| May 15, 2012 | | INVOICE: | | 248348 |
| MATTER:  CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH | | |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 04/24/12 | Draft and revise insurance policy data spreadsheets (.40); Continue analysis of selected insurance policies re: follow form and definition of bodily and/or personal injury issues (1.80). | W001 | GFF | 2.20 |
| 04/24/12 | Review most recent insurer request for settlement. | W001 | HEG | 1.20 |
| 04/24/12 | Continuing to review insurance policies and reimbursement agreements re: insolvent insurance companies, payment issues, mental injury/mental anguish and cooperation clause. | W001 | IF | 1.60 |
| 04/24/12 | Reviewed status of CNA Re and CX Re re: London Market reimbursement agreement and demand letter. | W001 | IF | 1.20 |
| 04/24/12 | Review court rules with respect to recusal of Judges hearing appeals. | W001 | KES | 0.70 |
| 04/24/12 | Work on insolvent claims related issues. | W001 | MG | 2.10 |
| 04/24/12 | Research and analysis of potential additional supplements to support Grace's petition for certification by the NJ Supreme Court regarding proof of claim. | W001 | RYC | 2.80 |
| 04/25/12 | Finish draft interim fee application and forward for attorney approval. | W011 | AHP | 1.40 |
| 04/25/12 | Continue analysis of selected insurance policies re: follow form and definition of bodily and/or personal injury issues (2.10); Draft and revise insurance policy data spreadsheets (.30). | W001 | GFF | 2.40 |
| 04/25/12 | Review of current docket and reproduction of pleadings as part of trust status request. | W001 | HEG | 2.20 |
| 04/25/12 | Reviewed in-house files re: update on US insurance company communications concerning London Market issues. | W001 | IF | 0.70 |
| 04/25/12 | Continued to review insurance policies and reimbursement agreements re: insolvent insurance companies, payment issues, mental injury/mental anguish and cooperation clause. | W001 | IF | 2.10 |
| 04/25/12 | Work on cash flow analysis and claim. | W001 | MG | 2.70 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
(212) 278-1000                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 10

W.R. GRACE/CLAIMANTS COMMITTEE                         MATTER:        100055.WRG01

May 15, 2012                                           INVOICE:           248348

MATTER:  CLAIMANTS COMMITTEE                           ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 04/25/12 | Review and comment upon interim fee application (0.30).  Follow-up regarding potential fee application objections (0.10). | W011 | RYC | 0.40 |
| 04/26/12 | Finalize interim fee application and release to local counsel. | W011 | AHP | 0.80 |
| 04/26/12 | Gather and analyze Fuller-Austin annual reports and on-line search for other documents setting forth Fuller-Austin claims information. | W001 | DJN | 1.20 |
| 04/26/12 | Draft and revise insurance policy data spreadsheets (.70); continue analysis of selected insurance policies re: follow form and definition of bodily and/or personal injury issues (1.10). | W001 | GFF | 1.80 |
| 04/26/12 | Continued docket review and research re: Trust approval status update. | W001 | HEG | 1.30 |
| 04/26/12 | Continued to review insurance policies and reimbursement agreements re: insolvent insurance companies, payment issues, mental injury/mental anguish and cooperation clause. | W001 | IF | 1.80 |
| 04/26/12 | Work on insolvent claims analysis. | W001 | MG | 1.30 |
| 04/27/12 | Continue analysis of selected insurance policies re: follow form and definition of bodily and/or personal injury issues (1.70); Draft and revise insurance policy data spreadsheets (.40). | W001 | GFF | 2.10 |
| 04/27/12 | Continued to review insurance policies and reimbursement agreements re: insolvent insurance companies, payment issues, mental injury/mental anguish and cooperation clause. | W001 | IF | 2.20 |
| 04/27/12 | Work on cash flow analysis and claim. | W001 | MG | 1.90 |
| 04/27/12 | Attention to Trust calculations leading to new settlement demand figures. | W001 | RMH | 0.50 |
| 04/27/12 | Continue review and analysis of available versus unavailable existing documentation in connection with post-confirmation bankruptcy insurance related assets. | W001 | RYC | 3.20 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**           **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 11

