# EXHIBIT 2




**BMC Group, Inc.**
**600 1st Ave., Suite 300**
**Seattle, WA 98104**
**Tel: 206/516-3300**

**WR Grace**
**Invoice #: 21_120430**
**Expense Summary**

**Period Ending 4/30/2012**

| Expense Type | Amount |
|---|---|
| B-linx User Fee | $350.00 |
| B-Linx/Data Storage | $850.00 |
| Document Storage | $88.45 |
| Noticing Production | $11,618.24 |
| Publication/Notice | $8,008.75 |
| Website Hosting | $250.00 |
| **Total** | **$21,165.44** |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

## WR Grace & Co. et al

### Noticing Production Reference Summary and Detail

| Reference Number | Production Date | Total |
|---|---|---|
| Reference # 021-20120420-1 | 4/20/2012 | $11,066.96 |
| Reference # 021-20120425-1 | 4/25/2012 | $270.48 |
| Reference # 021-20120426-1 | 4/26/2012 | $137.20 |
| Reference # 021-20120427-1 | 4/27/2012 | $114.76 |
| Reference # 021-20120430-1 | 4/30/2012 | $27.04 |
| Reference # 021-20120430-2 | 4/30/2012 | $1.80 |
| | Total Due | $11,618.24 |



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date:** 4/20/2012
**Reference #:** 021-20120420-1

| Job Type | Job Item | | Pages / Parties | | |
|---|---|---|---|---|---|
| | | Step | Task | Details | Total |
| Noticing Document | Dkt No. 29799 - Libby Settlement Mtn | | Page Ct 104 / Party Ct 1,108 | | |
| | | Production | Printed Impressions | 115232 Pieces @ $.07 | $8,066.24 |
| | | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | Postage | USPS - 1st Class (at Cost) | 1107 Pieces @ $2.50 each | $2,767.50 |
| | | | USPS - International (at Cost) | 1 Piece @ $8.78 each | $8.78 |
| | | Production | Stuff and Mail | 1108 Pieces @ $.05 each | $55.40 |
| | | Supplies | Inkjet and Envelope - Catalog | 1108 Pieces @ $.13 each | $144.04 |
| | | | | **Total:** | **$11,066.96** |

*Invoice Due Upon Receipt*



EXHIBIT 2



**BMC Group, Inc.**
**600 1st Ave., Suite 300**
**Seattle, WA 98104**
**Tel: 206/516-3300**

**WR Grace & Co. et al**

**Production Date: 4/25/2012**
**Reference #: 021-20120425-1**

| Job Type | Job Item | Step | Pages / Parties<br>Task | Details | Total |
|---|---|---|---|---|---|
| Noticing Document | Letter to Libby MHSM Parties | | Page Ct 1 / Party Ct 361 | | |
| | | Production | Printed Impressions | 361 Pieces @ $.10 each | $36.10 |
| | | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | Postage | USPS - 1st Class (at Cost) | 361 Pieces @ $.45 each | $162.45 |
| | | Production | Fold and Stuff | 361 Pieces @ $.05 each | $18.05 |
| | | Supplies | Inkjet and Envelope - #10 | 361 Pieces @ $.08 each | $28.88 |
| | | | | **Total:** | **$270.48** |

*Invoice Due Upon Receipt*



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date:** 4/26/2012
**Reference #:** 021-20120426-1

| Job Type | Job Item | Pages / Parties | | |
|---|---|---|---|---|
| | Step | Task | Details | Total |
| Noticing Document | Letter to Libby MHSM Parties (suppl) | Page Ct 1 / Party Ct 165 | | |
| | Production | Printed Impressions | 165 Pieces @ $.10 each | $16.50 |
| | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | Postage | USPS - 1st Class (at Cost) | 165 Pieces @ $.45 each | $74.25 |
| | Production | Fold and Stuff | 165 Pieces @ $.05 each | $8.25 |
| | Supplies | Inkjet and Envelope - #10 | 165 Pieces @ $.08 each | $13.20 |
| | | | **Total:** | **$137.20** |

*Invoice Due Upon Receipt*



EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date: 4/27/2012**
**Reference #: 021-20120427-1**

| Job Type | Job Item | Step | Pages / Parties<br>Task | Details | Total |
|---|---|---|---|---|---|
| Noticing Document | Libby LSKM letter | | Page Ct 1 / Party Ct 132 | | |
| | | Production | Printed Impressions | 132 Pieces @ $.10 each | $13.20 |
| | | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | Postage | USPS - 1st Class (at Cost) | 132 Pieces @ $.45 each | $59.40 |
| | | Production | Fold and Stuff | 132 Pieces @ $.05 each | $6.60 |
| | | Supplies | Inkjet and Envelope - #10 | 132 Pieces @ $.08 each | $10.56 |
| | | | | **Total:** | **$114.76** |

*Invoice Due Upon Receipt*



EXHIBIT 2




**BMC Group, Inc.**
**600 1st Ave., Suite 300**
**Seattle, WA 98104**
**Tel: 206/516-3300**

**WR Grace & Co. et al**

**Production Date: 4/30/2012**
**Reference #: 021-20120430-1**

| Job Type | Job Item | Step | Pages / Parties Task | Details | Total |
|---|---|---|---|---|---|
| Noticing Document | Lilbby LSKM letter (suppl) | | Page Ct 1 / Party Ct 3 | | |
| | | Production | Printed Impressions | 3 Pieces @ $.10 each | $0.30 |
| | | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | Postage | USPS - 1st Class (at Cost) | 3 Pieces @ $.45 each | $1.35 |
| | | Production | Fold and Stuff | 3 Pieces @ $.05 each | $0.15 |
| | | Supplies | Inkjet and Envelope - #10 | 3 Pieces @ $.08 each | $0.24 |
| | | | | **Total:** | **$27.04** |

*Invoice Due Upon Receipt*



EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date:** 4/30/2012
**Reference #:** 021-20120430-2
**Notes:** Postage charges for change of address remailing and other misc mailings.

| Job Type | Job Item | Step | Task | Details | Total |
|---|---|---|---|---|---|
| Noticing Document | COA resend for April | | | | |
| | | Postage | USPS - 1st Class (at Cost) | Total: 1 Piece | $0.45 |
| Other | Transfer | | | | |
| | | | USPS - 1st Class (at Cost) | Total: 3 Pieces | $1.35 |
| | | | | **Total:** | **$1.80** |

*Invoice Due Upon Receipt*



EXHIBIT 2