# EXHIBIT A

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**APRIL 1, 2012 - APRIL 30, 2012**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0014 | Case Administration | 12.0 | 2,763.50 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 0.1 | 72.50 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 15.3 | 11,182.50 |
| 0018 | Fee Application, Applicant | 4.8 | 1,431.00 |
| 0019 | Creditor Inquiries | 2.5 | 2,183.00 |
| 0022 | Environmental Matters/Regulations/Litigation | 0.8 | 580.00 |
| 0036 | Plan and Disclosure Statement | 9.1 | 6,686.00 |
| | | | |
| | **Total** | **44.6** | **$ 24,898.50** |

# STROOCK

## INVOICE

| | |
|---|---|
| DATE | May 10, 2012 |
| INVOICE NO. | 563647 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through April 30, 2012, including:

| | |
|---|---|
| RE | Case Administration |
| | 699843  0014 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/02/2012 | Obtain and circulate recently docketed pleadings in main case (.3); review appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.5 |
| 04/03/2012 | Review appeals case docket no. 11-199 (.1); update internal case docket (.2). | Mohamed, D. | 0.3 |
| 04/04/2012 | Obtain and circulate recently docketed pleadings in main case (.7); obtain documents for attorney review (.3); update service list (.1); review appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 1.3 |
| 04/05/2012 | Review appeals case docket no. 11-199. | Mohamed, D. | 0.1 |
| 04/06/2012 | Obtain and circulate recently docketed pleading in main case (.2); review appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.4 |
| 04/09/2012 | Obtain and circulate recently docketed pleadings in main case (.4); review appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/10/2012 | Attend to notices re: revised contact information and o/c DM re: sale. | Krieger, A. | 0.2 |
| 04/10/2012 | Obtain and circulate recently docketed pleadings in main case (.5); obtain recent pleading re appeals case no. 11-199 for attorney review (.2). | Mohamed, D. | 0.7 |
| 04/11/2012 | Review appeals case docket nos. 11-199 and 12-1402. | Mohamed, D. | 0.2 |
| 04/12/2012 | Review appeals case docket no. 11-199. | Mohamed, D. | 0.1 |
| 04/13/2012 | Attend to order re: High Point consent agreement and notice of cancellation of 4/23/12 hearing and related agenda. | Krieger, A. | 0.2 |
| 04/13/2012 | Obtain and circulate recently docketed pleadings in main case (.5); obtain documents for attorney review (.3); review appeals case nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 1.0 |
| 04/16/2012 | Obtain and circulate recently docketed pleadings in main case (.6); review appeals case docket nos. 11.199 and 12-1402 (.2). | Mohamed, D. | 0.8 |
| 04/17/2012 | Review appeals case docket no. 11-199. | Mohamed, D. | 0.1 |
| 04/19/2012 | Circulate docket updates to case team. | Magzamen, M. | 0.3 |
| 04/20/2012 | Obtain and circulate recently docketed pleadings in main case (.6); update internal case docket (.1); review appeals case nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.9 |
| 04/23/2012 | Obtain and circulate recently docketed pleadings in main case (.5); review appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.7 |
| 04/24/2012 | Obtain and circulate recently docketed pleadings in main case (.3); review appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.4 |
| 04/25/2012 | Review appeals case docket nos. 11-199 and 12-1402 (.2); review case file documents (1.4). | Mohamed, D. | 1.6 |
| 04/26/2012 | Obtain and circulate recently docketed | Mohamed, D. | 0.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| | pleading in main case (.2); review appeals case docket no. 11-199 (.1). | | |
| 04/27/2012 | Obtain and circulate recently docketed pleadings in main case (.3); review appeals case docket no. 11-199 for attorney review (.1); obtain recent pleading re: case no. 12-1402 for attorney review (.2). | Mohamed, D. | 0.6 |
| 04/30/2012 | Obtain and circulate recently docketed pleadings in main case (.5); review appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.4 | $ 725 | $ 290.00 |
| Magzamen, Michael | 0.3 | 335 | 100.50 |
| Mohamed, David | 11.3 | 210 | 2,373.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | | $ 2,763.50 |
|---|---|---|---|

| TOTAL FOR THIS MATTER | | | $ 2,763.50 |
|---|---|---|---|

# STROOCK

| | | |
|---|---|---|
| RE | Claims Analysis/Objections/Administration (Non-Asbestos) 699843  0015 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/22/2012 | Attend to amended order re: IntraWest stipulation. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.1 | $ 725 | $ 72.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 72.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 72.50 |
|---|---|

# STROOCK

| | RE | Committee, Creditors', Noteholders', or Equity Holders'<br>699843  0017 |
|---|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/03/2012 | Memorandum to Capstone re: fourth quarter report to Committee members (.1); revise draft memorandum for the Committee to reflect additional information from Debtors' counsel on the proposed Consent Agreement re: High Point site (1.5). | Krieger, A. | 1.6 |
| 04/04/2012 | Memorandum to the Committee re: High Point Consent Order. | Krieger, A. | 0.3 |
| 04/11/2012 | Memorandum for the Committee re: District Court order and 5/1/12 hearing. | Krieger, A. | 0.6 |
| 04/11/2012 | Review memo to Committee re: District Court order and scheduled May 1, 2012 hearing. | Kruger, L. | 0.3 |
| 04/23/2012 | Prepare memorandum for the Committee re: Libby, BNSF and related settlements. | Krieger, A. | 4.3 |
| 04/24/2012 | Attend to preparation of memorandum for the Committee re: global resolution. | Krieger, A. | 1.6 |
| 04/25/2012 | Revise Committee memorandum re: Global Settlement. | Krieger, A. | 2.7 |
| 04/26/2012 | Attend to Committee memorandum re: Global settlement. | Krieger, A. | 3.9 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 15.0 | $ 725 | $ 10,875.00 |
| Kruger, Lewis | 0.3 | 1,025 | 307.50 |

