# EXHIBIT B

**WR GRACE & CO**
**SUMMARY OF FEES**
**APRIL 1, 2012 - APRIL 30, 2012**

|  | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| **Partners** | | | |
| Kruger, Lewis | 0.4 | $1,025 | $ 410.00 |
| Pasquale, Kenneth | 2.2 | 920 | 2,024.00 |
| | | | |
| **Associates** | | | |
| Krieger, Arlene G. | 26.3 | 725 | 19,067.50 |
| | | | |
| **Paraprofessionals** | | | |
| Magzamen, Michael | 0.8 | 335 | 268.00 |
| Mohamed, David | 14.9 | 210 | 3,129.00 |
| | | | |
| **Total** | **44.6** | | **$ 24,898.50** |