# EXHIBIT C

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**APRIL 1, 2012 - APRIL 30, 2012**

| Outside Messenger Service | $ | 35.12 |
|---|---|---|
| Long Distance Telephone | | 40.09 |
| | | |
| **Total** | **$** | **75.21** |

# STROOCK

## Disbursement Register

| DATE | May 10, 2012 |
|---|---|
| INVOICE NO. | 563647 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

**FOR EXPENSES INCURRED i**n the captioned matter for the period through April 30, 2012, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 04/07/2012 | VENDOR: UPS; INVOICE#: 000010X827142; DATE: 4/7/2012  D. Mohamed to Dave Klauder, Esq.  Wilmington DE  on  03/30/2012 | 7.95 |
| 04/07/2012 | VENDOR: UPS; INVOICE#: 000010X827142; DATE: 4/7/2012  D. Mohamed to Dawn S. Marra  Wilmington DE  on  03/30/2012 | 7.95 |
| 04/07/2012 | VENDOR: UPS; INVOICE#: 000010X827142; DATE: 4/7/2012  D. Mohamed to Bobbi Ruhlander, Esq.   DALLAS TX on  03/30/2012 | 11.27 |
| 04/07/2012 | VENDOR: UPS; INVOICE#: 000010X827142; DATE: 4/7/2012  D. Mohamed to David B. Siegal  Columbia  MD   on  03/30/2012 | 7.95 |
| **Outside Messenger Service Total** | | **35.12** |
| **Long Distance Telephone** | | |
| 04/16/2012 | EXTN.795562, TEL.2038626208, S.T.11:37, DUR.00:00:26 | 0.08 |
| 04/23/2012 | EXTN.795588, TEL.3026574942, S.T.17:10, DUR.00:00:19 | 0.28 |
| 04/23/2012 | EXTN.795588, TEL.3026574942, S.T.17:12, DUR.00:01:30 | 0.56 |
| 04/24/2012 | VENDOR: Chase Card Services; INVOICE#: 040212; DATE: 4/2/2012  -  visa charge 3/2/12 Court Call #4779693 | 30.00 |
| 04/24/2012 | EXTN.795562, TEL.8039434444, S.T.14:28, DUR.00:04:54 | 1.39 |
| 04/25/2012 | EXTN.795544, TEL.2023464124, S.T.14:31, DUR.00:27:11 | 7.78 |
| **Long Distance Telephone Total** | | **40.09** |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

PAGE: 2

### BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 35.12 |
| Long Distance Telephone | 40.09 |

| | |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 75.21 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM