

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2159064 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 05/07/12 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00014 |
| Charlottesville, VA 22902 | |

Re:  Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Photocopying | 19.20 |
| Federal Express | 203.22 |
| CURRENT EXPENSES | 222.42 |
| **TOTAL AMOUNT OF THIS INVOICE** | 222.42 |
| **NET AMOUNT OF THIS INVOICE** | 222.42 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2159061 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 05/07/12 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00001 |
| Charlottesville, VA 22902 | |

Re: Asset Disposition

FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/12:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/11/12 | TKD | Reviewed Motion for an Order Approving the Stipulation and Settlement Agreement Resolving Claim of the United States regarding the Big Tex Site, San Antonio, Texas | 0.4 | 260.00 |
| 04/23/12 | TKD | Review Motion to approve settlement with The Libby Claimants and other parties | 0.6 | 390.00 |
| | | TOTAL HOURS | 1.0 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 1.0 | at | $650.00 | = | 650.00 |

CURRENT FEES 650.00

**TOTAL AMOUNT OF THIS INVOICE** 650.00

**NET AMOUNT OF THIS INVOICE** 650.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP



Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2159062 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 05/07/12 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00004 |
| Charlottesville, VA 22902 | |

Re:   Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/12:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/02/12 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 04/03/12 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 04/04/12 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 04/05/12 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 04/06/12 | TKD | Review all case filings and share with team | 0.3 | 195.00 |
| 04/09/12 | TKD | Review all case filings and share with team | 0.3 | 195.00 |
| 04/10/12 | TKD | Review all case filings and share with team | 0.3 | 195.00 |
| 04/11/12 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 04/12/12 | TKD | Review all case filings and share with team | 0.3 | 195.00 |
| 04/13/12 | TKD | Review all case filings | 0.5 | 325.00 |
| 04/16/12 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 04/17/12 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 04/18/12 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 04/20/12 | TKD | Review case filings and share with team. | 0.5 | 325.00 |
| 04/23/12 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 04/24/12 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 04/25/12 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 04/26/12 | TKD | Review all case filings and share with team | 0.4 | 260.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00004
05/07/12

WR Grace - Official Committee of Equity Security Holders
Case Administration

Invoice Number 2159062
Page 2

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/27/12 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 04/30/12 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| | | TOTAL HOURS | 8.3 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 8.3 | at | $650.00 | = | 5,395.00 |

CURRENT FEES                                                5,395.00

**TOTAL AMOUNT OF THIS INVOICE**                            5,395.00

**NET AMOUNT OF THIS INVOICE**                              5,395.00

**Saul Ewing LLP**

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2159063 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 05/07/12 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00008 |
| Charlottesville, VA 22902 | |

Re: Committee: Creditors', Noteholders' Or Equity Holders'

FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/12:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/27/12 | TKD | Reviewed materials in preparation for our Equity Committee Meeting | 0.5 | 325.00 |
| | | TOTAL HOURS | 0.5 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.5 | at | $650.00 | = | 325.00 |

CURRENT FEES                                                             325.00

**TOTAL AMOUNT OF THIS INVOICE**                                          325.00

**NET AMOUNT OF THIS INVOICE**                                            325.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP



Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2159065 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 05/07/12 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00015 |
| Charlottesville, VA 22902 | |

Re:  Fee Applications/Applicant

FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/12:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/23/12 | TBB | Draft CNO to Saul Ewing's thirty second monthly fee application | 0.3 | 58.50 |
| 04/23/12 | TBB | File and serve Saul Ewing's CNO to thirty second monthly fee application | 0.8 | 156.00 |
| 04/23/12 | TBB | Review docket for any objections filed | 0.1 | 19.50 |
| 04/27/12 | TBB | Draft Saul Ewing's thirty third monthly fee application. | 0.7 | 136.50 |
| 04/30/12 | TBB | Draft Notice to Saul Ewing's thirty third monthly fee application. | 0.2 | 39.00 |
| 04/30/12 | TBB | File and serve Saul Ewing's thirty third monthly fee application. | 0.8 | 156.00 |
| 04/30/12 | TBB | Calendar dates | 0.1 | 19.50 |
| | | TOTAL HOURS | 3.0 | |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022  WR Grace - Official Committee of Equity Security Holders  Invoice Number 2159065
00015  Fee Applications/Applicant  Page 2

05/07/12

## TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 3.0 | at | $195.00 | = | 585.00 |

CURRENT FEES     585.00

**TOTAL AMOUNT OF THIS INVOICE**     585.00

**NET AMOUNT OF THIS INVOICE**     585.00

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2159066 |
| Invoice Date | 05/07/12 |
| Client Number | 359022 |
| Matter Number | 00016 |

Re: Fee Applications/Others

FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/12:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/23/12 | TKD | Review CNOs for Kramer Levin | 0.4 | 260.00 |
| 04/23/12 | TBB | Draft CNO to Kramer Levin's one hundred and twenty sixth monthly fee application | 0.3 | 58.50 |
| 04/23/12 | TBB | File and serve CNO to Kramer Levin's one hundred and twenty sixth monthly fee application | 0.8 | 156.00 |
| 04/23/12 | TBB | Review docket for any objections filed | 0.1 | 19.50 |
| 04/23/12 | TBB | Email with D. Blabley regarding CNO | 0.1 | 19.50 |
| 04/27/12 | TKD | Reviewed Kramer Levin fee application; communicate with Kramer Levin | 0.3 | 195.00 |
| 04/30/12 | TBB | Draft Notice to Kramer Levin's one hundred and twenty seventh monthly fee application. | 0.2 | 39.00 |
| 04/30/12 | TBB | File and serve Kramer Levin's one hundred and twenty seventh monthly fee application. | 0.8 | 156.00 |
| 04/30/12 | TBB | Calendar dates | 0.1 | 19.50 |
| | | TOTAL HOURS | 3.1 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 2.4 | at | $195.00 | = | 468.00 |
| Teresa K.D. Currier | 0.7 | at | $650.00 | = | 455.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00016

05/07/12

WR Grace - Official Committee of Equity Security Holders
Fee Applications/Others

Invoice Number 2159066
Page 2

| | |
|---|---:|
| CURRENT FEES | 923.00 |
| **TOTAL AMOUNT OF THIS INVOICE** | 923.00 |
| **NET AMOUNT OF THIS INVOICE** | 923.00 |



Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2159067 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 05/07/12 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00020 |
| Charlottesville, VA 22902 | |

Re:   Plan and Disclosure Statement

FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/12:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/25/12 | TKD | Review Third Circuit Letter | 0.2 | 130.00 |
| | | TOTAL HOURS | 0.2 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.2 | at | $650.00 | = | 130.00 |

CURRENT FEES                                                                              130.00

**TOTAL AMOUNT OF THIS INVOICE**                                              130.00

**NET AMOUNT OF THIS INVOICE**                                                  130.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP