**NINETY-NINTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED**
<u>**(FOR THE PERIOD FROM APRIL 1, 2012 THROUGH APRIL 30, 2012**</u>

ATTACHMENT B

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Task Descriptions
4. Summary of Expenses

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Summary of Fees by Professional
## For the Period 4-1-2012 through 4-30-2012

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $795 | 6.70 | $5,326.50 |
| R. Frezza | Member | $725 | 13.10 | $9,497.50 |
| J. Dolan | Director | $450 | 18.50 | $8,325.00 |
| M. Viola | Paraprofessional | $120 | 0.60 | $72.00 |
| **For the Period 4-1-2012 through 4-30-2012** | | | **38.90** | **$23,221.00** |

# W.R. Grace & Co.
**Capstone Advisory Group, LLC**
**Summary of Fees by Task Code**
**For the Period 4-1-2012 through 4-30-2012**

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant communicated with a bank lender to discuss claim values. | 0.70 | $556.50 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant reviewed and analyzed recent docket submissions, Counsel's memo on the Libby settlement and updated work plan. | 5.30 | $2,730.00 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared March 2012 monthly fee statement. | 2.60 | $1,075.50 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant analyzed data regarding the 4Q11 and 1Q12 results, prepared various analyses and prepared a report to the Committee thereon.  The applicant also reviewed various SEC filings. | 30.30 | $18,859.00 |
| **For the Period 4-1-2012 through 4-30-2012** | | **38.90** | **$23,221.00** |

# W.R. Grace & Co.
**Capstone Advisory Group, LLC**
**Detailed Time Description by Task Code**
**For the Period 4-1-2012 through 4-30-2012**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 03. Claims Analysis & Valuation | | | |
| 4/6/2012 | E. Ordway | 0.70 | Communicated with the bank lender's to discussed claim values. |
| Subtotal | | 0.70 | |
| 04. Creditor Committee Matters | | | |
| 4/4/2012 | J. Dolan | 0.40 | Reviewed and analyzed Counsel's memo re: settlement agreement. |
| 4/9/2012 | J. Dolan | 1.10 | Reviewed and analyzed recent docket submissions. |
| 4/20/2012 | J. Dolan | 0.50 | Participated in discussion with the team re: work plan. |
| 4/23/2012 | E. Ordway | 0.20 | Reviewed and updated work plan prepared by core team. |
| 4/23/2012 | J. Dolan | 0.90 | Reviewed and analyzed recent docket submissions. |
| 4/26/2012 | J. Dolan | 1.40 | Reviewed and analyzed Counsel's memo re: Libby settlement and reviewed related motions / exhibits. |
| 4/27/2012 | E. Ordway | 0.80 | Reviewed and analyzed Counsel's memo re: Libby settlement. |
| Subtotal | | 5.30 | |
| 07. Fee Applications & Invoices | | | |
| 4/18/2012 | M. Viola | 0.20 | Prepared March 2012 fee statement. |
| 4/19/2012 | J. Dolan | 0.80 | Prepared March 2012 fee statement. |
| 4/26/2012 | M. Viola | 0.40 | Prepared March 2012 fee statement. |
| 4/26/2012 | J. Dolan | 0.50 | Prepared March 2012 fee statement. |
| 4/26/2012 | J. Dolan | 0.40 | Prepared March 2012 fee statement. |
| 4/27/2012 | E. Ordway | 0.30 | Prepared fee application. |
| Subtotal | | 2.60 | |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|

08. Financial Analysis - Schedules & Statements

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 4/2/2012 | J. Dolan | 1.30 | Made final changes to 4Q11 report to the Committee. |
| 4/2/2012 | R. Frezza | 1.10 | Reviewed and commented on final changes to 4Q11 report. |
| 4/3/2012 | R. Frezza | 0.40 | Distributed final 4Q11 report and discussed with Counsel. |
| 4/3/2012 | J. Dolan | 0.60 | Coordinated and distributed report to the Committee. |
| 4/3/2012 | E. Ordway | 0.60 | Reviewed email draft of Agent to Committee re: 4Q11 report. |
| 4/4/2012 | E. Ordway | 0.40 | Reviewed Debtor's 10k and noted items to follow up on for 1Q12 monitoring report. |
| 4/4/2012 | R. Frezza | 1.30 | Reviewed and analyzed recent docket submissions. |
| 4/9/2012 | J. Dolan | 2.10 | Reviewed and analyzed recently filed 8k's related to company overview, FCC project and Dow development project. |
| 4/9/2012 | J. Dolan | 1.50 | Reviewed and analyzed recently filed 8k's related to business realignment and new non-GAAP cash flow measure and considered related impact. |
| 4/9/2012 | R. Frezza | 3.50 | Reviewed 8k re: company realignment overview, fee projects and Dow development progress. |
| 4/16/2012 | E. Ordway | 0.30 | Reviewed 8k and noted items for staff to review. |
| 4/17/2012 | E. Ordway | 0.80 | Continued to read 8k. |
| 4/19/2012 | E. Ordway | 0.90 | Continued to review and analyze 8k information. |
| 4/20/2012 | R. Frezza | 2.20 | Reviewed 8k re: company information and financial data. |
| 4/20/2012 | J. Dolan | 2.40 | Reviewed and analyzed recent 8k filings concerning company information and financial data. |
| 4/23/2012 | E. Ordway | 0.60 | Continued to read and analyze 8k information. |
| 4/23/2012 | R. Frezza | 1.00 | Review recent docket submissions. |
| 4/25/2012 | E. Ordway | 0.90 | Reviewed and analyzed 10k for 1Q12 and noted items to further analyze. |
| 4/25/2012 | J. Dolan | 1.30 | Reviewed and analyzed recent 1Q12 filings related to press release. |
| 4/25/2012 | J. Dolan | 1.20 | Reviewed and analyzed recent 1Q12 filings related to the business |
| 4/25/2012 | J. Dolan | 0.50 | Read and analyzed recent 1Q12 filings related to analyst spreadsheet. |

**Capstone Advisory Group, LLC**
**Invoice for the 4-1-2012 - 4-30-2012 Fee Application**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 4/25/2012 | R. Frezza | 2.50 | Reviewed and analyzed recent 1Q12 filing re: press release, business update and analyst information. |
| 4/26/2012 | J. Dolan | 1.10 | Prepared for and listened in on 1Q12 investor call. |
| 4/26/2012 | J. Dolan | 0.50 | Gathered recently filed 1Q12 documents for review for report to the Committee. |
| 4/26/2012 | R. Frezza | 1.10 | Listened in on investor call. |
| 4/27/2012 | E. Ordway | 0.20 | Reviewed debtor's press release re: business performance. |
| Subtotal | | 30.30 | |
| **Total Hours** | | **38.90** | |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 4-1-2012 through 4-30-2012

| Date | Professional | Detail | Amount |
|------|-------------|--------|--------|
| Telecom | | | |
| 4/11/2012 | CAG Direct | April Telecom | $44.74 |
| | | | |
| Subtotal - Telecom | | | $44.74 |
| **For the Period 4-1-2012 through 4-30-2012** | | | $44.74 |