# EXHIBIT A

## April 2012 Fee Detail

**Matter 3** **Business Operations**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 4/10/2012 | Telephone conference with A. Schlesinger re proposed business transaction and consider issues re same (.50). | .50 | $475 | $237.50 |
| Total | | | 0.50 | | $ 237.50 |

**Matter 4** **Case Administration**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 4/2/2012 | Respond to creditor inquiries re notice of confirmation (.90). | .90 | $475 | $427.50 |
| RJH | 4/3/2012 | Respond to creditor inquiries re notice of confirmation (1.00). | 1.00 | $475 | $475.00 |
| RJH | 4/4/2012 | Respond to creditor inquiries re notice of confirmation (1.00); telephone conference with L. Stone re Phillip Morris subpoena issue (.30). | 1.30 | $475 | $617.50 |
| RJH | 4/6/2012 | Respond to creditor inquiries re notice of confirmation (.70). | .70 | $475 | $332.50 |
| RJH | 4/9/2012 | Respond to various creditor inquiries (.60). | .60 | $475 | $285.00 |
| RJH | 4/16/2012 | Review and prepare OCP quarterly report for filing (1.00); respond to various creditor inquiries (.80). | 1.80 | $475 | $855.00 |
| RJH | 4/17/2012 | Revise April 2012 10-Q inserts (.70); telephone conference with M. Araki re same (.20); respond to various creditor inquiries (.80). | 1.60 | $475 | $760.00 |
| RJH | 4/18/2012 | Respond to various creditor inquiries (.60); review and analyze materials re Podesta inquiry (.20); exchange correspondence with M. Araki re same (.20). | 1.00 | $475 | $475.00 |
| RJH | 4/19/2012 | Respond to creditor inquiries (.50) | .50 | $475 | $237.50 |
| RJH | 4/20/2012 | Analyze issues re claims settlement report (.50); exchange correspondence with various parties re same (.30). | .80 | $475 | $380.00 |
| RJH | 4/23/2012 | Respond to creditor inquiries (1.80); review and revise quarterly asset sale report and prepare for filing (.50); analyze issues re quarterly settlement report (.40); exchange correspondence with various parties re same (.20); telephone conference with J. Hughes re same (.40). | 3.30 | $475 | $1,567.50 |
| RJH | 4/24/2012 | Response to creditor inquiries (1.10). | 1.10 | $475 | $522.50 |
| RJH | 4/26/2012 | Response to creditor inquiries (.60). | .60 | $475 | $285.00 |
| RJH | 4/27/2012 | Review and analyze filed pleadings (.30); exchange correspondence with J. Hughes re quarterly settlement report (.20); telephone conference with J. Hughes re same and other issues (.50). | 1.00 | $475 | $475.00 |
| RJH | 4/30/2012 | Prepare quarterly settlement report for filing (.50); review filed pleadings (.30). | .80 | $475 | $380.00 |
| Total | | | 17.00 | | $8,075.00 |

**Matter 6** **Claim Analysis Objection & Resolution (Non-asbestos)**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 4/18/2012 | Telephone conferences with R. Finke re asbestos PD claims issue (.40); exchange correspondence with various parties re same (.30); analyze issues re same (.10). | .80 | $475 | $380.00 |
| Total | | | 0.80 | | $ 380.00 |

**Matter 8** **Employee Benefits/Pension**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 4/2/2012 | Telephone conference with H. Feichko re High Point and other issues (.50); exchange correspondence with various parties re same (.30); analyze Michigan DOR claims (.50); exchange correspondence with various parties re same (.30); legal research re open environmental claims (.50). | 2.10 | $475 | $997.50 |
| RJH | 4/3/2012 | Analyze Mass. district court filings re Otis Pipeline (.50); update claims task list (.50); prepare for telephone conference with A. Krieger and H. Feichko re High Point motion (.80); follow up telephone conference with H. Feichko re same (.50); revise High Point form of order (1.50); exchange correspondence with various parties re NYSDTF administrative claim motion withdrawal and follow up re same (.50). | 4.30 | $475 | $2,042.50 |
| RJH | 4/4/2012 | Draft and revise High Point form of order (1.00); legal research re environmental issues (1.00); prepare for telephone conference with L. Duff and H. Feichko re same (.30); participate in same (.50); telephone conference with M. Lum re Oregon tax claim (.30). | 3.10 | $475 | $1,472.50 |
| RJH | 4/5/2012 | Telephone conference with H. Feichko and L. Duff re environmental issues (.50); revise High Point order and circulate to client (1.50); further revise same and circulate to committee counsel (.50); analyze and resolve issues re allowed claim and correspond with various parties re same (.50). | 3.00 | $475 | $1,425.00 |
| RJH | 4/6/2012 | Telephone conference with H. Feichko re Big Tex settlement (.50); revise motion re same and circulate for comment (2.00). | 2.50 | $475 | $1,187.50 |
| RJH | 4/9/2012 | Draft claims settlement notice for Locke Claim (3.50); revise Big Tex motion (2.00); telephone conferences with H. Feichko and L. Duff re same (.60). | 6.10 | $475 | $2,897.50 |
| RJH | 4/10/2012 | Revise Locke Claim Settlement Notice (.30); exchange correspondence with various parties re same (.20); attend to matters and exchange correspondence with various parties re Big Tex settlement motion (1.00); telephone conference with H. Feichko re same (.40); prepare same for filing (1.00); telephone conference with J. Frost re Albury lawsuit (.30); consider issues and draft correspondence re same (.50). | 3.70 | $475 | $1,757.50 |
| RJH | 4/11/2012 | Prepare for telephone conference with J. Forgach re Locke Claim Settlement Notice (.20); participate in same (.50); revise same (.40); draft correspondence to various parties re same (.30). | 1.40 | $475 | $665.00 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 4/12/2012 | Revise and update open claims task list and circulate same (1.00); revise Locke settlement notice (.80); exchange correspondence with various parties re same (.50); telephone conference with L. Duff and H. Feichko re environmental issues (.60). | 2.90 | $475 | $1,377.50 |
| RJH | 4/13/2012 | Telephone conference with J. Frost re Albury claim (.40); telephone conferences with D. Klein and J. Margolis re Locke claims settlement notice (.60); revise same and circulate (.30); analyze Little Rock AOC (1.00); draft motion re same (2.00). | 4.30 | $475 | $2,042.50 |
| RJH | 4/17/2012 | Telephone conference with J. Newbold re IL DOR claim (.30); follow up and draft correspondence re same (.20). | .50 | $475 | $237.50 |
| RJH | 4/18/2012 | Draft, review and revise Little Rock AOC motion (1.50). | 1.50 | $475 | $712.50 |
| RJH | 4/19/2012 | Analyze and resolve issues re Il DOR claim withdrawal (.50). | .50 | $475 | $237.50 |
| RJH | 4/20/2012 | Exchange correspondence with various parties and attend to matters re Locke settlement (.30). | .30 | $475 | $142.50 |
| RJH | 4/23/2012 | Exchange correspondence with various parties and attend to matters re Locke settlement (.50); exchange correspondence with various parties re IL DOR claim withdrawal (.20). | .70 | $475 | $332.50 |
| RJH | 4/25/2012 | Attend to matters re withdrawal of IL DOR claim 150 (.60); analyze issues re Hanmar/Hankin (.20); telephone conference with R. Finke re opens claims issues (.50); follow up re same (.30). | 1.60 | $475 | $760.00 |
| RJH | 4/30/2012 | Review and revise open claims reports (1.00); telephone conference with J. Cohen re claims issue (.30). | 1.30 | $475 | $617.50 |
| Total | | | 39.80 | | $18,905.00 |

**Matter 8** **Employee Benefits/Pension**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 4/20/2012 | Legal research re LTIP issues (1.00); telephone conference with J. Forgach re same (.70); exchange correspondence with various parties re same (.50). | 2.20 | $475 | $1,045.00 |
| Total | | | 0.00 | | $ 0.00 |

**Matter 11** **Fee Applications, Applicant**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 4/24/2012 | Prepare March fee application (.20); prepare expenses for same (.50). | .70 | $475 | $332.50 |
| RJH | 4/27/2012 | Prepare March fee application (1.80). | 1.80 | $475 | $855.00 |
| RJH | 4/30/2012 | Prepare March fee application for filing (1.00); prepare first quarter 2012 fee application (1.00). | 2.00 | $475 | $950.00 |
| Total | | | 4.50 | | $2,137.50 |

**Matter 14** **Hearings**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 4/9/2012 | Review preliminary agenda (.20). | .20 | $475 | $95.00 |
| Total | | | 0.20 | | $ 95.00 |

**Matter 16** **Plan and Disclosure Statement**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 4/4/2012 | Attend to matters re allowed claims exhibit (.50); telephone conference with M. Araki re same and other issues (.70). | 1.20 | $475 | $570.00 |
| RJH | 4/5/2012 | Analyze administrative claims bar date notice issues (.50); analyze issues re allowed claims exhibit (.70). | 1.20 | $475 | $570.00 |
| RJH | 4/6/2012 | Analyze administrative claims bar date notice issues and prepare for telephone conference with R. Finke re same (.50); participate in telephone conference with R. Finke re same (.50); telephone conference with M. Araki re same and other topics (.70). | 1.70 | $475 | $807.50 |
| RJH | 4/10/2012 | Draft interest rate objection (2.00); legal research re same (.50); analyze claimant documentation re same (.50). | 3.00 | $475 | $1,425.00 |
| RJH | 4/11/2012 | Prepare for telephone conference with plan proponents' counsel (.20); participate in same (.90); draft interest rate objection (3.50); legal research re same (.50); analyze claimant documentation re same (3.50). | 8.60 | $475 | $4,085.00 |
| RJH | 4/12/2012 | Analyze Blackstone allowed environmental claims report (1.00); telephone conference with A. Schlesinger and B. Jaffe re same (.50); prepare for telephone conference with M. Araki re allowed claims exhibit and other issues (.50); participate in same (1.20); draft, circulate and exchange correspondence with various parties re allowed claims exhibit (.30); draft interest rate objection (2.00); legal research re same (.90); analyze claimant documentation re same (.80). | 7.20 | $475 | $3,420.00 |
| RJH | 4/13/2012 | Legal research re plan interest rate issues (3.00). | 3.00 | $475 | $1,425.00 |
| RJH | 4/16/2012 | Analyze factual issues re interest rate objection (1.50); draft objection re same (2.00); legal research re same (3.00). | 6.50 | $475 | $3,087.50 |
| RJH | 4/17/2012 | Review and analyze allowed claims exhibit materials (2.20); telephone conference with M. Araki re various issues related thereto (.30); prepare for call with BMC, Blackstone and Grace re allowed environmental claims exhibit (.30); participate in same (1.00); follow-on call with A. Schlesinger and B. Jaffe re same (.40); legal research re plan interest rate issues (1.30); draft objection re same (2.00); analyze factual issues re same (.50). | 8.00 | $475 | $3,800.00 |
| RJH | 4/18/2012 | Analyze allowed claims exhibit issues (.50); draft interest rate objection (3.00); draft and revise factual development re same (2.50); legal research re same (2.50). | 8.50 | $475 | $4,037.50 |
| RJH | 4/20/2012 | Analyze issues re Libby settlement (1.00). | 1.00 | $475 | $475.00 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 4/23/2012 | Exchange correspondence with various parties re the Libby settlement (.20); analyze allowed claims exhibit issues (.40); legal research re contract rate issue (2.00); draft and revise objection re same (1.10). | 3.70 | $475 | $1,757.50 |
| RJH | 4/24/2012 | Prepare for telephone conference with counsel for plan proponents (.20); participate in same (.80); draft interest rate objection (4.00); draft and revise fact development section thereof (3.00). | 8.00 | $475 | $3,800.00 |
| RJH | 4/25/2012 | Review draft letter to Third Circuit (.30); legal research re interest rate objection (2.50); draft and revise same (3.50). | 6.30 | $475 | $2,992.50 |
| RJH | 4/26/2012 | Draft and revise interest rate objection (6.70); exchange correspondence with M. Araki re same (.50). | 7.20 | $475 | $3,420.00 |
| RJH | 4/27/2012 | Analyze allowed claims exhibit issues (1.50); draft and revise interest rate objection (2.50). | 4.00 | $475 | $1,900.00 |
| RJH | 4/30/2012 | Analyze allowed tax claims report (.50); prepare for telephone conference with various parties re allowed claims exhibit (.30); participate in same (.50); exchange correspondence with various parties re same (.50); telephone conference with A. Schlesinger and B. Jaffe re same (.40); draft and revise interest rate objection (2.00); circulate same to various parties (.30). | 4.50 | $475 | $2,137.50 |
| Total | | | 83.60 | | $39,710.00 |