**EXHIBIT B**

**April 2012 Expense Detail**

## EXPENSE SUMMARY

| Service Description | Amount |
|---|---:|
| Facsimile | $16.95 |
| Long Distance/Conference Telephone Charges/Internet | $321.33 |
| Online research | $680.56 |
| Postage | $32.95 |
| Court fees | $97.04 |
| Total: | **$1,148.83** |

## ITEMIZED EXPENSES

### TRAVEL

| Date | Amount | Service Description |
|---|---|---|
| none | $0.00 | NA |
| Total | **$ 0.00** | |

### NON-TRAVEL

| Date | Amount | Service Description |
|---|---|---|
| 3/27/2012 | $680.56 | Lexis Nexis - Grace charges for April |
| 4/3/2012 | $97.04 | Pacer Court charges for Grace (1/1/12 - 3/31/12) |
| 4/5/2012 | $321.33 | ICI Telecon IC -Grace conference call charges for March |
| 4/6/2012 | $16.95 | Fax and other charges |
| 4/22/2012 | $32.95 | FedEx |
| Total | **$1,148.83** | |

Total April 2012 Expenses: $1,148.83