# EXHIBIT A

**(Curtis Bay FUSRAP Bankruptcy Claim Resolution)**

## LAW OFFICES
## BEVERIDGE & DIAMOND, P.C.
### SUITE 2210
### 201 NORTH CHARLES STREET
### BALTIMORE, MD 21201-4150
### (410) 230-1300

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

March 30, 2012
Client/Matter #  01246-011548
Invoice # 147134
Federal ID# 52-1247549

---

For Legal Services Rendered Through 02/29/12 in Connection With:

PLEASE REMIT PAYMENT TO :        BEVERIDGE & DIAMOND, P.C.
                                 SUITE 700
                                 1350 I STREET, N.W.
                                 WASHINGTON, D.C. 20005-3311

<u>Curtis Bay FUSRAP Bankruptcy Claim Resolution</u>
<u>100103</u>

| Date | Timekeeper | Task | Hours | Description |
|---|---|---|---|---|
| 02/17/12 | P. Marks | L110 | 0.50 | Telephone conference with team re Sledds' Point. |

|  |  |
|---|---|
| Total Hours : | 0.50 |
| Total Fees : | $234.60 |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  147134
March 30, 2012
PAGE  2

## Time Summary :

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 0.50 | $469.20 | $234.60 |
|  |  | Total Fees : | $234.60 |
|  |  | Total Fees: | $234.60 |

## Summary by Task Codes :

| CODE | Hours | Bill Amount |
|---|---|---|
| L100 |  |  |
| L110 | 0.50 | $234.60 |
| Total L100 | 0.50 | $234.60 |
| Total Fees : | 0.50 | $234.60 |

## Summary by Disbursement Codes :

|  |  |
|---|---|
| TOTAL DUE : | $234.60 |

# EXHIBIT B

## (IRIS)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co.                                    March 30, 2012
Attn: Lydia B. Duff, Esq.                            Client/Matter #  01246-015172
7500 Grace Drive                                     Invoice # 147137
Columbia, MD  21044                                  Federal ID# 52-1247549

For Legal Services Rendered Through 02/29/12 in Connection With:

PLEASE REMIT PAYMENT TO :      BEVERIDGE & DIAMOND, P.C.
                               SUITE 700
                               1350 I STREET, N.W.
                               WASHINGTON, D.C. 20005-3311

IRIS

| Date | Name | Code | Hours | Description |
|---|---|---|---|---|
| 02/01/12 | K. Bourdeau | C300 | 5.00 | Tasks re project. |
| 02/01/12 | P. Marks | C300 | 3.30 | Coordinate with L. Duff and K. Bourdeau re issues; follow-up tasks re same. |
| 02/01/12 | D. Paul | C300 | 1.00 | Telephone conference with P. Marks re tasks and follow-up re same. |
| 02/02/12 | K. Bourdeau | C300 | 4.80 | Tasks re project. |
| 02/02/12 | P. Marks | C300 | 7.70 | Team conference call and preparation related to project. |
| 02/02/12 | J. Lanham | C300 | 0.50 | Review contract re meeting room and email correspondence to P. Marks re same. |
| 02/03/12 | K. Bourdeau | C300 | 6.50 | Participate in Grace team meeting; follow-up communications and preparation re project. |
| 02/03/12 | P. Marks | C300 | 7.20 | Conference with team in Beveridge & Diamond's Washington office re project. |
| 02/03/12 | D. Paul | C300 | 0.40 | Tasks to support project. |
| 02/03/12 | E. Wolk | C300 | 2.50 | Monitoring and support tasks. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 147137
March 30, 2012
PAGE 2

| 02/04/12 | K. Bourdeau | C300 | 1.50 | Review preliminary documents; prepare notes re same. |
| 02/05/12 | K. Bourdeau | C300 | 2.50 | Finalize review of preliminary documents and transmit e-mail re impact. |
| 02/05/12 | P. Marks | C300 | 0.70 | Preparation re project. |
| 02/05/12 | D. Paul | C300 | 0.70 | Project support tasks. |
| 02/06/12 | K. Bourdeau | C300 | 11.80 | Attend meetings with client team. |
| 02/06/12 | P. Marks | C300 | 11.50 | Meeting with client team and tasks re same. |
| 02/06/12 | D. Paul | C300 | 0.20 | Project support tasks. |
| 02/07/12 | K. Bourdeau | C300 | 9.50 | Attend meeting with client team. |
| 02/07/12 | P. Marks | C300 | 10.60 | Attend meeting with client team and tasks re same. |
| 02/08/12 | K. Bourdeau | C300 | 6.00 | Attend meeting with client team. |
| 02/08/12 | P. Marks | C300 | 9.00 | Attend client team meeting and post-meeting tasks and evaluation with L. Duff and H. Feichko. |
| 02/09/12 | K. Bourdeau | C300 | 2.00 | Conference calls with team re retention re consultant and other recent developments. |
| 02/09/12 | P. Marks | C300 | 3.20 | Conferences with H. Feichko, L. Duff, B. Corcoran and team (some by telephone) re next steps. |
| 02/10/12 | K. Bourdeau | C300 | 0.50 | Review background documents and e-mail communications re same. |
| 02/10/12 | P. Marks | C300 | 1.90 | Coordinate with consultant re data, direct J. Lanham re same and telephone conference with L. Duff and H. Feichko re same. |
| 02/10/12 | J. Lanham | C300 | 1.80 | Research re process and data; prepare letter re data. |
| 02/10/12 | E. Wolk | C300 | 2.00 | Monitoring and support tasks. |
| 02/11/12 | K. Bourdeau | C300 | 0.50 | Review and revise consultant's draft letter and forward same to P. Marks. |
| 02/13/12 | K. Bourdeau | C300 | 1.00 | Finalize and transmit to P. Marks revised draft of document; communications re recent developments, action items. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  147137
March 30, 2012
PAGE   3

| 02/13/12 | P. Marks | C300 | 0.30 | Address information requests. |
|---|---|---|---|---|
| 02/13/12 | J. Lanham | C300 | 0.50 | Prepare and send letter re data. |
| 02/15/12 | K. Bourdeau | C300 | 0.80 | Review new information and e-mail communications to and from Grace team re same. |
| 02/15/12 | P. Marks | C300 | 0.80 | Address document request follow-up; review new information. |
| 02/17/12 | P. Marks | C300 | 0.80 | Review information and coordinate with team re same. |
| 02/17/12 | E. Wolk | C300 | 1.00 | Monitoring and support tasks. |
| 02/19/12 | K. Bourdeau | C300 | 0.50 | Evaluate issues, and prepare and transmit e-mail to Grace team re same. |
| 02/21/12 | K. Bourdeau | C300 | 0.50 | Communications with Grace team re technical issues for consideration and background documents needed. |
| 02/21/12 | P. Marks | C300 | 0.40 | Coordinate with H. Feichko and L. Duff (emails and telephone conferences) re team tasks. |
| 02/21/12 | J. Lanham | C300 | 0.30 | Telephone conference re data. |
| 02/22/12 | K. Bourdeau | C300 | 1.30 | Conference with R. Finke re litigation alternatives; communications with various members of Grace team re path forward, and conference with P. Marks re same. |
| 02/22/12 | P. Marks | C300 | 0.60 | Coordinate with L. Duff to plan for organizing team and tasks. |
| 02/23/12 | K. Bourdeau | C300 | 0.60 | E-mail communications with Grace team; evaluate information needs. |
| 02/23/12 | K. Bourdeau | C300 | 3.40 | Communications with client legal team re issues and attend meeting with client re status, objectives, action items, path forward, review new documents. |
| 02/23/12 | P. Marks | C300 | 1.70 | Assess status of information requests and coordinate with L. Duff and H. Feichko re same and team meetings, agenda, and transcript; coordinate with consultant re information. |
| 02/23/12 | P. Marks | C300 | 1.70 | Telephone conference with team re update, strategy and tasks, and follow-up emails re same. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  147137
March 30, 2012
PAGE  4

| 02/23/12 | D. Paul | C300 | 0.40 | Support tasks. |
|---|---|---|---|---|
| 02/24/12 | K. Bourdeau | C300 | 0.30 | Conference with P. Marks re document requests, path forward. |
| 02/24/12 | P. Marks | C300 | 2.80 | Strategy and task follow-up. |
| 02/24/12 | J. Lanham | C300 | 1.20 | Document request follow-up. |
| 02/24/12 | E. Wolk | C300 | 1.50 | Monitoring and support tasks. |
| 02/25/12 | K. Bourdeau | C300 | 0.10 | E-mail communications re information requests. |
| 02/27/12 | K. Bourdeau | C300 | 0.50 | Review L. Duff list of action items and e-mail communications re same; conference with P. Marks re approach to action items. |
| 02/27/12 | P. Marks | C300 | 3.10 | Evaluate legal issues, perform other tasks and conference with K. Bourdeau re tasks. |
| 02/27/12 | J. Lanham | C300 | 0.30 | Document follow-up. |
| 02/28/12 | K. Bourdeau | C300 | 0.80 | Communications with P. Marks re facts. |
| 02/28/12 | P. Marks | C300 | 6.40 | Evaluate and prepare condensed summary re issues, follow-up tasks and coordinate with K. Bourdeau and D. Paul re same. |
| 02/28/12 | J. Lanham | C300 | 1.00 | Document related activities. |
| 02/28/12 | D. Paul | C300 | 0.20 | Support tasks. |
| 02/29/12 | K. Bourdeau | C300 | 1.80 | Communications with Grace team re tasks and conduct same. |
| 02/29/12 | P. Marks | C300 | 1.40 | Follow-up tasks. |
| 02/29/12 | E. Wolk | C300 | 0.50 | Monitoring and support tasks. |

Total Hours :          153.30

Total Fees :          $79,718.00

BEVERIDGE & DIAMOND, P.C.

INVOICE #  147137
March 30, 2012
PAGE  5

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 62.20 | $657.80 | $40,915.16 |
| P. Marks | 75.10 | $469.20 | $35,236.92 |
| J. Lanham | 5.60 | $303.60 | $1,700.16 |
| D. Paul | 2.90 | $179.40 | $520.26 |
| E. Wolk | 7.50 | $179.40 | $1,345.50 |

|  |  |
|---|---|
| **Total Fees :** | **$79,718.00** |

|  |  |
|---|---|
| **Total Fees:** | **$79,718.00** |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 153.30 | $79,718.00 |
| Total | 153.30 | $79,718.00 |

|  |  |  |
|---|---|---|
| **Total Fees :** | **153.30** | **$79,718.00** |

**Summary by Disbursement Codes :**

|  |  | Bill Amount |
|---|---|---|
| E105 | Telephone | $0.70 |
| E109 | Local Travel | $30.17 |
| E110 | Out-of-town Travel | $180.75 |

|  |  |
|---|---|
| **Total Disbursements :** | **$211.62** |

|  |  |
|---|---|
| **TOTAL DUE :** | **$79,929.62** |

# EXHIBIT C

## (Investigation of VC Processing Facilities)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.                         March 30, 2012
Attn: Lydia Duff, Esq.                    Client/Matter #  01246-014352
7500 Grace Drive                          Invoice # 147136
Columbia, MD  21044                       Federal ID# 52-1247549

---

For Legal Services Rendered Through 02/29/12 in Connection With:

**Investigation of VC Processing Facilities**
**100045**

| | | | |
|---|---|---|---|
| 02/01/12 | K. Bourdeau | 0.80 | Conference with P. Marks, B. Reddy, and H. Knight re memorandum; attend to e-mails from H. Feichko re same. |
| 02/01/12 | P. Marks | 1.70 | Evaluate and coordinate with K. Bourdeau, and provide direction to H. Knight and B. Reddy re legal memorandum and follow-up information evaluation re same. |
| 02/01/12 | B. Reddy | 0.60 | Conference with K. Bourdeau, P. Marks, and H. Knight re memorandum. |
| 02/01/12 | H. Knight | 0.60 | Telephone conference with P. Marks, K. Bourdeau, and B. Reddy re memorandum. |
| 02/02/12 | K. Bourdeau | 2.80 | Prepare memorandum; incorporate P. Marks revisions re same. |
| 02/02/12 | D. Paul | 0.40 | Telephone conference with M. Glantz re documents. |
| 02/02/12 | M. Glantz | 0.40 | Telephone conference with D. Paul re documents. |
| 02/04/12 | B. Reddy | 4.00 | Revise memorandum. |
| 02/04/12 | H. Knight | 3.80 | Prepare memorandum. |
| 02/05/12 | K. Bourdeau | 0.50 | Communications re revised analysis. |
| 02/05/12 | B. Reddy | 4.00 | Revise memorandum. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 147136
March 30, 2012
PAGE  2

| | | | |
|---|---|---|---|
| 02/05/12 | H. Knight | 3.90 | Prepare memorandum; telephone conference with B. Reddy re same; email correspondence with K. Bourdeau, P. Marks, and B. Reddy re same; review documents. |
| 02/08/12 | K. Bourdeau | 2.00 | Review and prepare comments re revised analysis; e-mail to internal team re same. |
| 02/09/12 | H. Knight | 0.20 | Email correspondence with K. Bourdeau, B. Reddy, and P. Marks re memorandum. |
| 02/10/12 | P. Marks | 1.80 | Manage document issues with M. Glantz; evaluate draft memorandum. |
| 02/13/12 | K. Bourdeau | 0.80 | Conference with P. Marks, B. Reddy, and H. Knight re memorandum; e-mail communications with H. Feichko re developments. |
| 02/13/12 | P. Marks | 4.70 | Prepare memorandum and telephone conference with team re same, and telephone conference with L. Duff and H. Feichko re negotiations. |
| 02/13/12 | B. Reddy | 0.80 | Prepare memorandum and telephone conference with team re same. |
| 02/13/12 | H. Knight | 1.90 | Prepare memorandum; conference call with K. Bourdeau, P. Marks, and B. Reddy re same. |
| 02/13/12 | M. Glantz | 1.80 | Document tasks. |
| 02/14/12 | K. Bourdeau | 1.50 | Prepare memorandum. |
| 02/14/12 | P. Marks | 3.70 | Telephone conference with H. Feichko and B. Marriam re factual research; telephone conference with H. Feichko to follow up and assess tasks; evaluate same and review follow-up emails re documents. |
| 02/14/12 | H. Knight | 2.20 | Prepare memorandum. |
| 02/15/12 | K. Bourdeau | 0.50 | Review final revisions to memorandum; internal communications re same. |
| 02/15/12 | P. Marks | 5.60 | Prepare legal memorandum; evaluate document issues and telephone conference with M. Glantz re same; coordinate with H. Knight re same; coordinate with H. Feichko re same. |
| 02/15/12 | B. Reddy | 3.00 | Conference with K. Bourdeau re memorandum; continue to revise memorandum. |
| 02/15/12 | H. Knight | 0.90 | Conference with P. Marks re documents. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 147136
March 30, 2012
PAGE  3

| | | | |
|---|---|---|---|
| 02/15/12 | M. Glantz | 2.00 | Document tasks. |
| 02/15/12 | M. Pickel | 0.50 | Document tasks. |
| 02/16/12 | K. Bourdeau | 0.50 | Communications re memorandum issues. |
| 02/16/12 | P. Marks | 2.80 | Telephone conference with client re preliminary document tasks; telephone conference with B. Reddy re memorandum and review same; telephone conference with M. Pickel to direct her document tasks. |
| 02/16/12 | B. Reddy | 3.30 | Continue to revise memorandum; e-mail communications with K. Bourdeau re same; telephone conference with P. Marks re same. |
| 02/16/12 | M. Glantz | 1.00 | Document tasks. |
| 02/16/12 | M. Pickel | 2.50 | Document tasks. |
| 02/17/12 | K. Bourdeau | 2.50 | Further work on memorandum; internal communications re same. |
| 02/17/12 | P. Marks | 2.20 | Prepare memorandum and conference with H. Knight re same. |
| 02/17/12 | B. Reddy | 2.10 | Continue to revise memorandum. |
| 02/17/12 | H. Knight | 2.90 | Prepare memorandum; conference with P. Marks re same. |
| 02/17/12 | M. Pickel | 3.80 | Document tasks. |
| 02/21/12 | P. Marks | 2.40 | Document review. |
| 02/21/12 | M. Pickel | 1.00 | Document tasks. |
| 02/22/12 | P. Marks | 1.10 | Work on document management and review, and telephone conference with M. Pickel re same. |
| 02/22/12 | M. Pickel | 0.80 | Conference with P. Marks re document tasks and follow-up re same. |
| 02/23/12 | P. Marks | 1.30 | Review documents. |
| 02/23/12 | H. Knight | 0.30 | Document review. |
| 02/24/12 | P. Marks | 1.50 | Manage factual review issues; conference with C. Jaworski to direct same. |
| 02/24/12 | C. Jaworski | 1.00 | Discuss document review with P. Marks and M. Pickel. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 147136
March 30, 2012
PAGE  4

| 02/24/12 | M. Pickel | 0.50 | Conference with C. Jaworski re document tasks. |
| 02/27/12 | P. Marks | 2.90 | Document review. |
| 02/27/12 | C. Jaworski | 1.00 | Document review. |
| 02/28/12 | C. Jaworski | 5.00 | Document review. |
| 02/29/12 | P. Marks | 2.10 | Assess documents, direct C. Jaworski re same, and coordinate with H. Feichko. |

Total Hours :                101.90

Total Fees :         $38,601.36

BEVERIDGE & DIAMOND, P.C.

INVOICE # 147136
March 30, 2012
PAGE  5

**Disbursements:**

| | |
|---|---|
| Travel Expenses | 47.00 |
| Telephone | 20.00 |

**Total Disbursements :**          **$67.00**

**Time Summary:**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 11.90 | $657.80 | $7,827.82 |
| P. Marks | 33.80 | $469.20 | $15,858.96 |
| B. Reddy | 17.80 | $303.60 | $5,404.08 |
| H. Knight | 16.70 | $303.60 | $5,070.12 |
| C. Jaworski | 7.00 | $257.60 | $1,803.20 |
| D. Paul | 0.40 | $179.40 | $71.76 |
| M. Glantz | 5.20 | $179.40 | $932.88 |
| M. Pickel | 9.10 | $179.40 | $1,632.54 |

**Subtotal Fees :**          $38,601.36

**Less Discount        :**          (17,000.00)
                                    ---------------

**Total Fees Billed :**          $21,601.36

**Total Disbursements :**          $67.00

**TOTAL DUE :**          $21,668.36

# EXHIBIT D

## (Bankruptcy Fee Application)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

March 30, 2012
Client/Matter #  01246-012629
Invoice # 147135
Federal ID# 52-1247549

For Legal Services Rendered Through 02/29/12 in Connection With:

**PLEASE REMIT PAYMENT TO :**    **BEVERIDGE & DIAMOND, P.C.**
                                 SUITE 700
                                 1350 I STREET, N.W.
                                 WASHINGTON, D.C. 20005-3311

**Bankruptcy Fee Application**
**100035**

| Date | Attorney | Code | Hours | Description |
|------|----------|------|-------|-------------|
| 02/22/12 | P. Marks | L190 | 0.80 | Address bankruptcy billing issues. |
| 02/24/12 | P. Marks | L190 | 0.50 | Address billing issues. |

Total Hours :          1.30

Total Fees :        $609.96

BEVERIDGE & DIAMOND, P.C.

INVOICE #  147135
March 30, 2012
PAGE  2

**Time Summary :**

|  | Hours<br>Worked | Billed<br>Per Hour | Bill<br>Amount |
|---|---|---|---|
| P. Marks | 1.30 | $469.20 | $609.96 |
| Total Fees : |  |  | $609.96 |
| Total Fees: |  |  | $609.96 |

**Summary by Task Codes :**

| CODE | Hours | Bill<br>Amount |
|---|---|---|
| L100 |  |  |
| L190 | 1.30 | $609.96 |
| Total L100 | 1.30 | $609.96 |
| Total Fees : | 1.30 | $609.96 |

**Summary by Disbursement Codes :**

|  |  | Bill<br>Amount |
|---|---|---|
| E101 | Copying | $52.20 |
| E108 | Postage | $6.65 |
| Total Disbursements : |  | $58.85 |
| TOTAL DUE : |  | $668.81 |