# EXHIBIT A

**(Curtis Bay FUSRAP Bankruptcy Claim Resolution)**

# LAW OFFICES
## BEVERIDGE & DIAMOND, P.C.
### SUITE 2210
### 201 NORTH CHARLES STREET
### BALTIMORE, MD 21201-4150
### (410) 230-1300

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

April 20, 2012
Client/Matter #  01246-011548
Invoice # 147521
Federal ID# 52-1247549

For Legal Services Rendered Through 03/31/12 in Connection With:

PLEASE REMIT PAYMENT TO :       BEVERIDGE & DIAMOND, P.C.
                                SUITE 700
                                1350 I STREET, N.W.
                                WASHINGTON, D.C. 20005-3311

### Curtis Bay FUSRAP Bankruptcy Claim Resolution
### 100103

| Date | Attorney | Task | Hours | Description |
|---|---|---|---|---|
| 03/29/12 | P. Marks | L110 | 0.90 | Evaluate NPDES permit issues and coordinate with client re same. |
| 03/30/12 | P. Marks | L110 | 1.30 | Conduct research and telephone conference with P. Bucens re NPDES and Critical Area issues. |

|  |  |
|---|---|
| Total Hours : | 2.20 |
| Total Fees : | $1,032.24 |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  147521
April 20, 2012
PAGE  2

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 2.20 | $469.20 | $1,032.24 |
|  | | Total Fees : | $1,032.24 |
|  | | Total Fees: | $1,032.24 |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| L100 | | |
| L110 | 2.20 | $1,032.24 |
| Total L100 | 2.20 | $1,032.24 |
| Total Fees : | 2.20 | $1,032.24 |

**Summary by Disbursement Codes :**

|  |  |
|---|---|
| TOTAL DUE : | $1,032.24 |

# EXHIBIT B

## (IRIS)

## LAW OFFICES
### BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co.
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

April 20, 2012
Client/Matter #  01246-015172
Invoice # 147525
Federal ID# 52-1247549

For Legal Services Rendered Through 03/31/12 in Connection With:

PLEASE REMIT PAYMENT TO :    BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

<u>IRIS</u>

| Date | Name | Code | Hours | Description |
|------|------|------|-------|-------------|
| 03/01/12 | K. Bourdeau | C300 | 3.30 | Further review of P. Marks draft summary re major issues; extended conference with P. Marks re same; e-mail communications re issues; conference call with W.R. Grace team re path forward. |
| 03/01/12 | P. Marks | C300 | 5.10 | Tasks and telephone conferences with team and K. Bourdeau. |
| 03/02/12 | K. Bourdeau | C300 | 1.00 | Numerous e-mail communications re client project. |
| 03/02/12 | P. Marks | C300 | 2.10 | Review and evaluate new materials and emails with client re same. |
| 03/02/12 | E. Wolk | C300 | 2.50 | Monitoring and support tasks. |
| 03/04/12 | P. Marks | C300 | 0.30 | Meeting preparation. |
| 03/05/12 | K. Bourdeau | C300 | 1.00 | E-mail communications with team re tasks. |
| 03/05/12 | P. Marks | C300 | 3.80 | Prepare for and attend client team meeting. |
| 03/05/12 | J. Lanham | C300 | 0.50 | Edit documents. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  147525
April 20, 2012
PAGE  2

| 03/06/12 | K. Bourdeau | C300 | 0.50 | Various e-mail communications re various developments and action items. |
| 03/06/12 | P. Marks | C300 | 1.60 | Follow-up tasks from meeting and coordinate with K. Bourdeau and team re same and next meeting and research re same. |
| 03/07/12 | K. Bourdeau | C300 | 0.50 | Communications re tasks. |
| 03/07/12 | P. Marks | C300 | 2.10 | Follow-up re data issues and assessments. |
| 03/07/12 | J. Lanham | C300 | 1.80 | Document related activities. |
| 03/08/12 | K. Bourdeau | C300 | 3.00 | Conference with P. Marks re status, action items, and preparation for meeting; conduct tasks; conference with P. Marks and consultant re same. |
| 03/08/12 | P. Marks | C300 | 1.90 | Prepare agenda, telephone conference with L. Duff re detailed meeting planning and assess issues. |
| 03/08/12 | J. Lanham | C300 | 1.20 | Document related activities. |
| 03/09/12 | K. Bourdeau | C300 | 4.50 | Participate in Grace team meeting re tasks. |
| 03/09/12 | P. Marks | C300 | 5.90 | Conference with team in Washington office re issues. |
| 03/09/12 | E. Wolk | C300 | 1.00 | Monitoring and support tasks. |
| 03/10/12 | P. Marks | C300 | 0.20 | Coordinate with L. Duff re client briefings. |
| 03/12/12 | K. Bourdeau | C300 | 0.30 | Communications with L. Duff and W. Corcoran re action items, path forward. |
| 03/13/12 | K. Bourdeau | C300 | 0.80 | Project tasks. |
| 03/13/12 | P. Marks | C300 | 1.40 | Telephone conferences with H. Feichko and consultant re information and tasks and follow-up re same. |
| 03/14/12 | K. Bourdeau | C300 | 0.50 | E-mail communications re various developments, technical issues. |
| 03/14/12 | P. Marks | C300 | 2.60 | Conduct project tasks. |
| 03/15/12 | K. Bourdeau | C300 | 1.80 | Project tasks. |
| 03/16/12 | E. Wolk | C300 | 0.50 | Monitoring and support tasks. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  147525
April 20, 2012
PAGE  3

| | | | | |
|---|---|---|---|---|
| 03/19/12 | K. Bourdeau | C300 | 0.80 | Project tasks; prepare e-mail to P. Marks re same. |
| 03/19/12 | P. Marks | C300 | 3.00 | Review drafts, telephone conference with L. Duff re same, follow-up emails and drafting re same and coordinate with J. Lanham re documents. |
| 03/19/12 | J. Lanham | C300 | 0.50 | Document management. |
| 03/20/12 | K. Bourdeau | C300 | 2.80 | Review and prepare comments on documents. |
| 03/20/12 | P. Marks | C300 | 3.30 | Project tasks. |
| 03/21/12 | P. Marks | C300 | 6.20 | Project tasks. |
| 03/22/12 | K. Bourdeau | C300 | 1.00 | Communications with P. Marks re tasks and review consultant product. |
| 03/22/12 | P. Marks | C300 | 4.60 | Strategy telephone conference with L. Duff and team telephone conference re project and associates tasks, and perform project tasks. |
| 03/23/12 | K. Bourdeau | C300 | 1.30 | Project tasks. |
| 03/23/12 | E. Wolk | C300 | 0.50 | Monitoring and support tasks. |
| 03/26/12 | K. Bourdeau | C300 | 1.50 | Project tasks. |
| 03/26/12 | P. Marks | C300 | 2.90 | Project tasks. |
| 03/27/12 | K. Bourdeau | C300 | 0.80 | Project tasks. |
| 03/27/12 | P. Marks | C300 | 4.20 | Project tasks and communications with client team re same. |
| 03/28/12 | K. Bourdeau | C300 | 1.50 | Project tasks. |
| 03/28/12 | P. Marks | C300 | 3.20 | Project tasks and coordinate with client re same. |
| 03/29/12 | K. Bourdeau | C300 | 2.30 | Conference call with Grace team re status, strategy action items; numerous e-mail communications re various issues related to same. |
| 03/29/12 | P. Marks | C300 | 5.40 | Project tasks and coordinate with team, conduct team conference call and follow-up tasks. |
| 03/30/12 | K. Bourdeau | C300 | 1.50 | Conference with P. Marks re status, strategy, action items; communications re path forward. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  147525
April 20, 2012
PAGE  4

| 03/30/12 | P. Marks | C300 | 1.90 | Project tasks. |
| 03/30/12 | J. Lanham | C300 | 0.30 | Document management activities. |
| 03/31/12 | K. Bourdeau | C300 | 0.50 | E-mail communications re tasks. |
| 03/31/12 | P. Marks | C300 | 0.90 | Email exchanges and evaluations re tasks. |

**Total Hours :**          102.60

**Total Fees :**       $52,008.06

BEVERIDGE & DIAMOND, P.C.

INVOICE # 147525
April 20, 2012
PAGE  5

## Time Summary :

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 31.20 | $657.80 | $20,523.36 |
| P. Marks | 62.60 | $469.20 | $29,371.92 |
| J. Lanham | 4.30 | $303.60 | $1,305.48 |
| E. Wolk | 4.50 | $179.40 | $807.30 |
| **Total Fees :** | | | **$52,008.06** |
| **Total Fees:** | | | **$52,008.06** |

## Summary by Task Codes :

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 102.60 | $52,008.06 |
| Total | 102.60 | $52,008.06 |
| **Total Fees :** | **102.60** | **$52,008.06** |

## Summary by Disbursement Codes :

|  |  | Bill Amount |
|---|---|---|
| E105 | Telephone | $45.87 |
| E109 | Local Travel | $18.00 |
| E110 | Out-of-town Travel | $202.40 |
| E111 | Meals | $390.41 |
| E124 | Other | $4,245.09 |
| **Total Disbursements :** | | **$4,901.77** |
| **TOTAL DUE :** | | **$56,909.83** |

# EXHIBIT C

## (Investigation of VC Processing Facilities)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.
Attn: Lydia Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

April 30, 2012
Client/Matter #  01246-014352
Invoice # 147523
Federal ID# 52-1247549

---

For Legal Services Rendered Through 03/31/12 in Connection With:

## Investigation of VC Processing Facilities
## 100045

| | | | |
|---|---|---|---|
| 03/01/12 | K. Bourdeau | 0.30 | Conference with P. Marks re path forward on tasks. |
| 03/01/12 | P. Marks | 3.20 | Prepare for, conduct telephone conference with H. Feichko and L. Duff and follow-up tasks re project, and coordinate with C. Jaworski re tasks for same; telephone conference with K. Bourdeau re same. |
| 03/01/12 | C. Jaworski | 4.00 | Discuss tasks with P. Marks and client in-house counsel; perform tasks re same. |
| 03/02/12 | C. Jaworski | 4.00 | Project tasks; inform P. Marks. |
| 03/05/12 | P. Marks | 2.70 | Prepare for and attend conference with H. Feichko and L. Duff. |
| 03/06/12 | P. Marks | 0.30 | Assess new cases and coordinate with B. Reddy re same. |
| 03/07/12 | K. Bourdeau | 0.80 | Review B. Reddy analysis of new case law; prepare follow-up communication re same. |
| 03/07/12 | B. Reddy | 1.20 | Legal research. |
| 03/08/12 | K. Bourdeau | 0.30 | Conference with P. Marks re tasks. |
| 03/08/12 | P. Marks | 0.20 | Coordinate with B. Reddy re identification of any research gaps. |

BEVERIDGE & DIAMOND, P.C.                          INVOICE # 147523
                                                   April 30, 2012
                                                   PAGE  2


| 03/08/12 | H. Knight | 3.10 | Client project; conference with P. Marks re same. |
| 03/09/12 | H. Knight | 2.10 | Client project. |
| 03/12/12 | P. Marks | 1.90 | Client project. |
| 03/12/12 | H. Knight | 6.20 | Client project; review documents; conferences with P. Marks re same. |
| 03/13/12 | P. Marks | 1.20 | Telephone conference with H. Feichko re coordination of tasks and client direction, and conference with H. Knight re same. |
| 03/13/12 | H. Knight | 6.90 | Client project; review documents. |
| 03/14/12 | P. Marks | 0.80 | Coordinate with H. Knight re tasks. |
| 03/14/12 | H. Knight | 4.50 | Review documents; conference with P. Marks re same. |
| 03/15/12 | H. Knight | 3.60 | Review documents; prepare memorandum. |
| 03/16/12 | H. Knight | 4.20 | Review documents; prepare memorandum. |
| 03/19/12 | H. Knight | 3.10 | Review documents; prepare memorandum; conference and email correspondence with P. Marks re same. |
| 03/21/12 | H. Knight | 0.80 | Prepare binders and index of supplemental documents. |
| 03/23/12 | P. Marks | 2.80 | Prepare updated memorandum. |
| 03/23/12 | H. Knight | 0.30 | Conference with P. Marks re memorandum. |
| 03/28/12 | H. Knight | 0.20 | Email correspondence with P. Marks re memorandum. |
| 03/29/12 | P. Marks | 0.50 | Address technical inquiry from H. Feichko and follow-up emails re same. |
| 03/30/12 | P. Marks | 0.80 | Conference with H. Knight re memorandum and brief telephone conference with H. Feichko re same. |
| 03/30/12 | H. Knight | 4.60 | Prepare memorandum; coordinate with P. Marks re same. |
| 03/31/12 | H. Knight | 1.30 | Prepare memorandum. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 147523
April 30, 2012
PAGE  3

Total Hours :                    65.90

Total Fees :              $22,519.76

BEVERIDGE & DIAMOND, P.C.

INVOICE # 147523
April 30, 2012
PAGE  4

**Disbursements:**

| | |
|---|---:|
| Copying | 175.53 |
| Telephone | 1.80 |
| Meals | 321.47 |

**Total Disbursements :**            **$498.80**

**Time Summary:**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---:|---:|---:|
| K. Bourdeau | 1.40 | $657.80 | $920.92 |
| P. Marks | 14.40 | $469.20 | $6,756.48 |
| B. Reddy | 1.20 | $303.60 | $364.32 |
| H. Knight | 40.90 | $303.60 | $12,417.24 |
| C. Jaworski | 8.00 | $257.60 | $2,060.80 |

**Subtotal Fees :**            **$22,519.76**

**Less Adjustment        :**            **(10,000.00)**
---------------

**Total Fees Billed :**            **$12,519.76**

**Total Disbursements :**            **$498.80**

**TOTAL DUE :**            **$13,018.56**

# EXHIBIT D

## (Bankruptcy Fee Application)

# LAW OFFICES
## BEVERIDGE & DIAMOND, P.C.
### SUITE 2210
### 201 NORTH CHARLES STREET
### BALTIMORE, MD 21201-4150
### (410) 230-1300

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

April 20, 2012
Client/Matter #   01246-012629
Invoice # 147522
Federal ID# 52-1247549

---

For Legal Services Rendered Through 03/31/12 in Connection With:

**PLEASE REMIT PAYMENT TO :**      BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

**Bankruptcy Fee Application**
**100035**

03/16/12    P. Marks        L190          0.50   Address billing issues.


Total Hours :            0.50

Total Fees :          $234.60

BEVERIDGE & DIAMOND, P.C.

INVOICE #  147522
April 20, 2012
PAGE  2

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 0.50 | $469.20 | $234.60 |
| | | Total Fees : | $234.60 |
| | | Total Fees: | $234.60 |

**Summary by Task Codes :**

| CODE | | Hours | Bill Amount |
|---|---|---|---|
| L100 | | | |
| L190 | | 0.50 | $234.60 |
| Total L100 | | 0.50 | $234.60 |
| | Total Fees : | 0.50 | $234.60 |

**Summary by Disbursement Codes :**

| | | Bill Amount |
|---|---|---|
| E101 | Copying | $19.40 |
| E108 | Postage | $4.20 |
| | Total Disbursements : | $23.60 |
| | TOTAL DUE : | $258.20 |

# EXHIBIT E

## (Trivalent Chromium)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co.                                    April 20, 2012
Attn: Lydia B. Duff, Esq.                            Client/Matter #  01246-014988
7500 Grace Drive                                     Invoice # 147524
Columbia, MD  21044                                  Federal ID# 52-1247549

---

For Legal Services Rendered Through 03/31/12 in Connection With:

**PLEASE REMIT PAYMENT TO :**        **BEVERIDGE & DIAMOND, P.C.**
                                     **SUITE 700**
                                     **1350 I STREET, N.W.**
                                     **WASHINGTON, D.C. 20005-3311**

**Trivalent Chromium**

| Date | Name | Code | Hours | Description |
|---|---|---|---|---|
| 03/12/12 | P. Marks | C300 | 2.20 | Evaluate and direct L. Selba re preparing petition; telephone conference with E. Hammerberg re procedure re same, and email summaries with L. Duff re same. |
| 03/12/12 | L. Selba | C300 | 4.00 | Prepare petition re procedure for trivalent chromium exclusion and application of exclusion to Grace; conference with P. Marks re same; telephone conference with P. Marks and E. Hammerberg re same. |
| 03/13/12 | P. Marks | C300 | 2.10 | Evaluate and prepare petition. |
| 03/13/12 | L. Selba | C300 | 2.50 | Prepare submittal to Maryland Department of Environment (MDE) re trivalent chromium exclusion; communications with P. Marks re same. |
| 03/14/12 | P. Marks | C300 | 0.90 | Preparation of petition and direct L. Selba re same. |
| 03/14/12 | L. Selba | C300 | 2.30 | Conference with P. Marks re submittal; prepare submittal per P. Marks comments. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  147524
April 20, 2012
PAGE  3

## Time Summary :

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 5.20 | $469.20 | $2,439.84 |
| L. Selba | 8.80 | $257.60 | $2,266.88 |
|  |  | Total Fees : | $4,706.72 |
|  |  | Total Fees: | $4,706.72 |

## Summary by Task Codes :

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 14.00 | $4,706.72 |
| Total | 14.00 | $4,706.72 |
| Total Fees : | 14.00 | $4,706.72 |

## Summary by Disbursement Codes :

|  |  |  |
|---|---|---|
| TOTAL DUE : |  | $4,706.72 |

# EXHIBIT F

## (Project Torch)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co.                               May 23, 2012
Attn: Lydia B. Duff                             Client/Matter #  01246-015264
7500 Grace Drive                                Invoice # 148026
Columbia, MD  21044                             Federal ID# 52-1247549

---

For Legal Services Rendered Through 04/30/12 in Connection With:

PLEASE REMIT PAYMENT TO :      BEVERIDGE & DIAMOND, P.C.
                               SUITE 700
                               1350 I STREET, N.W.
                               WASHINGTON, D.C. 20005-3311

**Project Torch**

| | | | | |
|---|---|---|---|---|
| 03/13/12 | K. Bourdeau | C300 | 0.50 | Conference with L. Duff and W. Corcoran re background on project; follow-up with M. Duvall re same. |
| 03/13/12 | M. Duvall | C300 | 2.30 | Conference with K. Bourdeau re background on project; research re same. |
| 03/14/12 | M. Duvall | C300 | 2.80 | Research re project. |
| 03/15/12 | K. Bourdeau | C300 | 0.80 | Conference with M. Duvall re results of research; conference with L. Duff and M. Duvall re same. |
| 03/15/12 | M. Duvall | C300 | 2.60 | Prepare for telephone conference with L. Duff; conference with K. Bourdeau re same; telephone conference with L. Duff and K. Bourdeau re results of issue evaluation and research. |

|  | |
|---|---|
| Total Hours : | 9.00 |
| Total Fees : | $4,751.34 |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  148026
May 23, 2012
PAGE  2

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 1.30 | $657.80 | $855.14 |
| M. Duvall | 7.70 | $506.00 | $3,896.20 |
|  | **Total Fees :** |  | **$4,751.34** |
|  | **Total Fees:** |  | **$4,751.34** |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 9.00 | $4,751.34 |
| Total | 9.00 | $4,751.34 |
| **Total Fees :** | **9.00** | **$4,751.34** |

**Summary by Disbursement Codes :**

|  | **TOTAL DUE :** | **$4,751.34** |
|---|---|---|