# EXHIBIT A

## (Project "C")

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co.                                    May 17, 2012
Attn: Lydia B. Duff                                  Client/Matter #  01246-015120
7500 Grace Drive                                     Invoice # 147916
Columbia, MD  21044                                  Federal ID# 52-1247549

---

For Legal Services Rendered Through 04/30/12 in Connection With:

PLEASE REMIT PAYMENT TO :        BEVERIDGE & DIAMOND, P.C.
                                 SUITE 700
                                 1350 I STREET, N.W.
                                 WASHINGTON, D.C. 20005-3311

Project "C"

| | | | | |
|---|---|---|---|---|
| 04/22/12 | P. Marks | C300 | 0.50 | Comment re correspondence. |
| 04/26/12 | A. Goldberg | C300 | 2.30 | Telephone conference with L. Duff re potential regulatory issues; research re same. |

Total Hours :                2.80

Total Fees :            $1,493.62

BEVERIDGE & DIAMOND, P.C.

INVOICE #  147916
May 17, 2012
PAGE  2

## Time Summary :

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| A. Goldberg | 2.30 | $547.40 | $1,259.02 |
| P. Marks | 0.50 | $469.20 | $234.60 |
| **Total Fees :** | | | **$1,493.62** |
| **Total Fees:** | | | **$1,493.62** |

## Summary by Task Codes :

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 2.80 | $1,493.62 |
| Total | 2.80 | $1,493.62 |
| **Total Fees :** | **2.80** | **$1,493.62** |

## Summary by Disbursement Codes :

|  |  |
|---|---|
| **TOTAL DUE :** | **$1,493.62** |

# EXHIBIT B

## (IRIS)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co.                                  May 17, 2012
Attn: Lydia B. Duff, Esq.                          Client/Matter #  01246-015172
7500 Grace Drive                                   Invoice # 147917
Columbia, MD  21044                                Federal ID# 52-1247549

---

For Legal Services Rendered Through 04/30/12 in Connection With:

**PLEASE REMIT PAYMENT TO :**      BEVERIDGE & DIAMOND, P.C.
                                   SUITE 700
                                   1350 I STREET, N.W.
                                   WASHINGTON, D.C. 20005-3311

**IRIS**

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 04/02/12 | K. Bourdeau | C300 | 2.30 | Project tasks and conference calls. |
| 04/02/12 | J. Lanham | C300 | 3.00 | Document management activities. |
| 04/03/12 | K. Bourdeau | C300 | 5.80 | Project tasks, direct J. Lanham re same; conference calls re experts and review drafts. |
| 04/03/12 | J. Lanham | C300 | 2.50 | Document management activities. |
| 04/04/12 | K. Bourdeau | C300 | 2.00 | Work on documents and communications re action items. |
| 04/05/12 | K. Bourdeau | C300 | 2.00 | Preparation for team status/strategy conference call; participate in call re same; review e-mail correspondence re various developments. |
| 04/06/12 | K. Bourdeau | C300 | 1.00 | Review and prepare comments on document; review related correspondence. |
| 04/06/12 | E. Wolk | C300 | 1.50 | Monitoring and support tasks. |
| 04/07/12 | K. Bourdeau | C300 | 2.50 | Project tasks, including comments on documents. |

BEVERIDGE & DIAMOND, P.C.

| 04/08/12 | K. Bourdeau | C300 | 1.50 | Brief review of document; prepare and circulate comments re same; prepare e-mail to P. Marks re summary of actions taken/issues outstanding from prior work. |
|---|---|---|---|---|
| 04/09/12 | K. Bourdeau | C300 | 3.80 | Finalize correspondence; communications with J. Lanham and P. Marks re same; communications and review re draft documents, email exchanges re tasks. |
| 04/09/12 | P. Marks | C300 | 5.20 | Project tasks, including document preparation and working with team re same. |
| 04/09/12 | J. Lanham | C300 | 5.00 | Document research activities. |
| 04/10/12 | K. Bourdeau | C300 | 1.50 | Conference with P. Marks re various action items/issues to be addressed; Grace team communications re same. |
| 04/10/12 | P. Marks | C300 | 3.90 | Project tasks and coordinate with K. Bourdeau, consultants and client re same. |
| 04/11/12 | K. Bourdeau | C300 | 4.00 | Numerous e-mail communications re tasks; review report. |
| 04/11/12 | P. Marks | C300 | 4.10 | Project tasks, including coordination with consultant, L. Duff and H. Feichko re same, and follow-up evaluation re same; evaluate comment drafts and talking points; provide additional comments to consultant. |
| 04/12/12 | K. Bourdeau | C300 | 4.00 | Further review of report; communications re same; participate in Grace team conference call; follow-up with P. Marks re same; e-mails to Grace team re issues. |
| 04/12/12 | P. Marks | C300 | 3.30 | Project tasks, including evaluate report and participate in weekly team telephone conference. |
| 04/13/12 | K. Bourdeau | C300 | 3.50 | E-mail communications; review revised comments; e-mail communications with P. Marks re same; review report for identification of issues to be addressed. |
| 04/13/12 | P. Marks | C300 | 1.70 | Project tasks and telephone conference with L. Duff and H. Feichko re direction re same. |
| 04/13/12 | E. Wolk | C300 | 2.00 | Monitoring and support tasks. |
| 04/16/12 | K. Bourdeau | C300 | 0.50 | Various e-mail communications re comments and review of same. |

BEVERIDGE & DIAMOND, P.C.

| 04/16/12 | P. Marks | C300 | 2.20 | Project tasks. |
|---|---|---|---|---|
| 04/17/12 | K. Bourdeau | C300 | 1.30 | Strategy conference call with L. Duff, H. Feichko, and P. Marks. |
| 04/17/12 | P. Marks | C300 | 1.90 | Prepare for and conduct telephone conference with L. Duff, H. Feichko and K. Bourdeau re project strategy and project tasks, and follow-up tasks. |
| 04/18/12 | K. Bourdeau | C300 | 0.50 | Work on bullet list of issues to address. |
| 04/18/12 | P. Marks | C300 | 0.60 | Project tasks and meeting preparation. |
| 04/18/12 | D. Paul | C300 | 0.20 | Project support tasks. |
| 04/19/12 | K. Bourdeau | C300 | 2.30 | Review document and prepare detailed e-mail to Grace team; briefly review consultant report in preparation for Grace team call; participate in Grace team call; communications with L. Wolk re support tasks. |
| 04/19/12 | P. Marks | C300 | 3.10 | Telephone conference with L. Duff re project strategy and tasks; prepare agenda for weekly team call and emails re same and tasks; conduct weekly call. |
| 04/20/12 | P. Marks | C300 | 0.80 | Project tasks. |
| 04/20/12 | D. Paul | C300 | 0.20 | Project support tasks. |
| 04/20/12 | E. Wolk | C300 | 1.00 | Monitoring and support tasks. |
| 04/22/12 | K. Bourdeau | C300 | 1.30 | Review a consultant document; e-mail exchanges with P. Marks re same. |
| 04/22/12 | P. Marks | C300 | 0.80 | Project tasks. |
| 04/23/12 | K. Bourdeau | C300 | 3.30 | Review and provide comments re consultant documents; e-mail to P. Marks re same; communications with Grace team re same. |
| 04/23/12 | P. Marks | C300 | 3.60 | Project tasks. |
| 04/24/12 | K. Bourdeau | C300 | 1.00 | Numerous e-mail communications re issues. |
| 04/24/12 | P. Marks | C300 | 2.40 | Project tasks. |
| 04/25/12 | K. Bourdeau | C300 | 0.80 | Communications re issues. |
| 04/25/12 | P. Marks | C300 | 2.90 | Project tasks and telephone conferences and emails with L. Duff and consultants re same. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  147917
May 17, 2012
PAGE  4

| 04/26/12 | K. Bourdeau | C300 | 1.50 | Participate in Grace strategy/status conference call; e-mail communications re issues. |
| 04/26/12 | P. Marks | C300 | 5.80 | Multiple detailed telephone conferences and emails re project tasks with team. |
| 04/26/12 | J. Lanham | C300 | 0.80 | Document research activities. |
| 04/27/12 | K. Bourdeau | C300 | 0.50 | E-mail communications re issues. |
| 04/27/12 | P. Marks | C300 | 4.70 | Telephone conferences with project team members and related project tasks. |
| 04/27/12 | J. Lanham | C300 | 0.50 | Prepare correspondence. |
| 04/27/12 | E. Wolk | C300 | 2.00 | Monitoring and support tasks. |
| 04/29/12 | P. Marks | C300 | 0.20 | Logistics and project tasks. |
| 04/30/12 | K. Bourdeau | C300 | 2.30 | Participate in preparation for teleconference; communications with P. Marks re same. |
| 04/30/12 | P. Marks | C300 | 3.30 | Telephone conferences re meeting preparation and follow-up tasks. |
| 04/30/12 | E. Wolk | C300 | 0.50 | Monitoring and support tasks. |

**Total Hours :**        118.90

**Total Fees :**      $60,968.40

BEVERIDGE & DIAMOND, P.C.

INVOICE #  147917
May 17, 2012
PAGE  5

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 49.20 | $657.80 | $32,363.76 |
| P. Marks | 50.50 | $469.20 | $23,694.60 |
| J. Lanham | 11.80 | $303.60 | $3,582.48 |
| D. Paul | 0.40 | $179.40 | $71.76 |
| E. Wolk | 7.00 | $179.40 | $1,255.80 |

|  |  |
|---|---|
| Total Fees : | $60,968.40 |
| Total Fees: | $60,968.40 |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 118.90 | $60,968.40 |
| Total | 118.90 | $60,968.40 |
| Total Fees : | 118.90 | $60,968.40 |

**Summary by Disbursement Codes :**

| | | Bill Amount |
|---|---|---|
| E101 | Copying | $6.00 |
| E105 | Telephone | $32.40 |
| E110 | Out-of-town Travel | $26.00 |
| E111 | Meals | $210.21 |
| Total Disbursements : | | $274.61 |
| TOTAL DUE : | | $61,243.01 |

# EXHIBIT C

## (General Regulatory/Compliance Issues)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

May 17, 2012
Client/Matter #  01246-012100
Invoice # 147913
Federal ID# 52-1247549

For Legal Services Rendered Through 04/30/12 in Connection With:

**PLEASE REMIT PAYMENT TO :**        **BEVERIDGE & DIAMOND, P.C.**
                                     **SUITE 700**
                                     **1350 I STREET, N.W.**
                                     **WASHINGTON, D.C. 20005-3311**

<u>**General Regulatory/Compliance Issues**</u>
<u>**100042**</u>

| 04/30/12 | L. McAfee | 3.50 | Telephone conferences and emails with L. Duff, H. Feichko re regulatory issue; legal and factual research re same. |
|---|---|---|---|

Total Hours :                3.50

Total Fees :            $1,642.20

BEVERIDGE & DIAMOND, P.C.

<u>Time Summary:</u>

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| L. McAfee | 3.50 | $469.20 | $1,642.20 |
| | | **Total Fees :** | **$1,642.20** |
| | | **TOTAL DUE :** | **$1,642.20** |

# EXHIBIT D

## (Bankruptcy Fee Application)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co. - Conn                      May 17, 2012
Attn: Lydia B. Duff, Esq.                     Client/Matter #  01246-012629
7500 Grace Drive                              Invoice # 147914
Columbia, MD  21044                           Federal ID# 52-1247549

---

For Legal Services Rendered Through 04/30/12 in Connection With:

**PLEASE REMIT PAYMENT TO :**       BEVERIDGE & DIAMOND, P.C.
                                    SUITE 700
                                    1350 I STREET, N.W.
                                    WASHINGTON, D.C. 20005-3311

**Bankruptcy Fee Application**
**100035**

04/13/12    P. Marks         L190            0.70    Billing issues.


                              Total Hours :            0.70

                              Total Fees :          $328.44

BEVERIDGE & DIAMOND, P.C.

INVOICE #  147914
May 17, 2012
PAGE  2

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 0.70 | $469.20 | $328.44 |
|  |  | Total Fees : | $328.44 |
|  |  | Total Fees: | $328.44 |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| L100 |  |  |
| L190 | 0.70 | $328.44 |
| Total L100 | 0.70 | $328.44 |
| Total Fees : | 0.70 | $328.44 |

**Summary by Disbursement Codes :**

|  |  | Bill Amount |
|---|---|---|
| E108 | Postage | $1.50 |
|  | Total Disbursements : | $1.50 |
|  | TOTAL DUE : | $329.94 |

# EXHIBIT E

## (Trivalent Chromium)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300


W. R. Grace & Co.                                    May 17, 2012
Attn: Lydia B. Duff, Esq.                            Client/Matter #  01246-014988
7500 Grace Drive                                     Invoice # 147915
Columbia, MD  21044                                  Federal ID# 52-1247549

---

For Legal Services Rendered Through 04/30/12 in Connection With:

PLEASE REMIT PAYMENT TO :          BEVERIDGE & DIAMOND, P.C.
                                   SUITE 700
                                   1350 I STREET, N.W.
                                   WASHINGTON, D.C. 20005-3311


**Trivalent Chromium**


| Date | Name | Code | Hours | Description |
|---|---|---|---|---|
| 04/27/12 | P. Marks | C300 | 0.60 | Prepare for client meeting. |
| 04/30/12 | P. Marks | C300 | 1.10 | Participate in client telephone conference re technical information for MDE submittal. |
| 04/30/12 | L. Selba | C300 | 1.80 | Prepare for telephone conference call with P. Marks and L. Duff re regulatory issue; telephone conference re same. |


                    Total Hours :              3.50

                    Total Fees :           $1,261.32

BEVERIDGE & DIAMOND, P.C.

INVOICE #  147915
May 17, 2012
PAGE  2

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 1.70 | $469.20 | $797.64 |
| L. Selba | 1.80 | $257.60 | $463.68 |
| Total Fees : |  |  | $1,261.32 |
| Total Fees: |  |  | $1,261.32 |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 3.50 | $1,261.32 |
| Total | 3.50 | $1,261.32 |
| Total Fees : | 3.50 | $1,261.32 |

**Summary by Disbursement Codes :**

TOTAL DUE :          $1,261.32