**Attachment B**
**To Fee Application**
**Summary of PwC's Fees By Professional**
**For the month of April 2012**

Professional Profiles
W.R. Grace & Co. Time Tracking - Audit
For the month of April 2012

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Thomas E Smith | Audit Partner | 20+ | Integrated Audit | $ 810.38 | 58.0 | $ 47,002.04 |
| John Edward Newstead | Audit Partner | 20+ | Integrated Audit | $ 702.31 | 2.0 | $ 1,404.62 |
| Brian David Powell | Audit Partner | 20+ | Integrated Audit | $ 678.18 | 0.5 | $ 339.09 |
| Maxime Charlebois | Audit Director | 12 | Integrated Audit | $ 474.24 | 5.0 | $ 2,371.20 |
| David C Sands | Audit Director | 12 | Integrated Audit | $ 445.77 | 6.0 | $ 2,674.62 |
| Evgeny Gonokhin | Audit Senior Manager | 9 | Integrated Audit | $ 445.77 | 23.0 | $ 10,252.71 |
| Ilanit Shtein | Audit Senior manager | 9 | Integrated Audit | $ 440.69 | 16.0 | $ 7,051.04 |
| Oleg Aleksandrovich Pesterev | Audit Senior manager | 9 | Integrated Audit | $ 440.69 | 1.0 | $ 440.69 |
| Jody B Underhill | Tax Director | 9 | Integrated Audit | $ 426.40 | 33.2 | $ 14,156.48 |
| Pavel Katsiak | Audit Senior Associate | 6 | Integrated Audit | $ 262.89 | 45.5 | $ 11,961.50 |
| Elizabeth Sama | Tax Senior Associate | 5 | Integrated Audit | $ 249.60 | 34.0 | $ 8,486.40 |
| Alexandra L Schmidt | Audit Senior Associate | 5 | Integrated Audit | $ 246.38 | 127.0 | $ 31,290.26 |
| Phillip Crosby | Audit Senior Associate | 6 | Integrated Audit | $ 240.03 | 14.5 | $ 3,480.44 |
| Kathleen Elizabeth Bradley | Audit Experienced Associate | 3 | Integrated Audit | $ 184.15 | 151.9 | $ 27,972.39 |
| Kathryn A Fitzpatrick | Audit Experienced Associate | 3 | Integrated Audit | $ 184.15 | 105.5 | $ 19,427.83 |
| Eric Seth Meyer | Tax Associate | 1 | Integrated Audit | $ 166.40 | 37.0 | $ 6,156.80 |
| Drew Levy | Audit Associate | 1 | Integrated Audit | $ 133.35 | 142.3 | $ 18,975.71 |
| Adriano Carisimo | Project Specialist | 1 | Integrated Audit | $ 118.00 | 5.0 | $ 590.00 |
| Ana Manevy | Project Specialist | 1 | Integrated Audit | $ 118.00 | 6.5 | $ 767.00 |
| Diego Orieta | Project Specialist | 1 | Integrated Audit | $ 118.00 | 0.3 | $ 35.40 |
| Elizabeth Romano | Project Specialist | 1 | Integrated Audit | $ 118.00 | 1.3 | $ 153.40 |
| Francisco Aloisi | Project Specialist | 1 | Integrated Audit | $ 118.00 | 1.5 | $ 177.00 |
| Franco Demidowicz | Project Specialist | 1 | Integrated Audit | $ 118.00 | 2.0 | $ 236.00 |
| Leonardo Katurchi | Project Specialist | 1 | Integrated Audit | $ 118.00 | 16.0 | $ 1,888.00 |
| Maria Sanchez | Project Specialist | 1 | Integrated Audit | $ 118.00 | 0.5 | $ 59.00 |
| Maria Victoria Herrera | Project Specialist | 1 | Integrated Audit | $ 118.00 | 1.3 | $ 153.40 |
| Mauricio Ciparelli | Project Specialist | 1 | Integrated Audit | $ 118.00 | 2.0 | $ 236.00 |
| Natalia Colicigno | Project Specialist | 1 | Integrated Audit | $ 118.00 | 0.5 | $ 59.00 |
| Tomas Rodriguez | Project Specialist | 1 | Integrated Audit | $ 118.00 | 2.0 | $ 236.00 |

{02411:PLDG:10173291.DOC}

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Gabriel Enrique | Project Specialist | 1 | Integrated Audit | $ | 118.00 | 0.2 | $ 23.60 |
| Subhasish Saha | Project Specialist | 1 | Integrated Audit | $ | 114.30 | 0.3 | $ 34.29 |
| Sandipan Mandal | Project Specialist | 1 | Integrated Audit | $ | 114.30 | 0.3 | $ 34.29 |
| Sayantan Chowdhury | Project Specialist | 1 | Integrated Audit | $ | 114.30 | 0.3 | $ 34.29 |
| Dipanwita Bhattacharya | Project Specialist | 1 | Integrated Audit | $ | 114.30 | 1.0 | $ 114.30 |
| Karen R Spencer | Project Specialist | 1 | Integrated Audit | $ | 114.30 | 0.6 | $ 68.58 |
| Saharsh Gupta | Project Specialist | 1 | Integrated Audit | $ | 114.30 | 3.0 | $ 342.90 |
| Arjun Majumdar | Project Specialist | 1 | Integrated Audit | $ | 114.30 | 1.3 | $ 148.59 |
| Abhimanyu Brahma | Project Specialist | 1 | Integrated Audit | $ | 114.30 | 0.5 | $ 57.15 |
| Promita Saha | Project Specialist | 1 | Integrated Audit | $ | 114.30 | 0.2 | $ 22.86 |
| Niladri S Patra | Project Specialist | 1 | Integrated Audit | $ | 114.30 | 0.3 | $ 34.29 |
| Kelly Gagin | Project Specialist | 1 | Integrated Audit | $ | 102.60 | 0.4 | $ 41.04 |
| | | | | Total | | 849.7 | $ 218,990.18 |

**Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)**

**Totals**               0                                              $ 0

**Summary of PwC's Fees By Project Category:**
**For the month of April 2012**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim  Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | | |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |

{02411:PLDG:10173291.DOC}

| | | |
|---|---|---|
| **22-ZAI Science Trial** | | |
| **23-ZAI Science Trial-Expenses** | | |
| **24-Other** | | |
| **25-Accounting/Auditing** | **849.70** | **218,990.18** |
| **26-Business Analysis** | | |
| **27-Corporate Finance** | | |
| **28-Data Analysis** | | |
| **TOTAL:** | **849.70** | **$ 218,990.18** |

**Expense Summary**
**For the month of April 2012**

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| **Transportation** | **N/A** | **$ 988.07** |
| **Lodging** | **N/A** | **$0.0** |
| **Sundry** | **N/A** | **$0.0** |
| **Business Meals** | **N/A** | **$0.0** |
| **TOTAL:** | | **$ 988.07** |

{02411:PLDG:10173291.DOC}