# EXHIBIT - A

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Thomas E Smith | Audit Partner | 20+ | Integrated Audit | $ 810.38 | 58.0 | $ 47,002.04 |
| John Edward Newstead | Audit Partner | 20+ | Integrated Audit | $ 702.31 | 2.0 | $ 1,404.62 |
| Brian David Powell | Audit Partner | 20+ | Integrated Audit | $ 678.18 | 0.5 | $ 339.09 |
| Maxime Charlebois | Audit Director | 12 | Integrated Audit | $ 474.24 | 5.0 | $ 2,371.20 |
| David C Sands | Audit Director | 12 | Integrated Audit | $ 445.77 | 6.0 | $ 2,674.62 |
| Evgeny Gonokhin | Audit Senior Manager | 9 | Integrated Audit | $ 445.77 | 23.0 | $ 10,252.71 |
| Ilanit Shtein | Audit Senior manager | 9 | Integrated Audit | $ 440.69 | 16.0 | $ 7,051.04 |
| Oleg Aleksandrovich Pesterev | Audit Senior manager | 9 | Integrated Audit | $ 440.69 | 1.0 | $ 440.69 |
| Jody B Underhill | Tax Director | 9 | Integrated Audit | $ 426.40 | 33.2 | $ 14,156.48 |
| Pavel Katsiak | Audit Senior Associate | 6 | Integrated Audit | $ 262.89 | 45.5 | $ 11,961.50 |
| Elizabeth Sama | Tax Senior Associate | 5 | Integrated Audit | $ 249.60 | 34.0 | $ 8,486.40 |
| Alexandra L Schmidt | Audit Senior Associate | 5 | Integrated Audit | $ 246.38 | 127.0 | $ 31,290.26 |
| Phillip Crosby | Audit Senior Associate | 6 | Integrated Audit | $ 240.03 | 14.5 | $ 3,480.44 |
| Kathleen Elizabeth Bradley | Audit Experienced Associate | 3 | Integrated Audit | $ 184.15 | 151.9 | $ 27,972.39 |
| Kathryn A Fitzpatrick | Audit Experienced Associate | 3 | Integrated Audit | $ 184.15 | 105.5 | $ 19,427.83 |
| Eric Seth Meyer | Tax Associate | 1 | Integrated Audit | $ 166.40 | 37.0 | $ 6,156.80 |
| Drew Levy | Audit Associate | 1 | Integrated Audit | $ 133.35 | 142.3 | $ 18,975.71 |
| Adriano Carisimo | Project Specialist | 1 | Integrated Audit | $ 118.00 | 5.0 | $ 590.00 |
| Ana Manevy | Project Specialist | 1 | Integrated Audit | $ 118.00 | 6.5 | $ 767.00 |
| Diego Orieta | Project Specialist | 1 | Integrated Audit | $ 118.00 | 0.3 | $ 35.40 |
| Elizabeth Romano | Project Specialist | 1 | Integrated Audit | $ 118.00 | 1.3 | $ 153.40 |
| Francisco Aloisi | Project Specialist | 1 | Integrated Audit | $ 118.00 | 1.5 | $ 177.00 |
| Franco Demidowicz | Project Specialist | 1 | Integrated Audit | $ 118.00 | 2.0 | $ 236.00 |
| Leonardo Katurchi | Project Specialist | 1 | Integrated Audit | $ 118.00 | 16.0 | $ 1,888.00 |
| Maria Sanchez | Project Specialist | 1 | Integrated Audit | $ 118.00 | 0.5 | $ 59.00 |
| Maria Victoria Herrera | Project Specialist | 1 | Integrated Audit | $ 118.00 | 1.3 | $ 153.40 |
| Mauricio Ciparelli | Project Specialist | 1 | Integrated Audit | $ 118.00 | 2.0 | $ 236.00 |
| Natalia Colicigno | Project Specialist | 1 | Integrated Audit | $ 118.00 | 0.5 | $ 59.00 |
| Tomas Rodriguez | Project Specialist | 1 | Integrated Audit | $ 118.00 | 2.0 | $ 236.00 |
| Gabriel Enrique | Project Specialist | 1 | Integrated Audit | $ 118.00 | 0.2 | $ 23.60 |
| Subhasish Saha | Project Specialist | 1 | Integrated Audit | $ 114.30 | 0.3 | $ 34.29 |
| Sandipan Mandal | Project Specialist | 1 | Integrated Audit | $ 114.30 | 0.3 | $ 34.29 |
| Sayantan Chowdhury | Project Specialist | 1 | Integrated Audit | $ 114.30 | 0.3 | $ 34.29 |
| Dipanwita Bhattacharya | Project Specialist | 1 | Integrated Audit | $ 114.30 | 1.0 | $ 114.30 |
| Karen R Spencer | Project Specialist | 1 | Integrated Audit | $ 114.30 | 0.6 | $ 68.58 |
| Saharsh Gupta | Project Specialist | 1 | Integrated Audit | $ 114.30 | 3.0 | $ 342.90 |
| Arjun Majumdar | Project Specialist | 1 | Integrated Audit | $ 114.30 | 1.3 | $ 148.59 |
| Abhimanyu Brahma | Project Specialist | 1 | Integrated Audit | $ 114.30 | 0.5 | $ 57.15 |
| Promita Saha | Project Specialist | 1 | Integrated Audit | $ 114.30 | 0.2 | $ 22.86 |
| Niladri S Patra | Project Specialist | 1 | Integrated Audit | $ 114.30 | 0.3 | $ 34.29 |
| Kelly Gagin | Project Specialist | 1 | Integrated Audit | $ 102.60 | 0.4 | $ 41.04 |
| | | | | Total | 849.7 | $ 218,990.18 |