# EXHIBIT - B

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
**For the period ended April 2012**

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| **Thomas Smith** | | | | | | | |
| | Integrated Audit | 11-Apr | $ 38.85 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 13-Apr | $ 38.85 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 18-Apr | $ 38.85 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 20-Apr | $ 38.85 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.555 per mile). |
| **Kathleen Bradley** | | | | | | | |
| | Integrated Audit | 2-Apr | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | Integrated Audit | 2-Apr | $ 6.70 | | | | Roundtrip tolls during daily commute to client site |
| | Integrated Audit | 3-Apr | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | Integrated Audit | 3-Apr | $ 6.70 | | | | Roundtrip tolls during daily commute to client site |
| | Integrated Audit | 4-Apr | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | Integrated Audit | 4-Apr | $ 6.70 | | | | Roundtrip tolls during daily commute to client site |
| | Integrated Audit | 5-Apr | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | Integrated Audit | 5-Apr | $ 6.70 | | | | Roundtrip tolls during daily commute to client site |
| | Integrated Audit | 9-Apr | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | Integrated Audit | 9-Apr | $ 6.70 | | | | Roundtrip tolls during daily commute to client site |
| | Integrated Audit | 10-Apr | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | Integrated Audit | 10-Apr | $ 6.70 | | | | Roundtrip tolls during daily commute to client site |
| | Integrated Audit | 11-Apr | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | Integrated Audit | 11-Apr | $ 6.70 | | | | Roundtrip tolls during daily commute to client site |
| | Integrated Audit | 12-Apr | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | Integrated Audit | 12-Apr | $ 6.70 | | | | Roundtrip tolls during daily commute to client site |
| | Integrated Audit | 13-Apr | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | Integrated Audit | 13-Apr | $ 6.70 | | | | Roundtrip tolls during daily commute to client site |
| | Integrated Audit | 16-Apr | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | Integrated Audit | 16-Apr | $ 6.70 | | | | Roundtrip tolls during daily commute to client site |
| | Integrated Audit | 17-Apr | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | Integrated Audit | 17-Apr | $ 6.70 | | | | Roundtrip tolls during daily commute to client site |
| | Integrated Audit | 18-Apr | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | Integrated Audit | 18-Apr | $ 6.70 | | | | Roundtrip tolls during daily commute to client site |
| | Integrated Audit | 19-Apr | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | Integrated Audit | 19-Apr | $ 6.70 | | | | Roundtrip tolls during daily commute to client site |
| | Integrated Audit | 20-Apr | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | Integrated Audit | 20-Apr | $ 6.70 | | | | Roundtrip tolls during daily commute to client site |
| | Integrated Audit | 23-Apr | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | Integrated Audit | 23-Apr | $ 6.70 | | | | Roundtrip tolls during daily commute to client site |
| | Integrated Audit | 24-Apr | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | Integrated Audit | 24-Apr | $ 6.70 | | | | Roundtrip tolls during daily commute to client site |
| | Integrated Audit | 25-Apr | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | Integrated Audit | 25-Apr | $ 6.05 | | | | Roundtrip tolls during daily commute to client site |
| | Integrated Audit | 26-Apr | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | Integrated Audit | 26-Apr | $ 6.70 | | | | Roundtrip tolls during daily commute to client site |
| | Integrated Audit | 27-Apr | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | Integrated Audit | 27-Apr | $ 6.70 | | | | Roundtrip tolls during daily commute to client site |
| | Integrated Audit | 30-Apr | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | Integrated Audit | 30-Apr | $ 6.70 | | | | Roundtrip tolls during daily commute to client site |
| **Drew Levy** | | | | | | | |
| | Integrated Audit | 3-Apr | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office =  40 miles every day excess * .555 = 22.20). |
| | Integrated Audit | 4-Apr | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office =  40 miles every day excess * .555 = 22.20). |
| | Integrated Audit | 5-Apr | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office =  40 miles every day excess * .555 = 22.20). |
| | Integrated Audit | 6-Apr | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office =  40 miles every day excess * .555 = 22.20). |
| | Integrated Audit | 9-Apr | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office =  40 miles every day excess * .555 = 22.20). |
| | Integrated Audit | 10-Apr | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office =  40 miles every day excess * .555 = 22.20). |
| | Integrated Audit | 11-Apr | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office =  40 miles every day excess * .555 = 22.20). |
| | Integrated Audit | 12-Apr | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office =  40 miles every day excess * .555 = 22.20). |
| | Integrated Audit | 13-Apr | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office =  40 miles every day excess * .555 = 22.20). |
| | Integrated Audit | 16-Apr | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office =  40 miles every day excess * .555 = 22.20). |
| | Integrated Audit | 17-Apr | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office =  40 miles every day excess * .555 = 22.20). |
| | Integrated Audit | 18-Apr | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office =  40 miles every day excess * .555 = 22.20). |
| | Integrated Audit | 19-Apr | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office =  40 miles every day excess * .555 = 22.20). |
| | Integrated Audit | 20-Apr | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office =  40 miles every day excess * .555 = 22.20). |
| | Integrated Audit | 23-Apr | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office =  40 miles every day excess * .555 = 22.20). |
| | Integrated Audit | 24-Apr | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office =  40 miles every day excess * .555 = 22.20). |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Integrated Audit | 25-Apr | $ | 22.20 | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office =  40 miles every day excess * .555 = 22.20). |
| | | Integrated Audit | 26-Apr | $ | 22.20 | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office =  40 miles every day excess * .555 = 22.20). |
| | | Integrated Audit | 27-Apr | $ | 22.20 | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office =  40 miles every day excess * .555 = 22.20). |
| | | Integrated Audit | 30-Apr | $ | 22.20 | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office =  40 miles every day excess * .555 = 22.20). |
| **Dave Sands** | | | | | | | | |
| | | Sarbanes | 9-Apr | $ | 38.86 | | | 88 miles to and from client - 18 miles normal commute to office = 70 miles every day excess *.555 = $38.86 |
| | | Sarbanes | 26-Apr | $ | 38.86 | | | 88 miles to and from client - 18 miles normal commute to office = 70 miles every day excess *.555 = $38.86 |

| **Summary** | **Total** | **Transportation** | **Lodging** | **Sundry** | **Business Meals** |
|---|---|---|---|---|---|
| | $ 988.07 | $ 988.07 | $ - | $ - | $ - |

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
**For the period ended April 2012**

| Personnel | Date | Title | Expense | Description |
|---|---|---|---|---|
| **Thomas Smith** | | | | |
| | 11-Apr | Audit Partner | $ 38.85 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.555 per mile). |
| | 13-Apr | Audit Partner | $ 38.85 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.555 per mile). |
| | 18-Apr | Audit Partner | $ 38.85 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.555 per mile). |
| | 20-Apr | Audit Partner | $ 38.85 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.555 per mile). |
| **Kathleen Bradley** | | | | |
| | 2-Apr | Audit Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 2-Apr | Audit Associate | $ 6.70 | Roundtrip tolls during daily commute to client site |
| | 3-Apr | Audit Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 3-Apr | Audit Associate | $ 6.70 | Roundtrip tolls during daily commute to client site |
| | 4-Apr | Audit Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 4-Apr | Audit Associate | $ 6.70 | Roundtrip tolls during daily commute to client site |
| | 5-Apr | Audit Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 5-Apr | Audit Associate | $ 6.70 | Roundtrip tolls during daily commute to client site |
| | 9-Apr | Audit Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 9-Apr | Audit Associate | $ 6.70 | Roundtrip tolls during daily commute to client site |
| | 10-Apr | Audit Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 10-Apr | Audit Associate | $ 6.70 | Roundtrip tolls during daily commute to client site |
| | 11-Apr | Audit Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 11-Apr | Audit Associate | $ 6.70 | Roundtrip tolls during daily commute to client site |
| | 12-Apr | Audit Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 12-Apr | Audit Associate | $ 6.70 | Roundtrip tolls during daily commute to client site |
| | 13-Apr | Audit Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 13-Apr | Audit Associate | $ 6.70 | Roundtrip tolls during daily commute to client site |
| | 16-Apr | Audit Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 16-Apr | Audit Associate | $ 6.70 | Roundtrip tolls during daily commute to client site |
| | 17-Apr | Audit Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 17-Apr | Audit Associate | $ 6.70 | Roundtrip tolls during daily commute to client site |
| | 18-Apr | Audit Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 18-Apr | Audit Associate | $ 6.70 | Roundtrip tolls during daily commute to client site |
| | 19-Apr | Audit Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 19-Apr | Audit Associate | $ 6.70 | Roundtrip tolls during daily commute to client site |
| | 20-Apr | Audit Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 20-Apr | Audit Associate | $ 6.70 | Roundtrip tolls during daily commute to client site |
| | 23-Apr | Audit Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 23-Apr | Audit Associate | $ 6.70 | Roundtrip tolls during daily commute to client site |
| | 24-Apr | Audit Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 24-Apr | Audit Associate | $ 6.70 | Roundtrip tolls during daily commute to client site |
| | 25-Apr | Audit Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 25-Apr | Audit Associate | $ 6.05 | Roundtrip tolls during daily commute to client site |
| | 26-Apr | Audit Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 26-Apr | Audit Associate | $ 6.70 | Roundtrip tolls during daily commute to client site |
| | 27-Apr | Audit Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 27-Apr | Audit Associate | $ 6.70 | Roundtrip tolls during daily commute to client site |
| | 30-Apr | Audit Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 30-Apr | Audit Associate | $ 6.70 | Roundtrip tolls during daily commute to client site |
| **Drew Levy** | | | | |
| | 3-Apr | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 4-Apr | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 5-Apr | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 6-Apr | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 9-Apr | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 10-Apr | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 11-Apr | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 12-Apr | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 13-Apr | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 16-Apr | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 17-Apr | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 18-Apr | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 19-Apr | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 20-Apr | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 23-Apr | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 24-Apr | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 25-Apr | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 26-Apr | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 27-Apr | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 30-Apr | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| **Dave Sands** | | | | |
| | 9-Apr | Audit Director | $ 38.86 | 88 miles to and from client - 18 miles normal commute to office = 70 miles every day excess *.555 = $38.86 |
| | 26-Apr | Audit Director | $ 38.86 | 88 miles to and from client - 18 miles normal commute to office = 70 miles every day excess *.555 = $38.86 |
| | | **Total** | $ 988.07 | |