IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO., et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| *Debtors.* | § | Jointly Administered |
| | § | |
| | § | Objection Deadline: 6/21/2012; 4:00 PM ET |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS FOR THE FORTY-FIFTH MONTHLY INTERIM PERIOD FROM MAY 1, 2012 THROUGH MAY 31, 2012**

| | |
|---|---|
| Name of Applicant: | Alan B. Rich, Esq. |
| Authorized to Provide Services To: | Hon. Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | September 29, 2008 (*nunc pro tunc*) |
| Period for Which Compensation and Reimbursement is Sought: | May 1, 2012 through May 31, 2012 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $18,460.00   [80% of $23,075.00] |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $1,613.72 |

This is a(n):   ☒ Monthly     ☐ Interim     ☐ Final Application

## PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |

---

[1] At 80% of the total incurred.

| | | | | | |
|---|---|---|---|---|---|
| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | Paid | Paid |
| 5/3/2010 | 4/1/2010 to 4/30/2010 | $11,040.00 | $805.28 | Paid | Paid |
| 6/1/2010 | 5/1/2010 to 5/31/2010 | $5,808.00 | $44.00 | Paid | Paid |
| 7/1/2010 | 6/1/2010 to 6/30/2010 | $9,792.00 | $779.81 | Paid | Paid |
| 8/1/2010 | 7/1/2010 to 7/31/2010 | $7,824.00 | $208.00 | Paid | Paid |
| 9/1/2010 | 8/1/2010 to 8/31/2010 | $4,272.00 | $273.00 | Paid | Paid |
| 10/1/2010 | 9/1/2010 to 9/30/2010 | $6,672.00 | $30.00 | Paid | Paid |
| 11/1/2010 | 10/1/2010 to 10/31/2010 | $3,408.00 | $44.00 | Paid | Paid |
| 12/1/2010 | 11/1/2010 to 11/30/2010 | $6,012.00 | $0 | Paid | Paid |
| 1/3/2011 | 12/1/2010 to 12/31/2010 | $13,572.00 | $1,146.02 | Paid | Paid |
| 2/1/2011 | 1/1/2011 to 1/31/2011 | $13,416.00 | $1,247.19 | Paid | Paid |
| 3/1/2011 | 2/1/2011 to 2/28/2011 | $17,992.00 | $1,509.34 | Paid | Paid |
| 4/1/2011 | 3/1/2011 to 3/31/2011 | $10,660.00 | $201.00 | Paid | Paid |
| 5/2/2011 | 4/1/2011 to 4/30/2011 | $13,364.00 | $44.00 | Paid | Paid |
| 6/1/2011 | 5/1/2011 to 5/31/2011 | $22,932.00 | $243.05 | Paid | Paid |
| 7/1/2011 | 6/1/2011 to 6/30/2011 | $18,824.00 | $533.60 | Paid | Paid |
| 8/1/2011 | 7/1/2011 to 7/31/2011 | $10,088.00 | $0 | Paid | Paid |

| 9/1/2011 | 8/1/2011 to 8/31/2011 | $6,708.00 | $20.88 | Paid | Paid |
| 10/3/2011 | 9/1/2011 to 9/30/2011 | $6,500.00 | $0 | Paid | Paid |
| 11/1/2011 | 10/1/2011 to 10/31/2011 | $6,396.00 | $0 | Paid | Paid |
| 12/5/2011 | 11/1/2011 to 11/30/2011 | $6,084.00 | $0 | Paid | Paid |
| 1/3/2012 | 12/1/2011 to 12/31/2011 | $3,484.00 | $30.00 | Paid | Paid |
| 2/1/2012 | 1/1/2012 to 1/31/2012 | $8,372.00 | $0 | Paid | Paid |
| 3/5/2012 | 2/1/2012 to 2/29/2012 | $13,312.00 | $30.00 | Paid | Paid |
| 4/2/2012 | 3/1/2012 to 3/31/2012 | $8,060.00 | $0 | Paid | Paid |
| 5/3/2012 | 4/1/2012 to 4/30/2012 | $8,628.00 | $637.84 | CNO Filed | CNO Filed |

Alan B. Rich is the only attorney providing services in this Fee Application period. Mr. Rich has practiced law for 27 years, and his billing rate is $650 per hour. In this Application period Mr. Rich billed 35.5 hours,[2] for a total amount billed of $23,075.00 of which 80% is currently sought, in the amount of $18,460.00. Mr. Rich incurred expenses during this Application period in the amount of $1,613.72. The total sought by the Application is $20.073.72.

As stated above, this is the Forty-Fifth application for monthly fees and expenses. The time for preparation of this Application is approximately 1.5 hours, for which $975.00 will be requested in a future application.

---

[2] Travel Time, if any, is included in this figure at 50% of actual time.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 24.5 | $15,925.00 |
| Travel | 12.6  [at 100%] | $4,095.00  [at 50%] |
| Fee Application Matters | 4.7 | $3,055.00 |
| TOTAL | 41.8 | $10,335.00 |

## EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Travel | $1,613.72 |
| TOTAL | $1,613.72 |

Detail of the fees and expenses billed is attached hereto as Exhibit A.

//

//

//

//

//

//

//

//

//

//

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Elm Street, Suite 4244
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

**CERTIFICATE OF SERVICE**

I certify that on the 1st day of June, 2012, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*
4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (May, 2012)

**Client**

Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands

**Matter**

*In re W. R. Grace*, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|---|---|---|
| 5/1/2012 | Emails to and from debtors' counsel re USDC hearing | 0.1 |
| 5/1/2012 | Conference with client re USDC hearing | 0.1 |
| 5/1/2012 | Review Miscellaneous pleadings received today | 0.2 |
| 5/1/2012 | Review Debtors' Quarterly Settlement Notice | 0.1 |
| 5/1/2012 | Emails to and from PI FCR counsel re Locke settlement | 0.1 |
| 5/1/2012 | Email from debtors' counsel re conference call re 2012 AOP | 0.1 |
| 5/1/2012 | Review Order resetting Garlock motions hearing in USDC | 0.1 |
| 5/1/2012 | Review debtors' post-confirmation quarterly report for first quarter of 2012 and emails re same | 0.4 |
| 5/1/2012 | Review Notice of hearing of final fee application of Bryan Cave | 0.1 |
| 5/2/2012 | Review Miscellaneous pleadings received today | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 5/2/2012 | Review of Materials for Project Helios | 0.5 |
| 5/2/2012 | Review of materials for 2012 Annual Operating Plan conference call with Debtors | 0.8 |
| 5/3/2012 | Email to Debtors' counsel re Project Helios | 0.1 |
| 5/3/2012 | Review Miscellaneous pleadings received today | 0.1 |
| 5/3/2012 | Prepare, file and serve 44th Monthly Fee Application | 1.5 |
| 5/4/2012 | Review CNOs for 23rd monthly fee applications for Canadian ZAI counsel | 0.1 |
| 5/4/2012 | Review Miscellaneous pleadings received today | 0.2 |
| 5/4/2012 | Review materials for May 8 USDC hearing | 1.5 |
| 5/4/2012 | Prepare, file and serve 44th Quarter Fee Application and Notice | 1.5 |
| 5/4/2012 | Prepare, file and serve 44th Quarter Fee Application and Notice of Judge Sanders | 0.8 |
| 5/4/2012 | Review Monthly Fee Applications of Canadian ZAI Claimants' counsel | 0.4 |
| 5/4/2012 | Review Limited Objection of the State of Montana to the Debtors' Motion to Approve the Libby and BNSF settlements | 0.4 |
| 5/4/2012 | Email from R. Higgins with answers to Project Helios inquiries | 0.2 |
| 5/6/2012 | Review Third Circuit Federal Mogul Opinion | 1.0 |
| 5/7/2012 | Review Miscellaneous pleadings received today | 0.1 |
| 5/7/2012 | Conference with client re USDC hearing | 0.1 |
| 5/7/2012 | Review Fee Auditors Report re PI FCR counsel bill | 0.1 |
| 5/7/2012 | Travel (non-working) from Dallas to Philadelphia for USDC hearing (6.0 hrs. @ 50%) | 3.0 |
| 5/8/2012 | Attend USDC hearing re Garlock motions | 2.6 |
| 5/8/2012 | Travel (non-working) from Philadelphia to Dallas (6.6 hrs.@ 50%) | 3.3 |

| Date | Description | Hours |
|---|---|---|
| 5/8/2012 | Review Miscellaneous pleadings received today | 0.1 |
| 5/9/2012 | Telephone conference with PD Trustee re status | 0.1 |
| 5/9/2012 | Review Miscellaneous pleadings received today | 0.1 |
| 5/9/2012 | Attend telephonic conference re 2012 AOP | 0.9 |
| 5/9/2012 | Conference with client re 2012 AOP | 0.1 |
| 5/9/2012 | Prepare, file and serve monthly fee application of PD FCR | 0.7 |
| 5/10/2012 | Review Affidavits of publication re Libby settlement | 0.1 |
| 5/10/2012 | Review Miscellaneous pleadings received today | 0.1 |
| 5/10/2012 | Review Fee Auditors Report re 43rd Quarter Fee Applications | 0.3 |
| 5/10/2012 | Email to R. Higgins re AOP issue | 0.1 |
| 5/10/2012 | Review 2012 LTIP motion and proposed order | 0.3 |
| 5/10/2012 | Email to client re 2012 LTIP motion | 0.1 |
| 5/10/2012 | Review Debtors' objection to Fair Harbor default interest demand | 0.6 |
| 5/11/2012 | Review article from PD Trustee re Grace | 0.3 |
| 5/11/2012 | Review Miscellaneous pleadings received today | 0.1 |
| 5/11/2012 | Review further documentation from Debtor re 2012 AOP | 0.4 |
| 5/11/2012 | Review CNOs for 24th monthly fee applications for Canadian ZAI counsel | 0.1 |
| 5/11/2012 | Review CNO re Settlement of Claim 9566 | 0.1 |
| 5/14/2012 | Review Motion to Authorize 2012 LTIP | 0.3 |
| 5/14/2012 | Review Miscellaneous pleadings received today | 0.1 |
| 5/15/2012 | Review Quarterly Fee Applications of Canadian ZAI Claimants' Counsels | 0.3 |
| 5/15/2012 | Review Miscellaneous pleadings received today | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 5/16/2012 | Review Notices of Withdrawals re Canadian ZAI Claimants' Quarterly Fee Application (Hogan) | 0.2 |
| 5/16/2012 | Review revised quarterly fee application of Canadian ZAI claimants' counsel (Hogan) | 0.1 |
| 5/16/2012 | Review Miscellaneous pleadings received today | 0.1 |
| 5/17/2012 | Review Miscellaneous pleadings received today | 0.2 |
| 5/18/2012 | Review Agenda for May Omnibus hearing | 0.1 |
| 5/18/2012 | Review Miscellaneous pleadings received today | 0.1 |
| 5/18/2012 | Review Order re telephonic August Omnibus hearing | 0.1 |
| 5/18/2012 | Review Order re cancellation of September Omnibus hearing | 0.1 |
| 5/20/2012 | Email to client re May Omnibus hearing and agenda | 0.1 |
| 5/21/2012 | Review Order cancelling May 21 Omnibus hearing | 0.1 |
| 5/21/2012 | Review Miscellaneous pleadings received today | 0.2 |
| 5/21/2012 | Email to client re cancellation of May 21 Omnibus hearing | 0.1 |
| 5/21/2012 | Review Amended Agenda for May Omnibus hearing | 0.1 |
| 5/21/2012 | Email to PI FCR counsel re post confirmation quarterly report | 0.1 |
| 5/22/2012 | Review Miscellaneous pleadings received today | 0.1 |
| 5/22/2012 | Review Garlock Judicial notice request re Legislation for access motion appeal | 0.8 |
| 5/23/2012 | Review Miscellaneous pleadings received today | 0.2 |
| 5/23/2012 | Prepare, file and serve CNO for 44th Monthly Fee Application | 0.2 |
| 5/24/2012 | Review Miscellaneous pleadings received today | 0.2 |
| 5/24/2012 | Email from fee auditor re change of address | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 5/24/2012 | Review letter to Third Circuit from debtors re status of district court proceedings | 0.1 |
| 5/25/2012 | Review Miscellaneous pleadings received today | 0.1 |
| 5/25/2012 | Review status report filed with Third Circuit | 0.1 |
| 5/26/2012 | Review Miscellaneous pleadings received today | 0.1 |
| 5/29/2012 | Review Miscellaneous pleadings received today | 0.2 |
| 5/29/2012 | Review Anderson Memorial Hospital Rule 60 Motion and review of Wright v. OCF case | 1.4 |
| 5/29/2012 | Email to client re AMH motion | 0.1 |
| 5/29/2012 | Email to Debtors' counsel re AMH Motion | 0.1 |
| 5/30/2012 | Review Miscellaneous pleadings received today | 0.1 |
| 5/30/2012 | Emails to and from Debtors' counsel re AMH motion | 0.1 |
| 5/30/2012 | Emails to and from client re AMH Motion | 0.1 |
| 5/30/2012 | Review briefing notice from USDC re AMH motion | 0.1 |
| 5/30/2012 | Research regarding Rule 60(b)(5) | 2.0 |
| 5/30/2012 | Review change of address notice from Fee Auditor | 0.1 |
| 5/31/2012 | Emails to and from debtors' counsel re issues in response to AMH motion | 0.3 |
| 5/31/2012 | Review Certification of Counsel re Libby and BNSF settlement motion | 0.5 |
| 5/31/2012 | Telephone conference with Debtors' counsel re response to AMH motion | 0.3 |
| 5/31/2012 | Review Miscellaneous pleadings received today | 0.2 |
| 5/31/2012 | Research for response to Rule 60 motion of AMH | 1.0 |
| 5/31/2012 | Email to and from R. Higgins re cancellation of September Omnibus hearing | 0.1 |

Total:   35.5 hours @ $650/hour = $23,075.00

<u>Expenses</u>:   $1,613.72  (Detail Attached)

Total Fees and Expenses Due:  $24,688.72

EXPENSES FOR MAY, 2012

| DATE | DESCRIPTION OF EXPENSE | AMOUNT |
|---|---|---|
| 5/7/2012 | RT Coach Airfare | $954.60 |
| 5/7/2012 | Lunch | $2.48 |
| 5/7/2012 | Taxi | $35.70 |
| 5/7/2012 | Dinner | $55.00 |
| 5/8/2012 | Taxi to Court | $10.00 |
| 5/8/2012 | Lunch | $15.00 |
| 5/8/2012 | Taxi | $35.45 |
| 5/8/2012 | Hotel | $483.84 |
| 5/8/2012 | Airport Parking | $21.65 |
|  | TOTAL EXPENSES | $1,613.72 |