# EXHIBIT A



# The Hogan Firm

1311 Delaware Avenue

Wilmington, DE 19806

(302) 656 7540

EIN 51-0352711

---

**Canadian ZAI Claimants**  
**c/o Lauzon Belanger Lesperance**  
Attention: Careen Hannouche  
286 rue Street  
Paul Quest bureau 100 Montreal QC H2Y 2A3  

**Date:** 5/4/2012  
**File Number:** ZAI/WRG 060124-01  
**Invoice Number:** 20086  

**Re:** Canadian Zonolite Claimants  
WRGrace Chapter 11 Bankruptcy  
Our File No. 060124-01  

---

| Date | Initials | Description of Service | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/02/2012 | LNC | E-mail correspondence with Careen Hannouche regarding the transmission of Lauzon Belanger Lesperance's February time statement. | 0.10 | 190.00 | 19.00 |
| 04/02/2012 | LNC | E-mail correspondence with Careen Hannouche requesting the February time statement for Lauzon Belanger Lesperance. | 0.10 | 190.00 | 19.00 |
| 04/02/2012 | LNC | E-mail correspondence with Cindy Yates requesting the February time statement for Scarfone Hawkins LLP. | 0.10 | 190.00 | 19.00 |
| 04/02/2012 | DKH | E-mail correspondence with David Thompson concerning the fee auditor's report concerning Scarfone Hawkins. | 0.20 | 400.00 | 80.00 |
| 04/02/2012 | LNC | E-mail correspondence with Karen Harvey re: the request of time statements from Scarfone Hawkins LLP and Lauzon Belanger Lesperance. | 0.10 | 190.00 | 19.00 |
| 04/02/2012 | LNC | E-mail correspondence with Karen Harvey regarding the request of March time statements from Lauzon Belanger Lesperance and Scarfone Hawkins LLP. | 0.10 | 190.00 | 19.00 |
| 04/03/2012 | LNC | E-mail correspondence with Careen Hannouche receiving the February time statement for Lauzon Belanger Lesperance, reviewed and saved to file. | 0.20 | 190.00 | 38.00 |
| 04/03/2012 | DKH | E-mail correspondence with Careen Hannouche transmitting Lauzon Belanger's February time statement.; Reviewed same. | 0.50 | 400.00 | 200.00 |
| 04/04/2012 | KEH | E-mail correspondence from Cindy Yates, re: received from Grace $1,519.50 - payment of SH holdback for July, 2011 account - revise payment spreadsheet for use in preparation of fee application for Scarfone Hawkins. | 0.30 | 190.00 | 57.00 |
| 04/04/2012 | DKH | E-mail correspondence with Bobbi Ruhlander transmitting Lauzon Belanger's quarterly application for the 43rd interim period. | 0.20 | 400.00 | 80.00 |
| 04/04/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Fee Auditor's Report Regarding the Quarterly Fee Application of Lauzon Blanger Lesprance for the Period of October 1, 2011, through December 31, 2011 Filed by Warren H. Smith & Associates, P.C. | 0.50 | 400.00 | 200.00 |

| 5/4/2012 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | | Page:2 |
|---|---|---|---|---|---|---|
| 04/04/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Amended Notice of Appearance Filed by W.R. Grace & Co., et al. | | 0.30 | 400.00 | 120.00 |
| 04/04/2012 | LNC | Preparation of The Hogan Firm's 24th Monthly Fee Application. | | 1.50 | 190.00 | 285.00 |
| 04/09/2012 | LNC | E-mail correspondence with Cindy Yates regarding the arrival of the February time statement for Scarfone Hawkins LLP. | | 0.10 | 190.00 | 19.00 |
| 04/09/2012 | LNC | E-mail correspondence with Cindy Yates requesting the February time statement for Scarfone Hawkins LLP. | | 0.10 | 190.00 | 19.00 |
| 04/09/2012 | LNC | Preparation of Lauzon Belanger Lesperance's 24th Monthly Fee Application. | | 1.30 | 190.00 | 247.00 |
| 04/10/2012 | LNC | E-mail correspondence with Cindy Yates receiving the February time statement for Scarfone Hawkins LLP. Reviewed and saved to file. | | 0.20 | 190.00 | 38.00 |
| 04/10/2012 | LNC | E-mail correspondence with Cindy Yates receiving the March time statement for Scarfone Hawkins LLP. Review and save to file. | | 0.20 | 190.00 | 38.00 |
| 04/10/2012 | DKH | E-mail correspondence with Cindy Yates transmitting Scarfone Hawkins LLP Monthly Fee statement for February 1, 2012 – February 29, 2012.  Reviewed same. | | 0.50 | 400.00 | 200.00 |
| 04/10/2012 | DKH | E-mail correspondence with Cindy Yates transmitting Scarfone Hawkins LLP Monthly Fee statement for March 1, 2012 – March 31, 2012.  Reviewed same. | | 0.50 | 400.00 | 200.00 |
| 04/11/2012 | LNC | Calculation of project codes for Lauzon Belanger Lesperance's February time statement. | | 0.30 | 190.00 | 57.00 |
| 04/11/2012 | LNC | Calculation of project codes for Scarfone Hawkins LLP's time statement for February 1, 2012- February 29, 2012. | | 1.00 | 190.00 | 190.00 |
| 04/11/2012 | LNC | Meeting with Karen Harvey reviewing the 24th Monthly Fee Applications for The Hogan Firm, Scarfone Hawkins and Lauzon Belanger Lesperance. | | 0.30 | 190.00 | 57.00 |
| 04/11/2012 | LNC | Preparation of Scarfone Hawkins LLP's 24th Monthly Fee Application. | | 1.30 | 190.00 | 247.00 |
| 04/12/2012 | DKH | Reviewed updated service lists for WRGrace. | | 0.30 | 400.00 | 120.00 |
| 04/13/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Agenda of Matters Scheduled for Hearing. Filed by W.R. Grace & Co., et al.. Hearing scheduled for 4/23/2012 at 09:00 AM. | | 0.30 | 400.00 | 120.00 |
| 04/16/2012 | DKH | E-mail correspondence with Bobbi Ruhlander concerning The Hogan Firm's response to the initial report on the issue of time spent in connection with payments received from W.R. Grace. Reviewed and responded to Bobbie Ruhlander. | | 0.30 | 400.00 | 120.00 |
| 04/16/2012 | LNC | E-mail correspondence with Careen Hannouche transmitting the 24th Monthly Fee Application for Lauzon Belanger Lesperance and certification for review. | | 0.10 | 190.00 | 19.00 |
| 04/16/2012 | LNC | E-mail correspondence with Cindy Yates transmitting the 24th Monthly Fee Application for Scarfone Hawkins LLP and certification for review. | | 0.20 | 190.00 | 38.00 |
| 04/16/2012 | KEH | Meeting with Daniel Hogan, re: the Fee Auditor's initial report and The Hogan Firm's response to same - review email from Bobbi Ruhlander with fee auditor's response. | | 0.50 | 190.00 | 95.00 |
| 04/16/2012 | DKH | Reviewed and revised Lauzon Belanger's'  24th Monthly Fee Application. | | 0.80 | 400.00 | 320.00 |
| 04/16/2012 | DKH | Reviewed and revised Scarfone Hawkins'  24th Monthly Fee Application. | | 0.90 | 400.00 | 360.00 |
| 04/17/2012 | LNC | E-mail correspondence with Cindy Yates receiving David Thompson's certification. Review and save to file. | | 0.20 | 190.00 | 38.00 |
| 04/17/2012 | DKH | E-mail correspondence with Cindy Yates transmitting the Certification duly executed by David Thompson; reviewed same. | | 0.30 | 400.00 | 120.00 |

| 5/4/2012 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | Page:3 | |
|---|---|---|---|---|---|---|
| 04/17/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation (Twenty-Fourth) of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period February 1, 2012 to February 29, 2012 Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 04/17/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation (Twenty-Fourth) of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period February 1, 2012 to February 29, 2012 Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 04/17/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed the receipt for efiling of Monthly Application for Compensation (Twenty-Fourth)of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period February 1, 2012 to February 29, 2012 Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 04/17/2012 | LNC | | E-mail correspondence with Digital Legal services transmitting the 24th Monthly Application for The Hogan Firm, Lauzon Belanger Lesperance and Scarfone Hawkins LLP for hand delivery to the United States Bankruptcy Court. | 0.20 | 190.00 | 38.00 |
| 04/17/2012 | LNC | | E-mail correspondence with feeaudit@whsmithlaw.com transmitting, in word format, the 24th Monthly Application of Lauzon Belanger Lesperance, Docket No. 28787. | 0.20 | 190.00 | 38.00 |
| 04/17/2012 | LNC | | E-mail correspondence with feeaudit@whsmithlaw.com transmitting, in word format, the 24th Monthly Application of Scarfone Hawkins LLP, Docket No. 28788. | 0.20 | 190.00 | 38.00 |
| 04/17/2012 | LNC | | E-mail correspondence with feeaudit@whsmithlaw.com transmitting, in word format, the 24th Monthly Application of The Hogan Firm, Docket No. 28786. | 0.20 | 190.00 | 38.00 |
| 04/17/2012 | LNC | | E-mail correspondence with Karen Harvey forwarding Careen Hannouche's certification. Review and save to file. | 0.20 | 190.00 | 38.00 |
| 04/17/2012 | DKH | | E-mail correspondence with Lauren Campbell concerning effectuating service of the fee applications. | 0.10 | 400.00 | 40.00 |
| 04/17/2012 | LNC | | E-mail correspondence with service parties transmitting the 24th Monthly Application for Scarfone Hawkins LLP, Docket No. 28788. | 0.20 | 190.00 | 38.00 |
| 04/17/2012 | LNC | | E-mail correspondence with service parties transmitting the 24th Monthly Application of The Hogan Firm, Docket No. 28786. | 0.20 | 190.00 | 38.00 |
| 04/17/2012 | LNC | | E-mail correspondence with service parties transmitting the 24th Monthly Fee Application for Lauzon Belanger Lesperance, Docket No. 28787. | 0.20 | 190.00 | 38.00 |
| 04/17/2012 | LNC | | Filing of the 24th Monthly Application for Lauzon Belanger Lesperance. | 0.30 | 190.00 | 57.00 |
| 04/17/2012 | LNC | | Filing of the 24th Monthly Fee Application for Scarfone Hawkins LLP. | 0.30 | 190.00 | 57.00 |
| 04/17/2012 | LNC | | Filing of the 24th Monthly Fee Application for The Hogan Firm. | 0.30 | 190.00 | 57.00 |
| 04/17/2012 | DKH | | Reviewed and revised Monthly Application for Compensation (Twenty-Fourth)of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period February 1, 2012 to February 29, 2012. | 0.80 | 400.00 | 320.00 |
| 04/20/2012 | DKH | | E-mail correspondence with Careen Hannouche concerning Lauzon Belanger's March time statement. | 0.10 | 400.00 | 40.00 |
| 04/20/2012 | LNC | | E-mail correspondence with Careen Hannouche regarding the transmission of the March time statement from Lauzon Belanger Lesperance. | 0.10 | 190.00 | 19.00 |
| 04/20/2012 | DKH | | E-mail correspondence with Careen Hannouche transmitting Lauzon Belanger's time statement for the month of March 2012. Reviewed same. | 0.40 | 400.00 | 160.00 |

| | | | | | |
|---|---|---|---|---|---|
| 5/4/2012 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | Page:4 |
| 04/20/2012 | LNC | E-mail correspondence with Careen Hannouche transmitting the March time statement for Lauzon Belanger Lesperance. Review and save to file. | | 0.20 | 190.00 | 38.00 |
| 04/20/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Motion to Approve Compromise under Rule 9019 /Motion of W.R. Grace & Co. for Entry of an Order Approving (A) the Settlement Between W.R. Grace & Co. and the Libby Claimants, (B) the Transition of the Libby Medical Program, and (C) the Settlement Between W.R. Grace & Co. and BNSF Railway Company. Filed by W.R. Grace & Co., et al. | | 1.30 | 400.00 | 520.00 |
| 04/26/2012 | DKH | Reviewed status of District Court appeal as well as Appeal in Third Circuit. Reviewed online dockets and individual pleadings including Garlock briefs and status report letter in the Third Circuit appeal. | | 2.00 | 400.00 | 800.00 |
| 04/30/2012 | LNC | Calculation of project codes for Lauzon Belanger Lesperance's March time statement. | | 0.30 | 190.00 | 57.00 |
| 04/30/2012 | LNC | Calculation of project codes for Scarfone Hawkins LLP March time statement. | | 0.50 | 190.00 | 95.00 |
| 04/30/2012 | LNC | Calculation of project codes for The Hogan Firm's March time statement. | | 1.30 | 190.00 | 247.00 |
| | | **Total Fees** | | **24.40** | | **$6,988.00** |

**Expenses**

| | | | |
|---|---|---|---|
| 04/17/2012 | Copies of the 24th Monthly Fee Applications printed for the fee auditor. | 16.80 | |
| | **Total Expenses** | | **$16.80** |

| | |
|---|---|
| **TOTAL NEW CHARGES** | **$7,004.80** |

**STATEMENT OF ACCOUNT**

| | |
|---|---|
| Prior Balance | 16,907.17 |
| Payments | -16,907.17 |
| Current Fees | 6,988.00 |
| Current Expenses | 16.80 |
| **AMOUNT DUE AND OWING TO DATE** | **$7,004.80** |

**TERMS: DUE UPON RECEIPT; INTEREST WILL ACCRUE ON THE UNPAID BALANCE AT THE RATE OF 1.5% PER MONTH; Please call 302.656.7540 if you have any questions or concerns.**

**Payments**

| Date | Ref # | Description | Amount |
|---|---|---|---|
| 4/16/2012 | 9904868 | Payment on Account | 16,907.17 |