# EXHIBIT A

W.R. GRACE & CO., et al.  
CDN ZAI CLASS ACTION

U.S. FEE APPLICATION  
DATE:  
April 30, 2012  
OUR FILE NO: 05L121

## Scarfone Hawkins LLP
BARRISTERS AND SOLICITORS  
ONE JAMES STREET SOUTH    TELEPHONE  
14TH FLOOR                905-523-1333  
P.O. BOX 926, DEPOT #1  
HAMILTON, ONTARIO         TELEFAX  
L8N 3P9                   905-523-5878

H.S.T. REGISTRATION NO.   **873984314 RT – 0001**

**CANADIAN ZAI MONTHLY FEE APPLICATION**  
**(April 1, 2012 – April 30, 2012)**

| DATE | PROFESSIONAL SERVICE | LAWYER | RATE/HR | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 04 /02/12 | receipt of and respond to several class member inquiries | DT | $525.00 | 0.25 | $131.25 |
| 04 /02/12 | receipt of and respond to class member inquiries, discuss with Cindy Yates, email to Careen Hannouche, etc. | DT | $525.00 | 0.35 | $183.75 |
| 04 /02/12 | Emails from Karen Harvey attaching Fee Auditor's report and reply from David Thompson to Harvey; review | MGM | $450.00 | 0.10 | $45.00 |
| 04 /03/12 | receipt of and respond to various class member inquiries | DT | $525.00 | 0.25 | $131.25 |
| 04 /04/12 | Email from Cindy Yates to Kim Hamelin regarding payment received in respect of July 2011 holdback | MGM | $450.00 | 0.10 | $45.00 |
| 04 /09/12 | memos to and from Matt Moloci, memo to Cindy Yates, receipt Lauren Campbell email re: status of matters | DT | $525.00 | 0.25 | $131.25 |
| 04 /09/12 | receipt of and reply to class member inquiries | DT | $525.00 | 0.25 | $131.25 |
| 04 /09/12 | Emails to and from Cindy Yates and David Thompson regarding completion of February and March 2012 time summaries for fee applications | MGM | $450.00 | 0.10 | $45.00 |
| 04 /10/12 | discuss class member inquiry with Matt Moloci, etc., memos to and from Matt Moloci re status of action and appeals, receipt Cindy Yates memo | DT | $525.00 | 0.25 | $131.25 |
| 04 /10/12 | receipt of and respond to class member inquiries | DT | $525.00 | 0.35 | $183.75 |
| 04 /10/12 | Further emails from and to Cindy Yates, David Thompson and Lauren Campbell regarding time and expense summaries for February and March 2012 | MGM | $450.00 | 0.10 | $45.00 |
| 04 /11/12 | receipt of and respond to class member inquiries, etc. | DT | $525.00 | 0.25 | $131.25 |

| 04 /11/12 | receipt of and respond to class member inquiries | DT | $525.00 | 0.25 | $131.25 |
|---|---|---|---|---|---|
| 04 /16/12 | receipt of and respond to various class member inquiries | DT | $525.00 | 0.25 | $131.25 |
| 04 /16/12 | receipt Lauren Campbell email, review application and certification, execute same, memos to and from Cindy Yates | DT | $525.00 | 0.35 | $183.75 |
| 04 /17/12 | receipt of and respond to various inquiries re: status of appeal and status of Canadian settlement administration | DT | $525.00 | 0.35 | $183.75 |
| 04 /17/12 | Emails from Lauren Campbell to Fee Auditor with attached 24th Monthly Fee Applications of Scarfone Hawkins, Lauzon Belanger and The Hogan Firm; review | MGM | $450.00 | 0.10 | $45.00 |
| 04 /18/12 | Emails from Cindy Yates and David Thompson reconciling payments received in respect of December 2011 fee application and holdback for July, August and September 2011 | MGM | $450.00 | 0.10 | $45.00 |
| 04 /19/12 | receipt of and respond to class member inquiries | DT | $525.00 | 0.35 | $183.75 |
| 04 /19/12 | Email from Cindy Yates to Careen Hannouche reconciling payments received in respect of December 2011 fee application and holdback for July, August and September 2011 | MGM | $450.00 | 0.10 | $45.00 |
| 04 /20/12 | receipt of and respond to class member inquiries, email to Careen Hannouche | DT | $525.00 | 0.30 | $157.50 |
| 04 /23/12 | receipt of and respond to class member inquiries and follow-up on status of appeal and Canadian settlement | DT | $525.00 | 0.25 | $131.25 |
| 04 /30/12 | review dockets for period April 1, 2012 to April 30, 2012, amend dockets, review disbursements, discuss with David Thompson, draft account, review with David Thompson and Matt Moloci, assemble account into form required by U.S. Bankruptcy Court, email to Karen Harvey enclosing monthly fee application for the period of April 1, 2012 to  April 30, 2012 | LC | $120.00 | 2.00 | $240.00 |
| | | | SUB-TOTAL | 7.0 | $2,812.50 |

| TIMEKEEPER | ID | HOURS | RATE | TOTAL | PLUS 13% H.S.T |
|---|---|---|---|---|---|
| DAVID THOMPSON 25 years | DT | 4.30 | $525.00 | $2,257.50 | $293.48 |
| MATTHEW G. MOLOCI 14 years | MGM | 0.70 | $450.00 | $315.00 | $40.95 |
| LAW CLERK Cindy Yates 30 years | CY | 2.00 | $120.00 | $240.00 | $31.20 |
| SUB-TOTAL: | | 7.0 | | $2,812.50 | $365.63 |
| TOTAL FEES AND TAXES: | | | | | $3,178.13 |

**DISBURSEMENTS SUMMARY**

| DATE | DISBURSEMENT | HST EXEMPT | HST NON-EXEMPT | PLUS 13% H.S.T. | TOTAL |
|---|---|---|---|---|---|
| 04/01/12 04/30/12 | Long Distance Calls – Various calls from April 1, 2012 – April 30, 2012 | | $2.30 | $0.30 | $2.60 |
| **TOTAL DISBURSEMENTS:** | | | **$2.30** | **$0.30** | **$2.60** |

| | |
|---|---|
| **TOTAL FEES AND APPLICABLE TAXES:** | **$3,180.73** |

THIS IS OUR FEE APPLICATION,
Per:


**SCARFONE HAWKINS LLP**
E. & O.E.


**\*Del. Bankr. LR 2016-2(e)(iii) allows for
$.10 per page for photocopies.**