# EXHIBIT A

# LAUZON BÉLANGER LESPÉRANCE
### AVOCATS • ATTORNEYS

May 24, 2012

RE :   W.R. GRACE & CO., and al.
       U.S. FEE APPLICATION
       CDN ZAI CLASS ACTION
       Our file:  222

**CANADIAN ZAI SPECIAL COUNSEL FEE APPLICATION**
**(April 1st 2012 to April 30th 2012)**

**FOR PROFESSIONAL SERVICES RENDERED, INCLUDING:**

| DATE | INIT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 2012-04-02 | CH | Review of Fee Auditor's final report | 0.50 | 285.00 | 142.50 |
| 2012-04-03 | CH | Review of February time statement | 0.33 | 285.00 | 94.05 |
| 2012-04-17 | CH | Review of monthly application and certification | 0.33 | 285.00 | 94.05 |
| 2012-04-20 | CH | Review of time statement for March 2012 | 0.33 | 285.00 | 94.05 |
| 2012-04-20 | CH | Email to Lauren Campbell re: March 2012 time statement | 0.17 | 285.00 | 48.45 |
| 2012-04-26 | CH | Email Cindy Yates re: confirmation receipt of payment Hogan Firm fees | 0.17 | 285.00 | 48.45 |
| 2012-04-27 | CH | Review of US proceedings (notices of motions, orders) | 2.50 | 285.00 | 712.50 |
| | | **OUR FEES:** | **4.33** | | **$ 1,234.05** |

TIME SUMMARY BY LAWYER

CH      285.00     4.33     1,234.05

**TOTAL FEES**                                                                      **$ 1,234.05**

**DISBURSEMENTS**

Photocopies                                                                          3.00

**TOTAL FEES AND DISBURSEMENTS**                                                    **$ 1,237.05**

G.S.T. 5%                                                                           61.85
Q.S.T. 9.5%                                                                        123.40

**TOTAL**                                                                         **$1,422.30**

# G.S.T.   814682340 RT 0001
# Q.S.T.   1211542736 TQ 0001