# Exhibit A

**KRAMER LEVIN NAFTALIS & FRANKEL** LLP
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
PHONE 212.715.9100
FAX 212.715.8000

May 31, 2012

W.R. GRACE & CO. EQUITY COMMITTEE

When remitting,
please reference:
Invoice Number:
0000594534
056772

---

### CLIENT SUMMARY - 056772 - W.R. GRACE & CO. EQUITY COMMITTEE

**056772-00001/CASE ADMINISTRATION**

| | |
|---|---:|
| FEES | $1,031.50 |
| DISBURSEMENTS | 117.53 |
| MATTER TOTAL | $1,149.03 |

**056772-00007/REORGANIZATION PLAN**

| | |
|---|---:|
| FEES | $3,232.50 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $3,232.50 |

**056772-00008/FEE APPLICATIONS, APPLICANT**

| | |
|---|---:|
| FEES | $941.50 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $941.50 |

**056772-00019/HEARINGS**

| | |
|---|---:|
| FEES | $0.00 |
| DISBURSEMENTS | 30.00 |
| MATTER TOTAL | $30.00 |

| | |
|---|---:|
| CLIENT GRAND TOTAL | $5,353.03 |

---

Amounts due may be remitted by wire transfer.

To: Citibank, N.A.
Citicorp Center 153 E. 53rd Street NY, N.Y. 10043
ABA #021000089
Account: Kramer Levin Naftalis & Frankel LLP Money Market A\C 9992122019
By Order of: Invoice No. 0000594534
Citibank Contact: Gaetana Mauceli (212) 559-0165

TIME AND DISBURSEMENT AMOUNTS POSTED AFTER THE BILLING PERIOD SHOWN
ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE
CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.
TAX ID# 13-1944339

## CASE ADMINISTRATION

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/02/12 | BLABEY, DAVID E | Call with equity holder re appeal issues. | 0.20 | 140.00 |
| 04/20/12 | HALVERSON, DARREN C | E-mail re: Garlock district case w/ D. Blabey and A. Shain. | 0.20 | 83.00 |
| 04/20/12 | SHAIN, ALIYA | Check docket for Garlock pleadings (.5); create TOC of binder re same (1.0). | 1.50 | 427.50 |
| 04/23/12 | HALVERSON, DARREN C | Find and review Garlock motion to shorten time and e-mail D. Blabey re: dates. | 0.30 | 124.50 |
| 04/25/12 | SHAIN, ALIYA | Create binder of Garlock pleadings for D. Blabey. | 0.90 | 256.50 |

**TOTAL HOURS AND FEES**                                             **3.10**   **$1,031.50**

**SUMMARY OF DISBURSEMENTS AND OTHER CHARGES**

| DESCRIPTION | AMOUNT |
|---|---|
| WESTLAW ON-LINE RESEARCH | 34.89 |
| DOCUMENT RETRIEVAL FEES | 82.64 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**                            **$117.53**

**TOTAL FOR THIS MATTER**                                            **$1,149.03**

Kramer Levin Naftalis & Frankel LLP                                                Page No. 3

W.R. GRACE & CO. EQUITY COMMITTEE                                          May 31, 2012
056772-00007                                                         Invoice No. 0000594534

## REORGANIZATION PLAN

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/11/12 | BENTLEY, PHILIP | Discs D. Blabey and trade emails re Garlock reargument motion. | 0.10 | 86.50 |
| 04/20/12 | BENTLEY, PHILIP | Discs D. Blabey and trade emails re upcoming Garlock argument. | 0.10 | 86.50 |
| 04/24/12 | BENTLEY, PHILIP | Discs D. Blabey and trade emails re upcoming Garlock hearing. | 0.20 | 173.00 |
| 04/26/12 | BENTLEY, PHILIP | Trade emails re upcoming Garlock hearing. | 0.10 | 86.50 |
| 04/27/12 | BLABEY, DAVID E | Review Libby motion and related settlement agreement (2.5); and email to client re same (.5); review pleadings related to Garlock reargument motion (1). | 4.00 | 2,800.00 |

**TOTAL HOURS AND FEES**                                                    **4.50**  **$3,232.50**

**TOTAL FOR THIS MATTER**                                    **$3,232.50**

Kramer Levin Naftalis & Frankel LLP                                              Page No. 4

W.R. GRACE & CO. EQUITY COMMITTEE                                        May 31, 2012
056772-00008                                                       Invoice No. 0000594534

---

## FEE APPLICATIONS, APPLICANT

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/24/12 | HALVERSON, DARREN C | E-mail F. Arias re: fee application. | 0.10 | 41.50 |
| 04/25/12 | HALVERSON, DARREN C | Revise bill (.4); begin fee application (.4). | 0.80 | 332.00 |
| 04/26/12 | HALVERSON, DARREN C | Cf. F. Arias re: bill. | 0.10 | 41.50 |
| 04/27/12 | BLABEY, DAVID E | Review and edit march fee app. | 0.10 | 70.00 |
| 04/27/12 | HALVERSON, DARREN C | Cf. F. Arias re: bill edits and fee app. materials (.2); revise fee app and create exhibits for D. Blabey. (.9). | 1.10 | 456.50 |
| **TOTAL HOURS AND FEES** | | | **2.20** | **$941.50** |

**TOTAL FOR THIS MATTER**                                             **$941.50**

Kramer Levin Naftalis & Frankel LLP
Page No. 5

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00019

May 31, 2012
Invoice No. 0000594534

## HEARINGS

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| OTHER FEES | 30.00 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$30.00** |
| **TOTAL FOR THIS MATTER** | **$30.00** |