## Exhibit B

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                          PAGE    1
                                              *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 05/31/2012 10:32:30

Matter No: 056772-00001                          Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:    3332558
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CASE ADMINISTRATION                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                               Status      : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.10/w/o manu. services
-----------------------------------------------------------------------------------------------------------------
                                        PRE-BILLING SUMMARY REPORT
-----------------------------------------------------------------------------------------------------------------
              UNBILLED TIME FROM:                         TO:
              UABILLED DISB FROM:     03/31/2012           TO:    04/25/2012
-----------------------------------------------------------------------------------------------------------------
                                       FEES                        COSTS
                                       ------                    ----------
          GROSS BILLABLE AMOUNT:                 0.00                    117.53
          AMOUNT WRITTEN DOWN:
                     PREMIUM:
              ON ACCOUNT BILLED:
   DEDUCTED FROM PAID RETAINER:
               AMOUNT BILLED:
                  THRU DATE:                                           04/25/2012
    CLOSE MATTER/FINAL BILLING?    YES   OR   NO
  EXPECTED DATE OF COLLECTION:

       BILLING PARTNER APPROVAL:
                                   BENTLEY PHILIP - 02495       WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
              BILLING COMMENTS:


-----------------------------------------------------------------------------------------------------------------
                              ACCOUNTS RECEIVABLE TOTALS              UNAPPLIED CASH
                              ----------------------------            ----------------
                   FEES:               348.50
          DISBURSEMENTS:               176.30     UNIDENTIFIED RECEIPTS:      0.00
            FEE RETAINER:                0.00          PAID FEE RETAINER:     0.00
           DISB RETAINER:                0.00         PAID DISB RETAINER:     0.00
       TOTAL OUTSTANDING:              524.80     TOTAL AVAILABLE FUNDS:      0.00
                                                         TRUST BALANCE:
                                        BILLING HISTORY
                                        -----------------
       DATE OF LAST BILL:            04/27/12         LAST PAYMENT DATE:    05/09/12
        LAST BILL NUMBER:            592174 ACTUAL FEES BILLED TO DATE:  366,047.50
                                            ON ACCOUNT FEES BILLED TO DATE:     0.00
                                               TOTAL FEES BILLED TO DATE:  366,047.50
     LAST BILL THRU DATE:            03/31/12     FEES WRITTEN OFF TO DATE:  85,704.00
                                                 COSTS WRITTEN OFF TO DATE:  23,828.24
FOR ACCTG USE ONLY:                    Write Down/Up Reason Codes:
                                       --------------------------
     (1) Exceeded Fixed Fee            (4) Excessive Legal Time      (7) Fixed Fee
     (2) Late Time & Costs Posted      (5) Business Development       (8) Premium
     (3) Pre-arranged Discount         (6) Summer Associate           (9) Rounding              (10) Client Arrangement

  BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                        PAGE    2
                                              *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 05/31/2012 10:32:30


Matter No: 056772-00001                         Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:    3332558
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CASE ADMINISTRATION              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                              Status      : ACTIVE
```

U N B I L L E D   C O S T S   S U M M A R Y -------------- Total Unbilled ----------------

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|------|-------------|--------|--------|--------|
| 0917 | WESTLAW ON-LINE RESEARCH | 04/25/12 | 04/25/12 | 34.89 |
| 0972 | DOCUMENT RETRIEVAL FEES | 03/31/12 | 03/31/12 | 82.64 |
| | Total | | | 117.53 |

B I L L I N G   &   P A Y M E N T   H I S T O R Y (Reflects Payments As of 05/31/12 10:32:30)

| Bill Date Thru Date Bill# | Billed Fee & OA | Billed Disbursement | Applied From OA | Collections Total | Collections Date | Balance Due |
|---|---|---|---|---|---|---|
| PRIOR TO 2008 | 307,178.50 | 51,589.77 | | 358,768.27 | | |
| YEAR 2009 | 41,197.00 | 9,757.49 | | 50,954.49 | | |
| YEAR 2010 | 4,451.50 | 1,538.89 | | 5,990.39 | | |
| 01/28/11 12/31/10 560649 | .00 | 90.20 | | 90.20 | 03/09/11 | |
| 02/25/11 01/31/11 562558 | 641.00 | 83.40 | | 724.40 | 10/05/11 | |
| 03/29/11 02/28/11 564699 | 690.00 | 644.11 | | 1,334.11 | 10/05/11 | |
| 04/30/11 03/31/11 566919 | .00 | 120.48 | | 120.48 | 06/15/11 | |
| 05/26/11 04/30/11 568766 | 450.00 | 17.94 | | 467.94 | 12/20/11 | |
| 06/29/11 05/31/11 570865 | .00 | 942.88 | | 942.88 | 08/24/11 | |
| 07/29/11 06/30/11 572952 | 499.00 | 422.15 | | 921.15 | 12/20/11 | |
| 08/31/11 07/31/11 575155 | .00 | 1,130.63 | | 1,130.63 | 10/21/11 | |
| 09/28/11 08/31/11 577118 | 496.00 | 554.89 | | 1,050.89 | 03/30/12 | |
| 10/25/11 09/30/11 579261 | 67.00 | 107.12 | | 174.12 | 03/30/12 | |
| 11/30/11 10/31/11 581459 | 67.00 | .00 | | 53.60 | 01/11/12 | 13.40 |
| 01/27/12 12/31/11 587379 | 67.00 | 61.39 | | 114.99 | 03/14/12 | 13.40 |
| 02/27/12 01/31/12 587833 | 86.50 | .00 | | 69.20 | 03/29/12 | 17.30 |
| 03/28/12 02/29/12 590269 | 822.00 | 94.13 | | 751.73 | 05/09/12 | 164.40 |
| 04/27/12 03/31/12 592174 | 140.00 | 58.77 | | .00 | | 198.77 |
| 05/31/12 03/31/12 594534 | .00 | 117.53 | | .00 | | 117.53 |
| Total: | 356,852.50 | 67,331.77 | | 423,659.47 | | 524.80 |

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                          PAGE    3
                                              *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 05/31/2012 10:32:30

Matter No: 056772-00001                       Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:    3332558
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CASE ADMINISTRATION             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                             Status     : ACTIVE

U N B I L L E D   C O S T S   D E T A I L
Description/Code                   Employee          Date          Amount      Index#  Batch No  Batch Date
------------------------------------------   --------        ------       ----------    -------  --------- ----------


WESTLAW ON-LINE RESEARCH 0917
     WESTLAW ON-LINE RESE                  BLABEY, D E       04/25/12        34.89     9625715  1234681    05/03/12
                                  0917 WESTLAW ON-LINE RESE Total :          34.89


DOCUMENT RETRIEVAL FEES 0972
     DOCUMENT RETRIEVAL F                  PIZZARELLO, C     03/31/12        82.64     9607008  1222999    04/09/12
     Document Retrieval Fees
                                  0972 DOCUMENT RETRIEVAL F Total :          82.64



          Costs Total :                                        117.53
```

alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    4
                                              *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 05/31/2012 10:32:30

Matter No: 056772-00001                        Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    3332558
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CASE ADMINISTRATION              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                Status     : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description              Amount          Bill        W/o / W/u        Transfer  To   Clnt/Mtr    Carry Forward
----------------------- ------------------   ----------  ---------------  --------------------------- ----------------

0917 WESTLAW ON-LINE RESEARCH      34.89     _____ _____ _____ _____

0972 DOCUMENT RETRIEVAL FEES       82.64     _____ _____ _____ _____


         Costs Total :           117.53     _____ _____ _____ _____

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    5
                                                 *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 05/31/2012 10:32:30

Matter No: 056772-00007                         Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    3332558
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : REORGANIZATION PLAN               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                Status      : ACTIVE

Special Billing Instructions:
------------------------------------------------------------------------------------------------------------------
                                          PRE-BILLING SUMMARY REPORT
------------------------------------------------------------------------------------------------------------------
             UNBILLED TIME FROM:                             TO:
             UNBILLED DISB FROM:                             TO:
------------------------------------------------------------------------------------------------------------------
                                    FEES                            COSTS
                                    ------                          -----------
         GROSS BILLABLE AMOUNT:                   0.00                          0.00
        AMOUNT WRITTEN DOWN:        _____              _____
                   PREMIUM:         _____              _____
          ON ACCOUNT BILLED:        _____              _____
 DEDUCTED FROM PAID RETAINER:       _____              _____
             AMOUNT BILLED:         _____              _____
                THRU DATE:
  CLOSE MATTER/FINAL BILLING?       YES   OR   NO
 EXPECTED DATE OF COLLECTION:       _____

     BILLING PARTNER APPROVAL:      _____              _____
                                    BENTLEY PHILIP - 02495           WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
          BILLING COMMENTS:
```

```
------------------------------------------------------------------------------------------------------------------
                         ACCOUNTS RECEIVABLE TOTALS                        UNAPPLIED CASH
                         --------------------------                        ---------------
              FEES:              9,627.30
     DISBURSEMENTS:                  0.00      UNIDENTIFIED RECEIPTS:          0.00
      FEE RETAINER:                  0.00          PAID FEE RETAINER:          0.00
     DISB RETAINER:                  0.00         PAID DISB RETAINER:          0.00
 TOTAL OUTSTANDING:              9,627.30      TOTAL AVAILABLE FUNDS:          0.00
                                                      TRUST BALANCE:
                                      BILLING HISTORY
                                      ---------------
       DATE OF LAST BILL:           04/27/12      LAST PAYMENT DATE:      05/09/12
       LAST BILL NUMBER:              592174 ACTUAL FEES BILLED TO DATE:  1,062,064.00
                                             ON ACCOUNT FEES BILLED TO DATE:      0.00
                                              TOTAL FEES BILLED TO DATE:  1,062,064.00
     LAST BILL THRU DATE:           03/31/12   FEES WRITTEN OFF TO DATE:       391.00
                                              COSTS WRITTEN OFF TO DATE:     2,162.00
 FOR ACCTG USE ONLY:                Write Down/Up Reason Codes:
                                    --------------------------
        (1) Exceeded Fixed Fee      (4) Excessive Legal Time    (7) Fixed Fee
        (2) Late Time & Costs Posted (5) Business Development    (8) Premium
        (3) Pre-arranged Discount   (6) Summer Associate        (9) Rounding            (10) Client Arrangement

    BILL NUMBER:_____  DATE OF BILL:_____  Processed by:_____  FRC:_____  CRC:_____
```

alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                          PAGE    6
                                              *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 05/31/2012 10:32:30

Matter No: 056772-00007                        Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:      3332558
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : REORGANIZATION PLAN               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                 Status      : ACTIVE

B I L L I N G   &   P A Y M E N T    H I S T O R Y (Reflects Payments As of 05/31/12 10:32:30)
                                    --------- Billed ---------    Applied    ---- Collections ----       Balance
Bill Date Thru Date Bill#            Fee & OA      Disbursement    From OA        Total      Date          Due
--------- --------- ------          -------------- ----------------  --------------  ------------ --------   -------------
PRIOR TO 2008                         456,083.50      7,771.75                     463,855.25
   YEAR 2009                          394,244.00     10,923.63                     405,167.63
   YEAR 2010                           33,945.50        146.00                      34,091.50
01/28/11 12/31/10  560649               6,022.50         .00                        6,022.50 07/12/11
02/25/11 01/31/11  562558              13,512.00         .00                       13,512.00 10/05/11
03/29/11 02/28/11  564699              12,343.50        626.17                     12,969.67 10/05/11
04/30/11 03/31/11  566919               4,084.00         .00                        4,084.00 10/05/11
05/26/11 04/30/11  568766               6,546.00         .00                        6,546.00 12/20/11
06/29/11 05/31/11  570865              57,943.50         64.38                      58,007.88 12/20/11
07/29/11 06/30/11  572952               9,421.00        518.70                      9,939.70 12/20/11
08/31/11 07/31/11  575155              24,756.50        369.25                      25,125.75 03/29/12
09/28/11 08/31/11  577118               9,101.50         10.58                       9,112.08 03/30/12
10/25/11 09/30/11  579261               5,582.00        107.94                       5,689.94 03/30/12
11/30/11 10/31/11  581459                 249.00         .00                          199.20 01/11/12           49.80
12/21/11 11/30/11  583620                 249.00         .00                          199.20 02/13/12           49.80
02/27/12 01/31/12  587833               6,189.50         .00                        4,951.60 03/29/12        1,237.90
03/28/12 02/29/12  590269              16,806.50         .00                       13,445.20 05/09/12        3,361.30
04/27/12 03/31/12  592174               4,928.50         .00                            .00                 4,928.50

            Total:                  1,062,008.00     20,538.40                  1,072,919.10                9,627.30

alp_132r: Matter Detail        KRAMER LEVIN NAFTALIS & FRANKEL LLP        PAGE    7
                                    *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 05/31/2012 10:32:30

Matter No: 056772-00008                      Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:     3332558
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                               Status    : ACTIVE

Special Billing Instructions:
------------------------------------------------------------------------------------------------------------------------
                                       PRE-BILLING SUMMARY REPORT
------------------------------------------------------------------------------------------------------------------------
            UNBILLED TIME FROM:                       TO:
            UNBILLED DISB FROM:                       TO:
------------------------------------------------------------------------------------------------------------------------

                              FEES                         COSTS
                              ------                    -----------
       GROSS BILLABLE AMOUNT:               0.00                   0.00
       AMOUNT WRITTEN DOWN:
                     PREMIUM:
           ON ACCOUNT BILLED:
   DEDUCTED FROM PAID RETAINER:
              AMOUNT BILLED:
                THRU DATE:
   CLOSE MATTER/FINAL BILLING?      YES    OR    NO
   EXPECTED DATE OF COLLECTION:

      BILLING PARTNER APPROVAL:
                           BENTLEY PHILIP - 02495       WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
            BILLING COMMENTS:

---

                       ACCOUNTS RECEIVABLE TOTALS                      UNAPPLIED CASH
                       ---------------------------                    ----------------
                 FEES:              1,822.20
         DISBURSEMENTS:                0.00    UNIDENTIFIED RECEIPTS:       0.00
         FEE RETAINER:                0.00       PAID FEE RETAINER:       0.00
         DISB RETAINER:               0.00      PAID DISB RETAINER:       0.00
      TOTAL OUTSTANDING:          1,822.20    TOTAL AVAILABLE FUNDS:       0.00
                                             TRUST BALANCE:
                                   BILLING HISTORY
                                   -----------------
         DATE OF LAST BILL:          04/27/12        LAST PAYMENT DATE:     05/09/12
         LAST BILL NUMBER:           592174 ACTUAL FEES BILLED TO DATE:    234,248.50
                                  ON ACCOUNT FEES BILLED TO DATE:          0.00
                                 TOTAL FEES BILLED TO DATE:    234,248.50
      LAST BILL THRU DATE:          03/31/12    FEES WRITTEN OFF TO DATE:     20,054.00
                                   COSTS WRITTEN OFF TO DATE:       944.50
FOR ACCTG USE ONLY:                 Write Down/Up Reason Codes:
                             ----------------------------
        (1) Exceeded Fixed Fee       (4) Excessive Legal Time    (7) Fixed Fee
        (2) Late Time & Costs Posted    (5) Business Development    (8) Premium
        (3) Pre-arranged Discount       (6) Summer Associate      (9) Rounding             (10) Client Arrangement

   BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    8

Run Date & Time: 05/31/2012 10:32:30

Matter No: 056772-00008                          Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:    3332558
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                Status      : ACTIVE

B I L L I N G   &   P A Y M E N T    H I S T O R Y (Reflects Payments As of 05/31/12 10:32:30)

| Bill Date Thru Date Bill# | --------- Billed --------- | | Applied | ---- Collections ---- | | Balance |
|---|---|---|---|---|---|---|
| | Fee & OA | Disbursement | From OA | Total | Date | Due |
| PRIOR TO 2008 | 181,796.00 | 1,818.74 | | 183,614.74 | | |
| YEAR 2009 | 26,579.00 | 119.54 | | 26,698.54 | | |
| YEAR 2010 | 11,515.50 | 114.29 | | 11,629.79 | | |
| 01/28/11 12/31/10  560649 | 378.00 | 9.41 | | 387.41 | 07/12/11 | |
| 02/25/11 01/31/11  562558 | 524.00 | .00 | | 524.00 | 10/05/11 | |
| 03/29/11 02/28/11  564699 | 1,572.00 | 20.83 | | 1,592.83 | 10/05/11 | |
| 04/30/11 03/31/11  566919 | 786.00 | 8.91 | | 794.91 | 10/05/11 | |
| 05/26/11 04/30/11  568766 | 65.50 | 159.70 | | 225.20 | 12/20/11 | |
| 06/29/11 05/31/11  570865 | 2,161.50 | 17.32 | | 2,178.82 | 12/20/11 | |
| 07/29/11 06/30/11  572952 | 131.00 | .00 | | 131.00 | 12/20/11 | |
| 08/31/11 07/31/11  575155 | 655.00 | .00 | | 655.00 | 03/29/12 | |
| 09/28/11 08/31/11  577118 | 1,572.00 | 9.23 | | 1,581.23 | 03/30/12 | |
| 10/25/11 09/30/11  579261 | 670.00 | 18.54 | | 688.54 | 03/30/12 | |
| 11/30/11 10/31/11  581459 | 536.00 | 9.19 | | 437.99 | 01/11/12 | 107.20 |
| 12/21/11 11/30/11  583620 | 1,880.00 | .00 | | 1,504.00 | 02/13/12 | 376.00 |
| 01/27/12 12/31/11  587379 | 650.00 | 18.88 | | 538.88 | 03/14/12 | 130.00 |
| 02/27/12 01/31/12  587833 | 420.00 | .00 | | 336.00 | 03/29/12 | 84.00 |
| 03/28/12 02/29/12  590269 | 1,540.00 | .00 | | 1,232.00 | 05/09/12 | 308.00 |
| 04/27/12 03/31/12  592174 | 817.00 | .00 | | .00 | | 817.00 |
| Total: | 234,248.50 | 2,324.58 | | 234,750.88 | | 1,822.20 |

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    9
                                               *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 05/31/2012 10:32:30

Matter No: 056772-00019                    Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    3332558
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : HEARINGS                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                            Status    : ACTIVE

Special Billing Instructions:
------------------------------------------------------------------------------------------------------------------
                                        PRE-BILLING SUMMARY REPORT
------------------------------------------------------------------------------------------------------------------
        UNBILLED TIME FROM:                              TO:
        UNBILLED DISB FROM:    03/02/2012                TO:    03/02/2012
------------------------------------------------------------------------------------------------------------------
                                    FEES                         COSTS
                                    ------                       -----------
        GROSS BILLABLE AMOUNT:               0.00                        30.00
        AMOUNT WRITTEN DOWN:      _____     _____
        PREMIUM:                 _____     _____
        ON ACCOUNT BILLED:       _____     _____
        DEDUCTED FROM PAID RETAINER: _____     _____
        AMOUNT BILLED:           _____     _____
        THRU DATE:                                                    03/02/2012
        CLOSE MATTER/FINAL BILLING?   YES   OR   NO
        EXPECTED DATE OF COLLECTION:  _____

        BILLING PARTNER APPROVAL:    _____     _____
                                      BENTLEY PHILIP - 02495      WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
        BILLING COMMENTS:


------------------------------------------------------------------------------------------------------------------
                        ACCOUNTS RECEIVABLE TOTALS                      UNAPPLIED CASH
                        --------------------------                      -------------
        FEES:                          70.00
        DISBURSEMENTS:                 30.00     UNIDENTIFIED RECEIPTS:         0.00
        FEE RETAINER:                   0.00      PAID FEE RETAINER:            0.00
        DISB RETAINER:                  0.00      PAID DISB RETAINER:           0.00
        TOTAL OUTSTANDING:            100.00     TOTAL AVAILABLE FUNDS:         0.00
                                                    TRUST BALANCE:
                                          BILLING HISTORY
                                          ---------------
        DATE OF LAST BILL:            03/28/12     LAST PAYMENT DATE:        05/09/12
        LAST BILL NUMBER:              590269 ACTUAL FEES BILLED TO DATE:  472,813.50
                                              ON ACCOUNT FEES BILLED TO DATE:     0.00
                                              TOTAL FEES BILLED TO DATE:   472,813.50
        LAST BILL THRU DATE:         02/29/12   FEES WRITTEN OFF TO DATE:   11,993.18
                                              COSTS WRITTEN OFF TO DATE:    1,772.20
FOR ACCTG USE ONLY:                   Write Down/Up Reason Codes:
                                      ---------------------------
        (1) Exceeded Fixed Fee        (4) Excessive Legal Time    (7) Fixed Fee
        (2) Late Time & Costs Posted  (5) Business Development     (8) Premium
        (3) Pre-arranged Discount     (6) Summer Associate         (9) Rounding          (10) Client Arrangement

    BILL NUMBER:_____ DATE OF BILL:_____ Processed by:_____ FRC:_____ CRC:_____
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                            PAGE   10
                                               *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 05/31/2012 10:32:30

Matter No: 056772-00019                    Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:    3332558
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : HEARINGS                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                        Status     : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y -------------- Total Unbilled ----------------
Code  Description                         Oldest       Latest          Total
                                          Entry        Entry           Amount
----  ----------------------------        ------       ------          -----------
0990  OTHER FEES                          03/02/12     03/02/12           30.00

            Total                                                         30.00

B I L L I N G  &  P A Y M E N T   H I S T O R Y (Reflects Payments As of 05/31/12 10:32:30)
                                --------- Billed ---------    Applied   ---- Collections ----       Balance
Bill Date Thru Date Bill#        Fee & OA    Disbursement     From OA    Total       Date            Due
--------- --------- ------       ------------- ----------------  ---------------  ----------- --------   --------------
PRIOR TO 2008                    334,512.82      18,899.51                  353,412.33
  YEAR 2009                       87,300.50       1,827.09                   89,127.59
  YEAR 2010                       21,357.00         176.00                   21,533.00
01/28/11 12/31/10  560649          1,958.00          44.00                    2,002.00 07/12/11
02/25/11 01/31/11  562558          1,825.50            .00                    1,825.50 10/05/11
03/29/11 02/28/11  564699          3,726.00         144.00                    3,870.00 10/05/11
04/30/11 03/31/11  566919          4,912.50          65.00                    4,977.50 10/05/11
07/29/11 06/30/11  572952          8,217.00            .00                    8,217.00 12/20/11
03/28/12 02/29/12  590269            350.00            .00                      280.00 05/09/12        70.00
05/31/12 02/29/12  594534              .00           30.00                          .00               30.00

            Total:              464,159.32      21,185.60                  485,244.92              100.00
```

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    11

Run Date & Time: 05/31/2012 10:32:31

Matter No: 056772-00019                         Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:     3332558
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : HEARINGS                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                 Status      : ACTIVE

U N B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
| --- | --- | --- | --- | --- | --- | --- |
| OTHER FEES 0990 | | | | | | |
| PLATINUM PLUS FOR BUSINE | BLABEY, D E | 03/02/12 | 30.00 | 9611390 | 1224833 | 04/16/12 |
| PLATINUM PLUS FOR BUSINESS 03/01/12 - COURTCALL | | | | | | |
| - David Blabey, Jr. | | | | | | |
| | 0990 OTHER FEES Total : | | 30.00 | | | |
| | | | | | | |
| Costs Total : | | | 30.00 | | | |

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   12

Run Date & Time: 05/31/2012 10:32:31

Matter No: 056772-00019
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : HEARINGS
Matter Opened : 09/06/2002

Orig Prtnr : CRED. RGTS  - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:     3332558
Bill Frequency: M

Status     : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y

| Code Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|
| 0990 OTHER FEES | 30.00 | | | | | |
| Costs Total : | 30.00 | | | | | |