**EXHIBIT A**

**Matter 19 - Claims Analysis Objection and Resolution (Non-Asbestos) - Fees**

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 4/03/2012 | Lisa G Esayian | 1.00 | Analyze issues re Intrawest claim. |
| 4/05/2012 | Tara M Bahn | .50 | Confer with C. Semonsen re dischargeability research for formerly operated location. |
| 4/05/2012 | Christian C Semonsen | .50 | Confer with T. Bahn re matter and case law research re environmental bankruptcy matters in 3rd Circuit. |
| 4/05/2012 | John Donley, P.C. | .20 | Review L. Esayian correspondence re Intrawest stay issues and review newest drafts. |
| 4/05/2012 | Lisa G Esayian | 1.90 | Confer with J. Hughes re Intrawest issues (.3); work on revised stipulation and certification of counsel re same (1.6). |
| 4/09/2012 | Lisa G Esayian | 1.00 | Revise amended stipulation re Intrawest's claims and correspond with J. Hughes re same. |
| 4/10/2012 | Lisa G Esayian | 1.50 | Analyze and revise amended Intrawest stipulation (1.2); confer with R. Finke re same (.3). |
| 4/11/2012 | Tara M Bahn | .10 | Confer with C. Semonsen re status of dischargeability research. |
| 4/11/2012 | Christian C Semonsen | .30 | Confer with K&E team re case law research on Wilmington NC environmental matter. |
| 4/11/2012 | Lisa G Esayian | .50 | Correspond with FCR's counsel R. Wyron re issues re amended Intrawest stipulation (.3); correspond with J. Hughes re same (.2). |
| 4/12/2012 | Lisa G Esayian | .40 | Review additional counts from Intrawest's counsel re proposed amended stipulation (.2); correspond with J. Hughes re same (.2). |
| 4/16/2012 | Lisa G Esayian | .60 | Work on issues re amended Intrawest stipulation. |
| 4/17/2012 | Lisa G Esayian | 1.10 | Revise amended Intrawest stipulation (.6); correspond with Intrawest's counsel re same (.2); correspond with R. Finke and J. Hughes re same (.3). |
| 4/18/2012 | Lisa G Esayian | .20 | Correspond with Delaware counsel re Intrawest lift-stay stipulation. |
| 4/19/2012 | Tara M Bahn | 1.10 | Review correspondence from C. Semonsen and bankruptcy team re Wilmington settlement (.3); review and summarize site facts and legal background re dischargeability (.8). |
| 4/19/2012 | Christian C Semonsen | 1.70 | Confer with K&E team re Wilmington site environmental matter (.5); review and respond to correspondence from K&E team re same (.2); review background materials re site and Multi-Site settlement agreement (1.0). |

A-2

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/19/2012 | Jeffrey Gettleman | 1.30 | Confer with J. Donley, A. Paul and C. Semonsen re Wilmington, North Carolina environmental issues (.5); confer with M. Jones re contribution bar date re same (.1); correspond with J. Donley re same (.1); correspond with M. Jones re Sharon Steel case re same (.1); correspond with A. Paul re EPA notice letter (.1); review and analyze same (.1); review and analyze Sharon Steel case (.3). |
| 4/19/2012 | John Donley, P.C. | 2.80 | Review and analyze materials re Horton site (1.0); draft outline and memo re same (.6); confer with A. Paul re same (.4); correspond with A. Paul re same (.3); confer with A. Paul, J. Gettleman and C. Semonsen re same (.5). |
| 4/20/2012 | Tara M Bahn | .20 | Correspond with C. Semonsen re additional fact background from bankruptcy team and client. |
| 4/20/2012 | Jeffrey Gettleman | .50 | Correspond with A. Paul re EPA notices re Wilmington, North Carolina site (.1); correspond with A. Paul, L. Duff and others re same (.1); review EPA notice letters (.3). |
| 4/20/2012 | Lisa G Esayian | .20 | Correspond with Intrawest's counsel D. Colihan re order approving amended stipulation. |
| 4/22/2012 | Jeffrey Gettleman | .30 | Correspond with A. Paul re Wilmington, North Carolina environmental issues (.2); correspond with C. Semonsen re same (.1). |
| 4/23/2012 | Tara M Bahn | .20 | Confer and correspond with C. Semonsen re status of bankruptcy research. |
| 4/23/2012 | Jeffrey Gettleman | .80 | Confer with C. Semonsen and A. Paul re Wilmington, North Carolina issues (.4); correspond with C. Semonsen re Wilmington, North Carolina (.1); confer with C. Semonsen re issues re motion to approve paying W.R. Grace share of environmental study expenses (.3). |
|  | Total: | 18.90 |  |

## Matter 20 - Case Administration - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/26/2012 | Mike Jones | .80 | Correspond with working group re supplemental disclosure affidavit (.3); review precedent re same (.5). |
| | Total: | .80 | |

## Matter 32 - Fee Applications, Applicant - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/04/2012 | Adam C Paul | 1.10 | Analyze and revise February fee application (.7); correspond with M. McCarthy re same (.2); analyze fee auditor report (.2). |
| 4/04/2012 | Maureen McCarthy | 1.30 | Revise and finalize February fee application for filing and service. |
| 4/06/2012 | Adam C Paul | .50 | Prepare response to fee examiner. |
| 4/09/2012 | Adam C Paul | .60 | Prepare response to fee auditor. |
| 4/12/2012 | Adam C Paul | 1.80 | Analyze and revise March invoices. |
| 4/30/2012 | Adam C Paul | .90 | Analyze and revise Kirkland March fee application. |
| 4/30/2012 | Maureen McCarthy | 2.00 | Draft March fee application. |
| | Total: | 8.20 | |

**Matter 37 - Plan and Disclosure Statement - Fees**

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 4/02/2012 | Mike Jones | .80 | Review and analyze claims of BNSF (.6); correspond with A. Paul re same (.2). |
| 4/02/2012 | Kimberly K Love | 2.10 | Prepare and organize various filings and materials for inclusion into case files. |
| 4/02/2012 | Andrew Brniak | .30 | Correspond with M. Araki re production of documents to interested parties (.1); review and compile recently filed pleadings and correspond with working group re same (.2). |
| 4/02/2012 | Jeffrey Gettleman | .70 | Correspond with M. Jones re BNSF settlement agreement and POC's (.2); correspond with A. Paul re BNSF filed proofs of claim re settlement agreement (.2); correspond with M. Jones, A. Paul, R. Wyron and others re chart of BNSF claims (.3). |
| 4/02/2012 | Adam C Paul | 3.80 | Finalize Libby papers (1.6); confer with R. Wyron re same (.3); confer with D. Cohn and M. Giannotto re same (.8); confer with J. Donley re Libby (.2); correspond with R. Wyron and D. Cohn re same (.6); confer with J. O'Connell re status and exit financing (.3). |
| 4/02/2012 | John Donley, P.C. | .30 | Correspond with team re settlement issues (.1); confer with A. Paul re same (.1); correspond with L. Esayian and A. Paul re PD strategy (.1). |
| 4/02/2012 | Lisa G Esayian | 4.80 | Work on Anderson Memorial settlement strategy and issues. |
| 4/03/2012 | Mike Jones | .50 | Review and analyze BNSF claims (.4); correspond with working group re same (.1) |
| 4/03/2012 | Kimberly K Love | 1.90 | Prepare and organize various appeal filing materials re Anderson Memorial as requested by L. Esayian. |
| 4/03/2012 | Jeffrey Gettleman | 2.80 | Review new Third Circuit docket entries (.2); review and analyze L. Esayian summary of current AMH settlement discussions (.3); confer with A. Paul re withdrawal of reference issues re same (.2); confer with M. Marcus re agreed motions to withdraw reference (.2); research re court's handling of agreed motions and standards for motions to withdraw the reference in the Third Circuit (.9); draft, review and revise analysis re same (.8); correspond with A. Paul re same (.2). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/03/2012 | Adam C Paul | 3.40 | Finalize Libby pleadings (1.1); confer with J. Donley re Libby and AMH (.4); analyze Medicare requirement (.6); analyze AMH resolution (.8); confer with J. Gettleman re same (.2); correspond with M. Giannotto re Libby (.3). |
| 4/03/2012 | Rana Barakat | 1.70 | Review dockets for recent filings in asbestos bankruptcy cases (.3); review recent filings in asbestos bankruptcy cases (.6); draft summary of recent filings in Pittsburgh Corning (.8). |
| 4/03/2012 | John Donley, P.C. | 2.20 | Analyze PD settlement issues (.4); analyze BNSF and Libby current settlement issues (.3); confer with A. Paul re Libby settlement issues (.1); correspond with mediator re same (.1); review various recent pleadings and filings (.2); review memorandum and authorities from D. Blabey relating to fair and equitable 524(g) arguments in connection with upcoming appeals (.4); correspond with A. Paul and M. Giannotto re Libby settlement issues (.2); confer with R. Wyron re Garlock issues (.2); confer with A. Paul re Garlock and Libby settlement issues (.2); review claimant issue and draft correspondence to K. Love re same(.1). |
| 4/03/2012 | Lisa G Esayian | 4.40 | Draft analysis of Anderson Memorial issues. |
| 4/04/2012 | Kimberly K Love | 1.40 | Prepare and organize various materials filed in Courts for inclusion into case files. |
| 4/04/2012 | Andrew Brniak | .30 | Correspond with M. Araki re production of documents to interested parties (.1); review and compile recently filed pleadings and correspond with working group re same (.2). |
| 4/04/2012 | Jeffrey Gettleman | .30 | Correspond with M. Jones re research re Anderson Memorial Hospital potential settlement. |
| 4/04/2012 | Adam C Paul | 5.50 | Finalize Libby pleadings (1.8); confer with R. Finke re Libby and AMH (.3); analyze BNSF claims (.7); analyze and revise AMH agreement (2.3); correspond with L. Esayian re same (.4). |
| 4/04/2012 | John Donley, P.C. | 1.70 | Analyze PD settlement and strategy issues (.6); review and edit draft settlement papers (.7); draft correspondence to L. Esayian and A. Paul re same (.2); review various recent pleadings, filings and notices (.2). |
| 4/04/2012 | Lisa G Esayian | 3.20 | Analyze Anderson Memorial settlement issues (2.9); correspond with J. Donley and A. Paul re draft document re same (.3). |

A-7

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/05/2012 | Andrew Brniak | .30 | Correspond with M. Araki re production of documents to interested parties (.1); review and compile recently filed pleadings and correspond with working group re same (.2). |
| 4/05/2012 | Adam C Paul | 5.10 | Analyze presentation re warrants (.4); confer with J. Donley re AMH (.3); analyze and revise AMH agreement (1.7); finalize Libby agreements (2.7). |
| 4/05/2012 | Rana Barakat | .20 | Review docket of Specialty Products asbestos bankruptcy case for updates. |
| 4/05/2012 | John Donley, P.C. | 1.80 | Continue to analyze PD strategy and review/revise draft papers (.7); confer and correspond with A. Paul re same (.2); correspond with L. Esayian re same (.2); confer with A. Paul re Libby settlement issues (.1); review agenda for April omnibus and draft correspondence to A. Paul re same (.1); review Third Circuit rules and practice guide relevant to potential appeals and status updates (.4); correspond with R. Barakat re same (.1). |
| 4/05/2012 | Lisa G Esayian | 3.10 | Analyze Anderson Memorial issues (2.3); confer with R. Finke re same (.8). |
| 4/06/2012 | Kimberly K Love | 1.00 | Review various cases on PACER and update case files with recent filings. |
| 4/06/2012 | Andrew Brniak | .30 | Review and compile recently filed pleadings and correspond with working group re same. |
| 4/06/2012 | Jeffrey Gettleman | 1.10 | Correspond with M. Jones re research issue re Anderson Memorial Hospital settlement (.2); review A. Paul summary of proposed terms of settlement with Anderson Memorial Hospital (.3); correspond with M. Jones re same (.1); confer with A. Paul re Anderson Memorial Hospital settlement and further modifications to Libby settlement documents (.4); correspond with A. Paul re figures to be inserted in blanks in Section III.A. of Libby settlement term sheet (.1). |
| 4/06/2012 | Adam C Paul | 4.90 | Confer with R. Wyron re AMH discussions (.7); correspond with L. Esayian re same (.4); analyze AMH agreement (.9); finalize Libby documents (2.1); confer with M. Giannotto, R. Wyron and J. Donley re same (.8). |
| 4/06/2012 | Rana Barakat | 3.60 | Review dockets of key asbestos bankruptcy cases (.4); review and analyze recent filings in key asbestos bankruptcy cases (1.8); draft summary of recent filings in key asbestos bankruptcy cases (1.4). |

A-8

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/06/2012 | John Donley, P.C. | 1.80 | Review correspondence from plan proponents and A. Paul re Libby developments (.3); review D. Cohn correspondence re same (.1); review and analyze revisions to drafts (.3); review R. Barakat standing research and review and analyze key cases (1.1). |
| 4/06/2012 | Lisa G Esayian | 1.40 | Analyze Anderson Memorial claims (1.1); correspond with J. Donley and A. Paul re same (.3). |
| 4/07/2012 | Adam C Paul | 2.50 | Correspond with R. Frankel re Libby settlement (.2); correspond with J. Donley re same (.2); analyze and revise Intrawest stipulation (.9); analyze and revise EPA motion (.8); analyze Libby revisions (.4). |
| 4/07/2012 | Rana Barakat | 1.80 | Review recent filings in key asbestos bankruptcy cases (.7); draft summary of recent filings in key asbestos bankruptcy cases (1.1). |
| 4/09/2012 | Kimberly K Love | 2.40 | Review files and obtain information as cited in various briefs (1.6); review files and materials for upcoming dates and deadlines (.8). |
| 4/09/2012 | Andrew Brniak | .30 | Review and compile recently filed pleadings and correspond with working group re same. |
| 4/09/2012 | Jeffrey Gettleman | .70 | Correspond with M. Jones re Libby term sheet and BNSF settlement agreement (.2); confer with A. Paul re status of Libby/BNSF settlement documents (.4); correspond with M. Jones re same (.1). |
| 4/09/2012 | Adam C Paul | 4.90 | Finalize Libby documents (2.1); confer with R. Wyron and M. Giannotto re same (.9); confer with J. Donley re AMH agreement (.4); analyze AMH settlement (1.5). |
| 4/09/2012 | Rana Barakat | 2.30 | Review recent filings in key asbestos bankruptcy cases (.8); draft summary of recent filings in key asbestos bankruptcy cases (.6); research re Third Circuit appellate practice treatises as requested by J. Donley (.9). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/09/2012 | John Donley, P.C. | 5.60 | Confer with M. Giannotto, R. Frankel, R. Wyron and A. Paul re Libby negotiations (.5); confer with A. Paul, R. Wyron and R. Frankel re same (.4); confer with A. Paul re same (.2); review Docket 175 in the District Court and draft correspondence re submission to court (.3); draft correspondence to M. Shelnitz re Libby negotiations (.1); correspond with F. McGovern re negotiations (.1); review various recent pleadings (.2); review and analyze newest Libby drafts, redlines and open issues (1.1); review J. Gettleman update re LMP claimant analysis (.1); review and analyze AMH settlement issues and options (.4); correspond with A. Paul re same (.1); review and analyze draft Intrawest stipulation language (.2); review N. Dukov memo re new authorities cited by Judge Buckwalter relevant to 3d Circuit Appeal (1.2); draft memorandum to N. Dukov re points and arguments to make in 3d Circuit appeal (.4); review 3d Circuit procedures and rules (.3). |
| 4/10/2012 | Mike Jones | 5.00 | Research and analyze claim of Anderson Memorial Hospital (.3); correspond with M. Araki re same (.2); research case law re what constitutes a "modification" for purposes of section 1127(a) of the bankruptcy code (4.1); draft summary re same (.3); correspond with A. Paul and J. Gettleman re same (.1). |
| 4/10/2012 | Kimberly K Love | 1.30 | Prepare and organize various materials requested by L. Esayian re Intrawest (.6); prepare and organize recently filed appeal materials for distribution to case files (.7). |
| 4/10/2012 | Andrew Brniak | .30 | Review and compile recently filed pleadings and correspond with working group re same. |
| 4/10/2012 | Jeffrey Gettleman | .20 | Correspond with A. Paul and M. Jones re AMH settlement. |
| 4/10/2012 | Adam C Paul | 3.30 | Finalize Libby pleadings (2.8); prepare for Garlock hearing (.5). |
| 4/10/2012 | Rana Barakat | .40 | Research Third Circuit practitioner's guides (.2); correspond with J. Donley re same (.2). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/10/2012 | John Donley, P.C. | 2.70 | Review and analyze Quigley opinion (.5); confer with M. Shelnitz re District Court (.3); review Buckwalter opinion and analyze and outline options and next steps (.4); confer with A. Paul re Garlock issues (.3); review various Libby/BNSF settlement drafts and related correspondence from M. Giannotto (1.2). |
| 4/10/2012 | Lisa G Esayian | 1.10 | Correspond with J. Donley and A. Paul re issues re Anderson Memorial (.5); confer with R. Finke re same (.2); review District Court order re Garlock motions (.4). |
| 4/11/2012 | Andrew Brniak | .30 | Review and compile recently filed pleadings and correspond with working group re same. |
| 4/11/2012 | Jeffrey Gettleman | .20 | Correspond with A. Paul re decision re allowance of default interest (.1); correspond with M. Jones re same (.1). |
| 4/11/2012 | Adam C Paul | 5.80 | Analyze and revise AMH agreement (1.7); finalize Libby agreements (1.9); confer with M. Giannotto and J. Donley re same (.4); correspond with M. Giannotto re same (.7); confer with M. Shelnitz, J. Donley, R. Wyron and R. Frankel re status (.8); analyze district court order (.3). |
| 4/11/2012 | John Donley, P.C. | 3.80 | Confer with A. Paul and R. Wyron re Libby deal (.2); confer with and correspond with M. Giannotto re Libby negotiation issues (.4); confer with D. Cohn re same (.1); confer with A. Paul re same (.3); correspond with mediator re same (.2); review drafts and revisions re Libby deal (.8); review Esayian memorandum re AMH issues and analyze same (.4); review Third Circuit procedures and practice guides re various issues in connection with appeals (.7); correspond with R. Barakat re same (.2); biweekly strategy conference with M. Shelnitz, A. Paul, A. Frankel and R. Wyron (.5). |
| 4/12/2012 | Andrew Brniak | .30 | Review and compile recently filed pleadings and correspond with working group re same. |
| 4/12/2012 | Adam C Paul | 4.70 | Analyze and revise Libby motion (2.6); confer with J. Donley re Libby (.3); confer with R. Wyron re same (.3); correspond with J. Donley, D. Cohn and M. Giannotto re same (.6); analyze Medicare claims (.9). |
| 4/12/2012 | Rana Barakat | 3.40 | Review recent filings in key asbestos bankruptcy cases (1.7); draft and edit summary of recent filings in key asbestos bankruptcy cases (1.7). |

A-11

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/12/2012 | John Donley, P.C. | 2.80 | Review AMH settlement papers mark-ups (.2); review correspondence and attachments re Libby settlement negotiations and drafts (.5); correspond with D. Cohn re same (.2); confer with R. Wyron re same (.4); confer and correspond with M. Giannotto re same (.4); confer and correspond with mediator re same (.3); confer with A. Paul re same (.5); correspond with client re same (.3). |
| 4/13/2012 | Mike Jones | 1.60 | Review and revise settlement motion and approval order (1.4); correspond with A. Paul and J. Gettleman re same (.2). |
| 4/13/2012 | Emily S O'Connor | .30 | Collect and distribute lists of active and deceased members sent from the HNA to J. Gettleman. |
| 4/13/2012 | Jeffrey Gettleman | 2.20 | Review final edits to Libby settlement motion and order (.6); correspond with A. Paul re Libby settlement order (.1); correspond with M. Jones re same (.1); confer with A. Paul re final edits to Libby motion and order, publication notice and related transition issues (.1); correspond with M. Jones re same (.1); confer with A. Paul re service of LMP beneficiaries (.2); correspond with E. O'Connor and M. Jones re same (.2); confer with E. O'Connor re Libby service list (.2); review service list of active members re same (.2); correspond with R. Higgins and M. Araki re service on Libby medical plan members (.3); correspond with M. Jones re list of additional service parties re same (.1). |
| 4/13/2012 | Adam C Paul | 4.10 | Finalize Libby pleadings (2.9); confer with J. Donley re same (.3); prepare for Garlock hearing (.9). |
| 4/13/2012 | John Donley, P.C. | 3.80 | Review various recent pleadings (.2); confer and correspond with B. Stansbury re new developments and response re Cascino discovery request (.4); correspond with D. Cohn re Libby settlement negotiations (.3); correspond with M. Giannotto, R. Wyron and A. Paul re same (.5); confer with A. Paul re Libby issues, motion and notice issues and settlement strategy (.4); confer with A. Paul re district court argument (.2); analyze and outline district court argument issues on Rule 59 motion (.9); review draft order and motion re global settlement including most recent revisions and provide comments to A. Paul (.5); confer with R. Frankel re joint strategy issues (.3); correspond with P. Lockwood and Orrick re settlement issues (.1). |

A-12

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/13/2012 | Lisa G Esayian | .80 | Review all recent filings re Third Circuit appeals and motions. |
| 4/16/2012 | Kimberly K Love | 1.00 | Review PACER for materials recently filed in all cases and update case files and calendars with such information. |
| 4/16/2012 | Jeffrey Gettleman | .30 | Review Third Circuit docket for new entries (.2); correspond with M. Jones re Libby/BNSF settlement motion (.1). |
| 4/16/2012 | Adam C Paul | 3.50 | Finalize Libby pleadings (1.9); correspond with R. Finke re same (.4); correspond with J. Donley re same (.2); prepare for Garlock hearing (.6); correspond with D. Cohn and M. Shelnitz re Libby pleadings (.4). |
| 4/16/2012 | Lisa G Esayian | 2.90 | Work on Anderson Memorial issues (1.4); work on Garlock issues for upcoming hearing (1.5). |
| 4/17/2012 | Mike Jones | 3.80 | Review orders, pleadings and local rules re service of settlement motion (1.4); correspond with local counsel re same (.4); correspond with claims agent re same (.6); draft settlement motion service chart (.8); correspond with working group re same (.2); review and revise same (.4). |
| 4/17/2012 | Kimberly K Love | .80 | Review and obtain information re various mailing and service lists. |
| 4/17/2012 | Jeffrey Gettleman | .70 | Correspond with M. Araki re service re members of Libby medical plan (.1); correspond with M. Jones re finalization Libby/BNSF settlement motion (.1); confer with A. Paul and M. Jones re status of Libby/BNSF settlement motion (.2); correspond with M. Jones re various service issues (.3). |
| 4/17/2012 | Adam C Paul | 3.90 | Finalize Libby pleadings (1.7); confer with D. Cohn, J. Donley and R. Wyron re same (1.0); correspond with R. Finke re Medicare (.4); analyze medicare reporting (.8). |
| 4/17/2012 | John Donley, P.C. | 1.20 | Review settlement papers and various drafts and correspond with M. Giannotto, R. Wyron, A. Paul and others (.8); correspond with client re same (.2); confer with R. Finke re same (.2). |
| 4/17/2012 | Lisa G Esayian | .80 | Analyze Garlock issues for upcoming hearing. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/18/2012 | Mike Jones | 4.40 | Review correspondence from claimant (.3); correspond with claimant re distribution timing (.5); review and revise service list for settlement motion (1.9); correspond with working group re same (.3); correspond with local counsel re settlement motion (.8); correspond with claims agent re same (.6). |
| 4/18/2012 | Kimberly K Love | 4.20 | Prepare and organize various materials requested by L. Esayian re plan exhibits (.7); prepare and organize various Garlock materials requested by A. Paul (2.3); review cases on PACER for recently filed materials and update case files with such (1.2). |
| 4/18/2012 | Jeffrey Gettleman | 1.80 | Review and revise service list for Libby settlement motion (.4); correspond with M. Jones and A. Paul re comments to same (.4); correspond with A. Paul and M. Jones re draft Libby/BNSF settlement agreements (.3); correspond with M. Jones re issues re service list for Libby/BNSF settlement motion (.2); correspond with A. Paul re funds transfer issue (.2); correspond with L. Esayian re same (.2); correspond with D. Cohn re acceptance of numbers filled in in Libby term sheet (.1). |
| 4/18/2012 | Adam C Paul | 3.10 | Confer with J. Donle and co-counsel re Garlock (1.1); prepare for same and Garlock hearing (1.7); finalize Libby settlement papers (.3). |
| 4/18/2012 | John Donley, P.C. | 4.20 | Correspond with M. Giannotto, A. Paul and client re Libby settlement issues (.8); confer with R. Wyron re same (.2); review various recently filed pleadings and motions (.2); review and analyze pleadings and authorities re Garlock motions in preparation for hearing (1.9); confer with R. Frankel, R. Wyron, P. Lockwood, J. Gettleman and A. Paul re Garlock motion and upcoming hearing (1.1). |
| 4/18/2012 | Lisa G Esayian | 1.80 | Confer with R. Finke re post-emergence insurance issues (.3); review key materials re same (1.0); work on Anderson Memorial issues (.5). |
| 4/19/2012 | Mike Jones | 6.20 | Research case law re contribution claim bar date (1.1); correspond with J. Gettleman re same (.2); correspond with working group re settlement motion and service issues (2.9); review and revise service list (.8); correspond with local counsel re same (.7); correspond with claims agent re same (.5). |

A-14

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/19/2012 | Kimberly K Love | 4.50 | Prepare and organize various materials re Garlock requested by J. Donley (1.3); review files and obtain information re various addresses as requested by M Jones (1.2); prepare and organize various exhibits cited in sur-reply as requested by J. Donley (2.0). |
| 4/19/2012 | Andrew Brniak | 1.00 | Search and retrieve docketed pleadings related to "Multi-Site" agreement with EPA (.6); correspond with J. Gettleman re same (.1); review and compile recently filed pleadings and correspond with working group re same (.3). |
| 4/19/2012 | Jeffrey Gettleman | 1.10 | Correspond with J. Donley re shortening time re Libby settlement motion (.2); correspond with M. Jones re BNSF wire instructions (.3); correspond with A. Paul re BNSF settlement agreement (.1); confer with M. Jones re noticing issues re Libby settlement motion (.2); confer with M. Jones re BNSF settlement agreement (.2); confer with A. Paul and M. Jones re finalization of Libby settlement motion (.1). |
| 4/19/2012 | Adam C Paul | 4.70 | Finalize Libby pleadings (2.7); analyze environmental issues re multi-site agreement (1.1); confer with J. Donley re same (.9). |
| 4/19/2012 | Britt C Grant | 1.10 | Prepare for and participate in conference re hearing and oral argument for Garlock claims. |
| 4/19/2012 | Rana Barakat | 1.70 | Review recent filings in District Court and draft status update to Third Circuit. |
| 4/19/2012 | John Donley, P.C. | 5.40 | Confer and correspond with M. Giannotto re Libby settlement documents and motion (.3); confer with R. Frankel and R. Wyron re same (.2); confer with M. Shelnitz re same and re Garlock hearing (.5); confer with R. Finke re current motions (.1); confer and correspond with A. Paul re motion and hearing issues re Libby/BNSF (.5); confer and correspond with J. O'Neill re same (.4); correspond with M. Jones re next steps re settlement (.1); confer with C. Landau and B. Grant re Garlock issues (1.0); review, analyze and annotate Garlock pleadings and exhibits in preparation for 5/1 hearing (1.3); review settlement papers, drafts and revisions (1.0). |
| 4/19/2012 | Christopher Landau, P.C. | 1.00 | Confer with J. Donley and B. Grant re Garlock petition for rehearing. |

A-15

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 4/20/2012 | Mike Jones | 5.80 | Correspond with local counsel re filing of settlement motion (.7); correspond with claims agent re same (.9); correspond with J. Gettleman re same (.8); review and revise settlement motion and approval order (.7); review settlement motion re finality of insurer settlement agreement (.7); correspond with A. Paul re same (.1); review and revise publication notice (.9); correspond with J. Gettleman re same (.4); correspond with claims agent re same (.6). |
| 4/20/2012 | Kimberly K Love | 3.00 | Prepare and organize various materials requested by L. Esayian (.4); prepare and organize recently filed materials in all cases for inclusion into case files (1.6); prepare and organize various materials requested by M. Jones (1.0). |
| 4/20/2012 | Andrew Brniak | .20 | Review and compile recently filed pleadings and correspond with working group re same. |
| 4/20/2012 | Jeffrey Gettleman | 9.10 | Correspond with D. Whaley re motion to shorten and Libby settlement motion as filed (.1); correspond with M. Shelnitz, R. Finke, A. Paul and J. Donley re same (.4); correspond with M. Jones re settlement motions as filed (.8); correspond with K. Makowski re motion to shorten and publication (.2); correspond with J. O'Neill re conversation with Judge Fitzgerald's clerk re filing of motions (.1); correspond with M. Araki and J. O'Neill re Libby issues (.3); correspond with A. Paul and M. Giannotto re Libby and BNSF motions (.2); correspond with J. O'Neill re motion to shorten (.1); review and revise same (1.6); correspond with M. Araki and J. Donley re publication notice and service (.3); confer and correspond with M. Jones re filing, service and publication (.4); final review of Libby/BNSF settlement motion, order, exhibits and publication notice (.5); confer with P. Cuniff and K. Makowski re motion (.3); correspond with M. Jones re notice for Libby settlement motion (.6); review and revise notice (.5); correspond with A. Paul, M. Giannotto and J. O'Neill re motion to expedite and other issues (.3); correspond with A. Paul re lists for insurer agreements (.1); research re Montana media vehicles for insertion of publication notice (.7); confer with A. Paul, M. Jones and M. Araki re filing and serving Libby motions (.4); confer with M. Shelnitz, R. Finke, L. Esayian and others re accounting issues re emergence from bankruptcy (1.2). |

A-16

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/20/2012 | Adam C Paul | 5.10 | Finalize Libby pleadings (2.3); confer with D. Cohn, M. Shelnitz and R. Finke re same (1.1); correspond with M. Giannotto re same (.4); confer with client re multi-site agreement (.6); confer with J. Donley re Libby and environmental question (.7). |
| 4/20/2012 | Rana Barakat | 1.20 | Draft and edit status update to Third Circuit. |
| 4/20/2012 | John Donley, P.C. | 2.10 | Correspond with A. Paul, M. Giannotto and R. Wyron re approval motion and settlement issue updates (.3); correspond with A. Paul, J. Gettleman and M. Giannotto re same and re notice issues (.5); review settlement papers and filing (.4); confer with A. Paul re settlement and motion issues (.1); confer with A. Paul re Horton site issues (.2); review motion to shorten time and correspond with K. Makowski and J. O'Neill re same (.4); review various recent pleadings and filings, including Intrawest order (.2). |
| 4/20/2012 | Lisa G Esayian | 3.30 | Review payment provisions of certain insurance settlements and review Asbestos Insurance transfer agreement (1.3); confer with Grace Finance and legal team re accounting issues re certain settlements and claims (1.0); review final version of Libby settlement approval motion approval order and withdrawals of Libby and BNSF objections (1.0). |
| 4/21/2012 | Jeffrey Gettleman | .20 | Correspond with M. Araki re service of Libby motion on LMP members (.1); correspond with A. Paul and others re same (.1). |
| 4/22/2012 | Jeffrey Gettleman | .10 | Correspond with J. Donley re settlement letter from Montana counsel. |
| 4/22/2012 | John Donley, P.C. | .30 | Review settlement response from Montana and draft correspondence to co-counsel re same. |
| 4/23/2012 | Mike Jones | 1.30 | Correspond with J. Gettleman and claims agent re publication notice of settlement motion (.6); review pleadings re stayed civil action (.5); correspond with A. Paul re same (.2). |
| 4/23/2012 | Kimberly K Love | 2.00 | Prepare and organize various materials requested by J. Donley re Garlock for District Court hearing. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/23/2012 | Jeffrey Gettleman | 2.50 | Review numbers in Article III.A. of Libby term sheet (.4); correspond with M. Jones, M. Araki and A. Paul re service and notice (1.0); correspond with M. Jones and A. Paul re entry of order re motion shortening time (.2); correspond with M. Jones, J. Donley and M. Araki re May 23 hearing and revision of Libby motion publication notice re same (.3); correspond with M. Shelnitz, R. Finke and others re order shortening time (.1); correspond with A. Paul re service on LMP members (.1); confer with A. Paul and M. Araki re same (.4). |
| 4/23/2012 | Adam C Paul | 4.20 | Follow up and resolve service issues re Libby pleadings (1.2); confer with J. Donley re Montana and Garlock (.7); analyze and revise Libby Trust pleadings (.9); correspond with R. Finke re Libby and recent California action (.4); confer with D. Cohn re Libby pleadings (.6); correspond with J. Gettleman, R. Finke and M. Shelnitz re Libby pleadings (.4). |
| 4/23/2012 | Rana Barakat | .30 | Edit status update to Third Circuit. |
| 4/23/2012 | John Donley, P.C. | 7.80 | Review new default interest case (.3); draft correspondence to N. Dukov re same (.1); confer with A. Paul re Montana issue, Garlock hearing and notice issue (.3); correspond with D. Cohn re Libby issue (.1); correspond with E. Inselbuch re Montana correspondence (.1); review POC and excusable neglect research relating to Wilmington claim (.2); draft correspondence to M. Jones re same (.1); correspond with P. Lockwood re strategy issues (.1); review Libby order and correspond with J. Gettleman re same (.2); confer and correspond with A. Paul re LMP issues (.3); correspond with R. Frankel re same (.1); review and revise Third Circuit update letter and incorporate edits received from various co-counsel (.4); correspond with R. Barakat re same (.2); review and analyze extensive pleadings and authorities re Garlock Rule 59 motion, underlying merits briefing, underlying standing briefing, underlying SOR briefing and relevant orders and memorandum opinions for Judge Fitzgerald and Judge Buckwalter (5.3). |
| 4/23/2012 | Lisa G Esayian | 1.30 | Provide comments to R. Barakat re draft status update to Third Circuit (.3); work on Anderson Memorial issues (1.0). |

A-18

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/24/2012 | Mike Jones | 2.30 | Draft suggestion of bankruptcy re stayed civil litigation (1.8); correspond with client and working group re same (.3); review and revise same (.2). |
| 4/24/2012 | Emily S O'Connor | .30 | Correspond with J. Gettleman re and distribute 2019 statement lists re Libby Claimants. |
| 4/24/2012 | Kimberly K Love | 2.00 | Prepare and organize various materials requested by M. Jones re voluntary petitions (.8); prepare and organize various materials requested by L. Esayian re Libby settlement (1.2). |
| 4/24/2012 | Jeffrey Gettleman | 3.60 | Confer with A. Paul and M. Araki re service on LMP members represented by Heberling firm (.3); correspond with B. McDuffie re revisions to LMP transition timeline (.1); correspond with M. Boles re filing suggestion of bankruptcy in California court (.1); correspond with M. Jones re suggestion of bankruptcy (.2); correspond with M. Araki re status of production of Cohn letter (.1); correspond with A. Paul re transmittal of supplemental letter to Heberling clients re Libby settlement motion (.1); confer with E. O'Connor and M. Araki re same (.6); confer with A. Paul re same (.2); correspond with M. Araki re Heberling letter (.1); correspond with E. O'Connor and M. Araki re BMC service issues (.2); review and revise LMP transition timeline (1.2); confer with M. Jones re same (.2); confer with A. Paul re LMP transition issues (.2). |
| 4/24/2012 | Adam C Paul | 4.80 | Resolve issues raised by OCUC to Libby pleadings (1.7); analyze and revise Libby Trust pleadings (.5); confer with J. Donley re Garlock (.4); confer with D Cohn re Libby service (.3); prepare for Garlock hearing (1.1); confer with A. Krieger re Libby (.8). |
| 4/24/2012 | John Donley, P.C. | 7.20 | Biweekly strategy conference with P. Lockwood, R. Frankel, R. Wyron, J. Gettleman and R. Finke re case strategy issues (.6); review, outline points and issues, and prepare for Garlock motion to alter or amend hearing (5.8); confer with M. Shelnitz re case strategy (.2); confer and correspond with A. Paul re case strategy, Libby issues and Garlock arguments (.4); correspond with M. Plevin re appeal (.1); correspond with J. Gettleman re Libby issues (.1). |
| 4/24/2012 | Lisa G Esayian | .50 | Correspond with various settled insurers' counsel re their questions re status of confirmation appeals. |

A-19

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 4/25/2012 | Kimberly K Love | 1.40 | Prepare and organize various case materials requested by B. Grant including filings in the Garlock case. |
| 4/25/2012 | Jeffrey Gettleman | 1.60 | Correspond with M. John re service and status of letter to Cohn clients (.5); correspond with M. Araki and E. O'Connor re same (.2); review and revise LMP trust motion (.7); correspond with A. Paul re same (.2). |
| 4/25/2012 | Adam C Paul | 2.50 | Prepare for Garlock hearing (1.3); address service issues re Libby pleadings (.8); finalize Libby pleadings (.4). |
| 4/25/2012 | Britt C Grant | 3.10 | Analyze Garlock briefs in preparation for oral argument and meeting with plan proponent counsel. |
| 4/25/2012 | Rana Barakat | .60 | Edit status update to Third Circuit (.3); correspond with J. Donley and J. O'Neill re filing of status update (.3). |
| 4/25/2012 | John Donley, P.C. | 1.00 | Review briefs and prepare for Garlock hearing. |
| 4/25/2012 | Christopher Landau, P.C. | 1.70 | Review materials re Garlock motion for rehearing. |
| 4/26/2012 | Emily S O'Connor | 3.30 | Review and compare the names on the MHSM exhibit to the 2019 statement filed by the Libby claimants with the service list compiled by BMC (3); correspond with J. Gettleman re same (.2); correspond with BMC re same (.1). |
| 4/26/2012 | Kimberly K Love | 1.00 | Prepare and organize various Garlock materials requested by A. Paul. |
| 4/26/2012 | Andrew Brniak | .20 | Review and compile recently filed pleadings and correspond with working group re same. |
| 4/26/2012 | Jeffrey Gettleman | 2.00 | Correspond with A. Paul re HNA questions re Libby settlement motion (.1); correspond with E. O'Connor re Libby client and law firm issues (.3); correspond with M. John re same (.3); correspond with D. Cohn re second mailing process (.1); correspond with R. Finke re inquiries to HNA re Libby settlement motion (.2); correspond with M. Giannotto re final versions of settlement documents (.1); correspond with M. Jones re same (.1); correspond with A. Paul re sending additional letter to LSKM client list (.2); correspond with D. Cohn re same (.1); confer with E. O'Connor re remaining names on Heberling client list (.3); correspond with R. Finke and others re same (.2). |

A-20

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/26/2012 | Adam C Paul | 5.20 | Prepare for Garlock meeting (2.7); participate in meeting to prepare for Garlock hearing (2.5). |
| 4/26/2012 | Britt C Grant | 2.20 | Prepare for meeting with J. Donley, C. Landau and plan proponent counsel re hearing/oral argument on Garlock claims (.2); participate in same (2.0). |
| 4/26/2012 | John Donley, P.C. | 6.60 | Draft outline of arguments and potential responses re Garlock motion to alter or amend (1.5); revise outline (.5); review and prepare for Buckwalter argument (1.3); confer with P. Lockwood, R. Frankel, A. Paul, R. Wyron and C. Landau re Garlock hearing prep (2.5); confer with M. Shelnitz re same (.2); confer with chambers and G. Cassada re hearing (.3); correspond with J. O'Neill re hearing (.1); correspond with J. Gettleman and A. Paul re LMP notice issues (.2). |
| 4/26/2012 | Christopher Landau, P.C. | 1.80 | Confer re preparing for hearing re Garlock motion for rehearing. |
| 4/27/2012 | Mike Jones | .60 | Review correspondence from claimant (.2); correspond with claimant re distribution timing (.4). |
| 4/27/2012 | Kimberly K Love | 1.00 | Review PACER and update case files with materials filed in all cases. |
| 4/27/2012 | Andrew Brniak | .30 | Review and compile recently filed pleadings and correspond with working group re same. |
| 4/27/2012 | Jeffrey Gettleman | 1.70 | Correspond with M. Jones re publication notice and status of same (.2); correspond with A. Paul re LMP trust petition (.1); review and revise LMP transition timeline (.9); correspond with D. Cohn re same (.1); review and revise LMP transition action items list (.4). |
| 4/27/2012 | Adam C Paul | 2.20 | Analyze and revise Libby trust pleadings (.8); correspond with D. Cohn re same (.2); correspond with J. Donley re Garlock hearing (.3); prepare for Garlock hearing (.8); correspond with R. Finke re Medicare (.1). |
| 4/27/2012 | Rana Barakat | .20 | Correspond with K. Love re Garlock hearing re motion for reconsideration (.1); correspond with counsel for appellants re same (.1). |

A-21

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/27/2012 | John Donley, P.C. | 2.40 | Correspond with A. Paul, D. Cohn re Libby petition and review same (.3); correspond with J. Gettleman re LMP and notice issues with same (.2); correspond with R. Barakat re Third Circuit update filing and district court hearing (.2); review record and briefing re merits arguments in preparation for Garlock Rule 59 hearing (1.7). |
| 4/30/2012 | Mike Jones | .30 | Correspond with working group re precedent for issue of equity retaining value in Garlock appeal. |
| 4/30/2012 | Emily S O'Connor | 1.00 | Review and compare the names on the LSKM exhibit to the 2019 statement filed by the Libby claimants with the service list compiled by BMC (.3); research re and distribute plans filed in Armstrong World Industries bankruptcy case (.7). |
| 4/30/2012 | Jeffrey Gettleman | 2.70 | Review E. O'Connor analysis of law firm service lists re additional new names (.2); confer with E. O'Connor re same (.2); correspond with D. Cohn re prospective date to file LMP trust application (.1); correspond with A. Paul and J. Donley re waiver of final order requirement re same (.1); correspond with M. Araki re mailing, service and notice (.5); correspond with D. Cohn re same (.1); correspond with B. McDuffie re edits to LMP transition timeline (.1); correspond with M. John re service and mailing (.4); correspond with A. Paul re Libby settlement effective date (.1); correspond with M. Araki re affidavits of publication (.1); correspond with J. Flynn re new members of LMP since December 31, 2011 (.1); confer with A. Paul and R. Finke re same (.2); correspond with E. O'Connor re LMP issues (.2); correspond with M. Shelnitz and others re amending certificate of incorporation (.1); correspond with A. Paul and M. Jones re same (.2). |
| 4/30/2012 | Adam C Paul | 2.80 | Correspond with J. Gettleman and D. Cohn re Libby pleadings (.3); correspond with J. Donley re Garlock hearing (.3); prepare for Garlock hearing (.9); correspond with M. Shelnitz re same (.2); analyze Quigley opinion (.7); confer with J. Donley re Garlock hearing (.4). |
| 4/30/2012 | Rana Barakat | 2.20 | Review dockets and filings in key asbestos bankruptcy cases since April 12 update (.8); draft summary of recent filings and orders in key asbestos bankruptcy cases (1.4). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/30/2012 | John Donley, P.C. | .60 | Confer and correspond with A. Paul re Libby motion and Garlock hearing and strategy (.3); review various recent pleadings and filings (.2); correspond with A. Rich re hearing (.1). |
| 4/30/2012 | Lisa G Esayian | 1.50 | Analyze Anderson Memorial claims (1.0); correspond with various insurers' counsel re remaining appeals (.5). |
| | Total: | 324.90 | |

**Matter 41 - Tax Issues - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/18/2012 | Todd F Maynes, P.C. | .50 | Review documents re bankruptcy expenses. |
| 4/19/2012 | Todd F Maynes, P.C. | .30 | Review documents re bankruptcy expenses. |
| 4/23/2012 | Todd F Maynes, P.C. | .50 | Review memoranda re expense deductibility issues. |
| 4/24/2012 | Todd F Maynes, P.C. | .50 | Review memoranda re expense deductibility issue. |
| 4/25/2012 | Todd F Maynes, P.C. | .30 | Correspond re bankruptcy expenses. |
| 4/26/2012 | Todd F Maynes, P.C. | 1.30 | Research re bankruptcy expenses. |
| 4/27/2012 | Polina Liberman | 1.30 | Research re deductibility of expenses in bankruptcy. |
| 4/27/2012 | Todd F Maynes, P.C. | .30 | Research re bankruptcy expenses. |
| 4/30/2012 | Polina Liberman | 4.50 | Research re deductibility of expenses in bankruptcy. |
| | Total: | 9.50 | |

**Matter 42 - Travel non-working - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 4/26/2012 | John Donley, P.C. | 2.50 | Travel to and from Washington, DC hearing prep meeting (billed at half time). |
| 4/26/2012 | Adam C Paul | 2.50 | Travel to Washington, DC for Garlock meeting and return travel to Chicago, IL (billed at half time). |
| | Total: | 5.00 | |

A-25