**EXHIBIT B**

Document1

## Matter 42 – Travel non-working – Expenses

| Service Description | Amount |
|---|---:|
| Local Transportation | $16.00 |
| Airfare | $182.00 |
| Transportation to/from airport | $20.00 |
| Travel Meals | $52.46 |
| **Total:** | **$270.46** |

## Matter 42 – Travel non-working – Itemized Expenses

| Date | Amount | Description |
|---|---|---|
| 4/25/2012 | 16.00 | Adam Paul, Travel Meals, New York, NY, (Conference), Dinner |
| 4/26/2012 | 16.00 | Adam Paul, Taxi, (Conference) |
| 4/26/2012 | 182.00 | Adam Paul, Rail, Washington, DC, 04/26/2012 to 04/26/2012, (Conference) |
| 4/26/2012 | 20.00 | Adam Paul, Transportation To/From Airport, (Conference) |
| 4/26/2012 | 8.69 | Adam Paul, Travel Meals, New York, NY, (Conference), Breakfast |
| 4/27/2012 | 27.77 | Adam Paul, Travel Meals, Washington, DC, (Conference), Lunch |
| Total: | 270.46 | |

## Matter 52 – Expenses – Expenses

| Service Description | Amount |
|---|---|
| Third Party Telephone Charges | $140.76 |
| Standard Copies or Prints | $371.90 |
| Overnight Delivery | $101.29 |
| Computer Database Research | $11,306.85 |
| **Total:** | **$11,920.80** |

## Matter 52 – Expenses – Itemized Expenses

| Date | Amount | Description |
|---|---:|---|
| 3/07/2012 | 41.68 | Westlaw, Computer Database Research, Accelus Business Law Research Usage for 03/2012, Mosquera, Clara C. |
| 3/08/2012 | 66.10 | Westlaw, Computer Database Research, Des Jardins, Ken, March 2012 |
| 3/08/2012 | 3.42 | LexisNexis, Computer Database Research, Des Jardins, Ken, 3/8/2012 |
| 3/12/2012 | 19.89 | LexisNexis, Computer Database Research, Love, Kimberly, 3/12/2012 |
| 3/13/2012 | 2,526.34 | LexisNexis, Computer Database Research, Barakat, Rana, 3/13/2012 |
| 3/14/2012 | 71.84 | LexisNexis, Computer Database Research, Abelson, Steve, 3/14/2012 |
| 3/14/2012 | 2,014.03 | LexisNexis, Computer Database Research, Barakat, Rana, 3/14/2012 |
| 3/15/2012 | 13.98 | Westlaw, Computer Database Research, Abelson, Steve, March 2012 |
| 3/15/2012 | 509.19 | Westlaw, Computer Database Research, Donley, John W., March 2012 |
| 3/15/2012 | 147.10 | Westlaw, Computer Database Research, Grouzard, Melissa, March 2012 |
| 3/19/2012 | 150.88 | Westlaw, Computer Database Research, Gettleman, Jeffrey, March 2012 |
| 3/19/2012 | 19.93 | LexisNexis, Computer Database Research, Miller, Renita, 3/19/2012 |
| 3/22/2012 | 192.61 | Westlaw, Computer Database Research, Jones, Mike, March 2012 |
| 3/27/2012 | 1,831.18 | Westlaw, Computer Database Research, Barakat, Rana, March 2012 |
| 3/27/2012 | 1,452.82 | Westlaw, Computer Database Research, Love, Kimberly, March 2012 |
| 3/27/2012 | 16.20 | LexisNexis, Computer Database Research, Love, Kimberly, 3/27/2012 |
| 3/28/2012 | 426.16 | Westlaw, Computer Database Research, Esayian, Lisa G., March 2012 |
| 3/31/2012 | 17.93 | InterCall - Third Party Telephone Charges, L. Esayian, 3/31/12 |
| 3/31/2012 | 70.69 | InterCall - Third Party Telephone Charges, A. Paul, 3/31/12 |
| 3/31/2012 | 43.74 | InterCall - Third Party Telephone Charges, J. Donley, 3/31/12 |
| 4/02/2012 | 1.10 | Standard Prints |
| 4/02/2012 | 6.90 | Standard Prints |
| 4/02/2012 | 4.50 | Standard Prints |
| 4/02/2012 | 16.70 | Standard Prints |
| 4/03/2012 | 15.30 | Standard Prints |
| 4/03/2012 | 2.60 | Standard Prints |
| 4/03/2012 | 2.50 | Standard Prints |
| 4/03/2012 | 1,803.50 | Pacer Service Center, Computer Database Research, 1/1/2012 through 3/31/2012 |
| 4/04/2012 | 2.50 | Standard Prints |
| 4/04/2012 | 7.20 | Standard Prints |
| 4/05/2012 | .40 | Standard Prints |
| 4/05/2012 | 8.40 | Standard Prints |

| Date | Amount | Description |
|---|---|---|
| 4/06/2012 | 5.70 | Standard Prints |
| 4/06/2012 | 1.10 | Standard Prints |
| 4/09/2012 | 5.90 | Standard Prints |
| 4/09/2012 | 1.50 | Standard Prints |
| 4/09/2012 | 9.61 | Fed Exp to: Warren H. Smith, Dallas, TX from: Adam Paul |
| 4/09/2012 | 61.67 | Fed Exp to: Sharon Lippi, Philadelphia, PA from: John Donley |
| 4/10/2012 | 9.10 | Standard Prints |
| 4/10/2012 | 1.90 | Standard Prints |
| 4/10/2012 | .30 | Standard Prints |
| 4/10/2012 | .80 | Standard Prints |
| 4/11/2012 | .40 | Standard Prints |
| 4/11/2012 | 20.60 | Fed Exp from: Michael Hensler, Chicago, IL to: Circulation |
| 4/12/2012 | 6.50 | Standard Copies or Prints |
| 4/12/2012 | 2.40 | Standard Prints |
| 4/13/2012 | 4.40 | Standard Prints |
| 4/13/2012 | 1.00 | Standard Prints |
| 4/16/2012 | 8.40 | Jeffrey Gettleman, Cell Phone Calls, 03/17/2012 to 04/16/2012 |
| 4/16/2012 | 4.40 | Standard Prints |
| 4/16/2012 | 4.40 | Standard Prints |
| 4/16/2012 | 7.80 | Standard Prints |
| 4/17/2012 | 17.70 | Standard Prints |
| 4/17/2012 | 10.50 | Standard Prints |
| 4/18/2012 | .90 | Standard Prints |
| 4/18/2012 | .30 | Standard Prints |
| 4/18/2012 | 3.40 | Standard Prints |
| 4/18/2012 | 9.41 | Fed Exp to: Kathleen P. Makowski, Wilmington, DE from: Adam C. Paul |
| 4/19/2012 | .10 | Standard Prints |
| 4/19/2012 | 44.10 | Standard Prints |
| 4/19/2012 | .60 | Standard Prints |
| 4/23/2012 | 12.00 | Standard Prints |
| 4/23/2012 | 30.40 | Standard Prints |
| 4/23/2012 | 13.60 | Standard Prints |
| 4/23/2012 | 1.90 | Standard Prints |
| 4/23/2012 | 5.10 | Standard Prints |
| 4/23/2012 | 73.50 | Standard Prints |
| 4/24/2012 | 1.20 | Standard Prints |

| Date | Amount | Description |
|---|---:|---|
| 4/24/2012 | 20.70 | Standard Prints |
| 4/24/2012 | 6.50 | Standard Prints |
| 4/24/2012 | .30 | Standard Prints |
| 4/25/2012 | .70 | Standard Prints |
| 4/25/2012 | .90 | Standard Prints |
| 4/26/2012 | .60 | Standard Prints |
| 4/26/2012 | 1.20 | Standard Prints |
| Total: | 11,920.80 | |