# EXHIBIT "A"

## *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:(302) 575-1555     Fax:   (302) 575-1714

WR Grace PD Committee                                      April 1, 2012   to   April 30, 2012

Inv #:       43659

**RE:**     WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---:|---:|
| B14 | Case Administration - | 7.90 | 2,400.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 3.00 | 1,080.00 |
| B18 | Fee Applications, Others - | 1.10 | 210.00 |
| B25 | Fee Applications, Applicant - | 1.10 | 243.00 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 1.40 | 504.00 |
| B36 | Plan and Disclosure Statement - | 2.90 | 1,017.00 |
| B37 | Hearings - | 0.10 | 36.00 |
| B41 | Relief from Stay Litigation - | 0.40 | 144.00 |
| | **Total** | **17.90** | **$5,634.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---:|---:|---:|
| Lisa L. Coggins | 300.00 | 1.50 | 450.00 |
| Theodore J. Tacconelli | 360.00 | 12.40 | 4,464.00 |
| Regina M. Matozzo | 225.00 | 1.60 | 360.00 |
| Legal Assistant - KC | 150.00 | 2.40 | 360.00 |
| **Total** | | **17.90** | **$5,634.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                                           **$165.16**

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Apr-01-12 | *Case Administration* - Review Fee Auditor's Final Report re: Baker McKenzie for 43rd Interim Period | 0.10 | TJT |
| Apr-02-12 | *Case Administration* - Review Amended and Restated 2019 Statement by David Law Firm | 0.10 | TJT |
|  | *Fee Applications, Others* - Email to and from L. Flores re: status of Feb. 2012 fee application of Bilzin | 0.10 | KC |
| Apr-03-12 | *Fee Applications, Others* - Email from L. Flores with Feb. 2012 fee app for filing; download documents | 0.10 | KC |
| Apr-04-12 | *Case Administration* - Review notice of withdrawal of appearance; forward same to KC | 0.10 | LLC |
|  | *Fee Applications, Others* - Review Bilzin Feb, 2012 fee app for filing | 0.10 | LLC |
|  | *Case Administration* - Review Notice of Withdrawal of Appearance by D. Boll | 0.10 | TJT |
| Apr-05-12 | *Case Administration* - Review notice of appearance and forward same to KC | 0.10 | LLC |
|  | *Case Administration* - Review Notice of Withdrawal of First Amended Administrative Claim by State of New York | 0.10 | TJT |
|  | *Case Administration* - Review Fee Auditor's Final Report re: Lauzon Belanger for 43rd Interim Period | 0.10 | TJT |
|  | *Fee Applications, Others* - Prepare Bilzin Feb. 2012 fee app for filing; efile and service of same | 0.30 | KC |
| Apr-09-12 | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Certificate of Counsel re: revised order re: Settlement with EPA re: High Point, NC | 0.20 | TJT |
| Apr-10-12 | *Case Administration* - Review Notice of Amended Appearance for R. Higgins | 0.10 | TJT |
|  | *Case Administration* - Review of notice of address change, review and revise mailing lists accordingly | 0.20 | KC |
|  | *Case Administration* - Review notice of withdrawal of appearance and review and revise service list accordingly | 0.20 | KC |
| Apr-11-12 | *Plan and Disclosure Statement* - Review Order Scheduling hearing on 2/1 in District Court | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Prepare correspondence to J. Sakalo re: 5/1 hearing in District Court | 0.20 | TJT |
|  | *Case Administration* - Review memo from TJT re: holdback payments received; review invoices and update tracking chart re: same | 0.20 | KC |
| Apr-12-12 | *Claims Analysis Obj. & Res. (Non-Asb)* -Start reviewing Debtor's Motion to Approve Settlement with EPA re: Big Tex Stie with attachments | 0.50 | TJT |
| Apr-13-12 | *Case Administration* - Review amended agenda re: cancelled hearing for 4-23-2012 | 0.10 | LLC |
|  | *Case Administration* - Confer with TJT re: Vandorr | 0.10 | LLC |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* -Review order authorizing settlement with EPA re: High Point, NC | 0.50 | TJT |
| Apr-14-12 | *Case Administration* - Review Affidavit of M. Senn | 0.10 | TJT |
|  | *Hearings* - Review Amended Agenda for 4/23 Hearing | 0.10 | TJT |
| Apr-16-12 | *Case Administration* - Review case management memo re: week ending 4-13-2012 | 0.10 | LLC |
|  | *Case Administration* - Review Supplemental Affidavit of PSZY&J | 0.10 | TJT |
|  | *Case Administration* - Review case status memo for week ending 4/13 | 0.10 | TJT |
|  | *Case Administration* – Review dockets re: status of pending 3rd circuit, | 0.30 | RM |

|  |  |  |  |
|---|---|---|---|
|  | district court and adversary proceedings, memos to TJT re: same |  |  |
|  | *Case Administration*- Review main docket re: status for week ending 4/13/12; memo to TJT and LLC re: same | 0.40 | RM |
|  | *Plan and Disclosure Statement*- Research transfer of insurance rights | 0.10 | RM |
| Apr-17-12 | *Case Administration* - Review notice of withdrawal of appearance and forward same to KC | 0.10 | LLC |
|  | *Case Administration* - Review Daily Memos | 0.10 | TJT |
|  | *Case Administration* - Retrieve forwarded notice of withdrawal of appearance, review 2002 service list for revisions to same | 0.10 | KC |
| Apr-18-12 | *Case Administration* - Review Debtor's Statement of amounts paid to OCP | 0.10 | TJT |
| Apr-19-12 | *Case Administration* - Review notice of substitution of counsel and forward same to KC | 0.10 | LLC |
|  | *Case Administration* - Review Notice of Substitution of Counsel for BNSF | 0.10 | TJT |
|  | *Case Administration* - Review forwarded notice of substitution of counsel forwarded by LLC; review 2002 service list re: same | 0.10 | KC |
|  | *Fee Applications, Applicant* - Review docket for objections to Feb. 2012 monthly fee application | 0.10 | KC |
|  | *Fee Applications, Applicant* - Draft certificate of no objection to Feb. 2012 monthly fee application; to LLC for review | 0.20 | KC |
| Apr-20-12 | *Fee Applications, Applicant* - Review certificate of no objection re: Feb. 2012 fee application for filing | 0.10 | LLC |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Debtor's Notice of Claim Settlement for Claim No. 9566 | 0.10 | TJT |
|  | *Relief from Stay Litigation* - Review Certificate of Counsel re: Amended Stipulation with Intrawest with attachment | 0.20 | TJT |
|  | *Fee Applications, Applicant* - Prepare certificate of no objection to Feb. 2012 monthly fee app for efiling, efile and service of same | 0.20 | KC |
| Apr-21-12 | *Case Administration* - Review Motion to Shorten Notice re: debtor's Motion to Approve Settlement with Libby/BNSF | 0.10 | TJT |
|  | *Case Administration* - Start reviewing Debtor's Motion to Approve Settlement with Libby/BNSF | 0.80 | TJT |
|  | *Relief from Stay Litigation* - Review Order approving Amended Stipulation with Intrawest | 0.10 | TJT |
| Apr-23-12 | *Case Administration* - Review case management memo re: week ending 4-20-2012 | 0.10 | LLC |
|  | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
|  | *Case Administration* - Review case status memo to for Week ending 4/20 | 0.10 | TJT |
|  | *Relief from Stay Litigation* - Review order approving Amended Stipulation with Intrawest with attachment | 0.10 | TJT |
| Apr-24-12 | *Case Administration* - Review weekly Memos | 0.10 | TJT |
|  | *Case Administration* - Continue reviewing Debtor's Motion to Approve Settlement with Libby/BNSF with attachments | 1.40 | TJT |
|  | *Committee, Creditors', Noteholders' or* -Retrieve voice mail from committee member, teleconference with committee member re: status of confirmation and Libby/BNSF settlement motion | 0.40 | TJT |
| Apr-25-12 | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* -Review correspondence from committee member re: status of confirmation appeals | 0.10 | TJT |

Invoice #:     43659                    Page 4                    June 5, 2012

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Committee, Creditors', Noteholders' or* - Teleconference with committee member re: stats of confirmation appeals, Libby settlement and related issues | 0.70 | TJT |
| | *Committee, Creditors', Noteholders' or* -Review various plan related documents re: status of confirmation appeals | 1.00 | TJT |
| | *Committee, Creditors', Noteholders' or* -Prepare memo to committee member re: status of confirmation appeals | 0.80 | TJT |
| Apr-26-12 | *Case Administration* - Review notice of withdrawal of appearance and forward same to KC | 0.10 | LLC |
| | *Fee Applications, Others* - Review CNO re: Bilzin Feb. 2012 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review Debtor's 43rd Quarterly Report of Asset Sales | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Notice of Withdrawal of Claim Objection by Debtors re: claim no 150 by Illinois Dept of Revenue | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review letter from J. Donley to Circuit Court Clerk re: appeal 12-1402 | 0.10 | TJT |
| | *Fee Applications, Others* - Review docket for objections to Feb. 2012 monthly fee app of Bilzin | 0.10 | KC |
| | *Fee Applications, Others* - Prepare Bilzin CNO to Feb. 2012 monthly fee app; to LLC for review | 0.20 | KC |
| Apr-27-12 | *Case Administration* - Review notice of address change and forward same to KC | 0.10 | LLC |
| | *Fee Applications, Others* - Review CNO re: Bilzin Feb. 2012 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review Notice of Withdrawal of Appearance of counsel for Home Saving Termite Control | 0.10 | TJT |
| | *Case Administration* - Review Notice of Withdrawal of Document filed by Fee Auditor | 0.10 | TJT |
| Apr-28-12 | *Case Administration* - Review Notice of Change of Address for Garlington Lohn, et al. | 0.10 | TJT |
| | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| Apr-30-12 | *Case Administration* - Review case management memo re: week ending April 28, 2012 | 0.10 | LLC |
| | *Case Administration* - Review case status memo for week ending 4/28 | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review and revise Ferry, Joseph & Pearce March prebill, confer with K. Callahan re: same | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review Garlock motion and related pleadings re: 5/1 hearing in District Court, prepare for hearing | 2.30 | TJT |
| | *Case Administration* - Review forwarded notice of change of address; review 2002 service list re: same | 0.10 | KC |
| | *Fee Applications, Applicant* - Draft prebill invoice for March 2012 fee app; to TJT for review | 0.20 | KC |
| | *Case Administration-* Review main docket re: status for week ending 4/27/12; memo to TJT and LLC re: same | 0.40 | RM |
| | *Case Administration-* Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to TJT re: same | 0.40 | RM |

| | | | |
|---|---|---:|---|
| | *Plan and Disclosure Statement*- Research transfer of insurance rights | 0.10 | RM |
| | **TOTALS** | **17.9** | |

## DISBURSEMENTS

| | | |
|---|---|---:|
| Apr-05-12 | Photocopy Cost | 2.80 |
| Apr-11-12 | Cost Advance - First State Deliveries - hand delivery 3/26/12 | 7.50 |
| Apr-18-12 | Cost Advance - First State Deliveries - hand delivery 3/29/12 | 7.50 |
| Apr-20-12 | Photocopy Cost | 0.60 |
| | Cost Advance - Pacer Service Center - 1/1/12-3/31/12 (TJT) Account # FJ0093 | 40.08 |
| | Cost Advance - Pacer Service Center - 1/1/12-3/31/12 (RSM) Account # FJ0091 | 5.20 |
| Apr-23-12 | Cost Advance - Pacer Service Center - 1/1/12-3/31/12 (RM) Account # FJ0497 | 29.68 |
| | Cost Advance - First State Deliveries - hand delivery 4/5/12 | 7.50 |
| Apr-26-12 | Cost Advance - Digital Legal - copies/service  (Inv # 64814) | 55.50 |
| Apr-30-12 | Photocopy Cost | 1.30 |
| | Cost Advance - First State Deliveries - hand delivery 4/20/12 | 7.50 |
| | **Totals** | **$165.16** |

**Total Fees & Disbursements**　　　　　　　　　　　　　　　**$5,799.16**