**NO ORDER REQUIRED**

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: May 29, 2012 at 4:00 p.m.** |

**CERTIFICATION OF NO OBJECTION**
**REGARDING DOCKET NO. 28886**

The undersigned hereby certifies that, as of the date hereof, she has received no answer,

objection or other responsive pleading to the One Hundred and Thirty First Application of Ferry,

Joseph & Pearce, P.A. ("the Applicant") for Compensation for Services Rendered and

Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage

Claimants for the Period from March 1, 2012 through March 31, 2012 ("the Application").  The

undersigned further certifies that she has caused the Court's docket in this case to be reviewed and

no answer, objection or other responsive pleading to the Application appears thereon.  Pursuant to

the Application, objections to the Application were to be filed and served no later than May 29,

2012 at 4:00 p.m.

Pursuant to the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331

Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for

Professionals and Official Committee Members ("the Order") dated April 17, 2002, the Debtors

are authorized to pay the Applicant $4,954.80 which represents 80% of the fees ($6,193.50) and

$872.66 which represents 100% of the expenses requested in the Application for the period March

1, 2012 through March 31, 2012, upon the filing of this certification and without the need for entry

of a Court order approving the Application.


Dated:   June 7,  2012                              FERRY, JOSEPH & PEARCE, P.A.


                                                    /s/ Lisa L. Coggins
                                                    Michael B. Joseph (No. 392)
                                                    Theodore J. Tacconelli (No. 2678)
                                                    Lisa L. Coggins (No. 4234)
                                                    824 Market Street, Suite 1000
                                                    P.O. Box 1351
                                                    Wilmington, DE. 19899
                                                    (302) 575-1555

                                                    *Counsel to the Official Committee of Asbestos
                                                    Property Damage Claimants*