# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W. R. GRACE & CO., et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered<br><br>Related to Docket No. 28540 |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 28540

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Forty-Third Quarterly Fee Application of Stroock & Stroock & Lavan LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from October 1, 2011 through December 31, 2011* (the "Application") [Docket No. 28540] filed on February 16, 2012.

The undersigned further certifies that he has reviewed the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than June 1, 2012 at 4:00 p.m.

Dated: June 7, 2012
       Wilmington, Delaware

*/s/ Michael R. Lastowski*
Michael R. Lastowski (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1246
Telephone:   (302)-657-4900
Facsimile:    (302)-657-4901
Email:        mlastowski@duanemorris.com
                 rwriley@duanemorris.com

*Co-Counsel for the Official*
*Committee of Unsecured Creditors*