# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| | : | |
| W.R. GRACE & CO., *et. al.*, | : | CIVIL ACTION NO. 11-199 (Lead Case) |
| | : | CIVIL ACTION NO. 11-200 |
| | : | CIVIL ACTION NO. 11-201 |
| Debtors. | : | CIVIL ACTION NO. 11-202 |
| | : | CIVIL ACTION NO. 11-203 |
| | : | CIVIL ACTION NO. 11-207 |
| | : | CIVIL ACTION NO. 11-208 |
| | : | CIVIL ACTION NO. 09-644 |
| | : | CIVIL ACTION NO. 09-807 |
| | : | |
| | : | *Procedurally Consolidated.* |
| | : | |
| | : | |

## ORDER

**AND NOW**, this 11th day of *June*, 2012, for the reasons expressed in the foregoing Memorandum Opinion, it is **ORDERED** that the Objections to the Settlement Agreement Between Appellee W.R. Grace & Co., *et al*. and the CNA Companies (Bankr. No. 01-1139, Doc. No. 26106) are **OVERRULED**, and the Settlement Agreement is **APPROVED**.

It is **FURTHER ORDERED** that all Objections to the Joint Plan of Reorganization pursuant to Chapter 11 of the Bankruptcy Code of Appellee W.R. Grace & Co., *et al*. (Bankr. No. 01-1139, Doc. No. 21747, 26154, 26155) are **OVERRULED**, and the Joint Plan is **CONFIRMED** in its entirety.

It is **FURTHER ORDERED** that an injunction pursuant to 11 U.S.C. §524(g) is hereby issued in accordance with the terms of the Joint Plan and attendant Plan documents and the recommended findings of fact, conclusions of law as expressed in the Bankruptcy Court's recommended Confirmation Order and the Bankruptcy Court's Memorandum Opinion Overruling

Objections to the Joint Plan of Reorganization (including each of the injunctions, releases, and indemnifications set forth in the Joint Plan and the recommended Confirmation Order) are incorporated by reference herein, issued, affirmed, and approved in their entirety. The Joint Plan and its Asbestos PI and Asbestos PD Injunctions protect any person or entity that is an Asbestos Protected Party, a term defined in Plan Sections 1.1(51)(a) through (*l*) and as may be amended from time to time pursuant to the terms of the Joint Plan.

It is **FURTHER ORDERED** that Annexes I, II, and III attached to the Bankruptcy Court's Recommendation are incorporated herein by reference and approved, and the channeling injunction shall issue as to all Asbestos Protected Parties identified in Annex III.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.