# Exhibit A

**W.R. Grace – 43nd Interim Period (October 1, 2011 – December 31, 2011)**
**Fee and Expense Chart with Recommendations**
**Exhibit A**

| ANDERSON KILL & OLICK, P.C. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28536 | TOTAL: | $233,851.00 | $6,479.80 | $233,851.00 | $6,479.80 |

| AUSTERN, DAVID T. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28725 | TOTAL: | $1,750.00 | $0.00 | $1,750.00 | $0.00 |

| BAER HIGGINS FRUCHTMAN LLC | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28501 | TOTAL: | $307,117.50 | $5,955.81 | $307,055.00 | $5,955.81 |

| BAKER & MCKENZIE[1] | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28530 | TOTAL: | $96,728.61 | $1,118.16 | $92,316.19 | $1,118.16 |

| BILZIN SUMBERG BAENA PRICE & AXELROD LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28527 | TOTAL: | $4,842.50 | $237.64 | $4,842.50 | $237.64 |

| BLACKSTONE ADVISORY SERVICES L.P. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28715 | TOTAL: | $150,000.00 | $1,565.95 | $150,000.00 | $1,565.95 |

---

[1] Baker & McKenzie's fees are for the month of November 2011 only.  Baker & McKenzie was required to seek approval of its fees for November 2011 because they exceeded the monthly OCP cap.

| BMC GROUP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28636 | TOTAL: | $102,084.50 | $12,935.73 | $102,084.50 | $12,935.73 |

| CAMPBELL & LEVINE, LLC | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28533 | TOTAL: | $42,808.00 | $6,599.31 | $42,258.00 | $6,599.31 |

| CAPLIN & DRYSDALE, CHARTERED | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28534 | TOTAL: | $105,965.00 | $4,914.17 | $105,965.00 | $4,914.17 |

| CAPSTONE ADVISORY GROUP, LLC | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28566 | TOTAL: | $119,863.00 | $323.67 | $119,863.00 | $323.67 |

| CASNER & EDWARDS LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28528 | TOTAL: | $40,181.50 | $37,046.43 | $40,181.50 | $37,046.43 |

| CHARTER OAK FINANCIAL CONSULTING LLC | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28535 | TOTAL: | $43,074.00 | $2.08 | $43,074.00 | $2.08 |

2

| DUANE MORRIS LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28855 | TOTAL: | $14,999.00 | $556.06 | $14,999.00 | $556.06 |

| FERRY JOSEPH & PEARCE, P.A. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28577 | TOTAL: | $19,938.00 | $1,267.30 | $19,938.00 | $1,267.30 |

| FOLEY HOAG LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28529 | TOTAL: | $28,718.00 | $3,147.64 | $28,718.00 | $3,147.64 |

| FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28351 | TOTAL: | $18,750.00 | $11,619.95 | $18,750.00 | $11,619.95 |

| THE HOGAN FIRM | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28603 | TOTAL: | $33,539.00 | $1,267.70 | $32,851.00 | $1,267.70 |

| KIRKLAND & ELLIS LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28538 | TOTAL: | $483,607.50 | $11,495.65 | $483,607.50 | $11,495.65 |

| KRAMER LEVIN NAFTALIS & FRANKEL LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28587 | TOTAL: | $13,989.00 | $93.02 | $13,989.00 | $93.02 |

| LAUZON BÉLANGER LESPÉRANCE | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28605 | TOTAL: | CDN $2,113.50 | CDN $2,798.72 | CDN $1,731.60 | CDN $2,461.22 |

| LINCOLN PARTNERS ADVISORS LLC | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28726 | TOTAL: | $185,000.00 | $3,517.90 | $185,000.00 | $3,480.90 |

| NORTON ROSE OR LLP (f/k/a Ogilvy Renault LLP) | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28598 | TOTAL: | CDN $4,465.00 | CDN $183.96 | CDN $4,465.00 | CDN $183.96 |

| ORRICK, HERRINGTON & SUTCLIFFE LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28724 | TOTAL: | $202,189.50 | $2,772.72 | $201,122.00 | $2,685.72 |

| PACHULSKI STANG ZIEHL & JONES LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28522 | TOTAL: | $73,932.00 | $63,473.99 | $73,932.00 | $63,473.99 |

| PHILLIPS, GOLDMAN & SPENCE, P.A. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28466 | TOTAL: | $21,194.00 | $7,615.34 | $21,194.00 | $7,615.34 |

| PRICEWATERHOUSECOOPERS LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28514 | TOTAL: | $624,259.22 | $23,359.11 | $624,115.33 | $23,359.11 |

| PRICEWATERHOUSECOOPERS LLP (Global Restructuring Project – October - December 2011) | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28514 | TOTAL: | $95,701.10 | $0.00 | $95,701.10 | $0.00 |

| REED SMITH LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28525 | TOTAL: | $66,750.00 | $5,297.95 | $66,750.00 | $5,297.95 |

| RICH, ALAN B. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28517 | TOTAL: | $19,955.00 | $30.00 | $19,955.00 | $30.00 |

| HON. ALEXANDER M. SANDERS, JR. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28515 | TOTAL: | $2,745.00 | $30.00 | $2,745.00 | $30.00 |

| SAUL EWING LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28588 | TOTAL: | $30,010.50 | $283.15 | $30,010.50 | $283.15 |

| SCARFONE HAWKINS LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28604 | TOTAL: | CDN $9,783.75 | CDN $3,492.08 | CDN $8,887.50 | CDN $3,154.58 |

| WARREN H. SMITH & ASSOCIATES, P.C. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28541 | TOTAL: | $102,774.00 | $4,369.63 | $102,774.00 | $4,369.63 |

| STEPTOE & JOHNSON LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28790 | TOTAL: | $28,462.50 | $29.78 | $28,462.50 | $29.78 |

| STROOCK & STROOCK & LAVAN LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28540 | TOTAL: | $92,483.50 | $817.49 | $92,483.50 | $817.49 |

| WOODCOCK WASHBURN LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28481 | TOTAL: | $2,325.00 | $0.00 | $2,325.00 | $0.00 |