IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Re: Docket No. 29041** |

**AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JUNE 18, 2012, AT 9:00 A.M. BEFORE THE HONORABLE
JUDITH K. FITZGERALD IN WILMINGTON, DELAWARE**

**THIS HEARING HAS BEEN CANCELLED BY THE COURT AS NO
MATTERS ARE SCHEDULED TO GO FORWARD.**

**CONTINUED MATTERS:**

1.    Amended Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 8/26/08] (Docket No. 19378)

   Response Deadline: September 12, 2008 at 4:00 p.m.

   Responses Received:

   a.    Response of Commonwealth of Pennsylvania, Department of Revenue to Debtors' Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19523)

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, and H-G Coal Company.

b.   Missouri Department of Revenue's Response to Debtors' Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19524)

c.   Indiana Department of Revenue's (IDR) Response to Objection to Claim [Filed: 9/17/08] (Docket No. 19554)

Related Documents: None.

Status: This matter is continued to July 16, 2012 at 9:00 a.m.


## QUARTERLY FEE APPLICATIONS:

2.   Forty-Third Quarterly Interim Applications of Counsel to the Debtors, the Statutory Committees, and the Future Claimants' Representative for Compensation for Services Rendered and Reimbursement of Expenses for the Period October 1, 2011 through December 31, 2012

Related Documents:

a.   Certification of Counsel Regarding Forty-Third Quarter Project Category Summary [Filed: 6/11/12] (Docket No. 29039)

b.   Certification of Counsel Regarding Order Approving Quarterly Fee Applications for the Forty-Third Period [Filed: 6/11/12] (Docket No. 29040)

c.   **[Signed] Order Approving Quarterly Fee Applications for the Forty-Third Period [Filed: 6/14/12] (Docket No. 29054)**

**Status:  The Court has entered an order on this matter.**


## UNCONTESTED MATTERS:

3.   Motion for an Order Approving the Stipulation and Settlement Agreement Resolving Claim of the United States Regarding the Big Tex Site, San Antonio, Texas [Filed: 4/10/12] (Docket No. 28775)

Response Deadline:  June 1, 2012 at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Related Documents:

a.   [Proposed] Order Approving Stipulation and Settlement Agreement Resolving Claim of the United States Regarding the Big Tex Site, San Antonio, Texas [Filed: 4/10/12] (Docket No. 28775, Exhibit A)

b.   Certification of No Objection Regarding Motion for an Order Approving the Stipulation and Settlement Agreement Resolving Claim of the United States Regarding the Big Tex Site, San Antonio, Texas [Filed: 6/4/12] (Docket No. 29017)

    c.      **[Signed] Order Approving Stipulation and Settlement Agreement Resolving Claim of the United States Regarding the Big Tex Site, San Antonio, Texas [Filed: 6/14/12] (Docket No. 29055)**

**Status:  The Court has entered an order on this matter.**

4.      Motion for Entry of an Order Authorizing Implementation of the 2012 Long-Term Incentive Plan [Filed: 5/14/12] (Docket No. 28913)

    Response Deadline:  June 1, 2012 at 4:00 p.m. *(extended for the Official Committee of Unsecured Creditors until June 5, 2012 at 5:00 p.m.)*

    Responses Received: None as of the date of this Notice of Agenda.

    Related Documents:

    a.      [Proposed] Order Authorizing Implementation of the 2012 Long-Term Incentive Plan [Filed: 5/14/12] (Docket No. 28913, Exhibit A)

    b.      Certification of No Objection Regarding Motion for Entry of an Order Authorizing Implementation of the 2012 Long-Term Incentive Plan [Filed: 6/8/12] (Docket No. 29036)

    c.      **[Signed] Order Authorizing Implementation of the 2012 Long-Term Incentive Plan [Filed: 6/14/12] (Docket No. 29056)**

**Status:  The Court has entered an order on this matter.**

5.      Motion of W. R. Grace & Co. for Entry or an Order Approving (A) the Settlement Between W. R. Grace & Co. and the Libby Claimants, (B) the Transition of the Libby Medical Program, and (C) the Settlement Between W. R. Grace & Co. and BNSF Railway Company [Filed: 4/20/12] (Docket No. 28799)

    Response Deadline:  May 4, 2012 at 4:00 p.m.

    Responses Received:

    a.      The State of Montana's Limited Objection to the Motion of W. R. Grace & Co. for Entry of an Order Approving (A) The Settlement Between W. R. Grace & Co. and the Libby Claimants, (B) The Transition of the Libby Medical Program, and (C) The Settlement Between W. R. Grace & Co. and BNSF Railway Company [Filed: 5/4/12] (Docket No. 28885)

    Related Documents:

    a.      [Proposed] Order Pursuant to Sections 105 and 363 of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure (A) the Settlement Between W. R. Grace & Co. and the Libby Claimants, (B) the Transition of the Libby Medical Program, and (C) the Settlement Between W. R. Grace & Co. and BNSF Railway Company [Filed: 4/20/12] (Docket No. 28799, Exhibit A)

b.   Debtors' Motion for Leave From This Court's Scheduling Order and to Shorten Notice Period on Motion of W. R. Grace & Co. for Entry of an Order Approving (A) The Settlement Between W. R. Grace & Co. and The Libby Claimants, (B) the Transition of the Libby Medical Program, and (C) the Settlement Between W. R. Grace & Co. and BNSF Railway Company [Filed: 4/20/12] (Docket No. 28800)

    (i.)   [Signed] Order for Leave From Scheduling Order and to Shorten Notice Period on Motion of W. R. Grace & Co. for Entry of an Order Approving (A) The Settlement Between W. R. Grace & Co. and The Libby Claimants, (B) the Transition of the Libby Medical Program, and (C) the Settlement Between W. R. Grace & Co. and BNSF Railway Company [Filed: 4/23/12] (Docket No. 28804)

c.   Certificate of Counsel Regarding the Motion of W. R. Grace & Co. for Entry or an Order Approving (A) the Settlement Between W. R. Grace & Co. and the Libby Claimants, (B) the Transition of the Libby Medical Program, and (C) the Settlement Between W. R. Grace & Co. and BNSF Railway Company [Filed: 5/30/12] (Docket No. 28992)

    (i)   [Proposed] Order Pursuant to Sections 105 and 363 of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure (A) the Settlement Between W. R. Grace & Co. and the Libby Claimants, (B) the Transition of the Libby Medical Program, and (C) the Settlement Between W. R. Grace & Co. and BNSF Railway Company [Filed: 5/30/12] (Docket No. 28992, Exhibit A)

d.   [Signed] Order Pursuant to Sections 105 and 363 of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure (A) the Settlement Between W. R. Grace & Co. and the Libby Claimants, (B) the Transition of the Libby Medical Program, and (C) the Settlement Between W. R. Grace & Co. and BNSF Railway Company [Filed: 6/12/12] (Docket No. 29023)

Status: The Court has entered an order on this matter.

Dated: June 14, 2012

KIRKLAND & ELLIS LLP
John Donley
Adam Paul
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

and

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
11 East Wacker Drive
Suite 2800
Chicago, IL 60601
Telephone: (312) 836-4047

and

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400

Co-Counsel for the Debtors and Debtors-in-Possession