# Warren H. Smith & Associates, P.C.

325 North St. Paul Street
Suite 1250
Dallas, TX  75201
Tax Id# 01-0584406

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

June 12, 2012

In Reference To:  Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #10978

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/1/2012 | BSR | Draft e-mail to Patty Cuniff re firms who have not yet filed quarterly fee applications | 0.30 | 85.50 |
| | BSR | Receive and review Orrick's response to initial report (43Q) | 0.20 | 57.00 |
| | BSR | Draft final report re Orrick's 43rd interim fee application | 0.50 | 142.50 |
| | AL | Update database with Foley's March fee application (.2); Baer's March fee application (.2); Stroock's March fee application (.2); Kramer's March fee application (.2); Ewing's March fee application (.2); Phillips' Jan. - March interim (.1); Steptoe's October through December interim fee application (.1); Fragomen's January through March interim fee application (.1); telephone conference with B. Ruhlander re Phillips' missing fee applications (.1); update database with Phillips' January (.2) February (.1) and March (.2) fee applications;  Campbell's March electronic detail (.1); AKO's March electronic detail (.2); Charter's March electronic detail (.1); Caplin's March electronic detail (.1); Pachulski's March electronic detail (.1) | 2.50 | 112.50 |
| | JAW | Draft prior period paragraphs in preparation for drafting final final reports for AKO's 31st - 42nd interim fee applications (4.30) | 4.30 | 666.50 |
| 5/2/2012 | JAW | Draft prior period paragraphs in preparation for drafting final final reports for Baer Higgin's 41st - 42nd interim fee applications (0.80) | 0.80 | 124.00 |
| | JAW | Draft prior period paragraphs in preparation for drafting final final reports for BMC Group's 41st - 42nd interim fee applications (1.40) | 1.40 | 217.00 |
| | JAW | Draft prior period paragraphs in preparation for drafting final final reports for Blackstone's 41st - 42nd interim fee applications (0.70) | 0.70 | 108.50 |
| | JAW | Draft prior period paragraphs in preparation for drafting final final reports for Bilzin's 41st - 42nd interim fee applications (0.80) | 0.80 | 124.00 |

W.R. Grace & Co.                                                                                   Page    2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/2/2012 JAW | Draft prior period paragraphs in preparation for drafting final final reports for Beveridge's 41st - 42nd interim fee applications (0.80) | | 0.80 | 124.00 |
| JAW | Draft prior period paragraphs in preparation for drafting final final reports for Baker Donelson's 39th - 42nd interim fee applications (1.10) | | 1.10 | 170.50 |
| JAW | Draft prior period paragraphs in preparation for drafting final final reports for Campbell's 41st - 42nd interim fee applications (0.70) | | 0.70 | 108.50 |
| JAW | Draft prior period paragraphs in preparation for drafting final final reports for Austern's 41st - 42nd interim fee applications (0.80) | | 0.80 | 124.00 |
| AL | Receive and review email from B. Ruhlander re Orrick's 43Q FR draft (.1); update database with same (.2); draft email to W. Smith re approval of same (.1); receive and review email from Linda Ellis (Pachulski) re Blackstone's March fee application (.1); update database with same (.1) | | 0.60 | 27.00 |
| BSR | Continue draft of final report re Orrick's 43rd interim fee application | | 1.20 | 342.00 |
| 5/3/2012 WHS | detailed review of  FR Orrick 43Q 10-12.11 | | 0.20 | 59.00 |
| AL | Prepare WHSA's March fee application (.9); update database with same (.1); draft email to J. Wehrmann re review of same (.1) | | 1.10 | 49.50 |
| AL | Receive and review email from Yaprak Soyasl (Smith Katzenstein) re Pachulski's March and interim electronic detail (.1); update database with Pachulski's March (.1) and January through March interim (.2) electronic detail; receive and review email from J. Wehrmann re prior period paragraphs (.1); update database with Ashby's 6th interim (.1) Baker's 14-26th interim (.2) Beverdige's 18-26th (.2); Bilzin's 1-26th (.1); Blackstone's 1-26th (.1); BMC's 1-26th (.2);  Bowe's 20th (.1) Buchanon's 16-26th (.1) Campbell's 1-26th (.1);  Caplin's 1-26th (.2);  Capstone's 14-26th (.2); Casner's 1-26th (.1);  CBBG's 1-17th (.2);  Charter's 26th (.1); CIBC's 14-22nd (.1); Austern's 14-26th (.1); Conway's 1-25th (.1); Committee's 25-26th (.1); Deloitte Tax 25th (.1); Deloitte 1-13th (.2) and Duanne's 1-26th (.1) prior period paragraphs; update database with Alan Rich's April electronic detail (.1); Baer's January through March interim electronic detail (.1); update database with Nelson's February electronic detail (.1); Scholer's March electronic detail (.1) | | 3.70 | 166.50 |
| AL | Receive and review email from W. Smith re approval of Orrick's 43Q FR (.1); update database with same (.1); prepare Orrick's 43 Q FR for electronic filing (.3); electronic filing with the court of same (.4); draft email to B. Ruhlander re service of same (.1) | | 1.00 | 45.00 |
| 5/4/2012 JAW | detailed review of Foley Hoag's March 2012 fee application (0.5) | | 0.50 | 77.50 |
| JAW | detailed review of Kramer Levin's March 2012 fee application (0.1); draft summary of same (0.1) | | 0.20 | 31.00 |

W.R. Grace & Co.                                                                                                    Page    3

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/4/2012 AL | receive and review email from J. Wehrmann re WHSA's March fee application (.1); prepare same for electronic filing (.2); electronic filing of WHSA's March fee application (.2); prepare same for service (.1) | | 0.60 | 27.00 |
| | JAW | detailed review of Bear Higgin's March 2012 fee application (0.7) | 0.70 | 108.50 |
| | JAW | detailed review of Stroock's March 2012 fee application (0.5) | 0.50 | 77.50 |
| | JAW | detailed review of Saul Ewing's March 2012 fee application (0.3) | 0.30 | 46.50 |
| | JAW | detailed review of Phillips Goldman's March 2012 fee application (0.3) | 0.30 | 46.50 |
| | JAW | detailed review of Phillips Goldman's February 2012 fee application (2.1) | 2.10 | 325.50 |
| | AL | Update database with K&E's March fee application (.2); Blackstone's March fee application (.2); Scholer's March fee application (.2); Nelson's February fee application (.2); Reed's March fee application (.2); Charter's March fee application (.2); AKO's March fee application (.2); Campbell's March fee application (.2); Caplin's March fee application (.2); Lauzon's March CNO (.1); Hogan's March CNO (.1); Scarfone's March CNO (.1); Rich's 14Q interim electronic detail (.1); Sanders' 44Q electronic detail (.1); Scarfone's March electronic detail (.1); Campbell's March electronic detail (.1); Hogan's March electronic detail (.1) | 2.60 | 117.00 |
| | JAW | Proofread Warren H. Smith & Associate's March 2012 fee statement and Notice of Filing (0.3); e-mail to A. Lopez regarding any revisions needed to same (0.1) | 0.40 | 62.00 |
| | JAW | detailed review of Phillips Goldman's January 2012 fee application (0.2) | 0.20 | 31.00 |
| | JAW | detailed review of Fragomen's March 2012 fee application (0.2) | 0.20 | 31.00 |
| 5/7/2012 JAW | Draft summary of Phillips Goldman's January 2012 fee application (0.1) | | 0.10 | 15.50 |
| | JAW | Draft summary of Fragomen's March 2012 fee application (0.2) | 0.20 | 31.00 |
| | JAW | Draft summary of Phillips Goldman's March 2012 fee application (0.2) | 0.20 | 31.00 |
| | JAW | Draft summary of Phillips Goldman's February 2012 fee application (0.1) | 0.10 | 15.50 |
| | JAW | Draft summary of Kramer & Levine's March 2012 fee application (0.1) | 0.10 | 15.50 |
| | JAW | Draft summary of Foley Hoag's March 2012 fee application (0.1) | 0.10 | 15.50 |
| | JAW | Draft summary of Saul Ewing's March 2012 fee application (0.1) | 0.10 | 15.50 |
| | JAW | Draft summary of Stroock's March 2012 fee application (0.1) | 0.10 | 15.50 |
| | JAW | Draft summary of Baer Higgin's March 2012 fee application (0.1) | 0.10 | 15.50 |

W.R. Grace & Co.                                                                                                       Page      4

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/7/2012 | BSR | e-mail to Orrick re final report (43Q) | 0.10 | 28.50 |
|  | AL | Update database with Bilzin's March electronic detail (.1); Norton's March electronic detail (.2); | 0.30 | 13.50 |
| 5/8/2012 | BSR | brief review of Holme Roberts & Owen's final fee application | 0.30 | 85.50 |
|  | BSR | research Pacer for applications not yet received for the 43rd interim period | 0.20 | 57.00 |
|  | BSR | detailed review of Duane Morris' 43rd interim fee application (monthly applications previously reviewed) and add to the omnibus final report for the 43rd interim period | 0.20 | 57.00 |
|  | BSR | research docket for applications filed and not yet received for 43rd quarterly period | 0.70 | 199.50 |
|  | AL | Update database with PWC's 44Q electronic detail | 0.20 | 9.00 |
| 5/9/2012 | AL | Receive and review email from W. Smith re approval of  Omnibus 43Q FR (.1); update database with same (.1); prepare same for electronic filing (.2); electronic filing with the court of same (.3); draft email to B. Ruhlander re same (.1) | 0.80 | 36.00 |
|  | JAW | Draft prior period paragraphs in preparation for drafting final final reports for Caplin's 41st - 42nd interim fee applications (0.90) | 0.90 | 139.50 |
|  | BSR | Draft omnibus final report for the 43rd interim period (2.5); email to Warren Smith re same (.1) | 2.60 | 741.00 |
|  | BSR | Draft exhibit for proposed fee order for the 43rd interim fee applications | 1.30 | 370.50 |
|  | AL | Prepare WHSA's April fee application (.9); update database with same (.1); draft email to J. Wehrmann re review of same (.1) | 1.00 | 45.00 |
|  | JAW | Draft e-mail to A. Lopez forwarding summaries prepared various Applicants (0.2) | 0.20 | 31.00 |
|  | AL | Receive and review email from J. Wehrmann re summaries (.1); update database with Lincoln's November (.1);  Phillip's January (.2); Casner's February (.1); Pitney's February (.1); Hogan's February (.1); Lauzon's February (.1); Phillips' February (.1); Rich's February (.2); Scarfone's February (.1); Foley's March (.2); Fragomen's March (.1); Baer's March (.2); Kramer's March (.2); Saul's March (.1); Stroock's March (.1); Protivit's March (.2) and Phillips' March fee summaries; Sanders' 34th monthly electronic detail (.1); receive and review email from B. Ruhlander re Omnibus' 43Q FR (.1); update database with same (.2); draft email to W. Smith re approval of same (.1); receive and review email from B. Ruhlander re Revised Omnibus' 43Q FR (.1); update database with same (.1); draft email to W. Smith re approval (.1) | 3.10 | 139.50 |

W.R. Grace & Co.                                                                                    Page     5

|  |  | Hours | Amount |
|---|---|---|---|
| 5/9/2012 JAW | Proofread Warren H. Smith & Associate's April 2012 fee statement and Notice of Filing (0.5); e-mail to A. Lopez regarding any revisions needed to same (0.1) | 0.60 | 93.00 |
| JAW | Draft prior period paragraphs in preparation for drafting final final reports for Charter Oak's 41st - 42nd interim fee applications (0.60) | 0.60 | 93.00 |
| JAW | Draft prior period paragraphs in preparation for drafting final final reports for Casner's 41st - 42nd interim fee applications (0.70) | 0.70 | 108.50 |
| JAW | Draft prior period paragraphs in preparation for drafting final final reports for Capstone's 41st - 42nd interim fee applications (0.80) | 0.80 | 124.00 |
| JAW | detailed review of Bryan Cave HRO's final fee application (April 2, 2001 - March 31, 2012) confirming fees and expenses requested and those awarded are correct (0.7) | 0.70 | 108.50 |
| JAW | detailed review of Bryan Cave HRO's April 2012 fee application (1.7); draft summary of same (0.2) | 1.90 | 294.50 |
| 5/10/2012 JAW | Draft prior period paragraphs in preparation for drafting final final reports for Ferry Joseph's 41st - 42nd interim fee applications (0.70) | 0.70 | 108.50 |
| JAW | Draft prior period paragraphs in preparation for drafting final final reports for Foley Hoag's 41st - 42nd interim fee applications (0.70) | 0.70 | 108.50 |
| JAW | Draft prior period paragraphs in preparation for drafting final final reports for Frogamen's 40th - 42nd interim fee applications (0.90) | 0.90 | 139.50 |
| JAW | Proofread Warren H. Smith & Associate's April 2012 fee statement for corrections made (0.1); e-mail to A. Lopez regarding same (0.1) | 0.20 | 31.00 |
| JAW | Draft prior period paragraphs in preparation for drafting final final reports for Karl Hill's 41st interim fee application (0.30) | 0.30 | 46.50 |
| JAW | Draft prior period paragraphs in preparation for drafting final final reports for Hogan Firm's 41st - 42nd interim fee applications (0.70) | 0.70 | 108.50 |
| JAW | Draft prior period paragraphs in preparation for drafting final final reports for Duane Morris' 41st - 42nd interim fee applications (0.80) | 0.80 | 124.00 |
| JAW | Draft prior period paragraphs in preparation for drafting final final reports for Day's 41st - 42nd interim fee applications (0.70) | 0.70 | 108.50 |
| JAW | Draft prior period paragraphs in preparation for drafting final final reports for Kirkland & Ellis' 41st - 42nd interim fee applications (0.80) | 0.80 | 124.00 |
| JAW | Draft prior period paragraphs in preparation for drafting final final reports for Lauzon's 41st - 42nd interim fee applications (0.60) | 0.60 | 93.00 |

W.R. Grace & Co.                                                                                                    Page      6

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/10/2012 | JAW | Draft prior period paragraphs in preparation for drafting final final reports for Lincoln's 41st - 42nd interim fee applications (0.70) | 0.70 | 108.50 |
| | JAW | Draft prior period paragraphs in preparation for drafting final final reports for Norton Rose's 41st - 42nd interim fee applications (0.70) | 0.70 | 108.50 |
| | AL | Update database with PWC's March fee application (.2); Norton's March fee application (.2); Bilzin's March fee application (.2); Hogan's March fee application (.2); Scarfone's March fee application (.2); Lauzon's March fee application (.2); Ferry's March fee application (.2); PWC's January through March fee application (.1); Holme's Final fee application (.1); Baer's PWC's January through March fee application (.1); Morris' October through December interim fee application (.2); Norton's 21st interim electronic detail (.1) | 2.00 | 90.00 |
| | AL | Receive and review email from B. Ruhlander re 43Q Project Category Spreadsheet (.1); conference with B. Ruhlander re same (.3) | 0.40 | 18.00 |
| | AL | receive and review email from J. Wehrmann re WHSA's April fee application (.1); prepare same for electronic filing (.2); electronic filing of WHSA's April fee application (.4); prepare same for service (.1) | 0.80 | 36.00 |
| | BSR | review of Anderson Kill & Olick's Jan. and Feb. 2012 monthly fee applications and fee summaries re same | 0.20 | 57.00 |
| | BSR | review of Protiviti's April 2012 monthly fee application (.1); email to Scott Laliberte re same (.1) | 0.20 | 57.00 |
| | BSR | Finalized fee and expense chart for the 43rd interim fee applications (.2); email to Anthony Lopez re same (.1); telephone conference with Anthony Lopez re preparation of the project category spreadsheet for the 43rd interim period (.1) | 0.40 | 114.00 |
| 5/11/2012 | JAW | Draft prior period paragraphs in preparation for drafting final final reports for Orrick's 41st - 42nd interim fee applications (0.70) | 0.70 | 108.50 |
| | JAW | Draft prior period paragraphs in preparation for drafting final final reports for Phillips Goldman's 34th - 42nd interim fee applications (2.70) | 2.70 | 418.50 |
| | JAW | Draft prior period paragraphs in preparation for drafting final final reports for PwC's 39th - 42nd interim fee applications (1.10) | 1.10 | 170.50 |
| | JAW | Draft prior period paragraphs in preparation for drafting final final reports for PwC Darex Puerto Rican Audit's 41st - 42nd interim fee applications (0.70) | 0.70 | 108.50 |
| | JAW | Draft prior period paragraphs in preparation for drafting final final reports for Reed Smith's 41st - 42nd interim fee applications (0.60) | 0.60 | 93.00 |
| | JAW | Draft e-mail to B. Ruhlander forwarding various summaries requested (0.3) | 0.30 | 46.50 |

W.R. Grace & Co.                                                                                                      Page      7

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/11/2012 JAW | Draft prior period paragraphs in preparation for drafting final final reports for Judge Sander's 41st - 42nd interim fee applications (0.70) | | 0.70 | 108.50 |
| JAW | Draft prior period paragraphs in preparation for drafting final final reports for Pachulski's 41st - 42nd interim fee applications (0.70) | | 0.70 | 108.50 |
| BSR | Inventory fee summaries not yet received for the 44th interim period; e-mail to James Wehrmann requesting same | | 1.00 | 285.00 |
| 5/12/2012 AL | Research re Project Category Spreadsheet for all applicants in the case period (1.9); begin draft of Project Category Spreadsheet (2.1) | | 4.00 | 180.00 |
| JAW | Draft prior period paragraphs in preparation for drafting final final reports for Alan Rich's 31st - 42nd interim fee applications (3.60) | | 3.60 | 558.00 |
| 5/14/2012 JAW | Draft prior period paragraphs in preparation for drafting final final reports for Stroock's 41st - 42nd interim fee applications (0.60) | | 0.60 | 93.00 |
| JAW | detailed review of Ferry Joseph's March 2012 fee application (0.2); draft summary of same (0.2) | | 0.40 | 62.00 |
| JAW | detailed review of Scarfone Hawkin's March 2012 fee application (0.2); draft summary of same (0.1) | | 0.30 | 46.50 |
| JAW | detailed review of Kaye Scholer's March 2012 fee application (0.1); draft summary of same (0.1) | | 0.20 | 31.00 |
| JAW | detailed review of Bilzin Sumberg's March 2012 fee application (0.1); draft summary of same (0.1) | | 0.20 | 31.00 |
| JAW | detailed review of Lauzon Belanger's March 2012 fee application (0.1); draft summary of same (0.1) | | 0.20 | 31.00 |
| JAW | detailed review of Nortin Rose's March 2012 fee application (0.1); draft summary of same (0.1) | | 0.20 | 31.00 |
| JAW | detailed review of Nelson Mullin's February 2012 fee application (0.1); draft summary of same (0.1) | | 0.20 | 31.00 |
| JAW | Draft prior period paragraphs in preparation for drafting final final reports for PwC Global Restructuring Project's 42nd interim fee application (0.60) | | 0.60 | 93.00 |
| JAW | Draft prior period paragraphs in preparation for drafting final final reports for Tower's 42nd interim fee application (0.30) | | 0.30 | 46.50 |
| JAW | Draft prior period paragraphs in preparation for drafting final final reports for Woodcock's 41st - 42nd interim fee applications (0.60) | | 0.60 | 93.00 |
| JAW | detailed review of Charter Oak's March 2012 fee application (0.2); draft summary of same (0.3) | | 0.50 | 77.50 |

W.R. Grace & Co.                                                                                                          Page     8

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/14/2012 JAW | Draft prior period paragraphs in preparation for drafting final final reports for Steptoe's 41st - 42nd interim fee applications (0.70) | | 0.70 | 108.50 |
| JAW | Draft prior period paragraphs in preparation for drafting final final reports for Scarfone's 41st - 42nd interim fee applications (0.70) | | 0.70 | 108.50 |
| JAW | Draft prior period paragraphs in preparation for drafting final final reports for Saul Ewing's 41st - 42nd interim fee applications (0.70) | | 0.70 | 108.50 |
| BSR | review of Jan. 2012 monthly fee application of Hon. Alexander Sanders, and fee and expense summary re same | | 0.10 | 28.50 |
| BSR | review of Jan., Feb. and March 2012 monthly fee applications of Saul Ewing, as well as fee and expense summaries re same | | 0.20 | 57.00 |
| BSR | review of Scarfone Hawkins' Jan. and Feb. 2012 monthly fee applications, as well as fee and expense summaries re same | | 0.20 | 57.00 |
| BSR | review of Stroock's Jan., Feb., and March 2012 monthly fee applications and fee and expense summaries re same | | 0.30 | 85.50 |
| BSR | review of Woodcock Washburn's January and February 2012 monthly fee applications and fee and expense summaries re same | | 0.20 | 57.00 |
| BSR | detailed review of HRO's final fee application including interim period of April 2011 through April 2012 | | 0.40 | 114.00 |
| BSR | Draft e-mail to Kathleen Makowski re setting of HRO final fee application for hearing; email to Eric Johnson re setting of HRO's final fee application for hearing | | 0.20 | 57.00 |
| AL | Update database with Capstone's March electronic detail (.1); Casner's April electronic detail (.1); HRO's Final Fee Application (.2); telephone conference with B. Ruhlander re same (.1); Casner's 126th monthly electronic detail (.2) | | 0.70 | 31.50 |
| 5/15/2012 JAW | detailed review of Reed Smith's March 2012 fee application (0.9); draft summary of same (0.2) | | 1.10 | 170.50 |
| JAW | detailed review of Blackstone's March 2012 fee application (0.4); draft summary of same (0.1) | | 0.50 | 77.50 |
| JAW | detailed review of Caplin & Drysdale's March 2012 fee application (0.7); draft summary of same (0.1) | | 0.80 | 124.00 |
| BSR | telephone conference with Anthony Lopez re Alexander Sanders' Feb. and March 2012 monthly fee applications | | 0.20 | 57.00 |
| BSR | review of The Hogan Firm's Jan. and Feb. 2012 monthly fee applications and fee and expense summaries re same | | 0.20 | 57.00 |

W.R. Grace & Co.                                                                                          Page     9

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/15/2012 JAW | detailed review of Duane Morris' 43th Interim Fee Application (October 1, 2011 -December 31, 2011) (0.5); draft summary of same (0.1) | | 0.60 | 93.00 |
| JAW | detailed review of Campbell & Levine's March 2012 fee application (0.6); draft summary of same (0.1) | | 0.70 | 108.50 |
| JAW | detailed review of Hogan Firm's March 2012 fee application (0.4); draft summary of same (0.1) | | 0.50 | 77.50 |
| BSR | review of Reed Smith's Jan. and Feb. 2012 monthly fee applications and fee and expense summaries re same | | 0.30 | 85.50 |
| BSR | review of expense portion of PwC's Jan. 2012 monthly fee application, as well as summary re same | | 0.30 | 85.50 |
| BSR | review of PwC's Global Restructuring Project fee application for Jan-March 2012 | | 0.20 | 57.00 |
| BSR | review of Phillips Goldman & Spence's 43rd quarterly fee application and monthly fee applications, as well as fee and expense summaries re same | | 0.30 | 85.50 |
| BSR | review of Pachulski's Jan. 2012 monthly fee application and fee and expense summary re same | | 0.10 | 28.50 |
| BSR | review of Norton Rose's Jan. and Feb. 2012 monthly fee applications and fee and expense summaries re same | | 0.10 | 28.50 |
| BSR | review of Lauzon Belanger's Jan. and Feb. 2012 monthly fee applications and fee and expense summaries re same | | 0.10 | 28.50 |
| BSR | review of Kramer Levin's monthly fee applications for January through March 2012 and fee and expense summaries re same | | 0.20 | 57.00 |
| BSR | review of Kirkland & Ellis' Jan. and Feb. 2012 monthly fee applications and fee and expense summaries re same | | 0.50 | 142.50 |
| BSR | review of Kaye Scholer's Jan. and Feb. 2012 monthly fee applications and fee and expense summaries re same | | 0.20 | 57.00 |
| 5/16/2012 AL | Update database with Casner's March fee application (.2); Foley's January through March fee application (.2); Norton's January through March fee application (.2); Reed's January through March fee application (.1); PWC's January through March fee application (.2); Capstone's March fee application (.2); Pachuslki's February fee application (.2); Woodcock's January through March fee application (.1); Woodcock's January through March electronic detail (.1); Pachulski's February electronic detail (.1) | | 1.60 | 72.00 |
| JAW | detailed review of PwC's March 2012 fee application (0.2); draft summary of same (0.1) | | 0.30 | 46.50 |

W.R. Grace & Co.                                                                                    Page    10

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/16/2012 | JAW | detailed review of Kirkland's March 2012 fee application (5.9) | 5.90 | 914.50 |
|  | JAW | detailed review of Anderson Kill's March 2012 fee application (1.8); draft summary of same (0.1) | 1.90 | 294.50 |
|  | BSR | telephone conference with Eric Johnson re hearing of HRO's final fee application (.1); email to Kathleen Makowski re same (.1) | 0.20 | 57.00 |
| 5/17/2012 | BSR | telephone conference with Kathleen Makowski of Pachulski re setting of HRO's final fee application; telephone conference with Eric Johnson re same | 0.10 | 28.50 |
|  | AL | Update database with Hogan's March CNO (.1); Lauzon;s March CNO (.1); Scarfone's March CNO (.1); receive and review email from J. Wehrmann re summaries (.1); update database with Foley's January (.1); Fragomen's January (.1);  Baer's January (.2); Scholer's January (.1); Kramer's January (.1); Phillips' January (.1); Rich's January (.1); Sanders' January (.1); Saul's January (.2); Stroock's January (.1); AKO's January (.1); Bilzin's January (.1); Campbell's January (.1); Caplin's January (.2); Casner's January (.1); Charter's January (.2); Day's January (.1); Hogan's January (.1); Lauzon's January (.1); Phillips' February (.1); Rich's February (.2); Scarfone's February (.1); <br>Woodcock's February (.2); Foley's February (.1); Fragomen's February (.1); Baer's February (.1); Kramer's February (.1); Phillips' February (.1); Saul's February (.2) and Stroock's March (.1) fee and expense summaries | 4.10 | 184.50 |
|  | AL | update database with Steptoe's February (.1) and March (.1) electronic detail; Capstone's 33Q electronic detail (.1); Hogan's 9th interim electronic detail (.2); Campbell's January through March (.2); LAS' January through March (.1); Charter's January through March (.1); Caplin's January through March (.2); AKO's January through March (.1); | 1.20 | 54.00 |
| 5/18/2012 | JAW | detailed review of Sander's February 2012 fee application (0.2); draft summary of same (0.1) | 0.30 | 46.50 |
|  | JAW | detailed review of Casner's March 2012 fee application (0.2); draft summary of same (0.1) | 0.30 | 46.50 |
|  | JAW | detailed review of Rich's April 2012 fee application (0.2); draft summary of same (0.1) | 0.30 | 46.50 |
|  | JAW | detailed review of Sander's April 2012 fee application (0.1); draft summary of same (0.1) | 0.20 | 31.00 |
|  | JAW | detailed review of Woodcock's March 2012 fee application (0.1); draft summary of same (0.3) | 0.40 | 62.00 |
|  | JAW | detailed review of Kirkland's March 2012 fee application (2.2); draft summary of same (1.6) | 3.80 | 589.00 |
|  | AL | Receive and review email from B. Ruhlander re hearing (.1); Research Pacer re same (.3); update database with notice of hearing (.1) | 0.50 | 22.50 |

W.R. Grace & Co.                                                                                                          Page    11

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/18/2012 | AL | Update database with Stroock's January through March electronic detail (.2); Orrick's March CNO (.1); | 0.30 | 13.50 |
| | AL | Receive and review email from J. Wehrmann re approval of WHSA's April fee application (.1); prepare same for electronic filing with the court (.2); update database with same (.1); electronic filing with the court of WHSA's April fee application (.4); prepare same for service (.1) | 0.90 | 40.50 |
| 5/19/2012 | BSR | detailed review of Holme Roberts & Owen's final fee application, including fees and expenses for the 41st through 44th interim periods | 1.60 | 456.00 |
| 5/21/2012 | JAW | detailed review of Pachulski's February 2012 fee application (1.1); draft summary of same (0.2) | 1.30 | 201.50 |
| | JAW | detailed review of Capstone's March 2012 fee application (0.4); draft summary of same (0.1) | 0.50 | 77.50 |
| | BSR | detailed review of Holme Roberts & Owen's 41st through 44th interim fee application and final fee application | 3.00 | 855.00 |
| 5/22/2012 | BSR | detailed review of Holme Roberts & Owen's 41st through 44th interim fee applications and final fee application | 0.50 | 142.50 |
| | BSR | Draft initial report re Holme Roberts & Owen's 41st through 44th interim fee applications and final fee application | 1.00 | 285.00 |
| | BSR | detailed review of Holme Roberts & Owens fees billed over the course of the case with emphasis on amount of time devoted to fee application preparation and amount of fees incurred with Morris James, local counsel, for fee application preparation and prepare exhibit to initial report regarding same | 5.10 | 1,453.50 |
| | AL | Update database with Orrick's 25th interim electronic detail (.1); CNO for Phillips March (.1); | 0.20 | 9.00 |
| 5/23/2012 | BSR | Draft initial report re Holme Roberts & Owen's 41st through 44th interim and final fee application | 1.80 | 513.00 |
| | JAW | Draft e-mail to A. Lopez forwarding summaries prepared (0.3) | 0.30 | 46.50 |
| | BSR | detailed review of Holme Roberts & Owen's final fee application, with focus on cumulative fees for fee application preparation, and prepare exhibit to initial report re same (3.8); email to Warren Smith re same (.4) | 4.20 | 1,197.00 |
| | AL | Update database with Lauzon's January through March interim (.2); Hogan's January through March interim (.1); Casner's January through March interim (.2); Scarfone's January through March interim (.2); Blackstone's January through March interim (.1); Foley's January through March interim (.2); AKO's January through March interim (.2); Caplin's January through March interim (.1); Charter's January through March interim (.2); Campbell's January through March interim (.2); Stroock's January through March interim (.1); Capstone's January through March interim (.1); Steptoe's | 6.00 | 270.00 |

W.R. Grace & Co.                                                                                              Page   12

|  |  | | Hours | Amount |
|---|---|---|---|---|
| | | January (.2) and March (.2) fee applications; receive and review summaries from J. Whermann (.1); update database with Nelson's February (.1) Pachulski's February (.2) Sanders' February (.1) AKO's March (.2) Bilzin's March (.1) Blackstone's March (.2) Campbell's March (.2); Caplin's March (.1) Capstone's March (.1) Casner's March (.1) Charter's March (.1) Ferry's March (.1) Hogan's March (.1) Scholer's March (.2) K&E's March (.1) Lauzon's March (.2) Norton's March (.1) PWC's March (.1) Reed's March (.2) Scarfone's March (.1) Woodcock's March (.1) Rich's April (.2) and Sanders' April (.1) fee and expense summaries; Kramer's 40th electronic detail (.1); Saul's 12th electronic detail (.1); receive and review email from Moreen McCarthy re K&E's January through March electronic detail (.1); update database with same (.2) | | |
| 5/24/2012 | AL | Receive and review email from Deena Whaley (.1); update database with BMC's January (.1) February (.2) and March (.1) electronic detail; Ferry's January through March electronic detail (.2); Bilzin's January through March electronic detail (.1); receive and review email from Celeste Hartman re Phillips' April fee application (.1); update database with same (.1) | 1.00 | 45.00 |
| | BSR | Email to contacts concerning new office address | 0.30 | 85.50 |
| | DTW | Review and revisions to HRO initial report for the 41 - 44 quarter (.1). | 0.10 | 16.50 |
| | BSR | Draft initial report re HRO's 41st through 44th and final fee application | 0.50 | 142.50 |
| | AL | Research Pacer for objections to WHSA's March invoice (.3); draft WHSA's March CNO (.4); update database with same (.1); electronic filing with the court of WHSA's March CNO (.3) | 1.10 | 49.50 |
| 5/29/2012 | BSR | Receive and review email from Alexa Parnell re drafting notice of change of address (0.1); draft same in conformity to form provided by Alexa Parnell (0.4). | 0.50 | 142.50 |
| | BSR | Research docket for any late-filed fee applications for the 43rd interim period. | 0.20 | 57.00 |
| | BSR | Left detailed voicemail message for Patty Cuniff re filing deadline for 43rd interim fee applications (0.1); telephone conference with Patty Cuniff re same (0.1). | 0.20 | 57.00 |
| | ALP | reviewed Notice of Change of Address pleadings for W.R. Grace (.2) | 0.20 | 35.00 |
| | AL | Update database with BMC's April electronic detail (.1); BMC's January (.2) February (.2) and March (.2) fee applications. | 0.70 | 31.50 |
| | AL | Confer with A. Parnell re change of address filing (.1); prepare same for electronic filing (.1); update database with same (.1); electronic filing with the court of same (.3) | 0.60 | 27.00 |
| | AL | update database with Foley's April electronic detail (.1); Reed's April electronic detail (.1); receive and review email from John Lord re same (.1); | 0.30 | 13.50 |

W.R. Grace & Co.                                                                                                           Page    13

|  |  | | Hours | Amount |
|---|---|---|---|---|
| 5/30/2012 | JAW | detailed review of BMC's January 2012 fee application (0.8); draft summary of same (0.1) | 0.90 | 139.50 |
| | JAW | detailed review of BMC's February 2012 fee application (0.8); draft summary of same (0.2) | 1.00 | 155.00 |
| | AL | Update database with Foley's April fee application (.2); K&E's January through March fee application (.2); Orrick's January through March fee application (.2); Charter's August through April electronic detail (.1); Stroock's April electronic detail (.1); Campbell's April electronic detail (.1); Caplin's April electronic detail (.1); AKO's April electronic detail (.1); Charter's April electronic detail (.1); | 1.20 | 54.00 |
| | AL | Research 43rd interim fee applications for category spreadsheets (.3); Draft category spreadsheet for AKO (.5) Bilzin (.4) Hogan (.4) Austern (.3) and Ferry Joseph (.4); telephone conference with B. Ruhlander re same (.1) | 2.40 | 108.00 |
| | BSR | Review of quarterly fee application of Legal Analysis Systems for the period of October 1, 2011, through March 31, 2012 (monthly application previously reviewed). | 0.10 | 28.50 |
| | BSR | Review email from Alexa Parnell re items set for Sept. 24, 2012 hearing date being moved to October omnibus; email to Patty Cuniff inquiring as to new hearing date for items previously set on Sept. 24 omnibus. | 0.20 | 57.00 |
| | BSR | Review of Pachulski's Feb. 2012 monthly fee application and fee and expense summary re same | 0.20 | 57.00 |
| | BSR | Review of Kaye Scholer's March 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
| | BSR | Review Kirkland & Ellis' March 2012 monthly fee application and fee summary re same (0.8); research Pacer for expense detail missing from application and review same (0.2). | 1.00 | 285.00 |
| | BSR | Continued review of the fee and expense summary for Kirkland & Ellis' February 2012 monthly fee application | 0.60 | 171.00 |
| | JAW | detailed review of BMC's March 2012 fee application (1.0); draft summary of same (0.1) | 1.10 | 170.50 |

**For professional services rendered**                                                            **155.40 $23,458.00**

Additional Charges :

5/31/2012 Copying cost                                                                                                          18.00

PACER Charges                                                                                                                   24.30

W.R. Grace & Co.                                                                                          Page    14

|                           |              | **Amount** |
|---------------------------|--------------|-----------:|
| 5/31/2012 FedEx           |              |      15.13 |
| **Total additional charges** |           |    **$57.43** |
| **Total amount of this bill** |          | **$23,515.43** |

### Timekeeper Summary

| Name               | Hours | Rate   | Amount      |
|--------------------|------:|-------:|------------:|
| Alexa L. Parnell   | 0.20  | 175.00 | $35.00      |
| Anthony Lopez      | 47.50 | 45.00  | $2,137.50   |
| Bobbi S. Ruhlander | 35.10 | 285.00 | $10,003.50  |
| Doreen Williams    | 0.10  | 165.00 | $16.50      |
| James A. Wehrmann  | 72.30 | 155.00 | $11,206.50  |
| Warren H Smith     | 0.20  | 295.00 | $59.00      |