
**EXHIBIT A**

**EXHIBIT A**

# Duane Morris

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
LAKE TAHOE
HO CHI MINH CITY

May 07, 2012

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001        Invoice# 1759193        IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 04/30/2012 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 4.10 hrs. at | $780.00 | /hr. = | $3,198.00 | |
| S LENKIEWICZ | PARALEGAL | 6.10 hrs. at | $185.00 | /hr. = | $1,128.50 | |
| | | | | | | $4,326.50 |

DUANE MORRISLLP

Duane Morris
May 07, 2012
Page 2

File # K0248-00001  
    W.R. GRACE & CO.

INVOICE# 1759193

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 4/23/2012 | 004 | S LENKIEWICZ | CALENDAR DEADLINES | 0.20 | $37.00 |
| | | | Code Total | 0.20 | $37.00 |

Duane Morris
May 07, 2012
Page 3

File # K0248-00001  
    W.R. GRACE & CO.

INVOICE# 1759193

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 4/4/2012 | 012 | S LENKIEWICZ | REVIEW DOCKET RE OMNIBUS ORDER GRANTING FROM 3/28 HEARING GRANTING QUARTERLY FEE APPLICATIONS (.2); PREPARE NOTICE OF DUANE MORRIS 43RD QUARTERLY FEE APPLICATION (.2); PREPARE 43RD MONTHLY FEE APPLICATION AND CHARTS (.5); PREPARE CERTIFICATE OF SERVICE RE SAME (.2); PREPARE EXHIBITS RE SAME (.2) | 1.30 | $240.50 |
| 4/12/2012 | 012 | S LENKIEWICZ | PREPARE CNO RE DUANE MORRIS 120TH MONTHLY FEE APPLICATION (.2); EFILE SAME (.2); PREPARE CNO RE 121ST MONTHLY FEE APPLICATION (.2); EFILE SAME (.2) | 0.80 | $148.00 |
| 4/23/2012 | 012 | S LENKIEWICZ | PREPARE DUANE MORRIS 122ND MONTHLY FEE APPLICATION FOR PERIOD MARCH 2012 (.7); FINALIZE APPLICATION AND EXHIBIT FOR E-FILING (.1); E-FILE SAME (.2) | 1.00 | $185.00 |
| | | | Code Total | 3.10 | $573.50 |

Duane Morris
May 07, 2012
Page 4

File # K0248-00001  INVOICE# 1759193
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 4/23/2012 | 013 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO SSL 131ST MONTHLY FEE APPLICATION (.1); PREPARE CERTIFICATE OF NO OBJECTION RE SAME (.2); FINALIZE AND EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.60 | $111.00 |
| 4/24/2012 | 013 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO CAPSTONE'S 97TH MONTHLY FEE APPLICATION (.1); PREPARE CNO RE SAME (.2); FINALIZE AND EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.60 | $111.00 |
| 4/30/2012 | 013 | S LENKIEWICZ | FINALIZE NOTICE OF SSL 132ND MONTHLY FEE APPLICATION (.1); FINALIZE AND SSL 132ND MONTHLY FEE APPLICATION AND EXHIBITS (.2); EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMAD (.1) | | |
| | | | Code Total | 1.80 | $333.00 |

Duane Morris
May 07, 2012
Page 5

File # K0248-00001  INVOICE# 1759193
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 4/10/2012 | 016 | MR LASTOWSKI | REVIEW CERTIFICATION OF COUNSEL RE: HIGH POINT, NORTH CAROLINA CONSENT ORDER | 0.70 | $546.00 |
| 4/10/2012 | 016 | MR LASTOWSKI | REVIEW CERTIFICATION BIG TEX SITE SETTLEMENT AGREEMENT | 0.60 | $468.00 |
| 4/27/2012 | 016 | MR LASTOWSKI | REVIEW LIBBY/BNSF SETTLEMENT AND RELATED FILINGS | 0.90 | $702.00 |
| | | | Code Total | 2.20 | $1,716.00 |

File # K0248-00001                                                                                          INVOICE# 1759193
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 4/2/2012 | 017 | MR LASTOWSKI | REVIEW STATUS OF OUTSTANDING APPEALS | 0.60 | $468.00 |
| 4/17/2012 | 017 | MR LASTOWSKI | REVIEW STATUS OF APPEAL | 0.30 | $234.00 |
| 4/23/2012 | 017 | MR LASTOWSKI | PHONE CALL FROM A. KRIEGER RE: ENTRY OF APPEARANCE BEFORE 3RD CIRCUI (.1)T; E-MAIL TO A. KRIEGER RE: SAME (.1) | 0.10 | $78.00 |
| 4/25/2012 | 017 | MR LASTOWSKI | REVIEW STATUS OF CONFIRMATION APPEALS | 0.50 | $390.00 |
| 4/25/2012 | 017 | MR LASTOWSKI | E-MAIL EXCHANGE WITH A. KRIEGER RE: ENTRY OF APPEARANCE BEFORE 3D CIRCUIT | 0.10 | $78.00 |
| 4/30/2012 | 017 | MR LASTOWSKI | REVIEW AND APPROVE DUANE MORRIS' 43RD QUARTERLY FEE APPLICATION | 0.30 | $234.00 |
| | | | Code Total | 1.90 | $1,482.00 |

Duane Morris
May 07, 2012
Page 7

File # K0248-00001  INVOICE# 1759193
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 4/24/2012 | 025 | S LENKIEWICZ | REVIEW APPEALS DOCKETS (.2); PREPARE NOTICE OF APPEARANCE OF ARLENE KRIEGER AND EMAIL SAME FOR SIGNATURE (.3); RESEARCH THIRD CIRCUIT RULES RE APPEARANCE OF NON-PARTY AND APPLICATION FOR EFILING LOGIN (.5) | 1.00 | $185.00 |
| | | | Code Total | 1.00 | $185.00 |
| | | | TOTAL SERVICES | 10.20 | $4,326.50 |

Duane Morris
May 07, 2012
Page 8

File # K0248-00001                                              INVOICE# 1759193
    W.R. GRACE & CO.

| TIMEKEEPER NO. | NAME | CLASS | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 02394 | MR LASTOWSKI | PARTNER | 4.10 | 780.00 | $3,198.00 |
| 03723 | S LENKIEWICZ | PARALEGAL | 6.10 | 185.00 | $1,128.50 |
| | | | 10.20 | | $4,326.50 |