

May 31, 2012

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   213808

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
THROUGH April 30, 2012

## CLIENT SUMMARY

**BALANCE AS OF- 04/30/12**

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| **.15537 -** 01- Case Administration | $322.50 | $135.86 | $458.36 |
| **.15543 -** 07 - Applicant's Fee Application | $293.50 | $0.00 | $293.50 |
| **.15544 -** 08 - Hearings | $1,963.00 | $0.00 | $1,963.00 |
| **.15546 -** 10 - Travel | $797.50 | $0.00 | $797.50 |
| **.15554 -** 18 - Plan & Disclosure Statement | $990.00 | $0.00 | $990.00 |
| *Client Total* | *$4,366.50* | *$135.86* | *$4,502.36* |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

1450 Brickell Avenue, Suite 2300, Miami, FL 33131-3456   Tel 305.374.7580   Fax 305.374.7593                    www.bilzin.com

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---|---|---|
| TIMEKEEPER | HOURS | RATE | AMOUNT |
| Sakalo, Jay M | 7.70 | $446.43 | $3,437.50 |
| Snyder, Jeffrey I | 0.20 | $410.00 | $82.00 |
| Flores, Luisa M | 1.50 | $235.00 | $352.50 |
| Varela, Ana Carolina | 2.30 | $215.00 | $494.50 |
| | | TOTAL PROFESSIONAL FEES THIS PERIOD | *$4,366.50* |

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---|
| Long Distance Telephone | $1.52 |
| Long Distance Telephone-Outside Services | $127.00 |
| Pacer - Online Services | $6.64 |
| Copies | $0.70 |
| TOTAL COSTS ADVANCED THIS PERIOD | *$135.86* |

| | |
|---|---|
| TOTAL BALANCE DUE THIS PERIOD | $4,502.36 |

Atty – SLB
Client No.: 74817/15537

**RE: 01- Case Administration**

| | | | | |
|---|---|---|---|---|
| 04/02/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 04/03/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 04/04/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 04/05/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 04/06/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 04/09/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 04/10/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 04/11/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 04/12/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 04/13/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 04/16/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 04/17/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 04/18/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 04/26/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 04/30/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |

**PROFESSIONAL SERVICES** $322.50

**COSTS ADVANCED**

| | | |
|---|---|---|
| 03/01/12 | Long Distance Telephone-Outside Services COURTCALL #4783978 - VENDOR: DINERS CLUB; INVOICE#: 02-24/12-03-23/12; DATE: 3/23/2012 - Acct. #5306220025395504 | 30.00 |
| 03/01/12 | Long Distance Telephone-Outside Services COURTCALL #4783954 - VENDOR: DINERS CLUB; INVOICE#: 02-24/12-03-23/12; DATE: 3/23/2012 - Acct. #5306220025395504 | 30.00 |
| 03/01/12 | Long Distance Telephone-Outside Services COURTCALL #4783850 - VENDOR: DINERS CLUB; INVOICE#: 02-24/12-03-23/12; DATE: 3/23/2012 - Acct. #5306220025395504 | 30.00 |
| 03/01/12 | Long Distance Telephone-Outside Services COURTCALL #4783807 - VENDOR: DINERS CLUB; INVOICE#: 02-24/12-03-23/12; DATE: 3/23/2012 - Acct. #5306220025395504 | 37.00 |
| 03/31/12 | Pacer - Online Services Period 01/01/12 - 03/12/12 | 6.64 |
| 04/13/12 | Long Distance Telephone (312)861-2026; 1 Mins. | 0.76 |
| 04/16/12 | Long Distance Telephone (312)861-2026; 1 Mins. | 0.76 |
| 04/02/12 | Copies 7 pgs @ 0.10/pg | 0.70 |

**TOTAL COSTS ADVANCED** $135.86

MIAMI 3144600.1 74817/15537


BILZIN SUMBERG BAENA PRICE & AXELROD LLP

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Varela, Ana Carolina | 1.50 | $215.00 | $322.50 |
| **TOTAL** | **1.50** | | **$322.50** |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Long Distance Telephone | $1.52 |
| Long Distance Telephone-Outside Services | $127.00 |
| Pacer - Online Services | $6.64 |
| Copies | $0.70 |
| **TOTAL** | **$135.86** |

**CURRENT BALANCE DUE THIS MATTER** $458.36

Atty – SLB  
Client No.: 74817/15543

**RE: 07 - Applicant's Fee Application**

| | | | | |
|---|---|---|---|---|
| 04/02/12 | LMF | 0.90 | 211.50 | Attend to preparing and submitting notice and summary of fees for February to local counsel for filing and service of same. |
| 04/09/12 | JIS | 0.20 | 82.00 | Review and revise March prebill. |

**PROFESSIONAL SERVICES** $293.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Snyder, Jeffrey I | 0.20 | $410.00 | $82.00 |
| Flores, Luisa M | 0.90 | $235.00 | $211.50 |
| **TOTAL** | **1.10** | | **$293.50** |

**CURRENT BALANCE DUE THIS MATTER** $293.50

**Atty – SLB**  
**Client No.: 74817/15544**

**RE: 08 - Hearings**

| | | | | |
|---|---|---|---|---|
| 04/19/12 | LMF | 0.60 | 141.00 | Emails with attorney regarding attendance at hearing and confirm cancellation of same. |
| 04/27/12 | JMS | 0.40 | 220.00 | Review docket for 5/1 hearing and meet with C. Varela regarding documents needed. |
| 04/30/12 | JMS | 2.60 | 1,430.00 | Prepare for hearing on Garlock motions. |
| 04/30/12 | ACV | 0.80 | 172.00 | Prepare e-binder for Jay M. Sakalo in preparation for 5/1 hearing (.6); assist J. Sakalo with preparation regarding Garlock motions (.2). |

**PROFESSIONAL SERVICES** $1,963.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 3.00 | $550.00 | $1,650.00 |
| Flores, Luisa M | 0.60 | $235.00 | $141.00 |
| Varela, Ana Carolina | 0.80 | $215.00 | $172.00 |
| **TOTAL** | **4.40** | | **$1,963.00** |

**CURRENT BALANCE DUE THIS MATTER** $1,963.00

Atty – SLB
Client No.: 74817/15546

**RE: 10 - Travel**

04/30/12    JMS    2.90    797.50    Non working travel to Philadelphia.

**PROFESSIONAL SERVICES** $797.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 2.90 | $275.00 | $797.50 |
| *TOTAL* | *2.90* | | *$797.50* |

**CURRENT BALANCE DUE THIS MATTER** $797.50

**Atty – SLB**
**Client No.: 74817/15554**

**RE: 18 - Plan & Disclosure Statement**

| Date | Tkpr | Hours | Amount | Description |
|---|---|---|---|---|
| 04/02/12 | JMS | 1.50 | 825.00 | Review Notice of Appeal filed by Canada (.2); review status report letter to 3rd Circuit submitted by Debtors and underlying orders referenced therein (1.3). |
| 04/11/12 | JMS | 0.30 | 165.00 | Review order from Judge Buckwalter regarding confirmation appeals. |

**PROFESSIONAL SERVICES** $990.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 1.80 | $550.00 | $990.00 |
| **TOTAL** | **1.80** | | **$990.00** |

**CURRENT BALANCE DUE THIS MATTER** $990.00