UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE                              X

In re:

**W.R. GRACE & CO., et al.**              X          Chapter 11
          Debtor
                                                    Case No. 01-01139

### NOTICE OF TRANSER OF CLAIM PURSUANT TO
### F.R.B.P. RULE 3001(E) (1)

Transferor:      Sierra Nevada Liquidity Fund
                     (As Transferee from original Transferor Shawmut Advertising Inc., dba
                     Shawmut Printing)
                     2699 White Road – Suite 255
                     Irvine, CA  92614

    Your claim in the amount of $19,301.99 against the Debtors has been transferred to:

Transferee:      **Sierra Liquidity Fund, LLC**
                     **2699 White Road,  Suite 255**
                     **Irvine, CA  92614**

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

    United States Bankruptcy Court
    District of Delaware
    Attn:  Bankruptcy Clerk
    824 N. Market Street – 3rd Floor
    Wilmington, DE  19801

- **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE:**
    Refer to INTERNAL CONTROL No. _____ in your objection.
    If you file an objection, a hearing will be scheduled.

IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.

FOR CLERK'S OFFICE ONLY:

This notice was mailed to the first party, by first mail, postage prepaid on _____, 20__.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent _____Transferee_____Debtor's Attorney_____

      Deputy Clerk