UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE                              X

In re:

W.R. GRACE & CO., et al.                          X          Chapter 11
                  Debtor
                                                             Case No.  01-01139

## NOTICE OF TRANSER OF CLAIM PURSUANT TO
## F.R.B.P. RULE 3001(E) (1)

Transferor:    **Sierra Nevada Liquidity Fund**
               **(As Transferee from original Transferor Gaylon Distributing)**
               **2699 White Road – Suite 255**
               **Irvine, CA  92614**

       **Your claim in the amount of $8,304.55 against the Debtors has been transferred to:**

Transferee:    **Sierra Liquidity Fund, LLC**
               **2699 White Road,  Suite 255**
               **Irvine, CA  92614**

No action is required if you do not object to the transfer of your claim.  However, IF YOU
OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF
THIS NOTICE, YOU MUST:

- **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

               United States Bankruptcy Court
               District of Delaware
               Attn:  Bankruptcy Clerk
               824 N. Market Street – 3rd Floor
               Wilmington, DE  19801

- **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE:**
               Refer to INTERNAL CONTROL No. _____ in your objection.
               If you file an objection, a hearing will be scheduled.

IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE
SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.

FOR CLERK'S OFFICE ONLY:

This notice was mailed to the first party, by first mail, postage prepaid on _____, 20__.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent _____Transferee_____Debtor's Attorney_____

_____
               Deputy Clerk