## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | ) ) ) | Chapter 11 Case No. 01-01139 (JKF) |
| **W.R. GRACE & CO.**, **et al**., | ) | (Jointly Administered) |
| Debtors. | ) ) |  |

### PROOF OF SERVICE

I, Lauri Shippers, am over the age of eighteen years and not a party to the within action. I am employed by BMC Group, the Court Appointed Claims Reconciliation and Solicitation Consultant, for and on behalf of Rust Consulting, Inc., the Official Claims and Noticing Agent for the Clerk of the Court, whose business address is 300 N. Continental Blvd., Suite 570, El Segundo, California 90245. On 6/21/2012, I caused a true and correct copy of the "Notice of Transfer re: Docket 29083" to be served upon the following parties:

    SIERRA ASSET MANAGEMENT LLC
    2699 WHITE RD, SUITE 255
    IRVINE, CA 92614

    SIERRA LIQUIDITY FUND LLC
    2699 WHITE RD, SUITE 255
    IRVINE, CA 92614

by placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully pre-paid, and deposited in the mail in Paramount, California.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 6/21/2012

                                    /s/ Lauri Shippers
                                    Lauri Shippers

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | ) ) | Chapter 11 |
|  | ) | Case No. 01-01139 (JKF) |
| **W.R. GRACE & CO.**, **et al**.,[1] | ) | (Jointly Administered) |
| Debtors. | ) ) |  |

### NOTICE OF TRANSFER RE DOCKET 29083

TO:    SIERRA ASSET MANAGEMENT LLC
       2699 WHITE RD, SUITE 255
       IRVINE, CA 92614

     Pursuant to Rule 3001(e)(2) or (e)(4) of the Federal Rules of Bankruptcy Procedure, you are advised that there has been filed with the United States Bankruptcy Court for the District of Delaware, a Transfer to **SIERRA LIQUIDITY FUND LLC** of your claim in the amount of **$29,100.00**.

     If you do not object to this Transfer on or before twenty one (21) days from the date of the mailing of this Notice (i.e., **7/12/2012**), by filing a written objection with the Office of the Clerk, United States Bankruptcy Court, District of Delaware, Sixth Floor, 824 Market Street, Wilmington, Delaware 19801, and serving a copy of the objection on the Claims Reconciliation and Solicitation Consultant listed below, **SIERRA LIQUIDITY FUND LLC** will be substituted in your place as the claimant.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

DATED: 6/21/2012

**BMC GROUP**
Claims Reconciliation and Solicitation Consultant
300 N. Continental Blvd., Suite 570
El Segundo, California 90245

For and on behalf of Rust Consulting, Inc.
Official Claims and Noticing Agent for the Clerk of the Court