IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Objection Deadline: June 14, 2012 at 4:00 p.m.** |
| | ) | **Hearing Date: TBA** |

## CERTIFICATION OF NO OBJECTION
## REGARDING DOCKET NO. 28974

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the Forty-Fourth Quarterly Fee Application of Ferry, Joseph & Pearce, P.A. (the "Applicant") for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period from January 1, 2012 through March 31, 2012 (the "Application"). The undersigned further certifies that she has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections to the Application were to be filed and served no later than June 14, 2012 at 4:00 p.m.

Dated:   June 22, 2012                                             FERRY, JOSEPH & PEARCE, P.A.

                                                                   /s/ Lisa L. Coggins
                                                                   Michael B. Joseph (No. 392)
                                                                   Theodore J. Tacconelli (No. 2678)
                                                                   Lisa L. Coggins (No. 4234)
                                                                   824 Market Street, Suite 1000
                                                                   P.O. Box 1351
                                                                   Wilmington, DE 19899
                                                                   Tel:    (302) 575-1555
                                                                   Fax:    (302) 575-1714

                                                                   *Counsel to the Official Committee of*
                                                                   *Asbestos Property Damage Claimants*