IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Related to Docket No. 28919** |

**CERTIFICATION OF NO OBJECTION REGARDING THE INTERIM
APPLICATION OF CAMPBELL & LEVINE, LLC, FOR SERVICES
RENDERED AND REIMUBURSEMENT OF EXPENSES
AS DELAWARE AND ASSOCIATED COUNSEL TO THE OFFICIAL
COMMITTEE OF PERSONAL INJURY CLAIMANTS FOR THE PERIOD OF
JANUARY 1, 2012 THROUGH MARCH 31, 2012 (DOCKET NO. 28919)**

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify the following:

1. Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed by the Court on April 17, 2002 [Docket No. 1949] (the "Amended Administrative Order"), Campbell & Levine, LLC ("Campbell & Levine"), submitted on May 15, 2012 an interim application ("Application") [Docket No. 28919] for services rendered and reimbursement of expenses incurred as Delaware and associated counsel to the Official Committee of Asbestos Personal Injury Claimants in the above-referenced cases.

*(Remainder of Page Intentionally Left Blank)*

{D0230115.1 }

2. Objections to the Application were to be filed and served on or before June 4, 2012 at 4:00 p.m. No objections to the Application have been received by the undersigned. Moreover, the Court's docket reflects that no objections to the Application were filed.

Dated: June 22, 2012

                    CAMPBELL & LEVINE, LLC

                    */s/ Mark T. Hurford*
                    Mark T. Hurford (I.D. #3299)
                    Kathleen Campbell Davis (I.D. #4229)
                    800 N. King Street, Suite 300
                    Wilmington, DE  19899
                    (302) 426-1900

                    *Delaware and Associated Counsel for the Official Committee of Asbestos Personal Injury Claimants*