| | | |
|---|---|---|
| WR Grace 01-1139<br>Fee Application Notice Parties | Warren H. Smith<br>Warren H. Smith & Associates P.C.<br>2235 Ridge Road<br>Suite 105<br>Rockwall, TX 75087 | Laura Davis Jones, Esquire<br>Pachulski, Stang, Ziehl, Young, Jones & Weintraub<br>919 Market Street, Suite 1600<br>Wilmington, DE 19801 |
| Kathryn D. Sallie, Esquire<br>The Bayard Firm<br>222 Delaware Ave., Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899 | Scott L. Baena, Esquire<br>Bilzin Sumberg Dunn Baena Price & Axelrod<br>First Union Financial Center<br>200 South Biscayne Blvd., Suite 2500<br>Miami, FL 33131 | Lewis Kruger, Esquire<br>Stroock Stroock & Lavan<br>180 Maiden Lane<br>New York, NY 10038-4982 |
| Michael R. Lastowski, Esquire<br>Duane, Morris & Heckscher, LLP<br>1100 N. Market Street, Suite 1200<br>Wilmington, DE 19801-1426 | Philip Bently, Esquire<br>Kramer, Levin, Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 | Michael B. Joseph, Esquire<br>Ferry & Joseph, P.A.<br>824 Market Street, Suite 904<br>P.O. Box 1351<br>Wilmington, DE 19899 |
| Elihu Inselbuch, Esquire<br>Caplin & Drysdale, Chartered<br>375 Park Avenue, 35th Floor<br>New York, NY 10152 | David S. Heller, Esquire<br>Latham & Watkins<br>Sears Tower, Suite 5800<br>233 South Wacker Drive<br>Chicago, IL 60606 | Mark Shelnitz<br>W.R. Grace & Co.<br>7500 Grace Drive<br>Columbia, MD 21044 |
| David Klauder, Esquire<br>Office of the U.S. Trustee<br>844 King Street, Room 2311<br>Wilmington, DE 19801 | Janet S. Baer, Esquire<br>The Law of Janet S. Baer<br>70 West Madison St., Suite 2100<br>Chicago, IL 60602 | William S. Katchen, Esq.<br>Duane Morris LLP<br>744 Broad Street, Suite 1200<br>Newark, NJ 07102 |
| Deanna D. Boll, Esquire<br>Kirkland & Ellis<br>Citigroup Center<br>601 Lexington Avenue<br>New York, NY 10022 | John Donley, Esquire<br>Adam Paul, Esquire<br>Kirkland & Ellis<br>300 North LaSalle<br>Chicago, IL 60654 | Richard Frankel, Esquire<br>Orrick Herrington & Sutcliffe, LLP<br>1152 15th Street, N.W.<br>Washington, DC 20005 |
| Teresa Currier, Esquire<br>Saul Ewing LLP<br>222 Delaware Avenue, Suite 1200<br>Wilmington, DE 19899 | R. Karl Hill, Esq.<br>Seitz, Van Ogtrop & Green, P.A.<br>222 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801 | |
| Alan B. Rich, Esq.<br>Law Office of Alan B. Rich<br>1201 Elm Street<br>Dallas, TX 75270 | John C. Phillips, Jr., Esquire<br>Phillips, Goldman & Spence, P.A.<br>1200 N. Broom Street<br>Wilmington, DE 19806 | |