# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

# FOR THE TIME PERIOD
# MAY 1, 2012 THROUGH
# MAY 31, 2012

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE  19806
(302) 655-4200
EI #: 51-0328786


June 11, 2012


Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC  20007--5135


File  WRG-AUS/JCP
Invoice number  102933


Re:  W. R. Grace & Co.
     David T. Austern
Case No.:  01-01139 (RLB)


Subtotal for FEES only: 05/31/12     $4,105.50
Subtotal for COSTS only: 05/31/12       $978.11
                                     -------------
CURRENT PERIOD FEES AND COSTS: 05/31/12   $5,083.61
                                     -------------


**************************************************************
Please send remittance copy with payment.  Thank you.
**************************************************************

Phillips, Goldman & Spence, P.A.

Page  2

June 11, 2012

Orrick, Herrington & Sutcliffe, LLP

File  WRG-AUS/JCP
Invoice number  102933

Re:  W. R. Grace & Co.
     David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| PLAN AND DISCLOSURE STATEMENT | 5.4 | 2,619.00 |
| LITIGATION | 1.2 | 582.00 |
| FEE/EMPLOYMENT APPLICATIONS | 3.5 | 871.50 |
| CASE ADMINISTRATION | 0.2 | 33.00 |
| Subtotal for FEES only: 05/31/12 | 10.3 | $4,105.50 |

| RATE | SUMM | | HOURS | | | |
|---|---|---|---|---|---|---|
| 485.00 | JCP | 7.30 | 7.30 | 3,540.50 | 0.00 | 0.00 |
| 305.00 | AB | 0.50 | 0.50 | 152.50 | 0.00 | 0.00 |
| 165.00 | CAH | 2.50 | 2.50 | 412.50 | 0.00 | 0.00 |
| Totals | | 10.30 | 10.30 | 4,105.50 | 0.00 | 0.00 |

```
   Sorts:  Grouping code          (Paginate)
           Client code
           Actual employee code   (Subtotal)
           Transaction date

   Ranges:
       Include "Client code" from WRG to WRG
       Exclude "Billable $" from 0.00 to 0.00
       Include "Invoice Number" from 102933 to 102933
```

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---------|---------------------------|---------|------------|-------------------------|----------------|------------------|-------|
| WRG | CASE ADMINISTRATION | CAH | 05/22/12 | Convert 2002 list to Word and send to D. Fullem as per request. | 0.20 | 33.00 | Ca |
| | | | | | ----- | ------ | |
| | | | | | 0.20 | 33.00 | |
| | | | | | ----- | ------ | |
| | | | | | 0.20 | 33.00 | |
| | | | | | ----- | ------ | |

```
Total records this group:  1
```

LEGALMASTER MIRC for Transactions

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---------|--------------------------|---------|------------|-------------------------|----------------|------------------|-------|
| WRG | LITIGATION | JCP | 05/01/12 | Review of Debtors' 43rd Quarterly Report of Settlements. | 0.10 | 48.50 | Li |
| WRG | LITIGATION | JCP | 05/07/12 | Review of Montana's Objection to Debtors' settlement with Libby Claimants. | 0.30 | 145.50 | |
| WRG | LITIGATION | JCP | 05/15/12 | Review of Motion for Order Authorizing Long Term Incentive Plan. | 0.10 | 48.50 | |
| WRG | LITIGATION | JCP | 05/18/12 | Review of Agenda for 5/23/12 Hearing; conference with paralegal re: registering John C. Phillips, Jr. for Court Call for same; review of Court Call confirmation for same. | 0.20 | 97.00 | |
| WRG | LITIGATION | JCP | 05/21/12 | Review of Amended Agenda canceling 5/23/12 Hearing; review of Order canceling same. | 0.10 | 48.50 | |
| WRG | LITIGATION | JCP | 05/22/12 | Review of Order re: 8/27/12 Hearing; review of Order canceling 9/24/12 Hearing. | 0.10 | 48.50 | |
| WRG | LITIGATION | JCP | 05/31/12 | Review of Certification of Counsel re: filing proposed Revised Order re: Libby Claimants' Settlement with enclosure; review of same. | 0.30 | 145.50 | |
| | | | | | ----- | ------- | |
| | | | | | 1.20 | 582.00 | |
| | | | | | ----- | ------- | |
| | | | | | 1.20 | 582.00 | |
| | | | | | ----- | ------- | |

Total records this group:  7

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---------|---------------------------|---------|------------|-------------------------|----------------|------------------|-------|
| WRG | FEE/EMPLOYMENT APPLICATIONS | AB | 05/22/12 | Filing of Fee Applications for co-counsel. | 0.30 | 91.50 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | AB | 05/24/12 | Filing of Monthly Fee Application for Orrick Herrington. | 0.20 | 61.00 | |
| | | | | | ----- 0.50 ----- | ------- 152.50 ------- | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 05/02/12 | Reconcile payments to Fee Applications and invoices. | 0.10 | 16.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 05/17/12 | Review of e-mail from D. Fullem and download and file Certificate of No Objection for March Fee Application; e-mail docket number to D. Fullem. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 05/21/12 | Draft Certificate of No Objection for Phillips, Goldman & Spence March Fee Application and forward to John C. Phillips, Jr. to execute. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 05/21/12 | Draft Phillips, Goldman & Spence April Fee Application. | 0.80 | 132.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 05/22/12 | Scan, file and serve Phillips, Goldman & Spence Certificate of No Objection for March Fee Application. | 0.20 | 33.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 05/22/12 | Review of e-mail from D. Fullem and download Orrick's Quarterly Fee Application; file same and send docket number. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 05/24/12 | Scan, OCR and file Phillips, Goldman & Spence April Fee Application, then serve same. | 0.30 | 49.50 | |
| | | | | | ----- 2.30 ----- | ------- 379.50 ------- | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 05/05/12 | Review of and revise Phillips, Goldman & Spence April 2012 prebill. | 0.10 | 48.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 05/21/12 | Review of, revise and execute Certificate of No Objection re: Phillips, Goldman & Spence 94th Monthly Fee Application; conference with Celeste A. Hartman re: same. | 0.20 | 97.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 05/23/12 | Review, revise and execute Phillips, Goldman & Spence 95th Monthly Fee Application; conference with Celeste A. Hartman re: same. | 0.20 | 97.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 05/25/12 | E-mail from Debra Fullem re: filing Orrick Fee Application with enclosure; review of same; conference with Aaron C. Baker re: same. | 0.20 | 97.00 | |
| | | | | | ----- 0.70 ----- | ------- 339.50 ------- | |
| | | | | | ----- 3.50 ----- | ------- 871.50 ------- | |

Total records this group:  13

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 05/01/12 | Review of Order rescheduling 5/1/12 Hearing to 5/8/12. | 0.10 | 48.50 | ps |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 05/08/12 | Travel to and from Philadelphia, PA (1.3 hr. with detour to train station to deliver Roger Frankel and Rick Wyron-billed half time); Meeting with co-counsel to prepare for hearing (1.0); Court appearance re: oral argument on Garlock's appeal (2.3). | 4.60 | 2,231.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 05/15/12 | E-mail from Debra Fullem re: 5/8/11 Hearing transcript with enclosure; preliminary review of same. | 0.30 | 145.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 05/24/12 | E-mail from counsel for Debtors' re: draft letter to 3rd Circuit re: status update with enclosure; review of same. | 0.10 | 48.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 05/29/12 | Review of as filed 5/25/12 3rd Circuit Status Report; review of Anderson's Motion for Relief from Order Affirming Confirmation. | 0.30 | 145.50 | |
| | | | | | -----  5.40 | ---------  2,619.00 | |
| | | | | | -----  5.40 | ---------  2,619.00 | |

Total records this group:  5

| | | | | | ------  10.30 | ---------  4,105.50 | |

26 records printed.