EXHIBIT B

PHILLIPS, GOLDMAN & SPENCE, P.A.

EXPENSE RECORDS

FOR THE TIME PERIOD
MAY 1, 2012 THROUGH
MAY 31, 2012

Phillips, Goldman & Spence, P.A.

Page   2

June 11, 2012

Orrick, Herrington & Sutcliffe, LLP

                                        File   WRG-AUS/JCP
                             Invoice number   102933

Re:  W. R. Grace & Co.
     David T. Austern

COSTS ADVANCED

```
05/02/12  Photocopies                                                    7.20
05/07/12  Check No.: 48705 - Parcels, Inc. - document
          retrieval/service/copy/mail, etc.                             776.11
05/21/12  Check No.: 48824 - Parcels, Inc. - document
          retrieval/service/copy/mail, etc.                             194.80
                                                                  -------------
              Subtotal for COSTS only:  05/31/12                      $978.11
                                                                  -------------
```