# EXHIBIT A
# ORRICK, HERRINGTON & SUTCLIFFE LLP
# INVOICES FOR THE TIME PERIOD
# MAY 1-31, 2012



**ORRICK**

ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, D.C. 20005-1706

tel +1-202-339-8400
fax +1-202-339-8500

WWW.ORRICK.COM

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

June 14, 2012
Client No. 17367
**Invoice No. 1370981**
*Replaces Original Invoice No. 1370722*

Orrick Contact: Roger Frankel

| | | |
|---|---|---|
| FOR SERVICES RENDERED through May 31, 2012 in connection with the matters described on the attached pages: | $ | 179,513.25 |
| DISBURSEMENTS as per attached pages: | | 3,284.58 |
| **TOTAL CURRENT FEES & DISBURSEMENTS** (Pay this Amount): | $ | 182,797.83 |

Matter(s): 17367/13, 15, 8

## DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:
$270,942.56
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701. Fax (304) 231-2501.

### REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

| **REMITTANCE ADDRESS:** | **ELECTRONIC FUNDS TRANSFERS:** | **OVERNIGHT DELIVERY:** |
|---|---|---|
| Orrick, Herrington & Sutcliffe LLP<br>Lockbox #774619<br>4619 Solutions Center<br>Chicago, IL 60677-4006<br>Reference: 17367/ Invoice: 1370981 | *ACH & Wire Transfers:*<br>*ABA Number 121000248*<br>*SWIFT CODE: WFBIUS6S*<br>*Account Number: 4123701088*<br>*Wells Fargo*<br>*420 Montgomery Street*<br>*San Francisco, CA 94104*<br>*Account of*<br>*Orrick, Herrington & Sutcliffe LLP*<br>*Reference: 17367/ Invoice: 1370981*<br>*E.I.N. 94-2952627* | Orrick, Herrington & Sutcliffe LLP<br>c/o Wells Fargo<br>Attn: Lockbox #774619<br>350 East Devon Avenue<br>Itasca, IL 60143<br>(213) 614-3248<br>Reference: 17367/ Invoice: 1370981 |



**ORRICK**

ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, D.C. 20005-1706

tel +1-202-339-8400
fax +1-202-339-8500

WWW.ORRICK.COM

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

June 14, 2012
Client No. 17367
**Invoice No. 1370981**
*Replaces Original Invoice No. 1370722*

Orrick Contact: Roger Frankel

For Legal Services Rendered Through May 31, 2012 in Connection With:

**Matter:  8 - Litigation**

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 05/01/12 | D. Felder | Revise draft response letter to Montana (1.5); review Bankruptcy Court and District Court pleadings and hearing transcripts regarding Garlock issues and prepare outline regarding same (5.5). | 7.00 |
| 05/01/12 | R. Wyron | Review insurance assignment decision and respond to e-mails re same (.9); follow-up on settlement issues (.2); respond to inquiry from A. Rich and follow-up (.3); work on response to Montana (1.3). | 2.70 |
| 05/01/12 | R. Frankel | Review draft letter to counsel for Montana, notes regarding same. | 0.80 |
| 05/01/12 | R. Frankel | Telephone conference with R. Wyron regarding Federal Mogul opinion, hearing. | 0.40 |
| 05/01/12 | R. Frankel | Review J. Buckwalter opinion in preparation for May 8 hearing on reconsideration. | 1.30 |
| 05/01/12 | R. Frankel | Read Federal Mogul Third Circuit opinion (1.8); review e-mails regarding same (.3). | 2.10 |
| 05/02/12 | D. Felder | Review recently filed pleadings and presentation from Grace. | 1.00 |
| 05/02/12 | R. Wyron | Attend meeting with FCR on estimation issues and follow-up; review materials for meeting. | 1.60 |
| 05/02/12 | R. Wyron | Review argument outline for 5/8 hearing and follow-up. | 1.10 |
| 05/02/12 | R. Frankel | Attend FCR meeting in NY re payment percentage issues. | 1.10 |
| 05/02/12 | R. Frankel | Review materials from D. Felder in preparation for May 8 hearing. | 0.90 |
| 05/02/12 | R. Frankel | Review 2012 Operating Plan presentation from R. Higgins (.9); review presentation from R. Higgins re Project Helios (.7). | 1.60 |


**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 2

June 14, 2012  
Invoice No. 1370981

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 05/03/12 | D. Felder | Review and revise response to Montana (1.5); research regarding response to Garlock's motion for reconsideration and e-mails with R. Frankel regarding same (2.4); research regarding confirmation issues (2.6). | 6.50 |
| 05/03/12 | R. Wyron | Review FCR argument for 5/8 and follow-up with R. Frankel (.9); work on Montana letter and confer re comments (1.2); review estoppel case law (.6). | 2.70 |
| 05/03/12 | R. Frankel | Confer with R. Wyron re May 8 hearing and letter to counsel for Montana (.3); notes re same (.2). | 0.50 |
| 05/03/12 | R. Frankel | Review transcripts, excerpts from briefs in preparation for May 8 hearing. | 2.20 |
| 05/03/12 | R. Frankel | Revise outline for argument at May 8 hearing. | 2.90 |
| 05/03/12 | R. Frankel | Review, consider exchange of e-mails re Project Helios. | 0.30 |
| 05/03/12 | R. Frankel | Review, edit revised letter to counsel for Montana (.4); confer with R. Wyron re same (.4). | 0.80 |
| 05/04/12 | D. Fullem | Prepare docket update and circulate to group; review recently filed pleadings; review e-mail from R. Frankel re deadline to object to Libby settlement; review Montana objection and forward to R. Frankel, R. Wyron and D. Felder. | 1.00 |
| 05/04/12 | D. Felder | Review and revise response letter to Montana and e-mail correspondence regarding same (2.0); review argument outline regarding Garlock's motion for reconsideration and e-mail to R. Frankel regarding same (.6). | 2.60 |
| 05/04/12 | R. Wyron | Call with J. Radecki re pending issues and follow-up (.7); review materials on Project Helios (.4); calls and e-mails re settlement documents (.3); review draft response to Montana (.4); review Montana objection to settlement motion and respond to e-mails re same (.6). | 2.40 |
| 05/04/12 | R. Frankel | Review R. Higgins response re Project Helios. | 0.30 |
| 05/04/12 | R. Frankel | Finalize outline of oral argument for May 8 hearing (1.3); review pleadings re same (.5). | 1.80 |
| 05/04/12 | R. Frankel | Review series of e-mails with R. Wyron, A. Paul, M. Giannotto and others re finalization of settlement documents. | 0.50 |
| 05/04/12 | R. Frankel | Review, edit revised letter to counsel for Montana. | 0.60 |
| 05/04/12 | R. Frankel | Review, consider proposed H.R. 4369. | 0.40 |
| 05/04/12 | R. Frankel | Review case law in preparation for May 8 hearing re waiver argument. | 1.40 |
| 05/04/12 | R. Frankel | Review transcript of oral argument before Judge Buckwalter re Garlock's objections. | 1.60 |
| 05/04/12 | R. Frankel | Review, consider limited objection of Montana to settlement. | 0.90 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 3

June 14, 2012  
Invoice No. 1370981

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 05/06/12 | R. Wyron | Review draft letter with ACC and Grace comments and follow-up (.3); revise draft (.3); review outline for Garlock argument and provide comments (.6). | 1.20 |
| 05/07/12 | D. Felder | Conference with R. Wyron regarding update and Garlock's motion (.2); review and revise response to Montana (1.0); e-mail correspondence with J. O'Neill regarding preliminary agenda (.1); review e-mail correspondence regarding Project Helios and review power point regarding same (1.0). | 2.30 |
| 05/07/12 | R. Wyron | Calls with M. Giannotto re settlement agreement and Montana objection (.4); review outline for argument (.4); review and revise Montana letter and follow-up (.8); meet with Grace team re hearing prep and follow-up (3.7); confer with R. Frankel and e-mails re same (.4). | 5.70 |
| 05/07/12 | R. Frankel | Review outline of oral argument. | 0.60 |
| 05/07/12 | R. Frankel | Confer with R. Wyron regarding hearing before Judge Buckwalter. | 1.10 |
| 05/07/12 | R. Frankel | Confer with J. Donley, A. Paul, P. Lockwood, R. Wyron in preparation for hearing. | 3.70 |
| 05/07/12 | R. Frankel | Review outline, pleadings for oral argument before Judge Buckwalter during travel. | 1.80 |
| 05/07/12 | R. Frankel | Review lower court briefs in preparation for May 8 hearing. | 2.20 |
| 05/08/12 | D. Felder | E-mail correspondence with J. O'Neill regarding May omnibus hearing (.2); review preliminary agenda (.1); review Montana's limited objection to settlement agreement (.5). | 0.80 |
| 05/08/12 | R. Wyron | Confer with R. Frankel re strategy (.8); attend hearing on Garlock appeal (3.1); confer with counsel after hearing and follow-up (.8); review notes on settlement, and confer with M. Giannotto re status and Montana objection (.8). | 5.50 |
| 05/08/12 | R. Frankel | Confer with R. Wyron, J. Phillips, D. Turetsky, F. Monaco following May 8 hearing. | 0.70 |
| 05/08/12 | R. Frankel | Review hearing demonstratives from J. Donley (1.1); review outline of two FCRs argument (.7). | 1.80 |
| 05/08/12 | R. Frankel | Attend hearing before Judge Buckwalter in USDC Philadelphia. | 3.50 |
| 05/08/12 | R. Frankel | Confer with R. Wyron in preparation for hearing. | 0.80 |
| 05/09/12 | D. Felder | Conference with R. Wyron regarding update (.2); revise response letter to Montana and e-mail regarding same (.7); review power point slides from Grace in preparation for conference call regarding 2012 operating plan (.8); telephone conference with Grace regarding 2012 operating plan (.9). | 2.60 |


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 4

June 14, 2012
Invoice No. 1370981

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 05/09/12 | R. Wyron | Review and respond to e-mails re proposed language re Montana objection for approval order, and follow-up (.9); multiple calls with insurer counsel and debtors re same (.7); call with Grace counsel re strategy and follow-up (.4); review Helios issues and calls re same (.7). | 2.70 |
| 05/09/12 | R. Wyron | Call with J. Radecki re warrants and follow-up. | 0.60 |
| 05/09/12 | R. Frankel | Telephone conference with Grace management, advisors regarding 2012 operating plan. | 0.90 |
| 05/09/12 | R. Frankel | Review language from J. Gettleman regarding revised order approving settlements, series of e-mails regarding same. | 0.70 |
| 05/09/12 | R. Frankel | Telephone conference with J. Donley, P. Lockwood, R. Wyron regarding Garlock discussion (.9); notes regarding same (.3). | 1.20 |
| 05/09/12 | R. Frankel | Telephone conference with J. Radecki regarding warrants, counterproposal to Blackstone. | 0.40 |
| 05/09/12 | R. Frankel | Review materials in preparation for Grace conference call regarding Project Helios. | 0.60 |
| 05/09/12 | R. Frankel | Review status of 3rd circuit appeal and related issues following May 8 hearing. | 0.80 |
| 05/10/12 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 05/10/12 | R. Wyron | Work on resolution of Montana objection and approval order language (1.7); multiple calls with A. Paul, R. Frankel and M. Giannotto re approval order and follow-up (.9); review and revise Montana letter and follow-up (.6). | 3.20 |
| 05/10/12 | R. Frankel | Review draft motion to approve Long Term Incentive Plan, order regarding same (.6); exchange of e-mails with J. Radecki (.2). | 0.80 |
| 05/10/12 | R. Frankel | Review revised settlement letter to counsel for Montana (.4); review series of e-mails with D. Felder, R. Wyron, P. Lockwood, J. Donley regarding same (.7). | 1.10 |
| 05/10/12 | R. Frankel | Telephone conferences with R. Wyron, J. Aldock regarding May 23 hearing, proposed order (.8); review series of e-mails regarding language in proposed order (.8). | 1.60 |
| 05/11/12 | D. Felder | Research regarding plan issues (2.5); telephone conferences with J. Radecki and J. Solganick regarding same (.5); telephone conference with R. Frankel regarding same (.2). | 3.20 |
| 05/11/12 | R. Wyron | Follow-up on settlement issues and respond to e-mails re same (.4); review language for approval order re Montana and respond to e-mails re same (.7). | 1.10 |
| 05/11/12 | R. Wyron | Review warrant analysis and respond to e-mails re same. | 0.40 |
| 05/11/12 | R. Frankel | Series of e-mails with A. Paul, J. Donley, insurers' counsel, re settlement approval order, Montana objection. | 1.20 |


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 5

June 14, 2012  
Invoice No. 1370981

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 05/11/12 | R. Frankel | Review, consider Lincoln e-mail re warrant discussion (.6); telephone conference with D. Felder re same (.2). | 0.80 |
| 05/11/12 | R. Frankel | Review final Independent Action settlement agreement and BNSF-Libby Agreement. | 2.20 |
| 05/11/12 | R. Frankel | Review further e-mails with proposed, settlement approval order changes (.4); telephone conference with M. Giannotto re order (.3). | 0.70 |
| 05/14/12 | D. Felder | E-mail correspondence with R. Frankel and R. Wyron regarding plan issues. | 0.80 |
| 05/14/12 | R. Wyron | Review and respond to e-mails re Montana objection to Libby settlement (.3); review reviewed language for order and follow-up (.2); call with counsel re approval order and e-mails re same (.9); finalize BNSF settlement and e-mails re same (.6). | 2.00 |
| 05/14/12 | R. Frankel | Review series of e-mails, draft order in preparation for conference call (1.1); telephone conference with R. Wyron re status (.2). | 1.30 |
| 05/14/12 | R. Frankel | Telephone conference with J. Donley, A. Paul, R. Wyron, P. Lockwood, insurer, BNSF counsel re form of order approving settlement (.4); notes re same (.2). | 0.60 |
| 05/14/12 | R. Frankel | Review e-mails, draft language from J. Gettleman re order. | 0.30 |
| 05/14/12 | R. Frankel | Review D. Felder, R. Wyron e-mails re warrant agreement (.6); review form of warrant agreement (.5). | 1.10 |
| 05/14/12 | R. Frankel | Confer with R. Wyron re status of approval order, plan amendment in context of warrant. | 0.80 |
| 05/15/12 | D. Felder | Telephone conference with J. Radecki, R. Frankel and R. Wyron regarding plan issues (.5); follow-up with R. Frankel and R. Wyron regarding same (.5); research regarding same (.5). | 1.50 |
| 05/15/12 | D. Felder | Telephone conference with J. Radecki regarding plan issues and follow-up regarding same. | 0.30 |
| 05/15/12 | R. Wyron | Review warrant analysis (.3); call with Lincoln re issues and follow-up (1.1); review plan provisions re amendment (.3). | 1.70 |
| 05/15/12 | R. Wyron | Work on Montana issue and calls re same (.3); review and respond to e-mails re BNSF settlement (.3). | 0.60 |
| 05/15/12 | R. Frankel | Review issues re court approval of warrant agreement implementation. | 0.80 |
| 05/15/12 | R. Frankel | Telephone conference with J. Radecki, J. Solganick, D. Felder, R. Wyron re warrant proposal (.7); confer with D. Felder, R. Wyron re court approval process (.5). | 1.20 |
| 05/15/12 | R. Frankel | Review transcript of May 8 oral argument before Judge Buckwalter. | 1.90 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 6

June 14, 2012  
Invoice No. 1370981

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 05/15/12 | R. Frankel | Series of e-mails with E. Inselbuch re meeting at Caplin (.3); telephone conference with J. Radecki re same (.2); telephone conference with E. Inselbuch re same (.1). | 0.60 |
| 05/16/12 | R. Wyron | Review Canada issues (.3); call with F. Monaco re same and follow-up (.6); review language re Approval Order and follow-up (.3). | 1.20 |
| 05/16/12 | R. Frankel | Review presentation from Lincoln with analysis of warrants. | 1.10 |
| 05/16/12 | R. Frankel | Review, consider COC draft from Kirkland regarding Libby settlement. | 0.40 |
| 05/16/12 | R. Frankel | Review warrant agreement, registration rights agreement. | 1.70 |
| 05/17/12 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 05/17/12 | D. Felder | Telephone conference with J. Radecki regarding Project Helios and Debtors' LTIP motion. | 0.20 |
| 05/17/12 | R. Wyron | Work on language for Montana orders and respond to e-mails re same (1.9); multiple calls with R. Frankel and P. Lockwood re issues (.6); calls re Canada and follow-up (.6). | 3.10 |
| 05/17/12 | R. Frankel | Telephone conferences with R. Wyron regarding further language changes to Approval Order, e-mails with new language. | 0.40 |
| 05/17/12 | R. Frankel | Review new 10th Circuit case regarding equitable mootness. | 0.90 |
| 05/17/12 | R. Frankel | Review issues, prepare notes during travel regarding warrant agreement. | 0.80 |
| 05/17/12 | R. Frankel | Review series of e-mails with revised language in order approving Libby - BNSF Settlement (.5); telephone conference with R. Wyron regarding same (.3). | 0.80 |
| 05/18/12 | D. Felder | Review plan and disclosure statement and e-mail correspondence to R. Wyron regarding same (.2); e-mail correspondence to D. Cohn regarding 2019 exhibits (.1); e-mail correspondence with J. Biggs regarding updates (.2); review e-mail correspondence regarding Montana's objection to settlement (.4); research regarding plan issue and e-mail R. Frankel and R. Wyron regarding same (2.5). | 3.40 |
| 05/18/12 | R. Wyron | Work on Montana order language (.6); multiple calls with P. Lockwood, R. Frankel and A. Paul re issues (1.4); review and respond to e-mails re language for order (.6). | 2.60 |
| 05/18/12 | R. Wyron | Review materials for meeting re warrants. | 0.40 |
| 05/18/12 | R. Frankel | Telephone conferences with R. Wyron regarding approval order language, hearing on May 23 (.3); review series of e-mails with R. Wyron, A. Paul, M. Giannotto regarding same.(.6). | 0.90 |
| 05/18/12 | R. Frankel | Telephone conference with J. Radecki regarding May 22 meeting presentation (.3); review D. Felder e-mail regarding plan modification issues (.4). | 0.70 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 7

June 14, 2012
Invoice No. 1370981

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 05/21/12 | R. Wyron | Review and respond to e-mails re Approval Order language (.3); calls re status of settlement and follow-up (.4); calls with Montana and follow-up (.4). | 1.10 |
| 05/21/12 | R. Frankel | Review Lincoln International presentation in preparation for meeting at Caplin (1.1); telephone conference with J. Radecki regarding Charter Oak position (.3). | 1.40 |
| 05/21/12 | R. Frankel | Review new language for order approving Libby-BNSF settlement (.5); review draft order (.6). | 1.10 |
| 05/21/12 | R. Frankel | Telephone conference with R. Wyron regarding status of approval order, status of Montana settlement discussions. | 0.40 |
| 05/22/12 | D. Fullem | Research recent Owens Corning opinion. | 0.30 |
| 05/22/12 | R. Wyron | Work on Canada issues (.2); review recent pleadings (.3). | 0.50 |
| 05/22/12 | R. Wyron | Confer with ACC counsel and financial advisors on warrant and follow-up (2.6); review case law on insurance assignments (.5). | 3.10 |
| 05/22/12 | R. Wyron | Continue work on Montana issues (.3); call with Grace and ACC counsel re strategy and follow-up (.8). | 1.10 |
| 05/22/12 | R. Frankel | Confer with E. Inselbuch, R. Wyron regarding Grace appeal issues, objections, settlement issues. | 1.20 |
| 05/22/12 | R. Frankel | Confer with E. Inselbuch, Lincoln Intl., Charter Oak, R. Wyron regarding monetizing warrant. | 1.80 |
| 05/22/12 | R. Frankel | Review COC from Kirkland, e-mails regarding same. | 0.50 |
| 05/22/12 | R. Frankel | Telephone conferences with Grace, P. Lockwood, R. Wyron regarding pending issues (.6); notes regarding same (.1). | 0.70 |
| 05/22/12 | R. Frankel | Review open issues in preparation for Grace conference call (.4); confer with R. Wyron in preparation for conference call (.3); notes regarding same (.2). | 0.90 |
| 05/23/12 | D. Felder | E-mail correspondence to and from R. Wyron regarding Canada issues. | 0.20 |
| 05/23/12 | R. Wyron | Review issues on Montana and Canada for 5/24 calls (.4); review Canada pleadings (.8). | 1.20 |
| 05/23/12 | R. Frankel | Review e-mail from J. Radecki regarding warrant agreement (.2); prepare edits to J. Radecki language (.4); exchange of e-mails with D. Austern (.3). | 0.90 |
| 05/23/12 | R. Frankel | Review objections filed by Montana, Canada in preparation for settlement discussions. | 1.40 |
| 05/23/12 | R. Frankel | Telephone conference with R. Wyron regarding status of approval order, issues regarding Montana and Canada (.4); notes regarding same (.2). | 0.60 |
| 05/23/12 | R. Frankel | Prepare notes, memo regarding counteroffer on warrant agreement (.5); telephone conference with D. Austern regarding same, confirmation issues (.4). | 0.90 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 8

June 14, 2012
Invoice No. 1370981

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 05/23/12 | R. Frankel | Read Owens Corning 3rd Circuit case (1.1); prepare notes regarding same (.3); e-mails with P. Lockwood regarding same (.1). | 1.50 |
| 05/24/12 | R. Wyron | Review Canada issues analysis (.3); call with Canadian counsel (.9); e-mails and calls re Canada issues (.3); call with Montana counsel and follow-up (1.3); begin outline of Canada presentation (.4); review Approval Order language and e-mails re same (.7). | 3.90 |
| 05/24/12 | R. Frankel | Review revised language in draft approval order from D. Cohn, A. Paul (.6); series of e-mails regarding same (.3). | 0.90 |
| 05/24/12 | R. Frankel | Telephone conferences with R. Wyron regarding calls with Montana, calls with Canada (.6); telephone conferences with E. Inselbuch regarding call with Montana (.3); notes regarding same (.3). | 1.20 |
| 05/24/12 | R. Frankel | Review materials in preparation for call with Montana (.6); telephone conference with E. Inselbuch, J. Donley, R. Wyron, Montana counsel (.5); prepare notes regarding same (.2). | 1.30 |
| 05/25/12 | R. Wyron | Review e-mails re Montana language and follow-up (.6); respond to e-mails re strategy (.3). | 0.90 |
| 05/25/12 | R. Frankel | Review 3rd circuit status update from J. Donley. | 0.30 |
| 05/29/12 | D. Felder | Research issues regarding appeals and e-mail correspondence with R. Frankel and R. Wyron regarding same. | 0.50 |
| 05/29/12 | R. Wyron | Review AMH motion (.4); review research and supporting documents and follow-up (.8); work on equitable mootness analysis (1.1). | 2.30 |
| 05/29/12 | R. Frankel | Confer with R. Wyron re Motion under Rule 60(b) filed by AMH (.4); review Rule 60(b) (.4). | 0.80 |
| 05/29/12 | R. Frankel | Review series of e-mails re approval order and certificate of counsel. | 0.60 |
| 05/29/12 | R. Frankel | Telephone conference with J. Radecki re status of warrant proposal (.2); revise language of proposal to Blackstone (.4). | 0.60 |
| 05/30/12 | R. Wyron | Work on Canada draft (1.3); review revised order re Montana and follow-up (.3). | 1.60 |
| 05/30/12 | R. Frankel | Review AMH motion for relief from confirmation order (1.1); prepare notes re same (.4). | 1.50 |
| 05/30/12 | R. Frankel | Review Thorpe case from D. Felder re equitable mootness. | 0.80 |
| 05/31/12 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 05/31/12 | R. Wyron | Revise Canada letter and follow-up (2.1); review AMH analysis and follow-up (.6). | 2.70 |
| 05/31/12 | R. Frankel | Review as-filed approval order and certificate of counsel re Libby-BNSF settlement. | 0.80 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -  
17367  
page 9

June 14, 2012  
Invoice No. 1370981

| | | | |
|---|---|---|---|
| 05/31/12 | R. Frankel | Review, consider J. Donley memorandum re response to AMH motion (.8); review motion, rules (.3). | 1.10 |

| | | |
|---|---|---|
| | Total Hours | 186.80 |
| | Total For Services | $165,830.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 32.90 | 650.00 | 21,385.00 |
| Roger Frankel | 91.10 | 995.00 | 90,644.50 |
| Debra O. Fullem | 1.90 | 270.00 | 513.00 |
| Richard H. Wyron | 60.90 | 875.00 | 53,287.50 |
| Total All Timekeepers | 186.80 | $887.74 | $165,830.00 |

Disbursements

| | |
|---|---|
| Document Reproduction | 7.00 |
| Express Delivery | 25.62 |
| Lexis Research | 13.18 |
| Local Tolls | 6.05 |
| Out of Town Business Meals | 61.59 |
| Outside Reproduction Services | 24.75 |
| Outside Services | 340.96 |
| Parking Expense | 9.00 |
| Taxi Expense | 33.60 |
| Telephone | 0.00 |
| Travel Expense, Local | 958.73 |
| Travel Expense, Out of Town | 558.84 |
| Westlaw Research | 752.02 |
| Total Disbursements | $2,791.34 |

**Total For This Matter**      $168,621.34



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 10

June 14, 2012  
Invoice No. 1370981

For Legal Services Rendered Through May 31, 2012 in Connection With:

**Matter: 13 - Compensation of Professionals - Orrick**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 05/01/12 | D. Fullem | Review status of fees/expenses; update chart of same. | 0.30 |
| 05/03/12 | D. Fullem | Review and respond to e-mail from R. Wyron re Grace remittance. | 0.20 |
| 05/04/12 | D. Fullem | Revise draft of Grace Orrick 25th Quarterly Fee App (Jan-Mar 2012) (1.0); e-mail to D. Felder and R. Wyron for review/comment and follow-up (.1). | 1.10 |
| 05/04/12 | D. Fullem | Review April pre-bill; prepare e-mail to P. Reyes, D. Felder and R. Wyron with comments. | 0.90 |
| 05/04/12 | D. Felder | Review April pre-bill. | 1.00 |
| 05/07/12 | D. Fullem | Review and respond to e-mail from accounting regarding status/timing of payments due from Grace. | 0.30 |
| 05/07/12 | D. Fullem | Prepare updated fee/expense charts and circulate same to R. Frankel and R. Wyron. | 0.40 |
| 05/08/12 | D. Fullem | Review final report from fee auditor for Orrick's Jan-March quarterly fee application; review D. Felder response to R. Wyron regarding same. | 0.20 |
| 05/08/12 | D. Fullem | Prepare revisions to quarterly fee application per D. Felder; finalize and send to R. Wyron for signature. | 0.40 |
| 05/08/12 | D. Felder | Review quarterly fee application and e-mail correspondence with D. Fullem regarding same. | 0.80 |
| 05/08/12 | R. Wyron | Review April pre-bill and provide comments (.4); follow-up on outstanding fee payments (.1). | 0.50 |
| 05/09/12 | D. Felder | Review fee auditor's final report and e-mail correspondence regarding same. | 0.20 |
| 05/10/12 | D. Fullem | Review e-mail from R. Wyron regarding Orrick's quarterly fee application for Jan-Mar 2012. | 0.20 |
| 05/10/12 | R. Wyron | Review draft 25th Quarterly Fee Application and e-mail re same. | 0.40 |
| 05/15/12 | D. Fullem | Prepare CNO for Orrick's March fee application. | 0.40 |
| 05/17/12 | D. Fullem | Follow-up with D. Felder; coordinate finalizing, filing, serving of CNO for March fee application. | 0.50 |
| 05/17/12 | D. Fullem | Research questions on expenses in quarterly fee application; provide detail for further review. | 1.00 |
| 05/17/12 | D. Felder | Review CNO for Orrick's March fee application. | 0.10 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 11

June 14, 2012  
Invoice No. 1370981

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 05/21/12 | D. Fullem | Review fee/expense charts. | 0.30 |
| 05/22/12 | D. Fullem | Coordinate filing/serving of quarterly fee application for Jan-Mar 2012 time period. | 0.50 |
| 05/23/12 | D. Fullem | Prepare April fee application. | 1.00 |
| 05/24/12 | D. Felder | Review April fee application and e-mail correspondence to D. Fullem regarding same. | 0.30 |
| 05/24/12 | R. Wyron | Review April fee application and follow-up. | 0.30 |
| 05/25/12 | D. Fullem | Finalize and coordinate filing/serving of April fee application. | 0.50 |

Total Hours    11.80  
Total For Services    $4,824.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 2.40 | 650.00 | 1,560.00 |
| Debra O. Fullem | 8.20 | 270.00 | 2,214.00 |
| Richard H. Wyron | 1.20 | 875.00 | 1,050.00 |
| Total All Timekeepers | 11.80 | $408.81 | $4,824.00 |

Disbursements  
    Document Reproduction     202.00  
    Outside Services     23.04  
    Postage     268.20  
    Total Disbursements     $493.24

**Total For This Matter**    $5,317.24


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 12

June 14, 2012
Invoice No. 1370981

For Legal Services Rendered Through May 31, 2012 in Connection With:

**Matter: 15 - Travel Time (Non-Working)**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 05/02/12 | R. Frankel | Travel from NY to DC re FCR meeting. | 1.00 |
| 05/07/12 | R. Wyron | Travel to Philadelphia for hearing. | 1.40 |
| 05/07/12 | R. Frankel | Travel to Philadelphia for hearing. | 1.60 |
| 05/08/12 | R. Wyron | Return to DC from hearing. | 2.00 |
| 05/08/12 | R. Frankel | Travel from Philadelphia to NY. | 3.30 |
| 05/17/12 | R. Frankel | Travel from DC to NY re meeting at Caplin & Drysdale. | 2.40 |
| 05/22/12 | R. Wyron | Travel to and from NY for meeting with ACC. | 4.00 |
| 05/28/12 | R. Frankel | Travel from NY to DC. | 3.00 |

|  | Total Hours | 18.70 |  |
|---|---|---|---|
|  | Total For Services |  | $8,859.25 |

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Roger Frankel | 11.30 | 497.50 | 5,621.75 |
| Richard H. Wyron | 7.40 | 437.50 | 3,237.50 |
| Total All Timekeepers | 18.70 | $473.76 | $8,859.25 |

**Total For This Matter**     $8,859.25

**\* \* \* COMBINED TOTALS \* \* \***

| Total Hours | 217.30 |  |
|---|---|---|
| Total Fees, all Matters |  | $179,513.25 |
| Total Disbursements, all Matters |  | $3,284.58 |
| Total Amount Due |  | $182,797.83 |