UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
----------------------------------X
In re : **W.R. Grace & Co., et al**

                                            Chapter    11
                                      Case Nos.01-01139
                                        **Claim No.  833**

          Debtors
----------------------------------X

NOTICE:  TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(2) OR (4)

To: (Transferor)  **Sierra Asset Management, LLC**
                  **(As Transferee from original Transferor New England**
                  **Industrial Truck, Inc.)**
                  **2699 White Road – Suite 255**
                  **Irvine, CA  92614**

The transfer of your claim (#833) as shown above, in the amount of
$83.60 has been transferred *(unless previously expunged by court order)*
to:

                  **SIERRA LIQUIDITY FUND, LLC**
                  **2699 WHITE RD. SUITE #255**
                  **IRVINE, CA 92614**


No action is required if you do not object to the transfer of your
claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20
DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**
      FILE A WRITTEN OBJECTION TO THE TRANSFER with:

            United States Bankruptcy Court
            District of Delaware
            Attn:  Bankruptcy Clerk
            824 N. Market Street – 3rd Floor
            Wilmington, DE  19801

      **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**
Refer to **INTERNAL CONTROL No.**    in your objection.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE
SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**


                        Clerk of Court
-----------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail,
postage prepaid on        , 20__.
Copy(check): Claims Agent__ Transferee__ Debtor's Attorney__

                              _____
                              Deputy Clerk

bc: objntc
OBJECTION NOTICE FOR TRANSFEROR-PROOF OF CLAIM ON FILE