# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: W.R. GRACE & CO., et al.,[1] ) | | |
| ) | | |
| Debtors. ) | Civil Action No. 11-199 (RLB) (Lead Case) | |
| ) | | |
| _____ ) | Procedurally Consolidated. | |
| Garlock Sealing Technologies LLC, et al. ) | | |
| ) | | |
| Appellants, ) | Civil Action No. 11-199 (RLB) | |
| v. ) | | |
| ) | **Re: Docket Nos. 217 and 218** | |
| W.R. Grace & Co., et al., ) | | |
| ) | | |
| Appellees. ) | | |
| _____ ) | | |

## NOTICE OF APPEAL TO UNITED STATES COURT OF
## APPEALS FOR THE THIRD CIRCUIT

PLEASE TAKE NOTICE that Garlock Sealing Technologies, LLC, by and through its undersigned counsel, hereby appeals to the United States Court of Appeals for the Third Circuit pursuant to 28 U.S.C. § 158(d) from the following memorandum opinion and final order of the

---

[1] The Debtors consist of the following entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-i Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), ECARG, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, LB Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company and H-G Coal Company.

5082543/

United States District Court for the District of Delaware dated and entered in the above-captioned cased on June 11, 2012:

| Docket Number | Title |
|---|---|
| 217 | Amended Memorandum Opinion |
| 218 | Order |

The names of all parties to the opinion and order being appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| **Counsel for Garlock Sealing Technologies LLC:** | |
|---|---|
| Garland S. Cassada, Esq.<br>Richard C. Worf, Esq.<br>ROBINSON, BRADSHAW & HINSON<br>101 North Tryon Street, Suite 1900<br>Charlotte, NC 28246<br>Telephone: (704) 377-8135 | Brett D. Fallon, Esq.<br>Eric J. Monzo, Esq.<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, DE 19899-2306<br>Telephone: (302) 888-6800 |
| **Counsel to W.R. Grace & Co., et al. (Debtors and Debtors in Possession):** | |
| John Donley, P.C.<br>Adam Paul, Esq.<br>Lisa G. Esayian, Esq.<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>Telephone: (312) 862-2000<br><br>Roger J. Higgins, Esq.<br>THE LAW OFFICES OF ROGER J. HIGGINS LLC<br>111 East Wacker Drive<br>Suite 2800<br>Chicago, IL 60601<br>Telephone: (312) 836-4022 | Laura Davis Jones, Esq.<br>James E. O'Neill, Esq.<br>Timothy P. Cairns, Esq.<br>Kathleen P. Makowski, Esq.<br>PACHULSKI, STANG, ZIEHL & JONES LLP<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br>Telephone: (302) 652-4100 |
| **Counsel to the Official Committee of Unsecured Creditors of W.R. Grace & Co., et al.:** | |
| Lewis Kruger, Esq.<br>Kenneth Pasquale, Esq.<br>Arlene Krieger, Esq.<br>STROOCK & STROOCK & LAVAN LLP<br>180 Maiden Lane<br>New York, NY 10038<br>Telephone: (212) 806-5400 | Michael R. Lastowski, Esq.<br>Richard W. Riley, Esq.<br>DUANE MORRIS LLP<br>222 Delaware Avenue, Suite 1600<br>Wilmington, DE 19801-1659<br>Telephone: (302) 657-4900 |

5082543/

| | |
|---|---|
| William S. Katchen, Esq.<br>DUANE MORRIS LLP<br>744 Broad Street, Suite 1200<br>Newark, NJ 07102-3889<br>Telephone: (973) 424-2031 | |
| **Counsel for the Official Committee of Asbestos Personal Injury Claimants:** ||
| Elihu Inselbuch, Esq.<br>CAPLIN & DRYSDALE, CHARTERED<br>375 Park Avenue, 35th Floor<br>New York, NY 10152-3500<br>Telephone: (212) 319-7125<br><br>Peter Van N. Lockwood, Esq.<br>Nathan D. Finch, Esq.<br>Jeffrey A. Liesemer, Esq.<br>Kevin Maclay, Esq.<br>CAPLIN & DRYSDALE, CHARTERED<br>One Thomas Circle, N.W., 12th Floor<br>Washington, DC 20005<br>Telephone: (202) 862-5000 | Mark T. Hurford, Esq.<br>Marla R. Eskin, Esq.<br>CAMPBELL & LEVIN, LLC<br>800 N. King Street, Suite 300<br>Wilmington, DE 19801<br>Telephone: (302) 426-1900 |
| **Counsel to the Official Committee of Equity Security Holders:** ||
| Philip Bentley, Esq.<br>David E. Blabey, Jr., Esq.<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 715-9100 | Teresa K.D. Currier, Esq.<br>SAUL EWING LLP<br>222 Delaware Avenue, Suite 1200<br>P.O. Box 1266<br>Wilmington, DE 19899<br>Telephone: (302) 421-6800 |
| **Counsel to the Official Committee of Asbestos Property Damage Claimants:** ||
| Scott L. Baena, Esq.<br>Jay M. Sakalo, Esq.<br>BILZIN SUMBERG BAENA PRICE & AXELROD LLP<br>1450 Brickell Avenue, 23rd Floor<br>Miami, FL 33131-3456<br>Telephone: (305) 374-7580 | Michael B. Joseph, Esq.<br>Theodore J. Tacconelli, Esq.<br>Lisa L. Coggins, Esq.<br>FERRY, JOSEPH & PEARCE, P.A.<br>824 Market Street, Suite 1000<br>P.O. Box 351<br>Wilmington, DE 19899<br>Telephone: (302) 575-1555 |

Case 01-01139-AMC Doc 29119 Filed 06/27/12 Page 4 of 11

| | |
|---|---|
| **Counsel to the United States Trustee:** | |
| David M. Klauder<br>Trial Attorney<br>J. Caleb Boggs Federal Building<br>Office of the United States Trustee<br>844 North King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801<br>Telephone: (302) 573-6491 | |
| **Counsel to David T. Austern, Asbestos PI Future Claimants' Representative:** | |
| Roger Frankel, Esq.<br>Richard H. Wyron, Esq.<br>Debra L. Felder, Esq.<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1152 15th Street, NW<br>Washington, DC 20005<br>Telephone: (202) 339-8400 | John C. Phillips, Jr.<br>PHILLIPS, GOLDMAN & SPENCE, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806<br>Telephone: (302) 655-4200 |
| **Counsel for the Bank Lender Group:** | |
| Moses Silverman, Esq.<br>Stephen J. Shimshak, Esq.<br>Andrew N. Rosenberg, Esq.<br>Rebecca R. Zubaty, Esq.<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Telephone: (212) 373-3000 | Richard S. Cobb, Esq.<br>James S. Green, Jr., Esq.<br>LANDIS RATH & COBB LLP<br>919 Market Street, Suite 1800<br>P.O. Box 2087<br>Wilmington, DE 19899<br>Telephone: (302) 467-4400 |
| **Counsel for Arrowood Indemnity Company f/k/a Royal Indemnity Company:** | |
| Carl J. Pernicone<br>WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP<br>150 East 42nd Street<br>New York, NY 10017<br>Telephone: (212) 490-3000<br><br>Tancred V. Schiavoni, Esq.<br>Charles J. Nerko, Esq.<br>O'MELVENY & MYERS LLP<br>7 Times Square<br>New York, NY 10036<br>Telephone: (212) 326-2000 | Garvan F. McDaniel, Esq.<br>BIFFERATO GENTILOTTI LLC<br>800 N. King Street, Plaza Level<br>Wilmington, DE 19801<br>Telephone: (302) 429-1900 |

5082543/

4

| **Counsel to the Honorable Alexander M. Sanders, Jr., as the Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands:** ||
|---|---|
| Alan B. Rich, Esq.<br>LAW OFFICE OF ALAN B. RICH<br>1201 Elm Street, Suite 4244<br>Dallas, TX 75270<br>Telephone: (214) 744-5100 | R. Karl Hill, Esq.<br>SEITZ VAN OGTROP & GREEN, P.A.<br>222 Delaware Avenue, Suite 1500<br>P.O. Box 68<br>Wilmington, DE 19899<br>Telephone: (302) 888-0600 |
| **Counsel to Anderson Memorial Hospital:** ||
| Daniel A. Speights, Esq.<br>C. Alan Runyan, Esq.<br>A. Gibson Solomons, III, Esq.<br>SPEIGHTS & RUNYAN<br>200 Jackson Avenue, East<br>P.O. Box 685<br>Hampton, SC 29924<br>Telephone: (803) 943-4444<br><br>John W. Kozyak, Esq.<br>David L. Rosendorf, Esq.<br>KOZYAK TROPIN & THROCKMORTON, P.A.<br>2525 Ponce de Leon, 9th Floor<br>Coral Gables, FL 33134<br>Telephone: (305) 372-1800 | Christopher D. Loizides, Esq.<br>LOIZIDES, P.A.<br>1225 King Street, Suite 800<br>Wilmington, DE 19801<br>Telephone: (302) 654-0248 |
| **Counsel for the Libby Claimants:** ||
| Daniel C. Cohn, Esq.<br>Christopher M. Candon, Esq.<br>Ryan M. MacDonald, Esq.<br>MURTH CULLINA LLP<br>99 High Street, 20th Floor<br>Boston, MA 02110<br>Telephone: (617) 457-4000 | Adam G. Landis, Esq.<br>Kerri K. Mumford, Esq.<br>LANDIS RATH & COBB LLP<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801<br>Telephone: (302) 467-4400 |
| **Counsel for Maryland Casualty Company:** ||
| Edward J. Longosz, II, Esq.<br>Gabriella V. Cellarosi<br>ECKERT SEAMANS CHERIN & MELLOTT, LLC<br>1717 Pennsylvania Avenue, N.W.<br>Suite 1200<br>Washington, DC 20006<br>Telephone: (202) 659-6600 | Jeffrey C. Wisler, Esq.<br>Marc J. Phillips, Esq.<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, DE 19801<br>Telephone: (302) 658-9141 |

| | |
|---|---|
| Richard A. Ifft, Esq.<br>Karalee C. Morell, Esq.<br>WILEY REIN LLP<br>1776 K Street, N.W.<br>Washington, DC 20006<br>Telephone: (202) 719-7170 | |
| **Counsel for BNSF Railway Company:** | |
| Edward C. Toole, Jr., Esq.<br>Linda J. Casey, Esq.<br>PEPPER HAMILTON LLP<br>3000 Two Logan Square<br>18th & Arch Streets<br>Philadelphia, PA 19103<br>Telephone: (215) 981-4000 | James C. Carignan, Esq.<br>PEPPER HAMILTON LLP<br>Hercules Plaza, Suite 5100<br>1313 North Market Street<br>P.O. Box 1709<br>Wilmington, DE 19899-1709<br>Telephone: (302) 777-6500 |
| **Counsel for Government Employees Insurance Company,**<br>**Republic Insurance Company n/k/a Starr Indemnity & Liability Company, OneBeacon**<br>**America Insurance Company and Seaton Insurance Company:** | |
| Michael F. Brown, Esq.<br>DRINKER BIDDLE & REATH LLP<br>One Logan Square, Suite 2000<br>Philadelphia, PA 19103<br>Telephone: (215) 988-2700 | Warren T. Pratt, Esq.<br>Joseph N. Argentina, Jr., Esq.<br>DRINKER BIDDLE & REATH LLP<br>1100 North Market Street, Suite 1000<br>Wilmington, DE 19801<br>Telephone: (302) 467-4200 |
| **Counsel for the State of Montana:** | |
| Francis A. Monaco, Jr., Esq.<br>Kevin J. Mangan, Esq.<br>Matthew P. Ward, Esq.<br>WOMBLE CARLYLE SANDRIDGE & RICE, PLLC<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801<br>Telephone: (302) 252-4320 | |
| **Counsel to Her Majesty the Queen in Right of Canada**<br>**as represented by the Attorney General of Canada:** | |
| Jacqueline Dais-Visca<br>Senior Counsel<br>Ontario Regional Office<br>Suite 3400, Box 34, The Exchange Tower<br>130 King Street, Toronto, Ontario<br>M5X1K6 | Francis A. Monaco, Jr., Esq.<br>Kevin J. Mangan, Esq.<br>Matthew P. Ward, Esq.<br>WOMBLE CARLYLE SANDRIDGE & RICE, PLLC<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801<br>Telephone: (302) 252-4320 |

5082543/

| **Counsel for AXA Belgium, as successor to Royale Belge SA:** | |
|---|---|
| Michael A. Shiner, Esq.<br>TUCKER ARENSBERG, P.C.<br>1500 One PPG Place<br>Pittsburgh, PA 15222<br>Telephone: (412) 566-1212<br><br>Eileen T. McCabe<br>MENDES & MOUNT, LLP<br>750 Seventh Avenue<br>New York, NY 10019<br>Telephone: (212) 261-8000 | R. Stokes Nolte, Esq.<br>REILLY JANICZEK & MCDEVITT, P.C.<br>1013 Centre Road, Suite 210<br>Wilmington, DE 19805<br>Telephone: (302) 777-1700 |
| **Counsel for Travelers Casualty and Surety Company:** | |
| Mary Beth Forshaw, Esq.<br>Andrew T. Frankel, Esq.<br>Kathrine A. McLendon, Esq.<br>Elisa Alcabes, Esq.<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, NY 10017-3954<br>Telephone: (212) 455-2000 | Robert J. Dehney, Esq.<br>Ann C. Cordo, Esq.<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>Wilmington, DE 19899<br>Telephone: (302) 658-9200 |
| **Counsel for Continental Casualty Company, Continental Insurance Company, and each of the "CNA Companies," as defined in the November 18, 2010 Settlement Agreement:** | |
| Elizabeth DeCristofaro, Esq.<br>FORD MARRIN ESPOSITO WITMEYER & GLESER, LLP<br>Wall Street Plaza, 23rd Floor<br>New York, NY 10005-1875<br>Telephone: (212) 269-4900<br><br>Daniel M. Glosband, Esq.<br>GOODWIN PROCTER LLP<br>Exchange Place<br>Boston, MA 02109<br>Telephone: (617) 570-1000<br><br>Michael S. Giannotto, Esq.<br>Frederick C. Schafrick, Esq.<br>GOODWIN PROCTER LLP<br>901 New York Avenue, N.W.<br>Washington, DC 20001<br>Telephone: (202) 346-4000 | Edward B. Rosenthal, Esq.<br>ROSENTHAL, MONHAIT & GODDESS, P.A.<br>P.O. Box 1070<br>Wilmington, DE 19899<br>Telephone: (302) 656-4433 |

| **Counsel for Sealed Air Corporation and Cryovac, Inc.:** | |
|---|---|
| Sheila L. Birnbaum, Esq.<br>David M. Turetsky, Esq.<br>Bert L. Wolff, Esq.<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY 10036<br>Telephone: (212) 735-3000 | Mark S. Chehi, Esq.<br>Robert A. Weber, Esq.<br>Douglas D. Herrmann, Esq.<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899<br>Telephone: (302) 651-3000 |
| **Counsel for Fresenius Medical Care Holdings, Inc.:** | |
| David S. Rosenbloom, Esq.<br>Nathan F. Coco, Esq.<br>MCDERMOTT WILL & EMERY LLP<br>227 West Monroe Street<br>Chicago, IL 60606<br>Telephone: (312) 372-2000 | Eric D. Schwartz, Esq.<br>Chad A. Fights, Esq.<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>Wilmington, DE 19801<br>Telephone: (302) 658-9200 |
| **Counsel for Post-Petition DIP Lenders:** | |
| J. Douglas Bacon, Esq.<br>LATHAM & WATKINS LLP<br>233 South Wacker Drive, Suite 5800<br>Chicago, IL 60606<br>Telephone: (312) 876-7638 | Neil B. Glassman, Esq.<br>BAYARD, P.A.<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899<br>Telephone: (302) 429-4224 |
| **Counsel for Federal Insurance Company:** | |
| William P. Shelley, Esq.<br>Jacob C. Cohn, Esq.<br>Ilan Rosenberg, Esq.<br>COZEN O'CONNOR<br>1900 Market Street<br>Philadelphia, PA 19103<br>Telephone: (215) 665-2000 | Barry M. Klayman, Esq.<br>COZEN O'CONNOR<br>1201 N. Market Street<br>Suite 1400<br>Wilmington, DE 19801<br>Telephone: (302) 295-2035 |

| **Counsel for Firemen's Fund Insurance Company:** ||
|---|---|
| Mark D. Plevin, Esq.<br>Leslie A. Davis, Esq.<br>Tacie H. Yoon, Esq.<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>Telephone: (202) 624-2500<br><br>Leonard P. Goldberger, Esq.<br>STEVENS & LEE, P.C.<br>1818 Market Street, 29th Floor<br>Philadelphia, PA 19103<br>Telephone: (215) 751-2864 | John D. Demmy, Esq.<br>STEVENS & LEE, P.C.<br>1105 North Market Street, 7th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 425-3308 |
| **Counsel for Hartford Accident and Indemnity Company; First State Insurance Company; Twin City Fire Insurance Company; New England Reinsurance Corporation:** ||
| Craig Goldblatt, Esq.<br>Nancy L. Manzer, Esq.<br>WILMER PICKERING HALE AND DORR LLP<br>1875 Pennsylvania Avenue, N.W.<br>Washington, DC 20006<br>Telephone: (202) 663-6000<br><br>William J. Bowman, Esq.<br>James P. Ruggeri, Esq.<br>Edward B. Parks, II, Esq.<br>HOGAN & HARTSON, L.L.P.<br>555 Thirteenth Street, N.W.<br>Washington, DC 20004<br>Telephone: (202) 637-5600 | Michael W. Yurkewicz, Esq.<br>KLEHR HARRISON HARVEY & BRANZBURG LLP<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801<br>Telephone: (302) 552-5519 |
| **Counsel for TIG Insurance Company; United States Fire Insurance Company:** ||
| George R. Calhoun, V, Esq.<br>STEPTOE & JOHNSON, LLP<br>1330 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>Telephone: (202) 261-0610 | Garvan F. McDaniel, Esq.<br>BIFFERATO GENTILOTTI LLC<br>800 N. King Street, Plaza Level<br>Wilmington, DE 19801<br>Telephone: (302) 429-8600 |

| **Counsel for National Union Fire Insurance Co. of Pittsburgh, Pa:** ||
| --- | --- |
| Michael S. Davis, Esq. <br> ZEICHNER ELLMAN & KRAUSE LLP <br> 575 Lexington Avenue <br> New York, NY 10022 <br> Telephone: (212) 233-0400 | Ricardo Palacio, Esq. <br> ASHBY & GEDDES, P.A. <br> 500 Delaware Avenue <br> P.O. Box 1150 <br> Wilmington, DE 19899 <br> Telephone: (302) 654-1888 |
| **Counsel for Zurich Insurance Company; Zurich International (Bermuda) Ltd.:** ||
| Richard A. Ifft, Esq. <br> Karalee C. Morell, Esq. <br> WILEY REIN LLP <br> 1776 K Street, N.W. <br> Washington, DC 20006 <br> Telephone: (202) 719-7170 | Jeffrey C. Wisler, Esq. <br> Marc J. Phillips, Esq. <br> Kelly M. Conlan, Esq. <br> CONNOLLY BOVE LODGE & HUTZ LLP <br> The Nemours Building <br> 1007 N. Orange Street <br> P.O. Box 2207 <br> Wilmington, DE 19899 <br> Telephone: (302) 658-9141 |
| **Counsel for Morgan Stanley Senior Funding, Inc.:** ||
| Jeff J. Friedman, Esq. <br> Noah Heller, Esq. <br> Merritt A. Pardini, Esq. <br> KATTE MUCHIN ROSENMAN LLP <br> 575 Madison Avenue <br> New York, NY 10022 <br> Telephone: (212) 940-8800 | Stuart M. Brown, Esq. <br> DLA PIPER LLP <br> 919 North Market Street <br> 15th Floor <br> Wilmington, DE 19801 <br> Telephone: (302) 468-5640 |
| **Counsel for City of Vancouver; School District 68 Nanaimo-Ladysmith:** ||
| Daniel A. Speights, Esq. <br> C. Alan Runyan, Esq. <br> SPEIGHTS & RUNYAN <br> 200 Jackson Avenue, East <br> P.O. Box 685 <br> Hampton, SC 29924 <br> Telephone: (803) 943-4444 | Christopher D. Loizides, Esq. <br> LOIZIDES, P.A. <br> 1225 King Street, Suite 800 <br> Wilmington, DE 19801 <br> Telephone: (302) 654-0248 |

[The remainder if this page is intentionally left blank.]

| | |
|---|---|
| Dated: June 25, 2012 | **MORRIS JAMES LLP** |
| | /s/ Eric J. Monzo |
| | Brett D. Fallon (DE Bar No. 2480) |
| | Eric J. Monzo (DE Bar No. 5214) |
| | 500 Delaware Avenue, Suite 1500 |
| | P.O. Box 2306 |
| | Wilmington, DE 19899-2306 |
| | Telephone: (302) 888-6800 |
| | Facsimile: (302) 571-1750 |
| | E-mail: bfallon@morrisjames.com |
| | E-mail: emonzo@morrisjames.com |
| | -and- |
| | Garland Cassada, Esquire |
| | Richard C. Worf, Esquire |
| | ROBINSON, BRADSHAW & HINSON |
| | 101 North Tryon Street, Suite 1900 |
| | Charlotte, NC 28246 |
| | Telephone: (704) 377-8135 |
| | E-mail: GCassada@rbh.com |
| | RWorf@rbh.com |
| | *Attorneys for Garlock Sealing Technologies LLC* |

5082543/

11