```
UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
-----------------------------------X
In re :  W.R. Grace & Co., et al
                                                        Chapter    11
                                                   Case Nos.01-01139
                                                      Claim No. 767

              Debtors
-----------------------------------X
```

NOTICE:   TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(2) OR (4)

To: (Transferor)   Sierra Asset Management, LLC
                   (As Transferee from original Transferor Campbell,
                   McCranie, P.C.)
                   2699 White Road – Suite 255
                   Irvine, CA   92614

The transfer of your claim (#767) as shown above, in the amount of $15,019.16 has been transferred *(unless previously expunged by court order)* to:

> SIERRA LIQUIDITY FUND, LLC
> 2699 WHITE RD. SUITE #255
> IRVINE, CA 92614

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**
    FILE A WRITTEN OBJECTION TO THE TRANSFER with:

> United States Bankruptcy Court
> District of Delaware
> Attn:  Bankruptcy Clerk
> 824 N. Market Street – 3rd Floor
> Wilmington, DE  19801

   SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to **INTERNAL CONTROL No.**      in your objection.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

                                          Clerk of Court
-----------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on          , 20__.
Copy(check): Claims Agent__ Transferee__ Debtor's Attorney__

                                                   _____
                                                      Deputy Clerk

bc: objntc
OBJECTION NOTICE FOR TRANSFEROR-PROOF OF CLAIM ON FILE