```
UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
----------------------------------------X
In re :  W.R. Grace & Co., et al
                                                    Chapter    11
                                                  Case Nos.01-01139
                                                   Claim No. 766

              Debtors
----------------------------------------X
```

NOTICE:  TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(2) OR (4)

To: (Transferor)   Sierra Asset Management, LLC
                   (As Transferee from original Transferor HTS)
                   2699 White Road - Suite 255
                   Irvine, CA   92614

The transfer of your claim (#766) as shown above, in the amount of **$15,564.62** has been transferred *(unless previously expunged by court order)* to:

> SIERRA LIQUIDITY FUND, LLC
> 2699 WHITE RD. SUITE #255
> IRVINE, CA 92614

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST**:
   FILE A WRITTEN OBJECTION TO THE TRANSFER with:

> United States Bankruptcy Court
> District of Delaware
> Attn: Bankruptcy Clerk
> 824 N. Market Street - 3rd Floor
> Wilmington, DE  19801

   SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to INTERNAL CONTROL No. ____ in your objection.
IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.

                              Clerk of Court
----------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 20__.
Copy(check): Claims Agent__ Transferee__ Debtor's Attorney__

                                                  _____
                                                  Deputy Clerk

bc: objntc
OBJECTION NOTICE FOR TRANSFEROR-PROOF OF CLAIM ON FILE