```
UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
--------------------------------------X
In re :  W.R. Grace & Co., et al
                                                          Chapter   11
                                                    Case Nos.01-01139
                                                        Claim No. 778

              Debtors
--------------------------------X
```

NOTICE: TRANSFER OF CLAIM PURSUANT TO **FRBP RULE 3001(e)(2) OR (4)**

To: (Transferor)    Sierra Asset Management, LLC
                    (As Transferee from original Transferor Jobe &
                    Company, Inc.)
                    2699 White Road – Suite 255
                    Irvine, CA  92614

The transfer of your claim (#778) as shown above, in the amount of $15,776.93 has been transferred *(unless previously expunged by court order)* to:

> SIERRA LIQUIDITY FUND, LLC
> 2699 WHITE RD. SUITE #255
> IRVINE, CA 92614

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN **20 DAYS** OF THE DATE OF THIS NOTICE, YOU MUST:
    FILE A WRITTEN OBJECTION TO THE TRANSFER with:

> United States Bankruptcy Court
> District of Delaware
> Attn: Bankruptcy Clerk
> 824 N. Market Street – 3rd Floor
> Wilmington, DE  19801

    SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to **INTERNAL CONTROL No.**    in your objection.
IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.

                            Clerk of Court
-----------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on         , 20__.
Copy(check): Claims Agent__ Transferee__ Debtor's Attorney__

                                            _____
                                            Deputy Clerk

bc: objntc
OBJECTION NOTICE FOR TRANSFEROR-PROOF OF CLAIM ON FILE