UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
-------------------------------------X
In re :  W.R. Grace & Co., et al

Chapter   11
Case Nos.01-01139
**Claim No. 780**

          Debtors
--------------------------------X

NOTICE:  TRANSFER OF CLAIM PURSUANT TO **FRBP RULE 3001(e)(2) OR (4)**

To: (Transferor)    **Sierra Asset Management, LLC**
                    **(As Transferee from original Transferor Kimmel**
                    **Automotive, Inc.)**
                    **2699 White Road — Suite 255**
                    **Irvine, CA   92614**

The transfer of your claim (#780) as shown above, in the amount of
$10,129.75 has been transferred *(unless previously expunged by court
order)* to:

              SIERRA LIQUIDITY FUND, LLC
              2699 WHITE RD. SUITE #255
              IRVINE, CA 92614


No action is required if you do not object to the transfer of your
claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20
DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**
          **FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

              United States Bankruptcy Court
              District of Delaware
              Attn:  Bankruptcy Clerk
              824 N. Market Street — 3rd Floor
              Wilmington, DE  19801

          **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**
Refer to **INTERNAL CONTROL No.**      in your objection.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE
SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**


                        Clerk of Court
-----------------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail,
postage prepaid on        , 20__.
Copy(check): Claims Agent__ Transferee__ Debtor's Attorney__


                                        _____
                                        Deputy Clerk

bc: objntc
OBJECTION NOTICE FOR TRANSFEROR-PROOF OF CLAIM ON FILE