# EXHIBIT A
(Fee Detail)

## **FEES**

| | |
|---|---:|
| **LITIGATION AND LITIGATION CONSULTING** | $13,022.50 |
| **FEE APPLICATION – APPLICANT** | $420.00 |
| **TOTAL FEES** | $13,442.50 |

# CASNER & EDWARDS, LLP
## ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

June 26, 2012
Bill Number 147612
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES

Re:   Litigation and Litigation Consulting

LEGAL SERVICES

THROUGH APRIL 30, 2012

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 04/02/12 | ARA | Quality control documents in the production set. | 3.00 Hrs | 405.00 |
| 04/02/12 | ARA | Document control. | 0.70 Hrs | 59.50 |
| 04/03/12 | ARA | Quality control documents in the production set. | 6.20 Hrs | 837.00 |
| 04/04/12 | ARA | Quality control documents in the production set. | 5.00 Hrs | 675.00 |
| 04/04/12 | ARA | Document control. | 0.50 Hrs | 42.50 |
| 04/05/12 | ARA | Quality control documents in the production set. | 5.70 Hrs | 769.50 |
| 04/05/12 | ARA | Document control. | 0.70 Hrs | 59.50 |
| 04/06/12 | ARA | Quality control documents in the production set. | 5.80 Hrs | 783.00 |
| 04/06/12 | ARA | Document control. | 0.50 Hrs | 42.50 |
| 04/09/12 | ARA | Quality control documents in the production set. | 3.20 Hrs | 432.00 |
| 04/09/12 | ARA | Document control. | 2.50 Hrs | 212.50 |

Page 1

Mark A. Shelnitz
Re:  Litigation and Litigation Consulting

THROUGH APRIL 30, 2012

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 04/10/12 | RAM | Read selected documents filed in bankruptcy court (.5). Read updated bankruptcy court docket entries to select documents to read. | 0.60 Hrs | 210.00 |
| 04/10/12 | ARA | Quality control documents in the production set. | 5.50 Hrs | 742.50 |
| 04/11/12 | ARA | Quality control documents in the production set. | 4.50 Hrs | 607.50 |
| 04/11/12 | ARA | Document control. | 0.60 Hrs | 51.00 |
| 04/12/12 | ARA | Quality control documents in the production set. | 3.20 Hrs | 432.00 |
| 04/12/12 | ARA | Document control. | 2.30 Hrs | 195.50 |
| 04/13/12 | ARA | Quality control documents in the production set. | 2.90 Hrs | 391.50 |
| 04/13/12 | ARA | Document control. | 3.00 Hrs | 255.00 |
| 04/17/12 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | 35.00 |
| 04/17/12 | ARA | Quality control documents in the production set. | 3.50 Hrs | 472.50 |
| 04/17/12 | ARA | Document control. | 2.50 Hrs | 212.50 |
| 04/18/12 | ARA | Quality control documents in the production set. | 5.10 Hrs | 688.50 |
| 04/18/12 | ARA | Document control. | 0.50 Hrs | 42.50 |
| 04/19/12 | ARA | Quality control documents in the production set. | 6.00 Hrs | 810.00 |
| 04/20/12 | ARA | Quality control documents in the production set. | 4.00 Hrs | 540.00 |
| 04/20/12 | ARA | Document control. | 1.50 Hrs | 127.50 |
| 04/24/12 | ARA | Quality control documents in the production set. | 3.10 Hrs | 418.50 |
| 04/24/12 | ARA | Document control. | 2.10 Hrs | 178.50 |
| 04/25/12 | ARA | Quality control documents in the production set. | 1.00 Hrs | 135.00 |
| 04/26/12 | ARA | Document control. | 1.00 Hrs | 85.00 |
| 04/26/12 | ARA | Quality control documents in the production set. | 3.90 Hrs | 526.50 |

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting


THROUGH APRIL 30, 2012

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 04/27/12 | ARA | Document control. | 1.80 Hrs | 153.00 |
| 04/27/12 | ARA | Quality control documents in the production set. | 4.40 Hrs | 594.00 |
| 04/30/12 | ARA | Document control. | 1.00 Hrs | 85.00 |
| 04/30/12 | ARA | Quality control documents in the production set. | 5.30 Hrs | 715.50 |

                                    TOTAL LEGAL SERVICES    $13,022.50

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 0.70 | 350.00 | 245.00 |
| Angela R. Anderson | 81.30 | 135.00 | 10,975.50 |
| Angela R. Anderson | 21.20 | 85.00 | 1,802.00 |
|  | 103.20 |  | $13,022.50 |

                                    TOTAL THIS BILL         $13,022.50

# Casner & Edwards, LLP
ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

June 26, 2012
Bill Number 147613
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES

Re:   Fee Applications, Applicant

LEGAL SERVICES

THROUGH APRIL 30, 2012

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 04/10/12 | RAM | Work on February fee application. | 0.60 Hrs | 210.00 |
| 04/12/12 | RAM | Work on February fee application; send it to in-house counsels to review. | 0.20 Hrs | 70.00 |
| 04/17/12 | RAM | Work on February fee application. | 0.20 Hrs | 70.00 |
| 04/18/12 | RAM | Finalize February fee application. | 0.10 Hrs | 35.00 |
| 04/20/12 | RAM | Send as filed February fee application to Fee Auditor. | 0.10 Hrs | 35.00 |

TOTAL LEGAL SERVICES     $420.00

LEGAL SERVICES SUMMARY

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 1.20 | 350.00 | 420.00 |
|  | 1.20 |  | $420.00 |

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Fee Applications, Applicant

|  |  |
|---|---|
| TOTAL THIS BILL | $420.00 |