**EXHIBIT B**
**(Expense Detail)**

## **EXPENSES**

| | |
|---|---:|
| **LITIGATION AND LITIGATION CONSULTING** | $12,571.72 |
| **FEE APPLICATION – APPLICANT** | $20.20 |
| **TOTAL EXPENSES** | $12,591.92 |

# CASNER & EDWARDS, LLP
## ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

June 26, 2012
Bill Number 147614
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

## FOR PROFESSIONAL SERVICES

Re:   Litigation and Litigation Consulting

## LEGAL SERVICES

### COSTS

THROUGH APRIL 30, 2012

**EXCESS POSTAGE**
| | | | |
|---|---|---|---|
| 04/30/12 | EXCESS POSTAGE | 1.70 | |
| | | | $1.70 |

**PHOTOCOPYING**
| | | | |
|---|---|---|---|
| 04/11/12 | 22 copies at $.10 per copy | 2.20 | |
| | | | $2.20 |

**RENT REIMBURSEMENT**
| | | | |
|---|---|---|---|
| 04/02/12 | ONE WINTHROP SQUARE, LLC: Rent and utilities for document repository at One Winthrop Square April 2012. | 12,159.37 | |
| | | | $12,159.37 |

**MISCELLANEOUS**
| | | | |
|---|---|---|---|
| 04/10/12 | RECORDKEEPER ARCHIVE CENTERS,: Storage from 4/01/12 through 4/30/12 | 408.45 | |
| | | | $408.45 |

|  |  |
|---|---|
| TOTAL COSTS | $12,571.72 |

Page 1

CASNER & EDWARDS, LLP<br>F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

                TOTAL THIS BILL        $12,571.72

# CASNER & EDWARDS, LLP

**ATTORNEYS AT LAW**

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

June 26, 2012
Bill Number  147615
File Number  52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

## FOR PROFESSIONAL SERVICES

Re:   Fee Applications, Applicant

## LEGAL SERVICES

## COSTS

THROUGH APRIL 30, 2012

### FEDERAL EXPRESS

| Date | Description | Amount |
|---|---|---|
| 04/17/12 | FEDERAL EXPRESS CORPORATION: To 919 N Market St, Pachulski Stang Ziehl & Jones from Casner and Edwards on March 19, 2012 by R A Murphy. | 20.20 |
| | | $20.20 |
| | TOTAL COSTS | $20.20 |
| | TOTAL THIS BILL | $20.20 |

Page 1