# Exhibit A

4023343.v1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., et al.,[1] | Case No. 01-01139 (JKF)<br>(Jointly Administered) |
| Debtors. | Objection Deadline: July 17, 2012<br>Hearing Date: TBD only if necessary |

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE
PERIOD OF MAY 1, 2012 THROUGH MAY 31, 2012**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

### Matter 101 - Bankruptcy Matters

#### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $624.00 | 1.2 | $ 748.80 |
| | | | | | |
| TOTAL | | | | 1.2 | $ 748.80 |

#### Expenses

| Description | Total |
|---|---|
| Photocopying | $ 32.70 |
| | |
| TOTAL | $ 32.70 |

4023343.v1


# FOLEY
# HOAG LLP

Seth D. Jaffe<br>
617-832-1203<br>
Boston

W.R. Grace & Co.

June 28, 2012
Invoice No.: 500900
Matter No.: 08743.00101

**Re:    Bankruptcy Matters**

For Professional Services rendered through May 31, 2012

| | |
|---|---:|
| Fees | $748.80 |
| Disbursements | 32.70 |
| **Total Fees and Disbursements** | **$781.50** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON        WASHINGTON        EMERGING ENTERPRISE CENTER        FOLEYHOAG.COM

Matter No.: 08743.00101
Re: Bankruptcy Matters

Invoice No.: 500900
June 28, 2012
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 05/08/12 | Jaffe | P230 | Preparing quarterly fee application (1.2). | 1.2 |
| | | | **Total Hours** | **1.2** |

Matter No.: 08743.00101
Re: Bankruptcy Matters

Invoice No.: 500900
June 28, 2012
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 1.2 | at | 624.00 | = | 748.80 |
| **Total Fees** | | | | | **$748.80** |

## Disbursement Summary

| Date | | Amount |
|---|---|---|
| 05/08/12 | In-House Photocopying | 4.80 |
| 05/08/12 | In-House Photocopying | 1.40 |
| 05/10/12 | In-House Photocopying | 6.30 |
| 05/14/12 | In-House Photocopying | 20.20 |
| **Total Disbursements** | | **$32.70** |

| | |
|---|---|
| **Total Fees** | $748.80 |
| **Total Disbursements** | 32.70 |
| **Total Fees and Disbursements** | **$781.50** |



**FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

June 28, 2012
Invoice No.: 500900
Matter No.: 08743.00101

Re:   **Bankruptcy Matters**

**Total Fees and Disbursements**          **$781.50**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| **Federal Tax ID : 04-2150535** | |
|---|---|
| **Wire Instructions:** <br> Citizens Bank <br> 1 Citizens Drive <br> Providence, RI 02915 | ABA: 011500120 <br> Swift #: CTZIUS33 <br> Account # 1133945993 <br> Beneficiary: Foley Hoag LLP – Wire Receipt <br> Account |

Reference
Information:

**Client/Matter #:** 08743.00101, **Invoice #:** 500900
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company

**Matter 102 - Blackburn and Union Privileges Superfund Site, Walpole, Mass**

Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $624.00 | 3.1 | $ 1,934.40 |
| | | | | | |
| TOTAL | | | | 3.1 | $ 1,934.40 |

4023343.v1



**FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

June 28, 2012
Invoice No.: 500901
Matter No.: 08743.00102

**Re:** **Blackburn and Union Privileges Superfund Site, Walpole, Mass**

For Professional Services rendered through May 31, 2012

| | |
|---|---|
| Fees | $1,934.40 |
| **Total Fees and Disbursements** | **$1,934.40** |

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 500901<br>June 28, 2012<br>Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 05/04/12 | Jaffe | P230 | Reviewing EPA approval of short term work and emails with team regarding same (.3). | 0.3 |
| 05/08/12 | Jaffe | P230 | Emails with team regarding access (.4). | 0.4 |
| 05/10/12 | Jaffe | P230 | Attention to access issues, including reviewing access agreement and email with team regarding same (.5). | 0.5 |
| 05/20/12 | Jaffe | P230 | Attention to access issues, including emails with Mr. Bucens and review of draft Lewis Pond dam agreement (.3). | 0.3 |
| 05/23/12 | Jaffe | P230 | Attention to EPA reimbursement issues, including reviewing EPA response and emails with team regarding same (.4). | 0.4 |
| 05/24/12 | Jaffe | P230 | Emails with team regarding EPA oversight costs (.5). | 0.5 |
| 05/25/12 | Jaffe | P230 | Attention to oversight cost issue, including emails with team and reviewing, revising, draft letter to EPA regarding same (.7). | 0.7 |
| | | | **Total Hours** | **3.1** |

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 500901
June 28, 2012
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 3.1 | at | 624.00 | = | 1,934.40 |
| | **Total Fees** | | | | **$1,934.40** |

| | | |
|---|---|---|
| **Total Fees** | | $1,934.40 |
| **Total Fees and Disbursements** | | $1,934.40 |



FOLEY
HOAG LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

June 28, 2012
Invoice No.: 500901
Matter No.: 08743.00102

Re:   **Blackburn and Union Privileges Superfund Site, Walpole, Mass**

**Total Fees and Disbursements**          **$1,934.40**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00102, **Invoice #:** 500901
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company

## Matter 103 – Wells G&H Superfund Site

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $624.00 | 10.2 | $  6,364.80 |
| Amy E. Boyd | Associate | Environmental | $430.00 | 3.4 | $  1,462.00 |
| | | | | | |
| **TOTAL** | | | | **13.6** | **$  7,826.80** |

### Expenses

| Description | Total |
|---|---|
| Telephone | $    15.99 |
| Taxi Fare | $    17.00 |
| | |
| **TOTAL** | **$    32.99** |

 **FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

June 28, 2012
Invoice No.: 500902
Matter No.: 08743.00103

**Re:**   **Wells G&H Superfund Site**

For Professional Services rendered through May 31, 2012

| | |
|---|---|
| Fees | $7,826.80 |
| Disbursements | 32.99 |
| **Total Fees and Disbursements** | **$7,859.79** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM

Matter No.: 08743.00103
Re: Wells G&H Superfund Site

Invoice No.: 500902
June 28, 2012
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 05/03/12 | Jaffe | P230 | Attention to EPA five-year review, including review of EPA changes and emails with team regarding same (.6). | 0.6 |
| 05/07/12 | Jaffe | P230 | Attention to Central Area, including PRP Group meeting, preparation for same, meeting with Ms. Duff regarding same, and emails with PRPs (5.3). | 5.3 |
| 05/08/12 | Jaffe | P230 | Attention to Central Area issues, including emails with team regarding meetings, schedule, and allocation (.8). | 0.8 |
| 05/09/12 | Jaffe | P230 | Attention to Central Area, including reviewing, revising, meeting minutes and emails with team regarding same, and telephone call and email with Mr. Bibler regarding allocation (1.2). | 1.2 |
| 05/11/12 | Jaffe | P230 | Emails with team regarding soil management plan (.5). | 0.5 |
| 05/11/12 | Boyd | P230 | Prepare for and attend conference call with internal team regarding meeting with EPA (1.3). | 1.3 |
| 05/14/12 | Jaffe | P230 | Attention to soil management issues, including emails with team and email with Mr. LeMay at EPA (.4). | 0.4 |
| 05/22/12 | Jaffe | P230 | Attention to Areas, 2, 3, and 4, and soil management, including emails with team and review of EPA position (.6). | 0.6 |
| 05/29/12 | Jaffe | P230 | Reviewing joint defense agreement and emails with Ms. Boyd and team regarding same (.4); attention to Central Area, including planning for meeting with EPA (.4). | 0.8 |
| 05/29/12 | Boyd | P230 | Review e-mails and materials in preparation for conference call (.4). | 0.4 |
| 05/30/12 | Boyd | P230 | Attended conference call to discuss preparation for meeting with EPA (1.4); reviewed follow-up e-mails to discuss issues raised on call (.3). | 1.7 |

**Total Hours**     **13.6**

Matter No.: 08743.00103
Re: Wells G&H Superfund Site

Invoice No.: 500902
June 28, 2012
Page 3

### TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|------------|-------|---|------|---|--------|
| Amy E Boyd | 3.4 | at | 430.00 | = | 1,462.00 |
| Seth D. Jaffe | 10.2 | at | 624.00 | = | 6,364.80 |
| **Total Fees** | | | | | **$7,826.80** |

### Disbursement Summary

| Date | | Amount |
|------|---|--------|
| 05/07/12 | Telephone 14435358439 - Columbia - MD (USA) | 9.10 |
| 05/11/12 | Telephone 14435358439 - Columbia - MD (USA) | 6.89 |
| 05/29/12 | Taxi Fare - FOLEY HOAG LLP To/from 53 State St for Central Area meeting at Goodwin Procter: 05/07/12 | 17.00 |
| | **Total Disbursements** | **$32.99** |

| | |
|---|---|
| **Total Fees** | **$7,826.80** |
| **Total Disbursements** | **32.99** |
| **Total Fees and Disbursements** | **$7,859.79** |

To ensure proper credit to your account,
please include remittance page with your payment.



FOLEY
HOAG LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

June 28, 2012
Invoice No.: 500902
Matter No.: 08743.00103

Re:   **Wells G&H Superfund Site**

**Total Fees and Disbursements**          <u>$7,859.79</u>

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
| --- | --- |
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00103, **Invoice #:** 500902
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company

## Matter 108 - Discovery Sciences FDA Matters

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| James Flaherty | Associate | Administrative | $485.00 | 4.4 | $  2,134.00 |
|  |  |  |  |  |  |
| **TOTAL** |  |  |  | 4.4 | $  2,134.00 |

### Expenses

| Description | Total |
|---|---|
| Telephone | $     3.90 |
|  |  |
| **TOTAL** | $     3.90 |

4023343.v1



**FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

June 28, 2012
Invoice No.: 500903
Matter No.: 08743.00108

**Re:    Discovery Sciences FDA Matters**

For Professional Services rendered through May 31, 2012

| | |
|---|---|
| Fees | $2,134.00 |
| Disbursements | 3.90 |
| **Total Fees and Disbursements** | **$2,137.90** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM

Matter No.: 08743.00108
Re: Discovery Sciences FDA Matters

Invoice No.: 500903
June 28, 2012
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 05/02/12 | Flaherty | C300 | E-mail correspondence with M. Buono regarding draft Sodasorb complaint investigation and risk assessment and scheduling call to discuss same; initial review of draft (0.1). | 0.1 |
| 05/04/12 | Flaherty | C300 | E-mail correspondence with L. Duff and others regarding memorandum summarizing FDA medical device classification of Grace flash chromatography systems and FDA compliance assessment projects, priorities, and next steps (0.1). | 0.1 |
| 05/07/12 | Flaherty | C300 | Review and analyze draft Sodasorb complaint investigation and risk assessment (0.5); review and analyze FDA regulations and guidance documents in connection with same (0.5); telephone conference with L. Duff, M. Buono, and E. Eller regarding draft Sodasorb complaint investigation and risk assessment (0.7); review finalized Sodasorb complaint investigation and risk assessment (0.1); e-mail correspondence with L. Duff, M. Buono, and E. Eller regarding same (0.1); confer with L. Duff regarding FDA compliance assessment projects (0.4); telephone conference with L. Duff, S. Perdue, M. Buono, and E. Eller regarding FDA compliance assessment projects, priorities, and next steps (0.5); follow-up regarding same (0.2); draft, finalize, and circulate memorandum regarding FDA medical device classification of Grace flash chromatography systems (1.0); e-mail correspondence regarding same (0.1). | 4.1 |
| 05/08/12 | Flaherty | C300 | E-mail exchange with E. Eller regarding flash chromatography medical device classification memorandum and FDA delisting process (0.1). | 0.1 |

**Total Hours**    **4.4**

Matter No.: 08743.00108                                    Invoice No.: 500903
Re: Discovery Sciences FDA Matters                            June 28, 2012
                                                                    Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|------------|-------|-----|------|---|--------|
| James Flaherty | 4.4 | at | 485.00 | = | 2,134.00 |

|  |  |  |
|--|--|--|
| **Total Fees** | | **$2,134.00** |

## Disbursement Summary

| Date | | Amount |
|------|--|--------|
| 05/07/12 | Telephone | 3.90 |

|  |  |  |
|--|--|--|
| **Total Disbursements** | | **$3.90** |

| | |
|--|--|
| **Total Fees** | **$2,134.00** |
| **Total Disbursements** | **3.90** |
| **Total Fees and Disbursements** | **$2,137.90** |



FOLEY
HOAG LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

## To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

June 28, 2012
Invoice No.: 500903
Matter No.: 08743.00108

**Re:**   **Discovery Sciences FDA Matters**

**Total Fees and Disbursements**              $2,137.90

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| **Federal Tax ID : 04-2150535** | |
| --- | --- |
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00108, **Invoice #:** 500903
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company

## Matter 111 - Incubator FDA Matters

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| James Flaherty | Associate | Administrative | $485.00 | 0.1 | $ 48.50 |
| | | | | | |
| TOTAL | | | | 0.1 | $ 48.50 |

4023343.v1



**FOLEY**
**HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

June 28, 2012
Invoice No.: 500904
Matter No.: 08743.00111

**Re:    Incubator FDA Matters**

For Professional Services rendered through May 31, 2012

| | |
|---|---|
| Fees | $48.50 |
| **Total Fees and Disbursements** | **$48.50** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM

Matter No.: 08743.00111
Re: Incubator FDA Matters

Invoice No.: 500904
June 28, 2012
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 05/10/12 | Flaherty | C300 | E-mail correspondence with C. Libanati regarding GMP requirements for Phase 1 investigational studies, including forwarding FDA guidance document regarding same (0.1). | 0.1 |
| | | | **Total Hours** | **0.1** |

Matter No.: 08743.00111
Re: Incubator FDA Matters

Invoice No.: 500904
June 28, 2012
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| James Flaherty | 0.1 | at | 485.00 | = | 48.50 |
| **Total Fees** | | | | | **$48.50** |

| | | |
|---|---|---|
| **Total Fees** | | **$48.50** |
| **Total Fees and Disbursements** | | **$48.50** |

 **FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

June 28, 2012
Invoice No.: 500904
Matter No.: 08743.00111

Re:     **Incubator FDA Matters**

**Total Fees and Disbursements**                    **$48.50**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:** | ABA: 011500120 |
| Citizens Bank | Swift #: CTZIUS33 |
| 1 Citizens Drive | Account # 1133945993 |
| Providence, RI 02915 | Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00111, **Invoice #:** 500904
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company

**Matter 112 - Miscellaneous FDA Matters**

Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| James Flaherty | Associate | Administrative | $485.00 | 0.5 | $ 242.50 |
| | | | | | |
| **TOTAL** | | | | **0.5** | **$ 242.50** |

 **FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

June 28, 2012
Invoice No.: 500905
Matter No.: 08743.00112

**Re:   Miscellaneous FDA Matters**

For Professional Services rendered through May 31, 2012

|  |  |
|---|---|
| Fees | $242.50 |
| **Total Fees and Disbursements** | **$242.50** |

Matter No.: 08743.00112                                           Invoice No.: 500905
Re: Miscellaneous FDA Matters                                         June 28, 2012
                                                                          Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|------------|-----|-----------|-------|
| 05/04/12 | Flaherty | C300 | V-mail and e-mail correspondence with L. Duff regarding North American Corn Products nickel catalyst material specification and edits thereto; initial review of latest edits to document (0.1). | 0.1 |
| 05/07/12 | Flaherty | C300 | Confer with L. Duff regarding North American Corn Products nickel catalyst material specification and edits thereto (0.2); review and analyze revised specification in advance of meeting with L. Duff (0.2). | 0.4 |
| | | | **Total Hours** | **0.5** |

Matter No.: 08743.00112
Re: Miscellaneous FDA Matters

Invoice No.: 500905
June 28, 2012
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| James Flaherty | 0.5 | at | 485.00 | = | 242.50 |
| | **Total Fees** | | | | **$242.50** |

| | | | |
|---|---|---|---|
| **Total Fees** | | | $242.50 |
| **Total Fees and Disbursements** | | | $242.50 |



**FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

### To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

June 28, 2012
Invoice No.: 500905
Matter No.: 08743.00112

**Re:**   **Miscellaneous FDA Matters**

**Total Fees and Disbursements**          **$242.50**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00112, **Invoice #:** 500905
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company