```
                              REED SMITH LLP
                              PO Box 360074M
                           Pittsburgh, PA  15251-6074
                             Tax ID# 25-0749630


   W.R. Grace & Co.                          Invoice Number     2283618
   7500 Grace Drive                          Invoice Date       06/28/12
   Columbia, Maryland 21044                  Client Number       172573
   USA



==============================================================================

Re: W. R. Grace & Co.


(50001)  Correa v. W.R. Grace

      Fees                                39,485.00
      Expenses                                 0.00

                         TOTAL BALANCE DUE UPON RECEIPT      $39,485.00
                                                             ============
```

```
                           REED SMITH LLP
                           PO Box 360074M
                        Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630
```

```
W.R. Grace & Co.                          Invoice Number      2283618
7500 Grace Drive                          Invoice Date       06/28/12
Columbia, Maryland 21044                  Client Number       172573
USA                                       Matter Number        50001
```

==============================================================================

Re: (50001)  Correa v. W.R. Grace

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 31, 2012

| Date | Name | | Hours |
|------|------|--|-------|
| 05/01/12 | Espinosa | Call with J. Forgach (0.2); draft the memorandum of points and authorities in support of the motion for summary judgment (6.2); prepare joint stipulation to continue trial and related deadlines, various correspondence with Plaintiff's counsel re same (2.3). | 8.70 |
| 05/01/12 | Husar | Confer with J. Forgach regarding strategy for mediation and possible global settlement (.5); work on stipulation and order to continue motion deadline and pre-trial and trial deadlines to accommodate strategy to consider global settlement (.7); work on Motion for Summary Judgment (.6). | 1.80 |
| 05/02/12 | Espinosa | Emails with Plaintiff's counsel re revising the joint stipulation to continue trial (0.5); research in support of the motion for summary judgment (1.6); continue to draft the memorandum of points and authorities in support of the motion for summary judgment (8.4). | 10.50 |
| 05/02/12 | Horton | Conference with S. Espinosa re arguments for opposition to plaintiff's motion to re-open discovery (.6); begin draft of opposition to same (3.1). | 3.70 |

```
172573  W. R. Grace & Co.                            Invoice Number   2283618
50001   Correa v. W.R. Grace                         Page    2
        June 28, 2012
```

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 05/02/12 | Husar | Work on settlement strategy and stipulation to continue the hearing dates (.7); research other decisions by Judge Cormac relating to similar statutory claims (.5); work on MSJ (.4). | 1.60 |
| 05/03/12 | Espinosa | Continue to draft the memorandum of points and authorities in support of the motion for summary judgment (5.5); research in support of the motion for summary judgment (2.0); identify testimony in support of the motion for summary judgment (3.2). | 10.70 |
| 05/03/12 | Horton | Finalize draft of opposition to plaintiff's motion to re-open discovery. | 2.00 |
| 05/03/12 | Husar | Work on motion for summary judgement. | 2.10 |
| 05/03/12 | Sanchez | Conference with S. Espinosa re deposition testimony review and compilation in support of Motion for Summary Judgment. | .40 |
| 05/04/12 | Espinosa | Continue to draft the memorandum of points and authorities in support of the motion for summary judgment (4.8); research in support of the motion for summary judgment (1.2); identify testimony in support of the motion for summary judgment (2.0). | 8.00 |
| 05/04/12 | Hill | Confer with L. Husar and S. Espinosa re summary judgment motion and new trial date. | 1.00 |
| 05/04/12 | Sanchez | Conduct review of Plaintiff's deposition transcripts and compile selected testimony in support of Motion for Summary Judgment as directed by S. Espinosa. | 3.30 |

```
172573  W. R. Grace & Co.                            Invoice Number    2283618
50001   Correa v. W.R. Grace                         Page     3
        June 28, 2012
```

| Date | Name | | Hours |
|------|------|------|------|
| 05/07/12 | Espinosa | Review and analyze Plaintiff's joint stipulation motion to compel and conference call with Plaintiff's counsel re same (2.2); call with D. Ban's office re Plaintiff's workers' compensation claims (0.1); call with A. Enriquez to discuss changes to her deposition transcript (0.3); draft update email to J. Forgach (0.5); research benefits and risks of a rule 68 offer of judgment (0.9). | 4.00 |
| 05/07/12 | Husar | Work on litigation plan and mediation in light of continued dates and motion to compel (.5); work on updating the client regarding the same (.3). | .80 |
| 05/08/12 | Espinosa | Prepare errata sheet to A. Enriquez's deposition transcript, email Plaintiff's counsel same (0.7); review Plaintiff's meet and confer letters and develop a strategy for supplementing the responses (0.7); draft email to D. Edwards requesting additional information for the same (0.3). | 1.70 |
| 05/08/12 | Husar | Work on strategy relating to motion to compel and mediation (.6); prepare email to J. Forgach regarding new developments (.3); discuss Rule 68 offer of compromise (.2). | 1.10 |
| 05/09/12 | Espinosa | Review A. Enriquez's recovered emails for the supplemental discovery responses and identify additional responsive documents (3.6); prepare a privilege log (2.0). | 5.60 |
| 05/10/12 | Espinosa | Review COBRA communications to Plaintiff. | .30 |
| 05/11/12 | Espinosa | Prepare for meet and confer conference (1.3); participate in meet and confer conference with L. Husar and Plaintiff's counsel (1.5); call with D. Kuchinsky re | 4.00 |

```
172573 W. R. Grace & Co.                           Invoice Number   2283618
50001  Correa v. W.R. Grace                        Page    4
       June 28, 2012


   Date    Name                                                      Hours
 -------- -----------                                                 -----
                         WR Grace's email retention policy
                         (0.2); draft letter confirming
                         meet and confer conference (0.5);
                         call with D. Ban (0.2); review
                         employee rosters and analyze for
                         applicability of CFRA (0.3).

 05/11/12 Husar          Review and analyze Plaintiff's              2.50
                         motion to compel and numerous meet
                         and confer letters in preparation
                         for meet and confer meeting an
                         outline of strategy for a response
                         (1.0); meet with Plaintiff's
                         counsel to discuss respective
                         positions and to work out
                         resolutions to avoid discovery
                         motions (1.5).

 05/14/12 Espinosa       Prepare letter to the social                 .20
                         security administration re records
                         that were requested.

 05/16/12 Espinosa       Email with J. Forgach re mediation.          .10

 05/16/12 Hill           Review case status and grounds for          1.00
                         motion for summary judgment (0.6);
                         confer with S. Espinosa re same
                         (0.2); attention to trial
                         scheduling (0.2).

 05/17/12 Espinosa       Telephone meeting with J. Forgach            .20
                         re Correa mediation.

 05/19/12 Espinosa       Draft supplemental responses to             1.20
                         the requests for admission and
                         interrogatories.

 05/21/12 Espinosa       Review deposition notice, requests          1.80
                         for production of documents and
                         interrogatories (0.3); continue to
                         draft supplemental interrogatory
                         responses (1.5).

 05/22/12 Espinosa       Call with Dr. Johnson re his                 3.30
                         deposition (0.3); schedule
                         conference call with N. Tolt
                         (0.3); call with J. Forgach re
                         mediation issues (0.2); identify
                         responsive documents for the
                         supplemental discovery responses
                         (2.5).
```

```
172573 W. R. Grace & Co.                              Invoice Number   2283618
50001  Correa v. W.R. Grace                           Page    5
       June 28, 2012
```

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 05/22/12 | Husar | Call with J. Forgach regarding mediation (.2); work on strategy for the mediation (.3); review PMK deposition notice and strategy regarding objections and response to the same (.4). | .90 |
| 05/23/12 | Espinosa | Draft meet and confer letter to Plaintiff's counsel re the PMK deposition notice (0.3); begin to draft mediation brief (2.2). | 2.50 |
| 05/23/12 | Sanchez | Conduct review of workers comp documents in preparation for document production as directed by S. Espinosa. | 1.70 |
| 05/24/12 | Espinosa | Follow-up emails with J. Hughes re Plaintiffs' supplemental discovery (0.2); continue to draft mediation brief (6.6). | 6.80 |
| 05/25/12 | Espinosa | Review J. Hughes' emails for supplemental discovery responses (0.5); prepare update privilege log of A. Enriquez's emails and J. Hughes' emails (3.8); call with Plaintiff's counsel about PMK deposition notice (0.5); draft emails in response to Plaintiff's two emails re discovery (0.3); revise the mediation brief (1.5); correspondence with docketing regarding the PMK deposition notice received and whether the deadline purported by Plaintiff is correct (0.2). | 6.80 |
| 05/27/12 | Espinosa | Revise supplemental discovery responses. | .80 |
| 05/29/12 | Espinosa | Finalize and serve supplemental privilege log (0.5); meeting with J. Forgach and D. Ban (0.3); meet and confer call with Plaintiff's counsel (0.5); email J. Forgach and D. Edwards re additional information requested in meet and confer conference (0.4); revise the mediation brief (1.0); revise | 4.40 |

```
172573  W. R. Grace & Co.                          Invoice Number    2283618
50001   Correa v. W.R. Grace                       Page     6
        June 28, 2012
```

| Date | Name | | Hours |
|---|---|---|---|
| | | supplemental discovery responses (0.5); review records received from the social security administration; (0.6) identify workers compensation documents for production (0.6). | |
| 05/29/12 | Husar | Conference call with client regarding strategy for settlement and terms of a proposed workers compensation settlement (.5); review and revise privilege log (1.4); review and revise mediation brief (1.2). | 3.10 |
| 05/30/12 | Espinosa | Finalize mediation brief (2.5); revise supplemental discovery responses (0.5). | 3.00 |
| 05/31/12 | Espinosa | Call with A. Enriquez re supplemental discovery responses (0.2); second meet and confer call with Plaintiff's counsel re PMK deposition (0.2). | .40 |
| 05/31/12 | Husar | Review and revise supplemental responses to plaintiffs' request for admissions and interrogatories, and review documents for production. | 1.80 |

```
                                                    ------
                                    TOTAL HOURS     113.80
```

| TIME SUMMARY | Hours | | Rate | | Value | |
|---|---|---|---|---|---|---|
| Thomas Hill | 2.00 | at $ | 535.00 | = | 1,070.00 | |
| Linda S. Husar | 15.70 | at $ | 535.00 | = | 8,399.50 | |
| Stephanie Henderson Espin | 85.00 | at $ | 320.00 | = | 27,200.00 | |
| Jasmine S. Horton | 5.70 | at $ | 295.00 | = | 1,681.50 | |
| Lizeth Sanchez | 5.40 | at $ | 210.00 | = | 1,134.00 | |

```
              CURRENT FEES                                      39,485.00

                                                              ------------
              TOTAL BALANCE DUE UPON RECEIPT                    $39,485.00
                                                              ============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630



   W.R. Grace & Co.                       Invoice Number      2283619
   7500 Grace Drive                       Invoice Date       06/28/12
   Columbia, Maryland 21044               Client Number       172573
   USA



==============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

      Fees                                      95.00
      Expenses                                   0.00

                       TOTAL BALANCE DUE UPON RECEIPT          $95.00
                                                        =============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630



   W.R. Grace & Co.                       Invoice Number      2283619
   7500 Grace Drive                       Invoice Date       06/28/12
   Columbia, Maryland 21044               Client Number       172573
   USA                                    Matter Number         60026


===========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 31, 2012

    Date   Name                                                 Hours
  -------- -----------                                          -----

  05/07/12 Ament        Various e-mails with P. Cuniff re:        .40
                        agenda and hearing binder for
                        5/23/12 hearing (.10); review
                        agenda and hearing binder (.10);
                        update hearing binder per request
                        (.10); coordinate hand delivery of
                        same to Judge Fitzgerald (.10).

  05/08/12 Ament        Review e-mail re: agenda and              .10
                        hearing binder for 5/23/12 hearing.

                                                              ------
                                            TOTAL HOURS          .50


   TIME SUMMARY              Hours        Rate          Value
  -------------------------  ----------------------    -------
  Sharon A. Ament            0.50  at  $  190.00   =     95.00

                             CURRENT FEES                              95.00


                                                              ------------
                             TOTAL BALANCE DUE UPON RECEIPT          $95.00
                                                              ============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630



  W.R. Grace & Co.                           Invoice Number      2283620
  7500 Grace Drive                           Invoice Date        06/28/12
  Columbia, Maryland 21044                   Client Number         172573
  USA



==============================================================================

Re: W. R. Grace & Co.


(60029)   Fee Applications-Applicant

     Fees                                     2,722.00
     Expenses                                     0.00

                       TOTAL BALANCE DUE UPON RECEIPT          $2,722.00
                                                               =============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630



   W.R. Grace & Co.                      Invoice Number      2283620
   7500 Grace Drive                      Invoice Date       06/28/12
   Columbia, Maryland 21044              Client Number       172573
   USA                                   Matter Number         60029



===========================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 31, 2012

   Date    Name                                                Hours
 -------- -----------                                          -----


 05/02/12 Lord             Draft and e-file CNO to Reed Smith    .50
                           February monthly fee application.

 05/07/12 Ament            Begin calculating fees and            .50
                           expenses for 44th quarterly fee
                           application (.10); being drafting
                           spreadsheets re: same (.20); begin
                           drafting quarterly fee application
                           (.20).

 05/07/12 Cameron          Review of fee application materials   .50

 05/08/12 Ament            Continue calculating fees and        1.00
                           expenses for 44th quarterly fee
                           application (.40); continue
                           drafting spreadsheets re: same
                           (.20); continue drafting quarterly
                           fee application (.20); provide
                           same to A. Muha for review (.10);
                           e-mails with J. Lord re: quarterly
                           fee application (.10).

 05/08/12 Muha             Review and revisions to quarterly     .40
                           fee application materials.

 05/09/12 Ament            Review A. Muha comments re: 44th      .50
                           quarterly fee application (.10);
                           finalize narrative and summary re:
                           same (.10); e-mail same to J. Lord
                           for DE filing (.10); attend to
                           billing matters (.10); review
                           e-mail from A. Muha re: April
                           monthly fee application (.10).
```

```
172573 W. R. Grace & Co.                        Invoice Number   2283620
60029  Fee Applications-Applicant               Page    2
       June 28, 2012
```

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 05/09/12 | Lord | Revise, e-file and service Reed Smith 44th quarterly fee application. | 1.70 |
| 05/15/12 | Muha | Additional revisions to April 2012 fee and expense detail and confer with T. Martin re: additional changes. | .20 |
| 05/23/12 | Ament | Begin drafting April monthly fee application. | .20 |
| 05/24/12 | Ament | Review DBR's (.10); begin calculating fees and expenses for April monthly fee application (.20); continue preparing April monthly fee application (.20). | .50 |
| 05/29/12 | Ament | Attention to billing matters (.10); continue calculating fees and expenses for April monthly fee application (.30); continue preparing spreadsheet re: same (.10); various e-mails re: same (.10); revisions to fee application (.20); provide same to A. Muha for review (.10); finalize fee application (.10); e-mail same to J. Lord for DE filing (.10). | 1.10 |
| 05/29/12 | Cameron | Review fee application material | .50 |
| 05/29/12 | Lord | Draft, e-file and serve CNO to Reed Smith March monthly fee application (.3); communicate with S. Ament re: monthly fee issues (.1); revise, finalize and coordinate service of Reed Smith's April monthly fee application (1.1). | 1.50 |
| 05/29/12 | Muha | Review and revise final version of April 2012 monthly fee application. | .20 |
|  |  | TOTAL HOURS | 9.30 |

```
172573 W. R. Grace & Co.                        Invoice Number   2283620
60029  Fee Applications-Applicant               Page     3
       June 28, 2012


TIME SUMMARY                 Hours         Rate         Value
------------------------     ---------------------     -------
Douglas E. Cameron           1.00  at  $  670.00  =     670.00
Andrew J. Muha               0.80  at  $  460.00  =     368.00
John B. Lord                 3.70  at  $  260.00  =     962.00
Sharon A. Ament              3.80  at  $  190.00  =     722.00

                             CURRENT FEES                              2,722.00


                                                         ------------
                             TOTAL BALANCE DUE UPON RECEIPT    $2,722.00
                                                         ============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
W.R. Grace & Co.                          Invoice Number    2283621
62 Whittemore Avenue                      Invoice Date      06/28/12
Cambridge, MA  02140                      Client Number      172573
```

==============================================================================

Re: W. R. Grace & Co.

(60041)   Specifications Inquiry

     Fees                                          59.00
     Expenses                                       0.00

                    TOTAL BALANCE DUE UPON RECEIPT         $59.00
                                                     =============

```
                           REED SMITH LLP
                           PO Box 360074M
                        Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630



   W.R. Grace & Co.                         Invoice Number      2283621
   62 Whittemore Avenue                     Invoice Date       06/28/12
   Cambridge, MA  02140                     Client Number       172573
                                            Matter Number         60041


==============================================================================

Re: (60041)  Specifications Inquiry

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 31, 2012

    Date   Name                                                 Hours
  -------- -----------                                          -----

  05/01/12 Stiverson     Review emails and invoice; update        .20
                         Excel spreadsheet regarding
                         consultant's invoice.

                                                               ------
                                          TOTAL HOURS             .20


  TIME SUMMARY              Hours         Rate        Value
  ------------------------  --------------------     -------
  Barbara C Stiverson       0.20  at  $  295.00  =     59.00

                         CURRENT FEES                              59.00


                                                           ------------
                         TOTAL BALANCE DUE UPON RECEIPT         $59.00
                                                           ============
```