```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
W.R. Grace & Co.                        Invoice Number     2283638
7500 Grace Drive                        Invoice Date       06/28/12
Columbia, Maryland 21044                Client Number        172573
USA
```

==============================================================================

Re: W. R. Grace & Co.


(50001)  Correa v. W.R. Grace

```
    Fees                              0.00
    Expenses                      5,792.63

            TOTAL BALANCE DUE UPON RECEIPT      $5,792.63
                                               =============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630


   W.R. Grace & Co.                    Invoice Number    2283638
   7500 Grace Drive                    Invoice Date      06/28/12
   Columbia, Maryland 21044            Client Number      172573
   USA                                 Matter Number       50001


===========================================================================

Re: Correa v. W.R. Grace


FOR COSTS ADVANCED AND EXPENSES INCURRED:

     Duplicating/Printing/Scanning          235.60
     Westlaw                                237.59
     Transcript Expense                     882.60
     Subpoena Service Costs                 227.98
     Courier Service - Outside               85.00
     Outside Duplicating                    239.68
     Legal Services                       3,866.68
     Secretarial Overtime                    17.50

            CURRENT EXPENSES                         5,792.63
                                                  -------------

            TOTAL BALANCE DUE UPON RECEIPT         $5,792.63
                                                  =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | | |
|---|---|---|
| W.R. Grace & Co. | Invoice Number | 2283638 |
| 7500 Grace Drive | Invoice Date | 06/28/12 |
| Columbia, Maryland 21044 | Client Number | 172573 |
| USA | Matter Number | 50001 |

=======================================================================

Re: (50001)  Correa v. W.R. Grace


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 05/01/12 | Transcript Expense -- VENDOR: ATKINSON-BAKER, INC.: Deposition Transcript of Alissa Enriquez | 882.60 |
| 05/02/12 | Westlaw<br>Westlaw | 237.59 |
| 05/02/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 6 COPIES | .60 |
| 05/02/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 17 COPIES | 1.70 |
| 05/02/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 8 COPIES | .80 |
| 05/02/12 | Courier Service - Outside<br>Courier Service - Outside - Sacv 11-00113 Cjc<br>Correa Vs W.R.Grace Santa Ana Stip & Prop Order<br>Del Courtesy Copy (Job # 5232096) | 25.00 |
| 05/03/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 8 COPIES | .80 |
| 05/03/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 8 COPIES | .80 |
| 05/03/12 | Courier Service - Outside<br>Courier Service - Outside - Sacv11-00113 Cjc<br>Correa Vs W.R Grace Santa Ana Oppo To Exparte<br>Del Courtesy Copy To (Job # 5233439) | 60.00 |
| 05/04/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |

172573 W. R. Grace & Co.                        Invoice Number  2283638
50001  Correa v. W.R. Grace                     Page   2
       June 28, 2012


05/04/12    Duplicating/Printing/Scanning                      .10
            ATTY # 000349: 1 COPIES

05/04/12    Duplicating/Printing/Scanning                      .10
            ATTY # 000349: 1 COPIES

05/04/12    Duplicating/Printing/Scanning                      .10
            ATTY # 000349: 1 COPIES

05/04/12    Duplicating/Printing/Scanning                      .20
            ATTY # 000349: 2 COPIES

05/04/12    Duplicating/Printing/Scanning                      .20
            ATTY # 000349: 2 COPIES

05/04/12    Duplicating/Printing/Scanning                      .20
            ATTY # 000349: 2 COPIES

05/04/12    Duplicating/Printing/Scanning                      .20
            ATTY # 000349: 2 COPIES

05/04/12    Duplicating/Printing/Scanning                      .40
            ATTY # 000349: 4 COPIES

05/04/12    Duplicating/Printing/Scanning                      .60
            ATTY # 000349: 6 COPIES

05/04/12    Duplicating/Printing/Scanning                      .20
            ATTY # 000349: 2 COPIES

05/04/12    Duplicating/Printing/Scanning                      .30
            ATTY # 000349: 3 COPIES

05/04/12    Duplicating/Printing/Scanning                      .10
            ATTY # 000349: 1 COPIES

05/04/12    Duplicating/Printing/Scanning                      .10
            ATTY # 000349: 1 COPIES

05/04/12    Duplicating/Printing/Scanning                      .10
            ATTY # 000349: 1 COPIES

05/04/12    Duplicating/Printing/Scanning                      .10
            ATTY # 000349: 1 COPIES

05/04/12    Duplicating/Printing/Scanning                      .10
            ATTY # 000349: 1 COPIES

05/04/12    Duplicating/Printing/Scanning                      .10
            ATTY # 000349: 1 COPIES

```
172573 W. R. Grace & Co.                      Invoice Number  2283638
50001  Correa v. W.R. Grace                   Page   3
        June 28, 2012
```

| Date | Description | Amount |
|---|---|---|
| 05/04/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |
| 05/04/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |
| 05/08/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 6 COPIES | .60 |
| 05/08/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 23 COPIES | 2.30 |
| 05/08/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 23 COPIES | 2.30 |
| 05/08/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 25 COPIES | 2.50 |
| 05/08/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 33 COPIES | 3.30 |
| 05/09/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 25 COPIES | 2.50 |
| 05/09/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 25 COPIES | 2.50 |
| 05/09/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 33 COPIES | 3.30 |
| 05/09/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 95 COPIES | 9.50 |
| 05/09/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 95 COPIES | 9.50 |
| 05/09/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 5 COPIES | .50 |
| 05/09/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 6 COPIES | .60 |
| 05/09/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 23 COPIES | 2.30 |
| 05/09/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 23 COPIES | 2.30 |
| 05/11/12 | Outside Duplicating -- VENDOR: SOCIAL SECURITY<br>ADMINISTRATION: Copies of Correa docs from SSA | 239.68 |

```
172573 W. R. Grace & Co.                      Invoice Number  2283638
50001  Correa v. W.R. Grace                   Page   4
       June 28, 2012
```

| Date | Description | Amount |
|---|---|---|
| 05/11/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 61 COPIES | 6.10 |
| 05/11/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 3 COPIES | .30 |
| 05/14/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |
| 05/14/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 2 COPIES | .20 |
| 05/14/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 2 COPIES | .20 |
| 05/14/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 2 COPIES | .20 |
| 05/14/12 | Secretarial Overtime: Calendar numerous dates<br>per court order | 17.50 |
| 05/15/12 | Subpoena Service Costs -- VENDOR: FIRST RECORDS<br>RETRIEVAL: MetLife docs on Correa | 227.98 |
| 05/22/12 | Duplicating/Printing/Scanning<br>ATTY # 4364; 853 COPIES | 85.30 |
| 05/22/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 5 COPIES | .50 |
| 05/22/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 16 COPIES | 1.60 |
| 05/23/12 | Duplicating/Printing/Scanning<br>ATTY # 10886; 215 COPIES | 21.50 |
| 05/23/12 | Duplicating/Printing/Scanning<br>ATTY # 4364; 422 COPIES | 42.20 |
| 05/24/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 3 COPIES | .30 |
| 05/24/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 14 COPIES | 1.40 |
| 05/25/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 14 COPIES | 1.40 |
| 05/25/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 5 COPIES | .50 |

```
172573 W. R. Grace & Co.                        Invoice Number  2283638
50001  Correa v. W.R. Grace                     Page   5
       June 28, 2012
```

| Date | Description | Amount |
|---|---|---|
| 05/25/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 16 COPIES | 1.60 |
| 05/29/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 7 COPIES | .70 |
| 05/30/12 | Legal Services -- VENDOR: NIKKI TOLT d/b/a ACT<br>MEDIATION: Mediation services | 3866.68 |
| 05/30/12 | Duplicating/Printing/Scanning<br>ATTY # 10886; 149 COPIES | 14.90 |
| 05/30/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |
| 05/30/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |
| 05/30/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 4 COPIES | .40 |
| 05/30/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 22 COPIES | 2.20 |
| 05/30/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |
| 05/30/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 15 COPIES | 1.50 |

```
                           CURRENT EXPENSES              5,792.63
                                                       ------------
                   TOTAL BALANCE DUE UPON RECEIPT       $5,792.63
                                                       ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

| W.R. Grace & Co. | Invoice Number | 2283639 |
| 7500 Grace Drive | Invoice Date | 06/28/12 |
| Columbia, Maryland 21044 | Client Number | 172573 |
| USA | | |

===========================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

|  | |
|---|---|
| Fees | 0.00 |
| Expenses | 281.60 |

TOTAL BALANCE DUE UPON RECEIPT          $281.60
=============

```
                          REED SMITH LLP
                          PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630


    W.R. Grace & Co.                    Invoice Number    2283639
    7500 Grace Drive                    Invoice Date      06/28/12
    Columbia, Maryland 21044            Client Number      172573
    USA                                 Matter Number       60026


==============================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

      Duplicating/Printing/Scanning            32.80
      Outside Duplicating                     248.80

                  CURRENT EXPENSES                         281.60
                                                     -------------

                  TOTAL BALANCE DUE UPON RECEIPT          $281.60
                                                     =============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                          Pittsburgh, PA  15251-6074
                             Tax ID# 25-0749630


     W.R. Grace & Co.                        Invoice Number    2283639
     7500 Grace Drive                        Invoice Date      06/28/12
     Columbia, Maryland 21044                Client Number      172573
     USA                                     Matter Number        60026


=========================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

04/30/12   Duplicating/Printing/Scanning                    1.00
           ATTY # 000559: 10 COPIES

04/30/12   Duplicating/Printing/Scanning                    1.80
           ATTY # 000559: 18 COPIES

04/30/12   Duplicating/Printing/Scanning                    1.90
           ATTY # 000559: 19 COPIES

05/03/12   Duplicating/Printing/Scanning                    1.80
           ATTY # 000559: 18 COPIES

05/04/12   Duplicating/Printing/Scanning                    1.90
           ATTY # 000559: 19 COPIES

05/04/12   Duplicating/Printing/Scanning                    1.90
           ATTY # 000559: 19 COPIES

05/07/12   Duplicating/Printing/Scanning                     .80
           ATTY # 000559: 8 COPIES

05/07/12   Duplicating/Printing/Scanning                     .70
           ATTY # 000559: 7 COPIES

05/08/12   Duplicating/Printing/Scanning                     .80
           ATTY # 000559: 8 COPIES

05/08/12   Duplicating/Printing/Scanning                     .70
           ATTY # 000559: 7 COPIES

05/08/12   Duplicating/Printing/Scanning                     .80
           ATTY # 000559: 8 COPIES

05/08/12   Duplicating/Printing/Scanning                     .10
           ATTY # 000559: 1 COPIES
```

```
172573 W. R. Grace & Co.                        Invoice Number  2283639
60026  Litigation and Litigation Consulting     Page   2
       June 28, 2012
```

| | | |
|---|---|---|
| 05/08/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 05/09/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 05/09/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 05/09/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 05/18/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 19 COPIES | 1.90 |
| 05/18/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 19 COPIES | 1.90 |
| 05/24/12 | Outside Duplicating -- VENDOR: DIGITAL LEGAL<br>SERVICES, LLC: Digital copies & envelopes | 248.80 |
| 05/24/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 05/24/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 10 COPIES | 1.00 |
| 05/30/12 | Duplicating/Printing/Scanning<br>ATTY # 0718; 114 COPIES | 11.40 |

```
                          CURRENT EXPENSES              281.60
                                                  ------------
                  TOTAL BALANCE DUE UPON RECEIPT       $281.60
                                                  ============
```