

June 14, 2012

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   214878

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
THROUGH May 31, 2012

**CLIENT SUMMARY**

**BALANCE AS OF- 05/31/12**

| MATTERS | TIME | COSTS | TOTAL |
|---|---:|---:|---:|
| **.15537 -** 01- Case Administration | $279.50 | $1,926.56 | $2,206.06 |
| **.15538 -** 02 - Debtors' Business Operations | $1,155.00 | $0.00 | $1,155.00 |
| **.15543 -** 07 - Applicant's Fee Application | $1,262.00 | $0.00 | $1,262.00 |
| **.15544 -** 08 - Hearings | $2,759.50 | $0.00 | $2,759.50 |
| **.15545 -** 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) | $754.00 | $0.00 | $754.00 |
| **.15546 -** 10 - Travel | $3,877.50 | $0.00 | $3,877.50 |
| **.15554 -** 18 - Plan & Disclosure Statement | $4,113.00 | $0.00 | $4,113.00 |
| *Client Total* | **$14,200.50** | **$1,926.56** | **$16,127.06** |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

1450 Brickell Avenue, Suite 2300, Miami, FL 33131-3456   Tel 305.374.7580   Fax 305.374.7593                    www.bilzin.com

### CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---:|---:|---:|
| Sakalo, Jay M | 29.70 | $419.44 | $12,457.50 |
| Snyder, Jeffrey I | 0.90 | $410.00 | $369.00 |
| Flores, Luisa M | 4.20 | $235.00 | $987.00 |
| Varela, Ana Carolina | 1.80 | $215.00 | $387.00 |

**TOTAL PROFESSIONAL FEES THIS PERIOD**     ***$14,200.50***

### CLIENT SUMMARY OF COSTS ADVANCED

| | |
|---|---:|
| Airfare | $987.60 |
| Fares, Mileage, Parking | $86.15 |
| Long Distance Telephone | $20.52 |
| Lodging | $620.34 |
| Meals | $122.55 |
| Parking | $59.00 |
| Travel Expenses | $10.00 |
| Copies | $20.40 |
| **TOTAL COSTS ADVANCED THIS PERIOD** | ***$1,926.56*** |

| | |
|---|---:|
| **TOTAL BALANCE DUE THIS PERIOD** | **$16,127.06** |

**Atty – SLB**
**Client No.: 74817/15537**

**RE:  01- Case Administration**

| | | | | |
|---|---|---|---|---|
| 05/01/12 | ACV | 0.10 | 21.50 | Email from J. Sakalo regarding document and reply to same. |
| 05/10/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity in connection with bankruptcy case and appeal, and email Jay M. Sakalo thereon. |
| 05/11/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity in connection with bankruptcy and district court cases and email Jay M. Sakalo thereon. |
| 05/15/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity in connection with case nos. 01-01139 and 11-00199 and email Jay Sakalo thereon. |
| 05/17/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity in connection with bankruptcy and district court proceedings and email Jay Sakalo thereon. |
| 05/18/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity in connection with bankruptcy and district court cases and email Jay Sakalo thereon. |
| 05/21/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity in connection with bankruptcy and district court cases and email Jay Sakalo thereon. |
| 05/22/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity in connection with bankruptcy and district court proceedings and email Jay Sakalo thereon. |
| 05/23/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity in connection with bankruptcy and district court proceedings and email Jay Sakalo thereon. |
| 05/24/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity in connection with district and bankruptcy court proceedings and email Jay Sakalo thereon. |
| 05/29/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity in connection with bankruptcy and district court cases and email Jay Sakalo thereon. |
| 05/30/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity in connection with bankruptcy and district court proceedings and email Jay Sakalo thereon. |
| 05/31/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity in connection with bankruptcy and district court proceedings and email Jay Sakalo thereon. |

**PROFESSIONAL SERVICES**                                                                                              **$279.50**

**COSTS ADVANCED**

| Date | Description | Amount |
|---|---|---|
| 03/08/12 | Meals Travel to Philadelphia - VENDOR: JAY M. SAKALO; INVOICE#: JMS-05/07/12; DATE: 5/7/2012  -  Client - 15537 | 3.65 |
| 04/30/12 | Meals Travel to Philadelphia - VENDOR: JAY M. SAKALO; INVOICE#: JMS-05/01/12; DATE: 5/1/2012  -  Clients | 8.33 |
| 04/30/12 | Meals Travel to Philadelphia - VENDOR: JAY M. SAKALO; INVOICE#: JMS-05/01/12; DATE: 5/1/2012  -  Clients | 23.30 |
| 04/30/12 | Airfare Travel to Philadelphia - VENDOR: AMERICAN EXPRESS; INVOICE#: 03/29/12-04/26/12; DATE: 4/26/2012  -  Acct. #3787-509044-01001 | 987.60 |
| 05/01/12 | Lodging Travel to Philadelphia - VENDOR: JAY M. SAKALO; INVOICE#: JMS-05/01/12; DATE: 5/1/2012  -  Clients | 237.88 |
| 05/01/12 | Fares, Mileage, Parking Cab fares - Travel to Philadelphia - VENDOR: JAY M. SAKALO; INVOICE#: JMS-05/01/12; DATE: 5/1/2012  -  Clients | 39.00 |
| 05/01/12 | Parking Airport parking - Travel to Philadelphia - VENDOR: JAY M. SAKALO; INVOICE#: JMS-05/01/12; DATE: 5/1/2012  -  Clients | 25.00 |
| 05/03/12 | Long Distance Telephone (973)451-8488; 2 Mins. | 1.52 |
| 05/07/12 | Long Distance Telephone (267)299-7369; 1 Mins. | 0.76 |
| 05/07/12 | Fares, Mileage, Parking Cab fares - travel to Philadelphia - VENDOR: JAY M. SAKALO; INVOICE#: JMS-05/07/12; DATE: 5/7/2012  -  Client - 15537 | 6.90 |
| 05/07/12 | Fares, Mileage, Parking Cab fares - travel to Philadelphia - VENDOR: JAY M. SAKALO; INVOICE#: JMS-05/07/12; DATE: 5/7/2012  -  Client - 15537 | 40.25 |
| 05/07/12 | Meals Travel to Philadelphia - VENDOR: JAY M. SAKALO; INVOICE#: JMS-05/07/12; DATE: 5/7/2012  -  Client - 15537 | 2.49 |
| 05/07/12 | Travel Expenses Check baggage fee - Travel to Philadelphia - VENDOR: JAY M. SAKALO; INVOICE#: JMS-05/07/12; DATE: 5/7/2012  -  Client - 15537 | 10.00 |
| 05/07/12 | Lodging Travel to Philadelphia - VENDOR: JAY M. SAKALO; INVOICE#: JMS-05/07/12; DATE: 5/7/2012  -  Client - 15537 | 382.46 |
| 05/07/12 | Parking Airport parking - Travel to Philadelphia - VENDOR: JAY M. SAKALO; INVOICE#: JMS-05/07/12; DATE: 5/7/2012  -  Client - 15537 | 34.00 |
| 05/07/12 | Meals Travel to Philadelphia - VENDOR: JAY M. SAKALO; INVOICE#: JMS-05/07/12; DATE: 5/7/2012  -  Client - 15537 | 76.37 |
| 05/08/12 | Meals Travel to Philadelphia - VENDOR: JAY M. SAKALO; INVOICE#: JMS-05/07/12; DATE: 5/7/2012  -  Client - 15537 | 8.41 |
| 05/09/12 | Long Distance Telephone (512)476-4394; 24 Mins. | 18.24 |
| 05/03/12 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 05/03/12 | Copies 80 pgs @ 0.10/pg | 8.00 |


BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| Date | Description | Amount |
|---|---|---|
| 05/03/12 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 05/03/12 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 05/03/12 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 05/04/12 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 05/04/12 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 05/07/12 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 05/08/12 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 05/10/12 | Copies 53 pgs @ 0.10/pg | 5.30 |
| 05/15/12 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 05/15/12 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 05/15/12 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 05/31/12 | Copies 18 pgs @ 0.10/pg | 1.80 |

**TOTAL COSTS ADVANCED** $1,926.56

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Varela, Ana Carolina | 1.30 | $215.00 | $279.50 |
| **TOTAL** | **1.30** | | **$279.50** |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Airfare | $987.60 |
| Fares, Mileage, Parking | $86.15 |
| Long Distance Telephone | $20.52 |
| Lodging | $620.34 |
| Meals | $122.55 |
| Parking | $59.00 |
| Travel Expenses | $10.00 |
| Copies | $20.40 |
| **TOTAL** | **$1,926.56** |

**CURRENT BALANCE DUE THIS MATTER** $2,206.06

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15538

**RE: 02 - Debtors' Business Operations**

| | | | | |
|---|---|---|---|---|
| 05/09/12 | JMS | 1.30 | 715.00 | Prepare for and participate in annual operating plan call. |
| 05/10/12 | JMS | 0.80 | 440.00 | Review draft LTIP motion. |

**PROFESSIONAL SERVICES** $1,155.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 2.10 | $550.00 | $1,155.00 |
| *TOTAL* | *2.10* | | *$1,155.00* |

**CURRENT BALANCE DUE THIS MATTER** $1,155.00

Atty – SLB
Client No.: 74817/15543

**RE: 07 - Applicant's Fee Application**

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 05/02/12 | LMF | 0.70 | 164.50 | Obtain finalized statement for March and prepare and submit to local counsel statement, notice of filing and summary for same. |
| 05/03/12 | LMF | 1.20 | 282.00 | Begin preparation of quarterly fee application. |
| 05/04/12 | LMF | 0.40 | 94.00 | Continue working on exhibits to quarterly fee application. |
| 05/07/12 | LMF | 0.70 | 164.50 | Complete quarterly fee application. |
| 05/14/12 | LMF | 0.10 | 23.50 | Email for follow up on quarterly application. |
| 05/14/12 | JIS | 0.80 | 328.00 | Review and revise 44th quarterly fee application (0.5); review and revise April 2012 prebill (0.3). |
| 05/15/12 | LMF | 0.70 | 164.50 | Meet with J. Snyder regarding monthly statement edits, finalize and submit quarterly application for fees. |
| 05/15/12 | JIS | 0.10 | 41.00 | Follow up conference with L. Flores regarding April prebill. |

**PROFESSIONAL SERVICES** $1,262.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Snyder, Jeffrey I | 0.90 | $410.00 | $369.00 |
| Flores, Luisa M | 3.80 | $235.00 | $893.00 |
| **TOTAL** | **4.70** | | **$1,262.00** |

**CURRENT BALANCE DUE THIS MATTER** $1,262.00

Atty – SLB
Client No.: 74817/15544

**RE: 08 - Hearings**

| Date | Initials | Hours | Amount | Description |
|---|---|---|---|---|
| 05/01/12 | JMS | 1.10 | 605.00 | Final preparation for Grace hearing. |
| 05/07/12 | ACV | 0.10 | 21.50 | Contact Judge Buckwalter's Courtroom Deputy regarding 5/8 hearing. |
| 05/08/12 | JMS | 3.50 | 1,925.00 | Attend hearing on Garlock's motion for reconsideration. |
| 05/08/12 | ACV | 0.20 | 43.00 | Email Jay M. Sakalo regarding hearing (.1); review and analyze docket activity and email Jay M. Sakalo thereon (.1). |
| 05/18/12 | JMS | 0.20 | 110.00 | Email to Committee regarding hearing agenda. |
| 05/21/12 | JMS | 0.10 | 55.00 | Email to Committee regarding hearing cancellation. |

**PROFESSIONAL SERVICES** $2,759.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 4.90 | $550.00 | $2,695.00 |
| Varela, Ana Carolina | 0.30 | $215.00 | $64.50 |
| **TOTAL** | **5.20** | | **$2,759.50** |

**CURRENT BALANCE DUE THIS MATTER** $2,759.50

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15545

**RE: 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)**

| Date | TK | Hours | Amount | Description |
|---|---|---|---|---|
| 04/24/12 | LMF | 0.40 | 94.00 | Begin review and analysis of motion regarding Libby settlement. |
| 05/05/12 | JMS | 0.40 | 220.00 | Review State of Montana's limited objection to Libby settlement. |
| 05/15/12 | JMS | 0.20 | 110.00 | Review objection to Fair Haven claim for interest. |
| 05/23/12 | JMS | 0.60 | 330.00 | Review Garlock's motion to supplement record on appeal for access to 2019 statements. |

**PROFESSIONAL SERVICES** $754.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 1.20 | $550.00 | $660.00 |
| Flores, Luisa M | 0.40 | $235.00 | $94.00 |
| **TOTAL** | **1.60** | | **$754.00** |

**CURRENT BALANCE DUE THIS MATTER** $754.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15546

**RE: 10 - Travel**

| | | | | |
|---|---|---|---|---|
| 05/01/12 | JMS | 4.90 | 1,347.50 | Non-working return travel to Miami. |
| 05/07/12 | JMS | 4.70 | 1,292.50 | Non-working travel to Philadelphia to attend hearing. |
| 05/08/12 | JMS | 4.50 | 1,237.50 | Return to Miami. |

**PROFESSIONAL SERVICES** $3,877.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 14.10 | $275.00 | $3,877.50 |
| *TOTAL* | *14.10* | | *$3,877.50* |

**CURRENT BALANCE DUE THIS MATTER** $3,877.50

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15554

**RE: 18 - Plan & Disclosure Statement**

| | | | | |
|---|---|---|---|---|
| 05/03/12 | JMS | 0.70 | 385.00 | Telephone conference with C. Plaza regarding timing of effective date and related issues. |
| 05/09/12 | JMS | 3.20 | 1,760.00 | Telephone conference with M. Dies regarding recap of Grace hearing (.6); lengthy memorandum to Committee summarizing recent events in case (2.6). |
| 05/09/12 | ACV | 0.20 | 43.00 | Analysis of status of appeals by insurers. |
| 05/14/12 | JMS | 0.30 | 165.00 | Email exchange with E. Westbrook regarding confirmation appeals. |
| 05/30/12 | JMS | 0.70 | 385.00 | Review Anderson's Rule 60(b) motion for reconsideration based upon Owens Corning decision. |
| 05/31/12 | JMS | 2.50 | 1,375.00 | Review and analysis of Owens Corning decision from 3rd Circuit in consideration of motion to amend filed by Anderson Memorial (1.6); telephone conference with M. Dies regarding confirmation issues (.9). |

**PROFESSIONAL SERVICES** $4,113.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 7.40 | $550.00 | $4,070.00 |
| Varela, Ana Carolina | 0.20 | $215.00 | $43.00 |
| **TOTAL** | **7.60** | | **$4,113.00** |

**CURRENT BALANCE DUE THIS MATTER** $4,113.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP