Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

# Saul Ewing LLP

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2163900 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 06/19/12 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00001 |
| Charlottesville, VA 22902 | |

Re: Asset Disposition

FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/12:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/14/12 | TKD | Review Motion to Authorize the Implementation of the 2012 Long-Term Incentive Plan | 0.4 | 260.00 |
| | | TOTAL HOURS | 0.4 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.4 | at | $650.00 | = | 260.00 |

CURRENT FEES                                                                   260.00

**TOTAL AMOUNT OF THIS INVOICE**                                               260.00

**NET AMOUNT OF THIS INVOICE**                                                 260.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611
DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA  22902

| | |
|---|---|
| Invoice Number | 2163901 |
| Invoice Date | 06/19/12 |
| Client Number | 359022 |
| Matter Number | 00004 |

Re:   Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/12:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/01/12 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 05/02/12 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 05/03/12 | TKD | Review all case filings and share with team | 0.3 | 195.00 |
| 05/04/12 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 05/07/12 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 05/08/12 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 05/09/12 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 05/10/12 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 05/11/12 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 05/14/12 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 05/15/12 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 05/17/12 | TKD | Reviewed all case filings and shared with team | 0.5 | 325.00 |
| 05/18/12 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 05/21/12 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 05/22/12 | TKD | Review all case filings and share with team | 0.3 | 195.00 |
| 05/23/12 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 05/24/12 | TBB | Forward ECF filings to team. | 0.2 | 39.00 |
| 05/25/12 | TBB | Forward ECF filings to team. | 0.2 | 39.00 |
| 05/28/12 | TBB | Forward ECF filings to team. | 0.2 | 39.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00004
06/19/12

WR Grace - Official Committee of Equity Security Holders
Case Administration

Invoice Number 2163901
Page 2

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/29/12 | TBB | Forward ECF filings to team. | 0.3 | 58.50 |
| 05/30/12 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 05/31/12 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| | | TOTAL HOURS | 8.7 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 0.9 | at | $195.00 | = | 175.50 |
| Teresa K.D. Currier | 7.8 | at | $650.00 | = | 5,070.00 |

CURRENT FEES                                          5,245.50

**TOTAL AMOUNT OF THIS INVOICE**                      5,245.50

**NET AMOUNT OF THIS INVOICE**                        5,245.50

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2163902 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 06/19/12 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00008 |
| Charlottesville, VA 22902 | |

Re: Committee: Creditors', Noteholders' Or Equity Holders'

FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/12:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/10/12 | TKD | Equity Committee Meeting: Conf call meeting | 1.0 | 650.00 |
| | | TOTAL HOURS | 1.0 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 1.0 | at | $650.00 | = | 650.00 |

CURRENT FEES                                                                 650.00

**TOTAL AMOUNT OF THIS INVOICE**                              650.00

**NET AMOUNT OF THIS INVOICE**                                  650.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

# Saul Ewing LLP

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2163904 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 06/19/12 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00015 |
| Charlottesville, VA 22902 | |

Re: Fee Applications/Applicant

FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/12:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/22/12 | TBB | Draft CNO to Saul Ewing's Thirty First Monthly Fee Application | 0.3 | 58.50 |
| 05/23/12 | TKD | Review and file Saul Ewing fee app | 0.3 | 195.00 |
| 05/23/12 | TBB | Draft Saul Ewing's Twelfth Quarterly Fee Application. | 0.6 | 117.00 |
| 05/23/12 | TBB | Review docket for objection to Saul Ewing's Thirty Second Monthly Fee Application. | 0.1 | 19.50 |
| 05/23/12 | TBB | File and serve CNO to Saul Ewing's Thirty Second Monthly Fee Application. | 0.8 | 156.00 |
| 05/23/12 | TBB | File and serve Saul Ewing's Twelfth Quarterly Fee Application. | 0.8 | 156.00 |
| 05/31/12 | TBB | Draft Saul Ewing's Thirty Fourth Monthly Fee Application. | 0.5 | 97.50 |
| 05/31/12 | TBB | File and serve Saul Ewing's Thirty Fourth Monthly Fee Application. | 0.8 | 156.00 |
| | | TOTAL HOURS | 4.2 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 3.9 | at | $195.00 | = | 760.50 |
| Teresa K.D. Currier | 0.3 | at | $650.00 | = | 195.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00015
06/19/12

WR Grace - Official Committee of Equity Security Holders
Fee Applications/Applicant

Invoice Number 2163904
Page 2

| | |
|---|---:|
| CURRENT FEES | 955.50 |
| **TOTAL AMOUNT OF THIS INVOICE** | 955.50 |
| **NET AMOUNT OF THIS INVOICE** | 955.50 |

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

# Saul Ewing LLP

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2163905 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 06/19/12 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00016 |
| Charlottesville, VA 22902 | |

Re: Fee Applications/Others

FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/12:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/22/12 | TBB | Draft CNO to Kramer Levin One Hundred and Twenty Sixth Monthly Fee Application | 0.3 | 58.50 |
| 05/23/12 | TKD | Review and file Kramer Levin fee app | 0.3 | 195.00 |
| 05/23/12 | TBB | File and serve CNO to Kramer Levin's One Hundred and Twenty Seventh Monthly Fee Application. | 0.8 | 156.00 |
| 05/23/12 | TBB | Draft Notice to Kramer Levin's Fortieth Quarterly Fee Application. | 0.2 | 39.00 |
| 05/23/12 | TBB | File and serve Kramer Levin's Fortieth Quarterly Fee Application. | 0.8 | 156.00 |
| 05/23/12 | TBB | Review docket for objections to Kramer Levin's One Hundred and Twenty Seventh Monthly Fee Application. | 0.1 | 19.50 |
| 05/23/12 | TBB | Emails with D. Blabely regarding CNO. | 0.1 | 19.50 |
| | | TOTAL HOURS | 2.6 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 2.3 | at | $195.00 | = | 448.50 |
| Teresa K.D. Currier | 0.3 | at | $650.00 | = | 195.00 |

| | | |
|---|---|---|
| 359022 | WR Grace - Official Committee of Equity Security Holders | Invoice Number 2163905 |
| 00016 | | Page 2 |
| 06/19/12 | Fee Applications/Others | |

|  |  |
|---|---|
| CURRENT FEES | 643.50 |
| **TOTAL AMOUNT OF THIS INVOICE** | 643.50 |
| **NET AMOUNT OF THIS INVOICE** | 643.50 |

**Saul Ewing LLP**

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2163906 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 06/19/12 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00020 |
| Charlottesville, VA 22902 | |

Re: Plan and Disclosure Statement

FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/12:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/01/12 | TKD | Reviewed post confirmation report filed with court | 0.3 | 195.00 |
| 05/09/12 | TKD | Review Written Objection to Fair Harbor Assertion of Default Interest | 0.2 | 130.00 |
| 05/24/12 | TKD | Reviewed draft Third Circuit letter circulated to parties | 0.3 | 195.00 |
| | | TOTAL HOURS | 0.8 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.8 | at | $650.00 | = | 520.00 |

CURRENT FEES                                                                                      520.00

**TOTAL AMOUNT OF THIS INVOICE**                                                       520.00

**NET AMOUNT OF THIS INVOICE**                                                            520.00

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

# Saul Ewing LLP

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2163903 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 06/19/12 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00014 |
| Charlottesville, VA 22902 | |

Re: Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Photocopying | 18.70 |
| Docket Entries | 53.52 |
| CURRENT EXPENSES | 72.22 |

**TOTAL AMOUNT OF THIS INVOICE**     72.22

**NET AMOUNT OF THIS INVOICE**     72.22

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP