**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al*. | ) | Case No. 01-1139 (JFK) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

Please withdraw the appearance of Chad A. Fights, Esquire, of Morris, Nichols, Arsht & Tunnell LLP, as counsel for Fresenius Medical Care Holdings, Inc. ("Fresenius Medical") in the above captioned proceedings. Please note that Eric D. Schwartz, Esquire and all other counsel of record will remain as counsel to Fresenius Medical.

Dated: June 29, 2012      MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, Delaware

*/s/ Chad A. Fights*
Eric D. Schwartz (No. 3134)
Chad A. Fights (No. 5006)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899
Telephone: 302-658-9200
Facsimile: 302-658-3989
-and-

Nathan F. Coco
David S. Rosenbloom
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL 60606
Telephone: (312) 372-2000
Facsimile: (312) 984-7700

*Counsel for Fresenius Medical Care Holdings, Inc.*

6004639.1