# EXHIBIT A

# LAUZON BÉLANGER LESPÉRANCE
AVOCATS • ATTORNEYS

June 26, 2012

RE :   W.R. GRACE & CO., and al.
       U.S. FEE APPLICATION
       CDN ZAI CLASS ACTION
       Our file:  222

### CANADIAN ZAI SPECIAL COUNSEL FEE APPLICATION
### (May 1st 2012 to May 31st 2012)

**FOR PROFESSIONAL SERVICES RENDERED, INCLUDING:**

| DATE | INIT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 2012-05-03 | CH | Review of Monthly application prepared by Hogan Firm | 0.42 | 285.00 | 119.70 |
| 2012-05-04 | CH | Email to Lauren Campbell re: signed execution and approval monthly certification | 0.25 | 285.00 | 71.25 |
| 2012-05-15 | CH | Review of 8th Quarterly Application | 0.50 | 285.00 | 142.50 |
| 2012-05-15 | CH | Letter to David Thompson re: portion of Hogan Firm fees | 0.33 | 285.00 | 94.05 |
| 2012-05-24 | CH | Review of statement for April 2012 | 0.33 | 285.00 | 94.05 |
| 2012-05-24 | CH | Email to Lauren Campbell re: statement April 2012 | 0.25 | 285.00 | 71.25 |
| 2012-05-25 | CH | Email to David Thompson re: scheduling meeting | 0.17 | 285.00 | 48.45 |
| 2012-05-25 | MB | Email from David Thompson; | 0.25 | 450.00 | 112.50 |
| 2012-05-30 | CH | Email in response to class member inquiry | 0.50 | 285.00 | 142.50 |
| 2012-05-30 | CH | Email to Karen Harvey re: payment from WR Grace | 0.25 | 285.00 | 71.25 |
| 2012-05-30 | CH | Email from Karen Harvey re: payment from WR Grace | 0.25 | 285.00 | 71.25 |
| 2012-05-31 | CH | Email to David Thompson re: meeting | 0.25 | 285.00 | 71.25 |
| | | **OUR FEES:** | **3.75** | | **$ 1,110.00** |

TIME SUMMARY BY LAWYER

| | | | |
|---|---|---|---|
| CH | 285.00 | 3.50 | 997.50 |
| MB | 450.00 | 0.25 | 112.50 |

**TOTAL FEES**                                                                                      **$ 1,110.00**

**DISBURSEMENTS**

| | |
|---|---:|
| Photocopies | 2.00 |
| **TOTAL FEES AND DISBURSEMENTS** | **$ 1,112.00** |
| G.S.T. 5% | 55.60 |
| Q.S.T. 9.5% | 110.92 |
| **TOTAL** | **$1,278.52** |

# G.S.T.   814682340 RT 0001
# Q.S.T.   1211542736 TQ 0001