# EXHIBIT "A"

## *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:(302) 575-1555     Fax:   (302) 575-1714

WR Grace PD Committee                                          May 1, 2012    to    May 31, 2012

                                                               Inv  #:          43952

**RE:**     WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 12.50 | 3,174.50 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 2.10 | 756.00 |
| B18 | Fee Applications, Others - | 2.20 | 405.00 |
| B2  | Claims Analysis Obj. & Res. (Asbestos) | 0.90 | 324.00 |
| B25 | Fee Applications, Applicant - | 4.50 | 753.00 |
| B3  | Claims Analysis Obj. & Res. (Non-Asb) - | 0.70 | 252.00 |
| B35 | Travel/Non-working - | 4.00 | 720.00 |
| B36 | Plan and Disclosure Statement - | 5.00 | 1,705.50 |
| B37 | Hearings - | 0.80 | 288.00 |
|     | **Total** | **32.70** | **$8,378.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lisa L. Coggins | 300.00 | 1.90 | 570.00 |
| Regina Matozzo | 225.00 | 3.10 | 697.50 |
| Theodore J. Tacconelli | 180.00 | 4.00 | 720.00 |
| Theodore J. Tacconelli | 360.00 | 13.80 | 4,968.00 |
| Paralegal - MAG | 125.00 | 2.50 | 312.50 |
| Legal Assistant - KC | 150.00 | 7.40 | 1,110.00 |
| **Total** | | **32.70** | **$8,378.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                                                    **$610.94**

| | | | |
|---|---|---|---|
| Invoice #: | 43952 | Page 2 | May 1-31, 2012 |

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| May-01-12 | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review order rescheduling oral argument in Appeal 11-1130 | 0.10 | TJT |
| | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* -Review correspondence from J. Sakalo re: status of confirmation appeals | 0.10 | TJT |
| | *Travel/Non-working* - Travel to Philadelphia for district Court hearing | 1.00 | TJT |
| | *Travel/Non-working* - Travel back from Philadelphia from District Court hearing | 1.00 | TJT |
| | *Plan and Disclosure Statement* - Confer with Judge Buckwalter's courtroom deputy-due to error by court staff no order entered yet continuing 5/1 hearing | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Confer with J. Sakalo re: Confirmation appeals and related Issues | 0.30 | TJT |
| | *Fee Applications, Applicant* - Review revisions to March 2012 invoice from T. Tacconelli; revise same and prepare for filing as exhibit to March 2012 monthly fee application | 0.30 | KC |
| May-02-12 | *Case Administration* - Confer with TJT re: status of various appeals and various case issues | 0.20 | LLC |
| | *Plan and Disclosure Statement* - Review order rescheduling 5/1 hearing to 5/8 | 0.10 | TJT |
| | *Fee Applications, Applicant* - Draft March 2012 monthly fee application; to LLC for review | 0.30 | KC |
| May-03-12 | *Case Administration* - Review Debtor's 43 Quarterly Report of Settlements | 0.10 | TJT |
| | *Fee Applications, Others* - Email from Luisa Flores at Bilzin with attached monthly fee app for March 2012; download same | 0.20 | KC |
| | *Fee Applications, Others* - Review Bilzin March 2012 monthly fee app; revisions to same, prepare COS, to LLC for review prior to filing | 0.20 | KC |
| May-04-12 | *Fee Applications, Others* - Review Bilzin March 2012 fee app for filing and confer with KC re: same | 0.20 | LLC |
| May-05-12 | *Claims Analysis Obj. & Res. (Asbestos)* Review Limited Objection by State of Montana to Libby/BNSF Settlement Motion | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* Prepare correspondence to J. Sakalo re: State of Montana to Libby/BNSF Settlement Motion | 0.20 | TJT |
| May-07-12 | *Case Administration* - Review Fee Auditor's final Report for Orrick for 43rd Interim Period | 0.10 | TJT |
| | *Fee Applications, Others* - Prepare Bilzin's March 2012 fee app for filing; efile and service of same | 0.30 | KC |
| | *Fee Applications, Applicant* - Prepare March 2012 fee app for filing; efile and service of same | 0.30 | KC |
| May-08-12 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review main docket re: status for week ending 5/6/12; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.30 | RM |
| | *Committee, Creditors', Noteholders' or* - Correspondence with committee member re: hearing today | 0.20 | TJT |

| Date | Description | Hours | Staff |
|---|---|---|---|
| | *Committee, Creditors', Noteholders' or* - teleconference with committee member re: hearing today | 0.30 | TJT |
| | *Travel/Non-working* - Travel to Philadelphia for District Court hearing | 1.00 | TJT |
| | *Travel/Non-working* - Travel from Philadelphia for District Court hearing | 1.00 | TJT |
| | *Plan and Disclosure Statement* - Attend District Court hearing | 2.00 | TJT |
| | *Case Administration* - Memo from T. Tacconelli; update payments received chart accordingly and prepare memo to TJT re: same | 0.20 | KC |
| May-09-12 | *Case Administration* - Review case management memo re: week ending 5-4-2012 | 0.10 | LLC |
| | *Case Administration* - Review Case Status Memo for week ending 5/4 | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* -Prepare for and teleconference with committee member re: hearing yesterday | 0.60 | TJT |
| | *Committee, Creditors', Noteholders' or* -Review Bilzin Memo re: status of confirmation appeals and Libby/BNSF settlement | 0.20 | TJT |
| May-10-12 | *Case Administration* - Review fee auditor's report for fee apps with no issues and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review weekly memos | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Confer with R. Matozzo re: transfer of insurance rights to PI Trust | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Research re: transfer of insurance rights to PI Trust | 1.00 | TJT |
| | *Case Administration* - Review fee auditor's report re: 43rd Quarterly forwarded by LLC; email to TJT re: same | 0.20 | KC |
| May-11-12 | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review affidavit by Miles and Stockbridge | 0.10 | TJT |
| May-12-12 | *Case Administration* - Review Fee Auditor's Final Report re: Combined No Objections for 43rd Interim period with attachments | 0.20 | TJT |
| | *Case Administration* - Review memo from K. Callahan re: Fee Auditor's Final Report re: Combined Non Objections for 43rd Interim Period | 0.10 | TJT |
| | *Case Administration* - Review Debtor's Quarterly Post Confirmation report | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Debtor's Objection to 9 claims held by Fair Harbor Capital re: default interest with attachments | 0.70 | TJT |
| May-14-12 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review main docket re: status for week ending 5/11/12; memo to T. Tacconelli and L. Coggins re: same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review Certificate of No Objection filed by Debtors re: Claim Settlement Notice for claim no. 9566 | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 5/11 | 0.10 | TJT |
| | *Case Administration* - Memo from T. Tacconelli; update payments received chart and prepare memo to T. Tacconelli re: same | 0.20 | KC |
| | *Fee Applications, Applicant* - Begin preparation of 44th Quarterly fee app for Jan-March 2012; | 2.00 | KC |
| May-15-12 | *Case Administration* - Review case management memo re: week ending 5-11-2012 | 0.10 | LLC |
| | *Case Administration* - Review weekly memos | 0.10 | TJT |
| May-16-12 | *Fee Applications, Others* - Confer with KC re: status of Bilzin's quarterly fee app | 0.10 | LLC |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Case Administration* - Review Notice of Withdrawal of Document by CND ZAI Claimants | 0.10 | TJT |
| May-17-12 | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| May-18-12 | *Case Administration* - Review Notice of Cancellation of Sept. 24th Hearing and trade emails with KC re: same | 0.20 | LLC |
| | *Fee Applications, Others* - Review 44th Interim Quarterly fee app of Bilzin Sumberg for filing and confer with KC re: same | 0.20 | LLC |
| | *Fee Applications, Applicant* - Review 44th Quarterly fee application for filing | 0.10 | LLC |
| | *Case Administration* - Review amended 2019 Statement by counsel for Libby Claimants | 0.10 | TJT |
| May-19-12 | *Case Administration* - Review Debtor's Motion for Approval of 2012 LTIP | 0.30 | TJT |
| | *Case Administration* - Review Notice of Withdrawal of Document by counsel for Libby Claimants | 0.10 | TJT |
| | *Hearings -* Review Agenda for 5/23 hearing | 0.10 | TJT |
| | *Hearings -* Review correspondence from J. Sakalo re: 5/23 hearing coverage | 0.10 | TJT |
| | *Hearings -* Review Order changing 8/27 hearing to telephonic only | 0.10 | TJT |
| May-21-12 | *Case Administration* - Review case management memo re: week ending 5-18-2012 | 0.10 | LLC |
| | *Case Administration* - Trade emails with KC re: cancellation of September hearing | 0.10 | LLC |
| | *Case Administration* - Review main docket re: status for week ending 5/18/12; memo to T. Tacconelli and L. Coggins re: same | 0.10 | RM |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review case status memo for week ending 5/18 | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* -Review correspondence from J. Sakalo to committee re: 5/23 hearing | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* Review 3rd Circuit opinion re: late claims in asbestos case | 0.40 | TJT |
| | *Hearings -* Review order canceling 5/23 hearing | 0.10 | TJT |
| | *Hearings -* Prepare correspondence to J. Sakalo re: order canceling 5/23 hearing | 0.20 | TJT |
| | *Hearings -* Review amended agenda for 5/23 hearing | 0.10 | TJT |
| | *Case Administration* - Review docket entry re: cancellation of Sept. 24th hearing; voice mail message to clerk re: dates for quarterly fee applications | 0.10 | KC |
| May-22-12 | *Case Administration* - Review weekly memos | 0.10 | TJT |
| | *Case Administration* - Review 14th Amended 2019 Statement filed by Libby Claimants | 0.10 | TJT |
| May-23-12 | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Auditing requested and approved quarterly fee applications | 2.00 | MAG |
| | *Case Administration* - Discussions with MAG, LLC re: quarterly fee applications; review file, docket for information related to same; follow up discussion with MAG | 0.50 | KC |
| May-24-12 | *Case Administration* - Review correspondence from B. Ruhlander re: | 0.10 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | change of address |  |  |
| May-25-12 | *Case Administration* - E-mail from B. Ruhlander re: new address for fee auditor and forward same to KC | 0.10 | LLC |
|  | *Case Administration* - Review Garlock's Motion to Take Judicial Notice with attachments re: appeal 11-1130 | 1.00 | TJT |
|  | *Case Administration* - Auditing requested and approved quarterly fee applications | 0.50 | MAG |
|  | *Case Administration* - Review address change and amend 2002 service list and labels; core list and labels | 0.30 | KC |
|  | *Fee Applications, Others* - Revise Bilzin's 44th Quarterly fee application regarding hearing date TBA and cos re: updated address | 0.30 | KC |
|  | *Fee Applications, Others* - Prepare Bilzin's 44th Quarterly fee application for efiling; efile same | 0.30 | KC |
|  | *Fee Applications, Others* - Service of Bilzin's 44th Quarterly fee application; coordinate service of notice of same to parties on the 2002 service list though Digital Legal Services | 0.30 | KC |
|  | *Fee Applications, Applicant* - Revise 44th Quarterly fee application re: hearing date TBD and updated address change | 0.30 | KC |
|  | *Fee Applications, Applicant* - Prepare 44th Quarterly fee application for efiling; efile same | 0.30 | KC |
|  | *Fee Applications, Applicant* - Service of 44th Quarterly fee application; coordinate service of notice of same to parties on 2002 service list through Digital Legal Services | 0.30 | KC |
| May-26-12 | *Case Administration* - correspondence with J. Sakalo re: 9/24 hearing cancelled | 0.20 | TJT |
|  | *Case Administration* - Review 30th Supplemental Affidavit for K&E | 0.10 | TJT |
|  | *Case Administration* - Review Debtor's status report letter to 3rd Circuit Clerk re: appeal 12-1402 | 0.10 | TJT |
|  | *Case Administration* - Memo to K. Callahan re: 44th quarterly fee apps re: 9/24 hearing | 0.20 | TJT |
|  | *Hearings* - Review Order canceling 9/24 omnibus hearing | 0.10 | TJT |
| May-29-12 | *Case Administration* - Review case management memo re: week ending 5-25-2012 | 0.10 | LLC |
|  | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
|  | *Case Administration* - Review main docket re: status for week ending 5/25/12; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
|  | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.20 | RM |
|  | *Case Administration* - Review Case Status memo for week ending 5/25 | 0.10 | TJT |
|  | *Case Administration* - Memo from TJT re: Sept. 24th hearing cancellation and discussion with LLC re: same | 0.10 | KC |
| May-30-12 | *Case Administration* - Review notice of address change and trade emails with KC re: same | 0.20 | LLC |
|  | *Case Administration* - Review weekly memos | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review AMH's Motion for Relief Under Rule 60(b) | 0.40 | TJT |
|  | *Plan and Disclosure Statement* - Prepare correspondence to J. Sakalo re: AMH's Motion for Relief Under Rule 60(b) | 0.20 | TJT |
| May-31-12 | *Case Administration* - Review three miscellaneous correspondence CNO's filed by Debtors | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* -retrieve voice mail from | 0.10 | TJT |

| | | |
|---|---:|---|
| committee member re: status of case and confirmation appeals | | |
| *Committee, Creditors', Noteholders' or* - teleconference with committee member re: status of case and confirmation appeals | 0.30 | TJT |
| *Committee, Creditors', Noteholders' or* -Prepare correspondence to committee member re: status of confirmation appeals | 0.20 | TJT |
| *Fee Applications, Applicant*   - Review and revise Ferry Joseph & Pearce's April prebill | 0.30 | TJT |
| *Fee Applications, Others* - Review docket for objections to Bilzin's March 2012 monthly fee application | 0.10 | KC |
| *Fee Applications, Applicant*   - Prepare draft invoice for April 2012 monthly fee app; to T. Tacconelli for review | 0.20 | KC |
| *Fee Applications, Applicant*   - Review docket for objections to March 2012 monthly fee application | 0.10 | KC |
| **Totals** | **32.70** | |

## DISBURSEMENTS

| | | |
|---|---|---:|
| May-02-12 | Photocopy Cost | 0.70 |
| | Photocopy Cost | 0.60 |
| | Photocopy Cost | 0.70 |
| | Photocopy Cost | 0.70 |
| | Photocopy Cost | 0.70 |
| May-03-12 | Photocopy Cost | 0.80 |
| | Photocopy Cost | 0.80 |
| May-04-12 | Photocopy Cost | 0.90 |
| | Cost Advance - Theodore J. Tacconelli - mileage 5/1/12 (68 x .555) | 37.74 |
| | Cost Advance - Theodore J. Tacconelli - parking 5/1/12 | 12.00 |
| May-07-12 | Photocopy Cost | 6.30 |
| May-08-12 | Photocopy Cost | 6.80 |
| May-11-12 | Cost Advance - Theodore Tacconelli - mileage reimbursement 5/8/12 | 37.74 |
| | Cost Advance - Theodore Tacconelli - parking reimbursement 5/8/12 | 12.00 |
| May-14-12 | Photocopy Cost | 0.70 |
| | Photocopy Cost | 0.70 |
| | Photocopy Cost | 0.70 |
| | Photocopy Cost | 0.60 |
| | Photocopy Cost | 1.10 |
| May-16-12 | Cost Advance -   Lexis Nexis - legal research March (Inv # 1203372274) | 309.60 |
| May-18-12 | Photocopy Cost | 1.40 |
| | Photocopy Cost | 0.90 |
| | Photocopy Cost | 0.80 |
| | Photocopy Cost | 0.70 |
| | Cost Advance - First State Deliveries - hand delivery 5/7/12 | 7.50 |
| May-21-12 | Photocopy Cost | 1.80 |
| May-22-12 | Photocopy Cost | 0.50 |
| | Photocopy Cost | 1.30 |
| | Photocopy Cost | 1.20 |
| | Cost Advance -   Lexis Nexis - legal research April (Inv #1204371456) | 65.96 |
| May-24-12 | Cost Advance - Digital Legal - copies/service   (Inv # 65442) | 64.30 |

| Invoice #: | 43952 | Page 7 | May 1-31, 2012 |

| Date | Description | Amount |
|---|---|---|
| May-25-12 | Photocopy Cost | 15.20 |
| | Photocopy Cost | 1.40 |
| | Photocopy Cost | 1.40 |
| | Photocopy Cost | 1.10 |
| | Photocopy Cost | 1.40 |
| | Cost Advance - postage | 3.30 |
| May-30-12 | Photocopy Cost | 0.90 |
| May-31-12 | Photocopy Cost | 0.50 |
| | Cost Advance - First State Deliveries - hand delivery 5/25/12 | 7.50 |
| | Totals | $610.94 |

**Total Fees & Disbursements**            **$8,988.94**