# EXHIBIT A

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**MAY 1, 2012 - MAY 31, 2012**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0013 | Business Operations | 4.6 | $ 3,335.00 |
| 0014 | Case Administration | 9.0 | 2,094.50 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 3.5 | 2,597.50 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 15.3 | 11,820.00 |
| 0018 | Fee Application, Applicant | 13.0 | 5,768.50 |
| 0019 | Creditor Inquiries | 0.6 | 513.00 |
| 0020 | Fee Application, Others | 7.7 | 2,080.50 |
| 0022 | Environmental Matters/Regulations/Litigation | 5.4 | 3,915.00 |
| 0036 | Plan and Disclosure Statement | 8.7 | 6,970.50 |
| 0037 | Hearings | 4.9 | 3,552.50 |
| | | | |
| | **Total** | **72.7** | **$ 42,647.00** |

# STROOCK

## INVOICE

| | |
|---|---|
| DATE | June 20, 2012 |
| INVOICE NO. | 565965 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through May 31, 2012, including:

| | |
|---|---|
| RE | Business Operations |
| | 699843 0013 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/01/2012 | Memorandum to Capstone re: AOP conference call. | Krieger, A. | 0.1 |
| 05/02/2012 | Memoranda with Capstone, R. Higgins re: AOP conference call (.1); memoranda with Debtors' counsel re: call (.1). | Krieger, A. | 0.2 |
| 05/03/2012 | Exchanged memoranda with Capstone re: Helios transaction (.2); attend to materials received on Project Helios (.6); attend to 2012 Operating Plan (.7). | Krieger, A. | 1.5 |
| 05/09/2012 | Conference call with representatives for all parties-in-interest re: 2012 AOP (1.0); follow up call with Capstone (.2). | Krieger, A. | 1.2 |
| 05/15/2012 | Attend to Debtors' motion to implement Long-Term Incentive Plan. | Krieger, A. | 0.2 |
| 05/16/2012 | Attend to Debtors' motion re: 2012 LTIP Program. | Krieger, A. | 0.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/18/2012 | Memoranda with Capstone re: LTIP motion. | Krieger, A. | 0.1 |
| 05/24/2012 | Exchanged memoranda with Capstone re: LTIP motion (.5); t/c R. Higgins re: same (.2). | Krieger, A. | 0.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 4.6 | $ 725 | $ 3,335.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,335.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 3,335.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Case Administration<br>699843 0014 |
|----|------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 05/01/2012 | Attend to order re: May 23 hearing. | Krieger, A. | 0.1 |
| 05/01/2012 | Obtain and circulate recently docketed pleadings in main case (.3); obtain documents for attorney review (.5); update internal case docket (.1); obtain recent pleading re: appeals case no. 11-199 (.2); | Mohamed, D. | 1.1 |
| 05/04/2012 | Circulate docket updates to working group. | Magzamen, M. | 0.2 |
| 05/09/2012 | Circulate docket updates & working group. | Magzamen, M. | 0.2 |
| 05/11/2012 | Obtain and circulate recently docketed pleading in main case (.2); monitor appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.4 |
| 05/14/2012 | Obtain and circulate recently docketed pleadings in main case (.5); review appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.7 |
| 05/15/2012 | Review appeals case docket no. 11-199 (.1); review case file documents (.4). | Mohamed, D. | 0.5 |
| 05/16/2012 | Obtain and circulate recently docketed pleadings in main case (.4); review appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.6 |
| 05/17/2012 | Monitor appeals case docket no. 11-199. | Mohamed, D. | 0.1 |
| 05/18/2012 | Attend to orders revising hearing schedule (.1); o/c DM re: court call arrangements for 5/23/12 hearing (.1). | Krieger, A. | 0.2 |
| 05/18/2012 | Obtain and circulate recently docketed pleadings in main case (.8); schedule A. Krieger to appear telephonically at 5/23/12 hearing (.1); review appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 1.1 |
| 05/21/2012 | Obtain and circulate recently docketed pleadings in main case (.4); review appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.6 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/22/2012 | Obtain and circulate recently docketed pleading in main case (.2); review appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.3 |
| 05/23/2012 | Review appeals case docket nos. 11-199 and 12-1402 (.2); update internal case docket (.1); obtain documents for attorney review (.2). | Mohamed, D. | 0.5 |
| 05/24/2012 | Review appeals case docket no. 11-199. | Mohamed, D. | 0.1 |
| 05/25/2012 | Review appeals case docket nos. 11-199 and 12-1402. | Mohamed, D. | 0.2 |
| 05/29/2012 | Obtain and circulate recent pleadings re: Appeals case docket nos. 11-199 and 12-1402 for attorney review. | Mohamed, D. | 0.3 |
| 05/30/2012 | Obtain and circulate recently docketed pleadings in main case (.3); review appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.5 |
| 05/31/2012 | Obtain and circulate recently docketed pleadings in main case (.7); review appeals case docket no. 11-199 (.1); review case file documents (.5). | Mohamed, D. | 1.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.3 | $ 725 | $ 217.50 |
| Magzamen, Michael | 0.4 | 335 | 134.00 |
| Mohamed, David | 8.3 | 210 | 1,743.00 |
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | | $ 2,094.50 |

| TOTAL FOR THIS MATTER | $ 2,094.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| | | |
|---|---|---|
| RE | Claims Analysis/Objections/Administration (Non-Asbestos) | |
| | 699843  0015 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/03/2012 | Attend to settlement notice re: Locke settlement and prepare memorandum of additional questions for Debtors' counsel (.8); exchanged memoranda with Debtors' counsel re: same and extended response deadline (.1). | Krieger, A. | 0.9 |
| 05/04/2012 | Memoranda with Debtors' counsel re: conference call to discuss Locke settlement. | Krieger, A. | 0.1 |
| 05/07/2012 | Preparation for and t/c R. Higgins re: Locke settlement (.5); review stipulation among the parties (.4). | Krieger, A. | 0.9 |
| 05/08/2012 | Review memo to Committee re: Locke claims. | Kruger, L. | 0.2 |
| 05/15/2012 | Attend to Debtors' written objection to Fair Harbor Capital's notice of Non-Default Contract Rate of Interest. | Krieger, A. | 0.5 |
| 05/21/2012 | Attend to memorandum re: Debtors' objection to Fair Harbor Capital's note of non-default interest rate. | Krieger, A. | 0.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 3.3 | $ 725 | $ 2,392.50 |
| Kruger, Lewis | 0.2 | 1,025 | 205.00 |
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | $ 2,597.50 | |
| TOTAL FOR THIS MATTER | | $ 2,597.50 | |

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| | | |
|---|---|---|
| RE | Committee, Creditors', Noteholders', or Equity Holders' | |
| | 699843  0017 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/01/2012 | Review AOP materials. | Kruger, L. | 0.3 |
| 05/01/2012 | Review WRG AOP deck. | Pasquale, K. | 0.5 |
| 05/03/2012 | Review Helios materials. | Kruger, L. | 0.3 |
| 05/06/2012 | Preparation of memorandum for the Committee re: proposed settlement of the Big Tex Site claim (.8); preparation of memorandum for the Committee re: proposed settlement of remaining Locke discrimination claim (1.3). | Krieger, A. | 2.1 |
| 05/07/2012 | Review Garlock pleadings. | Kruger, L. | 0.3 |
| 05/08/2012 | Memorandum for the Committee re: Locke settlement. | Krieger, A. | 1.1 |
| 05/08/2012 | O/c with A. Krieger re: Garlock hearing (.1); t/c with K. Pasquale re: Garlock hearing (.2). | Kruger, L. | 0.3 |
| 05/09/2012 | Attended to memorandum for the Committee re: 5/18/12 Argument before Judge Buckwalter, Third Circuit decision in Federal Mogul referred to by Debtors' counsel. | Krieger, A. | 4.4 |
| 05/09/2012 | Review memo to Committee re: Garlock hearing before Judge Buckwalter (.4); o/c with A. Krieger re: AOP phone call (.2). | Kruger, L. | 0.6 |
| 05/10/2012 | Attend to Committee memorandum re: Big Tex Site Settlement. | Krieger, A. | 0.4 |
| 05/11/2012 | Attend to Capstone's memorandum for the Committee re: Helios acquisition and exchanged memorandum with Capstone re: comments/questions. | Krieger, A. | 1.1 |
| 05/11/2012 | Review Capstone memo re: Helios. | Kruger, L. | 0.3 |
| 05/18/2012 | Attend to Committee memorandum re: settlement of Big Tex site claims. | Krieger, A. | 1.3 |

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/22/2012 | Preparation for conference call with Committee member re: status of case (.9); o/c KP re: pending motions and emergence issues (.2); t/c Committee member re pending matters and emergence issues (.5). | Krieger, A. | 1.6 |
| 05/30/2012 | Attend to Capstone's draft report to the Committee re: 2012 LTIP and o/c J. Dolan re: comments on same. | Krieger, A. | 0.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 12.7 | $ 725 | $ 9,207.50 |
| Kruger, Lewis | 2.1 | 1,025 | 2,152.50 |
| Pasquale, Kenneth | 0.5 | 920 | 460.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 11,820.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 11,820.00 |
|---|---|

# STROOCK

| | | | |
|---|---|---|---|
| RE | Fee Application, Applicant<br>699843  0018 | | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/10/2012 | Attend to preparation of 44th quarterly fee application. | Krieger, A. | 2.4 |
| 05/11/2012 | Attend to 44th quarterly fee application. | Krieger, A. | 2.5 |
| 05/14/2012 | Complete draft of 44th quarterly fee application. | Krieger, A. | 1.0 |
| 05/14/2012 | Prepare draft of SSL's 133rd monthly fee application for attorney review. | Mohamed, D. | 1.1 |
| 05/15/2012 | Revise draft of SSL's 44th quarterly fee application. | Mohamed, D. | 1.2 |
| 05/18/2012 | Finalize SSL's 44th quarterly fee application for filing (.8); prepare notice and CoS re: same and forward to local counsel for filing (.6); prepare and effectuate service re: fee application (.7). | Mohamed, D. | 2.1 |
| 05/23/2012 | Revise draft of SSL's 133rd monthly fee application for attorney review. | Mohamed, D. | 0.8 |
| 05/30/2012 | Finalize SSL's 133rd monthly fee application for filing (.7); prepare notice and CoS re same and forward to local counsel for filing (.6); prepare and effectuate service re fee application (.6). | Mohamed, D. | 1.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 5.9 | $ 725 | $ 4,277.50 |
| Mohamed, David | 7.1 | 210 | 1,491.00 |
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | | $ 5,768.50 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 5,768.50 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| | | |
|---|---|---|
| RE | Creditor Inquiries | |
| | 699843  0019 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/01/2012 | Telephone conference creditor re: confirmation status. | Pasquale, K. | 0.2 |
| 05/10/2012 | Telephone conference creditor re: court hearing. | Pasquale, K. | 0.2 |
| 05/21/2012 | Exchanged memoranda with Capstone re: creditors inquiry on status of appellate proceedings. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.2 | $ 725 | $ 145.00 |
| Pasquale, Kenneth | 0.4 | 920 | 368.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 513.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 513.00 |
|---|---|

# STROOCK

| | | | |
|---|---|---|---|
| RE | Fee Application, Others<br>699843 0020 | | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/01/2012 | Attend to applications of other professionals. | Krieger, A. | 0.1 |
| 05/08/2012 | Attend to fee applications from other professionals. | Krieger, A. | 0.1 |
| 05/09/2012 | Attend to fee applications, certification of other professionals. | Krieger, A. | 0.1 |
| 05/14/2012 | Review and finalize Capstone's 98th monthly fee application for filing (.7); prepare notice and CoS re: same and forward to local for filing (.5); prepare and effectuate service re: fee application (.6). | Mohamed, D. | 1.8 |
| 05/15/2012 | Attend to fee applications, certifications, Fee Auditor's statements re: other professionals. | Krieger, A. | 0.2 |
| 05/15/2012 | Revise draft of Capstone's 33rd quarterly fee application. | Mohamed, D. | 1.1 |
| 05/16/2012 | Finalize Capstone's 33rd quarterly fee application for filing (.8); prepare notice and CoS re: same and forward to local counsel for filing (.6); prepare and effectuate service re: fee application (.7). | Mohamed, D. | 2.1 |
| 05/21/2012 | Attend to fee applications of other professionals. | Krieger, A. | 0.4 |
| 05/31/2012 | Review and finalize Capstone's 99th monthly fee application for filing (.7); prepare notice and CoS re: same and forward to local counsel for filing (.5); prepare and effectuate service re: fee application (.6). | Mohamed, D. | 1.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.9 | $ 725 | $ 652.50 |
| Mohamed, David | 6.8 | 210 | 1,428.00 |
| | | | |
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | $ 2,080.50 | |
| | | | |
| TOTAL FOR THIS MATTER | | $ 2,080.50 | |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Environmental Matters/Regulations/Litigation<br>699843  0022 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/04/2012 | Attend to proposed settlement of the Big Tex Site and prepare draft memorandum for the Committee re: same (4.3); memorandum to Debtors' counsel re: information request re: Big Tex Site settlement (.4). | Krieger, A. | 4.7 |
| 05/07/2012 | Exchanged memoranda with R. Higgins, H. Feichko re: Big Tex Site conference call. | Krieger, A. | 0.2 |
| 05/10/2012 | Preparation for and conference call Debtors' counsel re: Big Tex Site settlement. | Krieger, A. | 0.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 5.4 | $ 725 | $ 3,915.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,915.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 3,915.00 |
|---|---|

# STROOCK

| RE | Expenses 699843 0024 |  |
|---|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | $ 0.00 |

### MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 161.06 |
| Local Transportation | 46.93 |
| Long Distance Telephone | 2.73 |
| Duplicating Costs-in House | 0.50 |
| O/S Information Services | 227.28 |
| Travel Expenses - Transportation | 263.00 |
| Travel Expenses - Lodging | 386.32 |
| Westlaw | 30.36 |
| TOTAL DISBURSEMENTS/CHARGES | $ 1,118.18 |
| TOTAL FOR THIS MATTER | $ 1,118.18 |

# STROOCK

| | | |
|---|---|---|
| RE | Plan and Disclosure Statement | |
| | 699843  0036 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/04/2012 | Attend to State of Montana's limited objection to Libby Settlement. | Krieger, A. | 0.2 |
| 05/07/2012 | Review Garlock motion for reargument and opposition pleadings re: 5/8/12 district court hearing on same. | Krieger, A. | 1.9 |
| 05/07/2012 | Prep for court hearing - review Garlock pleadings. | Pasquale, K. | 1.2 |
| 05/08/2012 | Attend argument before the District Court on Garlock's motion for reargument, rehearing (2.0); o/c LK re: argument (.1). | Krieger, A. | 2.1 |
| 05/08/2012 | Court hearing re: confirmation reconsideration. | Pasquale, K. | 2.2 |
| 05/30/2012 | Attend to Anderson Memorial's motion for relief from District Court's confirmation decision and Wright case. | Krieger, A. | 1.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 5.3 | $ 725 | $ 3,842.50 |
| Pasquale, Kenneth | 3.4 | 920 | 3,128.00 |

| | | |
|---|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | $ 6,970.50 |

| | | |
|---|---|---|
| TOTAL FOR THIS MATTER | | $ 6,970.50 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Hearings |
|---|---|
| | 699843 0037 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/08/2012 | Travel to and from Philadelphia for argument on Garlock's motion for reargument, rehearing before the District Court. | Krieger, A. | 4.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 4.9 | $ 725 | $ 3,552.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,552.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 3,552.50 |
|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 42,647.00 |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 1,118.18 |
| TOTAL BILL | $ 43,765.18 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.