# EXHIBIT B

**WR GRACE & CO**
**SUMMARY OF FEES**
**MAY 1, 2012 - MAY 31, 2012**

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** |  |  |  |
| Kruger, Lewis | 2.3 | $1,025 | $ 2,357.50 |
| Pasquale, Kenneth | 4.3 | 920 | 3,956.00 |
|  |  |  |  |
| **Associates** |  |  |  |
| Krieger, Arlene G. | 43.5 | 725 | 31,537.50 |
|  |  |  |  |
| **Paraprofessionals** |  |  |  |
| Magzamen, Michael | 0.4 | 335 | 134.00 |
| Mohamed, David | 22.2 | 210 | 4,662.00 |
|  |  |  |  |
| **Total** | **72.7** |  | **$ 42,647.00** |