# EXHIBIT C

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**MAY 1, 2012 - MAY 31, 2012**

| | | |
|---|---|---:|
| Outside Messenger Service | $ | 161.06 |
| Local Transportation | | 46.93 |
| Long Distance Telephone | | 2.73 |
| Duplicating Costs-in House | | 0.50 |
| O/S Information Services | | 227.28 |
| Travel Expenses - Transportation | | 263.00 |
| Travel Expenses - Lodging | | 386.32 |
| Westlaw | | 30.36 |
| | | |
| **TOTAL** | **$** | **1,118.18** |

# STROOCK

## Disbursement Register

| DATE | June 20, 2012 |
|---|---|
| INVOICE NO. | 565965 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia,  MD  21044-4098 |

**FOR EXPENSES INCURRED i**n the captioned matter for the period through May 31, 2012, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 05/05/2012 | VENDOR: UPS; INVOICE#: 000010X827182; DATE: 5/5/2012  D. Mohamed to Dawn S. Marra  Wilmington DE  on  04/30/2012 | 8.02 |
| 05/05/2012 | VENDOR: UPS; INVOICE#: 000010X827182; DATE: 5/5/2012  D. Mohamed to  Bobbi Ruhlander  Esq.  Dallas TX  on  04/30/2012 | 11.37 |
| 05/05/2012 | VENDOR: UPS; INVOICE#: 000010X827182; DATE: 5/5/2012  D. Mohamed to Dave Klauder, Esq.  Wilmington DE  on  04/30/2012 | 8.02 |
| 05/05/2012 | VENDOR: UPS; INVOICE#: 000010X827182; DATE: 5/5/2012  D. Mohamed to David B. Siegal   Columbia MD on  04/30/2012 | 8.02 |
| 05/19/2012 | VENDOR: UPS; INVOICE#: 000010X827202; DATE: 5/19/2012  D. Mohamed to D. Klauder, Esq.  WILMINGTON  DE  on  05/14/2012 | 8.02 |
| 05/19/2012 | VENDOR: UPS; INVOICE#: 000010X827202; DATE: 5/19/2012  D. Mohamed to David B. Siegal  COLUMBIA  MD on 05/14/2012 | 8.02 |
| 05/19/2012 | VENDOR: UPS; INVOICE#: 000010X827202; DATE: 5/19/2012 D. Mohamed to B. Ruhlander, Esq.  DALLAS TX on  05/14/2012 | 11.37 |
| 05/19/2012 | VENDOR: UPS; INVOICE#: 000010X827202; DATE: 5/19/2012 D. Mohamed to  Dawn S. Marra  Wilmington DE on  05/14/2012 | 8.02 |
| 05/19/2012 | VENDOR: UPS; INVOICE#: 000010X827202; DATE: 5/19/2012  D. Mohamed to Dave Klauder, Esq.  WILMINGTON DE on 05/16/2012 | 8.02 |
| 05/19/2012 | VENDOR: UPS; INVOICE#: 000010X827202; DATE: 5/19/2012  D. | 11.37 |

# STROOCK

PAGE: 2

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | Mohamed to  Bobbi Ruhlander, Esq.  DALLAS TXon 05/16/2012 | |
| 05/19/2012 | VENDOR: UPS; INVOICE#: 000010X827202; DATE: 5/19/2012  D. Mohamed to Dawn S. Marra  WILMINGTON DE  on 05/16/2012 | 8.02 |
| 05/19/2012 | VENDOR: UPS; INVOICE#: 000010X827202; DATE: 5/19/2012  D. Mohamed to David B. Siegal  COLUMBIA MD on 05/16/2012 | 8.02 |
| 05/26/2012 | VENDOR: UPS; INVOICE#: 000010X827212; DATE: 5/26/2012  D. Mohamed to Dave Klauder, Esq.  WILMINGTON DE on  05/18/2012 | 12.03 |
| 05/26/2012 | VENDOR: UPS; INVOICE#: 000010X827212; DATE: 5/26/2012  D. Mohamed to David B. Siegal  COLUMBIA  MD  on 05/18/2012 | 12.03 |
| 05/26/2012 | VENDOR: UPS; INVOICE#: 000010X827212; DATE: 5/26/2012  D. Mohamed to Dawn S. Marra  WILMINGTON DE  on 05/18/2012 | 12.03 |
| 05/26/2012 | VENDOR: UPS; INVOICE#: 000010X827212; DATE: 5/26/2012  D. Mohamed to Bobbi Ruhlander, Esq.  DALLAS TX  on 05/18/2012 | 18.68 |

**Outside Messenger Service Total**                                     **161.06**

**Local Transportation**

| 05/16/2012 | VENDOR(EE): KPASQUALE: 05/07/12 - 05/08/12; DATE: 05-16-2012; Court hearing in Philadelphia, PA | 12.00 |
|---|---|---|
| 05/22/2012 | VENDOR: NYC Taxi; Invoice#: 983111; Invoice Date: 05/18/2012; Voucher #: 158487; Arlene Krieger 05/08/2012 07:00 from EAST SIDE MANHATTAN NY to 343 7 AVE MANHATTAN NY. | 34.93 |

**Local Transportation Total**                                          **46.93**

**Long Distance Telephone**

| 05/09/2012 | EXTN.795562, TEL.2038626208, S.T.14:57, DUR.00:04:04 | 0.23 |
|---|---|---|
| 05/24/2012 | EXTN.795544, TEL.3128364047, S.T.11:21, DUR.00:08:03 | 2.50 |

**Long Distance Telephone Total**                                       **2.73**

**Duplicating Costs-in House**

| 05/14/2012 | | 0.30 |
|---|---|---|
| 05/18/2012 | | 0.20 |

**Duplicating Costs-in House Total**                                    **0.50**

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|

**O/S Information Services**

| 05/04/2012 | Pacer Search Service on 2/29/2012 | 227.28 |

**O/S Information Services Total** — **227.28**

**Travel Expenses - Transportation**

| 05/03/2012 | VENDOR: AMEX; PASQUALE/KENNETH on 04/24/2012 | 10.00 |
| 05/15/2012 | VENDOR(EE): AKRIEGER:  DATE: 05-15-2012; Amtrak from NYC to Philadelphia ($156.); Amtrak from Philadelphia to NYC  ($71.) - 5/8/2012 | 227.00 |
| 05/15/2012 | VENDOR(EE): AKRIEGER: DATE: 05-15-2012; Taxi cab expense from District Court to Amtrak's 30th Street Station, Philadelphia - 5/8/2012 | 11.00 |
| 05/15/2012 | VENDOR(EE): AKRIEGER: DATE: 05-15-2012; Taxi cab expense from NYC's Penn Station to 180 Maiden Lane - 5/8/2012 | 15.00 |

**Travel Expenses - Transportation Total** — **263.00**

**Travel Expenses - Lodging**

| 05/16/2012 | VENDOR(EE): KPASQUALE: 05/07/12 - 05/08/12; DATE: 05-16-2012; Court hearing in Philadelphia, PA | 386.32 |

**Travel Expenses - Lodging Total** — **386.32**

**Westlaw**

| 05/30/2012 | Transactional Search by Krieger, Arlene G. | 30.36 |

**Westlaw Total** — **30.36**

# STROOCK

BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 161.06 |
| Local Transportation | 46.93 |
| Long Distance Telephone | 2.73 |
| Duplicating Costs-in House | 0.50 |
| O/S Information Services | 227.28 |
| Travel Expenses - Transportation | 263.00 |
| Travel Expenses - Lodging | 386.32 |
| Westlaw | 30.36 |

| | |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 1,118.18 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.