# Exhibit A

**KRAMER LEVIN NAFTALIS & FRANKEL** LLP
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
PHONE 212.715.9100
FAX 212.715.8000

June 29, 2012

W.R. GRACE & CO. EQUITY COMMITTEE

When remitting,
please reference:
Invoice Number: 596650
056772

## CLIENT SUMMARY - 056772 - W.R. GRACE & CO. EQUITY COMMITTEE

### 056772-00001/CASE ADMINISTRATION

| | |
|---|---:|
| FEES | $1,021.50 |
| DISBURSEMENTS | 500.21 |
| MATTER TOTAL | $1,521.71 |

### 056772-00002/CREDITOR COMMITTEE

| | |
|---|---:|
| FEES | $4,085.50 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $4,085.50 |

### 056772-00007/REORGANIZATION PLAN

| | |
|---|---:|
| FEES | $16,687.50 |
| DISBURSEMENTS | 658.41 |
| MATTER TOTAL | $17,345.91 |

### 056772-00008/FEE APPLICATIONS, APPLICANT

| | |
|---|---:|
| FEES | $2,245.50 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $2,245.50 |

---

Amounts due may be remitted by wire transfer.

| | |
|---|---|
| To: | Citibank, N.A.<br>Citicorp Center 153 E. 53rd Street NY, N.Y. 10043<br>ABA #021000089 |
| Account: | Kramer Levin Naftalis & Frankel LLP Money Market A\C 9992122019 |
| By Order of: | Invoice No. 596650 |
| Citibank Contact: | Gaetana Mauceli (212) 559-0165 |

TIME AND DISBURSEMENT AMOUNTS POSTED AFTER THE BILLING PERIOD SHOWN
ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE
CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.
TAX ID# 13-1944339

KL4 2339139.1

Kramer Levin Naftalis & Frankel LLP
Page No. 2

W.R. GRACE & CO. EQUITY COMMITTEE
056772

June 29, 2012
Invoice No. 596650

### 056772-00028/TRAVEL\NON-WORKING

| | |
|---|---|
| FEES | $1,124.50 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $1,124.50 |
| CLIENT GRAND TOTAL | $26,323.12 |

KL4 2339139.1

## CASE ADMINISTRATION

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/01/12 | BLABEY, DAVID E | Review Project Helios summary. | 0.10 | 70.00 |
| 05/09/12 | HALVERSON, DARREN C | Research re: interest on Sealed Air's claim. | 0.30 | 124.50 |
| 05/09/12 | BLABEY, DAVID E | Call with counsel and advisors for Committees and Debtors re AOP. | 0.80 | 560.00 |
| 05/10/12 | SHAIN, ALIYA | Retrieve transcript of hearing. | 0.40 | 114.00 |
| 05/29/12 | BLABEY, DAVID E | Review Garlock discovery pleading. | 0.10 | 70.00 |
| 05/30/12 | HALVERSON, DARREN C | Review D. Blabey e-mail re: Anderson Hospital Rule 60 motion (.2). | 0.20 | 83.00 |

**TOTAL HOURS AND FEES**                                                **1.90**    **$1,021.50**

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| PHOTOCOPYING | 0.30 |
| WESTLAW ON-LINE RESEARCH | 499.91 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**                               **$500.21**

**TOTAL FOR THIS MATTER**                                               **$1,521.71**

## CREDITOR COMMITTEE

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/08/12 | BENTLEY, PHILIP | Prep for committee call, and discs DB re same | 0.30 | 259.50 |
| 05/09/12 | BENTLEY, PHILIP | Prep for tomorrow's committee call (.8), and discs TW, JST and DB re same (.5). | 1.30 | 1,124.50 |
| 05/09/12 | BLABEY, DAVID E | Call with T. Weschler re upcoming Committee call (.5) and write notes for same (.5). | 1.00 | 700.00 |
| 05/10/12 | BENTLEY, PHILIP | Committee call (0.9), and followup (0.2) | 1.10 | 951.50 |
| 05/10/12 | BLABEY, DAVID E | Prep for quarterly committee call (.2); quarterly committee call (.9); follow up discussions with P. Bentley re same (.4). | 1.50 | 1,050.00 |

**TOTAL HOURS AND FEES**                                              **5.20**  **$4,085.50**

**TOTAL FOR THIS MATTER**                                  **$4,085.50**

KL4 2339139.1

Kramer Levin Naftalis & Frankel LLP
Page No. 5

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00007

June 29, 2012
Invoice No. 596650

## REORGANIZATION PLAN

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/01/12 | BENTLEY, PHILIP | Review emails re current issues | 0.20 | 173.00 |
| 05/01/12 | BLABEY, DAVID E | Review Garlock pleadings (1.5) and draft notes for hearing (.6). | 2.10 | 1,470.00 |
| 05/02/12 | BENTLEY, PHILIP | Review emails re current issues | 0.10 | 86.50 |
| 05/02/12 | BLABEY, DAVID E | Review Federal Mogul decision (.3) and email to client re same (.2). | 0.50 | 350.00 |
| 05/04/12 | BENTLEY, PHILIP | Review Garlock motion papers | 0.30 | 259.50 |
| 05/07/12 | BENTLEY, PHILIP | Additional review of Garlock motion papers, prep for tomorrow's hearing, and discs DB re same | 2.50 | 2,162.50 |
| 05/07/12 | BLABEY, DAVID E | Review Montana objection to Libby settlement (.1); discuss prep for district court hearing with P. Bentley (.4). | 0.50 | 350.00 |
| 05/08/12 | BENTLEY, PHILIP | Attend district court hearing on Garlock's motion (3.8) and final prep (0.3) for same; report to client and discs DB re same (0.4); additional review and analysis of Garlock issues (0.7); review Third Circuit's Federal Mogul decision (0.5) | 5.70 | 4,930.50 |
| 05/08/12 | BLABEY, DAVID E | Discuss district court hearing with P. Bentley (.7); email to client re upcoming Committee call (.1); discuss appellate issues with P. Bentley (.2); look at TDP to address questions (.2). | 1.20 | 840.00 |
| 05/09/12 | BENTLEY, PHILIP | Additional review of Garlock issues | 0.30 | 259.50 |
| 05/25/12 | BENTLEY, PHILIP | Review emails re appeal issues | 0.10 | 86.50 |
| 05/29/12 | BLABEY, DAVID E | Review Anderson Memorial Hospital Motion (.3) and email to client re same (.1). | 0.40 | 280.00 |
| 05/30/12 | BENTLEY, PHILIP | Trade emails re AMH's motion | 0.20 | 173.00 |
| 05/30/12 | BLABEY, DAVID E | Research in connection with response to Anderson Memorial Hospital motion. | 6.80 | 4,760.00 |
| 05/31/12 | BENTLEY, PHILIP | Review emails re AMH's motion | 0.10 | 86.50 |
| 05/31/12 | BLABEY, DAVID E | Research on Rule 60 issues in connection with Anderson Memorial Hospital motion. | 0.60 | 420.00 |
| **TOTAL HOURS AND FEES** | | | **21.60** | **$16,687.50** |

KL4 2339139.1

Kramer Levin Naftalis & Frankel LLP                                                     Page No. 6

W.R. GRACE & CO. EQUITY COMMITTEE                                                       June 29, 2012
056772-00007                                                                            Invoice No. 596650

## SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| RESEARCH SERVICES | 14.00 |
| WESTLAW ON-LINE RESEARCH | 19.91 |
| OUT-OF-TOWN TRAVEL | 624.50 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$658.41** |
| **TOTAL FOR THIS MATTER** | **$17,345.91** |

KL4 2339139.1

## FEE APPLICATIONS, APPLICANT

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/04/12 | HALVERSON, DARREN C | Cf. F. Arias re: new bill (.1); review bill details (.2). | 0.30 | 124.50 |
| 05/15/12 | HALVERSON, DARREN C | Edit bill and send to F. Arias (.3). | 0.30 | 124.50 |
| 05/22/12 | BLABEY, DAVID E | Prepare quarterly fee application. | 2.00 | 1,400.00 |
| 05/30/12 | HALVERSON, DARREN C | Draft fee statement and exhibits for D. Blabey (.6). | 0.60 | 249.00 |
| 05/31/12 | HALVERSON, DARREN C | Review and edit fee application. | 0.50 | 207.50 |
| 05/31/12 | BLABEY, DAVID E | Review and edit monthly fee app. | 0.20 | 140.00 |
| **TOTAL HOURS AND FEES** | | | **3.90** | **$2,245.50** |

**TOTAL FOR THIS MATTER**                                    $2,245.50

Kramer Levin Naftalis & Frankel LLP                                            Page No. 8

W.R. GRACE & CO. EQUITY COMMITTEE                                              June 29, 2012
056772-00028                                                                   Invoice No. 596650

**TRAVEL\NON-WORKING**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/08/12 | BENTLEY, PHILIP | Travel to and from Philadelphia for district court hearing | 2.60 | 1,124.50 |

**TOTAL HOURS AND FEES**                                                 **2.60**   **$1,124.50**

**TOTAL FOR THIS MATTER**                                         **$1,124.50**

KL4 2339139.1