## Exhibit B

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE     1
                                                          *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 06/29/2012 13:27:37

Matter No: 056772-00001                                      Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:      3350040
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CASE ADMINISTRATION                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                              Status      : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.10/w/o manu. services
---------------------------------------------------------------------------------------------------------------------------------------
                                                          PRE-BILLING SUMMARY REPORT
---------------------------------------------------------------------------------------------------------------------------------------
              UNBILLED TIME FROM:                                              TO:
              UNBILLED DISB FROM:     05/08/2012                               TO:      05/31/2012
---------------------------------------------------------------------------------------------------------------------------------------
                                              FEES                                       COSTS
                                              ----                                       -----
          GROSS BILLABLE AMOUNT:                    0.00                                       500.21
           AMOUNT WRITTEN DOWN:
                       PREMIUM:
              ON ACCOUNT BILLED:
       DEDUCTED FROM PAID RETAINER:
                 AMOUNT BILLED:
                     THRU DATE:                                                              05/31/2012
       CLOSE MATTER/FINAL BILLING?        YES   OR    NO
       EXPECTED DATE OF COLLECTION:

       BILLING PARTNER APPROVAL:
                                          BENTLEY PHILIP - 02495              WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
              BILLING COMMENTS:


                                          ACCOUNTS RECEIVABLE TOTALS                     UNAPPLIED CASH
                                          --------------------------                     --------------
                       FEES:                              0.00
              DISBURSEMENTS:                            500.21     UNIDENTIFIED RECEIPTS:           0.00
                FEE RETAINER:                             0.00         PAID FEE RETAINER:          0.00
              DISB RETAINER:                              0.00        PAID DISB RETAINER:          0.00
           TOTAL OUTSTANDING:                           500.21       TOTAL AVAILABLE FUNDS:         0.00
                                                                             TRUST BALANCE:
                                                     BILLING HISTORY
                                                     ---------------
          DATE OF LAST BILL:                  05/31/12          LAST PAYMENT DATE:       05/31/12
           LAST BILL NUMBER:                    594534 ACTUAL FEES BILLED TO DATE:     367,079.00
                                                     ON ACCOUNT FEES BILLED TO DATE:         0.00
                                                        TOTAL FEES BILLED TO DATE:     367,079.00
          LAST BILL THRU DATE:                04/30/12     FEES WRITTEN OFF TO DATE:    85,704.00
                                                          COSTS WRITTEN OFF TO DATE:    23,828.24
     FOR ACCTG USE ONLY:                          Write Down/Up Reason Codes:
                                                  ---------------------------
              (1) Exceeded Fixed Fee              (4) Excessive Legal Time       (7) Fixed Fee
              (2) Late Time & Costs Posted        (5) Business Development       (8) Premium
              (3) Pre-arranged Discount           (6) Summer Associate           (9) Rounding           (10) Client Arrangement

     BILL NUMBER:_____  DATE OF BILL:_____  Processed by:_____  FRC:_____  CRC:_____
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    2
                                                         *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 06/29/2012 13:27:37

Matter No: 056772-00001                                         Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:    3350040
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CASE ADMINISTRATION                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                               Status       : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y -------------- Total Unbilled ----------------
Code  Description                          Oldest       Latest      Total
                                           Entry        Entry       Amount
----  ------------------------------       ------       ------      -----------
0820  PHOTOCOPYING                         05/08/12     05/08/12         0.30
0917  WESTLAW ON-LINE RESEARCH             05/30/12     05/31/12       499.91

           Total                                                       500.21


U N B I L L E D   C O S T S   D E T A I L
Description/Code                            Employee            Date           Amount      Index#   Batch No  Batch Date
---------------------------------           --------            ------         -----------  -------- --------- ----------

PHOTOCOPYING 0820
    PHOTOCOPYING                            BLABEY, D E         05/08/12            0.30   9632786  1237997   05/14/12
    BLABEY, DAVID E
                                        0820 PHOTOCOPYING Total :                   0.30

WESTLAW ON-LINE RESEARCH 0917
    WESTLAW ON-LINE RESE                    BLABEY, D E         05/30/12          418.29   9649124  1247379   06/01/12
    WESTLAW ON-LINE RESE                    BLABEY, D E         05/31/12           81.62   9649125  1247379   06/01/12
                                        0917 WESTLAW ON-LINE RESE Total :         499.91


          Costs Total :                                                           500.21
```

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                                    PAGE    3
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 06/29/2012 13:27:37

Matter No: 056772-00001                                        Orig Prtnr : CRED. RGTS  - 06975            Proforma Number:    3350040
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : CASE ADMINISTRATION                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status       : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description              Amount           Bill        W/o / W/u        Transfer To   Clnt/Mtr     Carry Forward
-----------------------    -------------      --------   --------------   -------------------------   ----------------

0820 PHOTOCOPYING                   0.30      _____  _____   _____   _____

0917 WESTLAW ON-LINE RESEARCH     499.91      _____  _____   _____   _____


         Costs Total :        500.21          _____  _____   _____   _____
```

```
alp_132r: Matter Detail                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    4
                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 06/29/2012 13:27:37

Matter No: 056772-00007                                        Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:     3350040
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : REORGANIZATION PLAN                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                             Status        : ACTIVE

Special Billing Instructions:
```

## PRE-BILLING SUMMARY REPORT

```
                UNBILLED TIME FROM:                                      TO:
                UNBILLED DISB FROM:   04/23/2012                         TO:      05/03/2012

                                      FEES                               COSTS

        GROSS BILLABLE AMOUNT:             0.00                               658.41
          AMOUNT WRITTEN DOWN: _____                          _____
                      PREMIUM: _____                          _____
             ON ACCOUNT BILLED: _____                          _____
     DEDUCTED FROM PAID RETAINER: _____                          _____
                AMOUNT BILLED: _____                          _____
                    THRU DATE:                                                05/03/2012
    CLOSE MATTER/FINAL BILLING?  YES   OR   NO
      EXPECTED DATE OF COLLECTION:

         BILLING PARTNER APPROVAL: _____              _____
                                   BENTLEY PHILIP - 02495              WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
                BILLING COMMENTS:
```

```
                           ACCOUNTS RECEIVABLE TOTALS                          UNAPPLIED CASH

                    FEES:                          0.00
            DISBURSEMENTS:                       658.41    UNIDENTIFIED RECEIPTS:        0.00
              FEE RETAINER:                        0.00       PAID FEE RETAINER:        0.00
             DISB RETAINER:                        0.00      PAID DISB RETAINER:        0.00
         TOTAL OUTSTANDING:                      658.41    TOTAL AVAILABLE FUNDS:        0.00
                                                                  TRUST BALANCE:
                                        BILLING HISTORY

         DATE OF LAST BILL:         05/31/12      LAST PAYMENT DATE:         05/31/12
         LAST BILL NUMBER:            594534 ACTUAL FEES BILLED TO DATE:  1,065,296.50
                                             ON ACCOUNT FEES BILLED TO DATE:       0.00
                                              TOTAL FEES BILLED TO DATE:  1,065,296.50
         LAST BILL THRU DATE:       04/30/12   FEES WRITTEN OFF TO DATE:       391.00
                                              COSTS WRITTEN OFF TO DATE:     2,162.00
    FOR ACCTG USE ONLY:             Write Down/Up Reason Codes:

         (1) Exceeded Fixed Fee     (4) Excessive Legal Time    (7) Fixed Fee
         (2) Late Time & Costs Posted  (5) Business Development (8) Premium
         (3) Pre-arranged Discount  (6) Summer Associate        (9) Rounding        (10) Client Arrangement

    BILL NUMBER:_____ DATE OF BILL:_____ Processed by:_____ FRC:_____ CRC:_____
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE     5
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 06/29/2012 13:27:37

Matter No: 056772-00007                          Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:    3350040
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : REORGANIZATION PLAN                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                Status       : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y -------------- Total Unbilled ----------------
Code  Description                              Oldest       Latest         Total
                                               Entry        Entry          Amount
----  ------------------------------           ------       ------         -----------
0841  RESEARCH SERVICES                        05/02/12     05/02/12             14.00
0917  WESTLAW ON-LINE RESEARCH                 05/02/12     05/02/12             19.91
0950  OUT-OF-TOWN TRAVEL                       04/23/12     05/03/12            624.50

         Total                                                                  658.41


U N B I L L E D   C O S T S   D E T A I L
Description/Code                               Employee          Date            Amount    Index#  Batch No  Batch Date
---------------------------------------------  --------          ------          -------   ------  --------  ----------

RESEARCH SERVICES 0841
    RESEARCH SERVICES                          BOYLE, B B        05/02/12          14.00   9625511 1234350   05/04/12
    Westlaw case for P Bentley
                                               0841 RESEARCH SERVICES Total :     14.00

WESTLAW ON-LINE RESEARCH 0917
    WESTLAW ON-LINE RESE                       BOYLE, B B        05/02/12          19.91   9649126 1247379   06/01/12
                                               0917 WESTLAW ON-LINE RESE Total :  19.91

OUT-OF-TOWN TRAVEL 0950
    DINERS CLUB CITICORP DIN                   BENTLEY, P        04/23/12         304.25   9646074 1244408   05/30/12
    5/1/2012 NYP TO PHL TO NYP
    DINERS CLUB CITICORP DIN                   BENTLEY, P        05/03/12         320.25   9646075 1244408   05/30/12
    5/8/2012 NYP TO PHL TO NYP
                                               0950 OUT-OF-TOWN TRAVEL Total :   624.50


         Costs Total :                                                           658.41
```

```
alp_132r: Matter Detail                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    6
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 06/29/2012 13:27:37

Matter No: 056772-00007                                        Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:    3350040
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : REORGANIZATION PLAN                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                              Status      : ACTIVE

BILLING   INSTRUCTIONS   FOR  UNBILLED   COSTS  SUMMARY
Code Description            Amount          Bill         W/o / W/u           Transfer  To   Clnt/Mtr   Carry Forward
------------------------    -----------     ---------    --------------      -------------------------  --------------

0841 RESEARCH SERVICES           14.00      _____    _____      _____  _____

0917 WESTLAW ON-LINE RESEARCH    19.91      _____    _____      _____  _____

0950 OUT-OF-TOWN TRAVEL         624.50      _____    _____      _____  _____


          Costs Total :         658.41      _____    _____      _____  _____
```