IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO., et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| *Debtors.* | § | Jointly Administered |
| | § | |
| | § | Objection Deadline: 7/23/12; 4:00 p.m., ET |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF ALEXANDER M. SANDERS, JR. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS FOR THE THIRTY-SIXTH MONTHLY INTERIM PERIOD FROM JUNE 1, 2012 THROUGH JUNE 30, 2012**

| | |
|---|---|
| Name of Applicant: | Hon. Alexander M. Sanders, Jr. |
| Authorized to Provide Services To: | Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | September 22, 2008 (*nunc pro tunc*) |
| Period for Which Compensation and Reimbursement is Sought: | June 1, 2012 through June 30, 2012 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $7,272.00  [80% of $9,090.00] |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $1,179.34 |

This is a(n):    ☒Monthly        ☐Interim        ☐Final Application

-1-

## PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 2/26/2009 | Inception to 2-26-2009 | $15,428.00 | $0 | Paid | Paid |
| 4/6/2009 | 2-26-2009 to 3-31-2009 | $17,892.00 | $2,305.49 | Paid | Paid |
| 5/27/2009 | 4-1-2009 to 4-30-2009 | $864.00 | $0 | Paid | Paid |
| 6/5/2009 | 5-1-2009 to 5-31-2009 | $16,308.00 | $747.20 | Paid | Paid |
| 7/23/2009 | 6-1-2009 to 6-30-2009 | $2,844.00 | $0 | Paid | Paid |
| 10/7/2009 | 7-1-2009 to 7-31-2009 | $8,460.00 | $0 | Paid | Paid |
| 10/7/2009 | 8-1-2009 to 8-31-2009 | $3,168.00 | $0 | Paid | Paid |
| 10/7/2009 | 9-1-2009 to 9-30-2009 | $38,304.00 | $3,904.58 | Paid | Paid |
| 11/4/2009 | 10-1-2009 to 10-31-2009 | $11,664.00 | $1,336.21 | Paid | Paid |
| 12/7/2009 | 11-1-2009 to 11-30-2009 | $5,292.00 | $0 | Paid | Paid |
| 1/7/2010 | 12-1-2009 to 12-31-2009 | $1,440.00 | $37.00 | Paid | Paid |
| 2/9/2010 | 1-1-2010 to 1-31-2010 | $18,972.00 | $2,992.32 | Paid | Paid |
| 3/12/2010 | 2-1-2010 to 2-28-2010 | $360.00 | $30.00 | Paid | Paid |
| 4/20/2010 | 3-1-2010 to 3-31-2010 | $2,016.00 | $0 | Paid | Paid |
| 5/5/2010 | 4-1-2010 to 4-30-2010 | $1,332.00 | $72.00 | Paid | Paid |
| 6/3/2010 | 5-1-2010 to 5-31-2010 | $2,484.00 | $0 | Paid | Paid |
| 9/17/2010 | 6-1-2010 to 6-30-2010 | $3,348.00 | $30.00 | Paid | Paid |
| 10/26/2010 | 7-1-2010 to 9-30-2010 | $390.00 | $30.00 | Paid | Paid |
| 12/1/2010 | 10-1-2010 to 11-30-2010 | $972.00 | $0 | Paid | Paid |

---

[1] At 80% of the total incurred.

| | | | | | |
|---|---|---|---|---|---|
| 1/6/2011 | 12-1-2010 to 12-31-2010 | $4,248.00 | $58.00 | Paid | Paid |
| 2/3/2011 | 1-1-2011 to 1-31-2011 | $5,184.00 | $0 | Paid | Paid |
| 3/15/2011 | 2-1-2011 to 2-28-2011 | $5,832.00 | $1,348.39 | Paid | Paid |
| 4/5/2011 | 3-1-2-11 to 3-31-2011 | $3,348.00 | $235.00 | Paid | Paid |
| 5/10/2011 | 4-1-2011 to 4-30-2011 | $1,188.00 | $0 | Paid | Paid |
| 6/8/2011 | 5-1-2011 to 5-31-2011 | $11,052.00 | $0 | Paid | Paid |
| 7/5/2011 | 6-1-2011 to 6-30-2011 | $5,724.00 | $872.11 | Paid | Paid |
| 8/1/2011 | 7-1-2011 to 7-31-2011 | $3,456.00 | $0 | Paid | Paid |
| 9/13/2011 | 8-1-2011 to 8-31-2011 | $648.00 | $0 | Paid | Paid |
| 10/13/2011 | 9-1-2011 to 9-30-2011 | $1,476.00 | $0 | Paid | Paid |
| 11/15/2011 | 10-1-2011 to 10-31-2011 | $1,980.00 | $0 | Paid | Paid |
| 2/3/2012 | 12-1-2012 to 12-31-2012 | $240.00 | $30.00 | Paid | Paid |
| 2/3/2012 | 1-1-2012 to 1-31-2012 | $3,096.00 | $0 | Paid | Paid |
| 3/9/2012 | 2-1-2012 to 2-29-2012 | $4,212.00 | $30.00 | Paid | Paid |
| 5/9/2012 | 4-1-2012 to 4-30-2012 | $4,716 | $1,051.60 | Paid | Paid |
| 6/13/2012 | 5-1-2012 to 5-31-2012 | $5,184 | $1,186.87 | Pending | Pending |

Alexander M. Sanders, Jr. is the only attorney providing services in this Fee Application period. Judge Sanders has practiced law for over 45 years, and his billing rate is $450 per hour. In this Application period Judge Sanders billed 20.2 hours,[2] for a total amount billed of $9,090.00, of which 80% is currently sought, in the amount of $7,272.00. Reimbursement of

---

[2] Non-Productive travel time, if any, is included in this figure, but at 50% of the actual time.

-3-

100% of expenses incurred, $1,179.34, is also sought. This Application seeks a total of $8,451.34.

As stated above, this is the Thirty-Sixth application for monthly fees and expenses. The time for preparation of this Application is approximately .8 hours, for which $520.00 will be requested in a future application of my counsel.

COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 15.7 | $7,065.00 |
| Travel | 9.0 (at 100%) | $2,025.00 (at 50%) |
| TOTAL | 24.7 hours | $9,090.00 |

EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Travel | $1,179.34 |
| TOTAL | $1,179.34 |

Detail of the fees and expenses billed is attached hereto as Exhibit A.

[Remainder of page intentionally blank]

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

**CERTIFICATE OF SERVICE**

I certify that on the 2nd day of July, 2012, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

## *ALEXANDER M. SANDERS, JR.*
*Attorney at Law*
*19 Water Street*
*Charleston, SC 29401*

### INVOICE FOR PROFESSIONAL SERVICES 6/1/12 – 6/30/12

As Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands

*In re W. R. Grace,* No. 01-1139 (Bankr.D.Del)

| Date | Services Performed | Time |
|---|---|---|
| 6/3/12 | Review of Anderson Memorial Hospital's motion for relief from order and memorandum opinion affirming confirmation order with attachments, including minimum legal research | 1.1 |
| 6/4/12 | Exchange of e-mail with Alan Rich, Esq., re above | 0.1 |
|  | Review of response opposing Garlock's motion for judicial notice of certain proposed legislation and to supplement the appellate record. | 0.8 |
| 6/11/12 | Travel Charleston, SC, to Wilmington, DE, to attend hearing on Garlock's motion scheduled for June 12, 2012:  10:30 a.m., left Charleston, arriving at hotel, 3:30 p.m. (5 hours billed @ one-half) | 2.5 |
|  | Review of materials in preparation for hearing, including Garlock's reply in support of its motion | 1.5 |
| 6/12/12 | Hearing on Garlock's motion | 2.2 |
|  | Travel from Wilmington, DE, to airport and return to Charleston, SC: 12 noon, left courthouse, arriving in Charleston 4 p.m. (4 hours billed @ one-half) | 2.0 |
| 6/13/12 | Review of documents, including amended memorandum opinion, dated  June 11, 2012, re: appeal of the final judgment in bankruptcy court on reorganization of W.R. Grace, et al., and confirming the settlement agreement between Grace and the CNA companies, as well as the joint plan (approx.. 228 pages); consolidated order, dated June 12, 2012, regarding motions for reconsideration, including motion of plan proponents, motion of Garlock and certain other matters addressed as numbered paragraphs 3-6 (4 pages); and table of contents (4 pages). | 2.5 |

**INVOICE, 6/1/12 – 6/30/12**
Page 2

| Date | Description | Hours |
|---|---|---|
| 6/18/12 | Review of certain documents, including: | |
| | Amended notice of agenda for hearing on June 18, 2012 (cancelled) | 0.2 |
| | Notice of proposed sale of Bondera business assets (47 pages) | 0.9 |
| | Draft of Appellee's response to Anderson Memorial's motion (15 pages) | 0.8 |
| | Appellee's response as per above in final form | 0.6 |
| | Response of PD FCR to Anderson Memorial | 0.4 |
| 6/27/12 | Review of certain documents, including: | |
| | Garlock's emergency motion to stay the court's memorandum opinion and order (approx. 45 pages) and Garlock's motion for expedited consideration | 1.0 |
| | Plan proponents response to Garlock's motions | 0.6 |
| | Appellee's response in opposition to Garlock's motion for a stay | 0.4 |
| | PD FCR's response to Garlock's motion for a stay | 0.8 |
| | Judge Buckwalter's memorandum granting expedited consideration of Garlock's motion for a stay and denying the motion, with confirming order | 0.6 |
| | Information re: "Project Capricorn," an acquisition anticipated by WR Grace | 0.5 |
| 6/29/12 | Review of Anderson Memorial's reply brief and letter Alan Rich to Judge Buckwalter's secretary re: Surreply PD FCR's Brief | 0.5 |
| | Review of PD FCR's brief | 0.2 |

```
20.2 hours @ $450/hour      $    9,090.00

Expenses                         1,179.34
(Receipts Attached)

        TOTAL:              $   10,269.34
```

## Expenses

Travel to Wilmington, DE, and return to Charleston, SC, for hearing on Garlock's motion, 6/12/12:

| | | |
|---|---|---:|
| Airfare | | $ 684.60 |
| | | 50.00* |
| Hotel | | 240.90 |
| Dinner | 6/11/12 | 50.69 |
| Breakfast | 6/12/12 | 13.00 |
| Taxis | (From Philadelphia airport to hotel in Wilmington and $12 tip) | 66.15 |
| | | 12.00 |
| | (From hotel to dinner and return) | 15.00 |
| | | 12.00 |
| Airport Parking | (Charleston, SC) | 35.00 |
| | TOTAL EXPENSES | $ 1,179.34 |

*Fee for change to earlier flight (saved 7 hours travel time not billed)