**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | Objection Deadline: 7/23/2012; 4:00 PM ET |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR
FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS
AND HOLDERS OF DEMANDS FOR THE FORTY-SIXTH MONTHLY
<u>INTERIM PERIOD FROM JUNE 1, 2012 THROUGH JUNE 30, 2012</u>**

| | |
|---|---|
| Name of Applicant: | Alan B. Rich, Esq. |
| Authorized to Provide Services To: | Hon. Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | September 29, 2008 (*nunc pro tunc*) |
| Period for Which Compensation and Reimbursement is Sought: | June 1, 2012 through June 30, 2012 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $21,164.00   [80% of $26,455.00] |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $1,753.72 |

This is a(n):  ☒Monthly     ☐Interim     ☐Final Application

## PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |

[1] At 80% of the total incurred.

| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
|---|---|---|---|---|---|
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | Paid | Paid |
| 5/3/2010 | 4/1/2010 to 4/30/2010 | $11,040.00 | $805.28 | Paid | Paid |
| 6/1/2010 | 5/1/2010 to 5/31/2010 | $5,808.00 | $44.00 | Paid | Paid |
| 7/1/2010 | 6/1/2010 to 6/30/2010 | $9,792.00 | $779.81 | Paid | Paid |
| 8/1/2010 | 7/1/2010 to 7/31/2010 | $7,824.00 | $208.00 | Paid | Paid |
| 9/1/2010 | 8/1/2010 to 8/31/2010 | $4,272.00 | $273.00 | Paid | Paid |
| 10/1/2010 | 9/1/2010 to 9/30/2010 | $6,672.00 | $30.00 | Paid | Paid |
| 11/1/2010 | 10/1/2010 to 10/31/2010 | $3,408.00 | $44.00 | Paid | Paid |
| 12/1/2010 | 11/1/2010 to 11/30/2010 | $6,012.00 | $0 | Paid | Paid |
| 1/3/2011 | 12/1/2010 to 12/31/2010 | $13,572.00 | $1,146.02 | Paid | Paid |
| 2/1/2011 | 1/1/2011 to 1/31/2011 | $13,416.00 | $1,247.19 | Paid | Paid |
| 3/1/2011 | 2/1/2011 to 2/28/2011 | $17,992.00 | $1,509.34 | Paid | Paid |
| 4/1/2011 | 3/1/2011 to 3/31/2011 | $10,660.00 | $201.00 | Paid | Paid |
| 5/2/2011 | 4/1/2011 to 4/30/2011 | $13,364.00 | $44.00 | Paid | Paid |
| 6/1/2011 | 5/1/2011 to 5/31/2011 | $22,932.00 | $243.05 | Paid | Paid |
| 7/1/2011 | 6/1/2011 to 6/30/2011 | $18,824.00 | $533.60 | Paid | Paid |
| 8/1/2011 | 7/1/2011 to 7/31/2011 | $10,088.00 | $0 | Paid | Paid |

| 9/1/2011 | 8/1/2011 to 8/31/2011 | $6,708.00 | $20.88 | Paid | Paid |
|---|---|---|---|---|---|
| 10/3/2011 | 9/1/2011 to 9/30/2011 | $6,500.00 | $0 | Paid | Paid |
| 11/1/2011 | 10/1/2011 to 10/31/2011 | $6,396.00 | $0 | Paid | Paid |
| 12/5/2011 | 11/1/2011 to 11/30/2011 | $6,084.00 | $0 | Paid | Paid |
| 1/3/2012 | 12/1/2011 to 12/31/2011 | $3,484.00 | $30.00 | Paid | Paid |
| 2/1/2012 | 1/1/2012 to 1/31/2012 | $8,372.00 | $0 | Paid | Paid |
| 3/5/2012 | 2/1/2012 to 2/29/2012 | $13,312.00 | $30.00 | Paid | Paid |
| 4/2/2012 | 3/1/2012 to 3/31/2012 | $8,060.00 | $0 | Paid | Paid |
| 5/3/2012 | 4/1/2012 to 4/30/2012 | $8,628.00 | $637.84 | Paid | Paid |
| 6/1/2012 | 5/1/2012 to 5/31/2012 | $18,460.00 | $1,613.72 | Paid | Paid |

Alan B. Rich is the only attorney providing services in this Fee Application period.  Mr. Rich has practiced law for 27 years, and his billing rate is $650 per hour.  In this Application period Mr. Rich billed 40.7 hours,[2] for a total amount billed of $26,455.00 of which 80% is currently sought, in the amount of $21,164.00.  Mr. Rich incurred expenses during this Application period in the amount of $1,753.72.  The total sought by the Application is $22,917.72.

As stated above, this is the Forty-Sixth application for monthly fees and expenses.  The time for preparation of this Application is approximately 1.5 hours, for which $975.00 will be requested in a future application.

---

[2] Travel Time, if any, is included in this figure at 50% of actual time.

-4-

COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 31.3 | $20,345.00 |
| Travel | 12.6   [at 100%] | $4,095.00   [at 50%] |
| Fee Application Matters | 3.1 | $2,015.00 |
| TOTAL | 47.0 | $26,455.00 |

EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Travel<br>Westlaw | $1,052.07<br>$701.65 |
| TOTAL | $1,753.72 |

Detail of the fees and expenses billed is attached hereto as Exhibit A.

//

//

//

//

//

//

//

//

//

//

<u>CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)</u>

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Elm Street, Suite 4244
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER
M. SANDERS, JR., LEGAL
REPRESENTATIVE FOR FUTURE
ASBESTOS-RELATED PROPERTY
DAMAGE CLAIMANTS AND HOLDERS
OF DEMANDS

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on the 2nd day of July, 2012, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*

4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (June, 2012)

### Client

**Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands**

### Matter

***In re W. R. Grace***, **No. 01-1139 (Bankr. D. Del)**

| Date | Services Performed | Time |
|------|--------------------|------|
| 6/1/2012 | Review Miscellaneous Pleadings received today | 0.2 |
| 6/1/2012 | Prepare, file and serve 45th Monthly Fee Application | 1.5 |
| 6/1/2012 | Emails to and from Debtor re discrepancy in payment | 0.1 |
| 6/1/2012 | Prepare, file and serve CNO for PD FCR 34th Monthly Fee Application | 0.2 |
| 6/1/2012 | Review Monthly Fee Applications of Canadian ZAI special counsel | 0.3 |
| 6/4/2012 | Emails to and from Client re AMH motion | 0.1 |
| 6/4/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 6/4/2012 | Review CNO re Big Tex site settlement | 0.1 |
| 6/4/2012 | Review Joint Response in Opposition to Garlock motion for Judicial Notice | 0.4 |
| 6/4/2012 | Email to client re Garlock hearing | 0.1 |

| | | |
|---|---|---|
| 6/5/2012 | Review Order Approving Libby and BNSF Settlements | 0.4 |
| 6/5/2012 | Telephone call with client re Garlock hearing | 0.1 |
| 6/5/2012 | Review Miscellaneous Pleadings received today | 0.2 |
| 6/6/2012 | Review Duplicate Order Approving Libby and BNSF Settlements [Doc. #29023] | 0.2 |
| 6/6/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 6/6/2012 | Review Third Circuit case re Rule 60 motions | 0.2 |
| 6/7/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 6/7/2012 | Review draft 43rd Quarterly Fee exhibit chart | 0.2 |
| 6/8/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 6/8/2012 | Continued preparation of response to AMH Rule 60 motion | 1.0 |
| 6/8/2012 | Review CNO for 2012 LTIP | 0.1 |
| 6/8/2012 | Review Garlock Reply in support of Motion for Judicial Notice | 0.5 |
| 6/11/2012 | Travel from Dallas to Wilmington for Garlock hearing (5.6 hrs.@ 50%) | 2.8 |
| 6/11/2012 | Review Agenda for June Omnibus hearing | 0.1 |
| 6/11/2012 | Email from J. Donley re response to AMH motion | 0.1 |
| 6/11/2012 | Review Certification of Counsel re 43rd Quarter project categories | 0.3 |
| 6/11/2012 | Review Certification of Counsel re 43rd Quarter fee applications | 0.2 |
| 6/11/2012 | Review Consolidated Order Regarding Motions for Reconsideration of Confirmation Order; Review Amended Order confirming plan; Review Amended Memorandum Opinion | 3.5 |
| 6/11/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 6/12/2012 | Attend hearing on Garlock appeal re 2019 statements | 2.7 |

| | | |
|---|---|---|
| 6/12/2012 | Travel from Wilmington to Dallas  (7 hrs. @ 50%) | 3.5 |
| 6/12/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 6/13/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 6/13/2012 | Prepare, file and serve monthly fee application of the PD FCR | 0.8 |
| 6/13/2012 | Review draft response of the plan proponents to the AMH Rule 60 motion | 0.5 |
| 6/13/2012 | Email to J. Donley re AMH Rule 60 motion and PD FCR response | 0.1 |
| 6/13/2012 | Research for Response to AMH Rule 60 motion | 0.5 |
| 6/13/2012 | Email from Debtors re service list issue | 0.1 |
| 6/13/2012 | Review Certifications of No Objection re Quarterly Fee Applications of the Canadian ZAI counsel | 0.1 |
| 6/13/2012 | Prepare and file CNO for the 14th Quarterly Fee Application of Judge Sanders | 0.2 |
| 6/13/2012 | Prepare and file CNO for the 14th Quarterly Fee Application | 0.2 |
| 6/13/2012 | Email to client re June Omnibus hearing | 0.1 |
| 6/14/2012 | Email from courtcall re cancellation of June Omnibus hearing | 0.1 |
| 6/14/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 6/14/2012 | Review Amended Agenda for June Omnibus hearing | 0.1 |
| 6/14/2012 | Review Order Approving the 2012 Long Term Incentive Plan | 0.1 |
| 6/14/2012 | Review Order Approving the 43rd Quarter Fee Applications | 0.2 |
| 6/14/2012 | Review Order Approving the Big Tex Environmental Settlement | 0.2 |
| 6/14/2012 | Review of Motion to approve sale of Bondera business segment | 1.0 |
| 6/15/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 6/15/2012 | Review revisions to Plan Proponents' response to AMH Rule 60 motion | 0.5 |

| | | |
|---|---|---|
| 6/15/2012 | Draft PD FCR's Response to AMH Rule 60 motion and continued research therefor | 3.0 |
| 6/15/2012 | Email to debtors' counsel re response to AMH Rule 60 motion | 0.1 |
| 6/15/2012 | Review of Corrected 41Q de minimus settlements report | 0.2 |
| 6/15/2012 | Review Certifcates of No Objection re Canadian ZAI claimants' counsels' monthly fee applications | 0.1 |
| 6/15/2012 | Email to Karl Hill re PD FCR response to AMH Rule 60 motion | 0.1 |
| 6/16/2012 | Email from Karl Hill re PD FCR response to AMH Rule 60 motion | 0.1 |
| 6/18/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 6/18/2012 | Review final draft of Plan Proponents' Response to AMH Rule 60 motion | 0.4 |
| 6/18/2012 | Email from client re AMH brief | 0.1 |
| 6/18/2012 | Email to Karl Hill re filing of response | 0.1 |
| 6/18/2012 | Review Briefing Schdule from USDC re AMH Reply Brief | 0.1 |
| 6/19/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 6/20/2012 | Email from PI FCR counsel re issue with financial report and AMH Response brief | 0.1 |
| 6/20/2012 | Review Miscellaneous Pleadings received today | 0.2 |
| 6/21/2012 | Review CNOs for Canadian ZAI Claimants' special counsel quarterly fee applications | 0.1 |
| 6/21/2012 | Review Miscellaneous Pleadings received today | 0.2 |
| 6/21/2012 | Prepare, file and serve CNO for 45th Monthly Fee Application | 0.2 |
| 6/22/2012 | Review Miscellaneous Pleadings received today | 0.2 |
| 6/25/2012 | Review draft of Debtors' status report to Third Circuit | 0.1 |
| 6/25/2012 | Review Miscellaneous Pleadings received today | 0.1 |

| | | |
|---|---|---|
| 6/25/2012 | Telephone call from counsel for Amtrak re status | 0.1 |
| 6/25/2012 | Email to J. Donley re Garlock Stay motion | 0.1 |
| 6/26/2012 | Review Garlock Motion for Expedited Hearing of Motion to Stay | 0.1 |
| 6/26/2012 | Review Garlock Notice of Appeal | 0.1 |
| 6/26/2012 | Review Briefing schedule from USDC re Garlock Motion to Stay | 0.1 |
| 6/26/2012 | Emails to and from J. Donley re Garlock Stay motion | 0.1 |
| 6/26/2012 | Review Debtors Status Report file in Third Circuit | 0.1 |
| 6/26/2012 | Review Garlock's Emergency Motion to Stay | 1.0 |
| 6/26/2012 | Review Miscellaneous Pleadings received today | 0.2 |
| 6/27/2012 | Review Draft of Debtors' Response to Garlock Motion to Stay and Exhibit | 0.8 |
| 6/27/2012 | Email to Judge Sanders re Garlock motion | 0.1 |
| 6/27/2012 | Review Miscellaneous Pleadings received today | 0.2 |
| 6/27/2012 | Draft PD FCR's Response to Garlock's Motion to Stay | 2.0 |
| 6/27/2012 | Review Project Capricorn materials | 0.5 |
| 6/27/2012 | Emails and and from debtors' counsel re PD Settlements and status of response to Garlock motion | 0.1 |
| 6/27/2012 | Emails to and from PD Trustee re status | 0.1 |
| 6/27/2012 | Review Opinion and Order from USDC denying Garlock stay | 0.4 |
| 6/27/2012 | Email to Judge Sanders re denial of Garlock motion to stay | 0.1 |
| 6/27/2012 | Review Third Circuit Order consolidating Garlock appeal | 0.1 |
| 6/28/2012 | Emails to and from Debtors' counsel re Garlock motion to stay | 0.1 |
| 6/28/2012 | Revise Response to Garlock Motion to Stay for filing in Third Circuit | 0.5 |

| | | |
|---|---|---|
| 6/28/2012 | Review Miscellaneous Pleadings received today | 0.2 |
| 6/28/2012 | Email to PD Trustee re status | 0.1 |
| 6/28/2012 | Review Anderson Memorial Hosp. Reply in Support of Rule 60 motion | 0.5 |
| 6/29/2012 | Emails to and from Debtors' counsel re AMH Reply | 0.1 |
| 6/29/2012 | Email to client re AMH Reply | 0.1 |
| 6/29/2012 | Letter to USDC re intent to file Surreply Brief | 0.2 |
| 6/29/2012 | Draft Surreply Brief re AMH Rule 60(b) Motion | 1.0 |
| 6/29/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 6/29/2012 | Emails to and from local counsel re filing of surreply brief | 0.1 |
| 6/29/2012 | Letter to USDC re courtesy copy of Surreply Brief | 0.1 |
| 6/29/2012 | Emails to and from PI FCR counsel re issue with operating report | 0.1 |
| 6/29/2012 | Review Notice of Withdrawal of counsel for Fresenious (USDC) | 0.1 |
| 6/29/2012 | Review Monthly Fee Applications of Canadian ZAI special counsel | 0.3 |
| 6/29/2012 | Review Amended Agenda for July Omnibus hearing | 0.1 |
| 6/29/2012 | Email to client re cancellation of July Omnibus hearing | 0.1 |
| 6/30/2012 | Email from local counsel re filings | 0.1 |

Total:   40.7 hours @ $650/hour = $26,455.00

Expenses:   $1,753.72   (Detail Attached)

Total Fees and Expenses Due:  $28,208.62

EXPENSES FOR JUNE, 2012

| DATE | DESCRIPTION OF EXPENSE | AMOUNT |
|------|------------------------|--------|
| May/June '12 | Westlaw | $701.65 |
| 6/11/2012 | RT Coach Airfare | $625.60 |
| 6/11/2012 | Dinner | $39.00 |
| 6/12/2012 | Parking | $22.00 |
| 6/12/2012 | Lunch | $8.67 |
| 6/12/2012 | Hotel | $240.90 |
| 6/12/2012 | Car Rental | $72.60 |
| 6/12/2012 | Airport Parking | $43.30 |
| | TOTAL EXPENSES | $1,753.72 |