# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                                EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 1

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:      100055.WRG01 |
| June 15, 2012 | INVOICE:               248780 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

c/o Peter Van N. Lockwood, Esq.
Caplin & Drysdale
One Thomas Circle
Washington, DC 20005

## PROFESSIONAL SERVICES through 05/31/12

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 05/01/12 | Communications with R. Horkovich re: updated charts and trusts at issue. | W001 | DJN | 0.20 |
| 05/01/12 | Continue analysis of selected insurance policies re: follow form and definition of bodily and personal injury issues. | W001 | GFF | 2.30 |
| 05/01/12 | Continued to review insurance policies and reimbursement agreements re: insolvent insurance companies "and policy language issues relating to coverage". | W001 | IF | 2.40 |
| 05/01/12 | Work on cash flow analysis and claim. | W001 | MG | 2.20 |
| 05/01/12 | Work on insolvent claims and analysis of correspondence and court papers re: same. | W001 | MG | 2.40 |
| 05/01/12 | Attention to recalculation of settlement demands (.30); Prepare report to Mr. Inselbuch regarding same (.60); Confer with Mr. Inselbuch regarding same (.30). | W001 | RMH | 1.20 |
| 05/02/12 | Review and update monitoring chart. | W011 | AHP | 0.40 |
| 05/02/12 | Draft and revise insurance policy data spreadsheets (.60); continue analysis of selected insurance policies re: follow form and definition of bodily and personal injury issues (1.20). | W001 | GFF | 1.80 |
| 05/02/12 | Continued to review insurance policies and reimbursement agreements re: insolvent insurance companies "and policy language issues relating to coverage". | W001 | IF | 2.30 |
| 05/02/12 | Work on insolvent claims, including application of correspondence and court papers re: same. | W001 | MG | 1.70 |
| 05/03/12 | Begin reviewing time and expense entries. | W011 | AHP | 0.60 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 2

W.R. GRACE/CLAIMANTS COMMITTEE            MATTER:      100055.WRG01

June 15, 2012                                   INVOICE:          248780

MATTER:  CLAIMANTS COMMITTEE                    ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 05/03/12 | Communications with R. Horkovich re: conference call with Mark Peterson concerning asbestos trust analysis for settlement demand. | W001 | DJN | 0.10 |
| 05/03/12 | Continue analysis of selected insurance policies re: follow form and definition of bodily and personal injury issues (2.10); Draft and revise insurance policy data spreadsheets (.70). | W001 | GFF | 2.80 |
| 05/03/12 | Continued to review insurance policies and reimbursement agreements re: insolvent insurance companies "and policy language issues relating to coverage". | W001 | IF | 2.60 |
| 05/03/12 | Work on cash flow analysis and claim. | W001 | MG | 1.70 |
| 05/03/12 | Work on insolvent claims and draft email inquiry re: same. | W001 | MG | 3.20 |
| 05/03/12 | Confer with Mr. Peterson regarding difference in rate of filings against trust to assist in calculation on unsettled insurance companies' financial obligations. | W001 | RMH | 0.60 |
| 05/03/12 | Work on post-bankruptcy Trust transfer issues regarding insolvent insurance carriers. | W001 | RYC | 1.60 |
| 05/04/12 | Continue analysis of selected insurance policies re: follow form and definition of bodily and personal injury issues (2.60); Draft and revise insurance policy data spreadsheets (.60). | W001 | GFF | 3.20 |
| 05/04/12 | Continued to review insurance policies and reimbursement agreements re: insolvent insurance companies "and policy language issues relating to coverage". | W001 | IF | 2.30 |
| 05/04/12 | Work on insolvent claims. | W001 | MG | 2.20 |
| 05/04/12 | Continue work on post-bankruptcy Trust transfer issues regarding insolvent insurance carriers. | W001 | RYC | 2.40 |
| 05/06/12 | Review email from R. Horkovich re: call with Mark Peterson to discuss charts in connection with Allstate settlement discussions. | W001 | DJN | 0.10 |
| 05/07/12 | Continue initial review of time and expense entries and request backup. | W011 | AHP | 2.20 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 3

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:      100055.WRG01 |
| June 15, 2012 | INVOICE:            248780 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 05/07/12 | Telephone conference with R. Horkovich and Mark Peterson (.40); Attention to asbestos trust analysis in connection with insurance company settlement discussions (.60). | W001 | DJN | 1.00 |
| 05/07/12 | Continue analysis of selected insurance policies re: follow form and definition of bodily and personal injury issues (1.40); Draft and revise insurance policy data spreadsheets (.40). | W001 | GFF | 1.80 |
| 05/07/12 | Continued to review insurance policies and reimbursement agreements re:  insolvent insurance companies "and policy language issues relating to coverage". | W001 | IF | 2.40 |
| 05/07/12 | Work on insolvent claims and review correspondence and court papers re: same. | W001 | MG | 2.40 |
| 05/07/12 | Attention to development of data regarding trust claims experience for insurance settlement demand calculations (.90);  Confer with Mr. Peterson (.40); Review data collected (.50);  Analyze supplemental data to be developed (.60). | W001 | RMH | 2.40 |
| 05/07/12 | Research regarding update and background on New York case law impediments to coverage raised by insolvent and potentially settling insurance companies. | W001 | RYC | 3.60 |
| 05/08/12 | Proof latest set of revisions and make additional ones. | W011 | AHP | 2.20 |
| 05/08/12 | Draft and revise insurance policy data spreadsheets (.30); Continue analysis of selected insurance policies re: follow form and definition of bodily and personal injury issues (1.80). | W001 | GFF | 2.10 |
| 05/08/12 | Continuing to review insurance policies and reimbursement agreements re:  insolvent insurance companies "and policy language issues relating to coverage". | W001 | IF | 2.20 |
| 05/08/12 | Work on cash flow analysis and claim. | W001 | MG | 3.20 |
| 05/08/12 | Continue research regarding update and background on New York case law impediments to coverage raised by insolvent and potentially settling insurance companies. | W001 | RYC | 3.30 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**         **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 4

W.R. GRACE/CLAIMANTS COMMITTEE      MATTER:     100055.WRG01

June 15, 2012                         INVOICE:        248780

MATTER: CLAIMANTS COMMITTEE           ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 05/09/12 | Begin preparing monthly fee application and exhibits. | W011 | AHP | 2.80 |
| 05/09/12 | Continue analysis of selected insurance policies re: follow form, definition of bodily and personal injury issues (1.90); Draft and revise insurance policy data spreadsheets (.30). | W001 | GFF | 2.20 |
| 05/09/12 | Continuing to review insurance policies and reimbursement agreements re: insolvent insurance companies "and policy language issues relating to coverage". | W001 | IF | 2.40 |
| 05/09/12 | Evaluate potentially supplementing petition to supreme court with recent appellate division's case (.70); review Federal Mogul decision to determine applicability to Grace petition for certification (1.10). | W001 | KES | 1.80 |
| 05/09/12 | Work on insolvent claims and review payment schedule. | W001 | MG | 2.60 |
| 05/09/12 | Attention to updating new case materials. | W001 | NJB | 1.60 |
| 05/09/12 | Continue summary of post-bankruptcy Trust transfer issues regarding outstanding insurance assets. | W001 | RYC | 2.90 |
| 05/10/12 | Review changes, finish draft with exhibits and forward for review. | W011 | AHP | 2.20 |
| 05/10/12 | Draft and revise insurance policy data spreadsheets (.40); Continue analysis of selected insurance policies re: follow form and definition of bodily and personal injury issues (1.70). | W001 | GFF | 2.10 |
| 05/10/12 | Continuing to review insurance policies and reimbursement agreements re: insolvent insurance companies "and policy language issues relating to coverage". | W001 | IF | 2.10 |
| 05/10/12 | Work on cash flow analysis and claim. | W001 | MG | 2.60 |
| 05/10/12 | Review organized policy and settlement summaries in connection with post-bankruptcy Trust transfer issues regarding outstanding insurance assets. | W001 | RYC | 2.60 |
| 05/11/12 | Draft and revise insurance policy data spreadsheets (.80); continue analysis of selected insurance policies re: follow form and definition of bodily and personal injury issues (1.30). | W001 | GFF | 2.10 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 5

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:     100055.WRG01 |
| June 15, 2012 | INVOICE:            248780 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 05/11/12 | Continuing to review insurance policies and reimbursement agreements re:  insolvent insurance companies "and policy language issues relating to coverage". | W001 | IF | 2.20 |
| 05/11/12 | Review and read cases in anticipation of preparing supplemental letter to Court to highlight recent cases. | W001 | KES | 0.70 |
| 05/11/12 | Work on insolvent claims and payment schedule. | W001 | MG | 2.60 |
| 05/11/12 | Continue review of organized policy and settlement summaries in connection with post-bankruptcy Trust transfer issues regarding outstanding insurance assets. | W001 | RYC | 2.60 |
| 05/13/12 | Gather additional documents for analysis of various trusts to assist in settlement discussions with Allstate. | W001 | DJN | 2.30 |
| 05/14/12 | Communications with R. Horkovich re: status of analysis of asbestos trust for Allstate settlement discussions and search for additional materials for analysis. | W001 | DJN | 1.10 |
| 05/14/12 | Draft and revise insurance policy data spreadsheets (.40); continue analysis of selected insurance policies re: follow form and definition of bodily injury/personal injury issues (2.40). | W001 | GFF | 2.80 |
| 05/14/12 | Continuing to review insurance policies and reimbursement agreements re:  insolvent insurance companies "and policy language issues relating to coverage". | W001 | IF | 2.10 |
| 05/14/12 | Supplemental petition. | W001 | KES | 0.30 |
| 05/14/12 | Work on insolvent claims and review payment schedule. | W001 | MG | 1.90 |
| 05/14/12 | Work on cash flow analysis and claim. | W001 | MG | 2.70 |
| 05/14/12 | Review and comment upon fee application. | W011 | RYC | 0.60 |
| 05/15/12 | Continue Analysis of selected insurance policies re: follow form and definition of bodily and personal injury issues (1.80); Draft and revise insurance policy data spreadsheets (.30). | W001 | GFF | 2.10 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 6

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:        100055.WRG01

June 15, 2012                                                    INVOICE:              248780

MATTER:  CLAIMANTS COMMITTEE                               ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 05/15/12 | Continuing to review insurance policies and reimbursement agreements re: insolvent insurance companies "and policy language issues relating to coverage". | W001 | IF | 1.90 |
| 05/15/12 | Attention to strategy with respect to updating petition for certification to supreme court (.60); evaluate issues to present to the court per meeting (.30). | W001 | KES | 0.90 |
| 05/15/12 | Work on insolvent claims and review payment schedule. | W001 | MG | 5.60 |
| 05/15/12 | Review and analysis of organized policy and settlement summaries in connection with post-bankruptcy Trust transfer issues re: outstanding insurance assets. | W001 | RYC | 2.40 |
| 05/16/12 | Revise, finalize and release monthly fee application and exhibits. | W011 | AHP | 1.80 |
| 05/16/12 | Continue analysis of selected insurance policies re: follow form and definition of bodily and personal injury issues (1.60); Draft and revise insurance policy data spreadsheets (.30). | W001 | GFF | 1.90 |
| 05/16/12 | Attention to London insolvent status issues and potential upcoming submissions. | W001 | HEG | 1.00 |
| 05/16/12 | Continuing to review insurance policies and reimbursement agreements re: insolvent insurance companies "and policy language issues relating to coverage". | W001 | IF | 1.20 |
| 05/16/12 | Reviewed policy information for specific insurance company. | W001 | IF | 0.70 |
| 05/16/12 | Work on insolvent claims and review payment schedule. | W001 | MG | 2.40 |
| 05/16/12 | Continue review and analysis of organized policy and settlement summaries in connection with post-bankruptcy Trust transfer issues re: outstanding insurance assets. | W001 | RYC | 3.70 |
| 05/17/12 | Draft and revise insurance policy data spreadsheets (.40); continue analysis of selected insurance policies re: follow form and definition of bodily and personal injury issues (1.70). | W001 | GFF | 2.10 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:       100055.WRG01

June 15, 2012                                     INVOICE:           248780

MATTER:  CLAIMANTS COMMITTEE                       ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 05/17/12 | Continuing to review insurance policies and reimbursement agreements re: insolvent insurance companies "and policy language issues relating to coverage". | W001 | IF | 2.20 |
| 05/17/12 | Follow-up review and analysis in connection with Integrity appeal and additional alternative issues to bring to attention of the New Jersey Supreme Court. | W001 | RYC | 2.30 |
| 05/18/12 | Communications with R. Horkovich re: status of analysis for insurance company settlement discussions. | W001 | DJN | 0.10 |
| 05/18/12 | Continue analysis of selected insurance policies re: follow form and definition of bodily and personal injury issues (1.40); Draft and revise insurance policy data spreadsheets (.40). | W001 | GFF | 1.80 |
| 05/18/12 | Continuing to review insurance policies and reimbursement agreements re: insolvent insurance companies "and policy language issues relating to coverage". | W001 | IF | 2.40 |
| 05/18/12 | Work on insolvent claims and review payment schedule. | W001 | MG | 2.40 |
| 05/18/12 | Review and analysis of available underlying claim and litigation documentation in connection with post-bankruptcy Trust transfer issues re: outstanding insurance assets. | W001 | RYC | 3.90 |
| 05/21/12 | Revise charts and continue to search for pre-bankruptcy claims information for insurance company settlement approach. | W001 | DJN | 2.20 |
| 05/21/12 | Draft and revise insurance policy data spreadsheets (.40); continue analysis of selected insurance policies re: follow form and definition of bodily and personal injury issues (2.20). | W001 | GFF | 2.60 |
| 05/21/12 | Continuing to review insurance policies and reimbursement agreements re: insolvent insurance companies "and policy language issues relating to coverage". | W001 | IF | 2.30 |
| 05/21/12 | Work on cash flow analysis and claim. | W001 | MG | 1.60 |
| 05/21/12 | Work on insolvent claims and review payment schedule. | W001 | MG | 2.20 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 8

W.R. GRACE/CLAIMANTS COMMITTEE                 MATTER:        100055.WRG01

June 15, 2012                                               INVOICE:              248780

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 05/21/12 | Continue review and analysis of available underlying claim and litigation documentation in connection with post-bankruptcy Trust transfer issues regarding outstanding insurance assets. | W001 | RYC | 3.10 |
| 05/22/12 | Analyze report of Mark Peterson for possible use in analysis of pre-bankruptcy and trust asbestos claims. | W001 | DJN | 1.20 |
| 05/22/12 | Continue analysis of selected insurance policies re: follow form and definition of bodily and personal injury issues (1.30); Draft and revise insurance policy data spreadsheets (.40). | W001 | GFF | 1.70 |
| 05/22/12 | Continuing to review insurance policies and reimbursement agreements re:  insolvent insurance companies "and policy language issues relating to coverage". | W001 | IF | 1.90 |
| 05/22/12 | Work on cash flow analysis and claim. | W001 | MG | 2.00 |
| 05/22/12 | Work on summary of underlying claim objectives to justify potential settlement negotiations with existing insolvent insurance carriers. | W001 | RYC | 2.70 |
| 05/23/12 | Additional research re: pre-bankruptcy claims and lawsuits, revise charts for insurance company settlement discussions (4.40); communication with R. Horkovich re: unavailable information (.40). | W001 | DJN | 4.80 |
| 05/23/12 | Continue analysis of selected insurance policies re: follow form and definition of personal and bodily injury (1.70); Draft and revise insurance policy data spreadsheets (.40). | W001 | GFF | 2.10 |
| 05/23/12 | Continuing to review insurance policies and reimbursement agreements re:  insolvent insurance companies "and policy language issues relating to coverage". | W001 | IF | 1.80 |
| 05/23/12 | Work on insolvent claims and review payment schedule. | W001 | MG | 4.60 |
| 05/24/12 | Prepare email to Mark Peterson concerning additional public sources to obtain information on pre-bankruptcy category of claims. | W001 | DJN | 0.20 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 9

| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
|---|---|---|
| June 15, 2012 | INVOICE: | 248780 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH | |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 05/24/12 | Draft and revise insurance policy data spreadsheets (.30); continue analysis of selected insurance policies re: follow form and definition of bodily and personal injury issues (1.80). | W001 | GFF | 2.10 |
| 05/24/12 | Continuing to review insurance policies and reimbursement agreements re:  insolvent insurance companies "and policy language issues relating to coverage". | W001 | IF | 1.20 |
| 05/24/12 | Prepare letter brief in further support of petition of certification based on recent appellate division case law. | W001 | KES | 5.80 |
| 05/24/12 | Work on insolvent claims and review payment schedule. | W001 | MG | 2.80 |
| 05/25/12 | Continue analysis of selected insurance policies re: follow form and definition of bodily and personal injury issues (2.30); Draft and revise insurance policy data spreadsheets (.30). | W001 | GFF | 2.60 |
| 05/25/12 | Continuing to review insurance policies and reimbursement agreements re:  insolvent insurance companies "and policy language issues relating to coverage". | W001 | IF | 0.90 |
| 05/25/12 | Work on cash flow analysis and claim. | W001 | MG | 1.40 |
| 05/25/12 | Research and investigation in connection with establishing underlying claim objectives to justify potential settlement negotiations with existing insolvent insurance carriers. | W001 | RYC | 2.20 |
| 05/29/12 | Continue analysis of selected insurance policies re: follow form and bodily and personal injury coverage issues. | W001 | GFF | 2.30 |
| 05/29/12 | Continuing to review insurance policies and reimbursement agreements re:  insolvent insurance companies "and policy language issues relating to coverage". | W001 | IF | 1.70 |
| 05/29/12 | Work on insolvent claim with multiple email information and analysis re: same. | W001 | MG | 3.80 |
| 05/29/12 | Continue research and investigation in connection with potential settlement of pending proofs of claim. | W001 | RYC | 2.20 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 10

| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
|---|---|---|
| June 15, 2012 | INVOICE: | 248780 |
| MATTER:  CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 05/30/12 | Continue analysis of selected insurance policies re: follow form and bodily and personal injury issues (1.80); Draft and revise insurance policy data spreadsheets (.40). | W001 | GFF | 2.20 |
| 05/30/12 | Continuing to review insurance policies and reimbursement agreements re:  insolvent insurance companies "and policy language issues relating to coverage". | W001 | IF | 1.90 |
| 05/30/12 | Work on insolvent claim. | W001 | MG | 2.20 |
| 05/30/12 | Research and analysis regarding issues in Integrity Liquidation in connection with support for petition for certification. | W001 | RYC | 3.00 |
| 05/31/12 | Draft and revise insurance policy data spreadsheets (.30); continue analysis of selected insurance policies re: follow form and bodily and personal injury definitions issues (1.10). | W001 | GFF | 1.40 |
| 05/31/12 | Continuing to review insurance policies and reimbursement agreements re:  insolvent insurance companies "and policy language issues relating to coverage". | W001 | IF | 1.80 |
| 05/31/12 | Finalize and update letter re: Keasbey decision in support of petition for certification. | W001 | KES | 0.80 |
| 05/31/12 | Work on insolvent claim. | W001 | MG | 2.90 |
| 05/31/12 | Review and revise letter highlighting issues in the Keasbey decision supporting petition for certification. | W001 | RYC | 3.20 |

**TOTAL FEES:**                                                                 **$122,697.50**

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 11

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:       100055.WRG01

June 15, 2012                                     INVOICE:           248780

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

| FEE SUMMARY | | | |
|---|---|---|---|
| | **RATE** | **HOURS** | **TOTALS** |
| Arline H Pelton | 260.00 | 12.20 | 3,172.00 |
| Dennis J. Nolan | 480.00 | 13.30 | 6,384.00 |
| Glenn F Fields | 355.00 | 48.10 | 17,075.50 |
| Harris E Gershman | 285.00 | 1.00 | 285.00 |
| Izak Feldgreber | 305.00 | 44.90 | 13,694.50 |
| Kenneth E. Sharperson | 560.00 | 10.30 | 5,768.00 |
| Mark Garbowski | 625.00 | 65.30 | 40,812.50 |
| Nicholas J Balsdon | 220.00 | 1.60 | 352.00 |
| Robert M Horkovich | 895.00 | 4.20 | 3,759.00 |
| Robert Y Chung | 650.00 | 48.30 | 31,395.00 |
| **TOTAL FEES:** | | | **$122,697.50** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 12

| | | |
|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
| June 15, 2012 | INVOICE: | 248780 |
| MATTER:  CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH |

## SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

ACTIVITY CODE: W001        Asset Analysis and Recovery

| | HOURS | TOTALS |
|---|---|---|
| Dennis J. Nolan | 13.30 | 6,384.00 |
| Glenn F Fields | 48.10 | 17,075.50 |
| Harris E Gershman | 1.00 | 285.00 |
| Izak Feldgreber | 44.90 | 13,694.50 |
| Kenneth E. Sharperson | 10.30 | 5,768.00 |
| Mark Garbowski | 65.30 | 40,812.50 |
| Nicholas J Balsdon | 1.60 | 352.00 |
| Robert M Horkovich | 4.20 | 3,759.00 |
| Robert Y Chung | 47.70 | 31,005.00 |
| **TOTAL:** | **236.40** | **$119,135.50** |

ACTIVITY CODE: W011        Fee Applications (Applicant)

| | HOURS | TOTALS |
|---|---|---|
| Arline H Pelton | 12.20 | 3,172.00 |
| Robert Y Chung | 0.60 | 390.00 |
| **TOTAL:** | **12.80** | **$3,562.00** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 13

W.R. GRACE/CLAIMANTS COMMITTEE                      MATTER:     100055.WRG01

June 15, 2012                                       INVOICE:        248780

MATTER:  CLAIMANTS COMMITTEE                        ROBERT M. HORKOVICH

| COSTS through 05/31/12 |
|---|

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 05/01/12 | LIBRARY & LEGAL RESEARCH WESTLAW | E106 | 16.17 |
| 05/02/12 | MEALS (IN-OFFICE OT) - VENDOR: PETTY CASH NY OFFICE 3/26/12 DINNER WHILE WORKING LATE ON OCF/FIBREBOARD CLAIMS RESEARCH (DENNIS NOLAN) | E111 | 9.03 |
| 05/02/12 | DI - PHOTOCOPYING - | E101 | 0.40 |
| 05/03/12 | MESSENGER SERVICE - VENDOR: UNITED CAPITAL FUNDING CORP. Courier service to Superior Court, obtain file stamp copy; delivery to local counsel and return delivery to AKO. | E125 | 140.20 |
| 05/03/12 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 05/09/12 | DI - PHOTOCOPYING - | E101 | 0.30 |
| 05/14/12 | DI - PHOTOCOPYING - | E101 | 1.40 |
| 05/15/12 | DI - PHOTOCOPYING - | E101 | 0.60 |
| 05/21/12 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 05/22/12 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 05/22/12 | DI - PHOTOCOPYING - | E101 | 1.80 |
| 05/22/12 | DI - PHOTOCOPYING - | E101 | 0.80 |
| 05/25/12 | LIBRARY & LEGAL RESEARCH - VENDOR: LEXIS-NEXIS SERVICE CHARGE - Single document retrieval. | E106 | 54.44 |
| 05/25/12 | LIBRARY & LEGAL RESEARCH - VENDOR: LEXISNEXIS ACCT # 118FDM SERVICE CHARGE - Online time from 04/1/2012 through 04/30/2012. | E106 | 2,443.15 |

**TOTAL COSTS:**                                          **$2,668.59**

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 14

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

June 15, 2012                                     INVOICE:        248780

MATTER:  CLAIMANTS COMMITTEE                      ROBERT M. HORKOVICH

| WORK | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| LB | LIBRARY & LEGAL RESEARCH | 2,497.59 |
| ME | MEALS (IN-OFFICE OT) | 9.03 |
| MR | MESSENGER SERVICE | 140.20 |
| WEST LB | LIBRARY & LEGAL RESEARCH WESTLAW | 16.17 |
| XE | DI - PHOTOCOPYING - | 5.60 |
| | **TOTAL COSTS:** | **$2,668.59** |

**TOTAL DUE:**                        **$125,366.09**

# Anderson Kill & Olick, P.C.

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01
June 15, 2012                                     INVOICE:              248780

---

100055-WRG01

Chop't Salad
145 West 51st St
New York, NY
(212) 974-8140

Server: Jennifer          DOB: 03/20/2012
07:05 PM                        03/20/2012
Order#1281/1                      2/20513

Visa                             2097636
Card #XXXXXXXXXXXX3253
Magnetic card present: NOLAN DENNIS
Approval: 001219

Amount:      $ 9.03

Tip: _____

= Total: _____

>> Merchant Copy <<

---

## PETTY CASH

DATE: 3/26/12

NAME: Dennis Nolan

CLIENT NAME: W. R. Grace

CLIENT/MATTER NUMBER: 100055-WRG01

AMOUNT: $ 9.03

DESCRIPTION: Dinner while working on
OCF/Fibreboard yes claims research

APPROVED BY: _____

RECEIVED BY: Dennis / Nolan

D CODE

# Anderson Kill & Olick, P.C.

W.R. GRACE/CLAIMANTS COMMITTEE
June 15, 2012

MATTER:    100055.WRG01
INVOICE:        248780

---

## Gateway Courier Services

17 Tuttle Ave,
East Hanover, NJ 07936
973-736-2999

ANDERSON,KILL ET.AL.
ONE GATEWAY CENTER /15TH.FL.
NEWARK, NJ 07102

### INVOICE

**NOTICE OF SALE AND ASSIGNMENT**

This account has been sold, assigned, and is payable only to United Capital Funding, Corp.
P.O. BOX 31246, Tampa, FL 33631-3246.
Telephone number (727) 894-8232, to whom immediate notice must be given of any returns, claims or offsets related to this or any other invoice which may affect prompt payment of this invoice, or if the terms as stated are not exactly as agreed. PAYMENT TO OTHER THAN United Capital Funding, Corp WILL NOT CONSTITUTE PAYMENT. TO ENSURE PROPER CREDIT, IDENTIFY INVOICE NUMBERS COVERED BY REMITTANCE.

| CUSTOMER NUMBER | |
|---|---|
| INVOICE NUMBER | 44658 |
| INV. FOR PERIOD ENDING | 04/21/12 |
| PAGE | 1 |

NEW JERSEY'S MOST ADVANCED COURIER SERVICE

| DATE | JOB NO | SVC TYPE | SERVICE DETAIL | | CHARGE BREAKDOWN | TOTAL |
|---|---|---|---|---|---|---|
| 04/16/12 | 460448 | PRI | ANDERSON,KILL ET.AL.<br>ONE GATEWAY CENTER<br>NEWARK, NJ<br>Caller: DONNA | SUPERIOR COURT-TRENTON<br>HUGHES JUSTICE COMPLEX<br>TRENTON, NJ<br><br>Signed: STAMPED REC'D<br>Your Ref #: 100055WRG01 | Base: 89.00<br>Ins: 1.50<br>Wait: 0.00<br><br>Misc: 1.00<br>Tolls: 9.20 | 100.70 |
| 04/16/12 | 460449 | PRI | ANDERSON,KILL ET.AL.<br>ONE GATEWAY CENTER<br>NEWARK, NJ<br>Caller: DONNA | MAZIE SLATER<br>103 EISENHOWER PKWY<br>ROSELAND, NJ<br><br>Signed: RECEPTION<br>Your Ref #: 100055WRG01 | Base: 38.00<br>Ins: 1.50<br>Wait: 0.00 | 39.50 |

TOTAL AMOUNT DUE    140.20

---

GATEWAY COURIER SERVICES
17 Tuttle Ave,
E HANOVER, NEW JERSEY 07936
(973) 736-2999

| INVOICE NUMBER | 44658 |
|---|---|
| INVOICE DATE | 04/21/12 |

| JOB NUMBER | AMOUNT |
|---|---|
| 460448 | 100.70 |
| 460449 | 39.50 |

AMOUNT DUE    140.20

# Anderson Kill & Olick, P.C.

W.R. GRACE/CLAIMANTS COMMITTEE
June 15, 2012

MATTER:   100055.WRG01
INVOICE:       248780



LexisNexis®

| ACCOUNT NUMBER |
| --- |
| 118FDM |

INVOICE TO:
ANDERSON KILL & OLICK PC-HEALEYS
NEW YORK NY 10020-1104

| INVOICE NO: | INVOICE DATE |
| --- | --- |
| 1204106609 | 30-APR-12 |

BILLING PERIOD 01-APR-12 - 30-APR-12

## ITEMIZATION OF LEXISNEXIS & RELATED CHARGES
### ACCOUNT SUMMARY BY CLIENT

| | CONTRACT USE | | NET AMOUNT | TRANSACTIONAL USE | | | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | GROSS AMOUNT | ADJUSTMENT | | OVER THE CAP | OUTSIDE CONTRACT | | | | |
| CLIENT ---NO CLIENT ID SPECIFIED--- | | | | | | | | | |
| 100055-WRG01 | $2,244.00 | $739.13 | $2,983.13 | | | | $2,983.13 | $264.84 | $3,247.97 |
| | | | $0.00 | $0.00 | $0.00 | | $0.00 | | $0.00 |
| ACCOUNT TOTAL: | $5,228.00 | $1,722.00 | $6,950.00 | | | | $6,950.00 | $616.93 | $7,566.93 |

6

# Anderson Kill & Olick, P.C.

W.R. GRACE/CLAIMANTS COMMITTEE
June 15, 2012

MATTER:     100055.WRG01
INVOICE:         248780

## LexisNexis®

*SUB-ACCOUNT:*
ANDERSON KILL & OLICK PC-MEALEYS
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1104

| ACCOUNT NUMBER |
|---|
| 118FDM |

| INVOICE NO: | INVOICE DATE |
|---|---|
| 1204106689 | 30-APR-12 |

BILLING PERIOD 01-APR-12 - 30-APR-12

*INVOICE TO:*
ANDERSON KILL & OLICK PC-MEALEYS
NEW YORK, NY 10020-1104

### ITEMIZATION OF LEXISNEXIS & RELATED CHARGES
SUB-ACCOUNT DETAIL BY USER NAME / CLIENT / DATE / SERVICE / TYPE OF CHARGE
SUB-ACCOUNT NUMBER: 118FDM

| USER / CLIENT / DATE / SERVICE / TYPE OF CHARGE | QUANTITY | GROSS AMOUNT | CONTRACT USE ADJUSTMENT | NET AMOUNT | TRANSACTIONAL OVER THE CAP | OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | $0.00 |
| 471 LEXIS LEGAL SERVICES | | | | | | | | | |
| ONLINE TIME | 00:00:00 | . | . | $0.00 | . | . | $0.00 | . | $0.00 |
| 471 MEALEY SERVICE | 00:33:00 | . | . | $0.00 | . | . | $0.00 | . | $0.00 |
| ONLINE TIME | 7 | $2,109.00 | $694.67 | $2,803.67 | . | . | $2,803.67 | $248.93 | $3,052.60 |
| SEARCHES | 9 | $135.00 | $44.46 | $179.46 | . | . | $179.46 | $15.91 | $195.37 |
| DOCUMENT PRINTING | | $2,244.00 | $739.13 | $2,983.13 | $0.00 | $0.00 | $2,983.13 | $264.84 | $3,247.97 |
| CLIENT TOTAL: 100055-WRG01 | | | | | | | | | |

QUILES, ESTHER - SROPOPGE(CONTINUED)

10

# Anderson Kill & Olick, P.C.

W.R. GRACE/CLAIMANTS COMMITTEE

June 15, 2012

MATTER:     100055.WRG01

INVOICE:        248780

---

LexisNexis®

ACCOUNT NUMBER

10038U

INVOICE NO:    INVOICE DATE
1204002125      30-APR-12

BILLING PERIOD 01-APR-12 - 30-APR-12

INVOICE TO:
ANDERSON KILL & OLICK PC
NEW YORK NY 10020-1104

ITEMIZATION OF LEXISNEXIS & RELATED CHARGES
ACCOUNT SUMMARY BY CLIENT

| CLIENT | TRANSACTIONAL USE | | | |
|---|---|---|---|---|
| | GROSS AMOUNT | DISCOUNT | NET AMOUNT | TAX | TOTAL CHARGES |
| 100055.WRG01 | $50.00 | - | $50.00 | $4.44 | $54.44 |
| | $10,077.25 | $0.00 | $10,077.25 | $894.36 | $10,971.61 |

ACCOUNT TOTAL:

$10,077.25    $0.00    $10,077.25    $894.36    $10,971.61

B

# Anderson Kill & Olick, P.C.

W.R. GRACE/CLAIMANTS COMMITTEE      MATTER:     100055.WRG01
June 15, 2012      INVOICE:     248780

LexisNexis®

SUB-ACCOUNT:
ANDERSON KILL & OLICK PC
1251 AVENUE OF AMERICAS
NEW YORK, NY 10020-1104

| ACCOUNT NUMBER |
| --- |
| 100380 |

| INVOICE NO: | INVOICE DATE |
| --- | --- |
| 1204002125 | 30-APR-12 |

BILLING PERIOD 01-APR-12 - 30-APR-12
SUB-ACCOUNT NUMBER: 1077MG

INVOICE TO:
ANDERSON KILL & OLICK PC
NEW YORK NY 10020-1104

### ITEMIZATION OF LEXISNEXIS & RELATED CHARGES
SUB-ACCOUNT DETAIL BY USER NAME / CLIENT /DATE / SERVICE / TYPE OF CHARGE

| USER / CLIENT / DATE / SERVICE / TYPE OF CHARGE | QUANTITY | TRANSACTIONAL USE USE CHARGES | DISCOUNT | NET AMOUNT | TAX | TOTAL CHARGES |
| --- | --- | --- | --- | --- | --- | --- |
| 100055WRG01 | | | | | | |
| 4/11 LEXIS-LEGAC SERVICES | | | | | | |
| ONLINE TIME | 00:00:00 | | | | | |
| 4/11 MEALEY SERVICE | | | | | | |
| ONLINE TIME | 00:00:52 | | | | | |
| SINGLE DOCUMENT RETRIEVAL | 1 | $35.00 | - | $35.00 | $3.11 | $38.11 |
| DOCUMENT PRINTING | 1 | $15.00 | - | $15.00 | $1.33 | $16.33 |
| CLIENT TOTAL: 100055-WRG01 | | $50.00 | $0.00 | $50.00 | $4.44 | $54.44 |

14