## EXHIBIT A

### Case Administration (4.00 Hours; $ 1,407.00)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .40 | $935 | 374.00 |
| Rita C. Tobin | .80 | $545 | 436.00 |
| Eugenia Benetos | .60 | $225 | 135.00 |
| Mollie E. Gelburd | 2.20 | $210 | 462.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/04/12 | RCT | 545.00 | 0.20 | Review docket and local counsel recommendations re: EI update (.2). |
| 05/08/12 | PVL | 935.00 | 0.10 | Rv 5 misc. filings |
| 05/14/12 | RCT | 545.00 | 0.20 | Review docket and local counsel recommendations re: EI update (.2). |
| 05/18/12 | RCT | 545.00 | 0.20 | Review docket and local counsel recommendations re: EI update (.2). |
| 05/21/12 | PVL | 935.00 | 0.10 | Rv 5 misc. filings |
| 05/25/12 | PVL | 935.00 | 0.10 | Rv Garlock motion re jud. notice |
| 05/25/12 | EB | 225.00 | 0.60 | Make changes and T/C with EH re: Players List. |
| 05/29/12 | RCT | 545.00 | 0.20 | Review docket and local counsel recommendations re: EI update (.2). |
| 05/29/12 | MEG | 210.00 | 0.30 | Organize and prepare cases cited in revised joint motion per TEP. |
| 05/30/12 | PVL | 935.00 | 0.10 | Rv draft opp. to Garlock jud. notice motion |
| 05/30/12 | MEG | 210.00 | 0.30 | Legislative research re state law regarding asbestos procedure per TEP. |
| 05/30/12 | MEG | 210.00 | 1.00 | Retrieve filings and documents cited in joint motion per SJD (.4); cite check paper (.6) |
| 05/31/12 | MEG | 210.00 | 0.60 | Retrieve cases cited in recently filed motion per TEP and LMK (.3); organize and prepare sets of same (.3). |

**Total Task Code .04**          **4.00**

**Employee Benefits/Pension (.20 Hours; $ 187.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .20 | $935 | 187.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/10/12 | PVL | 935.00 | 0.10 | Rv draft LTIP motion |
| 05/29/12 | PVL | 935.00 | 0.10 | Rv Rapp memo re LTIP |

**Total Task Code .08**          **.20**

**Fee Applications, Applicant (9.40 Hours; $ 4,131.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 6.30 | $545 | 3,433.50 |
| Eugenia Benetos | 3.10 | $225 | 697.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/03/12 | RCT | 545.00 | 0.20 | Review fee schedules for May (.2). |
| 05/04/12 | RCT | 545.00 | 0.60 | Address fee issues (.6). |
| 05/04/12 | EB | 225.00 | 0.60 | Perform check breakdown for EI and JR. |
| 05/07/12 | RCT | 545.00 | 0.50 | Address fee and expense issues (.5). |
| 05/07/12 | EB | 225.00 | 1.40 | Work on interim fee application. |
| 05/08/12 | RCT | 545.00 | 1.20 | Review interim fee application & exhibits (1.2). |
| 05/08/12 | RCT | 545.00 | 0.50 | Review prebills (.5). |
| 05/09/12 | RCT | 545.00 | 0.50 | Review exhibits (.5). |

| 05/17/12 | RCT | 545.00 | 2.40 | Review fee application (1.0); address fee/expense issues (1.2); address payment issue (.2). |
| 05/17/12 | EB | 225.00 | 1.10 | Work on application. |
| 05/23/12 | RCT | 545.00 | 0.40 | Address fee auditor issue (.4). |

**Total Task Code .12**      **9.40**

## Litigation and Litigation Consulting (10.40 Hours; $ 3,958.50)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| James P. Wehner | 1.10 | $555 | 610.50 |
| Todd E. Phillips | 8.10 | $380 | 3,078.00 |
| Sara Joy DelSavio | 1.20 | $225 | 270.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/17/12 | JPW | 555.00 | 1.10 | E-mails re Garlock record supplementation (.3); review proposed supplementation (.8) |
| 05/18/12 | TEP | 380.00 | 0.10 | Attend conference call re: appeal. |
| 05/21/12 | TEP | 380.00 | 0.20 | Legal research re: Garlock's motion to supplement. |
| 05/22/12 | TEP | 380.00 | 1.60 | Legal research re: Garlock's motion to supplement (3.2); prepare opposition re: same (3.2).  (Split among 4 clients.) |
| 05/23/12 | TEP | 380.00 | 1.00 | Legal research re: Garlock's motion to supplement (2.4); prepare opposition re: same (1.5).  (Split among 4 clients.) |
| 05/24/12 | TEP | 380.00 | 0.30 | Attend conference calls re: upcoming hearing (.6); research re: opposition brief (.6).  (Split among 4 clients.) |
| 05/25/12 | TEP | 380.00 | 0.10 | Prepare and edit opposition brief. |
| 05/26/12 | TEP | 380.00 | 0.20 | Prepare and edit opposition brief. |
| 05/27/12 | TEP | 380.00 | 0.80 | Legal research re: opposition brief (1.1); prepare and edit brief re: same (2.0).  (Split among 4 clients.) |

| 05/29/12 | TEP | 380.00 | 1.20 | Prepare and edit opposition brief (3.4); confer with KCM re: same (1.4).  (Split among 4 clients.) |
| 05/30/12 | TEP | 380.00 | 2.00 | Review briefing re: opposition to Garlock's motion (7.1); confer with co-appellees (.4); attend conference calls re: joint response and opposition to motion (.5).  (Split among 4 clients.) |
| 05/30/12 | SJD | 225.00 | 1.20 | Cite check and edit appeal brief.  (Split among 4 clients) |
| 05/31/12 | TEP | 380.00 | 0.60 | Prepare and edit insert for joint letter to Court (1.3); confer with KCM re: same (.3); prepare and edit opposition brief (.7); confer with KCM re: same (.3) (Split among 4 clients) |

**Total Task Code .16        10.40**

### Plan & Disclosure Statement (26.20 Hours; $ 24,565.00)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 6.40 | $1,000 | 6,400.00 |
| Peter Van N. Lockwood | 18.60 | $935 | 17,391.00 |
| Ann C. McMillan | 1.20 | $645 | 774.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/01/12 | PVL | 935.00 | 0.30 | Rv Grace 2012 Op. Plan (.2); rv emails and reply (.1) |
| 05/01/12 | EI | 1,000.00 | 0.20 | Telephone conference with R. Horkovich re: insurance issue (.2). |
| 05/02/12 | EI | 1,000.00 | 0.10 | Telephone conference with J. Sinclair re: counteroffer on warrants (.1). |
| 05/04/12 | PVL | 935.00 | 4.60 | Rv draft ltr to Monaco and email re same (.5); prepare for hearing (3.7); teleconference EI (.2); rv Montana limited obj. (.2) |
| 05/04/12 | EI | 1,000.00 | 0.10 | Read Weekly financial report (.1). |
| 05/05/12 | PVL | 935.00 | 1.00 | Prepare for D. Ct. hearing |
| 05/06/12 | PVL | 935.00 | 0.30 | Prepare for hearing |

| | | | | |
|---|---|---|---|---|
| 05/07/12 | PVL | 935.00 | 3.60 | Conf. Donley, Paul, Frankel, Wyron, Shelnitz (by telephone) and Finke (by telephone) |
| 05/07/12 | EI | 1,000.00 | 0.10 | Memo re: status of Montana (.1). |
| 05/08/12 | PVL | 935.00 | 3.70 | Attend hearing (2.7); cn Bentley (.2); teleconference EI (.7); prepare for hearing (.1) |
| 05/09/12 | PVL | 935.00 | 1.10 | Tcn Donley, Paul, Frankel & Wyron (1.0); rv emails (.1) |
| 05/11/12 | PVL | 935.00 | 0.20 | Rv emails & reply |
| 05/14/12 | PVL | 935.00 | 0.70 | Tcn Donley, Paul, Giannotti, Ifft, Schiavone, Phillips, Frankel et al (.4); rv emails and reply (.1); rv BNSF agmt and execute same (.2) |
| 05/15/12 | EI | 1,000.00 | 0.10 | Trust meeting meeting (.1). |
| 05/17/12 | PVL | 935.00 | 0.50 | Rv emails and reply (.2); teleconference Wyron (.3) |
| 05/18/12 | PVL | 935.00 | 1.40 | Rv emails & reply (.3); teleconference Wyron (1.1) |
| 05/21/12 | PVL | 935.00 | 0.10 | Rv emails |
| 05/21/12 | EI | 1,000.00 | 1.20 | Prepared for meeting with FCR (1.0); attention to call with Department of Justice lawyer re: HHS with ACM (.2). |
| 05/22/12 | PVL | 935.00 | 0.60 | Tcn Shelnitz, Finke, Donley, Paul, Frankel & Wyron |
| 05/22/12 | EI | 1,000.00 | 2.10 | Conference J. Sinclair, B. Rapp, J. Radecki, R. Frankel and R. Wyron re: warrants buy-out offer (2.0); HHS issue with ACM (.1). |
| 05/23/12 | PVL | 935.00 | 0.10 | Rv emails |
| 05/23/12 | EI | 1,000.00 | 0.70 | Telephone conference with ACM, K. Burdette (DOJ) and Gary Kurz (GC HHS) re: medicare and trust issues (.5); telephone conference TWS re: fee application issue (.2). |
| 05/23/12 | ACM | 645.00 | 1.20 | Teleconference EI re Medicare issues (.3); teleconference EI, K. Burdette, G. Kurz re same (.4); teleconference D. Cohen re same (.2); send e-mail to G. Kurz re same (.3). |

| 05/24/12 | EI | 1,000.00 | 1.50 | Preparation and Montana call to set up meeting (.5); memo to Committee re: warrants (1.0). |
| 05/25/12 | PVL | 935.00 | 0.20 | Rv emails |
| 05/29/12 | PVL | 935.00 | 0.20 | Rv AMH reh. mot. |
| 05/29/12 | EI | 1,000.00 | 0.10 | Telephone conference J. Sinclair re: warrant status (.1). |
| 05/30/12 | EI | 1,000.00 | 0.10 | Warrant proposal memo (.1). |
| 05/31/12 | EI | 1,000.00 | 0.10 | Telephone conference with J. Sinclair re: warrant proposal (.1). |

**Total Task Code  .17        26.20**


## Trevel Non Working (6.30 Hours; $ 2,945.25)

| Professionals | | Number of Hours | | Billing Rate | Value |
|---|---|---|---|---|---|
| Peter Van N. Lockwood | | 6.30 | | $467.50 | 2,945.25 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/07/12 | PVL | 467.50 | 3.00 | To Pittsburgh (2.7); to hotel (.3) |
| 05/08/12 | PVL | 467.50 | 3.30 | To court (.3); return to D.C. (3.0) |

**Total Task Code  .21        6.30**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 390.00 |
| Air Freight & Express Mail | 48.07 |
| Conference Meals | 69.75 |
| Database Research | 2,171.59 |
| Long Distance-Equitrac In-House | 3.16 |
| Meals Related to Travel | 7.00 |
| Travel Expenses - Ground Transportation | 73.00 |
| Travel Expenses - Hotel Charges | 321.41 |

**Total:**     **$ 3,083.98**