**EXHIBIT B**

**Case Administration (4.00 Hours; $ 1,407.00)**

        Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04      4.00**


**Employee Benefits/Pension (.20 Hours; $ 187.00)**

        Services rendered in this category include the Debtors' benefits and severance programs and other issues relating to the Debtors' employees.

**Total Task Code .08      .20**


**Fee Applications, Applicant (9.40 Hours; $ 4,131.00)**

        Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications.

**Total Task Code .12      9.40**


**Litigation and Litigation Consulting (10.40 Hours; $ 3,958.50)**

        Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16      10.40**


**Plan & Disclosure Statement (26.20 Hours; $ 24,565.00)**

        Services rendered in this category pertain to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17      26.20**

**Travel Non Working (6.30 Hours; $ 2,945.25)**

        Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21          6.30**