**EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 390.00 |
| Air Freight & Express Mail | 48.07 |
| Conference Meals | 69.75 |
| Database Research | 2,171.59 |
| Long Distance-Equitrac In-House | 3.16 |
| Meals Related to Travel | 7.00 |
| Travel Expenses - Ground Transportation | 73.00 |
| Travel Expenses - Hotel Charges | 321.41 |
| **Total:** | **$ 3,083.98** |

**Client Number:   4642**          **Grace Asbestos Personal Injury Claimants**                                                                Page: 1
**Matter       000**                **Disbursements**                                                                                            6/18/2012

Print Date/Time: 06/18/2012 12:48:55PM
Attn:
Invoice #

## PREBILL / CONTROL REPORT

Trans Date Range:  1/1/1950  to: 5/31/2012

**Matter       000**
**Disbursements**

| | | | | | |
|---|---|---|---|---|---|
| Bill Cycle: | Monthly | Style: | i1 | Start:   4/16/2001 | Last Billed : 5/16/2012    13,655 |

$4,806.34
Client Retainers Available                Committed to Invoices:        $0.00        Remaining:        $4,806.34

$3,927,435.76
Total Expenses Billed To Date         Billing Empl:          0120     Elihu  Inselbuch
                                      Responsible Empl:      0120     Elihu  Inselbuch
                                      Alternate Empl:        0120     Elihu  Inselbuch
                                      Originating Empl:      0120     Elihu  Inselbuch

**Summary  by Employee**

|  |  |  | --------- A C T U A L ---------- |  | --------- B I L L I N G--------- |  |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0020 | PVL | Peter Van N Lockwood | 0.00 | 951.41 | 0.00 | 791.41 |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 48.07 | 0.00 | 48.07 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 2,244.50 | 0.00 | 2,244.50 |
| **Total Fees** | | | **0.00** | **3,243.98** | **0.00** | **3,083.98** |

**Detail Time / Expense  by  Date**

|  |  |  |  |  | --------- A C T U A L ---------- |  |  | --------- B I L L I N G--------- |  |  |
|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| | | | | PVL | | | | | | | |
| 2847637 | Peter Van N. Lockwood -Sheraton Hotel 1-Night Lodging while on Travel to/from Philadelphia, PA, 5/7/12 - 5/8/12 | E | 05/16/2012 | 0020 | | 0.00 | $321.41 | | 0.00 | $321.41 | 321.41 |
| | | | | EI | | | | | | | |
| 2849797 | Federal Express -Delivery to T.Simpson, 5/8/12 (EI) | E | 05/18/2012 | 0120 | | 0.00 | $18.30 | | 0.00 | $18.30 | 339.71 |
| | | | | EI | | | | | | | |

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 6/18/2012 |

Print Date/Time: 06/18/2012 12:48:55PM

Attn:

| | | | | | | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|
| 2849829 | Federal Express -Delivery to T.Simpson, 4/27/12 (EI) | E | 05/21/2012 | 0120 | EI | 0.00 | $14.85 | 0.00 | $14.85 | 354.56 |
| 2849861 | Petty Cash -Add'l train fare for travel to/from Philadelphia, PA, re: Hearing, 5/7/12 - 5/8/12 (PVNL) | E | 05/22/2012 | 0020 | PVL | 0.00 | $18.00 | 0.00 | $18.00 | 372.56 |
| 2849862 | Petty Cash -Cab Fares & Parking at DC Union Station while on travel to/from Philadelphia, PA, re: Hearing, 5/7/12 - 5/8/12  (PVNL) | E | 05/22/2012 | 0020 | PVL | 0.00 | $73.00 | 0.00 | $73.00 | 445.56 |
| 2849863 | Petty Cash -Meals while on travel to/from Philadelphia, PA, re: Hearing, 5/7/12 - 5/8/12 (PVNL) | E | 05/22/2012 | 0020 | PVL | 0.00 | $7.00 | 0.00 | $7.00 | 452.56 |
| 2850325 | Equitrac - Long Distance to 13024261900 | E | 05/22/2012 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 452.64 |
| 2850377 | Equitrac - Long Distance to 14045627824 | E | 05/22/2012 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 452.72 |
| 2850401 | Equitrac - Long Distance to 12138966065 | E | 05/22/2012 | 0999 | C&D | 0.00 | $0.88 | 0.00 | $0.88 | 453.60 |
| 2850666 | Equitrac - Long Distance to 14045627824 | E | 05/23/2012 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 453.68 |
| 2850674 | Equitrac - Long Distance to 14045627824 | E | 05/23/2012 | 0999 | C&D | 0.00 | $1.36 | 0.00 | $1.36 | 455.04 |
| 2850677 | Equitrac - Long Distance to 16174574155 | E | 05/23/2012 | 0999 | C&D | 0.00 | $0.16 | 0.00 | $0.16 | 455.20 |
| 2850678 | Equitrac - Long Distance to 14045627824 | E | 05/23/2012 | 0999 | C&D | 0.00 | $0.04 | 0.00 | $0.04 | 455.24 |
| 2851403 | Federal Express -Delivery to T.Simpson, 5/17/12 (EI) | E | 05/30/2012 | 0120 | EI | 0.00 | $14.92 | 0.00 | $14.92 | 470.16 |
| 2851447 | Business Card -ADA Travel Svc., re: Agent Fee for First Class Train Fare to/from Philadelphia, PA, 4/30/12 - 5/1/12  (PVNL; Itin #106344; Coach $212.00) | E | 05/31/2012 | 0020 | PVL | 0.00 | $40.00 | 0.00 | $40.00 | 510.16 |
| 2851448 | Business Card -ADA Travel Svc., re: First Class Train Fare to/from Philadelphia, PA, 4/30/12 - 5/1/12  (PVNL; Itin #106344; Coach $212.00) | E | 05/31/2012 | 0020 | PVL | 0.00 | $372.00 | 0.00 | $212.00 | 722.16 |

| Client Number: | 4642 | | | | Grace Asbestos Personal Injury Claimants | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | | | | Disbursements | | | | 6/18/2012 |

Print Date/Time: 06/18/2012 12:48:55PM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2851449 | Business Card -ADA Travel Svc., re: Agent Fee for First Class Train Fare to/from Philadelphia, PA, 5/7/12 - 5/8/12  (PVNL; Itin #106348; Coach $212.00) | E | 05/31/2012 | 0020 | PVL | 0.00 | $40.00 | 0.00 | $40.00 | 762.16 |
| 2851452 | Business Card -ADA Travel Svc., re: Agent Fee for First Class Amtrak Train Fare to/from Philadelphia, PA, 5/7/12 - 5/8/12  (PVNL; Itin #106355; Coach $212.00) | E | 05/31/2012 | 0020 | PVL | 0.00 | $40.00 | 0.00 | $40.00 | 802.16 |
| 2851459 | Business Card -ADA Travel Svc., re: Agent Fee for First Class Amtrak Train Fare to/from Philadelphia, PA, 5/7/12 - 5/8/12  (PVNL; Itin #106366; Coach $212.00) | E | 05/31/2012 | 0020 | PVL | 0.00 | $40.00 | 0.00 | $40.00 | 842.16 |
| 2851474 | Equitrac - Long Distance to 12138966065 | E | 05/31/2012 | 0999 | C&D | 0.00 | $0.48 | 0.00 | $0.48 | 842.64 |
| 2852688 | Conference Meals - Lunch EI & B. Rapp | E | 05/31/2012 | 0999 | C&D | 0.00 | $18.75 | 0.00 | $18.75 | 861.39 |
| 2852689 | Conference Meals - Luncheon EI , R Frankel, J. Sinclair J. Radechi, Jason S, R Wyron | E | 05/31/2012 | 0999 | C&D | 0.00 | $51.00 | 0.00 | $51.00 | 912.39 |
| 2852775 | Database Research Lexis by TEP 5/25-30 | E | 05/31/2012 | 0999 | C&D | 0.00 | $275.91 | 0.00 | $275.91 | 1,188.30 |
| 2854413 | Database Research Westlaw by TEP May 27-30 | E | 05/31/2012 | 0999 | C&D | 0.00 | $1,895.68 | 0.00 | $1,895.68 | 3,083.98 |

**Total Expenses**                                                                 $3,243.98                                    $3,083.98

|  |  |  |  |
|---|---|---|---|
| | 0.00 | | 0.00 |
| Matter Total Fees | | 0.00 | 0.00 |
| Matter Total Expenses | | 3,243.98 | 3,083.98 |
| Matter Total | 0.00 | 3,243.98 | 0.00 | 3,083.98 |
| Prebill Total Fees | | | |
| Prebill Total Expenses | | $3,243.98 | $3,083.98 |
| Prebill Total | 0.00 | $3,243.98 | 0.00 | $3,083.98 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 74,007 | 04/22/2010 | 55,577.50 | 137.53 |
| 84,500 | 11/22/2011 | 16,063.50 | 3,212.70 |
| 84,967 | 12/14/2011 | 44,261.00 | 8,852.21 |
| 85,603 | 01/19/2012 | 45,640.50 | 9,128.10 |

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | Page: 1 |
|---|---|---|---|---|
| Matter | 000 | Disbursements | | 6/18/2012 |

Print Date/Time: 06/18/2012 12:48:55PM

Attn:

Invoice #

| | | | |
|---|---|---|---|
| 86,185 | 02/16/2012 | 97,674.50 | 19,534.90 |
| 86,825 | 03/26/2012 | 73,596.50 | 14,719.30 |
| 87,309 | 04/22/2012 | 36,679.00 | 7,335.80 |
| 87,625 | 05/16/2012 | 16,126.26 | 16,126.26 |
| | | 385,618.76 | 79,046.80 |