**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                                       05/31/2012
Wilmington  DE                                                    ACCOUNT NO:        3000-02D
                                                                 STATEMENT NO:              132

Asset Disposition

PREVIOUS BALANCE                                                                          $210.10

BALANCE DUE                                                                               $210.10

Any payments received after the statement date will be applied to next month's statement.  Please
note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 05/31/2012 |
| Wilmington  DE | ACCOUNT NO:    3000-03D |
|  | STATEMENT NO:         119 |

Business Operations

| | |
|---|---|
| PREVIOUS BALANCE | $120.00 |
| BALANCE DUE | $120.00 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
05/31/2012
ACCOUNT NO:        3000-04D
STATEMENT NO:              132

Case Administration

PREVIOUS BALANCE                                                                    $692.67

05/03/2012      Payment - Thank you. (February, 2012 - 80% Fees)                    -31.20

BALANCE DUE                                                                         $661.47

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**


W.R. Grace
Wilmington  DE

Page: 1
05/31/2012
ACCOUNT NO:      3000-05D
STATEMENT NO:             132


Claims Analysis Objection & Resolution (Asbestos)


PREVIOUS BALANCE                                                      $2,321.60

BALANCE DUE                                                            $2,321.60


Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                                        05/31/2012
Wilmington  DE                                                      ACCOUNT NO:      3000-06D
                                                                    STATEMENT NO:            132

Claims Analysis Objection & Resol. (Non-Asbestos)

PREVIOUS BALANCE                                                                        $826.80

05/03/2012        Payment - Thank you. (February, 2012 - 80% Fees)                      -312.00

BALANCE DUE                                                                             $514.80

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  | Page: 1 |
|---|---|
| W.R. Grace | 05/31/2012 |
| Wilmington  DE | ACCOUNT NO:    3000-07D |
|  | STATEMENT NO:    132 |

Committee, Creditors, Noteholders, Equity Holders

PREVIOUS BALANCE $13,889.44

| | | | HOURS | |
|---|---|---|---|---|
| **05/01/2012** | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| **05/02/2012** | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| **05/03/2012** | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| **05/04/2012** | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | SMB | Prepare weekly recommendation memorandum | 0.20 | 22.00 |
| | MK | Review committee events calendar. | 0.10 | 15.50 |
| | MTH | Prepare weekly recommendation memos | 0.50 | 195.00 |
| | PEM | Review weekly recommendation memorandum re: pending motions and matters | 0.10 | 47.00 |
| | DAC | Review counsel;s weekly memo | 0.20 | 104.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| **05/07/2012** | | | | |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and | | |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

| | | HOURS | |
|---|---|---|---|
| | distribute daily memo | 0.20 | 22.00 |
| SMB | Review, retrieve and distribute pleadings re: hearing on 5/7/12. | 0.50 | 55.00 |
| **05/08/2012** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| PEM | Review memo re: pleadings filed | 0.10 | 47.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| **05/09/2012** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| **05/10/2012** | | | |
| PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| **05/11/2012** | | | |
| MK | Review committee events calendar. | 0.10 | 15.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| SMB | Prepare weekly recommendation memorandum | 0.20 | 22.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| **05/12/2012** | | | |
| DAC | Review counsel's weekly memo | 0.20 | 104.00 |
| **05/14/2012** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| **05/15/2012** | | | |
| PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| **05/16/2012** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| MTH | Review daily memo | 0.10 | 39.00 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
| **05/17/2012** | | | |
| FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo. | 0.30 | 25.50 |
| PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| **05/18/2012** | | | |
| MTH | Telephone conference with creditor re status of case | 0.30 | 117.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| SMB | Prepare weekly recommendation memorandum | 0.30 | 33.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| MTH | Reviewing order entered re hearing and various correspondence re same | 0.20 | 78.00 |
| MTH | Prepare weekly recommendation memos | 0.80 | 312.00 |
| **05/21/2012** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| **05/22/2012** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| **05/23/2012** | | | |
| MTH | Review daily memo | 0.10 | 39.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| MTH | Correspondence and review re expense issue | 0.40 | 156.00 |
| **05/24/2012** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| **05/25/2012** | | | |
| MK | Review committee events calendar. | 0.10 | 15.50 |
| PEM | Review weekly recommendation memorandum re: pending motions and matters. | 0.10 | 47.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| MTH | Various correspondence and communications with re proofs of claim and correspondence with counsel re same | 0.80 | 312.00 |
| MTH | Prepare weekly recommendation memo | 0.70 | 273.00 |

Page: 4
05/31/2012
ACCOUNT NO:     3000-07D
STATEMENT NO:          132

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|     |     |     | HOURS |     |
|-----|-----|-----|-------|-----|
| MTH | Review correspondence from SC to Committee re weekly recommendation memo | | 0.10 | 39.00 |
| DAC | Review counsel's weekly memo | | 0.20 | 104.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 22.00 |
| SMB | Prepare weekly recommendation memorandum | | 0.30 | 33.00 |
| 05/29/2012 | | | | |
| PEM | Review memo re: pleadings filed. | | 0.10 | 47.00 |
| MTH | Review correspondence from BR re memo re Debtors' LTIP Motion | | 0.20 | 78.00 |
| MTH | Review daily memo | | 0.10 | 39.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 22.00 |
| 05/30/2012 | | | | |
| KCD | Discussion with MTH re: status of appeal | | 0.10 | 39.00 |
| MTH | Review daily memo | | 0.10 | 39.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 22.00 |
| 05/31/2012 | | | | |
| PEM | Review memo re: pleadings filed. | | 0.10 | 47.00 |
| MTH | Review daily memo | | 0.10 | 39.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.10 | 11.00 |
| SMB | Prepare weekly recommendation memorandum | | 0.30 | 33.00 |
| | FOR CURRENT SERVICES RENDERED | | 14.40 | 3,968.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|-----------|-------|-------------|-------|
| Douglas A. Campbell | 0.60 | $520.00 | $312.00 |
| Philip E. Milch | 1.10 | 470.00 | 517.00 |
| Michele Kennedy | 0.30 | 155.00 | 46.50 |
| Santae M. Boyd | 5.90 | 110.00 | 649.00 |
| Mark T. Hurford | 6.10 | 390.00 | 2,379.00 |
| Kathleen Campbell Davis | 0.10 | 390.00 | 39.00 |
| Freddie Koenig-Leuck | 0.30 | 85.00 | 25.50 |

TOTAL CURRENT WORK                                                            3,968.00

05/03/2012        Payment - Thank you. (February, 2012 - 80% Fees)                -3,405.60

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

Page: 5
05/31/2012
ACCOUNT NO:      3000-07D
STATEMENT NO:           132

BALANCE DUE                                                                $14,451.84

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 05/31/2012 |
| Wilmington  DE | ACCOUNT NO:      3000-08D |
|  | STATEMENT NO:                131 |

Employee Benefits/Pension

| | | HOURS | |
|---|---|---|---|
| PREVIOUS BALANCE | | | -$672.10 |
| 05/25/2012 | | | |
| MTH | Reviewing Debtors' LTIP Motion | 0.40 | 156.00 |
| | FOR CURRENT SERVICES RENDERED | 0.40 | 156.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.40 | $390.00 | $156.00 |

| | |
|---|---|
| TOTAL CURRENT WORK | 156.00 |
| | |
| 05/03/2012    Payment - Thank you. (February, 2012 - 80% Fees) | -62.40 |
| | |
| CREDIT BALANCE | -$578.50 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
05/31/2012
ACCOUNT NO:        3000-10D
STATEMENT NO:            132

Employment Applications, Others

PREVIOUS BALANCE                                                                        $725.70

05/03/2012        Payment - Thank you. (February, 2012 - 80% Fees)                      -31.20

BALANCE DUE                                                                             $694.50

Any payments received after the statement date will be applied to next month's statement.  Please
note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                05/31/2012
Wilmington  DE                                    ACCOUNT NO:        3000-11D
                                                  STATEMENT NO:              130

Expenses

PREVIOUS BALANCE                                                      $6,088.79

| | | |
|---|---|---|
| 05/01/2012 | Parcels - copy/service - Monthly Fee Application | 374.68 |
| 05/01/2012 | Pacer charges for the month of April | 105.70 |
| 05/14/2012 | Parcels - hand delivery - Fee Applications | 5.00 |
| 05/15/2012 | Parcels - copy/service Quarterly Fee Applications for C&L, C&D, LAS, AKO and Charter Oak | 2,119.17 |
| 05/23/2012 | Parcels - copy/service - Certificate of No Objection | 65.61 |
| 05/31/2012 | Copying - May 2012 | 9.80 |
| 05/31/2012 | Printing - May 2012 | 223.00 |
| | TOTAL EXPENSES | 2,902.96 |
| | TOTAL CURRENT WORK | 2,902.96 |
| 05/03/2012 | Payment - Thank you. (February, 2012 - 100% Expenses) | -2,426.94 |
| | BALANCE DUE | $6,564.81 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
05/31/2012

ACCOUNT NO:  3000-12D
STATEMENT NO:  130

Fee Applications, Applicant

| | | HOURS | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $4,699.50 |
| **05/01/2012** | | | |
| TS | Finalize and e-file C&L March fee application | 0.30 | 33.00 |
| **05/04/2012** | | | |
| TS | Prepare C&L Interim fee application for January through March 2012 | 0.90 | 99.00 |
| **05/15/2012** | | | |
| TS | Finalize and e-file interim fee application of C&L (.3) | 0.30 | 33.00 |
| MTH | Reviewing C&L Interim fee application for filing and service | 0.30 | 117.00 |
| **05/21/2012** | | | |
| TS | Prepare C&L April fee application | 0.40 | 44.00 |
| **05/23/2012** | | | |
| TS | Review case docket for objections to C&L March fee application (.1); Prepare Certificate of No Objection (.2); Finalize and e-file CNO (.2) | 0.50 | 55.00 |
| MTH | Reviewing correspondence re CNO for C&L fee application; reviewing docket and reviewing draft CNO for same | 0.10 | 39.00 |
| **05/29/2012** | | | |
| KCD | E-mail to TS re: fee auditor | 0.10 | 39.00 |
| TS | Finalize and e-file April fee application of C&L | 0.30 | 33.00 |
| MTH | Reviewing C&L April Fee Application for filing and service | 0.30 | 117.00 |
| | FOR CURRENT SERVICES RENDERED | 3.50 | 609.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.70 | $390.00 | $273.00 |
| Kathleen Campbell Davis | 0.10 | 390.00 | 39.00 |
| Timothy Simpson | 2.70 | 110.00 | 297.00 |

Page: 2

W.R. Grace

05/31/2012

ACCOUNT NO:        3000-12D
STATEMENT NO:              130

Fee Applications, Applicant

TOTAL CURRENT WORK                                                   609.00

05/03/2012        Payment - Thank you. (February, 2012 - 80% Fees)                    -824.00

BALANCE DUE                                                        $4,484.50

Any payments received after the statement date will be applied to next month's statement.  Please
note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

<table>
<tr><td></td><td>Page: 1</td></tr>
<tr><td>W.R. Grace</td><td>05/31/2012</td></tr>
<tr><td>Wilmington  DE</td><td>ACCOUNT NO:   3000-13D</td></tr>
<tr><td></td><td>STATEMENT NO:        117</td></tr>
</table>

Fee Applications, Others

PREVIOUS BALANCE                                                                    $15,476.70

|  |  | | HOURS | |
|---|---|---|---|---|
| 05/01/2012 | | | | |
| | TS | E-mails to and from G.Sinclair re Charter Oak March fee application (.1); Prepare Charter Oak March fee application (.5); Finalize and e-file application (.3) | 0.90 | 99.00 |
| | TS | Finalize and e-file AKO March fee application | 0.30 | 33.00 |
| | TS | Finalize and e-file C&D March fee application | 0.30 | 33.00 |
| 05/02/2012 | | | | |
| | SMB | Review March 2012 application of Kirkland & Ellis LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review October through December 2011 application of Duane Morris LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review March 2012 application of Baer Higgins Fruchtman LLC (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review March 2012 application of Foley Hoag LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review March 2012 application of Reed Smith LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review March 2012 application of Stroock & Stroock & Lavan LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review March 2012 application of Saul Ewing LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review March 2012 application of Kramer Levin Naftalis & Frankel LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review January through March 2012 application of Phillips Goldman & Spence, P.A. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review March 2012 application of Warren H. Smith & Associates, P.C. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review April 2001 through April 2012 Final application of Bryan Cave HRO (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |

W.R. Grace

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
| | TS | Updates to fee application tracking charts | 0.20 | 22.00 |
| **05/03/2012** | | | | |
| | MTH | Review correspondence from YS re PWC Monthly and Interim Fee Applications | 0.10 | 39.00 |
| | MTH | Review correspondence from DKW re Nelson and KayeScholer fee applications | 0.10 | 39.00 |
| **05/04/2012** | | | | |
| | SMB | Review March 2012 application of Blackstone Advisory Partners L.P. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review March 2012 application of Kayescholer LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review February 2012 application of Nelson Mullins Riley & Scarborough LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review April 2012 application of Alan B. Rich (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review January through March 2012 application of Pricewaterhousecoopers LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review March 2012 application of Pricewaterhousecoopers LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review January through March 2012 application of Baer Higgins Fruchtman LLC (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | TS | Prepare Charter Oak Interim fee application for January through March 2012 | 0.70 | 77.00 |
| **05/07/2012** | | | | |
| | MTH | Review correspondence from MS re Norton Rose fee application | 0.10 | 39.00 |
| **05/09/2012** | | | | |
| | TS | E-mail to E. Benetos re C&D interim fee application | 0.10 | 11.00 |
| | TS | Prepare LAS interim fee application | 0.50 | 55.00 |
| **05/10/2012** | | | | |
| | TS | Prepare LAS interim fee application | 0.20 | 22.00 |
| | TS | Review fee auditor report and e-mail professionals re same | 0.20 | 22.00 |
| | TS | Review e-mail from E. Benetos re C&D interim fee application (.1); Update C&D interim fee application (.4) | 0.50 | 55.00 |
| **05/11/2012** | | | | |
| | SMB | Review March 2012 application of The Hogan Firm (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review March 2012 application of Scarfone Hawkins LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review March 2012 application of Lauzon Belanger Lesperance (.1); | | |

Page: 3
05/31/2012
ACCOUNT NO:        3000-13D
STATEMENT NO:           117

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
|  | update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review January through March 2012 application of Alan B. Rich, Esquire (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review January through March 2012 application of Judge Alexander Sanders, Jr. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review April 2012 application of Alexander Sanders, Jr. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review March 2012 application of Ferry Joseph & Pearce P.A. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review March 2012 application of Bilzin Sumberg Baena Price & Axelrod LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review March 2012 application of Norton Rose Canada LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review January through March 2012 application of Pricewaterhousecoopers LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review January through March 2012 application of Reed Smith LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review January through March 2012 application of Norton Rose OR LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review April 2012 application of Warren H. Smith & Associates, P.C. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |

05/14/2012
| TS | E-mails to G. Sinclair re Charter Oak interim fee application (.1); E-mail to M. Peterson re LAS interim fee application (.1) | 0.20 | 22.00 |

05/15/2012
| TS | Finalize and e-file interim fee application of C&D (.3); Finalize and e-file interim fee application of LAS (.3); Finalize and e-file interim fee application of AKO (.3); Finalize and e-file interim fee application of Charter Oak (.3); | 1.20 | 132.00 |
| MTH | Review correspondence from LC (x3) re various fee applications for Canadian ZAI counsel firms | 0.20 | 78.00 |
| MTH | Reviewing C&D quarterly fee application for filing and service and related correspondence | 0.30 | 117.00 |
| MTH | Reviewing Charter Oak Quarterly Fee Application for filing and service | 0.30 | 117.00 |
| MTH | Reviewing LAS Quarterly Fee Application for filing and service and related correspondence | 0.30 | 117.00 |
| MTH | Reviewing AKO Quarterly Fee Application for service and filing and related correspondence | 0.30 | 117.00 |

05/16/2012
| TS | Review e-mail from A. Pelton re AKO April fee application | 0.10 | 11.00 |
| MTH | Review correspondence from LC re THF fee application for 9th Quarter | 0.10 | 39.00 |
| MTH | Review correspondence from AP re AKO draft fee application | 0.20 | 78.00 |

W.R. Grace

Fee Applications, Others

Page: 4
05/31/2012
ACCOUNT NO:    3000-13D
STATEMENT NO:    117

HOURS

**05/18/2012**

| | | | |
|---|---|---|---|
| TS | Update fee application tracking chart | 0.10 | 11.00 |
| SMB | Review March 2012 application of Steptoe & Johnson LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review January 2012 application of Steptoe & Johnson LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review January through March 2012 application of Casner & Edwards LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review February 2012 application of Pachulski Stang Ziehl & Jones LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review March 2012 application of Woodcock & Washburn LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review January through March 2012 application of The Hogan Firm (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review January through March 2012 application of Lauzon Belanger Lesperance (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review January through March 2012 application of Scarfone & Hawkins LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review January through March 2012 application of Blackstone Advisory Partners L.P. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review January through March 2012 application of Foley Hoag LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review March 2012 application of Capstone Advisory Group LLC (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review March 2012 application of Casner & Edwards LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review March 2012 application of Irell & Manella LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |

**05/21/2012**

| | | | |
|---|---|---|---|
| TS | E-mail D. Relles re LAS April fees | 0.10 | 11.00 |

**05/22/2012**

| | | | |
|---|---|---|---|
| TS | E-mail to professionals re CNO to March fee application | 0.10 | 11.00 |
| MTH | Review correspondence from DF re Orrick Interim Fee Application | 0.10 | 39.00 |

**05/23/2012**

| | | | |
|---|---|---|---|
| TS | Review case docket for objections to Charter Oak March fee application (.1); Prepare Certificate of No Objection (.2); Finalize and e-file CNO (.2) | 0.50 | 55.00 |
| TS | Review case docket for objections to AKO March fee application (.1); Prepare Certificate of No Objection (.2); Finalize and e-file CNO (.2) | 0.50 | 55.00 |
| TS | Review case docket for objections to C&D March fee application (.1); Prepare Certificate of No Objection (.2); Finalize and e-file CNO (.2) | 0.50 | 55.00 |
| SMB | Review January through March 2012 application of Stroock Stroock & Lavan LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |

W.R. Grace

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
| | SMB | Review January through March 2012 application of Orrick Herrington & Sutcliffe LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | MTH | Reviewing correspondence re CNO for C&D fee application; reviewing docket and reviewing draft CNO for same | 0.20 | 78.00 |
| | MTH | Reviewing correspondence re CNO for AKO fee application; reviewing docket and reviewing draft CNO for same | 0.10 | 39.00 |
| | MTH | Reviewing correspondence re CNO for Charter Oak fee application; reviewing docket and reviewing draft CNO for same | 0.10 | 39.00 |
| | MTH | Review correspondence from TBB re CNO for Kramer Levin | 0.10 | 39.00 |
| | MTH | Review correspondence from TBB re Kramer Fee Application; Saul Ewing Fee Application | 0.10 | 39.00 |
| 05/24/2012 | | | | |
| | TS | Update fee application tracking chart | 0.10 | 11.00 |
| | SMB | Review January through March 2012 application of Saul Ewing LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review January through March 2012 application of Kramer Levin Naftalis & Frankel LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | MTH | Review correspondence from CAH re Phillips Goldman fee application | 0.10 | 39.00 |
| 05/25/2012 | | | | |
| | TS | Review e-mail from G. Sinclair re Charter Oak April fees (.1); Prepare Charter Oak April Fee application (.3) | 0.40 | 44.00 |
| | SMB | Review April 2012 application of Phillips, Goldman & Spence, P.A. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review January through March 2012 application of Kirkland & Ellis LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| 05/29/2012 | | | | |
| | TS | Review e-mail from E. Benetos re C&D April 2012 fee application (.1); Updates to C&D April 2012 fee application (.2) | 0.30 | 33.00 |
| | MTH | Review correspondence from DKW re fee applications for BMC (3) | 0.10 | 39.00 |
| | TS | Finalize and e-file April fee applications of C&D, AKO, and Charter Oak | 0.90 | 99.00 |
| | MTH | Review correspondence from MS re Foley Hoag fee application | 0.10 | 39.00 |
| | MTH | Review correspondence from DKW re BMC fee application for April 2012 | 0.10 | 39.00 |
| | MTH | Review correspondence from JBL re Reed Smith fee application | 0.10 | 39.00 |
| | MTH | Reviewing AKO April Fee Application for filing and service | 0.20 | 78.00 |
| | MTH | Reviewing C&D April Fee Application for filing and service | 0.20 | 78.00 |
| 05/31/2012 | | | | |
| | MTH | Review correspondence from DKW re four fee applications (Higgins, Beveridge 76th and 77th and 78th). | 0.10 | 39.00 |
| | SMB | Review January 2012 application of BMC Group (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review February 2012 application of BMC Group (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |

Page: 6
W.R. Grace                                                                    05/31/2012
                                                   ACCOUNT NO:        3000-13D
                                                   STATEMENT NO:            117
Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
| SMB | Review March 2012 application of BMC Group (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review January through March 2012 application of Bilzin Sumberg Baena Price & Axelrod LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review January through March 2012 application of Orrick Herrington Sutcliffe LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review April 2012 application of Foley Hoag LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review April 2012 application of Reed Smith LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review April 2012 application of BMC Group (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review January through March 2012 application of BMC Group (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review April 2012 application of Stroock Stroock & Lavan LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | FOR CURRENT SERVICES RENDERED | 24.60 | 3,742.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Santae M. Boyd | 12.00 | $110.00 | $1,320.00 |
| Mark T. Hurford | 3.70 | 390.00 | 1,443.00 |
| Timothy Simpson | 8.90 | 110.00 | 979.00 |

TOTAL CURRENT WORK                                                         3,742.00

05/03/2012      Payment - Thank you. (February, 2012 - 80% Fees)          -3,350.80

BALANCE DUE                                                              $15,867.90

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
05/31/2012
ACCOUNT NO:        3000-14D
STATEMENT NO:              90

Financing

PREVIOUS BALANCE                                                         $145.80

BALANCE DUE                                                              $145.80

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
05/31/2012
ACCOUNT NO:        3000-15D
STATEMENT NO:              132

Hearings

| | | HOURS | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $4,804.15 |
| 05/07/2012 | | | |
| MTH | Review correspondence from DF re preliminary agenda | 0.10 | 39.00 |
| MTH | Preparing for hearing; correspondence with PVNL re same; telephone discussion with JON re same | 1.60 | 624.00 |
| 05/08/2012 | | | |
| MTH | Attending oral argument on Garlock's Motion to Reargue | 2.60 | 1,014.00 |
| 05/15/2012 | | | |
| MTH | Various correspondence re pending matters, hearing | 0.20 | 78.00 |
| | FOR CURRENT SERVICES RENDERED | 4.50 | 1,755.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 4.50 | $390.00 | $1,755.00 |

| | | |
|---|---|---|
| TOTAL CURRENT WORK | | 1,755.00 |
| 05/03/2012    Payment - Thank you. (February, 2012 - 80% Fees) | | -592.80 |
| BALANCE DUE | | $5,966.35 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
05/31/2012
ACCOUNT NO:        3000-16D
STATEMENT NO:             117

Litigation and Litigation Consulting

PREVIOUS BALANCE                                                           -$52.90

|  |  | | HOURS |  |
|---|---|---|---|---|
| 05/18/2012 |  |  |  |  |
| | MTH | Various correspondence and communications re Garlock 2019 Appeal (split with Flintkote) | 0.30 | 117.00 |
| 05/21/2012 |  |  |  |  |
| | MTH | Reviewing Garlock Motion and correspondence from counsel at C&D re same; review information re response and response to same (split with Flintkote) | 0.40 | 156.00 |
| 05/22/2012 |  |  |  |  |
| | MTH | Correspondence and communications with KCM re Garlock Motion for judicial notice; reviewing same; reviewing issues re service of same (split with Flintkote) | 0.50 | 195.00 |
| 05/24/2012 |  |  |  |  |
| | MTH | Correspondence to and from ACM re notices from the Court; participating in conference call per Court Order re oral argument (split with Flintkote) | 0.40 | 156.00 |
| 05/31/2012 |  |  |  |  |
| | MTH | Correspondence and communications re oral argument on Garlock 2019 Appeal (split wtih Flintkote) | 0.30 | 117.00 |
| | | FOR CURRENT SERVICES RENDERED | 1.90 | 741.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.90 | $390.00 | $741.00 |

W.R. Grace

ACCOUNT NO:        3000-16D
STATEMENT NO:             117

Litigation and Litigation Consulting


TOTAL CURRENT WORK                                                          741.00


05/03/2012        Payment - Thank you. (February, 2012 - 80% Fees)                      -833.60


CREDIT BALANCE                                                       -$145.50


Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 05/31/2012 |
| Wilmington  DE | ACCOUNT NO:       3000-17D |
| | STATEMENT NO:              117 |

Plan and Disclosure Statement

|  |  |  |  |
|---|---|---|---|
| PREVIOUS BALANCE | | | $9,938.30 |
| | | HOURS | |
| 05/11/2012 | | | |
| MTH | Telephone conferences with DF re pending Plan issues | 0.80 | 312.00 |
| 05/22/2012 | | | |
| MTH | Correspondence with EI and PVNL re meeting | 0.10 | 39.00 |
| 05/24/2012 | | | |
| MTH | Review correspondence from RB re draft correspondence for CA3 | 0.10 | 39.00 |
| 05/29/2012 | | | |
| MTH | Reviewing Anderson Memorial's Motion to Reconsider | 0.40 | 156.00 |
| | FOR CURRENT SERVICES RENDERED | 1.40 | 546.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.40 | $390.00 | $546.00 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 546.00 |

|  |  |  |
|---|---|---|
| 05/03/2012 | Payment - Thank you. (February, 2012 - 80% Fees) | -1,872.00 |
| | BALANCE DUE | $8,612.30 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**


Page: 1

W.R. Grace                                                            05/31/2012
Wilmington  DE                              ACCOUNT NO:        3000-18D
                                            STATEMENT NO:            117


Relief from Stay Proceedings


PREVIOUS BALANCE                                                  -$234.60

CREDIT BALANCE                                                    -$234.60


Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**


|                   |              |
|-------------------|-------------:|
|                   | Page: 1      |
| W.R. Grace        | 05/31/2012   |
| Wilmington  DE    |              |
|                   | ACCOUNT NO:    3000-20D |
|                   | STATEMENT NO:        116 |


Tax Litigation


| PREVIOUS BALANCE | $468.80 |
|------------------|--------:|
| BALANCE DUE      | $468.80 |


Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 05/31/2012 |
| Wilmington  DE | ACCOUNT NO:        3000-21D |
|  | STATEMENT NO:              108 |

Travel-Non-Working

| | | | HOURS | |
|---|---|---|---|---|
| | PREVIOUS BALANCE | | | -$4.00 |
| 05/08/2012 | | | | |
| MTH | Non-working travel time to and from Philadelphia for hearing before Judge Buckwalter (billed at one half time) | | 1.00 | 390.00 |
| | FOR CURRENT SERVICES RENDERED | | 1.00 | 390.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.00 | $390.00 | $390.00 |

| | |
|---|---|
| TOTAL CURRENT WORK | 390.00 |
| BALANCE DUE | $386.00 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 05/31/2012 |
| Wilmington  DE | ACCOUNT NO:      3000-22D |
|  | STATEMENT NO:            121 |

Valuation


PREVIOUS BALANCE                                                          $1,185.00


BALANCE DUE                                                              $1,185.00

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
05/31/2012
ACCOUNT NO:        3000-23D
STATEMENT NO:             121

ZAI Science Trial

PREVIOUS BALANCE                                                          $1,203.30

BALANCE DUE                                                               $1,203.30

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace                                                                05/31/2012
Wilmington  DE                                        ACCOUNT NO:            3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-02 Asset Disposition | | | | | |
| 210.10 | 0.00 | 0.00 | 0.00 | 0.00 | $210.10 |
| 3000-03 Business Operations | | | | | |
| 120.00 | 0.00 | 0.00 | 0.00 | 0.00 | $120.00 |
| 3000-04 Case Administration | | | | | |
| 692.67 | 0.00 | 0.00 | 0.00 | -31.20 | $661.47 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 2,321.60 | 0.00 | 0.00 | 0.00 | 0.00 | $2,321.60 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| 826.80 | 0.00 | 0.00 | 0.00 | -312.00 | $514.80 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 13,889.44 | 3,968.00 | 0.00 | 0.00 | -3,405.60 | $14,451.84 |
| 3000-08 Employee Benefits/Pension | | | | | |
| -672.10 | 156.00 | 0.00 | 0.00 | -62.40 | -$578.50 |
| 3000-10 Employment Applications, Others | | | | | |
| 725.70 | 0.00 | 0.00 | 0.00 | -31.20 | $694.50 |
| 3000-11 Expenses | | | | | |
| 6,088.79 | 0.00 | 2,902.96 | 0.00 | -2,426.94 | $6,564.81 |
| 3000-12 Fee Applications, Applicant | | | | | |
| 4,699.50 | 609.00 | 0.00 | 0.00 | -824.00 | $4,484.50 |

W.R. Grace

ACCOUNT NO:        3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-13 Fee Applications, Others | | | | | |
| 15,476.70 | 3,742.00 | 0.00 | 0.00 | -3,350.80 | $15,867.90 |
| 3000-14 Financing | | | | | |
| 145.80 | 0.00 | 0.00 | 0.00 | 0.00 | $145.80 |
| 3000-15 Hearings | | | | | |
| 4,804.15 | 1,755.00 | 0.00 | 0.00 | -592.80 | $5,966.35 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| -52.90 | 741.00 | 0.00 | 0.00 | -833.60 | -$145.50 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 9,938.30 | 546.00 | 0.00 | 0.00 | -1,872.00 | $8,612.30 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| -234.60 | 0.00 | 0.00 | 0.00 | 0.00 | -$234.60 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| -4.00 | 390.00 | 0.00 | 0.00 | 0.00 | $386.00 |
| 3000-22 Valuation | | | | | |
| 1,185.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,185.00 |
| 3000-23 ZAI Science Trial | | | | | |
| 1,203.30 | 0.00 | 0.00 | 0.00 | 0.00 | $1,203.30 |
| 61,833.05 | 11,907.00 | 2,902.96 | 0.00 | -13,742.54 | $62,900.47 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.