# ATTACHMENT 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No.  01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

SEVENTY-SECOND MONTHLY APPLICATION OF
BEVERIDGE & DIAMOND, P.C.
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES
AS COUNSEL TO THE DEBTORS FOR THE
PERIOD FROM OCTOBER 1, 2011 THROUGH OCTOBER 31, 2011

| | |
|---|---|
| Name of Applicant: | Beveridge & Diamond, P.C. |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | May 12, 2005 |
| Period for which Compensation and Reimbursement is Sought: | October 1, 2011 through October 31, 2011 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $11,621.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $55.64 |

This is a:      ___XX___  monthly      _____ interim      _____ final application.

---

[1] The Debtors consist of the following 62 entities:  W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

PRIOR APPLICATIONS FILED:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 12/05 | 10/1/05 – 10/31/05 | $13,486.25 | $ 337.02 | $13,486.25 | $ 337.02 |
| 2/06 | 11/1/05 – 11/30/05 | $46,587.50[2] | $  57.62 | $46,587.50[3] | $  57.62 |
| 2/06 | 12/1/05 – 12/31/05 | $ 5,726.25[4] | $1,308.41 | $ 5,726.25[5] | $1,308.41 |
| 3/06 | 1/1/06 – 1/31/06 | $11,187.50 | $  173.56 | $11,187.50 | $  173.56 |
| 4/06 | 2/1/06 – 2/28/06 | $16,106.25 | $  156.33 | $16,106.25 | $  156.33 |
| 5/06 | 3/1/06 – 3/31/06 | $11,377.50 | $  70.33 | $11,377.50 | $  70.33 |
| 6/06 | 4/1/06 -- 4/30/06 | $13,693.75 | $  356.81 | $13,693.75 | $  356.81 |
| 8/06 | 5/1/06 -- 5/31/06 | $28,261.25 | $  227.37 | $28,261.25 | $  227.37 |
| 9/13/06 | 6/1/06 -- 6/30/06 | $10,103.75 | $  285.26 | $10,103.75 | $  285.26 |
| 9/13/06 | 7/1/06 -- 7/31/06 | $ 4,307.50 | $  14.21 | $ 4,307.50 | $  14.21 |
| 9/25/06 | 8/1/06 -- 8/31/06 | $4,812.50 | $  131.31 | $4,812.50 | $  131.31 |
| 10/30/06 | 9/1/06 -- 9/30/06 | $16,988.75 | $  287.83 | $16,988.75 | $  287.83 |
| 12/1/06 | 10/1/06 -- 10/31/06 | $19,348.25 | $  210.02 | $19,348.25 | $  210.02 |
| 1/11/07 | 11/1/06 - 11/30/06 | $34,281.25 | $  425.47 | $34,281.25 | $  425.47 |
| 3/7/07 | 12/1/06 - 12/31/06 | $43,924.00 | $  338.42 | $43,924.00 | $  338.42 |
| 3/7/07 | 1/1/07 - 1/31/07 | $51,760.00 | $  211.32 | $51,760.00 | $  211.32 |
| 6/4/07 | 2/1/07 - 2/28/07 | $36,245.00 | $  94.79 | $36,245.00 | $  94.79 |
| 6/4/07 | 3/1/07 - 3/31/07 | $33,840.00 | $  480.06 | $33,840.00 | $  480.06 |
| 6/18/07 | 4/1/07-4/30/07 | $35,377.50 | $  514.32 | $35,377.50 | $  514.32 |
| 6/18/07 | 5/1/07 - 5/31/07 | $17,681.25 | $  389.29 | $17,681.25 | $  389.29 |
| 8/23/07 | 6/1/07 - 6/30/07 | $22,225.00 | $  133.35 | $22,225.00 | $  133.35 |
| 10/11/07 | 7/1/07-7/31/07 | $31,450.00 | $  248.66 | $31,100.00 | $  248.66 |
| 10/11/07 | 8/1/07 - 8/31/07 | $30,497.50 | $  567.93 | $29,875.50 | $  567.93 |
| 10/19/07 | 9/1/07 - 9/30/07 | $18,575.00 | $  311.53 | $18,575.00 | $  311.53 |
| 1/2/08 | 10/1/07 – 10/31/07 | $7,217.50 | $  791.76 | $7,217.50 | $  791.76 |
| 1/2/08 | 11/1/07-11/30/07 | $5,200.00 | $  111.41 | $5,200.00 | $  111.41 |
| 4/29/08 | 12/1/07-12/31/07 | $8,670.00 | $  142.43 | $8,670.00 | $  142.43 |
| 4/29/08 | 1/1/08 – 2/28/08 | $19,480.00 | $  74.16 | $19,480.00 | $  74.16 |
| 5/5/08 | 3/1/08-3/31/08 | $6,320.00 | $  81.38 | $6,320.00 | $  81.38 |
| 6/23/08 | 4/1/08-4/30/08 | $5,358.00 | $  54.14 | $5,358.00 | $  54.14 |
| 7/21/08 | 5/1/08-5/31/08 | $32,068.00 | $  19.86 | $32,068.00 | $  19.86 |
| 9/3/08 | 6/1/08 – 6/30/08 | $39,793.00 | $ 1,384.81 | $39,793.00 | $ 1,384.81 |

[2] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[3] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[4] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

[5] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 9/15/08 | 7/1/08-7/31/08 | $89,644 | $273.65 | $89,644 | $273.65 |
| 11/14/08 | 8/1/08-8/31/08 | $50,539.50 | $224.70 | $50,539.50 | $224.70 |
| 11/14/08 | 9/1/08 - 9/30/08 | 3,905.50 | $986.54 | 3,905.50 | $986.54 |
| 2/6/09 | 10/1/08 - 10/31/08 | 1,360.00 | $365.78 | 1,360.00 | $365.78 |
| 2/6/09 | 11/1/08 - 11/30/08 | $920.00 | $524.75 | $920.00 | $524.75 |
| 3/24/09 | 12/1/08 - 12/31/08 | $2,702.50 | $11.37 | $2,702.50 | $11.37 |
| 3/30/09 | 1/1/09 - 1/31/09 | $25,585.00 | $1.40 | $25,585.00 | $1.40 |
| 4/21/09 | 2/1/09 - 2/28/09 | $39,237.00 | $516.80 | $39,237.00 | $516.80 |
| 4/30/09 | 3/1/09 - 3/31/09 | $ 8,128.00 | $ 46.35 | $ 8,128.00 | $ 46.35 |
| 7/7/09 | 4/1/09 - 4/30/09 | $ 80,837.00 | $1,411.58 | $ 80,837.00 | $1,411.58 |
| 7/20/09 | 5/1/09 - 5/31/09 | $ 80,837.00 | $ 1,411.58 | $ 80,837.00 | $ 1,411.58 |
| 9/2/09 | 6/1/09 - 6/30/09 | $38,481.50 | $ 888.98 | $38,481.50 | $ 888.98 |
| 9/15/09 | 7/1/089 - 7/31/09 | $6,972.00 | $ 534.11 | $6,972.00 | $ 534.11 |
| 10/1/09 | 8/1/09 - 8/31/09 | $1,991.50 | $ 5.80 | $1,991.50 | $ 5.80 |
| 11/2/09 | 9/1/09 - 9/30/09 | $ 6,836.00 | $ 53.92 | $ 6,836.00 | $ 53.92 |
| 12/9/09 | 10/1/09 - 10/31/09 | $ 15,246.00 | $ 75.86 | $ 15,246.00 | $ 75.86 |
| 1/4/10 | 11/1/09 - 11/30/09 | $ 14,828.50 | $ 56.80 | $ 14,828.50 | $ 56.80 |
| 2/3/10 | 12/1/09 - 12/31/09 | $ 7,224.00 | $ 84.20 | $ 7,224.00 | $ 84.20 |
| 3/31/10 | 1/1/10 - 1/31/10 | $2,778.00 | $ 36.85 | $2,778.00 | $ 36.85 |
| 3/31/10 | 2/1/10 - 2/28/10 | $ 4,449.50 | $12.27 | $ 4,449.50 | $12.27 |
| 5/17/10 | 3/1/10 – 3/31,2010 | $ 24,367.50 | $11.00 | $ 24,367.50 | $11.00 |
| 7/1/10 | 4/1/10 – 4/30/10 | $ 10,250.00 | $ 82.97 | $ 10,250.00 | $ 82.97 |
| 7/1/10 | 5/1/10 – 5/31/10 | $ 3,476.00 | $ 23.86 | $ 3,476.00 | $ 23.86 |
| 8/16/10 | 6/1/10 - 6/30/10 | $ 24,234.00 | $ 19.20 | $ 24,234.00 | $ 19.20 |
| 8/30/10 | 7/1/10 - 7/31/10 | $ 20,113.50 | $ 18.28 | $ 20,113.50 | $ 18.28 |
| 10/25/10 | 8/1/10 - 8/31/10 | $2,986.00 | $ 235.07 | $2,986.00 | $ 235.07 |
| 11/9/10 | 9/1/10 - 9/30/10 | $25,288.00 | $ 251.36 | $25,288.00 | $ 251.36 |
| 12/1710 | 10/1/10 - 10/31/10 | $13,119.50 | $ 352.94 | $13,119.50 | $ 352.94 |
| 1/10/11 | 11/1/10 - 11/30/10 | $ 13,940.00 | $ 50.56 | $ 13,940.00 | $ 50.56 |
| 3/3/11 | 12/1/10 - 12/31/10 | $ 18,381.47 | $46.47 | $ 18,381.47 | $46.47 |
| 4/5/11 | 1/1/11 - 1/31/11 | $ 4,046.00 | $129.34 | $ 4,046.00 | $129.34 |
| 4/5/11 | 2/1/11 - 2/28/11 | $ 9,082.00 | $ 0.20 | $ 9,082.00 | $ 0.20 |
| 5/31/11 | 3/1/11 - 3/31/11 | $ 5,617.50 | $ 21.36 | $ 5,617.50 | $ 21.36 |
| 6/13/11 | 4/1/11 - 4/30/11 | $ 5,612.00 | $ 96.75 | Pending | Pending |
| 7/8/11 | 5/1/11 - 5/31/11 | $10,248.00 | $ 16.76 | Pending | Pending |
| 9/14/11 | 6/1/11 - 6/30/11 | $ 22,223.50 | $ 20.40 | Pending | Pending |
| 9/14/11 | 7/1/11 - 7/31/11 | $ 9,342.00 | $ 94.66 | Pending | Pending |
| 9/29/11 | 8/1/11 - 8/31/11 | $31,785.50 | $268.57 | Pending | Pending |
| 11/16/11 | 9/1/11 - 9/30/11 | $ 8,447.50 | $341.60 | Pending | Pending |

## B&D PROFESSIONALS[6]

| Name of Professional Individual | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Pamela D. Marks | Principal; Joined Firm 1997; Member of MD Bar since 1986 | $460.00 | 18.10 | $8,326.00 |
| Lindsey Selba | Associate; Joined Firm 2010; Member of Maryland Bar since 2010 | $250.00 | 12.40 | $3,100.00 |
| Toren Elsen | Paralegal | $150.00 | 1.30 | $195.00 |

Total Fees:        $11,621.00
Total Hours:           31.80
Blended Rate:      $ 365.00

## TASK CODE SUMMARY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Litigation and Litigation Consulting | 31.80 | $11,621.00 |

## EXPENSE SUMMARY[7]

| Expense Category | Service Provider (if applicable)[8] | Total Expense |
|---|---|---|
| Photocopying | | $48.20 |
| Postage | | $7.44 |

WHEREFORE, Beveridge & Diamond, P.C. respectfully requests that, for the period October 1, 2011 through October 31, 2011, an interim allowance be made to Beveridge & Diamond, P.C. for compensation in the amount of $11,621.00 and actual and necessary expenses in the amount of $55.64 for a total allowance of $11,676.64 and payment of $9,296.80 (80% of

---

[6] These amounts are the sum total from all of the invoices attached hereto.

[7] These amounts are the sum total of the disbursements as shown on all of the invoices attached hereto.

[8] B&D may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

the allowed fees) and reimbursement of $55.64 (100% of the allowed expenses) be authorized

for a total payment of $9,352.44 and for such other and further relief as this Court may deem just

and proper.

Dated: November _____22____, 2011          BEVERIDGE & DIAMOND, P.C.


                                           _____
                                           Pamela D. Marks
                                           201 N. Charles Street, Suite 2210
                                           Baltimore, MD 21201
                                           Telephone:  410-230-1315
                                           Facsimile:  410-230-1389
                                           Counsel for Debtors and Debtors in Possession

## VERIFICATION

Pamela D. Marks, after being duly sworn according to law, deposes and says:

a)  I am an attorney with the applicant law firm Beveridge & Diamond, P.C..

b)  I am familiar with the legal services rendered by Beveridge & Diamond, P.C. as counsel to the Debtor and am thoroughly familiar with the other work performed on behalf of the Debtor by the lawyers and paraprofessionals of Beveridge & Diamond, P.C.

c)  I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware, and submit that the Application substantially complies with such rules.

_____
Pamela D. Marks


SWORN AND SUBSCRIBED
before me this 22 day of November, 2011.


_____
Notary Public: Debora R. Melnyk
My Commission Expires:  May 27, 2013

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No.  01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
<u>OCTOBER 1, 2011 THROUGH OCTOBER 31,  2011</u>

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (Trivalent Chromium)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300


W. R. Grace & Co.                          November 18, 2011
Attn: Lydia B. Duff                        Client/Matter #  01246-014988
7500 Grace Drive                           Invoice # 144870
Columbia, MD  21044                        Federal ID# 52-1247549


For Legal Services Rendered Through 10/31/11 in Connection With:

PLEASE REMIT PAYMENT TO :      BEVERIDGE & DIAMOND, P.C.
                               SUITE 700
                               1350 I STREET, N.W.
                               WASHINGTON, D.C. 20005-3311


**Trivalent Chromium**


| 10/03/11 | P. Marks | P230 | 0.30 | Coordinate with L. Selba re status and tasks; email L. Duff re same. |
| 10/04/11 | P. Marks | P230 | 2.10 | Prepare draft letter to Maryland Department of Environment (MDE) re procedure for trivalent determination; prepare draft MDE petition. |
| 10/04/11 | L. Selba | P230 | 1.80 | Conference with P. Marks re trivalent chromium exclusion petition and letter to MDE re trivalent chromium exclusion; prepare talking points for 10/5 meeting. |
| 10/05/11 | P. Marks | P230 | 1.30 | Prepare for and conduct telephone conference with client team re new data, collection of additional data, and preparation for MDE meeting and conference with L. Selba re same. |
| 10/05/11 | L. Selba | P230 | 2.50 | Prepare for telephone conference re trivalent chromium exclusion; attend telephone conference re same; prepare letter to MDE; conference with P. Marks re same and presentation for MDE conference. |
| 10/06/11 | L. Selba | P230 | 2.30 | Prepare draft letter to MDE re trivalent chromium exclusion and prepare draft petition. |

BEVERIDGE & DIAMOND, P.C.

| | | | | |
|---|---|---|---|---|
| 10/07/11 | L. Selba | P230 | 2.50 | Prepare letter to MDE and draft petition and email to P. Marks; begin preparing presentation for MDE meeting. |
| 10/12/11 | L. Selba | P230 | 2.00 | Prepare Grace trivalent chromium presentation for conference with MDE; email P. Marks re same. |
| 10/19/11 | L. Selba | P230 | 1.30 | Review documents provided by Michigan Department of Environmental Quality in response to 8/8/11 FOIA request; summarize documents for P. Marks. |
| 10/21/11 | P. Marks | P230 | 0.70 | Prepare for MDE meeting and client pre-meeting. |
| 10/24/11 | P. Marks | P230 | 1.60 | Prepare MDE presentation; prepare for and conduct telephone conference with client team re data issues and MDE meeting. |
| 10/26/11 | P. Marks | P230 | 2.10 | Prepare presentation for MDE and communications with client re same. |
| 10/27/11 | P. Marks | P230 | 1.30 | Prepare presentation for MDE, provide draft slides to client, and confirm date with MDE. |
| 10/31/11 | P. Marks | P230 | 2.20 | Telephone conference with team re new data results; revise presentation; evaluate draft analysis of MDE procedure for receiving petition and email re telephone conference to L. Duff. |

Total Hours :                24.00

Total Fees :            $8,436.00

BEVERIDGE & DIAMOND, P.C.

INVOICE #  144870
November 18, 2011
PAGE  3

## Time Summary :

|  | Title | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|---|
| P. Marks | Principal | 11.60 | $460.00 | $5,336.00 |
| L. Selba | Associate | 12.40 | $250.00 | $3,100.00 |
|  |  |  | Total Fees: | $8,436.00 |

## Summary by Task Codes :

| CODE | Hours | Bill Amount |
|---|---|---|
| P300 |  |  |
| P230 | 24.00 | $8,436.00 |
| Total P300 | 24.00 | $8,436.00 |
|  | Total Fees :  24.00 | $8,436.00 |

## Summary by Disbursement Codes :

|  |  |
|---|---|
| TOTAL DUE : | $8,436.00 |

# EXHIBIT B

## (Curtis Bay FUSRAP Bankruptcy Claim Resolution)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co. - Conn                     November 18, 2011
Attn: Lydia B. Duff, Esq.                    Client/Matter #  01246-011548
7500 Grace Drive                             Invoice # 144867
Columbia, MD  21044                          Federal ID# 52-1247549

---

For Legal Services Rendered Through 10/31/11 in Connection With:

PLEASE REMIT PAYMENT TO :        BEVERIDGE & DIAMOND, P.C.
                                 SUITE 700
                                 1350 I STREET, N.W.
                                 WASHINGTON, D.C. 20005-3311

Curtis Bay FUSRAP Bankruptcy Claim Resolution
100103

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 10/26/11 | P. Marks | P230 | 0.50 | Telephone conferences with P. Bucens re regulatory inquiry; research re same. |
| 10/27/11 | P. Marks | P230 | 1.20 | Inquiry research and telephone conference with MDE; telephone conference with client re same; email client re same. |

Total Hours :        1.70

Total Fees :     $782.00

BEVERIDGE & DIAMOND, P.C.

INVOICE #  144867
November 18, 2011
PAGE  2

## Time Summary :

|  | Title | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|---|
| P. Marks | Principal | 1.70 | $460.00 | $782.00 |

|  |  |  | **Total Fees:** | **$782.00** |
|---|---|---|---|---|

## Summary by Task Codes :

| CODE |  | Hours | Bill Amount |
|---|---|---|---|
| P300 |  |  |  |
| P230 |  | 1.70 | $782.00 |
| Total P300 |  | 1.70 | $782.00 |

|  |  | **Total Fees :** | **1.70** | **$782.00** |
|---|---|---|---|---|

## Summary by Disbursement Codes :

|  |  | **TOTAL DUE :** | **$782.00** |
|---|---|---|---|

# EXHIBIT C

## (Curtis Bay RCRA 2)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co. - Conn                          November 18, 2011
Attn: Lydia B. Duff, Esq.                         Client/Matter #  01246-013923
7500 Grace Drive                                  Invoice # 144869
Columbia, MD  21044                               Federal ID# 52-1247549

---

For Legal Services Rendered Through 10/31/11 in Connection With:

**PLEASE REMIT PAYMENT TO :**      BEVERIDGE & DIAMOND, P.C.
                                   SUITE 700
                                   1350 I STREET, N.W.
                                   WASHINGTON, D.C. 20005-3311

<u>Curtis Bay RCRA 2</u>
<u>100104</u>

| | | | | |
|---|---|---|---|---|
| 10/13/11 | P. Marks | L110 | 0.50 | Evaluate B. Errera email and regulation at issue for LDAR monitoring timing; communications with B. Errera re same. |
| 10/19/11 | P. Marks | L110 | 0.80 | Review enforcement history re BB and prepare for client meeting. |
| 10/20/11 | P. Marks | L110 | 2.00 | Attend meeting at Curtis Bay re RCRA BB monitoring issue. |
| 10/20/11 | T. Elsen | L110 | 1.30 | Research EPA enforcement actions re failure to submit quarterly monitoring reports; conference with P. Marks re same. |
| 10/25/11 | P. Marks | L110 | 1.20 | Review status of LDAR manual and content of comments. |

Total Hours :          5.80

Total Fees :          $2,265.00

BEVERIDGE & DIAMOND, P.C.

INVOICE #  144869
November 18, 2011
PAGE  2

### Time Summary :

| | Title | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|---|
| P. Marks | Principal | 4.50 | $460.00 | $2,070.00 |
| T. Elsen | Paralegal | 1.30 | $150.00 | $195.00 |

|  |  |  |  |  |
|---|---|---|---|---|
| | | | **Total Fees:** | **$2,265.00** |

### Summary by Task Codes :

| CODE | Hours | Bill Amount |
|---|---|---|
| L100 | | |
| L110 | 5.80 | $2,265.00 |
| Total L100 | 5.80 | $2,265.00 |
| **Total Fees :** | **5.80** | **$2,265.00** |

### Summary by Disbursement Codes :

|  |  |
|---|---|
| **TOTAL DUE :** | **$2,265.00** |

# EXHIBIT D

## (Bankruptcy Fee Application)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co. - Conn                          November 18, 2011
Attn: Lydia B. Duff, Esq.                         Client/Matter #  01246-012629
7500 Grace Drive                                  Invoice # 144868
Columbia, MD  21044                               Federal ID# 52-1247549

---

For Legal Services Rendered Through 10/31/11 in Connection With:

**PLEASE REMIT PAYMENT TO :**        **BEVERIDGE & DIAMOND, P.C.**
                                     **SUITE 700**
                                     **1350 I STREET, N.W.**
                                     **WASHINGTON, D.C. 20005-3311**

<u>Bankruptcy Fee Application</u>
<u>100035</u>

10/17/11   P. Marks          L110            0.30   Address fee filings.

                              Total Hours :              0.30

                              Total Fees :            $138.00

BEVERIDGE & DIAMOND, P.C.

INVOICE #  144868
November 18, 2011
PAGE  2

**Time Summary :**

| | Title | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|---|
| P. Marks | Principal | 0.30 | $460.00 | $138.00 |
| | | | **Total Fees:** | **$138.00** |

**Summary by Task Codes :**

| CODE | | Hours | Bill Amount |
|---|---|---|---|
| L100 | | | |
| L110 | | 0.30 | $138.00 |
| Total L100 | | 0.30 | $138.00 |
| | **Total Fees :** | **0.30** | **$138.00** |

**Summary by Disbursement Codes :**

| CODE | | Bill Amount |
|---|---|---|
| E101 | Copying | $48.20 |
| E108 | Postage | $7.44 |
| | **Total Disbursements :** | **$55.64** |
| | **TOTAL DUE :** | **$193.64** |