# ATTACHMENT 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No.  01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

SEVENTY-FOURTH MONTHLY APPLICATION OF
BEVERIDGE & DIAMOND, P.C.
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES
AS COUNSEL TO THE DEBTORS FOR THE
PERIOD FROM DECEMBER 1, 2011 THROUGH DECEMBER 31, 2011

| | |
|---|---|
| Name of Applicant: | Beveridge & Diamond, P.C. |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | May 12, 2005 |
| Period for which Compensation and Reimbursement is Sought: | December 1, 2011 through December 31, 2011 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $82,764.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $94.75 |

This is a:     ___XX____ monthly     _____ interim     _____ final application.

---

[1] The Debtors consist of the following 62 entities:  W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

PRIOR APPLICATIONS FILED:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 12/05 | 10/1/05 – 10/31/05 | $13,486.25 | $ 337.02 | $13,486.25 | $ 337.02 |
| 2/06 | 11/1/05 – 11/30/05 | $46,587.50[2] | $ 57.62 | $46,587.50[3] | $ 57.62 |
| 2/06 | 12/1/05 – 12/31/05 | $ 5,726.25[4] | $1,308.41 | $ 5,726.25[5] | $1,308.41 |
| 3/06 | 1/1/06 – 1/31/06 | $11,187.50 | $ 173.56 | $11,187.50 | $ 173.56 |
| 4/06 | 2/1/06 – 2/28/06 | $16,106.25 | $ 156.33 | $16,106.25 | $ 156.33 |
| 5/06 | 3/1/06 – 3/31/06 | $11,377.50 | $ 70.33 | $11,377.50 | $ 70.33 |
| 6/06 | 4/1/06 -- 4/30/06 | $13,693.75 | $ 356.81 | $13,693.75 | $ 356.81 |
| 8/06 | 5/1/06 -- 5/31/06 | $28,261.25 | $ 227.37 | $28,261.25 | $ 227.37 |
| 9/13/06 | 6/1/06 -- 6/30/06 | $10,103.75 | $ 285.26 | $10,103.75 | $ 285.26 |
| 9/13/06 | 7/1/06 – 7/31/06 | $4,307.50 | $ 14.21 | $4,307.50 | $ 14.21 |
| 9/25/06 | 8/1/06 -- 8/31/06 | $4,812.50 | $ 131.31 | $4,812.50 | $ 131.31 |
| 10/30/06 | 9/1/06 -- 9/30/06 | $16,988.75 | $ 287.83 | $16,988.75 | $ 287.83 |
| 12/1/06 | 10/1/06 -- 10/31/06 | $19,348.25 | $ 210.02 | $19,348.25 | $ 210.02 |
| 1/11/07 | 11/1/06 - 11/30/06 | $34,281.25 | $ 425.47 | $34,281.25 | $ 425.47 |
| 3/7/07 | 12/1/06 - 12/31/06 | $43,924.00 | $ 338.42 | $43,924.00 | $ 338.42 |
| 3/7/07 | 1/1/07 - 1/31/07 | $51,760.00 | $ 211.32 | $51,760.00 | $ 211.32 |
| 6/4/07 | 2/1/07 - 2/28/07 | $36,245.00 | $ 94.79 | $36,245.00 | $ 94.79 |
| 6/4/07 | 3/1/07 - 3/31/07 | $33,840.00 | $ 480.06 | $33,840.00 | $ 480.06 |
| 6/18/07 | 4/1/07-4/30/07 | $35,377.50 | $ 514.32 | $35,377.50 | $ 514.32 |
| 6/18/07 | 5/1/07 - 5/31/07 | $17,681.25 | $ 389.29 | $17,681.25 | $ 389.29 |
| 8/23/07 | 6/1/07 - 6/30/07 | $22,225.00 | $ 133.35 | $22,225.00 | $ 133.35 |
| 10/11/07 | 7/1/07-7/31/07 | $31,450.00 | $ 248.66 | $31,100.00 | $ 248.66 |
| 10/11/07 | 8/1/07 - 8/31/07 | $30,497.50 | $ 567.93 | $29,875.50 | $ 567.93 |
| 10/19/07 | 9/1/07 - 9/30/07 | $18,575.00 | $ 311.53 | $18,575.00 | $ 311.53 |
| 1/2/08 | 10/1/07 – 10/31/07 | $7,217.50 | $ 791.76 | $7,217.50 | $ 791.76 |
| 1/2/08 | 11/1/07-11/30/07 | $5,200.00 | $ 111.41 | $5,200.00 | $ 111.41 |
| 4/29/08 | 12/1/07-12/31/07 | $8,670.00 | $ 142.43 | $8,670.00 | $ 142.43 |
| 4/29/08 | 1/1/08 – 2/28/08 | $19,480.00 | $ 74.16 | $19,480.00 | $ 74.16 |
| 5/5/08 | 3/1/08-3/31/08 | $6,320.00 | $ 81.38 | $6,320.00 | $ 81.38 |
| 6/23/08 | 4/1/08-4/30/08 | $5,358.00 | $ 54.14 | $5,358.00 | $ 54.14 |
| 7/21/08 | 5/1/08-5/31/08 | $32,068.00 | $ 19.86 | $32,068.00 | $ 19.86 |
| 9/3/08 | 6/1/08 – 6/30/08 | $39,793.00 | $ 1,384.81 | $39,793.00 | $ 1,384.81 |

---

[2] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[3] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[4] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

[5] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 9/15/08 | 7/1/08-7/31/08 | $89,644 | $273.65 | $89,644 | $273.65 |
| 11/14/08 | 8/1/08-8/31/08 | $50,539.50 | $224.70 | $50,539.50 | $224.70 |
| 11/14/08 | 9/1/08 - 9/30/08 | 3,905.50 | $986.54 | 3,905.50 | $986.54 |
| 2/6/09 | 10/1/08 - 10/31/08 | 1,360.00 | $365.78 | 1,360.00 | $365.78 |
| 2/6/09 | 11/1/08 - 11/30/08 | $920.00 | $524.75 | $920.00 | $524.75 |
| 3/24/09 | 12/1/08 - 12/31/08 | $2,702.50 | $11.37 | $2,702.50 | $11.37 |
| 3/30/09 | 1/1/09 - 1/31/09 | $25,585.00 | $1.40 | $25,585.00 | $1.40 |
| 4/21/09 | 2/1/09 - 2/28/09 | $39,237.00 | $516.80 | $39,237.00 | $516.80 |
| 4/30/09 | 3/1/09 - 3/31/09 | $ 8,128.00 | $ 46.35 | $ 8,128.00 | $ 46.35 |
| 7/7/09 | 4/1/09 - 4/30/09 | $ 80,837.00 | $1,411.58 | $ 80,837.00 | $1,411.58 |
| 7/20/09 | 5/1/09 - 5/31/09 | $ 80,837.00 | $ 1,411.58 | $ 80,837.00 | $ 1,411.58 |
| 9/2/09 | 6/1/09 - 6/30/09 | $38,481.50 | $ 888.98 | $38,481.50 | $ 888.98 |
| 9/15/09 | 7/1/089 - 7/31/09 | $6,972.00 | $ 534.11 | $6,972.00 | $ 534.11 |
| 10/1/09 | 8/1/09 - 8/31/09 | $1,991.50 | $ 5.80 | $1,991.50 | $ 5.80 |
| 11/2/09 | 9/1/09 - 9/30/09 | $ 6,836.00 | $ 53.92 | $ 6,836.00 | $ 53.92 |
| 12/9/09 | 10/1/09 - 10/31/09 | $ 15,246.00 | $ 75.86 | $ 15,246.00 | $ 75.86 |
| 1/4/10 | 11/1/09 - 11/30/09 | $ 14,828.50 | $ 56.80 | $ 14,828.50 | $ 56.80 |
| 2/3/10 | 12/1/09 - 12/31/09 | $ 7,224.00 | $ 84.20 | $ 7,224.00 | $ 84.20 |
| 3/31/10 | 1/1/10 - 1/31/10 | $ 2,778.00 | $ 36.85 | $ 2,778.00 | $ 36.85 |
| 3/31/10 | 2/1/10 - 2/28/10 | $ 4,449.50 | $12.27 | $ 4,449.50 | $12.27 |
| 5/17/10 | 3/1/10 – 3/31,2010 | $ 24,367.50 | $11.00 | $ 24,367.50 | $11.00 |
| 7/1/10 | 4/1/10 – 4/30/10 | $ 10,250.00 | $ 82.97 | $ 10,250.00 | $ 82.97 |
| 7/1/10 | 5/1/10 – 5/31/10 | $ 3,476.00 | $ 23.86 | $ 3,476.00 | $ 23.86 |
| 8/16/10 | 6/1/10 - 6/30/10 | $ 24,234.00 | $ 19.20 | $ 24,234.00 | $ 19.20 |
| 8/30/10 | 7/1/10 - 7/31/10 | $ 20,113.50 | $ 18.28 | $ 20,113.50 | $ 18.28 |
| 10/25/10 | 8/1/10 - 8/31/10 | $2,986.00 | $ 235.07 | $2,986.00 | $ 235.07 |
| 11/9/10 | 9/1/10 - 9/30/10 | $25,288.00 | $ 251.36 | $25,288.00 | $ 251.36 |
| 12/1710 | 10/1/10 - 10/31/10 | $13,119.50 | $ 352.94 | $13,119.50 | $ 352.94 |
| 1/10/11 | 11/1/10 - 11/30/10 | $ 13,940.00 | $ 50.56 | $ 13,940.00 | $ 50.56 |
| 3/3/11 | 12/1/10 - 12/31/10 | $ 18,381.47 | $46.47 | $ 18,381.47 | $46.47 |
| 4/5/11 | 1/1/11 - 1/31/11 | $ 4,046.00 | $129.34 | $ 4,046.00 | $129.34 |
| 4/5/11 | 2/1/11 - 2/28/11 | $ 9,082.00 | $ 0.20 | $ 9,082.00 | $ 0.20 |
| 5/31/11 | 3/1/11 - 3/31/11 | $ 5,617.50 | $ 21.36 | $ 5,617.50 | $ 21.36 |
| 6/13/11 | 4/1/11 - 4/30/11 | $ 5,612.00 | $ 96.75 | $ 5,612.00 | $ 96.75 |
| 7/8/11 | 5/1/11 - 5/31/11 | $10,248.00 | $ 16.76 | $10,248.00 | $ 16.76 |
| 9/14/11 | 6/1/11 - 6/30/11 | $ 22,223.50 | $ 20.40 | $ 22,223.50 | $ 20.40 |
| 9/14/11 | 7/1/11 - 7/31/11 | $ 9,342.00 | $ 94.66 | Pending | Pending |
| 9/29/11 | 8/1/11 - 8/31/11 | $31,785.50 | $268.57 | Pending | Pending |
| 11/16/11 | 9/1/11 - 9/30/11 | $ 8,447.50 | $341.60 | Pending | Pending |
| 12/1/11 | 10/1/11 - 10/31/11 | $11,621.00 | $55.64 | Pending | Pending |
| 12/27/11 | 11/1/11 – 11/30/11 | $ 14,634.50 | $ 56.70 | Pending | Pending |

## B&D PROFESSIONALS[6]

| Name of Professional Individual | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Pamela D. Marks | Principal; Joined Firm 1997; Member of MD Bar since 1986 | $460.00 | 36.80 | $16,928.00 |
| Aaron H. Goldberg | Principal; Joined Firm 1987; Member of DC Bar since 1985 | $545.00 | 17.90 | $9,755.50 |
| Karl S. Bourdeau | Principal; Joined Firm 1980; Member of DC bar since 1978 | $680.00 | 48.50 | $32,980.00 |
| Bina R. Reddy | Associate; Joined Firm 2008; Member of TX Bar since 2009 | $295.00 | 22.40 | $6,608.00 |
| Heidi P. Knight | Associate; Joined Firm 2008; Member of MD Bar since 2008 | $295.00 | 37.40 | $11,033.00 |
| Elizabeth A. Wolk | Paralegal | $195.00 | 28.00 | $5,460.00 |

Total Fees:      $82,764.50
Total Hours:       191.00
Blended Rate:    $ 433.00

## TASK CODE SUMMARY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Litigation and Litigation Consulting | 191.00 | $82,764.50 |

## EXPENSE SUMMARY[7]

| Expense Category | Service Provider (if applicable)[8] | Total Expense |
|---|---|---|
| Photocopying | | $57.20 |
| Postage | | $15.02 |
| Long Distance Telephone | | $18.85 |
| Meals | | $3.68 |

---

[6] These amounts are the sum total from all of the invoices attached hereto.

[7] These amounts are the sum total of the disbursements as shown on all of the invoices attached hereto.

[8] B&D may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

WHEREFORE, Beveridge & Diamond, P.C. respectfully requests that, for the period December 1, 2011 through December 31, 2011, an interim allowance be made to Beveridge & Diamond, P.C. for compensation in the amount of $82,764.50 and actual and necessary expenses in the amount of $94.75 for a total allowance of $82,859.25 and payment of $66,211.60 (80% of the allowed fees) and reimbursement of $94.75 (100% of the allowed expenses) be authorized for a total payment of $66,306.35 and for such other and further relief as this Court may deem just and proper.

Dated:  March _____/3_____, 2012          BEVERIDGE & DIAMOND, P.C.


Pamela D. Marks
201 N. Charles Street, Suite 2210
Baltimore, MD 21201
Telephone:  410-230-1315
Facsimile:   410-230-1389
Counsel for Debtors and Debtors in Possession

## VERIFICATION

Pamela D. Marks, after being duly sworn according to law, deposes and says:

a)  I am an attorney with the applicant law firm Beveridge & Diamond, P.C..

b)  I am familiar with the legal services rendered by Beveridge & Diamond, P.C. as counsel to the Debtor and am thoroughly familiar with the other work performed on behalf of the Debtor by the lawyers and paraprofessionals of Beveridge & Diamond, P.C.

c)  I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware, and submit that the Application substantially complies with such rules.

_____
Pamela D. Marks


SWORN AND SUBSCRIBED
before me this 13 day of March, 2012.


_____
Notary Public: Debora R. Melnyk
My Commission Expires:  May 27, 2013

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No.  01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
<u>DECEMBER 1, 2011 THROUGH DECEMBER 31,  2011</u>

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (Trivalent Chromium)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co.                          January 26, 2012
Attn: Lydia B. Duff                        Client/Matter #  01246-014988
7500 Grace Drive                           Invoice # 146007
Columbia, MD  21044                        Federal ID# 52-1247549

---

For Legal Services Rendered Through 12/31/11 in Connection With:

**PLEASE REMIT PAYMENT TO :**        **BEVERIDGE & DIAMOND, P.C.**
                                     **SUITE 700**
                                     **1350 I STREET, N.W.**
                                     **WASHINGTON, D.C. 20005-3311**

<u>**Trivalent Chromium**</u>

| | | | | |
|---|---|---|---|---|
| 12/20/11 | P. Marks | P230 | 2.10 | Evaluate regulatory issues and prepare analysis re exclusion review procedure. |
| 12/21/11 | P. Marks | P230 | 3.20 | Evaluate regulatory history issues and state information, and prepare legal analysis for MDE re procedure. |
| 12/21/11 | P. Marks | P230 | 1.30 | Complete procedural analysis for State; direct staff re attachments; telephone conference with L. Duff re same. |

Total Hours :                    6.60

Total Fees :              $3,036.00

BEVERIDGE & DIAMOND, P.C.

**Time Summary :**

| | Title | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|---|
| P. Marks | Principal | 6.60 | $460.00 | $3,036.00 |
| | | | **Total Fees:** | **$3,036.00** |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| P300 | | |
| P230 | 6.60 | $3,036.00 |
| Total P300 | 6.60 | $3,036.00 |
| | | |
| **Total Fees :** | **6.60** | **$3,036.00** |

**Summary by Disbursement Codes :**

| | | Bill Amount |
|---|---|---|
| 002 | Postage | $9.94 |
| 003 | Long Distance Telephone | $7.45 |
| 004 | Duplicating | $43.00 |
| 022 | Local Meals | $3.68 |
| | **Total Disbursements :** | **$64.07** |
| | **TOTAL DUE :** | **$3,100.07** |

# EXHIBIT B

## (Project "C")

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co.                        January 26, 2012
Attn: Lydia B. Duff                      Client/Matter #  01246-015120
7500 Grace Drive                         Invoice # 146008
Columbia, MD  21044                      Federal ID# 52-1247549

---

For Legal Services Rendered Through 12/31/11 in Connection With:

**PLEASE REMIT PAYMENT TO :**      **BEVERIDGE & DIAMOND, P.C.**
                                    **SUITE 700**
                                    **1350 I STREET, N.W.**
                                    **WASHINGTON, D.C. 20005-3311**

<u>Project "C"</u>

| | | | | |
|---|---|---|---|---|
| 12/06/11 | A. Goldberg | C300 | 0.50 | Communications with P. Marks re potential RCRA regulatory issues; research re same. |
| 12/06/11 | P. Marks | C300 | 0.50 | Coordinate with A. Goldberg re facts and identification of legal issues. |
| 12/07/11 | A. Goldberg | C300 | 1.30 | Prepare for and participate in telephone conference with L. Duff and P. Marks; research re same. |
| 12/07/11 | P. Marks | C300 | 0.60 | Prepare for and conduct telephone conference with L. Duff and A. Goldberg re RCRA regulatory analysis. |
| 12/14/11 | A. Goldberg | C300 | 4.00 | Research and prepare analysis of issues. |
| 12/15/11 | A. Goldberg | C300 | 2.30 | Research and prepare analysis of issues. |
| 12/16/11 | A. Goldberg | C300 | 3.50 | Research and prepare analysis of potential hazardous waste issues. |
| 12/20/11 | A. Goldberg | C300 | 2.00 | Research and prepare outline of potential hazardous waste regulatory issues; send e-mail to P. Marks re same. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  146008
January 26, 2012
PAGE  2

| 12/22/11 | A. Goldberg | C300 | 1.50 | Telephone conference with P. Marks re draft outline of potential hazardous waste regulatory issues; review and revise draft outline; send e-mail to L. Duff re same. |
| 12/22/11 | P. Marks | C300 | 0.80 | Review draft recycling analysis; telephone conference with A. Goldberg re same. |
| 12/28/11 | A. Goldberg | C300 | 1.50 | Exchange e-mails with L. Duff re research and analysis; research re same; telephone conference with L. Duff re same. |
| 12/29/11 | A. Goldberg | C300 | 1.30 | Review and revise outline of potential hazardous waste regulatory issues; research re same; send e-mail to L. Duff re same. |

**Total Hours :**        19.80

**Total Fees :**        $10,629.50

BEVERIDGE & DIAMOND, P.C.

NVOICE #  146008
January 26, 2012
PAGE  3

**Time Summary :**

|  | Title | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|---|
| A. Goldberg | Principal | 17.90 | $545.00 | $9,755.50 |
| P. Marks | Principal | 1.90 | $460.00 | $874.00 |

|  |  |
|---|---|
| **Total Fees:** | **$10,629.50** |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 19.80 | $10,629.50 |
| Total | 19.80 | $10,629.50 |

| **Total Fees :** | **19.80** | **$10,629.50** |
|---|---|---|

**Summary by Disbursement Codes :**

| **TOTAL DUE :** | **$10,629.50** |
|---|---|

# EXHIBIT C

**(Bankruptcy Fee Application)**

# LAW OFFICES
## BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

January 26, 2012
Client/Matter #  01246-012629
Invoice # 146006
Federal ID# 52-1247549

---

For Legal Services Rendered Through 12/31/11 in Connection With:

PLEASE REMIT PAYMENT TO :    BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

Bankruptcy Fee Application
100035

Disbursements:

| | |
|---|---|
| Copying | 14.20 |
| Postage | 5.08 |

Total Disbursements :    $19.28

TOTAL DUE :    $19.28

# EXHIBIT D

## (Investigation of VC Processing Facilities)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.                                  February 28, 2012
Attn: Richard Finke                                Client/Matter #  01246-014352
7500 Grace Drive                                   Invoice # 146542
Columbia, MD  21044                                Federal ID# 52-1247549

---

For Legal Services Rendered Through 12/31/11 in Connection With:

**Investigation of VC Processing Facilities**
**100045**

| | | | | |
|---|---|---|---|---|
| 12/02/11 | P. Marks | C300 | 0.40 | Review and evaluate information re projects. |
| 12/06/11 | P. Marks | C300 | 1.00 | Telephone conference with L. Duff re research scope; review information re same. |
| 12/07/11 | P. Marks | C300 | 2.70 | Review information; telephone conference with H. Feichko, J. Hughes and R. Finke re factual background for research/evaluation re issues; follow-up evaluation re same; conference with B. Reddy and H. Knight re structure and content of research and evaluation. |
| 12/07/11 | B. Reddy | C300 | 0.90 | Telephone conference with P. Marks and H. Knight re scope and background of research assignment. |
| 12/07/11 | H. Knight | C300 | 1.90 | Conference with P. Marks and B. Reddy re issues; review documents. |
| 12/08/11 | P. Marks | C300 | 1.10 | Prepare for and conduct telephone conference with H. Feichko, R. Mercer, and H. Knight re factual background; follow-up instructions to H. Knight re same. |
| 12/08/11 | H. Knight | C300 | 2.20 | Telephone conference with P. Marks, H. Feichko, and R. Mercer; review documents. |
| 12/09/11 | P. Marks | C300 | 0.50 | Prepare factual development and coordinate with client re same. |

BEVERIDGE & DIAMOND, P.C.

NVOICE # 146542
February 28, 2012
PAGE  2

| 12/09/11 | H. Knight | C300 | 0.90 | Review documents; email correspondence with P. Marks re same. |
|----------|-----------|------|------|---------------------------------------------------------------|
| 12/12/11 | P. Marks | C300 | 0.40 | Prepare for factual interviews. |
| 12/12/11 | B. Reddy | C300 | 3.80 | Research; draft summary re same. |
| 12/13/11 | P. Marks | C300 | 1.70 | Prepare for and conduct call with B. Marriam, H. Feichko, R. Finke and H. Knight re facts; follow-up with H. Feichko. |
| 12/13/11 | B. Reddy | C300 | 1.80 | Research. |
| 12/13/11 | H. Knight | C300 | 9.20 | Telephone conference with H. Feichko, R. Finke, B. Marriam, and P. Marks; prepare summary re same and conduct legal research. |
| 12/14/11 | P. Marks | C300 | 1.30 | Telephone conference with H. Feichko, H. Knight, and R. Mercer; follow-up re same. |
| 12/14/11 | B. Reddy | C300 | 5.50 | Legal research. |
| 12/14/11 | H. Knight | C300 | 6.80 | Telephone conference with H. Feichko, R. Mercer, and P. Marks and conduct research. |
| 12/15/11 | P. Marks | C300 | 0.20 | Telephone conferences with H. Knight and B. Reddy re research. |
| 12/15/11 | H. Knight | C300 | 0.40 | Telephone conferences with P. Marks re research and follow-up with B. Reddy re same. |
| 12/16/11 | H. Knight | C300 | 1.70 | Conduct research and prepare memorandum. |
| 12/18/11 | B. Reddy | C300 | 6.00 | Research and continue to prepare memorandum. |
| 12/19/11 | P. Marks | C300 | 2.40 | Review documents and prepare memorandum. |
| 12/19/11 | B. Reddy | C300 | 2.00 | Research and prepare memorandum. |
| 12/19/11 | H. Knight | C300 | 7.40 | Research and prepare memorandum. |
| 12/20/11 | K. Bourdeau | C300 | 1.30 | Conference call with P. Marks, H. Knight, and B. Reddy re research and evaluate same. |
| 12/20/11 | P. Marks | C300 | 0.90 | Conduct team conference call and review information re same. |
| 12/20/11 | B. Reddy | C300 | 2.40 | Research; conference with K. Bourdeau, P. Marks, and H. Knight re status of research; identify information needs; e-mail communications with H. Knight, P. Marks, and K. Bourdeau re same. |

BEVERIDGE & DIAMOND, P.C.

NVOICE # 146542
February 28, 2012
PAGE  3

| 12/20/11 | H. Knight | C300 | 6.90 | Continue research; telephone conference with P. Marks, K. Bourdeau, and B. Reddy re same. |
| 12/22/11 | K. Bourdeau | C300 | 0.50 | E-mail communications re EPA actions and path forward on action items. |
| 12/22/11 | P. Marks | C300 | 0.80 | Prepare email to H. Feichko re information collection and email exchange re EPA actions. |

**Total Hours :**              75.00

**Total Fees :**          $25,029.00

·BEVERIDGE & DIAMOND, P.C.
INVOICE # 146542
February 28, 2012
PAGE  4

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 1.80 | $680.00 | $1,224.00 |
| P. Marks | 13.40 | $460.00 | $6,164.00 |
| B. Reddy | 22.40 | $295.00 | $6,608.00 |
| H. Knight | 37.40 | $295.00 | $11,033.00 |
| **Total Fees :** | | | **$25,029.00** |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 75.00 | $25,029.00 |
| Total | 75.00 | $25,029.00 |
| **Total Fees :** | **75.00** | **$25,029.00** |

**Summary by Disbursement Codes :**

| | | Bill Amount |
|---|---|---|
| E105 | Telephone | $11.40 |
| **Total Disbursements :** | | **$11.40** |

| | |
|---|---|
| **TOTAL DUE :** | **$25,040.40** |

# EXHIBIT E

## (IRIS)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co.                       February 28, 2012
Attn: Lydia B. Duff                     Client/Matter #  01246-015172
7500 Grace Drive                        Invoice # 146543
Columbia, MD  21044                     Federal ID# 52-1247549

For Legal Services Rendered Through 12/31/11 in Connection With:

PLEASE REMIT PAYMENT TO :        BEVERIDGE & DIAMOND, P.C.
                                 SUITE 700
                                 1350 I STREET, N.W.
                                 WASHINGTON, D.C. 20005-3311

<u>IRIS</u>

| Date | Attorney | Code | Hours | Description |
|------|----------|------|-------|-------------|
| 12/04/11 | K. Bourdeau | C300 | 1.30 | Review background e-mails relevant to conference call with L. Duff and H. Feichko on projects; conference with P. Marks re preparation for conference call. |
| 12/04/11 | P. Marks | C300 | 2.20 | Review information and telephone conference with K. Bourdeau to prepare for meeting with client. |
| 12/05/11 | K. Bourdeau | C300 | 1.30 | Conference call with L. Duff, H. Feichko, and P. Marks; follow-up conference with P. Marks re same. |
| 12/05/11 | P. Marks | C300 | 1.30 | Telephone conference with H. Feichko, L. Duff and K. Bourdeau re tasks; follow-up re same. |
| 12/06/11 | K. Bourdeau | C300 | 3.00 | Work on memorandum to client re issues to be addressed. |
| 12/09/11 | K. Bourdeau | C300 | 0.50 | Work on memorandum. |
| 12/11/11 | K. Bourdeau | C300 | 1.80 | Work on memorandum and draft cover e-mail. |
| 12/12/11 | P. Marks | C300 | 0.50 | Prepare overview memorandum. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 146543
February 28, 2012
PAGE  2

| 12/13/11 | K. Bourdeau | C300 | 0.50 | Finalize memorandum. |
| 12/13/11 | P. Marks | C300 | 1.00 | Prepare memorandum and telephone conference with L. Duff re same. |
| 12/14/11 | K. Bourdeau | C300 | 3.00 | Review numerous background documents in preparation for 12/15 meeting re assessment. |
| 12/14/11 | P. Marks | C300 | 1.00 | Prepare for client meeting. |
| 12/15/11 | K. Bourdeau | C300 | 3.30 | Review client comments on memorandum; communications with P. Marks re same and related issues and preparation for and attendance at meeting with client; follow-up with P. Marks re same. |
| 12/15/11 | K. Bourdeau | C300 | 0.50 | Research re project. |
| 12/15/11 | P. Marks | C300 | 3.50 | Attend pre-meeting, meeting and post meeting evaluation at W.R. Grace offices and evaluate same and follow-up with K. Bourdeau re same. |
| 12/16/11 | P. Marks | C300 | 0.80 | Evaluate issues and prepare summary. |
| 12/16/11 | E. Wolk | C300 | 2.00 | Prepare binder of research materials. |
| 12/19/11 | K. Bourdeau | C300 | 0.50 | Review research materials. |
| 12/19/11 | E. Wolk | C300 | 2.00 | Research. |
| 12/20/11 | K. Bourdeau | C300 | 2.00 | Review research materials. |
| 12/20/11 | P. Marks | C300 | 1.20 | Prepare summary of tasks. |
| 12/21/11 | K. Bourdeau | C300 | 1.50 | Review research materials and communications with client re same. |
| 12/23/11 | K. Bourdeau | C300 | 4.50 | Conferences with P. Marks and clients re status of and path forward on action items and numerous communications with P. Marks and E. Wolk re research and new developments. |
| 12/23/11 | P. Marks | C300 | 3.40 | Evaluate issues and telephone conferences with K. Bourdeau, E. Wolk and clients re same; review new information and prepare summary re same. |
| 12/23/11 | E. Wolk | C300 | 3.50 | Conference with P. Marks and research. |
| 12/26/11 | K. Bourdeau | C300 | 2.80 | Review new information and prepare draft letter re same. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  146543
February 28, 2012
PAGE  3

| 12/27/11 | K. Bourdeau | C300 | 1.80 | Communications with client and P. Marks re developments and tasks and direct E. Wolk re same. |
| 12/27/11 | E. Wolk | C300 | 7.50 | Research and prepare binder. |
| 12/28/11 | K. Bourdeau | C300 | 5.30 | Prepare draft letter; communications to client re same and research. |
| 12/28/11 | E. Wolk | C300 | 8.00 | Conference with K. Bourdeau; research and continue same. |
| 12/29/11 | K. Bourdeau | C300 | 3.80 | Review client comments on draft letter and provide response thereto; further research and conference with E. Wolk re same and prepare for January 3 meeting. |
| 12/29/11 | E. Wolk | C300 | 4.50 | Research as directed by K. Bourdeau. |
| 12/30/11 | K. Bourdeau | C300 | 3.80 | Finalize preparation of notebooks of key supporting materials; begin review of additional information. |
| 12/30/11 | E. Wolk | C300 | 0.50 | Prepare and send emails as dictated by K. Bourdeau. |
| 12/31/11 | K. Bourdeau | C300 | 5.50 | Review research materials in preparation for upcoming conference calls and meeting; prepare notes re same; prepare e-mail to clients re results of review. |

Total Hours :              89.60

Total Fees :          $44,070.00

BEVERIDGE & DIAMOND, P.C.

INVOICE #  146543
February 28, 2012
PAGE  4

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 46.70 | $680.00 | $31,756.00 |
| P. Marks | 14.90 | $460.00 | $6,854.00 |
| E. Wolk | 28.00 | $195.00 | $5,460.00 |
|  | **Total Fees :** | | **$44,070.00** |
|  | **Total Fees:** | | **$44,070.00** |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 89.60 | $44,070.00 |
| Total | 89.60 | $44,070.00 |
| **Total Fees :** | **89.60** | **$44,070.00** |

**Summary by Disbursement Codes :**

|  | | |
|---|---|---|
| **TOTAL DUE :** | | **$44,070.00** |