# ATTACHMENT 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

SEVENTY-FIFTH MONTHLY APPLICATION OF
BEVERIDGE & DIAMOND, P.C.
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES
AS COUNSEL TO THE DEBTORS FOR THE
PERIOD FROM JANUARY 1, 2012 THROUGH JANUARY 31, 2012

| | |
|---|---|
| Name of Applicant: | Beveridge & Diamond, P.C. |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | May 12, 2005 |
| Period for which Compensation and Reimbursement is Sought: | January 1, 2012 through January 31, 2012 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $151,022.60 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $322.03 |

This is a: ___XX___ monthly _____ interim _____ final application.

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## PRIOR APPLICATIONS FILED:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 12/05 | 10/1/05 – 10/31/05 | $13,486.25 | $ 337.02 | $13,486.25 | $ 337.02 |
| 2/06 | 11/1/05 – 11/30/05 | $46,587.50[2] | $ 57.62 | $46,587.50[3] | $ 57.62 |
| 2/06 | 12/1/05 – 12/31/05 | $ 5,726.25[4] | $1,308.41 | $ 5,726.25[5] | $1,308.41 |
| 3/06 | 1/1/06 – 1/31/06 | $11,187.50 | $ 173.56 | $11,187.50 | $ 173.56 |
| 4/06 | 2/1/06 – 2/28/06 | $16,106.25 | $ 156.33 | $16,106.25 | $ 156.33 |
| 5/06 | 3/1/06 – 3/31/06 | $11,377.50 | $ 70.33 | $11,377.50 | $ 70.33 |
| 6/06 | 4/1/06 -- 4/30/06 | $13,693.75 | $ 356.81 | $13,693.75 | $ 356.81 |
| 8/06 | 5/1/06 -- 5/31/06 | $28,261.25 | $ 227.37 | $28,261.25 | $ 227.37 |
| 9/13/06 | 6/1/06 -- 6/30/06 | $10,103.75 | $ 285.26 | $10,103.75 | $ 285.26 |
| 9/13/06 | 7/1/06 – 7/31/06 | $ 4,307.50 | $ 14.21 | $ 4,307.50 | $ 14.21 |
| 9/25/06 | 8/1/06 -- 8/31/06 | $4,812.50 | $ 131.31 | $4,812.50 | $ 131.31 |
| 10/30/06 | 9/1/06 -- 9/30/06 | $16,988.75 | $ 287.83 | $16,988.75 | $ 287.83 |
| 12/1/06 | 10/1/06 -- 10/31/06 | $19,348.25 | $ 210.02 | $19,348.25 | $ 210.02 |
| 1/11/07 | 11/1/06 – 11/30/06 | $34,281.25 | $ 425.47 | $34,281.25 | $ 425.47 |
| 3/7/07 | 12/1/06 - 12/31/06 | $43,924.00 | $ 338.42 | $43,924.00 | $ 338.42 |
| 3/7/07 | 1/1/07 - 1/31/07 | $51,760.00 | $ 211.32 | $51,760.00 | $ 211.32 |
| 6/4/07 | 2/1/07 - 2/28/07 | $36,245.00 | $ 94.79 | $36,245.00 | $ 94.79 |
| 6/4/07 | 3/1/07 - 3/31/07 | $33,840.00 | $ 480.06 | $33,840.00 | $ 480.06 |
| 6/18/07 | 4/1/07-4/30/07 | $35,377.50 | $ 514.32 | $35,377.50 | $ 514.32 |
| 6/18/07 | 5/1/07 - 5/31/07 | $17,681.25 | $ 389.29 | $17,681.25 | $ 389.29 |
| 8/23/07 | 6/1/07 - 6/30/07 | $22,225.00 | $ 133.35 | $22,225.00 | $ 133.35 |
| 10/11/07 | 7/1/07-7/31/07 | $31,450.00 | $ 248.66 | $31,100.00 | $ 248.66 |
| 10/11/07 | 8/1/07 - 8/31/07 | $30,497.50 | $ 567.93 | $29,875.50 | $ 567.93 |
| 10/19/07 | 9/1/07 - 9/30/07 | $18,575.00 | $ 311.53 | $18,575.00 | $ 311.53 |
| 1/2/08 | 10/1/07 – 10/31/07 | $7,217.50 | $ 791.76 | $7,217.50 | $ 791.76 |
| 1/2/08 | 11/1/07-11/30/07 | $5,200.00 | $ 111.41 | $5,200.00 | $ 111.41 |
| 4/29/08 | 12/1/07-12/31/07 | $8,670.00 | $ 142.43 | $8,670.00 | $ 142.43 |
| 4/29/08 | 1/1/08 – 2/28/08 | $19,480.00 | $ 74.16 | $19,480.00 | $ 74.16 |
| 5/5/08 | 3/1/08-3/31/08 | $6,320.00 | $ 81.38 | $6,320.00 | $ 81.38 |
| 6/23/08 | 4/1/08-4/30/08 | $5,358.00 | $ 54.14 | $5,358.00 | $ 54.14 |
| 7/21/08 | 5/1/08-5/31/08 | $32,068.00 | $ 19.86 | $32,068.00 | $ 19.86 |
| 9/3/08 | 6/1/08 – 6/30/08 | $39,793.00 | $ 1,384.81 | $39,793.00 | $ 1,384.81 |

[2] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[3] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[4] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

[5] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 9/15/08 | 7/1/08-7/31/08 | $89,644 | $273.65 | $89,644 | $273.65 |
| 11/14/08 | 8/1/08-8/31/08 | $50,539.50 | $224.70 | $50,539.50 | $224.70 |
| 11/14/08 | 9/1/08 - 9/30/08 | 3,905.50 | $986.54 | 3,905.50 | $986.54 |
| 2/6/09 | 10/1/08 - 10/31/08 | 1,360.00 | $365.78 | 1,360.00 | $365.78 |
| 2/6/09 | 11/1/08 - 11/30/08 | $920.00 | $524.75 | $920.00 | $524.75 |
| 3/24/09 | 12/1/08 - 12/31/08 | $2,702.50 | $11.37 | $2,702.50 | $11.37 |
| 3/30/09 | 1/1/09 - 1/31/09 | $25,585.00 | $1.40 | $25,585.00 | $1.40 |
| 4/21/09 | 2/1/09 - 2/28/09 | $39,237.00 | $516.80 | $39,237.00 | $516.80 |
| 4/30/09 | 3/1/09 - 3/31/09 | $ 8,128.00 | $ 46.35 | $ 8,128.00 | $ 46.35 |
| 7/7/09 | 4/1/09 - 4/30/09 | $ 80,837.00 | $1,411.58 | $ 80,837.00 | $1,411.58 |
| 7/20/09 | 5/1/09 - 5/31/09 | $ 80,837.00 | $ 1,411.58 | $ 80,837.00 | $ 1,411.58 |
| 9/2/09 | 6/1/09 - 6/30/09 | $38,481.50 | $ 888.98 | $38,481.50 | $ 888.98 |
| 9/15/09 | 7/1/089 - 7/31/09 | $6,972.00 | $ 534.11 | $6,972.00 | $ 534.11 |
| 10/1/09 | 8/1/09 - 8/31/09 | $1,991.50 | $ 5.80 | $1,991.50 | $ 5.80 |
| 11/2/09 | 9/1/09 - 9/30/09 | $ 6,836.00 | $ 53.92 | $ 6,836.00 | $ 53.92 |
| 12/9/09 | 10/1/09 - 10/31/09 | $15,246.00 | $ 75.86 | $15,246.00 | $ 75.86 |
| 1/4/10 | 11/1/09 - 11/30/09 | $ 14,828.50 | $ 56.80 | $ 14,828.50 | $ 56.80 |
| 2/3/10 | 12/1/09 - 12/31/09 | $ 7,224.00 | $ 84.20 | $ 7,224.00 | $ 84.20 |
| 3/31/10 | 1/1/10 - 1/31/10 | $ 2,778.00 | $ 36.85 | $ 2,778.00 | $ 36.85 |
| 3/31/10 | 2/1/10 - 2/28/10 | $ 4,449.50 | $12.27 | $ 4,449.50 | $12.27 |
| 5/17/10 | 3/1/10 – 3/31,2010 | $ 24,367.50 | $11.00 | $ 24,367.50 | $11.00 |
| 7/1/10 | 4/1/10 – 4/30/10 | $ 10,250.00 | $ 82.97 | $ 10,250.00 | $ 82.97 |
| 7/1/10 | 5/1/10 – 5/31/10 | $ 3,476.00 | $ 23.86 | $ 3,476.00 | $ 23.86 |
| 8/16/10 | 6/1/10 - 6/30/10 | $ 24,234.00 | $ 19.20 | $ 24,234.00 | $ 19.20 |
| 8/30/10 | 7/1/10 - 7/31/10 | $ 20,113.50 | $ 18.28 | $ 20,113.50 | $ 18.28 |
| 10/25/10 | 8/1/10 - 8/31/10 | $2,986.00 | $ 235.07 | $2,986.00 | $ 235.07 |
| 11/9/10 | 9/1/10 - 9/30/10 | $25,288.00 | $ 251.36 | $25,288.00 | $ 251.36 |
| 12/1710 | 10/1/10 - 10/31/10 | $13,119.50 | $ 352.94 | $13,119.50 | $ 352.94 |
| 1/10/11 | 11/1/10 - 11/30/10 | $ 13,940.00 | $ 50.56 | $ 13,940.00 | $ 50.56 |
| 3/3/11 | 12/1/10 - 12/31/10 | $ 18,381.47 | $46.47 | $ 18,381.47 | $46.47 |
| 4/5/11 | 1/1/11 - 1/31/11 | $ 4,046.00 | $129.34 | $ 4,046.00 | $129.34 |
| 4/5/11 | 2/1/11 - 2/28/11 | $ 9,082.00 | $ 0.20 | $ 9,082.00 | $ 0.20 |
| 5/31/11 | 3/1/11 - 3/31/11 | $ 5,617.50 | $ 21.36 | $ 5,617.50 | $ 21.36 |
| 6/13/11 | 4/1/11 - 4/30/11 | $ 5,612.00 | $ 96.75 | $ 5,612.00 | $ 96.75 |
| 7/8/11 | 5/1/11 - 5/31/11 | $10,248.00 | $ 16.76 | $10,248.00 | $ 16.76 |
| 9/14/11 | 6/1/11 - 6/30/11 | $ 22,223.50 | $ 20.40 | $ 22,223.50 | $ 20.40 |
| 9/14/11 | 7/1/11 - 7/31/11 | $ 9,342.00 | $ 94.66 | Pending | Pending |
| 9/29/11 | 8/1/11 - 8/31/11 | $31,785.50 | $268.57 | Pending | Pending |
| 11/16/11 | 9/1/11 - 9/30/11 | $ 8,447.50 | $341.60 | Pending | Pending |
| 12/1/11 | 10/1/11 - 10/31/11 | $11,621.00 | $55.64 | Pending | Pending |
| 12/27/11 | 11/1/11 – 11/30/11 | $ 14,634.50 | $ 56.70 | Pending | Pending |

### B&D PROFESSIONALS[6]

| Name of Professional Individual | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Pamela D. Marks | Principal; Joined Firm 1997; Member of MD Bar since 1986 | $469.20 | 109.00 | $51,142.80 |
| Karl S. Bourdeau | Principal; Joined Firm 1980; Member DC bar since 1978 | $657.80 | 92.5 | $60,846.50 |
| Bina R. Reddy | Associate; Joined Firm 2008; Member of TX Bar since 2009 | $303.60 | 57.10 | $17,335.56 |
| Heidi P. Knight | Associate; Joined Firm 2008; Member of MD Bar since 2008 | $303.60 | 64.20 | $19,491.12 |
| Elizabeth A. Wolk | Paralegal | $179.40 | 6.00 | $1,076.40 |
| Denise Paul | Paralegal | $179.40 | 6.30 | $1,130.22 |

Total Fees:     $151,022.60
Total Hours:    335.10
Blended Rate:  $ 451.00

### TASK CODE SUMMARY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Litigation and Litigation Consulting | 335.10 | $151,022.60 |

### EXPENSE SUMMARY[7]

| Expense Category | Service Provider (if applicable)[8] | Total Expense |
|---|---|---|
| Photocopying | | $269.73 |
| Long Distance Telephone | | $52.30 |

---

[6] These amounts are the sum total from all of the invoices attached hereto.

[7] These amounts are the sum total of the disbursements as shown on all of the invoices attached hereto.

[8] B&D may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

WHEREFORE, Beveridge & Diamond, P.C. respectfully requests that, for the period

January 1, 2012 through January 31, 2012, an interim allowance be made to Beveridge &

Diamond, P.C. for compensation in the amount of $151,022.60 and actual and necessary

expenses in the amount of $322.03 for a total allowance of $151,344.63 and payment of

$120,818.08 (80% of the allowed fees) and reimbursement of $322.03 (100% of the allowed

expenses) be authorized for a total payment of $121,140.11 and for such other and further relief

as this Court may deem just and proper.

Dated: March ___/3___, 2012                BEVERIDGE & DIAMOND, P.C.


_____
Pamela D. Marks
201 N. Charles Street, Suite 2210
Baltimore, MD 21201
Telephone: 410-230-1315
Facsimile:  410-230-1389
Counsel for Debtors and Debtors in Possession

## VERIFICATION

Pamela D. Marks, after being duly sworn according to law, deposes and says:

a)  I am an attorney with the applicant law firm Beveridge & Diamond, P.C..

b)  I am familiar with the legal services rendered by Beveridge & Diamond, P.C. as counsel to the Debtor and am thoroughly familiar with the other work performed on behalf of the Debtor by the lawyers and paraprofessionals of Beveridge & Diamond, P.C.

c)  I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware, and submit that the Application substantially complies with such rules.

_____

Pamela D. Marks

SWORN AND SUBSCRIBED
before me this 13 day of March, 2012.

_____
Notary Public:  Debora R. Melnyk
My Commission Expires:  May 27, 2013

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
JANUARY 1, 2012 THROUGH JANUARY 31, 2012

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

**(Curtis Bay FUSRAP Bankruptcy Claim Resolution)**

## LAW OFFICES
### BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co. - Conn                        February 28, 2012
Attn: Lydia B. Duff, Esq.                       Client/Matter #  01246-011548
7500 Grace Drive                                Invoice # 146540
Columbia, MD  21044                             Federal ID# 52-1247549

For Legal Services Rendered Through 01/31/12 in Connection With:

PLEASE REMIT PAYMENT TO :        BEVERIDGE & DIAMOND, P.C.
                                 SUITE 700
                                 1350 I STREET, N.W.
                                 WASHINGTON, D.C. 20005-3311

### Curtis Bay FUSRAP Bankruptcy Claim Resolution
### 100103

| Date | Timekeeper | Task | Hours | Description |
|------|-----------|------|-------|-------------|
| 01/16/12 | P. Marks | C300 | 0.30 | Review U.S. Army Corps of Engineers (USACE) correspondence re Sledd's Point and email to P. Bucens re same. |
| 01/20/12 | P. Marks | C300 | 0.60 | Review information from client and email re same. |
| 01/23/12 | P. Marks | C300 | 0.60 | Communications with P. Bucens re Maryland Department of Environment (MDE) letter to USACE; evaluate same. |
| 01/30/12 | P. Marks | C300 | 3.10 | Conference with team at Curtis Bay. |
| 01/31/12 | P. Marks | C300 | 0.30 | Evaluation of client emails. |

Total Hours :                    4.90

Total Fees :                    $2,299.08

BEVERIDGE & DIAMOND, P.C.

## Time Summary :

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 4.90 | $469.20 | $2,299.08 |
|  | | Total Fees : | $2,299.08 |
|  | | Total Fees: | $2,299.08 |

## Summary by Task Codes :

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 4.90 | $2,299.08 |
| Total | 4.90 | $2,299.08 |
| Total Fees : | 4.90 | $2,299.08 |

## Summary by Disbursement Codes :

|  | | |
|---|---|---|
| TOTAL DUE : | | $2,299.08 |

# EXHIBIT B

**(General Regulatory/Compliance Issues)**

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

February 28, 2012
Client/Matter #  01246-012100
Invoice # 146541
Federal ID# 52-1247549

---

For Legal Services Rendered Through 01/31/12 in Connection With:

**PLEASE REMIT PAYMENT TO :**        **BEVERIDGE & DIAMOND, P.C.**
                                     **SUITE 700**
                                     **1350 I STREET, N.W.**
                                     **WASHINGTON, D.C. 20005-3311**

<u>General Regulatory/Compliance Issues</u>
<u>100042</u>

| | | | |
|---|---|---|---|
| 01/16/12 | P. Marks | 1.40 | Prepare audit letter response. |
| 01/17/12 | P. Marks | 0.20 | Audit letter preparation. |

Total Hours :          1.60

Total Fees :          $750.72

BEVERIDGE & DIAMOND, P.C.

<u>Time Summary:</u>

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 1.60 | $469.20 | $750.72 |
|  |  | **Total Fees :** | **$750.72** |
|  |  | **TOTAL DUE :** | **$750.72** |

# EXHIBIT C

## (Investigation of VC Processing Facilities)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.                           February 29, 2012
Attn: Richard Finke                         Client/Matter #  01246-014352
7500 Grace Drive                            Invoice # 146551
Columbia, MD  21044                         Federal ID# 52-1247549

For Legal Services Rendered Through 01/31/12 in Connection With:

**Investigation of VC Processing Facilities**
**100045**

| | | | | |
|---|---|---|---|---|
| 01/04/12 | H. Knight | C300 | 7.00 | Research and prepare memorandum. |
| 01/05/12 | B. Reddy | C300 | 1.80 | Research and prepare memorandum. |
| 01/05/12 | H. Knight | C300 | 7.30 | Research and prepare memorandum. |
| 01/06/12 | B. Reddy | C200 | 2.30 | Research. |
| 01/06/12 | H. Knight | C300 | 10.30 | Research and prepare memorandum. |
| 01/07/12 | B. Reddy | C200 | 12.00 | Research. |
| 01/07/12 | H. Knight | C300 | 8.20 | Research and prepare memorandum. |
| 01/08/12 | B. Reddy | C300 | 15.00 | Research and prepare memorandum. |
| 01/08/12 | H. Knight | C300 | 6.80 | Research and prepare memorandum. |
| 01/11/12 | K. Bourdeau | C300 | 0.30 | E-mail communications re analysis. |
| 01/12/12 | K. Bourdeau | C300 | 0.60 | Review and prepare comments on draft analysis. |
| 01/12/12 | P. Marks | C300 | 1.60 | Review and evaluate legal research. |
| 01/13/12 | K. Bourdeau | C300 | 3.80 | Review EPA actions and same and conferences with Beveridge & Diamond team re analysis. |

BEVERIDGE & DIAMOND, P.C.

| 01/13/12 | P. Marks | C300 | 3.40 | Conference with K. Bourdeau, B. Reddy and H. Price re research and memorandum; evaluate same and follow-up with H. Price re same; prepare for and telephone conference with H. Feichko and team re research and re EPA actions. |
|---|---|---|---|---|
| 01/13/12 | B. Reddy | C300 | 1.60 | Conference re memorandum. |
| 01/13/12 | H. Knight | C300 | 1.80 | Conference call with P. Marks, K. Bourdeau, and B. Reddy re research and follow-up tasks re same. |
| 01/14/12 | K. Bourdeau | C300 | 0.30 | E-mail communications re facts. |
| 01/15/12 | B. Reddy | C300 | 4.00 | Research re memorandum. |
| 01/16/12 | B. Reddy | C300 | 3.80 | Prepare memorandum. |
| 01/18/12 | B. Reddy | C300 | 2.00 | Prepare memorandum. |
| 01/18/12 | H. Knight | C300 | 9.50 | Research and prepare memorandum. |
| 01/19/12 | B. Reddy | C300 | 4.00 | Prepare memorandum. |
| 01/19/12 | H. Knight | C300 | 5.10 | Research and prepare memorandum. |
| 01/22/12 | P. Marks | C300 | 0.30 | Check on status of research memorandum and coordinate with Beveridge & Diamond team re same. |
| 01/22/12 | B. Reddy | C300 | 1.20 | Prepare memorandum. |
| 01/22/12 | H. Knight | C300 | 2.80 | Research and prepare memorandum. |
| 01/23/12 | P. Marks | C300 | 1.30 | Coordinate with Beveridge & Diamond team re research memorandum and highlighted cases; telephone conference with H. Feichko re status and strategy. |
| 01/23/12 | B. Reddy | C300 | 1.70 | Prepare memorandum. |
| 01/23/12 | H. Knight | C300 | 0.30 | Telephone conferences with P. Marks and B. Reddy re research. |
| 01/24/12 | B. Reddy | C300 | 7.70 | Prepare memorandum. |
| 01/24/12 | H. Knight | C300 | 4.90 | Research and prepare memorandum and pull highlighted cases re same. |
| 01/25/12 | K. Bourdeau | C300 | 1.50 | Review and prepare edits to portion of memorandum; telephone conference with P. Marks re same. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 146551
February 29, 2012
PAGE   3

| 01/25/12 | P. Marks | C300 | 0.60 | Telephone conference with K. Bourdeau and address research memorandum and transmit highlighted cases and preliminary draft. |
| 01/26/12 | K. Bourdeau | C300 | 0.20 | Communications with P. Marks, H. Knight, and B. Reddy re path forward on research. |
| 01/26/12 | P. Marks | C300 | 0.30 | Address status of factual research with Beveridge & Diamond team; coordinate with client re same. |
| 01/30/12 | K. Bourdeau | C300 | 2.00 | Review and edit memorandum; communications with P. Marks re same. |
| 01/30/12 | P. Marks | C300 | 2.10 | Memorandum preparation and evaluation with D. Paul re tasks and re document management. |
| 01/31/12 | K. Bourdeau | C300 | 2.80 | Work on memorandum and conference with L. Duff, H. Feichko, and P. Marks re same and government actions. |
| 01/31/12 | P. Marks | C300 | 1.00 | Memorandum preparation and telephone conference with K. Bourdeau and client re same. |
| 01/31/12 | H. Knight | C300 | 0.20 | Email correspondence with K. Bourdeau and P. Marks re memorandum. |
| 01/31/12 | D. Paul | C300 | 1.50 | Conference with P. Marks re options for document management and follow-up tasks re same. |

Total Hours :          144.90

Total Fees :          $49,634.00

BEVERIDGE & DIAMOND, P.C.

**Time Summary :**

|  | Hours<br>Worked | Billed<br>Per Hour | Bill<br>Amount |
|---|---|---|---|
| K. Bourdeau | 11.50 | $657.80 | $7,564.70 |
| P. Marks | 10.60 | $469.20 | $4,973.52 |
| B. Reddy | 57.10 | $303.60 | $17,335.56 |
| H. Knight | 64.20 | $303.60 | $19,491.12 |
| D. Paul | 1.50 | $179.40 | $269.10 |
|  |  | Total Fees : | $49,634.00 |

**Summary by Task Codes :**

| CODE |  | Hours | Bill<br>Amount |
|---|---|---|---|
| C200 |  | 14.30 | $4,341.48 |
| C300 |  | 130.60 | $45,292.52 |
| Total |  | 144.90 | $49,634.00 |
|  | Total Fees : | 144.90 | $49,634.00 |

**Summary by Disbursement Codes :**

|  |  | Bill<br>Amount |
|---|---|---|
| 004 | Duplicating | $269.73 |
| E105 | Telephone | $52.30 |
|  | Total Disbursements : | $322.03 |
|  | TOTAL DUE : | $49,956.03 |

# EXHIBIT D

## (IRIS)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co.                                    February 29, 2012
Attn: Lydia B. Duff                                  Client/Matter #  01246-015172
7500 Grace Drive                                     Invoice # 146552
Columbia, MD  21044                                  Federal ID# 52-1247549

For Legal Services Rendered Through 01/31/12 in Connection With:

PLEASE REMIT PAYMENT TO :        BEVERIDGE & DIAMOND, P.C.
                                 SUITE 700
                                 1350 I STREET, N.W.
                                 WASHINGTON, D.C. 20005-3311

<u>IRIS</u>

| 01/01/12 | K. Bourdeau | C300 | 3.90 | Finalize review of research materials and preparation of notes thereon, and finish and transmit detailed e-mail to L. Duff and H. Feichko re same. |
| 01/02/12 | K. Bourdeau | C300 | 3.50 | Review research and conference call with Grace team re de-brief listening session and follow up e-mails re action items. |
| 01/02/12 | P. Marks | C300 | 3.10 | Prepare for and conduct telephone conference with client and consultant; follow-up telephone conference with L. Duff re same; prepare letter. |
| 01/03/12 | K. Bourdeau | C300 | 6.10 | Work on memorandum re analysis; attend Grace status/strategy meeting in Columbia, Maryland. |
| 01/03/12 | P. Marks | C300 | 5.20 | Prepare for and attend conference with client team re status and strategy; follow-up conference with L. Duff and H. Feichko re same; follow-up emails re same and prepare letter. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  146552
February 29, 2012
PAGE  2

| Date | Name | Code | Hours | Description |
|------|------|------|-------|-------------|
| 01/04/12 | K. Bourdeau | C300 | 6.00 | Review consultant assessment and coordinate with Grace team and P. Marks re same and letter; participate in conference call with consultants re technical issues and assess same. |
| 01/04/12 | P. Marks | C300 | 3.50 | Team telephone conference and assess same, and telephone conferences re same with experts and clients. |
| 01/05/12 | K. Bourdeau | C300 | 2.00 | Finalize draft letter; communications with P. Marks and R. Finke re same and ; communications with P. Marks and Grace team re various action items. |
| 01/05/12 | P. Marks | C300 | 2.70 | Prepare letter and coordinate with client re same and other issues, planning and preparation; telephone conference with L. Duff and K. Bourdeau re completing letter. |
| 01/06/12 | K. Bourdeau | C300 | 1.80 | E-mail communications re letter; research and review same. |
| 01/06/12 | P. Marks | C300 | 2.40 | Continue work on evaluating information. |
| 01/06/12 | E. Wolk | P280 | 0.50 | Research. |
| 01/07/12 | K. Bourdeau | C300 | 3.00 | Work on memorandum re analysis. |
| 01/08/12 | K. Bourdeau | C300 | 3.80 | Finalize and transmit memorandum re analysis; work on comments draft. |
| 01/09/12 | K. Bourdeau | C300 | 4.30 | Work on draft introductory comments and review developments re same; communications with Grace team re same. |
| 01/09/12 | P. Marks | C300 | 5.60 | Review and evaluate reports and comments and prepare agenda for client meeting; coordinate with client re same. |
| 01/10/12 | K. Bourdeau | C300 | 5.50 | Preparation for and attend portion of Grace team meeting and follow-up communications re same. |
| 01/10/12 | P. Marks | C300 | 8.90 | Conference with team in Washington office of Beveridge & Diamond and associated preparation/post-meeting evaluation. |
| 01/10/12 | D. Paul | C100 | 2.20 | Telephone conference with P. Marks and K. Bourdeau regarding legal support options; and prepare summary of research for attorney review and consideration. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 146552
February 29, 2012
PAGE  3

| 01/11/12 | K. Bourdeau | C300 | 0.50 | Review research. |
|---|---|---|---|---|
| 01/11/12 | P. Marks | C300 | 2.30 | Coordinate with D. Paul re research and prepare summary of next steps; evaluate same and coordinate tasks. |
| 01/12/12 | K. Bourdeau | C300 | 0.80 | E-mail communications re action items. |
| 01/12/12 | K. Bourdeau | C300 | 0.60 | Review and provide comments to P. Marks on draft task list; conference with P. Marks re approach to various action items and preparation. |
| 01/12/12 | P. Marks | C300 | 2.20 | Correspondence and telephone conferences with team re meetings and tasks and direct E. Wolk research. |
| 01/12/12 | E. Wolk | C300 | 2.50 | Conduct  research as directed by P. Marks. |
| 01/16/12 | K. Bourdeau | C300 | 1.00 | Communications with consultant re results of preliminary research and e-mail communications with client re same and other tasks. |
| 01/17/12 | K. Bourdeau | C300 | 1.30 | Conference call with L. Duff, H. Feichko, and P. Marks re planning meeting and tasks and follow-up communications re same. |
| 01/17/12 | P. Marks | C300 | 2.10 | Prepare for and conduct telephone conference with L. Duff, H. Feichko and K. Bourdeau re Department of Defense evaluation and other issues and follow-up tasks re same. |
| 01/18/12 | K. Bourdeau | C300 | 1.30 | Various e-mail communications re tasks. |
| 01/18/12 | P. Marks | C300 | 5.20 | Multiple telephone conferences with client team and consultants re tasks, and evaluation of information re same. |
| 01/19/12 | K. Bourdeau | C300 | 0.80 | Numerous e-mail communications re tasks. |
| 01/19/12 | P. Marks | C300 | 1.70 | Coordinate with client team and consultants and assess information re same. |
| 01/20/12 | K. Bourdeau | C300 | 1.30 | Review and prepare comments re consultants and communications re meeting. |
| 01/20/12 | P. Marks | C300 | 6.30 | Evaluate information from consultants and prepare comments and telephone conference with client team re same. |
| 01/21/12 | K. Bourdeau | C300 | 2.80 | Communications with P. Marks re comments and review consultant assessments. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 146552
February 29, 2012
PAGE  4

| | | | | |
|---|---|---|---|---|
| 01/21/12 | P. Marks | C300 | 0.80 | Preparation re comments. |
| 01/22/12 | K. Bourdeau | C300 | 1.50 | Review consultant's analysis; prepare comments thereon and communications with P. Marks re same, action items, and path forward. |
| 01/22/12 | P. Marks | C300 | 4.30 | Preparation re comments; telephone conferences with K. Bourdeau and L. Duff re same. |
| 01/23/12 | K. Bourdeau | C300 | 3.50 | Finalize comments on consultants' analyses and numerous internal communications re action items, path forward and conference call with Grace team. |
| 01/23/12 | P. Marks | C300 | 4.20 | Prepare comments; telephone conference with L. Duff and telephone conference with team re same; prepare for next day's meeting. |
| 01/24/12 | K. Bourdeau | C300 | 6.80 | Review consultant's analysis and conference with same and numerous communications re same. |
| 01/24/12 | P. Marks | C300 | 7.40 | Prepare for, travel to and conduct conference with consultant and Grace team at consultant's offices. |
| 01/25/12 | K. Bourdeau | C300 | 5.50 | Transmit to Grace team comments re consultants' analyses and conference with P. Marks re same. |
| 01/25/12 | P. Marks | C300 | 3.70 | Prepare comments; conference with K. Bourdeau re same; telephone conference with team re same; coordinate with consultant. |
| 01/25/12 | E. Wolk | C400 | 0.50 | Research and tasks as directed by K. Bourdeau. |
| 01/26/12 | K. Bourdeau | C300 | 2.80 | Numerous e-mail communications re comments and communications with clients and experts re same. |
| 01/26/12 | P. Marks | C300 | 5.90 | Address issues re legal support and multiple telephone conferences re same. |
| 01/26/12 | D. Paul | C300 | 0.20 | Telephone conference re legal support. |
| 01/26/12 | E. Wolk | C300 | 1.00 | Per P. Marks and K. Bourdeau provide research. |
| 01/27/12 | K. Bourdeau | C300 | 3.30 | Review revised draft of comments; communications with P. Marks re same; prepare e-mail to consultant; numerous communications re consultant work product and meeting preparation. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  146552
February 29, 2012
PAGE  5

| 01/27/12 | P. Marks | C300 | 5.60 | Continue to support tasks and coordination with experts and client team re same. |
| 01/27/12 | P. Marks | C300 | 0.80 | Evaluation of tasks and planning. |
| 01/27/12 | D. Paul | C300 | 0.50 | Telephone conference re tasks. |
| 01/28/12 | K. Bourdeau | C300 | 0.30 | Various e-mail communications re tasks. |
| 01/30/12 | K. Bourdeau | C300 | 0.50 | E-mail communications re tasks. |
| 01/30/12 | D. Paul | C300 | 0.70 | Continued follow-up re tasks; draft summary of proposals for review with P. Marks. |
| 01/31/12 | K. Bourdeau | C300 | 6.50 | Attend meeting with L. Duff, H. Feichko, P. Marks, and consultant in Columbia, Maryland re strategy and follow-up conferences re same. |
| 01/31/12 | P. Marks | C300 | 8.00 | Coordination with internal team re tasks and research, and conference with client team and consultant re same. |
| 01/31/12 | D. Paul | C300 | 1.20 | Prepare summary of proposals for review with P. Marks and conduct research for review by P. Marks. |
| 01/31/12 | E. Wolk | C300 | 1.50 | Per K. Bourdeau conduct research. |

Total Hours :                183.70

Total Fees :          $98,338.80

BEVERIDGE & DIAMOND, P.C.

INVOICE #  146552
February 29, 2012
PAGE  6

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 81.00 | $657.80 | $53,281.80 |
| P. Marks | 91.90 | $469.20 | $43,119.48 |
| D. Paul | 4.80 | $179.40 | $861.12 |
| E. Wolk | 6.00 | $179.40 | $1,076.40 |
| **Total Fees :** | | | **$98,338.80** |
| **Total Fees:** | | | **$98,338.80** |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| C100 | 2.20 | $394.68 |
| C300 | 180.50 | $97,764.72 |
| C400 | 0.50 | $89.70 |
| P280 | 0.50 | $89.70 |
| Total | 183.70 | $98,338.80 |
| **Total Fees :** | **183.70** | **$98,338.80** |

**Summary by Disbursement Codes :**

|  |  |
|---|---|
| **TOTAL DUE :** | **$98,338.80** |