# ATTACHMENT 2

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No.  01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

## SEVENTY-SIXTH MONTHLY APPLICATION OF
## BEVERIDGE & DIAMOND, P.C.
## FOR COMPENSATION FOR SERVICES RENDERED AND
## REIMBURSEMENT OF EXPENSES
## AS COUNSEL TO THE DEBTORS FOR THE
## PERIOD FROM FEBRUARY 1, 2012 THROUGH FEBRUARY 29, 2012

| | |
|---|---|
| Name of Applicant: | Beveridge & Diamond, P.C. |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | May 12, 2005 |
| Period for which Compensation and Reimbursement is Sought: | February 1, 2012 through February 29, 2012 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $102,163.92 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $337.47 |

This is a:  ___XX___ monthly  _____ interim  _____ final application.

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## PRIOR APPLICATIONS FILED:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 12/05 | 10/1/05 – 10/31/05 | $13,486.25 | $ 337.02 | $13,486.25 | $ 337.02 |
| 2/06 | 11/1/05 – 11/30/05 | $46,587.50[2] | $ 57.62 | $46,587.50[3] | $ 57.62 |
| 2/06 | 12/1/05 – 12/31/05 | $ 5,726.25[4] | $1,308.41 | $ 5,726.25[5] | $1,308.41 |
| 3/06 | 1/1/06 – 1/31/06 | $11,187.50 | $ 173.56 | $11,187.50 | $ 173.56 |
| 4/06 | 2/1/06 – 2/28/06 | $16,106.25 | $ 156.33 | $16,106.25 | $ 156.33 |
| 5/06 | 3/1/06 – 3/31/06 | $11,377.50 | $ 70.33 | $11,377.50 | $ 70.33 |
| 6/06 | 4/1/06 -- 4/30/06 | $13,693.75 | $ 356.81 | $13,693.75 | $ 356.81 |
| 8/06 | 5/1/06 -- 5/31/06 | $28,261.25 | $ 227.37 | $28,261.25 | $ 227.37 |
| 9/13/06 | 6/1/06 -- 6/30/06 | $10,103.75 | $ 285.26 | $10,103.75 | $ 285.26 |
| 9/13/06 | 7/1/06 -- 7/31/06 | $ 4,307.50 | $ 14.21 | $ 4,307.50 | $ 14.21 |
| 9/25/06 | 8/1/06 -- 8/31/06 | $4,812.50 | $ 131.31 | $4,812.50 | $ 131.31 |
| 10/30/06 | 9/1/06 -- 9/30/06 | $16,988.75 | $ 287.83 | $16,988.75 | $ 287.83 |
| 12/1/06 | 10/1/06 -- 10/31/06 | $19,348.25 | $ 210.02 | $19,348.25 | $ 210.02 |
| 1/11/07 | 11/1/06 - 11/30/06 | $34,281.25 | $ 425.47 | $34,281.25 | $ 425.47 |
| 3/7/07 | 12/1/06 - 12/31/06 | $43,924.00 | $ 338.42 | $43,924.00 | $ 338.42 |
| 3/7/07 | 1/1/07 - 1/31/07 | $51,760.00 | $ 211.32 | $51,760.00 | $ 211.32 |
| 6/4/07 | 2/1/07 - 2/28/07 | $36,245.00 | $ 94.79 | $36,245.00 | $ 94.79 |
| 6/4/07 | 3/1/07 - 3/31/07 | $33,840.00 | $ 480.06 | $33,840.00 | $ 480.06 |
| 6/18/07 | 4/1/07-4/30/07 | $35,377.50 | $ 514.32 | $35,377.50 | $ 514.32 |
| 6/18/07 | 5/1/07 - 5/31/07 | $17,681.25 | $ 389.29 | $17,681.25 | $ 389.29 |
| 8/23/07 | 6/1/07 - 6/30/07 | $22,225.00 | $ 133.35 | $22,225.00 | $ 133.35 |
| 10/11/07 | 7/1/07-7/31/07 | $31,450.00 | $ 248.66 | $31,100.00 | $ 248.66 |
| 10/11/07 | 8/1/07 - 8/31/07 | $30,497.50 | $ 567.93 | $29,875.50 | $ 567.93 |
| 10/19/07 | 9/1/07 - 9/30/07 | $18,575.00 | $ 311.53 | $18,575.00 | $ 311.53 |
| 1/2/08 | 10/1/07 – 10/31/07 | $7,217.50 | $ 791.76 | $7,217.50 | $ 791.76 |
| 1/2/08 | 11/1/07-11/30/07 | $5,200.00 | $ 111.41 | $5,200.00 | $ 111.41 |
| 4/29/08 | 12/1/07-12/31/07 | $8,670.00 | $ 142.43 | $8,670.00 | $ 142.43 |
| 4/29/08 | 1/1/08 – 2/28/08 | $19,480.00 | $ 74.16 | $19,480.00 | $ 74.16 |
| 5/5/08 | 3/1/08-3/31/08 | $6,320.00 | $ 81.38 | $6,320.00 | $ 81.38 |
| 6/23/08 | 4/1/08-4/30/08 | $5,358.00 | $ 54.14 | $5,358.00 | $ 54.14 |
| 7/21/08 | 5/1/08-5/31/08 | $32,068.00 | $ 19.86 | $32,068.00 | $ 19.86 |
| 9/3/08 | 6/1/08 – 6/30/08 | $39,793.00 | $ 1,384.81 | $39,793.00 | $ 1,384.81 |

[2] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[3] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[4] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

[5] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 9/15/08 | 7/1/08-7/31/08 | $89,644 | $273.65 | $89,644 | $273.65 |
| 11/14/08 | 8/1/08-8/31/08 | $50,539.50 | $224.70 | $50,539.50 | $224.70 |
| 11/14/08 | 9/1/08 - 9/30/08 | 3,905.50 | $986.54 | 3,905.50 | $986.54 |
| 2/6/09 | 10/1/08 - 10/31/08 | 1,360.00 | $365.78 | 1,360.00 | $365.78 |
| 2/6/09 | 11/1/08 - 11/30/08 | $920.00 | $524.75 | $920.00 | $524.75 |
| 3/24/09 | 12/1/08 - 12/31/08 | $2,702.50 | $11.37 | $2,702.50 | $11.37 |
| 3/30/09 | 1/1/09 - 1/31/09 | $25,585.00 | $1.40 | $25,585.00 | $1.40 |
| 4/21/09 | 2/1/09 - 2/28/09 | $39,237.00 | $516.80 | $39,237.00 | $516.80 |
| 4/30/09 | 3/1/09 - 3/31/09 | $ 8,128.00 | $ 46.35 | $ 8,128.00 | $ 46.35 |
| 7/7/09 | 4/1/09 - 4/30/09 | $ 80,837.00 | $1,411.58 | $ 80,837.00 | $1,411.58 |
| 7/20/09 | 5/1/09 - 5/31/09 | $ 80,837.00 | $ 1,411.58 | $ 80,837.00 | $ 1,411.58 |
| 9/2/09 | 6/1/09 - 6/30/09 | $38,481.50 | $ 888.98 | $38,481.50 | $ 888.98 |
| 9/15/09 | 7/1/089 - 7/31/09 | $6,972.00 | $ 534.11 | $6,972.00 | $ 534.11 |
| 10/1/09 | 8/1/09 - 8/31/09 | $1,991.50 | $ 5.80 | $1,991.50 | $ 5.80 |
| 11/2/09 | 9/1/09 - 9/30/09 | $ 6,836.00 | $ 53.92 | $ 6,836.00 | $ 53.92 |
| 12/9/09 | 10/1/09 - 10/31/09 | $ 15,246.00 | $ 75.86 | $ 15,246.00 | $ 75.86 |
| 1/4/10 | 11/1/09 - 11/30/09 | $ 14,828.50 | $ 56.80 | $ 14,828.50 | $ 56.80 |
| 2/3/10 | 12/1/09 - 12/31/09 | $ 7,224.00 | $ 84.20 | $ 7,224.00 | $ 84.20 |
| 3/31/10 | 1/1/10 - 1/31/10 | $ 2,778.00 | $ 36.85 | $ 2,778.00 | $ 36.85 |
| 3/31/10 | 2/1/10 - 2/28/10 | $ 4,449.50 | $12.27 | $ 4,449.50 | $12.27 |
| 5/17/10 | 3/1/10 – 3/31/2010 | $ 24,367.50 | $11.00 | $ 24,367.50 | $11.00 |
| 7/1/10 | 4/1/10 – 4/30/10 | $ 10,250.00 | $ 82.97 | $ 10,250.00 | $ 82.97 |
| 7/1/10 | 5/1/10 – 5/31/10 | $ 3,476.00 | $ 23.86 | $ 3,476.00 | $ 23.86 |
| 8/16/10 | 6/1/10 - 6/30/10 | $ 24,234.00 | $ 19.20 | $ 24,234.00 | $ 19.20 |
| 8/30/10 | 7/1/10 - 7/31/10 | $ 20,113.50 | $ 18.28 | $ 20,113.50 | $ 18.28 |
| 10/25/10 | 8/1/10 - 8/31/10 | $2,986.00 | $ 235.07 | $2,986.00 | $ 235.07 |
| 11/9/10 | 9/1/10 - 9/30/10 | $25,288.00 | $ 251.36 | $25,288.00 | $ 251.36 |
| 12/1710 | 10/1/10 – 10/31/10 | $13,119.50 | $ 352.94 | $13,119.50 | $ 352.94 |
| 1/10/11 | 11/1/10 - 11/30/10 | $ 13,940.00 | $ 50.56 | $ 13,940.00 | $ 50.56 |
| 3/3/11 | 12/1/10 - 12/31/10 | $ 18,381.47 | $ 46.47 | $ 18,381.47 | $ 46.47 |
| 4/5/11 | 1/1/11 - 1/31/11 | $ 4,046.00 | $129.34 | $ 4,046.00 | $129.34 |
| 4/5/11 | 2/1/11 - 2/28/11 | $ 9,082.00 | $ 0.20 | $ 9,082.00 | $ 0.20 |
| 5/31/11 | 3/1/11 - 3/31/11 | $ 5,617.50 | $ 21.36 | $ 5,617.50 | $ 21.36 |
| 6/13/11 | 4/1/11 - 4/30/11 | $ 5,612.00 | $ 96.75 | $ 5,612.00 | $ 96.75 |
| 7/8/11 | 5/1/11 - 5/31/11 | $10,248.00 | $ 16.76 | $10,248.00 | $ 16.76 |
| 9/14/11 | 6/1/11 - 6/30/11 | $ 22,223.50 | $ 20.40 | $ 22,223.50 | $ 20.40 |
| 9/14/11 | 7/1/11 - 7/31/11 | $ 9,342.00 | $ 94.66 | $ 9,342.00 | $ 94.66 |
| 9/29/11 | 8/1/11 - 8/31/11 | $31,785.50 | $268.57 | $31,785.50 | $268.57 |
| 11/16/11 | 9/1/11 - 9/30/11 | $ 8,447.50 | $341.60 | $ 8,447.50 | $341.60 |
| 12/1/11 | 10/1/11 - 10/31/11 | $11,621.00 | $55.64 | Pending | Pending |
| 12/27/11 | 11/1/11 – 11/30/11 | $ 14,634.50 | $ 56.70 | Pending | Pending |
| 3/26/12 | 12/1/11 – 12/31/11 | $82,764.50 | $ 94.75 | Pending | Pending |
| 3/26/12 | 1/1/12 – 1/31/12 | $151,022.60 | $322.03 | Pending | Pending |

## B&D PROFESSIONALS[6]

| Name of Professional Individual | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Pamela D. Marks | Principal; Joined Firm 1997; Member of MD Bar since 1986 | $469.20 | 110.70 | $51,940.44 |
| Karl S. Bourdeau | Principal; Joined Firm 1980; Member DC bar since 1978 | $657.80 | 74.10 | $48,742.98 |
| Bina R. Reddy | Associate; Joined Firm 2008; Member of TX Bar since 2009 | $303.60 | 17.80 | $5,404.08 |
| Heidi P. Knight | Associate; Joined Firm 2008; Member of MD Bar since 2008 | $303.60 | 16.70 | $5,070.12 |
| Elizabeth A. Wolk | Paralegal | $179.40 | 7.50 | $1,345.50 |
| Denise Paul | Paralegal | $179.40 | 3.30 | $592.02 |
| Carl Jaworski | Senior Investigator/Analyst | $257.60 | 7.00 | $1,803.20 |
| Meryl Glantz | Litigation Support Analyst | $179.40 | 5.20 | $932.88 |
| Megan B. Pickel | Paralegal | $179.40 | 9.10 | $1,632.54 |
| Jayni Lanham | Associate; Joined Firm 20087; Member of MD Bar since 2008 | $303.60 | 5.60 | $1,700.16 |

|  |  |
|---|---|
| Fees: | $119,163.92 |
| Less Discount on VC Processing bill: | ($17,000.00) |
| Total Fees: | $102,163.92 |
| Total Hours: | 257.00 |
| Blended Rate: | $ 398.00 |

## TASK CODE SUMMARY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Litigation and Litigation Consulting | 257.00 | $102,163.92 |

---

[6] These amounts are the sum total from all of the invoices attached hereto.

## EXPENSE SUMMARY[7]

| Expense Category | Service Provider (if applicable)[8] | Total Expense |
|---|---|---|
| Photocopying | | $52.20 |
| Long Distance Telephone | | $20.70 |
| Local Travel | | $30.17 |
| Postage | | $6.65 |
| Travel Expenses | Travel to team/client meetings | $227.75 |

WHEREFORE, Beveridge & Diamond, P.C. respectfully requests that, for the period

February 1, 2012 through February 29, 2012, an interim allowance be made to Beveridge &

Diamond, P.C. for compensation in the amount of $102,163.92 and actual and necessary

expenses in the amount of $337.47 for a total allowance of $102,501.39 and payment of

$81,731.13 (80% of the allowed fees) and reimbursement of $337.47 (100% of the allowed

expenses) be authorized for a total payment of $82,068.60 and for such other and further relief as

this Court may deem just and proper.

Dated: May ___29___, 2012

BEVERIDGE & DIAMOND, P.C.

Pamela D. Marks
201 N. Charles Street, Suite 2210
Baltimore, MD 21201
Telephone: 410-230-1315
Facsimile: 410-230-1389
Counsel for Debtors and Debtors in Possession

---

[7] These amounts are the sum total of the disbursements as shown on all of the invoices attached hereto.

[8] B&D may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

## VERIFICATION

Pamela D. Marks, after being duly sworn according to law, deposes and says:

a)  I am an attorney with the applicant law firm Beveridge & Diamond, P.C..

b)  I am familiar with the legal services rendered by Beveridge & Diamond, P.C. as counsel to the Debtor and am thoroughly familiar with the other work performed on behalf of the Debtor by the lawyers and paraprofessionals of Beveridge & Diamond, P.C.

c)  I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware, and submit that the Application substantially complies with such rules.

_Pamela D. Marks_
Pamela D. Marks


SWORN AND SUBSCRIBED
before me this 29 day of May, 2012.

_Debora R. Melnyk_
Notary Public:  Debora R. Melnyk
My Commission Expires:  May 27, 2013

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No.  01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
FEBRUARY 1, 2012 THROUGH FEBRUARY 29,  2012

---

[1]  The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-
Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical,
Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc.,
Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace
Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings,
Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of
Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace
H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.),
Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp.,
Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land
Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc.,
Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated,
Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA
Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C
Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company,
CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

**(Curtis Bay FUSRAP Bankruptcy Claim Resolution)**

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co. - Conn                         March 30, 2012
Attn: Lydia B. Duff, Esq.                        Client/Matter #  01246-011548
7500 Grace Drive                                 Invoice # 147134
Columbia, MD  21044                              Federal ID# 52-1247549

For Legal Services Rendered Through 02/29/12 in Connection With:

PLEASE REMIT PAYMENT TO :        BEVERIDGE & DIAMOND, P.C.
                                 SUITE 700
                                 1350 I STREET, N.W.
                                 WASHINGTON, D.C. 20005-3311

Curtis Bay FUSRAP Bankruptcy Claim Resolution
100103

| Date | Timekeeper | Task | Hours | Description |
|---|---|---|---|---|
| 02/17/12 | P. Marks | L110 | 0.50 | Telephone conference with team re Sledds Point. |

Total Hours :          0.50

Total Fees :        $234.60

BEVERIDGE & DIAMOND, P.C.

INVOICE #  147134
March 30, 2012
PAGE  2

## Time Summary :

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 0.50 | $469.20 | $234.60 |
|  | Total Fees : |  | $234.60 |
|  | Total Fees: |  | $234.60 |

## Summary by Task Codes :

| CODE | Hours | Bill Amount |
|---|---|---|
| L100 |  |  |
| L110 | 0.50 | $234.60 |
| Total L100 | 0.50 | $234.60 |
| Total Fees : | 0.50 | $234.60 |

## Summary by Disbursement Codes :

|  | TOTAL DUE : | $234.60 |
|---|---|---|

# EXHIBIT B

## (IRIS)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300


W. R. Grace & Co.                                    March 30, 2012
Attn: Lydia B. Duff, Esq.                            Client/Matter #  01246-015172
7500 Grace Drive                                     Invoice # 147137
Columbia, MD  21044                                  Federal ID# 52-1247549


For Legal Services Rendered Through 02/29/12 in Connection With:

PLEASE REMIT PAYMENT TO :        BEVERIDGE & DIAMOND, P.C.
                                 SUITE 700
                                 1350 I STREET, N.W.
                                 WASHINGTON, D.C. 20005-3311


<u>IRIS</u>


| 02/01/12 | K. Bourdeau | C300 | 5.00 | Tasks re project. |
|----------|-------------|------|------|-------------------|
| 02/01/12 | P. Marks | C300 | 3.30 | Coordinate with L. Duff and K. Bourdeau re issues; follow-up tasks re same. |
| 02/01/12 | D. Paul | C300 | 1.00 | Telephone conference with P. Marks re tasks and follow-up re same. |
| 02/02/12 | K. Bourdeau | C300 | 4.80 | Tasks re project. |
| 02/02/12 | P. Marks | C300 | 7.70 | Team conference call and preparation related to project. |
| 02/02/12 | J. Lanham | C300 | 0.50 | Review contract re meeting room and email correspondence to P. Marks re same. |
| 02/03/12 | K. Bourdeau | C300 | 6.50 | Participate in Grace team meeting; follow-up communications and preparation re project. |
| 02/03/12 | P. Marks | C300 | 7.20 | Conference with team in Beveridge & Diamond's Washington office re project. |
| 02/03/12 | D. Paul | C300 | 0.40 | Tasks to support project. |
| 02/03/12 | E. Wolk | C300 | 2.50 | Monitoring and support tasks. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 147137
March 30, 2012
PAGE 2

| 02/04/12 | K. Bourdeau | C300 | 1.50 | Review preliminary documents; prepare notes re same. |
|---|---|---|---|---|
| 02/05/12 | K. Bourdeau | C300 | 2.50 | Finalize review of preliminary documents and transmit e-mail re impact. |
| 02/05/12 | P. Marks | C300 | 0.70 | Preparation re project. |
| 02/05/12 | D. Paul | C300 | 0.70 | Project support tasks. |
| 02/06/12 | K. Bourdeau | C300 | 11.80 | Attend meetings with client team. |
| 02/06/12 | P. Marks | C300 | 11.50 | Meeting with client team and tasks re same. |
| 02/06/12 | D. Paul | C300 | 0.20 | Project support tasks. |
| 02/07/12 | K. Bourdeau | C300 | 9.50 | Attend meeting with client team. |
| 02/07/12 | P. Marks | C300 | 10.60 | Attend meeting with client team and tasks re same. |
| 02/08/12 | K. Bourdeau | C300 | 6.00 | Attend meeting with client team. |
| 02/08/12 | P. Marks | C300 | 9.00 | Attend client team meeting and post-meeting tasks and evaluation with L. Duff and H. Feichko. |
| 02/09/12 | K. Bourdeau | C300 | 2.00 | Conference calls with team re retention re consultant and other recent developments. |
| 02/09/12 | P. Marks | C300 | 3.20 | Conferences with H. Feichko, L. Duff, B. Corcoran and team (some by telephone) re next steps. |
| 02/10/12 | K. Bourdeau | C300 | 0.50 | Review background documents and e-mail communications re same. |
| 02/10/12 | P. Marks | C300 | 1.90 | Coordinate with consultant re data, direct J. Lanham re same and telephone conference with L. Duff and H. Feichko re same. |
| 02/10/12 | J. Lanham | C300 | 1.80 | Research re process and data; prepare letter re data. |
| 02/10/12 | E. Wolk | C300 | 2.00 | Monitoring and support tasks. |
| 02/11/12 | K. Bourdeau | C300 | 0.50 | Review and revise consultant's draft letter and forward same to P. Marks. |
| 02/13/12 | K. Bourdeau | C300 | 1.00 | Finalize and transmit to P. Marks revised draft of document; communications re recent developments, action items. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  147137
March 30, 2012
PAGE   3

| 02/13/12 | P. Marks | C300 | 0.30 | Address information requests. |
|---|---|---|---|---|
| 02/13/12 | J. Lanham | C300 | 0.50 | Prepare and send letter re data. |
| 02/15/12 | K. Bourdeau | C300 | 0.80 | Review new information and e-mail communications to and from Grace team re same. |
| 02/15/12 | P. Marks | C300 | 0.80 | Address document request follow-up; review new information. |
| 02/17/12 | P. Marks | C300 | 0.80 | Review information and coordinate with team re same. |
| 02/17/12 | E. Wolk | C300 | 1.00 | Monitoring and support tasks. |
| 02/19/12 | K. Bourdeau | C300 | 0.50 | Evaluate issues, and prepare and transmit e-mail to Grace team re same. |
| 02/21/12 | K. Bourdeau | C300 | 0.50 | Communications with Grace team re technical issues for consideration and background documents needed. |
| 02/21/12 | P. Marks | C300 | 0.40 | Coordinate with H. Feichko and L. Duff (emails and telephone conferences) re team tasks. |
| 02/21/12 | J. Lanham | C300 | 0.30 | Telephone conference re data. |
| 02/22/12 | K. Bourdeau | C300 | 1.30 | Conference with R. Finke re litigation alternatives; communications with various members of Grace team re path forward, and conference with P. Marks re same. |
| 02/22/12 | P. Marks | C300 | 0.60 | Coordinate with L. Duff to plan for organizing team and tasks. |
| 02/23/12 | K. Bourdeau | C300 | 0.60 | E-mail communications with Grace team; evaluate information needs. |
| 02/23/12 | K. Bourdeau | C300 | 3.40 | Communications with client legal team re issues and attend meeting with client re status, objectives, action items, path forward, review new documents. |
| 02/23/12 | P. Marks | C300 | 1.70 | Assess status of information requests and coordinate with L. Duff and H. Feichko re same and team meetings, agenda, and transcript; coordinate with consultant re information. |
| 02/23/12 | P. Marks | C300 | 1.70 | Telephone conference with team re update, strategy and tasks, and follow-up emails re same. |

BEVERIDGE & DIAMOND, P.C.

.._VOICE #  147137
March 30, 2012
PAGE   4

| 02/23/12 | D. Paul | C300 | 0.40 | Support tasks. |
|---|---|---|---|---|
| 02/24/12 | K. Bourdeau | C300 | 0.30 | Conference with P. Marks re document requests, path forward. |
| 02/24/12 | P. Marks | C300 | 2.80 | Strategy and task follow-up. |
| 02/24/12 | J. Lanham | C300 | 1.20 | Document request follow-up. |
| 02/24/12 | E. Wolk | C300 | 1.50 | Monitoring and support tasks. |
| 02/25/12 | K. Bourdeau | C300 | 0.10 | E-mail communications re information requests. |
| 02/27/12 | K. Bourdeau | C300 | 0.50 | Review L. Duff list of action items and e-mail communications re same; conference with P. Marks re approach to action items. |
| 02/27/12 | P. Marks | C300 | 3.10 | Evaluate legal issues, perform other tasks and conference with K. Bourdeau re tasks. |
| 02/27/12 | J. Lanham | C300 | 0.30 | Document follow-up. |
| 02/28/12 | K. Bourdeau | C300 | 0.80 | Communications with P. Marks re facts. |
| 02/28/12 | P. Marks | C300 | 6.40 | Evaluate and prepare condensed summary re issues, follow-up tasks and coordinate with K. Bourdeau and D. Paul re same. |
| 02/28/12 | J. Lanham | C300 | 1.00 | Document related activities. |
| 02/28/12 | D. Paul | C300 | 0.20 | Support tasks. |
| 02/29/12 | K. Bourdeau | C300 | 1.80 | Communications with Grace team re tasks and conduct same. |
| 02/29/12 | P. Marks | C300 | 1.40 | Follow-up tasks. |
| 02/29/12 | E. Wolk | C300 | 0.50 | Monitoring and support tasks. |

Total Hours :          153.30

Total Fees :         $79,718.00

BEVERIDGE & DIAMOND, P.C.

INVOICE #  147137
March 30, 2012
PAGE  5

<u>Time Summary :</u>

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 62.20 | $657.80 | $40,915.16 |
| P. Marks | 75.10 | $469.20 | $35,236.92 |
| J. Lanham | 5.60 | $303.60 | $1,700.16 |
| D. Paul | 2.90 | $179.40 | $520.26 |
| E. Wolk | 7.50 | $179.40 | $1,345.50 |
| **Total Fees :** | | | **$79,718.00** |
| **Total Fees:** | | | **$79,718.00** |

<u>Summary by Task Codes :</u>

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 153.30 | $79,718.00 |
| Total | 153.30 | $79,718.00 |
| **Total Fees :** | **153.30** | **$79,718.00** |

<u>Summary by Disbursement Codes :</u>

| | | Bill Amount |
|---|---|---|
| E105 | Telephone | $0.70 |
| E109 | Local Travel | $30.17 |
| E110 | Out-of-town Travel | $180.75 |
| | **Total Disbursements :** | **$211.62** |
| | **TOTAL DUE :** | **$79,929.62** |

# EXHIBIT C

**(Investigation of VC Processing Facilities)**

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.
Attn: Lydia Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

March 30, 2012
Client/Matter #  01246-014352
Invoice # 147136
Federal ID# 52-1247549

For Legal Services Rendered Through 02/29/12 in Connection With:

**Investigation of VC Processing Facilities**
**100045**

| | | | |
|---|---|---|---|
| 02/01/12 | K. Bourdeau | 0.80 | Conference with P. Marks, B. Reddy, and H. Knight re memorandum; attend to e-mails from H. Feichko re same. |
| 02/01/12 | P. Marks | 1.70 | Evaluate and coordinate with K. Bourdeau, and provide direction to H. Knight and B. Reddy re legal memorandum and follow-up information evaluation re same. |
| 02/01/12 | B. Reddy | 0.60 | Conference with K. Bourdeau, P. Marks, and H. Knight re memorandum. |
| 02/01/12 | H. Knight | 0.60 | Telephone conference with P. Marks, K. Bourdeau, and B. Reddy re memorandum. |
| 02/02/12 | K. Bourdeau | 2.80 | Prepare memorandum; incorporate P. Marks revisions re same. |
| 02/02/12 | D. Paul | 0.40 | Telephone conference with M. Glantz re documents. |
| 02/02/12 | M. Glantz | 0.40 | Telephone conference with D. Paul re documents. |
| 02/04/12 | B. Reddy | 4.00 | Revise memorandum. |
| 02/04/12 | H. Knight | 3.80 | Prepare memorandum. |
| 02/05/12 | K. Bourdeau | 0.50 | Communications re revised analysis. |
| 02/05/12 | B. Reddy | 4.00 | Revise memorandum. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 147136
March 30, 2012
PAGE  2

| | | | |
|---|---|---|---|
| 02/05/12 | H. Knight | 3.90 | Prepare memorandum; telephone conference with B. Reddy re same; email correspondence with K. Bourdeau, P. Marks, and B. Reddy re same; review documents. |
| 02/08/12 | K. Bourdeau | 2.00 | Review and prepare comments re revised analysis; e-mail to internal team re same. |
| 02/09/12 | H. Knight | 0.20 | Email correspondence with K. Bourdeau, B. Reddy, and P. Marks re memorandum. |
| 02/10/12 | P. Marks | 1.80 | Manage document issues with M. Glantz; evaluate draft memorandum. |
| 02/13/12 | K. Bourdeau | 0.80 | Conference with P. Marks, B. Reddy, and H. Knight re memorandum; e-mail communications with H. Feichko re developments. |
| 02/13/12 | P. Marks | 4.70 | Prepare memorandum and telephone conference with team re same, and telephone conference with L. Duff and H. Feichko re negotiations. |
| 02/13/12 | B. Reddy | 0.80 | Prepare memorandum and telephone conference with team re same. |
| 02/13/12 | H. Knight | 1.90 | Prepare memorandum; conference call with K. Bourdeau, P. Marks, and B. Reddy re same. |
| 02/13/12 | M. Glantz | 1.80 | Document tasks. |
| 02/14/12 | K. Bourdeau | 1.50 | Prepare memorandum. |
| 02/14/12 | P. Marks | 3.70 | Telephone conference with H. Feichko and B. Marriam re factual research; telephone conference with H. Feichko to follow up and assess tasks; evaluate same and review follow-up emails re documents. |
| 02/14/12 | H. Knight | 2.20 | Prepare memorandum. |
| 02/15/12 | K. Bourdeau | 0.50 | Review final revisions to memorandum; internal communications re same. |
| 02/15/12 | P. Marks | 5.60 | Prepare legal memorandum; evaluate document issues and telephone conference with M. Glantz re same; coordinate with H. Knight re same; coordinate with H. Feichko re same. |
| 02/15/12 | B. Reddy | 3.00 | Conference with K. Bourdeau re memorandum; continue to revise memorandum. |
| 02/15/12 | H. Knight | 0.90 | Conference with P. Marks re documents. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 147136
March 30, 2012
PAGE  3

| | | | |
|---|---|---|---|
| 02/15/12 | M. Glantz | 2.00 | Document tasks. |
| 02/15/12 | M. Pickel | 0.50 | Document tasks. |
| 02/16/12 | K. Bourdeau | 0.50 | Communications re memorandum issues. |
| 02/16/12 | P. Marks | 2.80 | Telephone conference with client re preliminary document tasks; telephone conference with B. Reddy re memorandum and review same; telephone conference with M. Pickel to direct her document tasks. |
| 02/16/12 | B. Reddy | 3.30 | Continue to revise memorandum; e-mail communications with K. Bourdeau re same; telephone conference with P. Marks re same. |
| 02/16/12 | M. Glantz | 1.00 | Document tasks. |
| 02/16/12 | M. Pickel | 2.50 | Document tasks. |
| 02/17/12 | K. Bourdeau | 2.50 | Further work on memorandum; internal communications re same. |
| 02/17/12 | P. Marks | 2.20 | Prepare memorandum and conference with H. Knight re same. |
| 02/17/12 | B. Reddy | 2.10 | Continue to revise memorandum. |
| 02/17/12 | H. Knight | 2.90 | Prepare memorandum; conference with P. Marks re same. |
| 02/17/12 | M. Pickel | 3.80 | Document tasks. |
| 02/21/12 | P. Marks | 2.40 | Document review. |
| 02/21/12 | M. Pickel | 1.00 | Document tasks. |
| 02/22/12 | P. Marks | 1.10 | Work on document management and review, and telephone conference with M. Pickel re same. |
| 02/22/12 | M. Pickel | 0.80 | Conference with P. Marks re document tasks and follow-up re same. |
| 02/23/12 | P. Marks | 1.30 | Review documents. |
| 02/23/12 | H. Knight | 0.30 | Document review. |
| 02/24/12 | P. Marks | 1.50 | Manage factual review issues; conference with C. Jaworski to direct same. |
| 02/24/12 | C. Jaworski | 1.00 | Discuss document review with P. Marks and M. Pickel. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 147136
March 30, 2012
PAGE  4

| 02/24/12 | M. Pickel | 0.50 | Conference with C. Jaworski re document tasks. |
| 02/27/12 | P. Marks | 2.90 | Document review. |
| 02/27/12 | C. Jaworski | 1.00 | Document review. |
| 02/28/12 | C. Jaworski | 5.00 | Document review. |
| 02/29/12 | P. Marks | 2.10 | Assess documents, direct C. Jaworski re same, and coordinate with H. Feichko. |

**Total Hours :**                101.90

**Total Fees :**            $38,601.36

BEVERIDGE & DIAMOND, P.C.

## Disbursements:

| | |
|---|---|
| Travel Expenses | 47.00 |
| Telephone | 20.00 |

Total Disbursements :      $67.00

## Time Summary:

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 11.90 | $657.80 | $7,827.82 |
| P. Marks | 33.80 | $469.20 | $15,858.96 |
| B. Reddy | 17.80 | $303.60 | $5,404.08 |
| H. Knight | 16.70 | $303.60 | $5,070.12 |
| C. Jaworski | 7.00 | $257.60 | $1,803.20 |
| D. Paul | 0.40 | $179.40 | $71.76 |
| M. Glantz | 5.20 | $179.40 | $932.88 |
| M. Pickel | 9.10 | $179.40 | $1,632.54 |

Subtotal Fees :         $38,601.36

Less Discount          :        (17,000.00)
                                --------------

Total Fees Billed :         $21,601.36

Total Disbursements :           $67.00

TOTAL DUE :         $21,668.36

# EXHIBIT D

## (Bankruptcy Fee Application)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

March 30, 2012
Client/Matter #  01246-012629
Invoice # 147135
Federal ID# 52-1247549

For Legal Services Rendered Through 02/29/12 in Connection With:

PLEASE REMIT PAYMENT TO :      **BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

**Bankruptcy Fee Application**
**100035**

| Date | Timekeeper | Task | Hours | Description |
|---|---|---|---|---|
| 02/22/12 | P. Marks | L190 | 0.80 | Address bankruptcy billing issues. |
| 02/24/12 | P. Marks | L190 | 0.50 | Address billing issues. |

Total Hours :        1.30

Total Fees :       $609.96

BEVERIDGE & DIAMOND, P.C.

.VOICE #  147135
March 30, 2012
PAGE  2

## Time Summary :

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 1.30 | $469.20 | $609.96 |
|  | Total Fees : |  | $609.96 |
|  | Total Fees: |  | $609.96 |

## Summary by Task Codes :

| CODE |  | Hours | Bill Amount |
|---|---|---|---|
| L100 |  |  |  |
| L190 |  | 1.30 | $609.96 |
| Total L100 |  | 1.30 | $609.96 |
|  | Total Fees : | 1.30 | $609.96 |

## Summary by Disbursement Codes :

|  |  | Bill Amount |
|---|---|---|
| E101 | Copying | $52.20 |
| E108 | Postage | $6.65 |
|  | Total Disbursements : | $58.85 |
|  | TOTAL DUE : | $668.81 |