# ATTACHMENT 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No.  01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

SEVENTY-SEVENTH MONTHLY APPLICATION OF
BEVERIDGE & DIAMOND, P.C.
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES
AS COUNSEL TO THE DEBTORS FOR THE
PERIOD FROM MARCH 1, 2012 THROUGH MARCH 31, 2012

| | |
|---|---|
| Name of Applicant: | Beveridge & Diamond, P.C. |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | May 12, 2005 |
| Period for which Compensation and Reimbursement is Sought: | March 1, 2012 through March 31, 2012 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $75,252.72 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $5,424.17 |

This is a:    ___XX____ monthly    _____ interim    _____ final application.

---

[1] The Debtors consist of the following 62 entities:  W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## PRIOR APPLICATIONS FILED:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 12/05 | 10/1/05 – 10/31/05 | $13,486.25 | $ 337.02 | $13,486.25 | $ 337.02 |
| 2/06 | 11/1/05 – 11/30/05 | $46,587.50[2] | $ 57.62 | $46,587.50[3] | $ 57.62 |
| 2/06 | 12/1/05 – 12/31/05 | $ 5,726.25[4] | $1,308.41 | $ 5,726.25[5] | $1,308.41 |
| 3/06 | 1/1/06 – 1/31/06 | $11,187.50 | $ 173.56 | $11,187.50 | $ 173.56 |
| 4/06 | 2/1/06 – 2/28/06 | $16,106.25 | $ 156.33 | $16,106.25 | $ 156.33 |
| 5/06 | 3/1/06 – 3/31/06 | $11,377.50 | $ 70.33 | $11,377.50 | $ 70.33 |
| 6/06 | 4/1/06 -- 4/30/06 | $13,693.75 | $ 356.81 | $13,693.75 | $ 356.81 |
| 8/06 | 5/1/06 -- 5/31/06 | $28,261.25 | $ 227.37 | $28,261.25 | $ 227.37 |
| 9/13/06 | 6/1/06 -- 6/30/06 | $10,103.75 | $ 285.26 | $10,103.75 | $ 285.26 |
| 9/13/06 | 7/1/06 – 7/31/06 | $ 4,307.50 | $ 14.21 | $ 4,307.50 | $ 14.21 |
| 9/25/06 | 8/1/06 -- 8/31/06 | $4,812.50 | $ 131.31 | $4,812.50 | $ 131.31 |
| 10/30/06 | 9/1/06 -- 9/30/06 | $16,988.75 | $ 287.83 | $16,988.75 | $ 287.83 |
| 12/1/06 | 10/1/06 -- 10/31/06 | $19,348.25 | $ 210.02 | $19,348.25 | $ 210.02 |
| 1/11/07 | 11/1/06 – 11/30/06 | $34,281.25 | $ 425.47 | $34,281.25 | $ 425.47 |
| 3/7/07 | 12/1/06 - 12/31/06 | $43,924.00 | $ 338.42 | $43,924.00 | $ 338.42 |
| 3/7/07 | 1/1/07 - 1/31/07 | $51,760.00 | $ 211.32 | $51,760.00 | $ 211.32 |
| 6/4/07 | 2/1/07 - 2/28/07 | $36,245.00 | $ 94.79 | $36,245.00 | $ 94.79 |
| 6/4/07 | 3/1/07 - 3/31/07 | $33,840.00 | $ 480.06 | $33,840.00 | $ 480.06 |
| 6/18/07 | 4/1/07-4/30/07 | $35,377.50 | $ 514.32 | $35,377.50 | $ 514.32 |
| 6/18/07 | 5/1/07 - 5/31/07 | $17,681.25 | $ 389.29 | $17,681.25 | $ 389.29 |
| 8/23/07 | 6/1/07 - 6/30/07 | $22,225.00 | $ 133.35 | $22,225.00 | $ 133.35 |
| 10/11/07 | 7/1/07-7/31/07 | $31,450.00 | $ 248.66 | $31,100.00 | $ 248.66 |
| 10/11/07 | 8/1/07 - 8/31/07 | $30,497.50 | $ 567.93 | $29,875.50 | $ 567.93 |
| 10/19/07 | 9/1/07 - 9/30/07 | $18,575.00 | $ 311.53 | $18,575.00 | $ 311.53 |
| 1/2/08 | 10/1/07 – 10/31/07 | $7,217.50 | $ 791.76 | $7,217.50 | $ 791.76 |
| 1/2/08 | 11/1/07-11/30/07 | $5,200.00 | $ 111.41 | $5,200.00 | $ 111.41 |
| 4/29/08 | 12/1/07-12/31/07 | $8,670.00 | $ 142.43 | $8,670.00 | $ 142.43 |
| 4/29/08 | 1/1/08 – 2/28/08 | $19,480.00 | $ 74.16 | $19,480.00 | $ 74.16 |
| 5/5/08 | 3/1/08-3/31/08 | $6,320.00 | $ 81.38 | $6,320.00 | $ 81.38 |
| 6/23/08 | 4/1/08-4/30/08 | $5,358.00 | $ 54.14 | $5,358.00 | $ 54.14 |
| 7/21/08 | 5/1/08-5/31/08 | $32,068.00 | $ 19.86 | $32,068.00 | $ 19.86 |
| 9/3/08 | 6/1/08 – 6/30/08 | $39,793.00 | $ 1,384.81 | $39,793.00 | $ 1,384.81 |

[2] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[3] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[4] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

[5] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 9/15/08 | 7/1/08-7/31/08 | $89,644 | $273.65 | $89,644 | $273.65 |
| 11/14/08 | 8/1/08-8/31/08 | $50,539.50 | $224.70 | $50,539.50 | $224.70 |
| 11/14/08 | 9/1/08 - 9/30/08 | 3,905.50 | $986.54 | 3,905.50 | $986.54 |
| 2/6/09 | 10/1/08 - 10/31/08 | 1,360.00 | $365.78 | 1,360.00 | $365.78 |
| 2/6/09 | 11/1/08 - 11/30/08 | $920.00 | $524.75 | $920.00 | $524.75 |
| 3/24/09 | 12/1/08 - 12/31/08 | $2,702.50 | $11.37 | $2,702.50 | $11.37 |
| 3/30/09 | 1/1/09 - 1/31/09 | $25,585.00 | $1.40 | $25,585.00 | $1.40 |
| 4/21/09 | 2/1/09 - 2/28/09 | $39,237.00 | $516.80 | $39,237.00 | $516.80 |
| 4/30/09 | 3/1/09 - 3/31/09 | $ 8,128.00 | $ 46.35 | $ 8,128.00 | $ 46.35 |
| 7/7/09 | 4/1/09 - 4/30/09 | $ 80,837.00 | $1,411.58 | $ 80,837.00 | $1,411.58 |
| 7/20/09 | 5/1/09 - 5/31/09 | $ 80,837.00 | $ 1,411.58 | $ 80,837.00 | $ 1,411.58 |
| 9/2/09 | 6/1/09 - 6/30/09 | $38,481.50 | $ 888.98 | $38,481.50 | $ 888.98 |
| 9/15/09 | 7/1/089 - 7/31/09 | $6,972.00 | $ 534.11 | $6,972.00 | $ 534.11 |
| 10/1/09 | 8/1/09 - 8/31/09 | $1,991.50 | $ 5.80 | $1,991.50 | $ 5.80 |
| 11/2/09 | 9/1/09 - 9/30/09 | $ 6,836.00 | $ 53.92 | $ 6,836.00 | $ 53.92 |
| 12/9/09 | 10/1/09 - 10/31/09 | $ 15,246.00 | $ 75.86 | $ 15,246.00 | $ 75.86 |
| 1/4/10 | 11/1/09 - 11/30/09 | $ 14,828.50 | $ 56.80 | $ 14,828.50 | $ 56.80 |
| 2/3/10 | 12/1/09 - 12/31/09 | $ 7,224.00 | $ 84.20 | $ 7,224.00 | $ 84.20 |
| 3/31/10 | 1/1/10 - 1/31/10 | $ 2,778.00 | $ 36.85 | $ 2,778.00 | $ 36.85 |
| 3/31/10 | 2/1/10 - 2/28/10 | $ 4,449.50 | $12.27 | $ 4,449.50 | $12.27 |
| 5/17/10 | 3/1/10 – 3/31/2010 | $ 24,367.50 | $11.00 | $ 24,367.50 | $11.00 |
| 7/1/10 | 4/1/10 – 4/30/10 | $ 10,250.00 | $ 82.97 | $ 10,250.00 | $ 82.97 |
| 7/1/10 | 5/1/10 – 5/31/10 | $ 3,476.00 | $ 23.86 | $ 3,476.00 | $ 23.86 |
| 8/16/10 | 6/1/10 - 6/30/10 | $ 24,234.00 | $ 19.20 | $ 24,234.00 | $ 19.20 |
| 8/30/10 | 7/1/10 - 7/31/10 | $ 20,113.50 | $ 18.28 | $ 20,113.50 | $ 18.28 |
| 10/25/10 | 8/1/10 - 8/31/10 | $2,986.00 | $ 235.07 | $2,986.00 | $ 235.07 |
| 11/9/10 | 9/1/10 - 9/30/10 | $25,288.00 | $ 251.36 | $25,288.00 | $ 251.36 |
| 12/1710 | 10/1/10 - 10/31/10 | $13,119.50 | $ 352.94 | $13,119.50 | $ 352.94 |
| 1/10/11 | 11/1/10 - 11/30/10 | $ 13,940.00 | $ 50.56 | $ 13,940.00 | $ 50.56 |
| 3/3/11 | 12/1/10 - 12/31/10 | $ 18,381.47 | $ 46.47 | $ 18,381.47 | $ 46.47 |
| 4/5/11 | 1/1/11 - 1/31/11 | $ 4,046.00 | $129.34 | $ 4,046.00 | $129.34 |
| 4/5/11 | 2/1/11 - 2/28/11 | $ 9,082.00 | $ 0.20 | $ 9,082.00 | $ 0.20 |
| 5/31/11 | 3/1/11 - 3/31/11 | $ 5,617.50 | $ 21.36 | $ 5,617.50 | $ 21.36 |
| 6/13/11 | 4/1/11 - 4/30/11 | $ 5,612.00 | $ 96.75 | $ 5,612.00 | $ 96.75 |
| 7/8/11 | 5/1/11 - 5/31/11 | $10,248.00 | $ 16.76 | $10,248.00 | $ 16.76 |
| 9/14/11 | 6/1/11 - 6/30/11 | $ 22,223.50 | $ 20.40 | $ 22,223.50 | $ 20.40 |
| 9/14/11 | 7/1/11 - 7/31/11 | $ 9,342.00 | $ 94.66 | $ 9,342.00 | $ 94.66 |
| 9/29/11 | 8/1/11 - 8/31/11 | $31,785.50 | $268.57 | $31,785.50 | $268.57 |
| 11/16/11 | 9/1/11 - 9/30/11 | $ 8,447.50 | $341.60 | $ 8,447.50 | $341.60 |
| 12/1/11 | 10/1/11 - 10/31/11 | $11,621.00 | $55.64 | Pending | Pending |
| 12/27/11 | 11/1/11 – 11/30/11 | $ 14,634.50 | $ 56.70 | Pending | Pending |
| 3/26/12 | 12/1/11 – 12/31/11 | $82,764.50 | $ 94.75 | Pending | Pending |
| 3/26/12 | 1/1/12 – 1/31/12 | $151,022.60 | $322.03 | Pending | Pending |
| 5/24/12 | 2/1/12 - 2/29/12 | $102,163.92 | $337.47 | Pending | Pending |

## B&D PROFESSIONALS[6]

| Name of Professional Individual | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Pamela D. Marks | Principal; Joined Firm 1997; Member of MD Bar since 1986 | $469.20 | 84.90 | $39,835.08 |
| Karl S. Bourdeau | Principal; Joined Firm 1980; Member DC bar since 1978 | $657.80 | 33.90 | $22,299.42 |
| Bina R. Reddy | Associate; Joined Firm 2008; Member of TX Bar since 2009 | $303.60 | 1.20 | $364.32 |
| Heidi P. Knight | Associate; Joined Firm 2008; Member of MD Bar since 2008 | $303.60 | 40.90 | $12,417.24 |
| Elizabeth A. Wolk | Paralegal | $179.40 | 4.50 | $807.30 |
| Carl Jaworski | Senior Investigator/Analyst | $257.60 | 8.00 | $2,060.80 |
| Jayni Lanham | Associate; Joined Firm 2008; Member of MD Bar since 2008 | $303.60 | 4.30 | $1,305.48 |
| Lindsey Selba | Associate; Joined Firm 2010; Member of MD Bar since 2010 | $257.60 | 8.80 | $2,266.88 |
| Mark N. Duvall | Principal; Joined Firm 2008; Member of the DC Bar since 1978 | $506.00 | 7.70 | $3,896.20 |

|  |  |
|---|---|
| Fees: | $85,252.72 |
| Less Discount on VC Processing bill: | ($10,000.00) |
| Total Fees: | $75,252.72 |
| Total Hours: | 194.20 |
| Blended Rate: | $ 388.00 |

## TASK CODE SUMMARY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Litigation and Litigation Consulting | 194.20 | $75,252.72 |

---

[6] These amounts are the sum total from all of the invoices attached hereto.

EXPENSE SUMMARY[7]

| Expense Category | Service Provider (if applicable)[8] | Total Expense |
|---|---|---|
| Photocopying | | $194.93 |
| Postage | | $4.20 |
| Long Distance Telephone | | $47.67 |
| Local Travel | | $18.00 |
| Out-of-town Travel Expenses | Travel to team/client meetings | $202.40 |
| Meals | Meals at client/team meeting over several days | $711.88 |
| Other | Conference room rental; client/team meeting over several days | $4,245.09 |

WHEREFORE, Beveridge & Diamond, P.C. respectfully requests that, for the period

March 1, 2012 through March 31, 2012, an interim allowance be made to Beveridge & Diamond,

P.C. for compensation in the amount of $75,252.72 and actual and necessary expenses in the

amount of $5,424.17 for a total allowance of $80,676.89 and payment of $60,202.17 (80% of the

allowed fees) and reimbursement of $5,424.17 (100% of the allowed expenses) be authorized for

a total payment of $65,626.34 and for such other and further relief as this Court may deem just

and proper.

Dated: May    29   , 2012               BEVERIDGE & DIAMOND, P.C.

Pamela D. Marks
201 N. Charles Street, Suite 2210
Baltimore, MD 21201
Telephone:  410-230-1315
Facsimile:  410-230-1389
Counsel for Debtors and Debtors in Possession

---

[7] These amounts are the sum total of the disbursements as shown on all of the invoices attached hereto.

[8] B&D may use one or more service providers.  The service providers identified herein below are the primary service providers for the categories described.

VERIFICATION

Pamela D. Marks, after being duly sworn according to law, deposes and says:

a)  I am an attorney with the applicant law firm Beveridge & Diamond, P.C..

b)  I am familiar with the legal services rendered by Beveridge & Diamond, P.C. as counsel to the Debtor and am thoroughly familiar with the other work performed on behalf of the Debtor by the lawyers and paraprofessionals of Beveridge & Diamond, P.C.

c)  I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware, and submit that the Application substantially complies with such rules.

_____
Pamela D. Marks


SWORN AND SUBSCRIBED
before me this 29 day of May, 2012.


_____
Notary Public:  Debora R. Melnyk
My Commission Expires:  May 27, 2013

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No.  01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
<u>MARCH 1, 2012 THROUGH MARCH 31, 2012</u>

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (Curtis Bay FUSRAP Bankruptcy Claim Resolution)

# LAW OFFICES
## BEVERIDGE & DIAMOND, P.C.
### SUITE 2210
### 201 NORTH CHARLES STREET
### BALTIMORE, MD 21201-4150
### (410) 230-1300

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

April 20, 2012
Client/Matter #  01246-011548
Invoice # 147521
Federal ID# 52-1247549

---

For Legal Services Rendered Through 03/31/12 in Connection With:

PLEASE REMIT PAYMENT TO :    BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

Curtis Bay FUSRAP Bankruptcy Claim Resolution
100103

| 03/29/12 | P. Marks | L110 | 0.90 | Evaluate NPDES permit issues and coordinate with client re same. |
| 03/30/12 | P. Marks | L110 | 1.30 | Conduct research and telephone conference with P. Bucens re NPDES and Critical Area issues. |

Total Hours :          2.20

Total Fees :        $1,032.24

. BEVERIDGE & DIAMOND, P.C.

## Time Summary :

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 2.20 | $469.20 | $1,032.24 |
| Total Fees : | | | $1,032.24 |
| Total Fees: | | | $1,032.24 |

## Summary by Task Codes :

| CODE | Hours | Bill Amount |
|---|---|---|
| L100 | | |
| L110 | 2.20 | $1,032.24 |
| Total L100 | 2.20 | $1,032.24 |
| Total Fees : | 2.20 | $1,032.24 |

## Summary by Disbursement Codes :

| | | |
|---|---|---|
| TOTAL DUE : | | $1,032.24 |

# EXHIBIT B

## (IRIS)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co.
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

April 20, 2012
Client/Matter #  01246-015172
Invoice # 147525
Federal ID# 52-1247549

---

For Legal Services Rendered Through 03/31/12 in Connection With:

**PLEASE REMIT PAYMENT TO :**        **BEVERIDGE & DIAMOND, P.C.**
                                     SUITE 700
                                     1350 I STREET, N.W.
                                     WASHINGTON, D.C. 20005-3311

<u>IRIS</u>

| Date | Name | Code | Hours | Description |
|------|------|------|-------|-------------|
| 03/01/12 | K. Bourdeau | C300 | 3.30 | Further review of P. Marks draft summary re major issues; extended conference with P. Marks re same; e-mail communications re issues; conference call with W.R. Grace team re path forward. |
| 03/01/12 | P. Marks | C300 | 5.10 | Tasks and telephone conferences with team and K. Bourdeau. |
| 03/02/12 | K. Bourdeau | C300 | 1.00 | Numerous e-mail communications re client project. |
| 03/02/12 | P. Marks | C300 | 2.10 | Review and evaluate new materials and emails with client re same. |
| 03/02/12 | E. Wolk | C300 | 2.50 | Monitoring and support tasks. |
| 03/04/12 | P. Marks | C300 | 0.30 | Meeting preparation. |
| 03/05/12 | K. Bourdeau | C300 | 1.00 | E-mail communications with team re tasks. |
| 03/05/12 | P. Marks | C300 | 3.80 | Prepare for and attend client team meeting. |
| 03/05/12 | J. Lanham | C300 | 0.50 | Edit documents. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  147525
April 20, 2012
PAGE  2

| 03/06/12 | K. Bourdeau | C300 | 0.50 | Various e-mail communications re various developments and action items. |
| 03/06/12 | P. Marks | C300 | 1.60 | Follow-up tasks from meeting and coordinate with K. Bourdeau and team re same and next meeting and research re same. |
| 03/07/12 | K. Bourdeau | C300 | 0.50 | Communications re tasks. |
| 03/07/12 | P. Marks | C300 | 2.10 | Follow-up re data issues and assessments. |
| 03/07/12 | J. Lanham | C300 | 1.80 | Document related activities. |
| 03/08/12 | K. Bourdeau | C300 | 3.00 | Conference with P. Marks re status, action items, and preparation for meeting; conduct tasks; conference with P. Marks and consultant re same. |
| 03/08/12 | P. Marks | C300 | 1.90 | Prepare agenda, telephone conference with L. Duff re detailed meeting planning and assess issues. |
| 03/08/12 | J. Lanham | C300 | 1.20 | Document related activities. |
| 03/09/12 | K. Bourdeau | C300 | 4.50 | Participate in Grace team meeting re tasks. |
| 03/09/12 | P. Marks | C300 | 5.90 | Conference with team in Washington office re issues. |
| 03/09/12 | E. Wolk | C300 | 1.00 | Monitoring and support tasks. |
| 03/10/12 | P. Marks | C300 | 0.20 | Coordinate with L. Duff re client briefings. |
| 03/12/12 | K. Bourdeau | C300 | 0.30 | Communications with L. Duff and W. Corcoran re action items, path forward. |
| 03/13/12 | K. Bourdeau | C300 | 0.80 | Project tasks. |
| 03/13/12 | P. Marks | C300 | 1.40 | Telephone conferences with H. Feichko and consultant re information and tasks and follow-up re same. |
| 03/14/12 | K. Bourdeau | C300 | 0.50 | E-mail communications re various developments, technical issues. |
| 03/14/12 | P. Marks | C300 | 2.60 | Conduct project tasks. |
| 03/15/12 | K. Bourdeau | C300 | 1.80 | Project tasks. |
| 03/16/12 | E. Wolk | C300 | 0.50 | Monitoring and support tasks. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  147525
April 20, 2012
PAGE  3

| 03/19/12 | K. Bourdeau | C300 | 0.80 | Project tasks; prepare e-mail to P. Marks re same. |
|----------|-------------|------|------|---------------------------------------------------|
| 03/19/12 | P. Marks | C300 | 3.00 | Review drafts, telephone conference with L. Duff re same, follow-up emails and drafting re same and coordinate with J. Lanham re documents. |
| 03/19/12 | J. Lanham | C300 | 0.50 | Document management. |
| 03/20/12 | K. Bourdeau | C300 | 2.80 | Review and prepare comments on documents. |
| 03/20/12 | P. Marks | C300 | 3.30 | Project tasks. |
| 03/21/12 | P. Marks | C300 | 6.20 | Project tasks. |
| 03/22/12 | K. Bourdeau | C300 | 1.00 | Communications with P. Marks re tasks and review consultant product. |
| 03/22/12 | P. Marks | C300 | 4.60 | Strategy telephone conference with L. Duff and team telephone conference re project and associates tasks, and perform project tasks. |
| 03/23/12 | K. Bourdeau | C300 | 1.30 | Project tasks. |
| 03/23/12 | E. Wolk | C300 | 0.50 | Monitoring and support tasks. |
| 03/26/12 | K. Bourdeau | C300 | 1.50 | Project tasks. |
| 03/26/12 | P. Marks | C300 | 2.90 | Project tasks. |
| 03/27/12 | K. Bourdeau | C300 | 0.80 | Project tasks. |
| 03/27/12 | P. Marks | C300 | 4.20 | Project tasks and communications with client team re same. |
| 03/28/12 | K. Bourdeau | C300 | 1.50 | Project tasks. |
| 03/28/12 | P. Marks | C300 | 3.20 | Project tasks and coordinate with client re same. |
| 03/29/12 | K. Bourdeau | C300 | 2.30 | Conference call with Grace team re status, strategy action items; numerous e-mail communications re various issues related to same. |
| 03/29/12 | P. Marks | C300 | 5.40 | Project tasks and coordinate with team, conduct team conference call and follow-up tasks. |
| 03/30/12 | K. Bourdeau | C300 | 1.50 | Conference with P. Marks re status, strategy, action items; communications re path forward. |

BEVERIDGE & DIAMOND, P.C.

| 03/30/12 | P. Marks | C300 | 1.90 | Project tasks. |
| 03/30/12 | J. Lanham | C300 | 0.30 | Document management activities. |
| 03/31/12 | K. Bourdeau | C300 | 0.50 | E-mail communications re tasks. |
| 03/31/12 | P. Marks | C300 | 0.90 | Email exchanges and evaluations re tasks. |

**Total Hours :**          102.60

**Total Fees :**          $52,008.06

BEVERIDGE & DIAMOND, P.C.

INVOICE #  147525
April 20, 2012
PAGE  5

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 31.20 | $657.80 | $20,523.36 |
| P. Marks | 62.60 | $469.20 | $29,371.92 |
| J. Lanham | 4.30 | $303.60 | $1,305.48 |
| E. Wolk | 4.50 | $179.40 | $807.30 |
| **Total Fees :** | | | **$52,008.06** |
| **Total Fees:** | | | **$52,008.06** |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 102.60 | $52,008.06 |
| Total | 102.60 | $52,008.06 |
| **Total Fees :** | **102.60** | **$52,008.06** |

**Summary by Disbursement Codes :**

| | | Bill Amount |
|---|---|---|
| E105 | Telephone | $45.87 |
| E109 | Local Travel | $18.00 |
| E110 | Out-of-town Travel | $202.40 |
| E111 | Meals | $390.41 |
| E124 | Other | $4,245.09 |
| **Total Disbursements :** | | **$4,901.77** |
| **TOTAL DUE :** | | **$56,909.83** |

# EXHIBIT C

**(Investigation of VC Processing Facilities)**

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.                              April 30, 2012
Attn: Lydia Duff, Esq.                         Client/Matter #  01246-014352
7500 Grace Drive                               Invoice # 147523
Columbia, MD  21044                            Federal ID# 52-1247549

For Legal Services Rendered Through 03/31/12 in Connection With:

**Investigation of VC Processing Facilities**
**100045**

| Date | Name | Hours | Description |
|---|---|---|---|
| 03/01/12 | K. Bourdeau | 0.30 | Conference with P. Marks re path forward on tasks. |
| 03/01/12 | P. Marks | 3.20 | Prepare for, conduct telephone conference with H. Feichko and L. Duff and follow-up tasks re project, and coordinate with C. Jaworski re tasks for same; telephone conference with K. Bourdeau re same. |
| 03/01/12 | C. Jaworski | 4.00 | Discuss tasks with P. Marks and client in-house counsel; perform tasks re same. |
| 03/02/12 | C. Jaworski | 4.00 | Project tasks; inform P. Marks. |
| 03/05/12 | P. Marks | 2.70 | Prepare for and attend conference with H. Feichko and L. Duff. |
| 03/06/12 | P. Marks | 0.30 | Assess new cases and coordinate with B. Reddy re same. |
| 03/07/12 | K. Bourdeau | 0.80 | Review B. Reddy analysis of new case law; prepare follow-up communication re same. |
| 03/07/12 | B. Reddy | 1.20 | Legal research. |
| 03/08/12 | K. Bourdeau | 0.30 | Conference with P. Marks re tasks. |
| 03/08/12 | P. Marks | 0.20 | Coordinate with B. Reddy re identification of any research gaps. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 147523
April 30, 2012
PAGE   2

| 03/08/12 | H. Knight | 3.10 | Client project; conference with P. Marks re same. |
|----------|-----------|------|---------------------------------------------------|
| 03/09/12 | H. Knight | 2.10 | Client project. |
| 03/12/12 | P. Marks | 1.90 | Client project. |
| 03/12/12 | H. Knight | 6.20 | Client project; review documents; conferences with P. Marks re same. |
| 03/13/12 | P. Marks | 1.20 | Telephone conference with H. Feichko re coordination of tasks and client direction, and conference with H. Knight re same. |
| 03/13/12 | H. Knight | 6.90 | Client project; review documents. |
| 03/14/12 | P. Marks | 0.80 | Coordinate with H. Knight re tasks. |
| 03/14/12 | H. Knight | 4.50 | Review documents; conference with P. Marks re same. |
| 03/15/12 | H. Knight | 3.60 | Review documents; prepare memorandum. |
| 03/16/12 | H. Knight | 4.20 | Review documents; prepare memorandum. |
| 03/19/12 | H. Knight | 3.10 | Review documents; prepare memorandum; conference and email correspondence with P. Marks re same. |
| 03/21/12 | H. Knight | 0.80 | Prepare binders and index of supplemental documents. |
| 03/23/12 | P. Marks | 2.80 | Prepare updated memorandum. |
| 03/23/12 | H. Knight | 0.30 | Conference with P. Marks re memorandum. |
| 03/28/12 | H. Knight | 0.20 | Email correspondence with P. Marks re memorandum. |
| 03/29/12 | P. Marks | 0.50 | Address technical inquiry from H. Feichko and follow-up emails re same. |
| 03/30/12 | P. Marks | 0.80 | Conference with H. Knight re memorandum and brief telephone conference with H. Feichko re same. |
| 03/30/12 | H. Knight | 4.60 | Prepare memorandum; coordinate with P. Marks re same. |
| 03/31/12 | H. Knight | 1.30 | Prepare memorandum. |

.BEVERIDGE & DIAMOND, P.C.

Total Hours :                    65.90

Total Fees :            $22,519.76

BEVERIDGE & DIAMOND, P.C.

INVOICE # 147523
April 30, 2012
PAGE  4

**Disbursements:**

| | |
|---|---|
| Copying | 175.53 |
| Telephone | 1.80 |
| Meals | 321.47 |

Total Disbursements :    $498.80

**Time Summary:**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 1.40 | $657.80 | $920.92 |
| P. Marks | 14.40 | $469.20 | $6,756.48 |
| B. Reddy | 1.20 | $303.60 | $364.32 |
| H. Knight | 40.90 | $303.60 | $12,417.24 |
| C. Jaworski | 8.00 | $257.60 | $2,060.80 |

Subtotal Fees :    $22,519.76

Less Adjustment    :    (10,000.00)

Total Fees Billed :    $12,519.76

Total Disbursements :    $498.80

TOTAL DUE :    $13,018.56

# EXHIBIT D

**(Bankruptcy Fee Application)**

# LAW OFFICES
## BEVERIDGE & DIAMOND, P.C.
### SUITE 2210
### 201 NORTH CHARLES STREET
### BALTIMORE, MD 21201-4150
### (410) 230-1300

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

April 20, 2012
Client/Matter #  01246-012629
Invoice # 147522
Federal ID# 52-1247549

---

For Legal Services Rendered Through 03/31/12 in Connection With:

**PLEASE REMIT PAYMENT TO :**        BEVERIDGE & DIAMOND, P.C.
                                     SUITE 700
                                     1350 I STREET, N.W.
                                     WASHINGTON, D.C. 20005-3311

**Bankruptcy Fee Application**
**100035**


| | | | | | |
|---|---|---|---|---|---|
| 03/16/12 | P. Marks | L190 | 0.50 | Address billing issues. |


| | |
|---|---|
| **Total Hours :** | 0.50 |
| **Total Fees :** | $234.60 |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  147522
April 20, 2012
PAGE  2

Time Summary :

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 0.50 | $469.20 | $234.60 |
| Total Fees : | | | $234.60 |
| Total Fees: | | | $234.60 |

Summary by Task Codes :

| CODE | Hours | Bill Amount |
|---|---|---|
| L100 | | |
| L190 | 0.50 | $234.60 |
| Total L100 | 0.50 | $234.60 |
| Total Fees : | 0.50 | $234.60 |

Summary by Disbursement Codes :

| | | Bill Amount |
|---|---|---|
| E101 | Copying | $19.40 |
| E108 | Postage | $4.20 |
| Total Disbursements : | | $23.60 |
| TOTAL DUE : | | $258.20 |

# EXHIBIT E

## (Trivalent Chromium)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
`(410) 230-1300`

W. R. Grace & Co.                                 April 20, 2012
Attn: Lydia B. Duff, Esq.                         Client/Matter #  01246-014988
7500 Grace Drive                                  Invoice # 147524
Columbia, MD  21044                               Federal ID# 52-1247549

---

For Legal Services Rendered Through 03/31/12 in Connection With:

PLEASE REMIT PAYMENT TO :        BEVERIDGE & DIAMOND, P.C.
                                 SUITE 700
                                 1350 I STREET, N.W.
                                 WASHINGTON, D.C. 20005-3311

**Trivalent Chromium**

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 03/12/12 | P. Marks | C300 | 2.20 | Evaluate and direct L. Selba re preparing petition; telephone conference with E. Hammerberg re procedure re same, and email summaries with L. Duff re same. |
| 03/12/12 | L. Selba | C300 | 4.00 | Prepare petition re procedure for trivalent chromium exclusion and application of exclusion to Grace; conference with P. Marks re same; telephone conference with P. Marks and E. Hammerberg re same. |
| 03/13/12 | P. Marks | C300 | 2.10 | Evaluate and prepare petition. |
| 03/13/12 | L. Selba | C300 | 2.50 | Prepare submittal to Maryland Department of Environment (MDE) re trivalent chromium exclusion; communications with P. Marks re same. |
| 03/14/12 | P. Marks | C300 | 0.90 | Preparation of petition and direct L. Selba re same. |
| 03/14/12 | L. Selba | C300 | 2.30 | Conference with P. Marks re submittal; prepare submittal per P. Marks comments. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  147522
April 20, 2012
PAGE  2

## Time Summary :

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 0.50 | $469.20 | $234.60 |
| **Total Fees :** | | | **$234.60** |
| **Total Fees:** | | | **$234.60** |

## Summary by Task Codes :

| CODE | Hours | Bill Amount |
|---|---|---|
| L100 | | |
| L190 | 0.50 | $234.60 |
| Total L100 | 0.50 | $234.60 |
| **Total Fees :** | **0.50** | **$234.60** |

## Summary by Disbursement Codes :

| | | Bill Amount |
|---|---|---|
| E101 | Copying | $19.40 |
| E108 | Postage | $4.20 |
| **Total Disbursements :** | | **$23.60** |
| **TOTAL DUE :** | | **$258.20** |

# EXHIBIT F

## (Project Torch)

## LAW OFFICES
### BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co.                                      May 23, 2012
Attn: Lydia B. Duff                                    Client/Matter #  01246-015264
7500 Grace Drive                                       Invoice # 148026
Columbia, MD  21044                                    Federal ID# 52-1247549

---

For Legal Services Rendered Through 04/30/12 in Connection With:

PLEASE REMIT PAYMENT TO :        BEVERIDGE & DIAMOND, P.C.
                                 SUITE 700
                                 1350 I STREET, N.W.
                                 WASHINGTON, D.C. 20005-3311

### Project Torch

| Date | Attorney | Code | Hours | Description |
|------|----------|------|-------|-------------|
| 03/13/12 | K. Bourdeau | C300 | 0.50 | Conference with L. Duff and W. Corcoran re background on project; follow-up with M. Duvall re same. |
| 03/13/12 | M. Duvall | C300 | 2.30 | Conference with K. Bourdeau re background on project; research re same. |
| 03/14/12 | M. Duvall | C300 | 2.80 | Research re project. |
| 03/15/12 | K. Bourdeau | C300 | 0.80 | Conference with M. Duvall re results of research; conference with L. Duff and M. Duvall re same. |
| 03/15/12 | M. Duvall | C300 | 2.60 | Prepare for telephone conference with L. Duff; conference with K. Bourdeau re same; telephone conference with L. Duff and K. Bourdeau re results of issue evaluation and research. |

Total Hours :                    9.00

Total Fees :                     $4,751.34

BEVERIDGE & DIAMOND, P.C.

INVOICE #  148026
May 23, 2012
PAGE  2

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 1.30 | $657.80 | $855.14 |
| M. Duvall | 7.70 | $506.00 | $3,896.20 |
|  |  | Total Fees : | $4,751.34 |
|  |  | Total Fees: | $4,751.34 |

**Summary by Task Codes :**

| CODE |  | Hours | Bill Amount |
|---|---|---|---|
| C300 |  | 9.00 | $4,751.34 |
| Total |  | 9.00 | $4,751.34 |
|  | Total Fees : | 9.00 | $4,751.34 |

**Summary by Disbursement Codes :**

|  |  |  |
|---|---|---|
|  | TOTAL DUE : | $4,751.34 |