```
UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
-------------------------------------X
In re :  W.R. Grace & Co., et al
                                                          Chapter    11
                                                       Case Nos.01-01139
                                                          Claim No. 645
             Debtors
-------------------------------------X
```

NOTICE:  TRANSFER OF CLAIM PURSUANT TO **FRBP RULE 3001(e)(2) OR (4)**

To: (Transferor)    **Sierra Asset Management, LLC**
                    (As Transferee from original Transferor Big River
                    Rubber & Gasket)
                    2699 White Road - Suite 255
                    Irvine, CA  92614

The transfer of your claim (#645) as shown above, in the amount of $6,235.96 has been transferred *(unless previously expunged by court order)* to:

              SIERRA LIQUIDITY FUND, LLC
              2699 WHITE RD. SUITE #255
              IRVINE, CA 92614


No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS** OF THE DATE OF THIS NOTICE, YOU MUST:
       FILE A WRITTEN OBJECTION TO THE TRANSFER with:

       United States Bankruptcy Court
       District of Delaware
       Attn:  Bankruptcy Clerk
       824 N. Market Street - 3rd Floor
       Wilmington, DE  19801

       SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to **INTERNAL CONTROL No.**        in your objection.
IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.


                           Clerk of Court
-----------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on          , 20__.
Copy(check): Claims Agent__  Transferee__  Debtor's Attorney__


                                             _____
                                             Deputy Clerk
bc: objntc
OBJECTION NOTICE FOR TRANSFEROR-PROOF OF CLAIM ON FILE