```
UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
-------------------------------------X
In re :  W.R. Grace & Co., et al
                                                          Chapter   11
                                                      Case Nos.01-01139
                                                        Claim No. 773

           Debtors
-------------------------------------X
```

NOTICE:  TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(2) OR (4)

To: (Transferor)    Sierra Asset Management, LLC
                    (As Transferee from original Transferor (Preferred
                    Fire Protection)
                    2699 White Road - Suite 255
                    Irvine, CA  92614

The transfer of your claim (#773) as shown above, in the amount of $7,740.00 has been transferred *(unless previously expunged by court order)* to:

           SIERRA LIQUIDITY FUND, LLC
           2699 WHITE RD. SUITE #255
           IRVINE, CA 92614

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**
      FILE A WRITTEN OBJECTION TO THE TRANSFER with:

           United States Bankruptcy Court
           District of Delaware
           Attn:  Bankruptcy Clerk
           824 N. Market Street - 3rd Floor
           Wilmington, DE  19801

   SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to INTERNAL CONTROL No.      in your objection.
IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.

                              Clerk of Court
-----------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on         , 20  .
Copy(check): Claims Agent__ Transferee__ Debtor's Attorney__

                                        _____
                                        Deputy Clerk

bc: objntc
OBJECTION NOTICE FOR TRANSFEROR-PROOF OF CLAIM ON FILE