## EXHIBIT A

## May 2012 Fee Detail

| Matter 3 | | | | | Business Operations |
|---|---|---|---|---|---|
| Attorney | Date | Description | Time | Rate | Amount |
| RJH | 5/1/2012 | Telephone conference with A. Schlesinger re various business issues (.50); review and analyze client materials re same (.50); circulate same to committee counsel (.40). | 1.40 | $475 | $665.00 |
| RJH | 5/3/2012 | Analyze A. Rich issue re proposed business transaction (.30); telephone conference with A. Schlesinger re same (.30); exchange correspondence re same (.20). | .80 | $475 | $380.00 |
| RJH | 5/4/2012 | Draft response to A. Rich re proposed business transaction (.80); exchange correspondence with various parties re same (.30); telephone conference with A. Schlesinger re same (.30). | 1.40 | $475 | $665.00 |
| RJH | 5/11/2012 | Legal research and analysis re proposed business transaction (1.50); telephone conferences with J. McFarland re same (.50); exchange correspondence with various parties re Grace AOP (.30). | 2.30 | $475 | $1,092.50 |
| RJH | 5/12/2012 | Draft business transaction motion (4.00); legal research re same (1.20). | 5.20 | $475 | $2,470.00 |
| RJH | 5/13/2012 | Review and analyze client documents (2.00); multiple telephone conferences with J. McFarland (1.20); draft and revise business transaction motion (1.50); analyze legal issues re same (.70). | 5.40 | $475 | $2,565.00 |
| RJH | 5/14/2012 | Draft motion to seal exhibits to business transaction motion (.30); legal research re same (.20); draft and revise business transaction motion (.50); telephone conference with J. McFarland re same (.40); telephone conference with A. Schlesinger re same (.30). | 1.70 | $475 | $807.50 |
| RJH | 5/15/2012 | Legal analysis re proposed business transaction (.50); review and revise motion re same (.50); telephone conference with J. McFarland re same (.30). | 1.30 | $475 | $617.50 |
| RJH | 5/24/2012 | Telephone conference with J. O'Connell re proposed business transaction (.50); analyze issues re same (.30); exchange correspondence with various parties re same (.30). | 1.10 | $475 | $522.50 |
| RJH | 5/25/2012 | Analyze materials re proposed business transaction (.30); exchange correspondence with J. O'Connell re same (.20). | .50 | $475 | $237.50 |
| RJH | 5/29/2012 | Telephone conferences with A. Schlesinger and J. O'Connell re proposed business transaction (.90); analyze and resolve issues re same (.50); exchange correspondence with various parties re same (.30); review and revise draft client materials re same (.90). | 2.60 | $475 | $1,235.00 |
| RJH | 5/30/2012 | Review and comment on draft materials re proposed business transaction (.50); exchange correspondence with various parties re same (.20). | .70 | $475 | $332.50 |

| | | | | | |
|---|---|---|---|---|---|
| RJH | 5/31/2012 | Telephone conference with J. McFarland re proposed business transaction (.30); telephone conversation with M. Conron re proposed business transaction (.30); telephone conference with K. Makowski re same (.30); telephone conferences with M. Conron re same (.30); telephone conference with L. Jones re same (.40); telephone conference with M. Conron and D. Barton re same (.80); telephone conferences with A. Paul re same (.60). | 3.00 | $475 | $1,425.00 |
| Total | | | 27.40 | | $13,015.00 |

**Matter 4** — **Case Administration**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 5/3/2012 | Respond to creditor inquiries (.80). | .80 | $475 | $380.00 |
| RJH | 5/10/2012 | Respond to various creditor inquiries (.50). | .50 | $475 | $237.50 |
| RJH | 5/14/2012 | Correspond with R. Finke re creditor inquiry matters (.40); review and analyze pleadings (.50); respond to creditor inquiries (.30). | 1.20 | $475 | $570.00 |
| RJH | 5/16/2012 | Review and analyze filed pleadings (.50); respond to creditor inquiry (.40). | .90 | $475 | $427.50 |
| RJH | 5/23/2012 | Analyze issues re quarterly post-confirmation reports (.90); respond to creditor inquiries (.80); review and analyze pleadings (.50). | 2.20 | $475 | $1,045.00 |
| RJH | 5/24/2012 | Respond to creditor inquiries (.20). | .20 | $475 | $95.00 |
| RJH | 5/29/2012 | Review and analyze filed pleadings (.30); attend to creditor inquiries (.30). | .60 | $475 | $285.00 |
| RJH | 5/30/2012 | Legal research re quarterly settlement reports (.50); exchange correspondence with various parties re same (.20). | .70 | $475 | $332.50 |
| Total | | | 7.10 | | $3,372.50 |

| Matter 5 | | Claim Analysis Objection & Resolution (Asbestos) | | | |
|---|---|---|---|---|---|
| Attorney | Date | Description | Time | Rate | Amount |
| RJH | 5/16/2012 | Legal research re request to file ZAI claim (.50). | .50 | $475 | $237.50 |
| RJH | 5/17/2012 | Analyze issues re property damage claims (.30); exchange correspondence with various parties re same (.30). | .60 | $475 | $285.00 |
| RJH | 5/22/2012 | Legal research re asbestos PI claims (.40); draft correspondence to R. Finke re same (.30). | .70 | $475 | $332.50 |
| RJH | 5/29/2012 | Exchange correspondence with J. Cohen re PD claim transfer issue (.40); analyze issues re same (.10). | .50 | $475 | $237.50 |
| RJH | 5/31/2012 | Telephone conferences with R. Finke re property damage claims transfer issue (.60); draft response to J. Cohen re same and revise (.40). | 1.00 | $475 | $475.00 |
| Total | | | 3.30 | | $1,567.50 |

| Matter 6 | | Claim Analysis Objection & Resolution (Non-asbestos) | | | |
|---|---|---|---|---|---|
| Attorney | Date | Description | Time | Rate | Amount |
| RJH | 5/1/2012 | Analyze open scheduled claims (2.50); review and analyze client reports re same (1.00); review and analyze open tax claims report (1.00) | 4.50 | $475 | $2,137.50 |
| RJH | 5/2/2012 | Prepare for telephone conference with R. Finke re open scheduled claims issue (.40); participate in same (1.40); legal research re same (1.20); revised schedule re same (2.00); exchange in correspondence with various parties re same (.60). | 5.60 | $475 | $2,660.00 |
| RJH | 5/3/2012 | Telephone conference with H. Feichko re Wilmington and Weedsport additional sites (.60); analyze Weedsport draft AOC (.50); analyze open scheduled claims issues (.30); exchange correspondence with various parties re same (.30); telephone conference with M. Araki re same (.40); update and circulate report re same (.50); analyze issues re open tax claims (.30); telephone conference with T. Maynes re same (.30); correspond with various parties re same (.30); exchange correspondence with various parties re Locke settlement notice (.40). | 3.90 | $475 | $1,852.50 |
| RJH | 5/7/2012 | Analyze Williamsport AOC (.30); draft motion to approve same (1.50); telephone conference with J. Forgach re committee questions re Locke settlement (.40); prepare for telephone conference with A. Krieger re same (.10); participate in same (.40); prepare for telephone conference with H. Feichko and others re Big Tex (.20); participate in same (.50). | 3.40 | $475 | $1,615.00 |
| RJH | 5/8/2012 | Draft and revise Weedsport AOC motion (4.00); analyze materials and legal issues re same (1.00); analysis re open scheduled claims (.50). | 5.50 | $475 | $2,612.50 |
| RJH | 5/9/2012 | Telephone conference with A. Feichko re Weedsport AOC (.60); legal research and consider issues re same (.50). | 1.10 | $475 | $522.50 |
| RJH | 5/10/2012 | Participate in telephone conference with A. Krieger and H. Feichko re Big Tex settlement motion (.50). | .50 | $475 | $237.50 |
| RJH | 5/11/2012 | Attend to matters re Locke Notice of Settlement (.50); review and analyze environmental claims matters (.40). | .90 | $475 | $427.50 |
| RJH | 5/16/2012 | Analyze various claims issues (2.50); exchange correspondence with various parties re same (.30). | 2.80 | $475 | $1,330.00 |
| RJH | 5/21/2012 | Attend to matters re open claims issues (.50). | .50 | $475 | $237.50 |
| RJH | 5/22/2012 | Analyze issues re Otis Pipeline claim (.50); exchange correspondence with various parties re same (.30). | .80 | $475 | $380.00 |
| RJH | 5/23/2012 | Analyze various claims and claims transfer issues (1.50); exchange correspondence with various parties re same (.30). | 1.80 | $475 | $855.00 |

**Matter 6**  **Claim Analysis Objection & Resolution (Non-asbestos)**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 5/24/2012 | Analyze and resolve claims transfer issues (2.20); correspond with M. Araki re same (.30). | 2.50 | $475 | $1,187.50 |
| RJH | 5/25/2012 | Telephone conference with R. Placey re Novak Sanitary Site (.50); analyze materials re same (.30). | .80 | $475 | $380.00 |
| RJH | 5/29/2012 | Telephone conference with H. Feichko re Novak Sanitary Site (.70); analyze materials re same (.50); legal research re same (.70); analyze claims transfer issues (.80). | 2.70 | $475 | $1,282.50 |
| RJH | 5/30/2012 | Exchange correspondence with various parties re Novak claim (.60); analyze issues re same (.20). | .80 | $475 | $380.00 |
| Total | | | 38.10 | | $18,097.50 |

| Matter 7 | | Committee, Creditors', Noteholders', or Equity Holders' | | | |
|---|---|---|---|---|---|
| Attorney | Date | Description | Time | Rate | Amount |
| RJH | 5/9/2012 | Prepare for telephone conference with committee counsel and financial advisors re various matters (.30); participate in same (.50). | .80 | $475 | $380.00 |
| Total | | | 0.80 | | $ 380.00 |

| | Matter 8 | Employee Benefits/Pension | | | |
|---|---|---|---|---|---|
| Attorney | Date | Description | Time | Rate | Amount |
| RJH | 5/9/2012 | Draft and revise 2012 LTIP motion (3.00); exchange correspondence with various parties re same (.50). | 3.50 | $475 | $1,662.50 |
| RJH | 5/10/2012 | Telephone conference with A. Schlesinger and B. Jaffe re LTIP Motion (.50); telephone conferences with J. Forgach re same (.80); draft and revise same (3.00); circulate same (.50). | 4.80 | $475 | $2,280.00 |
| RJH | 5/11/2012 | Revise LTIP motion (.50). | .50 | $475 | $237.50 |
| RJH | 5/14/2012 | Analyze comments to LTIP motion (.50); revise same (1.80); prepare same for filing (.30); exchange correspondence with various parties re same (.50). | 3.10 | $475 | $1,472.50 |
| RJH | 5/22/2012 | Analyze Capstone information request re LTIP motion (.30); exchange correspondence with various parties re same (.20). | .50 | $475 | $237.50 |
| RJH | 5/24/2012 | Telephone conference with A. Krieger re LTIP motion (.30). | .30 | $475 | $142.50 |
| Total | | | 12.70 | | $6,032.50 |

| Matter 10 | | Employee Benefits/Pension | | | |
|---|---|---|---|---|---|
| Attorney | Date | Description | Time | Rate | Amount |
| RJH | 5/11/2012 | Telephone conference with H. Gurley re potential engagement and retention issues (.40); draft and exchange correspondence with various parties re same (.30). | .70 | $475 | $332.50 |
| RJH | 5/15/2012 | Legal research re Grant Thornton retention (.30); telephone conference with J. McFarland re same (.30); draft correspondence re same (.30). | .90 | $475 | $427.50 |
| RJH | 5/16/2012 | Attend to matters re ordinary course professionals (.50). | .50 | $475 | $237.50 |
| RJH | 5/22/2012 | Research OCP affidavit issue (.30); exchange correspondence with M. Araki re same (.20). | .50 | $475 | $237.50 |
| RJH | 5/25/2012 | Telephone conferences with J. McFarland re Grant Thornton retention (1.00); analyze and resolve issues re same (.70). | 1.70 | $475 | $807.50 |
| RJH | 5/29/2012 | Prepare for telephone conference with M. Margulies, H. Gurley & J. McFarland re Grant Thornton issue (.20); participate in same (.60); draft language re same (.70). | 1.50 | $475 | $712.50 |
| Total | | | 5.80 | | $2,755.00 |

| Matter 11 | | Fee Applications, Applicant | | | |
|---|---|---|---|---|---|
| Attorney | Date | Description | Time | Rate | Amount |
| RJH | 5/1/2012 | Prepare quarterly fee application for 1st quarter 2012 (2.50). | 2.50 | $475 | $1,187.50 |
| RJH | 5/3/2012 | Prepare quarterly fee application for 1st quarter 2012 for filing (1.00). | 1.00 | $475 | $475.00 |
| RJH | 5/22/2012 | Prepare April 2012 fee application (2.00). | 2.00 | $475 | $950.00 |
| RJH | 5/23/2012 | Prepare April 2012 fee application (1.00). | 1.00 | $475 | $475.00 |
| RJH | 5/31/2012 | Prepare April fee application for filing (.70). | .70 | $475 | $332.50 |
| Total | | | 7.20 | | $3,420.00 |

| Matter 14 | | Hearings | | | |
|---|---|---|---|---|---|
| Attorney | Date | Description | Time | Rate | Amount |
| RJH | 5/3/2012 | Review and comment on draft May omnibus hearing agenda (.30); exchange correspondence with various parties re same (.20). | .50 | $475 | $237.50 |
| RJH | 5/18/2012 | Exchange correspondence with various parties re hearings issues (.40). | .40 | $475 | $190.00 |
| RJH | 5/21/2012 | Telephone conference with K. Makowski re hearings issues (.30); exchange correspondence with various parties re same (.40). | .70 | $475 | $332.50 |
| RJH | 5/24/2012 | Exchange correspondence with various parties re hearings issues (.40). | .40 | $475 | $190.00 |
| RJH | 5/29/2012 | Analyze issues re June hearing (.30); exchange correspondence with K. Makowski re same (.20). | .50 | $475 | $237.50 |
| RJH | 5/31/2012 | Review and analyze e hearing agenda (.30); exchange correspondence with various parties re same (.20). | .50 | $475 | $237.50 |
| Total | | | 3.00 | | $1,425.00 |

**Matter 16**             **Plan and Disclosure Statement**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 5/1/2012 | Analyze allowed claims issues (.90). | .90 | $475 | $427.50 |
| RJH | 5/2/2012 | Review and analyze R. Finke comments to interest rate objection (1.30); telephone conference with A. Schlesinger and B. Jaffe re same (.50); revise same (.20); | 2.00 | $475 | $950.00 |
| RJH | 5/3/2012 | Prepare for telephone conference with client and various other parties re allowed claims exhibits (.40); participate in same (1.20); legal research re issues raised by same (.50); revise draft interest rate objection (.50); legal research re same (.30). | 2.90 | $475 | $1,377.50 |
| RJH | 5/4/2012 | Revise interest rate objection (3.00); legal research re same (1.20); telephone conference with A. Paul re same and other issues (.40); review and analyze Montana limited objection to Libby settlement (.80); legal research re same (1.50); telephone conference with A. Schlesinger re same (.30); exchange correspondence with various parties re same (.50); telephone conference with R. Finke re same (.30). | 8.00 | $475 | $3,800.00 |
| RJH | 5/5/2012 | Legal analysis re Montana limited objection to Libby settlement (2.50); exchange correspondence with various parties (.70); draft memorandum re same (.50); telephone conference with A. Paul re same (.50); revise Fair harbor interest rate objection (2.50). | 6.70 | $475 | $3,182.50 |
| RJH | 5/6/2012 | Legal analysis re Montana limited objection to Libby settlement (2.50); exchange correspondence with various parties (.30). | 2.80 | $475 | $1,330.00 |
| RJH | 5/7/2012 | Review and analyze allowed claims exhibit materials (.10); legal research re Montana limited objection (1.50); prepare for telephone conference re same with R. Finke and A. Paul (.30); participate in same (.70); telephone conference with M. Araki re same (.50); draft and revise interest rate objection (2.50); legal research re same (.50); circulate same for comment (.30). | 6.40 | $475 | $3,040.00 |
| RJH | 5/8/2012 | Review and analyze allowed claims exhibit (1.00); participate in telephone conference with A. Schlesinger and B. Jaffe re same (.40); legal research re interest rate issues (3.00). | 4.40 | $475 | $2,090.00 |
| RJH | 5/9/2012 | Legal research re interest rate issue (1.00); review and analyze allowed claims exhibit (.70); telephone conference with M. Araki, A. Schlesinger and B. Jaffe re same (.60); prepare Fair Harbor Capital objection for filing and service (.70). | 3.00 | $475 | $1,425.00 |
| RJH | 5/10/2012 | Legal research re interest rate issue (2.00). | 2.00 | $475 | $950.00 |

| Matter 16 | | Plan and Disclosure Statement | | | |
|---|---|---|---|---|---|
| Attorney | Date | Description | Time | Rate | Amount |
| RJH | 5/15/2012 | Telephone conference with F. Glass re Fair Harbor interest rate objection (.60); legal analysis re same (.20); exchange correspondence with R. Finke re same (.30); review and analyze May 8 transcript (.50); analyze BMC allowed and open claims exhibits (1.50); telephone conference with M. Araki, A. Schlesinger and B. Jaffe re same (.50). | 3.60 | $475 | $1,710.00 |
| RJH | 5/16/2012 | Telephone conference with F. Glass re Fair Harbor interest rate objection (.70); telephone conference with R. Finke re same (.10); analyze issues re same (.40); analyze allowed claims exhibits (1.50). | 2.70 | $475 | $1,282.50 |
| RJH | 5/21/2012 | Telephone conferences with F. Glass re Fair Harbor interest rate matter (1.00); telephone conference with R. Finke re same (.50); telephone conference with A. Schlesinger re same (.50); legal research re same (2.70); telephone conference with A. Paul re various plan-related issues (.30). | 5.00 | $475 | $2,375.00 |
| RJH | 5/22/2012 | Participate in telephone conference with plan proponents' professionals (1.00); review and analyze Owens Corning opinion (.80); exchange correspondence with various parties re interest rate objection (.30); analyze allowed claims exhibits (.50); participate in telephone conference with M. Araki re same (.50); telephone conference with J. McFarland re interest rate issue (.30); legal research re same (.50). | 3.90 | $475 | $1,852.50 |
| RJH | 5/23/2012 | Telephone conference with F. Glass re interest rate objection (.50); legal research re same (.80). | 1.30 | $475 | $617.50 |
| RJH | 5/29/2012 | Review and analyze Andersen Memorial motion for reconsideration (1.00). | 1.00 | $475 | $475.00 |
| RJH | 5/31/2012 | Analyze issues re interest rate objection (.50); telephone conference with A. Paul re same (.40); exchange correspondence with various parties re same (.20); telephone conferences with F. Glass re same (1.10). | 2.20 | $475 | $1,045.00 |
| Total | | | 58.80 | | $27,930.00 |

13