## EXHIBIT B

**May 2012 Expense Detail**

## EXPENSE SUMMARY

| Service Description | Amount |
|---|---|
| Facsimile | $16.95 |
| Long Distance/Conference Telephone Charges/Internet | $524.17 |
| Online research | $503.28 |
| Total: | $1,044.40 |

## ITEMIZED EXPENSES

### TRAVEL

| Date | Amount | Service Description |
|---|---|---|
| none | $0.00 | NA |
| Total | $ 0.00 | |

### NON-TRAVEL

| Date | Amount | Service Description |
|---|---|---|
| 5/15/12 | $524.17 | ICI Telecon IC -Grace  conference call charges for April |
| 5/15/12 | $503.28 | Lexis Nexis - Grace charges for April |
| 5/15/12 | $16.95 | Fax and other charges |
| Total | $1,044.40 | |

Total May 2012 Expenses:  $1,044.40