# EXHIBIT A

W.R. GRACE & CO., et al.  
CDN ZAI CLASS ACTION

U.S. FEE APPLICATION  
DATE:  
May 31, 2012  
OUR FILE NO: 05L121

# Scarfone Hawkins LLP
BARRISTERS AND SOLICITORS  
ONE JAMES STREET SOUTH   TELEPHONE  
14TH FLOOR   905-523-1333  
P.O. BOX 926, DEPOT #1  
HAMILTON, ONTARIO   TELEFAX  
L8N 3P9   905-523-5878

H.S.T. REGISTRATION NO.  **873984314 RT – 0001**

### CANADIAN ZAI MONTHLY FEE APPLICATION
### (May 1, 2012 – May 31, 2012)

| DATE | PROFESSIONAL SERVICE | LAWYER | RATE/HR | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 05 /01/12 | follow-up to respond to class member inquiries | DT | $525.00 | 0.25 | $131.25 |
| 05 /02/12 | receipt Lauren Campbell email, review application, memo to Cindy Yates, execute certification, return to The Hogan Firm, email to Lauren Campbell and Karen Harvey | DT | $525.00 | 0.40 | $210.00 |
| 05 /03/12 | receipt of and deal with various class member inquiries, receipt CY memo | DT | $525.00 | 0.35 | $183.75 |
| 05 /04/12 | receipt of and respond to class member inquiries | DT | $525.00 | 0.25 | $131.25 |
| 05 /07/12 | receipt of and respond to various class member inquiries, etc. | DT | $525.00 | 0.25 | $131.25 |
| 05 /08/12 | receipt of and respond to various and multiple class member inquiries | DT | $525.00 | 0.25 | $131.25 |
| 05 /09/12 | receipt Karen Harvey email | DT | $525.00 | 0.10 | $52.50 |
| 05 /09/12 | receipt of and respond to claimant inquiries | DT | $525.00 | 0.10 | $52.50 |
| 05 /11/12 | receipt of and respond to class member inquiries | DT | $525.00 | 0.25 | $131.25 |
| 05 /14/12 | receipt Lauren Campbell emails, memo to Cindy Yates | DT | $525.00 | 0.25 | $131.25 |
| 05 /14/12 | receipt Lauren Campbell email, review application, execute Certification, return email to Lauren Campbell | DT | $525.00 | 0.50 | $262.50 |
| 05 /15/12 | receipt Careen Hannouche letter and account, memo to Cindy Yates | DT | $525.00 | 0.25 | $131.25 |
| 05 /15/12 | memo to Matt Moloci re Don Pinchin meeting | DT | $525.00 | 0.10 | $52.50 |
| 05 /17/12 | receipt of and respond to various class member inquiries | DT | $525.00 | 0.25 | $131.25 |

| 05/24/12 | receipt of and respond to class member inquires | DT | $525.00 | 0.25 | $131.25 |
|---|---|---|---|---|---|
| 05/24/12 | receipt Lauren Campbell email | DT | $525.00 | 0.10 | $52.50 |
| 05/24/12 | emails to Belanger and Hannouche re meeting to discuss status of matters | DT | $525.00 | 0.10 | $52.50 |
| 05/25/12 | Emails to and from David Thompson and Cindy Yates re arranging meeting in Montreal | MGM | $450.00 | 0.10 | $45.00 |
| 05/28/12 | receipt Matt Moloci memo re meeting in Montreal | DT | $525.00 | 0.10 | $52.50 |
| 05/28/12 | receipt of and respond to class member inquiries | DT | $525.00 | 0.25 | $131.25 |
| 05/29/12 | receipt and respond to class member inquiries | DT | $525.00 | 0.25 | $131.25 |
| 05/29/12 | memos to and from Matt Moloci re: possible meeting in Montreal to discuss administration issues with Don Pinchin | DT | $525.00 | 0.25 | $131.25 |
| 05/29/12 | receipt Lauren Campbell email, email to Careen Hannouche, receipt MGM memo re: meeting in Montreal | DT | $525.00 | 0.25 | $131.25 |
| 05/31/12 | receipt Karen Harvey email re: status of U.S. appeals | DT | $525.00 | 0.10 | $52.50 |
| 05/31/12 | receipt Careen Hannouche email, memo to Matt Moloci re meeting in Montreal | DT | $525.00 | 0.25 | $131.25 |
| 05/31/12 | Emails from and to David Thompson and Careen Hannouche to schedule further meeting for claims administration processes and protocol | MGM | $450.00 | 0.20 | $90.00 |
| 05/31/12 | review dockets for period May 1, 2012 to May 31, 2012, amend dockets, review disbursements, discuss with David Thompson, draft account, review with David Thompson and Matt Moloci, assemble account into form required by U.S. Bankruptcy Court, email to Lauren Campbell and Karen Harvey enclosing monthly fee application for the period of May 1,2012 to May 31,2012 | LC | $120.00 | 2.00 | $240.00 |
| | | | **SUB-TOTAL** | **7.75** | **$3,236.25** |

| TIMEKEEPER | ID | HOURS | RATE | TOTAL | PLUS 13% H.S.T |
|---|---|---|---|---|---|
| DAVID THOMPSON 25 years | DT | 5.45 | $525.00 | $2,861.25 | $371.96 |
| MATTHEW G. MOLOCI 14 years | MGM | 0.30 | $450.00 | $135.00 | $17.55 |
| LAW CLERK Cindy Yates 30 years | CY | 2.00 | $120.00 | $240.00 | $31.20 |
| SUB-TOTAL: | | 7.75 | | $3,236.25 | $420.71 |
| TOTAL FEES AND TAXES: | | | | | $3,656.96 |

| | |
|---|---|
| **TOTAL FEES AND APPLICABLE TAXES:** | **$3,656.96** |

THIS IS OUR FEE APPLICATION,
Per:


**SCARFONE HAWKINS LLP**
E. & O.E.


*****Del. Bankr. LR 2016-2(e)(iii) allows for
$.10 per page for photocopies.**