## Attachment B
## To Fee Application
## Summary of PwC's Fees By Professional
## For the month of May 2012

**Professional Profiles**
**W.R. Grace & Co. Time Tracking - Audit**
**For the month of May 2012**

| Name of Professional | Position within the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Thomas E Smith | Audit Partner | 20+ | Integrated Audit | $ 812.80 | 30.5 | $ 24,790.40 |
| John Edward Newstead | Audit Partner | 20+ | Integrated Audit | $ 702.31 | 1.7 | $ 1,193.93 |
| Dora Cheung | Audit Partner | 20+ | Integrated Audit | $ 751.30 | 6.0 | $ 4,507.80 |
| Hong Lin | Audit Senior Manager | 11 | Integrated Audit | $ 471.21 | 15.9 | $ 7,492.24 |
| Katherine Stivers Matheson | Audit Senior Manager | 10 | Integrated Audit | $ 490.22 | 98.0 | $ 48,041.56 |
| Maxime Charlebois | Audit Director | 10 | Integrated Audit | $ 474.24 | 2.0 | $ 948.48 |
| Ilanit Shtein | Audit Senior manager | 9 | Integrated Audit | $ 440.69 | 3.3 | $ 1,454.28 |
| Jody B Underhill | Tax Director | 9 | Integrated Audit | $ 426.40 | 4.3 | $ 1,833.52 |
| Pavel Katsiak | Audit Senior Associate | 6 | Integrated Audit | $ 262.89 | 55.0 | $ 14,458.95 |
| Alexandra L Schmidt | Audit Senior Associate | 5 | Integrated Audit | $ 246.38 | 137.0 | $ 33,754.06 |
| Phillip Crosby | Audit Senior Associate | 6 | Integrated Audit | $ 240.03 | 4.0 | $ 960.12 |
| Kathleen Elizabeth Bradley | Audit Experienced Associate | 3 | Integrated Audit | $ 184.15 | 82.2 | $ 15,137.13 |
| Kathryn A Fitzpatrick | Audit Experienced Associate | 3 | Integrated Audit | $ 184.15 | 20.0 | $ 3,683.00 |
| Drew Levy | Audit Associate | 1 | Integrated Audit | $ 133.35 | 34.0 | $ 4,533.90 |
| Ana Manevy | Project Specialist | 1 | Integrated Audit | $ 118.00 | 9.8 | $ 1,156.40 |
| Daiana Buono | Project Specialist | 1 | Integrated Audit | $ 118.00 | 5.8 | $ 684.40 |
| Diego Orieta | Project Specialist | 1 | Integrated Audit | $ 118.00 | 0.3 | $ 35.40 |
| Jenny Vera Saldivar | Project Specialist | 1 | Integrated Audit | $ 118.00 | 2.0 | $ 236.00 |
| Maria Arispe | Project Specialist | 1 | Integrated Audit | $ 118.00 | 0.5 | $ 59.00 |
| María F Castro Bianchi | Project Specialist | 1 | Integrated Audit | $ 118.00 | 2.3 | $ 271.40 |
| | | | | **Total** | **514.6** | **$ 165,231.96** |

**Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)**

| Totals | 7.5 | | | | | $ 885.00 |
|---|---|---|---|---|---|---|

{::113th May Fee App - Attach B (10155541) Draft 1.doc}

**Summary of PwC's Fees By Project Category:**
**For the month of May 2012**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 7.5 | $ 885.00 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 514.6 | $ 165,231.96 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 522.1 | $ 166,116.96 |

{::113th May Fee App - Attach B (10155541) Draft 1.doc}

**Expense Summary**
**For the month of May 2012**

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $ 2,600.53 |
| Lodging | N/A | $641.58 |
| Sundry | N/A | $18.00 |
| Business Meals | N/A | $520.34 |
| TOTAL: | | $ 3,780.45 |

{::113th May Fee App - Attach B (10155541) Draft 1.doc}