# EXHIBIT - A

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Katherine Stivers Matheson | Audit Senior Manager | 10 | $ 413.02 | 8.0 | $ 3,304.16 |
| Alexandra L Schmidt | Audit Senior Associate | 5 | $ 207.58 | 33.2 | $ 6,891.66 |
| Kathleen Elizabeth Bradley | Audit Experienced Associate | 3 | $ 155.15 | 9.0 | $ 1,396.35 |
| Kathryn A Fitzpatrick | Audit Experienced Associate | 3 | $ 155.15 | 222.3 | $ 34,489.85 |
| Drew Levy | Audit Associate | 1 | $ 112.35 | 94.3 | $ 10,594.61 |
| Leonardo D Zarate | Project Specialist | 1 | $ 107.00 | 1.0 | $ 107.00 |
| Elizabeth Romano | Project Specialist | 1 | $ 107.00 | 1.0 | $ 107.00 |
| Leonel Felice | Project Specialist | 1 | $ 107.00 | 1.0 | $ 107.00 |
|  |  |  | **Total** | **369.8** | **$ 56,997.63** |

**W.R. Grace & Co. - Darex Puerto Rico Audit**
**Fee Application Preparation**
**For the period of Dec 2011 - May 2012**

| Date | Hours | Description of Services Provided | Bill Rate | Extended Cost |
|---|---|---|---|---|
| **FEE APPLICATION PREPARATION** | | | | |
| **Name: Kathleen Bradley** | | | | |
| 30-May | 2.0 | Reviewing and editing fee application for Dec 2011 - May 2012 | $ 155.15 | $ 310.30 |
| 31-May | 2.0 | Reviewing and editing fee application for Dec 2011 - May 2012 | $ 155.15 | $ 310.30 |
| | **4.0** | | | |
| | **4.0** | **Total Grace Fee Application Charged Hours** | | **$ 620.60** |

**W.R. Grace & Co.**
**Fee Application Preparation**
**For the month of May 2012**

| Date | Hours | Description of Services Provided | Bill Rate | Extended Cost |
|---|---|---|---|---|
| **FEE APPLICATION PREPARATION** | | | | |
| **Maximiliano Benitez** | | | | |
| 8-May | 2.0 | Working on April 2012 fee application, time detail | $ 118.00 | $ 236.00 |
| 9-May | 2.0 | Working on April 2012 fee application, expense detail | $ 118.00 | $ 236.00 |
| 10-May | 2.0 | Working on April 2012 fee application, court documents | $ 118.00 | $ 236.00 |
| | **6.0** | | | |
| **Vanina Straniero** | | | | |
| 10-May | 1.5 | Reviewing April 2012 fee application | $ 118.00 | $ 177.00 |
| | **1.5** | | | |
| | **7.5** | **Total Grace Fee Application Charged Hours** | | **$ 885.00** |

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Thomas E Smith | Audit Partner | 20+ | Integrated Audit | $ 812.80 | 30.5 | $ 24,790.40 |
| John Edward Newstead | Audit Partner | 20+ | Integrated Audit | $ 702.31 | 1.7 | $ 1,193.93 |
| Dora Cheung | Audit Partner | 20+ | Integrated Audit | $ 751.30 | 6.0 | $ 4,507.80 |
| Hong Lin | Audit Senior Manager | 10 | Integrated Audit | $ 471.21 | 15.9 | $ 7,492.24 |
| Katherine Stivers Matheson | Audit Senior Manager | 10 | Integrated Audit | $ 490.22 | 98.0 | $ 48,041.56 |
| Maxime Charlebois | Audit Director | 9 | Integrated Audit | $ 474.24 | 2.0 | $ 948.48 |
| Ilanit Shtein | Audit Senior manager | 9 | Integrated Audit | $ 440.69 | 3.3 | $ 1,454.28 |
| Jody B Underhill | Tax Director | 9 | Integrated Audit | $ 426.40 | 4.3 | $ 1,833.52 |
| Pavel Katsiak | Audit Senior Associate | 6 | Integrated Audit | $ 262.89 | 55.0 | $ 14,458.95 |
| Alexandra L Schmidt | Audit Senior Associate | 5 | Integrated Audit | $ 246.38 | 137.0 | $ 33,754.06 |
| Phillip Crosby | Audit Senior Associate | 6 | Integrated Audit | $ 240.03 | 4.0 | $ 960.12 |
| Kathleen Elizabeth Bradley | Audit Experienced Associate | 3 | Integrated Audit | $ 184.15 | 82.2 | $ 15,137.13 |
| Kathryn A Fitzpatrick | Audit Experienced Associate | 3 | Integrated Audit | $ 184.15 | 20.0 | $ 3,683.00 |
| Drew Levy | Audit Associate | 1 | Integrated Audit | $ 133.35 | 34.0 | $ 4,533.90 |
| Ana Manevy | Project Specialist | 1 | Integrated Audit | $ 118.00 | 9.8 | $ 1,156.40 |
| Daiana Buono | Project Specialist | 1 | Integrated Audit | $ 118.00 | 5.8 | $ 684.40 |
| Diego Orieta | Project Specialist | 1 | Integrated Audit | $ 118.00 | 0.3 | $ 35.40 |
| Jenny Vera Saldivar | Project Specialist | 1 | Integrated Audit | $ 118.00 | 2.0 | $ 236.00 |
| Maria Arispe | Project Specialist | 1 | Integrated Audit | $ 118.00 | 0.5 | $ 59.00 |
| María F Castro Bianchi | Project Specialist | 1 | Integrated Audit | $ 118.00 | 2.3 | $ 271.40 |
| | | | | **Total** | 514.6 | $ 165,231.96 |