# EXHIBIT - B

**Darex Puerto Rico 2011**
**EXPENSE DETAIL**
**For period ending May 2012**

| Personnel | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|
| **Kathryn Colaianni** | | | | | | |
| | 7-May | | $ 795.00 | | | Homewoods Suites hotel for 5 nights in Cambridge, MA (rate $159 per night) |
| | 7-May | | $ 93.00 | | | Room Taxes on Homewood Suites hotel room for 5 nights in Cambridge, MA (rate $18.60 per night) |
| | 7-May | | | | $ 8.26 | Dinner for 1 (K.Colaianni - PwC) due to travel to client site in Cambridge, MA |
| | 7-May | $ 238.60 | | | | Roundtrip coach flight from Baltimore, MD to Boston, MA, for travel to Grace site in Cambridge, MA. |
| **Drew Levy** | | | | | | |
| | 2-May | | | $ 23.02 | | Postage expense for mailing accounts receivable confirmations. |
| | 7-May | $ 200.60 | | | | Roundtrip coach flight from Baltimore, MD to Boston, MA, for travel to Grace site in Cambridge, MA. |
| | 7-May | $ 38.40 | | | | Taxi fare to Airport for travel to Cambridge, MA to Grace site. |
| | 7-May | $ 4.75 | | | | Tolls for travel from aiport to Grace in Cambridge, MA. |
| | 7-May | | $ 636.00 | | | Nightly rate @159.00 per night for 4 nights at Homewood Suites hotel during travel to Grace in Cambridge, MA. |
| | 7-May | | $ 74.40 | | | Hotel taxes @18.60 per night for 4 nights at Homewood Suites hotel during travel to Grace in Cambridge, MA. |
| | 7-May | $ 412.46 | | | | Expense for rental car during travel to Grace site in Cambridge, MA. |
| | 8-May | | | | $ 45.25 | Travel dinner for D. Levy and K. Colaianni (both PwC) during travel to Grace site in Cambridge, MA. |
| | 10-May | | | | $ 30.00 | Travel dinner for D. Levy during travel to Grace site in Cambridge, MA. |
| | 11-May | $ 28.65 | | | | Taxi fare for travel from aiport, due to trip to Grace in Cambridge, MA. |

| Summary | Total | Transportation | Lodging | Sundry | Business Meals |
|---|---|---|---|---|---|
| | $ 2,628.39 | $ 923.46 | $ 1,598.40 | $ 23.02 | $ 83.51 |

**Darex Puerto Rico 2011**
**EXPENSE DETAIL**
**For the period ended May 2012**

| Personnel | Date | Title | Expense | Description |
|---|---|---|---|---|
| **Kathryn Colaianni** | | | | |
| | 7-May | Audit Experienced Associate | $ 795.00 | Homewoods Suites hotel for 5 nights in Cambridge, MA (rate $159 per night) |
| | 7-May | Audit Experienced Associate | $ 93.00 | Room Taxes on Homewood Suites hotel room for 5 nights in Cambridge, MA (rate $18.60 per night) |
| | 7-May | Audit Experienced Associate | $ 8.26 | Dinner for 1 (K.Colaianni - PwC) due to travel to client site in Cambridge, MA |
| | 7-May | Audit Experienced Associate | $ 238.60 | Roundtrip coach flight from Baltimore, MD to Boston, MA, for travel to Grace site in Cambridge, MA. |
| **Drew Levy** | | | | |
| | 2-May | Audit Associate | $ 23.02 | Postage expense for mailing accounts receivable confirmations. |
| | 7-May | Audit Associate | $ 200.60 | Roundtrip coach flight from Baltimore, MD to Boston, MA, for travel to Grace site in Cambridge, MA. |
| | 7-May | Audit Associate | $ 38.40 | Taxi fare to Airport for travel to Cambridge, MA to Grace site. |
| | 7-May | Audit Associate | $ 4.75 | Tolls for travel from aiport to Grace in Cambridge, MA. |
| | 7-May | Audit Associate | $ 636.00 | Nightly rate @159.00 per night for 4 nights at Homewood Suites hotel during travel to Grace in Cambridge, MA. |
| | 7-May | Audit Associate | $ 74.40 | Hotel taxes @18.60 per night for 4 nights at Homewood Suites hotel during travel to Grace in Cambridge, MA. |
| | 7-May | Audit Associate | $ 412.46 | Expense for rental car during travel to Grace site in Cambridge, MA. |
| | 8-May | Audit Associate | $ 45.25 | Travel dinner for D. Levy and K. Colaianni (both PwC) during travel to Grace site in Cambridge, MA. |
| | 10-May | Audit Associate | $ 30.00 | Travel dinner for D. Levy during travel to Grace site in Cambridge, MA. |
| | 11-May | Audit Associate | $ 28.65 | Taxi fare for travel from aiport, due to trip to Grace in Cambridge, MA. |
| | | | **Total** | |
| | | | $ 2,628.39 | |

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
**For the period ended May 2012**

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| **Thomas Smith** | | | | | | | |
| | Integrated Audit | 3-May | $ 38.86 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 23-May | $ 38.86 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.555 per mile). |
| | Integrated Audit | 29-May | $ 38.86 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.555 per mile). |
| **Kathleen Bradley** | | | | | | | |
| | Integrated Audit | 1-May | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | Integrated Audit | 1-May | $ 6.70 | | | | Roundtrip tolls during daily commute to client site |
| | Integrated Audit | 2-May | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | Integrated Audit | 2-May | $ 6.70 | | | | Roundtrip tolls during daily commute to client site |
| | Integrated Audit | 3-May | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | Integrated Audit | 3-May | $ 6.70 | | | | Roundtrip tolls during daily commute to client site |
| | Integrated Audit | 4-May | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | Integrated Audit | 4-May | $ 6.70 | | | | Roundtrip tolls during daily commute to client site |
| | Integrated Audit | 7-May | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | Integrated Audit | 7-May | $ 6.70 | | | | Roundtrip tolls during daily commute to client site |
| | Integrated Audit | 8-May | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | Integrated Audit | 8-May | $ 6.70 | | | | Roundtrip tolls during daily commute to client site |
| | Integrated Audit | 9-May | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | Integrated Audit | 9-May | $ 6.70 | | | | Roundtrip tolls during daily commute to client site |
| | Integrated Audit | 10-May | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | Integrated Audit | 10-May | $ 6.70 | | | | Roundtrip tolls during daily commute to client site |
| | Integrated Audit | 11-May | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | Integrated Audit | 11-May | $ 6.70 | | | | Roundtrip tolls during daily commute to client site |
| | Integrated Audit | 14-May | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | Integrated Audit | 14-May | $ 6.70 | | | | Roundtrip tolls during daily commute to client site |
| | Integrated Audit | 15-May | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | Integrated Audit | 15-May | $ 6.70 | | | | Roundtrip tolls during daily commute to client site |
| | Integrated Audit | 16-May | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | Integrated Audit | 16-May | $ 6.70 | | | | Roundtrip tolls during daily commute to client site |
| | Integrated Audit | 17-May | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | Integrated Audit | 17-May | $ 6.70 | | | | Roundtrip tolls during daily commute to client site |
| | Integrated Audit | 23-May | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | Integrated Audit | 23-May | $ 6.70 | | | | Roundtrip tolls during daily commute to client site |
| | Integrated Audit | 24-May | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | Integrated Audit | 24-May | $ 6.70 | | | | Roundtrip tolls during daily commute to client site |
| | Integrated Audit | 25-May | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | Integrated Audit | 25-May | $ 6.70 | | | | Roundtrip tolls during daily commute to client site |
| | Integrated Audit | 29-May | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | Integrated Audit | 29-May | $ 6.70 | | | | Roundtrip tolls during daily commute to client site |
| | Integrated Audit | 30-May | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | Integrated Audit | 30-May | $ 6.70 | | | | Roundtrip tolls during daily commute to client site |
| | Integrated Audit | 31-May | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | Integrated Audit | 31-May | $ 6.70 | | | | Roundtrip tolls during daily commute to client site |
| **Drew Levy** | | | | | | | |
| | Integrated Audit | 1-May | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | Integrated Audit | 2-May | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | Integrated Audit | 3-May | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | Integrated Audit | 4-May | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | Integrated Audit | 14-May | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Integrated Audit | 15-May | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | Integrated Audit | 16-May | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | Integrated Audit | 17-May | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | Integrated Audit | 18-May | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | Integrated Audit | 21-May | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | Integrated Audit | 22-May | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | Integrated Audit | 23-May | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | Integrated Audit | 29-May | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | Integrated Audit | 30-May | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | Integrated Audit | 31-May | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| **Elizabeth Sama** | | | | | | | |
| | Integrated Audit | 16-Apr | $ 55.50 | | | | Mileage in excess of daily commute (132 miles roundtrip to client - 32 miles roundtrip normal commute to the office = 100 miles every day excess * .555 = 55.50). |
| | Integrated Audit | 17-Apr | $ 55.50 | | | | Mileage in excess of daily commute (132 miles roundtrip to client - 32 miles roundtrip normal commute to the office = 100 miles every day excess * .555 = 55.50). |
| | Integrated Audit | 18-Apr | $ 55.50 | | | | Mileage in excess of daily commute (66 miles to client - 16 miles normal commute to the office = 50 miles every day excess * .555 = 27.75). |
| | Integrated Audit | 19-Apr | $ 55.50 | | | | Mileage in excess of daily commute (66 miles to client - 16 miles normal commute to the office = 50 miles every day excess * .555 = 27.75). |
| | Integrated Audit | 4/16-4/19 | $ 8.00 | | | | Sun Pass Tolls for the week 4/16-4/19 |
| **Eric Meyer** | | | | | | | |
| | Integrated Audit | 16-Apr | $ 56.10 | | | | Roundtrip (98 miles) From Miami to Client (51 miles less 0 miles regular office commute= 51 Miles) |
| | Integrated Audit | 16-Apr | $ 1.50 | | | | SunPass tolls (Fluctuate depending on traffic) |
| | Integrated Audit | 17-Apr | $ 56.10 | | | | Roundtrip (98 miles) From Miami to Client (51 miles less 0 miles regular office commute= 51 Miles) |
| | Integrated Audit | 17-Apr | $ 1.00 | | | | SunPass tolls (Fluctuate depending on traffic) |
| | Integrated Audit | 18-Apr | $ 56.10 | | | | Roundtrip (98 miles) From Miami to Client (51 miles less 0 miles regular office commute= 51 Miles) |
| | Integrated Audit | 18-Apr | $ 2.00 | | | | SunPass tolls (Fluctuate depending on traffic) |
| | Integrated Audit | 19-Apr | $ 58.18 | | | | Roundtrip (98 miles) From Miami to Client (51 miles less 0 miles regular office commute= 51 Miles) |
| | Integrated Audit | 19-Apr | $ 2.00 | | | | SunPass tolls (Fluctuate depending on traffic) |
| **Jody B. Underhill** | | | | | | | |
| | Integrated Audit | 17-Apr | $ 283.60 | | | | Coach airline travel roundtrip to/from Tampa to Fort Lauderdale |
| | Integrated Audit | 17-Apr | | | | $ 25.00 | Dinner for myself while traveling out of town on client business on 4/17 |
| | Integrated Audit | 19-Apr | | | | $ 24.00 | Dinner for myself while traveling out of town on client business on 4/19 |
| | Integrated Audit | 17-Apr | $ 10.55 | | | | Taxi from office to airport to travel to client site |
| | Integrated Audit | 18-Apr | | | | $ 11.00 | Breakfast for myself while traveling out of town on client business for 4/17 |
| | Integrated Audit | 18-Apr | | | | $ 12.00 | Breakfast for myself while traveling out of town on client business for 4/18 |
| | Integrated Audit | 18-Apr | | | | $ 316.24 | Dinner for L.Paider (WRG), E.Sama and myself to discuss her new role with WR.Grace and various tax projects |
| | Integrated Audit | 19-Apr | $ 184.77 | | | | Hertz Rental car for 3 days. |
| | Integrated Audit | 19-Apr | | $ 578.00 | | | 2 nights hotel stay at Boca Marriott in Boca Raton, FL ($289 per night) |
| | Integrated Audit | 19-Apr | | $ 63.58 | | | Taxes related to above night stay for two nights. |
| | Integrated Audit | 19-Apr | $ 60.00 | | | | 3 full days of parking at Tampa airport while traveling out of town on client business |
| | Integrated Audit | 19-Apr | $ 13.60 | | | | Tolls |
| | Integrated Audit | 19-Apr | | | $ 18.00 | | 3 complete days of hotel and airport porter tipping related to above travel |
| **Pavel Katsiak** | | | | | | | |
| | Integrated Audit | 5-Mar | $ 29.98 | | | | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| | Integrated Audit | 7-Mar | $ 29.98 | | | | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| | Integrated Audit | 9-Mar | $ 29.98 | | | | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Integrated Audit | 12-Mar | $ | 29.98 | | | | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| Integrated Audit | 15-Mar | $ | 29.98 | | | | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| Integrated Audit | 19-Mar | $ | 29.98 | | | | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| Integrated Audit | 20-Mar | $ | 29.98 | | | | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| Integrated Audit | 21-Mar | $ | 29.98 | | | | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| Integrated Audit | 22-Mar | $ | 29.98 | | | | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| Integrated Audit | 23-Mar | $ | 29.98 | | | | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| Integrated Audit | 25-Mar | $ | 29.98 | | | | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| Integrated Audit | 19-Apr | $ | 29.98 | | | | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| Integrated Audit | 20-Apr | $ | 29.98 | | | | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| Integrated Audit | 25-Apr | $ | 29.98 | | | | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| Integrated Audit | 26-Apr | $ | 29.98 | | | | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| Integrated Audit | 27-Apr | $ | 29.98 | | | | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| Integrated Audit | 24-Apr | $ | 29.98 | | | | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| Integrated Audit | 23-Apr | $ | 29.98 | | | | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| Integrated Audit | 30-Apr | $ | 29.98 | | | | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| Integrated Audit | 7-May | $ | 29.98 | | | | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| Integrated Audit | 8-May | $ | 29.98 | | | | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| Integrated Audit | 9-May | $ | 29.98 | | | | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| Integrated Audit | 22-May | | | | $ | 132.10 | Group dinner after quarter end. Presents: D. Levy, A. Schmidt, K. Bradley, K. Colaianni, P.Katsiak (all PwC) |
| Integrated Audit | 14-May | $ | 29.98 | | | | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.56/mile |
| Integrated Audit | 15-May | $ | 29.98 | | | | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.56/mile |
| Integrated Audit | 16-May | $ | 29.98 | | | | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.56/mile |
| Integrated Audit | 17-May | $ | 29.98 | | | | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.56/mile |
| Integrated Audit | 18-May | $ | 29.98 | | | | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.56/mile |
| Integrated Audit | 22-May | $ | 29.98 | | | | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.56/mile |

| Summary | Total | Transportation | Lodging | Sundry | Business Meals |
|---|---|---|---|---|---|
| | $ 3,780.45 | $ 2,600.53 | $ 641.58 | $ 18.00 | $ 520.34 |

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
**For the period ended May 2012**

| Personnel | Date | Title | Expense | Description |
|---|---|---|---|---|
| **Thomas Smith** | | | | |
| | 3-May | Audit Partner | $ 38.86 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.555 per mile). |
| | 23-May | Audit Partner | $ 38.86 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.555 per mile). |
| | 29-May | Audit Partner | $ 38.86 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.555 per mile). |
| **Kathleen Bradley** | | | | |
| | 1-May | Audit Experienced Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 1-May | Audit Experienced Associate | $ 6.70 | Roundtrip tolls during daily commute to client site |
| | 2-May | Audit Experienced Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 2-May | Audit Experienced Associate | $ 6.70 | Roundtrip tolls during daily commute to client site |
| | 3-May | Audit Experienced Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 3-May | Audit Experienced Associate | $ 6.70 | Roundtrip tolls during daily commute to client site |
| | 4-May | Audit Experienced Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 4-May | Audit Experienced Associate | $ 6.70 | Roundtrip tolls during daily commute to client site |
| | 7-May | Audit Experienced Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 7-May | Audit Experienced Associate | $ 6.70 | Roundtrip tolls during daily commute to client site |
| | 8-May | Audit Experienced Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 8-May | Audit Experienced Associate | $ 6.70 | Roundtrip tolls during daily commute to client site |
| | 9-May | Audit Experienced Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 9-May | Audit Experienced Associate | $ 6.70 | Roundtrip tolls during daily commute to client site |
| | 10-May | Audit Experienced Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 10-May | Audit Experienced Associate | $ 6.70 | Roundtrip tolls during daily commute to client site |
| | 11-May | Audit Experienced Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 11-May | Audit Experienced Associate | $ 6.70 | Roundtrip tolls during daily commute to client site |
| | 14-May | Audit Experienced Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 14-May | Audit Experienced Associate | $ 6.70 | Roundtrip tolls during daily commute to client site |
| | 15-May | Audit Experienced Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 15-May | Audit Experienced Associate | $ 6.70 | Roundtrip tolls during daily commute to client site |
| | 16-May | Audit Experienced Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 16-May | Audit Experienced Associate | $ 6.70 | Roundtrip tolls during daily commute to client site |
| | 17-May | Audit Experienced Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 17-May | Audit Experienced Associate | $ 6.70 | Roundtrip tolls during daily commute to client site |
| | 23-May | Audit Experienced Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 23-May | Audit Experienced Associate | $ 6.70 | Roundtrip tolls during daily commute to client site |
| | 24-May | Audit Experienced Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 24-May | Audit Experienced Associate | $ 6.70 | Roundtrip tolls during daily commute to client site |
| | 25-May | Audit Experienced Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 25-May | Audit Experienced Associate | $ 6.70 | Roundtrip tolls during daily commute to client site |
| | 29-May | Audit Experienced Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 29-May | Audit Experienced Associate | $ 6.70 | Roundtrip tolls during daily commute to client site |
| | 30-May | Audit Experienced Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 30-May | Audit Experienced Associate | $ 6.70 | Roundtrip tolls during daily commute to client site |
| | 31-May | Audit Experienced Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 31-May | Audit Experienced Associate | $ 6.70 | Roundtrip tolls during daily commute to client site |
| **Drew Levy** | | | | |
| | 1-May | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 2-May | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 3-May | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 4-May | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 14-May | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 15-May | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 16-May | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 17-May | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 18-May | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 21-May | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 22-May | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 23-May | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 29-May | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 30-May | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 31-May | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| **Elizabeth Sama** | | | | |

| Name | Date | Title | | Amount | Description |
|---|---|---|---|---|---|
| | 16-Apr | Tax Senior Associate | $ | 55.50 | Mileage in excess of daily commute (132 miles roundtrip to client - 32 miles roundtrip normal commute to the office = 100 miles every day excess * .555 = 55.50). |
| | 17-Apr | Tax Senior Associate | $ | 55.50 | Mileage in excess of daily commute (132 miles roundtrip to client - 32 miles roundtrip normal commute to the office = 100 miles every day excess * .555 = 55.50). |
| | 18-Apr | Tax Senior Associate | $ | 55.50 | Mileage in excess of daily commute (66 miles to client - 16 miles normal commute to the office = 50 miles every day excess * .555 = 27.75). |
| | 19-Apr | Tax Senior Associate | $ | 55.50 | Mileage in excess of daily commute (66 miles to client - 16 miles normal commute to the office = 50 miles every day excess * .555 = 27.75). |
| | 4/16-4/19 | Tax Senior Associate | $ | 8.00 | Sun Pass Tolls for the week 4/16-4/19 |
| **Eric Meyer** | | | | | |
| | 16-Apr | Tax Senior Associate | $ | 56.10 | Roundtrip (98 miles) From Miami to Client (51 miles less 0 miles regular office commute= 51 Miles) |
| | 16-Apr | Tax Senior Associate | $ | 1.50 | SunPass tolls (Fluctuate depending on traffic) |
| | 17-Apr | Tax Senior Associate | $ | 56.10 | Roundtrip (98 miles) From Miami to Client (51 miles less 0 miles regular office commute= 51 Miles) |
| | 17-Apr | Tax Senior Associate | $ | 1.00 | SunPass tolls (Fluctuate depending on traffic) |
| | 18-Apr | Tax Senior Associate | $ | 56.10 | Roundtrip (98 miles) From Miami to Client (51 miles less 0 miles regular office commute= 51 Miles) |
| | 18-Apr | Tax Senior Associate | $ | 2.00 | SunPass tolls (Fluctuate depending on traffic) |
| | 19-Apr | Tax Senior Associate | $ | 58.18 | Roundtrip (98 miles) From Miami to Client (51 miles less 0 miles regular office commute= 51 Miles) |
| | 19-Apr | Tax Senior Associate | $ | 2.00 | SunPass tolls (Fluctuate depending on traffic) |
| **Jody B. Underhill** | | | | | |
| | 17-Apr | Tax Director | $ | 283.60 | Coach airline travel roundtrip to/from Tampa to Fort Lauderdale |
| | 17-Apr | Tax Director | $ | 25.00 | Dinner for myself while traveling out of town on client business on 4/19 |
| | 19-Apr | Tax Director | $ | 24.00 | Taxi from office to airport to travel to client site |
| | 17-Apr | Tax Director | $ | 10.55 | Taxi from office to airport to travel to client site |
| | 18-Apr | Tax Director | $ | 11.00 | Breakfast for myself while traveling out of town on client business for 4/17 |
| | 18-Apr | Tax Director | $ | 12.00 | Breakfast for myself while traveling out of town on client business for 4/18 |
| | 18-Apr | Tax Director | $ | 316.24 | Dinner for L.Paider (WRG), E.Sama and myself to discuss her new role with WR.Grace and various tax projects |
| | 19-Apr | Tax Director | $ | 184.77 | Hertz Rental car for 3 days. |
| | 19-Apr | Tax Director | $ | 578.00 | 2 nights hotel stay at Boca Marriott in Boca Raton, FL ($289 per night) |
| | 19-Apr | Tax Director | $ | 63.58 | Taxes related to above night stay for two nights. |
| | 19-Apr | Tax Director | $ | 60.00 | 3 full days of parking at Tampa airport while traveling out of town on client business |
| | 19-Apr | Tax Director | $ | 13.60 | Tolls |
| | 19-Apr | Tax Director | $ | 18.00 | 3 complete days of hotel and airport porter tipping related to above travel |
| **Pavel Katsiak** | | | | | |
| | 5-Mar | Audit Senior Associate | $ | 29.98 | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| | 7-Mar | Audit Senior Associate | $ | 29.98 | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| | 9-Mar | Audit Senior Associate | $ | 29.98 | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| | 12-Mar | Audit Senior Associate | $ | 29.98 | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| | 15-Mar | Audit Senior Associate | $ | 29.98 | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| | 19-Mar | Audit Senior Associate | $ | 29.98 | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| | 20-Mar | Audit Senior Associate | $ | 29.98 | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| | 21-Mar | Audit Senior Associate | $ | 29.98 | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| | 22-Mar | Audit Senior Associate | $ | 29.98 | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| | 23-Mar | Audit Senior Associate | $ | 29.98 | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| | 25-Mar | Audit Senior Associate | $ | 29.98 | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| | 19-Apr | Audit Senior Associate | $ | 29.98 | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| | 20-Apr | Audit Senior Associate | $ | 29.98 | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| | 25-Apr | Audit Senior Associate | $ | 29.98 | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| | 26-Apr | Audit Senior Associate | $ | 29.98 | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| | 27-Apr | Audit Senior Associate | $ | 29.98 | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| | 24-Apr | Audit Senior Associate | $ | 29.98 | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| | 23-Apr | Audit Senior Associate | $ | 29.98 | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| | 30-Apr | Audit Senior Associate | $ | 29.98 | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |

| Date | Title | Amount | Description |
|---|---|---|---|
| 7-May | Audit Senior Associate | $ 29.98 | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| 8-May | Audit Senior Associate | $ 29.98 | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| 9-May | Audit Senior Associate | $ 29.98 | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.555/mile |
| 22-May | Audit Senior Associate | $ 132.10 | Group dinner after quarter end. Presents: D. Levy, A. Schmidt, K. Bradley, K. Colaianni, P.Katsiak (all PwC) |
| 14-May | Audit Senior Associate | $ 29.98 | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.56/mile |
| 15-May | Audit Senior Associate | $ 29.98 | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.56/mile |
| 16-May | Audit Senior Associate | $ 29.98 | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.56/mile |
| 17-May | Audit Senior Associate | $ 29.98 | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.56/mile |
| 18-May | Audit Senior Associate | $ 29.98 | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.56/mile |
| 22-May | Audit Senior Associate | $ 29.98 | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.56/mile |
| | | **Total** $ 3,780.45 | |