**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et. al.* | : | Case No. 01-1139 (JKF) |
| | : | (Jointly Administered) |
| Debtors | : | **Objection Deadline: July 25, 2012 @ 4:00 p.m.** |

**NOTICE TO  MONTHLY FEE APPLICATION OF PRICEWATERHOUSECOOPERS
LLP, AUDITORS AND TAX CONSULTANTS FOR DEBTORS, FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE GLOBAL
RESTRUCTURING PROJECT FOR THE MONTHS OF
APRIL 2012 AND MAY 2012**

On July 5, 2012 PricewaterhouseCoopers LLP ("PwC") filed its Monthly Fee Application

for Allowance of Compensation and Reimbursement of Expenses for Global Restructuring

Project for the Months of April 2012 And May 2012 (the "Application") with the United States

Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801

(the "Bankruptcy Court").   The Application seeks an order approving the payment of post-

petition fees and expenses incurred by PwC on behalf of the Debtors.

Objections and other responses to the relief requested in the Application, if any, must be

in writing and be filed with the Bankruptcy Court no later than 4:00 p.m. Eastern Time on **July**

**25, 2012.**

At the same time, you must also serve a copy of the objections or responses, if any, upon

the following: (i) counsel for PwC, Kathleen Miller, Smith, Katzenstein & Jenkins, LLP, The

Corporate Plaza, 800 Delaware Avenue, P.O. Box 410, Wilmington, DE 19899 (fax number 302-

652-8405); (ii) the Debtors, W.R. Grace & Co., Attn: David B. Siegel, Senior Vice President and

General Counsel, 7500 Grace Drive, Columbia, MD 21044; (iii) co-counsel for the Debtors,

James Kapp, Esquire, Kirkland & Ellis, 200 East Randolph Drive, Chicago, IL 60601 (fax

{02411:PLDG:10175748.DOC}

number 312-861-2200), Janet S. Baer, Esquire, The Law Office of Janet S. Baer P.C., 70 W.

Madison Street, Suite 2100, Chicago, IL 60602 (fax 312-641-2165) and Laura Davis Jones,

Esquire, Pachulski, Stang, Ziehl, Young & Jones, P.C., 919 North Market Street, Suite 1600,

P.O. Box 8705, Wilmington DE 19899-8705 (fax number 302-652-4400); (iv) co-counsel for the

debtor-in-possession lender, J. Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite

5800,  Chicago, IL 60606 (fax number 312-993-9767), and Neil Glassman, Esquire, The Bayard

Firm, 222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, DE 19899 (fax number

302-658-6395); (v) counsel for the Official Committee of Unsecured Creditors, Lewis Kruger,

Esquire, Strock & Stroock & Lavan, LLP, 180 Maiden Lane, New York, NY 10038-4982 (fax

number 212-806-6006), and Michael R. Lastowski, Esquire, Duane, Morris & Heckscher, LLP,

1100 N. Market Street,  Suite 1200, Wilmington, DE 19801-1246 (fax number 302-657-4901);

(vi) counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena,

Esquire, Bilzin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200

South Biscayne Blvd, Suite 2500, Miami, FL 33131 (fax number 305-374-7593), and Michael B.

Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351,

Wilmington, DE 19899 (fax number 302-575-1714); (vii) counsel to the Official Committee of

Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th

Floor, New York, NY 10022 (fax number 212-644-6755), and Mark Hurford, Esquire, Campbell

& Levine, LLC,  800 N. King Street, Suite 300, Wilmington, DE 19801 (fax number 302-426-

9947); (viii) counsel to the Official Committee of Equity Holders, Philip Bentley, Esquire,

Kramer, Levin, Naftalis & Frankel, LLP, 919 Third Avenue, New York, NY 10022 (fax number

212-715-8000), and Teresa K.D. Currier, Esquire, Saul Ewing LLP, 222 Delaware Ave.,

Wilmington, DE 19801 (fax number 302-421-6813); (ix) the Fee Auditor, Warren H. Smith,

Warren H. Smith & Associates, Republic Center, 325 North Saint Paul Street, Dallas, TX 75201;

and (x) the Office of the United States Trustee, Frank J. Perch, Esquire, 844 King Street, Suite

2311, Wilmington, DE 19801 (fax number 302-573-6497).

IF NO OBJECTIONS ARE TIMELY FILED AND SERVED IN ACCORDANCE

WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF

DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  July 5, 2012                              SMITH, KATZENSTEIN & JENKINS, LLP


/s/ Kathleen M. Miller
Kathleen Miller (I.D.  No.2898)
The Corporate Plaza
800 Delaware Avenue, 10th Floor
P.O. Box 410
Wilmington, DE 19899 (Courier 19801)
Telephone:  302-652-8400
Telecopy:  302-652-8405
Email:  Kmiller@skjlaw.com

Attorneys for PricewaterhouseCoopers LLP

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **5th** day **July, 2012**, a copy of the foregoing *Notice to Monthly Fee Application of PricewaterhouseCoopers LLP, Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Global Restructuring Project for the Months of April 2012 And May 2012* was served on the attached 2002 list by first class mail.

/s/ Kathleen M. Miller
Kathleen M. Miller