**Attachment B**
**To Fee Application**
**Summary of PwC's Fees By Professional**
**For the months of April 2012 and May 2012**

**Professional Profiles**
**W.R. Grace & Co. Time Tracking - Global Restructuring**
**For the months of April 2012 and May 2012**

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Ron Gale | Partner | 20+ | Global Restructuring | $ 748.00 | 6.0 | $ 4,488.00 |
| James H Prettyman | Partner | 20+ | Global Restructuring | $ 803.00 | 4.0 | 3,212.00 |
| Daniel J Wiles | Managing Director | 20+ | Global Restructuring | $ 715.00 | 1.0 | 715.00 |
| Bertrand Vandepitte | Director | 8 | Global Restructuring | $ 675.65 | 1.3 | 878.35 |
| Christian Marty | Director | 8 | Global Restructuring | $ 680.69 | 4.2 | 2,858.90 |
| Todd Chesla | Manager | 6 | Global Restructuring | $ 330.00 | 16.0 | 5,280.00 |
| Mary Irene Slonina | Manager | 5 | Global Restructuring | $ 352.00 | 3.5 | 1,232.00 |
| Victor Sebastian Diaz Parro | Senior | 4 | Global Restructuring | $ 253.21 | 53.4 | 13,521.41 |
| Jorge Vargas | Senior | 4 | Global Restructuring | $ 253.00 | 31.1 | 7,868.30 |
| Andrea Corinne Richards | Senior | 4 | Global Restructuring | $ 412.50 | 0.4 | 165.00 |
| Veronica Joelle Flores | Experienced Associate | 2 | Global Restructuring | $ 170.50 | 7.0 | 1,193.50 |
| Eric Meyer | Experienced Associate | 1 | Global Restructuring | $ 171.52 | 10.8 | 1,852.42 |
| Beatrice Rivero | Project Specialist | 4 | Global Restructuring | $ 99.00 | 2.4 | 237.60 |
| Jose Rodriguez | Project Specialist | 10+ | Global Restructuring | $ 137.50 | 3.0 | 412.50 |
| | | | | | | |
| **Totals** | | | | | **144.1** | **$ 43,914.97** |

**Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court**

**Totals**          0                                    **$ 0**

{02411:PLDG:10155550.DOCX}

**Summary of PwC's Fees By Project Category:**
**For the months of April 2012 and May 2012**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim  Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | | |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | 144.1 | $43,914.97 |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |

{02411:PLDG:10155550.DOCX}

| | | |
|---|---|---|
| **22-ZAI Science Trial** | | |
| **23-ZAI Science Trial-Expenses** | | |
| **24-Other** | | |
| **25-Accounting/Auditing** | | |
| **26-Business Analysis** | | |
| **27-Corporate Finance** | | |
| **28-Data Analysis** | | |
| **TOTAL:** | **144.1** | **$43,914.97** |

**Expense Summary**
**January 2012 through March 2012**

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| **Transportation** | **N/A** | $0.00 |
| **Lodging** | **N/A** | $0.00 |
| **Sundry** | **N/A** | $0.00 |
| **Business Meals** | **N/A** | $0.00 |
| **TOTAL:** | | $ 0.00 |

{02411:PLDG:10155550.DOCX}