# EXHIBIT - A

**Professional Profiles**
**W.R. Grace & Co. Time Tracking - Global Restructuring**
**For the months of April and May 2012**

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Ron Gale | Partner | 20+ | Global Restructuring | $ 748.00 | 6.0 | 4,488.00 |
| James H Prettyman | Partner | 20+ | Global Restructuring | $ 803.00 | 4.0 | 3,212.00 |
| Daniel J Wiles | Managing Director | 20+ | Global Restructuring | $ 715.00 | 1.0 | 715.00 |
| Bertrand Vandepitte | Director | 8 | Global Restructuring | $ 675.65 | 1.3 | 878.35 |
| Christian Marty | Director | 8 | Global Restructuring | $ 680.69 | 4.2 | 2,858.90 |
| Todd Chesla | Manager | 6 | Global Restructuring | $ 330.00 | 16.0 | 5,280.00 |
| Mary Irene Slonina | Manager | 5 | Global Restructuring | $ 352.00 | 3.5 | 1,232.00 |
| Victor Sebastian Diaz Parro | Senior | 4 | Global Restructuring | $ 253.21 | 53.4 | 13,521.41 |
| Jorge Vargas | Senior | 4 | Global Restructuring | $ 253.00 | 31.1 | 7,868.30 |
| Andrea Corinne Richards | Senior | 4 | Global Restructuring | $ 412.50 | 0.4 | 165.00 |
| Veronica Joelle Flores | Experienced Associate | 2 | Global Restructuring | $ 170.50 | 7.0 | 1,193.50 |
| Eric Meyer | Experienced Associate | 1 | Global Restructuring | $ 171.52 | 10.8 | 1,852.42 |
| Beatrice Rivero | Project Specialist | 4 | Global Restructuring | $ 99.00 | 2.4 | 237.60 |
| Jose Rodriguez | Project Specialist | 10+ | Global Restructuring | $ 137.50 | 3.0 | 412.50 |
| **Totals** | | | | | **144.1** | **43,914.97** |