**Attachment B**
**To Fee Application**
**Summary of PwC's Fees By Professional**
**For the period of December 2011 through May 2012**

Professional Profiles
W.R. Grace & Co. Time Tracking - Darex Audit
For the period December 2011 through May 2012

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Katherine Stivers Matheson | Audit Senior Manager | 10 | $ 413.02 | 8.0 | $ 3,304.16 |
| Alexandra L Schmidt | Audit Senior Associate | 5 | $ 207.58 | 33.2 | $ 6,891.66 |
| Kathleen Elizabeth Bradley | Audit Experienced Associate | 3 | $ 155.15 | 9.0 | $ 1,396.35 |
| Kathryn A Fitzpatrick | Audit Experienced Associate | 3 | $ 155.15 | 222.3 | $ 34,489.85 |
| Drew Levy | Audit Associate | 1 | $ 112.35 | 94.3 | $ 10,594.61 |
| Leonardo D Zarate | Project Specialist | 1 | $ 107.00 | 1.0 | $ 107.00 |
| Elizabeth Romano | Project Specialist | 1 | $ 107.00 | 1.0 | $ 107.00 |
| Leonel Felice | Project Specialist | 1 | $ 107.00 | 1.0 | $ 107.00 |
| | | | **Total** | **369.8** | **$ 56,997.63** |

**Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)**

| **Totals** | **4.0** | | | | **$ 620.60** |

{02411:PLDG:10155541.DOC}

**Summary of PwC's Fees By Project Category:**
**For the period of December 2011 through May 2012**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 4.0 | 620.60 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |

{02411:PLDG:10155541.DOC}

| | | |
|---|---:|---:|
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial- Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 369.80 | 56,997.63 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 373.80 | $ 57,618.23 |

## Expense Summary
## For the period of December 2011 through May 2012

| Expense Category | Service Provider | Total Expenses |
|---|---|---:|
| Transportation | N/A | $ 923.46 |
| Lodging | N/A | $1,598.40 |
| Sundry | N/A | $23.02 |
| Business Meals | N/A | $83.51 |
| TOTAL: | | $ 2,628.39 |

{02411:PLDG:10155541.DOC}