# EXHIBIT - A

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Katherine Stivers Matheson | Audit Senior Manager | 10 | $ 413.02 | 8.0 | $ 3,304.16 |
| Alexandra L Schmidt | Audit Senior Associate | 5 | $ 207.58 | 33.2 | $ 6,891.66 |
| Kathleen Elizabeth Bradley | Audit Experienced Associate | 3 | $ 155.15 | 9.0 | $ 1,396.35 |
| Kathryn A Fitzpatrick | Audit Experienced Associate | 3 | $ 155.15 | 222.3 | $ 34,489.85 |
| Drew Levy | Audit Associate | 1 | $ 112.35 | 94.3 | $ 10,594.61 |
| Leonardo D Zarate | Project Specialist | 1 | $ 107.00 | 1.0 | $ 107.00 |
| Elizabeth Romano | Project Specialist | 1 | $ 107.00 | 1.0 | $ 107.00 |
| Leonel Felice | Project Specialist | 1 | $ 107.00 | 1.0 | $ 107.00 |
| | | | **Total** | **369.8** | **$ 56,997.63** |

**W.R. Grace & Co. - Darex Puerto Rico Audit**
**Fee Application Preparation**
**For the period of Dec 2011 - May 2012**

| Date | Hours | Description of Services Provided | Bill Rate | Extended Cost |
|---|---|---|---|---|
| **FEE APPLICATION PREPARATION** | | | | |
| **Name: Kathleen Bradley** | | | | |
| 30-May | 2.0 | Reviewing and editing fee application for Dec 2011 - May 2012 | $ 155.15 | $ 310.30 |
| 31-May | 2.0 | Reviewing and editing fee application for Dec 2011 - May 2012 | $ 155.15 | $ 310.30 |
| | **4.0** | | | |
| | **4.0** | **Total Grace Fee Application Charged Hours** | | **$ 620.60** |