# EXHIBIT - B

**Darex Puerto Rico 2011**
**EXPENSE DETAIL**
**For period ending May 2012**

| Personnel | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|
| **Kathryn Colaianni** | | | | | | |
| | 7-May | | $ 795.00 | | | Homewoods Suites hotel for 5 nights in Cambridge, MA (rate $159 per night) |
| | 7-May | | $ 93.00 | | | Room Taxes on Homewood Suites hotel room for 5 nights in Cambridge, MA (rate $18.60 per night) |
| | 7-May | | | | $ 8.26 | Dinner for 1 (K.Colaianni - PwC) due to travel to client site in Cambridge, MA |
| | 7-May | $ 238.60 | | | | Roundtrip coach flight from Baltimore, MD to Boston, MA, for travel to Grace site in Cambridge, MA. |
| **Drew Levy** | | | | | | |
| | 2-May | | | $ 23.02 | | Postage expense for mailing accounts receivable confirmations. |
| | 7-May | $ 200.60 | | | | Roundtrip coach flight from Baltimore, MD to Boston, MA, for travel to Grace site in Cambridge, MA. |
| | 7-May | $ 38.40 | | | | Taxi fare to Airport for travel to Cambridge, MA to Grace site. |
| | 7-May | $ 4.75 | | | | Tolls for travel from aiport to Grace in Cambridge, MA. |
| | 7-May | | $ 636.00 | | | Nightly rate @159.00 per night for 4 nights at Homewood Suites hotel during travel to Grace in Cambridge, MA. |
| | 7-May | | $ 74.40 | | | Hotel taxes @18.60 per night for 4 nights at Homewood Suites hotel during travel to Grace in Cambridge, MA. |
| | 7-May | $ 412.46 | | | | Expense for rental car during travel to Grace site in Cambridge, MA. |
| | 8-May | | | | $ 45.25 | Travel dinner for D. Levy and K. Colaianni (both PwC) during travel to Grace site in Cambridge, MA. |
| | 10-May | | | | $ 30.00 | Travel dinner for D. Levy during travel to Grace site in Cambridge, MA. |
| | 11-May | $ 28.65 | | | | Taxi fare for travel from aiport, due to trip to Grace in Cambridge, MA. |
| **Summary** | **Total** | **Transportation** | **Lodging** | **Sundry** | **Business Meals** | |
| | $ 2,628.39 | $ 923.46 | $ 1,598.40 | $ 23.02 | $ 83.51 | |

**Darex Puerto Rico 2011**
**EXPENSE DETAIL**
**For the period ended May 2012**

| Personnel | Date | Title | Expense | Description |
|---|---|---|---|---|
| **Kathryn Colaianni** | | | | |
| | 7-May | Audit Experienced Associate | $ 795.00 | Homewoods Suites hotel for 5 nights in Cambridge, MA (rate $159 per night) |
| | 7-May | Audit Experienced Associate | $ 93.00 | Room Taxes on Homewood Suites hotel room for 5 nights in Cambridge, MA (rate $18.60 per night) |
| | 7-May | Audit Experienced Associate | $ 8.26 | Dinner for 1 (K.Colaianni - PwC) due to travel to client site in Cambridge, MA |
| | 7-May | Audit Experienced Associate | $ 238.60 | Roundtrip coach flight from Baltimore, MD to Boston, MA, for travel to Grace site in Cambridge, MA. |
| **Drew Levy** | | | | |
| | 2-May | Audit Associate | $ 23.02 | Postage expense for mailing accounts receivable confirmations. |
| | 7-May | Audit Associate | $ 200.60 | Roundtrip coach flight from Baltimore, MD to Boston, MA, for travel to Grace site in Cambridge, MA. |
| | 7-May | Audit Associate | $ 38.40 | Taxi fare to Airport for travel to Cambridge, MA to Grace site. |
| | 7-May | Audit Associate | $ 4.75 | Tolls for travel from aiport to Grace in Cambridge, MA. |
| | 7-May | Audit Associate | $ 636.00 | Nightly rate @159.00 per night for 4 nights at Homewood Suites hotel during travel to Grace in Cambridge, MA. |
| | 7-May | Audit Associate | $ 74.40 | Hotel taxes @18.60 per night for 4 nights at Homewood Suites hotel during travel to Grace in Cambridge, MA. |
| | 7-May | Audit Associate | $ 412.46 | Expense for rental car during travel to Grace site in Cambridge, MA. |
| | 8-May | Audit Associate | $ 45.25 | Travel dinner for D. Levy and K. Colaianni (both PwC) during travel to Grace site in Cambridge, MA. |
| | 10-May | Audit Associate | $ 30.00 | Travel dinner for D. Levy during travel to Grace site in Cambridge, MA. |
| | 11-May | Audit Associate | $ 28.65 | Taxi fare for travel from aiport, due to trip to Grace in Cambridge, MA. |
| | | | **Total** | |
| | | | $ 2,628.39 | |