IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | **Objection Deadline:** |

## AMENDED FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION FOR THE PERIOD MAY 1, 2012 THROUGH MAY 31, 2012

## WRG-0077
## STUDY OF THIRD PARTY PATENT RELATING TO CEMENT COMPOSITIONS OF FAST DEVELOPING STRENGTH

| | | | |
|---|---|---|---|
| 05/05/2012 | GHL | Further evaluation of freedom-to-operate in view of patent, with consideration of specific proposed premixtures of components as posited by Mr. Maggio, review of email communications from Mr. Leon regarding Grace sale practices, and drafting supplemental opinion for Mr. Maggio. | 2.80 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | SERVICES |  | $ | 1,750.00 |
| GHL | GARY H. LEVIN | 2.80 hours @ $625.00 |  |  |  |
|  | **INVOICE TOTAL** |  |  | $ | **1,750.00** |

## WRG-0081
## HIGH YIELD SPRAY APPLICATION
## FOR CEMENTITIOUS FIRE PROOFING MATERIALS

| Date | Atty | Description | Hours |
|---|---|---|---|
| 05/16/2012 | NG | Receipt and review of Second Notice of Allowance and Fee Due from the United States Patent and Trademark Office and preparation of correspondence to client forwarding copy of Notice and advising of deadline for payment of issue fee. | 0.60 |
| 05/22/2012 | JEM | Review recently received Notice of Allowance; complete Notice of Allowance review and attend to reporting Notice of Allowance to client. | 1.30 |
| 05/23/2012 | JEM | Assist in filing of issue fee with the Patent Office. | 0.20 |
| 05/23/2012 | NG | Review issue fee checklist, preparation of and attendance to payment of the Second Base Issue Fee with the United States Patent and Trademark Office and preparation of correspondence to client forwarding copy of Base Issue Fee Transmittal and advising of approximate issuance of patent. | 1.00 |

                                          SERVICES                       $    1,018.00

| | | | | | |
|---|---|---|---|---|---|
| JEM | JOHN E. MCGLYNN | 1.50 | hours @ | $460.00 | |
| NG | NOREEN GARONSKI | 1.60 | hours @ | $205.00 | |

**INVOICE TOTAL**                                                             $    **1,018.00**

## WRG-0104
## AUTOMATED YIELD MONITORING AND CONTROL

| | | | |
|---|---|---|---:|
| 05/22/2012 | JEM | Attend to review and approval of draft information disclosure statement. | 0.30 |
| 05/22/2012 | NG | Attendance to filing of Information Disclosure Statement with the United States Patent and Trademark Office on May 22, 2012 and forwarding copy of same to client. | 1.00 |

|  |  |  |  |  |
|---|---|---|---|---:|
|  | SERVICES |  | $ | 343.00 |

| | | | | |
|---|---|---:|---|---:|
| JEM | JOHN E. MCGLYNN | 0.30 | hours @ | $460.00 |
| NG | NOREEN GARONSKI | 1.00 | hours @ | $205.00 |

**INVOICE TOTAL**                                           $    343.00