# EXHIBIT A

# PACHULSKI STANG ZIEHL & JONES LLP

10100 Santa Monica Boulevard
13th Floor
Los Angeles, CA 90067

April 30, 2012

Invoice Number **99106**          **91100  00001**          **LDJ**

Mark Shelnitz, Esquire
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

| | |
|---|---|
| Balance forward as of last invoice, dated:  March 31, 2012 | $142,652.08 |
| Net balance forward | $142,652.08 |

Re:   W.R. Grace and Co.

**Statement of Professional Services Rendered Through**          **04/30/2012**

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Asset Disposition [B130]** | | | | | |
| 04/23/12 | KPM | Address filing and service of asset sales report | 0.30 | 495.00 | $148.50 |
| | **Task Code Total** | | **0.30** | | **$148.50** |
| | | | | | |
| **Appeals [B430]** | | | | | |
| 04/03/12 | JEO | Review status of 3rd Circuit Appeals. | 0.50 | 675.00 | $337.50 |
| 04/04/12 | JEO | Review issues regarding 3rd circuit appeals. | 0.50 | 675.00 | $337.50 |
| 04/10/12 | JEO | Review order scheduling argument on Garlock's regarding hearing motion and forward to co-counsel. | 0.40 | 675.00 | $270.00 |
| 04/11/12 | JEO | Review status of appeals. | 0.50 | 675.00 | $337.50 |
| 04/12/12 | JEO | Return creditor call regarding status of case and appeal. | 0.20 | 675.00 | $135.00 |
| 04/17/12 | KPM | Review and respond to email from James E. O'Neill regarding A. Paul's admittance to 3d. Circuit | 0.10 | 495.00 | $49.50 |
| 04/18/12 | KPM | Draft emails to A. Paul (Kirkland) and R. Higgins regarding filing notices of appearance | 0.40 | 495.00 | $198.00 |
| 04/19/12 | KPM | Address revisions to R. Higgins notice of appearance | 0.20 | 495.00 | $99.00 |
| 04/23/12 | KPM | Draft email to James E. O'Neill regarding status of 5/1/12 hearing | 0.10 | 495.00 | $49.50 |
| 04/25/12 | PEC | Prepare Status Report Letter for filing and service in the Garlock Appeal (.5); Prepare Status Report Letter for hard copy filing (.4); Draft Certificate of Service (.1) | 1.00 | 265.00 | $265.00 |
| 04/25/12 | JEO | Work on 3rd Circuit update for confirmation appeal. | 1.20 | 675.00 | $810.00 |
| 04/25/12 | KPM | Review and respond to email from James E. O'Neill regarding filing status  report letter | 0.10 | 495.00 | $49.50 |

**Invoice number 99106**      91100   00001                                                **Page  2**

| | | | | | |
|---|---|---|---|---|---|
| 04/27/12 | KPM | Review email from James E. O'Neill regarding change in District Court hearing date and time | 0.10 | 495.00 | $49.50 |
| | | **Task Code Total** | **5.30** | | **$2,987.50** |

**Case Administration [B110]**

| | | | | | |
|---|---|---|---|---|---|
| 04/02/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 265.00 | $79.50 |
| 04/02/12 | PEC | Update critical dates | 0.80 | 265.00 | $212.00 |
| 04/02/12 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 185.00 | $18.50 |
| 04/03/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 265.00 | $79.50 |
| 04/03/12 | PEC | Update critical dates | 0.40 | 265.00 | $106.00 |
| 04/03/12 | SLP | Maintain docket control. | 1.30 | 185.00 | $240.50 |
| 04/03/12 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 185.00 | $18.50 |
| 04/04/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 265.00 | $79.50 |
| 04/04/12 | PEC | Update critical dates | 0.40 | 265.00 | $106.00 |
| 04/04/12 | SLP | Maintain docket control. | 0.30 | 185.00 | $55.50 |
| 04/04/12 | KSN | Prepare hearing binders for 4/23/12 hearing. | 0.40 | 185.00 | $74.00 |
| 04/04/12 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 185.00 | $18.50 |
| 04/05/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 265.00 | $106.00 |
| 04/05/12 | PEC | Update critical dates | 0.50 | 265.00 | $132.50 |
| 04/05/12 | SLP | Maintian docket control. | 1.30 | 185.00 | $240.50 |
| 04/05/12 | KSN | Maintain document control. | 0.20 | 185.00 | $37.00 |
| 04/06/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 265.00 | $106.00 |
| 04/06/12 | PEC | Update critical dates | 0.60 | 265.00 | $159.00 |
| 04/06/12 | SLP | Maintain docket control. | 1.00 | 185.00 | $185.00 |
| 04/06/12 | DKW | Coordinate and distribute pending pleadings to clients and legal team. | 0.10 | 185.00 | $18.50 |
| 04/09/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 265.00 | $106.00 |
| 04/09/12 | PEC | Update critical dates | 0.80 | 265.00 | $212.00 |
| 04/09/12 | DKW | Coordinate and distribute pending pleadings to clients and legal team. | 0.20 | 185.00 | $37.00 |
| 04/10/12 | PEC | Review daily correspondence and pleading and forward to the appropriate parties | 0.40 | 265.00 | $106.00 |
| 04/10/12 | PEC | Update critical dates | 0.80 | 265.00 | $212.00 |
| 04/10/12 | SLP | Maintain docket control. | 0.30 | 185.00 | $55.50 |
| 04/11/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 265.00 | $106.00 |

**Invoice number 99106**        91100  00001                                                **Page  3**

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/11/12 | PEC | Update critical dates | 0.80 | 265.00 | $212.00 |
| 04/11/12 | PEC | Prepare March 2012  Monthly Operating Report for filing and service (.3); Draft Certificate of Service (.1) | 0.40 | 265.00 | $106.00 |
| 04/11/12 | SLP | Maintain docket control. | 1.00 | 185.00 | $185.00 |
| 04/12/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 265.00 | $106.00 |
| 04/12/12 | PEC | Update critical dates | 0.80 | 265.00 | $212.00 |
| 04/12/12 | SLP | Maintain docket contro.. | 0.30 | 185.00 | $55.50 |
| 04/13/12 | CAK | Review documents and organize to file. | 0.10 | 265.00 | $26.50 |
| 04/13/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 265.00 | $106.00 |
| 04/13/12 | PEC | Update critical dates | 0.80 | 265.00 | $212.00 |
| 04/13/12 | SLP | Maintain docket control. | 1.00 | 185.00 | $185.00 |
| 04/13/12 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 185.00 | $18.50 |
| 04/16/12 | PEC | Update critical dates | 0.80 | 265.00 | $212.00 |
| 04/16/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.50 | 265.00 | $132.50 |
| 04/16/12 | SLP | Maintain docket control. | 0.60 | 185.00 | $111.00 |
| 04/16/12 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 185.00 | $18.50 |
| 04/16/12 | DKW | Coordinate and distribute pending pleadings to clients and legal team. | 0.10 | 185.00 | $18.50 |
| 04/17/12 | PEC | Update critical dates | 1.10 | 265.00 | $291.50 |
| 04/17/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 265.00 | $79.50 |
| 04/17/12 | SLP | Maintain docket control. | 1.00 | 185.00 | $185.00 |
| 04/17/12 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 185.00 | $18.50 |
| 04/18/12 | PEC | Update critical dates | 0.80 | 265.00 | $212.00 |
| 04/18/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 265.00 | $106.00 |
| 04/18/12 | SLP | Maintain docket control. | 0.50 | 185.00 | $92.50 |
| 04/19/12 | PEC | Update critical dates | 0.80 | 265.00 | $212.00 |
| 04/19/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 265.00 | $79.50 |
| 04/19/12 | SLP | Maintain docket control. | 0.30 | 185.00 | $55.50 |
| 04/19/12 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.20 | 185.00 | $37.00 |
| 04/19/12 | DKW | Coordinate and distribute pending pleadings to clients and legal team. | 0.10 | 185.00 | $18.50 |
| 04/20/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 265.00 | $106.00 |
| 04/20/12 | PEC | Update critical dates | 0.80 | 265.00 | $212.00 |
| 04/20/12 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 185.00 | $18.50 |
| 04/23/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 265.00 | $106.00 |

**Invoice number 99106**      91100   00001                          **Page  4**

| Date | | | | | |
|---|---|---|---|---|---|
| 04/23/12 | PEC | Update critical dates | 0.50 | 265.00 | $132.50 |
| 04/23/12 | PEC | Prepare Debtors Forty-Third Quarterly Report of Asset Sales for filing and service (.4); Draft Certificate of Service (.1) | 0.50 | 265.00 | $132.50 |
| 04/23/12 | SLP | Maintain docket control. | 0.50 | 185.00 | $92.50 |
| 04/23/12 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.20 | 185.00 | $37.00 |
| 04/24/12 | PEC | Update critical dates | 0.80 | 265.00 | $212.00 |
| 04/24/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 265.00 | $106.00 |
| 04/24/12 | SLP | Maintain docket control. | 0.50 | 185.00 | $92.50 |
| 04/24/12 | DKW | Coordinate and distribute pending pleadings to clients and legal team. | 0.10 | 185.00 | $18.50 |
| 04/25/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 265.00 | $79.50 |
| 04/25/12 | PEC | Update critical dates | 0.60 | 265.00 | $159.00 |
| 04/25/12 | SLP | Maintain docket control. | 1.00 | 185.00 | $185.00 |
| 04/25/12 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.20 | 185.00 | $37.00 |
| 04/26/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 265.00 | $79.50 |
| 04/26/12 | PEC | Update critical dates | 0.80 | 265.00 | $212.00 |
| 04/26/12 | PEC | Prepare Declaration of Service of the BMC Group Regarding the Debtors Motion to Approve the Libby Settlement for filing | 0.20 | 265.00 | $53.00 |
| 04/26/12 | SLP | Maintain docket control. | 0.50 | 185.00 | $92.50 |
| 04/26/12 | DKW | Coordinate and distribute pending pleadings to clients and legal team. | 0.10 | 185.00 | $18.50 |
| 04/27/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 265.00 | $79.50 |
| 04/27/12 | PEC | Update critical dates | 0.80 | 265.00 | $212.00 |
| 04/27/12 | SLP | Maintain docket control. | 0.60 | 185.00 | $111.00 |
| 04/27/12 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.50 | 185.00 | $92.50 |
| 04/27/12 | DKW | Coordinate and distribute pending pleadings to clients and legal team. | 0.10 | 185.00 | $18.50 |
| 04/30/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 265.00 | $79.50 |
| 04/30/12 | PEC | Update critical dates | 0.80 | 265.00 | $212.00 |
| 04/30/12 | PEC | Prepare Debtors' Forty-Third Quarterly Report of Settlements for filing and service (.4); Draft Certificate of Service (.1) | 0.50 | 265.00 | $132.50 |
| 04/30/12 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.20 | 185.00 | $37.00 |
| | | **Task Code Total** | **40.00** | | **$9,368.00** |

Claims Admin/Objections[B310]

**Invoice number 99106**      91100  00001                                          **Page  5**

| 04/25/12 | PEC | Prepare Letter Withdrawal of the Illinois Dept of Revenue for filing | 0.20 | 265.00 | $53.00 |
|---|---|---|---|---|---|
| 04/25/12 | PEC | Draft Notice of Withdrawal Regarding Objection to Claim No. 150, Filed by the Illinois Dept of Revenue for filing and Certificate of Service (.2); Prepare for filing and service (.2) | 0.40 | 265.00 | $106.00 |
| | **Task Code Total** | | **0.60** | | **$159.00** |

**WRG-Claim Analysis (Asbestos)**

| 04/05/12 | JEO | Review revised order on High Point. | 0.40 | 675.00 | $270.00 |
|---|---|---|---|---|---|
| 04/09/12 | PEC | Prepare Certification of Counsel Regarding Revised Order Authorizing Debtors' Entry Into an Administrative Settlement with High Point for filing and service (.5); Draft Certificate of Service (.1) | 0.60 | 265.00 | $159.00 |
| 04/09/12 | JEO | Review issue regarding revised High Point order. | 0.40 | 675.00 | $270.00 |
| 04/09/12 | KPM | Review and revise and execute certification of counsel for revised High Point order | 0.20 | 495.00 | $99.00 |
| 04/10/12 | PEC | Draft Notice of Motion for an Order Approving the Stipulation and Settlement Agreement Resolving Claim of the United States Regarding the Big Tex Site, San Antonio, Texas and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 265.00 | $212.00 |
| 04/10/12 | KPM | Address filing and service of motion to approve settlement regarding Big Tex Site | 0.30 | 495.00 | $148.50 |
| 04/16/12 | PEC | Prepare Notice of Final Judgment and Claims Settlement for filing and service (.3); Draft Affidavit of Service (.1) | 0.40 | 265.00 | $106.00 |
| 04/17/12 | JEO | Telephone calls from claimant James Freeman and email ACC counsel regarding same. | 0.50 | 675.00 | $337.50 |
| 04/18/12 | KPM | Review emails from James E. O'Neill and M. Jones (Kirkland) regarding settlement with Libby | 0.30 | 495.00 | $148.50 |
| 04/18/12 | KPM | Address filing and service of amended Intrawest stipulation | 0.30 | 495.00 | $148.50 |
| 04/19/12 | PEC | Draft Motion to Shorten Regarding Libby Settlement Motion | 0.80 | 265.00 | $212.00 |
| 04/19/12 | PEC | Coordinate service lists for Libby Settlement Motion | 0.80 | 265.00 | $212.00 |
| 04/20/12 | PEC | Prepare Motion of W. R. Grace & Co. for Entry of an Order Approving (a) the Settlement Between W. R. Grace & Co. and the Libby Claimants, (b) the Transition of the Libby Medical Program and (c) the Settlement Between W. R. Grace & Co. and BNSF Railway Company for filing and service (.8); Draft Certificate of Service (.1) | 0.90 | 265.00 | $238.50 |
| 04/20/12 | PEC | Prepare Motion to Shorten Regarding W. R. Grace & Co. for Entry of an Order Approving (a) the Settlement Between W. R. Grace & Co. and the Libby Claimants, (b) the Transition of the Libby Medical Program and (c) the Settlement Between W. R. Grace & Co. and BNSF Railway Company for filing and service (.7); Draft Certificate of Service (.1) | 0.80 | 265.00 | $212.00 |
| 04/20/12 | JEO | New Libby license agreement. | 1.50 | 675.00 | $1,012.50 |

**Invoice number  99106**        91100   00001                                      **Page  6**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/20/12 | KPM | Telephone call with J. Gettleman (Kirkland) regarding motion to shorten for Libby 9019 motion | 0.10 | 495.00 | $49.50 |
| 04/20/12 | KPM | Review and respond to emails from James E. O'Neill regarding motion to shorten for Libby settlement | 0.20 | 495.00 | $99.00 |
| 04/20/12 | KPM | Address filing and service of motion to shorten for Libby settlement | 0.20 | 495.00 | $99.00 |
| 04/20/12 | KPM | Review and respond to email from A. Paul (Kirkland) regarding status of motion to shorten for Libby settlement | 0.10 | 495.00 | $49.50 |
| 04/23/12 | JEO | Review entered order on Libby Motion and email with co-counsel regarding same. | 0.40 | 675.00 | $270.00 |
| 04/23/12 | KPM | Review order on motion to shorten time regarding Libby settlement (.1); Conference with Patricia E. Cuniff regarding service of same (.1) | 0.20 | 495.00 | $99.00 |
| 04/27/12 | KPM | Telephone calls to and from claimant regarding case status | 0.10 | 495.00 | $49.50 |
| 04/30/12 | KPM | Address filing and service of 43rd quarterly settlement report | 0.30 | 495.00 | $148.50 |
| | | **Task Code Total** | **10.60** | | **$4,650.00** |

**WRG Claim Analysis**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/25/12 | JEO | Email from co-counsel regarding withdrawal of objection to claim. | 0.20 | 675.00 | $135.00 |
| 04/25/12 | JEO | Review form of withdrawal of objection to claim - 150 Illinois  Department of Revenue. | 0.30 | 675.00 | $202.50 |
| | | **Task Code Total** | **0.50** | | **$337.50** |

**WRG-Employ. App., Applicant**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/12/12 | PEC | Research docket for any previously filed Supplemental Affidavits of Laura Davis Jones in Support of Application to Employ and Retain PSZ&J LLP | 1.20 | 265.00 | $318.00 |
| 04/13/12 | PEC | Prepare First Supplemental Affidavit of Laura Davis Jones in Support of Application to Employ and Retain PSZ&J LLP for filing and service (.3); Draft Certificate of Service (.1) | 0.40 | 265.00 | $106.00 |
| | | **Task Code Total** | **1.60** | | **$424.00** |

**WRG-Employ. App., Others**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/04/12 | PEC | Prepare Affidavit Under 11 U.S.C. 327(e) of Mark A. Senn, President of Senn Visciano Canges P.C. for filing an service (.3); Draft Affidavit of  (.1)Service | 0.40 | 265.00 | $106.00 |
| | | **Task Code Total** | **0.40** | | **$106.00** |

**Invoice number 99106**      91100   00001                                      **Page  7**

WRG-Fee Apps., Applicant

| | | | | | |
|---|---|---|---|---|---|
| 04/07/12 | WLR | Draft 45th quarterly fee application | 0.50 | 575.00 | $287.50 |
| 04/07/12 | WLR | Draft Feb. 2012 fee application | 0.60 | 575.00 | $345.00 |
| 04/08/12 | WLR | Review and revise Feb. 2012 fee application | 0.60 | 575.00 | $345.00 |
| 04/20/12 | PEC | Draft Certificate of No Objection Regarding PSZ&J LLP's February 2012 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 265.00 | $159.00 |
| 04/20/12 | KPM | Review and execute Cert of No Obj. for PSZ&J's January 2012 fee application | 0.10 | 495.00 | $49.50 |
| | **Task Code Total** | | **2.40** | | **$1,186.00** |

WRG-Fee Applications, Others

| | | | | | |
|---|---|---|---|---|---|
| 04/03/12 | PEC | Prepare The Blackstone Group L.P.'s February 2011 Monthly Fee Application for filing and service (.4); Draft Certificate of Service (.1) | 0.50 | 265.00 | $132.50 |
| 04/04/12 | PEC | Prepare Kirkland & Ellis LLP's February 2012 Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 265.00 | $132.50 |
| 04/04/12 | JEO | Review Blackstone Feb 2012 fee app. | 0.20 | 675.00 | $135.00 |
| 04/09/12 | PEC | Prepare Woodcock Washburn's February 2012 Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 265.00 | $132.50 |
| 04/16/12 | PEC | Prepare Statement of Professionals' Compensation Paid From January 1, 2012 Through March 31, 2012 for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 265.00 | $132.50 |
| 04/16/12 | JEO | Review OCP statement. | 0.40 | 675.00 | $270.00 |
| 04/17/12 | PEC | Prepare Protiviti Inc.'s April 2012 Monthly Fee Application for filing and service (.4); Draft Certificate of Service (.1) | 0.50 | 265.00 | $132.50 |
| 04/17/12 | PEC | Draft Notice of Filing Steptoe & Johnson LLP's Quarterly Fee Application for the Period of October 1, 2011 Through December 31, 2011 and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 265.00 | $212.00 |
| 04/18/12 | PEC | Prepare Day Pitney LLP's February 2012 Monthly Fee Application for filing and service (.4); Draft Certificate of Service (.1) | 0.50 | 265.00 | $132.50 |
| 04/19/12 | PEC | Prepare Casner & Edwards LLP's February 2012 Monthly Fee Application for filing and service (.4); Draft Certificate of Service (.1) | 0.50 | 265.00 | $132.50 |
| 04/20/12 | PEC | Draft Certificate of No Objection Regarding Casner & Edwards LLP's January 2012 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 265.00 | $159.00 |
| 04/20/12 | KPM | Review and execute Cert of No Obj. for Baer Higgins' February 2012 fee application | 0.10 | 495.00 | $49.50 |
| 04/20/12 | KPM | Review and execute Cert of No Obj. for Casner Edwards' | 0.10 | 495.00 | $49.50 |

**Invoice number 99106**     91100   00001                                          **Page 8**

| | | January 2012 fee application | | | |
|---|---|---|---|---|---|
| 04/23/12 | PEC | Draft Certificate of No Objection Regarding Foley Hoag LLP's February 2012 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 265.00 | $159.00 |
| 04/23/12 | PEC | Draft Certificate of No Objection Regarding Beveridge Diamond PC's December 2012 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 265.00 | $159.00 |
| 04/23/12 | PEC | Draft Certificate of No Objection Regarding Norton Rose Canada LLP's January 2012 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 265.00 | $159.00 |
| 04/23/12 | PEC | Draft Certificate of No Objection Regarding Norton Rose Canada LLP's February 2012 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 265.00 | $159.00 |
| 04/23/12 | PEC | Draft Certificate of No Objection Regarding the Blackstone Advisory Partners LP's January 2012 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 265.00 | $159.00 |
| 04/23/12 | PEC | Draft Certificate of No Objection Regarding Kaye Scholer LLP's February 2012 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 265.00 | $159.00 |
| 04/23/12 | PEC | Draft Certificate of No Objection Regarding Fragomen, Del Rey, Bernsen & Loewy, LLP's January 2012 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 265.00 | $159.00 |
| 04/23/12 | PEC | Draft Certificate of No Objection Regarding Fragomen Del Rey Bernsen & Loewy LLP's January 2012 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 265.00 | $159.00 |
| 04/23/12 | PEC | Draft Certificate of No Objection Regarding Beveridge & Diamond PC's January 2012 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 265.00 | $159.00 |
| 04/23/12 | KPM | Review and execute Cert of No Obj. for Foley Hoag's February 2012 fee application | 0.10 | 495.00 | $49.50 |
| 04/23/12 | KPM | Review and execute Cert of No Obj. for Beveridge & Diamond's December 2011 fee application | 0.10 | 495.00 | $49.50 |
| 04/23/12 | KPM | Review and execute Cert of No Obj. for Norton Rose's January 2012 fee application | 0.10 | 495.00 | $49.50 |
| 04/23/12 | KPM | Review and execute Cert of No Obj. for Norton Rose's February 2012 fee application | 0.10 | 495.00 | $49.50 |
| 04/23/12 | KPM | Review and execute Cert of No Obj. for Beveridge & Diamond's January 2012 fee application | 0.10 | 495.00 | $49.50 |
| 04/23/12 | KPM | Review and execute Cert of No Obj. for Fragomen's January 2012 fee application | 0.10 | 495.00 | $49.50 |
| 04/23/12 | KPM | Review and execute Cert of No Obj. for Fragomen's February 2012 fee application | 0.10 | 495.00 | $49.50 |
| 04/23/12 | KPM | Review and execute Cert of No Obj. for Kaye Scholer's February 2012 fee application | 0.10 | 495.00 | $49.50 |

**Invoice number 99106**     91100   00001                                         **Page  9**

| Date | | Description | Hours | Rate | Amount |
|------|---|---|---|---|---|
| 04/23/12 | KPM | Review and execute Cert of No Obj. for Blackstone's January 2012 fee application | 0.10 | 495.00 | $49.50 |
| 04/26/12 | PEC | Prepare Fragomen, Del Rey, Bernsen & Loewy, LLP March 2012 Monthly Fee Application for filing and service (.4); Draft Certificate of Service (.1) | 0.50 | 265.00 | $132.50 |
| 04/26/12 | PEC | Draft Notice of Filing Fragomen, Del Rey, Bernsen & Loewy, LLP's Nineteenth Quarterly Fee Application and Certificate of Service (.4); Prepare for filing and service (.4); | 0.80 | 265.00 | $212.00 |
| 04/26/12 | PEC | Draft Certificate of No Objection Regarding Blackstone Advisory Services L.P.'s February 2012 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 265.00 | $159.00 |
| 04/27/12 | PEC | Draft Certificate of No Objection Regarding Kirkland & Ellis LLP's February 2012 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 265.00 | $159.00 |
| 04/27/12 | KPM | Review and execute Cert of No Obj. for Kirkland's February 2012 fee application | 0.10 | 495.00 | $49.50 |
| 04/30/12 | PEC | Prepare Baer Higgins LLC's March 1, 2012 Monthly Fee Application for filing and service (.4); Draft Certificate of Service (.1) | 0.50 | 265.00 | $132.50 |
| 04/30/12 | PEC | Prepare Foley Hoag LLP's March 202 Monthly Fee Application for filing and service (.4); Draft Certificate of Service (.1) | 0.50 | 265.00 | $132.50 |
| | | **Task Code Total** | **15.60** | | **$4,656.00** |

**Litigation (Non-Bankruptcy)**

| Date | | Description | Hours | Rate | Amount |
|------|---|---|---|---|---|
| 04/02/12 | JEO | Review open issues. | 0.40 | 675.00 | $270.00 |
| 04/03/12 | PEC | Draft Notice of Withdrawal of Appearance of Deanna Boll and Certificate of Service (.2); Prepare for filing and service (.2) | 0.40 | 265.00 | $106.00 |
| 04/03/12 | PEC | Draft Amended Notice of Appearance of Roger Higgins | 0.20 | 265.00 | $53.00 |
| 04/03/12 | PEC | Coordinate and update various service lists and and notices to reflect the name change of Baer Higgins Fructman to the Law Offices of Roger Higgins LLC | 0.80 | 265.00 | $212.00 |
| 04/03/12 | JEO | Review status of matters scheduled for 4/23 hearing. | 0.80 | 675.00 | $540.00 |
| 04/04/12 | PEC | Draft Notice of Agenda for 4/23/12 Hearing | 0.80 | 265.00 | $212.00 |
| 04/04/12 | PEC | Revise Amended Notice of Appearance of Roger Higgins (.2); Draft Certificate of Service (.1); Prepare for filing and service (.3) | 0.60 | 265.00 | $159.00 |
| 04/05/12 | PEC | Revise and review Notice of Agenda for 4/23/12 Hearing | 0.40 | 265.00 | $106.00 |
| 04/09/12 | PEC | Revise and review Agenda for 4/23/12 Hearing | 0.40 | 265.00 | $106.00 |
| 04/09/12 | PEC | Coordinate with Reed Smith regarding 4/23/12 Hearing Binder updates | 0.20 | 265.00 | $53.00 |
| 04/09/12 | JEO | Review motion to settle EPA/DOJ matter and provide comments to Roger Higgins. | 0.40 | 675.00 | $270.00 |
| 04/10/12 | JEO | Review status of 9019 settlement motion regarding EPA. | 0.20 | 675.00 | $135.00 |

**Invoice number 99106**      91100  00001                                **Page  10**

| 04/11/12 | JEO | Emails with counsel for FCR and ACC regarding preliminary agenda for 4/23 hearing. | 0.30 | 675.00 | $202.50 |
| 04/11/12 | JEO | Review status of matters scheduled for 4/23 hearing. | 0.30 | 675.00 | $202.50 |
| 04/13/12 | PEC | Draft Amended Notice of Agenda Cancelling the 4/23/12 Hearing | 0.40 | 265.00 | $106.00 |
| 04/13/12 | PEC | File and serve Notice of Agenda for 4/23/12 Hearing (.4) Draft Certificate of Service (.1) | 0.50 | 265.00 | $132.50 |
| 04/13/12 | JEO | Work on Agenda cancelling hearing. | 0.50 | 675.00 | $337.50 |
| 04/16/12 | JEO | Emails with co-counsel regarding Locke settlement. | 0.40 | 675.00 | $270.00 |
| 04/16/12 | JEO | Review settlement notices. | 0.80 | 675.00 | $540.00 |
| 04/23/12 | KPM | Review critical dates and updated docket | 0.20 | 495.00 | $99.00 |
| | | **Task Code Total** | **9.00** | | **$4,112.00** |

**Stay Litigation [B140]**

| 04/18/12 | PEC | Prepare Certification of Counsel Regarding Amended Stipulation and Agreed Order Resolving Motion of Intrawest Automatic Stay for filing and service (.5); Draft Certificate of Service (.1) | 0.60 | 265.00 | $159.00 |
| | | **Task Code Total** | **0.60** | | **$159.00** |

| | **Total professional services:** | 86.90 | **$28,293.50** |

## Costs Advanced:

| 04/02/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 04-02-12 | $27.33 |
| 04/02/2012 | FF | Filing Fee [E112] Clerk, U.S. Court of Appeals (DE-ck) | $216.00 |
| 04/02/2012 | FF | Filing Fee [E112] Clerk, U.S. Court of Appeals, (DE-ck) | $216.00 |
| 04/02/2012 | PO | 91100.00001 :Postage Charges for 04-02-12 | $21.40 |
| 04/02/2012 | RE | ( 5 @0.10 PER PG) | $0.50 |
| 04/02/2012 | RE | ( 228 @0.10 PER PG) | $22.80 |
| 04/02/2012 | RE2 | SCAN/COPY ( 38 @0.10 PER PG) | $3.80 |
| 04/03/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 04-03-12 | $17.99 |
| 04/03/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 04-03-12 | $11.90 |
| 04/03/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 04-03-12 | $17.85 |
| 04/03/2012 | FE | Federal Express [E108] | $7.15 |
| 04/03/2012 | FE | Federal Express [E108] | $7.15 |
| 04/03/2012 | OS | Digital Legal Services, Inv. 65563, 255 copies | $30.60 |
| 04/03/2012 | OS | Digital Legal Services, Inv. 65563, postage | $93.15 |
| 04/03/2012 | RE | ( 11 @0.10 PER PG) | $1.10 |
| 04/03/2012 | RE | ( 150 @0.10 PER PG) | $15.00 |
| 04/03/2012 | RE | ( 60 @0.10 PER PG) | $6.00 |
| 04/03/2012 | RE | ( 4 @0.10 PER PG) | $0.40 |

**Invoice number  99106**       91100  00001                                          **Page  11**

| 04/03/2012 | RE   | ( 50 @0.10 PER PG )                                          | $5.00    |
|------------|------|-------------------------------------------------------------|----------|
| 04/03/2012 | RE   | ( 52 @0.10 PER PG )                                          | $5.20    |
| 04/03/2012 | RE   | ( 8 @0.10 PER PG )                                           | $0.80    |
| 04/03/2012 | RE2  | SCAN/COPY ( 26 @0.10 PER PG)                                 | $2.60    |
| 04/03/2012 | RE2  | SCAN/COPY ( 48 @0.10 PER PG)                                 | $4.80    |
| 04/03/2012 | RE2  | SCAN/COPY ( 52 @0.10 PER PG)                                 | $5.20    |
| 04/03/2012 | RE2  | SCAN/COPY ( 24 @0.10 PER PG)                                 | $2.40    |
| 04/03/2012 | RE2  | SCAN/COPY ( 23 @0.10 PER PG)                                 | $2.30    |
| 04/03/2012 | RE2  | SCAN/COPY ( 23 @0.10 PER PG)                                 | $2.30    |
| 04/04/2012 | DC   | 91100.00001 Digital Legal Charges for 04-04-12              | $9.00    |
| 04/04/2012 | DC   | 91100.00001 Digital Legal Charges for 04-04-12              | $378.00  |
| 04/04/2012 | DC   | 91100.00001 Digital Legal Charges for 04-04-12              | $24.30   |
| 04/04/2012 | DC   | 91100.00001 Digital Legal Charges for 04-04-12              | $16.20   |
| 04/04/2012 | DC   | 91100.00001 Digital Legal Charges for 04-04-12              | $6.83    |
| 04/04/2012 | DH   | 91100.00001 DHL Worldwide Express Charges for 04-04-12      | $14.21   |
| 04/04/2012 | DH   | 91100.00001 DHL Worldwide Express Charges for 04-04-12      | $29.70   |
| 04/04/2012 | PO   | 91100.00001 :Postage Charges for 04-04-12                   | $235.32  |
| 04/04/2012 | RE   | ( 108 @0.10 PER PG)                                          | $10.80   |
| 04/04/2012 | RE   | ( 166 @0.10 PER PG)                                          | $16.60   |
| 04/04/2012 | RE   | ( 185 @0.10 PER PG)                                          | $18.50   |
| 04/04/2012 | RE   | ( 197 @0.10 PER PG)                                          | $19.70   |
| 04/04/2012 | RE   | ( 234 @0.10 PER PG)                                          | $23.40   |
| 04/04/2012 | RE   | ( 510 @0.10 PER PG)                                          | $51.00   |
| 04/04/2012 | RE   | ( 560 @0.10 PER PG)                                          | $56.00   |
| 04/04/2012 | RE2  | SCAN/COPY ( 9 @0.10 PER PG)                                  | $0.90    |
| 04/04/2012 | RE2  | SCAN/COPY ( 9 @0.10 PER PG)                                  | $0.90    |
| 04/04/2012 | RE2  | SCAN/COPY ( 11 @0.10 PER PG)                                 | $1.10    |
| 04/04/2012 | RE2  | SCAN/COPY ( 11 @0.10 PER PG)                                 | $1.10    |
| 04/04/2012 | RE2  | SCAN/COPY ( 41 @0.10 PER PG)                                 | $4.10    |
| 04/04/2012 | RE2  | SCAN/COPY ( 41 @0.10 PER PG)                                 | $4.10    |
| 04/04/2012 | RE2  | SCAN/COPY ( 52 @0.10 PER PG)                                 | $5.20    |
| 04/04/2012 | RE2  | SCAN/COPY ( 72 @0.10 PER PG)                                 | $7.20    |
| 04/05/2012 | DC   | 91100.00001 Digital Legal Charges for 04-05-12              | $387.00  |
| 04/05/2012 | DC   | 91100.00001 Digital Legal Charges for 04-05-12              | $24.30   |
| 04/05/2012 | DC   | 91100.00001 Digital Legal Charges for 04-05-12              | $16.20   |
| 04/05/2012 | RE   | ( 16 @0.10 PER PG)                                           | $1.60    |
| 04/05/2012 | RE   | ( 320 @0.10 PER PG)                                          | $32.00   |
| 04/06/2012 | DC   | 91100.00001 Digital Legal Charges for 04-06-12              | $8.46    |
| 04/06/2012 | FE   | 91100.00001 FedEx Charges for 04-06-12                      | $14.80   |
| 04/08/2012 | RE   | Reproduction Expense. [E101] 8 pgs, WLR                     | $0.80    |
| 04/09/2012 | DH   | 91100.00001 DHL Worldwide Express Charges for 04-09-12      | $17.99   |
| 04/09/2012 | DH   | 91100.00001 DHL Worldwide Express Charges for 04-09-12      | $11.90   |
| 04/09/2012 | PO   | 91100.00001 :Postage Charges for 04-09-12                   | $1.30    |

**Invoice number  99106**      91100  00001                                    **Page  12**

| Date | Code | Description | Amount |
|---|---|---|---|
| 04/09/2012 | PO | 91100.00001 :Postage Charges for 04-09-12 | $42.90 |
| 04/09/2012 | RE | ( 23 @0.10 PER PG) | $2.30 |
| 04/09/2012 | RE | ( 24 @0.10 PER PG) | $2.40 |
| 04/09/2012 | RE | ( 1660 @0.10 PER PG) | $166.00 |
| 04/09/2012 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | $2.70 |
| 04/09/2012 | RE2 | SCAN/COPY ( 33 @0.10 PER PG) | $3.30 |
| 04/09/2012 | RE2 | SCAN/COPY ( 37 @0.10 PER PG) | $3.70 |
| 04/10/2012 | DC | 91100.0001 Digital Legal Charges for 04-10-12 | $72.00 |
| 04/10/2012 | DC | 91100.0001 Digital Legal Charges for 04-10-12 | $24.30 |
| 04/10/2012 | PO | 91100.00001 :Postage Charges for 04-10-12 | $1.10 |
| 04/10/2012 | PO | 91100.00001 :Postage Charges for 04-10-12 | $1,086.65 |
| 04/10/2012 | PO | 91100.00001 :Postage Charges for 04-10-12 | $15.45 |
| 04/10/2012 | PO | 91100.00001 :Postage Charges for 04-10-12 | $8.50 |
| 04/10/2012 | RE | ( 2 @0.10 PER PG) | $0.20 |
| 04/10/2012 | RE | ( 224 @0.10 PER PG) | $22.40 |
| 04/10/2012 | RE | ( 3277 @0.10 PER PG) | $327.70 |
| 04/10/2012 | RE | ( 4558 @0.10 PER PG) | $455.80 |
| 04/10/2012 | RE | ( 4561 @0.10 PER PG) | $456.10 |
| 04/10/2012 | RE | ( 5762 @0.10 PER PG) | $576.20 |
| 04/10/2012 | RE2 | SCAN/COPY ( 28 @0.10 PER PG) | $2.80 |
| 04/10/2012 | RE2 | SCAN/COPY ( 29 @0.10 PER PG) | $2.90 |
| 04/10/2012 | RE2 | SCAN/COPY ( 48 @0.10 PER PG) | $4.80 |
| 04/10/2012 | RE2 | SCAN/COPY ( 52 @0.10 PER PG) | $5.20 |
| 04/10/2012 | RE2 | SCAN/COPY ( 53 @0.10 PER PG) | $5.30 |
| 04/11/2012 | DC | 91100.00001 Digital Legal Charges for 04-11-12 | $378.00 |
| 04/11/2012 | DC | 91100.00001 Digital Legal Charges for 04-11-12 | $24.30 |
| 04/11/2012 | DC | 91100.00001 Digital Legal Charges for 04-11-12 | $16.20 |
| 04/11/2012 | DC | 91100.00001 Digital Legal Charges for 04-11-12 | $6.19 |
| 04/11/2012 | DC | 91100.00001 Digital Legal Charges for 04-11-12 | $7.78 |
| 04/11/2012 | RE | ( 86 @0.10 PER PG) | $8.60 |
| 04/11/2012 | RE | ( 4558 @0.10 PER PG) | $455.80 |
| 04/12/2012 | FE | 91100.00001 FedEx Charges for 04-12-12 | $65.46 |
| 04/12/2012 | RE | ( 75 @0.10 PER PG) | $7.50 |
| 04/13/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 04-13-12 | $27.33 |
| 04/13/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 04/13/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 04/13/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 04/13/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 04/13/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 04/13/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 04/13/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 04/13/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 04/13/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |

**Invoice number 99106**       91100   00001                                    **Page  13**

| | | | |
|---|---|---|---|
| 04/13/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 04/13/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 04/13/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 04/13/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 04/13/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 04/13/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 04/13/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 04/13/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 04/13/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 04/13/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 04/13/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 04/13/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 04/13/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 04/13/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 04/13/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 04/13/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 04/13/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 04/13/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 04/13/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 04/13/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 04/13/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 04/13/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 04/13/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 04/13/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 04/13/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 04/13/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 04/13/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 04/13/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 04/13/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 04/13/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 04/13/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 04/13/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 04/13/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 04/13/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 04/13/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 04/13/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 04/13/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 04/13/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 04/13/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 04/13/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 04/13/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 04/13/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 04/13/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 04/13/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |

**Invoice number 99106**        91100  00001                                      **Page  14**

| 04/13/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
|---|---|---|---|
| 04/13/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 04/13/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 04/13/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 04/13/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 04/13/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 04/13/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 04/13/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 04/13/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 04/13/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 04/13/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 04/13/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 04/13/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 04/13/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 04/13/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 04/13/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 04/13/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 04/13/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 04/13/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 04/13/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 04/13/2012 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 04/13/2012 | OS | Digital Legal Services, Inv. 65563, 765 copies | $91.80 |
| 04/13/2012 | OS | Digital Legal Services, Inv. 65563, postage | $93.15 |
| 04/13/2012 | RE | ( 1 @0.10 PER PG) | $0.10 |
| 04/13/2012 | RE | ( 2 @0.10 PER PG) | $0.20 |
| 04/13/2012 | RE | ( 85 @0.10 PER PG) | $8.50 |
| 04/13/2012 | RE2 | SCAN/COPY ( 48 @0.10 PER PG) | $4.80 |
| 04/13/2012 | RE2 | SCAN/COPY ( 52 @0.10 PER PG) | $5.20 |
| 04/16/2012 | DC | 91100.0001 Digital Legal Charges for 04-16-12 | $9.00 |
| 04/16/2012 | DC | 91100.0001 Digital Legal Charges for 04-16-12 | $378.00 |
| 04/16/2012 | DC | 91100.0001 Digital Legal Charges for 04-16-12 | $24.30 |
| 04/16/2012 | DC | 91100.0001 Digital Legal Charges for 04-16-12 | $16.20 |
| 04/16/2012 | DH | 91100.0001 DHL Worldwide Express Charges for 04-16-12 | $17.85 |
| 04/16/2012 | FX | ( 6 @1.00 PER PG) | $6.00 |
| 04/16/2012 | FX | ( 6 @1.00 PER PG) | $6.00 |
| 04/16/2012 | FX | ( 6 @1.00 PER PG) | $6.00 |
| 04/16/2012 | FX | ( 6 @1.00 PER PG) | $6.00 |
| 04/16/2012 | OS | Digital Legal Services, Inv. 65563, 4845 copies | $581.40 |
| 04/16/2012 | OS | Digital Legal Services, Inv. 65563, postage | $310.50 |
| 04/16/2012 | PO | 91100.00001 :Postage Charges for 04-16-12 | $6.45 |
| 04/16/2012 | RE | ( 13 @0.10 PER PG) | $1.30 |
| 04/16/2012 | RE | ( 37 @0.10 PER PG) | $3.70 |

**Invoice number  99106**        91100   00001                                **Page  15**

| | | | |
|---|---|---|---|
| 04/16/2012 | RE | ( 111 @0.10 PER PG) | $11.10 |
| 04/16/2012 | RE | ( 132 @0.10 PER PG) | $13.20 |
| 04/16/2012 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | $2.40 |
| 04/16/2012 | RE2 | SCAN/COPY ( 48 @0.10 PER PG) | $4.80 |
| 04/16/2012 | RE2 | SCAN/COPY ( 52 @0.10 PER PG) | $5.20 |
| 04/17/2012 | DC | 91100.00001 Digital Legal Charges for 04-17-12 | $378.00 |
| 04/17/2012 | DC | 91100.00001 Digital Legal Charges for 04-17-12 | $24.30 |
| 04/17/2012 | DC | 91100.00001 Digital Legal Charges for 04-17-12 | $16.20 |
| 04/17/2012 | DC | 91100.00001 Digital Legal Charges for 04-17-12 | $8.46 |
| 04/17/2012 | DC | 91100.00001 Digital Legal Charges for 04-17-12 | $7.78 |
| 04/17/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 04-17-12 | $11.90 |
| 04/17/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 04-17-12 | $17.99 |
| 04/17/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 04-17-12 | $27.33 |
| 04/17/2012 | PO | 91100.00001 :Postage Charges for 04-17-12 | $234.90 |
| 04/17/2012 | PO | 91100.00001 :Postage Charges for 04-17-12 | $15.60 |
| 04/17/2012 | PO | 91100.00001 :Postage Charges for 04-17-12 | $66.30 |
| 04/17/2012 | RE | ( 2 @0.10 PER PG) | $0.20 |
| 04/17/2012 | RE | ( 2 @0.10 PER PG) | $0.20 |
| 04/17/2012 | RE | ( 4 @0.10 PER PG) | $0.40 |
| 04/17/2012 | RE | ( 4 @0.10 PER PG) | $0.40 |
| 04/17/2012 | RE | ( 20 @0.10 PER PG) | $2.00 |
| 04/17/2012 | RE | ( 88 @0.10 PER PG) | $8.80 |
| 04/17/2012 | RE | ( 110 @0.10 PER PG) | $11.00 |
| 04/17/2012 | RE | ( 174 @0.10 PER PG) | $17.40 |
| 04/17/2012 | RE | ( 267 @0.10 PER PG) | $26.70 |
| 04/17/2012 | RE | ( 1065 @0.10 PER PG) | $106.50 |
| 04/17/2012 | RE2 | SCAN/COPY ( 48 @0.10 PER PG) | $4.80 |
| 04/17/2012 | RE2 | SCAN/COPY ( 52 @0.10 PER PG) | $5.20 |
| 04/18/2012 | DC | 91100.00001 Digital Legal Charges for 04-18-12 | $459.00 |
| 04/18/2012 | DC | 91100.00001 Digital Legal Charges for 04-18-12 | $24.30 |
| 04/18/2012 | DC | 91100.00001 Digital Legal Charges for 04-18-12 | $16.20 |
| 04/18/2012 | FE | 91100.00001 FedEx Charges for 04-18-12 | $8.12 |
| 04/18/2012 | FE | 91100.00001 FedEx Charges for 04-18-12 | $12.26 |
| 04/18/2012 | PO | 91100.00001 :Postage Charges for 04-18-12 | $19.30 |
| 04/18/2012 | RE | ( 4 @0.10 PER PG) | $0.40 |
| 04/18/2012 | RE | ( 72 @0.10 PER PG) | $7.20 |
| 04/18/2012 | RE | ( 95 @0.10 PER PG) | $9.50 |
| 04/18/2012 | RE | ( 121 @0.10 PER PG) | $12.10 |
| 04/18/2012 | RE | ( 276 @0.10 PER PG) | $27.60 |
| 04/18/2012 | RE2 | SCAN/COPY ( 30 @0.10 PER PG) | $3.00 |
| 04/19/2012 | DC | 91100.00001 Digital Legal Charges for 04-19-12 | $90.00 |
| 04/19/2012 | DC | 91100.00001 Digital Legal Charges for 04-19-12 | $24.30 |
| 04/19/2012 | DC | 91100.00001 Digital Legal Charges for 04-19-12 | $7.25 |

**Invoice number  99106**      91100   00001                                        **Page  16**

| 04/19/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 04-19-12 | $11.90 |
|---|---|---|---|
| 04/19/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 04-19-12 | $27.33 |
| 04/19/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 04-19-12 | $17.99 |
| 04/19/2012 | RE | ( 12 @0.10 PER PG) | $1.20 |
| 04/19/2012 | RE | ( 20 @0.10 PER PG) | $2.00 |
| 04/19/2012 | RE | ( 30 @0.10 PER PG) | $3.00 |
| 04/19/2012 | RE | ( 60 @0.10 PER PG) | $6.00 |
| 04/19/2012 | RE | ( 66 @0.10 PER PG) | $6.60 |
| 04/19/2012 | RE | ( 88 @0.10 PER PG) | $8.80 |
| 04/19/2012 | RE | ( 370 @0.10 PER PG) | $37.00 |
| 04/19/2012 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | $2.10 |
| 04/19/2012 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | $2.20 |
| 04/20/2012 | DC | 91100.00001 Digital Legal Charges for 04-20-12 | $9.00 |
| 04/20/2012 | DC | 91100.00001 Digital Legal Charges for 04-20-12 | $6.19 |
| 04/20/2012 | DC | 91100.00001 Digital Legal Charges for 04-20-12 | $5.95 |
| 04/20/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 04-20-12 | $17.85 |
| 04/20/2012 | PO | 91100.00001 :Postage Charges for 04-20-12 | $1,081.50 |
| 04/20/2012 | PO | 91100.00001 :Postage Charges for 04-20-12 | $13.20 |
| 04/20/2012 | RE | ( 8 @0.10 PER PG) | $0.80 |
| 04/20/2012 | RE | ( 13 @0.10 PER PG) | $1.30 |
| 04/20/2012 | RE | ( 24 @0.10 PER PG) | $2.40 |
| 04/20/2012 | RE | ( 43 @0.10 PER PG) | $4.30 |
| 04/20/2012 | RE | ( 87 @0.10 PER PG) | $8.70 |
| 04/20/2012 | RE | ( 139 @0.10 PER PG) | $13.90 |
| 04/20/2012 | RE | ( 464 @0.10 PER PG) | $46.40 |
| 04/20/2012 | RE | ( 5814 @0.10 PER PG) | $581.40 |
| 04/20/2012 | RE | ( 9405 @0.10 PER PG) | $940.50 |
| 04/20/2012 | RE | ( 11441 @0.10 PER PG) | $1,144.10 |
| 04/20/2012 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | $1.70 |
| 04/20/2012 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | $2.10 |
| 04/20/2012 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | $2.20 |
| 04/20/2012 | RE2 | SCAN/COPY ( 48 @0.10 PER PG) | $4.80 |
| 04/20/2012 | RE2 | SCAN/COPY ( 52 @0.10 PER PG) | $5.20 |
| 04/20/2012 | RE2 | SCAN/COPY ( 65 @0.10 PER PG) | $6.50 |
| 04/21/2012 | DC | 91100.00001 Digital Legal Charges for 04-21-12 | $459.00 |
| 04/21/2012 | DC | 91100.00001 Digital Legal Charges for 04-21-12 | $24.30 |
| 04/21/2012 | DC | 91100.00001 Digital Legal Charges for 04-21-12 | $16.20 |
| 04/21/2012 | RE | ( 9405 @0.10 PER PG) | $940.50 |
| 04/23/2012 | DC | 91100.00001 Digital Legal Charges for 04-23-12 | $6.83 |
| 04/23/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 04-23-12 | $35.33 |
| 04/23/2012 | PO | 91100.00001 :Postage Charges for 04-23-12 | $5.90 |
| 04/23/2012 | PO | 91100.00001 :Postage Charges for 04-23-12 | $234.30 |
| 04/23/2012 | PO | 91100.00001 :Postage Charges for 04-23-12 | $18.00 |

**Invoice number 99106**      91100  00001                          **Page  17**

| | | | |
|---|---|---|---|
| 04/23/2012 | RE | ( 12 @0.10 PER PG) | $1.20 |
| 04/23/2012 | RE | ( 25 @0.10 PER PG) | $2.50 |
| 04/23/2012 | RE | ( 43 @0.10 PER PG) | $4.30 |
| 04/23/2012 | RE | ( 58 @0.10 PER PG) | $5.80 |
| 04/23/2012 | RE | ( 142 @0.10 PER PG) | $14.20 |
| 04/23/2012 | RE | ( 369 @0.10 PER PG) | $36.90 |
| 04/23/2012 | RE | ( 556 @0.10 PER PG) | $55.60 |
| 04/23/2012 | RE | ( 1530 @0.10 PER PG) | $153.00 |
| 04/23/2012 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | $2.20 |
| 04/23/2012 | RE2 | SCAN/COPY ( 52 @0.10 PER PG) | $5.20 |
| 04/23/2012 | RE2 | SCAN/COPY ( 53 @0.10 PER PG) | $5.30 |
| 04/23/2012 | RE2 | SCAN/COPY ( 72 @0.10 PER PG) | $7.20 |
| 04/24/2012 | DC | 91100.00001 Digital Legal Charges for 04-24-12 | $441.00 |
| 04/24/2012 | DC | 91100.00001 Digital Legal Charges for 04-24-12 | $24.30 |
| 04/24/2012 | DC | 91100.00001 Digital Legal Charges for 04-24-12 | $16.20 |
| 04/24/2012 | DC | 91100.00001 Digital Legal Charges for 04-24-12 | $7.25 |
| 04/24/2012 | RE | ( 10 @0.10 PER PG) | $1.00 |
| 04/24/2012 | RE | ( 47 @0.10 PER PG) | $4.70 |
| 04/24/2012 | RE | ( 66 @0.10 PER PG) | $6.60 |
| 04/24/2012 | RE | ( 178 @0.10 PER PG) | $17.80 |
| 04/25/2012 | DC | 91100.00001 Digital Legal Charges for 04-25-12 | $127.50 |
| 04/25/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 04-25-12 | $27.33 |
| 04/25/2012 | RE | ( 20 @0.10 PER PG) | $2.00 |
| 04/25/2012 | RE | ( 36 @0.10 PER PG) | $3.60 |
| 04/25/2012 | RE | ( 190 @0.10 PER PG) | $19.00 |
| 04/25/2012 | RE | ( 194 @0.10 PER PG) | $19.40 |
| 04/25/2012 | RE | ( 214 @0.10 PER PG) | $21.40 |
| 04/26/2012 | FE | 91100.00001 FedEx Charges for 04-26-12 | $12.26 |
| 04/26/2012 | FE | 91100.00001 FedEx Charges for 04-26-12 | $8.12 |
| 04/26/2012 | OS | Digital Legal Services, Inv. 65563, 1020 copies | $122.40 |
| 04/26/2012 | OS | Digital Legal Services, Inv. 65563, postage | $227.70 |
| 04/26/2012 | PO | 91100.00001 :Postage Charges for 04-26-12 | $22.80 |
| 04/26/2012 | RE | ( 1 @0.10 PER PG) | $0.10 |
| 04/26/2012 | RE | ( 7 @0.10 PER PG) | $0.70 |
| 04/26/2012 | RE | ( 14 @0.10 PER PG) | $1.40 |
| 04/26/2012 | RE | ( 15 @0.10 PER PG) | $1.50 |
| 04/26/2012 | RE | ( 26 @0.10 PER PG) | $2.60 |
| 04/26/2012 | RE | ( 35 @0.10 PER PG) | $3.50 |
| 04/26/2012 | RE | ( 128 @0.10 PER PG) | $12.80 |
| 04/26/2012 | RE | ( 131 @0.10 PER PG) | $13.10 |
| 04/26/2012 | RE | ( 192 @0.10 PER PG) | $19.20 |
| 04/26/2012 | RE | ( 709 @0.10 PER PG) | $70.90 |
| 04/26/2012 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | $2.60 |

**Invoice number  99106**      91100   00001                     **Page  18**

| | | | |
|---|---|---|---:|
| 04/26/2012 | RE2 | SCAN/COPY ( 48 @0.10 PER PG) | $4.80 |
| 04/26/2012 | RE2 | SCAN/COPY ( 52 @0.10 PER PG) | $5.20 |
| 04/27/2012 | DC | 91100.00001 Digital Legal Charges for 04-27-12 | $72.00 |
| 04/27/2012 | DC | 91100.00001 Digital Legal Charges for 04-27-12 | $24.30 |
| 04/27/2012 | DC | 91100.00001 Digital Legal Charges for 04-27-12 | $378.00 |
| 04/27/2012 | DC | 91100.00001 Digital Legal Charges for 04-27-12 | $16.20 |
| 04/27/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 04-27-12 | $31.90 |
| 04/27/2012 | PO | 91100.00001 :Postage Charges for 04-27-12 | $13.20 |
| 04/27/2012 | RE | ( 1 @0.10 PER PG) | $0.10 |
| 04/27/2012 | RE | ( 49 @0.10 PER PG) | $4.90 |
| 04/27/2012 | RE | ( 262 @0.10 PER PG) | $26.20 |
| 04/27/2012 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | $2.40 |
| 04/30/2012 | DC | 91100.00001 Digital Legal Charges for 04-30-12 | $63.00 |
| 04/30/2012 | DC | 91100.00001 Digital Legal Charges for 04-30-12 | $5.95 |
| 04/30/2012 | DC | 91100.00001 Digital Legal Charges for 04-30-12 | $7.25 |
| 04/30/2012 | DC | 91100.00001 Digital Legal Charges for 04-30-12 | $97.50 |
| 04/30/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 04-30-12 | $17.85 |
| 04/30/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 04-30-12 | $14.21 |
| 04/30/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 04-30-12 | $17.99 |
| 04/30/2012 | OS | Digital Legal Services, Inv. 65563, 1020 copies | $122.40 |
| 04/30/2012 | OS | Digital Legal Services, Inv. 65563, postage | $227.70 |
| 04/30/2012 | PAC | Pacer - Court Research | $912.80 |
| 04/30/2012 | RE | ( 4 @0.10 PER PG) | $0.40 |
| 04/30/2012 | RE | ( 4 @0.10 PER PG) | $0.40 |
| 04/30/2012 | RE | ( 23 @0.10 PER PG) | $2.30 |
| 04/30/2012 | RE | ( 107 @0.10 PER PG) | $10.70 |
| 04/30/2012 | RE | ( 172 @0.10 PER PG) | $17.20 |
| 04/30/2012 | RE | ( 182 @0.10 PER PG) | $18.20 |
| 04/30/2012 | RE | ( 239 @0.10 PER PG) | $23.90 |
| 04/30/2012 | RE | ( 294 @0.10 PER PG) | $29.40 |
| 04/30/2012 | RE | ( 384 @0.10 PER PG) | $38.40 |
| 04/30/2012 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | $2.20 |
| 04/30/2012 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | $2.20 |
| 04/30/2012 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | $2.40 |
| 04/30/2012 | RE2 | SCAN/COPY ( 30 @0.10 PER PG) | $3.00 |
| 04/30/2012 | RE2 | SCAN/COPY ( 44 @0.10 PER PG) | $4.40 |

Total Expenses:                                           **$20,240.71**

## Summary:

| | |
|---|---|
| Total professional services | $28,293.50 |
| Total expenses | $20,240.71 |

**Invoice number 99106**       91100   00001                                                 **Page   19**

|  | Net current charges | | | $48,534.21 |
|---|---|---|---|---|
|  | Net balance forward | | | $142,652.08 |
|  | **Total balance now due** | | | $191,186.29 |

| | | | | |
|---|---|---|---|---|
| BMK | Koveleski, Beatrice M. | 2.00 | 185.00 | $370.00 |
| CAK | Knotts, Cheryl A. | 0.10 | 265.00 | $26.50 |
| DKW | Whaley, Dina K. | 0.80 | 185.00 | $148.00 |
| JEO | O'Neill, James E. | 11.70 | 675.00 | $7,897.50 |
| KPM | Makowski, Kathleen P. | 5.10 | 495.00 | $2,524.50 |
| KSN | Neil, Karen S. | 0.60 | 185.00 | $111.00 |
| PEC | Cuniff, Patricia E. | 52.90 | 265.00 | $14,018.50 |
| SLP | Pitman, L. Sheryle | 12.00 | 185.00 | $2,220.00 |
| WLR | Ramseyer, William L. | 1.70 | 575.00 | $977.50 |
| | | 86.90 | | $28,293.50 |

## Task Code Summary

| | | Hours | Amount |
|---|---|---|---|
| AD | Asset Disposition [B130] | 0.30 | $148.50 |
| AP | Appeals [B430] | 5.30 | $2,987.50 |
| CA | Case Administration [B110] | 40.00 | $9,368.00 |
| CO | Claims Admin/Objections[B310] | 0.60 | $159.00 |
| CR01 | WRG-Claim Analysis (Asbestos) | 10.60 | $4,650.00 |
| CR02 | WRG Claim Analysis | 0.50 | $337.50 |
| EA | WRG-Employ. App., Applicant | 1.60 | $424.00 |
| EA01 | WRG-Employ. App., Others | 0.40 | $106.00 |
| FA | WRG-Fee Apps., Applicant | 2.40 | $1,186.00 |
| FA01 | WRG-Fee Applications, Others | 15.60 | $4,656.00 |
| LN | Litigation (Non-Bankruptcy) | 9.00 | $4,112.00 |
| SL | Stay Litigation [B140] | 0.60 | $159.00 |
| | | 86.90 | $28,293.50 |

**Invoice number  99106**          91100   00001                                **Page   20**

## Expense Code Summary

| | |
|---|---:|
| Delivery/Courier Service | $4,690.27 |
| DHL- Worldwide Express | $470.95 |
| Federal Express [E108] | $135.32 |
| Filing Fee [E112] | $432.00 |
| Fax Transmittal [E104] | $912.00 |
| Outside Services | $1,900.80 |
| Pacer - Court Research | $912.80 |
| Postage [E108] | $3,144.07 |
| Reproduction Expense [E101] | $7,452.50 |
| Reproduction/ Scan Copy | $190.00 |
| | $20,240.71 |