# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>Debtors. | Consolidated<br>Civil Action No. 11-199 (RLB) (Lead Case)<br><br>**Re: Docket Nos. 165, 166, 215, 216, 217, and 218**<br><br>Civil Action No. 11-528 (RLB) |

## NOTICE OF APPEAL

The State of Montana ("Montana"), by and through its undersigned counsel, hereby appeals to the United States Court of Appeals for the Third Circuit pursuant 28 U.S.C. § 158(d) and Rules 3, 4, and 6 of the Federal Rules of Appellate Procedure, from the *Memorandum Opinion* (Docket No. 165) and *Order* (Docket No. 166), entered by the United States District Court for the District of Delaware (the Honorable Ronald L. Buckwalter, Senior United States District Judge for the Eastern District of Pennsylvania, sitting by designation) on

---

[1] The Debtors are the following entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), ECARG, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, LB Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc. E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

January 30, 2012, and from the *Consolidated Order Regarding Motions for Reconsideration* (Docket No. 215), *Table of Contents* (Docket No. 216), *Amended Memorandum Opinion* (Docket No. 217), and *Order* (Docket No. 218), entered by the United States District Court for the District of Delaware (the Honorable Ronald L. Buckwalter sitting by designation) on June 11, 2012.

In accordance with Rule 3(c) of the Federal Rules of Appellate Procedure, the names of all parties to the orders and opinions appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| **Party** | **Counsel** |
|---|---|
| **Appellant** | Francis A. Monaco, Jr. |
|  | Kevin J. Mangan |
| **State of Montana** | Matthew P. Ward |
|  | WOMBLE CARLYLE SANDRIDGE & RICE, LLP |
|  | 222 Delaware Avenue, Suite 1501 |
|  | Wilmington, DE 19801 |
|  | (302) 252-4320 |
| **Appellees** | Laura Davis Jones |
|  | James E. O'Neill |
| **W.R. Grace & Co., et al., Debtors and Debtors-in-Possession** | Kathleen P. Makowski |
|  | Timothy P. Cairns |
|  | PACHULSKI, STANG, ZIEHL & JONES, LLP |
|  | 919 North Market Street, 17th Floor |
|  | P. O. Box 8705 |
|  | Wilmington, DE 19899-8705 |
|  | (302) 652-4100 |
|  | John Donley |
|  | Adam Paul |
|  | KIRKLAND & ELLIS LLP |
|  | 300 North LaSalle |
|  | Chicago, IL 60654 |
|  | (312) 862-2000 |

| **Party** | **Counsel** |
|---|---|
| | Roger J. Higgins<br>Roger J. Higgins, P.C.<br>111 East Wacker Drive, Suite 2800<br>Chicago, IL  60601<br>(312) 836-4022 |
| **Official Committee of Unsecured Creditors** | William S. Katchen<br>DUANE MORRIS LLP<br>One River Front Plaza<br>Newark, NJ  07102<br>(973) 424-2000<br><br>Lewis Kruger<br>Kenneth Pasquale<br>STROOCK & STROOCK & LAVAN LLP<br>180 Maiden Lane<br>New York, NY  10038<br>(212) 806-5400<br><br>Michael R. Lastowski<br>Richard W. Riley<br>DUANE MORRIS LLP<br>222 Delaware Avenue, Suite 1600<br>Wilmington, DC  19801<br>(302) 657-4900 |
| **Official Committee of Equity Security Holders** | Teresa K.D. Currier<br>SAUL EWING LLP<br>222 Delaware Avenue, Suite 1200<br>P.O. Box 1266<br>Wilmington, DE  19899<br>(302) 421-6800<br><br>Philip Bentley<br>David E. Blabey, Jr.<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>(212) 715-9100 |

| **Party** | **Counsel** |
|---|---|
| **Official Committee of Asbestos Personal Injury Claimants** | Marla R. Eskin<br>Mark T. Hurford<br>CAMPBELL & LEVIN, LLC<br>800 N. King Street, Suite 300<br>Wilmington, DE  19801<br>(302) 426-1900<br><br>Elihu Inselbuch<br>CAPLIN & DRYSDALE, CHARTERED<br>375 Park Avenue, 35th Floor<br>New York, NY  10152-3500<br>(212) 319-7125<br><br>Peter Van N. Lockwood<br>Nathan D. Finch<br>Jeffrey A. Liesemer<br>Kevin Maclay<br>CAPLIN & DRYSDALE, CHARTERED<br>One Thomas Circle, N.W., 12th Floor<br>Washington, DC  20005<br>(202) 862-5000 |
| **Official Committee of Asbestos Property Damage Claimants** | Michael B. Joseph<br>Theodore J. Tacconelli<br>Lisa L. Coggins<br>FERRY, JOSEPH & PEARCE, P.A.<br>824 Market Street, Suite 1000<br>P.O. Box 351<br>Wilmington, DE  19899<br>(302) 575-1555<br><br>Scott L. Baena<br>Jay M. Sakalo<br>BILZIN SUMBERG BAENA PRICE & AXELROD LLP<br>1450 Brickell Avenue, Suite 2300<br>Miami, FL  33131<br>(305) 374-7580 |
| **David T. Austern, Asbestos PI Future Claimants' Representative** | John C. Phillips, Jr.<br>PHILLIPS, GOLDMAN & SPENCE, P.A.<br>1200 North Broom Street<br>Wilmington, DE  19806<br>(302) 655-4200 |

| Party | Counsel |
|---|---|
|  | Roger Frankel |
|  | Richard H. Wyron |
|  | Debra L. Felder |
|  | ORRICK, HERRINGTON & SUTCLIFFEE LLP |
|  | 1152 15th Street, NW |
|  | Washington, DC  20005 |
|  | (202) 338-8400 |
|  |  |
| **Post-Petition DIP Lenders** | Neil B. Glassman |
|  | BAYARD, P.A. |
|  | 222 Delaware Avenue, Suite 900 |
|  | P.O. Box 25130 |
|  | Wilmington, DE  19899-5130 |
|  | (302) 429-4224 |
|  |  |
|  | J. Douglas Bacon |
|  | LATHAM & WATKINS LLP |
|  | 233 South Wacker Drive, Suite 5800 |
|  | Chicago, IL  60606 |
|  | (312) 876-7638 |
|  |  |
| **Property Damage Future Claims' Representative** | R. Karl Hill |
|  | SEITZ, VAN OGTROP & GREEN, P.A. |
|  | 222 Delaware Avenue, Suite 1500 |
|  | P.O. Box 68 |
|  | Wilmington, DE  19899 |
|  | (302) 888-0600 |
|  |  |
|  | Alan B. Rich |
|  | LAW OFFICE OF ALAN B. RICH |
|  | 102 Elm Street, Suite 4244 |
|  | Dallas, TX  75270 |
|  | (214) 744-5100 |
|  |  |
| **United States Trustee** | David M. Klauder |
|  | J. Caleb Boggs Federal Building |
|  | 844 N. King Street, Suite 2207 |
|  | Lockbox #35 |
|  | Wilmington, DE  19801 |
|  | (302) 573-6491 |

| **Party** | **Counsel** |
|---|---|
| **AXA Belgium, as successor to Royale Belge SA** | R. Stokes Nolte<br>REILLY JANICZEK & McDEVITT, P.C.<br>1013 Centre Road, Suite. 2010<br>Wilmington, DE 19801<br>(302) 777-1700<br><br>Michael A. Shiner<br>TUCKER ARENSBERG, P.C.<br>1500 One PPG Place<br>Pittsburgh, PA 15222-5401<br>(412) 594-5586<br><br>Eileen T. McCabe<br>MENDES & MOUNT, LLP<br>750 Seventh Avenue<br>New York, NY 10019<br>(212) 261-8254 |
| **Continental Casualty Company and Continental Insurance Company** | Elizabeth DeCristofaro<br>FORD MARRIN ESPOSITO WITMEYER & GLESER, L.L.P.<br>Wall Street Plaza, 23rd Floor<br>New York, NY 10005-1875<br>(212) 269-4900<br><br>Edward B. Rosenthal<br>ROSENTHAL, MONHAIT & GODDESS, P.A.<br>919 Market Street, Suite 1401<br>P.O. Box 1070<br>Wilmington, DE 19899<br>(302) 656-4433<br><br>Jonathan W. Young<br>Jeff Chang<br>WILDMAN, HARROLD, ALLEN & DIXON LLP<br>225 West Wacker Drive<br>Chicago, IL 60606-1229<br>(312) 201-2662 |

| **Party** | **Counsel** |
|---|---|
| | Daniel M. Glosband |
| | Brian H. Mukherjee |
| | GOODWIN PROCTER LLP |
| | Exchange Place |
| | 53 State Street |
| | Boston, MA  02109 |
| | (617) 570-1000 |
| | |
| | Michael S. Giannotto |
| | Frederick C. Schafrick |
| | GOODWIN PROCTER LLP |
| | 901 New York Avenue, N.W. |
| | Washington, DC  20001 |
| | (202) 346-4000 |
| **Federal Insurance Company** | Barry M. Klayman |
| | COZEN O'CONNOR |
| | 1201 N. Market Street |
| | Suite 1400 |
| | Wilmington, DE  19801 |
| | (302) 295-2035 |
| | |
| | William P. Shelley |
| | Jacob C. Cohn |
| | Ilan Rosenberg |
| | COZEN O'CONNOR |
| | 1900 Market Street |
| | Philadelphia, PA  19103 |
| | (215) 665-2000 |
| **Firemen's Fund Insurance Company** | John D. Demmy |
| | STEVENS & LEE, P.C. |
| | 1105 North Market Street, 7th Floor |
| | Wilmington, DE  19801 |
| | (302) 425-3308 |
| | |
| | Mark D. Plevin |
| | Leslie A. Davis |
| | Tacie H. Yoon |
| | CROWELL & MORING LLP |
| | 1001 Pennsylvania Avenue, N.W. |
| | Washington, DC  20004 |
| | (202) 624-2500 |

| **Party** | **Counsel** |
|---|---|
| | Leonard P. Goldberger<br>Marnie E. Simon<br>STEVENS & LEE, P.C.<br>1818 Market Street, 29th Floor<br>Philadelphia, PA  19103-1702<br>(215) 751-2864/2885 |
| **Hartford Accident and Indemnity Company; First State Insurance Company; Twin City Fire Insurance Company; New England Reinsurance Corporation** | Michael W. Yurkewicz<br>KLEHR HARRISON HARVEY & BRANZBURG LLP<br>919 Market Street, Suite 1000<br>Wilmington, DE  19801<br>(302) 552-5519<br><br>Craig Goldblatt<br>Nancy L. Manzer<br>WILMER PICKERING HALE AND DORR LLP<br>1875 Pennsylvania Avenue, N.W.<br>Washington, DC  20006<br>(202) 663-6000<br><br>William J. Bowman<br>James P. Ruggeri<br>Edward B. Parks, II<br>HOGAN & HARTSON, L.L.P.<br>555 Thirteenth Street, N.W.<br>Washington, DC  20004<br>(202) 637-5600 |
| **Government Employees Insurance Company; Republic Insurance Company, n/k/a Star Indemnity & Liability Company; OneBeacon America Insurance Company; Seaton Insurance Company** | Warren T. Pratt<br>David P. Primack<br>DRINKER BIDDLE & REATH LLP<br>1100 N. Market Street<br>Wilmington, DE  19801-1254<br>(302) 467-4200<br><br>Michael F. Brown<br>Jeffrey M. Boerger<br>DRINKER BIDDLE & REATH LLP<br>One Logan Square, Suite 2000<br>18th & Cherry Streets<br>Philadelphia, PA  19103-6996<br>(215) 988-2700 |

| Party | Counsel |
|---|---|
| **Her Majesty the Queen in Right of Canada** | Francis A. Monaco, Jr.<br>Kevin J. Mangan<br>Matthew P. Ward<br>WOMBLE CARLYLE SANDRIDGE & RICE, LLP<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE  19801<br>(302) 252-4320<br><br>Jacqueline Dais-Visca<br>Senior Counsel<br>Business Law Section<br>Ontario Regional Office<br>Suite 3400, Box 34, The Exchange Tower<br>130 King Street West, Toronto, Ontario<br>M5X 1K6 |
| **Maryland Casualty Company** | Jeffrey C. Wisler<br>Marc J. Phillips<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>The Nemours Building<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, DE  19899<br>(302) 658-9141<br><br>Edward J. Longosz, II<br>ECKERT SEAMANS CHERIN & MELLOTT, LLC<br>1717 Pennsylvania Avenue, N.W.<br>Suite 1200<br>Washington, DC  20006<br>(202) 659-6600<br><br>Richard A. Ifft<br>Karalee C. Morell<br>WILEY REIN LLP<br>1776 K Street, N.W.<br>Washington, DC  20006<br>(202) 719-7170 |

| Party | Counsel |
|---|---|
| **National Union Fire Insurance Co. of Pittsburgh, Pa.** | Ricardo Palacio<br>ASHBY & GEDDES, P.A.<br>500 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE  19899<br>(302) 654-1888<br><br>Michael S. Davis<br>ZEICHNER ELLMAN & KRAUSE LLP<br>575 Lexington Avenue<br>New York, NY  10022<br>(212) 233-0400 |
| **TIG Insurance Company; United States Fire Insurance Company** | Garvan F. McDaniel<br>BIFFERATO GENTILOTTI LLC<br>800 N. King Street, Plaza Level<br>Wilmington, DE  19801<br>(302) 429-8600<br><br>George R. Calhoun, V<br>STEPTOE & JOHNSON, LLP<br>1330 Connecticut Avenue, N.W.<br>Washington, DC  20036<br>(202) 261-0610 |
| **Travelers Casualty and Surety Company** | Robert J. Dehney<br>Ann C. Cordo<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 N. Market Street<br>Wilmington, DE  19899<br>(302) 658-9200<br><br>Mary Beth Forshaw<br>Katharine A. McLendon<br>Elisa Alcabes<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, NY  10017-3954<br>(212) 455-2000 |

10

| Party | Counsel |
|---|---|
| **Zurich Insurance Company; Zurich International (Bermuda) Ltd.** | Jeffrey C. Wisler<br>Marc J. Phillips<br>Kelly M. Conlan<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>The Nemours Building<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>(302) 658-9141<br><br>Richard A. Ifft<br>Karalee C. Morell<br>WILEY REIN LLP<br>1776 K Street, N.W.<br>Washington, DC 20006<br>(202) 719-7170 |
| **The Bank Lender Group** | Richard Cobb<br>James S. Green<br>LANDIS RATH & COBB LLP<br>919 Market Street, Suite 1800<br>Post Office Box 2087<br>Wilmington, DE 19899<br>(302) 467-4400<br><br>Stephen J. Shimshak<br>Andrew N. Rosenberg<br>Margaret A. Phillips<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>(212) 373-3000 |
| **Morgan Stanley Senior Funding, Inc.** | Stuart M. Brown<br>DLA Piper LLP<br>919 North Market Street<br>15th Floor<br>Wilmington, DE 19801<br>(302) 468-5640 |

11

| **Party** | **Counsel** |
|---|---|
| | Jeff J. Friedman<br>Noah Heller<br>Merritt A. Pardini<br>KATTEN MUCHIN ROSENMAN LLP<br>575 Madison Avenue<br>New York, NY  10022<br>(212) 940-8800 |
| **Anderson Memorial Hospital** | Christopher D. Loizides<br>LOIZIDES, P.A.<br>1225 King Street, Suite 800<br>Wilmington, DE  19801<br>(302) 654-0248<br><br>Daniel A. Speights<br>C. Alan Runyan<br>SPEIGHTS & RUNYAN<br>200 Jackson Avenue, East<br>Post Office Box 685<br>Hampton, SC  29924<br>(803) 943-4444<br><br>John W. Kozyak<br>David L. Rosendorf<br>KOZYAK TROPIN & THROCKMORTON, P.A.<br>2525 Ponce de Leon, 9th Floor<br>Coral Gables, FL  33134<br>(305) 372-1800 |
| **City of Vancouver; School District 68 Nanaimo-Ladysmith** | Christopher D. Loizides<br>LOIZIDES, P.A.<br>1225 King Street, Suite 800<br>Wilmington, DE  19801<br>(302) 654-0248<br><br>Daniel A. Speights<br>C. Alan Runyan<br>SPEIGHTS & RUNYAN<br>200 Jackson Avenue, East<br>Post Office Box 685<br>Hampton, SC  29924<br>(803) 943-4444 |

12

| **Party** | **Counsel** |
|---|---|
| **BNSF Railway Company** | James C. Carignan<br>John H. Schanne II<br>Pepper Hamilton LLP<br>Hercules Plaza, Suite 5100<br>1313 North Market Street<br>P.O. Box 1709<br>Wilmington, DE 19899-1709<br>(302) 777-6500<br><br>Edward C. Toole, Jr.<br>Linda J. Casey<br>Pepper Hamilton LLP<br>3000 Two Logan Square<br>18th & Arch Streets<br>Philadelphia, PA 19103<br>(215) 981-4000 |
| **Aaron C. Edwards; James T. Beam; Edward E. Storey; John M. Thomas; Sheila Martin** | Kathleen M. Miller<br>SMITH, KATZENSTEIN & JENKINS LLP<br>800 Delaware Avenue, Suite 1000<br>P.O. Box 410<br>Wilmington, DE 19899<br>(302) 652-8400<br><br>Sander L. Esserman<br>David J. Parsons<br>STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, P.C.<br>2323 Bryan Street, Suite 2200<br>Dallas, TX 75201<br>(214) 969-4900 |
| **Kaneb Pipe Line Operating Partnership, L.P.; Support Terminal Services, Inc.** | Kathleen M. Miller<br>SMITH, KATZENSTEIN & JENKINS LLP<br>800 Delaware Avenue, Suite 1000<br>P.O. Box 410<br>Wilmington, DE 19899<br>(302) 652-8400<br><br>Steve A. Peirce<br>FULBRIGHT & JAWORSKI L.L.P.<br>300 Convent Street, Suite 2200<br>San Antonio, TX 78205-3792<br>(210) 224-5575 |

13

| **Party** | **Counsel** |
|---|---|
| | Toby L. Gerber<br>FULBRIGHT & JAWORSKI L.L.P.<br>2200 Ross Avenue, Suite 2800<br>Dallas, TX  75201<br>(214) 855-8000 |
| **The Libby Claimants, as identified in the Amended and Restated Verified Statement of Cohn Whitesell & Goldberg LLP and Landis Rath & Cobb LLP Pursuant to Fed. R. Bankr. P. 2019 [D.I. 22784], as it may be amended and restated from time to time** | Adam G. Landis<br>Kerri K. Mumford<br>LANDIS RATH & COBB LLP<br>919 Market Street, Suite 1800<br>Wilmington, DE  19801<br>(302) 467-4400<br><br>Daniel C. Cohn<br>MURTHA CULLINA<br>99 High Street, 20th Floor<br>Boston, MA  02110<br>(617) 457-4000 |
| **Longacre Master Fund, Ltd.; Longacre Capital Partners (QP), L.P.** | David M. Fournier<br>James C. Carignan<br>PEPPER HAMILTON LLP<br>1313 North Market Street<br>P.O. Box 1709<br>Wilmington, DE  19899-1709<br>(302) 777-6500<br><br>Robert S. Hertzberg<br>PEPPER HAMILTON LLP<br>100 Renaissance Center, Suite 3600<br>Detroit, MI  48243-1157<br>(313) 259-7110 |
| **Garlock Sealing Technologies, LLC** | Brett D. Fallon<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, DE  19899<br> (302) 888-6800 |

| **Party** | **Counsel** |
|---|---|
| | Garland Cassada |
| | Richard C. Worf |
| | ROBINSON, BRADSHAW & HINSON |
| | 101 North Tryon Street, Suite 1900 |
| | Charlotte, NC  28246 |
| | (704) 377-8135 |

Pursuant to Third Circuit Local Appellate Rule 3.1, a copy of this notice is being provided to the Honorable Ronald L. Buckwalter.

Dated:  July 9, 2012                              Respectfully submitted,

Womble Carlyle Sandridge & Rice, LLP


          /s/ Matthew P. Ward
Francis A. Monaco, Jr. (#2078)
Kevin J. Mangan (#3810)
Matthew P. Ward (#4471)
222 Delaware Avenue, Suite 1501
Wilmington, DE  19801
Ph: (302) 252-4320
Fax: (302) 252-4330

Counsel for the State of Montana