**EXHIBIT A**

## Matter 20 - Case Administration - Fees

| Date | Name | Hours | Description |
|---|---|---|---|
| 5/02/2012 | Gina Jankelow | 6.90 | Prepare documents for supplemental disclosure filing. |
| 5/02/2012 | Andrew Brniak | .40 | Review and compile recently filed pleadings and correspond with working group re same. |
| 5/02/2012 | Jeffrey Gettleman | .80 | Review and revise draft of thirtieth supplemental affidavit (.6); correspond with M. Jones re same (.2). |
| 5/03/2012 | Gina Jankelow | 4.00 | Prepare documents for supplemental disclosure filing. |
| 5/03/2012 | Linda A Scussel | 2.00 | Conduct analysis update for supplemental disclosure filing. |
| 5/04/2012 | Andrew Brniak | .30 | Review and compile recently filed pleadings and correspond with working group re same. |
| 5/08/2012 | Linda A Scussel | 1.40 | Organize and review disclosures re interested parties. |
| 5/09/2012 | Andrew Brniak | .40 | Review and compile recently filed pleadings and correspond with working group re same (.2); correspond with M. Araki re revisions to creditor distribution list (.2). |
| 5/10/2012 | Linda A Scussel | 1.20 | Organize and review supplemental disclosures re interested parties. |
| 5/11/2012 | Mike Jones | .80 | Review and analyze conflict reports. |
| 5/11/2012 | Linda A Scussel | 2.00 | Organize and review supplemental disclosures re interested parties. |
| 5/15/2012 | Andrew Brniak | .50 | Review and compile recently filed docket entries (.2); correspond with working group re same (.1); correspond with M. Araki re revisions to creditor distribution list (.2) |
| 5/18/2012 | Linda A Scussel | .60 | Review and update conflicts email tracking chart. |
| 5/21/2012 | Mike Jones | 1.10 | Review and revise thirtieth supplemental affidavit (.8); correspond with working group re same (.3). |
| 5/21/2012 | Jeffrey Gettleman | .50 | Correspond with M. Jones re thirtieth supplemental affidavit (.2); review and revise same (.2); review correspondence from M. Jones to R. Schrock and C. Husnick re same (.1). |
| 5/25/2012 | Kimberly K Love | 1.00 | Review and analyze case dockets and update files with recently filed materials. |
| | Total: | 23.90 | |

## Matter 30 - Hearings - Fees

| Date | Name | Hours | Description |
|---|---|---|---|
| 5/08/2012 | Kimberly K Love | 2.90 | Prepare and organize materials and equipment for hearing re Garlock motion (1.0); attend hearing (1.9). |
| 5/08/2012 | John Donley, P.C. | 2.50 | Attend hearing before Judge Buckwalter on Garlock motion. |
|  | Total: | 5.40 |  |

## Matter 32 - Fee Applications, Applicant - Fees

| Date | Name | Hours | Description |
|---|---|---|---|
| 5/01/2012 | Maureen McCarthy | .90 | Revise and finalize March fee application. |
| 5/14/2012 | Adam C Paul | 2.10 | Analyze and revise March fees and invoices. |
| 5/17/2012 | Maureen McCarthy | 3.70 | Prepare documents re forty-fourth quarterly fee application (1.4); draft same (2.3). |
| 5/21/2012 | Maureen McCarthy | 2.70 | Review and revise forty-fourth quarterly fee application. |
| 5/22/2012 | Adam C Paul | 1.10 | Analyze and revise quarterly fee application. |
| 5/22/2012 | Maureen McCarthy | 1.10 | Review and revise forty-fourth quarterly fee application (.7); prepare monthly application re same (.4). |
| 5/23/2012 | Adam C Paul | .90 | Analyze and revise April invoices (.4); correspond with T. Wallace re same (.1); finalize quarterly fee application (.4). |
| 5/23/2012 | Maureen McCarthy | .50 | Review and revise forty fourth quarterly fee application (.4); correspond with local counsel re same (.1). |
| 5/24/2012 | Maureen McCarthy | 1.60 | Review, revise and finalize forty-fourth quarterly fee application. |
| 5/29/2012 | Maureen McCarthy | .90 | Draft April fee application. |
| 5/30/2012 | Maureen McCarthy | .70 | Revise April fee application. |
| | Total: | 16.20 | |

### Matter 37 - Plan and Disclosure Statement - Fees

| Date | Name | Hours | Description |
| --- | --- | --- | --- |
| 5/01/2012 | Kimberly K Love | 2.50 | Prepare and organize materials re Federal-Mogul appeal (.5); prepare and organize recent pleadings (1.3); prepare and organize materials requested by A. Paul (.7). |
| 5/01/2012 | Jeffrey Gettleman | 3.50 | Correspond with E. O'Connor re service on LMP members (.5); correspond with R. Finke re LMP follow-up (.2); correspond with M. Araki and M. Jones re service and affidavits re same (.2); correspond with M. Jones re hearing on Libby settlement motion (.3); correspond with A. Paul and J. Donley re publication notice of Libby settlement motion (.1); review and revise timeline for transition of LMP (.8); confer with B. McDuffie re same (.3); correspond with M. Jones re analysis of stock trading restrictions (.3); draft, review and revise analysis re same (.6); correspond with A. Paul re same (.1); correspond with A. Paul, J. Donley and R. Finke re LMP timeline (.1). |
| 5/01/2012 | Adam C Paul | 4.00 | Prepare for Garlock hearing (1.6); analyze removal of trade restrictions (.6); confer with J. Donley re Garlock and Libby (.6); analyze and revise claim objection (1.2). |
| 5/01/2012 | John Donley, P.C. | 3.60 | Review and analyze Federal-Mogul and insurer briefs (1.2); correspond with L. Esayian and R. Wyron re same (.3); draft memorandum to client re Fed-Mogul decision (.3); correspond with P. Lockwood and C. Landau re same (.2); correspond with S. Engel and B. Grant re appellate briefing (.2); confer with M. Higgins re Garlock hearing issues (.1); correspond with working group re same (.6); review Armstrong research re Garlock motion (.5); correspond with J. Gettleman and M. Giannotto re Libby issues (.2). |
| 5/01/2012 | Lisa G Esayian | 2.40 | Review and analyze Federal-Mogul opinion (1.4); review and analyze arguments asserted by non-settling insurers (.7); correspond with J. Donley re same (.3). |
| 5/02/2012 | Kimberly K Love | .50 | Prepare and organize materials requested by Norton Rose re certificates of no objections. |

| Date | Name | Hours | Description |
|---|---|---|---|
| 5/02/2012 | Adam C Paul | 1.40 | Correspond with M. Shelnitz re trading restrictions (.2); correspond with J. Gettleman re same (.2); correspond with J. Donley re Garlock hearing (.3); prepare for Garlock hearing (.7). |
| 5/02/2012 | Britt C Grant | .50 | Review and analyze Third Circuit opinion re 524(g). |
| 5/02/2012 | Rana Barakat | 2.10 | Review and analyze recent filings in Pittsburgh Corning and GIT bankruptcy cases (.8); draft summary of same (1.3). |
| 5/02/2012 | John Donley, P.C. | 2.80 | Review, analyze and outline cases, briefing and arguments for Garlock motion hearing. |
| 5/03/2012 | Kenneth W Dyche | 6.10 | Draft and revise graphics for hearing. |
| 5/03/2012 | Kimberly K Love | 9.50 | Review and compile materials for upcoming hearing (5.0); review, edit and cite check documents for upcoming hearing (4.5). |
| 5/03/2012 | Rana Barakat | 7.50 | Research re canons of statutory interpretation (4.4); draft summary of same (2.1); research re history of Chapter X and Section 77B of Bankruptcy Act (.8); draft correspondence to J. Donley re same (.2). |
| 5/03/2012 | John Donley, P.C. | 9.90 | Research and analyze Garlock merits arguments (2.6); draft outline of response re same (3.4); draft and revise demonstratives (3.3); correspond with R. Barakat re research on Garlock issues (.3); review and revise agenda (.1); review recent pleadings and filings (.2). |
| 5/04/2012 | Kenneth W Dyche | 5.90 | Draft and revise graphics for hearing. |
| 5/04/2012 | Mike Jones | 5.10 | Research re equity retaining value in 524(g) plans (1.2); correspond with A. Paul re same (.2); correspond with A. Paul re supplemental affidavit (.6); draft talking points re settlement motion hearing (1.6); correspond with working group re same (.3); review and revise same (.4); review and analyze objection to settlement motion (.5); correspond with client and working group re same (.3). |
| 5/04/2012 | Kimberly K Love | 11.90 | Prepare and organize materials for case files (.8); prepare and organize materials requested by A. Paul (2.2); prepare and organize case materials requested by J. Donley (4.7); review, edit and cite check slides for use at upcoming hearing (3.3); prepare and organize materials for upcoming hearing (.9). |

| Date | Name | Hours | Description |
|---|---|---|---|
| 5/04/2012 | Jeffrey Gettleman | 2.50 | Correspond with A. Brniak and M. Jones re objections to Libby settlement motion (.5); correspond with A. Paul re same (.3); review and analyze Montana limited objection (.4); correspond with working group re same (.3); correspond with working group re LMP transition (.5); correspond with M. Jones re talking points for Libby/BNSF settlement motion hearing (.2); review and analyze letter re same (.2); review correspondence from A. Paul re possible effect of notice of motion sent to Libby medical plan members (.1). |
| 5/04/2012 | Adam C Paul | 4.60 | Prepare for Garlock hearing (1.6); analyze and revise Montana response (1.0); correspond with J. Donley and M. Shelnitz re same (.2); confer with R. Higgins re claim objections (.3); analyze LMP transition (.6); correspond with R. Finke, M. Giannotto and R. Wyron re Libby settlements (.4); analyze proposed foreign transaction (.5). |
| 5/04/2012 | Brian T Stansbury | .80 | Analyze EPA IG report re Libby, Montana (.3); correspond with J. Hughes re same (.1); correspond with medical experts re same (.4). |
| 5/04/2012 | Rana Barakat | 2.80 | Research re rules of statutory construction (1.7); draft summary of same (1.1). |
| 5/04/2012 | Jack N Bernstein | 3.00 | Research re HIPAA privacy issues (2.0); review HIPAA issues re employee notices (.7); draft correspondence re same (.3). |
| 5/04/2012 | John Donley, P.C. | 11.10 | Review, analyze briefs and cases and prepare for Garlock hearing (6.5); draft and revise demonstratives (3.7); review and analyze draft Montana letter (.3); review and respond to correspondence from A. Paul, client and Orrick re Montana objection (.3); correspond with R. Barakat re additional Garlock research re statutory canons (.3). |
| 5/05/2012 | Kenneth W Dyche | 1.80 | Draft and revise graphics for hearing. |
| 5/05/2012 | Kimberly K Love | 4.90 | Review, edit and cite check slides for use at upcoming hearing. |
| 5/05/2012 | Adam C Paul | 2.30 | Prepare for Garlock hearing (.8); analyze Montana Medicaid claims (.8); correspond with R. Higgins re same (.7). |
| 5/05/2012 | John Donley, P.C. | 3.50 | Review cases and authorities in preparation for hearing (2.0); draft and revise demonstratives (1.5). |

| Date | Name | Hours | Description |
|---|---|---|---|
| 5/06/2012 | Adam C Paul | 4.90 | Analyze Montana Medicaid claims (1.8); correspond with R. Higgins re same (.8); prepare for Garlock hearing (2.3). |
| 5/06/2012 | John Donley, P.C. | 5.00 | Prepare for Garlock hearing (1.5); revise outlines and argument re same (1.6); revise demonstratives (1.9). |
| 5/07/2012 | Kenneth W Dyche | 1.00 | Create and edit graphics for hearing. |
| 5/07/2012 | Kimberly K Love | 9.70 | Prepare arrangements for materials to be used at upcoming meeting (1.0); prepare and organize materials requested by J. Donley (1.0); prepare and organize materials for use at upcoming hearing (7.7). |
| 5/07/2012 | Jeffrey Gettleman | 1.50 | Correspond with working group re transition of LMP (.7); correspond with A. Paul re response to Montana limited objection (.5); correspond with M. Araki re affidavits of publication for filing (.2); correspond with M. Jones re same (.1). |
| 5/07/2012 | Adam C Paul | 8.20 | Telephone conference with R. Frankel, P. Lockwood and J. Donley re Garlock strategy (2.0); correspond with M. Shelnitz re same (1.2); prepare for Garlock hearing (5.0). |
| 5/07/2012 | Jack N Bernstein | 1.90 | Analyze HIPAA privacy issues (1.5); draft correspondence re same (.4). |
| 5/07/2012 | John Donley, P.C. | 12.40 | Telephone conference with R. Frankel, P. Lockwood and A. Paul re Garlock strategy (2.0); correspond with M. Shelnitz re same (1.2); prepare for hearing (7.4); revise demonstratives (1.8). |
| 5/07/2012 | Lisa G Esayian | .40 | Review and analyze Montana objection. |
| 5/08/2012 | Kimberly K Love | 4.00 | Review and revise slides for hearing (2.5); prepare and organize hearing materials (1.5). |
| 5/08/2012 | Jeffrey Gettleman | .80 | Correspond with D. Cohn re filing of LMP trust application (.1); telephone conference with A. Paul re Garlock hearing and Montana limited objection to (.2); correspond with E. O'Connor re analysis of LMP member list (.2); review analysis of same (.1); correspond with J. Bernstein, A. Paul and J. Donley re same (.2). |
| 5/08/2012 | Adam C Paul | 5.30 | Prepare for and attend hearing (4.6); conference with Garlock counsel re settlement (.5); telephone conference with J. Gettleman re hearing (.2). |
| 5/08/2012 | Jack N Bernstein | 1.00 | Research re HIPAA privacy issues. |
| 5/08/2012 | John Donley, P.C. | 4.50 | Prepare for Garlock hearing (3.5); conference with G. Cassada re Garlock issues (1.0). |

| Date | Name | Hours | Description |
|---|---|---|---|
| 5/09/2012 | Mike Jones | .80 | Review and revise talking points re settlement motion hearing (.6); correspond with working group re same (.2). |
| 5/09/2012 | Kimberly K Love | 3.80 | Prepare and organize materials returned from hearing. |
| 5/09/2012 | Jeffrey Gettleman | 3.10 | Correspond with M. Jones re modified Libby order language (1.9); correspond with M. Jones re filing of certificate of service and affidavits of publication (.2); draft, review and revise additional language for approval order (.5); review and revise draft talking points re Libby settlement motion (.5). |
| 5/09/2012 | Adam C Paul | 1.40 | Finalize Libby settlement (.8); review and analyze Montana objection (.6). |
| 5/09/2012 | Rana Barakat | .80 | Review and analyze recent filings in key asbestos bankruptcy cases (.3); draft summary of same (.5). |
| 5/09/2012 | Jack N Bernstein | 1.80 | Research re medical privacy issues (.8); analyze state privacy issues (1.0). |
| 5/09/2012 | John Donley, P.C. | 5.20 | Telephone conference with M. Shelnitz, R. Finke and A. Paul re strategy issues (.5); telephone conference with P. Lockwood, R. Frankel and R. Wyron re strategy issues, Garlock and Montana motion (1.2); correspond with working group re Montana amended order issues (1.0); correspond with J. Gettleman re LMP settlement issues (.4); review Montana settlement and correspond with D. Felder re same (.2); review recent pleadings and filings (.3); telephone conference with L. Esayian re Garlock hearing (.2); revise Garlock outline re potential Third Circuit issues (.5); review and analyze Garlock stay motion (.3); correspond with A. Paul re same (.2); review J. Bernstein memorandaum re LMP HIPAA issues (.2); correspond with client re Libby motion and order (.2). |
| 5/10/2012 | Margaret Hermes | 3.50 | Research re state-by-state health privacy laws. |
| 5/10/2012 | Jeffrey Gettleman | .60 | Correspond with D. Cohn re LMP trust papers (.3); correspond with J. Donley re BNSF settlement re (.1); correspond with R. Wyron and R. Frankel re Libby settlement order (.2). |
| 5/10/2012 | Adam C Paul | 1.30 | Analyze and draft response to Montana objection (.7); telephone conference with R. Wyron re same (.3); correspond with R. Wyron and J. Donley re same (.3). |

| Date | Name | Hours | Description |
|---|---|---|---|
| 5/10/2012 | Rana Barakat | 3.50 | Review recent filings in asbestos bankruptcy cases (1.7); draft summary of same (1.8). |
| 5/10/2012 | Jack N Bernstein | 1.90 | Analyze HIPAA issues and employee notices (1.6); draft correspondence re same (.3). |
| 5/10/2012 | John Donley, P.C. | 1.10 | Review and analyze Montana objection (.6); correspond with R. Wyron, M. Giannotto and A. Paul re same (.3); review recent pleadings (.2). |
| 5/10/2012 | Lisa G Esayian | .70 | Correspond with settled insurers' counsel re status of confirmation appeals. |
| 5/11/2012 | Margaret Hermes | .20 | Correspond with J. Bernstein re HIPPA research. |
| 5/11/2012 | Jeffrey Gettleman | 2.80 | Correspond with M. Jones re proposed modifications to Libby settlement order (1.7); correspond with J. O'Neill re amended agenda for May 23 hearing (.1); correspond with D. Cohn and J. Heberling re LMP trust (.2); telephone conference with A. Paul re LMP transition (.8). |
| 5/11/2012 | Adam C Paul | 1.90 | Finalize Libby settlement order (1.1); analyze and revise benefits motion (.8). |
| 5/11/2012 | Rana Barakat | 1.80 | Review recent filings in key asbestos bankruptcy cases (.6); draft summary of same (1.2). |
| 5/11/2012 | Jack N Bernstein | .90 | Telephone conference with working group re HIPAA privacy issues (.5); draft correspondence re same (.4). |
| 5/11/2012 | John Donley, P.C. | 2.10 | Negotiate language to resolve Montana objection (.5); correspond with working group re same (1.4); review omnibus agenda (.1); correspond with J. O'Neill re same (.1) |
| 5/12/2012 | Rana Barakat | 3.10 | Review recent filings in key asbestos bankruptcy cases (1.3); draft summary of same (1.8). |
| 5/13/2012 | Rana Barakat | 1.00 | Review and revise summary of recent filings in key asbestos bankruptcy cases. |
| 5/14/2012 | Kimberly K Love | 1.90 | Review and analyze files for information re State of Montana and Medicaid. |
| 5/14/2012 | Jeffrey Gettleman | 3.70 | Correspond with M. Jones re settlement agreement and order (2.3); draft, review and revise certificate of no objection re Libby settlement motion (.3); review plan definitional terms re same (.1); correspond with D. Cohn re revised order language (.1); review and analyze BNSF settlement agreement (.7); review and revise settlement approval order (.2). |
| 5/14/2012 | Adam C Paul | 1.80 | Confer with J. Gettleman re settlement approval order (.9); analyze and revise same (.4); finalize Libby pleadings (.5). |

| Date | Name | Hours | Description |
|---|---|---|---|
| 5/14/2012 | John Donley, P.C. | 2.30 | Telephone conference with working group re Montana objection and response thereto (.5); prepare for same (.3); correspond with R. Frankel and A. Paul re Montana and Arrowood settlement issues (.3); correspond with A. Paul, P. Lockwood and F. Monaco re CNO and draft order language (.3); review pleadings and filings (.1); review Garlock trust reform materials (.2); review R. Barakat memorandum summarizing key development in other 524(g) cases relevant to Grace case (.3); correspond with J. Gettleman, A. Paul and D. Cohn re revised draft order and CNO language (.3). |
| 5/15/2012 | Kimberly K Love | 2.80 | Review and analyze files for information re stipulation re State of Ohio (1.6); prepare and organize materials filed in Bankruptcy and District Courts (1.2). |
| 5/15/2012 | Andrew Brniak | .40 | Prepare and compile precedent re certificates of no objection (.3); correspond with J. Gettleman re same (.1). |
| 5/15/2012 | Jeffrey Gettleman | 1.70 | Correspond with A. Brniak re precedential certificates of no objection (.1); review and analyze same (.2); draft, review and revise certificate of no objection (.9); correspond with A. Paul re call from F. Glass (.1); correspond with A. Paul re approval of new language by F. Monaco (.2); correspond with F. Monaco re same (.2). |
| 5/15/2012 | Adam C Paul | .90 | Correspond with J. Gettleman and F. Monaco re Libby settlement (.4); correspond with R. Higgins re Medicare claims and sale motion (.5). |
| 5/15/2012 | John Donley, P.C. | .80 | Telephone conference with M. Shelnitz, R. Finke, A. Paul and ACC and FCR counsel re strategy (.6); correspond with F. Monaco and A. Paul re ongoing Montana negotiations (.2). |
| 5/16/2012 | Jeffrey Gettleman | 3.10 | Analyze and revise settlement order (1.0); correspond with J. O'Neill re Libby motion and order (.3); review and revise Libby certificate of no objection (.4); correspond with working group re same (.1); correspond with working group re LMP transition (.5); correspond with A. Paul re interpretation of BNSF settlement agreement (.1); review and revise LMP timeline (.7). |

| Date | Name | Hours | Description |
|---|---|---|---|
| 5/16/2012 | Adam C Paul | 4.90 | Finalize Libby agreement (2.7); correspond with F. Monaco and J. O'Neill re same (.6); analyze transition of LMP (.4); prepare for Libby hearing (.8); telephone conference with counsel to Montana re Libby papers (.4). |
| 5/16/2012 | John Donley, P.C. | 1.20 | Correspond with L. Esayian re Libby issues (.1); correspond with wokring group re consent order, Montana order issues, LMP execution copies, court procecures for hearing, and LMP order filing in Montana (.4); correspond with Garlock counsel, C. Landau and Grace plan proponent counsel re Garlock motion to supplement record (.2); correspond with A. Paul and F. Monaco re Montana issues (.5). |
| 5/17/2012 | Kimberly K Love | 1.40 | Review files for information re State of Montana and Medicaid. |
| 5/17/2012 | Andrew Brniak | .80 | Update, revise and review certificate of no objection (.3); retrieve and compile confirmed plan materials (.1); correspond with J. Gettleman re same (.1); review and compile recently filed docket entries (.2); correspond with working group re same (.1) |
| 5/17/2012 | Jeffrey Gettleman | 3.60 | Correspond with working group re revised order and certificate of no objection (3.2); review and revise certificate of no objection (.4). |
| 5/17/2012 | Adam C Paul | 3.10 | Finalize Libby settlement (2.1); prepare for hearing (.7); analyze and revise certificate of counsel (.3). |
| 5/17/2012 | John Donley, P.C. | .50 | Correspond with A. Paul re Montana order (.3); correspond with co-counsel and opposing counsel re same (.2). |
| 5/18/2012 | Kimberly K Love | 1.30 | Prepare and organize materials from District and Bankruptcy courts. |
| 5/18/2012 | Andrew Brniak | 2.40 | Telephone conference with J. Gettleman re materials for hearing binder (.3); prepare and assemble same (.9); create, revise and review index re same (.8); correspond with P. Cuniff re same (.4). |
| 5/18/2012 | Jeffrey Gettleman | 1.20 | Review hearing agenda draft (.1); correspond with J. O'Neill re same (.2); correspond with working group re 2019 statements (.3); correspond with A. Brniak re hearing binders (.6). |
| 5/18/2012 | Adam C Paul | 2.10 | Finalize Libby settlement (1.2); telephone conference with opposing counsel re same (.7); correspond with J. Gettleman re same (.2). |
| 5/18/2012 | Rana Barakat | .20 | Draft May status update to Third Circuit. |

| Date | Name | Hours | Description |
|---|---|---|---|
| 5/18/2012 | John Donley, P.C. | .70 | Correspond with working group re settlement order and hearing dispute. |
| 5/20/2012 | Jeffrey Gettleman | .50 | Correspond with M. Jones and A. Paul re hearing. |
| 5/21/2012 | Jeffrey Gettleman | 1.60 | Correspond with M. Jones re certification of counsel (.6); review and revise certification of counsel (.2); correspond with D. Cohn re postponement of hearing (.1); review correspondence re revised settlement order language (.3); correspond with A. Paul and R. Finke re proposed settlement order language (.4). |
| 5/21/2012 | Adam C Paul | 4.20 | Finalize Libby settlement (3.1); analyze and revise certificate of counsel (.9); telephone conference with J. Donley re Libby and strategy (.2). |
| 5/21/2012 | John Donley, P.C. | 1.00 | Review drafts and correspondence re Montana motion dispute (.8); telephone conference with A. Paul re same (.2). |
| 5/22/2012 | Mike Jones | 1.10 | Review and revise certificate of counsel re settlement motion (.8); correspond with J. Gettleman re same (.3). |
| 5/22/2012 | Andrew Brniak | .50 | Update and revise May 23, 2012 hearing binder and related index (.3); correspond with A. Paul, J. Michael Jones, and J. Gettleman re same (.2). |
| 5/22/2012 | Jeffrey Gettleman | 1.20 | Correspond with M. Jones re certificate of counsel and settlement approval order (1.0); correspond with A. Paul re fully-executed BNSF settlement agreement (.1); review correspondence from A. Paul re revisions to Libby settlement approval order (.1). |
| 5/22/2012 | Adam C Paul | 2.30 | Telephone conference with J. Donley, M. Shelnitz and R. Frankel re strategy (.7); finalize Libby settlement (1.4); telephone conference with J. O'Neill re hearing (.2). |
| 5/22/2012 | Rana Barakat | .90 | Review and analyze District Court docket re post-judgment motions (.1); review and revise status update to Third Circuit (.8). |
| 5/22/2012 | John Donley, P.C. | .80 | Telephone conference with M. Shelnitz, R. Finke, A. Paul and ACC and FCR counsel re strategy (.6); correspond with F. Monaco and A. Paul re ongoing Montana negotiations (.2). |
| 5/22/2012 | Lisa G Esayian | .30 | Review and revise draft status report to Third Circuit. |
| 5/23/2012 | Mike Jones | .80 | Review and revise certificate of counsel re settlement motion (.5); coordinate filing of same (.3). |

A-13

| Date | Name | Hours | Description |
| --- | --- | --- | --- |
| 5/23/2012 | Jeffrey Gettleman | .90 | Correspond with working group re LMP transition (.5); correspond with M. Jones re edits to certification of counsel (.1); review and analyze current LMP transition timeline (.1); correspond with J. Bernstein re survey of state health records privacy laws (.1); correspond with A. Paul re same (.1). |
| 5/23/2012 | Adam C Paul | .90 | Correspond with C. Semonsen re environmental claims (.2); correspond with J. Gettleman re Libby settlement (.4); review and analyze Libby 2019 statements (.3). |
| 5/24/2012 | Margaret Hermes | 3.20 | Review and analyze state health insurance privacy statutes (2.7); correspond with J. Bernstein re same (.5). |
| 5/24/2012 | Kimberly K Love | 2.00 | Review files and obtain information re State of Montana and Medicaid. |
| 5/24/2012 | Jeffrey Gettleman | 1.00 | Correspond with working group re possible hearing dates re Libby approval motion (.2); correspond with M. Jones re revisions to settlement order (.7); review correspondence from J. Bernstein re state laws re privacy of patient records (.1). |
| 5/24/2012 | Adam C Paul | 4.90 | Telephone conference with State of Montana, ACC and FCR re mediation (.6); finalize Libby settlement (2.8); telephone conference with J. Donley re Libby and Montana (.4); telephone conference with parties to Garlock appeal re hearing (.7); correspond with D. Cohn, M. Shelnitz and R. Wyron re Libby (.4). |
| 5/24/2012 | Rana Barakat | .20 | Correspond with J. Donley re Third Circuit status update (.1); correspond with counsel to appeals re same (.1). |
| 5/24/2012 | Jack N Bernstein | 1.90 | Analyze Libby medical issues re State law privacy concerns (1.4); prepare correspondence re same (.5). |
| 5/24/2012 | John Donley, P.C. | 2.30 | Telephone conference with Montana counsel, A. Paul, M. Giannotto, ACC and FCR re Montana objection to Libby settlement (.4); telephone conference with A. Paul in preparation for same (.5); review and analyze draft modifications to settlement order re Montana objections (.4); confer and correspond with R. Barakat re Owens-Corning opinion and 524(g) developments (.3); correspond with A. Paul re Montana issues (.7). |
| 5/25/2012 | Jeffrey Gettleman | .70 | Review correspondence re revisions to Libby settlement order (.6); correspond with A. Paul re same (.1). |

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 5/25/2012 | Adam C Paul | 1.90 | Finalize Montana settlement (1.7); telephone conference with M. Giannotto re same (.2). |
| 5/25/2012 | Rana Barakat | .20 | Draft Third Circuit status update (.1); correspond with J. O'Neill re same (.1). |
| 5/25/2012 | John Donley, P.C. | 1.10 | Correspond with A. Paul re Montana objections (.6); telephone conference with A. Paul re same (.2); review and analyze draft language to resolve dispute (.3). |
| 5/28/2012 | Adam C Paul | .80 | Finalize Libby settlement. |
| 5/29/2012 | Mike Jones | 4.60 | Review and analyze motion for relief from judgment (2.7); draft summary of same (.5); correspond with J. Donley and A. Paul re same (.1); research re procedural posture of same (.5); review and analyze confirmation orders and opinions re related rulings (.3); draft summary of same (.3); correspond with J. Donley and A. Paul re same (.2). |
| 5/29/2012 | Kimberly K Love | 4.00 | Review and analyze case files for information re State of Montana, Medicaid and certain claims (2.8); prepare and organize materials filed in District Court for distribution to working group (.4); review and obtain cases as requested by J. Donley (.8). |
| 5/29/2012 | Jeffrey Gettleman | 2.30 | Review and analyze AMH motion and Wright v. Owens Corning case (.6); correspond with M. Jones re revised Libby settlement approval order (.4); telephone conference with A. Paul re certificate of no objection (.2); review correspondence from H. LaForce re share repurchase project (.1); correspond with A. Paul re same (.1); correspond with M. Jones, J. Donley, L. Esayian and A. Paul re AMH motion to reconsider confirmation opinion (.7); review correspondence from A. Paul re revised settlement approval order (.1); correspond with M. Ward re same (.1). |
| 5/29/2012 | Adam C Paul | 5.90 | Finalize Libby settlement (4.3); confer with M. Shelnitz re same and AMH motion (.7); analyze AMH motion (.9). |
| 5/29/2012 | Britt C Grant | 1.80 | Correspond with J. Donley and C. Landau re AMH motion (.4); research re same (1.4). |
| 5/29/2012 | Rana Barakat | .20 | Review local rules re filing response to Rule 60(b) motion. |

| Date | Name | Hours | Description |
|---|---|---|---|
| 5/29/2012 | John Donley, P.C. | 2.60 | Review and analyze AMH Rule 60 motion (1.0); correspond with working group s re procedural and substantive aspects of same (.8); review correspondence with A. Paul and opposing counsel re AMH motion, draft language revisions for motion and order, and certificate of counsel (.5); correspond with J. O'Neill re hearing (.1); review recent pleadings and filings (.2). |
| 5/29/2012 | Lisa G Esayian | 2.50 | Review and analyze AMH motion for relief from confirmation order (2.0); review information from R. Horkovich re potential settlement (.4); correspond with R. Horkovich re same (.1). |
| 5/30/2012 | Mike Jones | 3.70 | Review and analyze recent pleadings (.8); correspond with J. Donley re same (.3); research re Federal Rule of Civil Procedure 60(b)(5) (.8); draft summary of same (.4); correspond with working group re same (.2); review and revise certificate of counsel (.4); coordinate filing of same (.6); correspond with client and working group re same (.2). |
| 5/30/2012 | Kimberly K Love | 3.00 | Prepare and organize materials requested by L. Esayian re AMH motion (1.5); review files and obtain information re AMH briefs as requested by C. Hraban (1.0); prepare and organize recently filed documents (.5). |
| 5/30/2012 | Andrew Brniak | .60 | Telephone conference with J. Gettleman re hedging motions (.1); prepare and compile precedent re same (.4); correspond with J. Gettleman re same (.1). |
| 5/30/2012 | Jeffrey Gettleman | 4.50 | Review and analyze precedential hedging authority motions (.3); correspond with working group re same (.3); review Grace 5-year stock chart re same (.1); correspond with working group re filing of certification of counsel (.8); research re Rule 60(b) motions (.7); draft, review and revise analysis re same (.4); correspond with M. Jones re same (.2); correspond with working group re agreement to revised language in settlement approval order (.2); correspond with J. Heberling re LMP transition group (.1); confer with A. Paul re preparation for hedging strategies call (.6); review plan, warrant agreement and other materials re hedging strategies (.8). |

| Date | Name | Hours | Description |
| --- | --- | --- | --- |
| 5/30/2012 | Adam C Paul | 5.70 | Finalize Libby settlement (2.1); analyze AMH motion, arguments and defenses (1.9); telephone conference with J. Donley and M. Shelnitz re same (.7); analyze share repurchase (.7); telephone conference with J. O'Connell re same (.3). |
| 5/30/2012 | Brian T Stansbury | .40 | Analyze motion to quash subpoena re Henry x-ray study. |
| 5/30/2012 | Britt C Grant | 5.30 | Research re Rule 60(b) (4.8); prepare for and participate in telephone conference with C. Landau and J. Donley re same (.5). |
| 5/30/2012 | Rana Barakat | .30 | Review and analyze AMH Rule 60(b) motion. |
| 5/30/2012 | John Donley, P.C. | 4.40 | Review and analyze AMH motion and relevant authorities (2.2); telephone conference with working group re same (1.2); correspond with B. Grant and L. Esayian re response to same (.3); correspond with J. Gettleman and A. Paul re corporate issue (.2); review Canadian ZAI claimant correspondence and correspond with A. Paul re same (.1); review final draft and suggested revisions to settlement order and correspond with A. Paul re same (.4). |
| 5/30/2012 | Lisa G Esayian | 6.00 | Review prior briefing re Grossman's opinion and bar date issues (2.5); outline issues for response to AMH motion (1.0); telephone conference with M. Shelnitz, R. Finke, J. Donley and A. Paul re same (1.3); draft response re same (1.2). |
| 5/31/2012 | Mike Jones | .50 | Correspond with working group re language of certificate of counsel for settlement motion. |
| 5/31/2012 | Andrew Brniak | .30 | Review and compile recently filed pleadings and correspond with working group re same. |
| 5/31/2012 | Jeffrey Gettleman | 2.50 | Correspond with A. Paul re precedential hedging motion (.3); telephone conference with working group re forward contract (.3); review correspondence from R. Frankel re certification of counsel (.1); research re forward contracts (1.3); correspond with J. Heberling and D. Cohn re LMP transition group (.2); correspond with A. Paul and M. Jones re revised settlement order (.3). |

A-17

| Date | Name | Hours | Description |
|---|---|---|---|
| 5/31/2012 | Adam C Paul | 5.40 | Telephone conference with H. LaForce, M. Shelnitz, R. Higgins and J. O'Connell re share repurchase (1.2); prepare for same (.7); telephone conference with J. Donley, D. Turetsky and A. Rich re AMH motion (1.3); telephone conference with M. Shelnitz re AMH (.3); analyze and revise agenda (.3); analyze AMH arguments (1.4); analyze Garlock correspondence (.2). |
| 5/31/2012 | Britt C Grant | 2.80 | Research re Rule 60(b) (2.5); correspond with J. Donley and C. Landau re same (.3). |
| 5/31/2012 | John Donley, P.C. | 2.60 | Review draft agenda and correspond with A. Paul, R. Higgins and K. Makowski re same (.1); review and analyze certificate of counsel and related correspondence (.3); analyze and outline AMH response brief issues (.8); draft memorandum to R. Frankel and P. Lockwood re AMH motion response (.5); correspond with A. Rich re same (.6); correspond with B. Grant re response brief (.2); telephone conference with L. Esayian re same (.1). |
| 5/31/2012 | Lisa G Esayian | 3.00 | Telephone conference with J. Donley re issues re AMH motion for relief from confirmation order (.3); draft responses re same (2.5); correspond with R. Horkovich re insurance claims (.2). |
|  | Total: | 375.30 |  |

## Matter 41 - Tax Issues - Fees

| Date | Name | Hours | Description |
|---|---|---|---|
| 5/01/2012 | Todd F Maynes, P.C. | .50 | Research re bankruptcy expenses. |
| 5/02/2012 | Polina Liberman | 5.90 | Research re deductibility of expenses in bankruptcy (2.8); review and revise memorandum re same (3.1). |
| 5/07/2012 | Todd F Maynes, P.C. | .80 | Review and revise memorandum re bankruptcy expenses. |
| 5/08/2012 | Todd F Maynes, P.C. | .50 | Review and revise memorandum re bankruptcy expenses. |
| | Total: | 7.70 | |

### Matter 42 - Travel non-working - Fees

| Date | Name | Hours | Description |
|---|---|---|---|
| 5/06/2012 | Kimberly K Love | 4.50 | Travel from Chicago, IL to Philadelphia, PA for upcoming hearing (billed at half time) (delay). |
| 5/07/2012 | Adam C Paul | 2.50 | Travel from Chicago, IL to Philadelphia, PA for hearing (delay) (billed at half time). |
| 5/08/2012 | Kimberly K Love | 2.00 | Return travel from Philadelphia, PA to Chicago, IL (billed at half time). |
| 5/08/2012 | Adam C Paul | 2.40 | Return travel from Philadelphia, PA to Chicago, IL (billed at half time). |
| 5/08/2012 | John Donley, P.C. | 2.00 | Return travel from Philadelphia, PA to Chicago, IL (billed at half time). |
|  | Total: | 13.40 |  |