**<u>EXHIBIT B</u>**

B-1

## Matter 42 – Travel non-working – Expenses

| Service Description | Amount |
|---|---|
| Third Party Telephone Charges | $115.41 |
| Local Transportation | $40.00 |
| Travel Expenses | $1,625.00 |
| Airfare | $2,682.51 |
| Transportation to/from airport | $675.44 |
| Travel Meals | $294.89 |
| Other Travel Expenses | $816.91 |
| **Total:** | **$6,250.16** |

**Matter 42 – Travel non-working – Itemized Expenses**

| **Date** | **Amount** | **Description** |
|---|---|---|
| 3/15/2012 | 339.43 | Adam Paul, Airfare, Philadelphia, PA, 04/30/2012 to 05/02/2012, (Conference) |
| 4/19/2012 | 438.80 | John Donley, Airfare, Washington, DC, 04/26/2012 to 04/26/2012, (Conference) |
| 4/26/2012 | 10.00 | John Donley, Taxi, (Conference) |
| 4/26/2012 | 272.14 | Adam Paul, Airfare, Philadelphia, PA, 05/07/2012 to 05/08/2012, (Conference) |
| 4/26/2012 | 63.45 | Metropolitan Limousine - Transportation to/from airport, Adam Paul, 04/26/12 |
| 4/26/2012 | 20.00 | John Donley, Transportation To/From Airport, (Conference) |
| 4/29/2012 | 312.80 | John Donley, Airfare, Chicago, IL, 04/30/2012 to 04/30/2012, (Conference) |
| 4/30/2012 | 24.00 | John Donley, Transportation To/From Airport, (Conference) |
| 4/30/2012 | 38.00 | John Donley, Transportation To/From Airport, (Conference) |
| 5/01/2012 | 683.60 | John Donley, Airfare, Philadelphia, PA, 05/05/2012 to 05/08/2012, (Court Hearing) |
| 5/04/2012 | 635.74 | Kimberly Love, Airfare, Philadelphia, PA, 05/06/2012 to 05/08/2012, (Hearing) |
| 5/05/2012 | 104.12 | All About Charter, Inc., Transportation to/from airport, John Donley, P.C., 5/5/2012 |
| 5/06/2012 | 78.81 | John Donley, Hotel - Telephone, (Court Hearing) |
| 5/06/2012 | 13.86 | Kimberly Love, Internet, (Hearing) |
| 5/06/2012 | 45.00 | Kimberly Love, Transportation To/From Airport, (Hearing) |
| 5/06/2012 | 89.65 | Crown Transportation Inc, Transportation to/from airport, 05/06/2012, Kimberly Love |
| 5/06/2012 | 50.00 | John Donley, Travel Meals, Philadelphia, PA, (Court Hearing), Dinner |
| 5/06/2012 | 19.69 | Kimberly Love, Travel Meals, Philadelphia, PA, (Hearing), Dinner |
| 5/06/2012 | 5.93 | Kimberly Love, Travel Meals, Chicago, IL, (Hearing), Lunch |
| 5/07/2012 | 8.88 | John Donley, Hotel - Telephone, (Court Hearing) |
| 5/07/2012 | 120.82 | Boston Coach Corporation, Transportation to/from airport, Adam C. Paul |
| 5/07/2012 | 28.84 | Adam Paul, Travel Meals, Philadelphia, PA, (Conference), Lunch |
| 5/07/2012 | 50.00 | Adam Paul, Travel Meals, Philadelphia, PA, (Conference), Dinner |
| 5/07/2012 | 24.30 | John Donley, Travel Meals, Philadelphia, PA, (Court Hearing), Breakfast |
| 5/07/2012 | 46.56 | John Donley, Travel Meals, Philadelphia, PA, (Court Hearing), Dinner |
| 5/07/2012 | 9.45 | Kimberly Love, Travel Meals, Philadelphia, PA, (Hearing), Breakfast |
| 5/07/2012 | 21.00 | Kimberly Love, Travel Meals, Philadelphia, PA, (Hearing), Dinner |

| Date | Amount | Description |
|------|--------|-------------|
| 5/08/2012 | 13.86 | Kimberly Love, Internet, (Hearing) |
| 5/08/2012 | 10.00 | Adam Paul, Taxi, (Conference) |
| 5/08/2012 | 10.00 | Kimberly Love, Taxi, (Hearing) |
| 5/08/2012 | 10.00 | Kimberly Love, Taxi, (Hearing) |
| 5/08/2012 | 325.00 | Adam Paul, Lodging, The Westin Philadelphia, Philadelphia, PA, 05/07/2012 to 05/08/2012, (Conference) |
| 5/08/2012 | 650.00 | John Donley, Lodging, The Westin Philadelphia, Philadelphia, PA, 05/06/2012 to 05/08/2012, (Court Hearing) |
| 5/08/2012 | 650.00 | Kimberly Love, Lodging, The Westin Philadelphia, Philadelphia, PA, 05/06/2012 to 05/08/2012, (Hearing) |
| 5/08/2012 | 40.00 | John Donley, Transportation To/From Airport, (Court Hearing) |
| 5/08/2012 | 36.75 | Kimberly Love, Transportation To/From Airport, (Hearing) |
| 5/08/2012 | 93.65 | Crown Transportation Inc, Transportation to/from airport, 05/08/2012, Kimberly Love |
| 5/08/2012 | 35.37 | Adam Paul, Travel Meals, Philadelphia, PA, (Conference), Lunch |
| 5/08/2012 | 3.75 | Adam Paul, Travel Meals, Philadelphia, PA, (Conference), Breakfast |
| 5/08/2012 | 816.91 | John Donley, Meeting Room, (Conference) |
| Total: | 6,250.16 | |

## Matter 52 – Expenses – Expenses

| Service Description | Amount |
|---|---|
| Third Party Telephone Charges | $90.49 |
| Standard Copies or Prints | $554.20 |
| Color Copies or Prints | $41.25 |
| Overnight Delivery | $1,832.41 |
| Outside Copy/Binding Services | $92.71 |
| Computer Database Research | $837.96 |
| **Total:** | **$3,449.02** |

**Matter 52 – Expenses – Itemized Expenses**

| Date | Amount | Description |
|------|-------:|-------------|
| 4/03/12 | 123.44 | West, Computer Database Research, Gettleman, Jeffrey, April 2012 |
| 4/10/12 | 4.23 | West, Computer Database Research, Eggert, Mary B., April 2012 |
| 4/17/12 | 56.06 | UPS Dlvry to: The W Hotel, Washington, DC from: Adam C. Paul |
| 4/19/12 | 82.60 | West, Computer Database Research, Jones, Mike, April 2012 |
| 4/20/12 | 7.57 | Fed Exp to: Circulation, Boston, MA from: Michael Hensler |
| 4/23/12 | 464.02 | West, Computer Database Research, Donley, John W., April 2012 |
| 4/30/12 | 5.38 | InterCall - Third Party Telephone Charges, J. Gettleman, 4/30/12 |
| 4/30/12 | 16.37 | InterCall - Third Party Telephone Charges, A. Paul, 4/30/12 |
| 4/30/12 | 36.79 | InterCall - Third Party Telephone Charges, J. Donley, 4/30/12 |
| 4/30/12 | 5.00 | Restructuring Concepts LLC, Computer Database Research, Chapter 11 Dockets Usage for 04/2012, Anne Waldron |
| 4/30/12 | 115.62 | West, Computer Database Research, Accelus Business Law Research Usage for 04/2012, Welch, Mindy |
| 4/30/12 | 3.05 | West, Computer Database Research, Welch, Melinda, April 2012 |
| 5/01/12 | 13.40 | Standard Prints |
| 5/01/12 | 3.10 | Standard Prints |
| 5/01/12 | 1.10 | Standard Prints |
| 5/01/12 | 7.90 | Standard Prints |
| 5/01/12 | 44.50 | Standard Prints |
| 5/02/12 | 20.70 | Standard Prints |
| 5/03/12 | 12.10 | Color Prints |
| 5/03/12 | 27.98 | Fed Exp to: Jay Hughes, Cambridge, MA from: M. Fellner |
| 5/03/12 | 158.93 | Fed Exp to: Jay Hughes, Cambridge, MA from: M. Fellner |
| 5/03/12 | 158.93 | Fed Exp to: Jay Hughes, Cambridge, MA from: M. Fellner |
| 5/03/12 | 116.59 | Fed Exp to: Jay Hughes, Cambridge, MA from: M. Fellner |
| 5/03/12 | 131.31 | Fed Exp to: Jay Hughes, Cambridge, MA from: M. Fellner |
| 5/03/12 | 158.93 | Fed Exp to: Jay Hughes, Cambridge, MA from: M. Fellner |
| 5/03/12 | 131.31 | Fed Exp to: Jay Hughes, Cambridge, MA from: M. Fellner |
| 5/03/12 | 158.93 | Fed Exp to: Jay Hughes, Cambridge, MA from: M. Fellner |
| 5/03/12 | 158.93 | Fed Exp to: Jay Hughes, Cambridge, MA from: M. Fellner |
| 5/04/12 | 172.80 | Standard Prints |
| 5/04/12 | 14.70 | Standard Prints |
| 5/04/12 | 29.15 | Color Prints |
| 5/04/12 | 70.42 | Fed Exp to: Kim Love, Philadelphia, PA |
| 5/04/12 | 67.65 | Fed Exp to: John Donley, Philadelphia, PA from: Christine Hraban |
| 5/04/12 | 57.88 | Fed Exp to: John Donley, Philadelphia, PA from: Christine Hraban |

| Date | Amount | Description |
|------|-------:|-------------|
| 5/04/12 | 73.89 | Fed Exp to: John Donley, Philadelphia, PA from: Christine Hraban |
| 5/04/12 | 28.84 | UPS Dlvry to: The Westin, Philadelphia, PA from: Adam C. Paul |
| 5/07/12 | .90 | Standard Copies or Prints |
| 5/07/12 | 21.70 | Standard Prints |
| 5/07/12 | 42.97 | Kimberly Love, Copies, (Hearing) |
| 5/08/12 | 50.36 | Fed Exp to: John Donley, Chicago, IL from: Kim Love |
| 5/08/12 | 55.03 | Fed Exp to: Kim Love, Chicago, IL from: John Donley |
| 5/08/12 | 97.63 | Fed Exp to: Christine Hraban, Chicago, IL from: John Donley |
| 5/08/12 | 65.24 | Fed Exp to: Christine Hraban, Chicago, IL from: John Donley |
| 5/08/12 | 49.74 | John Donley, Copies, (Court Hearing) |
| 5/09/12 | 2.20 | Standard Copies or Prints |
| 5/09/12 | 18.00 | Standard Prints |
| 5/14/12 | 14.50 | Standard Prints |
| 5/21/12 | 9.00 | Standard Copies or Prints |
| 5/21/12 | 39.40 | Standard Prints |
| 5/22/12 | 35.70 | Standard Prints |
| 5/22/12 | .40 | Standard Prints |
| 5/22/12 | .10 | Standard Prints |
| 5/22/12 | 3.90 | Standard Prints |
| 5/23/12 | 3.80 | Standard Copies or Prints |
| 5/23/12 | 15.90 | Standard Prints |
| 5/29/12 | 14.50 | Standard Prints |
| 5/30/12 | 53.00 | Standard Prints |
| 5/30/12 | 2.90 | Standard Prints |
| 5/30/12 | 40.10 | Standard Prints |
| 5/30/12 | 40.00 | Restructuring Concepts LLC, Computer Database Research, Chapter 11 Dockets Usage for 05/2012, Andrew Brniak |
| 5/31/12 | 5.68 | Intercall - Third Party Telephone Charges, J. Gettleman, 5/31/12 |
| 5/31/12 | 3.60 | Intercall - Third Party Telephone Charges, A. Paul, 5/31/12 |
| 5/31/12 | 22.67 | Intercall - Third Party Telephone Charges, J. Donley, 5/31/12 |
| Total: | 3,449.02 | |