## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

In re

W.R. Grace & Co., *et al.*,

           Debtors.

CIVIL ACTION No. 11-199 (Lead Case)
CIVIL ACTION No. 11-200
CIVIL ACTION No. 11-201
CIVIL ACTION No. 11-202
CIVIL ACTION No. 11-203
CIVIL ACTION No. 11-207
CIVIL ACTION No. 11-208
CIVIL ACTION No. 11-531
CIVIL ACTION No. 09-644
CIVIL ACTION No. 09-807

Procedurally Consolidated.

## <u>NOTICE OF APPEAL</u>

BNSF Railway Company appeals to the United States Court of Appeals for the Third Circuit pursuant 28 U.S.C. § 158(d) and Rules 3, 4, and 6 of the Federal Rules of Appellate Procedure, from the *Memorandum Opinion* (Docket No. 165) and *Order* (Docket No. 166), entered by the United States District Court for the District of Delaware on January 30, 2012, and from the *Consolidated Order Regarding Motions for Reconsideration* (Docket No. 215), *Table of Contents* (Docket No. 216), *Amended Memorandum Opinion* (Docket No. 217), and *Order* (Docket No. 218), entered by the United States District Court for the District of Delaware on June 11, 2012.

In accordance with Rule 3(c) of the Federal Rules of Appellate Procedure, the names of all parties to the orders and opinions appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| **Party** | **Counsel** |
|---|---|
| **Appellant**<br>**BNSF Railway Company** | James C. Carignan (DE No. 4230)<br>**PEPPER HAMILTON LLP**<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>P.O. Box 1709<br>Wilmington, DE 19899-1709<br>(302) 777-6500<br><br>Of Counsel:<br>Edward C. Toole, Jr.<br>Linda J. Casey<br>**PEPPER HAMILTON LLP**<br>3000 Two Logan Square<br>18th & Arch Streets<br>Philadelphia, PA 19103<br>Tel: (215) 981-4000<br>Fax: (215) 981-4750 |
| **Appellees**<br>**W.R. Grace & Co., et al., Debtors and Debtors-in-Possession** | Laura Davis Jones<br>James E. O'Neill<br>Kathleen P. Makowski<br>Timothy P. Cairns<br>PACHULSKI, STANG, ZIEHL & JONES, LLP<br>919 North Market Street, 17th Floor<br>P. O. Box 8705<br>Wilmington, DE 19899-8705<br>(302) 652-4100<br><br>John Donley<br>Adam Paul<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>(312) 862-2000 |

|  | Roger J. Higgins<br>Roger J. Higgins, P.C.<br>111 East Wacker Drive, Suite 2800<br>Chicago, IL 60601<br>(312) 836-4022 |
|---|---|
| **Official Committee of Unsecured Creditors** | William S. Katchen<br>DUANE MORRIS LLP<br>One River Front Plaza<br>Newark, NJ 07102<br>(973) 424-2000 |
|  | Lewis Kruger<br>Kenneth Pasquale<br>STROOCK & STROOCK & LAVAN LLP<br>180 Maiden Lane<br>New York, NY 10038<br>(212) 806-5400 |
|  | Michael R. Lastowski<br>Richard W. Riley<br>DUANE MORRIS LLP<br>222 Delaware Avenue, Suite 1600<br>Wilmington, DC 19801<br>(302) 657-4900 |
| **Official Committee of Equity Security Holders** | Teresa K.D. Currier<br>SAUL EWING LLP<br>222 Delaware Avenue, Suite 1200<br>P.O. Box 1266<br>Wilmington, DE 19899<br>(302) 421-6800 |
|  | Philip Bentley<br>David E. Blabey, Jr.<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>(212) 715-9100 |
| **Official Committee of Asbestos Personal Injury Claimants** | Marla R. Eskin<br>Mark T. Hurford<br>CAMPBELL & LEVIN, LLC<br>800 N. King Street, Suite 300<br>Wilmington, DE 19801<br>(302) 426-1900 |

Elihu Inselbuch
CAPLIN & DRYSDALE, CHARTERED
375 Park Avenue, 35th Floor
New York, NY  10152-3500
(212) 319-7125

Peter Van N. Lockwood
Nathan D. Finch
Jeffrey A. Liesemer
Kevin Maclay
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, N.W., 12th Floor
Washington, DC  20005
(202) 862-5000

**Official Committee of Asbestos**
**Property Damage Claimants**

Michael B. Joseph
Theodore J. Tacconelli
Lisa L. Coggins
FERRY, JOSEPH & PEARCE, P.A.
824 Market Street, Suite 1000
P.O. Box 351
Wilmington, DE  19899
(302) 575-1555

Scott L. Baena
Jay M. Sakalo
BILZIN SUMBERG BAENA PRICE &
AXELROD LLP
1450 Brickell Avenue, Suite 2300
Miami, FL  33131
(305) 374-7580

**David T. Austern, Asbestos PI Future**

John C. Phillips, Jr.
**Claimants' Representative**
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE  19806
(302) 655-4200

Roger Frankel
Richard H. Wyron
Debra L. Felder
ORRICK, HERRINGTON &
SUTCLIFFEE LLP
1152 15th Street, NW
Washington, DC  20005
(202) 338-8400

| | |
|---|---|
| **Post-Petition DIP Lenders** | Neil B. Glassman<br>BAYARD, P.A.<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899-5130<br>(302) 429-4224 |
| | J. Douglas Bacon<br>LATHAM & WATKINS LLP<br>233 South Wacker Drive, Suite 5800<br>Chicago, IL 60606<br>(312) 876-7638 |
| **Property Damage Future Claims'<br>Representative** | R. Karl Hill<br>SEITZ, VAN OGTROP & GREEN, P.A.<br>222 Delaware Avenue, Suite 1500<br>P.O. Box 68<br>Wilmington, DE 19899<br>(302) 888-0600 |
| | Alan B. Rich<br>LAW OFFICE OF ALAN B. RICH<br>102 Elm Street, Suite 4244<br>Dallas, TX 75270<br>(214) 744-5100 |
| **United States Trustee** | David M. Klauder<br>J. Caleb Boggs Federal Building<br>844 N. King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801<br>(302) 573-6491 |
| **AXA Belgium, as successor to Royale<br>Belge SA** | R. Stokes Nolte<br>REILLY JANICZEK & McDEVITT, P.C.<br>1013 Centre Road, Suite. 2010<br>Wilmington, DE 19801<br>(302) 777-1700 |
| | Michael A. Shiner<br>TUCKER ARENSBERG, P.C.<br>1500 One PPG Place<br>Pittsburgh, PA 15222-5401<br>(412) 594-5586 |
| | Eileen T. McCabe<br>MENDES & MOUNT, LLP<br>750 Seventh Avenue<br>New York, NY 10019<br>(212) 261-8254 |

| **Continental Casualty Company and Continental Insurance Company** | Elizabeth DeCristofaro<br>FORD MARRIN ESPOSITO WITMEYER<br>& GLESER, L.L.P.<br>Wall Street Plaza, 23rd Floor<br>New York, NY 10005-1875<br>(212) 269-4900 |
|---|---|
| | Edward B. Rosenthal<br>ROSENTHAL, MONHAIT & GODDESS, P.A.<br>919 Market Street, Suite 1401<br>P.O. Box 1070<br>Wilmington, DE 19899<br>(302) 656-4433 |
| | Jonathan W. Young<br>Jeff Chang<br>WILDMAN, HARROLD, ALLEN &<br>DIXON LLP<br>225 West Wacker Drive<br>Chicago, IL 60606-1229<br>(312) 201-2662 |
| | Daniel M. Glosband<br>Brian H. Mukherjee<br>GOODWIN PROCTER LLP<br>Exchange Place<br>53 State Street<br>Boston, MA 02109<br>(617) 570-1000 |
| | Michael S. Giannotto<br>Frederick C. Schafrick<br>GOODWIN PROCTER LLP<br>901 New York Avenue, N.W.<br>Washington, DC 20001<br>(202) 346-4000 |

| | |
|---|---|
| **Federal Insurance Company** | Barry M. Klayman<br>COZEN O'CONNOR<br>1201 N. Market Street<br>Suite 1400<br>Wilmington, DE 19801<br>(302) 295-2035<br><br>William P. Shelley<br>Jacob C. Cohn<br>Ilan Rosenberg<br>COZEN O'CONNOR<br>1900 Market Street<br>Philadelphia, PA 19103<br>(215) 665-2000 |
| **Firemen's Fund Insurance Company** | John D. Demmy<br>STEVENS & LEE, P.C.<br>1105 North Market Street, 7th Floor<br>Wilmington, DE 19801<br>(302) 425-3308<br><br>Mark D. Plevin<br>Leslie A. Davis<br>Tacie H. Yoon<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>(202) 624-2500<br><br>Leonard P. Goldberger<br>Marnie E. Simon<br>STEVENS & LEE, P.C.<br>1818 Market Street, 29th Floor<br>Philadelphia, PA 19103-1702<br>(215) 751-2864/2885 |
| **Hartford Accident and Indemnity Company;**<br>**First State Insurance Company;**<br>**Twin City Fire Insurance Company;**<br>**New England Reinsurance Corporation** | Michael W. Yurkewicz<br>KLEHR HARRISON HARVEY & BRANZBURG LLP<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801<br>(302) 552-5519<br><br>Craig Goldblatt<br>Nancy L. Manzer<br>WILMER PICKERING HALE AND DORR LLP<br>1875 Pennsylvania Avenue, N.W.<br>Washington, DC 20006<br>(202) 663-6000 |

|                                                                                                                                                                                            |                                                                                                                                                                                                                                                                                |
|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|                                                                                                                                                                                            | William J. Bowman<br>James P. Ruggeri<br>Edward B. Parks, II<br>HOGAN & HARTSON, L.L.P.<br>555 Thirteenth Street, N.W.<br>Washington, DC 20004<br>(202) 637-5600                                                                                                                 |
| **Government Employees Insurance Co.;<br>Republic Insurance Company,<br>n/k/a Star Indemnity & Liability Co.;<br>OneBeacon America Insurance Co.;<br>Seaton Insurance Company**             | Warren T. Pratt<br>David P. Primack<br>DRINKER BIDDLE & REATH LLP<br>1100 N. Market Street<br>Wilmington, DE 19801-1254<br>(302) 467-4200<br><br>Michael F. Brown<br>Jeffrey M. Boerger<br>DRINKER BIDDLE & REATH LLP<br>One Logan Square, Suite 2000<br>18th & Cherry Streets<br>Philadelphia, PA 19103-6996<br>(215) 988-2700 |
| **Her Majesty the Queen in Right of<br>Canada**                                                                                                                                            | Francis A. Monaco, Jr.<br>Kevin J. Mangan<br>Matthew P. Ward<br>WOMBLE CARLYLE SANDRIDGE<br>& RICE, LLP<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801<br>(302) 252-4320<br><br>Jacqueline Dais-Visca<br>Senior Counsel Business Law Section<br>Ontario Regional Office<br>Suite 3400, Box 34, The Exchange Tower<br>130 King Street West<br>Toronto, Ontario M5X 1K6 |
| **State of Montana**                                                                                                                                                                       | Francis A. Monaco, Jr.<br>Kevin J. Mangan<br>Matthew P. Ward<br>WOMBLE CARLYLE SANDRIDGE<br>& RICE, LLP<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801<br>(302) 252-4320                                                                                             |

| | |
|---|---|
| **Maryland Casualty Company** | Jeffrey C. Wisler<br>Marc J. Phillips<br>CONNOLLY BOVE LODGE<br>& HUTZ LLP<br>The Nemours Building<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, DE  19899<br>(302) 658-9141 |
| | Edward J. Longosz, II<br>ECKERT SEAMANS CHERIN<br>& MELLOTT, LLC<br>1717 Pennsylvania Avenue, N.W.<br>Suite 1200<br>Washington, DC  20006<br>(202) 659-6600 |
| | Richard A. Ifft<br>Karalee C. Morell<br>WILEY REIN LLP<br>1776 K Street, N.W.<br>Washington, DC  20006<br>(202) 719-7170 |
| **National Union Fire Insurance Co. of Pittsburgh, Pa.** | Ricardo Palacio<br>ASHBY & GEDDES, P.A.<br>500 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE  19899<br>(302) 654-1888 |
| | Michael S. Davis<br>ZEICHNER ELLMAN & KRAUSE LLP<br>575 Lexington Avenue<br>New York, NY  10022<br>(212) 233-0400 |
| **TIG Insurance Company;<br>United StatesFire Insurance Co.** | Garvan F. McDaniel<br>BIFFERATO GENTILOTTI LLC<br>800 N. King Street, Plaza Level<br>Wilmington, DE  19801<br>(302) 429-8600 |
| | George R. Calhoun, V<br>STEPTOE & JOHNSON, LLP<br>1330 Connecticut Avenue, N.W.<br>Washington, DC  20036<br>(202) 261-0610 |

| | |
|---|---|
| **Travelers Casualty and Surety Company** | Robert J. Dehney<br>Ann C. Cordo<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 N. Market Street<br>Wilmington, DE  19899<br>(302) 658-9200<br><br>Mary Beth Forshaw<br>Katharine A. McLendon<br>Elisa Alcabes<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, NY  10017-3954<br>(212) 455-2000 |
| **Zurich Insurance Company; Zurich International (Bermuda) Ltd.** | Jeffrey C. Wisler<br>Marc J. Phillips<br>Kelly M. Conlan<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>The Nemours Building<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, DE  19899<br>(302) 658-9141<br><br>Richard A. Ifft<br>Karalee C. Morell<br>WILEY REIN LLP<br>1776 K Street, N.W.<br>Washington, DC  20006<br>(202) 719-7170 |
| **The Bank Lender Group** | Richard Cobb<br>James S. Green<br>LANDIS RATH & COBB LLP<br>919 Market Street, Suite 1800<br>Post Office Box 2087<br>Wilmington, DE  19899<br>(302) 467-4400<br><br>Stephen J. Shimshak<br>Andrew N. Rosenberg<br>Margaret A. Phillips<br>PAUL, WEISS, RIFKIND,<br>WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY  10019-6064<br>(212) 373-3000 |

| | |
|---|---|
| **Morgan Stanley Senior Funding, Inc.** | Stuart M. Brown<br>DLA Piper LLP<br>919 North Market Street<br>15th Floor<br>Wilmington, DE 19801<br>(302) 468-5640 |
| | Jeff J. Friedman<br>Noah Heller<br>Merritt A. Pardini<br>KATTEN MUCHIN ROSENMAN LLP<br>575 Madison Avenue<br>New York, NY 10022<br>(212) 940-8800 |
| **Anderson Memorial Hospital** | Christopher D. Loizides<br>LOIZIDES, P.A.<br>1225 King Street, Suite 800<br>Wilmington, DE 19801<br>(302) 654-0248 |
| | Daniel A. Speights<br>C. Alan Runyan<br>SPEIGHTS & RUNYAN<br>200 Jackson Avenue, East<br>Post Office Box 685<br>Hampton, SC 29924<br>(803) 943-4444 |
| | John W. Kozyak<br>David L. Rosendorf<br>KOZYAK TROPIN &<br>THROCKMORTON, P.A.<br>2525 Ponce de Leon, 9th Floor<br>Coral Gables, FL 33134<br>(305) 372-1800 |
| **City of Vancouver; School District 68<br>Nanaimo-Ladysmith** | Christopher D. Loizides<br>LOIZIDES, P.A.<br>1225 King Street, Suite 800<br>Wilmington, DE 19801<br>(302) 654-0248 |
| | Daniel A. Speights<br>C. Alan Runyan<br>SPEIGHTS & RUNYAN<br>200 Jackson Avenue, East<br>Post Office Box 685<br>Hampton, SC 29924<br>(803) 943-4444 |

| | |
|---|---|
| **Aaron C. Edwards; James T. Beam; Edward E. Storey; John M. Thomas; Sheila Martin** | Kathleen M. Miller<br>SMITH, KATZENSTEIN & JENKINS LLP<br>800 Delaware Avenue, Suite 1000<br>P.O. Box 410<br>Wilmington, DE  19899<br>(302) 652-8400 |
| | Sander L. Esserman<br>David J. Parsons<br>STUTZMAN, BROMBERG, ESSERMAN<br>& PLIFKA, P.C.<br>2323 Bryan Street, Suite 2200<br>Dallas, TX  75201<br>(214) 969-4900 |
| **Kaneb Pipe Line Operating Partnership, L.P.; Support Terminal Services, Inc.** | Kathleen M. Miller<br>SMITH, KATZENSTEIN & JENKINS LLP<br>800 Delaware Avenue, Suite 1000<br>P.O. Box 410<br>Wilmington, DE  19899<br>(302) 652-8400 |
| | Steve A. Peirce<br>FULBRIGHT & JAWORSKI L.L.P.<br>300 Convent Street, Suite 2200<br>San Antonio, TX  78205-3792<br>(210) 224-5575 |
| | Toby L. Gerber<br>FULBRIGHT & JAWORSKI L.L.P.<br>2200 Ross Avenue, Suite 2800<br>Dallas, TX  75201<br>(214) 855-8000 |
| **The Libby Claimants** | Adam G. Landis<br>Kerri K. Mumford<br>LANDIS RATH & COBB LLP<br>919 Market Street, Suite 1800<br>Wilmington, DE  19801<br>(302) 467-4400 |
| | Daniel C. Cohn<br>MURTHA CULLINA<br>99 High Street, 20th Floor<br>Boston, MA  02110<br>(617) 457-4000 |

| | |
|---|---|
| **Longacre Master Fund, Ltd.; Longacre Capital Partners (QP), L.P.** | David M. Fournier<br>James C. Carignan<br>PEPPER HAMILTON LLP<br>1313 North Market Street<br>P.O. Box 1709<br>Wilmington, DE 19899-1709<br>(302) 777-6500 |
| **Garlock Sealing Technologies, LLC** | Brett D. Fallon<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, DE 19899<br>(302) 888-6800<br><br>Garland Cassada<br>Richard C. Worf<br>ROBINSON, BRADSHAW & HINSON<br>101 North Tryon Street, Suite 1900<br>Charlotte, NC 28246<br>(704) 377-8135 |

Pursuant to Third Circuit Local Appellate Rule 3.1, a copy of this notice is being

provided to the Honorable Ronald L. Buckwalter.

Dated: July 10, 2012

Of Counsel:
Edward C. Toole, Jr.
Linda J. Casey

**PEPPER HAMILTON LLP**
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
Tel: (215) 981-4000
Fax: (215) 981-4750

By:  /s/ James C. Carignan
      James C. Carignan (DE No. 4230)
      Pepper Hamilton LLP
      Hercules Plaza, Suite 5100
      1313 N. Market Street
      P.O. Box 1709
      Wilmington, DE 19899-1709
      (302) 777-6500

      Counsel for Appellant
      BNSF Railway Company

## CERTIFICATE OF SERVICE

I, James C. Carignan, do hereby certify that on July 10, 2012, I served the
foregoing Notice Of Appeal by causing copies thereof to be served by United States first class
mail, postage pre-paid, upon the individuals on the attached service list.


/s/ James C. Carignan_____
James C. Carignan (DE No. 4230)

| | |
|---|---|
| **W.R. Grace & Co., et al., Debtors and Debtors-in-Possession** | Laura Davis Jones<br>James E. O'Neill<br>Kathleen P. Makowski<br>Timothy P. Cairns<br>PACHULSKI, STANG, ZIEHL & JONES, LLP<br>919 North Market Street, 17th Floor<br>P. O. Box 8705<br>Wilmington, DE 19899-8705<br>(302) 652-4100 |
| | John Donley<br>Adam Paul<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>(312) 862-2000 |
| | Roger J. Higgins<br>Roger J. Higgins, P.C.<br>111 East Wacker Drive, Suite 2800<br>Chicago, IL 60601<br>(312) 836-4022 |
| **Official Committee of Unsecured Creditors** | William S. Katchen<br>DUANE MORRIS LLP<br>One River Front Plaza<br>Newark, NJ 07102<br>(973) 424-2000 |
| | Lewis Kruger<br>Kenneth Pasquale<br>STROOCK & STROOCK & LAVAN LLP<br>180 Maiden Lane<br>New York, NY 10038 (212) 806-5400 |
| | Michael R. Lastowski Richard W. Riley<br>DUANE MORRIS LLP<br>222 Delaware Avenue, Suite 1600<br>Wilmington, DC 19801 (302) 657-4900 |

| | |
|---|---|
| **Official Committee of Equity Security Holders** | Teresa K.D. Currier<br>SAUL EWING LLP<br>222 Delaware Avenue, Suite 1200<br>P.O. Box 1266<br>Wilmington, DE 19899<br>(302) 421-6800<br><br>Philip Bentley<br>David E. Blabey, Jr.<br>KRAMER LEVIN NAFTALIS<br>& FRANKEL LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>(212) 715-9100 |
| **Official Committee of Asbestos Personal Injury Claimants** | Marla R. Eskin<br>Mark T. Hurford<br>CAMPBELL & LEVIN, LLC<br>800 N. King Street, Suite 300<br>Wilmington, DE 19801<br>(302) 426-1900<br><br>Elihu Inselbuch<br>CAPLIN & DRYSDALE, CHARTERED<br>375 Park Avenue, 35th Floor<br>New York, NY 10152-3500<br>(212) 319-7125<br><br>Peter Van N. Lockwood<br>Nathan D. Finch<br>Jeffrey A. Liesemer<br>Kevin Maclay<br>CAPLIN & DRYSDALE, CHARTERED<br>One Thomas Circle, N.W., 12th Floor Washington, DC 20005<br>(202) 862-5000 |

| | |
|---|---|
| **Official Committee of Asbestos Property Damage Claimants** | Michael B. Joseph<br>Theodore J. Tacconelli<br>Lisa L. Coggins<br>FERRY, JOSEPH & PEARCE, P.A.<br>824 Market Street, Suite 1000<br>P.O. Box 351<br>Wilmington, DE  19899<br>(302) 575-1555<br><br>Scott L. Baena<br>Jay M. Sakalo<br>BILZIN SUMBERG BAENA PRICE & AXELROD LLP<br>1450 Brickell Avenue, Suite 2300<br>Miami, FL  33131<br>(305) 374-7580 |
| **David T. Austern, Asbestos PI Future Claimants' Representative** | John C. Phillips, Jr.<br>PHILLIPS, GOLDMAN & SPENCE, P.A.<br>1200 North Broom Street<br>Wilmington, DE  19806<br>(302) 655-4200<br><br>Roger Frankel<br>Richard H. Wyron<br>Debra L. Felder<br>ORRICK, HERRINGTON & SUTCLIFFEE LLP<br>1152 15th Street, NW<br>Washington, DC  20005<br>(202) 338-8400 |
| **Post-Petition DIP Lenders** | Neil B. Glassman<br>BAYARD, P.A.<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE  19899-5130<br>(302) 429-4224<br><br>J. Douglas Bacon<br>LATHAM & WATKINS LLP<br>233 South Wacker Drive, Suite 5800<br>Chicago, IL  60606 (312) 876-7638 |

#16356637 v1

| | |
|---|---|
| **Property Damage Future Claims' Representative** | R. Karl Hill<br>SEITZ, VAN OGTROP & GREEN, P.A.<br>222 Delaware Avenue, Suite 1500<br>P.O. Box 68<br>Wilmington, DE 19899<br>(302) 888-0600<br><br>Alan B. Rich<br>LAW OFFICE OF ALAN B. RICH<br>102 Elm Street, Suite 4244<br>Dallas, TX 75270<br>(214) 744-5100 |
| **United States Trustee** | David M. Klauder<br>J. Caleb Boggs Federal Building<br>844 N. King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801<br>(302) 573-6491 |
| **AXA Belgium, as successor to Royale Belge SA** | R. Stokes Nolte<br>REILLY JANICZEK & McDEVITT, P.C.<br>1013 Centre Road, Suite. 2010<br>Wilmington, DE 19801<br>(302) 777-1700<br><br>Michael A. Shiner<br>TUCKER ARENSBERG, P.C.<br>1500 One PPG Place<br>Pittsburgh, PA 15222-5401<br>(412) 594-5586<br><br>Eileen T. McCabe<br>MENDES & MOUNT, LLP<br>750 Seventh Avenue<br>New York, NY 10019<br>(212) 261-8254 |

#16356637 v1

| | |
|---|---|
| **Continental Casualty Company and Continental Insurance Company** | Elizabeth DeCristofaro<br>FORD MARRIN ESPOSITO WITMEYER & GLESER, L.L.P.<br>Wall Street Plaza, 23rd Floor<br>New York, NY 10005-1875 (212) 269-4900<br><br>Edward B. Rosenthal<br>ROSENTHAL, MONHAIT & GODDESS, P.A.<br>919 Market Street, Suite 1401<br>P.O. Box 1070<br>Wilmington, DE 19899 (302) 656-4433<br><br>Jonathan W. Young<br>Jeff Chang<br>WILDMAN, HARROLD, ALLEN & DIXON LLP<br>225 West Wacker Drive<br>Chicago, IL 60606-1229 (312) 201-2662<br><br>Daniel M. Glosband<br>Brian H. Mukherjee<br>GOODWIN PROCTER LLP<br>Exchange Place<br>53 State Street Boston, MA 02109 (617) 570-1000<br><br>Michael S. Giannotto Frederick C. Schafrick GOODWIN PROCTER LLP<br>901 New York Avenue, N.W.<br>Washington, DC 20001<br>(202) 346-4000 |

#16356637 v1

| | |
|---|---|
| **Federal Insurance Company** | Barry M. Klayman<br>COZEN O'CONNOR<br>1201 N. Market Street<br>Suite 1400<br>Wilmington, DE 19801<br>(302) 295-2035<br><br>William P. Shelley<br>Jacob C. Cohn<br>Ilan Rosenberg COZEN<br>O'CONNOR<br>1900 Market Street<br>Philadelphia, PA 19103<br>(215) 665-2000 |
| **Firemen's Fund Insurance Company** | John D. Demmy<br>STEVENS & LEE, P.C.<br>1105 North Market Street, 7th Floor<br>Wilmington, DE 19801<br>(302) 425-3308<br><br>Mark D. Plevin<br>Leslie A. Davis<br>Tacie H. Yoon<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>(202) 624-2500<br><br>Leonard P. Goldberger<br>Marnie E. Simon<br>STEVENS & LEE, P.C.<br>1818 Market Street, 29th Floor<br>Philadelphia, PA 19103-1702<br>(215) 751-2864/2885 |

| | |
|---|---|
| **Hartford Accident and Indemnity Company; First State Insurance Company; Twin City Fire Insurance Company; New England Reinsurance Corporation** | Michael W. Yurkewicz<br>KLEHR HARRISON HARVEY & BRANZBURG LLP<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801<br>(302) 552-5519 |
| | Craig Goldblatt<br>Nancy L. Manzer<br>WILMER PICKERING HALE AND DORR LLP<br>1875 Pennsylvania Avenue, N.W.<br>Washington, DC 20006<br>(202) 663-6000 |
| | William J. Bowman James<br>P. Ruggeri<br>Edward B. Parks, II<br>HOGAN & HARTSON, L.L.P.<br>555 Thirteenth Street, N.W.<br>Washington, DC 20004<br>(202) 637-5600 |
| **Government Employees Insurance Co.; Republic Insurance Company, n/k/a Star Indemnity & Liability Co.; OneBeacon America Insurance Co.; Seaton Insurance Company** | Warren T. Pratt<br>David P. Primack<br>DRINKER BIDDLE & REATH LLP<br>1100 N. Market Street<br>Wilmington, DE 19801-1254<br>(302) 467-4200 |
| | Michael F. Brown<br>Jeffrey M. Boerger<br>DRINKER BIDDLE & REATH LLP<br>One Logan Square, Suite 2000<br>18th & Cherry Streets<br>Philadelphia, PA 19103-6996<br>(215) 988-2700 |

-8-

| | |
|---|---|
| **Her Majesty the Queen in Right of Canada** | Francis A. Monaco, Jr.<br>Kevin J. Mangan<br>Matthew P. Ward<br>WOMBLE CARLYLE SANDRIDGE<br>& RICE, LLP<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801<br>(302) 252-4320<br><br>Jacqueline Dais-Visca<br>Senior Counsel Business Law Section<br>Ontario Regional Office<br>Suite 3400, Box 34, The Exchange Tower<br>130 King Street West<br>Toronto, Ontario M5X 1K6 |
| **State of Montana** | Francis A. Monaco, Jr.<br>Kevin J. Mangan<br>Matthew P. Ward<br>WOMBLE CARLYLE SANDRIDGE<br>& RICE, LLP<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801<br>(302) 252-4320 |

-9-

**Maryland Casualty Company**

Jeffrey C. Wisler
Marc J. Phillips
CONNOLLY BOVE LODGE
& HUTZ LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE  19899
(302) 658-9141

Edward J. Longosz, II
ECKERT SEAMANS CHERIN
& MELLOTT, LLC
1717 Pennsylvania Avenue, N.W.
Suite 1200
Washington, DC  20006 (202)
659-6600

Richard A. Ifft
Karalee C. Morell
WILEY REIN LLP
1776 K Street, N.W.
Washington, DC  20006
(202) 719-7170

**National Union Fire Insurance Co. of Pittsburgh, Pa.**

Ricardo Palacio
ASHBY & GEDDES, P.A.
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888

Michael S. Davis
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, NY  10022
(212) 233-0400

**TIG Insurance Company;**
**United StatesFire Insurance Co.**

Garvan F. McDaniel
BIFFERATO GENTILOTTI LLC
800 N. King Street, Plaza Level
Wilmington, DE  19801
(302) 429-8600

George R. Calhoun, V
STEPTOE & JOHNSON, LLP
1330 Connecticut Avenue, N.W.
Washington, DC  20036

-10-

| | |
|---|---|
| **Travelers Casualty and Surety Company** | Robert J. Dehney<br>Ann C. Cordo<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 N. Market Street<br>Wilmington, DE  19899 (302) 658-9200 |
| | Mary Beth Forshaw Katharine A. McLendon Elisa Alcabes<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, NY  10017-3954 (212) 455-2000 |
| **Zurich Insurance Company; Zurich International (Bermuda) Ltd.** | Jeffrey C. Wisler<br>Marc J. Phillips<br>Kelly M. Conlan<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>The Nemours Building<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, DE  19899<br>(302) 658-9141 |
| | Richard A. Ifft<br>Karalee C. Morell WILEY REIN LLP<br>1776 K Street, N.W.<br>Washington, DC  20006<br>(202) 719-7170 |
| **The Bank Lender Group** | Richard Cobb<br>James S. Green<br>LANDIS RATH & COBB LLP<br>919 Market Street, Suite 1800<br>Post Office Box 2087<br>Wilmington, DE  19899<br>(302) 467-4400 |
| | Stephen J. Shimshak<br>Andrew N. Rosenberg<br>Margaret A. Phillips<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY  10019-6064<br>(212) 373-3000 |

-11-

| **Morgan Stanley Senior Funding, Inc.** | Stuart M. Brown<br>DLA Piper LLP<br>919 North Market Street<br>15th Floor<br>Wilmington, DE  19801<br>(302) 468-5640 |
|---|---|
| | Jeff J. Friedman<br>Noah Heller<br>Merritt A. Pardini<br>KATTEN MUCHIN ROSENMAN LLP<br>575 Madison Avenue<br>New York, NY  10022<br>(212) 940-8800 |
| **Anderson Memorial Hospital** | Christopher D. Loizides<br>LOIZIDES, P.A.<br>1225 King Street, Suite 800<br>Wilmington, DE  19801<br>(302) 654-0248 |
| | Daniel A. Speights<br>C. Alan Runyan SPEIGHTS<br>& RUNYAN<br>200 Jackson Avenue, East<br>Post Office Box 685<br>Hampton, SC  29924<br>(803) 943-4444 |
| | John W. Kozyak<br>David L. Rosendorf<br>KOZYAK TROPIN &<br>THROCKMORTON, P.A.<br>2525 Ponce de Leon, 9th Floor<br>Coral Gables, FL  33134<br>(305) 372-1800 |

| | |
|---|---|
| **City of Vancouver; School District 68 Nanaimo-Ladysmith** | Christopher D. Loizides<br>LOIZIDES, P.A.<br>1225 King Street, Suite 800<br>Wilmington, DE  19801<br>(302) 654-0248 |
| | Daniel A. Speights<br>C. Alan Runyan<br>SPEIGHTS & RUNYAN<br>200 Jackson Avenue, East<br>Post Office Box 685<br>Hampton, SC  29924<br>(803) 943-4444 |
| **Aaron C. Edwards; James T. Beam; Edward E. Storey; John M. Thomas; Sheila Martin** | Kathleen M. Miller<br>SMITH, KATZENSTEIN & JENKINS LLP<br>800 Delaware Avenue, Suite 1000<br>P.O. Box 410<br>Wilmington, DE  19899<br>(302) 652-8400 |
| | Sander L. Esserman<br>David J. Parsons<br>STUTZMAN, BROMBERG, ESSERMAN<br>& PLIFKA, P.C.<br>2323 Bryan Street, Suite 2200<br>Dallas, TX  75201<br>(214) 969-4900 |
| **Kaneb Pipe Line Operating Partnership, L.P.; Support Terminal Services, Inc.** | Kathleen M. Miller<br>SMITH, KATZENSTEIN & JENKINS LLP<br>800 Delaware Avenue, Suite 1000<br>P.O. Box 410<br>Wilmington, DE  19899<br>(302) 652-8400 |
| | Steve A. Peirce<br>FULBRIGHT & JAWORSKI L.L.P.<br>300 Convent Street, Suite 2200<br>San Antonio, TX  78205-3792<br>(210) 224-5575 |
| | Toby L. Gerber<br>FULBRIGHT & JAWORSKI L.L.P.<br>2200 Ross Avenue, Suite 2800<br>Dallas, TX  75201<br>(214) 855-8000 |

-13-

**The Libby Claimants**

Adam G. Landis
Kerri K. Mumford
LANDIS RATH & COBB LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
(302) 467-4400

Daniel C. Cohn
MURTHA CULLINA
99 High Street, 20th Floor
Boston, MA 02110
(617) 457-4000

**Longacre Master Fund, Ltd.; Longacre Capital Partners (QP), L.P.**

David M. Fournier
James C. Carignan
PEPPER HAMILTON LLP
1313 North Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6500

**Garlock Sealing Technologies, LLC**

Brett D. Fallon
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6800

Garland Cassada
Richard C. Worf
ROBINSON, BRADSHAW & HINSON
101 North Tryon Street, Suite 1900
Charlotte, NC 28246
(704) 377-8135

#16356637 v1