# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

In re

W.R. Grace & Co., *et al.*,

        Debtors.

CIVIL ACTION No. 11-199 (Lead Case)
CIVIL ACTION No. 11-200
CIVIL ACTION No. 11-201
CIVIL ACTION No. 11-202
CIVIL ACTION No. 11-203
CIVIL ACTION No. 11-207
CIVIL ACTION No. 11-208
CIVIL ACTION No. 11-531
CIVIL ACTION No. 09-644
CIVIL ACTION No. 09-807

Procedurally Consolidated.

_____/

## ANDERSON MEMORIAL HOSPITAL'S NOTICE OF APPEAL

Anderson Memorial Hospital appeals to the United States Court of Appeals for the Third

Circuit pursuant 28 U.S.C. § 158(d) and Rules 3, 4, and 6 of the Federal Rules of Appellate

Procedure, from the *Memorandum Opinion* (Docket No. 165) and *Order* (Docket No. 166),

entered by the United States District Court for the District of Delaware on January 30, 2012, and

from the *Consolidated Order Regarding Motions for Reconsideration* (Docket No. 215), *Table of*

*Contents* (Docket No. 216), *Amended Memorandum Opinion* (Docket No. 217), and *Order*

(Docket No. 218), entered by the United States District Court for the District of Delaware on

June 11, 2012.[1]

In accordance with Rule 3(c) of the Federal Rules of Appellate Procedure, the names of

all parties to the orders and opinions appealed from and the names, addresses, and telephone

numbers of their respective attorneys are as follows:

---

[1] The filing of this notice of appeal is not intended to waive or otherwise relinquish in any way the arguments made by Anderson Memorial Hospital in its Motion for Relief from Order and Memorandum Opinion Affirming Confirmation Order (Docket No. 213) and Reply in support thereof (Docket No. 228).

| Party | Counsel |
|---|---|
| **Appellant** | |
| **Anderson Memorial Hospital** | Christopher D. Loizides (No. 3968) <br> LOIZIDES, P.A. <br> 1225 King Street, Suite 800 <br> Wilmington, DE 19801 <br> Telephone: (302) 654-0248 |
| | Daniel A. Speights <br> A. Gibson Solomons, III <br> SPEIGHTS & RUNYAN <br> 200 Jackson Avenue East <br> Post Office Box 685 <br> Hampton, SC 29924 <br> Telephone: (803) 943-4444 |
| | John W. Kozyak <br> David L. Rosendorf <br> KOZYAK TROPIN & THROCKMORTON, P.A. <br> 2525 Ponce de Leon, 9th Floor <br> Coral Gables, FL 33134 <br> Telephone: (305) 372-1800 |
| **Appellees** | |
| **W.R. Grace & Co., et al., Debtors and Debtors-in-Possession** | Laura Davis Jones <br> James E. O'Neill <br> Kathleen P. Makowski <br> Timothy P. Cairns <br> PACHULSKI, STANG, ZIEHL & JONES, LLP <br> 919 North Market Street, 17th Floor <br> P. O. Box 8705 <br> Wilmington, DE 19899-8705 <br> (302) 652-4100 |
| | John Donley <br> Adam Paul <br> KIRKLAND & ELLIS LLP <br> 300 North LaSalle <br> Chicago, IL 60654 <br> (312) 862-2000 |

Roger J. Higgins
Roger J. Higgins, P.C.
111 East Wacker Drive, Suite 2800
Chicago, IL 60601
(312) 836-4022

**Official Committee of Unsecured
Creditors**

William S. Katchen
DUANE MORRIS LLP
One River Front Plaza
Newark, NJ 07102
(973) 424-2000

Lewis Kruger
Kenneth Pasquale
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038
(212) 806-5400

Michael R. Lastowski
Richard W. Riley
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, DC 19801
(302) 657-4900

**Official Committee of Equity Security
Holders**

Teresa K.D. Currier
SAUL EWING LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800

Philip Bentley
David E. Blabey, Jr.
KRAMER LEVIN NAFTALIS
& FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100

| | |
|---|---|
| **Official Committee of Asbestos**<br>**Personal Injury Claimants** | Marla R. Eskin<br>Mark T. Hurford<br>CAMPBELL & LEVINE, LLC<br>800 N. King Street, Suite 300<br>Wilmington, DE 19801<br>(302) 426-1900 |
| | Elihu Inselbuch<br>CAPLIN & DRYSDALE, CHARTERED<br>375 Park Avenue, 35th Floor<br>New York, NY 10152-3500<br>(212) 319-7125 |
| | Peter Van N. Lockwood<br>Nathan D. Finch<br>Jeffrey A. Liesemer<br>Kevin Maclay<br>CAPLIN & DRYSDALE, CHARTERED<br>One Thomas Circle, N.W., 12th Floor<br>Washington, DC 20005<br>(202) 862-5000 |
| **Official Committee of Asbestos**<br>**Property Damage Claimants** | Michael B. Joseph<br>Theodore J. Tacconelli<br>Lisa L. Coggins<br>FERRY, JOSEPH & PEARCE, P.A.<br>824 Market Street, Suite 1000<br>P.O. Box 351<br>Wilmington, DE 19899<br>(302) 575-1555 |
| | Scott L. Baena<br>Jay M. Sakalo<br>BILZIN SUMBERG BAENA PRICE &<br>AXELROD LLP<br>1450 Brickell Avenue, Suite 2300<br>Miami, FL 33131<br>(305) 374-7580 |
| **David T. Austern, Asbestos PI Future**<br>**Claimants' Representative** | John C. Phillips, Jr.<br>PHILLIPS, GOLDMAN & SPENCE, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806<br>(302) 655-4200 |

Roger Frankel
Richard H. Wyron
Debra L. Felder
ORRICK, HERRINGTON &
SUTCLIFFEE LLP
1152 15th Street, NW
Washington, DC 20005
(202) 338-8400

**Post-Petition DIP Lenders**

Neil B. Glassman
BAYARD, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
(302) 429-4224

J. Douglas Bacon
LATHAM & WATKINS LLP
233 South Wacker Drive, Suite 5800
Chicago, IL 60606
(312) 876-7638

**Property Damage Future Claims'
Representative**

R. Karl Hill
SEITZ, VAN OGTROP & GREEN, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-0600

Alan B. Rich
LAW OFFICE OF ALAN B. RICH
102 Elm Street, Suite 4244
Dallas, TX 75270
(214) 744-5100

**United States Trustee**

David M. Klauder
J. Caleb Boggs Federal Building
844 N. King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
(302) 573-6491

| | |
|---|---|
| **AXA Belgium, as successor to Royale Belge SA** | R. Stokes Nolte<br>REILLY JANICZEK & McDEVITT, P.C.<br>1013 Centre Road, Suite. 2010<br>Wilmington, DE 19801<br>(302) 777-1700<br><br>Michael A. Shiner<br>TUCKER ARENSBERG, P.C.<br>1500 One PPG Place<br>Pittsburgh, PA 15222-5401<br>(412) 594-5586<br><br>Eileen T. McCabe<br>MENDES & MOUNT, LLP<br>750 Seventh Avenue<br>New York, NY 10019<br>(212) 261-8254 |
| **BNSF Railway Company** | James C. Carignan (DE No. 4230)<br>PEPPER HAMILTON LLP<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>P.O. Box 1709<br>Wilmington, DE 19899-1709<br>(302) 777-6500<br><br>Of Counsel:<br>Edward C. Toole, Jr.<br>Linda J. Casey<br>PEPPER HAMILTON LLP<br>3000 Two Logan Square<br>18th & Arch Streets<br>Philadelphia, PA 19103<br>Tel: (215) 981-4000<br>Fax: (215) 981-4750 |
| **Continental Casualty Company and Continental Insurance Company** | Elizabeth DeCristofaro<br>FORD MARRIN ESPOSITO WITMEYER<br>& GLESER, L.L.P.<br>Wall Street Plaza, 23rd Floor<br>New York, NY 10005-1875<br>(212) 269-4900 |

Edward B. Rosenthal
ROSENTHAL, MONHAIT & GODDESS, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899
(302) 656-4433

Jonathan W. Young
Jeff Chang
WILDMAN, HARROLD, ALLEN &
DIXON LLP
225 West Wacker Drive
Chicago, IL 60606-1229
(312) 201-2662

Daniel M. Glosband
Brian H. Mukherjee
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
(617) 570-1000

Michael S. Giannotto
Frederick C. Schafrick
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, DC 20001
(202) 346-4000

**Federal Insurance Company**

Barry M. Klayman
COZEN O'CONNOR
1201 N. Market Street
Suite 1400
Wilmington, DE 19801
(302) 295-2035

William P. Shelley
Jacob C. Cohn
Ilan Rosenberg
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
(215) 665-2000

| | |
|---|---|
| **Firemen's Fund Insurance Company** | John D. Demmy<br>STEVENS & LEE, P.C.<br>1105 North Market Street, 7th Floor<br>Wilmington, DE 19801<br>(302) 425-3308 |
| | Mark D. Plevin<br>Leslie A. Davis<br>Tacie H. Yoon<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>(202) 624-2500 |
| | Leonard P. Goldberger<br>Marnie E. Simon<br>STEVENS & LEE, P.C.<br>1818 Market Street, 29th Floor<br>Philadelphia, PA 19103-1702<br>(215) 751-2864/2885 |
| **Hartford Accident and<br>Indemnity Company;<br>First State Insurance Company;<br>Twin City Fire Insurance Company;<br>New England Reinsurance Corporation** | Michael W. Yurkewicz<br>KLEHR HARRISON HARVEY &<br>BRANZBURG LLP<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801<br>(302) 552-5519 |
| | Craig Goldblatt<br>Nancy L. Manzer<br>WILMER PICKERING HALE AND DORR LLP<br>1875 Pennsylvania Avenue, N.W.<br>Washington, DC 20006<br>(202) 663-6000 |
| | William J. Bowman<br>James P. Ruggeri<br>Edward B. Parks, II<br>HOGAN & HARTSON, L.L.P.<br>555 Thirteenth Street, N.W.<br>Washington, DC 20004<br>(202) 637-5600 |

| | |
|---|---|
| **Government Employees Insurance Co.; Republic Insurance Company, n/k/a Star Indemnity & Liability Co.; OneBeacon America Insurance Co.; Seaton Insurance Company** | Warren T. Pratt<br>David P. Primack<br>DRINKER BIDDLE & REATH LLP<br>1100 N. Market Street<br>Wilmington, DE 19801-1254<br>(302) 467-4200<br><br>Michael F. Brown<br>Jeffrey M. Boerger<br>DRINKER BIDDLE & REATH LLP<br>One Logan Square, Suite 2000<br>18th & Cherry Streets<br>Philadelphia, PA 19103-6996<br>(215) 988-2700 |
| **Her Majesty the Queen in Right of Canada** | Francis A. Monaco, Jr.<br>Kevin J. Mangan<br>Matthew P. Ward<br>WOMBLE CARLYLE SANDRIDGE & RICE, LLP<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801<br>(302) 252-4320<br><br>Jacqueline Dais-Visca<br>Senior Counsel Business Law Section<br>Ontario Regional Office<br>Suite 3400, Box 34, The Exchange Tower<br>130 King Street West<br>Toronto, Ontario M5X 1K6 |
| **State of Montana** | Francis A. Monaco, Jr.<br>Kevin J. Mangan<br>Matthew P. Ward<br>WOMBLE CARLYLE SANDRIDGE & RICE, LLP<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801<br>(302) 252-4320 |

| | |
|---|---|
| **Maryland Casualty Company** | Jeffrey C. Wisler |
| | Marc J. Phillips |
| | CONNOLLY BOVE LODGE |
| | & HUTZ LLP |
| | The Nemours Building |
| | 1007 N. Orange Street |
| | P.O. Box 2207 |
| | Wilmington, DE 19899 |
| | (302) 658-9141 |
| | |
| | Edward J. Longosz, II |
| | ECKERT SEAMANS CHERIN |
| | & MELLOTT, LLC |
| | 1717 Pennsylvania Avenue, N.W. |
| | Suite 1200 |
| | Washington, DC 20006 |
| | (202) 659-6600 |
| | |
| | Richard A. Ifft |
| | Karalee C. Morell |
| | WILEY REIN LLP |
| | 1776 K Street, N.W. |
| | Washington, DC 20006 |
| | (202) 719-7170 |
| | |
| **National Union Fire Insurance Co. of Pittsburgh, Pa.** | Ricardo Palacio |
| | ASHBY & GEDDES, P.A. |
| | 500 Delaware Avenue |
| | P.O. Box 1150 |
| | Wilmington, DE 19899 |
| | (302) 654-1888 |
| | Michael S. Davis |
| | ZEICHNER ELLMAN & KRAUSE LLP |
| | 575 Lexington Avenue |
| | New York, NY 10022 |
| | (212) 233-0400 |

| | |
|---|---|
| **TIG Insurance Company;**<br>**United StatesFire Insurance Co.** | Garvan F. McDaniel<br>BIFFERATO GENTILOTTI LLC<br>800 N. King Street, Plaza Level<br>Wilmington, DE 19801<br>(302) 429-8600<br><br>George R. Calhoun, V<br>STEPTOE & JOHNSON, LLP<br>1330 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>(202) 261-0610 |
| **Travelers Casualty and Surety**<br>**Company** | Robert J. Dehney<br>Ann C. Cordo<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 N. Market Street<br>Wilmington, DE 19899<br>(302) 658-9200<br><br>Mary Beth Forshaw<br>Katharine A. McLendon<br>Elisa Alcabes<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, NY 10017-3954<br>(212) 455-2000 |
| **Zurich Insurance Company; Zurich**<br>**International (Bermuda) Ltd.** | Jeffrey C. Wisler<br>Marc J. Phillips<br>Kelly M. Conlan<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>The Nemours Building<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>(302) 658-9141<br><br>Richard A. Ifft<br>Karalee C. Morell<br>WILEY REIN LLP<br>1776 K Street, N.W.<br>Washington, DC 20006<br>(202) 719-7170 |

| | |
|---|---|
| **The Bank Lender Group** | Richard Cobb<br>James S. Green<br>LANDIS RATH & COBB LLP<br>919 Market Street, Suite 1800<br>Post Office Box 2087<br>Wilmington, DE 19899<br>(302) 467-4400 |
| | Stephen J. Shimshak<br>Andrew N. Rosenberg<br>Margaret A. Phillips<br>PAUL, WEISS, RIFKIND,<br>WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>(212) 373-3000 |
| **Morgan Stanley Senior Funding, Inc.** | Stuart M. Brown<br>DLA Piper LLP<br>919 North Market Street<br>15th Floor<br>Wilmington, DE 19801<br>(302) 468-5640 |
| | Jeff J. Friedman<br>Noah Heller<br>Merritt A. Pardini<br>KATTEN MUCHIN ROSENMAN LLP<br>575 Madison Avenue<br>New York, NY 10022<br>(212) 940-8800 |
| **Aaron C. Edwards; James T. Beam;<br>Edward E. Storey; John M. Thomas;<br>Sheila Martin** | Kathleen M. Miller<br>SMITH, KATZENSTEIN & JENKINS LLP<br>800 Delaware Avenue, Suite 1000<br>P.O. Box 410<br>Wilmington, DE 19899<br>(302) 652-8400 |

Sander L. Esserman
David J. Parsons
STUTZMAN, BROMBERG, ESSERMAN
& PLIFKA, P.C.
2323 Bryan Street, Suite 2200
Dallas, TX 75201
(214) 969-4900

**Kaneb Pipe Line Operating**
**Partnership, L.P.; Support Terminal**
**Services, Inc.**

Kathleen M. Miller
SMITH, KATZENSTEIN & JENKINS LLP
800 Delaware Avenue, Suite 1000
P.O. Box 410
Wilmington, DE 19899
(302) 652-8400

Steve A. Peirce
FULBRIGHT & JAWORSKI L.L.P.
300 Convent Street, Suite 2200
San Antonio, TX 78205-3792
(210) 224-5575

Toby L. Gerber
FULBRIGHT & JAWORSKI L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
(214) 855-8000

**The Libby Claimants**

Adam G. Landis
Kerri K. Mumford
LANDIS RATH & COBB LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
(302) 467-4400

Daniel C. Cohn
MURTHA CULLINA
99 High Street, 20th Floor
Boston, MA 02110
(617) 457-4000

**Longacre Master Fund, Ltd.; Longacre
Capital Partners (QP), L.P.**

David M. Fournier
James C. Carignan
PEPPER HAMILTON LLP
1313 North Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6500

**Garlock Sealing Technologies, LLC**

Brett D. Fallon
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6800

Garland Cassada
Richard C. Worf
ROBINSON, BRADSHAW & HINSON
101 North Tryon Street, Suite 1900
Charlotte, NC 28246
(704) 377-8135

Pursuant to Third Circuit Local Appellate Rule 3.1, a copy of this notice is being provided to the Honorable Ronald L. Buckwalter.

DATED: July 10, 2012

_____
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:      (302) 654-0248
Facsimile:      (302) 654-0728
Email:          loizides@loizides.com

Daniel A. Speights
A. Gibson Solomons, III
SPEIGHTS & RUNYAN
200 Jackson Avenue East
Post Office Box 685
Hampton, SC 29924
Telephone:     (803) 943-4444
Facsimile:     (803) 943-4599
Email:         dspeights@speightsrunyan.com

-    and –

John W. Kozyak
David L. Rosendorf
KOZYAK TROPIN & THROCKMORTON, P.A.
2525 Ponce de Leon, 9th Floor
Coral Gables, FL  33134
Telephone:     (305) 372-1800
Facsimile:     (305) 372-3508
Email:         drosendorf@kttlaw.com

*Counsel for Anderson Memorial Hospital*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

In re

W.R. Grace & Co., *et al.*,

   Debtors.

        CIVIL ACTION No. 11-199 (Lead Case)
        CIVIL ACTION No. 11-200
        CIVIL ACTION No. 11-201
        CIVIL ACTION No. 11-202
        CIVIL ACTION No. 11-203
        CIVIL ACTION No. 11-207
        CIVIL ACTION No. 11-208
        CIVIL ACTION No. 11-531
        CIVIL ACTION No. 09-644
        CIVIL ACTION No. 09-807

        Procedurally Consolidated.

_____/

## CERTIFICATE OF SERVICE

I, Christopher D. Loizides, hereby certify that on June 28, 2012, I did cause to be served

true and correct copies of **ANDERSON MEMORIAL HOSPITAL'S NOTICE OF APPEAL**

on the parties listed on the attached service list as indicated thereon.

DATED: July 10, 2012

         _____
         Christopher D. Loizides (No. 3968)
         LOIZIDES, P.A.
         1225 King Street, Suite 800
         Wilmington, DE 19801
         Telephone: (302) 654-0248
         Facsimile: (302) 654-0728
         E-mail:  loizides@loizides.com

## SERVICE LIST

## VIA FIRST-CLASS MAIL

Laura Davis Jones
James E. O'Neill
Kathleen P. Makowski
Timothy P. Cairns
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street, 17th Floor
P. O. Box 8705
Wilmington, DE 19899-8705

John Donley
Adam Paul
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, IL 60654

Roger J. Higgins
ROGER J. HIGGINS PC
111 E. Wacker Drive, Suite 2800
Chicago, IL 60601

William S. Katchen
DUANE MORRIS LLP
One River Front Plaza
Newark, NJ 07102

Lewis Kruger
Kenneth Pasquale
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038

Michael R. Lastowski
Richard W. Riley
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, DC 19801

Teresa K.D. Currier
SAUL EWING LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266

Philip Bentley
David E. Blabey, Jr.
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036

Marla R. Eskin
Mark T. Hurford
CAMPBELL & LEVINE LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

Elihu Inselbuch
CAPLIN & DRYSDALE, CHARTERED
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Peter Van N. Lockwood
Nathan D. Finch
Jeffrey A. Liesemer
Kevin Maclay
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, N.W., 12th Floor
Washington, DC 20005

Michael B. Joseph
Theodore J. Tacconelli
Lisa L. Coggins
FERRY JOSEPH & PEARCE PA
824 Market Street, Suite 1000
P.O. Box 351
Wilmington, DE 19899-0351

Scott L. Baena
Jay M. Sakalo
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131

John C. Phillips, Jr.
PHILLIPS GOLDMAN & SPENCE PA
1200 North Broom Street
Wilmington, DE 19806

Roger Frankel
Richard H. Wyron
Debra L. Felder
ORRICK, HERRINGTON & SUTCLIFFEE LLP
1152 15th Street, NW
Washington, DC 20005

Neil B. Glassman
BAYARD PA
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130

J. Douglas Bacon
LATHAM & WATKINS LLP
233 South Wacker Drive, Suite 5800
Chicago, IL 60606

R. Karl Hill
SEITZ VAN OGTROP & GREEN PA
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899

Alan B. Rich
LAW OFFICE OF ALAN B. RICH
102 Elm Street, Suite 4244
Dallas, TX 75270

David M. Klauder
OFFICE OF THE U.S. TRUSTEE
844 N. King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

R. Stokes Nolte
REILLY JANICZEK & McDEVITT PC
1013 Centre Road, Suite. 2010
Wilmington, DE 19801

Michael A. Shiner
TUCKER ARENSBERG PC
1500 One PPG Place
Pittsburgh, PA 15222-5401

Eileen T. McCabe
MENDES & MOUNT LLP
750 Seventh Avenue
New York, NY 10019

James C. Carignan
PEPPER HAMILTON LLP
1313 N. Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709

Edward C. Toole, Jr.
Linda J. Casey
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103

Elizabeth DeCristofaro
FORD MARRIN ESPOSITO WITMEYER & GLESER LLP
Wall Street Plaza, 23rd Floor
New York, NY 10005-1875

Edward B. Rosenthal
ROSENTHAL MONHAIT & GODDESS PA
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

Jonathan W. Young
Jeff Chang
WILDMAN HARROLD ALLEN & DIXON LLP
225 W. Wacker Drive
Chicago, IL 60606-1229

Daniel M. Glosband
Brian H. Mukherjee
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109

Michael S. Giannotto
Frederick C. Schafrick
GOODWIN PROCTER LLP
901 New York Avenue, NW
Washington, DC 20001

Barry M. Klayman
COZEN O'CONNOR
1201 N. Market Street, Suite 1400
Wilmington, DE 19801

William P. Shelley
Jacob C. Cohn
Ilan Rosenberg
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103

John D. Demmy
STEVENS & LEE PC
1105 N. Market Street, 7th Floor
Wilmington, DE 19801

Mark D. Plevin
Leslie A. Davis
Tacie H. Yoon
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004

Leonard P. Goldberger
Marnie E. Simon
STEVENS & LEE PC
1818 Market Street, 29th Floor
Philadelphia, PA 19103-1702

Michael W. Yurkewicz
KLEHR HARRISON HARVEY & BRANZBURG LLP
919 N. Market Street, Suite 1000
Wilmington, DE 19801

Craig Goldblatt
Nancy L. Manzer
WILMER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006

William J. Bowman
James P. Ruggeri
Edward B. Parks, II
HOGAN & HARTSON LLP
555 Thirteenth Street, N.W.
Washington, DC 20004

Warren T. Pratt
David P. Primack
DRINKER BIDDLE & REATH LLP
1100 N. Market Street
Wilmington, DE 19801-1254

Michael F. Brown
Jeffrey M. Boerger
DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
18th & Cherry Streets
Philadelphia, PA 19103-6996

Francis A. Monaco, Jr.
Kevin J. Mangan
Matthew P. Ward
WOMBLE CARLYLE SANDRIDGE & RICE LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

Jacqueline Dais-Visca
Senior Counsel Business Law Section
Ontario Regional Office
Suite 3400, Box 34, The Exchange Tower
130 King Street West
Toronto, Ontario M5X 1K6
CANADA

Francis A. Monaco, Jr.
Kevin J. Mangan
Matthew P. Ward
WOMBLE CARLYLE SANDRIDGE & RICE LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

Jeffrey C. Wisler
Marc J. Phillips
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

Edward J. Longosz, II
ECKERT SEAMANS CHERIN & MELLOTT LLC
1717 Pennsylvania Avenue, NW, Suite 1200
Washington, DC 20006

Richard A. Ifft
Karalee C. Morell
WILEY REIN LLP
1776 K Street, NW
Washington, DC 20006

Ricardo Palacio
ASHBY & GEDDES PA
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899-1150

Michael S. Davis
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, NY 10022

Garvan F. McDaniel
BIFFERATO GENTILOTTI LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801

George R. Calhoun, V
STEPTOE & JOHNSON, LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

Robert J. Dehney
Ann C. Cordo
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
Wilmington, DE 19801

Mary Beth Forshaw
Katharine A. McLendon
Elisa Alcabes
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017-3954

Jeffrey C. Wisler
Marc J. Phillips
Kelly M. Conlan
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

Richard A. Ifft
Karalee C. Morell
WILEY REIN LLP
1776 K Street, NW
Washington, DC 20006

Richard Cobb
James S. Green
LANDIS RATH & COBB LLP
919 N. Market Street, Suite 1800
P.O. Box 2087
Wilmington, DE 19899-2087

Stephen J. Shimshak
Andrew N. Rosenberg
Margaret A. Phillips
PAUL WEISS RIFKIND WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064

Stuart M. Brown
DLA PIPER LLP
919 N. Market Street, 15th Floor
Wilmington, DE 19801

Jeff J. Friedman
Noah Heller
Merritt A. Pardini
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022

Kathleen M. Miller
SMITH, KATZENSTEIN & JENKINS LLP
800 Delaware Avenue, Suite 1000
P.O. Box 410
Wilmington, DE 19899-0410

Sander L. Esserman
David J. Parsons
STUTZMAN BROMBERG ESSERMAN & PLIFKA PC
2323 Bryan Street, Suite 2200
Dallas, TX 75201

Kathleen M. Miller
SMITH, KATZENSTEIN & JENKINS LLP
800 Delaware Avenue, Suite 1000
P.O. Box 410
Wilmington, DE 19899-0410

Steve A. Peirce
FULBRIGHT & JAWORSKI LLP
300 Convent Street, Suite 2200
San Antonio, TX 78205-3792

Toby L. Gerber
FULBRIGHT & JAWORSKI LLP
2200 Ross Avenue, Suite 2800
Dallas, TX 75201

Adam G. Landis
Kerri K. Mumford
LANDIS RATH & COBB LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

Daniel C. Cohn
MURTHA CULLINA
99 High Street, 20th Floor
Boston, MA 02110

David M. Fournier
James C. Carignan
PEPPER HAMILTON LLP
1313 N. Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709

Brett D. Fallon
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

Garland Cassada
Richard C. Worf
ROBINSON BRADSHAW & HINSON
101 North Tryon Street, Suite 1900
Charlotte, NC 28246