# IN THE UNITED STATES DISTRICT
# COURT FOR THE DISTRICT OF DELAWARE

------------------------------------------------- X
                          :

In re:                          :    CIVIL ACTION NO. 11-199 (Lead Case)
                          :    CIVIL ACTION NO. 09-644

W. R. GRACE & CO., *et al.,*       :    CIVIL ACTION NO. 11-201
                          :    CIVIL ACTION NO. 11-203
               Debtors.   :

                          :    *Procedurally Consolidated*

                          :

BANK LENDER GROUP,          :

             Appellant,   :

            v.                 :

                          :

W.R. GRACE & CO., *et. al.,*      :

             Appellees.   :
------------------------------------------------- X

## SUPPLEMENTAL NOTICE OF APPEAL TO UNITED STATES
## COURT OF APPEALS FOR THE THIRD CIRCUIT

       PLEASE TAKE NOTICE that certain lenders under the Prepetition Bank Credit

Facilities[1] (the "Bank Lender Group"),[2] by their undersigned counsel, hereby appeal to the

---

[1]    The Prepetition Bank Credit Facilities include (1) that certain Credit Agreement, dated May 14, 1998, among the W.R. Grace & Co. (the "Company"), W.R. Grace & Co.-Conn, The Chase Manhattan Bank, as Administrative Agent, Chase Securities Inc., as arranger, and certain Banks party thereto (the "1998 Credit Agreement"), and (2) that certain 364-Day Credit Agreement, dated May 5, 1999, among the Company, W.R. Grace & Co.-Conn, Bank of America National Trust Savings Assoc., as documentation agent, The Chase Manhattan Bank, as administrative agent, Chase Securities Inc., as book manager, and certain Banks party thereto (as amended, the "1999 Credit Agreement", together with the 1998 Credit Agreement, the "Credit Agreements").

[2]    The Bank Lender Group includes: Archer Capital Master Fund, L.P.; Archer SIF II, L.P.; Bank of America, N.A.; Barclays Bank PLC; BBT Fund, L.P.; BBT Master Fund, L.P.; Brencourt Credit Opportunities Master Fund, L.P.; Caspian Capital Partners, L.P.; Caspian Select Credit Master Fund, Ltd.; Caspian Solitude Master Fund, L.P.; Central Park Group Multi-Event Fund; Consumer Program Administrators, Inc.; Halcyon Loan Trading Fund LLC; Hastings Master Fund, L.P.; Intermarket Corp.; JPMorgan Chase Bank, N.A.; LLT Ltd.; LMA SPC for and on behalf of the MAP98 Segregated Portfolio; Loeb Arbitrage Offshore Partners, Ltd.; Macquarie Bank Limited; Mariner LDC; MSD Credit Opportunity Master Fund, L.P.; Nomura Waterstone Market Neutral Fund; Oceana Master Fund Ltd.; OCP Investment Trust; Onex Debt Opportunity Fund, Ltd.;

United States Court of Appeals for the Third Circuit from the following memorandum opinion and final orders of the United States District Court for the District of Delaware dated and entered in the above-captioned cases on June 11, 2012.

| Docket Number(s) | Title |
|---|---|
| 215 | Consolidated Order Regarding Motions for Reconsideration |
| 216, 217 | Amended Memorandum Opinion & Table of Contents |
| 218 | Order |

This Supplemental Notice of Appeal supplements the Bank Lender Group's notice of appeal filed February 14, 2012 [D.I. 172] and amended on February 22, 2012 [D.I. 176], which appealed from the District Court's Memorandum Opinion [D.I. 165] and Order [D.I. 166] dated January 30, 2012 and entered in the above-captioned cases on January 31, 2012.

The names of all parties to the opinions and orders being appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

**Attorneys for Appellants:**

**1.     The Bank Lender Group**

Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000 (tel)
(212) 757-3990 (fax)
Attn:     Moses Silverman
           Stephen J. Shimshak
           Andrew N. Rosenberg

Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Post Office Box 2087
Wilmington, Delaware 19899
(302) 467-4400 (tel)
(302) 467-4450 (fax)
Attn:   Richard S. Cobb
          James S. Green, Jr.

---

Onex Senior Credit II, LP; Onex Senior Credit Fund, L.P.; Pentwater Equity Opportunities Master Fund Ltd.; Prime Capital Master SPC, GOT WAT MAC Segregated Portfolio; PWCM Master Fund Ltd.; Royal Bank of Scotland, PLC; SOLA Ltd.; Solus Core Opportunities L.P.; Solus Core Opportunities Master Fund Ltd.; Taconic Capital Partners 1.5 L.P.; Taconic Opportunity Fund L.P.; Thracia LLC; Ultra Master Ltd.; Visium Asset Management, LP; Waterstone Distressed Opportunities Fund, Ltd.; Waterstone Market Neutral Mac51, Ltd.; Waterstone Market Neutral Master Fund, Ltd.; Waterstone MF Fund, Ltd.; Waterstone Offshore AD Fund, Ltd.; and Waterstone Offshore ER Fund, Ltd., together with certain funds affiliated with or managed by such entities.

2

**Attorneys for Appellees:**

**2.      W.R. Grace, et al., Debtors**

Kirkland & Ellis LLP
300 North LaSalle
Chicago, Illinois 60654
(312) 862-2000 (tel)
(312) 862-2200 (fax)
Attn:   John Donley
          Adam Paul

Pachulski, Stang, Ziehl & Jones LLP
919 North Market Street, 17th floor
Post Office Box 8705
Wilmington, Delaware 19899-8705
(302) 652-4100 (tel)
(302) 652-4400 (fax)
Attn:   Kathleen P. Makowski
James E. O'Neill
Timothy P. Cairns

Roger J. Higgins, P.C.
111 East Wacker Drive, Suite 2800
Chicago, Illinois 60601-4277
(312) 836-4022 (tel)
(312) 577-0737 (fax)
Attn:   Roger J. Higgins

**3.      Official Committee of Equity Holders**

Kramer, Levin, Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100 (tel)
(212) 715-8000 (fax)
Attn:   Philip Bentley
          Douglas H. Mannal
          Greg Horowitz
          David E. Blabey, Jr.

Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, Delaware 19899
(302) 421-6800 (tel)
(302) 421-6913 (fax)
Attn:   Teresa K.D. Currier

**4.      Official Committee of Asbestos Personal Injury Claimants**

Campbell & Levine, LLC
800 N. King Street, #300
Wilmington, Delaware 19801
(302) 426-1900 (tel)
(302) 426-9947 (fax)
Attn:   Marla R. Eskin

Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, New York 10152-3500
(212) 319-7125 (tel)
(212) 644-6755 (fax)
Attn:   Elihu Inselbuch

Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, D.C. 20005
(202) 862-5000 (tel)
(202) 429-3301 (fax)
Attn:   Peter Van N. Lockwood
          Jeffrey A. Liesemer
          Kevin Maclay

3

{672.001-W0021633.}

**5.     Asbestos PI Future Claimants' Representative (David Austern)**

Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005-1706
(202) 339-8400 (tel)
(202) 339-8500 (fax)
Attn:   Roger Frankel
        Richard H. Wyron
        Jonathan P. Guy
        Debra L. Felder

Phillips, Goldman & Spence, P.A.,
1200 North Broom Street
Wilmington, Delaware 19806
(302) 655-4299 (tel)
(302) 655-4210 (fax)
Attn:   John C. Phillips, Jr.

**Attorneys for Other Parties**

**1.     Official Committee of Unsecured Creditors**

Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, New York 10038-4982
(212) 806-5400 (tel)
(212) 806-6006 (fax)
Attn:   Lewis Kruger
        Kenneth Pasquale
        Arlene G. Krieger

Duane Morris LLP
222 Delaware Avenue, Suite 1600
Wilmington, Delaware 19801
(302) 657-4942 (tel)
(302) 657-4901 (fax)
Attn:   Michael R. Lastowski
        Richard W. Riley

Duane Morris LLP
One Riverfront Plaza
1037 Raymond Boulevard, Suite 1800
Newark, NJ 07102-5429
(973) 424-2000 (tel)
(973) 424-2001 (fax)
Attn:   William S. Katchen

**2.     United States Trustee**

Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, Delaware 19801
(302) 573-6491 (tel)
(302) 573-6497 (fax)
Attn:   David Klauder

4

3.      **Garlock Sealing Technologies LLC**
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
(302) 888-6888
Fax: (302) 571-1750
Attn:   Brett D. Fallon

4.      **Her Majesty the Queen in Right of Canada; State of Montana**
Womble Carlyle Sandridge Rice
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
302.252.4338
Fax: 302.661.7711
Attn:   Matthew Paul Ward

5.      **Post-Petition DIP Lenders**
Bayard, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 429-4224
Attn:   Neil Glassman

6.      **AXA Belgium** *as Successor to Royale Beige SA*
Reilly Janiczek & McDevitt PC
1013 Centre Road, Suite 210
Wilmington, DE 19805
(302) 777-1700
Attn:   R. Stokes Nolte

7.      **Continental Casualty Company; Continental Insurance Company**
Rosenthal, Monhait & Goddess, P.A.
Mellon Bank Center, Suite 1401
P.O. Box 1070
919 Market Street Wilmington, DE 19899-1070
(302) 656-4433
Attn:   Edward B. Rosenthal

8.      **Federal Insurance Company**
Cozen & O'Connor
Chase Manhattan Centre
1201 North Market St., Suite 1400
Wilmington, DE 19801 (302) 295-2035
Attn:   Barry M. Klayman

{672.001-W0021633.}

**9.** **Fireman's Fund Insurance Company**
Stevens & Lee
1105 North Market Street
7th Floor
Wilmington, DE 19801
(302) 654-5180
Attn:  John D. Demmy

**10.** **Hartford Accident and Indemnity Company; First State Insurance Company; Twin City Fire Insurance Company**
Klehr, Harrison, Harvey, Branzburg & Ellers
919 Market Street
Suite 1000
Wilmington, DE 19801
(302) 426-1189
Attn:  Michael William Yurkewicz

**11.** **Government Employees Insurance Company; Republic Insurance Company *also known as* Star Indemnity & Liability Company; OneBeacon America Insurance Company; Seaton Insurance Company**
Drinker Biddle & Reath LLP
1100 North Market Street
Suite 1000
Wilmington, DE 19801-1254
302-467-4200
Attn:   Joseph N. Argentina, Jr.
         Warren Thomas Pratt

**12.** **Maryland Casualty Company; Zurich Insurance Company; Zurich International (Bermuda) Ltd.**
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 888-6258
Fax: (302) 658-0380
Attn:   Jeffrey C. Wisler
         Marc J. Phillips

**13.** **National Union Fire Insurance Company of Pittsburgh, PA**
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
Attn:  Ricardo Palacio

6

14.    **Tig Insurance Company; United States Fire Insurance Company**
Bifferato Gentilotti LLC
800 North King Street, Plaza Level
Wilmington, DE 19801
(302) 429-1900
Attn:  Garvan F. McDaniel

15.    **Travelers Casualty and Surety Company**
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
Attn:  Robert J. Dehney
       Ann C. Cordo

16.    **Morgan Stanley Senior Funding, Inc.**
DLA Piper LLP
919 N. Market Street, Suite 1500
Wilmington, DE 19801
302-468-5640
Fax: 302-778-7913
Attn:  Stuart M. Brown
       Robert Craig Martin

17.    **Anderson Memorial Hospital; City of Vancouver; School District 68 Nanaimo-Ladysmith**
Loizides & Associates
Legal Arts Building
1225 King Street, Suite 800
Wilmington, DE 19801
(302) 654-0248
Attn:  Christopher D. Loizides

18.    **BNSF Railway Company; Longacre Master Fund Ltd.; Longacre Capital Partners (QP) LP**
Pepper Hamilton LLP
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6530
Fax: (302) 421-8390
Attn:  James C. Carignan
       Evelyn Judith Meltzer
       John H. Schanne, II

7

**19.     Aaron C. Edwards; James T. Beam; Edward E. Store; John M. Thomas; Sheila Martin; Kaneb Pipe Line Operating Partnership, LP; Support Terminal Services Inc.**
Smith, Katzenstein, & Jenkins LLP
The Corporate Plaza
800 Delaware Ave.
P.O. Box 410
Wilmington, DE 19899
(302) 652-8400
Attn:   Kathleen M. Miller

**20.     Libby Claimants as identified in the Amended and Restated Verified Statement of Cohn Whitesell & Goldberg LLP and Landis Rath & Cobb LLP**
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
P.O. Box 2087
Wilmington, DE 19899
(302) 467-4400
Attn:   Adam G. Landis
        Kerri King Mumford

Murtha Cullina LLP
99 High Street, 20th Floor
Boston, MA 02110
(617) 457-4000
Attn:   Daniel C. Cohn

**21.     Property Damage Future Claims' Representative**
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-0600 (tel)
(302) 888-0606 (fax)
Attn:   R. Karl Hill

Law Office of Alan B. Rich
Alan B. Rich, Esquire
1201 Elm Street, Suite 4244
Dallas, Texas 75270

{672.001-W0021633.}

**22.    Official Committee of Asbestos Property Damage Claimants**
Ferry, Joseph & Pearce, P.A.
824 Market St., Suite 1000
P.O. Box 1351
Wilmington, DE 19899
(302) 575-1555 (tel)
(302) 575-1714 (fax)
Attn:    Michael B. Joseph
        Lisa L. Coggins
        Theodore J. Tacconelli


Dated:  Wilmington, Delaware           LANDIS RATH & COBB LLP
        July 10, 2012

                                       Richard S. Cobb (No. 3157)
                                       James S. Green, Jr. (No. 4406)
                                       919 Market Street, Suite 1800
                                       Post Office Box 2087
                                       Wilmington, Delaware 19899
                                       (302) 467-4400 (tel)
                                       (302) 467-4450 (fax)

                                       -and-

                                       PAUL, WEISS, RIFKIND, WHARTON &
                                       GARRISON LLP
                                       Moses Silverman
                                       Stephen J. Shimshak
                                       Andrew N. Rosenberg
                                       1285 Avenue of the Americas
                                       New York, New York 10019-6064
                                       (212) 373-3000 (tel)
                                       (212) 757-3990 (fax)

                                       *Attorneys for The Bank Lender Group*

9