# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | CIVIL ACTION NO. 11-199 (Lead Case) |
| | ) | CIVIL ACTION NO. 11-200 |
| | ) | CIVIL ACTION NO. 11-201 |
| Debtors. | ) | CIVIL ACTION NO. 11 -202 |
| | ) | CIVIL ACTION NO. 11-203 |
| | ) | CIVIL ACTION NO. 11-207 |
| | ) | CIVIL ACTION NO. 11-208 |
| | ) | CIVIL ACTION NO. 09-644 |
| | ) | CIVIL ACTION NO. 09-807 |
| | ) | |
| | ) | *Procedurally Consolidated* |

## NOTICE OF APPEAL

Claimants injured by exposure to asbestos from the Debtors' operations in Lincoln County, Montana (the "Libby Claimants"),[1] hereby appeal to the United States Court of Appeal for the Third Circuit from the following memorandum opinion and final order of the United States District Court for the District of Delaware dated and entered in the above-captioned cases on June 11, 2012:

| Docket Number | Title |
|---|---|
| 217 | Amended Memorandum Opinion |
| 218 | Order |

The names of all parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

---

[1] As identified in the Amended and Restated Verified Statement of Murtha Cullina LLP and Landis Rath & Cobb LLP Pursuant to Fed. R. Bankr. P. 2019 [Docket No. 28942], as it may be amended and restated from time to time.

{393.001-W0021639.}

**Appellant**

1. <u>Libby Claimants</u>

   LANDIS RATH & COBB LLP
   Adam G. Landis (DE No. 3407)
   Kerri King Mumford (DE No. 4186)
   919 Market Street, Suite 1800
   P.O. Box 2087
   Wilmington, DE 19801
   Tel.: (302) 467-4400

   MURTHA CULLINA LLP
   Daniel C. Cohn
   Ryan M. MacDonald
   99 High Street, 20th Floor
   Boston, MA 02110
   Tel.: (617) 457-4000
   Fax: (617) 482-3868

**Appellees**

2. <u>W.R. Grace & Co, et al., Debtors and Debtors-In-Possession</u>

   KIRKLAND & ELLIS LLP
   John Donley
   Adam Paul
   300 North LaSalle
   Chicago, IL 60654
   Tel.: (312) 862-2000
   Fax: (312) 862-2200

   ROGER J. HIGGINS, P.C.
   Roger J. Higgins
   111 East Wacker Drive, Suite 2800
   Chicago, IL 60601-4277
   Tel: (312) 836-4022
   Fax: (312) 577-0737

   PACHULSKI STANG ZIEHL & JONES LLP
   Laura Davis Jones
   Kathleen P. Makowski
   James E. O'Neill
   Timothy P. Cairns
   919 North Market Street, 16th Floor
   P.O. Box 8705
   Wilmington, DE 19899-8705
   (Courier 19801)
   Tel.: (302) 652-4100
   Fax: (302) 652-4400

3. <u>David T. Austern, Asbestos PI Future Claimants' Representative</u>

   PHILLIPS, GOLDMAN & SPENCE, P.A.
   John C. Phillips, Jr.
   1200 North Broom Street
   Wilmington, DE 19806
   Tel.: (302) 655-4200
   Fax: (302) 655-4210

   ORRICK, HERRINGTON & SUTCLIFFE LLP
   Roger Frankel
   Richard H. Wyron
   Debra L. Felder
   1152 15th Street, N.W.
   Washington, DC 20005-1706
   Tel.: (202) 339-8400
   Fax: (202) 339-8500

4. <u>Official Committee of Asbestos Personal Injury Claimants</u>

CAMPBELL & LEVINE, LLC
Marla Eskin
Mark T. Hurford
800 N. King Street, Suite 300
Wilmington, DE 19801
Tel.: (302) 426-1900
Fax: (302) 426-9947

CAPLIN & DRYSALE, CHARTERED
Peter Van N. Lockwood
Nathan D. Finch
Jeffrey A. Liesemer
Kevin Maclay
One Thomas Circle, N.W.
Washington, DC 20005
Tel.: (202) 862-5000
Fax: (202) 429-3301

CAPLIN & DRYSDALE, CHARTERED
Elihu Inselbuch
375 Park Avenue, 35th Floor
New York, NY 10152-3500
Tel.: (212) 319-7125
Fax: (212) 644-6755

5. <u>Official Committee of Equity Security Holders</u>

SAUL EWING LLP
Teresa K.D. Currier
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
Tel: (302) 421-6800
Fax: (302) 421-6813

KRAMER LEVIN NAFTALIS &
FRANKEL LLP
Philip Bentley
David E. Blabey, Jr.
1177 Avenue of the Americas
New York, NY 10036
Tel: (212) 715-9100
Fax: (212) 715-8000

6. <u>Official Committee of Asbestos Property Damage Claimants</u>

FERRY, JOSEPH & PEARCE, P.A.
Michael B. Joseph
Theodore J. Tacconelli
Lisa L. Coggins
824 Market Street, Suite 1000
PO Box 351
Wilmington, DE 19899
Tel: (302)575-1555

BILZIN SUMBERG BAENA PRICE &
AXELROD LLP
Scott L. Baena
Jay M. Sakalo
1450 Brickell Avenue, Suite 2300
Miami, FL 33131
Tel: (305) 374-7580

7. Official Committee of Unsecured Creditors

STROOCK & STROOK & LAVAN LLP
Lewis Kruger
Kenneth Pasquale
180 Maiden Lane
New York, NY 10038-4982
Tel.: (212) 806-5400
Fax: (212) 806-6006

DUANE MORRIS LLP
William S. Katchen
744 Broad Street, Suite 1200
Newark, NJ 07102-3889
Tel.: (973) 424-2000
Fax: (973) 424-2001

DUANE MORRIS LLP
Michael R. Lastowski
Richard W. Riley
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Tel.: (302) 657-4942
Fax: (302) 657-4901

8. United States Trustee

OFFICE OF THE UNITED STATES TRUSTEE
David Klauder
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
Tel.: (302) 573-6491
Fax: (302) 573-6497

9. Post-Petition DIP Lenders

BAYARD, P.A.
Neil Glassman
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Tel.: (302) 429-4224

LATHAM & WATKINS LLP
J. Douglas Bacon
233 South Wacker Drive, Suite 5800
Chicago, IL 60606
Tel: (312) 876-7638

10. Garlock Sealing Technologies LLC

MORRIS JAMES LLP
Brett D. Fallon
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
Tel.: (302) 888-6888
Fax: (302) 571-1750

ROBINSON, BRADSHAW & HINSON
Garland Cassada
Richard C. Worf
101 North Tryon Street, Suite 1900
Charlotte, NC 28246
Tel: (704) 377-8135

11. <u>Her Majesty the Queen in Right of Canada; State of Montana</u>

    WOMBLE CARLYLE SANDRIDGE RICE
    Francis A. Monaco, Jr.
    Kevin J. Mangan
    Matthew Paul Ward
    222 Delaware Avenue, Suite 1501
    Wilmington, DE 19801
    Tel.: (302) 252-4338
    Fax: (302) 302-661-7711

    Jacqueline Dais-Visca
    Senior Counsel Business Law Section
    Ontario Regional Office
    Suite 3400, Box 34, The Exchange Tower
    130 King Street West
    Toronto, Ontario M5X 1K6

12. <u>Property Damage Future Claims' Representative</u>

    SEITZ, VAN OGTROP & GREEN, P.A.
    R. Karl Hill
    222 Delaware Avenue, Suite 1500
    PO Box 68
    Wilmington, DE 19899
    Tel: (302) 888-0600

    LAW OFFICE OF ALAN B. RICH
    Alan B. Rich
    102 Elm Street, Suite 4244
    Dallas, TX 75270
    Tel: (214) 744-5100

13. <u>The Bank Lender Group</u>

    LANDIS RATH & COBB LLP
    Richard Cobb
    James S. Green
    919 Market Street, Suite 1800
    PO Box 2087
    Wilmington, DE 19899
    Tel: (302) 467-4400

    PAUL, WEISS, RIFKIND, WHARTON &
    GARRISON LLP
    Stephen J. Shimshak
    Andrew N. Rosenberg
    Margaret A. Phillips
    1285 Avenue of the Americas
    New York, NY 10019-6064
    Tel: (212) 373-3000

14. <u>AXA Belgium *as Successor to Royale Belge SA*</u>

    REILLY JANICZEK & MCDEVITT PC
    R. Stokes Nolte
    1013 Centre Road, Suite 210
    Wilmington, DE 19805
    Tel.: (302) 777-1700

    MENDES & MOUNT LLP
    Eileen T. McCabe
    750 Seventh Avenue
    New York, NY 10019
    Tel: (212) 261-8254

    TUCKER ARENSBERG P.C.
    Michael A. Shiner
    1500 One PPG Place
    Pittsburgh, PA 15222-5401
    Tel: (412) 594-5586

15. <u>Fireman's Fund Insurance Company</u>

STEVENS & LEE P.C.
John D. Demmy
1105 North Market Street, 7th Floor
Wilmington, DE 19801
Tel.: (302) 654-5180

CROWELL & MORING LLP
Mark D. Plevin
Leslie A. Davis
Tracie H. Yoon
1001 Pennsylvania Avenue NW
Washington, DC 20004
Tel: (202) 624-2500

STEVENS & LEE P.C.
Leonard P. Goldberger
Marnie E. Simon
1818 Market Street, 29th Floor
Philadelphia, PA 19103-1702
Tel: (215) 751-2864/2885

16. <u>Continental Casualty Company; Continental Insurance Company</u>

FORD MARRIN ESPOSITO WITMEYER & GLESER, LLP
Elizabeth DeCristofaro
Wall Street Plaza, 23rd Floor
New York, NY 1005-1875
Tel: (212) 269-4900

WILDMAN, HARROLD, ALLEN & DIXON LLP
Jonathan W. Young
Jeff Chang
225 West Wacker Drive
Chicago, IL 60606-1229
Tel: (312) 201-2662

GOODWIN PROCTOR
Michael S. Giannotto
Frederick C. Schafrick
901 New York Avenue NW
Washington, DC 20001
Tel: (202) 346-4000

ROSENTHAL, MONHAIT & GODDESS, P.A.
Edward B. Rosenthal
Mellon Bank Center, Suite 1404
P.O. Box 1070
919 Market Street
Wilmington, DE 19899-1070
Tel.: (302) 656-4433

GOODWIN PROCTOR LLP
Daniel. M. Glosband
Brian H. Mukherjee
Exchange Place
53 State Street
Boston, MA 02109
Tel: (617) 570-1000

6

17. <u>Hartford Accident and Indemnity Company; First State Insurance Company; Twin City Fire Insurance Company</u>

   KLEHR, HARRISON, HARVEY,
   BRANZBURG & ELLERS
   Michael William Yurkewicz
   919 Market Street, Suite 1000
   Wilmington, DE 19801
   Tel.: (302) 426-1189

   WILMER HALE LLP
   Craig Goldblatt
   Nancy L. Manzer
   1875 Pennsylvania Avenue NW
   Washington, DC 20006
   Tel: (202) 663-6000

   HOGAN & HARTSON LLP
   William J. Bowman
   James P. Ruggeri
   Edward B. Parks, II
   555 Thirteenth Street NW
   Washington, DC 20004
   Tel: (202) 637-5600

18. <u>TIG Insurance Company; United States Fire Insurance Company</u>

   BIFFERATO GENTILOTTI LLC
   Garvan F. McDaniel
   100 Biddle Avenue, Suite 100
   Springside Plaza
   Newark, DE 19702
   Tel.: (302) 429-1900

   STEPTOE & JOHNSON LLP
   George R. Calhoun, V
   1330 Connecticut Avenue NW
   Washington, DC 20036
   Tel: (202) 261-0610

19. <u>Government Employees Insurance Company; Republic Insurance Company *also known as* Star Indemnity & Liability Company; One Beacon America Insurance Company; Seaton Insurance Company</u>

   DRINKER BIDDLE & REATH LLP
   Warren Thomas Pratt
   David P. Primack
   1100 North Market Street, Suite 1000
   Wilmington, DE 19801-1254
   Tel.: (302) 467-4200

   DRINKER BIDDLE & REATH LLP
   Michael F. Brown
   Jeffrey M. Boerger
   One Logan Square, Suite 2000
   18th & Cherry Streets
   Philadelphia, PA 19103-6996
   Tel: (215) 988-2700

20. <u>Maryland Casualty Company; Zurich Insurance Company; Zurich International (Bermuda) Ltd.</u>

CONNOLLY, BOVE, LODGE & HUTZ
Jeffrey C. Wisler
Marc J. Phillips
Kelly M. Conlan
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
Tel.: (302) 888-6258
Fax: (302) 658-0380

WILEY REIN LLP
Richard A. Ifft
Karalee C. Morell
1776 K Street NW
Washington, DC 20006
Tel: (202) 719-7170

ECKERT SEAMANS CHERIN & MELLOTT LLC
Edward J. Longosz, II
1717 Pennsylvania Avenue NW
Suite 1200
Washington, DC 2006
Tel: (202) 659-6600

21. <u>National Union Fire Insurance Company of Pittsburgh, PA</u>

ASHBY & GEDDES
Ricardo Palacio
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Tel.: (302) 654-1888

ZEICHNER ELLMAN & KRAUSE LLP
Michael S. Davis
575 Lexington Avenue
New York, NY 10022
Tel: (212) 233-0400

22. <u>Travelers Casualty and Surety Company</u>

MORRIS, NICHOLS, ARSHT & TUNNELL
Robert J. Dehney
Ann C. Cordo
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
Tel.: (302) 658-9200

SIMPSON THACHER & BARTLETT LLP
Mary Beth Forshaw
Katharine A. McLendon
Elisa Alcabes
425 Lexington Avenue
New York, NY 10017-3954
Tel: (212) 455-2000

23. <u>Morgan Stanley Senior Funding, Inc.</u>

DLA PIPER LLP
Stuart M. Brown
Robert Craig Martin
919 N. Market Street, Suite 1500
Wilmington, DE 19801
Tel.: (302) 468-5640
Fax: (302) 778-7913

KATTEN MUCHIN ROSENMAN LLP
Jeff J. Friedman
Noah Heller
Merritt A. Pardini
575 Madison Avenue
New York, NY 10022
Tel: (212) 940-8800

24. <u>Anderson Memorial Hospital, City of Vancouver; School District 68 Nanaimo-Ladysmith</u>

LOIZIDES & ASSOCIATES
Christopher D. Loizides
Legal Arts Building
1225 King Street, Suite 800
Wilmington, DE 19801
Tel.: (302) 654-0248

KOZYAK TROPIN &
THROCKMORTON, P.A.
John W. Kozyak
David L. Rosendorf
2525 Ponce de Leon, 9th Floor
Coral Gables, FL 33134
Tel: (305) 372-1800

SPEIGHTS & RUNYAN
Daniel A. Speights
C. Alan Runyan
200 Jackson Avenue, East
PO Box 685
Hampton, SC 29924
Tel: (803) 943-4444

25. <u>BNSF Railway Company; Longacre Master Fund Ltd.; Longacre Capital Partners (QP) LP</u>

PEPPER HAMILTON LLP
David M. Fournier
James C. Carignan
Hercules Plaza, Suite 5100
1313 Market Street,
P.O. Box 1709
Wilmington, DE 19899-1709
Tel.: (302) 777-6530
Fax: (302) 421-8390

PEPPER HAMILTON LLP
Edward C. Toole, Jr.
Linda J. Casey
Hercules Plaza, Suite 5100
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
Tel.: (215) 981-4000
Fax: (215) 981-4750

9

{393.001-W0021639.}

26. <u>Aaron C. Edwards; James T. Beam; Edward E. Storey; John M. Thomas; Sheila Martin</u>

SMITH, KATZENSTEIN, & JENKINS LLP
Kathleen M. Miller
The Corporate Plaza
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899
Tel.: (302) 652-8400

STUTZMAN, BROMBERG, ESSERMAN
& PLIFKA, P.C.
Sander L. Esserman
David J. Parsons
2323 Bryan Street, Suite 2200
Tel: (214) 969-4900

27. <u>Kaneb Pipe Line Operating Partnership, LP; Support Terminal Services Inc.</u>

SMITH, KATZENSTEIN, & JENKINS LLP
Kathleen M. Miller
The Corporate Plaza
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899
Tel.: (302) 652-8400

FULBRIGHT & JAWORSKI LLP
Steve A. Peirce
300 Convent Street, Suite 2200
San Antonio, TX 78205-3792
Tel: (210) 224-5575

FULBRIGHT & JAWORSKI LLP
Toby L. Gerber
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Tel: (214) 855-8000

28. <u>Federal Insurance Company</u>

COZEN O'CONNOR
Barry M. Klayman
1201 North Market Street, Suite 1400
Wilmington, DE 19801
Tel.: (302) 295-2035

COZEN O'CONNOR
William P. Shelley
Jacob C. Cohn
Ilan Rosenberg
1900 Market Street
Philadelphia, PA 19103
Tel: (215) 665-2000

29. <u>State of Montana.</u>

WOMBLE CARLYLE SANDRIDGE RICE
Francis A. Monaco, Jr.
Kevin J. Mangan
Matthew P. Ward
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Tel.: (302) 252-4340

{393.001-W0021639.}

| | |
|---|---|
| Dated: July 11, 2012<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Kerri Mumford*<br>Adam G. Landis (DE No. 3407)<br>Kerri K. Mumford (DE No. 4186)<br>919 Market Street, Suite 1800<br>P.O. Box 2087<br>Wilmington, DE 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>Email: landis@lrclaw.com<br>         mumford@lrclaw.com<br><br>-and-<br><br>Daniel C. Cohn<br>Ryan M. MacDonald<br>**MURTHA CULLINA, LLP**<br>99 High Street, 20th Floor<br>Boston, MA 02110<br>Telephone: (617) 457-4000<br>Facsimile: (617) 482-3868<br><br>*Counsel to Libby Claimants* |

11