# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Consolidated |
|  | ) | Civil Action No. 11-199 (RLB) (Lead Case) |
| W.R. GRACE & CO., *et al.*, | ) |  |
|  | ) |  |
| Debtors. | ) | Related to D.I. Nos.: 215, 216, 217 & 218 |

## NOTICE OF APPEAL

Maryland Casualty Company, by and through its undersigned counsel, hereby appeals to the United States Court of Appeals for the Third Circuit pursuant to 28 U.S.C. § 158(d) and Rules 3, 4 and 6 of the Federal Rules of Appellate Procedure from the *Consolidated Order Regarding Motions for Reconsideration* [Docket No. 215], *Table of Contents* [Docket No. 216], *Amended Memorandum Opinion* [Docket No. 217], and *Order* [Docket No. 218], entered by the United States District Court for the District of Delaware (the Honorable Ronald L. Buckwalter sitting by designation) on June 11, 2012.

In accordance with Rule 3(c) of the Federal Rules of Appellate Procedure, the names of all parties to the orders and opinion appealed from and the names, addresses, and telephone numbers of their respective attorneys are identified on Exhibit A hereto.

Dated: July 11, 2012

CONNOLLY BOVE LODGE & HUTZ LLP

_____
Jeffrey C. Wisler (#2795)
Marc J. Phillips (#4445)
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141 Telephone
(302) 658-0380 Facsimile

OF COUNSEL:

Edward J. Longosz, II
Eckert Seamans Cherin & Mellott, LLC
1747 Pennsylvania Avenue, N.W.
Suite 1200
Washington, DC 20006
(202) 659-6600 Telephone
(202) 659-6699 Facsimile

Richard A. Ifft
WILEY REIN LLP
1776 K Street, N.W.
Washington, DC 20006
(202) 719-7170 Telephone
(202) 719-7049 Facsimile

*Attorneys for Maryland Casualty Company*

#4916660v1

**Exhibit A to Notice of Appeal**

**Appellant:**
**Maryland Casualty Company**
CONNOLLY BOVE LODGE & HUTZ LLP
Jeffrey C. Wisler
Marc J. Phillips
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
Telephone: 302-658-9141
Facsimile: 302-658-0380

ECKERT SEAMANS CHERIN & MELLOTT, LLC
Edward J. Longosz, II
1747 Pennsylvania Avenue, N.W.
Suite 1200
Washington, DC 20006
Telephone: 202-659-6600
Facsimile: 202-659-6699

WILEY REIN LLP
Richard A. Ifft
Karalee C. Morell
1776 K Street, N.W.
Washington, DC 20006
Telephone: 202-719-7170
Facsimile: 202-719-7049

**Appellees:**
**W.R. Grace & Co., et al., Debtors and Debtors-In-Possession**
PACHULSKI STANG ZIEHL & JONES LLP
Laura Davis Jones
James E. O'Neil
Kathleen P. Makowski
Timothy P. Cairns
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899
Telephone: 302-652-4100
Facsimile: 302-652-4400

KIRKLAND & ELLIS LLP
John Donley
Adam Paul
300 N. LaSalle
Chicago, IL 60654
Telephone: 312-862-2000
Facsimile: 312-862-2200

ROGER J. HIGGINS, P.C.
Roger J. Higgins
111 East Wacker Drive
Suite 2800
Chicago, IL  60601
Telephone: (312) 836-4022
Facsimile: (312) 577-0737

**Libby Claimants**
LANDIS RATH & COBB LLP
Adam G. Landis
Kerri Mumford
919 Market Street, Suite 1800
P.O. Box 2087
Wilmington, DE 19801
Telephone: 302-467-4400
Facsimile: 302-467-4450

MURTHA CULLINA LLP
Daniel C. Cohn
99 High Street, 20th Floor
Boston, MA  02110
Telephone: 617-457-4000
Facsimile: 617-482-3868

**David T. Austern, Asbestos PI Future Claimants' Representative**
PHILLIPS, GOLDMAN & SPENCE, P.A.
John C. Phillips
1200 North Broom Street
Wilmington, DE  19806
Telephone: 302-655-4200
Facsimile: 302-655-4210

ORRICK HERRINGTON & SUTCLIFFE LLP
Roger Frankel
Richard H. Wyron
Debra L. Felder
Jonathan P. Guy
1152 15th Street, N.W.
Washington, DC 20005
Telephone: 202-339-8400
Facsimile: 202-339-8500


**Official Committee of Asbestos Personal Injury Claimants**
CAMPBELL & LEVINE, LLC
Mark T. Hurford
Marla Eskin
800 N. King Street, Suite 300
Wilmington, DE 19801
Telephone: 302-426-1900
Facsimile: 302-426-9947

CAPLIN & DRYSDALE, CHARTERED
Elihu Inselbuch
375 Park Avenue, 35th Floor
New York, NY 10152
Telephone: 212-319-7125
Facsimile: 212-644-6755

CAPLIN & DRYSDALE, CHARTERED
Peter Van N. Lockwood
One Thomas Circle, N.W.
Washington, DC 20005
Telephone: 202-862-5000
Facsimile: 202-429-3301


**Official Committee of Equity Security Holders**
SAUL EWING LLP
Teresa K.D. Currier
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Facsimile: (302) 421-6813

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Philip Bentley
Gregory Horowitz
Douglas Mannal
1177 Avenue of the Americas
New York, NY 10022
Telephone: (212) 715-9100
Facsimile: (212) 715-8000


**National Union Fire Insurance Co. of Pittsburgh, Pa.**
ASHBY & GEDDES
Ricardo Palacio
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

ZEICHNER ELLMAN & KRAUSE LLP
Michael S. Davis
575 Lexington Avenue
New York, NY 10022
Telephone: (212) 233-0400
Facsimile: (212) 753-0396


**Allstate Insurance Company**
WHITE & WILLIAMS, LLP
James S. Yoder
824 N. Market Street
P.O. Box 709
Wilmington, DE 19899
Telephone: (302) 467-4524
Facsimile: (302) 654-0245

CUYLER BURK, P.C.
Stefano Calogero
Andrew K. Craig
Edgar Whiting
Parsippany Corporate Center
Four Century Drive
Parsippany, NJ 07054
Telephone: (973) 734.3200
Facsimile: (973) 734.3201

**AXA Belgium as successor to Royal Belge SA**
REILLY JANICZEK & MCDEVITT, P.C.
R. Stokes Nolte
1013 Centre Road, Suite 2010
Wilmington, DE 19801
Telephone: (302) 777-1700
Facsimile: (302) 777-1705

TUCKER ARENSBERG
Michael A. Shiner
1500 One PPG Place
Pittsburgh, PA 15222-5401
Telephone: (412) 566-1212
Facsimile: (412) 594-5619

MENDES & MOUNT LLP
Eileen T. McCabe
750 Seventh Avenue
New York, NY 10019
Telephone: (212) 261-8254
Facsimile: (212) 261.8750

**Continental Insurance Company, Transportation Insurance Company and their American insurance affiliates**
ROSENTHAL MONHAIT & GODDESS, P.A.
Edward B. Rosenthal
P.O. Box 1070
Wilmington, DE 19899
Telephone: (302) 656-4433 x6
Facsimile: (302) 658-7567

GOODWIN PROCTER LLP
Daniel M. Glosband
Exchange Place
Boston, MA 02109
Telephone: (617) 570-1000
Facsimile: (617) 523-1231

GOODWIN PROCTER LLP
Michael S. Giannotto
Frederick C. Schafrick
901 New York Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444

FORD MARRIN ESPOSITO WITMEYER
    & GLESER, L.L.P.
Elizabeth DeCristofaro
Wall Street Plaza, 23rd Floor
New York, NY 10005-1875
Telephone: (212) 269-4900
Facsimile: (212) 344-4294

WILDMAN, HARROLD, ALLEN & DIXON LLP
Jonathan W. Young
Jeff Chang
225 West Wacker Drive
Chicago, IL 60606-1229
Telephone: (312) 201-2662
Facsimile: (312) 416-4524

**Federal Insurance Company**
COZEN O'CONNOR
Barry M. Klayman
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2035
Facsimile: (215) 701-2209

COZEN O'CONNOR
William P. Shelley
Jacob C. Cohn
Ilan Rosenberg
1900 Market Street
Philadelphia, PA 19103
Telephone: (215) 665-2000
Facsimile: (215) 665-2013

**Fireman's Fund Insurance Company, Allianz S.p.A., f/k/a Riunione Adriatica Di Sicurta, and Allianz SE, f/k/a Allianz Aktiengesellschaft**
STEVENS & LEE, P.C.
John D. Demmy
1105 North Market Street, 7th Floor
Wilmington, DE 19801
Telephone: (302) 425-3308
Facsimile: (610) 371-8515

STEVENS & LEE, P.C.
Leonard P. Goldberger
Marnie E. Simon
1818 Market Street, 29th Floor
Philadelphia, PA 19103-1702
Telephone: (215) 751-2864
Facsimile: (610) 371-7376

CROWELL & MORING LLP
Mark D. Plevin
Leslie A. Davis
Tacie H. Yoon
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 624-2500

**Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company, and New England Reinsurance Corporation**
KLEHR, HARRISON, HARVEY, BRANZBURG and ELLERS LLP
Michael Yurkiewicz
919 Market Street, Suite 1000
Wilmington, DE 19801
Telephone: (302) 426-1189
Facsimile: (302) 426-9193

WILMER CUTLER PICKERING HALE AND DORR LLP
Craig Goldblatt
Nancy L. Manzer
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

HOGAN & HARTSON, L.L.P.
William J. Bowman
James P. Ruggieri
Edward B. Parks, II
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910

**Governmnent Employees Insurance Company and Republic Insurance Company n/k/a Starr Indemnity & Liability Company**
DRINKER BIDDLE & REATH LLP
Warren T. Pratt
David P. Primack
1100 N. Market Street
Wilmington, DE 19801
Telephone: (302) 467-4200
Facsimile: (302) 467-4201

DRINKER BIDDLE & REATH LLP
Michael F. Brown
Jeffrey M. Boerger
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996
Telephone: (215) 988-2700
Facsimile: (215) 988-2757

**TIG Insurance Company and United States Fire Insurance Company**
BIFFERATO GENTILOTTI LLC
Garvan F. McDaniel
800 N. King Street, Plaza Level
Wilmington, DE 19801
Telephone: (302) 429-1900
Facsimile: (302) 429-8600

STEPTOE & JOHNSON, LLP
George R. Calhoun, V
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 261-0610
Facsimile: (202) 429-6226

**Travelers Casualty and Surety Company**
MORRIS, NICHOLS, ARSHT & TUNNELL
Robert J. Dehney
Ann C. Cordo
1201 N. Market Street
Wilmington, DE 19801
Telephone: (302) 658-9200
Facsimile: (302) 425-4673

SIMPSON THACHER & BARTLETT LLP
Mary Beth Forshaw
Kathrine McLendon
Elisa Alcabes
425 Lexington Avenue
New York, NY 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502


**Zurich Insurance Company and Zurich International (Bermuda) Ltd.**
CONNOLLY BOVE LODGE & HUTZ LLP
Jeffrey C. Wisler
Marc J. Phillips
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
Telephone: 302-658-9141
Facsimile: 302-658-0380

WILEY REIN LLP
Richard A. Ifft
Karalee C. Morell
1776 K Street, N.W.
Washington, DC 20006
Telephone: 202-719-7170
Facsimile: 202-719-7049


**Bank Lender Group**
LANDIS RATH & COBB LLP
Richard Cobb
James Green
919 Market Street, Suite600
P.O. Box 2087
Wilmington, DE 19899
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

PAUL, WEISS, RIFKIND, WHARTON
    & GARRISON LLP
Stephen J. Shimshak
Andrew N. Rosenberg
Margaret A. Phillips

Rebecca R. Zubaty
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990


**Official Committee of Unsecured Creditors of W.R. Grace & Co.,** *et al.*
DUANE MORRIS LLP
Michael R. Lastowski
Richard W. Riley
1100 N. Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 657-4942
Facsimile: (302) 657-4901

DUANE MORRIS LLP
William S. Katchen
744 Broad Street, Suite 1200
Newark, NJ 07102-3889
Telephone: (973) 424-2031
Facsimile: (973) 556-1380

STROOCK & STROOCK & LAVAN LLP
Lewis Kruger
Kenneth Pasquale
Arlene Krieger
180 Maiden Lane
New York, NY 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006


**Morgan Stanley Senior Funding, Inc.**
DLA PIPER LLP
Stuart M. Brown
919 Market Street, 15th Floor
Wilmington, DE 19801
Telephone: (302) 468-5640
Facsimile: (302) 778-7913

KATTEN MUCHIN ROSENMAN LLP
Jeff J. Friedman
Noah Heller
Merritt A. Pardini
575 Madison Avenue
New York, NY 10022
Telephone: (212) 940-8800
Facsimile: (212) 940-8776

**Anderson Memorial Hospital**
LOIZIDES, P.A.
Christopher D. Loizides
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 654-0248
Facsimile: (302) 654-0728

SPEIGHTS & RUNYAN
Daniel A. Speights
C. Alan Runyan
200 Jackson Avenue, East
P.O. Box 685
Hampton, SC 29924
Telephone: (803) 943-4444
Facsimile: (803) 943-4599

KOZYAK TROPIN & THROCKMORTON PA
John W. Kozyak
David Rosendorf
2525 Ponce de Leon, 9th Floor
Coral Gables, FL 33134
Telephone: (305) 372-1800
Facsimile: (305) 372-3508

**BNSF Railway Company**
PEPPER HAMILTON LLP
James C. Carignan
John H. Schanne
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 777-6511

PEPPER HAMILTON LLP
Edward C. Toole, Jr.
Linda J. Casey
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
Telephone: (215) 981-4000
Facsimile: (215) 981-4750

**The Edwards Judgment Claimants**
SMITH, KATZENSTEIN & FURLOW, LLP
Kathleen M. Miller
800 Delaware Avenue, 10th Floor
P.O. Box 410
Wilmington, DE 19899
Telephone: (302) 652-8400
Facsimile: (302) 654-8405

STUTZMAN, BROMBERG, ESSERMAN & PLIFKA
2323 Bryan Street, Suite 2200
Dallas, TX 75201
Telephone: (214) 969-4900
Facsimile: (214) 969-4999

**Garlock Sealing Technologies LLC**
MORRIS JAMES LLP
Brett D. Fallon
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
Telephone: (302) 888-6800
Facsimile: (302) 571-1750

ROBINSON, BRADSHAW & HINSON
Garland Cassada
Richard C. Worf
101 North Tryon Street, Suite 1900
Charlotte, NC 28246
Telephone: (704) 377-8135
Facsimile: (704) 378.4000

**Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc.**
SMITH, KATZENSTEIN & FURLOW, LLP
Kathleen M. Miller
800 Delaware Avenue, 10th Floor
P.O. Box 410
Wilmington, DE  19899
Telephone: (302) 652-8400
Facsimile: (302) 654-8405

FULBRIGHT & JAWORSKI L.L.P.
Steve A. Pierce
300 Convent Street, Suite 2200
San Antonio, TX  78205-3792
Telephone: (210) 224-5575
Facsimile: (210) 270-7205

FULBRIGHT & JAWORSKI L.L.P.
Toby L. Gerber
2200 Ross Avenue, Suite 2800
Dallas, TX  75201
Telephone: (214) 855-8000
Facsimile: (214) 855-8080

**Longacre Master Fund, Ltd. and Longacre Capital Partners (QP), L.P.**
PEPPER HAMILTON LLP
David M. Fournier
James C. Carignan
John H. Schanne
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE  19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 777-6511

**State of Montana and Her Majesty the Queen in Right of Canada**
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
Francis A. Monaco
Kevin J. Mangan
Matthew P. Ward
222 Delaware Avenue, Suite 1501
Wilmington, DE  19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330

**The St. Paul Companies, Inc.**
BIFFERATO GENTILOTTI LLC
Garvin F. McDaniel
800 N. King Street – Plaza Level
Wilmington, DE  19801
Telephone: (302) 429-1900
Facsimile: (302) 429-8600

BINGHAM MCCUTCHEN LLP
Jonathan B. Alter
One State Street
Hartford, CT  06103
Telephone: (860) 240-2700
Facsimile: (860) 240-2569

**Official Committee of Asbestos Property Damage Claimants**
FERRY JOSEPH & PEARCE, P.A.
Michael B. Joseph
Theordore J. Tacconelli
Lisa L. Coggins
824 Market Street, Suite 1000
P.O. Box 351
Wilmington, DE 19899
Telephone: (302) 575-1555
Facsimile: (302) 575-1714

BILZIN SUMBERG BAENA PRICE & AXELROD LLP
Scott L. Baena
Jay M. Sakalo
1450 Brickell Avenue, Suite 2300
Miami, FL  33131
Telephone: (305) 374-7580

**Post-Petition DIP Lenders**
BAYARD, P.A.
Neil B. Glassman
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
Telephone: (302) 429-4224

LATHAM & WATKINS LLP
J. Douglas Bacon
233 South Wacker Drive, Suite 5800
Chicago, IL 60606
Telephone: (312) 876-7638


**Property Damage Future Claims' Representative**
SEITZ, VAN OGTROP & GREEN, P.A.
R. Karl Hill
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
Telephone: (302) 888-0600

LAW OFFICE OF ALAN B. RICH
Alan B. Rich
102 Elm Street, Suite 4244
Dallas, TX 75270
Telephone: (214) 744-5100


**United States Trustee**
David M. Klauder
J. Caleb Boggs Federal Building
844 N. King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
Telephone: (302) 573-6491

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, hereby certify that on the 11th day of July, 2012, I caused a copy of the

foregoing **Notice of Appeal** to be served by first class mail on the attached service list.

_____

Jeffrey C. Wisler (#2795)

#4916790

Laura Davis Jones
James E. O'Neil
Kathleen P. Makowski
Timothy P. Cairns
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899

John Donley, Esq.
Adam Pau, Esq.
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, IL 60654

Roger J. Higgins, Esq.
ROGER J. HIGGINS, P.C.
111 East Wacker Drive
Suite 2800
Chicago, IL 60601

Adam G. Landis, Esq.
Kerri Mumford, Esq.
LANDIS RATH & COBB LLP
919 Market Street, Suite 1800
P.O. Box 2087
Wilmington, DE 19801

Daniel C. Cohn, Esq.
MURTHA CULLINA LLP
99 High Street, 20th Floor
Boston, MA 02110

John C. Phillips, Esq.
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE 19806

Roger Frankel, Esq.
Richard H. Wyron, Esq.
Debra L. Felder, Esq.
Jonathan P. Guy, Esq.
ORRICK HERRINGTON & SUTCLIFFE LLP
1152 15th Street, N.W.
Washington, DC 20005

Mark T. Hurford, Esq.
Marla Eskin, Esq.
CAMPBELL & LEVINE, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

Elihu Inselbuch, Esq.
CAPLIN & DRYSDALE, CHARTERED
375 Park Avenue, 35th Floor
New York, NY 10152

Peter Van N. Lockwood, Esq.
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, N.W.
Washington, DC 20005

Teresa K.D. Currier, Esq.
SAUL EWING LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899

Philip Bentley, Esq.
Gregory Horowitz, Esq.
Douglas Mannal, Esq.
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10022

Ricardo Palacio, Esq.
ASHBY & GEDDES
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

Michael S. Davis, Esq.
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, NY 10022

James S. Yoder, Esq.
WHITE & WILLIAMS, LLP
824 N. Market Street
P.O. Box 709
Wilmington, DE 19899

Stefano Calogero, Esq.
Andrew K. Craig, Esq.
Edgar Whiting, Esq.
CUYLER BURK, P.C.
Parsippany Corporate Center
Four Century Drive
Parsippany, NJ 07054

R. Stokes Nolte, Esq.
REILLY JANICZEK & MCDEVITT, P.C.
1013 Centre Road, Suite 2010
Wilmington, DE 19801

Michael A. Shiner, Esq.
TUCKER ARENSBERG
1500 One PPG Place
Pittsburgh, PA 15222-5401

Eileen T. McCabe, Esq.
750 Seventh Avenue
New York, NY 10019

Edward B. Rosenthal, Esq.
ROSENTHAL MONHAIT & GODDESS, P.A.
P.O. Box 1070
Wilmington, DE 19899

Daniel M. Glosband, Esq.
GOODWIN PROCTER LLP
Exchange Place
Boston, MA  02109

Michael S. Giannotto, Esq.
Frederick C. Schafrick, Esq.
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, D.C.  20001

Elizabeth DeCristofaro, Esq.
FORD MARRIN ESPOSITO WITMEYER
    & GLESER, L.L.P.
Wall Street Plaza, 23rd Floor
New York, NY  10005-1875

Jonathan W. Young, Esq.
Jeff Chang, Esq.
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive
Chicago, IL  60606-1229

Barry M. Klayman, Esq.
COZEN O'CONNOR
1201 N. Market Street, Suite 1400
Wilmington, DE  19801

William P. Shelley, Esq.
Jacob C. Cohn, Esq.
Ilan Rosenberg, Esq.
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA  19103

John D. Demmy, Esq.
STEVENS & LEE, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE  19801

Leonard P. Goldberger, Esq.
Marnie E. Simon, Esq.
STEVENS & LEE, P.C.
1818 Market Street, 29th Floor
Philadelphia, PA  19103-1702

Mark D. Plevin, Esq.
Leslie A. Davis, Esq.
Tacie H. Yoon, Esq.
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004

Michael Yurkiewicz, Esq.
KLEHR, HARRISON, HARVEY, BRANZBURG
    and ELLERS LLP
919 Market Street, Suite 1000
Wilmington, DE  19801

Craig Goldblatt, Esq.
Nancy L. Manzer, Esq.
WILMER CUTLER PICKERING HALE AND
DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006

William J. Bowman, Esq.
James P. Ruggieri, Esq.
Edward B. Parks, II, Esq.
HOGAN & HARTSON, L.L.P.
555 Thirteenth Street, N.W.
Washington, D.C. 20004

Warren T. Pratt, Esq.
David P. Primack, Esq.
DRINKER BIDDLE & REATH LLP
1100 N. Market Street
Wilmington, DE 19801

Michael F. Brown, Esq.
Jeffrey M. Boerger, Esq.
DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996

Garvan F. McDaniel, Esq.
BIFFERATO GENTILOTTI LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801

George R. Calhoun, V, Esq.
STEPTOE & JOHNSON, LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036

Robert J. Dehney, Esq.
Ann C. Cordo, Esq.
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 N. Market Street
Wilmington, DE 19801

Mary Beth Forshaw, Esq.
Kathrine McLendon, Esq.
Elisa Alcabes, Esq.
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017-3954

Richard Cobb, Esq.
James Green, Esq.
LANDIS RATH & COBB LLP
919 Market Street, Suite600
P.O. Box 2087
Wilmington, DE 19899

Stephen J. Shimshak, Esq.
Andrew N. Rosenberg, Esq.
Margaret A. Phillips, Esq.
Rebecca R. Zubaty, Esq.
PAUL, WEISS, RIFKIND, WHARTON
    & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064

Michael R. Lastowski, Esq.
Richard W. Riley, Esq.
DUANE MORRIS LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801

William S. Katchen, Esq.
DUANE MORRIS LLP
744 Broad Street, Suite 1200
Newark, NJ 07102-3889

Lewis Kruger, Esq.
Kenneth Pasquale, Esq.
Arlene Krieger, Esq.
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038

Stuart M. Brown, Esq.
DLA PIPER LLP
919 Market Street, 15th Floor
Wilmington, DE 19801

Jeff J. Friedman, Esq.
Noah Heller, Esq.
Merritt A. Pardini, Esq.
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022

Christopher D. Loizides, Esq.
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801

Daniel A. Speights, Esq.
C. Alan Runyan, Esq.
SPEIGHTS & RUNYAN
200 Jackson Avenue, East
P.O. Box 685
Hampton, SC 29924

John W. Kozyak, Esq.
David Rosendorf, Esq.
KOZYAK TROPIN & THROCKMORTON PA
2525 Ponce de Leon, 9th Floor
Coral Gables, FL 33134

James C. Carignan, Esq.
John H. Schanne, Esq.
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709

Edward C. Toole, Jr., Esq.
Linda J. Casey, Esq.
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103

Kathleen M. Miller, Esq.
SMITH, KATZENSTEIN & FURLOW, LLP
800 Delaware Avenue, 10th Floor
P.O. Box 410
Wilmington, DE  19899

STUTZMAN, BROMBERG, ESSERMAN &
PLIFKA
  2323 Bryan Street, Suite 2200
  Dallas, TX  75201

Brett D. Fallon, Esq.
MORRIS JAMES
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE  19899-2306

Garland Cassada, Esq.
Richard C. Worf, Esq.
ROBINSON, BRADSHAW & HINSON
101 North Tryon Street, Suite 1900
Charlotte, NC  28246

Kathleen M. Miller, Esq.
SMITH, KATZENSTEIN & FURLOW, LLP
800 Delaware Avenue, 10th Floor
P.O. Box 410
Wilmington, DE  19899

Steve A. Pierce, Esq.
FULBRIGHT & JAWORSKI L.L.P.
300 Convent Street, Suite 2200
San Antonio, TX  78205-3792

Toby L. Gerber, Esq.
FULBRIGHT & JAWORSKI L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, TX  75201

David M. Fournier, Esq.
James C. Carignan, Esq.
John H. Schanne, Esq.
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE  19899-1709

Francis A. Monaco, Esq.
Kevin J. Mangan, Esqs.
Matthew P. Ward, Esq.
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE  19801

Garvin F. McDaniel, Esq.
BIFFERATO GENTILOTTI LLC
800 N. King Street - Plaza Level
Wilmington, DE  19801

Jonathan B. Alter, Esq.
BINGHAM MCCUTCHEN LLP
One State Street
Hartford, CT 06103

Michael B. Joseph, Esq.
Theordore J. Tacconelli, Esq.
Lisa L. Coggins, Esq.
FERRY JOSEPH & PEARCE, P.A.
824 Market Street, Suite 1000
P.O. Box 351
Wilmington, DE 19899

Scott L. Baena, Esq.
Jay M. Sakalo, Esq.
BILZIN SUMBERG BAENA PRICE &
    AXELROD LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131

Neil B. Glassman, Esq.
BAYARD, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130

J. Douglas Bacon, Esq.
LATHAM & WATKINS LLP
233 South Wacker Drive, Suite 5800
Chicago, IL 60606

R. Karl Hill, Esq.
SEITZ, VAN OGTROP & GREEN, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899

Alan B. Rich, Esq.
LAW OFFICE OF ALAN B. RICH
102 Elm Street, Suite 4244
Dallas, TX 75270

David M. Klauder
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 N. King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801