```
UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
-----------------------------------X
In re :  W.R. Grace & Co., et al
                                                            Chapter   11
                                                    Case Nos.01-01139
                                                       Claim No. 648

            Debtors
-----------------------------------X
```

NOTICE:  TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(2) OR (4)

To: (Transferor)   Sierra Asset Management, LLC
                   (As Transferee from original Transferor (Clark
                   Reynolds Electric Co.)
                   2699 White Road – Suite 255
                   Irvine, CA  92614

The transfer of your claim (#648) as shown above, in the amount of $5,319.62 has been transferred *(unless previously expunged by court order)* to:

                   SIERRA LIQUIDITY FUND, LLC
                   2699 WHITE RD. SUITE #255
                   IRVINE, CA 92614


No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:
        FILE A WRITTEN OBJECTION TO THE TRANSFER with:

            United States Bankruptcy Court
            District of Delaware
            Attn:  Bankruptcy Clerk
            824 N. Market Street – 3rd Floor
            Wilmington, DE  19801

        SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to INTERNAL CONTROL No.      in your objection.
IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.


                                Clerk of Court
----------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on         , 20   .
Copy(check): Claims Agent__  Transferee__  Debtor's Attorney__


                                                 _____
                                                    Deputy Clerk

bc: objntc
OBJECTION NOTICE FOR TRANSFEROR-PROOF OF CLAIM ON FILE