
EXHIBIT A

## LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia  
W. R. Grace & Co.  
7500 Grace Drive  
Columbia, MD 21044  
USA

April 30, 2012

---

**FOR PROFESSIONAL SERVICES RENDERED**

**RE: Zhijie DU**    Invoice #: 12.40012796

Preparation of petition for immigrant preference classification as a member of the professions holding an advanced degree or as an individual of exceptional ability under Section 203(b)(2) of the Immigration Act of 1990, following the approval of the Application for Alien Employment Certification. Preparation of Form I-140, Immigrant Petition for Alien Worker. Collection, analysis and organization of supporting documentation of qualifying employment experience; documentation of education; and other evidence demonstrating eligibility for such classification. Transmittal of prepared drafts to client for final review. Final preparation and submission to the Regional Service Center of the USCIS.

|  | **Total Legal Fees** | $1,100.00 |
|---|---|---|

**Disbursements**

| | | |
|---|---|---|
| Fedex (domestic) | | $29.00 |
| Miscellaneous expenses | | $55.00 |
| | **Total Disbursements** | $84.00 |
| | **Please Remit** | **$1,184.00** |

---

| Checks | Wire Transfers |
|---|---|
| Please send checks made payable to: | |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| 75 Remittance Drive | The Northern Trust Company |
| Suite # 6072 | Account # 30147775 |
| Chicago, Illinois 60675-6072 | ABA Transit # 071000152 |
| | Swift Code: CNORUS44 |

*** Please return invoice with check or include invoice number on wire transfer instructions ***

LAW OFFICES
**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**
One Alhambra Plaza
Suite 600
Coral Gables, FL  33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044
USA

April 30, 2012

---

**FOR PROFESSIONAL SERVICES RENDERED**

**RE: Enzo ORELLANA**                                              Invoice #: 12.40012798

Preparation of detailed response to the U.S. Department of Labor for the Application for Alien Employment Certification under Program Electronic Review Management (PERM). Strategy discussions regarding the issues raised by the Department of Labor. Preparation of detailed draft response to be submitted to the Department of Labor, setting forth an in-depth discussion and argument within the framework of Department of Labor regulations. Telephonic discussions regarding factual data and related recruitment data, review documents, and analysis for strategy determination. Final preparation and submission of response and supporting documentation to the Regional Office of the Department of Labor. Attorney time: 2 hours at $350/hr. Paralegal time: 4 hours at $125/hr.

|  |  |
|---|---:|
| **Total Legal Fees** | $1,200.00 |
| **Disbursements** | |
| Fedex (domestic) | $29.00 |
| Miscellaneous expenses | $48.00 |
| **Total Disbursements** | $77.00 |
| **Please Remit** | $1,277.00 |

---

| **Checks** | **Wire Transfers** |
|:---:|:---:|
| Please send checks made payable to: | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | The Northern Trust Company |
| 75 Remittance Drive | Account # 30147775 |
| Suite # 6072 | ABA Transit # 071000152 |
| Chicago, Illinois 60675-6072 | Swift Code: CNORUS44 |

**\*\*\* Please return invoice with check or include invoice number on wire transfer instructions \*\*\***

LAW OFFICES
**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

April 30, 2012

---

**FOR PROFESSIONAL SERVICES RENDERED**

**RE: Enzo ORELLANA**  Invoice #: 12.40012797

Preparation of Labor Condition Application and preparation of instructions to employer regarding compliance with Immigration Act of 1990, including procedures for internal posting and record keeping requirements. Submission of Labor Condition Application to U.S. Department of Labor.

Preparation and submission of Form I-907 Request for Premium Processing Service of nonimmigrant petition.

Preparation of Nonimmigrant Visa Petition requesting extension of H-1B Petition and foreign national's term of stay including Form I-129 with supplement, and draft letter of support confirming continued temporary employment. Transmittal of prepared drafts and petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the United States Citizenship and Immigration Services.

Discussions with client regarding wage to be offered to H-1B foreign national, including Department of Labor regulations pertaining to actual wage documentation, posting requirements and documents for public inspection. Preparation and filing of request for prevailing wage determination to the Department of Labor (DOL). Preparation and filing of Labor Condition Application (LCA) with the Department of Labor.

|  |  |
|---|---:|
| **Total Legal Fees** | $1,350.00 |
| **Disbursements** |  |
| Fedex (domestic) | $58.00 |
| Miscellaneous expenses | $67.50 |
| **Total Disbursements** | $125.50 |
| **Please Remit** | $1,475.50 |

---

| Checks | Wire Transfers |
|:---:|:---:|
| Please send checks made payable to: | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | The Northern Trust Company |
| 75 Remittance Drive | Account # 30147775 |
| Suite # 6072 | ABA Transit # 071000152 |
| Chicago, Illinois 60675-6072 | Swift Code: CNORUS44 |

*** Please return invoice with check or include invoice number on wire transfer instructions ***