

# LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862 5000
FAX: (732) 862 5020

VIRGINIA RODRIGUEZ                                              9-May-2012
C/O ERNST & YOUNG
2323 VICTORY AVENUE
SUITE 2000
DALLAS TEXAS 75219
UNITED STATES OF AMERICA

FOR PROFESSIONAL SERVICES RENDERED

    Employee: MICHAEL RAGAN

    Fragomen Invoice Number: IN-US00237094

    Fragomen Manager: GRAHAM LEES

    Fragomen Case Number: 466597

    Client: W.R. GRACE & CO.

    Total Legal Fees:     0.00

    Total Disbursements: 1,952.61

    Invoice Total: (USD )   1,952.61

|  | Fee/Disbursement |
|---|---:|
| **DISBURSEMENTS** (work carried out by FRAGOMEN - BRUSSELS) | |
| For our professional service rendered to Michael Ragan in assistance with obtaining renewal of work and residence permit for Belgium. | 1,850.00 |
| Miscellaneous Out of pocket expenses (including timed facsimile, telephone charges and photocopying) | 92.50 |
| Other-Disbursements (including registered mail to send the application to the authorities)Other-Disbursements | 10.11 |

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

Client: W.R. GRACE & CO.
Employee: MICHAEL RAGAN

|  |  |
|---:|:---|
| Comments: | |
| Application Approval Date: | 08 Mar 2012 |
| Application File Date: | 21 Feb 2012 |
| Authorizing Manager: | Julie McHargue |
| Case Initiation Date: | 12 Jan 2012 |
| Cost Center: | |
| Employee ID: | |
| Expiry Date: | 11 Mar 2013 |
| Number of Dependents: | 0 |
| PO #: | |
| Receiving Country: | BELGIUM |
| Sending Country: | BELGIUM |

LAW OFFICES
**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia  
W. R. Grace & Co.  
7500 Grace Drive  
Columbia, MD 21044  
USA

May 31, 2012

---

**FOR PROFESSIONAL SERVICES RENDERED**

RE: Sadanand SUNDARESWAR

Invoice #: 12.40030873

Preparation and submission of Form I-907 Request for Premium Processing Service of nonimmigrant petition.

Preparation of Application to Extend Nonimmigrant Status of accompanying dependent family member(s) including Form I-539. Transmittal of prepared drafts and Application to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the USCIS.

|  |  |
|---|---:|
| **Total Legal Fees** | $625.00 |
| **Disbursements** | |
| Miscellaneous expenses | $25.00 |
| **Total Disbursements** | $25.00 |
| **Please Remit** | **$650.00** |

---

| Checks | Wire Transfers |
|:---:|:---:|
| Please send checks made payable to: | |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| 75 Remittance Drive | The Northern Trust Company |
| Suite # 6072 | Account # 30147775 |
| Chicago, Illinois 60675-6072 | ABA Transit # 071000152 |
|  | Swift Code: CNORUS44 |

*** Please return invoice with check or include invoice number on wire transfer instructions ***

LAW OFFICES
**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia   May 31, 2012
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

**FOR PROFESSIONAL SERVICES RENDERED**

RE: James NEE   Invoice #: 12.40030874

Preparation of Form I-131, Application for Travel Document (Reentry Permit) and draft letter of support documenting need for extended term of stay outside of the United States. Transmittal of the Application and supporting documents to client for final review and signature. Submission to the Regional Service Center of the USCIS.

For wife. Preparation of Form I-131, Application for Travel Document (Reentry Permit) and draft letter of support documenting need for extended term of stay outside of the United States. Transmittal of the Application and supporting documents to client for final review and signature. Submission to the Regional Service Center of the USCIS.

|  | **Total Legal Fees** | **$1,500.00** |
|---|---|---|

**Disbursements**

| | |
|---|---|
| Dependent USCIS Biometric Fee | $85.00 |
| USCIS Biometric Fee | $85.00 |
| Dependent USCIS Filing Fee for Form I-131 | $360.00 |
| USCIS Filing Fee for I-131 | $360.00 |
| Fedex (domestic) | $58.00 |
| Miscellaneous expenses | $75.00 |
| **Total Disbursements** | **$1,023.00** |
| **Please Remit** | **$2,523.00** |

| **Checks** | **Wire Transfers** |
|---|---|
| Please send checks made payable to: | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | The Northern Trust Company |
| 75 Remittance Drive | Account # 30147775 |
| Suite # 6072 | ABA Transit # 071000152 |
| Chicago, Illinois 60675-6072 | Swift Code: CNORUS44 |

*** Please return invoice with check or include invoice number on wire transfer instructions ***