

**EXHIBIT A**

LAW OFFICES
**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

June 30, 2012

**FOR PROFESSIONAL SERVICES RENDERED**

**RE: Xu ZHAO**  Invoice #: 12.40050655

Preparation of petition for immigrant preference classification as a member of the professions holding an advanced degree or as an individual of exceptional ability under Section 203(b)(2) of the Immigration Act of 1990, following the approval of the Application for Alien Employment Certification. Preparation of Form I-140, Immigrant Petition for Alien Worker. Collection, analysis and organization of supporting documentation of qualifying employment experience; documentation of education; and other evidence demonstrating eligibility for such classification. Transmittal of prepared drafts to client for final review. Final preparation and submission to the Regional Service Center of the USCIS.

|  |  |
|---|---:|
| **Total Legal Fees** | $1,100.00 |
| **Disbursements** |  |
| Fedex (domestic) | $29.00 |
| Miscellaneous expenses | $44.00 |
| **Total Disbursements** | $73.00 |
| **Please Remit** | $1,173.00 |

| Checks | Wire Transfers |
|---|---|
| Please send checks made payable to: | |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| 75 Remittance Drive | The Northern Trust Company |
| Suite # 6072 | Account # 30147775 |
| Chicago, Illinois 60675-6072 | ABA Transit # 071000152 |
|  | Swift Code: CNORUS44 |

**\*\*\* Please return invoice with check or include invoice number on wire transfer instructions \*\*\***

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862 5000
FAX: (732) 862 5020

VIRGINIA RODRIGUEZ
C/O ERNST & YOUNG
2323 VICTORY AVENUE
SUITE 2000
DALLAS TEXAS 75219
UNITED STATES OF AMERICA

22-June-2012

FOR PROFESSIONAL SERVICES RENDERED

Employee: KATI HAZRATI

Fragomen Invoice Number: IN-US00244241

Fragomen Manager: GRAHAM LEES

Fragomen Case Number: 407311

Client: W.R. GRACE & CO.

Total Legal Fees:     0.00

Total Disbursements: 1,952.47

Invoice Total: (USD)   1,952.47

|  | Fee/Disbursement |
|---|---|
| DISBURSEMENTS<br>(work carried out by FRAGOMEN - BRUSSELS)<br><br>For our professional service rendered to Kati Hazrati in assistance with obtaining renewal of work and residence permit for Belgium authorized by Valerie Parmentier | 1,850.00 |
| Miscellaneous Out of pocket expenses (including timed facsimile, telephone charges and photocopying) | 92.50 |
| Other-Disbursements (including registered mail to send the application to the authorities,) | 9.97 |

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

Client: W.R. GRACE & CO.

Employee: KATI HAZRATI

|  |  |
|---:|---|
| Comments: | |
| Application Approval Date: | 19 Sep 2011 |
| Application File Date: | 06 Sep 2011 |
| Authorizing Manager: | |
| Case Initiation Date: | 19 Jul 2011 |
| Cost Center: | |
| Employee ID: | |
| Expiry Date: | 14 Sep 2012 |
| Number of Dependents: | 0 |
| PO #: | |
| Receiving Country: | BELGIUM |
| Sending Country: | BELGIUM |

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862 5000
FAX: (732) 862 5020

VIRGINIA RODRIGUEZ
C/O ERNST & YOUNG
2323 VICTORY AVENUE
SUITE 2000
DALLAS TEXAS 75219
UNITED STATES OF AMERICA

29-June-2012

---

FOR PROFESSIONAL SERVICES RENDERED

    Employee: SONYA RAJPUT DHOLLIWAR

    Fragomen Invoice Number: IN-US00246666

    Fragomen Manager: GRAHAM LEES

    Fragomen Case Number: 487578

    Client: W.R. GRACE & CO.

    Total Legal Fees:    0.00

    Total Disbursements: 262.50

    Invoice Total: (USD)    262.50

|  | Fee/Disbursement |
|---|---|
| DISBURSEMENTS<br>(work carried out by FRAGOMEN - HONG KONG)<br><br>For professional assistance provided in preparing departure notification to the Hong Kong Immigration Department. Fee US$250 approved by Janissa Garcia on 5 March 2012. | 250.00 |
| Out of pocket expenses (including timed facsimile, telephone charges and photocopying) | 12.50 |

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

Client: W.R. GRACE & CO.
Employee: SONYA RAJPUT DHOLLIWAR

|  |  |
|---:|:---|
| Comments: | |
| Application Approval Date: | 19 Jun 2012 |
| Application File Date: | 02 Apr 2012 |
| Authorizing Manager: | Janissa Garcia |
| Case Initiation Date: | 08 Mar 2012 |
| Cost Center: | |
| Employee ID: | |
| Number of Dependents: | 1 |
| PO #: | |
| Receiving Country: | HONG KONG |
| Sending Country: | HONG KONG |