UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
----------------------------------------X
In re :  W.R. Grace & Co., et al

                                                Chapter   11
                                         Case Nos.01-01139
                                            Claim No. 648

       Debtors
----------------------------------X

**NOTICE:**  TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(2) OR (4)

To: (Transferor)   Sierra Asset Management, LLC
                    (As Transferee from original Transferor (Clark
                    Reynolds Electric Co.)
                    2699 White Road – Suite 255
                    Irvine, CA  92614

The transfer of your claim (#648) as shown above, in the amount of $2,475.89 has been transferred *(unless previously expunged by court order)* to:

                SIERRA LIQUIDITY FUND, LLC
                2699 WHITE RD. SUITE #255
                IRVINE, CA 92614


No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**
     **FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

        United States Bankruptcy Court
        District of Delaware
        Attn:  Bankruptcy Clerk
        824 N. Market Street – 3rd Floor
        Wilmington, DE  19801

     **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**
Refer to **INTERNAL CONTROL No.**      in your objection.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**


                            Clerk of Court
--------------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on          , 20__.
Copy(check): Claims Agent__  Transferee__  Debtor's Attorney__

                                                _____
                                                Deputy Clerk

bc: objntc
OBJECTION NOTICE FOR TRANSFEROR-PROOF OF CLAIM ON FILE