UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
----------------------------------------X
In re :  W.R. Grace & Co., et al

                                                      Chapter   11
                                                      Case Nos.01-01139
                                                      Claim No. 626

            Debtors
----------------------------------------X

NOTICE:   TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(2) OR (4)

To: (Transferor)   Sierra Asset Management, LLC
                   (As Transferee from original Transferor (Konecrane's
                   Inc.)
                   2699 White Road - Suite 255
                   Irvine, CA  92614

The transfer of your claim (#626) as shown above, in the amount of
$1,212.50 has been transferred *(unless previously expunged by court
order)* to:

                   SIERRA LIQUIDITY FUND, LLC
                   2699 WHITE RD. SUITE #255
                   IRVINE, CA 92614


No action is required if you do not object to the transfer of your
claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20
DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**
          FILE A WRITTEN OBJECTION TO THE TRANSFER with:

               United States Bankruptcy Court
               District of Delaware
               Attn:  Bankruptcy Clerk
               824 N. Market Street - 3rd Floor
               Wilmington, DE  19801

          SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to **INTERNAL CONTROL No.**      in your objection.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE
SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**


                    Clerk of Court
-------------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail,
postage prepaid on          , 20__.
Copy(check): Claims Agent__ Transferee__ Debtor's Attorney__


                                       _____
                                       Deputy Clerk
bc: objntc
OBJECTION NOTICE FOR TRANSFEROR-PROOF OF CLAIM ON FILE