```
UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
-----------------------------------X
In re :  W.R. Grace & Co., et al
                                                    Chapter   11
                                               Case Nos.01-01139
                                                  Claim No. 637
            Debtors
-----------------------------------X
```

**NOTICE**:  TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(2) OR (4)

To: (Transferor)    **Sierra Asset Management, LLC**
                    (As Transferee from original Transferor (Red Cap
                    Maintenance Inc.)
                    2699 White Road - Suite 255
                    Irvine, CA  92614

The transfer of your claim (#637) as shown above, in the amount of $2,204.00 has been transferred *(unless previously expunged by court order)* to:

> SIERRA LIQUIDITY FUND, LLC
> 2699 WHITE RD. SUITE #255
> IRVINE, CA 92614

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN **20 DAYS** OF THE DATE OF THIS NOTICE, YOU MUST:
      FILE A WRITTEN OBJECTION TO THE TRANSFER with:

> United States Bankruptcy Court
> District of Delaware
> Attn:  Bankruptcy Clerk
> 824 N. Market Street - 3rd Floor
> Wilmington, DE .19801

      SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to INTERNAL CONTROL No.    in your objection.
IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.


                              Clerk of Court
------------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on        , 20__.
Copy(check): Claims Agent__ Transferee__ Debtor's Attorney__


                                        _____
                                             Deputy Clerk

bc: objntc
OBJECTION NOTICE FOR TRANSFEROR-PROOF OF CLAIM ON FILE