```
UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
----------------------------------------X
In re :  W.R. Grace & Co., et al
                                                     Chapter   11
                                                  Case Nos.01-01139
                                                     Claim No. 628
            Debtors
--------------------------------X
```

NOTICE:  TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(2) OR (4)

To: (Transferor)   Sierra Asset Management, LLC
                   (As Transferee from original Transferor (McCoy Sheet
                   Metal Works, Inc.)
                   2699 White Road – Suite 255
                   Irvine, CA  92614

The transfer of your claim (#628) as shown above, in the amount of $2,988.50 has been transferred *(unless previously expunged by court order)* to:

>       SIERRA LIQUIDITY FUND, LLC
>       2699 WHITE RD. SUITE #255
>       IRVINE, CA 92614

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**
      FILE A WRITTEN OBJECTION TO THE TRANSFER with:

>       United States Bankruptcy Court
>       District of Delaware
>       Attn:  Bankruptcy Clerk
>       824 N. Market Street – 3rd Floor
>       Wilmington, DE  19801

      **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**
Refer to **INTERNAL CONTROL No.**      in your objection.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

                        Clerk of Court
--------------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on          , 20   .
Copy(check): Claims Agent__  Transferee__ Debtor's Attorney__


                                                  _____
                                                       Deputy Clerk

bc: objntc
OBJECTION NOTICE FOR TRANSFEROR-PROOF OF CLAIM ON FILE