```
UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
----------------------------------------X
In re :  W.R. Grace & Co., et al
                                                         Chapter    11
                                                    Case Nos.01-01139
                                                       Claim No. 625

              Debtors
----------------------------------------X
```

NOTICE:  TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(2) OR (4)

To: (Transferor)   Sierra Asset Management, LLC
                   (As Transferee from original Transferor (IDS Blast
                   Finishing)
                   2699 White Road - Suite 255
                   Irvine, CA  92614

The transfer of your claim (#625) as shown above, in the amount of $3,296.50 has been transferred *(unless previously expunged by court order)* to:

       SIERRA LIQUIDITY FUND, LLC
       2699 WHITE RD. SUITE #255
       IRVINE, CA 92614

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**
    FILE A WRITTEN OBJECTION TO THE TRANSFER with:

    United States Bankruptcy Court
    District of Delaware
    Attn:  Bankruptcy Clerk
    824 N. Market Street - 3rd Floor
    Wilmington, DE  19801

    SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to **INTERNAL CONTROL No.**      in your objection.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

                            Clerk of Court
-------------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on         , 20   .
Copy(check): Claims Agent__ Transferee__ Debtor's Attorney__

                                            _____
                                            Deputy Clerk

bc: objntc
OBJECTION NOTICE FOR TRANSFEROR-PROOF OF CLAIM ON FILE