```
UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
---------------------------------------X
In re :  W.R. Grace & Co., et al
                                                        Chapter    11
                                                        Case Nos.01-01139
                                                        Claim No. 646
            Debtors
---------------------------------------X
```

**NOTICE:** TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(2) OR (4)

To: (Transferor)   Sierra Asset Management, LLC
                   (As Transferee from original Transferor (Cardinal
                   Building Maintenance, Inc., dba Cardinal Cleaning)
                   2699 White Road - Suite 255
                   Irvine, CA  92614

The transfer of your claim (#646) as shown above, in the amount of $2,125.00 has been transferred *(unless previously expunged by court order)* to:

    SIERRA LIQUIDITY FUND, LLC
    2699 WHITE RD. SUITE #255
    IRVINE, CA 92614

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**
    FILE A WRITTEN OBJECTION TO THE TRANSFER with:

        United States Bankruptcy Court
        District of Delaware
        Attn: Bankruptcy Clerk
        824 N. Market Street - 3rd Floor
        Wilmington, DE  19801

    **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**
Refer to **INTERNAL CONTROL No.**      in your objection.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

                        Clerk of Court
-------------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on          , 20__.
Copy(check): Claims Agent__ Transferee__ Debtor's Attorney__


                                        _____
                                        Deputy Clerk

bc: objntc
OBJECTION NOTICE FOR TRANSFEROR-PROOF OF CLAIM ON FILE