IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

_____
                                    )
In re:                              )   Chapter 11
                                    )
W.R. GRACE & CO., et al.            )   Case No. 01-1139 (JKF)
                                    )
         Debtors.                   )   Objection Deadline: August 6, 2012 at 4:00 p.m.
_____)   Hearing: Scheduled if Necessary (Negative Notice)

**COVER SHEET TO SIXTY-FIRST MONTHLY APPLICATION OF
TOWERS WATSON, ACTUARIAL CONSULTANTS
TO DAVID T. AUSTERN, ASBESTOS PI FUTURE
CLAIMANTS' REPRESENTATIVE FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
<u>MAY 1, 2012 THROUGH MAY 31, 2012</u>**

| | |
|---|---|
| Name of Applicant: | Towers Watson |
| Authorized to Provide Professional Services to: | David T. Austern, Asbestos PI Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of December 29, 2004 (pursuant to this Court's Order entered March 21, 2004) |
| Period for which compensation is sought: | May 1, 2012 through May 31, 2012 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $2,717.50 |
| 80% of fees to be paid: | $2,174.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $     0.00 |
| Total Fees @ 80% and 100% Expenses: | $2,174.00 |

This is an:   __  interim   _X_  monthly   __  final application.

**COMPENSATION SUMMARY**
**May 2012**

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jenni Biggs | Consulting Actuary (27 years) FCAS | $715 | 0.50 | $357.50 |
| Julianne Callaway | Analyst (8 years) ACAS | $360 | 5.00 | $1,800.00 |
| Rosemary Howell | Analyst (1 month) | $160 | 3.50 | $560.00 |
| **Total Blended Rate: $301.94** | | | **9.00** | **$2,717.50** |

**COMPENSATION BY PROJECT CATEGORY**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Data Analysis | 9.00 | $2,717.50 |

**EXPENSE SUMMARY**

| Expense Category | Total |
|---|---|
| No Expenses | $0.00 |

| | |
|---|---|
| **May 2012 – Grand Total** | **$2,717.50** |

Respectfully submitted,

TOWERS WATSON

By: */S/ JENNIFER L. BIGGS*
    Jennifer L. Biggs, FCAS, MAAA
    101 S. Hanley Rd.
    St. Louis, MO 63105
    (314) 719-5843

Dated: July 15, 2012

2