# EXHIBIT A

# May 2012

| Name | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Jenni Biggs | 5/24/2012 | 0.50 | $715 | $357.50 | Discussion with Orrick; project planning |
| | | 0.50 | | $357.50 | |
| Julianne Callaway | 5/18/2012 | 2.50 | $360 | $900.00 | Summarize Libby information |
| Julianne Callaway | 5/21/2012 | 1.00 | $360 | $360.00 | Summarize Libby information |
| Julianne Callaway | 5/22/2012 | 1.50 | $360 | $540.00 | Summarize Libby information |
| | | 5.00 | | $1,800.00 | |
| Rosemary Howell | 5/22/2012 | 3.50 | $160 | $560.00 | Summarize Libby information |
| | | 3.50 | | $560.00 | |
| | | 9.00 | | $2,717.50 | |