UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
-------------------------------------X
In re : **W.R. Grace & Co., et al**

                                        Chapter   11
                                        Case Nos.01-01139
                                        **Claim No. 1271**

          Debtors
-------------------------------X

NOTICE:  TRANSFER OF CLAIM PURSUANT TO **FRBP RULE 3001(e)(2) OR (4)**

To: (Transferor)   **Sierra Asset Management, LLC**
                   **(As Transferee from original Transferor (AEP**
                   **Industries, Inc.)**
                   **2699 White Road – Suite 255**
                   **Irvine, CA  92614**

The transfer of your claim (#1271) as shown above, in the amount of
$1,312.02 has been transferred *(unless previously expunged by court*
*order)* to:

                   SIERRA LIQUIDITY FUND, LLC
                   2699 WHITE RD. SUITE #255
                   IRVINE, CA 92614


No action is required if you do not object to the transfer of your
claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20**
**DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**
          **FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

               United States Bankruptcy Court
               District of Delaware
               Attn:  Bankruptcy Clerk
               824 N. Market Street – 3rd Floor
               Wilmington, DE  19801

     **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**
Refer to **INTERNAL CONTROL** No.    in your objection.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE**
**SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**


                        Clerk of Court
----------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail,
postage prepaid on         , 20__.
Copy(check): Claims Agent__ Transferee__ Debtor's Attorney__


                              _____
                              Deputy Clerk

bc: objntc
OBJECTION NOTICE FOR TRANSFEROR-PROOF OF CLAIM ON FILE