**EXHIBIT A**
(Fee Detail)

## **FEES**

| LITIGATION AND LITIGATION CONSULTING | $13,726.00 |
|---|---:|
| FEE APPLICATION – APPLICANT | $770.00 |
| TOTAL FEES | $14,496.00 |

# CASNER & EDWARDS, LLP

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

July 10, 2012
Bill Number 147939
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re:  Litigation and Litigation Consulting

## LEGAL SERVICES

THROUGH MAY 31, 2012

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 05/01/12 | RAM | Read selected documents filed in bankruptcy court. | 0.50 Hrs | 175.00 |
| 05/01/12 | ARA | Quality control documents in the production set. | 3.10 Hrs | 418.50 |
| 05/01/12 | ARA | Document control. | 0.70 Hrs | 59.50 |
| 05/02/12 | MTM | Telephone call from in-house counsel re: Massachusetts joint defense counsel bill for April 2001 (.1); conference with MB re: same (.1); telephone call to ARA re: same (.2). | 0.40 Hrs | 120.00 |
| 05/02/12 | ARA | Quality control documents in the production set. | 0.60 Hrs | 81.00 |
| 05/02/12 | ARA | Document control. | 2.40 Hrs | 204.00 |
| 05/03/12 | MTM | Telephone call from ARA re: 2001 joint defense bill (.1); review bills (.1); telephone call from in-house counsel re: same (.1); letter to in-house counsel enclosing bills (.1). | 0.40 Hrs | 120.00 |

Page 1

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

THROUGH MAY 31, 2012

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 05/03/12 | ARA | Per MTM's call, search for April 2001 letter in the the Liaison Counsel/State Court files; locate same and produce to MTM per J. Hughes' request (3.6). Quality control documents in the production set (1.0). | 4.60 Hrs | 621.00 |
| 05/07/12 | ARA | Quality control documents in the production set. | 5.00 Hrs | 675.00 |
| 05/07/12 | ARA | Document control. | 1.00 Hrs | 85.00 |
| 05/08/12 | ARA | Quality control documents in the production set. | 6.80 Hrs | 918.00 |
| 05/09/12 | ARA | Quality control documents in the production set. | 6.30 Hrs | 850.50 |
| 05/10/12 | ARA | Quality control documents in the production set. | 5.00 Hrs | 675.00 |
| 05/10/12 | ARA | Document control. | 0.70 Hrs | 59.50 |
| 05/11/12 | ARA | Quality control documents in the production set. | 5.10 Hrs | 688.50 |
| 05/11/12 | ARA | Document control. | 1.50 Hrs | 127.50 |
| 05/14/12 | RAM | Read selected documents filed in bankruptcy court (.5). Read updated bankruptcy court docket entries to select documents to read (.2). | 0.70 Hrs | 245.00 |
| 05/15/12 | ARA | Document control. | 6.20 Hrs | 527.00 |
| 05/16/12 | ARA | Quality control property damage ledgers | 5.00 Hrs | 675.00 |
| 05/16/12 | ARA | Document control. | 1.50 Hrs | 127.50 |
| 05/17/12 | ARA | Quality control property damage ledgers. | 2.50 Hrs | 337.50 |
| 05/17/12 | ARA | Document control. | 1.50 Hrs | 127.50 |
| 05/18/12 | ARA | Quality control property damage ledgers. | 5.70 Hrs | 769.50 |
| 05/18/12 | ARA | Document control. | 0.50 Hrs | 42.50 |
| 05/21/12 | ARA | Quality control property damage ledgers | 5.20 Hrs | 702.00 |
| 05/21/12 | ARA | Document control. | 0.50 Hrs | 42.50 |
| 05/22/12 | ARA | Document control. | 1.20 Hrs | 102.00 |
| 05/23/12 | MTM | Telephone call from in-house counsel re: request for admissions in Santa Ana employee case. | 0.10 Hrs | 30.00 |

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:    Litigation and Litigation Consulting

THROUGH MAY 31, 2012

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 05/23/12 | ARA | Document control. | 1.50 Hrs | 127.50 |
| 05/24/12 | MTM | Work on response to request for admissions in Correra matter in California. | 0.30 Hrs | 90.00 |
| 05/24/12 | ARA | Quality control property damage ledgers. | 6.00 Hrs | 810.00 |
| 05/25/12 | MTM | Continue search for response to request for admissions in Correra. | 0.40 Hrs | 120.00 |
| 05/25/12 | ARA | Document control. | 0.50 Hrs | 42.50 |
| 05/25/12 | ARA | Quality control property damage ledgers. | 4.00 Hrs | 540.00 |
| 05/28/12 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | 35.00 |
| 05/29/12 | ARA | Quality control property damage ledgers. | 5.70 Hrs | 769.50 |
| 05/30/12 | ARA | Quality control property damage ledgers. | 6.00 Hrs | 810.00 |
| 05/31/12 | ARA | Document control. | 1.50 Hrs | 127.50 |
| 05/31/12 | ARA | Quality control property damage ledgers. | 4.80 Hrs | 648.00 |

TOTAL LEGAL SERVICES        $13,726.00

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 1.30 | 350.00 | 455.00 |
| Matthew T. Murphy | 1.60 | 300.00 | 480.00 |
| Angela R. Anderson | 81.40 | 135.00 | 10,989.00 |
| Angela R. Anderson | 21.20 | 85.00 | 1,802.00 |
|  | 105.50 |  | $13,726.00 |

TOTAL THIS BILL        $13,726.00

**CASNER & EDWARDS, LLP**

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

July 10, 2012
Bill Number 147940
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re:   Fee Applications, Applicant

**LEGAL SERVICES**

THROUGH MAY 31, 2012

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 05/03/12 | RAM | Work on March fee application. | 0.80 Hrs | 280.00 |
| 05/04/12 | RAM | Work on March fee application. | 0.20 Hrs | 70.00 |
| 05/07/12 | RAM | Finalize March fee application and send it to in-house counsels to review. | 0.10 Hrs | 35.00 |
| 05/10/12 | RAM | Telephone conference with in-house counsel re: work ARA is doing at Winthrop Square. | 0.05 Hrs | No Charge |
| 05/11/12 | RAM | Finalize March fee application and send it to Delaware counsel to file. | 0.40 Hrs | 140.00 |
| 05/14/12 | RAM | Send "as filed" fee application to Fee Auditor. | 0.10 Hrs | 35.00 |
| 05/15/12 | RAM | Work on quarterly fee application. | 0.60 Hrs | 210.00 |

TOTAL LEGAL SERVICES             $770.00

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 2.20 | 350.00 | 770.00 |

Page 1

Mark A. Shelnitz
Re:   Fee Applications, Applicant

| | | | |
|---|---:|---:|---:|
| Robert A. Murphy | 0.05 | 350.00 | No Charge |
| | 2.25 | | $770.00 |

| | |
|---|---:|
| TOTAL THIS BILL | $770.00 |

Page 2