# EXHIBIT B
**(Expense Detail)**

## EXPENSES

| | |
|---|---|
| **LITIGATION AND LITIGATION CONSULTING** | $12,554.97 |
| **FEE APPLICATION – APPLICANT** | $69.06 |
| **TOTAL EXPENSES** | $12,624.03 |



# CASNER & EDWARDS, LLP

## A T T O R N E Y S   A T   L A W

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

July 10, 2012
Bill Number  153657
File Number  52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

## FOR PROFESSIONAL SERVICES

Re:    Litigation and Litigation Consulting

## LEGAL SERVICES

## COSTS

THROUGH MAY 31, 2012

EXCESS POSTAGE
05/31/12        EXCESS POSTAGE                                      4.80
                                                                                        $4.80

PACER ONLINE SEARCH
05/03/12        Pacer searches for period March 1 - April 30, 2012.        29.04
                                                                                        $29.04

RENT REIMBURSEMENT
05/01/12        ONE WINTHROP SQUARE, LLC: Rent and utilities        12,112.68
                for document repository at One Winthrop Square -
                May 2012.
                                                                                   $12,112.68

MISCELLANEOUS
05/08/12        RECORDKEEPER ARCHIVE CENTERS,: Storage        408.45
                from May 1, 2012 through May 31, 2012.
                                                                                      $408.45

                                            TOTAL COSTS            $12,554.97

Page 1

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:    Litigation and Litigation Consulting

TOTAL THIS BILL          $12,554.97

# CASNER & EDWARDS, LLP

A T T O R N E Y S   A T   L A W

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

July 10, 2012
Bill Number  153658
File Number  52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

## FOR PROFESSIONAL SERVICES

Re:    Fee Applications, Applicant

## LEGAL SERVICES

## COSTS

THROUGH MAY 31, 2012

FEDERAL EXPRESS

| | | |
|---|---|---|
| 05/09/12 | FEDERAL EXPRESS CORPORATION: To 919 North Market Street, Pachulski Stang Ziehl & Jones from Casner and Edwards on April 18, 2012 by R A Murphy. | 20.38 |
| 05/29/12 | FEDERAL EXPRESS CORPORATION: To 919 North Market St., Pachulski Stang Ziehl & Jones, Lynzy Oberholzer from Casner and Edwards on May 11, 2012 by R A Murphy. | 20.47 |
| 05/29/12 | FEDERAL EXPRESS CORPORATION: To 919 N Market, Pachulski Stang Ziehl & Jones, Lynzy Oberholzer from Casner and Edwards on May 15, 2012 by R A Murphy. | 28.21 |

$69.06

TOTAL COSTS                    $69.06

TOTAL THIS BILL               $69.06

Page 1