UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
------------------------------------X
In re :  W.R. Grace & Co., et al

                                                                                                            Chapter   11
                                                                                   Case Nos.01-01139
                                                                                     **Claim No. 638**

                Debtors
------------------------------X

<u>NOTICE</u>:  TRANSFER OF CLAIM PURSUANT TO <u>FRBP RULE 3001(e)(2) OR (4)</u>

To: (Transferor)   **Sierra Asset Management, LLC**
                        (As Transferee from original Transferor (R.S. Hughes
                        Co., Inc.)
                        2699 White Road – Suite 255
                        Irvine, CA  92614

The transfer of your claim (#638) as shown above, in the amount of $730.20 has been transferred *(unless previously expunged by court order)* to:

        SIERRA LIQUIDITY FUND, LLC
        2699 WHITE RD. SUITE #255
        IRVINE, CA 92614


No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN <u>20 DAYS</u> OF THE DATE OF THIS NOTICE, YOU MUST:**
      FILE A WRITTEN OBJECTION TO THE TRANSFER with:

        United States Bankruptcy Court
        District of Delaware
        Attn:  Bankruptcy Clerk
        824 N. Market Street – 3rd Floor
        Wilmington, DE  19801

     **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**
Refer to INTERNAL CONTROL No. _____ in your objection.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**


                                        Clerk of Court
-----------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____ , 20__.
Copy(check): Claims Agent__ Transferee__ Debtor's Attorney__


                                                                 _____
                                                                 Deputy Clerk

bc: objntc
OBJECTION NOTICE FOR TRANSFEROR-PROOF OF CLAIM ON FILE