UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
----------------------------------------X
In re : **W.R. Grace & Co., et al**

                                                                               Chapter   11
                                                                               Case Nos.01-01139
                                                                                  Claim No. 771

                Debtors
----------------------------------------X

**NOTICE:** <u>TRANSFER OF CLAIM PURSUANT TO **FRBP** RULE 3001(e)(2) OR (4)</u>

To: (Transferor)    Sierra Asset Management, LLC
                          (As Transferee from original Transferor (McKenzie
                          Pest Control, Inc.)
                          2699 White Road – Suite 255
                          Irvine, CA   92614

The transfer of your claim (#771) as shown above, in the amount of
$500.00 has been transferred *(unless previously expunged by court order)* to:

                SIERRA LIQUIDITY FUND, LLC
                2699 WHITE RD. SUITE #255
                IRVINE, CA 92614


No action is required if you do not object to the transfer of your
claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN <u>20
DAYS</u> OF THE DATE OF THIS NOTICE, YOU MUST:**
       **FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

        United States Bankruptcy Court
        District of Delaware
        Attn:  Bankruptcy Clerk
        824 N. Market Street – 3rd Floor
        Wilmington, DE  19801

       **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**
Refer to **INTERNAL CONTROL No.**       in your objection.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE
SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**


                                              Clerk of Court
-----------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail,
postage prepaid on        ,  20  .
Copy(check): Claims Agent__ Transferee__ Debtor's Attorney__


                                                            Deputy Clerk

bc: objntc
OBJECTION NOTICE FOR TRANSFEROR-PROOF OF CLAIM ON FILE