UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
----------------------------------------X
In re :  W.R. Grace & Co., et al

                                                                                                 Chapter   11
                                                                     Case Nos.01-01139
                                                                         **Claim No. 640**

                    Debtors
----------------------------------X

**NOTICE**:  TRANSFER OF CLAIM PURSUANT TO **FRBP** RULE 3001(e)(2) OR (4)

To: (Transferor)   Sierra Asset Management, LLC
                    (As Transferee from original Transferor Testing
                    Engineers, Inc.)
                    2699 White Road - Suite 255
                    Irvine, CA   92614

The transfer of your claim (#640) as shown above, in the amount of $168.00 has been transferred *(unless previously expunged by court order)* to:

                    SIERRA LIQUIDITY FUND, LLC
                    2699 WHITE RD. SUITE #255
                    IRVINE, CA 92614


No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**
      **FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

        United States Bankruptcy Court
        District of Delaware
        Attn:  Bankruptcy Clerk
        824 N. Market Street - 3rd Floor
        Wilmington, DE   19801

     **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**
Refer to **INTERNAL CONTROL No.**      in your objection.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**


                                        Clerk of Court
-----------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on          , 20__.
Copy(check): Claims Agent__ Transferee__ Debtor's Attorney__


                                                              _____
                                                              Deputy Clerk

bc: objntc
OBJECTION NOTICE FOR TRANSFEROR-PROOF OF CLAIM ON FILE