UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
----------------------------------------X
In re :  W.R. Grace & Co., et al

                                            Chapter   11
                                  Case Nos.01-01139
                                 Claim No. 391

          Debtors
----------------------------X

NOTICE:  TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(2) OR (4)

To: (Transferor)   Sierra Nevada Liquidity Fund
                 (As Transferee from original Transferor Xerox
                 Corporation)
                 2699 White Road - Suite 255
                 Irvine, CA  92614

The transfer of your claim (#391) as shown above, in the amount of
$199,434.66 has been transferred *(unless previously expunged by court
order)* to:

                 SIERRA LIQUIDITY FUND, LLC
                 2699 WHITE RD. SUITE #255
                 IRVINE, CA 92614

No action is required if you do not object to the transfer of your
claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20
DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**
       **FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

          United States Bankruptcy Court
          District of Delaware
          Attn:  Bankruptcy Clerk
          824 N. Market Street - 3rd Floor
          Wilmington, DE  19801

       **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**
Refer to **INTERNAL CONTROL No.**    in your objection.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE
SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

                           Clerk of Court
--------------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail,
postage prepaid on        , 20__.
Copy(check): Claims Agent__ Transferee__ Debtor's Attorney__

                             _____
                             Deputy Clerk

bc: objntc
OBJECTION NOTICE FOR TRANSFEROR-PROOF OF CLAIM ON FILE