# Warren H. Smith & Associates, P.C.

2235 Ridge Road
Suite 105
Rockwall, TX  75087
Tax Id# 01-0584406

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

July 17, 2012

In Reference To:  Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #11080

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/1/2012 | BSR | review of Anderson Kill & Olick's March 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
| | BSR | review of Baer Higgins Fruchtman's Jan., Feb., and March 2012 monthly fee applications and fee and expense summaries re same | 0.40 | 114.00 |
| | BSR | review of Beveridge & Diamond's Dec. 2011 and Jan. 2012 monthly fee applications and fee and expense summaries re same | 0.30 | 85.50 |
| | BSR | detailed review of Bilzin Sumberg's Jan., Feb., and March 2012 monthly fee applications and fee and expense summaries re same | 0.30 | 85.50 |
| | BSR | detailed review of Campbell & Levine's Jan. and Feb. 2012 monthly fee applications and fee and expense summaries re same | 0.80 | 228.00 |
| | AL | Draft of WHSA's interim fee application (1.6); update database with same (.1); draft email to J. Wehrmann re review of same (.1) | 1.80 | 81.00 |
| | AL | Receive and review email from B. Ruhlander re preliminary hearing agenda (.1); update database with same (.1); review of same (.3); draft email to B. Ruhlander re same (.1) | 0.60 | 27.00 |
| | AL | Draft WHSA's April CNO (.5); update database with same (.1); electronic filing with the court of WHSA's April CNO (.3) | 0.90 | 40.50 |
| | AL | Update database with Beveridge's April fee application (.2); Beveridge's March fee application (.2); Higgin's April fee application (.2); Beveridge's February fee application (.2); Stroock's April fee application (.2); Capstone's April fee application (.2); PWC's April electronic detail (.1); PWC's February (.1) and March (.1) CNO; Alan Rich's April electronic detail (.1) and hard copy (.2); Hogan's April electronic detail (.1); Scarfone's April electronic detail (.1); Lauzon's April electronic detail (.1); Kramer's March electronic detail (.1); K&E's April electronic detail (.1); | 2.30 | 103.50 |

W.R. Grace & Co.                                                                                          Page       2

| | | Hours | Amount |
|---|---|---|---|
| 6/1/2012 AL | Receive and review email from T. Bird re Ewing's 34th monthly fee application (.1); update database with same (.1); Capstone;s April electronic detail (.1); Beveridge's February (.1) and March (.1) electronic detail; Higgin's April electronic detail (.1) | 0.60 | 27.00 |
| 6/2/2012 AL | Research Pacer and hard copy fee applications for all 43rd interim category spreadsheets (2.2); draft list of all applications for same (1.3) | 3.50 | 157.50 |
| 6/4/2012 AL | Begin drafting 43rd interim category spreadsheet | 6.50 | 292.50 |
| AL | Update database with Norton's April electronic detail | 0.10 | 4.50 |
| AL | Receive and review email from J. Wehrmann re WHSA's interim fee application (.2); draft revisions to same (1.2); update database with same (.1); draft email to J. Wehrmann re changes (.1) | 1.60 | 72.00 |
| JAW | detailed review of Beveridge's March 2012 fee application (1.3) | 1.30 | 201.50 |
| JAW | detailed review of Roger Higgin's Law Office f/k/a Baer Higgins April 2012 fee application (1.2) | 1.20 | 186.00 |
| JAW | detailed review of Beveridge's February 2012 fee application (1.6); draft summary of same (1.7) | 3.30 | 511.50 |
| JAW | detailed review of Stroock's April 2012 fee application (0.6); draft summary of same (0.1) | 0.70 | 108.50 |
| JAW | Proofread W.H. Smith & Associates, P.C. 44th interim fee application (1-1-12 to 3-31-12) (0.3); E-mail to A. Lopez re: any revisions needed to same (0.1) | 0.40 | 62.00 |
| JAW | detailed review of Capstone's April 2012 fee application (0.6); draft summary of same (0.1) | 0.70 | 108.50 |
| BSR | review of Caplin & Drysdale's Jan., Feb., and March 2012 monthly fee applications and fee and expense summaries re same | 0.30 | 85.50 |
| BSR | detailed review of Blackstone's Jan., Feb. and March 2012 monthly fee applications and fee and expense summaries for Jan. and Feb. monthlies | 0.50 | 142.50 |
| BSR | detailed review of Campbell & Levine's March 2012 monthly fee application (.3); email to James Wehrmann re duplicate entries (.1) | 0.40 | 114.00 |
| BSR | e-mail to Holme Roberts & Owen re initial report concerning HRO's final fee application | 0.10 | 28.50 |
| 6/5/2012 JAW | Proofread revisions made to W.H. Smith & Associates, P.C. 44th interim fee application (1-1-12 to 3-31-12) (0.1); E-mail to A. Lopez re: issues (0.1) | 0.20 | 31.00 |
| JAW | Draft summary of Roger Higgins April 2012 fee application (0.2) | 0.20 | 31.00 |

W.R. Grace & Co.

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/5/2012 | JAW | Draft summary of Beverage March 2012 fee application (1.3) | 1.30 | 201.50 |
| | JAW | detailed review of Foley's April 2012 fee application (0.3); draft summary of same (0.1) | 0.40 | 62.00 |
| | JAW | detailed review of Beveridge's April 2012 fee application (1.2); draft summary of same (0.8) | 2.00 | 310.00 |
| | AL | Update database with Norton's April electronic detail (.1); Woodcock's April electronic detail (.1); Pachulski's March electronic detail (.2); | 0.40 | 18.00 |
| | AL | Receive and review email from B. Ruhlander re WHSA's 43rd interim fees and expenses (.1); research re same (.5); draft email to B. Ruhlander re findings (.1) | 0.70 | 31.50 |
| | ALP | Reviewed Barzel's interim fee application regarding the 10th interim period (1-3.12) (.3) | 0.30 | 52.50 |
| | ALP | Reviewed W.R. Grace's interim fee application regarding the 44th interim period (1-3.12) (.5) | 0.50 | 87.50 |
| | BSR | review of Ferry Joseph's Jan., Feb., and March 2012 monthly fee applications and fee and expense summaries re same | 0.20 | 57.00 |
| | BSR | review of Day Pitney's Feb. 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
| | BSR | e-mail to Pachulski with fee and expense chart for the 43rd interim fee applications | 0.10 | 28.50 |
| | BSR | review of Charter Oak's Jan., Feb., and March 2012 monthly fee applications and fee and expense summaries re same | 0.20 | 57.00 |
| | BSR | review of Casner & Edwards' Jan., Feb., and March 2012 monthly fee applications and fee and expense summaries re same | 0.20 | 57.00 |
| | BSR | review of Capstone's Jan., Feb., and March 2012 monthly fee applications and fee and expense summaries re same | 0.20 | 57.00 |
| | BSR | finalized fee and expense chart to be attached to 43rd interim fee order (.5); email to Anthony Lopez re same (.1) | 0.60 | 171.00 |
| | BSR | research docket for any late-filed fee applications for the 43rd interim period; telephone conference with Anthony Lopez re status of project category spreadsheet for the 43rd interim period | 0.20 | 57.00 |
| 6/6/2012 | BSR | Review of Reed Smith's March 2012 monthly fee application and fee and expense summary re same, as well as quarterly fee application for the 44th interim period (Jan. and Feb. 2012 monthlies previously reviewed) | 0.30 | 85.50 |

W.R. Grace & Co.                                                                                      Page    4

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 6/6/2012 | BSR | review of Fragomen's Jan., Feb., and March 2012 monthly fee applications and fee and expense summaries re same | 0.20 | 57.00 |
| | BSR | Detailed review of The Hogan Firm's March 2012 monthly fee application and fee and expense summary re same | 0.30 | 85.50 |
| | BSR | Review of PwC's March 2012 monthly fee application and fee and expense summary re same, as well as 44th quarterly fee application (Jan. and Feb. 2012 previously reviewed) (.6); email Kathleen Miller re same (.1) | 0.70 | 199.50 |
| | BSR | review of Foley Hoag's 44th interim quarterly fee application (monthlies previously reviewed) | 0.10 | 28.50 |
| | BSR | Draft initial report re Reed Smith's 44th interim fee application | 0.40 | 114.00 |
| | BSR | Continued review of K&E's 44th interim fee application and fee and expense summaries for Jan., Feb., and March 2012 monthly applications | 0.30 | 85.50 |
| | BSR | Review of Alan Rich's quarterly fee application for the 44th interim period (monthly applications previously reviewed) | 0.10 | 28.50 |
| | BSR | Detailed review of Judge Sanders' March 2012 monthly fee application and quarterly fee application for the 44th interim period (Jan. and Feb. 2012 monthlies previously reviewed) | 0.20 | 57.00 |
| | BSR | Review of Scarfone Hawkins' March 2012 monthly fee application and fee and expense summary re same | 0.20 | 57.00 |
| | ALP | Reviewed upcoming deadlines for filing interim fee applications (.1); drafted e-mail to Anthony Lopez regarding same (.1) | 0.20 | 35.00 |
| | ALP | Reviewed upcoming deadlines for filing interim fee applications (.1) | 0.10 | 17.50 |
| | AL | Update database with Pachulski's March fee application (.2); Kramer's April fee application (.2); Kirkland's April fee application (.2); Ewing's April fee application (.2); BMC's April fee application (.2); Woodcock's Amended March fee application (.2); Ferry's April electronic detail (.1); Blackstone's April electronic detail (.1); | 1.40 | 63.00 |
| | DTW | Review and revise 44th interim initial report for Reed Smith (.1). | 0.10 | 16.50 |
| | AL | Continue draft of 43rd interim category spreadsheet | 2.10 | 94.50 |
| 6/7/2012 | BSR | E-mail to Reed Smith re initial report (44Q) | 0.10 | 28.50 |
| | BSR | Detailed review of Steptoe & Johnson's Jan. and March 2012 monthly fee applications | 0.20 | 57.00 |
| | BSR | Detailed review of Woodcock Washburn's amended March 2012 monthly fee application | 0.10 | 28.50 |

W.R. Grace & Co.                                                                                          Page    5

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/7/2012 | BSR | research server for Orrick's Jan., Feb., and March 2012 monthly fee applications; email to Anthony Lopez re same | 0.20 | 57.00 |
|  | BSR | Receive and review draft of project category spreadsheet for the 43rd interim period and email Anthony Lopez with revisions to same. | 0.80 | 228.00 |
|  | AL | Update database with Blackstone's April fee application (.2); PWC's April fee application (.1); Reed's April fee application (.2); Bilzin's April fee application (.2); Charter's April fee application (.2); AKO's April fee application (.1); Campbell's April fee application (.2); Caplin's April fee application (.2); Ferry's April CNO (.1) | 1.50 | 67.50 |
|  | AL | Receive and review email from B. Ruhlander re Orrick's January through March (.1); Research Pacer re same (.8); update database with Orrick's January (.1) February (.1) and March (.1) electronic copies; prepare hard copies for J. Whermann's review (.3) | 1.50 | 67.50 |
|  | AL | Receive, review and finalize Reed's 44Q IR (.5); update database with same (.1); draft email to B. Ruhlander re service of same (.1) | 0.70 | 31.50 |
|  | AL | Receive and review email from B. Ruhlander re 43rd interim category spreadsheet corrections (.3); revisions to same (4.2) | 4.50 | 202.50 |
| 6/8/2012 | BSR | Receive and review several versions of the project category spreadsheet for the 43rd interim period (2.4); multiple telephone conference with Anthony Lopez re same (.3); emails to Anthony Lopez with revisions to same (.3) | 3.00 | 855.00 |
|  | AL | Receive and review email from B. Ruhlander re Orrick's January fee application (.1); research re same (.4); update datbase with Orrick's January electronic detail (.1) and fee application (.2) | 0.80 | 36.00 |
|  | AL | Receive and review email from B. Ruhlander re 43rd interim category spreadsheet corrections (.2); revisions to same (1.5) | 1.70 | 76.50 |
| 6/11/2012 | AL | Receive and review email from B. Ruhlander re June 18 hearing (.1); Research Pacer for hearing agenda (.3); update database with same (.1) | 0.50 | 22.50 |
|  | JAW | detailed review of Saul's April 2012 fee application (0.2) | 0.20 | 31.00 |
|  | JAW | detailed review of Kramer's April 2012 fee application (0.3) | 0.30 | 46.50 |
|  | JAW | detailed review of PwC's April 2012 fee application (0.4) | 0.40 | 62.00 |
|  | JAW | Draft e-mail to A Lopez forwarding summaries prepared various applicants and months (0.2) | 0.20 | 31.00 |
|  | AL | Receive and review email from J. Wehrmann re summaries (.1); update database with BMC's January (.1) BMC's February (.1) Beveridge's March (.2) Beveridge's February (.1) Beveridge's April (.1) Capstone's April (.2) Foley's April (.1) Hogan's April and Stroock's April (.1) fee and expense summaries | 1.10 | 49.50 |

W.R. Grace & Co.                                                                                                      Page      6

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/11/2012 AL | | Draft WHSA's May fee application (1.7); update database with same (.1); draft email to J. Wehrmann re review of same (.1) | 1.90 | 85.50 |
| | JAW | detailed review of Campbell's April 2012 fee application (0.6) | 0.60 | 93.00 |
| | JAW | detailed review of Caplin's April 2012 fee application (0.4) | 0.40 | 62.00 |
| | BSR | Review of Blackstone's 44th quarterly fee application (monthlies previously reviewed) (.1); email to Jamie O'Connell with question re same (.1) | 0.20 | 57.00 |
| | BSR | Review of Stroock's 44th quarterly fee application (monthly applications previously reviewed) | 0.10 | 28.50 |
| | BSR | E-mail to Warren Smith re hearing agenda for 6.18.12 hearing | 0.20 | 57.00 |
| | BSR | Research docket for pertinent documents and pleadings | 0.10 | 28.50 |
| | BSR | Review of Capstone's quarterly fee application for the 44th interim period (monthlies previously reviewed) | 0.10 | 28.50 |
| 6/12/2012 JAW | | proofread W.H. Smith & Associates, P.C.'s May 2012 fee statement and Notice of Filing (0.6); e-mail to A Lopez re: any revisions needed to same (0.2) | 0.80 | 124.00 |
| | JAW | detailed review of Reed's April 2012 fee application (0.4) | 0.40 | 62.00 |
| | JAW | detailed review of Blackstone's April 2012 fee application (0.2) | 0.20 | 31.00 |
| | JAW | detailed review of Charter's April 2012 fee application (0.2) | 0.20 | 31.00 |
| | JAW | detailed review of BMC's April 2012 fee application (1.3) | 1.30 | 201.50 |
| | JAW | detailed review of Pachulski's March 2012 fee application (1.4) | 1.40 | 217.00 |
| | ALP | Drafted and responded to e-mails with Anthony Lopez regarding preparation for fee hearing on 6/18/12 on 43rd interim period (10-12.11) (.2) | 0.20 | 35.00 |
| | AL | Receive and review email from J. Wehrmann re WHSA's Monthly revisions (.1); draft revisions to same (1.4); update database with same (.1); draft email to J. Wehrmann re revised monthly (.1) | 1.70 | 76.50 |
| 6/13/2012 AL | | Update database Hogan's April fee application (.2); Ferry's April fee application (.2); Lauzon's 8th interim CNO (.1); Alan Rich's May electronic detail (.1) and fee application (.2); | 0.80 | 36.00 |
| | BSR | Receive and review response of Blackstone to inquiry re 44th quarterly fee application | 0.10 | 28.50 |
| | JAW | detailed review of Anderson's April 2012 fee application (2.8) | 2.80 | 434.00 |

W.R. Grace & Co.                                                                                                    Page      7

| | | Hours | Amount |
|---|---|---|---|
| 6/13/2012 JAW | detailed review of Kirkland's April 2012 fee application (5.8) | 5.80 | 899.00 |
| 6/14/2012 JAW | several telephone conferences with W Smith re: comparison of excel spreadsheet total for May 2012 and invoice filed with Court re: same (0.2); comparison of excel spreadsheet totals to totals filed with the Court (0.2); e-mail W. Smith re: findings (0.1) | 0.50 | 77.50 |
| JAW | Draft summary of BMC's April 2012 fee applications (0.2) | 0.20 | 31.00 |
| JAW | Draft summary of Kirkland's April 2012 fee applications (0.6) | 0.60 | 93.00 |
| JAW | Draft summary of Pachulski's March 2012 fee applications (0.1) | 0.10 | 15.50 |
| JAW | Draft summary of Blackstone's April 2012 fee applications (0.1) | 0.10 | 15.50 |
| JAW | Draft summary of Reed's April 2012 fee applications (0.1) | 0.10 | 15.50 |
| JAW | Draft summary of Charter's April 2012 fee applications (0.1) | 0.10 | 15.50 |
| JAW | Draft summary of Caplin's April 2012 fee applications (0.2) | 0.20 | 31.00 |
| JAW | Draft summary of Saul's April 2012 fee applications (0.1) | 0.10 | 15.50 |
| JAW | Draft summary of Kramer's April 2012 fee applications (0.1) | 0.10 | 15.50 |
| JAW | Draft summary of PwC's April 2012 fee applications (0.1) | 0.10 | 15.50 |
| AL | Receive and review email from W. Smith re approval of WHSA's May Fee Application (.1); electronic filing with the court of same (.4); prepare same for service (.2) | 0.70 | 31.50 |
| BSR | Receive and review signed fee order for 43rd interim period; email to Kathleen Makowski re same | 0.20 | 57.00 |
| AL | Research PACER re 6.18.12 fee hearing (.8); update database with signed fee order (.1); draft email to W. Smith re same (.1) | 1.00 | 45.00 |
| JAW | Draft summary of Campbell's April 2012 fee applications (0.6) | 0.60 | 93.00 |
| 6/15/2012 JAW | detailed review of Wooster's May 2012 fee application (0.1) | 0.10 | 15.50 |
| JAW | detailed review of Ferry's April 2012 fee application (0.2) | 0.20 | 31.00 |
| JAW | Draft summary of Anderson's April 2012 fee applications (0.3) | 0.30 | 46.50 |
| AL | Update database with Hogan's 9th monthly CNO | 0.10 | 4.50 |
| 6/18/2012 AL | Receive and review email from Pachulski re April's CNO (.1); update database with Pachulski's April CNO (.1); Woodcock's April electronic detail (.1); | 0.30 | 13.50 |

W.R. Grace & Co.

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/18/2012 | JAW | detailed review of the Hogan firm's April 2012 fee application (0.3) | 0.30 | 46.50 |
| | JAW | detailed review of Orrick's February 2012 fee application (3.0) | 3.00 | 465.00 |
| | JAW | detailed review of Lauzon Belanger's April 2012 fee application (0.2) | 0.20 | 31.00 |
| | JAW | detailed review of Orrick's January 2012 fee application (3.3) | 3.30 | 511.50 |
| 6/19/2012 | JAW | detailed review of Judge Sanders' May 2012 fee application (0.2) | 0.20 | 31.00 |
| | JAW | detailed review of Rich's May 2012 fee application (0.3) | 0.30 | 46.50 |
| | JAW | detailed review of Orrick's March 2012 fee application (3.2) | 3.20 | 496.00 |
| | DTW | Review and revise initial report for Baer for the time period of January through March 2012 (.1). | 0.10 | 16.50 |
| | BSR | Review of prior period paragraphs of Holme Roberts & Owen in conjunction with drafting of final report re HRO's final fee application | 0.80 | 228.00 |
| | JAW | draft summary of Ferry's April 2012 fee application (0.2) | 0.20 | 31.00 |
| | JAW | draft summary of the Hogan Firm's April 2012 fee application (0.1) | 0.10 | 15.50 |
| | JAW | draft summary of Scarfone's April 2012 fee application (0.1) | 0.10 | 15.50 |
| | JAW | draft summary of Orrick's February 2012 fee application (0.2) | 0.20 | 31.00 |
| | JAW | draft summary of Orrick's March 2012 fee application (0.1) | 0.10 | 15.50 |
| | JAW | draft summary of Orrick's January 2012 fee application (0.7) | 0.70 | 108.50 |
| | JAW | draft summary of Judge Sanders' January 2012 fee application (0.4) | 0.40 | 62.00 |
| | JAW | draft summary of Rich's May 2012 fee application (0.3) | 0.30 | 46.50 |
| | JAW | draft summary of Lauzon's April 2012 fee application (0.1) | 0.10 | 15.50 |
| | AL | Receive and review email from J. Wehrmann re prior period paragraph excel sheet (.1); update database with same (.2); | 0.30 | 13.50 |
| | BSR | Draft initial report re Baer Higgins Fruchtman for the 44th interim period (.3); email to Roger Higgins re same (.1) | 0.40 | 114.00 |
| | BSR | Review of Campbell & Levine's quarterly fee application for the 44th interim period (monthlies previously reviewed) (.1); draft email to Mark Hurford re fee issue in same (.3) | 0.40 | 114.00 |
| | BSR | Review of Scarfone Hawkins' quarterly application for the 44th interim period (monthlies previously reviewed) (.1); draft email to Dan Hogan noting fee issue in Scarfone Hawkins' application (.3) | 0.40 | 114.00 |

W.R. Grace & Co.                                                                                         Page      9

|            |     |                                                                                                                                                                                                                                                              | Hours | Amount |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 6/19/2012  | BSR | Review of Lauzon Belanger's quarterly fee application for the 44th interim period (monthlies previously reviewed)                                                                                                                                              | 0.10  | 28.50  |
|            | BSR | Review of The Hogan Firm's quarterly fee application for the 44th interim period (monthlies previously reviewed)                                                                                                                                               | 0.10  | 28.50  |
|            | BSR | Review of Fragomen's quarterly fee application for the 44th interim period (monthlies previously reviewed)                                                                                                                                                     | 0.10  | 28.50  |
|            | AL  | Receive, review and finalize Baer's 44Q IR (.3); update database with same (.1); prepare same for service (.1)                                                                                                                                                | 0.50  | 22.50  |
|            | BSR | Review of Baer Higgins Fruchtman's quarterly fee application for the 44th interim period (monthlies previously reviewed)                                                                                                                                       | 0.20  | 57.00  |
| 6/20/2012  | JAW | research PACER for docket number of 43rd interim fee application, amounts applied for, final docket number and date, amount approved, order docket number and date entered regarding Foley's 43rd interim  (0.1); draft final fee chart for 43rd interim for Foley reflecting same (0.2) | 0.30  | 46.50  |
|            | JAW | research PACER for docket number of 43rd interim fee application, amounts applied for, final docket number and date, amount approved, order docket number and date entered regarding Campbell's 43rd interim  (0.2); draft final fee chart for 43rd interim for Campbell reflecting same (0.2) | 0.40  | 62.00  |
|            | JAW | research PACER for docket number of 43rd interim fee application, amounts applied for, final docket number and date, amount approved, order docket number and date entered regarding BMC's 43rd interim  (0.1); draft final fee chart for 43rd interim for BMC reflecting same (0.2) | 0.30  | 46.50  |
|            | JAW | research PACER for docket number of 43rd interim fee application, amounts applied for, final docket number and date, amount approved, order docket number and date entered regarding Blackstone's 43rd interim  (0.1); draft final fee chart for 43rd interim for Blackstone reflecting same (0.2) | 0.30  | 46.50  |
|            | JAW | research PACER for docket number of 43rd interim fee application, amounts applied for, final docket number and date, amount approved, order docket number and date entered regarding Bilzin's 43rd interim  (0.1); draft final fee chart for 43rd interim for Bilzin reflecting same (0.2) | 0.30  | 46.50  |
|            | JAW | research PACER for docket number of 1st interim fee application, amounts applied for, final docket number and date, amount approved, order docket number and date entered regarding Baker & McKenzie's 1st interim  (0.2); draft final fee chart for 1st interim for Baker & McKenzie reflecting same (0.2) | 0.40  | 62.00  |
|            | JAW | research PACER for docket number of 43rd interim fee application, amounts applied for, final docket number and date, amount approved, order docket number and date entered regarding Hogan Firm's 43rd interim  (0.1); draft final fee chart for 43rd interim for Hogan Firm reflecting same (0.2) | 0.30  | 46.50  |

W.R. Grace & Co.                                                                                    Page    10

|  |  | Hours | Amount |
|---|---|---|---|
| 6/20/2012 JAW | research PACER for docket number of 43rd interim fee application, amounts applied for, final docket number and date, amount approved, order docket number and date entered regarding Fragomen's 43rd interim  (0.1); draft final fee chart for 43rd interim for Fragomen reflecting same (0.2) | 0.30 | 46.50 |
| JAW | Draft e-mail to A. Lopez forwarding summaries prepared (0.3) | 0.30 | 46.50 |
| JAW | research PACER for docket number of 43rd interim fee application, amounts applied for, final docket number and date, amount approved, order docket number and date entered regarding Ferry Joseph's 43rd interim (0.1); draft final fee chart for 43rd interim for Ferry Joseph reflecting same (0.2) | 0.30 | 46.50 |
| JAW | research PACER for docket number of 43rd interim fee application, amounts applied for, final docket number and date, amount approved, order docket number and date entered regarding Duane Morris' 43rd interim (0.1); draft final fee chart for 43rd interim for Duane Morris reflecting same (0.2) | 0.30 | 46.50 |
| JAW | research PACER for docket number of 43rd interim fee application, amounts applied for, final docket number and date, amount approved, order docket number and date entered regarding Charter Oak's 43rd interim (0.1); draft final fee chart for 43rd interim for Charter Oak reflecting same (0.2) | 0.30 | 46.50 |
| JAW | research PACER for docket number of 43rd interim fee application, amounts applied for, final docket number and date, amount approved, order docket number and date entered regarding Casner's 43rd interim  (0.1); draft final fee chart for 43rd interim for Casner reflecting same (0.2) | 0.30 | 46.50 |
| JAW | research PACER for docket number of 43rd interim fee application, amounts applied for, final docket number and date, amount approved, order docket number and date entered regarding Capstone's 43rd interim  (0.1); draft final fee chart for 43rd interim for Capstone reflecting same (0.2) | 0.30 | 46.50 |
| JAW | research PACER for docket number of 43rd interim fee application, amounts applied for, final docket number and date, amount approved, order docket number and date entered regarding Austin's 43rd interim  (0.1); draft final fee chart for 43rd interim for Austin reflecting same (0.2) | 0.30 | 46.50 |
| AL | Update database with Ferry's April electronic detail (.1); receive and review email from J. Wehrmann re fee and expense summaries (.1); update database with Orrick's January (.1); Orrick's February (.1); Orrick's March (.1); Pachulski's March (.2); AKO's April (.2); Blackstone's April (.1); BMC's April (.1); Campbell's April (.2); Caplin's April (.1); Charter's April (.2); Ferry's April (.2); Hogan's April (.1); K&E's April (.1); Kramer's April (.2); Lauzon's April (.1); PWC's April (.1); Reed's April (.2); Saul's April (.1); Scarfone;s April (.2); Rich's May (.2) and Sander's May (.1) fee and expense summaries | 3.20 | 144.00 |

W.R. Grace & Co.                                                                                                    Page    11

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/20/2012 | JAW | research PACER for docket number of 43rd interim fee application, amounts applied for, final docket number and date, amount approved, order docket number and date entered regarding AKO's 43rd interim  (0.1); draft final fee chart for 43rd interim for AKO reflecting same (0.2) | 0.30 | 46.50 |
|  | JAW | research PACER for docket number of 43rd interim fee application, amounts applied for, final docket number and date, amount approved, order docket number and date entered regarding Caplin's 43rd interim  (0.1); draft final fee chart for 43rd interim for Caplin reflecting same (0.2) | 0.30 | 46.50 |
|  | JAW | research PACER for docket number of 43rd interim fee application, amounts applied for, final docket number and date, amount approved, order docket number and date entered regarding Kirkland's 43rd interim  (0.1); draft final fee chart for 43rd interim for Kirkland reflecting same (0.2) | 0.30 | 46.50 |
|  | BSR | Continued review and revision of prior period paragraphs for inclusion in Holme Roberts & Owens' final report | 0.80 | 228.00 |
|  | BSR | receive, review, and respond to email from Karen Harvey re Scarfone Hawkins' fee application` | 0.10 | 28.50 |
|  | BSR | telephone conference with Roger Higgins re response to initial report re Baer Higgins Fruchtman | 0.10 | 28.50 |
|  | JAW | research PACER for docket number of 43rd interim fee application, amounts applied for, final docket number and date, amount approved, order docket number and date entered regarding Kramer's 43rd interim  (0.1); draft final fee chart for 43rd interim for Kramer reflecting same (0.2) | 0.30 | 46.50 |
|  | JAW | research PACER for docket number of 43rd interim fee application, amounts applied for, final docket number and date, amount approved, order docket number and date entered regarding Lauzon's 43rd interim  (0.2); draft final fee chart for 43rd interim for Lauzon reflecting same (0.2) | 0.40 | 62.00 |
|  | JAW | research PACER for docket number of 43rd interim fee application, amounts applied for, final docket number and date, amount approved, order docket number and date entered regarding Lincoln's 43rd interim  (0.1); draft final fee chart for 43rd interim for Lincoln reflecting same (0.2) | 0.30 | 46.50 |
| 6/21/2012 | JAW | research PACER for docket number of 43rd interim fee application, amounts applied for, final docket number and date, amount approved, order docket number and date entered regarding Steptoe's 43rd interim  (0.1); draft final fee chart for 43rd interim for Steptoe reflecting same (0.2) | 0.30 | 46.50 |
|  | JAW | research PACER for docket number of 43rd interim fee application, amounts applied for, final docket number and date, amount approved, order docket number and date entered regarding Rich's 43rd interim  (0.1); draft final fee chart for 43rd interim for Rich reflecting same (0.2) | 0.30 | 46.50 |
|  | JAW | Draft prior period paragraph in preparation for drafting final final report for Austin's 43rd interim fee application (0.3) | 0.30 | 46.50 |

W.R. Grace & Co.                                                                                          Page      12

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/21/2012 JAW | Draft prior period paragraph in preparation for drafting final final report for AKO's 43rd interim fee application (0.3) | | 0.30 | 46.50 |
| JAW | review of revisions to Holme's PPP's made by B. Ruhlander (0.2); revise same per those comments (0.7) | | 0.90 | 139.50 |
| JAW | research PACER for docket number of 43rd interim fee application, amounts applied for, final docket number and date, amount approved, order docket number and date entered regarding Woodcock's 43rd interim  (0.1); draft final fee chart for 43rd interim for Woodcock reflecting same (0.2) | | 0.30 | 46.50 |
| JAW | research PACER for docket number of 43rd interim fee application, amounts applied for, final docket number and date, amount approved, order docket number and date entered regarding Stroock's 43rd interim  (0.2); draft final fee chart for 43rd interim for Stroock reflecting same (0.2) | | 0.40 | 62.00 |
| JAW | research PACER for docket number of 43rd interim fee application, amounts applied for, final docket number and date, amount approved, order docket number and date entered regarding Norton's 43rd interim  (0.1); draft final fee chart for 43rd interim for Norton reflecting same (0.2) | | 0.30 | 46.50 |
| JAW | research PACER for docket number of 43rd interim fee application, amounts applied for, final docket number and date, amount approved, order docket number and date entered regarding Scarfone's 43rd interim  (0.1); draft final fee chart for 43rd interim for Scarfone reflecting same (0.2) | | 0.30 | 46.50 |
| JAW | research PACER for docket number of 43rd interim fee application, amounts applied for, final docket number and date, amount approved, order docket number and date entered regarding Saul's 43rd interim  (0.2); draft final fee chart for 43rd interim for Saul reflecting same (0.2) | | 0.40 | 62.00 |
| JAW | research PACER for docket number of 43rd interim fee application, amounts applied for, final docket number and date, amount approved, order docket number and date entered regarding Sander's 43rd interim  (0.1); draft final fee chart for 43rd interim for Sanders reflecting same (0.2) | | 0.30 | 46.50 |
| JAW | research PACER for docket number of 43rd interim fee application, amounts applied for, final docket number and date, amount approved, order docket number and date entered regarding Reed's 43rd interim  (0.2); draft final fee chart for 43rd interim for Reed reflecting same (0.2) | | 0.40 | 62.00 |
| JAW | research PACER for docket number of 43rd interim fee application, amounts applied for, final docket number and date, amount approved, order docket number and date entered regarding PwC-GRP's 43rd interim  (0.1); draft final fee chart for 43rd interim for PwC-GRP reflecting same (0.2) | | 0.30 | 46.50 |
| JAW | research PACER for docket number of 43rd interim fee application, amounts applied for, final docket number and date, amount approved, order docket number and date entered regarding PwC' 43rd interim  (0.1); draft final fee chart for 43rd interim for PwC reflecting same (0.2) | | 0.30 | 46.50 |

W.R. Grace & Co.                                                                                              Page    13

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/21/2012 | JAW | research PACER for docket number of 43rd interim fee application, amounts applied for, final docket number and date, amount approved, order docket number and date entered regarding Phillips' 43rd interim  (0.1); draft final fee chart for 43rd interim for Phillip reflecting same (0.2) | 0.30 | 46.50 |
| | JAW | research PACER for docket number of 43rd interim fee application, amounts applied for, final docket number and date, amount approved, order docket number and date entered regarding Pachulski's 43rd interim  (0.2); draft final fee chart for 43rd interim for Pachulski reflecting same (0.2) | 0.40 | 62.00 |
| | JAW | research PACER for docket number of 43rd interim fee application, amounts applied for, final docket number and date, amount approved, order docket number and date entered regarding Orrick's 43rd interim  (0.2); draft final fee chart for 43rd interim for Orrick reflecting same (0.2) | 0.40 | 62.00 |
| | JAW | Draft prior period paragraph in preparation for drafting final final report for Baker & McKenzie's 1st interim fee application (0.4) | 0.40 | 62.00 |
| | AL | Update database with Hogan's 9th interim CNO (.1); Lauzon's 9th interim CNO (.1); Scarfone's 9th interim CNO (.1) | 0.30 | 13.50 |
| | BSR | Review of BMC's 44th interim fee application, monthly applications, and fee and expense summaries re same (.4); email to BMC re same (.1) | 0.50 | 142.50 |
| | BSR | Review of Caplin & Drysdale's quarterly fee application (44Q) (monthlies previously reviewed) | 0.10 | 28.50 |
| | BSR | Review of Casner & Edwards' 44th quarterly fee application (monthlies previously reviewed) | 0.10 | 28.50 |
| | BSR | Review of Charter Oak's quarterly fee application for the 44th interim period (monthlies previously reviewed) | 0.10 | 28.50 |
| | BSR | Review of Ferry Joseph's quarterly fee application for the 44th interim period (monthlies previously reviewed) | 0.10 | 28.50 |
| | BSR | Review of Saul Ewing's quarterly fee application for the 44th interim period (monthlies previously reviewed) | 0.10 | 28.50 |
| | BSR | Review of Bilzin Sumberg's quarterly fee application (44Q) (monthlies previously reviewed) | 0.10 | 28.50 |
| | JAW | Draft prior period paragraph in preparation for drafting final final report for Bilzin's 43rd interim fee application (0.3) | 0.30 | 46.50 |
| | JAW | Draft prior period paragraph in preparation for drafting final final report for Blackstone's 43rd interim fee application (0.2) | 0.20 | 31.00 |
| 6/22/2012 | JAW | Draft prior period paragraphs in preparation for drafting final final report for Kramer's 41st-43rd interim fee applications (1.4) | 1.40 | 217.00 |

W.R. Grace & Co.                                                                                    Page    14

| | | Hours | Amount |
|---|---|---|---|
| 6/22/2012 JAW | Draft prior period paragraph in preparation for drafting final final report for Foley's 43rd interim fee application (0.3) | 0.30 | 46.50 |
| JAW | Draft e-mail to B. Ruhlander forwarding Holmes Roberts revised Prior Period Paragraphs (0.1) | 0.10 | 15.50 |
| JAW | Draft prior period paragraph in preparation for drafting final final report for Baer Higgin's 43rd interim fee application (0.3) | 0.30 | 46.50 |
| JAW | Draft prior period paragraph in preparation for drafting final final report for BMC's 43rd interim fee application (0.3) | 0.30 | 46.50 |
| JAW | Draft prior period paragraph in preparation for drafting final final report for Campbell's 43rd interim fee application (0.3) | 0.30 | 46.50 |
| JAW | Draft prior period paragraph in preparation for drafting final final report for Lincoln's 43rd interim fee application (0.3) | 0.30 | 46.50 |
| JAW | Draft prior period paragraph in preparation for drafting final final report for Capstone's 43rd interim fee application (0.3) | 0.30 | 46.50 |
| JAW | Draft prior period paragraph in preparation for drafting final final report for Kirkland's 43rd interim fee application (0.3) | 0.30 | 46.50 |
| JAW | Draft prior period paragraph in preparation for drafting final final report for Hogan Firm's 43rd interim fee application (0.3) | 0.30 | 46.50 |
| JAW | Draft prior period paragraph in preparation for drafting final final report for Fragoman's 43rd interim fee application (0.3) | 0.30 | 46.50 |
| JAW | Draft prior period paragraph in preparation for drafting final final report for Caplin's 43rd interim fee application (0.4) | 0.40 | 62.00 |
| JAW | Draft prior period paragraph in preparation for drafting final final report for Lauzon's 43rd interim fee application (0.4) | 0.40 | 62.00 |
| JAW | Draft prior period paragraph in preparation for drafting final final report for Ferry's 43rd interim fee application (0.3) | 0.30 | 46.50 |
| JAW | Draft prior period paragraph in preparation for drafting final final report for Duane Morris' 43rd interim fee application (0.2) | 0.20 | 31.00 |
| JAW | Draft prior period paragraph in preparation for drafting final final report for Charter Oak's 43rd interim fee application (0.3) | 0.30 | 46.50 |
| JAW | Draft prior period paragraph in preparation for drafting final final report for Casner's 43rd interim fee application (0.3) | 0.30 | 46.50 |
| 6/25/2012 JAW | Draft prior period paragraph in preparation for drafting final final report for Reed's 43rd interim fee application (0.3) | 0.30 | 46.50 |

W.R. Grace & Co.

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/25/2012 JAW | Draft prior period paragraph in preparation for drafting final final report for PwC-GRP's 43rd interim fee application (0.2) | | 0.20 | 31.00 |
| JAW | Draft prior period paragraph in preparation for drafting final final report for PwC's 43rd interim fee application (0.3) | | 0.30 | 46.50 |
| JAW | Make global revisions to Rich's 31st-42nd prior period paragraphs per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.2) | | 0.20 | 31.00 |
| JAW | Make global revisions to Caplin's 1st - 42nd prior period paragraphs per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.3) | | 0.30 | 46.50 |
| JAW | Make global revisions to Campbell's 1st - 42nd prior period paragraphs per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.3) | | 0.30 | 46.50 |
| JAW | Make global revisions to Bowe's 20th prior period paragraph per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.1) | | 0.10 | 15.50 |
| JAW | Make global revisions to Buchanan's 16th - 33rd prior period paragraphs per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.2) | | 0.20 | 31.00 |
| JAW | Make global revisions to BMC's 7th - 42nd prior period paragraphs per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.3) | | 0.30 | 46.50 |
| JAW | Make global revisions to Blackstone's 1st - 42nd prior period paragraphs per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.3) | | 0.30 | 46.50 |
| JAW | Make global revisions to Bilzin's 1st - 42nd prior period paragraphs per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.3) | | 0.30 | 46.50 |
| JAW | Make global revisions to Beveridge's 18th - 42nd prior period paragraphs per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.3) | | 0.30 | 46.50 |
| JAW | Make global revisions to Baker Donaldson's 41th - 42nd prior period paragraphs per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.3) | | 0.30 | 46.50 |
| JAW | Make global revisions to Ashby's 6th prior period paragraph per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.1) | | 0.10 | 15.50 |

W.R. Grace & Co.

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/25/2012 | JAW | Draft prior period paragraph in preparation for drafting final final report for Rich's 43rd interim fee application (0.3) | 0.30 | 46.50 |
| | JAW | Make global revisions to Austin's 13th-42nd prior period paragraphs per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.3) | 0.30 | 46.50 |
| | JAW | research PACER for docket number of 26th interim fee application, amounts applied for, final docket number and date, amount approved, order docket number and date entered regarding Lawson's 26th interim  (0.1); draft final fee chart for 26th interim for Lawson reflecting same (0.2) | 0.30 | 46.50 |
| | JAW | Draft prior period paragraph in preparation for drafting final final report for Deloitte's 41st inrterim fee application (0.3) | 0.30 | 46.50 |
| | JAW | Make global revisions to AKO's 18th-42nd prior period paragraphs per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.3) | 0.30 | 46.50 |
| | JAW | Draft prior period paragraph in preparation for drafting final final report for Woodcock's 43rd interim fee application (0.3) | 0.30 | 46.50 |
| | JAW | Draft prior period paragraph in preparation for drafting final final report for Stroock's 43rd interim fee application (0.4) | 0.40 | 62.00 |
| | JAW | Draft prior period paragraph in preparation for drafting final final report for Steptoe's 43rd interim fee application (0.3) | 0.30 | 46.50 |
| | JAW | Draft prior period paragraph in preparation for drafting final final report for Scarfone's 43rd interim fee application (0.3) | 0.30 | 46.50 |
| | JAW | Draft prior period paragraph in preparation for drafting final final report for Saul's 43rd interim fee application (0.4) | 0.40 | 62.00 |
| | JAW | Draft prior period paragraph in preparation for drafting final final report for Sander's 43rd interim fee application (0.2) | 0.20 | 31.00 |
| | JAW | Draft prior period paragraph in preparation for drafting final final report for Orrick's 43rd interim fee application (0.3) | 0.30 | 46.50 |
| | JAW | Draft prior period paragraph in preparation for drafting final final report for Pachulski's 43rd interim fee application (0.4) | 0.40 | 62.00 |
| | JAW | Draft prior period paragraph in preparation for drafting final final report for Norton's 43rd interim fee application (0.4) | 0.40 | 62.00 |
| | AL | Update database with Norton's May electronic detail | 0.10 | 4.50 |
| | AL | Update database with Norton's May fee application (.2); Norton's electronic pdf copy of same (.1); Phillip's May electronic detail (.1); Orrick's April CNO (.1); Orrick's May electronic detail (.1) | 0.60 | 27.00 |

W.R. Grace & Co.                                                                                    Page    17

|  |  | Hours | Amount |
|---|---|---|---|
| 6/25/2012 AL | Receive and review email from J. Wehrmann re revised prior period paragraph excel chart (.1); update database with same (.2) | 0.30 | 13.50 |
| JAW | Draft prior period paragraph in preparation for drafting final final report for Phillips' 43rd interim fee application (0.3) | 0.30 | 46.50 |
| 6/26/2012 JAW | Make global revisions to Hamilton's 4th - 42nd prior period paragraphs per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.3) | 0.30 | 46.50 |
| JAW | Make global revisions to Kirkland's 1st - 42nd prior period paragraphs per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.3) | 0.30 | 46.50 |
| JAW | Make global revisions to Janet Baer's 33nd - 42nd prior period paragraphs per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.1) | 0.10 | 15.50 |
| JAW | Make global revisions to Hogan Firm's 35th - 42nd prior period paragraphs per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.1) | 0.10 | 15.50 |
| JAW | Make global revisions to Hillsoft's 5th - 29th prior period paragraphs per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.1) | 0.10 | 15.50 |
| JAW | Make global revisions to Karl Hill's 31st - 41st prior period paragraphs per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.1) | 0.10 | 15.50 |
| JAW | Make global revisions to Klett's 6th - 20th prior period paragraphs per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.2) | 0.20 | 31.00 |
| JAW | Make global revisions to Goodwin's 11th - 22nd prior period paragraphs per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.1) | 0.10 | 15.50 |
| JAW | Make global revisions to FTI's 1st - 13th prior period paragraphs per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.1) | 0.10 | 15.50 |
| JAW | Make global revisions to Fragoman's 26th - 42nd prior period paragraphs per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.2) | 0.20 | 31.00 |
| JAW | Make global revisions to Forman's 24th - 26th prior period paragraphs per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.1) | 0.10 | 15.50 |

W.R. Grace & Co.

|  |  | Hours | Amount |
|---|---|---|---|
| 6/26/2012 JAW | Make global revisions to Foley's 18th - 42nd prior period paragraphs per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.3) | 0.30 | 46.50 |
| JAW | Make global revisions to Ferry's 1st - 42nd prior period paragraphs per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.3) | 0.30 | 46.50 |
| JAW | Make global revisions to Elfuzon's 6th and 14th prior period paragraphs per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.2) | 0.20 | 31.00 |
| JAW | Make global revisions to Duff's 11th and 12th prior period paragraphs per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.1) | 0.10 | 15.50 |
| JAW | Make global revisions to Kramer's 2nd - 42nd prior period paragraphs per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.3) | 0.30 | 46.50 |
| JAW | Make global revisions to LAS' 1st - 40th prior period paragraphs per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.3) | 0.30 | 46.50 |
| JAW | Make global revisions to Latham's 13th - 29th prior period paragraphs per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.2) | 0.20 | 31.00 |
| JAW | Make global revisions to Lauzon's 35th - 42nd prior period paragraphs per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.1) | 0.10 | 15.50 |
| JAW | Make global revisions to LEGC's 16th - 17th prior period paragraphs per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.1) | 0.10 | 15.50 |
| JAW | Make global revisions to Lexecon's 15th - 29th prior period paragraphs per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.1) | 0.10 | 15.50 |
| JAW | Make global revisions to Linclon's 34th - 42nd prior period paragraphs per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.1) | 0.10 | 15.50 |
| JAW | Make global revisions to Lukins' 6th - 15th prior period paragraphs per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.1) | 0.10 | 15.50 |
| JAW | Make global revisions to Lynch's 19th prior period paragraph per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.1) | 0.10 | 15.50 |

W.R. Grace & Co.

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/26/2012 JAW | Make global revisions to Morrison's 25th prior period paragraph per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.1) | | 0.10 | 15.50 |
| JAW | Make global revisions to Nelson's 2nd - 36th prior period paragraphs per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.3) | | 0.30 | 46.50 |
| JAW | Make global revisions to Norris' 19th prior period paragraph per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.1) | | 0.10 | 15.50 |
| JAW | Make global revisions to Orrick's 20th - 42nd prior period paragraphs per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.3) | | 0.30 | 46.50 |
| JAW | Make global revisions to Norton's 24th - 42nd prior period paragraphs per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.2) | | 0.20 | 31.00 |
| JAW | Make global revisions to Pachulski's 1st - 42nd prior period paragraphs per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.3) | | 0.30 | 46.50 |
| JAW | Make global revisions to Judge Sanders' 31st - 42nd prior period paragraphs per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.2) | | 0.20 | 31.00 |
| JAW | Make global revisions to CIBC's 13th - 22nd prior period paragraphs per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.2) | | 0.20 | 31.00 |
| JAW | Make global revisions to Duane Morris'  1st - 42nd prior period paragraphs per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.3) | | 0.30 | 46.50 |
| JAW | Make global revisions to Capstone's 12th - 42nd prior period paragraphs per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.3) | | 0.30 | 46.50 |
| JAW | Make global revisions to Casner's 1st - 42nd prior period paragraphs per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.3) | | 0.30 | 46.50 |
| JAW | Make global revisions to CBBG's 4th - 17th prior period paragraphs per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.2) | | 0.20 | 31.00 |
| JAW | Make global revisions to Charter's 26th - 42nd prior period paragraphs per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.2) | | 0.20 | 31.00 |

W.R. Grace & Co.

| | | Hours | Amount |
|---|---|---|---|
| 6/26/2012 AL | Update database with Bilzin's April fee application (.2); PWC's April CNO (.1); Kramer's April CNO (.1); Ewing's April CNO (.1); Ferry's April CNO (.1); Receive and review email from J. Wehrmann re prior period paragraph excel chart (.1); update database with same (.1) | 0.80 | 36.00 |
| JAW | Make global revisions to Conway's 1st - 29nd prior period paragraphs per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.3) | 0.30 | 46.50 |
| JAW | Make global revisions to Day Pitney's 1st - 42nd prior period paragraphs per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.3) | 0.30 | 46.50 |
| JAW | Make global revisions to Deloitte Tax's 16th - 41st prior period paragraphs per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.2) | 0.20 | 31.00 |
| JAW | Make global revisions to Deloitte & Touche's 11th - 29th prior period paragraphs per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.2) | 0.20 | 31.00 |
| JAW | Make global revisions to Deloitte FAS' 27th prior period paragraph per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.1) | 0.10 | 15.50 |
| JAW | Make global revisions to Dies' 22nd prior period paragraph per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.1) | 0.10 | 15.50 |
| 6/27/2012 JAW | Make global revisions to Socha's 24th prior period paragraph per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.1) | 0.10 | 15.50 |
| JAW | Make global revisions to Scott Law's 16th - 29nd prior period paragraphs per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.2) | 0.20 | 31.00 |
| JAW | Make global revisions to Scarfone's 35th - 42nd prior period paragraphs per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.1) | 0.10 | 15.50 |
| JAW | Make global revisions to Saul Ewing's 33nd - 42nd prior period paragraphs per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.1) | 0.10 | 15.50 |
| JAW | Make global revisions to Richardon's 16th - 26th prior period paragraphs per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.2) | 0.20 | 31.00 |

W.R. Grace & Co.                                                                                                    Page    21

|  |  | Hours | Amount |
|---|---|---|---|
| 6/27/2012 JAW | Make global revisions to Steptoe's 1st - 42nd prior period paragraphs per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.3) | 0.30 | 46.50 |
| JAW | Make global revisions to Reed Smith's 1st - 42nd prior period paragraphs per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.3) | 0.30 | 46.50 |
| JAW | Make global revisions to PwC Darex Puerto Rico's 29th - 42nd prior period paragraphs per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.1) | 0.10 | 15.50 |
| JAW | Make global revisions to PwC Advisory Project's 32nd prior period paragraph per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.1) | 0.10 | 15.50 |
| JAW | Make global revisions to PwC SSP's 40th prior period paragraph per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.1) | 0.10 | 15.50 |
| JAW | Make global revisions to PwC GRP's 42nd prior period paragraph per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.1) | 0.10 | 15.50 |
| JAW | Make global revisions to PwC COP's 40th prior period paragraph per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.1) | 0.10 | 15.50 |
| JAW | Make global revisions to Stroock's 1st - 42nd prior period paragraphs per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.3) | 0.30 | 46.50 |
| JAW | Make global revisions to Sullivan's 22nd - 29th prior period paragraphs per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.1) | 0.10 | 15.50 |
| JAW | Make global revisions to Swidler's 13th - 20th prior period paragraphs per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.1) | 0.10 | 15.50 |
| JAW | Make global revisions to Tersigni's 1st - 22nd prior period paragraphs per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.2) | 0.20 | 31.00 |
| JAW | Make global revisions to Tower's 18th - 42nd prior period paragraphs per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.2) | 0.20 | 31.00 |
| JAW | Make global revisions to Tre Angeli's 28th - 34th prior period paragraphs per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.1) | 0.10 | 15.50 |

W.R. Grace & Co.

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/27/2012 | JAW | Make global revisions to Venablei's 33rd - 37th prior period paragraphs per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.1) | 0.10 | 15.50 |
| | JAW | Make global revisions to Watchell's 6th - 9th prior period paragraphs per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.1) | 0.10 | 15.50 |
| | JAW | Make global revisions to Wallace's 1st - 16th prior period paragraphs per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.2) | 0.20 | 31.00 |
| | JAW | Make global revisions to W.D. Hilton's 18th - 32nd prior period paragraphs per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.1) | 0.10 | 15.50 |
| | JAW | Make global revisions to Woodcock's 8th - 42nd prior period paragraphs per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.3) | 0.30 | 46.50 |
| | JAW | detailed review of Woodcock's April 2012 fee application (0.2); draft summary of same (0.2) | 0.40 | 62.00 |
| | JAW | Make global revisions to Phillips 13th - 42nd prior period paragraphs per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.3) | 0.30 | 46.50 |
| | JAW | Make global revisions to Protiviti's 10th - 39th prior period paragraphs per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.3) | 0.30 | 46.50 |
| | JAW | Make global revisions to P.D. Comm's 1st - 29th prior period paragraphs per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.2) | 0.20 | 31.00 |
| | JAW | Make global revisions to Prof. Warren's 4th prior period paragraph per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.1) | 0.10 | 15.50 |
| | JAW | Make global revisions to Piper's 20th - 34th prior period paragraphs per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.2) | 0.20 | 31.00 |
| | JAW | Make global revisions to P.I. Comm 5th - 33nd prior period paragraphs per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.2) | 0.20 | 31.00 |
| | AL | Update database with Foley's May fee application (.2); Casner's April fee application (.2); Pachulski's January through March fee application (.2); Woodcock's January through March fee application (.1); Casner's April electronic detail (.1); Foley's May electronic detail (.1) | 0.90 | 40.50 |

W.R. Grace & Co.                                                                                          Page    23

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/27/2012 | BSR | Research docket for applications for the 44th interim period. | 0.30 | 85.50 |
| | BSR | Review of Pachulski's March 2012 monthly fee application and fee and expense summary re same, as well as 44th quarterly fee application | 0.30 | 85.50 |
| | BSR | Draft initial report re Pachulski's 44th quarterly fee application | 0.30 | 85.50 |
| | BSR | Review of Kramer Levin's quarterly fee application for the 44th interim period (monthlies previously reviewed) | 0.20 | 57.00 |
| | JAW | Make global revisions to PwC's 1st - 42nd prior period paragraphs per B. Ruhlander's revisions to the Prior Period Paragraph report of Holmes Roberts (0.3) | 0.30 | 46.50 |
| | BSR | Review of Woodcock Washburn's quarterly fee application for the 44th interim period (monthlies previously reviewed); email to Gary Levin re same | 0.20 | 57.00 |
| | BSR | Review of Anderson Kill & Olick's quarterly fee application for the 44th interim period (monthlies previously reviewed) | 0.10 | 28.50 |
| 6/28/2012 | BSR | Review of Beveridge & Diamond's Feb. and March 2012 monthly fee applications and fee and expense summaries re same | 0.30 | 85.50 |
| | JAW | detailed review of Norton Roe's May 2012 fee application (0.1); draft summary of same (0.1) | 0.20 | 31.00 |
| | BSR | E-mail to Beveridge & Diamond inquiring as to status of firm's quarterly fee applications for the 43rd and 44th interim periods | 0.10 | 28.50 |
| | JAW | detailed review of Bilzin's April 2012 fee application (0.1); draft summary of same (0.1) | 0.20 | 31.00 |
| | BSR | Review of Orrick's 44th quarterly and Jan-March 2012 monthlies, as well as fee summaries re same | 0.30 | 85.50 |
| | BSR | E-mail to Pachulski re initial report (44Q) | 0.10 | 28.50 |
| | DTW | Review and revise Pachulski 44th interim initial report (.1). | 0.10 | 16.50 |
| | AL | Receive, review and finalize Pachulski's 44Q IR (.3); update database with same (.1); prepare same for service (.1); draft email to B. Ruhlander re same (.1) | 0.60 | 27.00 |
| 6/29/2012 | BSR | Receive and review response of Baer Higgins Fruchtman to initial report (44Q) | 0.10 | 28.50 |
| | BSR | Receive and review Blackstone's response to initial report for the 44th interim period | 0.10 | 28.50 |
| | BSR | Receive and review response of BMC to fee inquiry (44Q) | 0.10 | 28.50 |

W.R. Grace & Co.                                                                                                    Page    24

| | | Hours | Amount |
|---|---|---|---|
| 6/29/2012 AL | Update database with Reed's May electronic detail (.2); Bilzin's May electronic detail (.1); Ewing's May electronic detail (.1); Lauzon's May electronic detail (.1); | 0.50 | 22.50 |
| BSR | Receive and review email from Beveridge & Diamond re quarterly fee applications for the 43rd and 44th interim periods | 0.10 | 28.50 |
| **For professional services rendered** | | **156.50** | **$21,504.50** |

Additional Charges :

| | | Amount |
|---|---|---|
| 6/30/2012 | Third party copies & document prep/setup. | 294.20 |
| | PACER Charges | 45.00 |
| | Copying cost | 13.40 |
| | Court Call for Telephonic Hearing | 30.00 |
| **Total additional charges** | | **$382.60** |
| **Total amount of this bill** | | **$21,887.10** |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Alexa L. Parnell | 1.30 | 175.00 | $227.50 |
| Anthony Lopez | 49.40 | 45.00 | $2,223.00 |
| Bobbi S. Ruhlander | 20.40 | 285.00 | $5,814.00 |
| Doreen Williams | 0.30 | 165.00 | $49.50 |
| James A. Wehrmann | 85.10 | 155.00 | $13,190.50 |