IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: August 8, 2012 at 4:00 p.m.
Hearing Date: TBD only if necessary

**FEE DETAIL FOR BLACKSTONE ADVISORY PARTNERS L.P.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
FROM MAY 1, 2012 THROUGH MAY 31, 2012**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# Blackstone Advisory Partners L.P.

July 7, 2012

Mr. Fred Festa
Chairman and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | |
|---|---:|---:|
| Monthly Fee for the period of May 1, 2012 through May 31, 2012: | $ | 50,000.00 |
| Less: 20% holdback pursuant to the Court's Administrative Order: | | (10,000.00) |
| Out-of-pocket expenses processed for the period through May 31, 2012:[1] | | |

| | | | |
|---|---:|---:|---:|
| Ground Transportation | $ | 97.90 | |
| Communication | | 6.28 | |
| Meals | | 270.88 | |
| Publishing Services | | 17.50 | 392.56 |
| **Total Amount Due** | | $ | 40,392.56 |

**Please wire transfer funds to:**

JP Morgan Chase
One Chase Manhattan Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Partners L.P.
Account Receivable Dept. 16th Floor
Account # 066-287472

**Invoice Number: 70422**

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**Blackstone Advisory Partners L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

W. R. Grace & Co.
Summary of Expenses
Through May 31, 2012
Invoice Number: 70422

|  | GL Detail May-12 | Total Expenses |
|---|---|---|
| Ground Transportation - Local Travel | $ 97.90 | $ 97.90 |
| Communications - Teleconferencing | 6.28 | 6.28 |
| Employee Meals | 270.88 | 270.88 |
| Publishing Services | 17.50 | 17.50 |
| **Total Expenses** | $ 392.56 | $ 392.56 |

| | |
|---|---|
| **Ground Transportation** | $ 97.90 |
| **Communication** | 6.28 |
| **Meals** | 270.88 |
| **Publishing Services** | 17.50 |
| **Total Expenses** | $ 392.56 |

W. R. Grace & Co.
Detail of Expenses Processed
Through May 31, 2012
Invoice Number: 70422

**Ground Transportation - Local Travel**

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| Jaffe (weeknight taxi home from Blackstone after working late) | 03/07/12 | 10.12 | |
| Jaffe (weeknight taxi home from Blackstone after working late) | 03/08/12 | 7.82 | |
| Jaffe (weeknight taxi home from Blackstone after working late) | 03/12/12 | 9.37 | |
| Jaffe (weeknight taxi home from Blackstone after working late) | 03/13/12 | 9.86 | |
| Jaffe (weeknight taxi home from Blackstone after working late) | 03/15/12 | 10.12 | |
| Jaffe (weeknight taxi home from Blackstone after working late) | 03/19/12 | 10.12 | |
| Jaffe (weeknight taxi home from Blackstone after working late) | 03/20/12 | 9.60 | |
| Jaffe (weeknight taxi home from Blackstone after working late) | 03/21/12 | 10.12 | |
| Jaffe (weeknight taxi home from Blackstone after working late) | 03/22/12 | 10.27 | |
| Jaffe (weeknight taxi home from Blackstone after working late) | 03/23/12 | 10.50 | |
| Subtotal - Ground Transportation - Local Travel | | | $ 97.90 |

**Communications - Teleconferencing**

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| O'Connell | 03/26/12 | 0.08 | |
| O'Connell | 03/27/12 | 6.20 | |
| Subtotal - Communications - Teleconferencing | | | 6.28 |

**Employee Meals**

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| Jaffe (weeknight working dinner meal @ Blackstone while working late) | 03/07/12 | 33.25 | |
| Jaffe (weeknight working dinner meal @ Blackstone while working late) | 03/12/12 | 35.62 | |
| Jaffe (weeknight working dinner meal @ Blackstone while working late) | 03/13/12 | 36.19 | |
| Jaffe (weeknight working dinner meal @ Blackstone while working late) | 03/15/12 | 33.97 | |
| Jaffe (weeknight working dinner meal @ Blackstone while working late) | 03/19/12 | 32.30 | |
| Jaffe (weeknight working dinner meal @ Blackstone while working late) | 03/20/12 | 33.11 | |
| Jaffe (weeknight working dinner meal @ Blackstone while working late) | 03/22/12 | 33.81 | |
| Jaffe (weeknight working dinner meal @ Blackstone while working late) | 03/23/12 | 32.63 | |
| Subtotal - Employee Meals | | | 270.88 |

**Publishing Services**

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| Jaffe (preparation of materials) | 05/21/12 | 17.50 | |
| Subtotal - Publishing Services | | | 17.50 |

| | | | |
|---|---|---|---|
| **Total Expenses** | | | $ 392.56 |

## BLACKSTONE ADVISORY PARTNERS L.P.
## SUMMARY OF HOURS FOR THE PERIOD OF
## MAY 1, 2012 THROUGH MAY 31, 2012

| Professional | Title | Hours |
| --- | --- | --- |
| Jamie O'Connell | Managing Director | 15.7 |
| Adam Schlesinger | Associate | 15.1 |
| Benjamin Jaffe | Analyst | 30.8 |
| | **Total** | **61.6** |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
MAY 1, 2012 THROUGH MAY 31, 2012

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 05/09/12 | 0.2 | Business Analysis | Call with management to recap Grace 2012 Operating Plan call |
| Jamie O'Connell | 05/09/12 | 0.2 | Business Analysis | Call with management to recap Grace 2012 Operating Plan call |
| Adam Schlesinger | 05/14/12 | 0.2 | Business Analysis | Meeting with J. O'Connell regarding new business development |
| Jamie O'Connell | 05/14/12 | 0.3 | Business Analysis | Call regarding new business development |
| Jamie O'Connell | 05/14/12 | 0.2 | Business Analysis | Meeting with A. Schlesinger regarding new business development |
| Adam Schlesinger | 05/15/12 | 0.5 | Business Analysis | Review new business opportunities |
| Benjamin Jaffe | 05/16/12 | 1.0 | Business Analysis | Review of recent equity research |
| Jamie O'Connell | 05/16/12 | 0.5 | Business Analysis | Call regarding new business development |
| Adam Schlesinger | 05/17/12 | 0.3 | Business Analysis | Meeting with J. O'Connell regarding business matter |
| Benjamin Jaffe | 05/17/12 | 0.6 | Business Analysis | Document review and analysis of bankruptcy costs |
| Benjamin Jaffe | 05/17/12 | 1.0 | Business Analysis | Review of recent equity research |
| Jamie O'Connell | 05/17/12 | 0.3 | Business Analysis | Meeting with A. Schlesinger regarding business matter |
| Adam Schlesinger | 05/18/12 | 1.0 | Business Analysis | Call with management regarding a business matter |
| Benjamin Jaffe | 05/18/12 | 0.3 | Business Analysis | Document review regarding a business matter |
| Benjamin Jaffe | 05/18/12 | 1.0 | Business Analysis | Call with management regarding a business matter |
| Jamie O'Connell | 05/18/12 | 0.3 | Business Analysis | Call with management regarding a business matter (did not attend entire call) |
| Adam Schlesinger | 05/22/12 | 0.2 | Business Analysis | Meeting with B. Jaffe regarding a business matter |
| Benjamin Jaffe | 05/22/12 | 0.2 | Business Analysis | Meeting with A. Schlesinger regarding a business matter |
| Benjamin Jaffe | 05/22/12 | 1.2 | Business Analysis | Review of peer financial disclosure and related equity research |
| Benjamin Jaffe | 05/22/12 | 1.0 | Business Analysis | Docket document review and update |
| Benjamin Jaffe | 05/24/12 | 1.0 | Business Analysis | Meeting with J. O'Connell and related calls regarding new business development |
| Jamie O'Connell | 05/24/12 | 0.2 | Business Analysis | Correspondence regarding new business development |
| Jamie O'Connell | 05/24/12 | 1.0 | Business Analysis | Meeting with B. Jaffe and related calls regarding new business development |
| Jamie O'Connell | 05/24/12 | 1.5 | Business Analysis | Draft materials for management and related correspondence |
| Jamie O'Connell | 05/24/12 | 0.2 | Business Analysis | Call regarding new business development |
| Jamie O'Connell | 05/25/12 | 0.2 | Business Analysis | Correspondence with counsel regarding presentation materials |
| Adam Schlesinger | 05/29/12 | 0.5 | Business Analysis | Calls with management and related discussion |
| Benjamin Jaffe | 05/29/12 | 0.3 | Business Analysis | Calls with management and related discussion (did not attend first call) |
| Jamie O'Connell | 05/29/12 | 0.5 | Business Analysis | Calls with management and related discussion |
| Jamie O'Connell | 05/29/12 | 3.0 | Business Analysis | Draft materials related to new business development |
| Jamie O'Connell | 05/29/12 | 0.3 | Business Analysis | Correspondence with management regarding business matter |
| Jamie O'Connell | 05/30/12 | 1.0 | Business Analysis | Draft materials related to new business development, related call and correspondence |
| Jamie O'Connell | 05/30/12 | 0.2 | Business Analysis | Call with counsel regarding business matter |
| Jamie O'Connell | 05/31/12 | 1.0 | Business Analysis | Preparation for conference call with management and counsel regarding business matter |
| Jamie O'Connell | 05/31/12 | 0.7 | Business Analysis | Conference call with management and counsel regarding business matter |
| Jamie O'Connell | 05/31/12 | 0.2 | Business Analysis | Review document related to business matter |
| Jamie O'Connell | 05/31/12 | 0.1 | Business Analysis | Call with management regarding business matter |
| | | **22.4** | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2012 THROUGH MAY 31, 2012**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 05/09/12 | 0.5 | Case Administration | Review draft motion |
| Benjamin Jaffe | 05/09/12 | 0.5 | Case Administration | Review draft motion |
| Adam Schlesinger | 05/10/12 | 0.2 | Case Administration | Call with counsel regarding draft motion |
| Benjamin Jaffe | 05/10/12 | 0.2 | Case Administration | Call with counsel regarding draft motion |
| Adam Schlesinger | 05/14/12 | 0.5 | Case Administration | Call with counsel regarding draft motion |
| Adam Schlesinger | 05/17/12 | 0.1 | Case Administration | Meeting with J. O'Connell and B. Jaffe regarding bankruptcy costs |
| Adam Schlesinger | 05/17/12 | 0.1 | Case Administration | Meeting with B. Jaffe regarding bankruptcy costs |
| Benjamin Jaffe | 05/17/12 | 0.1 | Case Administration | Meeting with A. Schlesinger regarding bankruptcy costs |
| Benjamin Jaffe | 05/17/12 | 0.1 | Case Administration | Meeting with J. O'Connell and A. Schlesinger regarding bankruptcy costs |
| Jamie O'Connell | 05/17/12 | 0.1 | Case Administration | Meeting with A. Schlesinger and B. Jaffe regarding bankruptcy costs |
| Adam Schlesinger | 05/18/12 | 0.5 | Case Administration | Meeting with B. Jaffe regarding bankruptcy costs |
| Benjamin Jaffe | 05/18/12 | 0.5 | Case Administration | Meeting with A. Schlesinger regarding bankruptcy costs |
| Adam Schlesinger | 05/22/12 | 0.3 | Case Administration | Call with counsel regarding various business matters |
| Benjamin Jaffe | 05/22/12 | 0.3 | Case Administration | Call with counsel regarding various business matters |
| Benjamin Jaffe | 05/24/12 | 1.6 | Case Administration | Review of certain docket filings |
| | | **5.6** | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2012 THROUGH MAY 31, 2012**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 05/03/12 | 0.8 | Claims Analysis Objection/Resolution | Conference call with counsel and management regarding claims to be paid at emergence |
| Benjamin Jaffe | 05/03/12 | 0.8 | Claims Analysis Objection/Resolution | Conference call with counsel and management regarding claims to be paid at emergence |
| Adam Schlesinger | 05/07/12 | 0.2 | Claims Analysis Objection/Resolution | Call with counsel to discuss claims |
| Adam Schlesinger | 05/08/12 | 0.2 | Claims Analysis Objection/Resolution | Preparation for call regarding claims to be paid at emergence |
| Adam Schlesinger | 05/08/12 | 0.4 | Claims Analysis Objection/Resolution | Call regarding claims to be paid at emergence |
| Benjamin Jaffe | 05/08/12 | 0.4 | Claims Analysis Objection/Resolution | Call regarding claims to be paid at emergence |
| Benjamin Jaffe | 05/08/12 | 0.2 | Claims Analysis Objection/Resolution | Preparation for call regarding claims to be paid at emergence |
| Adam Schlesinger | 05/09/12 | 0.3 | Claims Analysis Objection/Resolution | Call with counsel and claims agent regarding claims |
| Adam Schlesinger | 05/21/12 | 0.2 | Claims Analysis Objection/Resolution | Discuss financial analysis with counsel |
| Adam Schlesinger | 05/21/12 | 0.1 | Claims Analysis Objection/Resolution | Prepare financial analyses |
| Benjamin Jaffe | 05/21/12 | 0.5 | Claims Analysis Objection/Resolution | Prepare financial analyses |
| Adam Schlesinger | 05/22/12 | 0.2 | Claims Analysis Objection/Resolution | Review financial analyses |
| Benjamin Jaffe | 05/22/12 | 1.2 | Claims Analysis Objection/Resolution | Prepare financial analyses |
| | | **5.5** | | |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
MAY 1, 2012 THROUGH MAY 31, 2012

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 05/01/12 | 0.5 | Committee | Internal meeting with J. O'Connell to discuss various matters |
| Adam Schlesinger | 05/01/12 | 0.3 | Committee | Call with counsel to discuss committee information requests |
| Adam Schlesinger | 05/01/12 | 0.5 | Committee | Communications with committee advisors |
| Adam Schlesinger | 05/01/12 | 1.0 | Committee | Review materials sent to committee advisors |
| Jamie O'Connell | 05/01/12 | 0.5 | Committee | Correspondences and call with management regarding creditor information requests |
| Jamie O'Connell | 05/01/12 | 0.5 | Committee | Internal meeting with A. Schlesinger to discuss various matters |
| Adam Schlesinger | 05/03/12 | 0.3 | Committee | Manage creditor information request |
| Jamie O'Connell | 05/03/12 | 0.3 | Committee | Manage creditor information request |
| Adam Schlesinger | 05/07/12 | 0.5 | Committee | Call with management regarding creditor information request |
| Adam Schlesinger | 05/07/12 | 1.5 | Committee | Prepare creditor advisor information request |
| Adam Schlesinger | 05/07/12 | 0.3 | Committee | Meeting with J. O'Connell regarding information requests |
| Benjamin Jaffe | 05/07/12 | 0.5 | Committee | Call with management regarding creditor information request |
| Jamie O'Connell | 05/07/12 | 0.3 | Committee | Meeting with A. Schlesinger regarding information requests |
| Adam Schlesinger | 05/08/12 | 0.4 | Committee | Prepare creditor advisor information request |
| Adam Schlesinger | 05/09/12 | 1.0 | Committee | Call with committee advisors and counsel to review business plan |
| Benjamin Jaffe | 05/09/12 | 1.0 | Committee | Call with committee advisors and counsel to review business plan |
| Jamie O'Connell | 05/09/12 | 0.5 | Committee | Call with committee advisors and counsel to review business plan (did not attend entire call) |
| Jamie O'Connell | 05/09/12 | 0.2 | Committee | Review various correspondence |
| Adam Schlesinger | 05/10/12 | 0.5 | Committee | Prepare committee information request |
| Adam Schlesinger | 05/18/12 | 0.1 | Committee | Call with committee advisor regarding financials |
| Benjamin Jaffe | 05/18/12 | 0.1 | Committee | Call with committee advisor regarding financials |
| Jamie O'Connell | 05/24/12 | 0.2 | Committee | Review correspondence regarding creditor information request |
| | | 11.0 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2012 THROUGH MAY 31, 2012**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Benjamin Jaffe | 05/23/12 | 9.5 | Corporate Finance | Financial model update |
| Benjamin Jaffe | 05/24/12 | 3.0 | Corporate Finance | Financial model update |
| Benjamin Jaffe | 05/24/12 | 0.6 | Corporate Finance | Prepare analysis for a business matter |
| Benjamin Jaffe | 05/24/12 | 1.0 | Corporate Finance | Prepare analysis for a business matter |
| Benjamin Jaffe | 05/25/12 | 0.5 | Corporate Finance | Prepare analysis for a business matter |
| | | **14.6** | | |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
MAY 1, 2012 THROUGH MAY 31, 2012

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 05/01/12 | 0.2 | Fee Applications | Review draft fee application |
| Benjamin Jaffe | 05/01/12 | 0.6 | Fee Applications | Review draft fee application |
| Jamie O'Connell | 05/01/12 | 0.3 | Fee Applications | Review March fee application |
| Adam Schlesinger | 05/08/12 | 0.5 | Fee Applications | Review draft fee application |
| Jamie O'Connell | 05/09/12 | 0.9 | Fee Applications | Review and comment on quarterly fee application |
| | | 2.5 | | |