**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Objection Date: August 10, 2012 @ 4:00 p.m.** |
| | ) | **Hearing Date: August 27, 2012 @ 9:00 a.m.** |
| | ) | Related Docket Nos.: 6261, 6275 & 6715 |
| | | |
| In re: | ) | Chapter 11 |
| | ) | |
| THE FLINTKOTE COMPANY AND | ) | Case No. 04-11300 (JKF) |
| FLINTKOTE MINES, LIMITED, | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | **Objection Date: August 10, 2012 @ 4:00 p.m.** |
| | ) | **Hearing Date: August 27, 2012 @ 9:00 a.m.** |
| | ) | Related Docket Nos.: 201, 219, 337 & 957 |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| PITTSBURGH CORNING | ) | Case No. 00-22876 (JKF) |
| CORPORATION, | ) | |
| Debtor. | ) | |
| ---------------------------------------------------- | ) | |
| PITTSBURGH CORNING | ) | Doc. No. ____ |
| CORPORATION, | ) | |
| Movant, | ) | **Objection Date:  August 23, 2012** |
| v. | ) | **Hearing Date:  September 10, 2012, 1:00** |
| NO RESPONDENT(s). | ) | Related Doc. Nos. 3527, 3530, 3667 & 4347 |
| | | |
| In re: | ) | Chapter 11 |
| NORTH AMERICAN REFRACTORIES | ) | Jointly Admin. Case No. 02-20198 (JKF) |
| CO., INC., et al., | ) | |
| Debtor. | ) | |
| ---------------------------------------------------- | ) | |
| NORTH AMERICAN REFRACTORIES | ) | Doc. No. ____ |
| CO., INC, et al., | ) | |
| Movant, | ) | **Objection Date:  August 23, 2012** |
| v. | ) | **Hearing Date:  September 10, 2012, 2:00** |
| NO RESPONDENT(s). | ) | Related Doc. Nos. 2368, 2375, 2515, & 3251 |

**NOTICE OF MOTION OF THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS TO MODIFY THE COURT'S ORDERS REQUIRING FILING OF STATEMENTS PURSUANT TO FED. R. BANKR. P. 2019**

**TO:    All Parties on the Attached List**

PLEASE TAKE NOTICE, that on July 19, 2012, the Official Committees of Asbestos Personal Injury Claimants in the above-captioned cases filed and served the attached **Motion of the Official Committee of Asbestos Personal Injury Claimants to Modify the Court's Orders Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019** (the "Motion"), with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Wilmington, Delaware 19801.  A copy of the Motion is attached hereto.

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion must be in writing and filed with the Bankruptcy Court on or before August 10, 2012 at 4:00 p.m.

**PLEASE TAKE FURTHER NOTICE that at a copy of any responses or objections must also be served upon the counsel listed below.**

A HEARING ON THE MOTION WILL BE HELD BEFORE THE HONORABLE JUDITH K. FITZGERALD, UNITED STATES BANKRUPTCY JUDGE ON AUGUST 27, 2012 AT 9:00 A.M.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

(Signature on Following Page)

Dated: July 20, 2012

Respectfully submitted,

**CAMPBELL & LEVINE, LLC**

**CAPLIN & DRYSDALE, CHARTERED**

*/s/ Mark T. Hurford*
Marla R. Esking (Bar No. 2899)
Mark T. Hurford (Bar No. 3299)
800 N. King Street, Suite 300
Wilmington, DE 19801
Telephone:  (302) 426-1900
Facsimile:  (302) 426-9947
meskin@camlev.com
mhurford@camlev.com

Peter Van N. Lockwood
Trevor W. Swett
Kevin C. Maclay
One Thomas Circle, NW
Suite 1100
Washington, DC  20005
Telephone:  (202) 862-5000
Facsimile:  (202) 429-3301
E-mail: pvnl@capdale.com;
tws@capdale.com; kcm@capdale.com

Philip E. Milch
PA I.D. No. 53519
David B. Salzman
PA I.D. No. 39360
1700 Grant Building
Pittsburgh, PA  15219
Telephone:  (412) 261-0310
Facsimile:  (412) 261-5066
dbs@camlev.com
pem@camlev.com

Elihu Inselbuch
375 Park Avenue, 35th Floor
New York, NY  10152-3500
Telephone:  (212) 319-7125
Facsimile:  (212) 644-6755
E-mail: ei@capdale.com

*Counsel for the Official Committees of
Asbestos Claimants*