## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Objection Date: August 10, 2012 @ 4:00 p.m.** |
| | ) | **Hearing Date: August 27, 2012 @ 9:00 a.m.** |
| | ) | Related Docket Nos.: 6261, 6275 & 6715 |
| | | |
| In re: | ) | Chapter 11 |
| | ) | |
| THE FLINTKOTE COMPANY AND | ) | Case No. 04-11300 (JKF) |
| FLINTKOTE MINES, LIMITED, | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | **Objection Date: August 10, 2012 @ 4:00 p.m.** |
| | ) | **Hearing Date: August 27, 2012 @ 9:00 a.m.** |
| | ) | Related Docket Nos.: 201, 219, 337 & 957 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| PITTSBURGH CORNING | ) | Case No. 00-22876 (JKF) |
| CORPORATION, | ) | |
| Debtor. | ) | |
| -------------------------------------------------- | ) | |
| PITTSBURGH CORNING | ) | Doc. No. ____ |
| CORPORATION, | ) | |
| Movant, | ) | **Objection Date:  August 23, 2012** |
| v. | ) | **Hearing Date:  September 10, 2012, 1:00** |
| NO RESPONDENT(s). | ) | Related Doc. Nos. 3527, 3530, 3667 & 4347 |
| | | |
| In re: | ) | Chapter 11 |
| NORTH AMERICAN REFRACTORIES | ) | Jointly Admin. Case No. 02-20198 (JKF) |
| CO., INC., et al., | ) | |
| Debtor. | ) | |
| -------------------------------------------------- | ) | |
| NORTH AMERICAN REFRACTORIES | ) | Doc. No. ____ |
| CO., INC, et al., | ) | |
| Movant, | ) | **Objection Date:  August 23, 2012** |
| v. | ) | **Hearing Date:  September 10, 2012, 2:00** |
| NO RESPONDENT(s). | ) | Related Doc. Nos. 2368, 2375, 2515, & 3251 |

- 2 -

## CERTIFICATE OF SERVICE

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify that on July 20, 2012, I caused a copy of the foregoing to be served upon the individuals on the attached service lists via first class mail.

Dated: July 20, 2012

                                         */s/ Mark T. Hurford*
                                         Mark T. Hurford (DE No. 3299)