**FLINTKOTE 2002 SERVICE LIST**

Parcels, Inc.
Vito I. DiMaio
230 North Market Street
Wilmington, DE 19801

James L. Patton, Jr., Esq.
Edwin J. Harron, Esq.
Young, Conaway, Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Sandra McLamb, Esquire
Pachulski, Stang, Ziehl, Young, Jones & Weintraub
919 N. Market Street, 17th Floor
PO Box 8705
Wilmington, DE 19899-8705

Mr. Lawrence Fitzpatrick
1009 Lennox Drive
Bldg. 4, Suite 101
Lawrenceville, NJ 08648

Randy Bono, Esq.
The Simmons Firm, LLC
707 Berkshire Blvd.
PO Box 521
East Alton, IL 62024

Pam Wise, Esq.
Wise & Julian
3555 College Ave.
PO Box 1108
Alton, IL 62002

David M. McClain, Esq.
Kazan & McClain
171 Twelfth Street
3rd Floor
Oakland, CA 94607

R. Dean Hartley, Esq.
Hartley & O'Brien
2001 Main Street, Suite 600
Wheeling, WV 26003

Russell W. Budd, Esq.
Baron & Budd
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219-4281

Scott M. Hendler, Esq.
Hendler Law Firm
816 Congress Ave.
Suite 1230
Austin, TX 78701

James J. Bedortha, Esq.
Goldberg, Persky, Jennings & White, PC
1030 Fifth Ave., 3rd Floor
Pittsburgh, PA 15219-6295

Denman H. Heard, Esq.
Watts & Heard LLP
Meilie Esperson Building
815 Walker Street, 16th Floor
Houston, TX 77002

John M. Deakle, Esq.
The Deakle Law Firm
802 Main Street
PO Box 2072
Hattiesburg, MS 39403

| | |
|---|---|
| Joseph F. Rice, Esq.<br>Motley Rice LLC<br>28 Bridgeside Blvd.<br>Mount Pleasant, SC  29464 | Mark H. Iola, Esq.<br>Stanley Mandel & Iola LLP<br>3100 Monticello Avenue<br>Suite 750<br>Dallas, TX  75205 |
| Barbara J. Arison<br>Frantz Ward LLP<br>2500 Key Center<br>127 Public Square<br>Cleveland, OH 44114-1230 | T. Roe Frazer, II, Esq.<br>Frazer & Davidson, PA<br>500 East Capitol Street<br>Jackson, MS  39201 |
| Thomas M. Wilson, Esq.<br>Kelley & Ferraro, L. L. P.<br>2200 Key Tower<br>127 Public Square<br>Cleveland, OH  44114 | Peter Van N. Lockwood, Esq.<br>Caplin & Drysdale, Chartered<br>One Thomas Circle, NW<br>Washington, DC  20005 |
| Robert B. Millner, Esq.<br>Sonnenschein, Nath & Rosenthal<br>8000 Sears Tower<br>233 South Wacker Drive<br>Chicago, IL  60606 | Scott W. Wert, Esq.<br>Foster & Sear, L.L.P.<br>524 E. Lamar Blvd., Suite 200<br>Arlington, TX  76011 |
| Richard C. Sutton, Jr., Esq.<br>Reginauld T. Harris, Esq.<br>Rush Moore Craven Sutton Morry & Beh<br>737 Bishop Street, Suite 2400<br>Honolulu, Hawaii  96813 | David P. McClain, Esq.<br>Tony Draper, Esq.<br>McClain, Leppert & Maney, P.C.<br>South Tower, Pennzoil Place<br>711 Louisiana Street, Suite 3100<br>Houston, TX  77002 |
| Bryan J. Farkas, Esquire<br>Vorys, Sater, Seymour & Pease, LLP<br>2100 One Cleveland Ctr.<br>1375 E. 9th Street<br>Cleveland, OH  44114 | Brian L. Kasprzak, Esq. (No. 3846)<br>Michael F. Duggan, Esq. (No. 3269)<br>MARKS, O'NEILL, O'BRIEN<br>& COURTNEY, P.C.<br>300 Delaware Avenue, Suite 900<br>Wilmington, DE 19801 |
| Joseph D. Frank<br>Frank/Gecker LLP<br>325 North LaSalle Street, Suite 625<br>Chicago, IL  60610 | Reginald W. Jackson, Esquire<br>Vorys, Sater, Seymour & Pease, LLP<br>52 E. Gay Street<br>Columbus, OH  43215 |

{D0233284.1 }

| | |
|---|---|
| Daniel K. Hogan<br>The Hogan Firm<br>1311 Delaware Avenue<br>Wilmington, DE 19806 | Samuel R. Grego, Esquire<br>Dickie, McCamey & Chilcote, P.C.<br>Two PPG Place – Suite 400<br>Pittsburgh, PA 15222 |
| Robert T. Aulgur, Jr., Esq.<br>Kristi J. Doughty, Esq.<br>Whittington & Aulgur<br>313 N. DuPont Highway<br>Suite 110<br>Odessa, DE 19730 | Anthony Sakalarios, Esquire<br>Morris, Sakalarios & Blackwell, PLLC<br>Post Office Drawer 1858<br>Hattiesburg, MS 39403-1858 |
| Robert W. Dremluk, Esquire<br>Seyfarth Shaw LLP<br>620 Eighth Avenue<br>New York, NY 10018-1405 | David Hensley D39084<br>California Medical Facility<br>P.O. Box 2500 – H2-202-L<br>Vacaville, CA 95696 |
| Daniel J. DeFranceschi, Esq.<br>Jason M. Madron, Esq.<br>Christopher M. Samis, Esq.<br>Richards, Layton & Finger, P.A.<br>920 North King Street<br>Wilmington, DE 19801 | Kelly-Ann Pokrywa, Esquire<br>Gordon & Gordon, P.C.<br>505 Morris Avenue<br>Springfield, NJ 07081 |
| Donna L. Harris, Esq.<br>Pinckney, Harris & Weidinger, LLC<br>1220 N. Market Street, Suite 950<br>Wilmington, DE 19801 | Doug McManamy, Esq.<br>The Mathis Law Firm<br>3575 Piedmont Road, NE Suite 1560<br>Atlanta, Georgia 30305 |
| Tony L. Draper<br>Walker Wilcox Matousek LLP<br>1001 McKinney Street<br>Suite 2000<br>Houston, Texas 77002 | Garland Cassada, Esquire<br>Richard C. Worf, Esquire<br>Robinson, Bradshaw & Hinson<br>101 N. Tryon Street, Suite 1900<br>Charlotte, NC 28246 |
| David Klauder<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 N. King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801 | Gregory Werkheiser, Esquire<br>Morris, Nichols Arsht & Tunnell<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 |

{D0233284.1 }

| | |
|---|---|
| Kevin T. Lantry, Esq.<br>Sally S. Neely, Esq.<br>Jeffrey E. Bjork, Esq.<br>Sidley Austin LLP<br>555 West Fifth Street, Suite 4000<br>Los Angeles, CA  90013-6000 | James E. Wimberley<br>McPherson, Monk, Hughes, Bradley,<br>Wimberley & Steele, L.L.P.<br>3120 Central Mall Drive<br>Port Arthur, TX  77642 |
| Charles A. Waters, Esq.<br>Waters & Kraus<br>3219 McKinney Ave.<br>Suite 3000<br>Dallas, TX  75204 | Julie A. Ardoin, Esq.<br>Julie Ardoin, LLC<br>2200 Veterans Memorial Boulevard, Suite 210<br>Kenner, LA  70062-4032 |
| Mike Kaeske, Esq.<br>Kaeske Reeves LLP<br>1301 W. 25th Street<br>Austin, TX 78705 | Albert A. Ciardi, III, Esquire<br>Ciardi & Ciardi, P.C.<br>One Commerce Square<br>2005 Market Street, Suite 2020<br>Philadelphia, PA 19103 |
| Glen W. Morgan, Esq.<br>Reaud, Morgan & Quinn<br>801 Laurel<br>Beaumont, TX  77701 | SEYFARTH SHAW LLP<br>David C. Christian II, Esquire<br>131 South Dearborn Street, Suite 2400<br>Chicago, IL 60603 |
| John J. Kittel, Esq.<br>Mazur & Kittel<br>30665 Northwestern Highway<br>Farmington Hills, MI  48334 | Charlene D. Davis, Esq.<br>Eric M. Sutty, Esq.<br>The Bayard Firm<br>222 Delaware Avenue – Suite 900<br>PO Box 25130<br>Wilmington, DE  19899 |
| Alan R. Brayton, Esq.<br>Christina C. Subic, Esq.<br>Brayton Purcell<br>222 Rush Landing<br>PO Box 6169<br>Novato, CA  94948-6169 | Carmella P. Keener, Esquire<br>Rosenthal, Monhait & Goddess, P.A.<br>919 Market Street, Suite 1401<br>Wilmington, DE 19801 |
| Tom B. Scott, Esq.<br>Scott & Scott<br>PO Box 2009<br>Jackson, MS  39215-2009 | Mark D. Plevin<br>Leslie A. Epley<br>Kelly R. Cusick, Esquire<br>Crowell & Moring LLP<br>1001 Pennsylvania Ave., NW<br>Washington, DC  20004-2595 |

{D0233284.1 }

Brent Coon, Esq.
Brent Coon & Associates
917 Franklin
Suite 210
Houston, TX  77002

Los Angeles County Treasurer and Tax Collector
PO Box 54110
Los Angeles, CA 90051-0110

James A. Pardo, Jr., Esq.
King & Spalding
191 Peachtree Street
Atlanta, GA  30303

{D0233284.1 }