IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **W.R. GRACE & CO.,** *et al.*, | § | **Jointly Administered** |
| | § | **Case No. 01-01139 (JKF)** |
| Debtors. | § | |
| | § | |

**FEE AUDITOR'S FINAL REPORT REGARDING THE
FORTY-FOURTH QUARTERLY INTERIM FEE APPLICATION
OF PACHULSKI STANG ZIEHL & JONES LLP**

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Forty-Fourth Quarterly Interim Fee Application of Pachulski Stang Ziehl & Jones LLP (the "Application").

**BACKGROUND**

1.  Pachulski Stang Ziehl & Jones LLP ("Pachulski") was retained as counsel to the Debtors. In the Application, Pachulski seeks approval of fees totaling $114,248.50 and expenses totaling $69,701.38 for its services from January 1, 2012, through March 31, 2012 (the "Application Period").

2.  In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2012, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C.

§ 330, Issued January 30, 1996 (the "Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We served an initial report on Pachulski based upon our review, and we received a response from Pachulski, portions of which response are quoted herein.

## DISCUSSION

3.    We noted several sets of identical postage expenses on the February 2012 monthly fee application:

| Date | | Description | Amount |
|---|---|---|---|
| 02/13/12 | PO | 91100.00001: Postage Charges for 02-13-12 | $14.30 |
| 02/13/12 | PO | 91100.00001: Postage Charges for 02-13-12 | $53.30 |
| 02/13/12 | PO | 91100.00001: Postage Charges for 02-13-12 | $1.80 |
| 02/13/12 | PO | 91100.00001: Postage Charges for 02-13-12 | $1,060.90 |
| 02/13/12 | PO | 91100.00001: Postage Charges for 02-13-12 | $20.60 |
| 02/13/12 | PO | 91100.00001: Postage Charges for 02-13-12 | $14.30 |
| 02/13/12 | PO | 91100.00001: Postage Charges for 02-13-12 | $53.30 |
| 02/13/12 | PO | 91100.00001: Postage Charges for 02-13-12 | $1.80 |
| 02/13/12 | PO | 91100.00001: Postage Charges for 02-13-12 | $1,060.90 |
| 02/13/12 | PO | 91100.00001: Postage Charges for 02-13-12 | $20.60 |
| 02/23/12 | PO | 91100.00001: Postage Charges for 02-23-12 | $16.90 |
| 02/23/12 | PO | 91100.00001: Postage Charges for 02-23-12 | $16.90 |
| 02/28/12 | PO | 91100.00001: Postage Charges for 02-28-12 | $22.80 |
| 02/28/12 | PO | 91100.00001: Postage Charges for 02-28-12 | $14.30 |
| 02/28/12 | PO | 91100.00001: Postage Charges for 02-28-12 | $6.60 |
| 02/28/12 | PO | 91100.00001: Postage Charges for 02-28-12 | $227.70 |
| 02/28/12 | PO | 91100.00001: Postage Charges for 02-28-12 | $22.80 |
| 02/28/12 | PO | 91100.00001: Postage Charges for 02-28-12 | $14.30 |
| 02/28/12 | PO | 91100.00001: Postage Charges for 02-28-12 | $6.60 |
| 02/28/12 | PO | 91100.00001: Postage Charges for 02-28-12 | $227.70 |

We asked Pachulski whether any of these expenses were duplicates, and Pachulski responded, "[T]hese are duplicates so one set should be deducted." We appreciate Pachulski's response and recommend a reduction of $1,439.20 in expenses.

**CONCLUSION**

4.	Thus, we recommend approval of $114,248.50 in fees and $68,262.18 in expenses ($69,701.38 minus $1,439.20) for Pachulski's services for the Application Period.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
Warren H. Smith
Texas State Bar No. 18757050

2235 Ridge Road, Suite 105
Rockwall, Texas 75087
214-698-3868
214-722-0081
whsmith@whsmithlaw.com

**FEE AUDITOR**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 20th day of July, 2012.

_____
Warren H. Smith

## SERVICE LIST
## Notice Parties

**The Applicant**
Laura Davis Jones
James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

ljones@pszjlaw.com
joneill@pszjlaw.com

**The Debtors**
Richard Finke
Assistant General Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
Deanna Boll
Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022-4611

**Counsel for the Official Committee of Unsecured Creditors**
Lewis Kruger
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch, Esq.
Caplin & Drysdale
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

**Official Committee of Equity Holders**
Gary M. Becker
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

Teresa K. D. Currier
Saul Ewing LLP
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899

**United States Trustee**
David Klauder
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801

**FEE AUDITOR'S FINAL REPORT** - Page 4
wrg FR Pachulski 44Q 1-3.12.wpd