# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

## FOR THE TIME PERIOD
## JUNE 1, 2012 THROUGH
## JUNE 30, 2012

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE  19806
(302) 655-4200
EI #: 51-0328786


July 19, 2012


Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC  20007--5135


                                          File   WRG-AUS/JCP
                                   Invoice number   103254


       Re:  W. R. Grace & Co.
            David T. Austern
Case No.:  01-01139  (RLB)


                    Subtotal for FEES only: 06/30/12     $4,067.50
                   Subtotal for COSTS only: 06/30/12       $826.17
                                                        - - - - - - - - - - - - -
           CURRENT PERIOD FEES AND COSTS: 06/30/12      $4,893.67
                                                        - - - - - - - - - - - - -


        ***************************************************************

            Please send remittance copy with payment.   Thank you.

        ***************************************************************

July 19, 2012

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   103254

Re:  W. R. Grace & Co.
     David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| FEE/EMPLOYMENT APPLICATIONS | 3.3 | 800.50 |
| CASE ADMINISTRATION | 0.4 | 66.00 |
| LITIGATION | 0.8 | 388.00 |
| PLAN AND DISCLOSURE STATEMENT | 5.8 | 2,813.00 |
| Subtotal for FEES only: 06/30/12 | 10.3 | $4,067.50 |

| RATE | SUMM | HOURS | | | | |
|---|---|---|---|---|---|---|
| 485.00 | JCP | 7.40 | 7.40 | 3,589.00 | 0.00 | 0.00 |
| 165.00 | CAH | 2.90 | 2.90 | 478.50 | 0.00 | 0.00 |
| Totals | | 10.30 | 10.30 | 4,067.50 | 0.00 | 0.00 |

-Fees-

Sorts:  Grouping code          (Paginate)
        Client code
        Actual employee code   (Subtotal)
        Transaction date

Ranges:
     Include "Client code" from WRG to WRG
     Exclude "Billable $" from 0.00 to 0.00
     Include "Invoice Number" from 103254 to 103254

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | CASE ADMINISTRATION | CAH | 06/07/12 | Review of and code May pre-bill to assure compliance with local rules. | 0.20 | 33.00 | Ca |
| WRG | CASE ADMINISTRATION | CAH | 06/14/12 | Update docket to system. | 0.20 | 33.00 | |
| | | | | | ----- | ------ | |
| | | | | | 0.40 | 66.00 | |
| | | | | | ----- | ------ | |
| | | | | | 0.40 | 66.00 | |
| | | | | | ----- | ------ | |

Total records this group:  2

WRG-AUS                                                                                                                                                7/19/2012  Pg 2

THOMAS MASTER Transaction Transfer
-Fees-

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---------|---------------------------|---------|------------|-------------------------|----------------|------------------|-------|
| WRG | LITIGATION | JCP | 06/07/12 | Review of Order Approving Settlement with Libby Claimants. | 0.20 | 97.00 | Li |
| WRG | LITIGATION | JCP | 06/11/12 | Review of Agenda for 6/18/12 Hearing; conference with paralegal re: registering John C. Phillips, Jr. to participate via Court Call; e-mail from Court Call confirming registration. | 0.20 | 97.00 | |
| WRG | LITIGATION | JCP | 06/12/12 | Review of Court Call confirmation for 6/18/12 Hearing; memorandum to file re: same. | 0.10 | 48.50 | |
| WRG | LITIGATION | JCP | 06/14/12 | Review of Amended Agenda canceling 6/18/12 Hearing. | 0.10 | 48.50 | |
| WRG | LITIGATION | JCP | 06/14/12 | Review of Court Call Notice of Cancellation of 6/18/12 Hearing. | 0.10 | 48.50 | |
| WRG | LITIGATION | JCP | 06/29/12 | Review of Agenda for 7/16/12 hearing. | 0.10 | 48.50 | |
| | | | | | ----- | ------- | |
| | | | | | 0.80 | 388.00 | |
| | | | | | ----- | ------- | |
| | | | | | 0.80 | 388.00 | |
| | | | | | ----- | ------- | |

Total records this group:  6

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 06/14/12 | Download and file Certificate of No Objection for Orrick's April Fee Application; e-mail docket number to D. Fullem. | 0.30 | 49.50 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 06/14/12 | Draft Certificate of No Objection for Phillips, Goldman & Spence April Fee Application and forward to John C. Phillips, Jr. to execute. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 06/14/12 | Begin draft of Phillips, Goldman & Spence Fee Application for May; conference with Tasha C. Steward re: invoice. | 0.50 | 82.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 06/14/12 | Complete May Fee Application for Phillips, Goldman & Spence. | 0.40 | 66.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 06/18/12 | Scan OCR and file and serve Phillips, Goldman & Spence Certificate of No Objection for April Fee Application. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 06/21/12 | Review of and revise Fee Application to Phillips, Goldman & Spence. | 0.10 | 16.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 06/25/12 | Scan, OCR and file Phillips, Goldman & Spence Fee Application for May and serve. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 06/25/12 | Download and file Orrick's May Fee Application and respond to e-mail from D. Fullem; send her docket number when filed. | 0.30 | 49.50 | |
| | | | | | 2.50 | 412.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 06/02/12 | Review of and revise downward May 2012 pre-bill. | 0.20 | 97.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 06/15/12 | Review of, revise and execute Certificate of No Objection re: Phillips, Goldman & Spence 83rd Monthly Fee Application; conference with Celeste A. Hartman re: same. | 0.20 | 97.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 06/20/12 | Review of and revise Phillips, Goldman & Spence 96th Monthly Fee Application; conference with Celeste A. Hartman re: revisions; review of and execute revised 96th Monthly Fee Application. | 0.40 | 194.00 | |
| | | | | | 0.80 | 388.00 | |
| | | | | | 3.30 | 800.50 | |

Total records this group:  11

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 06/11/12 | Review of Consolidated Order re: Motions for Reconsideration (.1); review of amended sections of Amended Memorandum Opinion (.5); review of 6/11/12 Order approving settlement between Debtors and CNA, confirming Joint Plan and issuing 524(g) injunction (.1). | 0.70 | 339.50 | ps |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 06/15/12 | E-mail from Debbie Felder re: filing Appellees' Response in Opposition to Anderson Memorial's Motion for Relief from Confirmation Order with enclosure (.1); review of black-lined version of same (.8). | 0.90 | 436.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 06/18/12 | E-mail from and e-mail to Debbie Felder re: need sign off on Appellee's Opposition to Anderson Memorial's Motion for Relief from Confirmation Order sometime today (.1); e-mail from and e-mail to local counsel for Debtors (2x) re: sign off on same (.1); review of black-lined revised version of same (.4); e-mail to and e-mail from Roger Frankel re: same (.1); e-mail from and e-mail to Rick Wyron re: same (.1); review of Roger Frankel's proposed revisions to same (.1); e-mail from and e-mail to local counsel for Debtors re: further revisions to same (.1); review of further revised version and compare to Roger Frankel's requested revisions (.2); e-mail from local counsel for Debtor agreeing to include Frankel's revisions (.1); review of ECF Notification re: setting briefing schedule on Anderson's Motion (.1). | 1.40 | 679.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 06/19/12 | Review of as filed version of Appellees' Opposition to Anderson's Motion for Relief from Confirmation Order. | 0.20 | 97.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 06/25/12 | E-mail from counsel for Debtors re: draft Status Report to be filed today with enclosure; review of same. | 0.10 | 48.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 06/26/12 | Review of Garlock's Emergency Motion to Stay 6/11/12 Amended Memorandum Opinion and Order (.9); review of Garlock's Motion to Expedite Hearing on same (.1); review of Garlock's Notice of Appeal to 3rd Circuit (.1); review of as filed Status Report (.1). | 1.20 | 582.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 06/27/12 | E-mail from Debbie Felder re: Plan Proponent's Response to Garlock's Motion to Stay Confirmation Order and review of same (.3); e-mail to D. Felder re: advising as to sing off (.1); e-mail from and e-mail to local counsel for Debtors re: same (.1); review of Judge Buckwalter's Order denying Garlock's Motion to Stay (.1); e-mail from and e-mail to D. Felder re: no need to file Response (.1); e-mail from and e-mail to local counsel for Debtors re: same (.1); review of ECF Notification re: docketing Garlock's Notice of Appeal (.1). | 0.90 | 436.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 06/28/12 | Review of 6/27/12 Opinion Denying Garlock's Motion to Stay. | 0.20 | 97.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 06/29/12 | Review of Anderson Memorial's Reply Brief in support of Motion for Relief from Confirmation Order. | 0.20 | 97.00 | |
| | | | | | 5.80 | 2,813.00 | |
| | | | | | 5.80 | 2,813.00 | |

Total records this group: 9

| | |
|---|---|
| 10.30 | 4,067.50 |

28 records printed.