# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

## EXPENSE RECORDS

## FOR THE TIME PERIOD
## JUNE 1, 2012 THROUGH
## JUNE 30, 2012

July 19, 2012

Orrick, Herrington & Sutcliffe, LLP

File WRG-AUS/JCP
Invoice number 103254

Re: W. R. Grace & Co.
    David T. Austern

COSTS ADVANCED

| | | |
|---|---|---:|
| 06/15/12 | Photocopies | 4.20 |
| 06/20/12 | Check No.: 49065 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 775.72 |
| 06/29/12 | Check No.: 49158 - John C. Phillips, Jr. - expense reimbursement, Court Call. | 30.00 |
| 06/29/12 | Check No.: 49158 - John C. Phillips, Jr. - expense reimbursement, parking for Hearing. | 16.25 |
| | Subtotal for COSTS only: 06/30/12 | $826.17 |