# EXHIBIT A
# ORRICK, HERRINGTON & SUTCLIFFE LLP
# INVOICES FOR THE TIME PERIOD
# JUNE 1-30, 2012


**ORRICK**

ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, D.C. 20005-1706

tel +1-202-339-8400
fax +1-202-339-8500
WWW.ORRICK.COM

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

July 13, 2012
Client No. 17367
**REVISED** Invoice No. 1375011
**REPLACES** Invoice No. 1374143

Orrick Contact: Roger Frankel

| | | |
|---|---|---|
| FOR SERVICES RENDERED through June 30, 2012 in connection with the matters described on the attached pages: | $ | 109,907.50 |
| DISBURSEMENTS as per attached pages: | | 2,533.29 |
| **TOTAL CURRENT FEES & DISBURSEMENTS** (Pay this Amount): | $ | **112,440.79** |

Matter(s): 17367/11, 13, 2, 7, 8

## DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:
$449,025.07
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701. Fax (304) 231-2501.

### REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

| REMITTANCE ADDRESS: | ELECTRONIC FUNDS TRANSFERS: | OVERNIGHT DELIVERY: |
|---|---|---|
| Orrick, Herrington & Sutcliffe LLP
Lockbox #774619
4619 Solutions Center
Chicago, IL 60677-4006
Reference: 17367/ Invoice: 1375011 | *ACH & Wire Transfers:*
*ABA Number 121000248*
*SWIFT CODE: WFBIUS6S*
*Account Number: 4123701088*
Wells Fargo
420 Montgomery Street
San Francisco, CA 94104
Account of
Orrick, Herrington & Sutcliffe LLP
Reference: 17367/ Invoice: 1375011
E.I.N. 94-2952627 | Orrick, Herrington & Sutcliffe LLP
c/o Wells Fargo
Attn: Lockbox #774619
350 East Devon Avenue
Itasca, IL 60143
(213) 614-3248
Reference: 17367/ Invoice: 1375011 |



# ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, D.C. 20005-1706

tel +1-202-339-8400
fax +1-202-339-8500

WWW.ORRICK.COM

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

July 13, 2012
Client No. 17367
Invoice No. 1375011

Orrick Contact: Roger Frankel

For Legal Services Rendered Through June 30, 2012 in Connection With:

## Matter: 7 - Insurance Matters

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 06/18/12 | R. Wyron | Call with P. Mahaley re insurer inquiry and plan provisions, and review same. | 0.70 |
| 06/28/12 | D. Felder | Review draft escrow agreement regarding Royal. | 1.50 |
| 06/29/12 | D. Felder | Review and revise escrow agreement. | 2.00 |

Total Hours    4.20
Total For Services    $2,887.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 3.50 | 650.00 | 2,275.00 |
| Richard H. Wyron | 0.70 | 875.00 | 612.50 |
| Total All Timekeepers | 4.20 | $687.50 | $2,887.50 |

**Total For This Matter**    **$2,887.50**



# ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 2

July 13, 2012  
Invoice No. 1375011

For Legal Services Rendered Through June 30, 2012 in Connection With:

**Matter: 8 - Litigation**

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 06/01/12 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 06/01/12 | R. Wyron | Review warrant proposal and follow-up. | 0.30 |
| 06/01/12 | R. Wyron | Revise Canada letter and respond to e-mails re same. | 0.30 |
| 06/01/12 | R. Frankel | Review warrant proposal from J. Sinclair to Blackstone (.4); e-mails regarding same (.2). | 0.60 |
| 06/01/12 | R. Frankel | Review various Canada objections, appeal briefs (1.4); review, edit R. Wyron draft letter to Canadian counsel regarding structure of settlement (.5). | 1.90 |
| 06/04/12 | D. Felder | Review Anderson Memorial Hospital's motion for relief from confirmation order (.3); review COC regarding Libby settlement (.2). | 0.50 |
| 06/04/12 | R. Frankel | Review confirmation, appeal issues in connection with effective date, mootness. | 1.20 |
| 06/04/12 | R. Frankel | Review correspondence and series of e-mails (R. Wyron, A. Paul) regarding Canada. | 0.80 |
| 06/05/12 | D. Felder | Review pleadings regarding PD issues and e-mail correspondence regarding same. | 3.00 |
| 06/05/12 | R. Wyron | Call with ACC and Debtors' counsel (.6); follow-up on Canada and finalize letter (.5). | 1.10 |
| 06/05/12 | R. Frankel | Review issues in preparation for Grace working team call. | 0.60 |
| 06/05/12 | R. Frankel | Telephone conference with J. Donley, A. Paul, P. Lockwood, R. Wyron, Grace re status of case, settlement issues (.9); telephone conference with R. Wyron re same (.2); notes re same (.2). | 1.30 |
| 06/05/12 | R. Frankel | Review as-filed order approving Libby-BNSF Settlement Agreements. | 0.60 |
| 06/05/12 | R. Frankel | Review series of e-mails re Montana. | 0.40 |
| 06/06/12 | D. Felder | Research regarding PD issues (2.0); telephone conference with M. Hurford regarding update (.1). | 2.10 |
| 06/06/12 | R. Wyron | Review approval order and e-mails re same (.3); follow-up on Canada issue (.2). | 0.50 |
| 06/06/12 | R. Frankel | Confer with R. Wyron re Libby settlement, Montana, Canada (.4); notes re same (.2). | 0.60 |


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 3

July 13, 2012
Invoice No. 1375011

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 06/06/12 | R. Frankel | Review new approval order with all exhibits from Kirkland (.8); e-mails re same (.1). | 0.90 |
| 06/07/12 | R. Frankel | Review with R. Wyron CNA correspondence, agenda for Lincoln meeting. | 0.30 |
| 06/07/12 | R. Frankel | Review various correspondence from M. Giannotto re CNA-Libby-Arrowood settlement. | 0.70 |
| 06/11/12 | D. Fullem | Review updates to Grace District Court and Third Circuit dockets; circulate opinion in District Court and other filings to group as per R. Wyron request. | 0.50 |
| 06/11/12 | J. Burke | Review J. Buckwalter's amended opinion. | 0.50 |
| 06/11/12 | R. Wyron | Review and analyze District Court decision. | 1.60 |
| 06/11/12 | R. Frankel | Preliminary review of revised J. Buckwalter opinion. | 1.20 |
| 06/12/12 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 06/12/12 | D. Felder | Review Judge Buckwalter's opinion and order. | 1.60 |
| 06/12/12 | R. Frankel | Review agenda, e-mails re June 18 Omnibus Hearing (.1); confer with R. Wyron re case issues (.3). | 0.40 |
| 06/12/12 | R. Frankel | Read memorandum opinion of J. Buckwalter (2.5); notes re FCR language (.2). | 2.70 |
| 06/13/12 | D. Fullem | Review and respond to D. Felder regarding J. Baer removed from service list. | 0.20 |
| 06/14/12 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 06/14/12 | D. Felder | Review draft response to Anderson Memorial Hospital's motion for relief (1.0); e-mail correspondence regarding same (.1); conference with Lincoln team and D. Austern regarding quarterly financial review (1.5); review Debtors' de minimis sale notice and attached documents (.8). | 3.40 |
| 06/14/12 | R. Wyron | Review materials for meeting with D. Austern (.4); meet with D. Austern and Lincoln team on financial issues, warrant and emergence issues and follow-up regarding same (2.1); review materials from Lincoln (.3); confer with R. Frankel re Montana (.4); review AMH draft (.9). | 4.10 |
| 06/14/12 | R. Frankel | Telephone conference with E. Inselbuch re Montana. | 0.30 |
| 06/14/12 | R. Frankel | Review draft appellees' response to AMH Rule 60(b) Motion (1.1); notes re same (.2). | 1.30 |
| 06/14/12 | R. Frankel | Review Rule 60(b). | 0.40 |
| 06/14/12 | R. Frankel | Telephone conference with J. Donley re AMH pleading, Montana (.3); series of e-mails re same (.4). | 0.70 |
| 06/14/12 | R. Frankel | Confer with Lincoln, R. Wyron, D. Austern, D. Felder re semi-annual update on Grace (1.6); notes re same (.2). | 1.80 |
| 06/15/12 | D. Fullem | Review recently filed pleadings. | 0.20 |


**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 4

July 13, 2012  
Invoice No. 1375011

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 06/15/12 | D. Felder | E-mail correspondence to J. Phillips regarding response to Anderson Memorial Hospital's motion (.1); review revised draft regarding same (.5). | 0.60 |
| 06/15/12 | R. Wyron | Review AMH draft pleading and provide final comments. | 0.50 |
| 06/15/12 | R. Frankel | Review Lincoln financial presentation details. | 0.80 |
| 06/15/12 | R. Frankel | Telephone conference with A. Paul regarding stock, warrant issues (.2); draft e-mail to client, Lincoln regarding same (.3). | 0.50 |
| 06/15/12 | R. Frankel | Review cases regarding exposure criteria. | 0.40 |
| 06/15/12 | R. Frankel | Review notice of proposed sale of Bondera division and related sales agreement (1.0); e-mails with R. Higgins regarding same (.1). | 1.10 |
| 06/15/12 | R. Frankel | Review D. Felder memo regarding AMH settlement in other matters in Federal Mogul case (.4); review related settlement agreement (.5). | 0.90 |
| 06/15/12 | R. Frankel | Review revised response to AMH Rule 60 to Motion (.8); series of e-mails regarding same with J. Donley, M. Shelnitz, P. Lockwood (.4). | 1.20 |
| 06/18/12 | D. Fullem | Review email from R. Wyron; download decision in Grumman Olson case in SDNY re successor liability issue. | 0.30 |
| 06/18/12 | D. Felder | Review revised objection to Anderson Memorial Hospital's motion (.7); review PD FCR's response regarding same (.3). | 1.00 |
| 06/18/12 | R. Wyron | Review AMH pleading and follow-up (.4); prepare notes for 6/19 call (.2). | 0.60 |
| 06/18/12 | R. Frankel | Prepare, consider memo regarding Grace stock transaction with banker. | 1.20 |
| 06/18/12 | R. Frankel | Review response to AMH Rule 60(b) Motion filed by PD FCR. | 0.60 |
| 06/18/12 | R. Frankel | Review, edit Appellee's Response to AMH Rule 60 to Motion (1.0); series of e-mails regarding same (.3); series of e-mails regarding same with L. Esayian, P. Lockwood, R. Wyron (.3). | 1.60 |
| 06/19/12 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 06/19/12 | R. Wyron | Call with Grace and ACC counsel re AMH, appeal timeline and warrant issues (1.2); calls with R. Frankel re warrants (.4); call with J. Radecki re same (.3); review materials from Blackstone re warrant issues (.5). | 2.40 |
| 06/19/12 | R. Frankel | Review J. Buckwalter opinion re various appeal issues. | 1.30 |
| 06/19/12 | R. Frankel | Telephone conference with R. Wyron re banker transaction, warrants in preparation for team call. | 0.50 |


**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 5

July 13, 2012  
Invoice No. 1375011

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 06/19/12 | R. Frankel | Telephone conference with Grace, P. Donley, A. Paul, P. Lockwood, R. Wyron re appeal, settlement issues (1.1); prepare notes re same (.3). | 1.40 |
| 06/19/12 | R. Frankel | Prepare outline of open effective date issues per team telephone conference. | 0.60 |
| 06/19/12 | R. Frankel | Review Blackstone/Grace presentation re warrant transaction. | 1.20 |
| 06/20/12 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 06/20/12 | R. Wyron | Review presentation on warrant transaction and organize notes. | 0.80 |
| 06/20/12 | R. Frankel | Review plan of reorganization, Bankruptcy Code re authority of debtors' post-confirmation and pre-effective date. | 2.20 |
| 06/20/12 | R. Frankel | Telephone conference with R. Wyron re warrant presentation (.3); telephone conference with D. Austern re case issues, status (.5). | 0.80 |
| 06/20/12 | R. Frankel | Review Thorpe case re elements of equitable mootness (1.1); notes re same (.2). | 1.30 |
| 06/20/12 | R. Frankel | Confer with R. Wyron re warrant deal, process for approval (.5); notes re same (.1). | 0.60 |
| 06/21/12 | D. Fullem | Research investment bankers in Grace bankruptcy case; e-mail to R. Wyron and R. Frankel re same. | 0.50 |
| 06/21/12 | R. Wyron | Call with Lincoln re proposal on warrants (.7); review proposal terms and notes re same (.4). | 1.10 |
| 06/21/12 | R. Frankel | Telephone conference with A. Paul re Grace deal re warrants (.2); prepare notes re same (.2). | 0.40 |
| 06/21/12 | R. Frankel | Review warrant presentation in preparation for call with Lincoln. | 0.70 |
| 06/21/12 | R. Frankel | Telephone conference with J. Radecki, R. Wyron re Grace warrant transaction. | 0.80 |
| 06/22/12 | R. Frankel | Prepare notes, memo re open issues with respect to Grace warrant deal. | 1.40 |
| 06/22/12 | R. Frankel | Review effective date issues. | 0.70 |
| 06/25/12 | J. Burke | Confer with R. Wyron regarding research issue. | 0.20 |
| 06/25/12 | D. Felder | Review letter from bank lenders regarding Third Circuit appeal. | 0.10 |
| 06/25/12 | R. Wyron | Review analysis from Blackstone re warrant (.6); telephone conference with A. Paul re issues (.4); conferences with R. Frankel and follow-up re same (.4); telephone conference with J. Radecki re warrant and hedge and respond to e-mails re same (.7). | 2.10 |


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 6

July 13, 2012  
Invoice No. 1375011

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 06/25/12 | R. Wyron | Review draft response to stay motion. | 0.30 |
| 06/25/12 | R. Frankel | Series of e-mails re stay pending appeal-Garlock (.3); confer with R. Wyron re same (.3). | 0.60 |
| 06/25/12 | R. Frankel | Review issues re approval of Grace warrant transaction. | 0.80 |
| 06/25/12 | R. Frankel | Review further Blackstone presentations from Lincoln. | 1.30 |
| 06/25/12 | R. Frankel | Confer with R. Wyron re status of Grace warrant transaction; notes re same. | 0.40 |
| 06/25/12 | R. Frankel | Review preliminary draft from J. Donley of response to Garlock stay motion. | 0.70 |
| 06/26/12 | D. Fullem | Review e-mail from R. Frankel and review pleadings in district court case 11-199. | 0.50 |
| 06/26/12 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 06/26/12 | J. Burke | Research regarding warrant agreement. | 1.40 |
| 06/26/12 | D. Felder | Review Garlock's motion to stay (1.0); review e-mail correspondence from J. Radecki regarding warrant issues (.2). | 1.20 |
| 06/26/12 | R. Wyron | Telephone conference with Grace counsel and follow-up (.8); review AMH pleading and draft response re same (.9). | 1.70 |
| 06/26/12 | R. Wyron | Work on warrant analysis. | 0.60 |
| 06/26/12 | R. Frankel | Telephone conference with M. Shelnitz, J. Donley, A. Paul, R. Wyron re warrant deal, effective date issues (.7); notes re same (.2). | 0.90 |
| 06/26/12 | R. Frankel | Review Garlock emergency motion for stay and related pleadings. | 2.30 |
| 06/26/12 | R. Frankel | Confer with R. Wyron re effective date conditions (.6); review plan re same (.6). | 1.20 |
| 06/27/12 | D. Felder | Conference with R. Wyron regarding research issues (1.3); e-mail correspondence and telephone conference with P. Mahaley regarding same and follow-up (.8); research confirmation issues (1.5); review Debtors' revised draft opposition to Garlock's stay motion and e-mail correspondence regarding same (.5); review Judge Buckwalter's opinion and order denying stay motion and e-mail correspondence regarding same (.5); review Third Circuit appeal regarding Garlock and case opening letter regarding same (.3); e-mail correspondence with R. Frankel, R. Wyron and D. Fullem regarding same (.2). | 5.10 |
| 06/27/12 | R. Wyron | Conference with D. Felder re appeal, stay motion, pending matters and Third Circuit brief. | 0.60 |


**ORRICK**

| David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367 | | | July 13, 2012 |
|---|---|---|---|
| page 7 | | | Invoice No. 1375011 |

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 06/27/12 | R. Wyron | Conference with D. Felder re effective date issues, Trust funding and follow-up (.9); work on open issues list and organize outline (.7). | 1.60 |
| 06/27/12 | R. Frankel | Review draft Plan Proponents' Response to Garlock's Renewed Stay Motion (1.2); review prior Appellee Response to Garlock (.9). | 2.10 |
| 06/27/12 | R. Frankel | Confer with R. Wyron re draft Plan Proponents' Response (.4); telephone conference with R. Wyron, J. Donley re changes to Response (.5). | 0.90 |
| 06/27/12 | R. Frankel | Prepare memo re effective date issues for discussion with client (1.8); review plan re effective date conditions (.5). | 2.30 |
| 06/27/12 | R. Frankel | Review revised draft from J. Donley of Response to Garlock. | 0.60 |
| 06/28/12 | D. Fullem | Review settlement documents re Libby Claimants and BNSF. | 1.00 |
| 06/28/12 | D. Fullem | Confer with R. Wyron re settlement with Libby Claimants and BNSF. | 0.20 |
| 06/28/12 | D. Fullem | Review filings/appeal in 11-199 case (.3); e-mail to D. Felder, R. Wyron and R. Frankel regarding same (.2). | 0.50 |
| 06/28/12 | D. Felder | Research issues regarding plan and effective date. | 2.50 |
| 06/28/12 | R. Smith | Telephone conference with R. Wyron regarding alternative liquidity options for warrants. | 0.50 |
| 06/28/12 | R. Wyron | Review agreement status with M. Giannotto and follow-up (.6); review AMH filing and case law (.7). | 1.30 |
| 06/28/12 | R. Wyron | Work on effective date analysis (.8); telephone conference with R. Smith re warrants and follow-up (.6); review warrant analysis (.4). | 1.80 |
| 06/28/12 | R. Frankel | Further preparation of memo to client regarding effective date issues. | 1.10 |
| 06/28/12 | R. Frankel | Review letter from Court of Appeals, e-mails regarding same. | 0.30 |
| 06/28/12 | R. Frankel | Read Memorandum Opinions of Judge Buckwalter denying Garlock motion, series of e-mails regarding same. | 1.30 |
| 06/28/12 | R. Frankel | Review presentation regarding Project Capricorn (.5); review Grace organizational chart regarding same (.3). | 0.80 |
| 06/29/12 | D. Fullem | Prepare notices of appearance and corporate disclosure form for new Garlock/Grace appeal to 3rd Circuit. | 1.00 |


**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -                July 13, 2012
17367                                                                                 Invoice No. 1375011
page 8

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 06/29/12 | D. Felder | Review Anderson Memorial Hospital's response in support of motion (.5); review PD FCR's sur-reply regarding same (.2); review outline from R. Frankel regarding effective date issues (.5); analyze issues regarding same (.5); telephone conference with R. Frankel, R. Wyron and D. Austern regarding same and follow-up (.8); review draft notices of appearance and corporate disclosure for Third Circuit appeal and e-mail correspondence with D. Fullem regarding same (.2). | 2.70 |
| 06/29/12 | R. Smith | Review e-mails regarding warrant alternatives. | 0.10 |
| 06/29/12 | R. Wyron | Review memo re Effective Date issues (.4); call with D. Austern re Effective Date issues and follow-up (.6). | 1.00 |
| 06/29/12 | R. Wyron | Review Garlock's emergency motion to stay and e-mails re same. | 1.20 |
| 06/29/12 | R. Frankel | Telephone conference with D. Austern, R. Wyron, D. Felder regarding effective date issues (.5); notes regarding same (.3). | 0.80 |
| 06/29/12 | R. Frankel | Review AMH Reply Memorandum regarding Rule 60 Motion (.8); review PD FCR Sur-Reply (.3). | 1.10 |
| 06/29/12 | R. Frankel | Finalize draft memo regarding effective date issues in preparation for call with client. | 0.80 |
| 06/29/12 | R. Frankel | Telephone conference with R. Wyron regarding Grace warranty transaction, telephone conference with R. Smith (.3); notes regarding same (.1). | 0.40 |
| 06/30/12 | R. Frankel | Preliminary review, e-mails regarding Garlock Emergency Motion to Stay. | 1.20 |

                                    Total Hours                    120.90
                                    Total For Services                          $103,595.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| James W. Burke | 2.10 | 550.00 | 1,155.00 |
| Debra Felder | 23.80 | 650.00 | 15,470.00 |
| Roger Frankel | 62.80 | 995.00 | 62,486.00 |
| Debra O. Fullem | 6.10 | 270.00 | 1,647.00 |
| Richard V. Smith | 0.60 | 875.00 | 525.00 |
| Richard H. Wyron | 25.50 | 875.00 | 22,312.50 |
| Total All Timekeepers | 120.90 | $856.87 | $103,595.50 |



# ORRICK

| | | |
|---|---|---|
| David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367<br>page 9 | | July 13, 2012<br>Invoice No. 1375011 |

Disbursements

| | | |
|---|---:|---:|
| Document Reproduction | 10.80 | |
| Express Delivery | 150.17 | |
| Out of Town Business Meals | 15.36 | |
| Outside Reproduction Services | 1.65 | |
| Taxi Expense | 20.75 | |
| Travel Expense, Air Fare | 1,230.11 | |
| Travel Expense, Local | 359.00 | |
| Travel Expense, Out of Town | 558.84 | |
| Westlaw Research | 186.61 | |
| Total Disbursements | | $2,533.29 |

**Total For This Matter**     **$106,128.79**


# ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 10

July 13, 2012
Invoice No. 1375011

For Legal Services Rendered Through June 30, 2012 in Connection With:

Matter: 11 - **Compensation of Professionals - Other**

| 06/14/12 | D. Fullem | Review signed Order on quarterly fee applications. | | | 0.20 |
|---|---|---|---|---|---|
| | | Total Hours | | 0.20 | |
| | | Total For Services | | | $54.00 |

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Debra O. Fullem | 0.20 | 270.00 | 54.00 |
| Total All Timekeepers | 0.20 | $270.00 | $54.00 |

**Total For This Matter**     **$54.00**


**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 11

July 13, 2012
Invoice No. 1375011

For Legal Services Rendered Through June 30, 2012 in Connection With:

**Matter: 13 - Compensation of Professionals - Orrick**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 06/01/12 | D. Fullem | Review status of fee application filings. | 0.50 |
| 06/05/12 | D. Fullem | Review status of fee application filings/payments. | 0.20 |
| 06/06/12 | D. Felder | Review May prebill. | 1.00 |
| 06/08/12 | D. Fullem | Review recent payment information; update fee/expense charts; e-mail to R. Frankel, R. Wyron and V. Crossley. | 0.40 |
| 06/12/12 | D. Fullem | Prepare CNO for Orrick's April fee application; e-mail to D. Felder for review/comment/signature. | 0.50 |
| 06/13/12 | D. Felder | Review CNO for Orrick's April fee application. | 0.20 |
| 06/14/12 | D. Fullem | Review CNO re April invoice; e-mail to C. Hartman for filing. | 0.20 |
| 06/14/12 | D. Fullem | E-mail to P. Reyes re final May invoice. | 0.10 |
| 06/14/12 | D. Fullem | Review recent fee application filings/payment status. | 0.20 |
| 06/19/12 | D. Fullem | Review May invoice. | 0.50 |
| 06/19/12 | D. Fullem | Begin draft of May monthly fee application. | 0.80 |
| 06/19/12 | D. Fullem | Review and respond to email from accounting regarding Westlaw/Lexis reports. | 0.20 |
| 06/19/12 | D. Fullem | Prepare email to P. Reyes regarding comments/edits to May invoice. | 0.20 |
| 06/20/12 | D. Fullem | Continue draft of May fee application. | 0.50 |
| 06/21/12 | D. Fullem | Finalize draft of May fee application; e-mail to D. Felder and R. Wyron. | 0.50 |
| 06/22/12 | D. Fullem | Review fee application status. | 0.20 |
| 06/22/12 | D. Fullem | Review email from P. Reyes with revised May invoice. | 0.20 |
| 06/22/12 | D. Fullem | Review and respond to email from D. Felder regarding status of comments to draft May fee application. | 0.20 |
| 06/22/12 | D. Fullem | Finalize draft of May fee application; send to D. Felder and R. Wyron for review/comment. | 0.50 |
| 06/25/12 | D. Fullem | Coordinate filing/serving of Orrick's CNO for April fee application. | 0.50 |
| 06/25/12 | D. Fullem | Review and prepare revisions to May fee application. | 0.40 |
| 06/25/12 | D. Fullem | Coordinate filing/serving of May fee application. | 0.40 |
| 06/25/12 | D. Felder | Review May fee application and e-mail correspondence with D. Fullem regarding same. | 0.30 |


**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -  July 13, 2012
17367  Invoice No. 1375011
page 12

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 06/25/12 | R. Wyron | Review interim fee application and provide comments re same. | 0.30 |
| 06/29/12 | D. Fullem | Prepare expense charts for Jan-Mar 2012 invoices; e-mail to B. Ruhlander regarding same. | 0.70 |

             Total Hours              9.70
             Total For Services                    $3,370.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 1.50 | 650.00 | 975.00 |
| Debra O. Fullem | 7.90 | 270.00 | 2,133.00 |
| Richard H. Wyron | 0.30 | 875.00 | 262.50 |
| Total All Timekeepers | 9.70 | $347.47 | $3,370.50 |

                 Total For This Matter          $3,370.50

\* \* \* COMBINED TOTALS \* \* \*

             Total Hours                  135.00
             Total Fees, all Matters                $109,907.50
             Total Disbursements, all Matters           $2,533.29
             Total Amount Due                      $112,440.79