IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) |  |
| W.R. GRACE & CO., et al. ) | Case No. 01-1139 (JKF) |
| ) |  |
| Debtors. ) | Objection Deadline: August 14, 2012 at 4:00 p.m. |
| ) | Hearing: Scheduled if Necessary (Negative Notice) |

COVER SHEET TO SIXTY-FIRST MONTHLY APPLICATION OF
TOWERS WATSON, ACTUARIAL CONSULTANTS
TO DAVID T. AUSTERN, ASBESTOS PI FUTURE
CLAIMANTS' REPRESENTATIVE FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
JUNE 1, 2012 THROUGH JUNE 30, 2012

| | |
|---|---|
| Name of Applicant: | Towers Watson |
| Authorized to Provide Professional Services to: | David T. Austern, Asbestos PI Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of December 29, 2004 (pursuant to this Court's Order entered March 21, 2004) |
| Period for which compensation is sought: | June 1, 2012 through June 30, 2012 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $1,410.40 |
| 80% of fees to be paid: | $1,763.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ 0.00 |
| Total Fees @ 80% and 100% Expenses: | $1,410.40 |

This is an: ___ interim  X  monthly  ___ final application.

## COMPENSATION SUMMARY
### June 2012

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jenni Biggs | Consulting Actuary (27 years) FCAS | $715 | 0.20 | $143.00 |
| Julianne Callaway | Analyst (8 years) ACAS | $360 | 4.50 | $1,620.00 |
| **Total Blended Rate: $375.11** | | | **4.70** | **$1,763.00** |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Data Analysis | 4.70 | $1,763.00 |

## EXPENSE SUMMARY

| Expense Category | Total |
|---|---|
| No Expenses | $0.00 |

| June 2012 – Grand Total | $1,763.00 |
|---|---|

Respectfully submitted,

TOWERS WATSON

By: */S/ JENNIFER L. BIGGS*
    Jennifer L. Biggs, FCAS, MAAA
    101 S. Hanley Rd.
    St. Louis, MO 63105
    (314) 719-5843

Dated: July 15, 2012

2