# EXHIBIT A

## June 2012

| Name | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Jenni Biggs | 6/26/2012 | 0.20 | $715 | $143.00 | Review Libby information |
| | | 0.20 | | $143.00 | |
| Julianne Callaway | 6/4/2012 | 1.00 | $360 | $360.00 | Review Libby information |
| Julianne Callaway | 6/21/2012 | 2.00 | $360 | $720.00 | Review Libby information |
| Julianne Callaway | 6/22/2012 | 1.50 | $360 | $540.00 | Review Libby information |
| | | 4.50 | | $1,620.00 | |
| | | 4.70 | | $1,763.00 | |