# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| | : | |
| **W.R. GRACE & CO.,** *et. al.*, | : | **CIVIL ACTION NO. 11-199 (Lead Case)** |
| | : | **CIVIL ACTION NO. 11-200** |
| | : | **CIVIL ACTION NO. 11-201** |
| **Debtors.** | : | **CIVIL ACTION NO. 11-202** |
| | : | **CIVIL ACTION NO. 11-203** |
| | : | **CIVIL ACTION NO. 11-207** |
| | : | **CIVIL ACTION NO. 11-208** |
| | : | **CIVIL ACTION NO. 09-644** |
| | : | **CIVIL ACTION NO. 09-807** |
| | : | |
| | : | *Procedurally Consolidated.* |
| | : | |
| | : | |

## ORDER

**AND NOW**, this *23rd* day of *July*, 2012, upon consideration of Appellant Anderson Memorial Hospital's ("AMH") Motion for Relief from Order and Memorandum Opinion Affirming Confirmation Order (Docket No. 213), the Response of the Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands ("Future Claims Representative") (Docket No. 219), Appellee W.R. Grace & Co.'s Response in Opposition (Docket No. 220), AMH's Reply (Docket No. 228), and the Future Claims Representative's Surreply (Docket No. 229), it is hereby **ORDERED** that AMH's Motion for Relief is **DENIED**.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.