## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
|  | ) |  |
| In re | ) | Chapter 11 |
|  | ) | Case No. 01-01139 (JKF) |
| **W.R. GRACE & CO.**, **et al**., | ) | (Jointly Administered) |
| Debtors. | ) |  |
|  | ) |  |

### PROOF OF SERVICE

I, Lauri Shippers, am over the age of eighteen years and not a party to the within action. I am employed by BMC Group, the Claims Reconciliation and Solicitation Consultant, for and on behalf of Rust Consulting, Inc., the Official Noticing Agent of the Court. My business address is 300 N Continental Blvd., Suite 570, El Segundo, California 90245. On 7/25/2012, I caused a true and correct copy of the "Notice of Defective Transfer of Claim" re: docket no. 29292 to be served upon the following parties:

> SIERRA ASSET MANAGEMENT LLC
> 2699 WHITE ROAD, SUITE 255
> IRVINE, CA 92614
>
> SIERRA LIQUIDITY FUND LLC
> 2699 WHITE RD, SUITE 255
> IRVINE, CA 92614

by placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully pre-paid, and deposited in the mail in Paramount, California.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 7/25/2012

                                                     */s/Lauri Shippers*
                                                      Lauri Shippers

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re | ) Chapter 11 |
|  | ) Case No. 01-01139 (JKF) |
| **W.R. GRACE & CO.**, **et al.**,[1] | ) (Jointly Administered) |
| Debtors. | ) |

### NOTICE OF DEFECTIVE TRANSFER OF CLAIM RE DOCKET 29292

**Filed**: 7/17/2012
**Docket Number**: 29292
**Transferor**: SIERRA ASSET MANAGEMENT LLC
**Transferee**: SIERRA LIQUIDITY FUND LLC

PLEASE TAKE NOTICE, that the Transfer of Claim (the "Transfer Notice") referenced above that was filed with the Clerk of the Court is being returned to the Transferee as a Defective Transfer of Claim for the following reason(s):

☐ The Claim has been previously transferred in its entirety to another Transferee.

☒ Proof of Claim has already been filed.

☐ Proof of Claim filed in a different amount than reflected in Transfer Notice.

☒ Other: Wrong rule cited; Proof of claim filed by Sierra Capital

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Dated:  7/25/2012                    **BMC GROUP**
                                     Claims Reconciliation and Solicitation Consultant
                                     300 N. Continental Blvd., Suite 570
                                     El Segundo, CA 90245

                                     For and on behalf of Rust Consulting, Inc.
                                     Official Claims and Noticing Agent for the
                                     Clerk of the Court