# EXHIBIT A

# DuaneMorris

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
LAKE TAHOE
HO CHI MINH CITY

June 06, 2012

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001        Invoice# 1766843            IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 05/31/2012 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 2.90 hrs. at | $780.00 | /hr. = | $2,262.00 | |
| WS KATCHEN | OF COUNSEL | 0.60 hrs. at | $875.00 | /hr. = | $525.00 | |
| S LENKIEWICZ | PARALEGAL | 1.70 hrs. at | $185.00 | /hr. = | $314.50 | |
| | | | | | | $3,101.50 |

DISBURSEMENTS
COLOR PRINTING & DUPLICATING - INTERNAL          $1.47
OVERNIGHT MAIL                                  $21.55
POSTAGE                                        $111.40
PRINTING & DUPLICATING                         $139.20
PRINTING & DUPLICATING - EXTERNAL              $240.60
TOTAL DISBURSEMENTS                                          $514.22

BALANCE DUE THIS INVOICE                                    $3,615.72

D<small>UANE</small> M<small>ORRIS</small><small>LLP</small>

Duane Morris
June 06, 2012
Page 2

File # K0248-00001 INVOICE# 1766843
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 5/18/2012 | 008 | MR LASTOWSKI | REVIEW MOTION TO APPROVE 2012 LONG TERM INCENTIVE PLAN | 0.20 | $156.00 |
| | | | Code Total | 0.20 | $156.00 |

File # K0248-00001  INVOICE# 1766843
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 5/1/2012 | 012 | S LENKIEWICZ | FINALIZE DUANE MORRIS 43RD QUARTERLY FEE APPLICATION (.2); PREPARE EXHIBITS FOR EFILING (.2); FINALIZE COS (.1); EFILE 43RD QUARTERLY FEE APPLICATION (.2); PREPARE AS-FILED COPY AND COORDINATE SERVICE OF SAME (.2); CALENDAR DEADLINES (.1) | 1.00 | $185.00 |
| 5/8/2012 | 012 | S LENKIEWICZ | PREPARE DUANE MORRIS 123RD MONTHLY FEE APPLICATION AND EXHIBIT (.5); FORWARD SAME TO D. MARRA WITH FILING INSTRUCTIONS FOR MAY 25 (.2) | 0.70 | $129.50 |
| | | | Code Total | 1.70 | $314.50 |

Duane Morris
June 06, 2012
Page 4

File # K0248-00001 INVOICE# 1766843
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 5/18/2012 | 015 | MR LASTOWSKI | REVIEW AGENDA NOTICE FOR 5/23/12 HEARING AND REVIEW AGENDA ITEMS | 0.60 | $468.00 |
| | | | Code Total | 0.60 | $468.00 |

Duane Morris
June 06, 2012
Page 5

File # K0248-00001                                                                                              INVOICE# 1766843
     W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 5/1/2012 017 | MR LASTOWSKI | REVIEW STATUS OF APPEALS | 0.40 | $312.00 |
| 5/11/2012 017 | MR LASTOWSKI | REVIEW OBJECTION TO FAIR HARBOR CAPITAL'S NOTICE OF NON-DEFAULT CONTRACT RATE OF INTEREST | 0.20 | $156.00 |
| 5/16/2012 017 | MR LASTOWSKI | REVIEW FILINGS RE: APPEAL STATUS | 0.90 | $702.00 |
| 5/21/2012 017 | MR LASTOWSKI | E-MAIL EXCHANGE WITH K. PASQUALE RE: STATUS | 0.10 | $78.00 |
| 5/23/2012 017 | MR LASTOWSKI | REVIEW DOCKETS RE:APPEAL STATUS | 0.40 | $312.00 |
| 5/24/2012 017 | MR LASTOWSKI | REVIEW THIRD CIRCUIT UPDATE | 0.10 | $78.00 |
| | | Code Total | 2.10 | $1,638.00 |

Duane Morris
June 06, 2012
Page 6

File # K0248-00001                                                                INVOICE# 1766843
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 5/8/2012 | 025 | WS KATCHEN | REVIEW MEMO TO COMMITTEE. | 0.20 | $175.00 |
| 5/14/2012 | 025 | WS KATCHEN | REVIEW CAPSTONE ANALYSIS - CONFIDENTIAL ACQUISITION (HELIOS). | 0.20 | $175.00 |
| 5/30/2012 | 025 | WS KATCHEN | REVIEW CAPSTONE REPORT. | 0.20 | $175.00 |
| | | | Code Total | 0.60 | $525.00 |
| | | | TOTAL SERVICES | 5.20 | $3,101.50 |

Duane Morris
June 06, 2012
Page 7

File # K0248-00001 INVOICE# 1766843
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|---|---|---|---:|
| 05/31/2012 | PRINTING & DUPLICATING - EXTERNAL | | 240.60 |
| | | Total: | $240.60 |
| 05/31/2012 | POSTAGE | | 111.40 |
| | | Total: | $111.40 |
| 05/01/2012 | OVERNIGHT MAIL PACKAGE SENT TO DAVID SIEGEL AT WR GRACE - COLUMBIA, MD FROM STEPHANIE LENKIEWICZ AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #798344632810) | | 9.32 |
| 05/01/2012 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAY AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM STEPHANIE LENKIEWICZ AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #798344637628) | | 12.23 |
| | | Total: | $21.55 |
| 05/31/2012 | COLOR PRINTING & DUPLICATING - INTERNAL | | 1.47 |
| | | Total: | $1.47 |
| 05/31/2012 | PRINTING & DUPLICATING | | 139.20 |
| | | Total: | $139.20 |
| | | TOTAL DISBURSEMENTS | $514.22 |

Duane Morris
June 06, 2012
Page 8

File # K0248-00001  INVOICE# 1766843
      W.R. GRACE & CO.

| TIMEKEEPER NO. | NAME | CLASS | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 02394 | MR LASTOWSKI | PARTNER | 2.90 | 780.00 | $2,262.00 |
| 02602 | WS KATCHEN | OF COUNSEL | 0.60 | 875.00 | $525.00 |
| 03723 | S LENKIEWICZ | PARALEGAL | 1.70 | 185.00 | $314.50 |
|  |  |  | 5.20 |  | $3,101.50 |