# EXHIBIT A

# DuaneMorris

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
LAKE TAHOE
HO CHI MINH CITY

July 03, 2012

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001      Invoice# 1774239      IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 06/30/2012 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 5.40 hrs. at | $780.00 | /hr. = | $4,212.00 | |
| WS KATCHEN | OF COUNSEL | 7.40 hrs. at | $875.00 | /hr. = | $6,475.00 | |
| | | | | | | $10,687.00 |

DISBURSEMENTS
PRINTING & DUPLICATING - EXTERNAL                $239.60
TOTAL DISBURSEMENTS                                                    $239.60

BALANCE DUE THIS INVOICE                                          $10,926.60

Duane Morris
July 03, 2012
Page 2

File # K0248-00001                                                                                INVOICE# 1774239
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 6/11/2012 | 015 | MR LASTOWSKI | REVIEW 6/18/12 AGENDA AND SELECTED AGENDA ITEMS | 0.80 | $624.00 |
| | | | Code Total | 0.80 | $624.00 |

Duane Morris
July 03, 2012
Page 3

File # K0248-00001  INVOICE# 1774239
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 6/1/2012 | 017 | MR LASTOWSKI | REVIEW LIBBY SETTLEMENT | 0.40 | $312.00 |
| 6/1/2012 | 017 | MR LASTOWSKI | REVIEW ANDERSON MEMORIAL'S MOTION FOR RELIEF FROM CONFIRMATION ORDER | 0.10 | $78.00 |
| 6/11/2012 | 017 | MR LASTOWSKI | REVIEW DOCKETS RE: APPEAL STATUS | 0.30 | $234.00 |
| 6/11/2012 | 017 | MR LASTOWSKI | REVIEW DISTRICT COURT ORDER OVERRULING CONFIRMATION OBJECTIONS | 0.10 | $78.00 |
| 6/12/2012 | 017 | MR LASTOWSKI | REVIEW JUDGE BUCHALTER'S CONFIRMATION OPINION | 2.60 | $2,028.00 |
| 6/14/2012 | 017 | MR LASTOWSKI | REVIEW BIG TEX SETTLEMENT | 0.10 | $78.00 |
| 6/25/2012 | 017 | MR LASTOWSKI | REVIEW DOCKET RE: APPEAL STATUS | 0.20 | $156.00 |
| 6/26/2012 | 017 | MR LASTOWSKI | REVIEW DEBTOR'S THIRD CIRCUIT REPORT | 0.10 | $78.00 |
| 6/27/2012 | 017 | MR LASTOWSKI | REVIEW BRIEFING RE: MOTION STAY PENDING APPEAL OF JUDGE BUCHALTER 'S ORDER AND MEMORANDUM DENYING STAY | 0.70 | $546.00 |
| | | | Code Total | 4.60 | $3,588.00 |

Duane Morris
July 03, 2012
Page 4

File # K0248-00001                                                                              INVOICE# 1774239
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 6/5/2012 | 025 | WS KATCHEN | REVIEW ANDERSON MEMORIAL HOSPITAL MOTION AND REVIEW WRIGHT V. OWENS CORNING. | 0.40 | $350.00 |
| 6/5/2012 | 025 | WS KATCHEN | REVIEW ORDER - SETTLEMENT. | 0.20 | $175.00 |
| 6/11/2012 | 025 | WS KATCHEN | REVIEW LATEST REPORT FROM CAPSTONE. | 0.30 | $262.50 |
| 6/12/2012 | 025 | WS KATCHEN | REVIEW OPINION ON PLAN CORPORATION (1.3); REVIEW 3D CIR. AND 2D CIR. AUTHORITIES CITED (1.3). | 2.60 | $2,275.00 |
| 6/15/2012 | 025 | WS KATCHEN | REVIEW COMMITTEE MEMO (.2); ATTENTION TO DISTRICT COURT'S AMENDED OPINION AND ENCLOSURES (1.8). | 2.00 | $1,750.00 |
| 6/18/2012 | 025 | WS KATCHEN | UPDATE SCHEDULE. | 0.30 | $262.50 |
| 6/21/2012 | 025 | WS KATCHEN | REVIEW CAPSTONE MEMO. | 0.20 | $175.00 |
| 6/22/2012 | 025 | WS KATCHEN | REVIEW ORDER APPROVING STIPULATION AND SETTLEMENT | 0.20 | $175.00 |
| 6/25/2012 | 025 | WS KATCHEN | REVIEW RESPONSE IN OPPOSITION TO ANDERSON MEMORIAL HOSPITAL. | 0.20 | $175.00 |
| 6/26/2012 | 025 | WS KATCHEN | REVIEW STROOK MEMO TO COMMITTEE, REVIEW K&E LETTER TO COURT OF APPEALS. | 0.30 | $262.50 |
| 6/28/2012 | 025 | WS KATCHEN | REVIEW GARLOCK APPEAL EMERGENCY MOTION TO STAY ORDER. | 0.60 | $525.00 |
| 6/28/2012 | 025 | WS KATCHEN | REVIEW STROOK STATUS MEMO TO COMMITTEE. | 0.10 | $87.50 |
| | | | Code Total | 7.40 | $6,475.00 |
| | | | TOTAL SERVICES | 12.80 | $10,687.00 |

Duane Morris
July 03, 2012
Page 5

File # K0248-00001 INVOICE# 1774239
    W.R. GRACE & CO.

| **DATE** | **DISBURSEMENTS** | **AMOUNT** |
|---|---|---:|
| 06/30/2012 | PRINTING & DUPLICATING - EXTERNAL | 239.60 |
| | Total: | $239.60 |
| | TOTAL DISBURSEMENTS | $239.60 |

Duane Morris
July 03, 2012
Page 6

File # K0248-00001 INVOICE# 1774239
    W.R. GRACE & CO.

| TIMEKEEPER NO. | NAME | CLASS | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 02394 | MR LASTOWSKI | PARTNER | 5.40 | 780.00 | $4,212.00 |
| 02602 | WS KATCHEN | OF COUNSEL | 7.40 | 875.00 | $6,475.00 |
| | | | 12.80 | | $10,687.00 |