REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2294004
7500 Grace Drive                          Invoice Date        07/26/12
Columbia, Maryland 21044                  Client Number        172573
USA


===============================================================================

Re: W. R. Grace & Co.


(50001)  Correa v. W.R. Grace

    Fees                            14,730.50
    Expenses                             0.00

              TOTAL BALANCE DUE UPON RECEIPT        $14,730.50
                                                   =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number    2294004
7500 Grace Drive                          Invoice Date      07/26/12
Columbia, Maryland 21044                  Client Number       172573
USA                                       Matter Number        50001


========================================================================

Re: (50001)  Correa v. W.R. Grace

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2012

| Date | Name | | Hours |
|------|------|---|-------|
| 06/01/12 | Espinosa | Finalize supplemental responses to Plaintiff's special interrogatories and requests for admissions (1.2); finalize supplemental document production (2.8); prepare verifications for same (0.2); finalize and send mediation brief (0.3). | 4.50 |
| 06/01/12 | Husar | Work on responses to discovery (0.5); work on document production and identification of documents that are privileged by work product (0.3); work on mediation strategy (0.4). | 1.20 |
| 06/01/12 | Sanchez | Review case materials and prepare for document production as directed by S. Espinosa. | 4.10 |
| 06/04/12 | Espinosa | Call with Alissa re supplemental response and verifications and email Plaintiff's counsel re same (0.2); email M. Worthington in response to his June 3 email (0.3); call A. Saverese re his deposition (0.1). | .60 |
| 06/04/12 | Husar | Work on preparation of settlement agreement and strategy for mediation (1.0); prepare for mediation (1.2). | 2.20 |

```
172573 W. R. Grace & Co.                        Invoice Number  2294004
50001  Correa v. W.R. Grace                      Page    2
       July 26, 2012
```

| Date | Name | | Hours |
|------|------|------|-------|
| 06/05/12 | Espinosa | Draft settlement agreement, request for dismissal and proposed order (2.8); conference call with N. Tolt (0.3); prepare for mediation (0.5). | 3.60 |
| 06/05/12 | Husar | Prepare for mediation (1.3); conference call with Nikki Tolt mediator to discuss mediation and background (0.3); work on issues relating to settlement of workers compensation claim (0.5). | 2.10 |
| 06/06/12 | Espinosa | Prepare for and participate in mediation at N. Tolt's office, and follow-up on issues after mediation. | 10.00 |
| 06/06/12 | Husar | Prepare for and represent client at mediation, and work on follow-up. | 9.00 |
| 06/26/12 | Espinosa | Call with D. Edwards re the dismissal of the workers' compensation claims and the settlement proceeds (0.2); review settlement agreement for the same (0.1) email D. Ban re same (0.1). | .40 |

```
                                                      ------
                                    TOTAL HOURS         37.70
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|------|------|------|-------|
| Linda S. Husar | 14.50 | at | $ 535.00 | = | 7,757.50 |
| Stephanie Henderson Espin | 19.10 | at | $ 320.00 | = | 6,112.00 |
| Lizeth Sanchez | 4.10 | at | $ 210.00 | = | 861.00 |

```
                CURRENT FEES                              14,730.50


                                                       ------------
                TOTAL BALANCE DUE UPON RECEIPT          $14,730.50
                                                       ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number     2294005
7500 Grace Drive                          Invoice Date       07/26/12
Columbia, Maryland 21044                  Client Number       172573
USA


=============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

    Fees                              95.00
    Expenses                           0.00

                    TOTAL BALANCE DUE UPON RECEIPT         $95.00
                                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R. Grace & Co. | Invoice Number    2294005 |
| 7500 Grace Drive | Invoice Date    07/26/12 |
| Columbia, Maryland 21044 | Client Number    172573 |
| USA | Matter Number    60026 |

===========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2012

| Date | Name | | Hours |
|------|------|------|-----|
| 06/04/12 | Ament | E-mails with P. Cuniff re: hearing binders for 6/18/12 hearing (.10); review agenda and CNO re: same (.10); update hearing binder (.10); coordinate hand delivery of agenda and hearing binders to Judge Fitzgerald per J. O'Neill request (.10). | .40 |
| 06/05/12 | Ament | Review e-mail re: agenda for June hearing. | .10 |

```
                                              ------
                            TOTAL HOURS      .50
```

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Sharon A. Ament | 0.50  at  $  190.00  = | | 95.00 |

CURRENT FEES                                95.00

```
                                        ------------
           TOTAL BALANCE DUE UPON RECEIPT      $95.00
                                        ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                         Invoice Number    2294006
7500 Grace Drive                         Invoice Date     07/26/12
Columbia, Maryland 21044                 Client Number     172573
USA


=============================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

    Fees                              2,991.00
    Expenses                             0.00

                    TOTAL BALANCE DUE UPON RECEIPT      $2,991.00
                                                   =============

```
                        REED SMITH LLP
                        PO Box 360074M
                   Pittsburgh, PA  15251-6074
                     Tax ID# 25-0749630
```

```
W.R. Grace & Co.                          Invoice Number      2294006
7500 Grace Drive                          Invoice Date       07/26/12
Columbia, Maryland 21044                  Client Number        172573
USA                                       Matter Number         60029
```

==========================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2012

```
   Date   Name                                              Hours
-------- -----------                                        -----

06/05/12 Ament          Attention to billing matters          .20
                        (.10); e-mail to D. Cameron and A.
                        Muha re: same (.10).

06/06/12 Cameron        Review billings and fee               .40
                        application materials and emails
                        re: same.

06/12/12 Cameron        Attention to fee application and      .50
                        fee evaluation materials.

06/17/12 Cameron        Attention to fee application          .60
                        materials.

06/18/12 Cameron        Additional review of fee              .50
                        application materials.

06/20/12 Muha           Revisions to fee and expense          .40
                        detail for May 2012 monthly
                        application.

06/25/12 Ament          E-mails re: billing matters.          .10

06/25/12 Cameron        Review fee application materials.     .50

06/25/12 Lord           Revise, e-file and serve CNO to       .40
                        Reed Smith April monthly fee
                        application.

06/25/12 Muha           Additional revisions to May 2012      .20
                        monthly fee and expense detail for
                        monthly application.
```

```
172573 W. R. Grace & Co.                          Invoice Number  2294006
60029   Fee Applications-Applicant                Page    2
        July 26, 2012
```

| Date | Name | | Hours |
|------|------|------|------|
| 06/27/12 | Muha | Revisions to fee and expense detail for May 2012 monthly application. | .20 |
| 06/28/12 | Ament | Attention to billing matters (.10); begin calculating fees and expenses for May monthly fee application (.30); begin drafting 131st monthly fee application and spreadsheets re: same (.20); e-mails and meet with A. Muha re: same (.10); e-mail to J. Lord re: May monthly fee application (.10). | .80 |
| 06/29/12 | Ament | Complete calculating fees and expenses for May monthly fee application (.10); complete spreadsheets re: same (.10); continue drafting fee application (.10); provide same to A. Muha for review (.10); finalize May monthly fee application and e-mail same to J. Lord for DE filing (.10); attention to billing matters (.10); various e-mails re: same (.10). | .70 |
| 06/29/12 | Lord | Revise, e-file and serve Reed Smith May monthly fee application. | 1.40 |
| 06/29/12 | Muha | Final review and revisions to May 2012 monthly application. | .30 |

```
                                                     ------
                                   TOTAL HOURS         7.20
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|------|------|------|-------|
| Douglas E. Cameron | 2.50 | at $ | 670.00 | = | 1,675.00 |
| Andrew J. Muha | 1.10 | at $ | 460.00 | = | 506.00 |
| John B. Lord | 1.80 | at $ | 260.00 | = | 468.00 |
| Sharon A. Ament | 1.80 | at $ | 190.00 | = | 342.00 |

```
                     CURRENT FEES                          2,991.00


                                                        ------------
                     TOTAL BALANCE DUE UPON RECEIPT        $2,991.00
                                                        =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number    2294007
7500 Grace Drive                          Invoice Date      07/26/12
Columbia, Maryland 21044                  Client Number      172573
USA


=============================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

     Fees                              871.00
     Expenses                            0.00

                   TOTAL BALANCE DUE UPON RECEIPT        $871.00
                                                   =============

```
                              REED SMITH LLP
                              PO Box 360074M
                         Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630


   W.R. Grace & Co.                       Invoice Number     2294007
   7500 Grace Drive                       Invoice Date       07/26/12
   Columbia, Maryland 21044               Client Number       172573
   USA                                    Matter Number        60033


==========================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2012

    Date   Name                                           Hours
  -------- -----------                                    -----

06/25/12 Cameron        Review materials re: asbestos       .60
                        claims

06/28/12 Cameron        Review materials relating to        .70
                        asbestos claims.

                                                         ------
                                         TOTAL HOURS       1.30


TIME SUMMARY             Hours        Rate          Value
-----------------------  --------------------       -------
Douglas E. Cameron       1.30  at $  670.00  =      871.00

                         CURRENT FEES                          871.00


                                                         ------------
                         TOTAL BALANCE DUE UPON RECEIPT      $871.00
                                                         =============
```