REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| | |
|---|---|
| W.R. Grace & Co. | Invoice Number    2294013 |
| 7500 Grace Drive | Invoice Date    07/26/12 |
| Columbia, Maryland 21044 | Client Number    172573 |
| USA | |


========================================================================

Re: W. R. Grace & Co.


(50001)  Correa v. W.R. Grace

    Fees                          0.00
    Expenses                  2,719.57

              TOTAL BALANCE DUE UPON RECEIPT        $2,719.57
                                                ==============

```
                        REED SMITH LLP
                        PO Box 360074M
                   Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630


   W.R. Grace & Co.                    Invoice Number    2294013
   7500 Grace Drive                    Invoice Date      07/26/12
   Columbia, Maryland 21044            Client Number      172573
   USA                                 Matter Number        50001


===============================================================================

Re: Correa v. W.R. Grace

FOR COSTS ADVANCED AND EXPENSES INCURRED:

   PACER                                   1.40
   Duplicating/Printing/Scanning         206.20
   Postage Expense                         3.10
   Subpoena Service Costs                153.91
   Courier Service - Outside             273.07
   Outside Duplicating                   113.32
   Legal Services                      1,933.32
   Secretarial Overtime                   17.50
   Postage - Outside                      17.75
                        CURRENT EXPENSES              2,719.57

                                                   -------------
                   TOTAL BALANCE DUE UPON RECEIPT     $2,719.57
                                                   =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number    2294013
7500 Grace Drive                        Invoice Date     07/26/12
Columbia, Maryland 21044                Client Number      172573
USA                                     Matter Number       50001

========================================================================

Re: (50001)  Correa v. W.R. Grace

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 05/03/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 8 COPIES | .80 |
| 05/04/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 2 COPIES | .20 |
| 05/08/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 14 COPIES | 1.40 |
| 05/09/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 14 COPIES | 1.40 |
| 05/14/12 | Postage - Outside<br>Postage - VENDOR: Stephanie Henderson Espinosa, | 17.75 |
| 05/23/12 | Courier Service - Outside<br>Courier Service - Outside - Sacv 11-00113 Cjc<br>Correa Vs Wr Grace & Orange Depo Subp Personal<br>App;adv W/F $40.00 Serve Immediately (Job #<br>5250398) | 167.50 |
| 05/23/12 | Courier Service - Outside<br>Courier Service - Outside -   Encino  Drop Serve<br>ASAP (Job # 5250453) | 90.38 |
| 05/24/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 13 COPIES | 1.30 |
| 05/29/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 14 COPIES | 1.40 |
| 05/29/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 14 COPIES | 1.40 |
| 05/31/12 | PACER | 1.40 |

```
172573 W. R. Grace & Co.                    Invoice Number  2294013
50001  Correa v. W.R. Grace                 Page   2
       July 26, 2012
```

| | | |
|---|---|---|
| 06/01/12 | Duplicating/Printing/Scanning<br>ATTY # 4364; 482 COPIES | 48.20 |
| 06/01/12 | Duplicating/Printing/Scanning<br>ATTY # 4364; 404 COPIES | 40.40 |
| 06/01/12 | Duplicating/Printing/Scanning<br>ATTY # 4364; 391 COPIES | 39.10 |
| 06/01/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |
| 06/01/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |
| 06/01/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |
| 06/01/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 5 COPIES | .50 |
| 06/01/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 5 COPIES | .50 |
| 06/01/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 62 COPIES | 6.20 |
| 06/01/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |
| 06/01/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |
| 06/01/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |
| 06/01/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 15 COPIES | 1.50 |
| 06/01/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 5 COPIES | .50 |
| 06/01/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 16 COPIES | 1.60 |
| 06/01/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 8 COPIES | .80 |
| 06/01/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 15 COPIES | 1.50 |

```
172573 W. R. Grace & Co.                    Invoice Number  2294013
50001  Correa v. W.R. Grace                 Page   3
       July 26, 2012
```

| Date | Description | Amount |
|------|-------------|-------:|
| 06/01/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 15 COPIES | 1.50 |
| 06/01/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 16 COPIES | 1.60 |
| 06/01/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 16 COPIES | 1.60 |
| 06/01/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 17 COPIES | 1.70 |
| 06/01/12 | Courier Service - Outside 00843 UPS - Shipped<br>from Jacqueline Wernick Reed Smith LLP - Los<br>Angele to Michael Worthington, Law Offices of<br>Michael Wort | 10.65 |
| 06/01/12 | Courier Service - Outside 00843 UPS - Shipped<br>from GILBERTO GUDINO REED SMITH LLP to Michael<br>Worthington, Law Offices of Michael Wort<br>(ENCINO CA 91436) | 4.54 |
| 06/01/12 | Duplicating/Printing/Scanning<br>ATTY # 4364; 416 COPIES | 41.60 |
| 06/02/12 | Postage Expense<br>Postage Expense: ATTY # 010886 User: Equitrac By | 3.10 |
| 06/04/12 | Outside Duplicating -- VENDOR: LA BEST<br>PHOTOCOPIES, INC.: Copy SSA documents | 113.32 |
| 06/05/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 62 COPIES | 6.20 |
| 06/05/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 9 COPIES | .90 |
| 06/05/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 3 COPIES | .30 |
| 06/05/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 9 COPIES | .90 |
| 06/05/12 | Secretarial Overtime: Scan docs into DF and<br>send to file | 8.75 |
| 06/07/12 | Secretarial Overtime: Scan docs into DF and<br>send into hard file | 8.75 |
| 06/11/12 | Subpoena Service Costs -- VENDOR: FIRST RECORDS<br>RETRIEVAL: Docs from Dr. Mark Johnson | 153.91 |

```
172573 W. R. Grace & Co.                    Invoice Number  2294013
50001  Correa v. W.R. Grace                 Page   4
       July 26, 2012


06/11/12   Legal Services -- VENDOR: NIKKI TOLT d/b/a ACT      1933.32
           MEDIATION: Plaintiff's portion of Mediation Fees

06/11/12   Duplicating/Printing/Scanning                          .30
           ATTY # 000349: 3 COPIES

06/18/12   Duplicating/Printing/Scanning                          .30
           ATTY # 000349: 3 COPIES

                        CURRENT EXPENSES                      2,719.57
                                                          ------------
                        TOTAL BALANCE DUE UPON RECEIPT      $2,719.57
                                                          ============
```

```
                            REED SMITH LLP
                            PO Box 360074M
                       Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630
```

```
   W.R. Grace & Co.                        Invoice Number    2294014
   7500 Grace Drive                        Invoice Date     07/26/12
   Columbia, Maryland 21044                Client Number     172573
   USA
```

================================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

```
       Fees                              0.00
       Expenses                         41.64

                    TOTAL BALANCE DUE UPON RECEIPT        $41.64
                                                     =============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                  Pittsburgh, PA  15251-6074
                     Tax ID# 25-0749630
```

```
   W.R. Grace & Co.                        Invoice Number      2294014
   7500 Grace Drive                        Invoice Date       07/26/12
   Columbia, Maryland 21044                Client Number       172573
   USA                                     Matter Number        60026
```

===============================================================================

Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
      Duplicating/Printing/Scanning              33.20
      Postage Expense                             3.44
      Courier Service - Outside                   5.00

                        CURRENT EXPENSES                    41.64
                                                     -------------

                  TOTAL BALANCE DUE UPON RECEIPT          $41.64
                                                     =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| | |
|---|---|
| W.R. Grace & Co. | Invoice Number    2294014 |
| 7500 Grace Drive | Invoice Date    07/26/12 |
| Columbia, Maryland 21044 | Client Number    172573 |
| USA | Matter Number    60026 |


========================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 05/29/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 05/29/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 05/29/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 05/29/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 05/29/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 05/29/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 05/29/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 10 COPIES | 1.00 |
| 05/29/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 10 COPIES | 1.00 |
| 05/29/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 10 COPIES | 1.00 |
| 05/29/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 10 COPIES | 1.00 |
| 05/29/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 12 COPIES | 1.20 |
| 05/29/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 15 COPIES | 1.50 |

```
172573 W. R. Grace & Co.                        Invoice Number   2294014
60026  Litigation and Litigation Consulting     Page    2
       July 26, 2012
```

| Date | Description | Amount |
|------|-------------|-------:|
| 05/29/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 10 COPIES | 1.00 |
| 05/31/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 19 COPIES | 1.90 |
| 06/02/12 | Postage Expense<br>Postage Expense: ATTY # 000718 User: Equitrac By | .44 |
| 06/05/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 06/05/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 19 COPIES | 1.90 |
| 06/12/12 | Courier Service - Outside -- VENDOR: AL STILES:<br>Messenger Trip - U.S. Bankruptcy Court - Ramona<br>Baker - 6/4/12 | 5.00 |
| 06/12/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 06/28/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 06/28/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 06/28/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 06/28/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 06/28/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 06/28/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 06/28/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 06/29/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 06/29/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |

172573 W. R. Grace & Co.                        Invoice Number  2294014
60026  Litigation and Litigation Consulting      Page   3
       July 26, 2012

| Date | Description | Amount |
|------|-------------|--------|
| 06/29/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 06/29/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 10 COPIES | 1.00 |
| 06/29/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 10 COPIES | 1.00 |
| 06/29/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 10 COPIES | 1.00 |
| 06/29/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 10 COPIES | 1.00 |
| 06/29/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 11 COPIES | 1.10 |
| 06/29/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 15 COPIES | 1.50 |
| 06/29/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 10 COPIES | 1.00 |
| 06/29/12 | Duplicating/Printing/Scanning<br>ATTY # 0718; 120 COPIES | 12.00 |
| 06/30/12 | Postage Expense<br>Postage Expense: ATTY # 000718 User: Equitrac By | 3.00 |

                              CURRENT EXPENSES            41.64
                                                   ------------
                    TOTAL BALANCE DUE UPON RECEIPT       $41.64
                                                   =============