# EXHIBIT A

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**JUNE 1, 2012 - JUNE 30, 2012**

| Matter Code | Project Category | Hours | Amount |
|---:|---|---:|---:|
| 0009 | Asset Dispositions, Sales, Uses and Leases (Section 363) | 2.7 | $ 2,017.50 |
| 0013 | Business Operations | 1.9 | 1,377.50 |
| 0014 | Case Administration | 10.2 | 2,407.50 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 27.9 | 20,634.00 |
| 0018 | Fee Application, Applicant | 3.8 | 1,466.00 |
| 0019 | Creditor Inquiries | 1.9 | 1,670.00 |
| 0020 | Fee Application, Others | 0.3 | 217.50 |
| 0036 | Plan and Disclosure Statement | 11.4 | 9,069.00 |
| 0037 | Hearings | 0.1 | 72.50 |
|  |  |  |  |
|  | **Total** | **60.2** | **$ 38,931.50** |

# STROOCK

## INVOICE

| | |
|---|---|
| DATE | July 10, 2012 |
| INVOICE NO. | 568276 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through June 30, 2012, including:

| | |
|---|---|
| RE | Asset Dispositions, Sales, Uses and Leases (Section 363) 699843 0009 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 06/18/2012 | Attend to sale notice and agreement re: Bondera Business Assets and memorandum of questions/comments on proposed sale (2.0); memoranda with Capstone re: same (.1); memorandum to R. Higgins re: additional information request (.1). | Krieger, A. | 2.2 |
| 06/19/2012 | Attend to additional information from R. Higgins re: Bondera sale. | Krieger, A. | 0.1 |
| 06/20/2012 | Memoranda with Capstone re: additional information on Bondera sale. | Krieger, A. | 0.2 |
| 06/21/2012 | Review Capstone memo re: Bondera Asset sale. | Kruger, L. | 0.2 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 2.5 | $ 725 | $ 1,812.50 |
| Kruger, Lewis | 0.2 | 1,025 | 205.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,017.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 2,017.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| | | | |
|---|---|---|---|
| RE | Business Operations<br>699843  0013 | | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 06/11/2012 | Attend to Capstone's report for the Committee re: 2012 Business Plan Review and 1st quarter 2012 performance and memorandum to Capstone re: same. | Krieger, A. | 1.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.9 | $ 725 | $ 1,377.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,377.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,377.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| | | |
|---|---|---|
| RE | Case Administration | |
| | 699843 0014 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 06/04/2012 | Review appeals case docket nos. 11-199 and 12-1402 (.2); update internal case docket (.1). | Mohamed, D. | 0.3 |
| 06/05/2012 | Obtain and circulate recently docketed pleading in main case (.2); review appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.3 |
| 06/06/2012 | Obtain and circulate recently docketed pleading in main case (.2); review appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.4 |
| 06/07/2012 | Obtain and circulate recently docketed pleadings in main case (.6); review case docket no. 11-199 (.1). | Mohamed, D. | 0.7 |
| 06/08/2012 | Review appeals case docket nos. 11-199 and 12-1402. | Mohamed, D. | 0.2 |
| 06/11/2012 | Review appeals case docket no. 12-1402 (.1); obtain recent pleadings re: case no. 11-199 for attorney review (.4). | Mohamed, D. | 0.5 |
| 06/12/2012 | Obtain and circulate recently docketed pleadings in main case (.5); review appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.6 |
| 06/13/2012 | Obtain and circulate recently docketed pleadings in main case (.3); obtain documents for attorney review (.5); review appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 1.0 |
| 06/14/2012 | Memoranda with DM re: court call arrangements for 6/18/12 hearing; revision of quarterly fee schedule. | Krieger, A. | 0.2 |
| 06/14/2012 | Obtain and circulate recently docketed pleadings in main case (.6); review case filed documents (.7); review appeals case docket no. 11-199 (.1); schedule A. Krieger to appear telephonically at 6/18/12 hearing (.1). | Mohamed, D. | 1.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 06/15/2012 | Obtain and circulate recently docketed pleadings in main case (.4); review appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.6 |
| 06/18/2012 | Obtain and circulate recently docketed pleadings in main case (.3); review appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.5 |
| 06/19/2012 | Review appeals case docket no. 11-199 (.1); review case file documents (.7). | Mohamed, D. | 0.8 |
| 06/20/2012 | Obtain and circulate recently docketed pleadings in main case (.3); review appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.5 |
| 06/21/2012 | Review appeals case docket no. 11-199 (.1); obtain documents for attorney review (.6); update internal case docket (.1). | Mohamed, D. | 0.8 |
| 06/22/2012 | Review Grace dockets and circulate updates to working group. | Magzamen, M. | 0.3 |
| 06/25/2012 | Review Grace dockets and circulate updates. | Magzamen, M. | 0.2 |
| 06/26/2012 | Circulate 3d Cir. Status report; circulate regular updates. | Magzamen, M. | 0.3 |
| 06/27/2012 | Circulate docket updates. | Magzamen, M. | 0.2 |
| 06/28/2012 | Circulate docket updates. | Magzamen, M. | 0.2 |
| 06/29/2012 | Circulate docket updates. | Magzamen, M. | 0.1 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.2 | $ 725 | $ 145.00 |
| Magzamen, Michael | 1.3 | 335 | 435.50 |
| Mohamed, David | 8.7 | 210 | 1,827.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,407.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 2,407.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| | | |
|---|---|---|
| RE | Committee, Creditors', Noteholders', or Equity Holders' | |
| | 699843  0017 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 06/11/2012 | Attend to District Court's Amended Memorandum Opinion and related orders confirming the Plan and memorandum to the Committee re: same. | Krieger, A. | 1.8 |
| 06/12/2012 | Memoranda with LK and KP re: communication with the Committee re: Amended Memorandum Opinion (.1); conference with Capstone re: Amended Memorandum Opinion and Order (.5). | Krieger, A. | 0.6 |
| 06/13/2012 | Attend to Committee memorandum materials. | Krieger, A. | 0.4 |
| 06/14/2012 | T/c Committee member re: appellate and emergence timing (.4); attend to Committee memorandum re: appellate and emergence timing (6.8). | Krieger, A. | 7.2 |
| 06/14/2012 | Review memo to Committee re: timetable for appeal and emergence. | Kruger, L. | 0.6 |
| 06/15/2012 | Attend to Committee memorandum re: Anderson motion and related case law and appellate timeframe. | Krieger, A. | 2.6 |
| 06/15/2012 | Review draft Committee memo and telephone call with W. Katchen re: confirmation. | Pasquale, K. | 0.4 |
| 06/19/2012 | Memorandum to the Committee re: response to Anderson Memorial's Rule 60(b) motion for relief from confirmation ruling. | Krieger, A. | 1.6 |
| 06/21/2012 | Attend to Capstone's draft memorandum for the Committee re: proposed Bondera Asset Sale and exchanged memoranda with Capstone re: same. | Krieger, A. | 1.4 |
| 06/25/2012 | Memorandum to the Committee re: Debtors' report to the Third Circuit and briefing re: Anderson Memorial's Rule 60(b) Motion and | Krieger, A. | 1.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| | responses in opposition thereto. | | |
| 06/26/2012 | Attend to Committee memorandum re: confirmation and emergence status. | Krieger, A. | 2.0 |
| 06/27/2012 | Attend to Garlock stay pleadings and prepare memorandum to the Committee re: same. | Krieger, A. | 4.6 |
| 06/27/2012 | Review memo to Committee re: Garlock stay motion. | Kruger, L. | 0.3 |
| 06/28/2012 | Prepare revised memorandum for the Committee re Garlock stay related motion and District Court's decision and exchange memoranda with LK, KP re same. | Krieger, A. | 2.6 |
| 06/28/2012 | Review memo to UCC re: Garlock issues. | Pasquale, K. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 26.3 | $ 725 | $ 19,067.50 |
| Kruger, Lewis | 0.9 | 1,025 | 922.50 |
| Pasquale, Kenneth | 0.7 | 920 | 644.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 20,634.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 20,634.00 |
|---|---|

# STROOCK

| | |
|---|---|
| RE | Fee Application, Applicant<br>699843  0018 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 06/06/2012 | Review and revise May Grace fee detail. | Magzamen, M. | 0.4 |
| 06/11/2012 | Prepare draft of SSL's 134th monthly fee application for attorney review (.9); review fee auditor's project category summary for the 43rd period as it pertains to SSL's fees (.5). | Mohamed, D. | 1.4 |
| 06/18/2012 | Attend to SSL's May 2012 fee statement. | Krieger, A. | 1.0 |
| 06/21/2012 | Attend to May 2012 fee statement. | Krieger, A. | 0.2 |
| 06/21/2012 | Revise draft of SSL's 134th monthly fee application for attorney review. | Mohamed, D. | 0.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.2 | $ 725 | $ 870.00 |
| Magzamen, Michael | 0.4 | 335 | 134.00 |
| Mohamed, David | 2.2 | 210 | 462.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,466.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,466.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| | | |
|---|---|---|
| RE | Creditor Inquiries | |
| | 699843 0019 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 06/06/2012 | T/c Creditors re: confirmation and appeal status. | Krieger, A. | 0.4 |
| 06/12/2012 | Telephone conferences and emails with creditors re: district court confirmation rulings. | Pasquale, K. | 0.8 |
| 06/13/2012 | Telephone conferences certain lenders re: district court confirmation order. | Pasquale, K. | 0.4 |
| 06/19/2012 | Telephone conference lender re: confirmation status. | Pasquale, K. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.4 | $ 725 | $ 290.00 |
| Pasquale, Kenneth | 1.5 | 920 | 1,380.00 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,670.00 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 1,670.00 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Fee Application, Others 699843 0020 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 06/04/2012 | Attend to other professionals' fee applications. | Krieger, A. | 0.2 |
| 06/18/2012 | Attend to other professionals fee applications. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.3 | $ 725 | $ 217.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 217.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 217.50 |
|---|---|

# STROOCK

| RE | Expenses<br>699843 0024 | |
|---|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | $ 0.00 |

| MATTER DISBURSEMENT SUMMARY | |
|---|---|
| Outside Messenger Service | $ 70.86 |
| TOTAL DISBURSEMENTS/CHARGES | $ 70.86 |
| TOTAL FOR THIS MATTER | $ 70.86 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| | | |
|---|---|---|
| RE | Plan and Disclosure Statement | |
| | 699843  0036 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 06/11/2012 | Attend to memorandum re: Third Circuit's Wright decision. | Krieger, A. | 0.4 |
| 06/11/2012 | Review district court's revised confirmation decision and related orders and review draft email to Committee. | Pasquale, K. | 1.2 |
| 06/12/2012 | Attend to review of Amended Memorandum Opinion and related pleadings. | Krieger, A. | 5.0 |
| 06/12/2012 | Review memorandum opinion and related pleadings. | Kruger, L. | 0.6 |
| 06/15/2012 | Review memo re: Anderson motion. | Kruger, L. | 0.3 |
| 06/19/2012 | Attend to responses by the Plan Proponents and the PD FCR to Anderson Memorial's motion for relief from the District Court's confirmation order. | Krieger, A. | 1.2 |
| 06/25/2012 | Attend to Debtors' proposed letter report to the Third Circuit re status. | Krieger, A. | 0.1 |
| 06/25/2012 | Review Debtors' status letter to Third Circuit (.2); review memo to Committee re: Debtors' report to Third Circuit and briefing re: Anderson 60(b) motion (.3). | Kruger, L. | 0.5 |
| 06/26/2012 | Attend to Garlock's appeal and stay proceedings. | Krieger, A. | 0.2 |
| 06/27/2012 | Attend to District Court's memorandum and order re: Garlock's stay pleadings. | Krieger, A. | 0.3 |
| 06/28/2012 | Revise proposed memo to Committee re: District Court order and possible effective date (.3); e-mails A. Krieger and K. Pasquale re: same (.2). | Kruger, L. | 0.5 |
| 06/29/2012 | Attend to Anderson Memorial's Reply in | Krieger, A. | 1.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| | support of Rule 60(b) motion and memorandum thereon. | | |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 8.3 | $ 725 | $ 6,017.50 |
| Kruger, Lewis | 1.9 | 1,025 | 1,947.50 |
| Pasquale, Kenneth | 1.2 | 920 | 1,104.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 9,069.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 9,069.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Hearings<br>699843 0037 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 06/12/2012 | Attend to agenda notice for 6/18/12 hearing. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.1 | $ 725 | $ 72.50 |
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | | $ 72.50 |
| TOTAL FOR THIS MATTER | | | $ 72.50 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 38,931.50 |
| TOTAL DISBURSEMENTS/CHARGES | $ 70.86 |
| TOTAL BILL | $ 39,002.36 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.