# EXHIBIT B

**WR GRACE & CO**
**SUMMARY OF FEES**
**JUNE 1, 2012 - JUNE 30, 2012**

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| Kruger, Lewis | 3.0 | $1,025 | $ 3,075.00 |
| Pasquale, Kenneth | 3.4 | 920 | 3,128.00 |
| | | | |
| **Associates** | | | |
| Krieger, Arlene G. | 41.2 | 725 | 29,870.00 |
| | | | |
| **Paraprofessionals** | | | |
| Magzamen, Michael | 1.7 | 335 | 569.50 |
| Mohamed, David | 10.9 | 210 | 2,289.00 |
| | | | |
| **Total** | **60.2** | | **$ 38,931.50** |