# EXHIBIT C

## WR GRACE & CO
## DISBURSEMENT SUMMARY
## JUNE 1, 2012 - JUNE 30, 2012

| Outside Messenger Service | $ | 70.86 |
|---|---|---|
|  |  |  |
| **TOTAL** | **$** | **70.86** |

# STROOCK

## Disbursement Register

| DATE | July 10, 2012 |
|---|---|
| INVOICE NO. | 568276 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

**FOR EXPENSES INCURRED i**n the captioned matter for the period through June 30, 2012, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 06/02/2012 | VENDOR: UPS; INVOICE#: 000010X827222; DATE: 6/2/2012 D. Mohamed to Bobbi Ruhlander, Esq. ROCKWALL TX on 05/30/2012 | 11.37 |
| 06/02/2012 | VENDOR: UPS; INVOICE#: 000010X827222; DATE: 6/2/2012 D. Mohamed to Dave Klauder, Esq.  WILMINGTON DE on 05/30/2012 | 8.02 |
| 06/02/2012 | VENDOR: UPS; INVOICE#: 000010X827222; DATE: 6/2/2012 D. Mohamed to David B. Siegal  COLUMBIA MD on 05/30/2012 | 8.02 |
| 06/02/2012 | VENDOR: UPS; INVOICE#: 000010X827222; DATE: 6/2/2012 D. Mohamed to Dawn S. Marra  WILMINGTON DE  on 05/30/2012 | 8.02 |
| 06/02/2012 | VENDOR: UPS; INVOICE#: 000010X827222; DATE: 6/2/2012 D. Mohamed to Bobbi Ruhlander, Esq.  Rockwall TX on 05/31/2012 | 11.37 |
| 06/02/2012 | VENDOR: UPS; INVOICE#: 000010X827222; DATE: 6/2/2012 D. Mohamed to David B. Siegal Columbia MD on 05/31/2012 | 8.02 |
| 06/02/2012 | VENDOR: UPS; INVOICE#: 000010X827222; DATE: 6/2/2012 D. Mohamed to Dave Klauder, Esq.  Wilmington DE on 05/31/2012 | 8.02 |
| 06/02/2012 | VENDOR: UPS; INVOICE#: 000010X827222; DATE: 6/2/2012 D. Mohamed to Dawn S. Marra  Esq.  Wilmington DE on 05/31/2012 | 8.02 |
| **Outside Messenger Service Total** | | **70.86** |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

PAGE: 2

BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 70.86 |

| | |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 70.86 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.