# EXHIBIT A

## June 2012 Fee Detail

Matter 3 — Business Operations

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 6/1/2012 | Exchange correspondence with various parties re potential business transaction (.20); legal research and consider issues re same (.30); telephone conference with A. Paul re same (.30); telephone conference with J. O'Connell re same (.20). | 1.00 | $475 | $475.00 |
| RJH | 6/4/2012 | Review correspondence and analyze issues re proposed business transaction (.30). | .30 | $475 | $142.50 |
| RJH | 6/8/2012 | Analyze and resolve issues re proposed business transaction (.30); telephone conference with J. McFarland re same (.30). | .60 | $475 | $285.00 |
| RJH | 6/11/2012 | Legal research re proposed business transaction (2.00); multiple telephone conferences with J. McFarland re same (1.00); telephone conference with J. O'Connell re same (.50); draft affidavit re same (3.50); telephone conference with E. Eller, J. McFarland, L. Shapiro et al., re same (1.00); exchange correspondence with various parties re same (.50). | 8.50 | $475 | $4,037.50 |
| RJH | 6/12/2012 | Review and analyze Bondera sale agreement and provide comments re same (2.50); revise sale notice re same (1.50); telephone conferences with J. McFarland and others re same (1.00); exchange correspondence with various parties re same (.60). | 5.60 | $475 | $2,660.00 |
| RJH | 6/13/2012 | Analyze and resolve issues re proposed Bondera transaction (2.00); review and analyze draft sale agreement re same (1.00); draft and revise sale notice re same (1.90); prepare for telephone conference with Grace business people re same (.50); participate in same (1.00); telephone conferences with J. Rohen re same (.80); draft and revise Bonham affidavit re same (2.00). | 9.20 | $475 | $4,370.00 |
| RJH | 6/14/2012 | Telephone conference with J. O'Connell re Bondera and other business transaction issues (.50); consider issues re proposed business transaction (.80); telephone conference with K. Makowski re same (.40); draft and revise Bondera sale notice (2.30); revise Bonham affidavit (.70); review and analyze changes to sale agreement (1.00); telephone conference with J. Rohen re same (.30); analyze and resolve legal issues re same (1.00). | 7.00 | $475 | $3,325.00 |
| RJH | 6/15/2012 | Analyze and resolve issues re Bondera de minimis sale notice (.50); review and analyze ancillary agreements re Bondera transaction (.50). | 1.00 | $475 | $475.00 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 6/19/2012 | Analyze Committee questions re Bondera transaction (.40); participate in telephone conference call with company and advisors re same (.60); prepare response re same (1.30); exchange correspondence with various parties re same (.40); telephone conference with A. Paul re proposed business transaction and other matters (.50); telephone conference with A. Schlesinger re same (.60); legal research re same (.50). | 4.30 | $475 | $2,042.50 |
| RJH | 6/21/2012 | Telephone conference with J. McFarland re business transaction (.40). | .40 | $475 | $190.00 |
| RJH | 6/26/2012 | Analyze issues re proposed business transaction (.40); exchange correspondence with J. Gettleman re same (.20). | .60 | $475 | $285.00 |
| RJH | 6/27/2012 | Analyze issues re proposed business transaction (.30); exchange correspondence with various parties re same (.20). | .50 | $475 | $237.50 |
| RJH | 6/28/2012 | Analyze issues re Bondera sale (.30); telephone conferences with J. O'Neill re same (.50); telephone conferences with J. McFarland re same (.50). | 1.30 | $475 | $617.50 |
| Total | | | 40.30 | | $19,142.50 |

2

Matter 4                                                Case Administration

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 6/5/2012 | Respond to Canadian creditor issues (.50). | .50 | $475 | $237.50 |
| RJH | 6/14/2012 | Respond to creditor inquiries (.50); review and analyze filed pleadings (.50). | 1.00 | $475 | $475.00 |
| RJH | 6/15/2012 | Amend 41st quarterly settlement report and prepare same for filing (.50); review and analyze pleadings (.30); respond to creditor inquiries (.30). | 1.10 | $475 | $522.50 |
| RJH | 6/22/2012 | Analysis re claims trader inquiry (.30); telephone conference with L. Duff re Garrahan surety issue and other matters (.90); telephone conference with K. Barbour re same (.30); telephone conference with W. Batalla re same (.30); telephone conferences with paralegal for Garrahan's bankruptcy counsel (.30); telephone conference with B. Oeser re same (.20); legal research re same (.80); exchange correspondence with various parties re same (.30). | 3.40 | $475 | $1,615.00 |
| RJH | 6/25/2012 | Telephone conference with T. Arek re Garrahan surety bond matter (.30); telephone conference with L. Duff re same (.40); telephone conference with L. Salazar re same (.20). | .90 | $475 | $427.50 |
| RJH | 6/26/2012 | Exchange correspondence with M. Billet re claims inquiry (.20); analyze matters re same (.20). | .40 | $475 | $190.00 |
| RJH | 6/27/2012 | Attend to matters re creditor inquiries (.50); follow up with T. Arek re bond issue (.20). | .70 | $475 | $332.50 |
| RJH | 6/28/2012 | Respond to various creditor inquiries (.50). | .50 | $475 | $237.50 |
| RJH | 6/29/2012 | Correspond with L. Duff and others re Garrahan matter (.40); analyze issues re same (.30); telephone conference with R. Finke re PwC letter (.20); review same and analyze issues (.50). | 1.40 | $475 | $665.00 |
| Total | | | 9.90 | | $4,702.50 |

3

**Matter 6**             **Claim Analysis Objection & Resolution (Non-asbestos)**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 6/4/2012 | Prepare for telephone conference with counsel for Novak PRP (.20); participate in same (.60); follow-own telephone conference with H. Feichko (.30). | 1.10 | $475 | $522.50 |
| RJH | 6/7/2012 | Attend to matters and resolve same re environmental claims (.50). | .50 | $475 | $237.50 |
| RJH | 6/8/2012 | Analyze issues re environmental claims (.70); exchange correspondence with various parties re same (.30). | 1.00 | $475 | $475.00 |
| RJH | 6/12/2012 | Telephone conference with R. Finke re claims issues (.50); analyze and resolve same (.30); | .80 | $475 | $380.00 |
| RJH | 6/13/2012 | Review and analyze correspondence re contingent claims (.80); exchange correspondence with various parties re same (.40); telephone conference with R. Finke re same (.30). | 1.50 | $475 | $712.50 |
| RJH | 6/14/2012 | Analyze open claims issues (1.00); exchange correspondence with various parties re same (.20). | 1.20 | $475 | $570.00 |
| RJH | 6/15/2012 | Review and analyze issues re draft Horton AOC (.40); telephone conference with L. Duff, . R. Brager et al. re environmental issues (1.20); legal research re same (1.50). | 3.10 | $475 | $1,472.50 |
| RJH | 6/20/2012 | Legal analysis re environmental claims issues (1.00); draft memorandum to record re same (2.50). | 3.50 | $475 | $1,662.50 |
| RJH | 6/21/2012 | Legal research re open environmental claims issues (4.00); telephone conference with L. Duff, H. Feichko, R. Brager and P. Marks re same (1.50); follow-on telephone conference with R. Brager and P. Marks (1.20); exchange correspondence re same (.30). | 7.00 | $475 | $3,325.00 |
| RJH | 6/22/2012 | Legal research re Wilmington Site issues (1.00). | 1.00 | $475 | $475.00 |
| RJH | 6/26/2012 | Analyze NC DNR POC 13298 re Wilmington site (.40); analyze supporting documentation (.50); exchange correspondence with various parties re same (.80); | 1.70 | $475 | $807.50 |
| Total | | | 22.40 | | $10,640.00 |

**Matter 10**  **Employment Applications, Others**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 6/5/2012 | Review and analyze draft Grant Thornton affidavit (.40); exchange correspondence with various parties re Grant Thornton retention (.20). | .60 | $475 | $285.00 |
| RJH | 6/6/2012 | Review and analyze Grant Thornton retention issues (.30); exchange correspondence with various parties re same (.20). | .50 | $475 | $237.50 |
| RJH | 6/13/2012 | Analyze and resolve issues re retained professional (.50); exchange correspondence with various parties re same (.30). | .80 | $475 | $380.00 |
| Total | | | 1.90 | | $902.50 |

**Matter 11** — Fee Applications, Applicant

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 6/20/2012 | Respond to fee auditor's initial report (.50); telephone conference with B. Ruhlander re same (.30). | .80 | $475 | $380.00 |
| RJH | 6/21/2012 | Prepare May 2012 fee application (.50). | .50 | $475 | $237.50 |
| Total | | | 1.30 | | $617.50 |

**Matter 14**  **Hearings**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 6/5/2012 | Attend to matters and circulate correspondence re Big Tex CNO (.30). | .30 | $475 | $142.50 |
| RJH | 6/11/2012 | Review and comment on final June hearing agenda (.20); exchange correspondence with various parties re same (.20). | .40 | $475 | $190.00 |
| RJH | 6/12/2012 | Review and analyze June 18 hearing agenda and resolve issues re same (.50); exchange correspondence with various parties re same (.20). | .70 | $475 | $332.50 |
| RJH | 6/14/2012 | Review entered orders and circulate same to relevant parties (.70). | .70 | $475 | $332.50 |
| Total | | | 2.10 | | $997.50 |

| | Matter 16 | Plan and Disclosure Statement | | | |
|---|---|---|---|---|---|
| **Attorney** | **Date** | **Description** | **Time** | **Rate** | **Amount** |
| RJH | 6/4/2012 | Meet with F. Glass re Fair Harbor (.80); draft correspondence re same (.20). | 1.00 | $475 | $475.00 |
| RJH | 6/5/2012 | Prepare for conference call among counsel for plan proponents (.20); participate in same (.70). | .90 | $475 | $427.50 |
| RJH | 6/8/2012 | Telephone conference with F. Glass re Fair Harbor (.40). | .40 | $475 | $190.00 |
| RJH | 6/11/2012 | Telephone conference with F. Glass re Fair Harbor (.40); attend to matters and exchange correspondence re amended district court opinion (.30); review and analyze same (1.00). | 1.70 | $475 | $807.50 |
| RJH | 6/12/2012 | Review and analyze amended district court opinion (2.00). | 2.00 | $475 | $950.00 |
| RJH | 6/15/2012 | Telephone conferences with B. Jaffe re allowed claims exhibit (.60); legal research re same (.70). | 1.30 | $475 | $617.50 |
| RJH | 6/18/2012 | Review, analyze and comment on response brief re Anderson motion (1.00). | 1.00 | $475 | $475.00 |
| RJH | 6/19/2012 | Participate in plan proponents' counsel's call (1.00). | 1.00 | $475 | $475.00 |
| RJH | 6/25/2012 | Legal research re warrant agreement issue (.80); telephone conference with J. Gettleman et al. re same (.40); review and analyze Garlock pleadings (1.00). | 2.20 | $475 | $1,045.00 |
| RJH | 6/26/2012 | Participate in telephone conference with counsel for plan sponsors (1.00). | 1.00 | $475 | $475.00 |
| RJH | 6/27/2012 | Review and analyze district court opinion re Garlock motion for stay (1.00); telephone conference with R. Finke re plan consummation issue (.30). | 1.30 | $475 | $617.50 |
| Total | | | 13.80 | | $6,555.00 |