## Exhibit B

### June 2012 Expense Detail

## EXPENSE SUMMARY

| Service Description | Amount |
|---|---|
| Facsimile | $16.95 |
| Long Distance/Conference Telephone Charges/Internet | $222.55 |
| Online research | $503.28 |
| Total: | $ 742.78 |

## ITEMIZED EXPENSES

### TRAVEL

| Date | Amount | Service Description |
|---|---|---|
| none | $0.00 | NA |
| Total | $ 0.00 | |

### NON-TRAVEL

| Date | Amount | Service Description |
|---|---|---|
| 7/5/2012 | $222.55 | ICI Telecon IC -Grace conference call charges for June |
| 7/6/2012 | $16.95 | Fax and other charges |
| 7/15/2012 | $503.28 | Lexis Nexis - Grace charges for June |
| Total | $ 742.78 | |

Total June 2012 Expenses: $ 742.78