# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Objection Deadline:<br>Hearing Date: TBD only if necessary |

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF JUNE 1, 2012 THROUGH JUNE 30, 2012**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## Matter 88 - Acton Site OU3

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $624.00 | 0.5 | $   312.00 |
| | | | | | |
| **TOTAL** | | | | 0.5 | $   312.00 |



# FOLEY HOAG LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

July 30, 2012
Invoice No.: 502445
Matter No.: 08743.00088

**Re:    Acton Site OU3**

For Professional Services rendered through June 30, 2012

| | |
|---|---|
| Fees | $312.00 |
| **Total Fees and Disbursements** | **$312.00** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON        WASHINGTON        EMERGING ENTERPRISE CENTER        FOLEYHOAG.COM

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 502445
July 30, 2012
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 06/07/12 | Jaffe | P230 | Attention to sediment close out, including reviewing draft response to comments and letter to EPA regarding same, and emails with team regarding same (.5). | 0.5 |
| | | | **Total Hours** | **0.5** |

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 502445
July 30, 2012
Page 3

### TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 0.5 | at | 624.00 | = | 312.00 |
| **Total Fees** | | | | | **$312.00** |

| | Amount |
|---|---|
| **Total Fees** | **$312.00** |
| **Total Fees and Disbursements** | **$312.00** |


# FOLEY HOAG LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

July 30, 2012
Invoice No.: 502445
Matter No.: 08743.00088

Re:    Acton Site OU3

      **Total Fees and Disbursements**       **$312.00**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
| --- | --- |
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00088, **Invoice #:** 502445
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company

## Matter 102 - Blackburn and Union Privileges Superfund Site, Walpole, Mass

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $624.00 | 0.8 | $    499.20 |
| TOTAL | | | | 0.8 | $    499.20 |

4033311.v1


**FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

July 30, 2012
Invoice No.: 502446
Matter No.: 08743.00102

Re:  **Blackburn and Union Privileges Superfund Site, Walpole, Mass**

For Professional Services rendered through June 30, 2012

|  |  |
|---|---|
| Fees | $499.20 |
| **Total Fees and Disbursements** | **$499.20** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON        WASHINGTON        EMERGING ENTERPRISE CENTER        FOLEYHOAG.COM

Matter No.: 08743.00102                                    Invoice No.: 502446
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass          July 30, 2012
                                                                    Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 06/07/12 | Jaffe | P230 | Attention to access issue, including emails with team regarding EPA access efforts and deeds (.3). | 0.3 |
| 06/08/12 | Jaffe | P230 | Attention to access issues, including review deeds and emails with team regarding same (.5). | 0.5 |
| | | | **Total Hours** | **0.8** |

Matter No.: 08743.00102                                    Invoice No.: 502446
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass        July 30, 2012
                                                                 Page 3

### TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 0.8 | at | 624.00 | = | 499.20 |
| **Total Fees** | | | | | **$499.20** |

| | | |
|---|---|---|
| **Total Fees** | | $499.20 |
| **Total Fees and Disbursements** | | $499.20 |



## FOLEY HOAG LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

July 30, 2012
Invoice No.: 502446
Matter No.: 08743.00102

**Re:     Blackburn and Union Privileges Superfund Site, Walpole, Mass**

**Total Fees and Disbursements**          <u>**$499.20**</u>

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account #.1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00102, **Invoice #:** 502446
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company

## Matter 103 – Wells G&H Superfund Site

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $624.00 | 21.1 | $ 13,166.40 |
| Amy E. Boyd | Associate | Environmental | $430.00 | 12.7 | $ 5,461.00 |
| **TOTAL** | | | | **33.8** | **$ 18,627.40** |

### Expenses

| Description | Total |
|---|---|
| Telephone | $ 11.31 |
| Photocopying | $ 9.00 |
| Taxi Fare | $ 20.00 |
| Mileage, Toll, Parking | $ 34.00 |
| **TOTAL** | **$ 74.31** |

4033311.v1



# FOLEY HOAG LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

July 30, 2012
Invoice No.: 502447
Matter No.: 08743.00103

**Re:    Wells G&H Superfund Site**

For Professional Services rendered through June 30, 2012

| | |
|---|---|
| Fees | $18,627.40 |
| Disbursements | <u>74.31</u> |
| **Total Fees and Disbursements** | **$18,701.71** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM

Matter No.: 08743.00103
Re: Wells G&H Superfund Site

Invoice No.: 502447
July 30, 2012
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 06/05/12 | Jaffe | P230 | Preparation for Central Area meeting with EPA, including reviewing, revising, draft presentation and emails with team regarding same (2.4). | 2.4 |
| 06/06/12 | Jaffe | P230 | Continued preparation for meeting with EPA, including reviewing further changes to presentation and emails with team regarding same (1.4). | 1.4 |
| 06/07/12 | Jaffe | P230 | Attention to preparation for Central Area meeting with EPA, including reviewing, revising presentation and emails with team regarding presentation and related issues (1.8). | 1.8 |
| 06/07/12 | Boyd | P230 | Attention to Central Area, including review of e-mail with team to discuss agenda and presentation to EPA (.3). | 0.3 |
| 06/08/12 | Jaffe | P230 | Attention to Central Area issues, including conference call with team to prepared for meeting with EPA and reviewing draft presentation materials (1.7). | 1.7 |
| 06/08/12 | Boyd | P230 | Attention to Central Area, including conference call and e-mail with team to discuss agenda and presentation to EPA (1.2). | 1.2 |
| 06/11/12 | Jaffe | P230 | Attention to Central Area, including team meeting regarding EPA and pre-meeting of Grace team, and preparing for same (6.3). | 6.3 |
| 06/11/12 | Boyd | P230 | Conference with Grace team to prepare for pre-meeting (2.2); conference with PRP Group to prepare for meeting with EPA on Central Area (4.1). | 6.3 |
| 06/12/12 | Boyd | P230 | Prepared for and attended meeting with EPA and DEP representatives to discuss Phase 1B proposal for Central Area (3.8); meeting with PRP group to discuss next steps (1.1). | 4.9 |
| 06/12/12 | Jaffe | P230 | Attention to Central Area, including meeting with EPA, preparing for same, and post-meeting discussion among PRPs (5.3). | 5.3 |
| 06/13/12 | Jaffe | P230 | Attention to Central Area sampling obligations, including review of scope of work and emails with Mr. Bibler and team regarding same (.6). | 0.6 |

Matter No.: 08743.00103

Re: Wells G&H Superfund Site

Invoice No.: 502447
July 30, 2012
Page 3

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 06/14/12 | Jaffe | P230 | Attention to joint defense agreement, including reviewing revised draft from Ms. Duff and emails with Ms. Duff (.3); attention to Central Area, including emails with team and Mr. Bibler regarding monitoring parameters (.5). | 0.8 |
| 06/19/12 | Jaffe | P230 | Attention to joint defense agreement, including reviewing Ms. Duff changes and email with Mr. Bibler and Ms. Duff regarding same (.5). | 0.5 |
| 06/29/12 | Jaffe | P230 | Emails with Mr. Smith regarding EPA public meeting presentation (.3). | 0.3 |

**Total Hours**    33.8

Matter No.: 08743.00103
Re: Wells G&H Superfund Site

Invoice No.: 502447
July 30, 2012
Page 4

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|------------|-------|------|--------|---|----------|
| Amy E Boyd | 12.7 | at | 430.00 | = | 5,461.00 |
| Seth D. Jaffe | 21.1 | at | 624.00 | = | 13,166.40 |
| | **Total Fees** | | | | **$18,627.40** |

## Disbursement Summary

| Date | | Amount |
|------|---|--------|
| 05/30/12 | Telephone 12132890015 - California - CA (USA) | 11.31 |
| 06/11/12 | In-House Photocopying | 9.00 |
| 06/13/12 | Taxi Fare Taxi - Seth D. Jaffe Central Area meeting at Goodwin Procter 06/12/12 | 20.00 |
| 06/13/12 | Mileage, Toll, Parking Parking - Seth D. Jaffe parking at 53 State Street for Central Area meeting at Goodwin Procter 06/11/12 | 34.00 |
| | **Total Disbursements** | **$74.31** |

| | |
|---|---|
| **Total Fees** | **$18,627.40** |
| **Total Disbursements** | **74.31** |
| **Total Fees and Disbursements** | **$18,701.71** |

 **FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

July 30, 2012
Invoice No.: 502447
Matter No.: 08743.00103

Re:   **Wells G&H Superfund Site**

      **Total Fees and Disbursements**    **$18,701.71**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:** Citizens Bank 1 Citizens Drive Providence, RI 02915 | ABA: 011500120 Swift #: CTZIUS33 Account # 1133945993 Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00103, **Invoice #:** 502447
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company

## Matter 106 – Walpole Consent Decree Compliance Property Matters

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Jacob N. Polatin | Partner | Real Estate | $601.00 | 0.3 | $    180.30 |
| | | | | | |
| **TOTAL** | | | | 0.3 | $    180.30 |

### Expenses

| Description | Total |
|---|---|
| Photocopying | $    0.10 |
| | |
| **TOTAL** | $    0.10 |

4033311.v1

Matter No.: 08743.00106
Re: Walpole Consent Decree Compliance Property Matters

Invoice No.: 502448
July 30, 2012
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 06/08/12 | Polatin | B110 | Locate Deeds and send to client (.3). | 0.3 |
| | | | **Total Hours** | **0.3** |

To ensure proper credit to your account,
please include remittance page with your payment.

Matter No.: 08743.00106                                      Invoice No.: 502448
Re: Walpole Consent Decree Compliance Property Matters                July 30, 2012
                                                                        Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Jacob N. Polatin | 0.3 | at | 601.00 | = | 180.30 |
| **Total Fees** | | | | | **$180.30** |

## Disbursement Summary

| Date | | Amount |
|---|---|---|
| 06/11/12 | In-House Photocopying | 0.10 |
| | **Total Disbursements** | **$0.10** |

| | |
|---|---|
| **Total Fees** | **$180.30** |
| **Total Disbursements** | **0.10** |
| **Total Fees and Disbursements** | **$180.40** |



**FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

July 30, 2012
Invoice No.: 502448
Matter No.: 08743.00106

**Re:**   **Walpole Consent Decree Compliance Property Matters**

**Total Fees and Disbursements**            **$180.40**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
| --- | --- |
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00106, **Invoice #:** 502448
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company

**Matter 108 - Discovery Sciences FDA Matters**

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| James Flaherty | Associate | Administrative | $485.00 | 15.4 | $ 7,469.00 |
| **TOTAL** | | | | 15.4 | $ 7,469.00 |

### Expenses

| Description | Total |
|---|---|
| Mileage, Toll, Parking | $ 105.59 |
| Meals | $ 126.60 |
| Air Fare | $ 336.60 |
| Hotels | $ 234.08 |
| **TOTAL** | $ 802.87 |

(All expenses related to Jim Flaherty's trip to attend FDA meetings at client's Deerfield, IL facility)

4033311.v1



# FOLEY HOAG LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

July 30, 2012
Invoice No.: 502449
Matter No.: 08743.00108

**Re:    Discovery Sciences FDA Matters**

For Professional Services rendered through June 30, 2012

| | |
|---|---:|
| Fees | $7,469.00 |
| Disbursements | 802.87 |
| **Total Fees and Disbursements** | **$8,271.87** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON        WASHINGTON        EMERGING ENTERPRISE CENTER        FOLEYHOAG.COM

Matter No.: 08743.00108
Re: Discovery Sciences FDA Matters

Invoice No.: 502449
July 30, 2012
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 06/04/12 | Flaherty | C300 | Prepare for visit to Deerfield facility (0.2); e-mail correspondence with S. Perdue and L. Duff regarding same (0.1). | 0.3 |
| 06/12/12 | Flaherty | C300 | Telephone conference with L. Duff regarding costs associated with Discovery Sciences medical device classification project and Deerfield facility visit details and logistics (0.1). | 0.1 |
| 06/18/12 | Flaherty | C300 | Prepare for Discovery Sciences FDA meetings in Deerfield, including detailed review and analysis of Discovery Sciences product information en route from Boston-Logan to Chicago-O'Hare (6.0). | 6.0 |
| 06/19/12 | Flaherty | C300 | Prepare for and attend Discovery Sciences FDA meetings in Deerfield with L. Duff, S. Perdue, M. Buono, and other Grace representatives (9.0). | 9.0 |
| | | | **Total Hours** | **15.4** |

Matter No.: 08743.00108                                          Invoice No.: 502449
Re: Discovery Sciences FDA Matters                                      July 30, 2012
                                                                             Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| James Flaherty | 15.4 | at | 485.00 | = | 7,469.00 |
| | **Total Fees** | | | | **$7,469.00** |

## Disbursement Summary

| Date | | Amount |
|---|---|---|
| 06/27/12 | Mileage, Toll, Parking | 105.59 |
| 06/27/12 | Meals | 126.60 |
| 06/27/12 | Air, Train & Bus Fare Invoice #: Z2 00048179 Invoice Date: 6/5/2012 Ticket No: 01 67065788927 Name: Flaherty/James M Routing: BOS ORD BOS Airline Code: UA Final Dest: NO CITY LISTED | 305.60 |
| 06/27/12 | Air, Train & Bus Fare Invoice #: Z2 00048179 Invoice Date: 6/5/2012 Ticket No: 89 00575558157 Name: Flaherty/James M Routing: Travel agency service fee Airline Code: Final Dest: NO CITY LISTED | 31.00 |
| 06/27/12 | Air, Train & Bus Fare Airfare - James Flaherty R/T Boston to Chicago to attend FDA meetings at Client's Deerfield, IL facility 06/18/12 | 0.00 |
| 06/27/12 | Car Rental Car Rental/Fuel - James Flaherty Attend FDA meetings at Client's Deerfield, IL facility 06/18/12 | 0.00 |
| 06/27/12 | Hotels & Related Expenses Lodging - James Flaherty Room charge ($209.00); State Occupancy Tax ($12.54); City Tax ($12.54) 06/18/12 | 234.08 |
| | **Total Disbursements** | **$802.87** |

|  |  |
|---|---|
| **Total Fees** | **$7,469.00** |
| **Total Disbursements** | **802.87** |
| **Total Fees and Disbursements** | **$8,271.87** |

 **FOLEY HOAG** LLP

Seth D. Jaffe<br>617-832-1203<br>Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

July 30, 2012
Invoice No.: 502449
Matter No.: 08743.00108

Re:    **Discovery Sciences FDA Matters**

   **Total Fees and Disbursements**          **$8,271.87**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
| --- | --- |
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #: 08743.00108, Invoice #: 502449**
**Billing Attorney: Seth D. Jaffe**
**Wire Originator: W.R. Grace & Company**

## Matter 111 - Incubator FDA Matters

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| James Flaherty | Associate | Administrative | $485.00 | 2.1 | $ 1,018.50 |
| | | | | | |
| TOTAL | | | | 2.1 | $ 1,018.50 |

### Expenses

| Description | Total |
|---|---|
| Telephone | $ 7.67 |
| | |
| TOTAL | $ 7.67 |



# FOLEY HOAG LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

July 30, 2012
Invoice No.: 502451
Matter No.: 08743.00111

**Re:     Incubator FDA Matters**

For Professional Services rendered through June 30, 2012

| | |
|---|---:|
| Fees | $1,018.50 |
| Disbursements | 7.67 |
| **Total Fees and Disbursements** | **$1,026.17** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM

Matter No.: 08743.00111                                    Invoice No.: 502451
Re: Incubator FDA Matters                                      July 30, 2012
                                                                   Page 2

| <u>Date</u> | <u>Timekeeper</u> | <u>Tsk</u> | <u>Narrative</u> | <u>Hours</u> |
|---|---|---|---|---|
| 06/22/12 | Flaherty | C300 | E-mail correspondence with C. Libanati regarding GMP requirements for Grace-Formac silica products and scheduling call to discuss same (0.1). | 0.1 |
| 06/26/12 | Flaherty | C300 | Prepare for telephone conference with C. Libanati, L. Duff and other Grace representatives regarding GMP requirements for Grace-Formac silica products, including research concerning applicable FDA laws, regulations, and guidances (1.0); participate in telephone conference regarding same (1.0). | 2.0 |
| | | | **Total Hours** | **2.1** |

Matter No.: 08743.00111
Re: Incubator FDA Matters

Invoice No.: 502451
July 30, 2012
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| James Flaherty | 2.1 | at | 485.00 | = | 1,018.50 |
| | **Total Fees** | | | | **$1,018.50** |

## Disbursement Summary

| Date | | | Amount |
|---|---|---|---|
| 06/26/12 | Telephone | | 7.67 |
| | **Total Disbursements** | | **$7.67** |

| | | |
|---|---|---|
| **Total Fees** | | $1,018.50 |
| **Total Disbursements** | | 7.67 |
| **Total Fees and Disbursements** | | $1,026.17 |



Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

July 30, 2012
Invoice No.: 502451
Matter No.: 08743.00111

Re:   **Incubator FDA Matters**

      **Total Fees and Disbursements**      **$1,026.17**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
| --- | --- |
| **Wire Instructions:** <br> Citizens Bank <br> 1 Citizens Drive <br> Providence, RI 02915 | ABA: 011500120 <br> Swift #: CTZIUS33 <br> Account # 1133945993 <br> Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00111, **Invoice #:** 502451
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON      WASHINGTON      EMERGING ENTERPRISE CENTER      FOLEYHOAG.COM