# EXHIBIT A

## W. R. Grace & Co., et al.,
### District of Delaware, Bankruptcy Case No. 01-1139

### Report on Settlements of Certain Claims and Causes of Action
### April 1, 2012, through June 30, 2012

Settlements Greater than $50,000, But Less Than $1,000,000

| Date | Dkt | Notice of Settlement |
|---|---|---|
|  |  | None |

Settlements Less Than $50,000

| Date | Claim | Settlement |
|---|---|---|
|  |  | None |