## EXHIBIT A

**W. R. Grace & Co., et al.,
District of Delaware, Bankruptcy Case No. 01-1139**

**Report on De Minimis Asset Sales
April 1, 2012, through June 30, 2012**

*Part I – Sales in excess of $25,000, but less than $250,000*

    NONE

*Part II – Sales equal to or less than $25,000*

    NONE