# Exhibit A

**KRAMER LEVIN NAFTALIS & FRANKEL** LLP
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
PHONE 212.715.9100
FAX 212.715.8000

July 30, 2012

W.R. GRACE & CO. EQUITY COMMITTEE

When remitting,
please reference:
Invoice Number: 598861
056772

## CLIENT SUMMARY - 056772 - W.R. GRACE & CO. EQUITY COMMITTEE

### 056772-00001/CASE ADMINISTRATION

| | |
|---|---:|
| FEES | $0.00 |
| DISBURSEMENTS | 101.20 |
| MATTER TOTAL | $101.20 |

### 056772-00002/CREDITOR COMMITTEE

| | |
|---|---:|
| FEES | $350.00 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $350.00 |

### 056772-00007/REORGANIZATION PLAN

| | |
|---|---:|
| FEES | $9,397.00 |
| DISBURSEMENTS | (3.14) |
| MATTER TOTAL | $9,393.86 |

### 056772-00008/FEE APPLICATIONS, APPLICANT

| | |
|---|---:|
| FEES | $664.00 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $664.00 |
| CLIENT GRAND TOTAL | $10,509.06 |

Amounts due may be remitted by wire transfer.

| | |
|---|---|
| To: | Citibank, N.A. |
| | Citicorp Center 153 E. 53rd Street NY, N.Y. 10043 |
| | ABA #021000089 |
| Account: | Kramer Levin Naftalis & Frankel LLP Money Market A\C 9992122019 |
| By Order of: | Invoice No. 598861 |
| Citibank Contact: | Gaetana Mauceli (212) 559-0165 |

TIME AND DISBURSEMENT AMOUNTS POSTED AFTER THE BILLING PERIOD SHOWN
ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE
CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.
TAX ID# 13-1944339

KL4 2341883.1

W.R. GRACE & CO. EQUITY COMMITTEE                                         July 30, 2012
056772-00001                                                         Invoice No. 598861

## CASE ADMINISTRATION

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| TRANSCRIPT FEES | 101.20 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$101.20** |
| **TOTAL FOR THIS MATTER** | **$101.20** |

Kramer Levin Naftalis & Frankel LLP                                    Page No. 3

W.R. GRACE & CO. EQUITY COMMITTEE                                     July 30, 2012
056772-00002                                                     Invoice No. 598861

**CREDITOR COMMITTEE**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/06/12 | BLABEY, DAVID E | Call with equity holder re Anderson Memorial Hospital's motion. | 0.50 | 350.00 |

**TOTAL HOURS AND FEES**                                              **0.50**   **$350.00**

**TOTAL FOR THIS MATTER**                                    **$350.00**

KL4 2341883.1

W.R. GRACE & CO. EQUITY COMMITTEE                         July 30, 2012
056772-00007                                              Invoice No. 598861

## REORGANIZATION PLAN

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/04/12 | BLABEY, DAVID E | Discuss Anderson Memorial Hospital motion with P. Bentley and email re same. | 0.30 | 210.00 |
| 06/04/12 | BENTLEY, PHILIP | Discussion with D. Blabey re Anderson Memorial Hospital's motion. | 0.20 | 173.00 |
| 06/11/12 | BENTLEY, PHILIP | Review district court's amended confirmation decision, and discs D. Blabey re same | 0.50 | 432.50 |
| 06/11/12 | BLABEY, DAVID E | Review district court decision and order (2.4) and memo to client re same (1). | 3.40 | 2,380.00 |
| 06/12/12 | BENTLEY, PHILIP | Review current appeal issues, and review and comment on draft memo to committee re same | 0.60 | 519.00 |
| 06/12/12 | BLABEY, DAVID E | Review appellate procedures re Andeson Memorial Hospital's motion (.4); edits to memo to client re district court decision (.9). | 1.30 | 910.00 |
| 06/13/12 | BLABEY, DAVID E | Review draft of response to Andeson Memorial Hospital's motion. | 0.80 | 560.00 |
| 06/14/12 | BENTLEY, PHILIP | Discussion with D. Blabey re response to Anderson Memorial Hospital's motion. | 0.10 | 86.50 |
| 06/15/12 | BENTLEY, PHILIP | Review pending appeal issues. | 0.10 | 86.50 |
| 06/15/12 | BLABEY, DAVID E | Review and edit draft response to Andeson Memorial Hospital's motion (.5); review Bondera sale motion and email to client re same (.2). | 0.70 | 490.00 |
| 06/18/12 | BLABEY, DAVID E | Review draft of response to Andeson Memorial Hospital's motion (.5); review PD FCR response brief (.2). | 0.70 | 490.00 |
| 06/19/12 | BENTLEY, PHILIP | Review emails re recent filings. | 0.10 | 86.50 |
| 06/25/12 | BENTLEY, PHILIP | Review emails re appeal issues. | 0.10 | 86.50 |
| 06/26/12 | BLABEY, DAVID E | Review Garlock stay motion (.9) and plan proponent draft response (.7). | 1.60 | 1,120.00 |
| 06/27/12 | BLABEY, DAVID E | Review further edits to PP response to Garlock motion (.2); review district court decision denying motion (.5). | 0.70 | 490.00 |
| 06/29/12 | BLABEY, DAVID E | Review Andeson Memorial Hospital's reply (.4) and email to client re same (.1). | 0.50 | 350.00 |
| 06/30/12 | BENTLEY, PHILIP | Review emails re Garlock motion. | 0.10 | 86.50 |

KL4 2341883.1

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/30/12 | BLABEY, DAVID E | Review Garlock stay motion (.5) and cases cited therein (.7). | 1.20 | 840.00 |

**TOTAL HOURS AND FEES**  13.00  $9,397.00

**SUMMARY OF DISBURSEMENTS AND OTHER CHARGES**

| DESCRIPTION | AMOUNT |
|---|---|
| RESEARCH SERVICES | 42.00 |
| WESTLAW ON-LINE RESEARCH | 165.46 |
| OUT-OF-TOWN TRAVEL | (210.60) |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**   $(3.14)

**TOTAL FOR THIS MATTER**   $9,393.86

W.R. GRACE & CO. EQUITY COMMITTEE                                                                July 30, 2012
056772-00008                                                                               Invoice No. 598861

## FEE APPLICATIONS, APPLICANT

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/07/12 | HALVERSON, DARREN C | Review bill and cf. F. Arias re edits. | 0.10 | 41.50 |
| 06/29/12 | HALVERSON, DARREN C | Draft 129th Fee App (1.3); cf. F. Arias re: disbursements (.2). | 1.50 | 622.50 |
| **TOTAL HOURS AND FEES** | | | **1.60** | **$664.00** |

**TOTAL FOR THIS MATTER**                                                         **$664.00**

KL4 2341883.1