## Exhibit B

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    1
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/30/2012 11:34:54

Matter No: 056772-00001                                           Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:    3419783
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                   Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                   Status        : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.10/w/o manu. services
-----------------------------------------------------------------------------------------------------------------------------------------
                                                       PRE-BILLING SUMMARY REPORT
-----------------------------------------------------------------------------------------------------------------------------------------
            UNBILLED TIME FROM:                                          TO:
            UNBILLED DISB FROM:   05/12/2012                             TO:     05/12/2012

                                         FEES                                      COSTS
                                         ----                                      -----
             GROSS BILLABLE AMOUNT:             0.00                                    101.20
              AMOUNT WRITTEN DOWN:    _____                        _____
                          PREMIUM:    _____                        _____
                ON ACCOUNT BILLED:    _____                        _____
        DEDUCTED FROM PAID RETAINER:  _____                        _____
                    AMOUNT BILLED:    _____                        _____
                        THRU DATE:                                                05/12/2012
       CLOSE MATTER/FINAL BILLING?    YES    OR    NO
        EXPECTED DATE OF COLLECTION:

          BILLING PARTNER APPROVAL:                                      _____
                                      BENTLEY PHILIP - 02495             WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
                  BILLING COMMENTS:
                                     _____

-----------------------------------------------------------------------------------------------------------------------------------------
                                              ACCOUNTS RECEIVABLE TOTALS              UNAPPLIED CASH
                                              -------------------------               --------------
                             FEES:                   0.00
                     DISBURSEMENTS:                101.20       UNIDENTIFIED RECEIPTS:       0.00
                      FEE RETAINER:                  0.00            PAID FEE RETAINER:      0.00
                      DISB RETAINER:                 0.00           PAID DISB RETAINER:      0.00
                  TOTAL OUTSTANDING:               101.20        TOTAL AVAILABLE FUNDS:      0.00
                                                                         TRUST BALANCE:
                                                   BILLING HISTORY
                                                   ---------------
               DATE OF LAST BILL:             06/29/12          LAST PAYMENT DATE:       07/11/12
               LAST BILL NUMBER:              596650 ACTUAL FEES BILLED TO DATE:       368,100.50
                                                     ON ACCOUNT FEES BILLED TO DATE:         0.00
                                                          TOTAL FEES BILLED TO DATE:    368,100.50
               LAST BILL THRU DATE:           05/31/12    FEES WRITTEN OFF TO DATE:      85,932.00
                                                         COSTS WRITTEN OFF TO DATE:      23,828.24
      FOR ACCTG USE ONLY:                 Write Down/Up Reason Codes:
                                          --------------------------
                   (1) Exceeded Fixed Fee         (4) Excessive Legal Time     (7) Fixed Fee
                   (2) Late Time & Costs Posted   (5) Business Development     (8) Premium
                   (3) Pre-arranged Discount      (6) Summer Associate         (9) Rounding             (10) Client Arrangement

      BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    2
                                                         *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/30/2012 11:34:54

Matter No: 056772-00001                                           Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:    3419783
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                   Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status       : ACTIVE

U N B I L L E D   C O S T S    S U M M A R Y  -------------- Total Unbilled ----------------
Code   Description                            Oldest       Latest         Total
                                               Entry        Entry         Amount
----   ------------------------------         ------       ------         ------------
0980   TRANSCRIPT FEES                        05/12/12     05/12/12         101.20

            Total                                                           101.20


U N B I L L E D   C O S T S   D E T A I L
Description/Code                               Employee         Date         Amount       Index#   Batch No    Batch Date
---------------------------------------        --------         ------       ----------   -------  ---------   ----------

TRANSCRIPT FEES 0980
    AMERICAN EXPRESS                           SHAIN, A S       05/12/12      101.20      9656845  1252262     06/13/12
    AMERICAN EXPRESS 05/11/12 - VERITEXT HOLDING
                                               0980 TRANSCRIPT FEES Total :   101.20


            Costs Total :                                                     101.20
```

```
alp_132r: Matter Detail                                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE    3
                                                            *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/30/2012 11:34:54

Matter No: 056772-00001                                           Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:      3419783
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                   Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status        : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description              Amount             Bill          W/o / W/u         Transfer To   Clnt/Mtr    Carry Forward
-----------------------  --------------------  -----------  ----------------  --------------------------------  -----------------

0980 TRANSCRIPT FEES             101.20        _____   _____   _____   _____


           Costs Total :         101.20        _____   _____   _____   _____
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    4
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/30/2012 11:34:54

Matter No: 056772-00007                                       Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:    3419783
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : REORGANIZATION PLAN                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                             Status      : ACTIVE

Special Billing Instructions:
-------------------------------------------------------------------------------------------------------------------------------------
                                              PRE-BILLING SUMMARY REPORT
-------------------------------------------------------------------------------------------------------------------------------------
           UNBILLED TIME FROM:                                    TO:
           UNBILLED DISB FROM:    05/16/2012                      TO:    06/18/2012
-------------------------------------------------------------------------------------------------------------------------------------
                                          FEES                              COSTS

            GROSS BILLABLE AMOUNT:         0.00                              -3.14
             AMOUNT WRITTEN DOWN:
                         PREMIUM:
               ON ACCOUNT BILLED:
         DEDUCTED FROM PAID RETAINER:
                   AMOUNT BILLED:
                       THRU DATE:                                           06/18/2012
          CLOSE MATTER/FINAL BILLING?  YES   OR   NO
        EXPECTED DATE OF COLLECTION:

         BILLING PARTNER APPROVAL:
                                      BENTLEY PHILIP - 02495       WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
                 BILLING COMMENTS:


                                      ACCOUNTS RECEIVABLE TOTALS              UNAPPLIED CASH

                           FEES:            0.00
                   DISBURSEMENTS:           -3.14    UNIDENTIFIED RECEIPTS:         0.00
                     FEE RETAINER:          0.00         PAID FEE RETAINER:         0.00
                    DISB RETAINER:          0.00        PAID DISB RETAINER:         0.00
                 TOTAL OUTSTANDING:         -3.14      TOTAL AVAILABLE FUNDS:        0.00
                                                             TRUST BALANCE:
                                              BILLING HISTORY
                                              ---------------
              DATE OF LAST BILL:       06/29/12         LAST PAYMENT DATE:    07/12/12
              LAST BILL NUMBER:        596650 ACTUAL FEES BILLED TO DATE:   1,081,984.00
                                              ON ACCOUNT FEES BILLED TO DATE:      0.00
                                                 TOTAL FEES BILLED TO DATE: 1,081,984.00
              LAST BILL THRU DATE:     05/31/12    FEES WRITTEN OFF TO DATE:    391.00
                                                  COSTS WRITTEN OFF TO DATE:  2,162.00
FOR ACCTG USE ONLY:                    Write Down/Up Reason Codes:

         (1) Exceeded Fixed Fee       (4) Excessive Legal Time      (7) Fixed Fee
         (2) Late Time & Costs Posted (5) Business Development      (8) Premium
         (3) Pre-arranged Discount    (6) Summer Associate          (9) Rounding       (10) Client Arrangement

    BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                                            PAGE    5
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/30/2012 11:34:54

Matter No: 056772-00007                                      Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    3419783
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : REORGANIZATION PLAN                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                             Status        : ACTIVE

 U N B I L L E D    C O S T S    S U M M A R Y  -------------- Total Unbilled ----------------
 Code  Description                        Oldest      Latest        Total
                                          Entry       Entry         Amount
 ----  ------------------------------     ------      ------      -----------
 0841  RESEARCH SERVICES                  06/11/12    06/14/12          42.00
 0917  WESTLAW ON-LINE RESEARCH           06/12/12    06/18/12         165.46
 0950  OUT-OF-TOWN TRAVEL                 05/16/12    05/16/12        -210.60

           Total                                                        -3.14


 U N B I L L E D    C O S T S    D E T A I L
 Description/Code                                  Employee            Date              Amount        Index#   Batch No  Batch Date
 ----------------------------------------------    --------            ------            -----------   -------  --------- ----------

 RESEARCH SERVICES 0841
     RESEARCH SERVICES                             GOMEZ, E G          06/11/12               14.00    9671257  1259894   07/01/12
     P.Bentley - pull WL version of case
     whenavailable.
     RESEARCH SERVICES                             GOMEZ, E G          06/12/12               14.00    9673288  1261321   07/03/12
     P.Bentley - check WL for WR Grace
     decisionavailability (not available yet).
     RESEARCH SERVICES                             GOMEZ, E G          06/14/12               14.00    9673314  1261324   07/03/12
     P.Bentley - pull WL version of case when
     available.
                                                0841 RESEARCH SERVICES Total :               42.00

 WESTLAW ON-LINE RESEARCH 0917
     WESTLAW ON-LINE RESE                          GOMEZ, E G          06/12/12               48.15    9672198  1260978   07/02/12
     WESTLAW ON-LINE RESE                          GOMEZ, E G          06/13/12               54.05    9672199  1260978   07/02/12
     WESTLAW ON-LINE RESE                          GOMEZ, E G          06/14/12               48.15    9672200  1260978   07/02/12
     WESTLAW ON-LINE RESE                          GOMEZ, E G          06/18/12               15.11    9672201  1260978   07/02/12
                                                0917 WESTLAW ON-LINE RESE Total :            165.46

 OUT-OF-TOWN TRAVEL 0950
     DINERS CLUB CITICORP DIN                      BENTLEY, P          05/16/12             -210.60    9669598  1259566   06/29/12
     5/1/2012 NYP TO PHL TO NYP
                                                0950 OUT-OF-TOWN TRAVEL Total :             -210.60


           Costs Total :                                                                      -3.14
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    6
                                                         *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/30/2012 11:34:54

Matter No: 056772-00007                                              Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:    3419783
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : REORGANIZATION PLAN                                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                    Status        : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description            Amount            Bill          W/o / W/u        Transfer To   Clnt/Mtr   Carry Forward
-------------------    --------------------   ----------   ---------------   -----------------------------   ----------------

0841 RESEARCH SERVICES           42.00        _____   _____   _____   _____

0917 WESTLAW ON-LINE RESEARCH   165.46        _____   _____   _____   _____

0950 OUT-OF-TOWN TRAVEL        -210.60        _____   _____   _____   _____


         Costs Total :          -3.14         _____   _____   _____   _____
```