**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO., et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| *Debtors.* | § | Jointly Administered |
| | § | |
| | § | Objection Deadline: 8/21/2012; 4:00 PM ET |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR
FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS
AND HOLDERS OF DEMANDS FOR THE FORTY-SEVENTH MONTHLY
INTERIM PERIOD FROM JULY 1, 2012 THROUGH JULY 31, 2012**

| | |
|---|---|
| Name of Applicant: | Alan B. Rich, Esq. |
| Authorized to Provide Services To: | Judge Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | September 29, 2008 (*nunc pro tunc*) |
| Period for Which Compensation and Reimbursement is Sought: | July 1, 2012 through July 31, 2012 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $22,400.00   [80% of $28,000.00] |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $565.23 |

This is a(n):   ☒Monthly   ☐Interim   ☐Final Application

## PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |

---

[1] At 80% of the total incurred.

| | | | | | |
|---|---|---|---|---|---|
| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | Paid | Paid |
| 5/3/2010 | 4/1/2010 to 4/30/2010 | $11,040.00 | $805.28 | Paid | Paid |
| 6/1/2010 | 5/1/2010 to 5/31/2010 | $5,808.00 | $44.00 | Paid | Paid |
| 7/1/2010 | 6/1/2010 to 6/30/2010 | $9,792.00 | $779.81 | Paid | Paid |
| 8/1/2010 | 7/1/2010 to 7/31/2010 | $7,824.00 | $208.00 | Paid | Paid |
| 9/1/2010 | 8/1/2010 to 8/31/2010 | $4,272.00 | $273.00 | Paid | Paid |
| 10/1/2010 | 9/1/2010 to 9/30/2010 | $6,672.00 | $30.00 | Paid | Paid |
| 11/1/2010 | 10/1/2010 to 10/31/2010 | $3,408.00 | $44.00 | Paid | Paid |
| 12/1/2010 | 11/1/2010 to 11/30/2010 | $6,012.00 | $0 | Paid | Paid |
| 1/3/2011 | 12/1/2010 to 12/31/2010 | $13,572.00 | $1,146.02 | Paid | Paid |
| 2/1/2011 | 1/1/2011 to 1/31/2011 | $13,416.00 | $1,247.19 | Paid | Paid |
| 3/1/2011 | 2/1/2011 to 2/28/2011 | $17,992.00 | $1,509.34 | Paid | Paid |
| 4/1/2011 | 3/1/2011 to 3/31/2011 | $10,660.00 | $201.00 | Paid | Paid |
| 5/2/2011 | 4/1/2011 to 4/30/2011 | $13,364.00 | $44.00 | Paid | Paid |
| 6/1/2011 | 5/1/2011 to 5/31/2011 | $22,932.00 | $243.05 | Paid | Paid |
| 7/1/2011 | 6/1/2011 to 6/30/2011 | $18,824.00 | $533.60 | Paid | Paid |
| 8/1/2011 | 7/1/2011 to 7/31/2011 | $10,088.00 | $0 | Paid | Paid |

| | | | | | |
|---|---|---|---|---|---|
| 9/1/2011 | 8/1/2011 to 8/31/2011 | $6,708.00 | $20.88 | Paid | Paid |
| 10/3/2011 | 9/1/2011 to 9/30/2011 | $6,500.00 | $0 | Paid | Paid |
| 11/1/2011 | 10/1/2011 to 10/31/2011 | $6,396.00 | $0 | Paid | Paid |
| 12/5/2011 | 11/1/2011 to 11/30/2011 | $6,084.00 | $0 | Paid | Paid |
| 1/3/2012 | 12/1/2011 to 12/31/2011 | $3,484.00 | $30.00 | Paid | Paid |
| 2/1/2012 | 1/1/2012 to 1/31/2012 | $8,372.00 | $0 | Paid | Paid |
| 3/5/2012 | 2/1/2012 to 2/29/2012 | $13,312.00 | $30.00 | Paid | Paid |
| 4/2/2012 | 3/1/2012 to 3/31/2012 | $8,060.00 | $0 | Paid | Paid |
| 5/3/2012 | 4/1/2012 to 4/30/2012 | $8,628.00 | $637.84 | Paid | Paid |
| 6/1/2012 | 5/1/2012 to 5/31/2012 | $18,460.00 | $1,613.72 | Paid | Paid |
| 7/2/2012 | 6/1/2012 to 6/30/2012 | $21,164.00 | $1,753.72 | Paid | Paid |

Alan B. Rich is the only attorney providing services in this Fee Application period. Mr. Rich has practiced law for 27 years, and his billing rate is $700 per hour. In this Application period Mr. Rich billed 40.0 hours,[2] for a total amount billed of $28,000.00 of which 80% is currently sought, in the amount of $22,400.00. Mr. Rich incurred expenses during this Application period in the amount of $565.23. The total sought by the Application is $22,965.23.

As stated above, this is the Forty-Seventh application for monthly fees and expenses. The time for preparation of this Application is approximately 1.5 hours, for which $1,050.00 will be requested in a future application.

---

[2] Travel Time, if any, is included in this figure at 50% of actual time.

COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 37.1 | $25,970.00 |
| Fee Application Matters | 2.9 | $2,030.00 |
| TOTAL | 40.0 | $28,000.00 |

EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Westlaw | $565.23 |
| TOTAL | $565.23 |

Detail of the fees and expenses billed is attached hereto as Exhibit A.

//

//

//

//

//

//

//

//

//

//

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

    I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

    Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Elm Street, Suite 4244
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

**CERTIFICATE OF SERVICE**

    I certify that on the 1st day of August, 2012, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*
4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (July, 2012)

**Client**

Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands

**Matter**

*In re W. R. Grace*, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|---|---|---|
| 7/1/2012 | Email from J. Donley re Garlock stay motion in Third Circuit | 0.1 |
| 7/2/2012 | Review Garlock's Third Circuit Emergency Motion to Stay and 2 volume appendix | 2.0 |
| 7/2/2012 | Review Miscellaneous pleadings received today | 0.1 |
| 7/2/2012 | Prepare, file and serve 46th Monthly Fee Application | 1.5 |
| 7/2/2012 | Prepare, file and serve 36th Monthly Fee Application of PD FCR | 0.8 |
| 7/2/2012 | Revise PD FCR's Response to Garlock's Emergency Stay Motion and research therefor | 2.0 |
| 7/3/2012 | Prepare, file and serve CNO for 35th Monthly Fee Application of PD FCR | 0.2 |
| 7/3/2012 | Emails to and from J. Donley re Garlock stay motion in Third Circuit | 0.2 |
| 7/3/2012 | Review Miscellaneous pleadings received today | 0.3 |

Page 1 of 11

| Date | Description | Hours |
|---|---|---|
| 7/3/2012 | Email from L. Esayian re Garlock stay motion in Third Circuit and review of PD settlement spreadsheet | 0.3 |
| 7/3/2012 | Revisions to PD FCR response to Garlock stay motion in Third Circuit | 0.3 |
| 7/3/2012 | Emails to client re status | 0.1 |
| 7/3/2012 | Review Order from Third Circuit re briefing schedule on motion to stay | 0.1 |
| 7/5/2012 | Revise PD FCR's Response to Garlock's Emergency Stay Motion | 0.2 |
| 7/5/2012 | Review Miscellaneous pleadings received today | 0.2 |
| 7/5/2012 | Review Monthly Fee Application of Canadian ZAI counsel (SH) | 0.1 |
| 7/5/2012 | Review Stipulation re Effective Date | 0.1 |
| 7/6/2012 | Review Miscellaneous pleadings received today | 0.1 |
| 7/6/2012 | Review Draft of Plan Proponents' Response to Garlock stay Motion in Third Circuit | 0.7 |
| 7/9/2012 | Email from J. Donley re filing schedule for response to Garlock stay motion | 0.1 |
| 7/9/2012 | Review Miscellaneous pleadings received today | 0.1 |
| 7/9/2012 | Review Canada's Amended Notice of Appeal and emails to and from counsel re same | 0.2 |
| 7/9/2012 | Review Montana's Amended Notice of Appeal | 0.1 |
| 7/9/2012 | Finalize and attend to filing and service of PD FCR's response to Garlock motion to stay | 0.3 |
| 7/9/2012 | Review Third Circuit appearance of Theresa Currier | 0.1 |
| 7/10/2012 | Review Plan Proponents' filed Response in Opposition to Garlock motion to stay and Appendix | 1.5 |
| 7/10/2012 | Review Miscellaneous pleadings received today | 0.1 |
| 7/10/2012 | Review Third Circuit appearance of Philip Bentley | 0.1 |

| | | |
|---|---|---|
| 7/10/2012 | Review Notice of Appeal of BNSF | 0.1 |
| 7/10/2012 | Prepare and file 3rd Circuit Notices of Appearance in 12-1403, 12-1404, 12-1405, 12-1521, 12-2807 and 12-2904 | 0.6 |
| 7/10/2012 | Review Certificates of No Objection for Canadian ZAI monthly fee applications | 0.1 |
| 7/10/2012 | Review Case Opening Documents in Montana's appeal | 0.5 |
| 7/10/2012 | Review Order consolidating Montana case | 0.1 |
| 7/11/2012 | Review Notice of Appeal of Anderson Memorial Hospital | 0.1 |
| 7/11/2012 | Review Bank Lender Group's Supplemental Notice of Appeal | 0.1 |
| 7/11/2012 | Review Appearance of Roger Higgins in 12-2807 | 0.1 |
| 7/11/2012 | Review Notice of Appeal of the Libby Claimants | 0.1 |
| 7/11/2012 | Review Miscellaneous pleadings received today | 0.1 |
| 7/11/2012 | Emails to and from J. Donley re Libby and BNSF notices of appeal | 0.1 |
| 7/11/2012 | Review Statement of Professionals' Compensation For 2Q2012 | 0.3 |
| 7/11/2012 | Review Maryland Casualty Notice of Appeal | 0.1 |
| 7/12/2012 | Review Miscellaneous pleadings received today | 0.2 |
| 7/13/2012 | Review Miscellaneous pleadings received today | 0.1 |
| 7/13/2012 | Review Appearance Form of Brett Fallon in 12-2807 | 0.1 |
| 7/13/2012 | Review docketing statement in 12-2807 | 0.1 |
| 7/13/2012 | Review Appearance Form of Susan Huber in 12-2807 | 0.1 |
| 7/13/2012 | Review Garlock Corporate Disclosure Statement in 12-2807 | 0.1 |
| 7/13/2012 | Review Appearance Form of Richard Worf in 12-2807 | 0.1 |
| 7/13/2012 | Review transcript order form in 12-2807 | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 7/13/2012 | Review Appearance Form of Garland Cassada in 12-2807 | 0.1 |
| 7/13/2012 | Review Garlock's Reply in Support of Motion to Stay | 0.5 |
| 7/13/2012 | Review Garlock's Case Summary in 12-2807 | 1.0 |
| 7/13/2012 | Review Appendix in 12-2807 | 1.0 |
| 7/16/2012 | Review Miscellaneous pleadings received today | 0.3 |
| 7/17/2012 | Review Miscellaneous pleadings received today | 0.5 |
| 7/17/2012 | Review Case Opening Documents in BNSF appeal | 0.5 |
| 7/17/2012 | Review Order consolidating BNSF case | 0.1 |
| 7/18/2012 | Review Miscellaneous pleadings received today | 0.1 |
| 7/19/2012 | Prepare and file appearance forms in 12-2917, 12-2923, 12-2924, 12-2966 and 12-2967 | 0.5 |
| 7/19/2012 | Review Appearance of Sciavoni (Arrowood) in 12-1402 - 12-2904 | 0.1 |
| 7/19/2012 | Review Miscellaneous pleadings received today | 0.1 |
| 7/20/2012 | Review Monaco Appearance (MT) | 0.1 |
| 7/20/2012 | Review MT Concise Case Summary | 0.2 |
| 7/20/2012 | Review MT Docketing Statement | 0.1 |
| 7/20/2012 | Review MT Transcript Designation | 0.1 |
| 7/20/2012 | Review MT Record Designation in USDC | 0.1 |
| 7/20/2012 | Review Ward Appearance (MT) | 0.1 |
| 7/20/2012 | Review Mangan Appearance (MT) | 0.1 |
| 7/20/2012 | Review Miscellaneous pleadings received today | 0.1 |
| 7/20/2012 | Review Fee Auditor's Report re PSZJ's application for the 44th Quarter | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 7/20/2012 | Review ACC Motion to Amend 2019 Order | 0.5 |
| 7/20/2012 | Review Mangan Appearance Form (Canada) in Garlock Appeal | 0.1 |
| 7/20/2012 | Review Monaco Appearance Form (Canada) in Garlock Appeal | 0.1 |
| 7/20/2012 | Review Ward Appearance Form (Canada) in Garlock Appeal | 0.1 |
| 7/20/2012 | Review Canada's Transcript Desig filed in USDC | 0.1 |
| 7/23/2012 | Review Alcabes Appearance form (Travelers) in 12-1402 | 0.1 |
| 7/23/2012 | Review Miscellaneous pleadings received today | 0.1 |
| 7/23/2012 | Prepare, file and serve CNO for 36th Monthly Fee Application of PD FCR | 0.2 |
| 7/23/2012 | Prepare, file and serve CNO for 46th Monthly Fee Application | 0.2 |
| 7/23/2012 | Review Forshaw Appearance form (Travelers) in 12-1402 | 0.1 |
| 7/23/2012 | Review USDC Memorandum Opinion and Order re Anderson Memorial Hospital's Rule 60 Motion | 0.7 |
| 7/23/2012 | Review Hurford (ACC) Appearance form in 12-2967 | 0.1 |
| 7/23/2012 | Review ACC Corporate Disclosure Form in 12-2967 | 0.1 |
| 7/23/2012 | Review Hurford (ACC) Appearance form in 12-2966 | 0.1 |
| 7/23/2012 | Review ACC Corporate Disclosure Form in 12-2966 | 0.1 |
| 7/23/2012 | Review Hurford (ACC) Appearance form in 12-2924 | 0.1 |
| 7/23/2012 | Review ACC Corporate Disclosure Form in 12-2924 | 0.1 |
| 7/23/2012 | Review Hurford (ACC) Appearance form in 12-2923 | 0.1 |
| 7/23/2012 | Review ACC Corporate Disclosure Form in 12-2923 | 0.1 |
| 7/23/2012 | Review Hurford (ACC) Appearance form in 12-2917 | 0.1 |
| 7/23/2012 | Review ACC Corporate Disclosure Form in 12-2917 | 0.1 |

| | | |
|---|---|---|
| 7/23/2012 | Review Garlock's Designation of the Record and Statement of Issues filed in USDC | 0.3 |
| 7/23/2012 | Review Lockwood (ACC) Appearance form in 12-2966 | 0.1 |
| 7/23/2012 | Review Lockwood (ACC) Appearance form in 12-2924 | 0.1 |
| 7/23/2012 | Review Lockwood (ACC) Appearance form in 12-2917 | 0.1 |
| 7/23/2012 | Review Lockwood (ACC) Appearance form in 12-2904 | 0.1 |
| 7/23/2012 | Review Lockwood (ACC) Appearance form in 12-2967 | 0.1 |
| 7/23/2012 | Review Lockwood (ACC) Appearance form in 12-2923 | 0.1 |
| 7/23/2012 | Review Shafrick (Cont. Cas.) Appearance form in 12-1402 | 0.1 |
| 7/23/2012 | Review Giannotto (Cont. Cas.) Appearance form in 12-1402 | 0.1 |
| 7/23/2012 | Review Motion to Settle Weedsport New York Environmental Claim | 1.0 |
| 7/23/2012 | Review Continental Cas. Corporate Disclosure Form in 12-1402 | 0.1 |
| 7/23/2012 | Review Cordo (WRG) Appearance form in 12-1402 | 0.1 |
| 7/23/2012 | Review Debtors' Motion to Retain Grant Thornton | 1.0 |
| 7/24/2012 | Review Frankel (PI FCR) Appearance form in 12-2904 | 0.1 |
| 7/24/2012 | Review Wyron (PI FCR) Appearance form in 12-2904 | 0.1 |
| 7/24/2012 | Review Phillips (PI FCR) Appearance form in 12-2904 | 0.1 |
| 7/24/2012 | Review Disclosure Statement of PI FCR in 12-2904 | 0.1 |
| 7/24/2012 | Review Frankel (PI FCR) Appearance form in 12-2917 | 0.1 |
| 7/24/2012 | Review Wyron (PI FCR) Appearance form in 12-2917 | 0.1 |
| 7/24/2012 | Review Phillips (PI FCR) Appearance form in 12-2917 | 0.1 |
| 7/24/2012 | Review Disclosure Statement of PI FCR in 12-2917 | 0.1 |

| | | |
|---|---|---|
| 7/24/2012 | Review Frankel (PI FCR) Appearance form in 12-2923 | 0.1 |
| 7/24/2012 | Review Wyron (PI FCR) Appearance form in 12-2923 | 0.1 |
| 7/24/2012 | Review Phillips (PI FCR) Appearance form in 12-2923 | 0.1 |
| 7/24/2012 | Review Disclosure Statement of PI FCR in 12-2923 | 0.1 |
| 7/24/2012 | Review Frankel (PI FCR) Appearance form in 12-2924 | 0.1 |
| 7/24/2012 | Review Wyron (PI FCR) Appearance form in 12-2924 | 0.1 |
| 7/24/2012 | Review Phillips (PI FCR) Appearance form in 12-2924 | 0.1 |
| 7/24/2012 | Review Disclosure Statement of PI FCR in 12-2924 | 0.1 |
| 7/24/2012 | Review Frankel (PI FCR) Appearance form in 12-2966 | 0.1 |
| 7/24/2012 | Review Wyron (PI FCR) Appearance form in 12-2966 | 0.1 |
| 7/24/2012 | Review Phillips (PI FCR) Appearance form in 12-2966 | 0.1 |
| 7/24/2012 | Review Disclosure Statement of PI FCR in 12-2966 | 0.1 |
| 7/24/2012 | Review Frankel (PI FCR) Appearance form in 12-2967 | 0.1 |
| 7/24/2012 | Review Wyron (PI FCR) Appearance form in 12-2967 | 0.1 |
| 7/24/2012 | Review Phillips (PI FCR) Appearance form in 12-2967 | 0.1 |
| 7/24/2012 | Review Disclosure Statement of PI FCR in 12-2967 | 0.1 |
| 7/24/2012 | Review Miscellaneous pleadings received today | 0.2 |
| 7/24/2012 | Email to Debtors' counsel re Grant Thornton Retention motion | 0.1 |
| 7/24/2012 | Review Higgins (WRG) Appearance in 12-2904 | 0.1 |
| 7/24/2012 | Review Paul (WRG) Appearance in 12-2904 | 0.1 |
| 7/24/2012 | Review Esayian (WRG) Appearance in 12-2904 | 0.1 |
| 7/24/2012 | Review Grace Disclosure Statement in 12-2904 | 0.1 |

| | | |
|---|---|---|
| 7/24/2012 | Review Donley (WRG) Appearance in 12-2904 | 0.1 |
| 7/24/2012 | Review O'Neill (WRG) Appearance in 12-2904 | 0.1 |
| 7/24/2012 | Review ACC Disclosure Statement in 12-2904 | 0.1 |
| 7/24/2012 | Review Makowski (WRG) Appearance in 12-2904 | 0.1 |
| 7/24/2012 | Review Landau (WRG) Appearance in 12-2904 | 0.1 |
| 7/24/2012 | Review Hurford (ACC) Appearance in 12-2904 | 0.1 |
| 7/24/2012 | Review ACC Disclosure Statement in 12-2967 | 0.1 |
| 7/25/2012 | Email from R. Higgins re Grant Thornton Retention Motion | 0.1 |
| 7/25/2012 | Review Bentley (Equity Committee) Appearance form in 12-2904 | 0.1 |
| 7/25/2012 | Review Currier (Equity Committee) Appearance form in 12-2904 | 0.1 |
| 7/25/2012 | Review Anderson Memorial Hospital's Statement of Issues and Designation of Record filed in USDC | 0.3 |
| 7/25/2012 | Review Bank Lender Group's Statement of Issues and Designation of Record filed in USDC | 0.3 |
| 7/25/2012 | Review Anderson Memorial Hospital's Third Circuit Statement of Issues and Designation of Record | 0.1 |
| 7/25/2012 | Review Libby Claimants' Statement of Issues and Designation of Record filed in USDC | 0.3 |
| 7/25/2012 | Review Maryland Casualty Statement of Issues and Desgination of Record filed in USDC | 0.1 |
| 7/25/2012 | Emails to and from Equity Committee Counsel re Third Circuit forms | 0.1 |
| 7/25/2012 | Review Miscellaneous pleadings received today | 0.4 |
| 7/26/2012 | Review Cobb (Bank Lenders) Appearance in 12-2924 | 0.1 |
| 7/26/2012 | Review Green (Bank Lenders) Appearance in 12-2924 | 0.1 |

| | | |
|---|---|---|
| 7/26/2012 | Review Silverman (Bank Lenders) Appearance in 12-2924 | 0.1 |
| 7/26/2012 | Review Rosenberg (Bank Lenders) Appearance in 12-2924 | 0.1 |
| 7/26/2012 | Review Cohen (Bank Lenders) Appearance in 12-2924 | 0.1 |
| 7/26/2012 | Review Lockwood (ACC) appearance form in 12-2967 | 0.1 |
| 7/26/2012 | Review Shimshak (Bank Lenders) Appearance in 12-2924 | 0.1 |
| 7/26/2012 | Review Phillips (Bank Lenders) Appearance in 12-1402 | 0.1 |
| 7/26/2012 | Review Phillips (Bank Lenders) Appearance in 12-2924 | 0.1 |
| 7/26/2012 | Review Miscellaneous pleadings received today | 0.2 |
| 7/26/2012 | Review Toole (BNSF) Appearance in 12-2917 | 0.1 |
| 7/26/2012 | Review Toole (BNSF) Appearance in 12-2923 | 0.1 |
| 7/27/2012 | Review Miscellaneous pleadings received today | 0.1 |
| 7/27/2012 | Review Bank Lenders' Transcript Request (USDC) | 0.1 |
| 7/27/2012 | Review Bank Lenders' Amended Concise Statement of Issues | 0.1 |
| 7/27/2012 | Review Bank Lenders' Civil Information Statement | 0.1 |
| 7/27/2012 | Review Bank Lenders' Disclosure Form | 0.1 |
| 7/27/2012 | Review Bank Lenders' Third Circuit Transcript Order form | 0.1 |
| 7/30/2012 | Review Miscellaneous pleadings received today | 0.1 |
| 7/30/2012 | Review Grace Disclosure Statement in 12-2967 | 0.1 |
| 7/30/2012 | Review Jones (WRG) Appearance in 12-2967 | 0.1 |
| 7/30/2012 | Review O'Neill (WRG) Appearance in 12-2967 | 0.1 |
| 7/30/2012 | Review Makowski (WRG) Appearance in 12-2967 | 0.1 |
| 7/30/2012 | Review Grace Disclosure Statement in 12-2966 | 0.1 |

| | | |
|---|---|---|
| 7/30/2012 | Review Jones (WRG) Appearance in 12-2966 | 0.1 |
| 7/30/2012 | Review O'Neill (WRG) Appearance in 12-2966 | 0.1 |
| 7/30/2012 | Review Makowski (WRG) Appearance in 12-2966 | 0.1 |
| 7/30/2012 | Review Grace Disclosure Statement in 12-2923 | 0.1 |
| 7/30/2012 | Review Grace Disclosure Statement in 12-2917 | 0.1 |
| 7/30/2012 | Review Jones (WRG) Appearance in 12-2917 | 0.1 |
| 7/30/2012 | Review O'Neill (WRG) Appearance in 12-2917 | 0.1 |
| 7/30/2012 | Review Makowski (WRG) Appearance in 12-2917 | 0.1 |
| 7/30/2012 | Review Grace Disclosure Statement in 12-2924 | 0.1 |
| 7/30/2012 | Review Jones (WRG) Appearance in 12-2924 | 0.1 |
| 7/30/2012 | Review O'Neill (WRG) Appearance in 12-2924 | 0.1 |
| 7/30/2012 | Review Makowski (WRG) Appearance in 12-2924 | 0.1 |
| 7/31/2012 | Review Jones (WRG) Appearance in 12-2923 | 0.1 |
| 7/31/2012 | Review O'Neill (WRG) Appearance in 12-2923 | 0.1 |
| 7/31/2012 | Review Makowski (WRG) Appearance in 12-2923 | 0.1 |
| 7/31/2012 | Review Landau (WRG) Appearance in 12-2917 | 0.1 |
| 7/31/2012 | Review Donley (WRG) Appearance in 12-2917 | 0.1 |
| 7/31/2012 | Review Esayian (WRG) Appearance in 12-2917 | 0.1 |
| 7/31/2012 | Review Landau (WRG) Appearance in 12-2923 | 0.1 |
| 7/31/2012 | Review Donley (WRG) Appearance in 12-2923 | 0.1 |
| 7/31/2012 | Review Esayian (WRG) Appearance in 12-2923 | 0.1 |
| 7/31/2012 | Review 44th Quarter Report of De Minimum Asset Sales | 0.1 |

| | | |
|---|---|---|
| 7/31/2012 | Review Landau (WRG) Appearance in 12-2924 | 0.1 |
| 7/31/2012 | Review Donley (WRG) Appearance in 12-2924 | 0.1 |
| 7/31/2012 | Review Esayian (WRG) Appearance in 12-2924 | 0.1 |
| 7/31/2012 | Review 44th Quarter Report of Settlements | 0.1 |
| 7/31/2012 | Review Landau (WRG) Appearance in 12-2966 | 0.1 |
| 7/31/2012 | Review Donley (WRG) Appearance in 12-2966 | 0.1 |
| 7/31/2012 | Review Esayian (WRG) Appearance in 12-2966 | 0.1 |
| 7/31/2012 | Review Miscellaneous pleadings received today | 0.1 |
| 7/31/2012 | Review Landau (WRG) Appearance in 12-2967 | 0.1 |
| 7/31/2012 | Review Donley (WRG) Appearance in 12-2967 | 0.1 |
| 7/31/2012 | Review Esayian (WRG) Appearance in 12-2967 | 0.1 |
| 7/31/2012 | Review Notice of Appeal filed by Anderson Memorial Hospital from Orders re Rule 60 motion and confirmation orders | 0.2 |
| 7/31/2012 | Review Jones (WRG) Appearance in 12-2904 | 0.1 |
| 7/31/2012 | Review Higgins (WRG) Appearance in 12-2917 | 0.1 |
| 7/31/2012 | Review Higgins (WRG) Appearance in 12-2923 | 0.1 |
| 7/31/2012 | Review Higgins (WRG) Appearance in 12-2924 | 0.1 |
| 7/31/2012 | Review Higgins (WRG) Appearance in 12-2966 | 0.1 |
| 7/31/2012 | Review Higgins (WRG) Appearance in 12-2967 | 0.1 |

Total:    40.0 hours @ $700/hour = $28,000.00

Expenses:    Westlaw – $565.23

Total Fees and Expenses Due:  $28,565.23