IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., *et al.*, | ) Case No. 01-1139 (JKF) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) **Objection Date: August 21, 2012 @ 4:00 p.m.** |

**MONTHLY FEE APPLICATION OF CAMPBELL & LEVINE, LLC FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS DELAWARE AND ASSOCIATED COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS OF W.R. GRACE & CO., *ET AL.* FOR THE PERIOD JUNE 1, 2012 THROUGH JUNE 30, 2012**

| | |
|---|---|
| Name of Applicant: | Campbell & Levine, LLC |
| Authorized to Provide Professional Services to: | The Official Committee of Asbestos Personal Injury Claimants |
| Date of retention: | July 18, 2001, *nunc pro tunc* to June 16, 2001 |
| Period for which compensation and reimbursement is sought: | June 1, 2012 through June 30, 2012 |
| Amount of compensation sought as actual, reasonable and necessary: | $8,275.20 (80% of $10,344.00) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $7,920.99 |

This is a: __X__ monthly _____ interim _____ final application.

Campbell & Levine, LLC's time and requested compensation in preparing this Application will appear on a subsequent application.

If this is not the first application filed, disclose the following for each prior application:

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 7/27/01 (First Interim) | 6/16/01 through 6/30/01 | $16,994.50 | $1,653.14 | $16,994.50 | $1,653.14 |
| 9/5/01 | 7/01/01 through 7/31/01 | $23,651.60 (80% of $29,564.50) | $2,147.27 | $23,651.60 | $2,147.27 |

{D0233332.1 }

| | | | | | |
|---|---|---|---|---|---|
| 9/28/01 | 8/01/01 through 8/31/01 | $7,166.40 (80% of $8,958.00) | $1,024.63 | $7,166.40 | $1,024.63 |
| 10/30/01 | 9/01/01 through 9/30/01 | $12,272.40 (80% of $15,340.50) | $3,191.68 | $12,272.40 | $3,191.68 |
| 12/3/01 | 10/01/01 through 10/31/01 | $8,074.00 (80% of $10,092.50) | $3,455.88 | $8,074.00 | $3,455.88 |
| 01/03/02 | 11/01/01 through 11/30/01 | $12,597.20 (80% of $15,746.50) | $2,440.68 | $12,597.20 | $2,440.68 |
| 01/31/02 | 12/01/01 through 12/31/01 | $4,996.40 (80% of $6,245.50) | $2,155.75 | $4,996.40 | $2,155.75 |
| 2/28/02 | 01/01/02 through 01/31/02 | $11,956.80 (80% of $14,946.00) | $3,654.27 | $11,956.80 | $3,654.27 |
| 3/28/02 | 02/01/02 through 02/28/02 | $7,060.00 (80% of $8,825.00) | $1,003.58 | $7,060.00 | $1,003.58 |
| 4/30/02 | 3/1/02 through 3/31/02 | $9,370.40 (80% of $11,713.00) | $1,919.45 | $9,370.40 | $1,919.45 |
| 6/3/02 | 4/1/02 through 4/30/02 | $12,832.00 (80% of $16,040.00) | $2,186.74 | $12.832.00 | $2,186.74 |
| 7/16/02 | 5/1/02 through 5/31/02 | $12,258.80 (80% of $15,323.50 | $1,596.99 | $12,258.80 | $1,596.99 |
| 7/29/02 | 6/1/02 through 6/30/02 | $23,155.60 (80% of $28,944.50) | $1,318.47 | $24,474.07 | $5,788.90 |
| 9/3/02 | 7/1/02 through 7/31/02 | $16,659.20 (80% of $20,824.00) | $1,623.50 | $20,824.00 | $1,623.50 |
| 10/1/02 | 8/1/02 through 8/30/02 | $14,526.40 (80% of $18,158.00) | $2,550.58 | $18,158.00 | $2,550.58 |
| 10/31/02 | 9/1/02 through 9/30/02 | $10,077.60 (80% of $12,597.00) | $633.53 | $12,597.00 | $633.53 |
| 12/3/02 | 10/1/02 through 10/31/02 | $13,730.40 (80% of $17,163.00) | $16723.93 | $13,730.40 | $16,723.93 |
| 12/31/02 | 11/1/02 through 11/30/02 | 12,032.80 (80% of $15,041.00) | $6,502.41 | $12,032.80 | $6,502.41 |
| 1/29/03 | 12/1/02 through 12/31/02 | $7,980.00 (80% of $9,975.00) | $2,590.06 | $7,980.00 | $2,590.06 |
| 2/28/03 | 1/1/03 through 1/31/03 | $12,202.00 (80% of $15,252.50) | $542.81 | $542.81 | $542.81 |
| 3/31/03 | 2/1/03 through 2/28/03 | $12,095.60 (80% of $15,119.50) | $1,473.88 | $12,095.60 | $1,473.88 |
| 4/29/03 | 3/1/03 through 3/31/03 | $9,373.60 (80% of $11,717.00) | $699.16 | $9,373.60 | $699.16 |
| 5/30/01 | 4/1/03 through 4/30/03 | $9,935.20 (80% of $12,419.00) | $297.48 | $9,935.20 | $297.48 |
| 7/1/03 | 5/1/03 through 5/31/03 | $8,784.00 (80% of $10,980.00) | $817.21 | $8,784.00 | $817.21 |
| 8/5/03 | 6/1/03 through 6/30/03 | $10,010.40 (80% of $12,513.00) | $866.13 | $10,010.40 | $866.13 |
| 9/2/03 | 7/1/03 through 7/31/03 | $12,874.40 (80% of $16,093.00) | $425.69 | $12,874.40 | $425.69 |

| | | | | | |
|---|---|---|---|---|---|
| 9/29/03 | 8/1/03 through 8/31/03 | $11,253.60 (80% of $14,067.00 | $1,591.04 | $11,253.60 | $1,591.04 |
| 10/29/03 | 9/1/03 through 9/30/03 | $11,806.80 (80% of $14,758.50) | $371.95 | $11,806.80 | $371.95 |
| 12/1/03 | 10/1/03 through 10/31/03 | $11,478.80 (80% of $14,348.50) | $488.45 | $11,478.80 | $488.45 |
| 1/5/04 | 11/1/03 through 11/30/03 | $11,960.00 (80% of $14,950.00) | $1,405.52 | $11,960.00 | $1,405.52 |
| 1/29/04 | 12/1/03 through 12/31/03 | $14,660.20 (80% of $18,325.25) | $6,110.08 | $14,660.20 | $6,110.08 |
| 3/1/04 | 1/1/04 through 1/31/04 | $9,889.60 (80% of $12,362.00) | $1,176.34 | $12,362.00 | $1,176.34 |
| 3/31/04 | 2/1/04 through 2/29/04 | $12,401.60 (80% of $15,502.00) | $567.75 | $15,502.00 | $567.75 |
| 4/29/04 | 3/1/04 through 3/31/04 | $11,349.60 (80% of $14,187.00) | $2,823.64 | $14,187.00 | $2,823.64 |
| 6/2/04 | 4/1/04 through 4/30/04 | $7,560.80 (80% of $9,451.00) | $310.29 | $7,560.80 | $310.29 |
| 7/1/04 | 5/1/04 through 5/31/04 | $13,206.80 (80% of $16,508.50) | $1,219.87 | $13,206.80 | $1,219.87 |
| 8/3/04 | 6/1/04 through 6/30/04 | $18,958.00 (80% of $23,697.50) | $1,078.70 | $18,958.00 | $1,078.70 |
| 8/30/04 | 7/1/04 through 7/31/04 | $12,694.80 (80% of $15,868.50) | $450.74 | $12,694.80 | $450.74 |
| 10/1/04 | 8/1/04 through 8/31/04 | $14,608.00 (80% of $18,260.00) | $3,501.78 | $14,608.00 | $3,501.78 |
| 10/29/04 | 9/1/04 through 9/30/04 | $18,856.40 (80% of $23,570.50) | $372.67 | $18,856.40 | $372.67 |
| 11/30/04 | 10/1/04 through 10/31/04 | $19,355.20 (80% of $24,194.00) | $663.35 | $19,355.20 | $663.35 |
| 12/30/04 | 11/1/04 through 11/30/04 | $19,084.40 (80% of $23,855.50) | $1,312.97 | $19,084.40 | $1,312.97 |
| 1/31/05 | 12/1/04 through 12/31/04 | $18,332.40 (80% of $22,915.50) | $4,349.14 | $18,332.40 | $4,349.14 |
| 3/1/05 | 1/1/05 through 1/31/05 | $15,518.00 (80% of $19,397.50) | $2,028.08 | $15,518.00 | $2,028.08 |

| | | | | | |
|---|---|---|---|---|---|
| 3/29/05 | 2/1/05 through 2/28/05 | $18,730.00 (80% of $23,412.50) | $1,554.43 | $18,730.00 | $1,554.43 |
| 5/2/05 | 3/1/05 through 3/31/05 | $25,705.60 (80% of $32,132.00) | $2,972.03 | $25,705.60 | $2,972.03 |
| 5/25/05 | 4/1/05 through 4/30/05 | $25,647.20 (80% of $32,059.00) | $2,573.60 | $25,647.20 | $2,573.60 |
| 6/29/05 | 5/1/05 through 5/31/05 | $11,609.20 (80% of $14,511.50) | $1,928.30 | $11,609.20 | $1,928.30 |
| 7/29/05 | 6/1/05 through 6/30/05 | $30,755.60 (80% of $38,444.50) | $10,842.83 | $30,755.60 | $10,842.83 |
| 9/1/05 | 7/1/05 through 7/31/05 | $35,322.00 (80% of $44,165.00) | $4,999.82 | $35,322.00 | $4,999.82 |
| 9/29/05 | 8/1/05 through 8/31/05 | $26,367.60 (80% of $32,959.50) | $509.95 | $26,367.60 | $509.95 |
| 10/31/05 | 9/1/05 through 9/30/05 | $25,653.60 (80% of $32,067.00) | $4,446.47 | $25,653.60 | $4,446,47 |
| 11/30/05 | 10/1/05 through 10/31/05 | $27,103.20 (80% of $33,879.00) | $23,030.41 | $27,103.20 | $23,030.41 |
| 12/28/05 | 11/1/05 through 11/30/05 | $30,220.40 (80% of $37,775.50) | $3,312.95 | $30,220.40 | $3,312.95 |
| 1/31/06 | 12/1/05 through 12/31/05 | $29,407.20 (80% of $36,759.00) | $4,876.58 | $29,407.20 | $4,876.58 |
| 3/3/06 | 1/1/06 through 1/31/06 | $17,492.40 (80% of $21,865,50) | $573.97 | $17,492.40 | $573.97 |
| 3/28/06 | 2/1/06 through 2/28/06 | $20,956.00 (80% of $26,195.00) | $1,139.37 | $20,956.00 | $1,139.37 |
| 5/3/06 | 3/1/06 through 3/31/06 | $35,513.20 (80% of $44,391.50) | $1,443.49 | $35,513.20 | $1,443.49 |
| 5/31/06 | 4/1/06 through 4/30/06 | $21,363.60 (80% of $26,704.50) | $797.93 | $21,363.60 | $797.93 |
| 6/30/06 | 5/1/06 through 5/31/06 | $28,964.00 (80% of $36,205.00) | $1,339.97 | $28,964.00 | $1,339.97 |
| 8/1/06 | 6/1/06 through 6/30/06 | $40,389.20 (80% of $50,486.50) | $1,179.20 | $40,389.20 | $1,179.20 |
| 8/29/06 | 7/1/06 through 7/31/06 | $35,526.80 (80% of $44,408.50) | $465.74 | $35,526.80 | $465.74 |

| | | | | | |
|---|---|---|---|---|---|
| 9/29/06 | 8/1/06 through 8/31/06 | $35,334.40 (80% of $44,168.00) | $5,512.81 | $35,334.40 | $5,512.81 |
| 10/30/06 | 9/1/06 through 9/30/06 | $41,599.60 (80% of $51,999.50) | $7,022.17 | $41,599.60 | $7,022.17 |
| 11/29/06 | 10/1/06 through 10/31/06 | $35,790.80 (80% of $44,738.50) | $5,618.45 | $35,790.80 | $5,619.45 |
| 12/28/06 | 11/1/06 through 11/30/06 | $40,579.20 (80% of $50,724.00) | $6,630.17 | $40,579.20 | $6,630.17 |
| 2/1/07 | 12/1/06 through 12/31/06 | $43,637.20 (80% of $54,546.50) | $8,993.41 | $43,637.20 | $8,993.41 |
| 3/2/07 | 1/1/07 through 1/31/07 | $33,414.80 (80% of $41,768.50) | $6,743.01 | $33,414.80 | $6,743.01 |
| 3/30/07 | 2/1/07 through 2/28/07 | $61,401.20 (80% of $76,751.50) | $7,315.97 | $61,401.2- | $7,315.97 |
| 4/30/07 | 3/1/07 through 3/31/07 | $54,899.60 (80% of $68,624.50) | $10,381.03 | $54,899.60 | $10,381.03 |
| 6/4/07 | 4/1/07 through 4/30/07 | $51,750.00 (80% of $64,687.50) | $14,455.58 | $51,750.00 | $14,455.58 |
| 6/29/07 | 5/1/07 through 5/30/07 | $50,386.40 (80% of $62,983.00) | $6,276.41 | $50,386.40 | $6,276.41 |
| 8/1/07 | 6/1/07 through 6/30/07 | $46,506.00 (80% of $58,132.50) | $11,897.24 | $46,506.00 | $11,897.24 |
| 8/31/07 | 7/1/07 through 7/31/07 | $41,263.20 (80% of $51,579.00) | $16,763.90 | $41,263.20 | $16,763.90 |
| 10/2/07 | 8/1/07 through 8/31/07 | $32,222.00 (80% of $40,277.50) | $5,841.86 | $32,222.00 | $5,841.86 |
| 11/1/07 | 9/1/07 through 9/30/07 | $33,580.40 (80% of $41,975.50) | $6,665.99 | $33,580.40 | $6,665.99 |
| 11/30/07 | 10/1/07 through 10/31/07 | $50,494.80 (80% of $63,118.50) | $5,785.65 | $50,494.80 | $5,685.65 |
| 12/28/07 | 11/1/07 through 11/30/07 | $28,994.80 (80% of $36,243.50) | $3,577.41 | $28,994.80 | $3,577.41 |
| 1/30/08 | 12/1/07 through 12/31/07 | $24,207.20 (80% of $30,259.00) | $9,782.90 | $24,207.20 | $9,782.90 |
| 3/5/08 | 1/1/08 through 1/31/08 | $58,874.80 (80% of $73,593.50) | $25,538.82 | $58,874.80 | $25,538.82 |

| | | | | | |
|---|---|---|---|---|---|
| 3/31/08 | 2/1/08 through 2/29/08 | $29,024.80 (80% of $36,281.00) | $6,300.74 | $29,024.80 | $6,300.74 |
| 4/30/08 | 3/1/08 through 3/31/08 | $51,083.20 (80% of $63,866.50) | $3,543.51 | $51,083.20 | $3,543.51 |
| 6/4/08 | 4/1/08 through 4/30/08 | $35,080.80 (80% of $43,851.00) | $5,746.42 | $35,080.80 | $5,746.42 |
| 6/30/08 | 5/1/08 through 5/31/08 | $24,107.20 (80% of $30,134.00) | $1,924.12 | $24,207.20 | $1,924.12 |
| 8/5/08 | 6/1/08 through 6/30/08 | $26,634.40 (80% of $33,293.00) | $1,848.92 | $26,634.40 | $1,848.92 |
| 9/5/08 | 7/1/08 through 7/31/08 | $16,968.40 (80% of $21,210.50) | $2,720.75 | $16,968.40 | $2,720.75 |
| 10/2/08 | 8/1/08 through 8/30/08 | $16,548.40 (80% of $20,685.50) | $1,846.15 | $16,548.40 | $1,846.15 |
| 10/31/08 | 9/1/08 through 9/30/08 | $20,328.40 (80% of $25,410.50) | $1,644.48 | $20,328.40 | $1,644.48 |
| 12/3/08 | 10/1/08 through 10/31/08 | $29,283.60 (80% of $36,604.50) | $1,252.47 | $29,283.60 | $1,252.47 |
| 1/6/09 | 11/1/08 through 11/30/08 | $22,096.80 (80% of $27,621.00) | $2,246.21 | $22,096.80 | $2,246.21 |
| 2/3/09 | 12/1/08 through 12/31/08 | $32,595.60 (80% of $40,744.50) | $4,624.68 | $32,595.60 | $4,624.68 |
| 3/4/09 | 1/1/09 through 1/31/09 | $41,034.00 (80% of $41,034.00) | $4,442.66 | $41,034.00 | $4,442.66 |
| 4/2/09 | 2/1/09 through 2/28/09 | $21,474.40 (80% of $26,843.00) | $3,774.78 | $21,474.40 | $3,774.78 |
| 5/6/09 | 3/1/09 through 3/31/09 | $35,810.40 (80% of $44,763.00) | $8,597.95 | $35,810.40 | $8,597.95 |
| 5/29/09 | 4/1/09 through 4/30/09 | $29,571.60 (80% of $36,964.50) | $5,706.60 | $29,571.60 | $5,706.60 |
| 7/1/09 | 5/1/09 through 5/31/09 | $44,146.40 (80% of $55,183.00) | $5,601.92 | $44,146.40 | $5,601.92 |
| 8/4/09 | 6/1/09 through 6/30/09 | $45,238.40 (80% of $56,548.00) | $4,910.19 | $45,238.40 | $4,910.19 |
| 9/1/09 | 7/1/09 through 7/31/09 | $34,035.20 (80% of $42,544.00) | $4,265.92 | $34,035.20 | $4,265.92 |

| 10/2/09 | 8/1/09 through 8/31/09 | $50,628.40 (80% of $63,285.50) | $42,582.31 | $50,628.40 | $42,582.31 |
|---|---|---|---|---|---|
| 11/2/09 | 9/1/09 through 9/30/09 | $67,105.20 (80% of $83,881.50) | $12,690.12 | $67,105.20 | $12,690.12 |
| 12/2/09 | 10/1/09 through 10/31/09 | $29,318.40 (80% of $36,648.00) | $5,013.74 | $29,318.40 | $5,013.74 |
| 12/30/09 | 11/1/09 through 11/30/09 | $25,356.40 (80% of $31,695.50) | $7,509.56 | $25,356.40 | $7,509.56 |
| 1/29/10 | 12/1/09 through 12/31/09 | $20,233.60 (80% of $25,292.00) | $2,676.67 | $20,233.60 | $2,676.67 |
| 3/1/10 | 1/1/10 through 1/31/10 | $24,600.40 (80% of $30,750.50) | $3,408.23 | $24,600.40 | $3,408.23 |
| 3/30/10 | 2/1/10 through 2/28/10 | $10,687.20 (80% of $13,359.00) | $1,889.49 | $10,687.20 | $1,889.49 |
| 4/30/10 | 3/1/10 through 3/31/10 | $14,056.80 (80% of $17,571.00) | $1,678.90 | $14,056.80 | $1,678.90 |
| 6/2/10 | 4/1/10 through 4/30/10 | $11,521.20 (80% of $14,401.50) | $619.16 | $11,521.20 | $619.16 |
| 6/29/10 | 5/1/10 through 5/31/10 | $10,571.20 (80% of $13,214.00) | $1,805.49 | $10,571.20 | $1,805.49 |
| 8/3/10 | 6/1/10 through 6/30/10 | $13,466.00 (80% of $16,832.50) | $1,664.70 | $13,466.00 | $1,664.70 |
| 9/1/10 | 7/1/10 through 7/31/10 | $9,717.60 (80% of $12,147.00) | $866.78 | $9,717.60 | $866.78 |
| 10/4/10 | 8/1/10 through 8/31/10 | $10,285.60 (80% of $12,857.00) | $1,648.77 | $10,285.60 | $1,648.77 |
| 10/27/10 | 9/1/10 through 9/30/10 | $9,716.00 (80% of $12,145.00) | $785.81 | $9,716.00 | $785.81 |
| 12/3/10 | 10/1/10 through 10/31/10 | $8,861.60 (80% of $11,077.00) | $582.34 | $8,861.60 | $582.34 |
| 1/4/11 | 11/1/10 through 11/30/10 | $8,663.20 (80% of $10,829.00) | $935.51 | $8,663.20 | $935.51 |
| 2/1/11 | 12/01/10 through 12/31/10 | $8,101.60 (80% of $10,127.00) | $281.92 | $8,101.60 | $281.92 |
| 3/1/11 | 1/1/11 through 1/31/11 | $13,386.00 (80% of $16,732.50) | $1,941.25 | $13,386.00 | $1,941.25 |

| | | | | | |
|---|---|---|---|---|---|
| 3/30/11 | 2/1/11 through 2/28/11 | $16,064.40 (80% of $20,080.50) | $2,416.35 | $16,064.40 | $2,416.35 |
| 4/29/11 | 3/1/11 through 3/31/11 | $14,303.20 (80% of $17,879.00) | $2,702.14 | $14,303.20 | $2,702.14 |
| 5/31/11 | 4/1/11 through 4/30/11 | $10,118.40 (80% of $12,648.00) | $858.49 | $10,118.40 | $858.49 |
| 7/1//11 | 5/1/11 through 5/31/11 | $11,320.80 (80% of $14,151.00) | $3,190.46 | $11,320.80 | $3,190.46 |
| 8/1/2011 | 6/1/11 through 6/30/11 | $14,034.00 (80% of $17,542.50) | $583.84 | $14,034.00 | $583.84 |
| 8/31/2011 | 7/1/11 through 7/31/11 | $9,963.60 (80% of $12,454.50) | $1,126.02 | $9,963.60 | $1,126.02 |
| 9/29/2011 | 8/1/11 through 8/31/11 | $9,780.00 (80% of $12,225.00) | $2,474.49 | $9,780.00 | $2,474.49 |
| 11/11/2011 | 9/1/11 through 9/30/11 | $10,022.00 (80% of $12,527.50) | $745.28 | $10,022.00 | $745.28 |
| 11/30/2011 | 10/1/11 through 10/31/11 | $10,259.20 (80% of $12,824.00) | $144.36 | $10,259.20 | $144.36 |
| 12/30/2011 | 11/1/11 through 11/30/11 | $14,445.60 (80% of $18,057.00) | $6,101.25 | $14,445.60 | $6,101.25 |
| 1/30/2012 | 12/1/11 through 12/31/11 | $9,541.60 (80% of $11,927.00) | $353.70 | $9,541.60 | $353.70 |
| 3/12/2012 | 1/1/12 through 1/31/12 | $10,504 (80% of 13,130.00 | $785.94 | $10,504 | $785.94 |
| 4/2/2012 | 2/1/12 through 2/29/12 | $11,315.60 (80% of $14,144.50) | $2,426.94 | $11,315.60 | $2,426.94 |
| 5/1/2012 | 3/1/12 through 3/31/12 | $11,983.20 (80% of $14,979.00) | $910.52 | $11,983.20 | $910.52 |
| 5/29/12 | 4/1/12 through 4/30/12 | $9,387.60 (80% of $11,734.50) | $931.90 | Pending | Pending |
| 7/3/12 | 5/1/12 through 5/31/12 | $9,525.60 (80% of $11,907.00) | $2,902.96 | Pending | Pending |
| **8/1/12** | **6/1/12 through 6/30/12** | **$8,275.20 (80% of $10,344.00)** | **$7,920.99** | **Pending** | **Pending** |

**SUMMARY OF COMPENSABLE TIME OF ATTORNEYS AND PARALEGALS FOR BILLING PERIOD JUNE 1, 2012 THROUGH JUNE 30, 2012**
**CAMPBELL & LEVINE, LLC - DELAWARE**

| Name, Position, Years in Position | Hours Billed | Hourly Rate | Amount of Fee |
|---|---|---|---|
| Marla R. Eskin (MRE), Member, since 2002 | 0.00 | $470.00 | $0.00 |
| Mark T. Hurford (MTH), Member, since 2006 | 10.20 | $390.00 | $3,978.00 |
| Bernard G. Conaway (BGC), Member, since 2009 | 0.00 | $425.00 | $0.00 |
| Kathleen Campbell Davis (KCD), Member, since 2002 | 3.60 | $390.00 | $1,404.00 |
| Ayesha Chacko (AC), Associate since 2008 | 0.00 | $240.00 | $0.00 |
| Gaurav Patel (GP) Paralegal, since 2011 | 0.00 | $90.00 | $0.00 |
| Katherine L. Hemming (KH) Paralegal, since 2004 | 0.00 | $125.00 | $0.00 |
| Matthew Brushwood (MB), Paralegal, since 2008 | 0.00 | $125.00 | $0.00 |
| Santae Boyd (SB), Paralegal, since 2008 | 9.50 | $110.00 | $1,045.00 |
| Tim Simpson (TS), Paralegal, since 2012 | 6.40 | $110.00 | $704.00 |
| Freddie Koenig-Leuck (FKL) Legal Assistant, Since 2010 | 0.70 | $85.00 | $59.50 |
| **Total/average** | **30.40** | | **$7,190.50** |

**SUMMARY OF COMPENSABLE TIME OF ATTORNEYS AND PARALEGALS FOR BILLING PERIOD**
**JUNE 1, 2012 THROUGH JUNE 30, 2012**
**CAMPBELL & LEVINE, LLC-PITTSBURGH**

| Name, Position, Years in Position | Hours Billed | Hourly Rate | Amount of Fee |
|---|---|---|---|
| Douglas A. Campbell (DAC), Member, since 1981 | 4.8 | $520.00 | $2,496.00 |
| David B. Salzman (DBS), Member, since 1981 | 0 | $520.00 | $0.00 |
| Stanley Levine (SEL), Member, since 1981 | 0 | $520.00 | $0.00 |
| Philip E. Milch (PEM), Member, since 1991 | 1.3 | $470.00 | $611.00 |
| Erik Sobkiewicz (ES), Associate since 2001 | 0 | $440.00 | $0.00 |

| | | | |
|---|---|---|---|
| Fred Rapone (FR), Associate, since 2007 | 0 | $350.00 | $0.00 |
| Katheryn L. Harrison (KH), Associate | 0 | $235.00 | $0.00 |
| Michelle Kennedy (MK), Paralegal | 0.3 | $155.00 | $46.50 |
| Heather L. Juliante (HLJ), Legal Assistant | 0 | $105.00 | $0.00 |
| Shirley A. Brown (SAB), Paralegal, since 2007 | 0 | $125.00 | $0.00 |
| Joshua A. Tabor, (JAT), Legal Assistant | 0 | $105.00 | $0.00 |
| **Total/average** | **6.4** | | **$3,153.50** |
| **Grand Total/average** | **36.8** | | **$10,344.00** |

**COMPENSATION SUMMARY BY PROJECT CATEGORY**

| Project Category | Total Hours for the Period 6/1/12 through 6/30/12 | Total Fees for the Period 6/1/12 through 6/30/12 |
|---|---|---|
| Asset Analysis and Recovery | 0.0 | $0.00 |
| Asset Disposition | 0.0 | $0.00 |
| Business Operations | 0.0 | $0.00 |
| Case Administration | 0.0 | $0.00 |
| Claims Analysis Objection & Resolution (Asbestos) | 0.0 | $0.00 |
| Claims Analysis Objection & Resolution (Non-Asbestos) | 0.0 | $0.00 |
| Committee Administration | 14.4 | $4,056.00 |
| Employee Benefits/Pension | 0.0 | $0.00 |
| Employment Applications (applicant) | 0.0 | $0.00 |
| Employment Applications (others) | 0.0 | $0.00 |
| Fee Applications (applicant) | 2.1 | $455.00 |
| Fee Applications (others) | 10.9 | $1,703.00 |
| Financing | 0.0 | $0.00 |
| Hearings | 2.2 | $858.00 |
| Litigation | 0.5 | $139.00 |
| Plan and Disclosure Statement | 6.7 | $3,133.00 |
| Relief from Stay Proceedings | 0.0 | $0.00 |
| Tax Issues | 0.0 | $0.00 |
| Tax Litigation | 0.0 | $0.00 |

| | | |
|---|---:|---:|
| Travel (non-working) | 0.0 | $0.00 |
| Valuation | 0.0 | $0.00 |
| ZAI Science Trial | 0.0 | $0.00 |
| Retention Issues | 0.0 | $0.00 |
| Others | 0.0 | $0.00 |
| **Grand totals** | **36.80** | **$10,344.00** |

**EXPENSE SUMMARY**

| Expense Category | Provider, if applicable | Total Expenses For the Monthly Period |
|---|---|---:|
| In-House Reproduction ($.10 per page) | | $22.80 |
| Outside Reproduction & Courier Service | Parcels | $7,718.49 |
| Outside Reproduction & Courier Service | IKON | $0.00 |
| Outside Reproduction & Courier Service | Digital Legal | $7.50 |
| Outside Courier Service | Tri State | $0.00 |
| Outside Reproduction | Counsel Press | $0.00 |
| Facsimile | | $0.00 |
| Travel | | $0.00 |
| Working Meals | | $0.00 |
| Long Distance Telephone Calls | AT&T | $0.00 |
| Postage | | $0.00 |
| Transcript | J&J Transcribers, Inc. | $0.00 |
| Transcript | Wilcox & Fetzer | $0.00 |
| Transcript | Freedom Reporting, Inc. | $0.00 |
| Transcript | LegaLink, Inc. | $0.00 |
| Transcript | Court Reporter | $0.00 |
| Courtcall | | $0.00 |
| PACER | | $159.70 |
| Research | Westlaw | $0.00 |
| Overnight Courier | Federal Express | $0.00 |
| Deposition | Shorter Productions | $0.00 |
| Filing Fees | U.S. District Court | $12.50 |
| Document Fees | U.S. Bankruptcy Court | $0.00 |
| Conference Call | Copper Conferencing | $0.00 |
| Computer Services | PC Networks | $0.00 |
| **Total:** | | **$7,920.99** |

{D0233332.1 }

        CAMPBELL & LEVINE, LLC

        */s/ Kathleen Campbell Davis*
        Mark T. Hurford (I.D. #3299)
        Kathleen Campbell Davis (I.D. #4229)
        800 North King Street
        Suite 300
        Wilmington, DE  19899
        (302) 426-1900

        *Delaware and Associated Counsel for the*
        *Official Committee of Asbestos Claimants*

Dated: August 1, 2012