## EXHIBIT A

**Business Operations (.10 Hours; $ 93.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $935 | 93.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/27/12 | PVL | 935.00 | 0.10 | Rv memo re Brazil acq. |

**Total Task Code .03    .10**

**Case Administration (2.80 Hours; $ 1,802.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 1.20 | $935 | 1,122.00 |
| Rita C. Tobin | 1.00 | $545 | 545.00 |
| Eugenia Benetos | .60 | $225 | 135.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/01/12 | RCT | 545.00 | 0.20 | Review docket and local counsel recommendations (.2). |
| 06/04/12 | PVL | 935.00 | 0.10 | Rv 8 misc. filings |
| 06/07/12 | EB | 225.00 | 0.60 | Perform review of Omnibus Order and send email. |
| 06/08/12 | PVL | 935.00 | 0.40 | Cn KCM |
| 06/08/12 | RCT | 545.00 | 0.20 | Review docket and local counsel recommendations re: EI update (.2). |
| 06/12/12 | PVL | 935.00 | 0.10 | Cn KCM |
| 06/15/12 | RCT | 545.00 | 0.20 | Revie docket and local counsel recommendations (.2). |
| 06/22/12 | PVL | 935.00 | 0.30 | Rv 6 misc. filings (.1); cn KCM (.2) |
| 06/22/12 | RCT | 545.00 | 0.20 | Review docket and local counsel recommendations (.2). |
| 06/28/12 | PVL | 935.00 | 0.30 | Teleconf. Perkins (claimant) |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/29/12 | RCT | 545.00 | 0.20 | Review docket and local counsel recommendations (.2). |

**Total Task Code .04        2.80**

**Committee, Creditors', Noterholders' or Equity Holders'(.30 Hours; $ 163.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | .30 | $545 | 163.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/11/12 | RCT | 545.00 | 0.30 | Review order (.3). |

**Total Task Code .07        .30**

**Fee Applications, Applicant (7.40 Hours; $ 3,073.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 4.40 | $545 | 2,398.00 |
| Eugenia Benetos | 3.00 | $225 | 675.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/01/12 | RCT | 545.00 | 0.20 | Review fee application schedules for June (.2). |
| 06/01/12 | EB | 225.00 | 0.60 | Review check and create check breakdown for EI. Update fee application schedule accordingly. |
| 06/07/12 | RCT | 545.00 | 0.20 | Address fee issues (.2). |
| 06/07/12 | RCT | 545.00 | 0.30 | Review emails re: order (.2); email to EB re: same (.1). |
| 06/13/12 | RCT | 545.00 | 0.80 | Review prebills (.8). |

| Date | Init | Rate | Hours | Narrative |
|---|---|---|---|---|
| 06/13/12 | EB | 225.00 | 0.60 | Update case spreadsheet re: fees and expense requests and QC all requests made from the inception of the case. |
| 06/14/12 | RCT | 545.00 | 0.80 | Review exhibits (.8). |
| 06/14/12 | RCT | 545.00 | 0.20 | Review Hurford, PVNL emails re: fee orders (.2). |
| 06/19/12 | RCT | 545.00 | 1.10 | Review monthly fee application (1.1). |
| 06/19/12 | EB | 225.00 | 1.20 | Work on fee application. |
| 06/21/12 | EB | 225.00 | 0.60 | Review and update fee application schedule re: fees and expenses for monthlies and interims and dates of payment re: same. |
| 06/22/12 | RCT | 545.00 | 0.20 | Review emails re: CNOs and conference EB re: same (.2). |
| 06/27/12 | RCT | 545.00 | 0.60 | Address fee and expense issue (.6). |

**Total Task Code .12     7.40**


**Litigation and Litigation Consulting (44.90 Hours; $ 21,461.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .20 | $1,000 | 200.00 |
| James P. Wehner | 1.00 | $555 | 555.00 |
| Kevin C. Maclay | 22.90 | $555 | 12,709.50 |
| Jeanna Rickards Koski | 3.60 | $420 | 1,512.00 |
| Andrew J. Sackett | 8.70 | $380 | 3,306.00 |
| Todd E. Phillips | 8.20 | $380 | 3,116.00 |
| Zachary D. Orsulak | .30 | $210 | 63.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/01/12 | EI | 1,000.00 | 0.20 | 5/20/2012 Entry - Read draft of supplement record brief (.8).Divided among 4 clients |
| 06/01/12 | KCM | 555.00 | 0.30 | (Late entry 5/1) Review/analyze revised standing brief (1.2) (Divided among 4 clients) |
| 06/01/12 | KCM | 555.00 | 0.20 | 5/17/2012 Entry - Communicate with JPW, PVNL and EI re appeal issue (.4); plan/prepare for and |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | attend conference call re appeal (.4) (Divided among 4 clients) |
| 06/01/12 | KCM | 555.00 | 0.50 | | 5/22/2012 entry - Communicate with co-appellees re appeal issues (.6); review motion to supplement and related materials and plan/prepare response (1.4) (Split among 4 clients) |
| 06/01/12 | KCM | 555.00 | 1.10 | | 5/24/2012 Entry - Plan/prepare for and attend conference calls with co-appellees and appellants (.6); review cases, briefs and materials re appeal issues (3.8) (Split among 4 clients) |
| 06/01/12 | KCM | 555.00 | 1.00 | | 5/25/2012 Entry -Review/analyze opposition and related cases and materials (4.0). (Split among 4 clients) |
| 06/01/12 | KCM | 555.00 | 0.50 | | 5/28/2012 Entry - Review/edit oppositions and review/analyze related materials (2.0). (Split among 4 clients) |
| 06/01/12 | KCM | 555.00 | 0.90 | | 5/29/2012 Entry - Review/edit oppositions, additional proposed edits, and cases and materials and communicate with TEP re same (3.6). (Split among 4 clients). |
| 06/01/12 | KCM | 555.00 | 2.40 | | 5/30/2012 Entry - Attend conference calls with co-appellees and one with appellant (.9); draft/revise Declarations and review/analyze related materials (4.2); review/edit opposition and review/analyze related briefs, cases and materials (4.5) (Total time 9.60 hrs divided among 4 clients). |
| 06/01/12 | KCM | 555.00 | 1.00 | | Entry of May 31, 2012 - Review/edit language re oral argument and draft letter to Court and communicate with co-appellees re same (1.9); review opposition brief and related materials and communicate with TEP and co-appellees re same (1.1); review/analyze memo to ACC re hearing (1.0) (Total 4.0 hrs divided among 4 clients) |
| 06/01/12 | KCM | 555.00 | 0.80 | | Review/edit joint letter to court (1.2); review/analyze related communications and materials and review/analyze cases and materials re appeal issues (2.0) (Total time 3.20 hrs divided among 4 clients). |
| 06/01/12 | TEP | 380.00 | 0.10 | | Review joint letter submission (.1); confer with KCM re: same (.1). (Total time of 0.2 divided between 2 clients). |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 06/01/12 | ZDO | 210.00 | 0.30 | 5/31/2012 Entry - Finalize Delaware appeal binders (1.2). (Divided among 4 clients) |
| 06/03/12 | KCM | 555.00 | 0.30 | Draft/revise 2019 memo and review/analyze related materials (Total time 1.2 hrs divided among 4 clients). |
| 06/04/12 | TEP | 380.00 | 0.40 | Review appellate pleadings. (Total 1.6 hrs divided among 4 clients) |
| 06/05/12 | KCM | 555.00 | 0.30 | Review memo and materials re Kherker complaint (.8); communicate with JPW re same for potential oral argument response (.4) (Total 1.2 hrs divided among 4 clients) |
| 06/05/12 | TEP | 380.00 | 1.30 | Prepare materials re: oral argument; confer with KCM re: same. (Total 5.2 hrs divided among 4 clients) |
| 06/06/12 | KCM | 555.00 | 0.50 | Review/briefs, cases and materials re appeal issues (Total 2.0 hrs divided among 4 clients) |
| 06/06/12 | JMR | 420.00 | 1.40 | Review briefs and review research regarding the application of section 107 and standing (4.2); review caselaw (1.3); confer with KCM regarding preparation (.1) (Total 5.6 hrs divided among 4 clients) |
| 06/06/12 | TEP | 380.00 | 0.70 | Prepare materials re: oral argument (2.2); confer with KCM and JMRK re: same (.5). (Total time of 2.7 hours divided among 4 clients.) |
| 06/07/12 | KCM | 555.00 | 0.80 | Review/analyze briefs, cases and materials re oral argument (Total 3.2 hrs divided among 4 clients) |
| 06/07/12 | JMR | 420.00 | 1.10 | Review research for appeal and send e-mails re same to KCM (4.); review caselaw (.4) (Total 4.4 hrs divided among 4 clients) |
| 06/07/12 | AJS | 380.00 | 0.40 | Phone call w/ TEP re oral argument outline for Rule 2019 exhibit access appeal (0.1); review of emails from TEP re oral argument outline for Rule 2019 exhibit access appeal (0.2); review of briefs for Rule 2019 exhibit access appeal (1.0); prep of oral argument outline for Rule 2019 exhibit access appeal (0.3). (Total time of 1.6 hours split among 4 different clients.) |

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 06/07/12 | TEP | 380.00 | 0.20 | Prepare materials re: oral argument (.3); confer with KCM and JMRK re: same (.5). (Total time of 0.8 hour divided among 4 clients.) |
| 06/08/12 | KCM | 555.00 | 2.20 | Plan/prepare for oral argument and review/analyze related briefs, cases, materials and outlines (Total 8.8 hrs divided among 4 clients) |
| 06/08/12 | KCM | 555.00 | 0.10 | Review Garlock reply brief re judicial notice and related materials (Total 0.4 hrs divided among 4 clients) |
| 06/08/12 | KCM | 555.00 | 0.10 | Meet with TEP re research and related issues for appeal oral argument (Total 0.4 hrs divided among 4 clients) |
| 06/08/12 | TEP | 380.00 | 2.40 | Prepare and review materials re: oral argument (9.2); confer with KCM re: same (.4). (Total time of 9.6 hours divided among 4 clients.) |
| 06/09/12 | AJS | 380.00 | 0.10 | Phone call w/ KCM re Rule 2019 exhibit appeal oral argument preparation. (Total 0.4 hrs divided among 4 clients) |
| 06/09/12 | TEP | 380.00 | 0.60 | Prepare materials for oral argument. (Total 2.8 hrs divided among 4 clients) |
| 06/10/12 | KCM | 555.00 | 2.10 | Plan/prepare for oral argument (4.0) draft/revise oral argument outline (1.2), and review/analyze related briefs, cases, materials and outlines (8.4). (Total 1.6 hrs divided among 4 clients) |
| 06/10/12 | KCM | 555.00 | 0.40 | Plan/prepare for and communicate with co-appellee counsel re oral argument (Total 1.6 hrs divided among 4 clients) |
| 06/10/12 | AJS | 380.00 | 1.20 | Voice mails to and from KCM re Rule 2019 exhibit oral argument preparation (0.1); phone call w/ KCM re Rule 2019 exhibit appeal oral argument preparation (0.2); legal research re Rule 2019 exhibit appeal oral argument preparation (2.7); phone call w/ KCM re Rule 2019 exhibit appeal oral argument preparation (0.6); phone call w/ KCM re Rule 2019 exhibit appeal oral argument preparation (0.5); prep of memo re legal research re Rule 2019 exhibit appeal oral argument preparation (0.7) prep of email to KCM re legal research re Rule 2019 exhibit appeal oral argument preparation (0.1). (Total time of 4.9 hours split among 4 clients.) |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 06/10/12 | TEP | 380.00 | 0.20 | Prepare materials for oral argument re: Garlock's 2019 appeal. (Total 0.8 hrs divided among 4 clients) |
| 06/11/12 | JPW | 555.00 | 1.00 | Review district court ruling. |
| 06/11/12 | KCM | 555.00 | 2.80 | Plan/prepare for oral argument (8.5); review/analyze related materials (2.3); communicate with co-appellee counsel re same (0.4) (Total 11.2 hrs divided among 4 clients) |
| 06/11/12 | AJS | 380.00 | 0.60 | Prep and review of emails to and from KCM re oral argument outline for Rule 2004 Exhibit access appeal (0.1); review of oral argument outline for Rule 2004 Exhibit access appeal (0.2); legal research re oral argument outline for Rule 2004 Exhibit access appeal (1.6); meetings w/ KCM re oral argument outline for Rule 2004 Exhibit access appeal (0.3); revision of oral argument outline for Rule 2004 Exhibit access appeal (0.2); prep of email to KCM re legal research re oral argument outline for Rule 2004 Exhibit access appeal (0.1); phone call w/ KCM re legal research re oral argument outline for Rule 2004 Exhibit access appeal (0.1). (Total time of 2.6 hours split among 4 different clients.) |
| 06/11/12 | AJS | 380.00 | 0.20 | Prep and review of emails to and from KCM re Grace confirmation opinion and order (0.3); review of Grace confirmation opinion and order (0.5). (Total 0.8 hrs divided among 4 clients) |
| 06/11/12 | TEP | 380.00 | 0.40 | Prepare for oral argument re: Garlock's 2019 appeal (1.2); confer with co-appellees counsel (0.4) (Total time 1.6 hours divided among 4 clients) |
| 06/12/12 | KCM | 555.00 | 1.30 | Plan/prepare for and make oral argument (Total 5.2 hrs divided among 4 clients) |
| 06/12/12 | KCM | 555.00 | 0.30 | Confer with co-appellees and TEP re appeal issues (Total 1.2 hrs divided among 4 clients) |
| 06/12/12 | AJS | 380.00 | 0.10 | Meeting w/ KCM and TEP re oral argument re Rule 2019 Exhibit Appeal. (Total 0.4 hrs divided among 4 clients) |
| 06/12/12 | AJS | 380.00 | 4.10 | Phone call w/ EI re Grace confirmation opinion and order (0.1); prep of email to PVNL re Grace confirmation opinion and order (0.1); prep of email to PVNL re Grace confirmation opinion and order |

| | | | | |
|---|---|---|---|---|
| | | | | (0.1); meeting w/ PVNL re Grace confirmation opinion and order (0.3); review of Grace confirmation opinion and order (2.0); prep of memo re Grace confirmation opinion and order (1.5). |
| 06/12/12 | TEP | 380.00 | 1.70 | Prepare for and attend oral argument re: Garlock's 2019 appeal. (Total time of 6.8 hours divided among 4 clients.) |
| 06/13/12 | AJS | 380.00 | 1.50 | Meeting w/ JPW re report on amended memorandum opinion confirming plan (0.1); revision of report on amended memorandum opinion confirming plan (0.4); prep of email to EI re report on amended memorandum opinion confirming plan (0.1); meeting w/ EI re report on amended memorandum opinion confirming plan (0.2); prep and review of emails to and from KCM and JPW re initial plan confirmation opinion (0.1); prep of email to PVNL re report on amended memorandum opinion confirming plan (0.1); review of initial opinion and docket and revision of report on amended memorandum opinion confirming plan (0.5). |
| 06/14/12 | KCM | 555.00 | 0.70 | Review/analyze various 2019 filings and documents (.8); plan/prepare motion to amend 2019 orders (2.) (Total 2.8 hrs divided among 4 clients) |
| 06/14/12 | AJS | 380.00 | 0.40 | Prep and review of emails to and from PVNL re report on amended memorandum opinion confirming plan (0.1); revision of report on amended memorandum opinion confirming plan (0.1); prep of email to committee re report on amended memorandum opinion confirming plan (0.2). |
| 06/18/12 | JMR | 420.00 | 0.90 | Prepare motion for revised order. (Total time of 3.6 hours split among 4 clients.) |
| 06/19/12 | KCM | 555.00 | 0.30 | Review/analyze briefs and materials re motion to amend 2019 order (Total 1.2 hrs divided among 4 clients) |
| 06/19/12 | JMR | 420.00 | 0.20 | Revise motion for revised order. (Total time of 0.8 hour split among 4 clients.) |
| 06/21/12 | KCM | 555.00 | 0.20 | Review PA Order and decision and communicate with co-appellees re same (.8). (Divided among 4 clients) |

| 06/21/12 | KCM | 555.00 | 0.30 | Review 2019 materials re motion. (Total 1.2 hrs divided among 4 clients) |
| --- | --- | --- | --- | --- |
| 06/21/12 | TEP | 380.00 | 0.10 | Confer with KCM re: WDPA cases. (Total .04 hrs divided among 4 clients) |
| 06/22/12 | KCM | 555.00 | 0.10 | Attend telephone conference with co-appellees re appeal issues. (Total .04 hrs divided among 4 clients) |
| 06/22/12 | KCM | 555.00 | 0.10 | Plan/prepare for and meet with PVNL re appeal issues (Total .04 hrs divided among 4 clients) |
| 06/22/12 | KCM | 555.00 | 0.30 | Review appeal papers re potential issues. (Total 1.2 hrs divided among 4 clients) |
| 06/22/12 | TEP | 380.00 | 0.10 | Attend conference call re: WDPA appeal. (Total .04 hrs divided among 4 clients) |
| 06/27/12 | KCM | 555.00 | 0.70 | Review transcript of oral argument and related materials. (Total 2.8 hrs divided among 4 clients) |
| 06/27/12 | AJS | 380.00 | 0.10 | Review of decision denying stay. (Total 0.4 hrs divided among 4 clients) |
| 06/29/12 | KCM | 555.00 | 0.30 | Review transcript and hearing outline and notes and edit errors in transcript. (Total time of 1.2 hours split among 4 clients.) |

**Total Task Code .16      44.90**


**Plan & Disclosure Statement (18.40 Hours; $ 14,393.00)**

| Professionals | Number of Hours | Billing Rate | Value |
| --- | --- | --- | --- |
| Elihu Inselbuch | 1.80 | $1,000 | 1,800.00 |
| Peter Van N. Lockwood | 8.60 | $935 | 8,041.00 |
| Ronald E. Reinsel | .70 | $715 | 500.50 |
| Jeffrey A. Liesemer | 2.30 | $555 | 1,276.50 |
| Kevin C. Maclay | 5.00 | $555 | 2,775.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
| --- | --- | --- | --- | --- |
| 06/01/12 | EI | 1,000.00 | 0.20 | Warrant proposal with J. Sinclair (.2). |
| 06/04/12 | PVL | 935.00 | 0.10 | Rv emails & reply |

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 06/05/12 | PVL | 935.00 | 0.60 | Tcn Shelnitz, Finke, Donley, Paul, Frankel & Wyron (.5); rv emails (.1) |
| 06/05/12 | EI | 1,000.00 | 0.10 | Conference PVNL re: Canada (.1). |
| 06/07/12 | PVL | 935.00 | 0.10 | Rv Giannotto ltr |
| 06/11/12 | PVL | 935.00 | 1.30 | Rv amended Buckwalter opinion |
| 06/12/12 | PVL | 935.00 | 0.30 | Cn AJS |
| 06/12/12 | RER | 715.00 | 0.70 | Review USDC opinion re: confirmation. |
| 06/13/12 | PVL | 935.00 | 0.40 | Rv draft resp. to AMH motion (.3); rv AJS memo & reply (.1) |
| 06/13/12 | EI | 1,000.00 | 0.10 | Telephone conferences with JPW re: status of subpoena (.1). |
| 06/13/12 | KCM | 555.00 | 3.90 | Review/analyze confirmation decision and related documents |
| 06/14/12 | PVL | 935.00 | 1.30 | Teleconference Wyron (.1); rv draft resp. to AMH (.7); rv revised draft resp. to AMH & email comments (.5) |
| 06/14/12 | EI | 1,000.00 | 0.10 | Telephone conference J. Frankel re: Montana (.1). |
| 06/14/12 | JAL | 555.00 | 0.30 | Review of memo from EI and AJS re: Judge Buckwalter's amended confirmation opinion. |
| 06/14/12 | KCM | 555.00 | 0.30 | Review/analyze memo to ACC re Grace ruling |
| 06/15/12 | PVL | 935.00 | 0.10 | Rv emails & reply |
| 06/18/12 | PVL | 935.00 | 0.30 | Rv revised draft resp. to AMH motion & reply (.3); rv Sanders resp. to AMH motion (.1) |
| 06/18/12 | EI | 1,000.00 | 0.60 | Read District Court opinion re: Garlock (.5); telephone conference J. Sinclair re: warrant purchse (.1). |
| 06/19/12 | PVL | 935.00 | 1.20 | Tcn Shelnitz, Finke, Donley, Paul, Frankel et al |
| 06/19/12 | JAL | 555.00 | 0.30 | Review and analysis of District Court's amended opinion. |

| 06/20/12 | JAL | 555.00 | 0.20 | Review and analysis of District Court's amended confirmation decision. |
| --- | --- | --- | --- | --- |
| 06/21/12 | EI | 1,000.00 | 0.10 | J. Sinclair memo and response re: warrants (.1). |
| 06/22/12 | PVL | 935.00 | 0.20 | Rv Grace prop. re warrant and Sinclair memo re same |
| 06/22/12 | EI | 1,000.00 | 0.20 | Telephone conference J. Sinclair re: warrants (.2). |
| 06/25/12 | KCM | 555.00 | 0.40 | Review Garlock briefs |
| 06/26/12 | JAL | 555.00 | 1.20 | Review and analysis of Garlock's motion for stay pending appeal. |
| 06/27/12 | PVL | 935.00 | 1.40 | Rv emails & reply (.1); rv Garlock stay motion (.8); rv draft stay oppo. (.3); rv order denying stay (.2) |
| 06/27/12 | EI | 1,000.00 | 0.40 | Telephone conference with claimant (.1); read Judge Buckwalter opinion (.3). |
| 06/28/12 | PVL | 935.00 | 0.40 | Rv AMH reply (.2); draft memo to ACC (.2) |
| 06/28/12 | JAL | 555.00 | 0.30 | Review and analysis of District Court's opinion denying Garlock's motion for stay pending appeal. |
| 06/28/12 | KCM | 555.00 | 0.40 | Review memo to ACC re stay issue and related order |
| 06/29/12 | PVL | 935.00 | 0.10 | Rv Sanders surreply to AMH |
| 06/30/12 | PVL | 935.00 | 0.80 | Rv Garlock CA 3 stay motion and email Donley et al re same |

**Total Task Code  .17      18.40**


**Trevel Non Working (2.50 Hours; $ 580.00)**

| Professionals | Number of Hours | Billing Rate | Value |
| --- | --- | --- | --- |
| Kevin C. Maclay | 1.20 | $277.50 | 333.00 |
| Todd E. Phillips | 1.30 | $190 | 247.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
| --- | --- | --- | --- | --- |

| | | | | |
|---|---|---|---|---|
| 06/11/12 | KCM | 277.50 | 0.60 | Travel to oral argument re Garlock's 2019 appeal (Total time 2.5 hours divided among 4 clients) |
| 06/11/12 | TEP | 190.00 | 0.60 | Travel to oral argument re: Garlock's 2019 appeal (Total time 2.5 hours divided among 4 clients) |
| 06/12/12 | KCM | 277.50 | 0.60 | Travel back to Washington, DC re Garlock's 2019 appeal (Total 2.4 hrs divided among 4 clients) |
| 06/12/12 | TEP | 190.00 | 0.70 | Travel from oral argument re: Garlock's 2019 appeal. (Total time of 2.8 hours divided among 4 clients.) |

**Total Task Code   .21        2.50**

Other Charges:

| | |
|---|---:|
| Conference Call Services | 15.35 |
| Database Research | 660.60 |
| Local Transportation - DC | 51.23 |
| Long Distance-Equitrac In-House | 2.16 |
| Meals Related to Travel | 0.75 |
| Travel Expenses - Ground Transportation | 12.12 |
| Travel Expenses - Hotel Charges | 241.45 |
| Xeroxing | 1.50 |
| **Total** | **$ 985**.16 |