**EXHIBIT B**

**Business Operations (.10 Hours; $ 93.50)**

        Services rendered in this category pertain to the analysis and monitoring of the Debtors' business operations.

**Total Task Code .03          .10**

**Case Administration (2.80 Hours; $ 1,802.00)**

        Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Claimants Committee on all pending matters.

**Total Task Code .04          2.80**

**Committee Creditors', Noteholders' or Equity Holders' (.30 Hours; $ 163.50)**

        Services rendered in this category include Asbestos Claimants Committee meetings and conference calls, general memoranda to Committee and national counsel and telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07          .30**

**Fee Applications, Applicant (7.40 Hours; $ 3,073.00)**

        Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications.

**Total Task Code .12          7.40**

**Litigation and Litigation Consulting (44.90 Hours; $ 21,461.50)**

        Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16          44.90**

**Plan & Disclosure Statement (18.40 Hours; $ 14,393.00)**

        Services rendered in this category pertain to the formulation of a reorganization plan and disclosure statement and confirmation of a reorganization plan.

**Total Task Code .17          18.40**

**Travel Non Working (2.50 Hours; $ 580.00)**

        Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21          2.50**