## **EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Conference Call Services | 15.35 |
| Database Research | 660.60 |
| Local Transportation - DC | 51.23 |
| Long Distance-Equitrac In-House | 2.16 |
| Meals Related to Travel | 0.75 |
| Travel Expenses - Ground Transportation | 12.12 |
| Travel Expenses - Hotel Charges | 241.45 |
| Xeroxing | 1.50 |
| **Total** | **$ 985.16** |

| | | | |
|---|---|---|---|
| **Client Number:   4642** | **Grace Asbestos Personal Injury Claimants** | | Page: 1 |
| **Matter      000** | **Disbursements** | | 7/25/2012 |

Print Date/Time: 07/25/2012 12:02:02PM

Attn:

Invoice #

## PREBILL / CONTROL REPORT

Trans Date Range:   1/1/1950  to: 6/30/2012

**Matter      000**
**Disbursements**

| | | | | | |
|---|---|---|---|---|---|
| Bill Cycle: | Monthly | Style: | i1 | Start:   4/16/2001   Last Billed :   6/19/2012 | 13,655 |

Client Retainers Available        $4,806.34        Committed to Invoices:        $0.00        Remaining:        $4,806.34

$3,930,519.74
Total Expenses Billed To Date

Billing Empl:        0120        Elihu  Inselbuch
Responsible Empl:    0120        Elihu  Inselbuch
Alternate Empl:      0120        Elihu  Inselbuch
Originating Empl:    0120        Elihu  Inselbuch

**Summary  by Employee**

| | | | ---------- A C T U A L ---------- | | ---------- B I L L I N G --------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0204 | EH | Elizabeth   Hernandez | 0.00 | 1.50 | 0.00 | 1.50 |
| 0338 | KCM | Kevin C Maclay | 0.00 | 148.94 | 0.00 | 148.94 |
| 0369 | TEP | Todd E Phillips | 0.00 | 171.96 | 0.00 | 171.96 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 662.76 | 0.00 | 662.76 |
| **Total Fees** | | | **0.00** | **985.16** | **0.00** | **985.16** |

**Detail Time / Expense  by  Date**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | ---------- A C T U A L ---------- | | | ---------- B I L L I N G --------- | | |
| TransNo. | Description | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 2858652 | Equitrac - Long Distance to 12149694977 | E | 06/08/2012 | 0999 C&D | | 0.00 | $1.20 | | 0.00 | $1.20 | 1.20 |
| 2859975 | Red Top Cab -Svc. to 11149 Cedarwood, 5/21/12 (TEP; Split b/w clients 4642 & 5852) | E | 06/18/2012 | 0369 TEP | | 0.00 | $28.46 | | 0.00 | $28.46 | 29.66 |
| 2860981 | Todd E. Phillips -Hotel Dupont 1-Night Lodging | E | 06/20/2012 | 0369 TEP | | 0.00 | $120.73 | | 0.00 | $120.73 | 150.39 |

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 7/25/2012 |

Print Date/Time: 07/25/2012 12:02:02PM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | while on travel to/from Wilmington, DE, re: Hearing, 6/11/12 - 6/12/12 (Split b/w clients 4642, 5028, 5155, & 5334) | | | | | | | | |
| 2861215 | | Kevin C. Maclay -Beverage from Hotel Minibar while on Travel to/from Wilmington, DE, re: Argument on Appeal, 6/11/12 - 6/12/12 (Split b/w clients 4642, 5028, 5155, & 5334) | E | 06/21/2012 | 0338 | KCM | 0.00 | $0.75 | 0.00 | $0.75 | 151.14 |
| 2861222 | | Kevin C. Maclay -Hotel DuPont 1-Night Lodging while on Travel to/from Wilmington, DE, re: Argument on Appeal, 6/11/12 - 6/12/12 (Split b/w clients 4642, 5028, 5155, & 5334) | E | 06/21/2012 | 0338 | KCM | 0.00 | $120.72 | 0.00 | $120.72 | 271.86 |
| 2861226 | | Kevin C. Maclay -Cab Fares while on Travel to/from Wilmington, DE, re: Argument on Appeal, 6/11/12 - 6/12/12 (Split b/w clients 4642, 5028, 5155, & 5334) | E | 06/21/2012 | 0338 | KCM | 0.00 | $12.12 | 0.00 | $12.12 | 283.98 |
| 2863490 | | Red Top Cab -Svc. to Residence, 5/31/12 (TEP; Split b/w clients 4642, 5028, 5155, 5334, & 5852) | E | 06/26/2012 | 0369 | TEP | 0.00 | $11.38 | 0.00 | $11.38 | 295.36 |
| 2863491 | | Red Top Cab -Svc. to Residence, 5/29/12 (TEP; Split b/w clients 4642, 5028, 5155, 5334, & 5852) | E | 06/26/2012 | 0369 | TEP | 0.00 | $11.39 | 0.00 | $11.39 | 306.75 |
| 2863513 | | Premiere Global Services -Teleconference Svc., 5/2012 (KCM) | E | 06/26/2012 | 0338 | KCM | 0.00 | $15.35 | 0.00 | $15.35 | 322.10 |
| 2864042 | | Equitrac - Long Distance to 16317495431 | E | 06/28/2012 | 0999 | C&D | 0.00 | $0.84 | 0.00 | $0.84 | 322.94 |
| 2864065 | | Equitrac - Long Distance to 15016149626 | E | 06/28/2012 | 0999 | C&D | 0.00 | $0.12 | 0.00 | $0.12 | 323.06 |
| 2867555 | | Photocopy | E | 06/30/2012 | 0204 | EH | 0.00 | $1.50 | 0.00 | $1.50 | 324.56 |
| 2868987 | | Database Research - Westlaw by AJS on 6/11 ($179.68 divided among 4 clients) | E | 06/30/2012 | 0999 | C&D | 0.00 | $44.92 | 0.00 | $44.92 | 369.48 |
| 2868998 | | Database Research - Westlaw by TEP on 6/8 | E | 06/30/2012 | 0999 | C&D | 0.00 | $246.81 | 0.00 | $246.81 | 616.29 |
| 2869026 | | Database Research - Westlaw by AJS on 6/10 & 11 ($1,475.48 divided among 4 clients) | E | 06/30/2012 | 0999 | C&D | 0.00 | $368.87 | 0.00 | $368.87 | 985.16 |

**Total Expenses**

$985.16

0.00               $985.16

0.00

Matter Total Fees                                         0.00                    0.00

| **Client Number:** | **4642** | **Grace Asbestos Personal Injury Claimants** | | | | Page: 1 |
|---|---|---|---|---|---|---|
| **Matter** | **000** | **Disbursements** | | | | 7/25/2012 |

Print Date/Time: 07/25/2012 12:02:02PM

Attn:

| | | | | | Invoice # |
|---|---|---|---|---|---|
| Matter Total Expenses | | | 985.16 | | 985.16 |
| Matter Total | | 0.00 | 985.16 | 0.00 | 985.16 |
| | | | | | |
| Prebill Total Fees | | | | | |
| Prebill Total Expenses | | | $985.16 | | $985.16 |
| Prebill Total | | 0.00 | $985.16 | 0.00 | $985.16 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 74,007 | 04/22/2010 | 55,577.50 | 137.53 |
| 86,185 | 02/16/2012 | 97,674.50 | 19,534.90 |
| 86,825 | 03/26/2012 | 73,596.50 | 14,719.30 |
| 87,309 | 04/22/2012 | 36,679.00 | 7,335.80 |
| 87,625 | 05/16/2012 | 16,102.50 | 3,220.50 |
| 88,199 | 06/19/2012 | 40,277.73 | 40,277.73 |
| | | 319,907.73 | 85,225.76 |