# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 1

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:     100055.WRG01

July 17, 2012                                     INVOICE:    249222

MATTER: CLAIMANTS COMMITTEE                       ROBERT M. HORKOVICH

c/o Peter Van N. Lockwood, Esq.
Caplin & Drysdale
One Thomas Circle
Washington, DC 20005

**PROFESSIONAL SERVICES through 06/30/12**

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 06/01/12 | Attention to claims analysis for settlement demand. | W001 | DJN | 0.10 |
| 06/01/12 | Continue analysis of selected insurance policies re: follow form and definition of bodily and personal injury issues (1.90); draft and revise insurance policy data spreadsheets (.40). | W001 | GFF | 2.30 |
| 06/01/12 | Continuing to review insurance policies and reimbursement agreements re: insolvent insurance companies, payment issues, mental injury or mental anguish, personal, bodily injury and cooperation clause. | W001 | IF | 1.90 |
| 06/01/12 | Research and comment upon correspondence in connection with supplemental letter to Supreme Court regarding Integrity appeal. | W001 | RYC | 3.70 |
| 06/04/12 | Continue analysis of selected insurance policies re: follow form and definition of bodily and personal injury (1.70); draft and revise insurance policy data spreadsheets (.70). | W001 | GFF | 2.40 |
| 06/04/12 | Research and analysis re: insolvent insurance companies, payment issues, mental injury or mental anguish, personal, bodily injury and cooperation clause. | W001 | IF | 0.90 |
| 06/04/12 | Finalize letter calling courts attention to case (.60); review Keasbey decision to confirm all issues identified and addressed (.80); file letter with Supreme Court (.80). | W001 | KES | 2.20 |
| 06/04/12 | Attention to developing public information regarding post trust filing experience. | W001 | RMH | 1.20 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 2

W.R. GRACE/CLAIMANTS COMMITTEE                          MATTER:     100055.WRG01

July 17, 2012                                           INVOICE:        249222

MATTER: CLAIMANTS COMMITTEE                             ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 06/04/12 | Finalize edits in connection with supplemental letter to Supreme Court in connection with Integrity appeal. | W001 | RYC | 2.60 |
| 06/05/12 | Continue analysis of selected insurance policies re: follow form and definition of bodily and personal injury issues (1.90); draft and revise insurance policy data spreadsheets (.40). | W001 | GFF | 2.30 |
| 06/05/12 | Follow-up re: insolvent insurance companies, payment issues, mental injury or mental anguish, personal, bodily injury and cooperation clause. | W001 | IF | 1.80 |
| 06/05/12 | Edit letter to the New Jersey Supreme Court regarding the Integrity claim. | W001 | RMH | 0.80 |
| 06/05/12 | Follow-up regarding procedural issues regarding supplemental letter to Supreme Court in connection with Integrity appeal. | W001 | RYC | 1.80 |
| 06/06/12 | Proof revisions and begin drafting monthly fee application and exhibits. | W011 | AHP | 1.30 |
| 06/06/12 | Further research of public sources in an effort to identify pre-petition malignancy claims history. | W001 | DJN | 1.10 |
| 06/06/12 | Draft and revise insurance policy data spreadsheets (.30); analysis of selected insurance policies re: follow form and definition of bodily and personal injury issues (1.60). | W001 | GFF | 1.90 |
| 06/06/12 | Reproduced and reviewed newly received settlement agreements. | W001 | HEG | 1.20 |
| 06/06/12 | Continuing to review insurance policies and reimbursement agreements re: insolvent insurance companies, payment issues, mental injury or mental anguish, personal, bodily injury and cooperation clause. | W001 | IF | 1.90 |
| 06/06/12 | Work on insolvent claims and allocation schedule. | W001 | MG | 2.20 |
| 06/06/12 | Work on potential transfer protocols in connection with post-bankruptcy Trust insurance coverage. | W001 | RYC | 3.00 |
| 06/07/12 | Continue analysis of selected insurance policies re: follow form and definition of bodily and personal injury issues. | W001 | GFF | 1.80 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                   EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 3

| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
|---|---|---|
| July 17, 2012 | INVOICE: | 249222 |
| MATTER: CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 06/07/12 | Attention to insolvent insurance companies, payment issues, mental injury or mental anguish, personal, bodily injury and cooperation clause. | W001 | IF | 1.10 |
| 06/07/12 | Continue analysis of potential transfer protocols in connection with post-bankruptcy Trust insurance coverage. | W001 | RYC | 2.20 |
| 06/08/12 | Conduct additional public source research to determine pre-bankruptcy rate of malignancy filings in connection with settlement demand. | W001 | DJN | 2.20 |
| 06/08/12 | Continue analysis of selected insurance policies re: follow form and definition of bodily and personal injury issue (1.40); draft and revise insurance policy data spreadsheets (.40). | W001 | GFF | 1.80 |
| 06/08/12 | Research and analysis re: insolvent insurance companies, payment issues, mental injury or mental anguish, personal, bodily injury and cooperation clause. | W001 | IF | 1.20 |
| 06/11/12 | Continue drafting monthly fee application and exhibit. | W011 | AHP | 0.80 |
| 06/11/12 | Continue analysis of selected insurance policies re: follow form and definition of bodily and personal injury issues (2.30); draft and revise insurance policy data spreadsheets (.30). | W001 | GFF | 2.60 |
| 06/11/12 | Continuing to review insurance policies and reimbursement agreements re: insolvent insurance companies, payment issues, personal, bodily injury review and cooperation clause. | W001 | IF | 1.40 |
| 06/11/12 | Review and analysis of documents and support for post-bankruptcy Trust insurance coverage transfer. | W001 | RYC | 2.80 |
| 06/12/12 | Continue drafting monthly fee application. | W011 | AHP | 1.30 |
| 06/12/12 | Draft and revise insurance policy data spreadsheets (.70); continue analysis of selected insurance policies re: follow form and definition of personal and bodily injury issues (2.90). | W001 | GFF | 3.60 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
(212) 278-1000                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 4

W.R. GRACE/CLAIMANTS COMMITTEE                      MATTER:        100055.WRG01

July 17, 2012                                       INVOICE:            249222

MATTER:  CLAIMANTS COMMITTEE                            ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 06/12/12 | Follow-up re: insolvent insurance companies, payment issues, personal, bodily injury review and cooperation clause. | W001 | IF | 1.60 |
| 06/12/12 | Continue review and analysis of documents and support for post-bankruptcy Trust insurance coverage transfer. | W001 | RYC | 1.70 |
| 06/13/12 | Continue and finish drafting monthly fee application and exhibit. | W011 | AHP | 0.80 |
| 06/13/12 | Draft and revise insurance policy data spreadsheets. | W001 | GFF | 0.60 |
| 06/13/12 | Attention to insolvent insurance companies, payment issues, personal, bodily injury review and cooperation clause. | W001 | IF | 1.90 |
| 06/13/12 | Work on insolvent claims and allocation schedule. | W001 | MG | 2.60 |
| 06/13/12 | Attention to request for information from Dairyland. | W001 | RMH | 0.50 |
| 06/13/12 | Review and analysis in connection with continuation of settlement discussions with remaining insurance companies. | W001 | RYC | 2.30 |
| 06/14/12 | Review and begin to finalize monthly fee application and exhibit. | W011 | AHP | 0.80 |
| 06/14/12 | Draft and revise insurance policy data spreadsheets (.40); continue analysis of selected insurance policies re: follow form and bodily and personal injury coverage issues (1.30). | W001 | GFF | 1.70 |
| 06/14/12 | Continuing to review insurance policies and reimbursement agreements re:  insolvent insurance companies, payment issues, personal, bodily injury review and cooperation clause. | W001 | IF | 2.30 |
| 06/14/12 | Work on insolvent claims and allocation schedule. | W001 | MG | 2.30 |
| 06/14/12 | Review and comment upon fee application. | W011 | RYC | 0.70 |
| 06/14/12 | Continue research regarding outstanding insurance settlement and transfer issues in connection with post confirmation transfer. | W001 | RYC | 2.80 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 5

| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
|---|---|---|
| July 17, 2012 | INVOICE: | 249222 |
| MATTER: CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 06/15/12 | Continue analysis of selected insurance policies re: follow form and definition of bodily and personal injury issues (2.20); draft and revise insurance policy data spreadsheets (.40). | W001 | GFF | 2.60 |
| 06/15/12 | Research and analysis re: insolvent insurance companies, payment issues, personal, bodily injury review and cooperation clause. | W001 | IF | 2.20 |
| 06/15/12 | Work on insolvent claims and allocation schedule. | W001 | MG | 1.80 |
| 06/15/12 | Research and analysis of settlement discussion issues including impact of recent case law. | W001 | RYC | 3.30 |
| 06/18/12 | Finalize and release monthly fee application and exhibit. | W011 | AHP | 1.30 |
| 06/18/12 | Draft and revise insurance policy data spreadsheets (.70); continue analysis of selected insurance policies re: follow form, cooperation clause definition, and bodily and personal injury definition (1.20). | W001 | GFF | 1.90 |
| 06/18/12 | Follow-up re: insolvent insurance companies, payment issues, personal, bodily injury review and cooperation clause. | W001 | IF | 1.80 |
| 06/18/12 | Attention to case strategy with respect to Liquidator's reply to letter identifying recent case law supporting our petition for certification. | W001 | KES | 0.80 |
| 06/18/12 | Evaluate negotiating issues relating to potentially settling insurance company. | W001 | RYC | 2.20 |
| 06/19/12 | Continue analysis of selected insurance policies re: follow form, cooperation clause, and bodily injury definitions. | W001 | GFF | 2.30 |
| 06/19/12 | Attention to insolvent insurance companies, payment issues, personal, bodily injury review and cooperation clause. | W001 | IF | 1.90 |
| 06/19/12 | Work on insolvent claim. | W001 | MG | 1.70 |
| 06/19/12 | Review and evaluate Integrity liquidator's response in connection with supplemental submission to New Jersey Supreme Court. | W001 | RYC | 0.80 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000             EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 6

W.R. GRACE/CLAIMANTS COMMITTEE        MATTER:      100055.WRG01

July 17, 2012                                                                INVOICE:       249222

MATTER: CLAIMANTS COMMITTEE                       ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 06/20/12 | Draft and revise insurance policy data spreadsheets (.60); continue analysis of selected insurance policies re: follow form, cooperation clause issues, and definition of personal and bodily injury (1.10). | W001 | GFF | 1.70 |
| 06/20/12 | Organized newly received pleadings. | W001 | HEG | 1.10 |
| 06/20/12 | Continuing to review insurance policies and reimbursement agreements re: insolvent insurance companies, payment issues, personal, bodily injury review and cooperation clause. | W001 | IF | 2.20 |
| 06/20/12 | Follow-up research and analysis in connection with response to Integrity liquidator's objection to the ACC's supplemental submission to the New Jersey Supreme Court (2.50); valuation and analysis of outstanding insurance settlement issues (1.10). | W001 | RYC | 3.60 |
| 06/21/12 | Attention to additional analysis in connection with settlement demand. | W001 | DJN | 0.20 |
| 06/21/12 | Continue analysis of selected insurance policies re: follow form, definition of bodily injury and cooperation clause issues. | W001 | GFF | 0.90 |
| 06/21/12 | Research and analysis re: insolvent insurance companies, payment issues, personal, bodily injury review and cooperation clause. | W001 | IF | 2.10 |
| 06/21/12 | Attention to development of new demands on insurance companies. | W001 | RMH | 0.50 |
| 06/21/12 | Evaluate summary information in connection with post-bankruptcy assets in connection with settlements and pending claims. | W001 | RYC | 2.80 |
| 06/22/12 | Follow-up re: insolvent insurance companies, payment issues, personal injury, bodily injury review and cooperation provision. | W001 | IF | 1.80 |
| 06/22/12 | Continue evaluation of summary information in connection with post-bankruptcy assets in connection with settlements and pending claims. | W001 | RYC | 1.60 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
(212) 278-1000                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 7

W.R. GRACE/CLAIMANTS COMMITTEE                              MATTER:        100055.WRG01

July 17, 2012                                               INVOICE:           249222

MATTER:  CLAIMANTS COMMITTEE                                ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 06/25/12 | Attention to insolvent insurance companies, payment issues, personal injury, bodily injury review and cooperation provision. | W001 | IF | 1.70 |
| 06/25/12 | Review file (.70); prepare response to Liquidator's misstatements in its June 8 letter to the Court (1.40) | W001 | KES | 2.10 |
| 06/25/12 | Analysis and follow-up review of evidence regarding draft letter in connection with pending Integrity appeal to NJ Supreme Court. | W001 | RYC | 2.80 |
| 06/26/12 | Continuing to review insurance policies and reimbursement agreements re:  insolvent insurance companies, payment issues, personal injury, bodily injury review and cooperation provision. | W001 | IF | 1.70 |
| 06/26/12 | Continue review of evidence and provide comments in connection with the proposed response letter to the NJ Supreme Court in response to the Integrity Liquidator. | W001 | RYC | 3.30 |
| 06/27/12 | Attention to analysis of prepetition and trust average annual claims and settlement amounts for purposes of settlement approach. | W001 | DJN | 0.60 |
| 06/27/12 | Locate and reproduce recent pleadings. | W001 | HEG | 1.20 |
| 06/27/12 | Research and analysis re:  insolvent insurance companies, payment issues, personal injury, bodily injury review and cooperation provision. | W001 | IF | 1.80 |
| 06/27/12 | Work on insolvent claims and allocation schedule. | W001 | MG | 2.40 |
| 06/27/12 | Follow-up research and revisions in connection with the proposed response letter to the NJ Supreme Court in response to the Integrity Liquidator. | W001 | RYC | 1.60 |
| 06/28/12 | Communications with R. Horkovich and M. Peterson re:  additional public information concerning pre-bankruptcy asbestos claims for settlement offer. | W001 | DJN | 0.10 |
| 06/28/12 | Follow-up re:  insolvent insurance companies, payment issues, personal injury, bodily injury review and cooperation provision. | W001 | IF | 1.90 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000  EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 8

W.R. GRACE/CLAIMANTS COMMITTEE                                MATTER:    100055.WRG01

July 17, 2012                                                INVOICE:      249222

MATTER:  CLAIMANTS COMMITTEE                                 ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 06/28/12 | Revise and finalize response to Liquidator re: letter advising court of new case (1.30); begin preparation of frivolous litigation letter (.90). | W001 | KES | 2.20 |
| 06/28/12 | Communicate with Mark Peterson regarding publicly available data to be used for new settlement demands. | W001 | RMH | 0.20 |
| 06/28/12 | Attention to revisions to proposed response letter to the NJ Supreme Court in connection with Integrity appeal and discuss with K. Sharperson (1.10). Work on evaluation of summary information in connection with post-bankruptcy assets in connection with settlements and pending claims (2.60). | W001 | RYC | 3.70 |
| 06/29/12 | Update pleadings file. | W001 | HEG | 1.20 |
| 06/29/12 | Attention to insolvent insurance companies, payment issues, personal injury, bodily injury review and cooperation provision. | W001 | IF | 1.40 |
| 06/29/12 | Case law research re: sanctions and update 1:4-8 letter. | W001 | KES | 0.50 |
| 06/29/12 | Review and analysis of evidence in connection with projected allocation and exhaustion for settlement communications. | W001 | RYC | 4.20 |

**TOTAL FEES:**                                                                **$77,098.00**

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 9

| | | |
|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
| July 17, 2012 | INVOICE: | 249222 |
| MATTER: CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH |

**FEE SUMMARY**

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| Arline H Pelton | 260.00 | 6.30 | 1,638.00 |
| Dennis J. Nolan | 480.00 | 4.30 | 2,064.00 |
| Glenn F Fields | 355.00 | 30.40 | 10,792.00 |
| Harris E Gershman | 285.00 | 4.70 | 1,339.50 |
| Izak Feldgreber | 305.00 | 36.50 | 11,132.50 |
| Kenneth E. Sharperson | 560.00 | 7.80 | 4,368.00 |
| Mark Garbowski | 625.00 | 13.00 | 8,125.00 |
| Robert M Horkovich | 895.00 | 3.20 | 2,864.00 |
| Robert Y Chung | 650.00 | 53.50 | 34,775.00 |
| **TOTAL FEES:** | | | **$77,098.00** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
(212) 278-1000                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 10

W.R. GRACE/CLAIMANTS COMMITTEE                       MATTER:        100055.WRG01

July 17, 2012                                                         INVOICE:            249222

MATTER:  CLAIMANTS COMMITTEE                                ROBERT M. HORKOVICH

## SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

ACTIVITY CODE: W001        Asset Analysis and Recovery

|  | HOURS | TOTALS |
|---|---:|---:|
| Dennis J. Nolan | 4.30 | 2,064.00 |
| Glenn F Fields | 30.40 | 10,792.00 |
| Harris E Gershman | 4.70 | 1,339.50 |
| Izak Feldgreber | 36.50 | 11,132.50 |
| Kenneth E. Sharperson | 7.80 | 4,368.00 |
| Mark Garbowski | 13.00 | 8,125.00 |
| Robert M Horkovich | 3.20 | 2,864.00 |
| Robert Y Chung | 52.80 | 34,320.00 |
| **TOTAL:** | **152.70** | **$75,005.00** |

ACTIVITY CODE: W011        Fee Applications (Applicant)

|  | HOURS | TOTALS |
|---|---:|---:|
| Arline H Pelton | 6.30 | 1,638.00 |
| Robert Y Chung | 0.70 | 455.00 |
| **TOTAL:** | **7.00** | **$2,093.00** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 11

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:  100055.WRG01 |
| July 17, 2012 | INVOICE:  249222 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

## COSTS through 06/30/12

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 05/21/12 | LOCAL TRAVEL Cab from 1251 6 AVE to LARCHMONT, LARCHMONT for DENNIS NOLAN on 05/21/12 voucher 981679; Invoice# 2992429. Fare home while working late. | E109 | 94.53 |
| 05/23/12 | LOCAL TRAVEL Cab from 1251 6 AVE to LARCHMONT; WC for DENNIS NOLAN on 05/23/12 voucher 981683; Invoice# 2992 429. Fare home while working late. | E109 | 104.78 |
| 06/04/12 | AIRFREIGHT FedEx#: 1540-4201-6 Invoice: 791541824 Tracking Number: 793638294440 Reference: 100055 WRG01 05 134    Billing Note: From: Kenneth E Sharperson, Anderson Kill & Olick, PC, One Gateway Center, NEWARK, NJ, 07102, US To: Mark Neary, Supreme Court of New Jersey, Richard Hughes Justice Complex, TRENTON, NJ, 08625, US | E107 | 9.19 |
| 06/04/12 | DI - PHOTOCOPYING - | E101 | 7.50 |
| 06/05/12 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 06/06/12 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 06/06/12 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 06/08/12 | AIRFREIGHT FedEx#: 1540-4201-6 Invoice: 792284207 Tracking Number: 793659479570 Reference: 100055 WRG01 05 134    Billing Note: From: Kenneth E Sharperson, Anderson Kill & Olick, PC, One Gateway Center, NEWARK, NJ, 07102, US To: Melinda Armenti, Supreme Court of New Jersey, 25 Market St, TRENTON, NJ, 08611, US | E107 | 12.69 |
| 06/08/12 | AIRFREIGHT FedEx#: 1540-4201-6 Invoice: 792284207 Tracking Number: 798490023720 Reference: 100055 WRG01 05 134    Billing Note: From: Kenneth E Sharperson, Anderson Kill & Olick, PC, One Gateway Center, NEWARK, NJ, 07102, US To: David Freeman, Esq, Mazie Slater Katz & Freeman, L, 103 Eisenhower Pkwy, ROSELAND, NJ, 07068, US | E107 | 12.69 |
| 06/08/12 | DI - PHOTOCOPYING - | E101 | 1.70 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                              EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 12

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:       100055.WRG01

July 17, 2012                                     INVOICE:          249222

MATTER:  CLAIMANTS COMMITTEE                              ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 06/13/12 | DI - PHOTOCOPYING - | E101 | 2.00 |
| 06/14/12 | DI - PHOTOCOPYING - | E101 | 1.00 |
| 06/19/12 | DI - PHOTOCOPYING - | E101 | 15.00 |
| 06/20/12 | DI - PHOTOCOPYING - | E101 | 2.00 |
| 06/20/12 | DI - PHOTOCOPYING - | E101 | 1.50 |
| 06/21/12 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 06/25/12 | DI - PHOTOCOPYING - | E101 | 0.70 |
| 06/29/12 | FILING OR WITNESS FEES -VENDOR: PARCELS, INC DOCUMENTS. COPY OF DOCUMENTS. | E112 | 237.60 |

**TOTAL COSTS:**                                                      **$503.48**

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                 **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 13

W.R. GRACE/CLAIMANTS COMMITTEE           MATTER:     100055.WRG01

July 17, 2012                                                     INVOICE:        249222

MATTER: CLAIMANTS COMMITTEE                  ROBERT M. HORKOVICH

| WORK | DESCRIPTION | AMOUNT |
|---|---|---:|
| AF | AIRFREIGHT | **34.57** |
| FE | FILING OR WITNESS FEES | **237.60** |
| LT | LOCAL TRAVEL | **199.31** |
| XE | DI - PHOTOCOPYING - | **32.00** |
|  | **TOTAL COSTS:** | 503.48 |
|  | **TOTAL DUE:** | **$77,601.48** |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                            EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

---

W.R. GRACE/CLAIMANTS COMMITTEE            MATTER:     100055.WRG01

July 17, 2012                              INVOICE:         249222



| | Flat: | 78.00 |
|---|---|---|
| | Stops: | .00 |
| | Phone: | .00 |
| | SChg: | 3.00 |
| | Misc: | .00 |
| | Wait: | .00 |
| | Tolls: | 1.75 |
| | Tips: | 2.50 |
| NYS Surchg: | | 1.71 |
| | Sales Tax: | 7.57 |
| | Total: | $94.53 |

Voucher: 981679                     Fare: DENNIS NOLAN
Pickup: 1251 6 AVE                  Dest: LARCHMONT, LARCHMONT;WC
EMPLOYEE # : 05188
CLIENT# : NONE
MATTER # : NONE

| | Flat: | 78.00 |
|---|---|---|
| | Stops: | .00 |
| | Phone: | .00 |
| | SChg: | 3.00 |
| | Misc: | .00 |
| | Wait: | .00 |
| | Tolls: | 8.50 |
| | Tips: | 5.00 |
| NYS Surchg: | | 1.89 |
| | Sales Tax: | 8.39 |
| | Total: | $104.78 |

Voucher: 981683                     Fare: DENNIS NOLAN
Pickup: 1251 6 AVE                  Dest: LARCHMONT;WC
EMPLOYEE # : 05188
CLIENT# : 100055
MATTER # : WR2601



Account: X0000006100  JUN 01, 2012

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                                   EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

---

W.R. GRACE/CLAIMANTS COMMITTEE                          MATTER:    100055.WRG01

July 17, 2012                                           INVOICE:   249222



## Invoice

| Acct. No. | Date | Invoice # |
|---|---|---|
| 44 | 5/24/2012 | 384905 |

**Customer**
44 Anderson Kill & Olick, PC

**Bill To**
Accounts Payable
Anderson Kill & Olick, PC
1251 Avenue Of the Americas
New York NY 10020-1182
United States

**Please Send Payment To:**
Parcels, Inc.
P.O. Box 27
Wilmington DE 19899
(302) 658-9926
Tax ID # 51-0255431

*Please cut here and return top portion with payment. Make checks payable to Parcels, Inc.*

| Reference#/P.O.# | Terms | Invoice # | Payment Due | Date |
|---|---|---|---|---|
| 00-4471 | Net 30 | 384905 | 6/23/2012 | 5/24/2012 |

| Date of Job | Time Received | Created From |
|---|---|---|
| 5/24/2012 | 8:58 am | |

**Contact**
44 Anderson Kill & Olick, PC :
Don Flynn
212-278-1404
DFlynn@AndersonKill.com

**Job Detail**
USBC DE
00-4471
Docket: 10687, 10749, 10651, 10593, 10405
USBC DE
00-4471
Docket: 10687, 10749, 10651, 10593, 10405

**Caller**

**Parcels Division**
DDR

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Service Fee | 30.00 | 30.00 |
| 173 | Per Page Fee | 1.20 | 207.60 |
| | | **Total** | **$237.60** |

NOTICE: Parcels, Inc. ("Parcels") has provided the above-listed services ("Services") pursuant to the instructions of the recipient hereof ("Client"). To the fullest extent permitted under applicable law, Client agrees that Parcels' liability hereunder shall solely be for its own negligence, mistake or omission and the total aggregate liability of Parcels in connection with the provision of the Services shall not exceed the amount of this invoice. Client hereby agrees that the aforesaid limitation shall apply to any and all liability or cause of action against Parcels however alleged or arising. Parcels shall not in any event be liable for any consequential, incidental, special punitive or indirect damages, including loss of profits, revenue, data, use of money or business opportunities, regardless of whether notice has been given or there is an awareness that such damages have been or may be incurred.

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                                     **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

W.R. GRACE/CLAIMANTS COMMITTEE                                             MATTER:          100055.WRG01

July 17, 2012                                                                                         INVOICE:               249222