Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period June 1, 2012 through June 30, 2012

| Date | Staff | Description | Hours | 2012 Rate | Amount |
|---|---|---|---|---|---|
| Bradley Rapp - Senior Managing Director | | | | | |
| 01-Jun-12 | BR | Review of updated proposal to Grace management re financial transaction. | 0.10 | $ 650.00 | $ 65.00 |
| 13-Jun-12 | BR | Tel C w/ J Sinclair to discuss outstanding issues in the case. | 0.30 | $ 650.00 | $ 195.00 |
| 14-Jun-12 | BR | Review of documents provided by the company in connection with its sale of de minimis assets. | 1.50 | $ 650.00 | $ 975.00 |
| 17-Jun-12 | BR | Document review in preparation for meeting with Debtor's management and financial advisors. | 1.90 | $ 650.00 | $ 1,235.00 |
| 18-Jun-12 | BR | One-half of round trip travel time from Allentown, PA to New York City for meeting with Grace management and financial advisors (1/2 x 6.2 hours). | 3.10 | $ 650.00 | $ 2,015.00 |
| 18-Jun-12 | BR | Meeting with Debtor managements and financial advisors at Blackstone's offices. | 1.00 | $ 650.00 | $ 650.00 |
| 18-Jun-12 | BR | Meeting with J Sinclair and D Sinclair following meeting with Debtor's management and financial advisors. | 0.60 | $ 650.00 | $ 390.00 |
| 19-Jun-12 | BR | Review of e-mail correspondence from J Sinclair to J O'Connell. | 0.10 | $ 650.00 | $ 65.00 |
| 19-Jun-12 | BR | Review of financial analysis prepared by J Sinclair. | 0.50 | $ 650.00 | $ 325.00 |
| 19-Jun-12 | BR | Review of materials distributed at meeting with Debtor's management and financial advisors. | 1.00 | $ 650.00 | $ 650.00 |
| 20-Jun-12 | BR | Tel C w/ J Sinclair to discuss Grace financial transaction. | 0.20 | $ 650.00 | $ 130.00 |
| 26-Jun-12 | BR | Review of materials distributed by Blackstone. | 0.60 | $ 650.00 | $ 390.00 |
| 27-Jun-12 | BR | Tel C w/ J Sinclair to discuss status of case and work thereon. | 0.70 | $ 650.00 | $ 455.00 |
| 27-Jun-12 | BR | Review of information regarding trading in Grace stock. | 0.70 | $ 650.00 | $ 455.00 |
| 28-Jun-12 | BR | Financial analysis at request of counsel to the ACC. | 1.30 | $ 650.00 | $ 845.00 |
| 28-Jun-12 | BR | Tel C w/ J Sinclair to discuss status of the case. | 0.30 | $ 650.00 | $ 195.00 |
| | | Total Bradley Rapp | 13.90 | | $ 9,035.00 |
| James Sinclair - Senior Managing Director | | | | | |
| 01-Jun-12 | JS | Call with Radecki, financial advisor to FCR, to discuss financial proposal. | 0.10 | $ 650.00 | $ 65.00 |
| 01-Jun-12 | JS | Revise memorandum to Blackstone regarding financial proposal. | 0.60 | $ 650.00 | $ 390.00 |
| 11-Jun-12 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.70 | $ 650.00 | $ 455.00 |
| 13-Jun-12 | JS | Call with Blackstone (O'Connell) to discuss new financial proposal from Grace. | 0.20 | $ 650.00 | $ 130.00 |
| 13-Jun-12 | JS | Call with Radecki to discuss new financial proposal from Grace. | 0.20 | $ 650.00 | $ 130.00 |
| 13-Jun-12 | JS | Call with Rapp to discuss new financial proposal from Grace. | 0.30 | $ 650.00 | $ 195.00 |
| 14-Jun-12 | JS | Review, analyze sale notice regarding sale of Bondera business by Grace for purposes of advising ACC counsel. | 1.60 | $ 650.00 | $ 1,040.00 |
| 18-Jun-12 | JS | Review, analyze materials in preparation for meeting at Blackstone with management on 6/18/12 regarding financial proposal of Grace. | 2.20 | $ 650.00 | $ 1,430.00 |
| 18-Jun-12 | JS | One-half travel time (1/2 x 1.3 hours) not working 430 Center Ave., Mamaroneck, to 345 Park Ave. (Blackstone's offices) for meeting with Grace management regarding financial proposal. | 0.60 | $ 650.00 | $ 390.00 |
| 18-Jun-12 | JS | Meeting at Blackstone regarding financial proposal with O'Connell, La Force, Filon, Radecki, Rapp and D. Sinclair. | 1.00 | $ 650.00 | $ 650.00 |
| 18-Jun-12 | JS | Meeting with Rapp and D. Sinclair to review meeting at Blackstone regarding Grace financial proposal. | 0.60 | $ 650.00 | $ 390.00 |
| 19-Jun-12 | JS | Review, analyze Grace financial proposal for purposes of advising ACC counsel. | 1.20 | $ 650.00 | $ 780.00 |
| 19-Jun-12 | JS | Write memorandum analyzing Grace financial proposal for purposes of advising ACC counsel. | 1.90 | $ 650.00 | $ 1,235.00 |
| 20-Jun-12 | JS | Call with Rapp to discuss Grace financial proposal for purposes of advising ACC counsel . | 0.20 | $ 650.00 | $ 130.00 |
| 21-Jun-12 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.60 | $ 650.00 | $ 390.00 |
| 21-Jun-12 | JS | Review, analyze additional memorandum from Blackstone regarding Grace financial proposal of 6/18/2012 for purposes of advising ACC counsel. | 0.90 | $ 650.00 | $ 585.00 |
| 21-Jun-12 | JS | Write memorandum to ACC counsel regarding Grace financial proposal of 6/18/12 for purposes of advising ACC counsel. | 2.90 | $ 650.00 | $ 1,885.00 |
| 22-Jun-12 | JS | Call with Inselbuch to discuss Grace financial proposal of 6/18/12 for settlement. | 0.20 | $ 650.00 | $ 130.00 |
| 22-Jun-12 | JS | Call with Radecki to discuss Grace financial proposal of 6/18/12 for settlement. | 0.20 | $ 650.00 | $ 130.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period June 1, 2012 through June 30, 2012

| Date | Staff | Description | Hours | 2012 Rate | Amount |
|---|---|---|---|---|---|
| 22-Jun-12 | JS | Review, analyze memorandum form Blackstone of further detail of the Grace financial proposal of 6/18/12 for purposes of advising ACC counsel. | 1.20 | $ 650.00 | $ 780.00 |
| 25-Jun-12 | JS | Call with Radecki to discuss Grace financial proposal of 6/18/12 for settlement. | 0.10 | $ 650.00 | $ 65.00 |
| 25-Jun-12 | JS | Write memorandum to Blackstone regarding Grace financial proposal of 6/18/12 for further information. | 1.20 | $ 650.00 | $ 780.00 |
| 27-Jun-12 | JS | Review, analyze memorandum on Project Capricorn for purposes of advising ACC counsel. | 1.00 | $ 650.00 | $ 650.00 |
| 27-Jun-12 | JS | Call with Rapp regarding Grace financial proposal for purposes of advising ACC counsel. | 0.70 | $ 650.00 | $ 455.00 |
| 28-Jun-12 | JS | Call with Blackstone (Schlesinger) regarding Grace financial proposal. | 0.30 | $ 650.00 | $ 195.00 |
| 28-Jun-12 | JS | Call with Rapp regarding Grace financial proposal. | 0.30 | $ 650.00 | $ 195.00 |
|  |  | Total James Sinclair | 21.00 |  | $ 13,650.00 |

Peter Cramp - Associate

| Date | Staff | Description | Hours | 2012 Rate | Amount |
|---|---|---|---|---|---|
| 01-Jun-12 | PC | Review proposed transaction from J. Sinclair for due diligence. | 0.60 | $ 360.00 | $ 216.00 |
| 05-Jun-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch, review weekly news articles. | 2.20 | $ 360.00 | $ 792.00 |
| 11-Jun-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch, review weekly news articles. | 2.30 | $ 360.00 | $ 828.00 |
| 14-Jun-12 | PC | Review notice of proposed sale of Bondera business for due diligence. | 1.40 | $ 360.00 | $ 504.00 |
| 18-Jun-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.70 | $ 360.00 | $ 612.00 |
| 21-Jun-12 | PC | Review proposed transaction document from Blackstone for due diligence. | 0.50 | $ 360.00 | $ 180.00 |
| 21-Jun-12 | PC | Review memorandum from J. Sinclair to ACC counsel regarding proposed transaction for due diligence. | 0.40 | $ 360.00 | $ 144.00 |
| 22-Jun-12 | PC | Review additional proposed transaction document from Blackstone for due diligence. | 0.30 | $ 360.00 | $ 108.00 |
| 28-Jun-12 | PC | Review summary of Project Capricorn for due diligence. | 0.40 | $ 360.00 | $ 144.00 |
|  |  | Total Peter Cramp | 9.80 |  | $ 3,528.00 |

Gibbons Sinclair - Associate

| Date | Staff | Description | Hours | 2012 Rate | Amount |
|---|---|---|---|---|---|
| 27-Jun-12 | GS | Draft WR Grace Fee Statement. | 1.20 | $ 360.00 | $ 432.00 |
|  |  | Total Gibbons Sinclair | 1.20 |  | $ 432.00 |

Duncan Sinclair - Senior Analyst

| Date | Staff | Description | Hours | 2012 Rate | Amount |
|---|---|---|---|---|---|
| 18-Jun-12 | DS | Review and analyze financial proposal. | 1.00 | $ 300.00 | $ 300.00 |
| 18-Jun-12 | DS | One-Half travel time not working (1/2 x .8 hours) from Brooklyn, NY to 345 Park Ave., Manhattan. | 0.40 | $ 300.00 | $ 120.00 |
| 18-Jun-12 | DS | Meeting regarding financial proposal with Jamie O'Connell (Blackstone), James Sinclair, Brad Rapp (COFC), Joe Radecki (Lincoln Intl.), Hudson LaForce (WR Grace). | 1.00 | $ 300.00 | $ 300.00 |
| 18-Jun-12 | DS | Meeting with James Sinclair, Brad Rapp regarding Grace financial proposal. | 0.60 | $ 300.00 | $ 180.00 |
| 26-Jun-12 | DS | Review and analysis of financial proposal and discuss with J. Sinclair regarding same. | 0.50 | $ 300.00 | $ 150.00 |
|  |  | Total Duncan Sinclair | 3.50 |  | $ 1,050.00 |
|  |  | **TOTAL** | 49.40 |  | $ 27,695.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period June 1, 2012 through June 30, 2012

| Date | Staff | Description | Hours | 2012 Rate | Amount |
|---|---|---|---|---|---|
| Asset Analysis and Recovery | | | | | |
| 05-Jun-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch, review weekly news articles. | 2.20 | $ 360.00 | $ 792.00 |
| 11-Jun-12 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.70 | $ 650.00 | $ 455.00 |
| 11-Jun-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch, review weekly news articles. | 2.30 | $ 360.00 | $ 828.00 |
| 14-Jun-12 | JS | Review, analyze sale notice regarding sale of Bondera business by Grace for purposes of advising ACC counsel. | 1.60 | $ 650.00 | $ 1,040.00 |
| 14-Jun-12 | PC | Review notice of proposed sale of Bondera business for due diligence. | 1.40 | $ 360.00 | $ 504.00 |
| 18-Jun-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.70 | $ 360.00 | $ 612.00 |
| 19-Jun-12 | BR | Review of financial analysis prepared by J Sinclair. | 0.50 | $ 650.00 | $ 325.00 |
| 19-Jun-12 | BR | Review of materials distributed at meeting with Debtor's management and financial advisors. | 1.00 | $ 650.00 | $ 650.00 |
| 26-Jun-12 | BR | Review of materials distributed by Blackstone. | 0.60 | $ 650.00 | $ 390.00 |
| 27-Jun-12 | BR | Review of information regarding trading in Grace stock. | 0.70 | $ 650.00 | $ 455.00 |
| 27-Jun-12 | JS | Review, analyze memorandum on Project Capricorn for purposes of advising ACC counsel. | 1.00 | $ 650.00 | $ 650.00 |
| 28-Jun-12 | BR | Financial analysis at request of counsel to the ACC. | 1.30 | $ 650.00 | $ 845.00 |
| 28-Jun-12 | PC | Review summary of Project Capricorn for due diligence. | 0.40 | $ 360.00 | $ 144.00 |
| | | Total Asset Analysis and Recovery | 15.40 | | $ 7,690.00 |
| Case Administration | | | | | |
| 01-Jun-12 | BR | Review of updated proposal to Grace management re financial transaction. | 0.10 | $ 650.00 | $ 65.00 |
| 13-Jun-12 | BR | Tel C w/ J Sinclair to discuss outstanding issues in the case. | 0.30 | $ 650.00 | $ 195.00 |
| 13-Jun-12 | JS | Call with Rapp to discuss new financial proposal from Grace. | 0.30 | $ 650.00 | $ 195.00 |
| 14-Jun-12 | BR | Review of documents provided by the company in connection with its sale of de minimis assets. | 1.50 | $ 650.00 | $ 975.00 |
| 17-Jun-12 | BR | Document review in preparation for meeting with Debtor's management and financial advisors. | 1.90 | $ 650.00 | $ 1,235.00 |
| 18-Jun-12 | BR | Meeting with J Sinclair and D Sinclair following meeting with Debtor's management and financial advisors. | 0.60 | $ 650.00 | $ 390.00 |
| 18-Jun-12 | JS | Meeting with Rapp and D. Sinclair to review meeting at Blackstone regarding Grace financial proposal. | 0.60 | $ 650.00 | $ 390.00 |
| 19-Jun-12 | BR | Review of e-mail correspondence from J Sinclair to J O'Connell. | 0.10 | $ 650.00 | $ 65.00 |
| 27-Jun-12 | BR | Tel C w/ J Sinclair to discuss status of case and work thereon. | 0.70 | $ 650.00 | $ 455.00 |
| 28-Jun-12 | BR | Tel C w/ J Sinclair to discuss status of the case. | 0.30 | $ 650.00 | $ 195.00 |
| 27-Jun-12 | JS | Call with Rapp regarding Grace financial proposal for purposes of advising ACC counsel. | 0.70 | $ 650.00 | $ 455.00 |
| 28-Jun-12 | JS | Call with Rapp regarding Grace financial proposal. | 0.30 | $ 650.00 | $ 195.00 |
| | | Total Case Administration | 7.40 | | $ 4,810.00 |
| Fee Applications (Applicant) | | | | | |
| 27-Jun-12 | GS | Draft WR Grace Fee Statement. | 1.20 | $ 360.00 | $ 432.00 |
| | | Total Fee Applications (Applicant) | 1.20 | | $ 432.00 |
| Non Working Travel | | | | | |
| 18-Jun-12 | BR | One-half of round trip travel time from Allentown, PA to New York City for meeting with Grace management and financial advisors (1/2 x 6.2 hours). | 3.10 | $ 650.00 | $ 2,015.00 |
| 18-Jun-12 | JS | One-half travel time (1/2 x 1.3 hours) not working 430 Center Ave., Mamaroneck, to 345 Park Ave. (Blackstone's offices) for meeting with Grace management regarding financial proposal. | 0.60 | $ 650.00 | $ 390.00 |
| 18-Jun-12 | DS | One-Half travel time not working (1/2 x .8 hours) from Brooklyn, NY to 345 Park Ave., Manhattan for meeting with Grace regarding financial proposal. | 0.40 | $ 300.00 | $ 120.00 |
| | | Total Non Working Travel | 4.10 | | $ 2,525.00 |

Plan and Disclosure Statement

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period June 1, 2012 through June 30, 2012

| Date | Staff | Description | Hours | 2012 Rate | Amount |
|---|---|---|---|---|---|
| 01-Jun-12 | JS | Call with Radecki, financial advisor to FCR, to discuss financial proposal. | 0.10 | $ 650.00 | $ 65.00 |
| 01-Jun-12 | JS | Revise memorandum to Blackstone regarding financial proposal. | 0.60 | $ 650.00 | $ 390.00 |
| 01-Jun-12 | PC | Review proposed transaction from J. Sinclair for due diligence. | 0.60 | $ 360.00 | $ 216.00 |
| 13-Jun-12 | JS | Call with Blackstone (O'Connell) to discuss new financial proposal from Grace. | 0.20 | $ 650.00 | $ 130.00 |
| 13-Jun-12 | JS | Call with Radecki to discuss new financial proposal from Grace. | 0.20 | $ 650.00 | $ 130.00 |
| 18-Jun-12 | BR | Meeting with Debtor managements and financial advisors at Blackstone's offices. | 1.00 | $ 650.00 | $ 650.00 |
| 18-Jun-12 | JS | Meeting at Blackstone regarding financial proposal with O'Connell, La Force, Filon, Radecki, Rapp and D. Sinclair. | 1.00 | $ 650.00 | $ 650.00 |
| 18-Jun-12 | JS | Review, analyze materials in preparation for meeting at Blackstone with management on 6/18/12 regarding financial proposal of Grace. | 2.20 | $ 650.00 | $ 1,430.00 |
| 18-Jun-12 | DS | Meeting regarding financial proposal with Jamie O'Connell (Blackstone), James Sinclair, Brad Rapp (COFC), Joe Radecki (Lincoln Intl.), Hudson LaForce (WR Grace). | 1.00 | $ 300.00 | $ 300.00 |
| 18-Jun-12 | DS | Meeting with James Sinclair, Brad Rapp regarding Grace financial proposal. | 0.60 | $ 300.00 | $ 180.00 |
| 18-Jun-12 | DS | Review and analyze financial proposal. | 1.00 | $ 300.00 | $ 300.00 |
| 19-Jun-12 | JS | Review, analyze Grace financial proposal for purposes of advising ACC counsel. | 1.20 | $ 650.00 | $ 780.00 |
| 19-Jun-12 | JS | Write memorandum analyzing Grace financial proposal for purposes of advising ACC counsel. | 1.90 | $ 650.00 | $ 1,235.00 |
| 20-Jun-12 | BR | Tel C w/ J Sinclair to discuss Grace financial transaction. | 0.20 | $ 650.00 | $ 130.00 |
| 20-Jun-12 | JS | Call with Rapp to discuss Grace financial proposal for purposes of advising ACC counsel. | 0.20 | $ 650.00 | $ 130.00 |
| 21-Jun-12 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.60 | $ 650.00 | $ 390.00 |
| 21-Jun-12 | JS | Review, analyze additional memorandum from Blackstone regarding Grace financial proposal of 6/18/2012 for purposes of advising ACC counsel. | 0.90 | $ 650.00 | $ 585.00 |
| 21-Jun-12 | JS | Write memorandum to ACC counsel regarding Grace financial proposal of 6/18/12 for purposes of advising ACC counsel. | 2.90 | $ 650.00 | $ 1,885.00 |
| 21-Jun-12 | PC | Review proposed transaction document from Blackstone for due diligence. | 0.50 | $ 360.00 | $ 180.00 |
| 21-Jun-12 | PC | Review memorandum from J. Sinclair to ACC counsel regarding proposed transaction for due diligence. | 0.40 | $ 360.00 | $ 144.00 |
| 22-Jun-12 | JS | Call with Inselbuch to discuss Grace financial proposal of 6/18/12 for settlement. | 0.20 | $ 650.00 | $ 130.00 |
| 22-Jun-12 | JS | Call with Radecki to discuss Grace financial proposal of 6/18/12 for settlement. | 0.20 | $ 650.00 | $ 130.00 |
| 22-Jun-12 | JS | Review, analyze memorandum form Blackstone of further detail of the Grace financial proposal of 6/18/12 for purposes of advising ACC counsel. | 1.20 | $ 650.00 | $ 780.00 |
| 22-Jun-12 | PC | Review additional proposed transaction document from Blackstone for due diligence. | 0.30 | $ 360.00 | $ 108.00 |
| 25-Jun-12 | JS | Call with Radecki to discuss Grace financial proposal of 6/18/12 for settlement. | 0.10 | $ 650.00 | $ 65.00 |
| 25-Jun-12 | JS | Write memorandum to Blackstone regarding Grace financial proposal of 6/18/12 for further information. | 1.20 | $ 650.00 | $ 780.00 |
| 26-Jun-12 | DS | Review and analysis of financial proposal and discuss with J. Sinclair regarding same. | 0.50 | $ 300.00 | $ 150.00 |
| 28-Jun-12 | JS | Call with Blackstone (Schlesinger) regarding Grace financial proposal. | 0.30 | $ 650.00 | $ 195.00 |
| | | Total Plan and Disclosure Agreement | 21.30 | | $ 12,238.00 |
| | | **TOTAL** | 49.40 | | $ 27,695.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period June 1, 2012 through June 30, 2012
Summary of Professional Hours by Staff

| Professsional Staff | Hours | Rate | Amount |
|---|---|---|---|
| Bradley Rapp - Senior Managing Director | 13.90 | $ 650.00 | $ 9,035.00 |
| James Sinclair - Senior Managing Director | 21.00 | $ 650.00 | $ 13,650.00 |
| Peter Cramp - Associate | 9.80 | $ 360.00 | $ 3,528.00 |
| Gibbons Sinclair - Associate | 1.20 | $ 360.00 | $ 432.00 |
| Duncan Sinclair - Associate | 3.50 | $ 300.00 | $ 1,050.00 |
| Total Professional Hours and Fees | 49.40 | | $ 27,695.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Summary of Expenses Incurred - June 1, 2012 through June 30, 2012

| Date | Description of Item | Amount |
|---|---|---|
| 1-Jun-12 | Online Research - PACER | $2.00 |
| 18-Jun-12 | Round trip travel from Allentown to Hoboken (180 miles @ 0.555) in connection with 6/18/12 meeting with Grace Management. | $99.90 |
| 18-Jun-12 | Tolls in connection with 6/18/12 meeting with Grace Management. | $9.10 |
| 18-Jun-12 | Parking in connection with 6/18/12 meeting with Grace Management. | $17.00 |
| | Total Expenses June 1, 2012 through June 30, 2012 | $128.00 |