IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

**NOTICE OF WITHDRAWAL**
**REGARDING DOCKET NO. 29380**

PLEASE TAKE NOTICE that the *One Hundred and Thirty-Fourth Monthly Application Of Ferry, Joseph & Pearce, P.A. For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Official Committee Of Asbestos Property Damage Claimants For The Period of June 1, 2012 through June 30, 2012* [D.I. 29380] filed on August 1, 2012 is hereby withdrawn.

Dated: August 2, 2012                               FERRY, JOSEPH & PEARCE, P.A.


   /s/ Lisa L. Coggins
Michael B. Joseph (#392)
Theodore J. Tacconelli (#2678)
Lisa L. Coggins (No. 4234)
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899
Tel:  (302) 575-1555

*Counsel to the Official Committee of*
*Asbestos Property Damage Claimants*