

July 19, 2012

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   217243

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
THROUGH June 30, 2012

## CLIENT SUMMARY

**BALANCE AS OF- 06/30/12**

| MATTERS | TIME | COSTS | TOTAL |
|---|---:|---:|---:|
| **.15537 -** 01- Case Administration | $473.00 | $18.71 | $491.71 |
| **.15538 -** 02 - Debtors' Business Operations | $805.00 | $0.00 | $805.00 |
| **.15539 -** 03 - Creditors Committee | $0.00 | $0.00 | $0.00 |
| **.15543 -** 07 - Applicant's Fee Application | $534.00 | $0.00 | $534.00 |
| **.15545 -** 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) | $0.00 | $0.00 | $0.00 |
| **.15554 -** 18 - Plan & Disclosure Statement | $5,097.00 | $1,036.60 | $6,133.60 |
| *Client Total* | *$6,909.00* | *$1,055.31* | *$7,964.31* |

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---:|---:|---:|
| **TIMEKEEPER** | **HOURS** | **RATE** | **AMOUNT** |
| Baena, Scott L | 1.40 | $700.00 | $980.00 |
| Sakalo, Jay M | 8.80 | $550.00 | $4,840.00 |
| Snyder, Jeffrey I | 0.70 | $410.00 | $287.00 |
| Flores, Luisa M | 1.40 | $235.00 | $329.00 |
| Varela, Ana Carolina | 2.20 | $215.00 | $473.00 |
| | | *TOTAL PROFESSIONAL FEES THIS PERIOD* | *$6,909.00* |

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---:|
| Airfare | $987.60 |
| Long Distance Telephone | $0.76 |
| Postage | $13.05 |
| Travel Expenses | $49.00 |
| Copies | $4.90 |
| **TOTAL COSTS ADVANCED THIS PERIOD** | **$1,055.31** |

| | |
|---|---:|
| **TOTAL BALANCE DUE THIS PERIOD** | **$7,964.31** |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15537

**RE: 01- Case Administration**

| | | | | |
|---|---|---|---|---|
| 06/04/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity in connection with bankruptcy and district court cases and email Jay Sakalo thereon. |
| 06/05/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity in connection with bankruptcy and district court proceedings and email J. Sakalo thereon. |
| 06/06/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity in connection with bankruptcy and district court proceedings and email J. Sakalo thereon. |
| 06/07/12 | ACV | 0.20 | 43.00 | Review 43rd Interim Period Fee and Expense Chart for J. Sakalo (.1); review and analyze docket activity and email J. Sakalo thereon (.1). |
| 06/07/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity in connection with bankruptcy and district court proceedings and email J. Sakalo thereon. |
| 06/08/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity in connection with bankruptcy and district court proceedings and email J. Sakalo thereon. |
| 06/11/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity in connection with bankruptcy and district court cases and email J. Sakalo thereon. |
| 06/13/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity in connection with bankruptcy and district court cases and email J. Sakalo thereon. |
| 06/14/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity in connection with bankruptcy and district court cases and email J. Sakalo thereon. |
| 06/14/12 | ACV | 0.30 | 64.50 | Attention to cancelation of hearing and email thereon (.2); review and analyze docket activity and email J. Sakalo thereon. |
| 06/15/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity in connection with case nos. 09-12390, 09-1315 and 09-1114 and email J. Sakalo thereon. |
| 06/18/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity in connection with bankruptcy and district court cases and email J. Sakalo thereon. |
| 06/21/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity in connection with district and bankruptcy court cases and email J. Sakalo thereon. |
| 06/22/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity in connection with district and bankruptcy court cases and email J. Sakalo thereon. |
| 06/25/12 | ACV | 0.20 | 43.00 | Review and analyze docket activity and obtain pleadings for J. Sakalo. |
| 06/27/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity in connection with bankruptcy and district court cases and email J. Sakalo thereon. |
| 06/29/12 | ACV | 0.20 | 43.00 | Review and analyze docket activity and obtain pleadings for J. Sakalo. |

**PROFESSIONAL SERVICES** $473.00

**COSTS ADVANCED**

| | | |
|---|---|---|
| 06/14/12 | Long Distance Telephone (312)862-3120; 1 Mins. | 0.76 |
| 06/27/12 | Postage | 13.05 |
| 06/11/12 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 06/19/12 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/19/12 | Copies 28 pgs @ 0.10/pg | 2.80 |
| 06/19/12 | Copies 12 pgs @ 0.10/pg | 1.20 |

**TOTAL COSTS ADVANCED** $18.71


BILZIN SUMBERG BAENA PRICE & AXELROD LLP

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Varela, Ana Carolina | 2.20 | $215.00 | $473.00 |
| **TOTAL** | **2.20** | | **$473.00** |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Long Distance Telephone | $0.76 |
| Postage | $13.05 |
| Copies | $4.90 |
| **TOTAL** | **$18.71** |

**CURRENT BALANCE DUE THIS MATTER**     **$491.71**

Atty – SLB
Client No.: 74817/15538

**RE: 02 - Debtors' Business Operations**

| | | | | |
|---|---|---|---|---|
| 06/27/12 | SLB | 0.60 | 420.00 | Attention to summary of Project Capricorn and internet research concerning Rheoset (.6). |
| 06/27/12 | JMS | 0.70 | 385.00 | Review Project Capricorn background. |

**PROFESSIONAL SERVICES** **$805.00**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.60 | $700.00 | $420.00 |
| Sakalo, Jay M | 0.70 | $550.00 | $385.00 |
| **TOTAL** | **1.30** | | **$805.00** |

**CURRENT BALANCE DUE THIS MATTER** **$805.00**

Atty – SLB
Client No.: 74817/15539

**RE: 03 - Creditors Committee**

**PROFESSIONAL SERVICES** $0.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| *TOTAL* | *0* | | *$0.00* |

**CURRENT BALANCE DUE THIS MATTER** $0.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15543**

**RE: 07 - Applicant's Fee Application**

| Date | TK | Hours | Amount | Description |
|---|---|---|---|---|
| 06/13/12 | LMF | 0.80 | 188.00 | Prepare summary and notice for April fees and submit to local counsel for filing and service. |
| 06/13/12 | JIS | 0.50 | 205.00 | Review and revise May 2012 prebill. |
| 06/25/12 | LMF | 0.60 | 141.00 | Prepare notice and summary for May fees and submit to local counsel for filing. |

**PROFESSIONAL SERVICES** $534.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Snyder, Jeffrey I | 0.50 | $410.00 | $205.00 |
| Flores, Luisa M | 1.40 | $235.00 | $329.00 |
| **TOTAL** | *1.90* | | *$534.00* |

**CURRENT BALANCE DUE THIS MATTER** $534.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15545

**RE: 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)**

**PROFESSIONAL SERVICES** $0.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| *TOTAL* | *0* | | *$0.00* |

**CURRENT BALANCE DUE THIS MATTER** $0.00

**Atty – SLB**
**Client No.: 74817/15554**

**RE: 18 - Plan & Disclosure Statement**

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 06/14/12 | SLB | 0.80 | 560.00 | Attention to Garlock papers and interoffice conference with J. Sakalo regarding memo to committee (.8). |
| 06/14/12 | JMS | 3.00 | 1,650.00 | Telephone conference with A. Paul regarding Debtors' position on appellate process (.3); review revised memorandum opinion on confirmation from Judge Buckwalter and draft substantive memo to committee thereon (2.7). |
| 06/19/12 | JMS | 1.20 | 660.00 | Review Plan Proponents' and PD FCR's response to Anderson's Rule 60(b) motion and analysis of same. |
| 06/19/12 | JIS | 0.20 | 82.00 | Conference with J. Sakalo regarding Andersen claims; effect of Third Circuit decision, contested matter re: bar date notice. |
| 06/26/12 | JMS | 2.20 | 1,210.00 | Review Garlock's motion for stay of confirmation order and motion to stay and preparation of memo to committee thereon. |
| 06/27/12 | JMS | 0.70 | 385.00 | Review order denying Garlock's emergency motion to stay. |
| 06/28/12 | JMS | 0.40 | 220.00 | Review order denying Garlock's motion for an emergency stay. |
| 06/29/12 | JMS | 0.60 | 330.00 | Review Anderson's reply in support of its Rule 60(b) motion. |

**PROFESSIONAL SERVICES** $5,097.00

### COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 05/01/12 | Travel Expenses Agency fee - Airfare changes to travel to Philadelphia - VENDOR: AMERICAN EXPRESS; INVOICE#: 5/28/12; DATE: 5/28/2012 - Acct. #3787-509044-01001 | 49.00 |
| 05/07/12 | Airfare Travel to Philadelphia - VENDOR: AMERICAN EXPRESS; INVOICE#: 5/28/12; DATE: 5/28/2012 - Acct. #3787-509044-01001 | 987.60 |

**TOTAL COSTS ADVANCED** $1,036.60

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.80 | $700.00 | $560.00 |
| Sakalo, Jay M | 8.10 | $550.00 | $4,455.00 |
| Snyder, Jeffrey I | 0.20 | $410.00 | $82.00 |
| **TOTAL** | **9.10** | | **$5,097.00** |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Airfare | $987.60 |
| Travel Expenses | $49.00 |
| **TOTAL** | **$1,036.60** |

**CURRENT BALANCE DUE THIS MATTER** $6,133.60

.


BILZIN SUMBERG BAENA PRICE & AXELROD LLP

MIAMI 3231792.1 74817/15537

BILZIN SUMBERG BAENA PRICE & AXELROD LLP