# EXHIBIT A
**(Fee Detail)**

## FEES

| | |
|---|---|
| **LITIGATION AND LITIGATION CONSULTING** | $4,853.00 |
| **FEE APPLICATION – APPLICANT** | $385.00 |
| **TOTAL FEES** | $5,238.00 |

# CASNER & EDWARDS, LLP

## ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

July 31, 2012
Bill Number  154564
File Number  52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

## FOR PROFESSIONAL SERVICES

Re:    Litigation and Litigation Consulting

## LEGAL SERVICES

THROUGH JUNE 30, 2012

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 06/01/12 | ARA | Quality control property damage ledgers. | 3.40 Hrs | 459.00 |
| 06/05/12 | MTM | Telephone call from in-house counsel re: document subpoena in Petipas (.3); receipt and review of document subpoena (.5); telephone call to ARA re: same (.3); review historical emails with Holme Roberts paralegals re: same (.6); telephone call to paralegal at Holme Roberts re: same (.4). | 2.10 Hrs | 630.00 |
| 06/05/12 | ARA | Per MTM's call search for and locate Boulder Box Tracking Database re: Holme Roberts Inventory (2.4). Telephone call to and from MTM (.3); review Cambridge inventory and give MTM number of Santa Ana boxes (.3). Quality control property damage ledgers (3.5). | 6.50 Hrs | 877.50 |

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:    Litigation and Litigation Consulting


THROUGH JUNE 30, 2012

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 06/06/12 | MTM | Review Petipas subpoena and notes of call with Holme Roberts paralegal re: today's call with in-house counsel (.1); call with 2 in-house counsels re: Petipas subpoena (.2); telephone call to ARA re: contents of notice boxes in repository re: same (.2); review files re: anything added to notice boxes since 2002 (.3); telephone call to Holme Roberts paralegal with in-house counsel re: Petipas subpoena (.3). | 1.10 Hrs | 330.00 |
| 06/06/12 | ARA | Per MTM's call, review inventories of boxes shipped to Holme Roberts and confirm shipping information re: Attorney Review boxes (2.4); discuss inventories, dates and contents of Attorney Review boxes with MTM (.2). Review EPA project inventory files (1.5). Quality control ZAI documents (1.5). | 5.60 Hrs | 756.00 |
| 06/07/12 | MTM | Telephone call from Holme Roberts paralegal re: Petipas subpoena (.5); telephone call to in-house counsel re: same (.2). | 0.70 Hrs | 210.00 |
| 06/07/12 | ARA | Document control. | 3.80 Hrs | 323.00 |
| 06/07/12 | ARA | Quality control ZAI documents. | 0.50 Hrs | 67.50 |
| 06/08/12 | MTM | Telephone call from in-house counsel re: no extension on Petipas subpoena (.2); telephone call to Holme Roberts paralegal re: same (.4). | 0.60 Hrs | 180.00 |
| 06/09/12 | RAM | Read selected documents filed in bankruptcy court. | 0.50 Hrs | 175.00 |
| 06/11/12 | MTM | Telephone call from Holme Roberts paralegal re: Petipas document search (.1); telephone call to in-house counsel re: same (.1); telephone call from in-house counsel re: local property tax issue (.2). | 0.40 Hrs | 120.00 |
| 06/12/12 | MTM | Telephone calls and emails from in-house counsel re: Petipas subpoena (.2); telephone calls to Holme Roberts paralegal re: same (.2). | 0.40 Hrs | 120.00 |
| 06/13/12 | RAM | Read selected documents filed in bankruptcy court. | 0.40 Hrs | 140.00 |
| 06/13/12 | MTM | Receipt and respond to emails from Holme Roberts paralegal re: document search. | 0.50 Hrs | 150.00 |

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:    Litigation and Litigation Consulting

THROUGH JUNE 30, 2012

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 06/14/12 | RAM | Read updated bankruptcy court docket entries to select documents to read (.2). Read selected documents filed in bankruptcy court (.6). | 0.80 Hrs | 280.00 |
| 06/28/12 | RAM | Read updated bankruptcy court docket entries to select documents to read. Read selected documents filed in bankruptcy court. | 0.10 Hrs | 35.00 |

TOTAL LEGAL SERVICES    $4,853.00

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---------------|-----|------|--------|
| Robert A. Murphy | 1.80 | 350.00 | 630.00 |
| Matthew T. Murphy | 5.80 | 300.00 | 1,740.00 |
| Angela R. Anderson | 16.00 | 135.00 | 2,160.00 |
| Angela R. Anderson | 3.80 | 85.00 | 323.00 |
| | 27.40 | | $4,853.00 |

TOTAL THIS BILL    $4,853.00

# CASNER & EDWARDS, LLP

### ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

July 31, 2012
Bill Number  154565
File Number  52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

## FOR PROFESSIONAL SERVICES

Re:   Fee Applications, Applicant

## LEGAL SERVICES

THROUGH JUNE 30, 2012

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 06/11/12 | RAM | Work on April fee application. | 0.60 Hrs | 210.00 |
| 06/13/12 | RAM | Work on April fee application; send it to in-house counsels to review. | 0.10 Hrs | 35.00 |
| 06/25/12 | RAM | Receive OK from in-house counsel to file fee application. | 0.05 Hrs | No Charge |
| 06/26/12 | RAM | Finalize April fee application and send it to Delaware counsel to file. | 0.30 Hrs | 105.00 |
| 06/28/12 | RAM | Send "as filed" April fee application to Fee Auditor. | 0.10 Hrs | 35.00 |

TOTAL LEGAL SERVICES          $385.00

## LEGAL SERVICES SUMMARY

| Attorney Name | Hrs | Rate | Amount |
|---------------|-----|------|--------|
| Robert A. Murphy | 1.10 | 350.00 | 385.00 |
| Robert A. Murphy | 0.05 | 350.00 | No Charge |

Mark A. Shelnitz
Re:    Fee Applications, Applicant

|  | 1.15 | | $385.00 |
|---|---|---|---|

TOTAL THIS BILL    $385.00