**EXHIBIT B**
(Expense Detail)

## **EXPENSES**

| | |
|---|---:|
| **LITIGATION AND LITIGATION CONSULTING** | $12,889.04 |
| **FEE APPLICATION – APPLICANT** | $1.70 |
| **TOTAL EXPENSES** | $12,890.74 |

# CASNER & EDWARDS, LLP
## ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

July 31, 2012
Bill Number 154574
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re:   Litigation and Litigation Consulting

## LEGAL SERVICES

### COSTS

THROUGH JUNE 30, 2012

**RENT REIMBURSEMENT**

| Date | Description | Amount |
|---|---|---|
| 06/01/12 | ONE WINTHROP SQUARE, LLC: Rent and utilities for document repository at One Winthrop Square - June 2012. | 12,480.59 |
| | | $12,480.59 |

**MISCELLANEOUS**

| Date | Description | Amount |
|---|---|---|
| 06/18/12 | RECORDKEEPER ARCHIVE CENTERS,: Storage 06/01/12 through 06/30/12. | 408.45 |
| | | $408.45 |

|  |  |
|---|---|
| TOTAL COSTS | $12,889.04 |
| TOTAL THIS BILL | $12,889.04 |

Page 1

# CASNER & EDWARDS, LLP
## ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

July 31, 2012
Bill Number 154575
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re:   Fee Applications, Applicant

**LEGAL SERVICES**

**COSTS**

THROUGH JUNE 30, 2012

EXCESS POSTAGE
06/30/12        EXCESS POSTAGE                                          1.70
                                                                                      $1.70

                                          TOTAL COSTS              $1.70

                                          TOTAL THIS BILL          $1.70

Page 1