# EXHIBIT A

# April Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at Docket No. 28967 under Case No. 01-01139 (JKF). Also available, upon request from the Law Offices of Phillips, Goldman & Spence, P.A.

# EXHIBIT B

# May Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at Docket No. 29105 under Case No. 01-01139 (JKF). Also available, upon request from the Law Offices of Phillips, Goldman & Spence, P.A.

# EXHIBIT C

# June Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at Docket No. 29324 under Case No. 01-01139 (JKF). Also available, upon request from the Law Offices of Phillips, Goldman & Spence, P.A.