# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Date: August 23, 2012

Hearing Deadline: to be scheduled, if necessary

## SIXTY-SIXTH MONTHLY FEE APPLICATION OF NORTON ROSE CANADA LLP[2] FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM JUNE 1, 2012 THROUGH JUNE 30, 2012

| | |
|---|---|
| Name of Applicant: | Norton Rose Canada LLP ("NR") |
| Authorized to Provide Professional Services to: | W.R. Grace & Co., et al., Debtors and Debtors in Possession |
| Date of Retention: | Retention Order entered and effective as of December 18, 2006 |
| Period for which Compensation and Reimbursement is Sought: | June 1, 2012 to June 30, 2012 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $975.00 |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2] Ogilvy Renault LLP joined the Norton Rose Group on June 1, 2011 to continue as Norton Rose OR LLP. On January 1, 2012 Macleod Dixon joined Norton Rose Group and as such Norton Rose OR LLP and Macleod Dixon have changed their names to continue as Norton Rose Canada LLP.

- 2 -

| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary | $36.24 |
| --- | --- |

This is a:    X  monthly        ___  interim        ___final application.

The total time expended for preparation of this fee application is approximately two (2) hours and the corresponding estimated compensation requested is approximately $420.00[3]. This is NR's monthly application for interim compensation of services for the interim fee period June 1, 2012 to June 30, 2012 (the "Fee Period").

### PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees[4] | Approved Expenses |
| --- | --- | --- | --- | --- | --- |
| 03/16/07 | 10/17/06-01/31/07 | $102,612.50 | $665.48 | $82,090.00 | $665.48 |
| 04/24/07 | 02/01/07-02/28/07 | $45,825.50 | $328.67 | n/a | $328.67 |
| 05/10/07[5] | 02/01/07-02/28/07 | $97.50 | $0.00 | $36,738.40 | n/a |
| 05/10/07 | 03/01/07-03/31/07 | $57,662.00 | $5,125.70 | $46,129.60 | $5,125.70 |
| 06/08/07 | 04/01/07-04/30/07 | $47,014.00 | $1,540.51 | $37,611.20 | $1,540.51 |
| 06/27/07 | 05/01/07-05/31/07 | $21,853.00 | $296.98 | $17,482.40 | $296.98 |
| 08/03/07 | 06/01/07-06/30/07 | $34,799.00 | $2,223.81 | $27,839.20 | $2,223.81 |
| 08/28/07 | 07/01/07-07/31/07 | $85,426.50 | $206.43 | $68,341.20 | $206.43 |
| 09/24/07 | 08/01/07-08/31/07 | $74,819.50 | $335.00 | $59,855.60 | $335.00 |
| 11/08/07 | 09/01/07-09/30/07 | $104,938.00 | $104,661.80 | $83,950.40 | $104,661.80 |
| 11/20/07 | 10/01/07-10/31/07 | $87,103.50 | $488.03 | $69,682.80 | $488.03 |
| 01/11/08 | 11/01/07-11/30/07 | $77,944.00 | $6,166.86 | $62,355.20 | $6,166.86 |
| 01/28/08 | 12/01/07-12/31/07 | $8,348.50 | $99.93 | $6,678.80 | $99.93 |
| 02/28/08 | 01/01/08-01/31/08 | $10,198.50 | $88.70 | $8,158.80 | $88.70 |

---

[3] The actual number of hours expended preparing this Application and the corresponding compensation requested will be set forth in NR's subsequent fee applications.

[4] The "Approved Fees" amount represents 80% of the fees requested by NR.

[5] This application was filed as a "corrected" second monthly fee application to replace and correct errors related to the amount of compensation sought pursuant to the original second monthly fee application (the "Original Second Monthly") filed on April 24, 2007. The corrected second monthly fee application requests an additional $97.50 on top of what was requested in the Original Second Monthly.

- 3 -

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees[4] | Approved Expenses |
|---|---|---|---|---|---|
| 04/01/08 | 02/01/08-02/29/08 | $24,299.50 | $449.80 | $19,439.60 | $449.80 |
| 04/24/08 | 03/01/08-03/31/08 | $45,098.50 | $1,296.53 | $36,078.80 | $1,296.53 |
| 05/15/08 | 04/01/08-04/30/08 | $50,569.50 | $2,757.72 | $40,455.60 | $2,757.72 |
| 06/20/08 | 05/01/08-05/31/08 | $87,505.50 | $1,965.87 | $70,004.40 | $1,965.87 |
| 07/31/08 | 06/01/08-06/30/08 | $64,835.50 | $316.78 | $51,868.40 | $316.78 |
| 08/26/08 | 07/01/08-07/31/08 | $56,187.00 | $76.66 | $44,949.60 | $76.66 |
| 09/22/08 | 08/01/08-08/31/08 | $107,954.50 | $573.95 | $86,363.60 | $573.95 |
| 10/31/08 | 09/01/08-09/30/08 | $223,082.00 | $3,009.77 | $178,465.60 | $3,009.77 |
| 11/18/08 | 10/01/08-10/31/08 | $46,804.00 | $566.87 | $37,448.20 | $566.87 |
| 01/06/09 | 11/01/08-11/30/08 | $18,141.00 | $293.58 | $14,512.80 | $293.58 |
| 01/29/09 | 12/01/08-12/31/08 | $5,222.00 | $101.31 | $4,177.00 | $101.31 |
| 02/19/09 | 01/01/09-01/31/09 | $7,232.00 | $34.48 | $5,785.60 | $34.48 |
| 03/19/09 | 02/01/09-02/28/09 | $20,934.00 | $217.02 | $16,747.20 | $217.02 |
| 04/16/09 | 03/01/09-03/31/09 | $29,166.00 | $674.25 | $23,332.80 | $674.25 |
| 06/02/09 | 04/01/09-04/30/09 | $18,798.50 | $37.33 | $15,038.80 | $37.33 |
| 06/16/09 | 05/01/09-05/31/09 | $5,743.00 | $28.75 | $4,594.40 | $28.75 |
| 07/22/09 | 06/01/09-06/30/09 | $8,340.50 | $145.70 | $6,672.40 | $145.70 |
| 08/21/09 | 07/01/09-07/31/09 | $15,320.52 | $200.52 | $12,256.42 | $200.52 |
| 09/23/09 | 08/01/09-08/31/09 | $3,558.00 | $57.51 | $2,846.40 | $57.51 |
| 10/26/09 | 09/01/09-09/30/09 | $32,965.50 | $926.42 | $26,372.40 | $926.42 |
| 12/02/09 | 10/01/09-10/31/09 | $50,301.50 | $485.51 | $40,241.20 | $485.51 |
| 12/17/09 | 11/01/09-11/30/09 | $29,593.50 | $214.69 | $23,674.80 | $214.69 |
| 02/02/10 | 12/01/09-12/31/09 | $80,158.50 | $535.59 | $64,126.80 | $535.59 |
| 02/23/10 | 01/01/10-01/31/10 | $80,809.50 | $556.77 | $64,647.60 | $556.77 |
| 03/31/10 | 02/01/10-02/28/10 | $96,649.00 | $3,072.97 | $77,319.20 | $3,072.97 |
| 04/28/10 | 03/01/10-03/31/10 | $9,870.50 | $199.07 | $7,824.40 | $199.07 |
| 06/02/10 | 04/01/10-04/30/10 | $2,585.00 | $65.10 | $2,068.00 | $65.10 |
| 07/07/10 | 05/01/10-05/31/10 | $1,876.50 | $74.52 | $1,501.20 | $74.52 |
| 08/06/10 | 06/01/10-06/30/10 | $505.00 | $30.81 | $404.00 | $30.81 |
| 09/07/10 | 07/01/10-07/31/10 | $7,259.00 | $30.67 | $5,807.20 | $30.67 |
| 10/13/10 | 08/01/10-08/31/10 | $4,319.50 | $219.33 | $3,455.60 | $219.33 |
| 11/01/10 | 09/01/10-09/30/10 | $715.50 | $30.49 | $572.40 | $30.49 |
| 12/07/10 | 10/01/10-10/31/10 | $1,019.50 | $30.67 | $1,019.50 | $30.67 |
| 01/04/11 | 11/01/10-11/30/10 | $1,774.50 | $61.62 | $1,774.50 | $61.62 |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees[4] | Approved Expenses |
|---|---|---|---|---|---|
| 02/02/11 | 12/01/10-12/31/10 | $7,476.50 | $109.54 | $7,476.50 | $109.54 |
| 03/07/11 | 01/01/11-01/31/11 | $16,190.00 | $265.67 | $16,190.00 | $265.67 |
| 04/07/11 | 02/01/11-02/28/11 | $10,759.00 | $84.93 | $10,759.00 | $84.93 |
| 04/26/11 | 03/01/11-03/31/11 | $38,163.00 | $409.84 | $38,163.00 | $409.84 |
| 05/18/11 | 04/01/11-04/30/11 | $37,330.00 | $630.97 | $37,330.00 | $630.97 |
| 06/13/11 | 05/01/11-05/31/11 | $1,789.00 | $0.00 | $1,789.00 | $0.00 |
| 7/20/2011 | 06/01/11-06/30/11 | $803.00 | $34.60 | $803.00 | $34.60 |
| 08/22/2001 | 07/01/11–07/31/11 | $1,894.00 | $169.88 | $1,894.00 | $169.88 |
| 09/29/2011 | 08/01/11-08/31/11 | $10,965.00 | $211.22 | $10,965.00 | $211.22 |
| 10/24/2011 | 09/01/11-09/30/11 | $2,014.00 | $76.19 | $2,014.00 | $76.19 |
| 11/11/2011 | 10/01/11-10/31/11 | $1,692.00 | $47.27 | $1,692.00 | $47.27 |
| 12/21/2011 | 11/01/11-11/30/11 | $2,068.00 | $101.73 | $2,068.00 | $101.73 |
| 01/30/2012 | 12/01/11-12/31/11 | $705.00 | $34.96 | $705.00 | $34.96 |
| 03/07/2012 | 01/01/12-01/31/12 | $6,276.50 | $0.00 | $5,01.20 | $0.00 |
| 03/15/2012 | 02/01/12-02/29/12 | $9,475.00 | $279.00 | $7,580.00 | $279.00 |
| 05/07/2012 | 03/01/11-03/31/11 | $985.00 | $104.09 | $788.00 | $104.09 |
| 06/05/2012 | 04/01/11-04/30/11 | $1,934.00 | $0.00 | $1,547.20 | $0.00 |
| 06/22/2012 | 05/01/12-05/31/12 | $2,787.00 | $72.48 | Pending | Pending |

## NR PROFESSIONALS

| Name of Professional Individual | Position of the Applicant, Year of Obtaining License to Practice | Hourly Billing Rate | Hours Billed[6] | Compensation |
|---|---|---|---|---|
| Teresa Walsh | Partner, Year of Call to the Ontario Bar – 1996 | $615.00 | 0.20 | $123.00 |
| Penny Adams | Law Clerk, n/a | $220.00 | 3.30 | $726.00 |
| Katie Parent | Law Clerk, n/a | $210.00 | .60 | $126.00 |

---

[6] Some professional time that was spent during the Interim Period may be reflected in a subsequent application and some professional time that was spent during the previous Interim Period may be reflected in this Application.

| | |
|---|---|
| **Total Fees:** | $975.00 |
| **Total Hours:** | 4.10 |
| **Blended Rate:** | $348.33 |

### TASK CODE SUMMARY

| | Project Category | Billed Hours | Fees Requested |
|---|---|---|---|
| 0001 | Chapter 11 Proceedings, General Matters | 4.10 | $975.00 |
| **Total** | | **4.10** | **$975.00** |

### EXPENSE SUMMARY

**Invoice No. 1180388 (Chapter 11 Proceedings, General Matters – File No. 01016442-0001)**

| Description | Timekeeper | Amount |
|---|---|---|
| Courier Service | Penny Adams | $36.24 |

| Expense Category | Total Expenses |
|---|---|
| Courier Services | $36.24 |
| **Total** | **$36.24** |

WHEREFORE, NR respectfully requests that (a) an allowance be made to it, as fully described above for (i) 80% of the amount of $975.00 for reasonable and necessary professional services that NR has rendered to the Debtors during the Fee Period ($780.00); and (ii) 100% of the reimbursement of actual and necessary costs and expenses incurred by NR during the Fee Period ($36.24); (b) both fees and expenses are payable as administrative expenses of the Debtors' estates; and (c) this Court grant such further relief as is equitable and just.

Dated: August 2, 2012

**NORTON ROSE CANADA LLP**

_____
Teresa J. Walsh  LSUC#: 385140
Suite 3800, 200 Bay Street
Royal Bank Plaza, South Tower
Toronto, Ontario, Canada  M5J 2Z4
Telephone: (416) 216-4080
Facsimile:  (416) 216-3930

Special Counsel for the Debtors and Debtors in
Possession

## VERIFICATION

PROVINCE OF ONTARIO  :

CITY OF TORONTO        :

Teresa J. Walsh, after being duly sworn according to law, deposes and says:

(a)    I am a partner with the law firm of Norton Rose Canada LLP ("NR").

(b)    I am familiar with the legal services rendered by NR as special counsel to the Debtor and Debtors in Possession by the lawyers and paraprofessionals of NR.

(c)    I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I submit that I have been duly advised by our agent James O'Neill with the law firm of Pachulski, Stang, Ziehl & Jones LLP that the Application substantially complies with Local Bankruptcy Rules for the District of Delaware.

SWORN AND SUBSCRIBED before
me this 2nd day of August, 2012.


_____
A Commissioner for Taking
Affidavits

Maureen R.A. Edwards

_____
Teresa J. Walsh

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Date:  August 23, 2012

Hearing Deadline:  to be scheduled, if necessary

## FEE DETAIL FOR NORTON ROSE CANADA LLP'S SIXTY-SIXTH MONTHLY FEE APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM JUNE 1, 2012 THROUGH JUNE 30, 2012

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-I Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a. British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## NORTON ROSE

Barristers & Solicitors / Patent & Trade-mark Agents

Norton Rose Canada LLP
TD Waterhouse Tower, Suite 2300
Toronto-Dominion Centre
79 Wellington Street West, P.O. Box 128
Toronto, Ontario  M5K 1H1 CANADA

T: +1 416.360.8511
F: +1 416.360.8277
toronto@nortonrose.com
nortonrose.com

On January 1, 2012, Macleod Dixon joined
Norton Rose OR to create Norton Rose Canada.

GST: R111340008

**INVOICE**

| | |
|---|---|
| Invoice Number: | 1180388 |
| Date: | July 12, 2012 |
| Client: | W.R. GRACE & CO. |
| RE: | Chapter 11 Proceedings, General Matters |
| Matter No.: | 01016442-0001 |

100035

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044
U.S.A.

Attention:    Richard C. Finke
             Assistant General Counsel-Litigation

For professional services rendered and disbursements incurred for the period ending June 30, 2012.

| | |
|---|---|
| FEES | $975.00 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 36.24 |
| NET | $1,011.24 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $1,011.24 |
| TOTAL IN US FUNDS | $1,001.23 |

Banking information for wire transfer
RBC Financial Group, Main Branch, Royal Bank Plaza
Toronto, Ontario, CANADA
Bank 003, Transit 00002, Acc. No. 106-030-0
Swift Code # ROYCCAT2
Include invoice number on transfer order

# ᴀNORTON ROSE

W.R. GRACE & CO.                                             01016442-0001

RE:    **Chapter 11 Proceedings, General Matters**

**FEE DETAIL**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 5/6/12 | Penny Adams | Finalizing the 64th Monthly Fee Application (0.30). Correspondence with the fee auditor and others regarding same (0.30). | 0.60 | $132.00 |
| 15/6/12 | Penny Adams | Reviewing May invoice and drafting 65th Monthly Fee Application (1.0). | 1.00 | $220.00 |
| 18/6/12 | Penny Adams | Correspondence regarding certificates of no objection on prior fee applications (0.30). | 0.30 | $66.00 |
| 19/6/12 | Penny Adams | Correspondence with Mr. R Finke with respect to the 65th Monthly Fee Application (0.20). | 0.20 | $44.00 |
| 20/6/12 | Teresa Walsh | Review and swearing of 65th Monthly Fee Application. | 0.20 | $123.00 |
| 22/6/12 | Penny Adams | Finalizing the 65th Monthly Fee Application (0.20). Correspondence with the fee auditor and other with respect to the same (0.50). | 0.70 | $154.00 |
| 26/6/12 | Katie Parent | Office conference with P. Adams regarding Monthly Fee Applications (0.5); reviewing files for same (0.1). | 0.60 | $126.00 |
| 26/6/12 | Penny Adams | Meeting with K. Parent regarding fee application process. | 0.50 | $110.00 |
| | | **TOTAL FEES** | | **$975.00** |

**DISBURSEMENTS - NON TAXABLE**

| | |
|---|---|
| Courier service | 36.24 |
| | $36.24 |

INVOICE: 1180388