## Attachment B
## To Fee Application
## Summary of PwC's Fees By Professional
## For the month of June 2012

**Professional Profiles**
**W.R. Grace & Co. Time Tracking - Audit**
**For the month of June 2012**

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Marc A Panucci | Audit Partner | 20+ | Integrated Audit | $ 1,074.42 | 4.0 | $ 4,297.68 |
| Robert F Eydt | Audit Partner | 20+ | Integrated Audit | $ 1,074.42 | 2.0 | $ 2,148.84 |
| Thomas E Smith | Audit Partner | 20+ | Integrated Audit | $ 812.80 | 29.5 | $ 23,977.60 |
| Jesse Reed Tracey | Audit Partner | 20+ | Integrated Audit | $ 723.90 | 1.0 | $ 723.90 |
| Jill McCormack | Audit Partner | 20+ | Integrated Audit | $ 702.31 | 6.5 | $ 4,565.02 |
| John Edward Newstead | Audit Partner | 20+ | Integrated Audit | $ 702.31 | 3.3 | $ 2,317.62 |
| Teressa Barner | Audit Partner | 20+ | Integrated Audit | $ 678.18 | 9.0 | $ 6,103.62 |
| Brian Staniszewski | Audit Director | 12 | Integrated Audit | $ 549.91 | 2.8 | $ 1,539.75 |
| Katherine Stivers Matheson | Audit Senior Manager | 10 | Integrated Audit | $ 490.22 | 132.5 | $ 64,954.15 |
| Amy Andrews | Audit Senior Manager | 9 | Integrated Audit | $ 455.93 | 2.0 | $ 911.86 |
| David C Sands | Audit Director | 9 | Integrated Audit | $ 445.77 | 3.0 | $ 1,337.31 |
| Ilanit Shtein | Audit Senior manager | 9 | Integrated Audit | $ 440.70 | 0.3 | $ 132.21 |
| Jody B Underhill | Tax Director | 9 | Integrated Audit | $ 426.40 | 21.9 | $ 9,338.16 |
| Pavel Katsiak | Audit Senior Associate | 6 | Integrated Audit | $ 262.89 | 15.0 | $ 3,943.35 |
| Elizabeth Sama | Tax Senior Associate | 5 | Integrated Audit | $ 249.60 | 16.0 | $ 3,993.60 |
| Alexandra L Schmidt | Audit Senior Associate | 5 | Integrated Audit | $ 246.38 | 104.0 | $ 25,623.52 |
| Phillip Crosby | Audit Senior Associate | 5 | Integrated Audit | $ 240.03 | 6.5 | $ 1,560.20 |
| Kathleen Elizabeth Bradley | Audit Experienced Associate | 3 | Integrated Audit | $ 184.15 | 116.0 | $ 21,361.42 |
| Kathryn A Fitzpatrick | Audit Experienced Associate | 3 | Integrated Audit | $ 184.15 | 1.0 | $ 184.15 |
| Eric Seth Meyer | Audit Associate | 1 | Integrated Audit | $ 166.40 | 0.2 | $ 33.28 |
| Drew Levy | Audit Associate | 1 | Integrated Audit | $ 133.35 | 62.0 | $ 8,267.70 |
| Maria (Eugenia) Elizondo | Project Specialist | 1 | Integrated Audit | $ 118.00 | 1.0 | $ 118.00 |
| Martin J Assandri | Project Specialist | 1 | Integrated Audit | $ 118.00 | 1.0 | $ 118.00 |
| Daiana Buono | Project Specialist | 1 | Integrated Audit | $ 118.00 | 1.5 | $ 177.00 |
| Diego Orieta | Project Specialist | 1 | Integrated Audit | $ 118.00 | 2.0 | $ 236.00 |
| Mariana Panelo | Project Specialist | 1 | Integrated Audit | $ 118.00 | 3.0 | $ 354.00 |
| María F Castro Bianchi | Project Specialist | 1 | Integrated Audit | $ 118.00 | 1.0 | $ 118.00 |

{02411:PLDG:10178356.DOC}

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Katey Rymer Webber | Audit Intern | 1 | Integrated Audit | $ | 63.50 | 29.5 | $ 1,873.25 |
| | | | | **Total** | | **577.5** | **$ 190,309.19** |

**Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)**

**Totals**           8.0                                                                                     $ 944.00

## Summary of PwC's Fees By Project Category:
## For the month of June 2012

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 8.0 | $ 944.00 |
| 13-Financing | | |
| 14-Hearings | | |

{02411:PLDG:10178356.DOC}

| | | |
|---|---|---|
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 577.5 | $190,309.19 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 585.5 | $ 191,253.19 |

## Expense Summary
## For the month of June 2012

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $ 2,432.40 |
| Lodging | N/A | $ 752.47 |
| Sundry | N/A | $ 18.00 |
| Business Meals | N/A | $ 286.59 |
| TOTAL: | | $ 3,489.46 |

{02411:PLDG:10178356.DOC}