# EXHIBIT - A

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Marc A Panucci | Audit Partner | 20+ | Integrated Audit | $ 1,074.42 | 4.0 | $ 4,297.68 |
| Robert F Eydt | Audit Partner | 20+ | Integrated Audit | $ 1,074.42 | 2.0 | $ 2,148.84 |
| Thomas E Smith | Audit Partner | 20+ | Integrated Audit | $ 812.80 | 29.5 | $ 23,977.60 |
| Jesse Reed Tracey | Audit Partner | 20+ | Integrated Audit | $ 723.90 | 1.0 | $ 723.90 |
| Jill McCormack | Audit Partner | 20+ | Integrated Audit | $ 702.31 | 6.5 | $ 4,565.02 |
| John Edward Newstead | Audit Partner | 20+ | Integrated Audit | $ 702.31 | 3.3 | $ 2,317.62 |
| Teressa Barner | Audit Partner | 20+ | Integrated Audit | $ 678.18 | 9.0 | $ 6,103.62 |
| Brian Staniszewski | Audit Director | 12 | Integrated Audit | $ 549.91 | 2.8 | $ 1,539.75 |
| Katherine Stivers Matheson | Audit Senior Manager | 10 | Integrated Audit | $ 490.22 | 132.5 | $ 64,954.15 |
| Amy Andrews | Audit Senior Manager | 9 | Integrated Audit | $ 455.93 | 2.0 | $ 911.86 |
| David C Sands | Audit Director | 9 | Integrated Audit | $ 445.77 | 3.0 | $ 1,337.31 |
| Ilanit Shtein | Audit Senior manager | 9 | Integrated Audit | $ 440.70 | 0.3 | $ 132.21 |
| Jody B Underhill | Tax Director | 9 | Integrated Audit | $ 426.40 | 21.9 | $ 9,338.16 |
| Pavel Katsiak | Audit Senior Associate | 6 | Integrated Audit | $ 262.89 | 15.0 | $ 3,943.35 |
| Elizabeth Sama | Tax Senior Associate | 5 | Integrated Audit | $ 249.60 | 16.0 | $ 3,993.60 |
| Alexandra L Schmidt | Audit Senior Associate | 5 | Integrated Audit | $ 246.38 | 104.0 | $ 25,623.52 |
| Phillip Crosby | Audit Senior Associate | 5 | Integrated Audit | $ 240.03 | 6.5 | $ 1,560.20 |
| Kathleen Elizabeth Bradley | Audit Experienced Associate | 3 | Integrated Audit | $ 184.15 | 116.0 | $ 21,361.42 |
| Kathryn A Fitzpatrick | Audit Experienced Associate | 3 | Integrated Audit | $ 184.15 | 1.0 | $ 184.15 |
| Eric Seth Meyer | Audit Associate | 1 | Integrated Audit | $ 166.40 | 0.2 | $ 33.28 |
| Drew Levy | Audit Associate | 1 | Integrated Audit | $ 133.35 | 62.0 | $ 8,267.70 |
| Maria (Eugenia) Elizondo | Project Specialist | 1 | Integrated Audit | $ 118.00 | 1.0 | $ 118.00 |
| Martin J Assandri | Project Specialist | 1 | Integrated Audit | $ 118.00 | 1.0 | $ 118.00 |
| Daiana Buono | Project Specialist | 1 | Integrated Audit | $ 118.00 | 1.5 | $ 177.00 |
| Diego Orieta | Project Specialist | 1 | Integrated Audit | $ 118.00 | 2.0 | $ 236.00 |
| Mariana Panelo | Project Specialist | 1 | Integrated Audit | $ 118.00 | 3.0 | $ 354.00 |
| María F Castro Bianchi | Project Specialist | 1 | Integrated Audit | $ 118.00 | 1.0 | $ 118.00 |
| Katey Rymer Webber | Audit Intern | 1 | Integrated Audit | $ 63.50 | 29.5 | $ 1,873.25 |
| | | | | **Total** | 577.5 | $ 190,309.19 |

**W.R. Grace & Co.**
**Fee Application Preparation**
**For the month of June 2012**

| Date | Hours | Description of Services Provided | Bill Rate | Extended Cost |
|---|---|---|---|---|
| **FEE APPLICATION PREPARATION** | | | | |
| **Maximiliano Benitez** | | | | |
| 8-Jun | 2.0 | Preparing the May 2012 fee application | $ 118.00 | $ 236.00 |
| 11-Jun | 1.0 | Preparing the May 2012 fee application | $ 118.00 | $ 118.00 |
| 12-Jun | 2.0 | Preparing the May 2012 fee application | $ 118.00 | $ 236.00 |
| 13-Jun | 1.0 | Preparing the May 2012 fee application | $ 118.00 | $ 118.00 |
| 14-Jun | 2.0 | Preparing the May 2012 fee application | $ 118.00 | $ 236.00 |
| | **8.0** | | | |
| | **8.0** | **Total Grace Fee Application Charged Hours** | | **$ 944.00** |

d