# EXHIBIT - B

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
**For the period ended June 2012**

| Personnel | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|
| **David Sands** | | | | | | |
| | 28-Jun | $ 38.86 | | | | 88 miles to and from client - 18 miles normal commute to office = 70 miles every day excess *.555 = $38.86 |
| **Drew Levy** | | | | | | |
| | 1-Jun | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 4-Jun | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 5-Jun | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 6-Jun | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 7-Jun | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 8-Jun | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 15-Jun | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 18-Jun | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 19-Jun | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 20-Jun | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 21-Jun | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 22-Jun | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 25-Jun | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 26-Jun | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 27-Jun | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 28-Jun | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| **Elizabeth Sama** | | | | | | |
| | 18-Jun | $ 27.75 | | | | Mileage in excess of daily commute (66 miles  to client - 16 miles  normal commute to the office =  50 miles every day excess * .555 = 27.75). |
| | 19-Jun | | | | 32.71 | Working lunch for 3 (E.Sama, J. Underhill, K. Matheson - PwC) |
| | 19-Jun | | $ 101.00 | | | Marriott Boca Center hotel for 1 night in Boca Raton, FL (rate of $101 per night) |
| | 19-Jun | | $ 15.55 | | | Taxes for Marriott Boca Center hotel for 1 night in Boca Raton, FL |
| | 19-Jun | $ 27.75 | | | | Mileage in excess of daily commute (66 miles to client - 16 miles  normal commute to the office =  50 miles every day excess * .555 = 27.75). |
| **Jody B. Underhill** | | | | | | |
| | 18-Jun | $ 255.60 | | | | Coach airline travel roundtrip to/from Tampa to Fort Lauderdale |
| | 19-Jun | | | | 25.00 | Dinner for myself while traveling out of town on client business |
| | 19-Jun | | | | 11.00 | Breakfast for myself while traveling out of town on client business |
| | 20-Jun | | | | 24.00 | Dinner for myself while traveling out of town on client business |
| | 20-Jun | | | | 12.00 | Breakfast for myself while traveling out of town on client business |
| | 20-Jun | $ 169.77 | | | | Hertz Rental car for period of 6/18 - 6/20 |
| | 20-Jun | | $ 360.00 | | | 3 nights hotel stay at Boca Marriott in Boca Raton, FL (rate of $120/night) |
| | 20-Jun | | $ 41.82 | | | Taxes related to 3 night stay at Boca Marriott |
| | 20-Jun | $ 60.00 | | | | 3 full days of parking at Tampa airport while traveling out of town on client business |
| | 20-Jun | | | $ 18.00 | | 3 complete days of hotel and airport porter tipping related to above travel |
| **Katherine Matheson** | | | | | | |
| | 2-May | $ 31.08 | | | | Mileage in excess of daily commute (72 miles - 16 normal commute miles * rate 0 .555 per mile). |
| | 3-May | $ 31.08 | | | | Mileage in excess of daily commute (72 miles - 16 normal commute miles * rate 0 .555 per mile). |
| | 4-May | $ 31.08 | | | | Mileage in excess of daily commute (72 miles - 16 normal commute miles * rate 0 .555 per mile). |
| | 7-May | $ 31.08 | | | | Mileage in excess of daily commute (72 miles - 16 normal commute miles * rate 0 .555 per mile). |
| | 8-May | $ 31.08 | | | | Mileage in excess of daily commute (72 miles - 16 normal commute miles * rate 0 .555 per mile). |
| | 9-May | $ 31.08 | | | | Mileage in excess of daily commute (72 miles - 16 normal commute miles * rate 0 .555 per mile). |
| | 10-May | $ 31.08 | | | | Mileage in excess of daily commute (72 miles - 16 normal commute miles * rate 0 .555 per mile). |
| | 15-May | $ 31.08 | | | | Mileage in excess of daily commute (72 miles - 16 normal commute miles * rate 0 .555 per mile). |
| | 16-May | $ 31.08 | | | | Mileage in excess of daily commute (72 miles - 16 normal commute miles * rate 0 .555 per mile). |
| | 17-May | $ 31.08 | | | | Mileage in excess of daily commute (72 miles - 16 normal commute miles * rate 0 .555 per mile). |
| | 18-May | $ 31.08 | | | | Mileage in excess of daily commute (72 miles - 16 normal commute miles * rate 0 .555 per mile). |
| | 23-May | $ 31.08 | | | | Mileage in excess of daily commute (72 miles - 16 normal commute miles * rate 0 .555 per mile). |
| | 25-May | $ 31.08 | | | | Mileage in excess of daily commute (72 miles - 16 normal commute miles * rate 0 .555 per mile). |
| | 29-May | $ 31.08 | | | | Mileage in excess of daily commute (72 miles - 16 normal commute miles * rate 0 .555 per mile). |
| | 30-May | $ 31.08 | | | | Mileage in excess of daily commute (72 miles - 16 normal commute miles * rate 0 .555 per mile). |
| | 1-Jun | $ 31.08 | | | | Mileage in excess of daily commute (72 miles - 16 normal commute miles * rate 0 .555 per mile). |
| | 7-Jun | $ 31.08 | | | | Mileage in excess of daily commute (72 miles - 16 normal commute miles * rate 0 .555 per mile). |
| | 8-Jun | $ 31.08 | | | | Mileage in excess of daily commute (72 miles - 16 normal commute miles * rate 0 .555 per mile). |
| | 10-Jun | $ 8.88 | | | | Weekend work - Overtime mileage to PwC office (16 commute miles * rate 0.555 per mile). |

| Date | Transportation | Lodging | Sundry | Business Meals | Description |
|---|---|---|---|---|---|
| 10-Jun | $ 12.00 | | | | Weekend work - Overtime parking at PwC office |
| 10-Jun | $ 31.08 | | | | Mileage in excess of daily commute (72 miles - 16 normal commute miles * rate 0 .555 per mile). |
| 11-Jun | $ 31.08 | | | | Mileage in excess of daily commute (72 miles - 16 normal commute miles * rate 0 .555 per mile). |
| 17-Jun | $ 14.64 | | | | Taxi charge from home to DCA airport for trip to Boca Raton, FL |
| 17-Jun | | | | $ 3.97 | Dinner for 1 (K. Matheson) while traveling to Boca Raton - Tax Planning Meeting |
| 18-Jun | | | | $ 132.24 | Dinner for 3 (K. Matheson, J. Underhill, E. Sama) while traveling in Boca Raton - Tax Planning Meeting |
| 19-Jun | | | | $ 9.33 | Dinner for 1 (K. Matheson) while traveling back home from Boca Raton - Tax Planning Meeting |
| 19-Jun | $ 196.43 | | | | Hertz Rental car charges while in Boca Raton - Tax Planning Meeting |
| 17-Jun | $ 17.10 | | | | Taxi charge from DCA airport to home from Boca Raton, FL trip |
| 19-Jun | | $ 214.00 | | | Marriott hotel for 2 nights in Boca Raton, FL (rate of $107 per night for 2 nights) |
| 19-Jun | | $ 20.10 | | | Taxes on Marriott hotel room for 2 nights in Boca Raton, FL. |
| 18-Jun | | | | $ 12.72 | Breakfast for 1 (K. Matheson) at hotel while in Boca Raton, FL. |
| 19-Jun | | | | $ 23.62 | Breakfast for 1 (K. Matheson) at hotel while in Boca Raton, FL |
| 21-Jun | $ 31.08 | | | | Mileage in excess of daily commute (72 miles - 16 normal commute miles * rate 0 .555 per mile). |
| 22-Jun | $ 31.08 | | | | Mileage in excess of daily commute (72 miles - 16 normal commute miles * rate 0 .555 per mile). |
| 26-Jun | $ 31.08 | | | | Mileage in excess of daily commute (72 miles - 16 normal commute miles * rate 0 .555 per mile). |
| 28-Jun | $ 31.08 | | | | Mileage in excess of daily commute (72 miles - 16 normal commute miles * rate 0 .555 per mile). |
| 29-Jun | $ 31.08 | | | | Mileage in excess of daily commute (72 miles - 16 normal commute miles * rate 0 .555 per mile). |

**Kathleen Bradley**

| Date | Transportation | Lodging | Sundry | Business Meals | Description |
|---|---|---|---|---|---|
| 1-Jun | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| 1-Jun | $ 6.70 | | | | Roundtrip tolls during daily commute to client site |
| 8-Jun | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| 8-Jun | $ 6.70 | | | | Roundtrip tolls during daily commute to client site |
| 11-Jun | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| 11-Jun | $ 6.70 | | | | Roundtrip tolls during daily commute to client site |
| 12-Jun | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| 12-Jun | $ 6.70 | | | | Roundtrip tolls during daily commute to client site |
| 13-Jun | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| 13-Jun | $ 6.70 | | | | Roundtrip tolls during daily commute to client site |
| 14-Jun | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| 14-Jun | $ 3.35 | | | | One way of tolls during daily commute to client site |
| 15-Jun | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| 15-Jun | $ 3.35 | | | | One way of tolls during daily commute to client site |
| 18-Jun | $ 244.60 | | | | Roundtrip coach flight from Washington DC to Boca Raton, FL for K.Matheson (PwC) for travel to client site to meet with tax department |
| 18-Jun | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| 18-Jun | $ 6.70 | | | | Roundtrip tolls during daily commute to client site |
| 19-Jun | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| 19-Jun | $ 6.70 | | | | Roundtrip tolls during daily commute to client site |
| 20-Jun | $ 8.88 | | | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| 20-Jun | $ 6.70 | | | | Roundtrip tolls during daily commute to client site |

**Thomas Smith**

| Date | Transportation | Lodging | Sundry | Business Meals | Description |
|---|---|---|---|---|---|
| 11-Jun | $ 38.86 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.555 per mile). |
| 12-Jun | $ 38.86 | | | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.555 per mile). |

| Summary | Total | Transportation | Lodging | Sundry | Business Meals |
|---|---|---|---|---|---|
| | $ 3,489.46 | $ 2,432.40 | $ 752.47 | $ 18.00 | $ 286.59 |

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
**For the period ended June 2012**

| Personnel | Date | Title | Expense | Description |
|---|---|---|---|---|
| **David Sands** | | | | |
| | 28-Jun | Audit Senior Manager | $ 38.86 | 88 miles to and from client - 18 miles normal commute to office = 70 miles every day excess *.555 = $38.86 |
| **Drew Levy** | | | | |
| | 1-Jun | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office =  40 miles every day excess * .555 = 22.20). |
| | 4-Jun | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 5-Jun | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 6-Jun | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 7-Jun | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 8-Jun | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 15-Jun | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 18-Jun | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 19-Jun | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 20-Jun | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 21-Jun | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 22-Jun | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 25-Jun | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 26-Jun | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 27-Jun | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 28-Jun | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| **Elizabeth Sama** | | | | |
| | 18-Jun | Tax Senior Associate | $ 27.75 | Mileage in excess of daily commute (66 miles  to client - 16 miles  normal commute to the office =  50 miles every day excess * .555 = 27.75). |
| | 19-Jun | Tax Senior Associate | $ 32.71 | Working lunch for 3 (E.Sama, J. Underhill, K. Matheson - PwC) |
| | 19-Jun | Tax Senior Associate | $ 101.00 | Marriott Boca Center hotel for 1 night in Boca Raton, FL (rate of $101 per night) |
| | 19-Jun | Tax Senior Associate | $ 15.55 | Taxes for Marriott Boca Center hotel for 1 night in Boca Raton, FL |
| | 19-Jun | Tax Senior Associate | $ 27.75 | Mileage in excess of daily commute (66 miles  to client - 16 miles  normal commute to the office =  50 miles every day excess * .555 = 27.75). |
| **Jody B. Underhill** | | | | |
| | 18-Jun | Tax Director | $ 255.60 | Coach airline travel roundtrip to/from Tampa to Fort Lauderdale |
| | 19-Jun | Tax Director | $ 25.00 | Dinner for myself while traveling out of town on client business |
| | 19-Jun | Tax Director | $ 11.00 | Breakfast for myself while traveling out of town on client business |
| | 20-Jun | Tax Director | $ 24.00 | Dinner for myself while traveling out of town on client business |
| | 20-Jun | Tax Director | $ 12.00 | Breakfast for myself while traveling out of town on client business |
| | 20-Jun | Tax Director | $ 169.77 | Hertz Rental car for period of 6/18 - 6/20 |
| | 20-Jun | Tax Director | $ 360.00 | 3 nights hotel stay at Boca Marriott in Boca Raton, FL (rate of $120/night) |
| | 20-Jun | Tax Director | $ 41.82 | Taxes related to 3 night stay at Boca Marriott |
| | 20-Jun | Tax Director | $ 60.00 | 3 full days of parking at Tampa airport while traveling out of town on client business |
| | 20-Jun | Tax Director | $ 18.00 | 3 complete days of hotel and airport porter tipping related to above travel |
| **Katherine Matheson** | | | | |
| | 2-May | Audit Senior Manager | $ 31.08 | Mileage in excess of daily commute (72 miles - 16 normal commute miles * rate 0 .555 per mile). |
| | 3-May | Audit Senior Manager | $ 31.08 | Mileage in excess of daily commute (72 miles - 16 normal commute miles * rate 0 .555 per mile). |
| | 4-May | Audit Senior Manager | $ 31.08 | Mileage in excess of daily commute (72 miles - 16 normal commute miles * rate 0 .555 per mile). |
| | 7-May | Audit Senior Manager | $ 31.08 | Mileage in excess of daily commute (72 miles - 16 normal commute miles * rate 0 .555 per mile). |
| | 8-May | Audit Senior Manager | $ 31.08 | Mileage in excess of daily commute (72 miles - 16 normal commute miles * rate 0 .555 per mile). |
| | 9-May | Audit Senior Manager | $ 31.08 | Mileage in excess of daily commute (72 miles - 16 normal commute miles * rate 0 .555 per mile). |
| | 10-May | Audit Senior Manager | $ 31.08 | Mileage in excess of daily commute (72 miles - 16 normal commute miles * rate 0 .555 per mile). |
| | 15-May | Audit Senior Manager | $ 31.08 | Mileage in excess of daily commute (72 miles - 16 normal commute miles * rate 0 .555 per mile). |
| | 16-May | Audit Senior Manager | $ 31.08 | Mileage in excess of daily commute (72 miles - 16 normal commute miles * rate 0 .555 per mile). |
| | 17-May | Audit Senior Manager | $ 31.08 | Mileage in excess of daily commute (72 miles - 16 normal commute miles * rate 0 .555 per mile). |
| | 18-May | Audit Senior Manager | $ 31.08 | Mileage in excess of daily commute (72 miles - 16 normal commute miles * rate 0 .555 per mile). |
| | 23-May | Audit Senior Manager | $ 31.08 | Mileage in excess of daily commute (72 miles - 16 normal commute miles * rate 0 .555 per mile). |
| | 25-May | Audit Senior Manager | $ 31.08 | Mileage in excess of daily commute (72 miles - 16 normal commute miles * rate 0 .555 per mile). |
| | 29-May | Audit Senior Manager | $ 31.08 | Mileage in excess of daily commute (72 miles - 16 normal commute miles * rate 0 .555 per mile). |

| Date | Role | | Amount | Description |
|---|---|---|---|---|
| 30-May | Audit Senior Manager | $ | 31.08 | Mileage in excess of daily commute (72 miles - 16 normal commute miles * rate 0 .555 per mile). |
| 1-Jun | Audit Senior Manager | $ | 31.08 | Mileage in excess of daily commute (72 miles - 16 normal commute miles * rate 0 .555 per mile). |
| 7-Jun | Audit Senior Manager | $ | 31.08 | Mileage in excess of daily commute (72 miles - 16 normal commute miles * rate 0 .555 per mile). |
| 8-Jun | Audit Senior Manager | $ | 31.08 | Mileage in excess of daily commute (72 miles - 16 normal commute miles * rate 0 .555 per mile). |
| 10-Jun | Audit Senior Manager | $ | 8.88 | Weekend work - Overtime mileage to PwC office (16 commute miles * rate 0.555 per mile). |
| 10-Jun | Audit Senior Manager | $ | 12.00 | Weekend work - Overtime parking at PwC office |
| 10-Jun | Audit Senior Manager | $ | 31.08 | Mileage in excess of daily commute (72 miles - 16 normal commute miles * rate 0 .555 per mile). |
| 11-Jun | Audit Senior Manager | $ | 31.08 | Mileage in excess of daily commute (72 miles - 16 normal commute miles * rate 0 .555 per mile). |
| 17-Jun | Audit Senior Manager | $ | 14.64 | Taxi charge from home to DCA airport for trip to Boca Raton, FL |
| 17-Jun | Audit Senior Manager | $ | 3.97 | Dinner for 1 (K. Matheson) while traveling to Boca Raton - Tax Planning Meeting |
| 18-Jun | Audit Senior Manager | $ | 132.24 | Dinner for 3 (K. Matheson, J. Underhill, E. Sama) while traveling in Boca Raton - Tax Planning Meeting |
| 19-Jun | Audit Senior Manager | $ | 9.33 | Dinner for 1 (K. Matheson) while traveling back home from Boca Raton - Tax Planning Meeting |
| 19-Jun | Audit Senior Manager | $ | 196.43 | Hertz Rental car charges while in Boca Raton - Tax Planning Meeting |
| 17-Jun | Audit Senior Manager | $ | 17.10 | Taxi charge from DCA airport home from Boca Raton, FL trip |
| 19-Jun | Audit Senior Manager | $ | 214.00 | Marriott hotel for 2 nights in Boca Raton, FL (rate of $107 per night for 2 nights) |
| 19-Jun | Audit Senior Manager | $ | 20.10 | Taxes on Marriott hotel room for 2 nights in Boca Raton, FL. |
| 18-Jun | Audit Senior Manager | $ | 12.72 | Breakfast for 1 (K. Matheson) at hotel while in Boca Raton, FL |
| 19-Jun | Audit Senior Manager | $ | 23.62 | Breakfast for 1 (K. Matheson) at hotel while in Boca Raton, FL |
| 21-Jun | Audit Senior Manager | $ | 31.08 | Mileage in excess of daily commute (72 miles - 16 normal commute miles * rate 0 .555 per mile). |
| 22-Jun | Audit Senior Manager | $ | 31.08 | Mileage in excess of daily commute (72 miles - 16 normal commute miles * rate 0 .555 per mile). |
| 26-Jun | Audit Senior Manager | $ | 31.08 | Mileage in excess of daily commute (72 miles - 16 normal commute miles * rate 0 .555 per mile). |
| 28-Jun | Audit Senior Manager | $ | 31.08 | Mileage in excess of daily commute (72 miles - 16 normal commute miles * rate 0 .555 per mile). |
| 29-Jun | Audit Senior Manager | $ | 31.08 | Mileage in excess of daily commute (72 miles - 16 normal commute miles * rate 0 .555 per mile). |
| **Kathleen Bradley** | | | | |
| 1-Jun | Audit Associate | $ | 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| 1-Jun | Audit Associate | $ | 6.70 | Roundtrip tolls during daily commute to client site |
| 8-Jun | Audit Associate | $ | 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| 8-Jun | Audit Associate | $ | 6.70 | Roundtrip tolls during daily commute to client site |
| 11-Jun | Audit Associate | $ | 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| 11-Jun | Audit Associate | $ | 6.70 | Roundtrip tolls during daily commute to client site |
| 12-Jun | Audit Associate | $ | 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| 12-Jun | Audit Associate | $ | 6.70 | Roundtrip tolls during daily commute to client site |
| 13-Jun | Audit Associate | $ | 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| 13-Jun | Audit Associate | $ | 6.70 | Roundtrip tolls during daily commute to client site |
| 14-Jun | Audit Associate | $ | 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| 14-Jun | Audit Associate | $ | 3.35 | One way of tolls during daily commute to client site |
| 15-Jun | Audit Associate | $ | 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| 15-Jun | Audit Associate | $ | 3.35 | One way of tolls during daily commute to client site |
| 18-Jun | Audit Associate | $ | 244.60 | Roundtrip coach flight from Washington DC to Boca Raton, FL for K.Matheson (PwC) for travel to client site to meet with tax department |
| 18-Jun | Audit Associate | $ | 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| 18-Jun | Audit Associate | $ | 6.70 | Roundtrip tolls during daily commute to client site |
| 19-Jun | Audit Associate | $ | 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| 19-Jun | Audit Associate | $ | 6.70 | Roundtrip tolls during daily commute to client site |
| 20-Jun | Audit Associate | $ | 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| 20-Jun | Audit Associate | $ | 6.70 | Roundtrip tolls during daily commute to client site |
| **Thomas Smith** | | | | |
| 11-Jun | Audit Partner | $ | 38.86 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.555 per mile). |
| 12-Jun | Audit Partner | $ | 38.86 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.555 per mile). |
| | **Total** | | | |
| | $ 3,489.46 | | | |