# Attachment A-1
# To Fee Application
## Summary of PwC's Fees By Professional
## For the months of April 2012 through June 2012

**Professional Profiles**
**W.R. Grace & Co. Time Tracking - Audit**
**For the months of April through June 2012**

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Marc A Panucci | Audit Partner | 20+ | Integrated Audit | $ 1,074.42 | 4.0 | $ 4,297.68 |
| Robert F Eydt | Audit Partner | 20+ | Integrated Audit | $ 1,074.42 | 2.0 | $ 2,148.84 |
| Thomas E Smith | Audit Partner | 20+ | Integrated Audit | $ 811.61 | 118.0 | $ 95,769.98 |
| John Edward Newstead | Audit Partner | 20+ | Integrated Audit | $ 702.31 | 7.0 | $ 4,916.17 |
| Brian David Powell | Audit Partner | 20+ | Integrated Audit | $ 678.18 | 0.5 | $ 339.09 |
| Dora Cheung | Audit Partner | 20+ | Integrated Audit | $ 751.30 | 6.0 | $ 4,507.80 |
| Jesse Reed Tracey | Audit Partner | 20+ | Integrated Audit | $ 723.90 | 1.0 | $ 72390 |
| Jill McCormack | Audit Partner | 20+ | Integrated Audit | $ 702.31 | 6.5 | $ 4,565.02 |
| Teressa Barner | Audit Partner | 20+ | Integrated Audit | $ 678.18 | 9.0 | $ 6,103.62 |
| Brian Staniszewski | Audit Director | 12 | Integrated Audit | $ 549.91 | 2.8 | $ 1,539.75 |
| Maxime Charlebois | Audit Director | 12 | Integrated Audit | $ 474.24 | 7.0 | $ 3,319.68 |
| David C Sands | Audit Director | 12 | Integrated Audit | $ 445.77 | 9.0 | $ 4,011.93 |
| Amy Andrews | Audit Senior Manager | 9 | Integrated Audit | $ 455.93 | 2.0 | $ 911.86 |
| Katherine Stivers Matheson | Audit Senior Manager | 10 | Integrated Audit | $ 490.22 | 230.5 | $ 11,995.71 |
| Hong Lin | Audit Senior Manager | 10 | Integrated Audit | $ 471.21 | 15.9 | $ 7,492.24 |
| Evgeny Gonokhin | Audit Senior Manager | 9 | Integrated Audit | $ 445.77 | 23.0 | $ 10,252.71 |
| Ilanit Shtein | Audit Senior manager | 9 | Integrated Audit | $ 440.69 | 19.6 | $ 8,637.52 |
| Oleg Aleksandrovich Pesterev | Audit Senior manager | 9 | Integrated Audit | $ 440.69 | 1.0 | $ 440.69 |
| Jody B Underhill | Tax Director | 9 | Integrated Audit | $ 426.40 | 59.4 | $ 25,328.16 |
| Pavel Katsiak | Audit Senior Associate | 6 | Integrated Audit | $ 262.89 | 115.5 | $ 30,363.80 |
| Elizabeth Sama | Tax Senior Associate | 5 | Integrated Audit | $ 249.60 | 50.0 | $ 12,480.00 |
| Alexandra L Schmidt | Audit Senior Associate | 5 | Integrated Audit | $ 246.38 | 368.0 | $ 90,667.84 |
| Phillip Crosby | Audit Senior Associate | 6 | Integrated Audit | $ 240.03 | 25.0 | $ 6,000.75 |
| Kathleen Elizabeth Bradley | Audit Experienced Associate | 3 | Integrated Audit | $ 184.15 | 350.1 | $ 64,470.92 |
| Kathryn A Fitzpatrick | Audit Experienced Associate | 3 | Integrated Audit | $ 184.15 | 126.5 | $ 23,294.98 |
| Eric Seth Meyer | Tax Associate | 1 | Integrated Audit | $ 166.40 | 37.2 | $ 6,190.08 |
| Drew Levy | Audit Associate | 1 | Integrated Audit | $ 133.35 | 238.3 | $ 31,777.31 |
| Adriano Carisimo | Project Specialist | 1 | Integrated Audit | $ 118.00 | 5.0 | $ 590.00 |
| Ana Manevy | Project Specialist | 1 | Integrated Audit | $ 118.00 | 16.3 | $ 1,923.40 |
| Daiana Buono | Project Specialist | 1 | Integrated Audit | $ 118.00 | 7.3 | $ 861.40 |
| Diego Orieta | Project Specialist | 1 | Integrated Audit | $ 118.00 | 2.6 | $ 306.80 |
| Elizabeth Romano | Project Specialist | 1 | Integrated Audit | $ 118.00 | 1.3 | $ 153.40 |
| Jenny Vera Saldivar | Project Specialist | 1 | Integrated Audit | $ 118.00 | 2.0 | $ 236.00 |
| Maria Arispe | Project Specialist | 1 | Integrated Audit | $ 118.00 | 0.5 | $ 59.00 |
| María F Castro Bianchi | Project Specialist | 1 | Integrated Audit | $ 118.00 | 3.3 | $ 389.40 |
| Francisco Aloisi | Project Specialist | 1 | Integrated Audit | $ 118.00 | 1.5 | $ 177.00 |
| Franco Demidowicz | Project Specialist | 1 | Integrated Audit | $ 118.00 | 2.0 | $ 236.00 |
| Leonardo Katurchi | Project Specialist | 1 | Integrated Audit | $ 118.00 | 16.0 | $ 1,888.00 |

{::45th Quarterly Fee App  - Attachment A-1.DOC}

| Name | Title | | Project | Rate | Hours | Fees |
|---|---|---|---|---|---|---|
| Maria Sanchez | Project Specialist | 1 | Integrated Audit | $ 118.00 | 0.5 | $ 59.00 |
| Maria (Eugenia) Elizondo | Project Specialist | 1 | Integrated Audit | $ 118.00 | 1.0 | $ 118.00 |
| Maria Victoria Herrera | Project Specialist | 1 | Integrated Audit | $ 118.00 | 1.3 | $ 153.40 |
| Mariana Panelo | Project Specialist | 1 | Integrated Audit | $ 118.00 | 3.0 | $ 354.00 |
| Mauricio Ciparelli | Project Specialist | 1 | Integrated Audit | $ 118.00 | 2.0 | $ 236.00 |
| Martin J Assandri | Project Specialist | 1 | Integrated Audit | $ 118.00 | 1.0 | $ 118.00 |
| Natalia Colicigno | Project Specialist | 1 | Integrated Audit | $ 118.00 | 0.5 | $ 59.00 |
| Tomas Rodriguez | Project Specialist | 1 | Integrated Audit | $ 118.00 | 2.0 | $ 236.00 |
| Gabriel Enrique | Project Specialist | 1 | Integrated Audit | $ 118.00 | 0.2 | $ 23.60 |
| Subhasish Saha | Project Specialist | 1 | Integrated Audit | $ 114.30 | 0.3 | $ 34.29 |
| Sandipan Mandal | Project Specialist | 1 | Integrated Audit | $ 114.30 | 0.3 | $ 34.29 |
| Sayantan Chowdhury | Project Specialist | 1 | Integrated Audit | $ 114.30 | 0.3 | $ 34.29 |
| Dipanwita Bhattacharya | Project Specialist | 1 | Integrated Audit | $ 114.30 | 1.0 | $ 114.30 |
| Karen R Spencer | Project Specialist | 1 | Integrated Audit | $ 114.30 | 0.6 | $ 68.58 |
| Saharsh Gupta | Project Specialist | 1 | Integrated Audit | $ 114.30 | 3.0 | $ 342.90 |
| Arjun Majumdar | Project Specialist | 1 | Integrated Audit | $ 114.30 | 1.3 | $ 148.59 |
| Abhimanyu Brahma | Project Specialist | 1 | Integrated Audit | $ 114.30 | 0.5 | $ 57.15 |
| Promita Saha | Project Specialist | 1 | Integrated Audit | $ 114.30 | 0.2 | $ 22.86 |
| Niladri S Patra | Project Specialist | 1 | Integrated Audit | $ 114.30 | 0.3 | $ 34.29 |
| Kelly Gagin | Project Specialist | 1 | Integrated Audit | $ 102.60 | 0.4 | $ 41.04 |
| Katey Rymer Webber | Audit Intern | 1 | Integrated Audit | $ 63.50 | 29.5 | $ 1,873.25 |
| | | | | **Total** | **1,941.8** | **$ 574,531.33** |

**Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)**

| **Totals** | 15.5 | | **$ 1,829.00** |
|---|---|---|---|

## Summary of PwC's Fees By Project Category:
### For the months of April 2012 through June 2012

| Project Category | Total Hours | Total Fees |
|---|---|---|
| **01-Assets Analysis and Recovery** | | |
| **02-Asset Disposition** | | |
| **03-Business Operations** | | |

{::45th Quarterly Fee App  - Attachment A-1.DOC}

| | | |
|---|---|---|
| **04-Case Administration** | | |
| **05-Claim Analysis Objection & Resolution (Asbestos)** | | |
| **06-Claim Analysis Objection & Resolution (Non-asbestos)** | | |
| **07-Committee, Creditors', Noteholders', or Equity Holders'** | | |
| **08-Employee Benefits/Pension** | | |
| **09-Employee Applications, Applicant** | | |
| **10-Employment Applications, Others** | | |
| **11-Financing** | | |
| **12-Fee Applications, Others** | **15.5** | **$1,829.00** |
| **13-Financing** | | |
| **14-Hearings** | | |
| **15-Litigation and Litigation Consulting** | | |
| **16-Plan and Disclosure Statement** | | |
| **17-Relief from Stay Proceedings** | | |
| **18-Tax Issues** | | |
| **19-Tax Litigation** | | |
| **20-Travel- Non-working** | | |
| **21-Valuation** | | |
| **22-ZAI Science Trial** | | |
| **23-ZAI Science Trial-Expenses** | | |
| **24-Other** | | |
| **25-Accounting/Auditing** | **1,941.8** | **$574,531.33** |
| **26-Business Analysis** | | |
| **27-Corporate Finance** | | |
| **28-Data Analysis** | | |

{::45th Quarterly Fee App  - Attachment A-1.DOC}

| | | |
|---|---|---|
| **TOTAL:** | **1,957.3** | **$ 576,360.33** |

**Expense Summary**
**April 2012 - June 2012**

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| **Transportation** | N/A | $6,021.00 |
| **Lodging** | N/A | $1,394.05 |
| **Sundry** | N/A | $36.00 |
| **Business Meals** | N/A | $806.93 |
| **TOTAL:** | | $ 8,257.98 |

{::45th Quarterly Fee App  - Attachment A-1.DOC}