# Attachment A-2
# To Fee Application
## Summary of PwC's Fees By Professional
## For the months of April 2012 through May 2012

**Professional Profiles**
**W.R. Grace & Co. Time Tracking - Global Restructuring**
**For the months of April through May 2012**

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Ron Gale | Partner | 20+ | Global Restructuring | $ 748.00 | 6.0 | $ 4,488.00 |
| James H Prettyman | Partner | 20+ | Global Restructuring | $ 803.00 | 4.0 | $ 3,212.00 |
| Daniel J Wiles | Managing Director | 20+ | Global Restructuring | $ 715.00 | 1.0 | $ 715.00 |
| Bertrand Vandepitte | Director | 8 | Global Restructuring | $ 675.65 | 1.3 | $ 878.35 |
| Christian Marty | Director | 8 | Global Restructuring | $ 680.69 | 4.2 | $ 2,858.90 |
| Todd Chesla | Manager | 6 | Global Restructuring | $ 330.00 | 16.0 | $ 5,280.00 |
| Mary Irene Slonina | Manager | 5 | Global Restructuring | $ 352.00 | 3.5 | $ 1,232.00 |
| Victor Sebastian Diaz Parro | Senior | 4 | Global Restructuring | $ 253.21 | 53.4 | $ 13,521.41 |
| Jorge Vargas | Senior | 4 | Global Restructuring | $ 253.00 | 31.1 | $ 7,868.30 |
| Andrea Corinne Richards | Senior | 4 | Global Restructuring | $ 412.50 | 0.4 | $ 165.00 |
| Veronica Joelle Flores | Experienced Associate | 2 | Global Restructuring | $ 170.50 | 7.0 | $ 1,193.50 |
| Eric Meyer | Experienced Associate | 1 | Global Restructuring | $ 171.52 | 10.8 | $ 1,852.42 |
| Beatrice Rivero | Project Specialist | 4 | Global Restructuring | $ 99.00 | 2.4 | $ 237.60 |
| Jose Rodriguez | Project Specialist | 10+ | Global Restructuring | $ 137.50 | 3.0 | $ 412.50 |
| **Totals** | | | | | **144.1** | **$ 43,914.97** |

**Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court**

| Totals | 0.0 | | $ 0.00 |
|---|---|---|---|

## Summary of PwC's Fees By Project Category:
## For the months of April 2012 through May 2012

| Project Category | Total Hours | Total Fees |
|---|---|---|

{::45th Quarterly Fee App. - Attach A-2 (10155598).DOCX}

| | | |
|---|---|---|
| **01-Assets Analysis and Recovery** | | |
| **02-Asset Disposition** | | |
| **03-Business Operations** | | |
| **04-Case Administration** | | |
| **05-Claim Analysis Objection & Resolution (Asbestos)** | | |
| **06-Claim Analysis Objection & Resolution (Non-asbestos)** | | |
| **07-Committee, Creditors', Noteholders', or Equity Holders'** | | |
| **08-Employee Benefits/Pension** | | |
| **09-Employee Applications, Applicant** | | |
| **10-Employment Applications, Others** | | |
| **11-Financing** | | |
| **12-Fee Applications, Others** | **0.0** | **$0.00** |
| **13-Financing** | | |
| **14-Hearings** | | |
| **15-Litigation and Litigation Consulting** | | |
| **16-Plan and Disclosure Statement** | | |
| **17-Relief from Stay Proceedings** | | |
| **18-Tax Issues** | **144.1** | **$43,914.97** |
| **19-Tax Litigation** | | |
| **20-Travel- Non-working** | | |
| **21-Valuation** | | |
| **22-ZAI Science Trial** | | |
| **23-ZAI Science Trial-Expenses** | | |
| **24-Other** | | |

{::45th Quarterly Fee App. - Attach A-2 (10155598).DOCX}

| | | |
|---|---|---|
| **25-Accounting/Auditing** | | |
| **26-Business Analysis** | | |
| **27-Corporate Finance** | | |
| **28-Data Analysis** | | |
| **TOTAL:** | **144.1** | **$43,914.97** |

**Expense Summary**
**April 2012 – May 2012**

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| **Transportation** | N/A | $0.00 |
| **Lodging** | N/A | $0.00 |
| **Sundry** | N/A | $0.00 |
| **Business Meals** | N/A | $0.00 |
| **TOTAL:** | | $0.00 |

{::45th Quarterly Fee App. - Attach A-2 (10155598).DOCX}