## Attachment A-3
## To Fee Application
## Summary of PwC's Fees By Professional
## For the months of December 2011 through May 2012

**Professional Profiles**
**W.R. Grace & Co. Time Tracking - Darex Audit**
**For the months of April through June 2012**

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Katherine Stivers Matheson | Audit Senior Manager | 10 | $ 413.02 | 8.0 | $ 3,304.16 |
| Alexandra L Schmidt | Audit Senior Associate | 5 | $ 207.58 | 33.2 | $ 6,891.66 |
| Kathleen Elizabeth Bradley | Audit Experienced Associate | 3 | $ 155.15 | 9.0 | $ 1,396.35 |
| Kathryn A Fitzpatrick | Audit Experienced Associate | 3 | $ 155.15 | 222.3 | $ 34,489.85 |
| Drew Levy | Audit Associate | 1 | $ 112.35 | 94.3 | $ 10,594.61 |
| Leonardo D Zarate | Project Specialist | 1 | $ 107.00 | 1.0 | $ 107.00 |
| Elizabeth Romano | Project Specialist | 1 | $ 107.00 | 1.0 | $ 107.00 |
| Leonel Felice | Project Specialist | 1 | $ 107.00 | 1.0 | $ 107.00 |
|  |  |  | Total | 369.8 | $ 56,997.63 |

**Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court**

| Totals | 4.0 | | $ 620.60 |

## Summary of PwC's Fees By Project Category:
## For the months of December 2011 through May 2012

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |

{::45th Quarterly Fee App. - Attach A-3 (10155598).DOCX}

| | | |
|---|---|---|
| **04-Case Administration** | | |
| **05-Claim Analysis Objection & Resolution (Asbestos)** | | |
| **06-Claim Analysis Objection & Resolution (Non-asbestos)** | | |
| **07-Committee, Creditors', Noteholders', or Equity Holders'** | | |
| **08-Employee Benefits/Pension** | | |
| **09-Employee Applications, Applicant** | | |
| **10-Employment Applications, Others** | | |
| **11-Financing** | | |
| **12-Fee Applications, Others** | **4.0** | **$620.60** |
| **13-Financing** | | |
| **14-Hearings** | | |
| **15-Litigation and Litigation Consulting** | | |
| **16-Plan and Disclosure Statement** | | |
| **17-Relief from Stay Proceedings** | | |
| **18-Tax Issues** | **369.8** | **$56,997.63** |
| **19-Tax Litigation** | | |
| **20-Travel- Non-working** | | |
| **21-Valuation** | | |
| **22-ZAI Science Trial** | | |
| **23-ZAI Science Trial- Expenses** | | |
| **24-Other** | | |
| **25-Accounting/Auditing** | | |
| **26-Business Analysis** | | |
| **27-Corporate Finance** | | |
| **28-Data Analysis** | | |

{::45th Quarterly Fee App. - Attach A-3 (10155598).DOCX}

| | | |
|---|---|---|
| **TOTAL:** | 373.8 | $57,618.23 |

**Expense Summary**
**December 2011 – May 2012**

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| **Transportation** | N/A | $923.46 |
| **Lodging** | N/A | $1,598.40 |
| **Sundry** | N/A | $23.02 |
| **Business Meals** | N/A | $83.51 |
| **TOTAL:** | | $ 2,628.39 |

{::45th Quarterly Fee App. - Attach A-3 (10155598).DOCX}