IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

## NOTICE OF EXHIBIT

PLEASE TAKE NOTICE that Exhibit A to the *One Hundred and Thirty-Fourth Monthly Application Of Ferry, Joseph & Pearce, P.A. For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Official Committee Of Asbestos Property Damage Claimants For The Period of June 1, 2012 through June 30, 2012* filed on August 2, 2012 was inadvertently omitted.

Dated: August 6, 2012                                          FERRY, JOSEPH & PEARCE, P.A.


  /s/ Lisa L. Coggins
Michael B. Joseph (#392)
Theodore J. Tacconelli (#2678)
Lisa L. Coggins (No. 4234)
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899
Tel:  (302) 575-1555

*Counsel to the Official Committee of
Asbestos Property Damage Claimants*