# EXHIBIT "A"

### *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:(302) 575-1555        Fax:   (302) 575-1714

WR Grace PD Committee                          June 1, 2012    to    June 30, 2012

Inv  #:              44236

**RE:**        WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|------|--|------:|-------:|
| B14 | Case Administration - | 8.80 | 2,857.50 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 1.50 | 540.00 |
| B18 | Fee Applications, Others - | 2.80 | 495.00 |
| B2 | Claims Analysis Obj. & Res. (Asbestos) | 0.50 | 180.00 |
| B25 | Fee Applications, Applicant - | 4.40 | 834.00 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 0.10 | 36.00 |
| B36 | Plan and Disclosure Statement - | 7.00 | 2,493.00 |
| B37 | Hearings - | 2.60 | 936.00 |
| | **Total** | **27.70** | **$8,371.50** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|------------|-----:|------:|-------:|
| Lisa L. Coggins | 300.00 | 2.30 | 690.00 |
| Regina Matozzo | 225.00 | 1.50 | 337.50 |
| Theodore J. Tacconelli | 360.00 | 17.90 | 6,444.00 |
| Legal Assistant - KC | 150.00 | 6.00 | 900.00 |
| **Total** | | **27.70** | **$8,371.50** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                        **$1,117.05**

| Date | Description | Hours | Lawyer |
|------|-------------|-------|--------|
| Jun-01-12 | *Case Administration* - Confer with TJT re: status of case and new developments re: outstanding appeals | 0.30 | LLC |
| | *Case Administration* - Review 2/15/12 hearing transcript re: Garlock 2019 access appeal | 0.30 | TJT |
| | *Case Administration* - confer with L. Coggins re: status of confirmation appeals and Anderson Memorial Hospital Rule 60(b) Motion | 0.30 | TJT |
| Jun-02-12 | *Case Administration* - Review Notice of Change of Address filed by Warren & Assoc. | 0.10 | TJT |
| | *Case Administration* - Review three miscellaneous certificates of no objection  filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review certificate of counsel re: revised order with attachments re: Libby/BNSF Settlement Motion | 0.50 | TJT |
| Jun-04-12 | *Case Administration* - Review supplemental 2019 Statement by Cooney Conway | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Certificate of No Objection filed by Debtors re: Debtor's Motion to Approve Settlement with EPA re: Big Tex Site | 0.10 | TJT |
| | *Fee Applications, Others*  - Correspondence with L. Flores re: status of Bilzin's April 2012 fee application | 0.20 | KC |
| Jun-05-12 | *Fee Applications, Applicant -*  Review April 2012 monthly fee app and confer with KC re: revisions to same | 0.20 | LLC |
| | *Fee Applications, Applicant* - Review revised April 2012 monthly fee app and confer with KC re: filing of same | 0.10 | LLC |
| | *Committee, Creditors', Noteholders' or* - Correspondence with committee member re: order approving Libby/BNSF Settlement | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)*   Review order approving Libby/BNSF Settlement | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)*   Prepare correspondence to J. Sakalo re: order approving Libby/BNSF Settlement | 0.20 | TJT |
| | *Fee Applications, Applicant* - Revise and finalize Exhibit A Invoice to April 2012 fee application | 0.20 | KC |
| | *Fee Applications, Applicant* - Draft April 2012 monthly fee application, to LLC for review | 0.30 | KC |
| | *Fee Applications, Applicant* - Discussion with LLC re: issues relating to April 2012 invoice; Discussion with TThomas re: same | 0.20 | KC |
| | *Fee Applications, Applicant* - Further revisions to April 2012 invoice | 0.20 | KC |
| Jun-06-12 | *Claims Analysis Obj. & Res. (Asbestos)*   Review 2nd order approving Libby/BNSF Settlement | 0.20 | TJT |
| | *Fee Applications, Applicant* - Prepare April 2012 fee app for filing, efile and service of same | 0.30 | KC |
| Jun-07-12 | *Fee Applications, Others*   - Review CNO re: Bilzin March 2012 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review CNO re: March 2012 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review three miscellaneous CNO's filed by Debtors | 0.10 | TJT |
| | *Fee Applications, Others*   - Prepare certificate of no objection to Bilzin's March 2012 fee application for filing; efile and service of same | 0.30 | KC |
| | *Fee Applications, Applicant* - Prepare certificate of no objection to March 2012 fee application for filing, efile and service of same | 0.30 | KC |

| | | | |
|---|---|---|---|
| Jun-08-12 | *Case Administration* - Review correspondence from P. Cuniff re: 43rd Interim Period fee chart and confer with K. Callahan re: same | 0.20 | TJT |
| | *Case Administration* - Review 43rd Interim Period fee chart | 0.10 | TJT |
| | *Case Administration* - Review memo from K. Callahan re: 43rd Interim Period fee chart | 0.10 | TJT |
| | *Case Administration* - Review joint letter to court re: Garlock 2019 Statement Access appeal 11-1130 | 0.10 | TJT |
| Jun-09-12 | *Case Administration* - Review docket in Garlock 2019 Statement Access appeal 11-1130 | 0.10 | TJT |
| | *Case Administration* - Review Joint Response to Garlock's Motion to Take Judicial Notice re: appeal 11-1130 | 0.50 | TJT |
| | *Case Administration* - Review Garlock's Reply re: Garlock's Motion to Take Judicial Notice re: appeal 11-1130 | 0.40 | TJT |
| Jun-11-12 | *Case Administration* - Review case management memo re: week ending 6-8-2012 | 0.10 | LLC |
| | *Case Administration* - Review notice of agenda re: 6-18 hearing | 0.10 | LLC |
| | *Case Administration* -  Review dockets re: status of pending 3rd circuit, district court and adversary proceedings; memo to  T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* -  Review main docket re: status for week ending 6/8/12; memo to T. Tacconelli and L. Coggins re: same | 0.30 | RM |
| | *Plan and Disclosure Statement* -  Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review case status memo for week ending 6/8 | 0.10 | TJT |
| | *Case Administration* - Review Certificate of No Objection filed by debtors re: Motion to Approve 2012 LTIP | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Consolidated Order granting various motions for reconsideration | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review order overruling all confirmation objections and issuing 524 g injunction | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Prepare correspondence to J. Sakalo re: Consolidated Order and Confirmation Order | 0.30 | TJT |
| | *Hearings* - Review agenda for 6/18 hearing | 0.10 | TJT |
| Jun-12-12 | *Case Administration* - Confer with TJT re: various decisions entered by District Court | 0.20 | LLC |
| | *Case Administration* - Review weekly memos | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Prepare correspondence to committee member re: plan confirmation | 0.30 | TJT |
| | *Committee, Creditors', Noteholders' or* - teleconference with committee member re: plan confirmation and related issues | 0.70 | TJT |
| | *Plan and Disclosure Statement* - Confer with M. Joseph re: status of plan confirmation | 0.10 | TJT |
| | *Hearings*   - Attend District Court hearing re: Garlock's Motion for Access to 2019 Statements re: appeal 11-1130 | 2.30 | TJT |
| Jun-13-12 | *Case Administration* - Review correspondence from K. Makowski re: service of fee apps | 0.10 | TJT |
| Jun-14-12 | *Case Administration* - Review order approving quarterly fee apps for 43rd period and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review amended notice of agenda re: 6-18-2012 hearing | 0.10 | LLC |
| | *Case Administration* - Review Certificate of Counsel filed by Debtors re: proposed order for 43rd Interim Period Quarterly fee apps | 0.10 | TJT |
| | *Case Administration* - Review Certificate of Counsel filed by Debtors re: | 0.10 | TJT |

43rd Interim Period Project Category Summary

| | | | |
|---|---|---|---|
| Jun-15-12 | *Case Administration* - Review Order approving 43rd Interim Period Quarterly fee apps | 0.10 | TJT |
| | *Case Administration* - Review Order approving Debtors Motion to Approve Settlement with EPA re: Big Tex Site | 0.10 | TJT |
| | *Case Administration* - Review Order approving Debtor's Motion to Implement 2012 LTIP | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Start reviewing Amended Memorandum Opinion | 0.50 | TJT |
| | *Hearings*   - Review Amended Agenda for 6/18 hearing | 0.10 | TJT |
| Jun-16-12 | *Case Administration* - Review 3 miscellaneous CNO's filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review 2019 Statement filed by Scott & Scott | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* -Review memo from J. Sakalo re: status of plan confirmation | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Continue reviewing Amended Memorandum Opinion | 0.60 | TJT |
| Jun-17-12 | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Complete review of Amended Memorandum Opinion | 1.20 | TJT |
| Jun-18-12 | *Case Administration* - Review case management memo re: week ending 6-15-2012 | 0.10 | LLC |
| | *Case Administration* - Confer with TJT re: status and issues related to Anderson Memorial Motion | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings; memo to   T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review main docket re: status for week ending 6/15/12; memo to T. Tacconelli and L. Coggins re: same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Confer with K. Callahan re: 43rd Interim Period project category summary | 0.10 | TJT |
| | *Case Administration* - Review Debtor's Notice of Sale of Bondera business with attachments | 0.40 | TJT |
| | *Case Administration* - Review corrected Notice of Settlements for 41st Quarterly Period | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 6/15 | 0.10 | TJT |
| | *Case Administration* - Review email from T. Tacconelli re: service list withdrawal; review service lists re: updating same | 0.20 | KC |
| | *Fee Applications, Others*   - Review email from L. Flores re: Bilzin's April 2012 monthly fee application for filing; download attachments | 0.20 | KC |
| | *Fee Applications, Others*   - Review Bilzin's April 2012 monthly fee app; revisions to notice, draft cos; to LLC for review | 0.20 | KC |
| | *Fee Applications, Applicant* - Review email from LLC re: order approving 43rd Quarterly fees | 0.10 | KC |
| Jun-19-12 | *Case Administration* - Review weekly memos | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Plan Proponent's Opposition to AMH's Rule 60(b) Motion | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review PDFCR's Opposition to AMH's Rule 60(b) Motion | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Prepare correspondence to J. Sakalo re: opposition(s) to AMH's Rule 60(b) Motion | 0.20 | TJT |

Case 01-01139-AMC    Doc 29414-1    Filed 08/06/12    Page 6 of 8

| Date | Description | Hours | Initials |
|---|---|---|---|
| Jun-20-12 | *Fee Applications, Others* - Review Bilzin April 2012 monthly fee app for filing and confer with KC re: service list | 0.20 | LLC |
| | *Fee Applications, Others* - Review CNO re: Bilzin 44th Quarterly fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review Certificate of No Objection re: 44th Quarterly fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review docket for information re: rescheduling Sept. 2012 hearing date- not yet announced | 0.10 | KC |
| | *Fee Applications, Others* - Docket review for objections to Bilzin's 44th Quarterly fee app for Jan-March 2012 | 0.10 | KC |
| | *Fee Applications, Others* - Draft CNO to Bilzin's 44th Quarterly fee app for Jan- March 2012; to LLC for review | 0.20 | KC |
| | *Fee Applications, Others* - Prepare Bilzin April 2012 monthly fee app for filing; efile and service of same | 0.30 | KC |
| | *Fee Applications, Applicant* - Docket review for objections to 44th Quarterly fee app for Jan-March 2012 | 0.10 | KC |
| | *Fee Applications, Applicant* - Draft CNO to 44th Quarterly fee app for Jan-March 2012; to LLC for review | 0.20 | KC |
| Jun-22-12 | *Fee Applications, Others* - Prepare Bilzin CNO to 44th Quarterly fee app for efiling; efile and service of same | 0.30 | KC |
| | *Fee Applications, Applicant* - Prepare CNO to 44th Quarterly fee app for efiling, efile and service of same | 0.30 | KC |
| Jun-23-12 | *Case Administration* - Review 2019 Statement filed by E. Moody | 0.10 | TJT |
| | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| Jun-24-12 | *Case Administration* - Confer with M. Joseph re: status of confirmation and status of various matters in main case | 0.40 | TJT |
| Jun-25-12 | *Committee, Creditors', Noteholders' or* - teleconference with committee member re: status of plan confirmation | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Plan Proponents Status Report to 3rd Circuit clerk | 0.10 | TJT |
| Jun-26-12 | *Plan and Disclosure Statement* - Review Notice of Appeal filed by Garlock | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Motion to Stay filed by Garlock with attachments | 0.80 | TJT |
| | *Plan and Disclosure Statement* - Review Motion to Expedite filed by Garlock | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Prepare correspondence to J. Sakalo re: various Motions filed by Garlock | 0.30 | TJT |
| Jun-27-12 | *Plan and Disclosure Statement* - Prepare correspondence to J. Sakalo re: Memorandum Opinion and Order denying Garlock's Motion to Stay | 0.20 | TJT |
| | *Fee Applications, Applicant* - Draft invoice for May 2012 monthly fee application; review; memo to   MAG re: same | 0.10 | KC |
| | *Fee Applications, Applicant* - Review docket for objections to April 2012 monthly fee app | 0.10 | KC |
| | *Fee Applications, Applicant* - Draft Certificate of No Objection to April 2012 monthly fee app; to LLC for review | 0.10 | KC |
| | *Fee Applications, Applicant* - Review memo from MAG re: draft invoice for May 2012 monthly fee application; revise; to TJT for review | 0.10 | KC |
| | *Fee Applications, Applicant* - Prepare CNO to April 2012 fee app for efilng; efile and service of same | 0.30 | KC |

| Date | Description | Hours | Init. |
|---|---|---|---|
| Jun-28-12 | *Case Administration* -Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review and revise Ferry Joseph and Pearce May prebill | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review Memorandum Opinion and Order denying Garlock's Motion to Stay | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Docketing new Appeal in 3rd Circuit 12-807 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review order consolidating appeal 12-807 with appeal 12-402 | 0.10 | TJT |
| | *Fee Applications, Others*   - Review Bilzin May 2012 fee app; revisions; prepare COS; to LLC for review of same | 0.20 | KC |
| | *Fee Applications, Applicant* - Revisions to May 2012 invoice | 0.20 | KC |
| Jun-29-12 | *Case Administration* - Review notice of withdrawal and forward same to KC | 0.10 | LLC |
| | *Fee Applications, Others*   - Review Bilzin May 2012 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review May 2012 monthly fee app for filing | 0.10 | LLC |
| | *Hearings*   - Review Agenda for 6/16 hearing | 0.10 | TJT |
| | *Fee Applications, Others*   - Prepare Bilzin 131st monthly fee app for May 2012 for efilng; efile and service of same | 0.30 | KC |
| | *Fee Applications, Applicant* - Draft May 2012 monthly fee app; to LLC for review of same | 0.30 | KC |
| Jun-30-12 | *Case Administration* - Review Notice of Withdrawal of Counsel for Fresenius | 0.10 | TJT |
| | *Case Administration* - Review Docket in Appeal 11-1130 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Anderson Memorial Hospital Reply re: AMH's Rule 60 (b) Motion | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review PDFCR's Sur Reply re: AMH's Rule 60(b) Motion | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Prepare correspondence to J. Sakalo re: AMH's Rule 60(b) Motion | 0.20 | TJT |
| | *Plan and Disclosure Statement* - confer with M. Joseph re: status of plan confirmation and related issues | 0.30 | TJT |
| | **Totals** | **27.70** | |

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| Jun-05-12 | Photocopy Cost | 0.50 |
| | Photocopy Cost | 0.60 |
| | Photocopy Cost | 0.60 |
| | Photocopy Cost | 0.70 |
| Jun-06-12 | Photocopy Cost | 0.60 |
| | Photocopy Cost | 3.00 |
| Jun-07-12 | Photocopy Cost | 0.60 |
| | Photocopy Cost | 3.90 |
| | Cost Advance - postage 7@.45 | 3.15 |
| Jun-08-12 | Photocopy Cost | 0.60 |
| Jun-09-12 | Photocopy Cost | 1.40 |
| | Photocopy Cost | 1.00 |
| Jun-12-12 | Photocopy Cost | 3.10 |
| Jun-15-12 | Photocopy Cost | 7.50 |

Invoice #:      44236                    Page  7                    June  1- June 30, 2012

| Jun-17-12 | Photocopy Cost | 4.70 |
| Jun-18-12 | Photocopy Cost | 0.80 |
| Jun-20-12 | Photocopy Cost | 3.00 |
| Jun-21-12 | Cost Advance - postage - 1 @ $.45 | 0.45 |
| Jun-22-12 | Photocopy Cost | 6.50 |
| | Cost Advance - postage - 7 @ $.45 | 3.15 |
| | Cost Advance - postage - 1@ $.45 | 0.45 |
| Jun-25-12 | Cost Advance -   Digital Legal - copies/service   (Inv # 66025) | 949.70 |
| | Cost Advance - First State Deliveries - 6 hand deliveries 6/7/12 | 45.00 |
| Jun-26-12 | Cost Advance - First State Deliveries - 6 hand deliveries 6/6/12 | 7.50 |
| Jun-27-12 | Photocopy Cost | 0.80 |
| | Photocopy Cost | 0.60 |
| | Cost Advance - First State Deliveries - 6 hand deliveries 6/22/12 | 45.00 |
| Jun-28-12 | Photocopy Cost | 1.10 |
| | Photocopy Cost | 0.80 |
| | Photocopy Cost | 0.80 |
| Jun-29-12 | Photocopy Cost | 3.60 |
| | Photocopy Cost | 0.80 |
| | Photocopy Cost | 0.80 |
| | Photocopy Cost | 0.70 |
| | Photocopy Cost | 3.60 |
| | Cost Advance - postage - 1@ $.45 | 0.45 |
| | Cost Advance -   First State Deliveries - hand delivery 6/20/12 | 7.50 |
| Jun-30-12 | Photocopy Cost | 2.00 |

Totals                              $1,117.05

**Total Fees & Disbursements**                    **$9,488.55**