# EXHIBIT A



# The Hogan Firm

1311 Delaware Avenue

Wilmington, DE 19806

(302) 656 7540

EIN 51-0352711

---

**Canadian ZAI Claimants**  
**c/o Lauzon Belanger Lesperance**  
Attention: Careen Hannouche  
286 rue Street  
Paul Quest bureau 100 Montreal QC H2Y 2A3

Date: 7/2/2012  
File Number: ZAI/WRG 060124-01  
Invoice Number: 20263

**Re:** Canadian Zonolite Claimants  
WRGrace Chapter 11 Bankruptcy  
Our File No. 060124-01

---

| Date | Initials | Description of Service | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/01/2012 | KEH | Electronically file 26th Monthly Fee Application for Lauzon Belanger Lesperance. | 0.30 | 190.00 | 57.00 |
| 06/01/2012 | KEH | Electronically file 26th Monthly Fee Application for Scarfone Hawkins. | 0.30 | 190.00 | 57.00 |
| 06/01/2012 | KEH | Electronically file 26th Monthly Fee Application for The Hogan Firm. | 0.30 | 190.00 | 57.00 |
| 06/01/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation (Twenty-Sixth) of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period April 1, 2012, to April 30, 2012. Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 06/01/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation (Twenty-Sixth) of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period April 1, 2012, to April 30, 2012. Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 06/01/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation (Twenty-Sixth) of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period April 1, 2012, to April 30, 2012. | 0.30 | 400.00 | 120.00 |
| 06/01/2012 | KEH | E-mail correspondence with 'eservices@parcelsinc.com' transmitting, for hand delivery to the US Trustee, the 26th Monthly Applications of The Hogan Firm, Scarfone Hawkins and Lauzon Bélanger Lespérance. | 0.20 | 195.00 | 39.00 |
| 06/01/2012 | KEH | E-mail correspondence with 'Fee Audit' transmitting, in Word format, the Twenty-Sixth Monthly Application of The Hogan Firm as Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants, Docket No. 29010. | 0.20 | 195.00 | 39.00 |

| 7/2/2012 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | | Page:2 |
|---|---|---|---|---|---|---|
| 06/01/2012 | KEH | | E-mail correspondence with 'Fee Auditor' transmitting, in Word format, the Twenty-Sixth Monthly Application of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants, Docket No. 29011. | 0.20 | 195.00 | 39.00 |
| 06/01/2012 | KEH | | E-mail correspondence with 'Fee Auditor' transmitting, in Word format, the Twenty-Sixth Monthly Application of Lauzon Bélanger Lespérance as Special Counsel for the Canadian ZAI Claimants, Docket No. 29012. | 0.20 | 195.00 | 39.00 |
| 06/01/2012 | KEH | | E-mail correspondence with Service Parties transmitting 26th Monthly Application of Lauzon Bélanger Lespérance, Docket No. 29012. | 0.20 | 195.00 | 39.00 |
| 06/01/2012 | KEH | | E-mail correspondence with Service Parties transmitting the 26th Monthly Application of Scarfone Hawkins LLP, Docket No. 29011. | 0.20 | 195.00 | 39.00 |
| 06/01/2012 | KEH | | E-mail correspondence with Service Parties transmitting the 26th Monthly Application of The Hogan Firm, Docket No. 29010. | 0.20 | 195.00 | 39.00 |
| 06/01/2012 | DKH | | Made final revisions to Monthly Application for Compensation (Twenty-Sixth) of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period April 1, 2012, to April 30, 2012. | 0.30 | 400.00 | 120.00 |
| 06/01/2012 | DKH | | Made final revisions to Monthly Application for Compensation (Twenty-Sixth) of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period April 1, 2012, to April 30, 2012. | 0.30 | 400.00 | 120.00 |
| 06/01/2012 | DKH | | Made final revisions to Monthly Application for Compensation (Twenty-Sixth) of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period April 1, 2012, to April 30, 2012. | 0.40 | 400.00 | 160.00 |
| 06/01/2012 | KEH | | Review and revise WRGrace payment spreadsheet, adding 26th monthly applications. | 0.20 | 195.00 | 39.00 |
| 06/03/2012 | LNC | | E-mail correspondence with Daniel Hogan regarding the Fee Auditor's review of the 8th Quarterly Fee Applications | 0.10 | 195.00 | 19.50 |
| 06/03/2012 | KEH | | Meeting with Daniel Hogan regarding preparation of CNOs for the quarterly applications and how they need to be handled. | 0.30 | 195.00 | 58.50 |
| 06/05/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Order Pursuant to Sections 105 and 363 of the Bankruptcy Code and Rule 9019 of the Fed.R.Bankr.P. Approving (A) the Settlement Between W.R. Grace & Co. and the Libby Claimants, (B) the Transition of the Libby Medical Program and (C) the Settlement Between W.R. Grace & Co. and BNSF Railway Company (with Exhibits). Related to Doc #[28779], [28885], [28992] Signed on 6/4/2012. | 0.40 | 400.00 | 160.00 |
| 06/06/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Order Approving (A) the Settlement Between W.R. Grace & Co. and the Libby Claimants, (B) the Transition of the Libby Medical Program, and (C) the Settlement Between W.R. Grace & Co. and BNSF Railway Company (related document(s)[28779], [28885], [28992]). Signed on 6/6/2012. | 0.40 | 400.00 | 160.00 |
| 06/06/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Order Approving (A) the Settlement Between W.R. Grace & Co. and the Libby Claimants, (B) the Transition of the Libby Medical Program, and (C) the Settlement Between W.R. Grace & Co. and BNSF Railway Company. | 0.40 | 400.00 | 160.00 |
| 06/11/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Certification of Counsel Regarding Forty-Third Quarter Project Category Summary. Filed by W.R. Grace & Co., et al. Reconciled amounts against our spreadsheet. | 0.80 | 400.00 | 320.00 |

| 7/2/2012 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | | Page:3 |
|---|---|---|---|---|---|---|
| 06/11/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Certification of Counsel Regarding Order Approving Quarterly Fee Applications for the Forty-Third Period. Filed by W.R. Grace & Co., et al.. | 0.50 | 400.00 | 200.00 |
| 06/11/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Notice of Agenda of Matters Scheduled for Hearing Filed by W.R. Grace & Co., et al.. Hearing scheduled for 6/18/2012 at 09:00 AM. | 0.30 | 400.00 | 120.00 |
| 06/11/2012 | LNC | | E-mail correspondence with Karen Harvey re: updated service lists for the fee applications. | 0.10 | 195.00 | 19.50 |
| 06/11/2012 | LNC | | E-mail correspondence with Karen Harvey regarding the preparation of the Certificate of No Objection for the 8th Quarterly Fee Applications. | 0.10 | 195.00 | 19.50 |
| 06/11/2012 | KEH | | E-mail correspondence with Lauren Campbell regarding the Notice Only Service List for the quarterly applications. | 0.10 | 195.00 | 19.50 |
| 06/12/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Amended Memorandum Opinion Overruling the Objections to the Settlement Agreement Between Appellee W.R. Grace & Co., et al. and the CNA Companies and Approving the Settlement Agreement. | 2.00 | 400.00 | 800.00 |
| 06/12/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Order that Objections to the Settlement Agreement Between Appellee and CNA Companies are OVERRULED and the Settlement Agreement is APPROVED. FURTHER ORDERED that all Objections to the Joint Plan of Reorganization are OVERRULED and the Joint Plan is CONFIRMED in its entirety. FURTHER ORDERED that an injunction is hereby issued. FURTHER ORDERED that Annexes I, II and III are incorporated herein by reference and approved, and channeling injunction shall issue as to all Asbestos Protected Parties identified in Annex III (related document(s)[29042], [29043]). Signed on 6/11/2012 | 0.30 | 400.00 | 120.00 |
| 06/13/2012 | LNC | | E-mail correspondence with anthony@bluemarblelog.com re: service of the Certificate of No Objection to the 8th Quarterly Fee Applications. | 0.10 | 195.00 | 19.50 |
| 06/13/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection Regarding the Eighth Quarterly Application for Compensation for Lauzon Belanger Lesperance for the Period of October 1, 2011, through December 31, 2011 (related document(s)[28605]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 06/13/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection Regarding the Eighth Quarterly Application for Compensation of Scarfone Hawkins LLP for the Period of October 1, 2011, through December 31, 2011 (related document(s)[28604]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 06/13/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection Regarding the Eighth Quarterly Application for Compensation of The Hogan Firm For the Period of October 1, 2011, through December 31, 2011 (related document(s)[28603]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 06/13/2012 | LNC | | Prepare for and electronically filed the Certificate of No Objection for Lauzon Belanger Lesperance 8th Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 06/13/2012 | LNC | | Prepare for and electronically filed the Certificate of No Objection for The Hogan Firm's 8th Monthly Fee Application. | 0.30 | 195.00 | 58.50 |

| 7/2/2012 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | | Page:4 |
|---|---|---|---|---|---|---|
| 06/13/2012 | LNC | | Prepared the Certificate of No Objection for the 8th Quarterly Fee Application for Lauzon Belanger Lesperance. | 0.30 | 195.00 | 58.50 |
| 06/13/2012 | LNC | | Prepared the Certificate of No Objection for the 8th Quarterly Fee Application for Scarfone Hawkins LLP. | 0.30 | 195.00 | 58.50 |
| 06/13/2012 | LNC | | Prepared the Certificate of No Objection for the 8th Quarterly Fee Application for The Hogan Firm. | 0.30 | 195.00 | 58.50 |
| 06/13/2012 | DKH | | Reviewed and revised Certificate of No Objection Regarding the Eighth Quarterly Application for Compensation of Scarfone Hawkins LLP for the Period of October 1, 2011, through December 31, 2011. | 0.30 | 400.00 | 120.00 |
| 06/13/2012 | DKH | | Reviewed and revised Certificate of No Objection Regarding the Eighth Quarterly Application for Compensation of The Hogan Firm For the Period of October 1, 2011, through December 31, 2011. | 0.30 | 400.00 | 120.00 |
| 06/13/2012 | DKH | | Reviewed docket for objections to Eighth Quarterly Application for Compensation of The Hogan Firm For the Period of October 1, 2011, through December 31, 2011. | 0.30 | 400.00 | 120.00 |
| 06/13/2012 | DKH | | Reviewed docket for objections to Eighth Quarterly Application for Compensation for Lauzon Belanger Lesperance and Scarfone Hawkins for the Period of October 1, 2011, through December 31, 2011. | 0.30 | 400.00 | 120.00 |
| 06/14/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Order Approving Quarterly Fee Applications for the Forty-Third Period (related document(s)[29039], [29040]). Signed on 6/14/2012. | 0.30 | 400.00 | 120.00 |
| 06/14/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Amended HEARING CANCELLED /RESCHEDULED. Notice of Agenda of Matters Scheduled for Hearing. (related document(s)[29041]) Filed by W.R. Grace & Co., et al.. Hearing scheduled for 6/18/2012 at 09:00 AM. | 0.30 | 400.00 | 120.00 |
| 06/15/2012 | LNC | | E-mail correspondence with anthony@bluemarblelog.com re: service of the Certificate of No Objection to the 25th Monthly Fee Applications. | 0.10 | 195.00 | 19.50 |
| 06/15/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed receipt for efiling of Certificate of No Objection Regarding the Twenty-Fifth Monthly Application for Compensation of Lauzon Belanger Lesperance (related document(s)[28880]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 06/15/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection Regarding the Twenty-Fifth Monthly Application for Compensation of The Hogan Firm (related document(s)[28878]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 06/15/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.; Reviewed receipt for efiling of Certificate of No Objection Reagrding the Twenty-Fifth Monthly Application for Compensation of Scarfone Hawkins LLP (related document(s)[28879]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 06/15/2012 | LNC | | Prepare for and electronically filed the Certificate of No Objection for Lauzon Belanger Lesperance's 25th Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 06/15/2012 | LNC | | Prepare for and electronically filed the Certificate of No Objection for Scarfone Hawkins LLP 25th Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 06/15/2012 | LNC | | Prepare for and electronically filed the Certificate of No Objection for The Hogan Firm's 25th Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 06/15/2012 | LNC | | Prepared the Certificate of No Objection for Lauzon Belanger Lesperance for the 25th Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 06/15/2012 | LNC | | Prepared the Certificate of No Objection for Scarfone Hawkins for the 25th Monthly Fee Application. | 0.30 | 195.00 | 58.50 |

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/15/2012 | LNC | Prepared the Certificate of No Objection for The Hogan firm for the 25th Monthly Application for Compensation. | 0.30 | 195.00 | 58.50 |
| 06/15/2012 | DKH | Reviewed docket for objections and reviewed Certificate of No Objection Regarding the Twenty-Fifth Monthly Application for Compensation of The Hogan Firm. | 0.40 | 400.00 | 160.00 |
| 06/15/2012 | DKH | Reviewed docket for Objections Regarding the Twenty-Fifth Monthly Application for Compensation of Lauzon Belanger Lesperance.  Reviewed CNO. | 0.40 | 400.00 | 160.00 |
| 06/15/2012 | DKH | Reviewed docket for objections Regarding the Twenty-Fifth Monthly Application for Compensation of Scarfone Hawkins LLP. | 0.30 | 400.00 | 120.00 |
| 06/19/2012 | DKH | E-mail correspondence with Bobbi Ruhlander concerning entries in Scarfone Hawkins' quarterly and monthly fee applications for the 44th interim period (January through March 2012).  Reviewed same. | 0.50 | 400.00 | 200.00 |
| 06/19/2012 | DKH | E-mail correspondence with Bobbi Ruhlander that there are no issues with or objections to the Lauzon Belanger or THF applications. | 0.10 | 400.00 | 40.00 |
| 06/19/2012 | DKH | E-mail correspondence with Bobbie Ruhlander concerning Scarfone Hawkins' quarterly and monthly fee applications for the 44th interim period (January through March 2012). | 0.10 | 400.00 | 40.00 |
| 06/19/2012 | KEH | E-mails to/from Scarfone Hawkins re: email from Bobbi Ruhlander (Fee Auditor) about Scarfone Hawkins' quarterly and monthly fee applications for the 44th interim period (January through March 2012) - certain time entries in Scarfone Hawkins' application appear to relate to bookkeeping and administrative matters - need explanation for why the estate should compensate this time. | 0.40 | 195.00 | 78.00 |
| 06/19/2012 | KEH | Meeting with Daniel Hogan re: Bobbi Ruhlander's email regarding Scarfone Hawkins' quarterly and monthly fee applications for the 44th interim period (January through March 2012) - certain time entries in Scarfone Hawkins' application appear to relate to bookkeeping and administrative matters. | 0.30 | 195.00 | 58.50 |
| 06/20/2012 | KEH | E-mail correspondence with 'Bobbi Ruhlander' - Scarfone Hawkins agrees to the $386.25 reduction in fees for the 44th Interim Period. | 0.10 | 195.00 | 19.50 |
| 06/20/2012 | DKH | E-mail correspondence with David Thompson agreeing to deductions to Scarfone Hawkins fee applications. | 0.20 | 400.00 | 80.00 |
| 06/20/2012 | DKH | E-mail correspondence with David Thompson concerning Fee examiner's coments on Scarfone Hawkins fee applications. | 0.20 | 400.00 | 80.00 |
| 06/20/2012 | DKH | E-mail correspondence with Representative Counsel regarding fee applications. | 0.30 | 400.00 | 120.00 |
| 06/20/2012 | KEH | Meeting with Dan Hogan re: Fee Auditor's position on Scarfone Hawkins' quarterly and monthly fee applications for the 44th interim period (January through March 2012); E-mail correspondence with 'David Thompson';Cindy Yates with each time entry in question and notes on same. | 0.40 | 195.00 | 78.00 |
| 06/20/2012 | LNC | Prepared the Certificate of No Objection for the 9th Quarterly Fee Application for Lauzon Belanger Lesperance. | 0.30 | 195.00 | 58.50 |
| 06/20/2012 | LNC | Prepared the Certificate of No Objection for the 9th Quarterly Fee Application for Scarfone Hawkis LLP. | 0.30 | 195.00 | 58.50 |
| 06/20/2012 | LNC | Prepared the Certificate of No Objection for the 9th Quarterly Fee Application for The Hogan Firm. | 0.30 | 195.00 | 58.50 |
| 06/21/2012 | LNC | E-mail correspondence with anthony@bluemarblelog.com re: service of the Certificate of No Objection for the 9th Quarterly Fee Applications. | 0.10 | 195.00 | 19.50 |
| 06/21/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection Regarding the Ninth Quarterly Application for Compensation for Lauzon Belanger Lesperance for the Period of January 1, 2012-March 31, 2012 (related document(s)[28918]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |

| 7/2/2012 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | | Page:6 |
|---|---|---|---|---|---|---|
| 06/21/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection Regarding the Ninth Quarterly Application for Compensation of The Hogan Firm for the Period of January 1, 2012- March 31, 2012 (related document(s)[28930]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 06/21/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection Regarding the Ninth Quartlery Application for Compensation of Scarfone Hawkins for the Period of January 1, 2012- March 31, 2012 (related document(s)[28917]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 06/21/2012 | LNC | | E-mail correspondence with Karen Harvey re: preparation of the Certificate of No Objection for Scarfone Hawkins 26th Monthly Application to include the fee auditors reduction. | 0.20 | 195.00 | 39.00 |
| 06/21/2012 | DKH | | Reviewed docket for objections to Ninth Quarterly Application for Compensation of The Hogan Firm for the Period of January 1, 2012- March 31, 2012.  Reviewed and revised Certificate of No Objection Regarding the Ninth Quarterly Application for Compensation of The Hogan Firm for the Period of January 1, 2012- March 31, 2012. | 0.40 | 400.00 | 160.00 |
| 06/21/2012 | DKH | | Reviewed docket for objections to the Ninth Quarterly Application for Compensation for Lauzon Belanger Lesperance for the Period of January 1, 2012-March 31, 2012; reviewed CNO. | 0.40 | 400.00 | 160.00 |
| 06/21/2012 | DKH | | Reviewed docket for objections to the Ninth Quartlery Application for Compensation of Scarfone Hawkins for the Period of January 1, 2012- March 31, 2012. Reviewed and revised CNO. | 0.40 | 400.00 | 160.00 |
| 06/22/2012 | LNC | | E-mail correspondence with Careen Hannouche re: transmission of Lauzon Belanger Lesperance May time expense statement. | 0.10 | 195.00 | 19.50 |
| 06/22/2012 | LNC | | E-mail correspondence with Cindy Yates re: transmission of Scarfone Hawkins May time expense statement. | 0.10 | 195.00 | 19.50 |
| 06/26/2012 | LNC | | Calculation for project codes on The Hogan Firm's time statement to prepare the 27th Monthly Fee Application. | 1.00 | 195.00 | 195.00 |
| 06/26/2012 | DKH | | E-mail correspondence with Careen Hannouche transmitting LBL's  time statement for the month of May. Reviewed same. | 0.40 | 400.00 | 160.00 |
| 06/26/2012 | LNC | | E-mail correspondence with Careen Hannouche transmitting the May time expense statement for Lauzon Belanger Lesperance. Save as exhibit to file. | 0.20 | 195.00 | 39.00 |
| 06/26/2012 | LNC | | E-mail correspondence with Cindy Yates to inquire about the expected arrival of the May time expense statement. | 0.10 | 195.00 | 19.50 |
| 06/26/2012 | DKH | | E-mail correspondence with Cindy Yates transmitting Scarfone Hawkins LLP Monthly Fee statement for May 1, 2012 – May 31, 2012; reviewed same. | 0.50 | 400.00 | 200.00 |
| 06/26/2012 | LNC | | E-mail correspondence with Cindy Yates transmitting the May time expense statement for Scarfone Hawkins. Save as exhibit to file. | 0.20 | 195.00 | 39.00 |
| 06/26/2012 | LNC | | Prepared the 27th Monthly Fee Application for The Hogan Firm | 1.30 | 195.00 | 253.50 |
| 06/27/2012 | LNC | | Calculation of project codes for Lauzon Belanger Lesperance time expense statement to prepare the 27th Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 06/27/2012 | LNC | | Calculation of project codes for Scarfone Hawkins time statement to prepare the 27th Monthly Fee Application. | 0.40 | 195.00 | 78.00 |
| 06/27/2012 | LNC | | Prepared the 27th Monthly Fee Application for Scarfone Hawkins. | 1.30 | 195.00 | 253.50 |
| 06/28/2012 | LNC | | Prepared the 27th Monthly Fee Application for Lauzon Belanger Lesperance. | 1.30 | 195.00 | 253.50 |
| 06/29/2012 | DKH | | E-mail correspondence with Careen Hannouche transmitting the signed certification for LBL's monthly fee application. | 0.10 | 400.00 | 40.00 |

| 7/2/2012 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | | Page:7 |
|---|---|---|---|---|---|---|
| 06/29/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation (Twenty-Seventh) of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period May 1, 2012 to May 31, 2012 Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 06/29/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation (Twenty-Seventh) of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period May 1, 2012 to May 31, 2012 Filed by Canadian ZAI Claimants. Objections due by 7/23/2012. | 0.30 | 400.00 | 120.00 |
| 06/29/2012 | LNC | | Prepare for and electronically filed the 27th Monthly Fee Application for Lauzon Belanger Lesperance. | 0.30 | 195.00 | 58.50 |
| 06/29/2012 | LNC | | Prepared for and electronically filed the 27th Monthly Fee Application for The Hogan Firm. | 0.30 | 195.00 | 58.50 |
| 06/29/2012 | DKH | | Reviewed and revised LBL's 27th Monthly Fee Application. | 0.60 | 400.00 | 240.00 |
| 06/29/2012 | DKH | | Reviewed and revised Monthly Application for Compensation (Twenty-Seventh) of The Hogan Firm. | 0.70 | 400.00 | 280.00 |
| 06/29/2012 | DKH | | Reviewed and revised SH's 27th Monthly Fee Application. | 0.70 | 400.00 | 280.00 |
| | | | **Total Fees** | **34.80** | | **$10,635.50** |

**Expenses**

| 06/01/2012 | Outside printing & delivery - Parcels Inv. 386531 | 14.64 |
|---|---|---|
| 06/01/2012 | Photocopies - 26th Monthly Application | 13.80 |
| 06/07/2012 | Postage to WRG and Fee Auditor 26th Monthly Applications | 5.00 |
| 06/26/2012 | Outside Printing-Certificate of No Objection to the 25th Monthly Application | 6.55 |
| 06/26/2012 | Outside Printing-Certificate of No Objection to the 8th Quarterly Application | 13.40 |
| 06/29/2012 | Photocopies made of the 27th Monthly Application of Lauzon Belanger Lesperance and The Hogan Firm to be sent to the fee auditor and debtor. | 9.00 |
| 06/29/2012 | Postage-First Class mail; copies of the 27th Monthly Fee Application of Lauzon Belanger Lesperance and The Hogan Firm sent to the fee auditor and the debtor. | 3.80 |
| | **Total Expenses** | **$66.19** |

**TOTAL NEW CHARGES** $10,701.69

**STATEMENT OF ACCOUNT**

| Prior Balance | 12,903.82 |
|---|---|
| Payments | -12,903.82 |
| Current Fees | 10,635.50 |
| Current Expenses | 66.19 |
| **AMOUNT DUE AND OWING TO DATE** | **$10,701.69** |

**TERMS: DUE UPON RECEIPT; INTEREST WILL ACCRUE ON THE UNPAID BALANCE AT THE RATE OF 1.5% PER MONTH;  Please call 302.656.7540 if you have any questions or concerns.**

| | | | |
|---|---|---|---|
| 7/2/2012 | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | Page:8 |

**Payments**

| **Date** | **Ref #** | **Description** | **Amount** |
|---|---|---|---|
| 6/18/2012 | 005 3121 | Payment on Account | 12,903.82 |