## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et. al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

### AFFIDAVIT OF SERVICE

I, Lauren N. Campbell, being duly sworn according to law, deposes and says that she is employed by The Hogan Firm, counsel to the Representative Counsel for the Canadian ZAI Claimants in the above-captioned action, and that on the 8th day of August, 2012, she caused a copy of the **Twenty-Eighth Monthly Application of The Hogan Firm As Counsel To Representative Counsel for the Canadian ZAI Claimants** to be served upon the Notice Parties, in the manner indicated on the attached service list, in accordance with the Amended Administrative Order Under 11 U.S.C., §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [Docket No. 1949].

_____
Lauren N. Campbell

SWORN TO AND SUBSCRIBED
By me on this 8th day of August, 2012

_____
Notary Public
My Commission Expires: _____

[Notary Seal: KAREN E. HARVEY, MY COMMISSION EXPIRES MARCH 14, 2013, NOTARY PUBLIC STATE OF DELAWARE]

**Grace Fee Application Service List**

*Hand Delivery*
(Trustee)
Office of the United States Trustee
David Klauder, Esquire
844 King Street, Suite 2311
Wilmington, DE 19801

*Federal Express & E-mail:*
*Richard.finke@grace.com*
(Debtors)
Richard C. Finke, Esquire
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

*Federal Express & E-mail:*
*feeaudit@whsmithlaw.com*
(Fee Auditor)
Warren H. Smith
Warren H. Smith and Associates
Republic Center
325 N. St. Paul, Ste. 1250
Dallas, TX 75201

*E-mail: joneill@pszjlaw.com*
(Co-Counsel for Debtors)
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market St., 17th Floor
Wilmington, DE 19899

*E-mail: mlastowski@duanemorris.com*
(Counsel for Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane Morris, LLP
1100 N. Market St., Ste. 1200
Wilmington, DE 19801

*E-mail: mjoseph@ferryjoseph.com*
(Counsel to Official Committee of Asbestos Property Damage Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Ste. 904
Wilmington, DE 19899

*E-mail: mhurford@camlev.com*
(Counsel to Official Committee of Personal Injury Claimants)
Mark T. Hurford, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

*E-mail: tcurrier@saul.com*
(Counsel to Official Committee of Equity Holders)
Teresa K.D. Currier, Esquire
Saul Ewing LLP
222 Delaware Avenue, Ste. 1200
Wilmington, DE 19899

*E-mail: jcp@pgslaw.com*
(Co-Counsel to David T. Austern, Personal Injury Future Claimant's Representative)
John C. Phillips, Jr., Esquire
Philips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

*E-mail: khill@svglaw.com*
(Co-Counsel to the Hon. Alexander M. Sanders, Jr., Property Damages Future Claims Representative)
R. Karl Hill, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Ste. 1500
Wilmington, DE 19801

E-mail: rhiggins@rogerhigginslaw.com
(Co-counsel for Debtors)
Roger J. Higgins, Esquire
The Law Offices of Roger Higgins LLC
111 East Wacker Dr, Ste 2800
Chicago IL 60601

E-mail: david.heller@lw.com
(Co-Counsel to Debtor-In-Possession Lender)
David S. Heller, Esquire
Latham & Watkins
Sears Tower, Ste. 5800
233 South Wacker Dr.
Chicago, IL 60606

E-mail: wskatchen@duanemorris.com
(Counsel for Official Committee of Unsecured Creditors)
William S. Katchen, Esquire
Duane Morris LLP
744 Broad Street, Ste. 1200
Newark, NJ 07102

E-mail: lkruger@stroock.com
(Counsel for Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

E-mail: sbaena@bilzin.com
(Counsel to Official Committee of Asbestos Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd., Ste 2500
Miami, FL 33131

E-mail: ei@capdale.com
(Counsel to Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue., 35th Floor
New York, NY 10152

E-mail: pbentley@kramerlevin.com
(Counsel to Official Committee of Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

E-mail: rfrankel@orrick.com
(Co-Counsel to David T. Austern, Personal Injury Future Claimant's Representative)
Richard Frankel, Esquire
Orrick Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005

E-Mail: john.donley@kirkland.com
(Counsel to Debtor)
John Donley, Esquire
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

E-mail: arich@alanrichlaw.com
(Co-Counsel to the Hon. Alexander M. Sanders, Jr., Property Damages Future Claims Representative)
Alan B. Rich, Esquire
Law Office of Alan B. Rich
1401 Elm Street, Suite 4620
Dallas, TX 75202