# EXHIBIT A

# LAUZON BÉLANGER LESPÉRANCE
AVOCATS • ATTORNEYS

July 24, 2012

RE :   W.R. GRACE & CO., and al.
       U.S. FEE APPLICATION
       CDN ZAI CLASS ACTION
       Our file:  222

## CANADIAN ZAI SPECIAL COUNSEL FEE APPLICATION
(June 1st 2012 to June 30th 2012)

**FOR PROFESSIONAL SERVICES RENDERED, INCLUDING:**

| DATE | INIT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 2012-06-18 | CH | Letter to David Thompson re: portion of the Hogan Firm fees | 0.33 | 285.00 | 94.05 |
| 2012-06-26 | CH | Email to Lauren Campbell re: time statement | 0.25 | 285.00 | 71.25 |
| 2012-06-26 | CH | Review of May time statement | 0.33 | 285.00 | 94.05 |
| 2012-06-26 | CH | Email to Lauren Campbell re: May monthly statement | 0.25 | 285.00 | 71.25 |
| 2012-06-26 | CH | Review of 27th monthly application and certification | 0.50 | 285.00 | 142.50 |
| 2012-06-29 | CH | Email to Lauren Campbell re: signed certification | 0.25 | 285.00 | 71.25 |
| | | **OUR FEES:** | **1.83** | | **$ 521.55** |

TIME SUMMARY BY LAWYER

CH     285.00     1.83     521.55

**TOTAL FEES**                                                                                           **$ 521.55**

G.S.T. 5%                                                                                                 26.08
Q.S.T. 9.5%                                                                                               52.02

**TOTAL**                                                                                                 **$599.65**

# G.S.T.   814682340 RT 0001
# Q.S.T.   1211542736 TQ 0001