# EXHIBIT A

W.R. GRACE & CO., et al.  
CDN ZAI CLASS ACTION

U.S. FEE APPLICATION  
DATE:  
June 30, 2012  
OUR FILE NO: 05L121

# Scarfone Hawkins LLP
BARRISTERS AND SOLICITORS

| ONE JAMES STREET SOUTH | TELEPHONE |
| 14TH FLOOR | 905-523-1333 |
| P.O. BOX 926, DEPOT #1 | |
| HAMILTON, ONTARIO | TELEFAX |
| L8N 3P9 | 905-523-5878 |

H.S.T. REGISTRATION NO. **873984314 RT – 0001**

**CANADIAN ZAI MONTHLY FEE APPLICATION**  
**(June 1, 2012 – June 30, 2012)**

| DATE | PROFESSIONAL SERVICE | LAWYER | RATE/HR | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 06 /01/12 | receipt of and respond to claimant inquiries re: status of U.S. appeals | DT | $525.00 | 0.25 | $131.25 |
| 06 /01/12 | receipt Karen Harvey emails and follow-ups | DT | $525.00 | 0.25 | $131.25 |
| 06 /01/12 | deal with class member inquiries and follow-ups on status of settlement and U.S. appeals | DT | $525.00 | 0.25 | $131.25 |
| 06 /04/12 | receipt of and respond to inquiries from claimants re: status of U.S. appeals and Canadian settlement, email to Careen Hannouche and memo to Matt Moloci | DT | $525.00 | 0.40 | $210.00 |
| 06 /05/12 | receipt of and respond to class member inquiries re: status of US appeals, memo to BS, consider update to website content | DT | $525.00 | 0.40 | $210.00 |
| 06 /05/12 | receipt Careen Hannouche email re possible meeting | DT | $525.00 | 0.10 | $52.50 |
| 06 /06/12 | receipt of and respond to class member inquiries, etc. | DT | $525.00 | 0.25 | $131.25 |
| 06 /07/12 | receipt of and deal with various class member inquiries re: status of US appeals and Canadian settlement | DT | $525.00 | 0.25 | $131.25 |
| 06 /07/12 | receipt and review email from David Thompson with respect to update of website content, prepare content for website, update new content to website | LC | $120.00 | 1.00 | $120.00 |
| 06 /11/12 | receipt of and respond to class member inquiries as to status of US appeals and Canadian settlement | DT | $525.00 | 0.25 | $131.25 |
| 06 /13/12 | receipt of and respond to class member inquiries, etc., re: status of Canadian settlement | DT | $525.00 | 0.25 | $131.25 |
| 06 /15/12 | receipt of and respond to class member inquiries re: status of US appeals and Canadian ZAI settlement | DT | $525.00 | 0.25 | $131.25 |

| 06/19/12 | receipt Careen Hannouche letter, review Dan Hogan account, etc., memo to Matt Moloci, memo to Cindy Yates, letter to Careen Hannouche | DT | $525.00 | 0.35 | $183.75 |
|---|---|---|---|---|---|
| 06/19/12 | receipt Karen Harvey email and memo to Cindy Yates re disallowed fees | DT | $525.00 | 0.10 | $52.50 |
| 06/21/12 | emails to and from Lauren Campbell, Karen Harvey and Dan Hogan re status | DT | $525.00 | 0.25 | $131.25 |
| 06/22/12 | emails to and from Lauren Campbell regarding status of matters | DT | $525.00 | 0.10 | $52.50 |
| 06/26/12 | memos to and from Cindy Yates, discuss with Cindy Yates monthly application, memo to Matt Moloci re status of matters | DT | $525.00 | 0.25 | $131.25 |
| 06/29/12 | emails to and from Lauren Campbell | DT | $525.00 | 0.10 | $52.50 |
| 06/30/12 | review dockets for period June 1, 2012 to June 30, 2012, amend dockets, review disbursements, discuss with David Thompson, draft account, review with David Thompson and Matt Moloci, assemble account into form required by U.S. Bankruptcy Court, email to Lauren Campbell and Karen Harvey enclosing monthly fee application for the period of June 1,2012 to June 30,2012 | LC | $120.00 | 2.00 | $240.00 |
|  |  |  | **SUB-TOTAL** | **7.05** | **$2,486.25** |

| TIMEKEEPER | ID | HOURS | RATE | TOTAL | PLUS 13% H.S.T |
|---|---|---|---|---|---|
| DAVID THOMPSON 25 years | DT | 4.05 | $525.00 | $2,126.25 | $276.41 |
| LAW CLERK Cindy Yates 30 years | CY | 3.00 | $120.00 | $360.00 | $46.80 |
| **SUB-TOTAL:** |  | **7.05** |  | **$2,486.25** | **$323.21** |
| **TOTAL FEES AND TAXES:** |  |  |  |  | **$2,809.46** |

| **TOTAL FEES AND APPLICABLE TAXES:** | **$2,809.46** |
|---|---|

THIS IS OUR FEE APPLICATION,
Per:


**SCARFONE HAWKINS LLP**
E. & O.E.


**\*Del. Bankr. LR 2016-2(e)(iii) allows for
$.10 per page for photocopies.**