## EXHIBIT C

### June Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at docket #29371 under Case No. 01-01139. Also available upon request from The Law Offices of Roger J. Higgins, LLC, or Pachulski, Stang, Ziehl, & Jones LLP.