**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor

**Debtor's Name:** W.R. Grace & Co.         **Bank:** See attached

**Bankruptcy Number:** 01-01139              **Account Number:** See attached

**Date of Confirmation:** January 31, 2011    **Account Type:** See attached

**Reporting Period (month/year):** June 2012

| Beginning Cash Balance: | $695,400,562 |
|---|---|

All receipts received by the debtor:

| Cash Sales: | $0 |
|---|---|
| Collection of Accounts Receivable: | $1,162,223,957 |
| Proceeds from Litigation (settlement or otherwise): | $0 |
| Sale of Debtor's Assets: | $0 |
| Capital Infusion pursuant to the Plan: | $0 |
| Total of cash received: | $1,162,223,957 |
| Total of cash available: | $1,857,624,519 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $0 |
|---|---|
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $894,443 |
| All other disbursements made in the ordinary course: | $1,049,953,122 |
| Total Disbursements | $1,050,847,565 |
| Ending Cash Balance | $806,776,954 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

8/6/2012        Hudson La Force III / Chief Financial Officer
Date            Name/Title

Debtor:

Case Number: 01-01139

# Quarterly Summary Report

*Chart 1*

| | W. R. Grace & Co. - Conn | Remedium Group, Inc. | W.R. Grace & Co. | Darex Puerto Rico, Inc. | Kootenai Development Company | Gloucester New Communities Company, Inc. | Total |
|---|---|---|---|---|---|---|---|
| Beginning Cash Balance | $ 694,390,263 | $ (48,266) | $ - | $ 976,767 | $ 81,298 | $ 500 | $ 695,400,562 |
| Total of cash received | $ 1,158,211,104 | $ 1,304,977 | $ 1,293,715 | $ 1,414,161 | $ - | $ - | $ 1,162,223,957 |
| Total Disbursements | $ 1,047,188,720 | $ 1,285,137 | $ 1,293,715 | $ 1,059,232 | $ 20,761 | $ - | $ 1,050,847,565 |
| Ending Cash Balance | $ 805,412,647 | $ (28,427) | $ - | $ 1,331,697 | $ 60,538 | $ 500 | $ 806,776,954 |

Chart 1

W. R. Grace & Co. - Conn
Schedule of Cash Receipts and Disbursements
MOR-1
June 2012

| | JP Morgan Chase Disbursement 9101013572 | Bank of America Lockbox 8188703107 | JP Morgan Chase Holding 323223141 | JP Morgan Chase Concentration 16001257 | Bank of America Lockbox 8188203114 | Banc of America Securities LLC 22330134 | First Union Concentration 2000000282172 | First Union Payroll 2079900016741 | First Union Libby Medical 2079900065006 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| CASH BEGINNING OF QUARTER | $ 110,398 | $ 208,146 | $ 870,600 | $ 1,036,732 | $ 326,296,505 | $ 356,094,170 | $ 98,375 | $ - | $ - |
| RECEIPTS | | | | | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | 27,491 | | | 203,407,966 | | | | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | | | | | | |
| TRANSFERS IN - THIRD PARTIES | | | | 14 | 3,235,638 | | | | |
| TRANSFERS IN - NONFILING ENTITIES | | | | | | 216,052 | | | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 700,000 | | | | | | | | |
| MISCELLANEOUS | | | | 2,384,424 | 320,262,521 | 350,000,000 | 438,535 | | 365,163 |
| TOTAL RECEIPTS | 700,000 | 27,491 | 14 | 5,620,061 | 523,670,487 | 350,216,052 | 438,535 | - | 365,163 |
| DISBURSEMENTS | | | | | | | | | |
| PAYROLL | | | | | | | | | |
| PAYROLL TAXES | | | | | | | | | |
| TRADE PAYABLES - THIRD PARTIES | | | | | | | | | |
| TRADE PAYABLES - INTERCOMPANY | | | | | | | | | |
| TRANSFERS OUT - THIRD PARTIES | 696,776 | | | | | | | | |
| TRANSFERS OUT - NONFILING ENTITIES | | | | 2,498,325 | 357,190,593 | | | | 365,163 |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | | | | | | | | |
| MISCELLANEOUS | | | | 3,187,599 | 353,470,943 | 50,000,000 | 365,702 | | |
| TOTAL DISBURSEMENTS | 696,776 | - | - | 5,685,924 | 710,661,537 | 50,000,000 | 365,702 | | 365,163 |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | 3,224 | 27,491 | 14 | (65,862) | (186,991,050) | 300,216,052 | 72,833 | - | - |
| CASH - END OF QUARTER | $ 113,622 | $ 235,636 | $ 870,614 | $ 970,870 | $ 139,305,455 | $ 656,310,222 | $ 171,208 | $ - | $ - |

Note #1
Various payments are made by W. R. Grace & Co. - Conn on behalf of certain other debtor entities, generally and primarily those that are inactive and/or have no direct employees. Such expenditures are generally de minimis and could include professional fees, state registration fees, business license fees and certain taxes.

W. R. Grace & Co. - Conn
Schedule of Cash Receipts and Disbursements
MOR-1
June 2012

| | First Union Accts Payable 2079920005761 | First Union Accts payable 2079900005260 | First Union Accts Payable 2079900005231 | SunTrust Payroll 00000141309 | JP Morgan Chase Lockbox 304616494 | First Union Petty Cash 2040000016900 | Banco de Credito Operating Acct 1931115122058 | Banco de Credito Operating Acct 1931125963172 |
|---|---|---|---|---|---|---|---|---|
| CASH BEGINNING OF QUARTER | $ - | $ - | $ - | $ 44,748 | $ - | $ 2,203,833 | $ 63,413 | $ 1,061,712 |
| RECEIPTS | | | | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | 526 | | | 267,970,856 | | | 1,270,816 |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | | | | - | - |
| TRANSFERS IN - THIRD PARTIES | | | | | | | 3,798,005 | - |
| TRANSFERS IN - NONFILING ENTITIES | | | | | | | - | - |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 539 | | | | | | - | - |
| MISCELLANEOUS | | | | | | | - | - |
| TOTAL RECEIPTS | 539 | 526 | - | - | 267,970,856 | - | 3,798,005 | 1,270,816 |
| DISBURSEMENTS | | | | | | | | |
| PAYROLL | | | | | | | | |
| PAYROLL TAXES | | | | | | | - | - |
| TRADE PAYABLES - THIRD PARTIES | | | | | | | - | - |
| TRADE PAYABLES - INTERCOMPANY | | | | | | | - | - |
| TRANSFERS OUT - THIRD PARTIES | | | | | | | - | - |
| TRANSFERS OUT - NONFILING ENTITIES | 75 | 526 | | | | | 3,545,689 | 1,464,372 |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | | | | 267,970,856 | 2,203,313 | - | - |
| MISCELLANEOUS | | | | 44,748 | | | - | - |
| TOTAL DISBURSEMENTS | 75 | 526 | - | 44,748 | 267,970,856 | 2,203,313 | 3,545,689 | 1,464,372 |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | 464 | - | - | (44,748) | - | (2,203,313) | 252,316 | (193,555) |
| CASH - END OF QUARTER | $ 464 | $ - | $ - | $ - | $ - | $ 520 | $ 315,729 | $ 868,157 |

Note #1
Various payments are made by W. R. Grace & Co. - Conn on behalf of certain other debtor entities, generally and primarily those that are inactive and/or have no direct employees. Such expenditures are generally de minimis and could include professional fees, state registration fees, business license fees and certain taxes.

Chart 1

W. R. Grace & Co. - Conn
Schedule of Cash Receipts and Disbursements
MOR-1
June 2012

| | Banco Interam de Finanzas 7000107707 | HSBC Operating Acct 1128001 | Bank Boston Operating Acct 154519 | Cash in Transit | Cash on Hand | Other | CURRENT MONTH ACTUAL | PROJECTED |
|---|---|---|---|---|---|---|---|---|
| **CASH BEGINNING OF QUARTER** | $ - | $ 881,370 | $ - | $ 825,059 | $ 17,003 | $ 4,578,198 | $ 694,390,263 | $ - |
| **RECEIPTS** | | | | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | - | 3,456,278 | | | | | 476,133,932 | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | - | - | | | | | - | |
| TRANSFERS IN - THIRD PARTIES | - | - | | | | | - | |
| TRANSFERS IN - NONFILING ENTITIES | - | - | | 516,765 | | | 7,766,474 | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | - | - | | | | | - | |
| MISCELLANEOUS | - | - | | | 159,516 | | 673,872,163 | |
| **TOTAL RECEIPTS** | - | 3,456,278 | | 516,765 | 159,516 | - | 438,535 / 1,158,211,104 | |
| **DISBURSEMENTS** | | | | | | | | |
| PAYROLL | - | - | | | | | - | |
| PAYROLL TAXES | - | - | | | | | - | |
| TRADE PAYABLES - THIRD PARTIES | - | 3,877,020 | | | | | 3,877,020 | |
| TRADE PAYABLES - INTERCOMPANY | - | - | | | | | - | |
| TRANSFERS OUT - THIRD PARTIES | - | - | | 825,059 | | | 366,585,977 | |
| TRANSFERS OUT - NONFILING ENTITIES | - | - | | | | | 601 | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | - | - | | | | | 677,198,413 | |
| MISCELLANEOUS | - | - | | | | (518,039) | (473,291) | |
| **TOTAL DISBURSEMENTS** | - | 3,877,020 | | 825,059 | - | (518,039) | 1,047,188,720 | - |
| **NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS)** | - | (420,743) | | (308,295) | 159,516 | 518,039 | 111,022,383 | - |
| **CASH - END OF QUARTER** | $ - | $ 460,627 | $ - | $ 516,765 | $ 176,519 | $ 5,096,237 | $ 805,412,647 | $ - |

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn on behalf of certain other debtor entities, generally and primarily those that are inactive and/or have no direct employees. Such expenditures are generally de minimis and could include professional fees, state registration fees, business license fees and certain taxes.

Remedium Group, Inc.
Schedule of Cash Receipts and Disbursements
MOR-1
June 2012

| | JP Morgan Chase Depository/Wire 323883842 | JP Morgan Chase Disbursement 601831985 | Other | CURRENT MONTH ACTUAL | PROJECTED |
|---|---|---|---|---|---|
| CASH BEGINNING OF QUARTER | $         - | $  (48,266) | $         - | $  (48,266) | $         - |
| RECEIPTS | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | | - | |
| DIP BORROWINGS | | | | - | |
| TRANSFERS IN - THIRD PARTIES | 11,262 | | | 11,262 | |
| TRANSFERS IN - NONFILING ENTITIES | | | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | 1,293,715 | | 1,293,715 | |
| TOTAL RECEIPTS | 11,262 | 1,293,715 | - | 1,304,977 | - |
| DISBURSEMENTS | | | | | |
| PAYROLL | | | | - | |
| PAYROLL TAXES | | | | - | |
| TRADE PAYABLES - THIRD PARTIES | | | | - | |
| TRADE PAYABLES - INTERCOMPANY | | | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | | | - | |
| TRANSFERS OUT - THIRD PARTIES | | 1,273,876 | | 1,273,876 | |
| TRANSFERS OUT - NONFILING ENTITIES | | | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 11,262 | | | 11,262 | |
| MISCELLANEOUS | | | | - | |
| TOTAL DISBURSEMENTS | 11,262 | 1,273,876 | - | 1,285,137 | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | 19,839 | - | 19,839 | |
| CASH - END OF QUARTER | $         - | $  (28,427) | $         - | $  (28,427) | $         - |

**W.R. Grace & Co.**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**June 2012**

| | JP Morgan Chase Pass Through 323881963 | CURRENT MONTH ACTUAL | PROJECTED |
|---|---|---|---|
| CASH BEGINNING OF QUARTER | $ - | - | $ - |
| RECEIPTS | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | |
| DIP BORROWINGS | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 1,293,715 | 1,293,715 | |
| TOTAL RECEIPTS | 1,293,715 | 1,293,715 | - |
| DISBURSEMENTS | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION | | | |
| PAYMENTS AS SERVICER FOR GRPI | | - | |
| DIP PRINCIPAL REPAYMENTS | | - | |
| DIP INTEREST AND USAGE FEES | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 1,293,715 | 1,293,715 | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | 1,293,715 | 1,293,715 | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | |
| CASH - END OF QUARTER | $ - | $ - | $ - |

Chart 1

Darex Puerto Rico, Inc.
Schedule of Cash Receipts and Disbursements
MOR-1
June 2012

|  | Citibank Operating Acct 300153011 | Petty Cash | Other | Cash-in-Transit | CURRENT MONTH ACTUAL | PROJECTED |
|---|---|---|---|---|---|---|
| **CASH BEGINNING OF QUARTER** | $ 976,767 | $ - | $ - | $ - | $ 976,767 | $ - |
| **RECEIPTS** |  |  |  |  |  |  |
|  |  | No Activity | No Activity | No Activity |  |  |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | 971,442 |  |  |  | 971,442 |  |
| ACCOUNTS RECEIVABLE - INTERCOMPANY |  |  |  |  | - |  |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI |  |  |  |  | - |  |
| TRANSFERS IN - THIRD PARTIES |  |  |  |  | - |  |
| TRANSFERS IN - NONFILING ENTITIES |  |  |  |  | - |  |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 442,719 |  |  |  | 442,719 |  |
| **TOTAL RECEIPTS** | 1,414,161 | - | - | - | 1,414,161 | - |
| **DISBURSEMENTS** |  |  |  |  |  |  |
| PAYROLL | 5,816 |  |  |  | 5,816 |  |
| PAYROLL TAXES | 1,470 |  |  |  | 1,470 |  |
| TRADE PAYABLES - THIRD PARTIES | 609,227 |  |  |  | 609,227 |  |
| TRADE PAYABLES - INTERCOMPANY |  |  |  |  | - |  |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI |  |  |  |  | - |  |
| TRANSFERS OUT - THIRD PARTIES |  |  |  |  | - |  |
| TRANSFERS OUT - NONFILING ENTITIES |  |  |  |  | - |  |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 442,719 |  |  |  | 442,719 |  |
| MISCELLANEOUS |  |  |  |  | - |  |
| **TOTAL DISBURSEMENTS** | 1,059,232 | - | - | - | 1,059,232 | - |
| **NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS)** | 354,930 | - | - | - | 354,930 | - |
| **CASH - END OF QUARTER** | $ 1,331,697 | $ - | $ - | $ - | $ 1,331,697 | $ - |

## Kootenai Development Company
## Schedule of Cash Receipts and Disbursements
## MOR-1
## June 2012

| | First National Bank of Montana 1049097 | CURRENT MONTH | |
|---|---|---|---|
| | | ACTUAL | PROJECTED |
| CASH BEGINNING OF QUARTER | $ 81,298 | 81,298 | $ - |
| RECEIPTS | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | - | |
| TOTAL RECEIPTS | - | - | - |
| DISBURSEMENTS | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION | | | |
| PAYMENTS AS SERVICER FOR GRPI | | - | |
| TRANSFERS OUT - THIRD PARTIES | 20,761 | 20,761 | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | - | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | 20,761 | 20,761 | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | (20,761) | (20,761) | - |
| CASH - END OF QUARTER | $ 60,538 | $ 60,538 | $ - |

1 of 1

Chart 1

**Gloucester New Communities Company, Inc.**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**June 2012**

| | Cash On Hand | CURRENT QUARTER ACTUAL | CURRENT QUARTER PROJECTED |
|---|---|---|---|
| CASH BEGINNING OF QUARTER | $ 500 | 500 | $ - |
| RECEIPTS | | | |
| | No Activity | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | - | |
| TOTAL RECEIPTS | - | - | - |
| DISBURSEMENTS | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | - | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | - | - | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - |
| CASH - END OF QUARTER | $ 500 | $ 500 | $ - |