**EXHIBIT A**

### Matter 19 - Claims Analysis, Objection and Resolution (Non-Asbestos) - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/17/2012 | Christian C Semonsen | .30 | Review and analyze correspondence from L. Duff re multi-site settlement (.1); correspond with J. Gettleman, A. Paul and R. Higgins re same (.2). |
| 6/18/2012 | Christian C Semonsen | .50 | Correspond with J. Gettleman, A. Paul and R. Higgins re inquiry from L. Duff re bankruptcy settlement. |
| 6/27/2012 | Jeffrey Gettleman | .20 | Review and analyze correspondence from D. Weills (.1); correspond with R. Higgins re same (.1). |
| 6/28/2012 | Christian C Semonsen | .50 | Review and analyze multi-site settlement agreement (.2); correspond with J. Gettleman, A. Paul and R. Higgins re same (.3). |
| 6/28/2012 | Jeffrey Gettleman | .20 | Telephone conference with C. Semonsen re EPA settlement issue (.1); review and analyze correspondence from C. Semonsen to A. Paul re same (.1). |
| 6/30/2012 | Jeffrey Gettleman | .20 | Review and analyze correspondence from A. Paul to C. Semonsen re EPA settlement agreement (.1); correspond with R. Higgins re same (.1). |
| | Total: | 1.90 | |

A-2

**Matter 20 - Case Administration - Fees**

| Date | Name | Hours | Description |
|---|---|---|---|
| 6/06/2012 | Andrew Brniak | .30 | Review and compile recently filed pleadings and correspond with working group re same. |
| 6/07/2012 | Andrew Brniak | .20 | Review and compile recently filed pleadings and correspond with working group re same. |
| 6/13/2012 | Andrew Brniak | .30 | Review and compile recently filed pleadings and correspond with working group re same. |
| 6/15/2012 | Andrew Brniak | .30 | Review and compile recently filed pleadings and correspond with working group re same. |
| 6/26/2012 | Andrew Brniak | .20 | Review and compile recently filed pleadings and correspond with working group re same. |
| 6/27/2012 | Andrew Brniak | .30 | Review and compile recently filed pleadings and correspond with working group re same. |
| 6/28/2012 | Andrew Brniak | .20 | Review and compile recently filed pleadings and correspond with working group re same. |
| 6/29/2012 | Andrew Brniak | .30 | Review and compile recently filed pleadings and correspond with working group re same. |
| | Total: | 2.10 | |

## Matter 32 - Fee Applications, Applicant - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/01/2012 | Adam C Paul | .80 | Analyze and revise April fee application. |
| 6/01/2012 | Maureen McCarthy | 1.60 | Revise and finalize April fee application. |
| 6/11/2012 | Adam C Paul | 1.90 | Analyze and revise May invoices. |
| 6/20/2012 | Mike Jones | 2.40 | Review and revise fee detail (2.1); correspond with working group re same (.3). |
| 6/21/2012 | Mike Jones | 3.30 | Review and revise fee detail (3.1); correspond with working group re same (.2). |
| 6/22/2012 | Mike Jones | .30 | Correspond with working group re fee application procedures. |
| 6/25/2012 | Mike Jones | .80 | Correspond with working group re supplemental affidavit (.3); correspond with working group re conflict issues (.5). |
| 6/28/2012 | Mike Jones | .90 | Correspond with working group re conflict reports. |
| | Total: | 12.00 | |

A-4

## Matter 37 - Plan and Disclosure Statement - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 5/01/2012 | Christopher Landau, P.C. | 1.00 | Review and analyze new 3rd Circuit Federal Mogul case (.8); correspond with working group re same (.2). |
| 5/29/2012 | Christopher Landau, P.C. | .50 | Correspond with working group re Garlock's Rule 60(b) motion. |
| 6/01/2012 | Mike Jones | 2.30 | Research re application of Rule 60(b) to plan (2.1); correspond with working group re same (.2). |
| 6/01/2012 | Andrew Brniak | 1.20 | Prepare and compile precedent re hedging motions (1.1); correspond with J. Gettleman re same (.1). |
| 6/01/2012 | Jeffrey Gettleman | 2.20 | Correspond with M. Jones re research issue re AMH Rule 60(b) motion (.2); correspond with A. Paul re same (.1); correspond with A. Brniak re additional precedential hedging motions (.1); review and analyze responses to AMH motion (.4); review additional precedential hedging motions (.2); correspond with A. Paul re same (.1); review cases and law review articles re treatment of forward contracts (1.1). |
| 6/01/2012 | Adam C Paul | 1.40 | Correspond with D. Cohn re Libby (.3); correspond with D. Wolf re stock repurchase (.2); analyze Garlock appellate correspondence (.2); analyze AMH arguments (.7). |
| 6/01/2012 | Britt C Grant | 3.00 | Telephone conference with J. Donley re Garlock motion (.2); research re Rule 60(b) (2.4); correspond with J. Donley and C. Landau re same (.4). |
| 6/01/2012 | John Donley, P.C. | .70 | Telephone conference and correspond with A. Paul re corporate issue and Libby, OCC, and hearing issues (.2); telephone conference with B. Grant re Anderson briefing issues (.2); office conference with L. Esayian re Owens Corning opinion and effect on Anderson briefing issues (.3). |
| 6/01/2012 | Lisa G Esayian | .90 | Draft response to AMH's motion for relief from confirmation order. |
| 6/02/2012 | Britt C Grant | 1.50 | Research re Rule 60(b) in bankruptcy context. |
| 6/02/2012 | John Donley, P.C. | .20 | Review and analyze memorandum re AMH response and cases. |
| 6/03/2012 | Adam C Paul | .40 | Analyze and revise settlement letter to Montana (.2); correspond with R. Wyron re same (.2). |
| 6/03/2012 | Britt C Grant | 1.80 | Research re Rule 60(b). |

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 6/04/2012 | Jeffrey Gettleman | 1.40 | Correspond with J. Donley re Libby claimants' updated 2019 statement (.1); review and analyze plan provisions re issuance of warrants and warrant agreement (.7); telephone conference with A. Paul re warrant issues (.2); review correspondence from M. Shelnitz re same (.2); correspond with D. Wolf and others re same (.1); review and analyze correspondence from A. Paul re warrant issues (.1). |
| 6/04/2012 | Adam C Paul | 2.70 | Correspond with M. Shelnitz re warrant issues (.2); telephone conference with J. Gettleman re same (.3); correspond with J. Donley re Montana and Canada (.3); correspond with R. Wyron re Montana meeting (.2); analyze AMH motion and opposition (1.7). |
| 6/04/2012 | John Donley, P.C. | .70 | Correspond with A. Paul re Canada and corporate issues (.3); review and analyze correspondence with M. Giannotto re settlement documentation issues (.1); review and analyze Libby 2019 filing (.1); review and analyze recent pleadings and filings (.2). |
| 6/04/2012 | Lisa G Esayian | 4.50 | Draft response to AMH's motion for relief from confirmation order. |
| 6/05/2012 | Mike Jones | 3.40 | Review and analyze entered settlement approval order (1.7); correspond with working group re same (.6); correspond with local counsel re missing exhibits (.3); coordinate refiling of same (.8). |
| 6/05/2012 | Kimberly K Love | 1.00 | Prepare and organize materials re AMH motion. |
| 6/05/2012 | Jeffrey Gettleman | 3.20 | Correspond with R. Finke, J. Donley and others re trustee's involvement in LMP transition calls (.3); correspond with working group re correcting incomplete order on court's docket (.4); review and revise LMP transition timeline (.6); correspond with R. Finke re LMP transition issues (.2); correspond with R. Finke, J. Heberling, D. Cohn and others re LMP transition (.3); correspond with working group re entry of Libby settlement order (.4); correspond with J. Donley and A. Paul re LMP transition (.1); review and revise LMP transition timeline (.9). |
| 6/05/2012 | Adam C Paul | 3.90 | Telephone conference with ACC and FCR re status (.8); prepare for same (.4); address issues associated with Libby order (.9); analyze AMH agreements (1.8). |
| 6/05/2012 | Britt C Grant | 2.30 | Draft response to Rule 60(b) motion. |

| **Date** | **Name** | **Hours** | **Description** |
|----------|----------|-----------|-----------------|
| 6/05/2012 | John Donley, P.C. | 1.70 | Telephone conference with Orrick, P. Lockwood, and M. Shelnitz re status (.6); review Libby order and correspondence from M. Jones, J. O'Neill, A. Paul, J. Gettleman and R. Wyron re finality and implementation of settlement order (.6); review and analyze recent pleadings and filings (.2); draft correspondence to J. Gettleman re trustee (.1); correspond with M. Ward and A. Paul re Montana settlement discussions (.2). |
| 6/05/2012 | Lisa G Esayian | 5.50 | Draft response to AMH's motion for relief from confirmation order (1.4); research re same (1.8); review and analyze confirmation opinions re same (2.3). |
| 6/06/2012 | Mike Jones | 1.10 | Review review and analyze revised settlement approval order (.8); correspond with working group and client re same (.3). |
| 6/06/2012 | Kimberly K Love | 2.50 | Prepare and organize materials requested by L. Esayian re D. Martin and JA documents (1.5); prepare and organize recently received materials for inclusion into case files (1.0). |
| 6/06/2012 | Jeffrey Gettleman | 2.40 | Correspond with working group and client re court's reissue of Libby settlement order (.5); review correspondence from D. Cohn re LMP transition (.1); review M. Araki question re service of revised Libby order (.1); office conference with M. Jones re same (.1); correspond with R. Finke, A. Paul and J. Donley re revised Libby order (.3); telephone conference with R. Finke re LMP transition logistics and timetable (.2); correspond with working group re agreed date of approval order (.5); review and revise LMP timeline (.3); correspond with B. McDuffie re same (.3). |
| 6/06/2012 | Adam C Paul | 1.40 | Correspond with J. Gettleman re Libby approval order (.3); analyze transition of LMP to trust (1.1). |
| 6/06/2012 | Britt C Grant | 2.80 | Review and analyze legal research re Rule 60(b) (1.2); review and revise AMH response re same (1.6). |
| 6/06/2012 | John Donley, P.C. | .30 | Review and analyze correspondence from R. Wyron re Canada discussions (.1); correspond with R. Wyron, J. Gettleman and A. Paul re Libby settlement and order issues (.2). |
| 6/06/2012 | Lisa G Esayian | 5.40 | Draft response to AMH's motion for relief from confirmation order. |

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 6/07/2012 | Mike Jones | 1.70 | Correspond with local counsel and working group re service of revised settlement approval order (.6); review and analyze documents re settlement effective date (.8); correspond with working group re same (.3). |
| 6/07/2012 | Kimberly K Love | 1.90 | Prepare and organize materials re AMH requested by L. Esayian. |
| 6/07/2012 | Jeffrey Gettleman | 2.40 | Review and analyze article re Garlock suit re counsel for asbestos plaintiffs (.1); correspond with M. Jones re service of Libby approval order (.1); correspond with J. Donley and A. Paul re CNA settlement (.2); telephone conferences with working group re LMP transition issues (1.4); correspond with D. Cohn re BNSF settlement's effect on same (.1); review and analyze paragraph 10 of Libby settlement order re same (.2); correspond with M. Jones re analysis of same (.3). |
| 6/07/2012 | Adam C Paul | .60 | Correspond with J. Donley re Libby settlement (.2); analyze AMH arguments (.4). |
| 6/07/2012 | Britt C Grant | 7.50 | Review and revise response to AMH's Rule 60(b) motion (7.1); correspond with C. Landau re same (.4). |
| 6/07/2012 | Rana Barakat | 2.30 | Review and analyze recent filings in key bankruptcy cases (1.4); draft summary of same (.9). |
| 6/07/2012 | John Donley, P.C. | 2.40 | Correspond with L. Esayian re AMH briefing (.1); review correspondence with M. Giannotto re CNA/BNSF settlement and correspond with A. Paul and R. Finke re same (.2); review and analyze recent Rule 60 cases (1.1); review Libby 2019 filing (.1); review correspondence re corporate issue and correspond A. Paul re same (.2); review correspondence re Canada issue (.1); review Garlock discovery pleadings and correspondence from L. Esayian re Garlock lawsuit filing (.3); review and analyze recent "fair and equitable" opinion (.3). |
| 6/07/2012 | Lisa G Esayian | 5.50 | Draft response to AMH's motion for relief from confirmation order. |
| 6/08/2012 | Mike Jones | 3.20 | Review and analyze recent pleadings re upcoming deadlines (.6); correspond with working group re same (.4); review and analyze documents re settlement effective date (1.6); correspond with working group re same (.4); correspond with working group re interest payment re settlement effective date (.2) |
| 6/08/2012 | Kimberly K Love | 2.00 | Prepare and organize recently received materials for case files (1.2); review dockets from various cases for materials to update same (.8). |

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 6/08/2012 | Andrew Brniak | .30 | Prepare and compile materials related to Garlock OCUC suit (.2); correspond with J. Gettleman re same (.1). |
| 6/08/2012 | Jeffrey Gettleman | 2.70 | Correspond with A. Paul re calculating release deadline date re executed version of Libby-BNSF settlement agreement (.3); office conferences with A. Paul re review of Libby term sheet and order re payment deadline date (.2); review and analyze Libby settlement term sheet re same (.3); correspond with M. Jones re same (.1); correspond with D. Boivin re current LMP members (.1); correspond with J. Donley and A. Paul re BNSF agreement (.2); correspond with R. Finke and D. Boivin re list of current LMP members (.2); review and analyze Grace-BNSF and Libby-BNSF settlement agreements re LMP timetable (.9); telephone conference with M. Jones re interpretation of language in Libby-BNSF settlement agreement (.1); office conference with A. Paul re LMP transition issues (.3). |
| 6/08/2012 | Adam C Paul | 2.40 | Telephone conference with D. Myers re stock repurchase (.2); correspond with M. Shelnitz re same (.1); analyze Libby settlement (1.1); telephone conference with J. Donley and R. Finke re same (.6); conference with J. Gettleman re Libby (.4). |
| 6/08/2012 | Britt C Grant | 2.80 | Correspond with C. Landau re Rule 60(b) motion (.2); review and analyze same (2.6). |
| 6/08/2012 | Rana Barakat | 2.60 | Review and analyze recent filings in Garlock and Pittsburgh Corning bankruptcy cases (1.2); draft summary of same (1.4). |
| 6/08/2012 | John Donley, P.C. | 4.60 | Analyze Libby Trust implementation issues (.6); telephone conference with A. Paul and R. Finke re same (.6); review and analyze pleadings, draft response and correspondence re AMH motion (2.2); review and revise response re same (.8); correspond with M. Shelnitz re Rule 59 motion follow-up (.1); review various recent filings and pleadings (.3). |
| 6/08/2012 | Lisa G Esayian | 4.90 | Draft response to AMH's Rule 60 motion. |
| 6/08/2012 | Christopher Landau, P.C. | 1.30 | Review and analyze AMH 60(b) motion (1.1); correspond with B. Grant re same (.2). |
| 6/08/2012 | Dennis M Myers, P.C. | .50 | Review and analyze Project Green materials. |
| 6/09/2012 | Rana Barakat | 1.70 | Review recent filings in Thorpe bankruptcy case (.6); summarize recent developments in Thorpe bankruptcy case relevant to Grace (1.1). |

A-9

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/10/2012 | John Donley, P.C. | 1.20 | Review and revise AMH response brief (1.1); correspond with A. Paul re Libby implementation issue (.1). |
| 6/11/2012 | Mike Jones | 2.60 | Review and analyze correspondence re tolling of appeal notice deadline (.2); review and analyze pleadings re interest payment in settlement agreement (2.1); correspond with working group re same (.3) |
| 6/11/2012 | Kimberly K Love | 2.50 | Review cases and obtain recently filed materials (1.6); review materials re upcoming dates for inclusion onto case calendar (.9). |
| 6/11/2012 | Jeffrey Gettleman | 1.10 | Correspond with M. Jones re analysis of Libby approval order re payment of interest (.1); correspond with A. Paul re LMP transition issues (.2); correspond with K. Love and R. Higgins re confirmation order (.2); review correspondence from J. Donley and M. Jones re timing issues re appeals (.2); correspond with J. Donley and A. Paul re tolling of appeal deadline (.2); legal research re same (.2). |
| 6/11/2012 | Adam C Paul | 2.80 | Correspond with M. Conron re share repurchase (.1); correspond with J. Gettleman re Libby (.2); analyze final Libby settlement (1.2); analyze revised opinion (.9); correspond with J. Donley re same (.4). |
| 6/11/2012 | Rana Barakat | 1.80 | Review and analyze recent filings in Quigley bankruptcy case (.4); draft summary of same (.5); review and analyze amended opinion and order (.9). |
| 6/11/2012 | John Donley, P.C. | 10.20 | Draft and revise AMH response brief (4.9); research re same (.4); correspond with L. Esayian re same (.3); review and analyze amended memorandum opinion (2.7); telephone conferences with R. Finke and A. Paul re same (.3); correspond with client re same (.2); correspond with co-plan proponents' counsel re same (.2); telephone conference with A. Rosenberg re lender claims (.2); analyze stay motion issues (.3); analyze appellate rules and timeline and draft summary to client re same (.7). |
| 6/11/2012 | Lisa G Esayian | 4.50 | Draft response to AMH's Rule 60 motion (2.4); review and analyze amended confirmation opinion (2.1). |
| 6/12/2012 | Mike Jones | 6.70 | Review and analyze amended memorandum opinion (1.9); compare same with original memorandum opinion (3.3); draft summary of same (1.1); correspond with working group re Garlock stay motion (.4). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/12/2012 | Kimberly K Love | 5.50 | Prepare and organize materials requested by J. Donley re stay (.8); review, edit and cite check response to AMH's brief (4.7). |
| 6/12/2012 | Scott J Gordon | 2.00 | Review and analyze Project Green term sheet (1.7); correspond with D. Myers and M. Conron re same (.3). |
| 6/12/2012 | Jeffrey Gettleman | 1.80 | Correspond with M. Jones re Garlock original motion to stay memorandum opinion (.1); review and analyze order re same (.1); review and analyze amended memorandum opinion (1.1); analyze proposed appellate schedule and issues re Garlock stay motion (.2); office conference with A. Paul re LMP transition issues and amended opinion (.3). |
| 6/12/2012 | Adam C Paul | 4.70 | Analyze Libby settlement (1.9); telephone conference with M. Giannotto re same (.4); telephone conference with R. Finke re same (.3); correspond with D. Wolf and D. Franks re securities issue (.4); analyze amended opinion (1.7). |
| 6/12/2012 | Rana Barakat | 2.80 | Review and analyze recent filings in Specialty Products re proposed plan of reorganization and estimation hearing (1.6); draft summary of same (1.2). |
| 6/12/2012 | John Donley, P.C. | .70 | Review and analyze Garlock stay motion and applicable rules (.5); correspond with R. Wyron re AMH response (.1); correspond with A. Paul re amended opinion and Libby (.1). |
| 6/12/2012 | Lisa G Esayian | 3.40 | Review and revise response to AMH's Rule 60 motion. |
| 6/12/2012 | Dennis M Myers, P.C. | 1.90 | Review and analyze SEC materials re Project Green (1.4); telephone conference with client re same (.5). |
| 6/13/2012 | Mike Jones | .30 | Correspond with claimant re distribution timing. |
| 6/13/2012 | Kimberly K Love | 4.40 | Review precedent case files for plan materials requested by M. Jones (2.3); review, edit and cite check response to AMH brief (2.1). |
| 6/13/2012 | Jeffrey Gettleman | .90 | Review Third Circuit docket for new entries (.1); office conferences with working group re hedging motion (.4); correspond with A. Paul re omnibus hearing schedule (.2); correspond with A. Paul re Project Green term sheet (.1); review correspondence from A. Paul and M. Shelnitz re motion re stock forward contract motion (.1). |
| 6/13/2012 | Adam C Paul | 2.60 | Telephone conference with J. Donley re Libby and memorandum opinion (.4); correspond with M. Shelnitz re share purchase (.2); office conference with J. Gettleman re Libby and share purchase (.4); analyze Goldman proposal (.7); analyze revised opinion (.9). |

A-11

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/13/2012 | Britt C Grant | 2.00 | Review and analyze precedents re Rule 60(b) (.6); correspond with J. Donley re same (.3); review and revise response to AMH Rule 60 motion (1.1). |
| 6/13/2012 | Rana Barakat | 1.80 | Review and analyze dockets in asbestos bankruptcy cases for key filings (.7); revise summary re same (1.1). |
| 6/13/2012 | John Donley, P.C. | 6.80 | Review and revise AMH Rule 60 motion response (3.8); research re same (1.8); correspond with A. Rich re same (.2); correspond with B. Grant, R. Wyron, D. Blabey and client re AMH briefing (.5); telephone conference with A. Paul re Libby implementation and District Court issues (.3); correspond with M. Ward, E. Inselbuch, P. Lockwood, M. Shelnitz and A. Paul re Montana negotiation (.2). |
| 6/13/2012 | Lisa G Esayian | 3.30 | Review and revise response to AMH's Rule 60 motion. |
| 6/13/2012 | Dennis M Myers, P.C. | 1.00 | Research re Project Green (.7); review and analyze SEC no-action letters re same (.3). |
| 6/14/2012 | Mike Jones | 1.10 | Review and analyze response to AMH Rule 60(b) motion (.9); review correspondence re same (.2). |
| 6/14/2012 | Kimberly K Love | 3.10 | Review precedent ABB/CE materials for plan glossary as requested by M. Jones (1.3); arrange for Court Call numbers for upcoming hearing (.3); review, revise and cite check response to AMH brief (1.5). |
| 6/14/2012 | Adam C Paul | 2.90 | Analyze and revise AMH response (1.3); correspond with M. Shelnitz and M. Conron re share purchase (.4); telephone conference with R. Frankel and P. Lockwood re same (.2); telephone conferences with J. Donley re share repurchase and AMH response (1.0). |
| 6/14/2012 | Britt C Grant | 4.30 | Telephone conference with J. Donley, L. Esayian and C. Landau re judgments and orders (.3); research re same (3.2); review and analyze response to AMH Rule 60 motion (.8). |
| 6/14/2012 | Rana Barakat | 3.80 | Review and revise summary of recent filings in key asbestos bankruptcy cases (2.4); review and analyze recent filings re same (1.4). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/14/2012 | John Donley, P.C. | 7.30 | Review and revise AMH response (3.0); review and analyze cases and authorities and relevant plan and notice documents (1.8); telephone conferences with A. Paul re same (.3); conferences with L. Esayian re same (.3); telephone conferences and correspond with B. Grant re same (.3); telephone conference with C. Landau re same (.3); telephone conference with C. Landau, L. Esayian and client re same (.3); telephone conference with R. Frankel re Montana and AMH issues (.1); correspond with E. Inselbuch, R. Frankel, A. Paul, M. Ward and P. Lockwood re Montana issues (.3); correspond with M. Shelnitz re same (.1); draft correspondence to A. Rich, D. Turetsky, ACC/FCR and client re same (.3); telephone conference with M. Shelnitz re corporate and board issues (.2). |
| 6/14/2012 | Lisa G Esayian | 5.90 | Review and revise response to AMH's Rule 60 motion (4.7); telephone conferences with working group re same (1.2). |
| 6/14/2012 | Christopher Landau, P.C. | .50 | Correspond with working group re Garlock post-trial motion. |
| 6/15/2012 | Kimberly K Love | 3.50 | Prepare and organize materials re AMH requested by L. Esayian (.5); review recently received materials and update case calendar (1.0); prepare and organize recently filed materials from all cases for inclusion into case files (2.0). |
| 6/15/2012 | Adam C Paul | 1.20 | Telephone conference with R. Frankel re share purchase program (.3); analyze AMH response (.9). |
| 6/15/2012 | John Donley, P.C. | 4.30 | Review and revise AMH response brief (1.6); research re same (.8); correspond with M. Shelnitz and R. Finke re same (.3); telephone conference with N. Coco and D. Turetsky re same (.3); correspond with D. Blabey re same (.2); conferences and correspond with L. Esayian re finalizing brief (.3); correspond with R. Frankel re brief (.1); review AMH materials sent by A. Rich and correspond with A. Rich re same (.4); review and analyze Garlock stay materials (.3). |
| 6/15/2012 | Lisa G Esayian | 5.30 | Review and revise response to AMH's Rule 60 motion. |
| 6/16/2012 | John Donley, P.C. | 1.00 | Review and revise AMH Rule 60 response brief (.8); correspond with L. Esayian re same (.2). |
| 6/16/2012 | Lisa G Esayian | 1.50 | Review and revise response to AMH's Rule 60 motion (1.2); correspond with J. Donley re same (.3). |

A-13

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 6/18/2012 | Mike Jones | 2.40 | Review and analyze recent pleadings (.4); correspond with working group re same (.2); review and analyze documents re assumption of contracts related to LMP (1.6); correspond with working group re same (.2). |
| 6/18/2012 | Kimberly K Love | 3.00 | Review files and obtain CNOs re Norton Rose as requested by Norton Rose (.8); review, edit and cite check AMH brief (2.2). |
| 6/18/2012 | Scott J Gordon | .80 | Review and analyze Project Green materials. |
| 6/18/2012 | Jeffrey Gettleman | 1.90 | Correspond with J. Bernstein re LMP notification and term sheet (.2); correspond with working group re Project Green issues (.2); assemble documents re forward contract motion (.3); correspond with S. Winters re same (.2); telephone conference with R. Finke re LMP transition (.3); telephone conference with A. Paul and J. Donley re same (.3); review and analyze PD FCR's response to AMH Rule 60(b) motion (.3); correspond with M. Jones re interpretation of Libby settlement order (.1). |
| 6/18/2012 | Adam C Paul | 4.50 | Telephone conference with D. Cohn re LMP transition (.5); prepare for same (.7); analyze and revise AMH response (.9); analyze revised order (2.2); correspond with J. Gettleman re share repurchase (.2). |
| 6/18/2012 | Rana Barakat | 2.50 | Review and analyze Third Circuit docket, applicable rules and recent filings (.8); draft letter to Third Circuit re post-judgment motions and orders (1.7). |
| 6/18/2012 | John Donley, P.C. | 3.30 | Review and revise AMH response (.4); correspond with R. Finke, R. Frankel, P. Lockwood, A. Paul and L. Esayian re same (.6); telephone conferences with A. Paul re LMP transition issues (.2); telephone conference with A. Paul and D. Cohn re same (.4); telephone conference with A. Paul and J. Gettleman re same (.3); review BNSF and Libby order and settlement terms (.3); telephone conferences and correspond with client re current issues (.5); review and analyze non-Garlock portions of amended opinion (.4); review and analyze stay briefing (.2). |
| 6/18/2012 | Lisa G Esayian | 3.40 | Review and revise response to AMH's Rule 60 motion (2.4); correspond with working group re same (.6); review and analyze PD FCR's response to AMH Rule 60 motion (.4). |
| 6/19/2012 | Mike Jones | 1.80 | Review and analyze documents re amendments to plan post-confirmation (.8); research re same (.6); correspond with working group re same (.4). |

A-14

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 6/19/2012 | Katherine Deibert | 2.20 | Telephone conference with working group and client re Project Green. |
| 6/19/2012 | Kimberly K Love | 1.40 | Prepare and organize recently filed materials in all cases for inclusion into case files. |
| 6/19/2012 | Scott J Gordon | 2.50 | Telephone conference with working group and client re Project Green (2.2); review and analyze draft confirmation (.3). |
| 6/19/2012 | Jeffrey Gettleman | 5.40 | Correspond with J. Bernstein and A. Paul re analysis re LMP (.3); telephone and office conferences with working group re upcoming Project Green telephone conference (.7); review and analyze term sheet re same (.4); telephone conference with working group and client re Project Green strategy and mechanics (2.6); office conferences and correspond with working group re same (1.0); legal research re 364(b) and (c) and warrant agreement (.4). |
| 6/19/2012 | Adam C Paul | 5.60 | Telephone conference with P. Lockwood, R. Frankel M. Shelnitz re status (1.3); prepare for same (.5); telephone conference with Goldman Sachs re Project Green (2.7); prepare for same (1.1). |
| 6/19/2012 | Rana Barakat | 7.20 | Office conference with J. Donley re Third Circuit status update (.4); review and analyze Garlock's stay motion and related filings (2.6); draft response to Garlock's potential motion to renew stay (4.2). |
| 6/19/2012 | Jack N Bernstein | 2.00 | Analyze LMP transfer issues (1.3); draft correspondence to working group re same (.7). |
| 6/19/2012 | John Donley, P.C. | 3.30 | Review Third Circuit procedures and timing issues (.4); telephone conference with ACC, FCR, M. Shelnitz and R. Finke re status (1.2); prepare for same (.4); review and analyze developments in other key 524(g) cases (.4); telephone conferences with R. Barakat re same (.4); review and analyze recent Libby pleadings and correspond with D. Cohn and A. Paul re implementation issues (.3); review and analyze Garlock appellate papers re discovery dispute and supplementation of record (.2). |
| 6/19/2012 | Lisa G Esayian | 1.10 | Draft response in anticipation of upcoming Garlock motion. |
| 6/19/2012 | Dennis M Myers, P.C. | 3.10 | Review and analyze Project Green materials (.9); telephone conference with working group re same (2.2). |

A-15

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 6/20/2012 | Jeffrey Gettleman | .70 | Correspond with A. Paul re releases in BNSF settlement agreement (.3); correspond with M. Jones re same (.1); correspond with working group re Project Green issues (.3). |
| 6/20/2012 | Adam C Paul | 3.90 | Telephone conference with M. Broude re Goldman transaction (.5); telephone conference with M. Shelnitz re same (.3); correspond with M. Conron re same (.1); correspond with J. Gettleman re same (.4); telephone conference with Paul Weiss re appeal (.8); telephone conference with J. Donley re same (.4); analyze Goldman transaction (1.4). |
| 6/20/2012 | Rana Barakat | 8.10 | Review and analyze rules re timing for filing certiorari petitions and motions for rehearing (1.2); draft summary re same (.4); draft and revise response to Garlock's potential motion to renew stay of confirmation order (3.9); review and analyze rules re applicable briefing deadlines for bank lenders and Canada (.8); review and revise Third Circuit status update (1.3); office conference with J. Donley re appeal deadlines (.5). |
| 6/20/2012 | John Donley, P.C. | 1.20 | Review, analyze and outline AMH appeal issues (.9); correspond with R. Barakat and client re Federal-Mogul appeal (.2); review and analyze recent filings (.1). |
| 6/20/2012 | Lisa G Esayian | .50 | Telephone conference with R. Barakat re post-judgment motions issues and status of Third Circuit appeals (.3); correspond with R. Barakat re same (.2). |
| 6/21/2012 | Mike Jones | .30 | Correspond with working group re modification of confirmed plan. |
| 6/21/2012 | Scott J Gordon | 2.50 | Correspond with working group re DGCL Section 160 (.3); review and analyze draft Project Green confirmation (2.2). |
| 6/21/2012 | Jeffrey Gettleman | 2.80 | Correspond and telephone conferences with working group re Project Green confirmation. |
| 6/21/2012 | Adam C Paul | 4.40 | Analyze Goldman transaction (2.1); telephone conferences with M. Shelnitz and M. Boude re same (1.1); telephone conference with R. Finke re LMP transition (.3); conference with J. Donley re same (.2); analyze and revise board presentation (.7). |

A-16

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/21/2012 | Rana Barakat | 4.30 | Review and revise status update to Third Circuit (.4); review Federal Rules of Appellate Procedure for applicable deadlines in Grace appellate proceedings (.9); draft outline re same (1.7); research re requirement to post bond in order to obtain stay pending appeal (.3); research re four-factor stay test (.3); review and revise response to Garlock's potential renewed stay motion (.7). |
| 6/21/2012 | John Donley, P.C. | 1.90 | Analyze LMP transition issues (.2); conference with A. Paul re same (.1); telephone conference with R. Finke and A. Paul re same (.3); review recent pleadings and filings (.2); analyze AMH appeal issues and prepare for board meeting (.7); review and analyze memoranda re corporate transaction (.3); telephone conference with A. Paul re same (.1). |
| 6/21/2012 | Dennis M Myers, P.C. | .90 | Review and analyze terms of forward purchase contract. |
| 6/22/2012 | Mike Jones | .40 | Correspond with working group re research issues. |
| 6/22/2012 | Katherine Deibert | 1.70 | Telephone conference with working group re master confirmation (1.4); draft form of resolutions (.3). |
| 6/22/2012 | Kimberly K Love | .80 | Prepare and organize materials requested by R. Barakat. |
| 6/22/2012 | Scott J Gordon | 2.80 | Telephone conference with working group re Project Green confirmation (1.6); prepare for same (.3); telephone conference with Latham re DGCL Section 160 (.9). |
| 6/22/2012 | Jeffrey Gettleman | 4.20 | Correspond with working group re appearances for Richards Layton (.3); review analysis re same (.1); correspond with working group re warrant agreement issues (.6); telephone conferences with working group re Project Green (2.4); correspond with working group re same (.4); correspond with S. Winters re plan modification issues (.1); review M. Jones analysis of modification issue (.2); correspond with A. Paul re same (.1). |
| 6/22/2012 | Adam C Paul | 4.50 | Telephone conference with Goldman Sachs and client re Goldman transaction (1.3); prepare for same (.9); analyze order staying Garlock appeal (.4); analyze and revise Goldman documents (1.9). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/22/2012 | Rana Barakat | 2.70 | Review and revise status update to Third Circuit (.3); correspond with counsel for Canada re same (.1); review and revise response to Garlock's potential renewed motion to stay confirmation order and memorandum opinion (2.3). |
| 6/22/2012 | John Donley, P.C. | 1.40 | Review and revise Third Circuit update letter (.4); telephone conferences with R. Barakat re same (.2); correspond with M. Ward and A. Rosenberg re same (.2); correspond with A. Paul re current strategic and corporate issues (.2); review Paul Weiss correspondence re appeal (.1); review and analyze rules and Third Circuit deadlines (.3). |
| 6/22/2012 | Dennis M Myers, P.C. | 3.80 | Telephone conferences with working group re proposed transaction (1.1); review and analyze terms of contract (1.8); telephone conference with working group re Delaware law issues (.9). |
| 6/24/2012 | Mike Jones | 6.30 | Research case law re warrant (5.1); draft summary re same (.9); correspond with working group re same (.3). |
| 6/24/2012 | Jeffrey Gettleman | .60 | Review M. Jones analysis re warrant agreement (.3); correspond with working group re same (.3). |
| 6/24/2012 | Adam C Paul | 1.70 | Analyze and revise board presentation (.8); analyze effective date issues (.9). |
| 6/24/2012 | John Donley, P.C. | 1.10 | Review and analyze Garlock stay papers and authorities (.3), review and revise response re same (.5); review correspondence from Paul Weiss re appeal (.1); review and respond to correspondence from J. Gettleman and A. Paul re potential corporate transaction (.2). |
| 6/25/2012 | Mike Jones | .30 | Correspond with property damage claimant. |
| 6/25/2012 | Kimberly K Love | 2.00 | Review, edit and cite check response brief (1.4); prepare and organize materials requested by R. Barakat re same (.6). |
| 6/25/2012 | Jeffrey Gettleman | 7.10 | Office and telephone conferences with working group re LMP transition issues (.4); review and revise Project Green motion (4.4); correspond with working group re same (.7); correspond with K. Love re Garlock motions for stay, expedited consideration and notice of appeal (.2); telephone and office conference with working group re warrant agreement and Project Green motion (1.4). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/25/2012 | Adam C Paul | 6.30 | Telephone conferences with M. Shelnitz and J. Donley re Board call and emergence (.8); prepare for same (.7); analyze warrant settlement (1.1); analyze and revise board materials (.9); telephone conference with J. Gettleman re LMP transition (.3); analyze Goldman transaction (1.7); analyze LMP transition (.8). |
| 6/25/2012 | Rana Barakat | 10.70 | Office conference with J. Donley re Garlock's renewed stay motion and update to equitable mootness research (.2); review and revise same (1.1); review and revise status update to Third Circuit (.4); correspond with counsel to all appeals re same (.1); research re equitable mootness (5.7); draft summary re same (3.2). |
| 6/25/2012 | John Donley, P.C. | 4.30 | Telephone conference with M. Shelnitz, R. Finke and A. Paul re board issues and preparation for same (.6); telephone conference and correspond with G. Cassada re stay motion (.2); correspond with A. Rosenberg re appellate issues (.1); analyze AMH appeal issues (.7); correspond with plan proponents' counsel re Garlock (.2); review and revise Third Circuit status update (.7); correspond with Libby mediator re transition (.1); correspond with J. Gettleman, A. Paul, D. Cohn and R. Finke re same (.3); analyze and outline equitable mootness issues (.9); correspond and telephone conference with A. Paul and R. Barakat re same (.5). |
| 6/25/2012 | Lisa G Esayian | .80 | Review and analyze Garlock's renewed stay motion. |
| 6/25/2012 | Dennis M Myers, P.C. | 2.70 | Telephone conferences with working group re Project Green (1.1); review and analyze terms of contract (1.6). |
| 6/26/2012 | Mike Jones | 5.30 | Review and analyze emergency motion to stay (1.1); draft summary of same (.6); correspond with working group re same (.2); review and revise motion template (1.4); review and analyze pleadings re same (1.6); correspond with working group re same (.4). |
| 6/26/2012 | Kimberly K Love | 6.90 | Prepare and organize materials requested by C. Hraban, A. Brniak and R. Barakat (2.6); prepare and organize confirmation briefs requested by S. Winters (1.2); review, edit and cite check response brief (3.1). |
| 6/26/2012 | Andrew Brniak | 1.60 | Prepare and compile precedent related to section 345 and other docketed pleadings (1.4); correspond with J. Gettleman re same (.2). |

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 6/26/2012 | Scott J Gordon | 3.30 | Telephone conference with working group re hedging transaction (1.2); review and analyze confirmation (.7); draft resolutions (.9); telephone conference with Latham re same (.5). |
| 6/26/2012 | Jeffrey Gettleman | 7.30 | Review and revise Project Green confirmation document (.9); correspond with working group re same (.3); telephone conference with plan proponents re status (.6); review and revise project Green motion (2.1); telephone conferences and correspond with working group re Project Green (1.7); correspond with A. Paul and J. Donley re LMP transition issues (.6); review correspondence from R. Finke re Grace-Medco agreement (.1); correspond with L. Esayian re first day insurance motion (.1); correspond with A. Brniak re same (.1); correspond with R. Higgins and A. Brniak re same (.3); review and analyze docket re same (.5). |
| 6/26/2012 | Adam C Paul | 3.50 | Analyze Goldman transaction (1.9); analyze and revise Goldman transactional documents (1.2); correspond with S. Gordon re same (.4). |
| 6/26/2012 | Britt C Grant | 1.30 | Review and analyze Garlock materials (.3); research re emergency motions to stay (.8); correspond with J. Donley and C. Landau re same (.2). |
| 6/26/2012 | Rana Barakat | 7.80 | Office conference with J. Donley re Garlock's emergency motion for stay (.2); research re court discretion to rule on stay motion without hearing (.8); research re standards for granting interim injunctive relief (1.1); research re evidentiary showing required to establish likelihood of success on merits (.7); draft summary of same (1.2); review joint appendix to district court appeals for "fair and equitable" arguments asserted by Garlock (.4); review transcripts of hearings re argument that section 524(g) incorporates absolute priority rule (.6); review and revise response to Garlock's emergency motion (2.2); review appellate rules re appeal and briefing deadlines (.2); draft summary of same (.4). |
| 6/26/2012 | John Donley, P.C. | 7.60 | Telephone conference with ACC and FCR counsel, M. Shelnitz and R. Finke re status (.6); prepare for same (.4); review and outline issues in preparation for board meeting (2.2); draft and revise Garlock reply brief (3.6); review and analyze recent equitable mootness cases (.3); conferences and correspond with R. Barakat re briefing (.3); correspond with A. Rich and R. Wyron re same (.2). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/26/2012 | Dennis M Myers, P.C. | 3.50 | Telephone conferences with Delaware counsel re integration issue (1.2); telephone conference with plan proponents re status (.6); review and analyze revised agreement (1.7). |
| 6/27/2012 | Mike Jones | 2.10 | Research re warrant agreement (.7); correspond with working group re same (.3); correspond with working group re stock restrictions (.2); review and analyze pleadings re same (.9) |
| 6/27/2012 | Kimberly K Love | 2.80 | Review, edit and cite check Garlock response brief (1.7); prepare and organize materials requested by S. Winters and A. Brniak (1.1). |
| 6/27/2012 | Scott J Gordon | 2.80 | Telephone conference with M. Medina re revisions to Project Green confirmation (.6); correspond with working group re same (.3); analyze Delaware law issue (.7); review and revise confirmation (1.2). |
| 6/27/2012 | Jeffrey Gettleman | 7.30 | Correspond with J. Flynn re LMP oxygen benefit (.1); correspond with working group re Project Green motion and strategy (1.2); review and analyze same (1.3); correspond with working group re LMP transition (1.7); review and analyze materials re same (1.4); review correspondence re Judge Buckwalter order denying Garlock stay pending appeal (.2); correspond with working group re confirmation document (.5); correspond with working group re procedure re emergency motions in courts of appeal (.5); research re same (.4). |
| 6/27/2012 | Adam C Paul | 5.90 | Analyze and revise Project Green motion (2.7); telephone conference with E. Filon re Goldman transaction (.8); telephone conference with working group re same (2.0); telephone conference with M. Shelnitz re same (.4). |
| 6/27/2012 | Rana Barakat | 1.70 | Review and revise response to Garlock's emergency stay motion (1.5); correspond with K. Love re filing of same (.2). |
| 6/27/2012 | John Donley, P.C. | 6.70 | Review and revise response brief to stay motion (2.2); correspond with R. Frankel, P. Lockwood, client, A. Rich and R. Barakat re same (.5); telephone conference with R. Frankel and R. Wyron re same (.3); correspond with J. Gettleman, A. Paul and D. Cohn re Libby transition issues (.3); analyze Libby transition issues (.5); review and analyze appellate issues (2.4); review and analyze amended order and Third Circuit stay issues (.5). |

A-21

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/27/2012 | Lisa G Esayian | 2.50 | Correspond with A. Rich re Garlock issues (.3); review and analyze District Court order and opinion denying Garlock second stay motion (.7); draft chart of asbestos PD claims (1.2); correspond with R. Finke re same (.3). |
| 6/27/2012 | Dennis M Myers, P.C. | 2.00 | Review and revise confirmation. |
| 6/28/2012 | Mike Jones | 6.10 | Review and analyze pleadings re use of cash collateral re Project Green (3.4); review and revise motion re stock warrants (2.3); correspond with working group re same (.4). |
| 6/28/2012 | Kimberly K Love | 3.30 | Prepare and organize materials requested by L. Esayian and J. Donley (1.9); prepare and organize recent filings for inclusion into case files (1.2); review and obtain Garlock filings (.2). |
| 6/28/2012 | Jeffrey Gettleman | 10.30 | Review and analyze Judge Buckwalter opinion and order denying Garlock motion seeking stay pending appeal (.3); correspond with working group re Project Green motion (3.4); review and revise Project Green motion and order (3.8); review Delaware local rules re applicability to Project Green motion (.3); correspond with working group re AMH reply (.3); telephone conferences and correspond with working group re LMP transition issues (1.6); draft summary re same (.2); review and analyze HNA/Grace contract (.4). |
| 6/28/2012 | Adam C Paul | 4.90 | Analyze Goldman transaction (2.6); telephone conference with working group re same (.7); prepare for LMP transaction (1.6). |
| 6/28/2012 | Jack N Bernstein | .90 | Analyze LMP transfer issues (.6); draft correspondence to working group re same (.3). |
| 6/28/2012 | John Donley, P.C. | 4.30 | Prepare for board meeting (1.0); correspond with A. Paul re same (.3); telephone conference with board (1.0); correspond with A. Rich re Garlock motions (.1); correspond with R. Barakat and L. Esayian re Garlock briefing in 3d Circuit (.3); review corporate transactions documents and correspondence re same (.4), review and revise motion for approval of corporate transaction (.9); review recent pleadings and filings (.2); correspond with R. Higgins and J. O'Neill re omnibus hearing (.1). |
| 6/28/2012 | Lisa G Esayian | 6.40 | Review and revise response to potential Garlock Third Circuit stay motion (4.7); correspond with J. Donley re same (.3); review and analyze AMH's reply in support of Rule 60 motion (1.4). |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 6/28/2012 | Dennis M Myers, P.C. | 2.00 | Telephone conference with working group re Delaware law matters (1.1); review and analyze motion to approve (.9). |
| 6/29/2012 | Mike Jones | 7.00 | Correspond with working group re legal analysis of proposed transaction (.6); research and analyze case law and pleadings re same (4.3); research re financing under section 364(c) (1.3); review and analyze recent pleadings (.4); summarize and correspond with working group re same (.4). |
| 6/29/2012 | Kimberly K Love | 5.30 | Prepare and organize materials requested by M. Jones re stock trading limitations (1.9); review, edit and cite check appellees response brief (1.1); review PACER re Garlock filings (.8); prepare and organize materials requested by R. Barakat, L. Esayian and S. Winters (1.5). |
| 6/29/2012 | Andrew Brniak | 1.20 | Prepare and compile precedent re section 364(c)(2) financing motions and cash management motions (1.0); correspond with J. Gettleman and S. Winters re same (.2). |
| 6/29/2012 | Scott J Gordon | 4.50 | Analyze additional termination events in Project Green confirmation and Delaware law issue |
| 6/29/2012 | Jeffrey Gettleman | 9.90 | Review and analyze Project Green motion and order (5.4); telephone conferences and correspond with working group re same (3.6); correspond with A. Paul re plan provisions re exit financing (.1); review M. Jones analysis of Section 345 standards re obtaining credit (.3); review and analyze M. Jones research results re standards for 364(c)(2) re Project Green (.3); correspond with working group re LMP transition (.2). |
| 6/29/2012 | Adam C Paul | 5.60 | Analyze issues re Goldman transaction (1.8); telephone conferences with Goldman and client re same (1.7); analyze and review Goldman motion (1.3); telephone conference with M. Shelnitz re exit financing (.2); analyze exit financing in bankruptcy (.6). |
| 6/29/2012 | John Donley, P.C. | 1.10 | Analyze Rule 60 sur-reply issues (.4); correspond with A. Rich re same (.2); correspond with J. Gettleman re corporate transaction issues and motion (.2); analyze LMP transition issues (.3). |
| 6/29/2012 | Lisa G Esayian | 6.20 | Review and revise response to anticipated Garlock Third Circuit stay motion. |
| 6/29/2012 | Dennis M Myers, P.C. | 3.00 | Telephone conferences with working group re Project Green (1.1); review and analyze motion re same (.9); review memorandum re Delaware law issues (1.0). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/30/2012 | Mike Jones | 6.10 | Research case law re requirement to post supersedeas bond and exceptions based on inability to pay (4.8); draft summary re same (1.1); correspond with working group re same (.2). |
| 6/30/2012 | Kimberly K Love | 6.80 | Review, edit and cite check response brief to Garlock's motion to stay. |
| 6/30/2012 | Scott J Gordon | 3.90 | Review and analyze additional termination events in Project Green confirmation (2.8); review and revise memorandum re Section 160 (1.1). |
| 6/30/2012 | Jeffrey Gettleman | 1.80 | Correspond with working group re draft Garlock response (.3); correspond with working group re Garlock emergency stay motion in Third Circuit (.9); correspond with working group re additional termination events in Project Green confirmation (.6). |
| 6/30/2012 | Adam C Paul | 2.90 | Analyze Garlock stay appeal (1.0); correspond with J. Donley re same (.4); analyze EPA order (.4); analyze and revise Project Green motion (1.1). |
| 6/30/2012 | Rana Barakat | 3.20 | Research re standards in Third Circuit for granting emergency relief (2.1); draft summary of same (1.1). |
| 6/30/2012 | John Donley, P.C. | 4.20 | Review and revise responses to Garlock emergency filings (1.5); correspond with plan proponents re same (.2); review and analyze prior briefing (2.5). |
| 6/30/2012 | Lisa G Esayian | 6.00 | Review and analyze Garlock Third Circuit stay motion (.5); draft response re same (5.5). |
|  | Total: | 595.50 |  |

## Matter 41 - Tax Issues - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/22/2012 | Todd F Maynes, P.C. | .80 | Review and analyze proposed hedging strategy re warrants. |
| 6/26/2012 | Todd F Maynes, P.C. | 1.00 | Telephone conferences with working group re section 382 issues re hedging transactions. |
| 6/28/2012 | Todd F Maynes, P.C. | .50 | Correspond with working group re USRPHC status. |
| 6/29/2012 | Todd F Maynes, P.C. | .40 | Correspond with working group re USRPHC status. |
| | Total: | 2.70 | |