**EXHIBIT B**

## Matter 52 – Expenses – Expenses

| Service Description | Amount |
|---|---|
| Standard Copies or Prints | $430.80 |
| Computer Database Research | $3,211.00 |
| **Total:** | **$3,641.80** |

**Matter 52 – Expenses – Itemized Expenses**

| Date | Amount | Description |
|------|-------:|-------------|
| 5/07/2012 | 6.04 | West, Computer Database Research, Esayian, Lisa G., May 2012 |
| 5/08/2012 | 1,543.90 | West, Computer Database Research, Love, Kimberly, May 2012 |
| 5/30/2012 | 6.22 | West, Computer Database Research, Jones, Mike, May 2012 |
| 5/31/2012 | 707.78 | West, Computer Database Research, Barakat, Rana, May 2012 |
| 5/31/2012 | 886.45 | West, Computer Database Research, Donley, John W., May 2012 |
| 5/31/2012 | 60.61 | West, Computer Database Research, Gettleman, Jeffrey, May 2012 |
| 6/04/2012 | 1.40 | Standard Copies or Prints |
| 6/04/2012 | .20 | Standard Copies or Prints |
| 6/04/2012 | 10.00 | Standard Prints |
| 6/04/2012 | .30 | Standard Prints |
| 6/04/2012 | 32.50 | Standard Prints |
| 6/04/2012 | 12.80 | Standard Prints |
| 6/04/2012 | .70 | Standard Prints |
| 6/04/2012 | 4.60 | Standard Prints |
| 6/04/2012 | 2.20 | Standard Prints |
| 6/04/2012 | 16.80 | Standard Prints |
| 6/06/2012 | 12.00 | Standard Prints |
| 6/06/2012 | 1.90 | Standard Prints |
| 6/08/2012 | 1.00 | Standard Copies or Prints |
| 6/08/2012 | .40 | Standard Copies or Prints |
| 6/08/2012 | 8.20 | Standard Prints |
| 6/08/2012 | .30 | Standard Prints |
| 6/08/2012 | 1.70 | Standard Prints |
| 6/08/2012 | 4.20 | Standard Prints |
| 6/08/2012 | 6.20 | Standard Prints |
| 6/08/2012 | 9.60 | Standard Prints |
| 6/11/2012 | 23.60 | Standard Prints |
| 6/11/2012 | 24.40 | Standard Prints |
| 6/11/2012 | 33.90 | Standard Prints |
| 6/12/2012 | 6.40 | Standard Copies or Prints |
| 6/12/2012 | 1.00 | Standard Copies or Prints |
| 6/12/2012 | 26.90 | Standard Prints |
| 6/12/2012 | 15.30 | Standard Prints |
| 6/12/2012 | .40 | Standard Prints |
| 6/12/2012 | 4.30 | Standard Prints |
| 6/13/2012 | 23.20 | Standard Prints |

| Date | Amount | Description |
|------|-------:|-------------|
| 6/14/2012 | 1.70 | Standard Prints |
| 6/14/2012 | 15.40 | Standard Prints |
| 6/15/2012 | 10.10 | Standard Prints |
| 6/15/2012 | 13.20 | Standard Prints |
| 6/15/2012 | 5.90 | Standard Prints |
| 6/18/2012 | 4.30 | Standard Prints |
| 6/18/2012 | 1.40 | Standard Prints |
| 6/18/2012 | 20.00 | Standard Prints |
| 6/22/2012 | 9.20 | Standard Prints |
| 6/22/2012 | 6.00 | Standard Prints |
| 6/25/2012 | 36.70 | Standard Prints |
| 6/25/2012 | 4.20 | Standard Prints |
| 6/27/2012 | 12.10 | Standard Prints |
| 6/27/2012 | 4.20 | Standard Prints |
| Total: | 3,641.80 | |