# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2165425 |
| Invoice Date | 07/12/12 |
| Client Number | 359022 |
| Matter Number | 00014 |

Re: Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Photocopying | 27.20 |
| Messenger Service | 7.50 |
| Federal Express | 45.37 |
| CURRENT EXPENSES | 80.07 |

**TOTAL AMOUNT OF THIS INVOICE**            80.07

**NET AMOUNT OF THIS INVOICE**            80.07

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

# Saul Ewing LLP

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2165421 |
| Invoice Date | 07/12/12 |
| Client Number | 359022 |
| Matter Number | 00001 |

Re: Asset Disposition

FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/15/12 | TKD | Review quarterly list of asset sales and settlements, as filed | 0.3 | 195.00 |
| | | TOTAL HOURS | 0.3 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.3 | at | $650.00 | = | 195.00 |

CURRENT FEES                                                                                           195.00

**TOTAL AMOUNT OF THIS INVOICE**                                                                       195.00

**NET AMOUNT OF THIS INVOICE**                                                                         195.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611
DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2165422 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 07/12/12 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00004 |
| Charlottesville, VA 22902 | |

Re: Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/01/12 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 06/04/12 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 06/05/12 | TKD | Reviewed all case filings and shared with team | 0.4 | 260.00 |
| 06/06/12 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 06/07/12 | TKD | Reviewed all case filings and shared with team | 0.5 | 325.00 |
| 06/08/12 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 06/11/12 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 06/12/12 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 06/12/12 | TKD | Review Judge Buckwalter Opinion | 0.6 | 390.00 |
| 06/13/12 | TKD | Review all daily case filings and share with team | 0.5 | 325.00 |
| 06/14/12 | TKD | Review all daily case filings and share with team | 0.5 | 325.00 |
| 06/15/12 | TKD | Review daily filings and share with team | 0.4 | 260.00 |
| 06/18/12 | TKD | Reviewed all daily case filings and share pleadings with our team | 0.5 | 325.00 |
| 06/19/12 | TKD | Review all daily filings and share with team | 0.4 | 260.00 |
| 06/20/12 | TKD | Review all daily case filings and share with team | 0.3 | 195.00 |
| 06/21/12 | TKD | Review daily case filings and share with team | 0.4 | 260.00 |
| 06/22/12 | TKD | Review all daily case filings and share with team | 0.5 | 325.00 |
| 06/25/12 | TKD | Review all daily filings and share with team | 0.5 | 325.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

Case 01-01139-AMC    Doc 29425-2    Filed 08/09/12    Page 4 of 11

359022
00004
07/12/12

WR Grace - Official Committee of Equity Security Holders
Case Administration

Invoice Number 2165422
Page 2

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/26/12 | TKD | Review daily case filings and share with team | 0.5 | 325.00 |
| 06/27/12 | TKD | Review daily filings and share with team | 0.6 | 390.00 |
| 06/28/12 | TKD | Review all daily case filings and shared with team | 0.5 | 325.00 |
| 06/29/12 | TKD | Review all daily case filings and share with team | 0.5 | 325.00 |
| | | TOTAL HOURS | 10.1 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 10.1 | at | $650.00 | = | 6,565.00 |

CURRENT FEES                                                              6,565.00

**TOTAL AMOUNT OF THIS INVOICE**                                          6,565.00

**NET AMOUNT OF THIS INVOICE**                                            6,565.00

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

# Saul Ewing LLP

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2165423 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 07/12/12 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00008 |
| Charlottesville, VA 22902 | |

Re: Committee: Creditors', Noteholders' Or Equity Holders'

FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/13/12 | TKD | Review Memo to Committee about Judge Buckwalter's new rulings | 0.3 | 195.00 |
| | | TOTAL HOURS | 0.3 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.3 | at | $650.00 | = | 195.00 |

CURRENT FEES                                                                                   195.00

**TOTAL AMOUNT OF THIS INVOICE**                                                  195.00

**NET AMOUNT OF THIS INVOICE**                                                      195.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

# Saul Ewing LLP

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number    2165427 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date         07/12/12 |
| Peninsula Capital Advisors LLC | Client Number      359022 |
| 404B East Main Street | Matter Number    00015 |
| Charlottesville, VA 22902 | |

Re: Fee Applications/Applicant

FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/14/12 | TBB | Draft CNO to Saul Ewing's Twelfth Quarterly Fee Application. | 0.3 | 58.50 |
| 06/14/12 | TBB | File and serve CNO to Saul Ewing's Twelfth Quarterly Fee Application. | 0.8 | 156.00 |
| 06/26/12 | TBB | Draft CNO to Saul Ewing's Thirty Fourth Monthly fee Application. | 0.2 | 39.00 |
| 06/26/12 | TBB | File and serve CNO to Saul Ewing's Thirty Fourth Monthly fee Application. | 0.8 | 156.00 |
| 06/26/12 | TBB | Review docket for any objections filed to Saul Ewing's thirty fourth monthly fee application. | 0.1 | 19.50 |
| 06/29/12 | TBB | Draft Saul Ewing's Thirty Fifth Monthly Fee Application. | 0.6 | 117.00 |
| 06/29/12 | TBB | File and serve Saul Ewing's Thirty Fifth Monthly Fee Application. | 0.8 | 156.00 |
| | | TOTAL HOURS | 3.6 | |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00015
07/12/12

WR Grace - Official Committee of Equity Security Holders
Fee Applications/Applicant

Invoice Number 2165427
Page 2

## TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 3.6 | at | $195.00 | = | 702.00 |

CURRENT FEES 702.00

**TOTAL AMOUNT OF THIS INVOICE** 702.00

**NET AMOUNT OF THIS INVOICE** 702.00

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

Invoice Number 2165428
Invoice Date 07/12/12
Client Number 359022
Matter Number 00016

Re: Fee Applications/Others

FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/01/12 | TKD | Review fee application, review Notice, edit same, authorize filing | 0.4 | 260.00 |
| 06/01/12 | TBB | Draft Notice to Kramer Levin's One Hundred and Twenty Eighth Monthly Fee Application. | 0.2 | 39.00 |
| 06/01/12 | TBB | File and serve Kramer Levin's One Hundred and Twenty Eighth Monthly Fee Application. | 0.8 | 156.00 |
| 06/07/12 | TKD | Review fee chart for presentation to court | 0.3 | 195.00 |
| 06/14/12 | TBB | Draft CNO to Kramer Levin's Fortieth Quarterly Fee Application. | 0.3 | 58.50 |
| 06/14/12 | TBB | File and serve CNO to Kramer Levin's Fortieth Monthly Fee Application. | 0.8 | 156.00 |
| 06/26/12 | TKD | Reviewed Kramer Levin and Saul CNOs | 0.3 | 195.00 |
| 06/26/12 | TBB | Draft CNO to Kramer Levin's One Hundred and twenty Eighth Monthly Fee Application. | 0.2 | 39.00 |
| 06/26/12 | TBB | File and serve CNO to Kramer Levin's One Hundred and twenty Eighth Monthly Fee Application. | 0.8 | 156.00 |
| 06/26/12 | TBB | Review docket for objections filed to Kramer Levin's one hundred and twenty eighth monthly fee application. | 0.1 | 19.50 |
| | | TOTAL HOURS | 4.2 | |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

| | | |
|---|---|---|
| 359022 | WR Grace - Official Committee of Equity Security | Invoice Number 2165428 |
| 00016 | Holders | Page 2 |
| 07/12/12 | Fee Applications/Others | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 3.2 | at | $195.00 | = | 624.00 |
| Teresa K.D. Currier | 1.0 | at | $650.00 | = | 650.00 |

**CURRENT FEES**     1,274.00

**TOTAL AMOUNT OF THIS INVOICE**     1,274.00

**NET AMOUNT OF THIS INVOICE**     1,274.00

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2165430 |
| Invoice Date | 07/12/12 |
| Client Number | 359022 |
| Matter Number | 00020 |

Re: Plan and Disclosure Statement

FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/12:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/18/12 | TKD | Review brief regarding Anderson Memorial Hospital issues and provide sign off for filing | 0.5 | 325.00 |
| 06/25/12 | TKD | Review letter to Third Circuit providing a status | 0.2 | 130.00 |
| 06/25/12 | TKD | Review Garlock APpeals and motions to stay accompanying them | 0.4 | 260.00 |
| 06/27/12 | TKD | Reviewed, approved Garlock reply to be filed by Plan Proponents | 0.4 | 260.00 |
| 06/27/12 | TKD | Read Judge Buckwalter's Opinion and ORders denying Garlock stay | 0.5 | 325.00 |
| | | TOTAL HOURS | 2.0 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 2.0 | at | $650.00 | = | 1,300.00 |

CURRENT FEES                                                                          1,300.00

**TOTAL AMOUNT OF THIS INVOICE**                                                      1,300.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

| | | |
|---|---|---|
| 359022 | WR Grace - Official Committee of Equity Security | Invoice Number 2165430 |
| 00020 | Holders | Page 2 |
| 07/12/12 | Plan and Disclosure Statement | |

**NET AMOUNT OF THIS INVOICE**                                                1,300.00