**EXHIBIT B**

W. R. Grace & Co.
Summary
Nov 1 through Nov 30, 2011

| Employee | Hours | Billing Rate | Professional Fees |
|---|---|---|---|
| GORDON, JARED H | 0.40 | $680.00 | $272.00 |
| NGUYEN, HOANG OANH THI | 1.30 | $290.00 | $377.00 |
| BROOKS, THOMAS J | 0.30 | $570.00 | $171.00 |
| Bankruptcy Fee Application | 2.00 | | $820.00 |
| Expenses | | | $0.00 |
| Total Deloitte Tax LLP Fees          Nov 1 through Nov 30, 2011 | | | $820.00 |