W. R. Grace & Co.
Hourly Detail
Nov 1 through Nov 30, 2011

EXHIBIT C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Professional Fees |
|---|---|---|---|---|---|---|---|
| 11/14/2011 | GORDON, JARED H | Administration | David Libow | Reviewed bankruptcy fee application | 0.3 | $680.00 | $204.00 |
| 11/29/2011 | GORDON, JARED H | Administration | David Libow | Reviewed bankruptcy fee application | 0.1 | $680.00 | $68.00 |
| 11/15/2011 | NGUYEN, HOANG OANH THI | Administration | David Libow | Prepared October bankruptcy filing for Grace and discussed with Jim | 1.0 | $290.00 | $290.00 |
| 11/23/2011 | NGUYEN, HOANG OANH THI | Administration | David Libow | Updated October bankcruptcy filing and invoice per Jared. | 0.3 | $290.00 | $87.00 |
| 11/28/2011 | BROOKS, THOMAS J | Administration | David Libow | Reviewed interim bankruptcy fee applications | 0.3 | $570.00 | $171.00 |
| | | | | | 2.00 | | $820.00 |