EXHIBIT B

W. R. Grace & Co.
Summary
Dec 1 through Dec 31, 2011

| Employee | Hours | Billing Rate | Professional Fees |
|---|---|---|---|
| GORDON, JARED H | 0.10 | $680.00 | $68.00 |
| BROOKS, THOMAS J | 0.40 | $570.00 | $228.00 |
| Administration | 0.50 | | $296.00 |
| Expenses | | | $0.00 |
| Total Deloitte Tax LLP Fees | Dec 1 through Dec 31, 2011 | | $296.00 |