EXHIBIT C

W. R. Grace & Co.
Hourly Detail
Dec 1 through Dec 31, 2011

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Professional Fees |
|---|---|---|---|---|---|---|---|
| 12/13/2011 | GORDON, JARED H | Administration | David Libow | Reviewed bankruptcy fee application | 0.1 | $680.00 | $68.00 |
| 12/14/2011 | BROOKS, THOMAS J | Administration | David Libow | Reviewed bankruptcy fee application for October and coordinated with Valerie Reed to put together application for signature and notarization | 0.4 | $570.00 | $228.00 |
| | | | | | 0.50 | | $296.00 |