**EXHIBIT B**

W. R. Grace & Co.
Summary
Jan 1 through Jan 31, 2012

| Employee | Hours | Billing Rate | Professional Fees |
|---|---|---|---|
| GORDON, JARED H | 0.50 | $680.00 | $340.00 |
| Indonesia | 0.50 | | $340.00 |
| Expenses | | | $0.00 |
| Total Deloitte Tax LLP Fees    Jan 1 through Jan 31, 2012 | | | $340.00 |