EXHIBIT C

W. R. Grace & Co.
Hourly Detail
Jan 1 through Jan 31, 2012

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Professional Fees |
|---|---|---|---|---|---|---|---|
| 1/10/2012 | GORDON, JARED H | Indonesia | Carol Finke | Cordinated with Indonesian Contacts & email/conf call with Carol Finke | 0.50 | $680.00 | $340.00 |
| | | | | | 0.50 | | $340.00 |