**EXHIBIT B**

W. R. Grace & Co.
Summary
Feb 1 through Feb 29, 2012

| Employee | Hours | Billing Rate | Professional Fees |
|---|---|---|---|
| NG, LINDA LIAN TAT | 1.40 | $680.00 | $952.00 |
| BROOKS, THOMAS J | 1.80 | $570.00 | $1,026.00 |
| GORDON, JARED H | 2.70 | $680.00 | $1,836.00 |
| LIEW, LI MEI | 1.10 | $570.00 | $627.00 |
| **De Neef Integration** | **7.00** | | **$4,441.00** |
| HERNANDEZ, ALVARO JOSE | 0.40 | $150.00 | $60.00 |
| RODRIGUEZ, FELIPE | 0.50 | $265.00 | $132.50 |
| OTERO, MARIA D | 0.50 | $350.00 | $175.00 |
| **Puerto Rico Tax Compliance** | **1.40** | | **$367.50** |
| Subtotal | 8.40 | | $4,808.50 |
| Expenses | | | $0.00 |
| **Total Deloitte Tax LLP Fees**  Feb 1 through Feb 29, 2012 | | | **$4,808.50** |