W. R. Grace & Co.
Hourly Detail
Feb 1 through Feb 29, 2012

EXHIBIT C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Professional Fees |
|---|---|---|---|---|---|---|---|
| 2/24/2012 | NG, LINDA LIAN TAT | De Neef Integration | Carol Finke | Prepared for, and attended a conference call with Jared Gordon, Jim Brooks and the Singapore Desk leader to discuss the proposed integration of the De Neef and W.R. Grace businesses; provided Hong Kong tax comments on the draft slide deck. | 1.4 | $680.00 | $952.00 |
| 2/16/2012 | BROOKS, THOMAS J | De Neef Integration | Carol Finke | Conference call with Carol Finke and Jared Gordon regarding HK and Singapore issues associated with merger of redundant entities in local jurisdictions associated with DeNeef acquisition | 0.7 | $570.00 | $399.00 |
| 2/21/2012 | BROOKS, THOMAS J | De Neef Integration | Carol Finke | Prepared slides for Singapore and Hong Kong mergers | 0.8 | $570.00 | $456.00 |
| 2/24/2012 | BROOKS, THOMAS J | De Neef Integration | Carol Finke | Reviewed and discussed with Jared Gordon and update the slides on Singapore and HK | 0.3 | $570.00 | $171.00 |
| 2/15/2012 | GORDON, JARED H | De Neef Integration | Carol Finke | Singapore, Hong Kong DeNeef Follow up integration | 0.5 | $680.00 | $340.00 |
| 2/16/2012 | GORDON, JARED H | De Neef Integration | Carol Finke | Prepared for DeNeef Call; and attended De Neef integration call with Carol Finke | 1.4 | $680.00 | $952.00 |
| 2/24/2012 | GORDON, JARED H | De Neef Integration | Carol Finke | Prepared DeNeef integration slides | 0.3 | $680.00 | $204.00 |
| 2/24/2012 | GORDON, JARED H | De Neef Integration | Carol Finke | Discussed with Jim and Carol and responded to emails | 0.5 | $680.00 | $340.00 |
| 2/24/2012 | LIEW, LI MEI | De Neef Integration | Carol Finke | Attended a conference with Jared Gordon, Jim Brooks, and Linda Ng; reviewed slides and follow up comments regarding De Neef integration | 1.1 | $570.00 | $627.00 |
| 2/17/2012 | HERNANDEZ, ALVARO JOSE | Puerto Rico Tax Compliance | Joe Bahorich | Darex PR, Inc - client correspondence | 0.4 | $150.00 | $60.00 |
| 2/9/2012 | RODRIGUEZ, FELIPE | Puerto Rico Tax Compliance | Joe Bahorich | PRTD Tax Amnesty - correspondence including contacts | 0.2 | $265.00 | $53.00 |
| 2/10/2012 | RODRIGUEZ, FELIPE | Puerto Rico Tax Compliance | Joe Bahorich | PRTD Tax Amnesty - additional correspondene and contacts | 0.3 | $265.00 | $79.50 |
| 2/24/2012 | OTERO, MARIA D | Puerto Rico Tax Compliance | Joe Bahorich | Darex - Engagement correspondence regarding compliance / amnesty | 0.5 | $350.00 | $175.00 |
| | | | | | 8.40 | | $4,808.50 |