EXHIBIT D

W. R. Grace & Co.
Expenses Detail
Feb 1 through Feb 29, 2012

| Posted Date | Employee Name | Project Category | Grace Contact | Description | Related Expenses |
|---|---|---|---|---|---|
| | | | | | $0.00 |
| | | | | Total | $0.00 |