EXHIBIT B

W. R. Grace & Co.
Summary
Mar 1 through Mar 31, 2012

| Employee | Hours | Billing Rate | Professional Fees |
|---|---|---|---|
| GORDON, JARED H | 1.30 | $680.00 | $884.00 |
| FANTACCI, OLDERIGO | 0.40 | $570.00 | $228.00 |
| **Italian Branch** | **1.70** | | **$1,112.00** |
| GORDON, JARED H | 0.50 | $680.00 | $340.00 |
| **De Neef Integration** | **0.50** | | **$340.00** |
| BROOKS, THOMAS J | 0.40 | $570.00 | $228.00 |
| **Administration** | **0.40** | | **$228.00** |
| Subtotal | 2.60 | | $1,680.00 |
| Expenses | | | $0.00 |
| Total Deloitte Tax LLP Fees   Mar 1 through Mar 31, 2012 | | | $1,680.00 |