EXHIBIT C

W. R. Grace & Co
Hourly Detail
Mar 1 through Mar 31, 2012

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Professional Fees |
|---|---|---|---|---|---|---|---|
| 3/21/2012 | GORDON, JARED H | Italian Branch | Carol Finke | Olderigo Fautao & Carol Finke conference calls regarding costs to set up Italian sub/branch | 0.4 | $680.00 | $272.00 |
| 3/26/2012 | GORDON, JARED H | Italian Branch | Carol Finke | Italian choice of entry discussion and approximate cost to set up - calls with Carol Finke and Italian desk | 0.9 | $680.00 | $612.00 |
| 3/21/2012 | FANTACCI, OLDERIGO | Italian Branch | Carol Finke | Italian choice of entry discussion and approximate cost to set up - call with Jared Gordon | 0.4 | $570.00 | $228.00 |
| 3/1/2012 | GORDON, JARED H | De Neef Integration | Carol Finke | conf call with Carol Finke | 0.5 | $680.00 | $340.00 |
| 3/30/2012 | BROOKS, THOMAS J | Administration | David Libow | Review of fee applications; correspondence regarding interim fee application | 0.4 | $570.00 | $228.00 |
| | | | | | 2.60 | | $1,680.00 |