**EXHIBIT D**

W. R. Grace & Co.
Expenses Detail
Mar 1 through Mar 31, 2012

| Posted Date | Employee Name | Project Category | Grace Contact | Description | Related Expenses |
|---|---|---|---|---|---|
| | | | | Travel and Meals | $0.00 |