**EXHIBIT B**

W. R. Grace & Co.
Summary
Apr 1 through Apr 30, 2012

| Employee | Hours | Billing Rate | Professional Fees |
|---|---|---|---|
| GORDON, JARED H | 2.70 | $680.00 | $1,836.00 |
| **China Withholding Tax** | **2.70** | | **$1,836.00** |
| | | | |
| MILAN, EDUARDO O | 0.20 | $40.00 | $8.00 |
| MORALES, SONIA IRIS | 0.70 | $150.00 | $105.00 |
| OTERO, MARIA D | 2.20 | $350.00 | $770.00 |
| RODRIGUEZ, FELIPE | 2.30 | $265.00 | $609.50 |
| DIAZ, REINALDO A | 1.00 | $143.00 | $143.00 |
| **Puerto Rico Tax Compliance** | **6.40** | | **$1,635.50** |
| | | | |
| GORDON, JARED H | 0.70 | $680.00 | $476.00 |
| NGUYEN, HOANG OANH THI | 1.00 | 290.00 | $290.00 |
| BROOKS, THOMAS J | 1.90 | 570.00 | $1,083.00 |
| **Administration** | **3.60** | | **$1,849.00** |
| | | | |
| Subtotal | 12.70 | | $5,320.50 |
| Expenses | | | $2.02 |
| **Total Deloitte Tax LLP Fees** | Apr 1 through Apr 30, 2012 | | **$5,322.52** |