N. R. Grace & Co
Hourly Detail
Apr 1 through Apr 30, 2012

EXHIBIT C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Professional Fees |
|---|---|---|---|---|---|---|---|
| 4/13/2012 | GORDON, JARED H | China Withholding Tax | Carol Finke | Discussion with GES regarding China withholding tax exposure | 1.0 | $680.00 | $680.00 |
| 4/16/2012 | GORDON, JARED H | Administration | Carol Finke | Review of draft fee applications | 0.5 | $680.00 | $340.00 |
| 4/17/2012 | GORDON, JARED H | China Withholding Tax | Carol Finke | Call with Carol Finke and HR contacts regarding China withholding tax | 1.2 | $680.00 | $816.00 |
| 4/18/2012 | GORDON, JARED H | Administration | Carol Finke | Coordination with Jim Brooks and Hoang Nguyen regarding bank court fee applications | 0.2 | $680.00 | $136.00 |
| 4/23/2012 | GORDON, JARED H | China Withholding Tax | Carol Finke | Discussion regarding China withholding tax | 0.5 | $680.00 | $340.00 |
| 4/24/2012 | MILAN, EDUARDO O | Puerto Rico Tax Compliance | Joe Bahorich | assembly and circulation of 2011 Returns file | 0.2 | $40.00 | $8.00 |
| 4/27/2012 | MORALES, SONIA IRIS | Puerto Rico Tax Compliance | Joe Bahorich | revise 2011 Engagement Letter | 0.4 | $150.00 | $60.00 |
| 4/30/2012 | MORALES, SONIA IRIS | Puerto Rico Tax Compliance | Joe Bahorich | Finalize and issue 2011 Engagement Letter to client | 0.3 | $150.00 | $45.00 |
| 4/24/2012 | OTERO, MARIA D | Puerto Rico Tax Compliance | Joe Bahorich | Gathered data for personal property return/extension | 1.0 | $350.00 | $350.00 |
| 4/26/2012 | OTERO, MARIA D | Puerto Rico Tax Compliance | Joe Bahorich | Prepare and follow up for LCSP approval and engagement letter | 0.7 | $350.00 | $245.00 |
| 4/27/2012 | OTERO, MARIA D | Puerto Rico Tax Compliance | Joe Bahorich | Update and revise Engagement Letter as requested by client | 0.5 | $350.00 | $175.00 |
| 4/20/2012 | RODRIGUEZ, FELIPE | Puerto Rico Tax Compliance | Joe Bahorich | Darex Puerto Rico - 2011 Property Tax Return Information Request. | 0.5 | $265.00 | $132.50 |
| 4/24/2012 | RODRIGUEZ, FELIPE | Puerto Rico Tax Compliance | Joe Bahorich | Darex Puerto Rico - 2011 Property Tax Return Information Request. | 1.0 | $265.00 | $265.00 |
| 4/25/2012 | RODRIGUEZ, FELIPE | Puerto Rico Tax Compliance | Joe Bahorich | Personal Property Tax Return information request process for Darex. Answered client emails and reviewed provided information. Prepared the D&T estimate of taxable values and also logged the extension. Gave instructions to Rey Diaz. | 0.5 | $265.00 | $132.50 |
| 4/26/2012 | RODRIGUEZ, FELIPE | Puerto Rico Tax Compliance | Joe Bahorich | Personal Property Tax Return information request process for Darex. Answered client emails and reviewed provided information. Prepared the D&T estimate of taxable values and also logged the extension. Gave instructions to Rey Diaz. | 0.3 | $265.00 | $79.50 |
| 4/28/2012 | DIAZ, REINALDO A | Puerto Rico Tax Compliance | Joe Bahorich | Preparation of the 2011 PR Personal Property Tax Return. | 1.0 | $143.00 | $143.00 |
| 4/2/2012 | NGUYEN, HOANG OANH THI | Administration | Carol Finke | Prepared 12th Interim Fee Application per Jim Brooks | 1.0 | $290.00 | $290.00 |
| 4/18/2012 | BROOKS, THOMAS J | Administration | Carol Finke | Reviewed 12th interim fee application | 1.9 | $570.00 | $1,083.00 |
| | | | | | 12.70 | | $5,320.50 |