**EXHIBIT D**

W. R. Grace & Co.
Expenses Detail
Apr 1 through Apr 30, 2012

| Posted Date | Employee Name | Project Category | Grace Contact | Description | Related Expenses |
|---|---|---|---|---|---|
| 4/6/2012 | GORDON, JARED H | De Neef Integration | Carol Finke | Conference call from 3/1 | $2.02 |
| | | | | Total | $2.02 |