EXHIBIT B

W. R. Grace & Co.
Summary
May 1 through May 31, 2012

| Employee | Hours | Billing Rate | Professional Fees |
|---|---|---|---|
| GORDON, JARED H | 0.50 | $680.00 | $340.00 |
| TROTMAN, SEAN P | 0.80 | $680.00 | $544.00 |
| SHURIN, ALEXANDER SANDY | 3.00 | $400.00 | $1,200.00 |
| **China Stock Plan Registration** | 4.30 | | $2,084.00 |
| HUYKE, FRANCES ANN | 0.80 | $40.00 | $32.00 |
| OTERO, MARIA D | 2.00 | $350.00 | $700.00 |
| RODRIGUEZ, FELIPE | 0.20 | $265.00 | $53.00 |
| **Puerto Rico Tax Compliance** | 3.00 | | $785.00 |
| Subtotal | 7.30 | | $2,869.00 |
| Expenses | | | $5.53 |
| **Total Deloitte Tax LLP Fees** May 1 through May 31, 2012 | | | $2,874.53 |