W. R. Grace & Co
Hourly Detail
May 1 through May 31, 2012

EXHIBIT C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Professional Fees |
|---|---|---|---|---|---|---|---|
| 5/4/2012 | GORDON, JARED H | China Stock Plan Registration | Carol Finke | Follow up for updates on China tax | 0.5 | $680.00 | $340.00 |
| 5/24/2012 | TROTMAN, SEAN P | China Stock Plan Registration | Carol Finke | China SAFE issues - discussion with Sandy | 0.5 | $680.00 | $340.00 |
| 5/29/2012 | TROTMAN, SEAN P | China Stock Plan Registration | Carol Finke | Email correspondence regarding detailed SAFE and tax registrations | 0.3 | $680.00 | $204.00 |
| 5/15/2012 | SHURIN, ALEXANDER SANDY | China Stock Plan Registration | Carol Finke | Talk with Paula Stuard regarding China executives who exercised options, SAFE and Circ. 35 registrations; follow-up with team in China | 1.0 | $400.00 | $400.00 |
| 5/18/2012 | SHURIN, ALEXANDER SANDY | China Stock Plan Registration | Carol Finke | Discussion with team in China, email to Paula Stuard regarding China executives who exercised options, SAFE and Circ. 35 registrations | 0.5 | $400.00 | $200.00 |
| 5/21/2012 | SHURIN, ALEXANDER SANDY | China Stock Plan Registration | Carol Finke | Call with China regarding SAFE/Circ 35/Executive option exercises. Email correspondence to Paula Stuard | 1.0 | $400.00 | $400.00 |
| 5/29/2012 | SHURIN, ALEXANDER SANDY | China Stock Plan Registration | Carol Finke | Email correspondence to Paula Stuard regarding China SAFE And Circ. 35 registration and propsoed services/fees | 0.5 | $400.00 | $200.00 |
| 5/15/2012 | HUYKE, FRANCES ANN | Puerto Rico Tax Compliance | Joe Bahorich | Filing and documentation in preparation for compliance | 0.2 | $40.00 | $8.00 |
| 5/17/2012 | HUYKE, FRANCES ANN | Puerto Rico Tax Compliance | Joe Bahorich | Filing and documentation in preparation for compliance (including electronic identifications and billing) | 0.4 | $40.00 | $16.00 |
| 5/21/2012 | HUYKE, FRANCES ANN | Puerto Rico Tax Compliance | Joe Bahorich | Filing and documentation in preparation for compliance (including electronic identifications and billing) | 0.2 | $40.00 | $8.00 |
| 5/9/2012 | OTERO, MARIA D | Puerto Rico Tax Compliance | Joe Bahorich | Reviewed and sent extension file to client | 1.5 | $350.00 | $525.00 |
| 5/11/2012 | OTERO, MARIA D | Puerto Rico Tax Compliance | Joe Bahorich | Email correspondence regarding execution and filing of personal property extension | 0.5 | $350.00 | $175.00 |
| 5/1/2012 | RODRIGUEZ, FELIPE | Puerto Rico Tax Compliance | Joe Bahorich | Reviewed the Personal Property Tax Return for Darex | 0.2 | $265.00 | $53.00 |
| | | | | | 7.30 | | $2,869.00 |