**EXHIBIT D**

W. R. Grace & Co.
Expenses Detail
May 1 through May 31, 2012

| Posted Date | Employee Name | Project Category | Grace Contact | Description | Related Expenses |
|---|---|---|---|---|---|
| 5/21/2012 | GORDON, JARED H | China Stock Plan Registration | Carol Finke | Conference call | $5.53 |
| | | | | Total | $5.53 |