**CERTIFICATE OF SERVICE**

I, Garvan F. McDaniel, hereby certify that on this 9th day of August, 2012, I caused a copy of the foregoing *Declaration of Christopher P. Booth in Support of Objection of Main Plaza, LLC to Notice of Transfer of Claim other than for Security filed by CIM Urban REIT 211 Main St. (SF), LP, as Assignee of CIM REIT Acquisition, LLC* to be served upon those listed below *via* United States First Class Mail:

Landau Gottfried & Berger LLP
Attn: Peter J. Gurfein
1801 Century Park East, Suite 700
Los Angeles, CA 90067

                                                */s/ Garvan F. McDaniel*
                                                Garvan F. McDaniel (No. 4167)