# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[1] | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) Objection Deadline: June 21, 2012, at 4:00 p.m. |
| | Hearing Date: Only if Objections are Filed |

## SUMMARY OF APPLICATION OF REED SMITH LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL TO DEBTORS FOR THE ONE HUNDRED THIRTIETH MONTHLY INTERIM PERIOD FROM APRIL 1, 2012 THROUGH APRIL 30, 2012

| | |
|---|---|
| Name of Applicant: | Reed Smith LLP |
| Authorized to Provide Professional Services to: | W. R. Grace & Co., et al., Debtors and Debtors-in-Possession |
| Date of Retention: | July 19, 2001, effective as of April 2, 2001 |
| Period for which compensation and reimbursement is sought: | April 1 Through April 30, 2012 |
| Amount of fees sought as actual, reasonable and necessary: | $23,893.50 |
| Amount of expenses sought as actual, reasonable and necessary | $924.72 |

This is a(n): X monthly   __ interim   __ final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

#28983
5/29/12

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through /31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |

2

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00[2] | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through 1/31/04 | $21,531.00 | $85.71 | No objections served on counsel | No objections served on counsel |
| 4/7/04 | 2/1/04 through 2/29/04 | $21,116.00 | $2,537.94 | No objections served on counsel | No objections served on counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |
| 6/4/04 | 4/1/04 through 4/30/04 | $16,495.50 | $41.08 | No objections served on counsel | No objections served on counsel |
| 7/1/04 | 5/1/04 through 5/31/04 | $41,085.00 | $2,386.50 | No objections served on counsel | No objections served on counsel |
| 8/2/04 | 6/1/04 through 6/30/04 | $28,692.50 | $725.43 | No objections served on counsel | No objections served on counsel |
| 9/3/04 | 7/1/04 through 7/31/04 | $13,176.50 | $328.55 | No objections served on counsel | No objections served on counsel |
| 10/5/04 | 8/1/04 through 8/31/04 | $11,792.00 | $1,500.03 | No objections served on counsel | No objections served on counsel |
| 10/28/04 | 9/1/04 through 9/30/04 | $22,618.00 | $97.76 | No objections served on counsel | No objections served on counsel |
| 11/29/04 | 10/1/04 through 10/31/04 | $127,040.00 | $2,696.29 | No objections served on counsel | No objections served on counsel |
| 1/7/05 | 11/1/04 through 11/30/04 | $29,207.50 | $1,858.91 | No objections served on counsel | No objections served on counsel |
| 2/9/05 | 12/1/04 through 12/31/04 | $123,722.25 | $2,598.89 | No objections served on counsel | No objections served on counsel |
| 3/1/05 | 1/1/05 through 1/31/05 | $112,761.00 | $3,520.69 | No objections served on counsel | No objections served on counsel |
| 3/29/05 | 2/1/05 through 2/28/05 | $40,738.00 | $2,719.01 | No objections served on counsel | No objections served on counsel |
| 4/27/05 | 3/1/05 through 3/31/05 | $22,165.50 | $281.04 | No objections served on counsel | No objections served on counsel |

---

2   Although Reed Smith initially requested $9,795.00 for the December 2003 monthly interim period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor).  The corrected amount requested by Reed Smith for that period is reflected above.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 5/31/05 | 4/1/05 through 4/30/05 | $27,745.00 | $373.42 | No objections served on counsel | No objections served on counsel |
| 6/30/05 | 5/1/05 through 5/31/05 | $48,125.50 | $1,444.96 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 6/1/05 through 6/30/05 | $53,677.50 | $2,901.34 | No objections served on counsel | No objections served on counsel |
| 8/31/05 | 8/1/05 through 8/31/05 | $67,024.00 | $4,443.37 | No objections served on counsel | No objections served on counsel |
| 10/28/05 | 9/1/05 through 9/31/05 | $75,564.50 | $1,333.69 | No objections served on counsel | No objections served on counsel |
| 11/28/05 | 10/1/05 through 10/31/05 | $100,140.00 | $2,209.06 | No objections served on counsel | No objections served on counsel |
| 12/29/05 | 11/1/05 through 11/30/05 | $73,829.00 | $2,476.74 | No objections served on counsel | No objections served on counsel |
| 2/3/06 | 12/1/05 through 12/31/05 | $132,709.00 | $9,322.91 | No objections served on counsel | No objections served on counsel |
| 3/6/06 | 1/1/06 through 1/31/065 | $179,492.75 | $7,814.56 | No objections served on counsel | No objections served on counsel |
| 3/28/06 | 2/1/06 through 2/28/06 | $121,127.50 | $2,113.02 | No objections served on counsel | No objections served on counsel |
| 4/28/06 | 3/1/06 through 3/31/06 | $138,244.50 | $8,928.17 | No objections served on counsel | No objections served on counsel |
| 5/30/06 | 4/1/06 through 4/30/06 | $258,539.00 | $3,990.53 | No objections served on counsel | No objections served on counsel |
| 6/28/06 | 5/1/06 through 5/31/06 | $187,688.50 | $7,066.20 | No objections served on counsel | No objections served on counsel |
| 7/31/06 | 6/1/06 through 6/30/06 | $290,925.50 | $7,211.50 | No objections served on counsel | No objections served on counsel |
| 9/1/06 | 7/1/06 through 7/31/06 | $318,207.00 | $5,751.93 | No objections served on counsel | No objections served on counsel |
| 9/28/06 | 8/1/06 through 8/31/06 | $431,035.00 | $19,258.20 | No objections served on counsel | No objections served on counsel |
| 10/30/06 | 9/1/06 through 9/30/06 | $214,071.00 | $8,718.91 | No objections served on counsel | No objections served on counsel |
| 11/28/06 | 10/1/06 through 10/31/06 | $253,411.00 | $3,957.53 | No objections served on counsel | No objections served on counsel |
| 12/21/06 | 11/1/06 through 11/30/06 | $269,985.00 | $10,276.93 | No objections served on counsel | No objections served on counsel |
| 1/29/07 | 12/1/06 through 12/31/06 | $449,619.00 | $13,006.42 | No objections served on counsel | No objections served on counsel |
| 3/2/07 | 1/1/07 through 1/31/07 | $451,799.50 | $10,807.56 | No objections served on counsel | No objections served on counsel |
| 3/28/07 | 2/1/07 through 2/28/07 | $571,452.50 | $26,064.65 | No objections served on counsel | No objections served on counsel |
| 5/1/07 | 3/1/07 through 3/31/07 | $612,334.00 | $21,618.02 | No objections served on counsel | No objections served on counsel |
| 5/30/07 | 4/1/07 through 4/30/07 | $659,653.00 | $95,262.97 | No objections served on counsel | No objections served on counsel |

4

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/07 | 5/1/07 through 5/31/07 | $381,244.00 | $76,304.87 | No objections served on counsel | No objections served on counsel |
| 7/31/07 | 6/1/07 through 6/30/07 | $285,417.50 | $25,072.31 | No objections served on counsel | No objections served on counsel |
| 8/31/07 | 7/1/07 through 7/31/07 | $565,946.00 | $27,996.57 | No objections served on counsel | No objections served on counsel |
| 9/28/07 | 8/1/07 through 8/31/07 | $341,805.00 | $30,377.98 | No objections served on counsel | No objections served on counsel |
| 10/30/07 | 9/1/07 through 9/30/07 | $266,475.00 | $47,419.66 | No objections served on counsel | No objections served on counsel |
| 11/29/07 | 10/1/07 through 10/31/07 | $425,753.50 | $56,702.47 | No objections served on counsel | No objections served on counsel |
| 12/31/07 | 11/1/07 through 11/30/07 | $346,948.50 | $28,452.97 | No objections served on counsel | No objections served on counsel |
| 2/1/08 | 12/1/07 through 12/31/07 | $328,899.50 | $6,684.25 | No objections served on counsel | No objections served on counsel |
| 2/29/08 | 1/1/08 through 1/31/08 | $190,026.50 | $66,680.87 | No objections served on counsel | No objections served on counsel |
| 3/28/08 | 2/1/08 through 2/29/08 | $164,778.50 | $6,812.83 | No objections served on counsel | No objections served on counsel |
| 4/29/08 | 3/1/08 through 3/31/08 | $196,624.00 | $7,770.05 | No objections served on counsel | No objections served on counsel |
| 5/28/08 | 4/1/08 through 4/30/08 | $265,172.00 | $14,840.69 | No objections served on counsel | No objections served on counsel |
| 6/30/08 | 5/1/08 through 5/31/08 | $198,308.50 | $5,407.12 | No objections served on counsel | No objections served on counsel |
| 7/29/08 | 6/1/08 through 6/30/08 | $294,750.00 | $11,846.36 | No objections served on counsel | No objections served on counsel |
| 8/28/08 | 7/1/08 through 7/31/08 | $260,723.00 | $30,905.57 | No objections served on counsel | No objections served on counsel |
| 9/29/08 | 8/1/08 through 8/31/08 | $133,508.50 | $25,510.91 | No objections served on counsel | No objections served on counsel |
| 10/30/08 | 9/1/08 through 9/30/08 | $178,342.50 | $62,002.21 | No objections served on counsel | No objections served on counsel |
| 11/28/08 | 10/1/08 through 10/31/08 | $180,835.00 | $97,238.00 | No objections served on counsel | No objections served on counsel |
| 12/29/08 | 11/1/08 through 11/30/08 | $262,272.50 | $66,906.64 | No objections served on counsel | No objections served on counsel |
| 2/2/09 | 12/1/08 through 12/31/08 | $296,040.50 | $61,115.32 | No objections served on counsel | No objections served on counsel |
| 3/5/09 | 1/1/09 through 1/31/09 | $187,083.50 | $48,496.26 | No objections served on counsel | No objections served on counsel |
| 3/30/09 | 2/1/09 through 2/28/09 | $170,090.00 | $71,440.61 | No objections served on counsel | No objections served on counsel |
| 4/28/09 | 3/1/09 through 3/31/09 | $119,493.00 | $91,664.16 | No objections served on counsel | No objections served on counsel |
| 5/28/09 | 4/1/09 through 4/30/09 | $82,997.00 | $31,796.74 | No objections served on counsel | No objections served on counsel |

5

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/09 | 5/1/09 through 5/31/09 | $46,410.00 | $1,641.97 | No objections served on counsel | No objections served on counsel |
| 7/29/09 | 6/1/09 through 6/30/09 | $37,799.50 | $8,098.44 | No objections served on counsel | No objections served on counsel |
| 8/31/09 | 7/1/09 through 7/31/09 | $26,413.00 | $6,408.90 | No objections served on counsel | No objections served on counsel |
| 9/30/09 | 8/1/09 through 8/31/09 | $57,230.00 | $5,569.75 | No objections served on counsel | No objections served on counsel |
| 10/29/09 | 9/1/09 through 9/30/09 | $26,700.00 | $35,383.32 | No objections served on counsel | No objections served on counsel |
| 12/1/09 | 10/1/09 through 10/31/09 | $36,478.50 | $11,042.24 | No objections served on counsel | No objections served on counsel |
| 12/31/09 | 11/1/09 through 11/30/09 | $26,217.00 | $6,599.14 | No objections served on counsel | No objections served on counsel |
| 1/29/10 | 12/1/09 through 12/31/09 | $18,402.00 | $350.26 | No objections served on counsel | No objections served on counsel |
| 3/2/10 | 1/1/1 through 1/31/10 | $67,941.00 | $5,542.74 | No objections served on counsel | No objections served on counsel |
| 3/29/10 | 2/1/10 through 02/28/10 | $8,019.00 | $1,025.90 | No objections served on counsel | No objections served on counsel |
| 4/28/10 | 3/1/10 through 3/31/10 | $7,581.50 | $2,008.26 | No objections served on counsel | No objections served on counsel |
| 5/28/10 | 4/1/10 through 4/30/10 | $28,603.00 | $1,030.65 | No objections served on counsel | No objections served on counsel |
| 6/29/10 | 5/1/1/10 through 5/31/10 | $6,594.50 | $1,375.18 | No objections served on counsel | No objections served on counsel |
| 7/28/10 | 6/1/10 through 6/30/10 | $7,500.50 | $299.18 | No objections served on counsel | No objections served on counsel |
| 8/31/10 | 7/1/10 through 7/31/10 | $9,446.00 | $100.30 | No objections served on counsel | No objections served on counsel |
| 9/28/10 | 8/1/10 through 8/31/10 | $3,635.50 | $821.90 | No objections served on counsel | No objections served on counsel |
| 10/28/10 | 9/1/10 through 9/30/10 | $5,575.50 | $49.74 | No objections served on counsel | No objections served on counsel |
| 11/30/10 | 10/1/10 through 10/31/10 | $6,159.30 | $18.26 | No objections served on counsel | No objections served on counsel |
| 12/29/10 | 11/1/10 through 11/30/10 | $19,070.80 | $76.00 | No objections served on counsel | No objections served on counsel |
| 1/31/11 | 12/1/10 through 12/31/10 | $15,773.50 | $1,381.58 | No objections served on counsel | No objections served on counsel |
| 2/28/11 | 1/1/11 through 1/31/11 | $29,967.50 | $1,110.22 | No objections served on counsel | No objections served on counsel |
| 3/28/11 | 2/1/11 through 2/28/11 | $41,503.00 | $11,883.46 | No objections served on counsel | No objections served on counsel |
| 4/29/11 | 3/1/11 through 3/31/11 | $6,362.50 | $2,549.26 | No objections served on counsel | No objections served on counsel |
| 5/31/11 | 4/1/11 through 4/30/11 | $18,201.00 | $147.45 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/11 | 5/1/11 through 5/31/11 | $6,949.00 | $785.03 | No objections served on counsel | No objections served on counsel |
| 7/28/11 | 6/1/11 through 6/30/11 | $24,354.50 | $387.90 | No objections served on counsel | No objections served on counsel |
| 8/29/11 | 7/1/11 through 7/31/11 | $11,068.00 | $81.61 | No objections served on counsel | No objections served on counsel |
| 9/29/11 | 8/1/11 through 8/31/11 | $8,986.50 | $1,113.30 | No objections served on counsel | No objections served on counsel |
| 10/28/11 | 9/1/11 through 9/30/11 | $12,101.50 | $94.10 | No objections served on counsel | No objections served on counsel |
| 11/29/11 | 10/1/11 through 10/31/11 | $19,260.50 | $31.80 | No objections served on counsel | No objections served on counsel |
| 12/30/11 | 11/1/11 through 11/30/11 | $19,841.50 | $304.30 | No objections served on counsel | No objections served on counsel |
| 1/31/12 | 12/1/11 through 12/31/11 | $27,648.00 | $4,961.85 | No objections served on counsel | No objections served on counsel |
| 3/1/12 | 1/1/12 through 1/31/12 | 74,726.00 | 9,717.03 | No objections served on counsel | No objections served on counsel |
| 3/29/12 | 2/1/12 through 2/29/12 | $20,952.50 | $1,692.53 | No objections served on counsel | No objections served on counsel |
| 4/30/12 | 3/1/12 through 3/31/12 | $59,351.00 | $1,350.33 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the one hundred thirtieth application for monthly interim compensation of services filed with the Bankruptcy Court in these chapter 11 cases.

The total time expended for the preparation of this application is approximately six hours, and the corresponding estimated compensation that will be requested in a future application is approximately $2,500.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Year Admitted | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Douglas E. Cameron | Partner | 1984 | Litigation | $670.00 | 3.40 | $2,278.00 |
| Joseph S. Luchini | Partner | 1973 | Litigation | $585.00 | 2.00 | $1,170.00 |
| Linda S. Husar | Partner | 1980 | Litigation | $535.00 | 13.80 | $7,383.00 |
| Thomas Hill | Partner | 1981 | Litigation | $535.00 | 1.50 | $802.50 |
| Andrew J. Muha | Partner | 2001 | Litigation | $460.00 | 1.90 | $874.00 |
| Christine A. Kohler | Associate | 2000 | Litigation | $390.00 | .50 | $195.00 |
| Stephanie Henderson Espinosa | Associate | 2007 | Litigation | $320.00 | 27.30 | $8,736.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant and number of years as a paraprofessional | | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Barbara C. Stiverson | Paralegal | 18 Years | Litigation | $295.00 | .20 | $59.00 |
| John B. Lord | Paralegal | 20 Years | Bankruptcy | $260.00 | 1.70 | $442.00 |
| Christopher P. Bailey | Sr. Litigation Support Analyst | 6 Years | Litigation Support | $230.00 | 2.60 | $598.00 |
| Lizeth Sanchez | Paralegal | 4 Years | Litigation | $210.00 | 5.10 | $1,071.00 |
| Sharon A. Ament | Paralegal | 7 Years | Litigation | $190.00 | 1.50 | $285.00 |

**Total Fees: $23,893.50**

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Litigation & Litigation Consulting | .50 | $95.00 |
| Fee Applications | 6.10 | $2,511.00 |
| Claim Analysis Objection Resolution & Estimation | 1.40 | $938.00 |
| Correa vs. W.R. Grace | 50.80 | $18,785.50 |
| Specifications Inquiry | 2.70 | $1,564.00 |
| **Total** | **61.50** | **$23,893.50** |

## EXPENSE SUMMARY

| Description | Non-ZAI Science Trial | ZAI Science Trial |
|---|---|---|
| Duplicating/Printing/Scanning | $64.40 | ------- |
| Subpoena Service Costs | $463.57 | ------ |
| Postage Expense | $24.11 | ------- |
| Courier Service – Outside | $130.59 | ------- |
| Outside Duplicating | $170.37 | ------- |
| Telephone Outside | $.62 | ------ |
| Parkling/Tolls/Other Transportation | $17.00 | ------- |
| Meal Expense | $54.06 | ------- |
| SUBTOTAL | $924.72 | $0.00 |
| **TOTAL** | **$924.72** | **$0.00** |

REMAINDER OF PAGE LEFT BLANK INTENTIONALLY

Dated:    May 29, 2012                    REED SMITH LLP
          Wilmington, Delaware

                                          By: /s/ Kurt F. Gwynne
                                              Kurt F. Gwynne (No. 3951)
                                              1201 Market Street, Suite 1500
                                              Wilmington, DE  19801
                                              Telephone:  (302) 778-7500
                                              Facsimile:  (302) 778-7575
                                              E-mail: kgwynne@reedsmith.com

                                                  and

                                              James J. Restivo, Jr., Esquire
                                              Lawrence E. Flatley, Esquire
                                              Douglas E. Cameron, Esquire
                                              Reed Smith Centre
                                              225 Fifth Avenue
                                              Pittsburgh, PA 15222
                                              Telephone:  (412) 288-3131
                                              Facsimile:  (412) 288-3063

                                              Special Asbestos Products Liability Defense
                                              Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                        Invoice Number      2270341
7500 Grace Drive                        Invoice Date      05/25/12
Columbia, Maryland 21044                Client Number       172573
USA


======================================================================

Re: W. R. Grace & Co.


(50001)  Correa v. W.R. Grace

    Fees                          18,785.50
    Expenses                           0.00

              TOTAL BALANCE DUE UPON RECEIPT        $18,785.50
                                                    ==============

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
W.R. Grace & Co.                    Invoice Number      2270341
7500 Grace Drive                    Invoice Date       05/25/12
Columbia, Maryland 21044            Client Number        172573
USA                                 Matter Number         50001
```

===========================================================================

Re: (50001)  Correa v. W.R. Grace

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2012

| Date | Name | | Hours |
|------|------|---|-------|
| 03/29/12 | Husar | Review and revise responses to discovery (1.0); review and revise responses to interrogatories (1.0); work on strategy for MSJ and settlement (1.1). | 3.10 |
| 04/02/12 | Espinosa | Prepare verifications for the responses to Plaintiff's interrogatories and requests for admissions (.1); various calls with A. Enriquez re same (.2); review additional documents from A. Enriquez for inclusion in the document production (.3); email Plaintiff's counsel (.2); finalize and serve the responses to Plaintiff's interrogatories and requests for admissions (1.6). | 2.40 |
| 04/02/12 | Husar | Review and revise discovery responses (.5); work on strategy for settlement and MSJ (.7); work on responses to interrogatories and request for production of documents (.9). | 2.10 |
| 04/02/12 | Kohler | Review and revise responses to plaintiff's second set of requests for production of documents. | .50 |
| 04/03/12 | Espinosa | Call with Graces's workers' compensation attorney. | .50 |

```
172573 W. R. Grace & Co.                    Invoice Number  2270341
50001  Correa v. W.R. Grace                 Page   2
       May 25, 2012
```

| Date | Name | | Hours |
|------|------|---|-------|
| 04/04/12 | Espinosa | Finalize and serve the responses to Plaintiff's requests for production of documents, set two. | .70 |
| 04/04/12 | Husar | Work on discovery and strategy for possible settlement. | .50 |
| 04/06/12 | Husar | Work on document production and review of documents for production in response to plaintiff's request for production of documents. | 2.60 |
| 04/09/12 | Espinosa | Prepare the privilege log (.5); review additional files received from D. Edwards for documents responsive to Plaintiff's doucment requests (.6); call and email with D. Edwards re status of email search (.2). | 1.30 |
| 04/11/12 | Espinosa | Follow up with D. Edwards re the search for A. Enriquez's emails (.2); finalize document production (.9); research applicability of a collateral estoppel argument (1.8); prepare subpoena to MetLife (1.1). | 4.00 |
| 04/11/12 | Husar | Work on document production (.8); review documents for production (.3); work on grounds for judicial estoppel defense and strategy regarding the same (.8). | 1.90 |
| 04/12/12 | Espinosa | Call to the Social Security Administration re Plaintiff's records (.4); prepare follow-up letter re same (.3). | .70 |
| 04/12/12 | Sanchez | Review and redact case materials in preparation for document production as directed by S. Espinosa. | 2.20 |
| 04/13/12 | Espinosa | Finalize and serve the document production, privileged log and supplemental responses to the requests for production of documents, set one. | 1.00 |

172573 W. R. Grace & Co.                          Invoice Number  2270341
50001  Correa v. W.R. Grace                       Page    3
       May 25, 2012


    Date   Name                                                    Hours
    ------ ---------                                               -----

04/13/12 Sanchez           Continue preparation of case            2.90
                           documents for production as
                           directed by S. Espinosa.

04/17/12 Husar             Prepare email to J. Forgach              .50
                           updating him on status of case and
                           next steps.

04/18/12 Bailey            As requested by S. Espinosa,            1.60
                           re-format client emails (.8);
                           print emails for review and apply
                           internal bates stamp for tracking
                           purposes (.8).

04/18/12 Espinosa          Review Plaintiff's meet and confer      1.50
                           letter and and draft response
                           (1.0); review A. Enriquez's emails
                           and confer with C. Bailey re
                           setting up a database for review
                           and production (.5).

04/19/12 Espinosa          Prepare trial budget (.8); review       4.70
                           J. Hughes' emails (.6); review A.
                           Enriquez's emails and assess for
                           production (3.0); call with J.
                           Forgach re status of the case (.3).

04/19/12 Husar             Work on litigation plan and case        .90
                           strategy (.3); prepare for and
                           confer with J. Forgach regarding
                           next steps (.3); settlement
                           strategy and litigation plan (.3).

04/20/12 Bailey            Execute search across email             .80
                           collection for selected names;
                           create index of names with
                           document hits (.4); prepare
                           production of selected emails,
                           stamp and print pages (.4).

04/20/12 Espinosa          Prepare second supplemental             2.50
                           discovery responses to the
                           document requests served on Alissa
                           Enriquez (.9); prepare documents
                           for production (.9); prepare for
                           and conduct meet and confer
                           conference with Plaintiff's
                           counsel re Defendant's response to
                           discovery (.7).

```
172573 W. R. Grace & Co.                    Invoice Number  2270341
50001  Correa v. W.R. Grace                 Page    4
       May 25, 2012
```

| Date | Name | | Hours |
|------|------|--|-------|

| | | | |
|------|------|------|------|
| 04/20/12 | Husar | Review and evaluate meet and confer letters from plaintiff's counsel regarding discovery disputes, and work on strategy for a response. | .60 |
| 04/23/12 | Espinosa | Email J. Forgach re budget (0.2); follow-up on Metlife subpoena (0.2); research possible orthopedic experts (0.6). | 1.00 |
| 04/24/12 | Espinosa | Research expert witnesses (0.7); Call with potential orthopedic witness (0.4); research expert witness disclosure requirements and prepare trial calendar (0.7); Conference call with L. Husar and T. Hill to strategize re expert witnesses at trial (0.2). | 2.00 |
| 04/24/12 | Hill | Confer with S. Espinosa re expert witness designation (.5); further conference re same with S. Espinosa and L. Husar (.5); review pretrial and trial deadlines (.5). | 1.50 |
| 04/24/12 | Husar | Work on expert disclosures and strategy regarding the same. | .50 |
| 04/25/12 | Bailey | Forward network link to Plaintiff's production files copied to server for further analysis. | .20 |
| 04/25/12 | Espinosa | Review Plaintiff's medical records and workers' compensation records to identify treating physicians to disclose on the expert report (1.5); draft initial expert disclosures (1.6). | 3.10 |
| 04/25/12 | Husar | Work on budget and strategy for mediation and motion for summary judgment (.5); work on expert discovery and trial strategy (.3). | .80 |
| 04/26/12 | Espinosa | Conference call with Plaintiff's counsel re expert disclosures and discovery (0.3); various emails with vendors re potential expert witnesses (0.3). | .60 |

172573 W. R. Grace & Co.                    Invoice Number  2270341
50001  Correa v. W.R. Grace                 Page   5
       May 25, 2012


       Date  Name                                              Hours
       ----- -----------                                       -----


04/27/12 Espinosa      Various emails re scheduling the          .90
                       court ordered mediation (0.3);
                       prepare a stipulation to extend
                       the expert discovery deadlines and
                       email Plaintiff's counsel re same
                       (0.4); call with Daniel Ban re
                       status of Plaintiff's workers
                       compensation claims and to get
                       expert witness recommendations
                       (0.2).

04/27/12 Husar         Strategy regarding global                 .30
                       settlement with workers
                       compensation carrier, review
                       stipulation regarding expert
                       discovery.

04/30/12 Espinosa      Calls with potential expert               .40
                       witnesses (0.3); follow-up with
                       the social security disability
                       office (0.1).

                                                               ------
                                          TOTAL HOURS           50.80


TIME SUMMARY              Hours         Rate          Value
-----------------------   ------   -------------    -------
Thomas Hill                1.50  at $  535.00  =     802.50
Linda S. Husar            13.80  at $  535.00  =   7,383.00
Stephanie Henderson Espin 27.30  at $  320.00  =   8,736.00
Christine A. Kohler        0.50  at $  390.00  =     195.00
Lizeth Sanchez             5.10  at $  210.00  =   1,071.00
Christopher P. Bailey      2.60  at $  230.00  =     598.00

                          CURRENT FEES                        18,785.50

                                                            ------------
                          TOTAL BALANCE DUE UPON RECEIPT     $18,785.50
                                                            ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | | |
|---|---|---|
| W.R. Grace & Co. | Invoice Number | 2270342 |
| 7500 Grace Drive | Invoice Date | 05/25/12 |
| Columbia, Maryland 21044 | Client Number | 172573 |
| USA | | |

==============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

| | |
|---|---|
| Fees | 95.00 |
| Expenses | 0.00 |
| TOTAL BALANCE DUE UPON RECEIPT | $95.00 |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

```
W.R. Grace & Co.                        Invoice Number      2270342
7500 Grace Drive                        Invoice Date        05/25/12
Columbia, Maryland 21044                Client Number        172573
USA                                     Matter Number         60026
```

========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2012

```
    Date  Name                                                  Hours
    ----  -----                                                 -----

04/09/12 Ament            Various e-mails with P. Cuniff re:     .50
                          agenda and hearing binder for
                          4/23/12 hearing (.10); review
                          agenda and hearing binder (.10);
                          review COC received from M.
                          Santore (.10); update hearing
                          binder (.10); coordinate hand
                          delivery of same to Judge
                          Fitzgerald (.10).

                                                                ------
                                        TOTAL HOURS               .50
```

```
TIME SUMMARY               Hours          Rate         Value
-----------------------    ---------------------       -------
Sharon A. Ament            0.50  at  $  190.00  =       95.00

                           CURRENT FEES                            95.00


                                                        ------------
                           TOTAL BALANCE DUE UPON RECEIPT          $95.00
                                                        ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2270343
7500 Grace Drive                          Invoice Date      05/25/12
Columbia, Maryland 21044                  Client Number       172573
USA


==============================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

        Fees                        2,511.00
        Expenses                        0.00

                  TOTAL BALANCE DUE UPON RECEIPT        $2,511.00
                                                     =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                         Invoice Number      2270343
7500 Grace Drive                         Invoice Date       05/25/12
Columbia, Maryland 21044                 Client Number        172573
USA                                      Matter Number         60029


================================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2012

| Date | Name | | Hours |
|------|------|---|------|
| 04/06/12 | Cameron | Review fee application materials | .60 |
| 04/13/12 | Ament | Review and respond to e-mail from D. Cameron re: Feb. monthly fee application. | .10 |
| 04/17/12 | Ament | E-mail to J. Lord re: March monthly fee application (.10); begin drafting March monthly fee application and spreadsheets re: same (.20). | .30 |
| 04/17/12 | Lord | Communicate with S. Ament re: monthly fee application. | .10 |
| 04/17/12 | Muha | Review and revise fee and expense detail for March monthly application. | .50 |
| 04/19/12 | Ament | Continue drafting March monthly fee application. | .20 |
| 04/20/12 | Ament | Continue preparing March monthly fee application and spreadsheets re: same and provide to A. Muha for review (.30); attention to billing matters and e-mail to D. Cameron and A. Muha re: same (.10). | .40 |
| 04/23/12 | Muha | Review and additional revisions to March monthly application materials. | .50 |

```
172573 W. R. Grace & Co.                    Invoice Number  2270343
60029  Fee Applications-Applicant           Page    2
       May 25, 2012
```

```
   Date   Name                                                Hours
--------  -----------                                         -----
```

| Date | Name | | Hours |
|------|------|------|-------|
| 04/24/12 | Cameron | Review fee application materials. | .50 |
| 04/25/12 | Muha | Correspondence with timekeepers re: guidelines for fee application reporting. | .40 |
| 04/27/12 | Cameron | Review fee application materials | .40 |
| 04/30/12 | Lord | Work on Reed Smith March monthly fee application (.8); finalize, e-file and serve same (.8). | 1.60 |
| 04/30/12 | Muha | Review and revisions to final drafts of March monthly fee application materials. | .50 |

```
                                            ------
                            TOTAL HOURS      6.10
```

```
TIME SUMMARY              Hours        Rate         Value
------------------------  -----------------------   -------
Douglas E. Cameron        1.50  at  $  670.00  =   1,005.00
Andrew J. Muha            1.90  at  $  460.00  =     874.00
John B. Lord              1.70  at  $  260.00  =     442.00
Sharon A. Ament           1.00  at  $  190.00  =     190.00

                          CURRENT FEES                         2,511.00


                                                           ------------
                          TOTAL BALANCE DUE UPON RECEIPT    $2,511.00
                                                           ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2270344
7500 Grace Drive                          Invoice Date        05/25/12
Columbia, Maryland 21044                  Client Number        172573
USA


==============================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

    Fees                              938.00
    Expenses                            0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $938.00
                                                         ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2270344
7500 Grace Drive                          Invoice Date        05/25/12
Columbia, Maryland 21044                  Client Number        172573
USA                                       Matter Number         60033


==============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2012

    Date    Name                                              Hours
    ------- -----------                                       -----

    04/01/12 Cameron        Review materials relating to Solow    .40
                            request

    04/02/12 Cameron        E-mails and calls regarding Solow     .60
                            request.

    04/24/12 Cameron        Review asbestos case issues.          .40

                                                             ------
                                          TOTAL HOURS          1.40


TIME SUMMARY                 Hours        Rate        Value
-------------------------    -------------------     -------
Douglas E. Cameron           1.40  at  $  670.00  =   938.00

                             CURRENT FEES                       938.00


                                                          ------------
                        TOTAL BALANCE DUE UPON RECEIPT         $938.00
                                                          ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                              Invoice Number      2270345
62 Whittemore Avenue                          Invoice Date        05/25/12
Cambridge, MA  02140                          Client Number        172573

================================================================================

Re: W. R. Grace & Co.


(60041)  Specifications Inquiry

    Fees                             1,564.00
    Expenses                             0.00

                    TOTAL BALANCE DUE UPON RECEIPT       $1,564.00
                                                        =============

```
                              REED SMITH LLP
                             PO Box 360074M
                          Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630
```

```
W.R. Grace & Co.                        Invoice Number      2270345
62 Whittemore Avenue                    Invoice Date       05/25/12
Cambridge, MA  02140                    Client Number       172573
                                        Matter Number        60041
```

======================================================================

Re: (60041) Specifications Inquiry

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2012

| Date | Name | | Hours |
|------|------|---|-------|
| 03/27/12 | Luchini | Finalize contract with consultant and correspondence with WR Grace and consultant. | .70 |
| 03/28/12 | Luchini | Address contractual/payment issues with consultant. | .70 |
| 03/29/12 | Luchini | Telephone call from J. Hughes re: invoices and letter to consultant re: same. | .60 |
| 04/03/12 | Stiverson | Review invoice from consultant, prepare spreadsheet. | .20 |
| 04/12/12 | Cameron | Attention to issues raised by J. Hughes (.40); telephone conference with J. Hughes re: same (.10). | .50 |

```
                                               ------
                                  TOTAL HOURS    2.70
```

| TIME SUMMARY | Hours | | Rate | | | Value |
|--------------|-------|---|------|---|---|-------|
| Douglas E. Cameron | 0.50 | at | $ | 670.00 | = | 335.00 |
| Joseph S. Luchini | 2.00 | at | $ | 585.00 | = | 1,170.00 |
| Barbara C Stiverson | 0.20 | at | $ | 295.00 | = | 59.00 |

```
                   CURRENT FEES                      1,564.00
```

```
                                               ------------
         TOTAL BALANCE DUE UPON RECEIPT          $1,564.00
                                               ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | | |
|---|---|---|
| W.R. Grace & Co. | Invoice Number | 2270350 |
| 7500 Grace Drive | Invoice Date | 05/25/12 |
| Columbia, Maryland 21044 | Client Number | 172573 |
| USA | | |

===============================================================================

Re: W. R. Grace & Co.


(50001)  Correa v. W.R. Grace

    Fees                               0.00
    Expenses                         896.76

              TOTAL BALANCE DUE UPON RECEIPT        $896.76
                                                  =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2270350
7500 Grace Drive                          Invoice Date       05/25/12
Columbia, Maryland 21044                  Client Number       172573
USA                                       Matter Number        50001


================================================================================

Re: Correa v. W.R. Grace

FOR COSTS ADVANCED AND EXPENSES INCURRED:

      Duplicating/Printing/Scanning              42.50
      Postage Expense                            23.67
      Subpoena Service Costs                     463.57
      Courier Service - Outside                  125.59
      Outside Duplicating                        170.37
      Parking/Tolls/Other Transportation          17.00
      Meal Expense                                54.06

                  CURRENT EXPENSES                           896.76
                                                     --------------

                  TOTAL BALANCE DUE UPON RECEIPT          $896.76
                                                     ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number     2270350
7500 Grace Drive                        Invoice Date      05/25/12
Columbia, Maryland 21044                Client Number       172573
USA                                     Matter Number        50001

===============================================================================

Re: (50001)  Correa v. W.R. Grace


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 03/26/12 | Meal Expense Lunch – VENDOR: Stephanie Henderson Espinosa - - Lunch for two during Correa Dep. (Espinosa, Enriquez) | 34.53 |
| 03/27/12 | Parking/Tolls/Other Transportation Parking – VENDOR: Stephanie Henderson Espinosa- - Parking during deposition of Alissa Enriquez. | 17.00 |
| 03/27/12 | Meal Expense Lunch – VENDOR: Stephanie Henderson Espinosa - - Lunch for two during Enriquez Dep.(Espinosa, Enriquez) | 19.53 |
| 03/29/12 | Courier Service – Outside 00843 UPS – Shipped from Jacqueline Wernick Reed Smith LLP – Los Angele to Daniel J. Ban Heggeness, Sweet, Simington (SANTA ANA CA 92701) | 9.20 |
| 04/02/12 | Duplicating/Printing/Scanning ATTY # 000349: 12 COPIES | 1.20 |
| 04/02/12 | Duplicating/Printing/Scanning ATTY # 000349: 21 COPIES | 2.10 |
| 04/02/12 | Duplicating/Printing/Scanning ATTY # 000349: 21 COPIES | 2.10 |
| 04/02/12 | Duplicating/Printing/Scanning ATTY # 000349: 23 COPIES | 2.30 |
| 04/03/12 | Duplicating/Printing/Scanning ATTY # 10886; 292 COPIES | 29.20 |
| 04/03/12 | Postage Expense Postage Expense: ATTY # 010164 User: Equitrac By | 3.00 |

172573 W. R. Grace & Co.                          Invoice Number  2270350
50001  Correa v. W.R. Grace                       Page   2
       May 25, 2012


04/04/12   Duplicating/Printing/Scanning                    .40
           ATTY # 000349: 4 COPIES

04/04/12   Postage Expense                                 5.04

04/04/12   Courier Service - Outside 00843 UPS - Shipped   13.21
           from Jacqueline Wernick Reed Smith LLP - Los
           Angele to  Linda Husar (VENICE CA 90291)

04/04/12   Courier Service - Outside 00843 UPS - Shipped    4.36
           from GILBERTO GUDINO REED SMITH LLP to  Linda
           Husar (VENICE CA 90291)

04/06/12   Postage Expense                                  1.70
           Postage Expense: ATTY # 010886 User: Equitrac By

04/11/12   Outside Duplicating -- VENDOR: LA BEST         170.37
           PHOTOCOPIES, INC.: Color laser copies

04/11/12   Subpoena Service Costs -- VENDOR: FIRST RECORDS  223.60
           RETRIEVAL: Dr. Alwyn Sumabat

04/11/12   Subpoena Service Costs -- VENDOR: FIRST RECORDS  201.12
           RETRIEVAL: Dr. Mark S. Johnson

04/11/12   Subpoena Service Costs -- VENDOR: FIRST RECORDS   38.85
           RETRIEVAL: Dr. David Brendel

04/12/12   Duplicating/Printing/Scanning                    .10
           ATTY # 000349: 1 COPIES

04/12/12   Duplicating/Printing/Scanning                    .10
           ATTY # 000349: 1 COPIES

04/12/12   Duplicating/Printing/Scanning                    .20
           ATTY # 000349: 2 COPIES

04/12/12   Duplicating/Printing/Scanning                    .30
           ATTY # 000349: 3 COPIES

04/12/12   Duplicating/Printing/Scanning                    .50
           ATTY # 000349: 5 COPIES

04/12/12   Duplicating/Printing/Scanning                   1.30
           ATTY # 000349: 13 COPIES

04/12/12   Duplicating/Printing/Scanning                    .10
           ATTY # 000349: 1 COPIES

04/12/12   Duplicating/Printing/Scanning                    .10
           ATTY # 000349: 1 COPIES

172573 W. R. Grace & Co.                    Invoice Number  2270350
50001  Correa v. W.R. Grace                 Page   3
       May 25, 2012


04/12/12   Duplicating/Printing/Scanning                      .10
           ATTY # 000349: 1 COPIES

04/12/12   Courier Service - Outside 00843 UPS - Shipped      7.29
           from Jacqueline Wernick Reed Smith LLP - Los
           Angele to David Weck Social Security
           Administrat (ANAHEIM CA 92805)

04/13/12   Duplicating/Printing/Scanning                      .10
           ATTY # 000349: 1 COPIES

04/13/12   Duplicating/Printing/Scanning                      .10
           ATTY # 000349: 1 COPIES

04/13/12   Duplicating/Printing/Scanning                      .10
           ATTY # 000349: 1 COPIES

04/13/12   Outside Duplicating -- VENDOR: LA BEST           82.25
           PHOTOCOPIES, INC.: Color laser copies for
           discovery materials.

04/17/12   Duplicating/Printing/Scanning                      .20
           ATTY # 000349: 2 COPIES

04/18/12   Courier Service - Outside 00843 UPS - Shipped      9.28
           from Jacqueline Wernick Reed Smith LLP - Los
           Angele to Plant Manager Alissa A. Enriquez
           (HESPERIA CA 92345)

04/18/12   Postage Expense                                  12.23
           Postage Expense: ATTY # 010886 User: Equitrac By

04/20/12   Duplicating/Printing/Scanning                     1.90
           ATTY # 000349: 19 COPIES

04/25/12   Postage Expense                                   1.70
           Postage Expense: ATTY # 010886 User: Equitrac By

                    CURRENT EXPENSES                        896.76
                                                       ------------
                    TOTAL BALANCE DUE UPON RECEIPT        $896.76
                                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      2270351
7500 Grace Drive                          Invoice Date       05/25/12
Columbia, Maryland 21044                  Client Number        172573
USA

================================================================================

Re: W. R. Grace & Co.

(60026)  Litigation and Litigation Consulting

     Fees                           0.00
     Expenses                      27.34

                 TOTAL BALANCE DUE UPON RECEIPT          $27.34
                                                  ===============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      2270351
7500 Grace Drive                          Invoice Date        05/25/12
Columbia, Maryland 21044                  Client Number        172573
USA                                       Matter Number         60026

Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

       Duplicating/Printing/Scanning              21.90
       Postage Expense                             0.44
       Courier Service - Outside                   5.00

               CURRENT EXPENSES                              27.34
                                                    -------------

               TOTAL BALANCE DUE UPON RECEIPT             $27.34
                                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      2270351
7500 Grace Drive                          Invoice Date       05/25/12
Columbia, Maryland 21044                  Client Number        172573
USA                                       Matter Number         60026

===============================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|------|-------------|--------|
| 04/13/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 10 COPIES | 1.00 |
| 04/13/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 10 COPIES | 1.00 |
| 04/13/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 11 COPIES | 1.10 |
| 04/13/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 16 COPIES | 1.60 |
| 04/17/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 10 COPIES | 1.00 |
| 04/18/12 | Courier Service - Outside -- VENDOR: AL STILES:<br>Messenger Trip - U.S. Bankruptcy Court - Ramona<br>Baker - 4/9/12 | 5.00 |
| 04/19/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 04/19/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 04/20/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 18 COPIES | 1.80 |
| 04/20/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 04/30/12 | Duplicating/Printing/Scanning<br>ATTY # 0718; 141 COPIES | 14.10 |

```
172573 W. R. Grace & Co.                        Invoice Number  2270351
60026  Litigation and Litigation Consulting     Page    2
       May 25, 2012
```

```
04/30/12   Postage Expense                                    .44
           Postage Expense: ATTY # 000718 User: Equitrac By

                          CURRENT EXPENSES                   27.34
                                                         ------------
                          TOTAL BALANCE DUE UPON RECEIPT    $27.34
                                                         ============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                  Pittsburgh, PA  15251-6074
                    Tax ID# 25-0749630


  W.R. Grace & Co.                    Invoice Number    2270352
  62 Whittemore Avenue                Invoice Date     05/25/12
  Cambridge, MA  02140                Client Number     172573
```

==============================================================================

Re: W. R. Grace & Co.


(60041)  Specifications Inquiry

```
     Fees                        0.00
     Expenses                    0.62

              TOTAL BALANCE DUE UPON RECEIPT          $.62
                                               ==============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
   W.R. Grace & Co.                    Invoice Number      2270352
   62 Whittemore Avenue                Invoice Date       05/25/12
   Cambridge, MA  02140                Client Number       172573
                                       Matter Number        60041
```

=============================================================================

Re: Specifications Inquiry

FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
      Telephone - Outside                      0.62

                        CURRENT EXPENSES                     0.62
                                                      -------------

                        TOTAL BALANCE DUE UPON RECEIPT       $.62
                                                      =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      2270352
62 Whittemore Avenue                      Invoice Date      05/25/12
Cambridge, MA  02140                      Client Number       172573
                                          Matter Number        60041

================================================================================

Re: (60041)  Specifications Inquiry


FOR COSTS ADVANCED AND EXPENSES INCURRED:

03/22/12   Telephone - Outside                            .62
           Global Crossing Inv No: 9033710843 -  LUCHINI,
           JOSEPH

                        CURRENT EXPENSES                 0.62
                                                    ------------
                        TOTAL BALANCE DUE UPON RECEIPT      $.62
                                                    =============