# EXHIBIT B

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Objection Deadline: July 23, 2012, at 4:00 p.m.** |
| | | **Hearing Date:  Only if Objections are Filed** |

**SUMMARY OF APPLICATION OF REED SMITH LLP FOR**
**COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES**
**AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL TO**
**DEBTORS FOR THE ONE HUNDRED THIRTY-FIRST MONTHLY INTERIM**
**PERIOD FROM MAY 1, 2012 THROUGH MAY 31, 2012**

| | |
|---|---|
| Name of Applicant: | Reed Smith LLP |
| Authorized to Provide Professional Services to: | W. R. Grace & Co., *et al.*, Debtors and Debtors-in-Possession |
| Date of Retention: | July 19, 2001, effective as of April 2, 2001 |
| Period for which compensation and reimbursement is sought: | May 1 Through May 31, 2012 |
| Amount of fees sought as actual, reasonable and necessary: | $42,361.00 |
| Amount of expenses sought as actual, reasonable and necessary | $6,074.23 |

This is a(n):  X  monthly      _ interim     _ final application.

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food ›N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

DKT NO:_____

DT FILED: __6/29/12__

US_ACTIVE-109883121.1-SAAMENT

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through /31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00[2] | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through 1/31/04 | $21,531.00 | $85.71 | No objections served on counsel | No objections served on counsel |
| 4/7/04 | 2/1/04 through 2/29/04 | $21,116.00 | $2,537.94 | No objections served on counsel | No objections served on counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |
| 6/4/04 | 4/1/04 through 4/30/04 | $16,495.50 | $41.08 | No objections served on counsel | No objections served on counsel |
| 7/1/04 | 5/1/04 through 5/31/04 | $41,085.00 | $2,386.50 | No objections served on counsel | No objections served on counsel |
| 8/2/04 | 6/1/04 through 6/30/04 | $28,692.50 | $725.43 | No objections served on counsel | No objections served on counsel |
| 9/3/04 | 7/1/04 through 7/31/04 | $13,176.50 | $328.55 | No objections served on counsel | No objections served on counsel |
| 10/5/04 | 8/1/04 through 8/31/04 | $11,792.00 | $1,500.03 | No objections served on counsel | No objections served on counsel |
| 10/28/04 | 9/1/04 through 9/30/04 | $22,618.00 | $97.76 | No objections served on counsel | No objections served on counsel |
| 11/29/04 | 10/1/04 through 10/31/04 | $127,040.00 | $2,696.29 | No objections served on counsel | No objections served on counsel |
| 1/7/05 | 11/1/04 through 11/30/04 | $29,207.50 | $1,858.91 | No objections served on counsel | No objections served on counsel |
| 2/9/05 | 12/1/04 through 12/31/04 | $123,722.25 | $2,598.89 | No objections served on counsel | No objections served on counsel |
| 3/1/05 | 1/1/05 through 1/31/05 | $112,761.00 | $3,520.69 | No objections served on counsel | No objections served on counsel |
| 3/29/05 | 2/1/05 through 2/28/05 | $40,738.00 | $2,719.01 | No objections served on counsel | No objections served on counsel |
| 4/27/05 | 3/1/05 through 3/31/05 | $22,165.50 | $281.04 | No objections served on counsel | No objections served on counsel |

2   Although Reed Smith initially requested $9,795.00 for the December 2003 monthly interim period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor). The corrected amount requested by Reed Smith for that period is reflected above.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 5/31/05 | 4/1/05 through 4/30/05 | $27,745.00 | $373.42 | No objections served on counsel | No objections served on counsel |
| 6/30/05 | 5/1/05 through 5/31/05 | $48,125.50 | $1,444.96 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 6/1/05 through 6/30/05 | $53,677.50 | $2,901.34 | No objections served on counsel | No objections served on counsel |
| 8/31/05 | 8/1/05 through 8/31/05 | $67,024.00 | $4,443.37 | No objections served on counsel | No objections served on counsel |
| 10/28/05 | 9/1/05 through 9/31/05 | $75,564.50 | $1,333.69 | No objections served on counsel | No objections served on counsel |
| 11/28/05 | 10/1/05 through 10/31/05 | $100,140.00 | $2,209.06 | No objections served on counsel | No objections served on counsel |
| 12/29/05 | 11/1/05 through 11/30/05 | $73,829.00 | $2,476.74 | No objections served on counsel | No objections served on counsel |
| 2/3/06 | 12/1/05 through 12/31/05 | $132,709.00 | $9,322.91 | No objections served on counsel | No objections served on counsel |
| 3/6/06 | 1/1/06 through 1/31/065 | $179,492.75 | $7,814.56 | No objections served on counsel | No objections served on counsel |
| 3/28/06 | 2/1/06 through 2/28/06 | $121,127.50 | $2,113.02 | No objections served on counsel | No objections served on counsel |
| 4/28/06 | 3/1/06 through 3/31/06 | $138,244.50 | $8,928.17 | No objections served on counsel | No objections served on counsel |
| 5/30/06 | 4/1/06 through 4/30/06 | $258,539.00 | $3,990.53 | No objections served on counsel | No objections served on counsel |
| 6/28/06 | 5/1/06 through 5/31/06 | $187,688.50 | $7,066.20 | No objections served on counsel | No objections served on counsel |
| 7/31/06 | 6/1/06 through 6/30/06 | $290,925.50 | $7,211.50 | No objections served on counsel | No objections served on counsel |
| 9/1/06 | 7/1/06 through 7/31/06 | $318,207.00 | $5,751.93 | No objections served on counsel | No objections served on counsel |
| 9/28/06 | 8/1/06 through 8/31/06 | $431,035.00 | $19,258.20 | No objections served on counsel | No objections served on counsel |
| 10/30/06 | 9/1/06 through 9/30/06 | $214,071.00 | $8,718.91 | No objections served on counsel | No objections served on counsel |
| 11/28/06 | 10/1/06 through 10/31/06 | $253,411.00 | $3,957.53 | No objections served on counsel | No objections served on counsel |
| 12/21/06 | 11/1/06 through 11/30/06 | $269,985.00 | $10,276.93 | No objections served on counsel | No objections served on counsel |
| 1/29/07 | 12/1/06 through 12/31/06 | $449,619.00 | $13,006.42 | No objections served on counsel | No objections served on counsel |
| 3/2/07 | 1/1/07 through 1/31/07 | $451,799.50 | $10,807.56 | No objections served on counsel | No objections served on counsel |
| 3/28/07 | 2/1/07 through 2/28/07 | $571,452.50 | $26,064.65 | No objections served on counsel | No objections served on counsel |
| 5/1/07 | 3/1/07 through 3/31/07 | $612,334.00 | $21,618.02 | No objections served on counsel | No objections served on counsel |
| 5/30/07 | 4/1/07 through 4/30/07 | $659,653.00 | $95,262.97 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/07 | 5/1/07 through 5/31/07 | $381,244.00 | $76,304.87 | No objections served on counsel | No objections served on counsel |
| 7/31/07 | 6/1/07 through 6/30/07 | $285,417.50 | $25,072.31 | No objections served on counsel | No objections served on counsel |
| 8/31/07 | 7/1/07 through 7/31/07 | $565,946.00 | $27,996.57 | No objections served on counsel | No objections served on counsel |
| 9/28/07 | 8/1/07 through 8/31/07 | $341,805.00 | $30,377.98 | No objections served on counsel | No objections served on counsel |
| 10/30/07 | 9/1/07 through 9/30/07 | $266,475.00 | $47,419.66 | No objections served on counsel | No objections served on counsel |
| 11/29/07 | 10/1/07 through 10/31/07 | $425,753.50 | $56,702.47 | No objections served on counsel | No objections served on counsel |
| 12/31/07 | 11/1/07 through 11/30/07 | $346,948.50 | $28,452.97 | No objections served on counsel | No objections served on counsel |
| 2/1/08 | 12/1/07 through 12/31/07 | $328,899.50 | $6,684.25 | No objections served on counsel | No objections served on counsel |
| 2/29/08 | 1/1/08 through 1/31/08 | $190,026.50 | $66,680.87 | No objections served on counsel | No objections served on counsel |
| 3/28/08 | 2/1/08 through 2/29/08 | $164,778.50 | $6,812.83 | No objections served on counsel | No objections served on counsel |
| 4/29/08 | 3/1/08 through 3/31/08 | $196,624.00 | $7,770.05 | No objections served on counsel | No objections served on counsel |
| 5/28/08 | 4/1/08 through 4/30/08 | $265,172.00 | $14,840.69 | No objections served on counsel | No objections served on counsel |
| 6/30/08 | 5/1/08 through 5/31/08 | $198,308.50 | $5,407.12 | No objections served on counsel | No objections served on counsel |
| 7/29/08 | 6/1/08 through 6/30/08 | $294,750.00 | $11,846.36 | No objections served on counsel | No objections served on counsel |
| 8/28/08 | 7/1/08 through 7/31/08 | $260,723.00 | $30,905.57 | No objections served on counsel | No objections served on counsel |
| 9/29/08 | 8/1/08 through 8/31/08 | $133,508.50 | $25,510.91 | No objections served on counsel | No objections served on counsel |
| 10/30/08 | 9/1/08 through 9/30/08 | $178,342.50 | $62,002.21 | No objections served on counsel | No objections served on counsel |
| 11/28/08 | 10/1/08 through 10/31/08 | $180,835.00 | $97,238.00 | No objections served on counsel | No objections served on counsel |
| 12/29/08 | 11/1/08 through 11/30/08 | $262,272.50 | $66,906.64 | No objections served on counsel | No objections served on counsel |
| 2/2/09 | 12/1/08 through 12/31/08 | $296,040.50 | $61,115.32 | No objections served on counsel | No objections served on counsel |
| 3/5/09 | 1/1/09 through 1/31/09 | $187,083.50 | $48,496.26 | No objections served on counsel | No objections served on counsel |
| 3/30/09 | 2/1/09 through 2/28/09 | $170,090.00 | $71,440.61 | No objections served on counsel | No objections served on counsel |
| 4/28/09 | 3/1/09 through 3/31/09 | $119,493.00 | $91,664.16 | No objections served on counsel | No objections served on counsel |
| 5/28/09 | 4/1/09 through 4/30/09 | $82,997.00 | $31,796.74 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/09 | 5/1/09 through 5/31/09 | $46,410.00 | $1,641.97 | No objections served on counsel | No objections served on counsel |
| 7/29/09 | 6/1/09 through 6/30/09 | $37,799.50 | $8,098.44 | No objections served on counsel | No objections served on counsel |
| 8/31/09 | 7/1/09 through 7/31/09 | $26,413.00 | $6,408.90 | No objections served on counsel | No objections served on counsel |
| 9/30/09 | 8/1/09 through 8/31/09 | $57,230.00 | $5,569.75 | No objections served on counsel | No objections served on counsel |
| 10/29/09 | 9/1/09 through 9/30/09 | $26,700.00 | $35,383.32 | No objections served on counsel | No objections served on counsel |
| 12/1/09 | 10/1/09 through 10/31/09 | $36,478.50 | $11,042.24 | No objections served on counsel | No objections served on counsel |
| 12/31/09 | 11/1/09 through 11/30/09 | $26,217.00 | $6,599.14 | No objections served on counsel | No objections served on counsel |
| 1/29/10 | 12/1/09 through 12/31/09 | $18,402.00 | $350.26 | No objections served on counsel | No objections served on counsel |
| 3/2/10 | 1/1/1 through 1/31/10 | $67,941.00 | $5,542.74 | No objections served on counsel | No objections served on counsel |
| 3/29/10 | 2/1/10 through 02/28/10 | $8,019.00 | $1,025.90 | No objections served on counsel | No objections served on counsel |
| 4/28/10 | 3/1/10 through 3/31/10 | $7,581.50 | $2,008.26 | No objections served on counsel | No objections served on counsel |
| 5/28/10 | 4/1/10 through 4/30/10 | $28,603.00 | $1,030.65 | No objections served on counsel | No objections served on counsel |
| 6/29/10 | 5/1/1/10 through 5/31/10 | $6,594.50 | $1,375.18 | No objections served on counsel | No objections served on counsel |
| 7/28/10 | 6/1/10 through 6/30/10 | $7,500.50 | $299.18 | No objections served on counsel | No objections served on counsel |
| 8/31/10 | 7/1/10 through 7/31/10 | $9,446.00 | $100.30 | No objections served on counsel | No objections served on counsel |
| 9/28/10 | 8/1/10 through 8/31/10 | $3,635.50 | $821.90 | No objections served on counsel | No objections served on counsel |
| 10/28/10 | 9/1/10 through 9/30/10 | $5,575.50 | $49.74 | No objections served on counsel | No objections served on counsel |
| 11/30/10 | 10/1/10 through 10/31/10 | $6,159.30 | $18.26 | No objections served on counsel | No objections served on counsel |
| 12/29/10 | 11/1/10 through 11/30/10 | $19,070.80 | $76.00 | No objections served on counsel | No objections served on counsel |
| 1/31/11 | 12/1/10 through 12/31/10 | $15,773.50 | $1,381.58 | No objections served on counsel | No objections served on counsel |
| 2/28/11 | 1/1/11 through 1/31/11 | $29,967.50 | $1,110.22 | No objections served on counsel | No objections served on counsel |
| 3/28/11 | 2/1/11 through 2/28/11 | $41,503.00 | $11,883.46 | No objections served on counsel | No objections served on counsel |
| 4/29/11 | 3/1/11 through 3/31/11 | $6,362.50 | $2,549.26 | No objections served on counsel | No objections served on counsel |
| 5/31/11 | 4/1/11 through 4/30/11 | $18,201.00 | $147.45 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/11 | 5/1/11 through 5/31/11 | $6,949.00 | $785.03 | No objections served on counsel | No objections served on counsel |
| 7/28/11 | 6/1/11 through 6/30/11 | $24,354.50 | $387.90 | No objections served on counsel | No objections served on counsel |
| 8/29/11 | 7/1/11 through 7/31/11 | $11,068.00 | $81.61 | No objections served on counsel | No objections served on counsel |
| 9/29/11 | 8/1/11 through 8/31/11 | $8,986.50 | $1,113.30 | No objections served on counsel | No objections served on counsel |
| 10/28/11 | 9/1/11 through 9/30/11 | $12,101.50 | $94.10 | No objections served on counsel | No objections served on counsel |
| 11/29/11 | 10/1/11 through 10/31/11 | $19,260.50 | $31.80 | No objections served on counsel | No objections served on counsel |
| 12/30/11 | 11/1/11 through 11/30/11 | $19,841.50 | $304.30 | No objections served on counsel | No objections served on counsel |
| 1/31/12 | 12/1/11 through 12/31/11 | $27,648.00 | $4,961.85 | No objections served on counsel | No objections served on counsel |
| 3/1/12 | 1/1/12 through 1/31/12 | 74,726.00 | 9,717.03 | No objections served on counsel | No objections served on counsel |
| 3/29/12 | 2/1/12 through 2/29/12 | $20,952.50 | $1,692.53 | No objections served on counsel | No objections served on counsel |
| 4/30/12 | 3/1/12 through 3/31/12 | $59,351.00 | $1,350.33 | No objections served on counsel | No objections served on counsel |
| 5/29/12 | 4/1/12 through 4/30/12 | $23,893.50 | $924.72 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the one hundred thirty-first application for monthly interim compensation of services filed with the Bankruptcy Court in these chapter 11 cases.

The total time expended for the preparation of this application is approximately nine hours, and the corresponding estimated compensation that will be requested in a future application is approximately $2,500.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Year Admitted | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Douglas E. Cameron | Partner | 1984 | Litigation | $670.00 | 1.00 | $670.00 |
| Linda S. Husar | Partner | 1980 | Litigation | $535.00 | 15.70 | $8,399.50 |
| Thomas Hill | Partner | 1981 | Litigation | $535.00 | 2.00 | $1,070.00 |
| Andrew J. Muha | Partner | 2001 | Litigation | $460.00 | .80 | $368.00 |
| Stephanie Henderson Espinosa | Associate | 2007 | Litigation | $320.00 | 85.00 | $27,200.00 |
| Jasmine S. Horton | Associate | 2010 | Litigation | $295.00 | 5.70 | $1,681.50 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant and number of years as a paraprofessional | | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Barbara C. Stiverson | Paralegal | 18 Years | Litigation | $295.00 | .20 | $59.00 |
| John B. Lord | Paralegal | 20 Years | Bankruptcy | $260.00 | 3.70 | $962.00 |
| Lizeth Sanchez | Paralegal | 4 Years | Litigation | $210.00 | 5.40 | $1,134.00 |
| Sharon A. Ament | Paralegal | 7 Years | Litigation | $190.00 | 4.30 | $817.00 |

**Total Fees: $42,361.00**

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Litigation & Litigation Consulting | .50 | $95.00 |
| Fee Applications | 9.30 | $2,722.00 |
| Correa vs. W.R. Grace | 113.80 | $39,485.00 |
| Specifications Inquiry | .20 | $59.00 |
| **Total** | **123.80** | **$42,361.00** |

## EXPENSE SUMMARY

| Description | Non-ZAI Science Trial | ZAI Science Trial |
|---|---|---|
| Duplicating/Printing/Scanning | $268.40 | ------- |
| Outside Duplicating | $248.80 | ---- |
| Westlaw | $237.59 | ------ |
| Transcript Expense | $882.60 | ------- |
| Courier Service – Outside | $85.00 | ------- |
| Outside Duplicating | $239.68 | ------- |
| Subpoena Service Costs | $227.98 | ------ |
| Legal Services | $3,866.68 | ------- |
| Secretarial Overtime | $17.50 | ------- |
| | | |
| SUBTOTAL | $6,074.23 | $0.00 |
| TOTAL | $6,074.23 | $0.00 |

REMAINDER OF PAGE LEFT BLANK INTENTIONALLY

Dated:  June 29, 2012                 REED SMITH LLP
         Wilmington, Delaware

By: /s/ Kurt F. Gwynne
     Kurt F. Gwynne (No. 3951)
     1201 Market Street, Suite 1500
     Wilmington, DE  19801
     Telephone:  (302) 778-7500
     Facsimile:  (302) 778-7575
     E-mail: kgwynne@reedsmith.com

       and

     James J. Restivo, Jr., Esquire
     Lawrence E. Flatley, Esquire
     Douglas E. Cameron, Esquire
     Reed Smith Centre
     225 Fifth Avenue
     Pittsburgh, PA 15222
     Telephone:  (412) 288-3131
     Facsimile:  (412) 288-3063

     Special Asbestos Products Liability Defense
     Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      2283618
7500 Grace Drive                          Invoice Date      06/28/12
Columbia, Maryland 21044                  Client Number       172573
USA

===============================================================================

Re: W. R. Grace & Co.


(50001)  Correa v. W.R. Grace

    Fees                           39,485.00
    Expenses                            0.00

                 TOTAL BALANCE DUE UPON RECEIPT      $39,485.00
                                                  ==============

```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630


  W.R. Grace & Co.                      Invoice Number    2283618
  7500 Grace Drive                      Invoice Date    06/28/12
  Columbia, Maryland 21044              Client Number     172573
  USA                                   Matter Number      50001
```

==========================================================================

Re: (50001)  Correa v. W.R. Grace

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 31, 2012

| Date | Name | | Hours |
|------|------|--|-------|

| 05/01/12 | Espinosa | Call with J. Forgach (0.2); draft the memorandum of points and authorities in support of the motion for summary judgment (6.2); prepare joint stipulation to continue trial and related deadlines, various correspondence with Plaintiff's counsel re same (2.3). | 8.70 |
| 05/01/12 | Husar | Confer with J. Forgach regarding strategy for mediation and possible global settlement (.5); work on stipulation and order to continue motion deadline and pre-trial and trial deadlines to accommodate strategy to consider global settlement (.7); work on Motion for Summary Judgment (.6). | 1.80 |
| 05/02/12 | Espinosa | Emails with Plaintiff's counsel re revising the joint stipulation to continue trial (0.5); research in support of the motion for summary judgment (1.6); continue to draft the memorandum of points and authorities in support of the motion for summary judgment (8.4). | 10.50 |
| 05/02/12 | Horton | Conference with S. Espinosa re arguments for opposition to plaintiff's motion to re-open discovery (.6); begin draft of opposition to same (3.1). | 3.70 |

172573 W. R. Grace & Co.                          Invoice Number  2283618
50001  Correa v. W.R. Grace                        Page    2
       June 28, 2012


      Date   Name                                                    Hours
      ------- -----------                                             -----


05/02/12 Husar          Work on settlement strategy and       1.60
                        stipulation to continue the
                        hearing dates (.7); research other
                        decisions by Judge Cormac relating
                        to similar statutory claims (.5);
                        work on MSJ (.4).

05/03/12 Espinosa       Continue to draft the memorandum     10.70
                        of points and authorities in
                        support of the motion for summary
                        judgment (5.5); research in
                        support of the motion for summary
                        judgment (2.0); identify testimony
                        in support of the motion for
                        summary judgment (3.2).

05/03/12 Horton         Finalize draft of opposition to       2.00
                        plaintiff's motion to re-open
                        discovery.

05/03/12 Husar          Work on motion for summary            2.10
                        judgement.

05/03/12 Sanchez        Conference with S. Espinosa re         .40
                        deposition testimony review and
                        compilation in support of Motion
                        for Summary Judgment.

05/04/12 Espinosa       Continue to draft the memorandum      8.00
                        of points and authorities in
                        support of the motion for summary
                        judgment (4.8); research in
                        support of the motion for summary
                        judgment (1.2); identify testimony
                        in support of the motion for
                        summary judgment (2.0).

05/04/12 Hill           Confer with L. Husar and S.           1.00
                        Espinosa re summary judgment
                        motion and new trial date.

05/04/12 Sanchez        Conduct review of Plaintiff's         3.30
                        deposition transcripts and compile
                        selected testimony in support of
                        Motion for Summary Judgment as
                        directed by S. Espinosa.

```
172573 W. R. Grace & Co.                    Invoice Number  2283618
50001  Correa v. W.R. Grace                 Page   3
       June 28, 2012
```

| Date | Name | | Hours |
|------|------|---|-------|
| 05/07/12 | Espinosa | Review and analyze Plaintiff's joint stipulation motion to compel and conference call with Plaintiff's counsel re same (2.2); call with D. Ban's office re Plaintiff's workers' compensation claims (0.1); call with A. Enriquez to discuss changes to her deposition transcript (0.3); draft update email to J. Forgach (0.5); research benefits and risks of a rule 68 offer of judgment (0.9). | 4.00 |
| 05/07/12 | Husar | Work on litigation plan and mediation in light of continued dates and motion to compel (.5); work on updating the client regarding the same (.3). | .80 |
| 05/08/12 | Espinosa | Prepare errata sheet to A. Enriquez's deposition transcript, email Plaintiff's counsel same (0.7); review Plaintiff's meet and confer letters and develop a strategy for supplementing the responses (0.7); draft email to D. Edwards requesting additional information for the same (0.3). | 1.70 |
| 05/08/12 | Husar | Work on strategy relating to motion to compel and mediation (.6); prepare email to J. Forgach regarding new developments (.3); discuss Rule 68 offer of compromise (.2). | 1.10 |
| 05/09/12 | Espinosa | Review A. Enriquez's recovered emails for the supplemental discovery responses and identify additional responsive documents (3.6); prepare a privilege log (2.0). | 5.60 |
| 05/10/12 | Espinosa | Review COBRA communications to Plaintiff. | .30 |
| 05/11/12 | Espinosa | Prepare for meet and confer conference (1.3); participate in meet and confer conference with L. Husar and Plaintiff's counsel (1.5); call with D. Kuchinsky re | 4.00 |

172573 W. R. Grace & Co.                          Invoice Number  2283618
50001  Correa v. W.R. Grace                       Page    4
       June 28, 2012


    Date   Name                                                      Hours
  -------- -----------                                               -----

                        WR Grace's email retention policy
                        (0.2); draft letter confirming
                        meet and confer conference (0.5);
                        call with D. Ban (0.2); review
                        employee rosters and analyze for
                        applicability of CFRA (0.3).

05/11/12 Husar          Review and analyze Plaintiff's          2.50
                        motion to compel and numerous meet
                        and confer letters in preparation
                        for meet and confer meeting an
                        outline of strategy for a response
                        (1.0); meet with Plaintiff's
                        counsel to discuss respective
                        positions and to work out
                        resolutions to avoid discovery
                        motions (1.5).

05/14/12 Espinosa       Prepare letter to the social             .20
                        security administration re records
                        that were requested.

05/16/12 Espinosa       Email with J. Forgach re mediation.      .10

05/16/12 Hill           Review case status and grounds for      1.00
                        motion for summary judgment (0.6);
                        confer with S. Espinosa re same
                        (0.2); attention to trial
                        scheduling (0.2).

05/17/12 Espinosa       Telephone meeting with J. Forgach        .20
                        re Correa mediation.

05/19/12 Espinosa       Draft supplemental responses to         1.20
                        the requests for admission and
                        interrogatories.

05/21/12 Espinosa       Review deposition notice, requests      1.80
                        for production of documents and
                        interrogatories (0.3); continue to
                        draft supplemental interrogatory
                        responses (1.5).

05/22/12 Espinosa       Call with Dr. Johnson re his            3.30
                        deposition (0.3); schedule
                        conference call with N. Tolt
                        (0.3); call with J. Forgach re
                        mediation issues (0.2); identify
                        responsive documents for the
                        supplemental discovery responses
                        (2.5).

172573 W. R. Grace & Co.                          Invoice Number  2283618
50001  Correa v. W.R. Grace                        Page    5
       June 28, 2012


| Date | Name | | Hours |
|------|------|--|-------|

| Date | Name | | Hours |
|------|------|--|-------|
| 05/22/12 | Husar | Call with J. Forgach regarding mediation (.2); work on strategy for the mediation (.3); review PMK deposition notice and strategy regarding objections and response to the same (.4). | .90 |
| 05/23/12 | Espinosa | Draft meet and confer letter to Plaintiff's counsel re the PMK deposition notice (0.3); begin to draft mediation brief (2.2). | 2.50 |
| 05/23/12 | Sanchez | Conduct review of workers comp documents in preparation for document production as directed by S. Espinosa. | 1.70 |
| 05/24/12 | Espinosa | Follow-up emails with J. Hughes re Plaintiffs' supplemental discovery (0.2); continue to draft mediation brief (6.6). | 6.80 |
| 05/25/12 | Espinosa | Review J. Hughes' emails for supplemental discovery responses (0.5); prepare update privilege log of A. Enriquez's emails and J. Hughes' emails (3.8); call with Plaintiff's counsel about PMK deposition notice (0.5); draft emails in response to Plaintiff's two emails re discovery (0.3); revise the mediation brief (1.5); correspondence with docketing regarding the PMK deposition notice received and whether the deadline purported by Plaintiff is correct (0.2). | 6.80 |
| 05/27/12 | Espinosa | Revise supplemental discovery responses. | .80 |
| 05/29/12 | Espinosa | Finalize and serve supplemental privilege log (0.5); meeting with J. Forgach and D. Ban (0.3); meet and confer call with Plaintiff's counsel (0.5); email J. Forgach and D. Edwards re additional information requested in meet and confer conference (0.4); revise the mediation brief (1.0); revise | 4.40 |

```
172573 W. R. Grace & Co.                    Invoice Number  2283618
50001  Correa v. W.R. Grace                 Page   6
       June 28, 2012
```

| Date | Name | | Hours |
|------|------|---|-------|

|  |  | supplemental discovery responses (0.5); review records received from the social security administration; (0.6) identify workers compensation documents for production (0.6). | |
| 05/29/12 | Husar | Conference call with client regarding strategy for settlement and terms of a proposed workers compensation settlement (.5); review and revise privilege log (1.4); review and revise mediation brief (1.2). | 3.10 |
| 05/30/12 | Espinosa | Finalize mediation brief (2.5); revise supplemental discovery responses (0.5). | 3.00 |
| 05/31/12 | Espinosa | Call with A. Enriquez re supplemental discovery responses (0.2); second meet and confer call with Plaintiff's counsel re PMK deposition (0.2). | .40 |
| 05/31/12 | Husar | Review and revise supplemental responses to plaintiffs' request for admissions and interrogatories, and review documents for production. | 1.80 |

```
                                                         ------
                                          TOTAL HOURS    113.80
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Thomas Hill | 2.00 | at | $ 535.00 | = | 1,070.00 |
| Linda S. Husar | 15.70 | at | $ 535.00 | = | 8,399.50 |
| Stephanie Henderson Espin | 85.00 | at | $ 320.00 | = | 27,200.00 |
| Jasmine S. Horton | 5.70 | at | $ 295.00 | = | 1,681.50 |
| Lizeth Sanchez | 5.40 | at | $ 210.00 | = | 1,134.00 |

```
                    CURRENT FEES                                39,485.00

                                                             ------------
                    TOTAL BALANCE DUE UPON RECEIPT            $39,485.00
                                                             ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R. Grace & Co. | Invoice Number    2283619 |
| 7500 Grace Drive | Invoice Date     06/28/12 |
| Columbia, Maryland 21044 | Client Number     172573 |
| USA | |

===============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

```
    Fees                               95.00
    Expenses                            0.00

            TOTAL BALANCE DUE UPON RECEIPT          $95.00
                                             ==============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                   Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
W.R. Grace & Co.                     Invoice Number      2283619
7500 Grace Drive                     Invoice Date      06/28/12
Columbia, Maryland 21044             Client Number       172573
USA                                  Matter Number        60026
```

===============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 31, 2012

```
  Date   Name                                              Hours
-------- -----------                                       -----

05/07/12 Ament          Various e-mails with P. Cuniff re:    .40
                        agenda and hearing binder for
                        5/23/12 hearing (.10); review
                        agenda and hearing binder (.10);
                        update hearing binder per request
                        (.10); coordinate hand delivery of
                        same to Judge Fitzgerald (.10).

05/08/12 Ament          Review e-mail re: agenda and         .10
                        hearing binder for 5/23/12 hearing.

                                                           ------
                                        TOTAL HOURS           .50
```

```
TIME SUMMARY              Hours        Rate        Value
-----------------------   ------   -------------   -------
Sharon A. Ament           0.50  at  $  190.00  =   95.00

                        CURRENT FEES                          95.00


                                                       ------------
                  TOTAL BALANCE DUE UPON RECEIPT           $95.00
                                                       =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number      2283620
7500 Grace Drive                        Invoice Date        06/28/12
Columbia, Maryland 21044                Client Number        172573
USA

===============================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

        Fees                        2,722.00
        Expenses                        0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $2,722.00
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2283620
7500 Grace Drive                          Invoice Date      06/28/12
Columbia, Maryland 21044                  Client Number       172573
USA                                       Matter Number        60029


================================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 31, 2012

| Date | Name | | Hours |
|------|------|------|------|
| 05/02/12 | Lord | Draft and e-file CNO to Reed Smith February monthly fee application. | .50 |
| 05/07/12 | Ament | Begin calculating fees and expenses for 44th quarterly fee application (.10); being drafting spreadsheets re: same (.20); begin drafting quarterly fee application (.20). | .50 |
| 05/07/12 | Cameron | Review of fee application materials | .50 |
| 05/08/12 | Ament | Continue calculating fees and expenses for 44th quarterly fee application (.40); continue drafting spreadsheets re: same (.20); continue drafting quarterly fee application (.20); provide same to A. Muha for review (.10); e-mails with J. Lord re: quarterly fee application (.10). | 1.00 |
| 05/08/12 | Muha | Review and revisions to quarterly fee application materials. | .40 |
| 05/09/12 | Ament | Review A. Muha comments re: 44th quarterly fee application (.10); finalize narrative and summary re: same (.10); e-mail same to J. Lord for DE filing (.10); attend to billing matters (.10); review e-mail from A. Muha re: April monthly fee application (.10). | .50 |

```
172573 W. R. Grace & Co.                    Invoice Number  2283620
60029  Fee Applications-Applicant           Page    2
       June 28, 2012
```

| Date | Name | | Hours |
|------|------|---|------|
| 05/09/12 | Lord | Revise, e-file and service Reed Smith 44th quarterly fee application. | 1.70 |
| 05/15/12 | Muha | Additional revisions to April 2012 fee and expense detail and confer with T. Martin re: additional changes. | .20 |
| 05/23/12 | Ament | Begin drafting April monthly fee application. | .20 |
| 05/24/12 | Ament | Review DBR's (.10); begin calculating fees and expenses for April monthly fee application (.20); continue preparing April monthly fee application (.20). | .50 |
| 05/29/12 | Ament | Attention to billing matters (.10); continue calculating fees and expenses for April monthly fee application (.30); continue preparing spreadsheet re: same (.10); various e-mails re: same (.10); revisions to fee application (.20); provide same to A. Muha for review (.10); finalize fee application (.10); e-mail same to J. Lord for DE filing (.10). | 1.10 |
| 05/29/12 | Cameron | Review fee application material | .50 |
| 05/29/12 | Lord | Draft, e-file and serve CNO to Reed Smith March monthly fee application (.3); communicate with S. Ament re: monthly fee issues (.1); revise, finalize and coordinate service of Reed Smith's April monthly fee application (1.1). | 1.50 |
| 05/29/12 | Muha | Review and revise final version of April 2012 monthly fee application. | .20 |

```
                                            ------
                                TOTAL HOURS   9.30
```

172573 W. R. Grace & Co.
60029   Fee Applications-Applicant
        June 28, 2012

Invoice Number   2283620
Page    3

| TIME SUMMARY | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Douglas E. Cameron | 1.00 | at $ | 670.00 | = | 670.00 |
| Andrew J. Muha | 0.80 | at $ | 460.00 | = | 368.00 |
| John B. Lord | 3.70 | at $ | 260.00 | = | 962.00 |
| Sharon A. Ament | 3.80 | at $ | 190.00 | = | 722.00 |

CURRENT FEES                                    2,722.00

                                          -------------
TOTAL BALANCE DUE UPON RECEIPT              $2,722.00
                                          =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                              Invoice Number      2283621
62 Whittemore Avenue                          Invoice Date        06/28/12
Cambridge, MA  02140                          Client Number        172573

===============================================================================

Re: W. R. Grace & Co.

(60041)  Specifications Inquiry

  Fees                              59.00
  Expenses                           0.00

     TOTAL BALANCE DUE UPON RECEIPT          $59.00
             =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


```
W.R. Grace & Co.                        Invoice Number    2283621
62 Whittemore Avenue                    Invoice Date      06/28/12
Cambridge, MA  02140                    Client Number      172573
                                        Matter Number       60041
```

===============================================================================

Re: (60041)  Specifications Inquiry

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 31, 2012

```
   Date   Name                                            Hours
 -------- -----------                                     -----

05/01/12 Stiverson      Review emails and invoice; update  .20
                        Excel spreadsheet regarding
                        consultant's invoice.

                                                          ------
                                        TOTAL HOURS         .20
```

```
TIME SUMMARY                 Hours        Rate        Value
------------------------   ----------------------    -------
Barbara C Stiverson        0.20  at  $  295.00  =     59.00

                           CURRENT FEES                        59.00

                                                       ------------
                        TOTAL BALANCE DUE UPON RECEIPT    $59.00
                                                       ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number    2283638
7500 Grace Drive                        Invoice Date      06/28/12
Columbia, Maryland 21044                Client Number      172573
USA

========================================================================

Re: W. R. Grace & Co.

(50001)  Correa v. W.R. Grace

        Fees                         0.00
        Expenses                 5,792.63

                    TOTAL BALANCE DUE UPON RECEIPT      $5,792.63
                                                      =============

```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
W.R. Grace & Co.                        Invoice Number      2283638
7500 Grace Drive                        Invoice Date        06/28/12
Columbia, Maryland 21044                Client Number        172573
USA                                     Matter Number         50001
```

=================================================================================

Re: Correa v. W.R. Grace


FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
    Duplicating/Printing/Scanning          235.60
    Westlaw                                237.59
    Transcript Expense                     882.60
    Subpoena Service Costs                 227.98
    Courier Service - Outside               85.00
    Outside Duplicating                    239.68
    Legal Services                       3,866.68
    Secretarial Overtime                    17.50

            CURRENT EXPENSES                             5,792.63
                                                        --------------

            TOTAL BALANCE DUE UPON RECEIPT             $5,792.63
                                                        ==============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| | |
|---|---|
| W.R. Grace & Co. | Invoice Number    2283638 |
| 7500 Grace Drive | Invoice Date    06/28/12 |
| Columbia, Maryland 21044 | Client Number    172573 |
| USA | Matter Number    50001 |

====================================================================

Re: (50001)  Correa v. W.R. Grace


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 05/01/12 | Transcript Expense -- VENDOR: ATKINSON-BAKER, INC.: Deposition Transcript of Alissa Enriquez | 882.60 |
| 05/02/12 | Westlaw<br>Westlaw | 237.59 |
| 05/02/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 6 COPIES | .60 |
| 05/02/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 17 COPIES | 1.70 |
| 05/02/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 8 COPIES | .80 |
| 05/02/12 | Courier Service - Outside<br>Courier Service - Outside - Sacv 11-00113 Cjc<br>Correa Vs W.R.Grace Santa Ana Stip & Prop Order<br>Del Courtesy Copy (Job # 5232096) | 25.00 |
| 05/03/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 8 COPIES | .80 |
| 05/03/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 8 COPIES | .80 |
| 05/03/12 | Courier Service - Outside<br>Courier Service - Outside - Sacv11-00113 Cjc<br>Correa Vs W.R Grace Santa Ana Oppo To Exparte<br>Del Courtesy Copy To (Job # 5233439) | 60.00 |
| 05/04/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |

```
172573 W. R. Grace & Co.                    Invoice Number  2283638
50001  Correa v. W.R. Grace                 Page   2
        June 28, 2012
```

| Date | Description | Amount |
|------|-------------|--------|
| 05/04/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |
| 05/04/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |
| 05/04/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |
| 05/04/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 2 COPIES | .20 |
| 05/04/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 2 COPIES | .20 |
| 05/04/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 2 COPIES | .20 |
| 05/04/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 2 COPIES | .20 |
| 05/04/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 4 COPIES | .40 |
| 05/04/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 6 COPIES | .60 |
| 05/04/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 2 COPIES | .20 |
| 05/04/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 3 COPIES | .30 |
| 05/04/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |
| 05/04/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |
| 05/04/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |
| 05/04/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |
| 05/04/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |
| 05/04/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |

```
172573 W. R. Grace & Co.                    Invoice Number  2283638
50001  Correa v. W.R. Grace                 Page   3
       June 28, 2012
```

| Date | Description | Amount |
|------|-------------|-------:|
| 05/04/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |
| 05/04/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |
| 05/08/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 6 COPIES | .60 |
| 05/08/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 23 COPIES | 2.30 |
| 05/08/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 23 COPIES | 2.30 |
| 05/08/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 25 COPIES | 2.50 |
| 05/08/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 33 COPIES | 3.30 |
| 05/09/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 25 COPIES | 2.50 |
| 05/09/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 25 COPIES | 2.50 |
| 05/09/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 33 COPIES | 3.30 |
| 05/09/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 95 COPIES | 9.50 |
| 05/09/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 95 COPIES | 9.50 |
| 05/09/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 5 COPIES | .50 |
| 05/09/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 6 COPIES | .60 |
| 05/09/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 23 COPIES | 2.30 |
| 05/09/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 23 COPIES | 2.30 |
| 05/11/12 | Outside Duplicating -- VENDOR: SOCIAL SECURITY<br>ADMINISTRATION: Copies of Correa docs from SSA | 239.68 |

172573 W. R. Grace & Co.                          Invoice Number  2283638
50001  Correa v. W.R. Grace                        Page   4
       June 28, 2012

05/11/12   Duplicating/Printing/Scanning                      6.10
           ATTY # 000349: 61 COPIES

05/11/12   Duplicating/Printing/Scanning                       .30
           ATTY # 000349: 3 COPIES

05/14/12   Duplicating/Printing/Scanning                       .10
           ATTY # 000349: 1 COPIES

05/14/12   Duplicating/Printing/Scanning                       .20
           ATTY # 000349: 2 COPIES

05/14/12   Duplicating/Printing/Scanning                       .20
           ATTY # 000349: 2 COPIES

05/14/12   Duplicating/Printing/Scanning                       .20
           ATTY # 000349: 2 COPIES

05/14/12   Secretarial Overtime: Calendar numerous dates     17.50
           per court order

05/15/12   Subpoena Service Costs -- VENDOR: FIRST RECORDS   227.98
           RETRIEVAL: MetLife docs on Correa

05/22/12   Duplicating/Printing/Scanning                     85.30
           ATTY # 4364; 853 COPIES

05/22/12   Duplicating/Printing/Scanning                       .50
           ATTY # 000349: 5 COPIES

05/22/12   Duplicating/Printing/Scanning                      1.60
           ATTY # 000349: 16 COPIES

05/23/12   Duplicating/Printing/Scanning                     21.50
           ATTY # 10886; 215 COPIES

05/23/12   Duplicating/Printing/Scanning                     42.20
           ATTY # 4364; 422 COPIES

05/24/12   Duplicating/Printing/Scanning                       .30
           ATTY # 000349: 3 COPIES

05/24/12   Duplicating/Printing/Scanning                      1.40
           ATTY # 000349: 14 COPIES

05/25/12   Duplicating/Printing/Scanning                      1.40
           ATTY # 000349: 14 COPIES

05/25/12   Duplicating/Printing/Scanning                       .50
           ATTY # 000349: 5 COPIES

```
172573  W. R. Grace & Co.                    Invoice Number  2283638
50001   Correa v. W.R. Grace                 Page   5
        June 28, 2012
```

| 05/25/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 16 COPIES | 1.60 |
|---|---|---|
| 05/29/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 7 COPIES | .70 |
| 05/30/12 | Legal Services -- VENDOR: NIKKI TOLT d/b/a ACT<br>MEDIATION: Mediation services | 3866.68 |
| 05/30/12 | Duplicating/Printing/Scanning<br>ATTY # 10886; 149 COPIES | 14.90 |
| 05/30/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |
| 05/30/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |
| 05/30/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 4 COPIES | .40 |
| 05/30/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 22 COPIES | 2.20 |
| 05/30/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |
| 05/30/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 15 COPIES | 1.50 |

```
                        CURRENT EXPENSES              5,792.63
                                                  ------------
              TOTAL BALANCE DUE UPON RECEIPT        $5,792.63
                                                  ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      2283639
7500 Grace Drive                          Invoice Date      06/28/12
Columbia, Maryland 21044                  Client Number       172573
USA

==============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

    Fees                              0.00
    Expenses                        281.60

              TOTAL BALANCE DUE UPON RECEIPT        $281.60
                                                ==============

```
                         REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
W.R. Grace & Co.                    Invoice Number      2283639
7500 Grace Drive                    Invoice Date       06/28/12
Columbia, Maryland 21044            Client Number        172573
USA                                 Matter Number         60026
```

===============================================================================

Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
     Duplicating/Printing/Scanning              32.80
     Outside Duplicating                       248.80

                    CURRENT EXPENSES                      281.60
                                                    --------------

                    TOTAL BALANCE DUE UPON RECEIPT       $281.60
                                                    ==============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                        Invoice Number     2283639
7500 Grace Drive                        Invoice Date      06/28/12
Columbia, Maryland 21044                Client Number      172573
USA                                     Matter Number       60026


==============================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

04/30/12   Duplicating/Printing/Scanning                      1.00
           ATTY # 000559: 10 COPIES

04/30/12   Duplicating/Printing/Scanning                      1.80
           ATTY # 000559: 18 COPIES

04/30/12   Duplicating/Printing/Scanning                      1.90
           ATTY # 000559: 19 COPIES

05/03/12   Duplicating/Printing/Scanning                      1.80
           ATTY # 000559: 18 COPIES

05/04/12   Duplicating/Printing/Scanning                      1.90
           ATTY # 000559: 19 COPIES

05/04/12   Duplicating/Printing/Scanning                      1.90
           ATTY # 000559: 19 COPIES

05/07/12   Duplicating/Printing/Scanning                       .80
           ATTY # 000559: 8 COPIES

05/07/12   Duplicating/Printing/Scanning                       .70
           ATTY # 000559: 7 COPIES

05/08/12   Duplicating/Printing/Scanning                       .80
           ATTY # 000559: 8 COPIES

05/08/12   Duplicating/Printing/Scanning                       .70
           ATTY # 000559: 7 COPIES

05/08/12   Duplicating/Printing/Scanning                       .80
           ATTY # 000559: 8 COPIES

05/08/12   Duplicating/Printing/Scanning                       .10
           ATTY # 000559: 1 COPIES

```
172573 W. R. Grace & Co.                        Invoice Number  2283639
60026  Litigation and Litigation Consulting     Page   2
       June 28, 2012
```

| | | |
|---|---|---|
| 05/08/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 05/09/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 05/09/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 05/09/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 05/18/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 19 COPIES | 1.90 |
| 05/18/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 19 COPIES | 1.90 |
| 05/24/12 | Outside Duplicating -- VENDOR: DIGITAL LEGAL<br>SERVICES, LLC: Digital copies & envelopes | 248.80 |
| 05/24/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 05/24/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 10 COPIES | 1.00 |
| 05/30/12 | Duplicating/Printing/Scanning<br>ATTY # 0718; 114 COPIES | 11.40 |

```
                        CURRENT EXPENSES              281.60
                                                 ------------
              TOTAL BALANCE DUE UPON RECEIPT        $281.60
                                                 =============
```