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:    100055.WRG01

May 15, 2012                                  INVOICE:      248348

MATTER:  CLAIMANTS COMMITTEE                  ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 04/30/12 | Additional online research re: number of claims approved and amount of claims paid pre-petition for insurance company settlement position. | W001 | DJN | 2.10 |
| 04/30/12 | Draft and revise insurance policy data spreadsheets (.80); continue analysis of selected insurance policies re: follow form and definition of bodily and/or personal injury issues (2.10). | W001 | GFF | 2.90 |
| 04/30/12 | Continued to review insurance policies and reimbursement agreements re: insolvent insurance companies, payment issues, mental injury/mental anguish and cooperation clause. | W001 | IF | 2.40 |
| 04/30/12 | Work on insolvent claims. | W001 | MG | 1.80 |
| 04/30/12 | Review and analysis of case file. | W001 | NJB | 1.20 |
| 04/30/12 | Review and update regarding materials to submit to the Trust upon finalization of plan. | W001 | RYC | 1.20 |

**TOTAL FEES:**                                              **$136,577.50**

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                        EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 12

W.R. GRACE/CLAIMANTS COMMITTEE                        MATTER:    100055.WRG01

May 15, 2012                                          INVOICE:      248348

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

**FEE SUMMARY**

|                       | RATE   | HOURS | TOTALS      |
|-----------------------|--------|-------|-------------|
| Arline H Pelton       | 260.00 | 11.50 | 2,990.00    |
| Dennis J. Nolan       | 480.00 |  8.60 | 4,128.00    |
| Esther Quiles         | 120.00 |  3.00 | 360.00      |
| Glenn F Fields        | 355.00 | 53.00 | 18,815.00   |
| Harris E Gershman     | 285.00 |  4.70 | 1,339.50    |
| Izak Feldgreber       | 305.00 | 47.50 | 14,487.50   |
| Kenneth E. Sharperson | 560.00 | 39.70 | 22,232.00   |
| Mark Garbowski        | 625.00 | 44.50 | 27,812.50   |
| Nicholas J Balsdon    | 220.00 |  2.40 | 528.00      |
| Robert M Horkovich    | 895.00 |  8.00 | 7,160.00    |
| Robert Y Chung        | 650.00 | 56.50 | 36,725.00   |
| **TOTAL FEES:**       |        |       | **$136,577.50** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
(212) 278-1000                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 13

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

May 15, 2012                                       INVOICE:         248348

MATTER:  CLAIMANTS COMMITTEE                              ROBERT M. HORKOVICH

### SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

ACTIVITY CODE: W001      Asset Analysis and Recovery

|  | HOURS | TOTALS |
|---|---:|---:|
| Dennis J. Nolan | 8.60 | 4,128.00 |
| Esther Quiles | 3.00 | 360.00 |
| Glenn F Fields | 53.00 | 18,815.00 |
| Harris E Gershman | 4.70 | 1,339.50 |
| Izak Feldgreber | 47.50 | 14,487.50 |
| Kenneth E. Sharperson | 39.70 | 22,232.00 |
| Mark Garbowski | 44.50 | 27,812.50 |
| Nicholas J Balsdon | 2.40 | 528.00 |
| Robert M Horkovich | 8.00 | 7,160.00 |
| Robert Y Chung | 55.10 | 35,815.00 |
| **TOTAL:** | **266.50** | **$132,677.50** |

ACTIVITY CODE: W011      Fee Applications (Applicant)

|  | HOURS | TOTALS |
|---|---:|---:|
| Arline H Pelton | 11.50 | 2,990.00 |
| Robert Y Chung | 1.40 | 910.00 |
| **TOTAL:** | **12.90** | **$3,900.00** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
(212) 278-1000                                                         EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 14

| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
|---|---|---|
| May 15, 2012 | INVOICE: | 248348 |
| MATTER:  CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH |

**COSTS through 04/30/12**

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 03/27/12 | MEALS (IN-OFFICE OT) Order ID 259959807 on 03/27/12 at 7:28 PM vendor Qdoba Mexican Grill (50th) for Nolan Dennis | E109 | 15.37 |
| 03/28/12 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 784749521 Tracking Number: 798214384251 Reference: 100055 WRG01 90 029    Billing Note: From: Mitzie Bordreaux, United States Bankruptcy Court, 500 Poydras St Rm B601, NEW ORLEANS, LA, 70130, US To: Donald Flynn, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US | E107 | 19.01 |
| 03/28/12 | LOCAL TRAVEL Cab from 1251 6 AVE to LARCHMONT, LARCHMONT for DENNIS NOLAN on 03/28/12; voucher 163227; Invoice# 2931505 | E109 | 104.50 |
| 04/02/12 | DI - POSTAGE - | E108 | 5.20 |
| 04/03/12 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 04/09/12 | DI - PHOTOCOPYING - | E101 | 0.60 |
| 04/09/12 | DI - PHOTOCOPYING - | E101 | 2.00 |
| 04/10/12 | DI - PHOTOCOPYING - | E101 | 3.40 |
| 04/10/12 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 04/10/12 | DI - PHOTOCOPYING - | E101 | 0.60 |
| 04/13/12 | DI - PHOTOCOPYING - | E101 | 0.30 |
| 04/13/12 | DI - PHOTOCOPYING - | E101 | 0.50 |
| 04/16/12 | FILING OR WITNESS FEES  - VENDOR: PARCELS, INC Court documents | E125 | 354.00 |
| 04/16/12 | OTHER - VENDOR: CLERK, U.S. BANKRUPTCY COURT DOCUMENTS | E124 | 11.70 |
| 04/16/12 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 04/16/12 | DI - PHOTOCOPYING - | E101 | 11.60 |
| 04/17/12 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 04/17/12 | DI - PHOTOCOPYING - | E101 | 0.50 |
| 04/18/12 | DI - PHOTOCOPYING - | E101 | 0.80 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                   **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 15

W.R. GRACE/CLAIMANTS COMMITTEE                          MATTER:        100055.WRG01

May 15, 2012                                            INVOICE:           248348

MATTER:  CLAIMANTS COMMITTEE                            ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 04/20/12 | DI - FAX CHARGES - | E104 | 2.50 |
| 04/24/12 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 04/24/12 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 04/24/12 | DI - PHOTOCOPYING - | E101 | 0.10 |
| **TOTAL COSTS:** | | | **$533.58** |

| WORK | DESCRIPTION | AMOUNT |
|---|---|---|
| AF | AIRFREIGHT | 19.01 |
| FE | FILING OR WITNESS FEES | 354.00 |
| FX | DI - FAX CHARGES - | 2.50 |
| LT | LOCAL TRAVEL | 104.50 |
| ME | MEALS (IN-OFFICE OT) | 15.37 |
| MS | OTHER | 11.70 |
| PG | DI - POSTAGE - | 5.20 |
| XE | DI - PHOTOCOPYING - | 21.30 |
| | **TOTAL COSTS:** | **$533.58** |
| | **TOTAL DUE:** | **$137,111.08** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
| May 15, 2012 | INVOICE: | 248348 |



# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

---

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: 100055.WRG01 |
| May 15, 2012 | INVOICE: 248348 |

## Invoice



| Acct. No. | Date | Invoice # | Created From |
|---|---|---|---|
| 44 | 4/6/2012 | 375485 | |

**Customer**
44 Anderson Kill & Olick, PC

**Bill To**
Accounts Payable
Anderson Kill & Olick, PC
1251 Avenue Of the Americas
New York NY 10020-1182
United States



Please Send Payment To:

**Parcels, Inc.**
P.O. Box 27
Wilmington DE 19899
(302) 658-9926
Tax ID # 51-0255431

Please cut here and return top portion with payment. Make checks payable to Parcels, Inc.

---

| Reference#/P.O # | Terms | Invoice # | Payment Due | Date |
|---|---|---|---|---|
| 03-10495 & 01-2094 | Net 30 | 375485 | 5/6/2012 | 4/6/2012 |
| | Date of Job | Time Received | Created From | |
| | 4/5/2012 | 9:43 am | | |

| Contact | Job Detail |
|---|---|
| 44 Anderson Kill & Olick, PC :<br>Don Flynn<br>212-278-1404<br>DFlynn@AndersonKill.com | USBC DE<br>03-10495<br>Docket: 3291, 3352, 3365, 3375<br>01-2094<br>Docket: 12450, 12527, 12554, 12580, 12642 |
| **Caller** | |
| **Parcels Division**<br>DDR | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Service Fee | 30.00 | 30.00 |
| 270 | Per Page Fee | 1.20 | 324.00 |
| | **Total** | | **$354.00** |

NOTICE: Parcels, Inc. ("Parcels") has provided the above-listed services ("Services") pursuant to the instructions of the recipient hereof ("Client"). To the fullest extent permitted under applicable law, Client agrees that Parcels' liability hereunder shall solely be for its own negligence, mistake or omission and the total aggregate liability of Parcels in connection with the provision of the Services shall not exceed the amount of this invoice. Client hereby agrees that the aforesaid limitation shall apply to any and all liability or cause of action against Parcels howsoever alleged or arising. Parcels shall not in any event be liable for any consequential, incidental, special punitive or indirect damages, including loss of profits, revenue, data, use of money or business opportunities, regardless of whether notice has been given or there is an awareness that such damages have been or may be incurred.

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:     100055.WRG01 |
| May 15, 2012 | INVOICE:           248348 |