| | | | |
|---|---|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | $ 11,182.50 | |

| | | | |
|---|---|---|---|
| TOTAL FOR THIS MATTER | | $ 11,182.50 | |

# STROOCK

| | | |
|---|---|---|
| RE | Fee Application, Applicant | |
| | 699843  0018 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/05/2012 | Review/revise March fee detail. | Magzamen, M. | 0.5 |
| 04/10/2012 | Prepare draft of SSL's 132nd monthly fee application for attorney review. | Mohamed, D. | 1.0 |
| 04/25/2012 | Attend to March fee statement. | Krieger, A. | 0.6 |
| 04/25/2012 | Revise SSL's 132nd monthly fee application for attorney review. | Mohamed, D. | 0.8 |
| 04/27/2012 | Attend to March 2012 fee statement. | Krieger, A. | 0.1 |
| 04/30/2012 | Finalize SSL's 132nd monthly fee application for filing (.7); prepare notice and CoS re: same and forward to local counsel for filing (.5); prepare and effectuate service re: fee application (.6). | Mohamed, D. | 1.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.7 | $ 725 | $ 507.50 |
| Magzamen, Michael | 0.5 | 335 | 167.50 |
| Mohamed, David | 3.6 | 210 | 756.00 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,431.00 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 1,431.00 |

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| | | | |
|---|---|---|---|
| RE | Creditor Inquiries<br>699843  0019 | | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/04/2012 | Exchanged memoranda with creditor re: status information and memorandum to Debtors' counsel re: same. | Krieger, A. | 0.6 |
| 04/09/2012 | Telephone conference creditor re: confirmation status. | Pasquale, K. | 0.4 |
| 04/13/2012 | Telephone conference creditor re: confirmation status. | Pasquale, K. | 0.3 |
| 04/13/2012 | Telephone conference creditor re: confirmation status. | Pasquale, K. | 0.5 |
| 04/16/2012 | Telephone conference creditor re: confirmation status. | Pasquale, K. | 0.3 |
| 04/25/2012 | Telephone conference creditor re: confirmation, May 1 hearing. | Pasquale, K. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.6 | $ 725 | $ 435.00 |
| Pasquale, Kenneth | 1.9 | 920 | 1,748.00 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,183.00 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 2,183.00 |

# STROOCK

| RE | Environmental Matters/Regulations/Litigation<br>699843  0022 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/03/2012 | Preparation for and then conference call with Debtors' counsel re: High Point site. | Krieger, A. | 0.6 |
| 04/05/2012 | Attend to revised proposed form of order re: High Point consent order and memorandum to R. Higgins re: same. | Krieger, A. | 0.1 |
| 04/10/2012 | Attend to COC re: modified order re: High Point Consent Order. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.8 | $ 725 | $ 580.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 580.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 580.00 |
|---|---|

# STROOCK

| RE | Expenses<br>699843 0024 | |
|---|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | $ 0.00 |

MATTER DISBURSEMENT SUMMARY

| Outside Messenger Service | $ 35.12 |
|---|---|
| Long Distance Telephone | 40.09 |
| TOTAL DISBURSEMENTS/CHARGES | $ 75.21 |
| TOTAL FOR THIS MATTER | $ 75.21 |

# STROOCK

| | | | |
|---|---|---|---|
| RE | Plan and Disclosure Statement<br>699843  0036 | | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/10/2012 | Attend to District Court's order re: Garlock pleadings and 5/1/12 hearing. | Krieger, A. | 0.1 |
| 04/22/2012 | Attend to Debtors' motion re: Libby settlement and BNSF Settlement Agreement and related motion to shorten notice. | Krieger, A. | 3.7 |
| 04/23/2012 | Exchanged memoranda with Capstone re: new motions filed (.2); attend to motion and memorandum to R. Higgins re: outstanding questions (1.3); o/cs KP re: 5/1/12 argument (.2); t/c local counsel re: appearance (.1). | Krieger, A. | 1.8 |
| 04/24/2012 | T/c Debtors' counsel re: Global Settlement. | Krieger, A. | 0.6 |
| 04/24/2012 | Telephone conference D. Speights re: appeal status. | Pasquale, K. | 0.2 |
| 04/25/2012 | Attend to Global Settlement (1.1); exchanged emails with M. Giannotto re: conference call re: business related agreements (.1); t/c M. Giannotto re: Global Settlement and notes thereon (.9); memoranda with M. Lastowski re: Third Circuit appeal and with KP re: same (.3). | Krieger, A. | 2.4 |
| 04/25/2012 | Review debtors' proposed letter to 3rd District. | Kruger, L. | 0.1 |
| 04/25/2012 | Review debtors' proposed status report to 3d Cir. | Pasquale, K. | 0.1 |
| 04/27/2012 | Attend to Debtors' updated status report to the Third Circuit Court of Appeals. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 8.7 | $ 725 | $ 6,307.50 |
| Kruger, Lewis | 0.1 | 1,025 | 102.50 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Pasquale, Kenneth | 0.3 | 920 | 276.00 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 6,686.00 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 6,686.00 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 24,898.50 |
| TOTAL DISBURSEMENTS/CHARGES | $ 75.21 |
| TOTAL BILL | $ 24,973.71 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM