# EXHIBIT C

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Objection Deadline: August 22, 2012 at 4:00 p.m.** |
| | | **Hearing Date:  Only if Objections are Filed** |

## SUMMARY OF APPLICATION OF REED SMITH LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL TO DEBTORS FOR THE ONE HUNDRED THIRTY-SECOND MONTHLY INTERIM PERIOD FROM JUNE 1, 2012 THROUGH JUNE 30, 2012

Name of Applicant:   Reed Smith LLP

Authorized to Provide Professional Services to:   W. R. Grace & Co., *et al.*, Debtors and Debtors-in-Possession

Date of Retention:   July 19, 2001, effective as of April 2, 2001

Period for which compensation and reimbursement is sought:   June 1 Through June 30, 2012

Amount of fees sought as actual, reasonable and necessary:   $18,687.50

Amount of expenses sought as actual, reasonable and necessary   $2,761.21

This is a(n):  X monthly     _ interim     _ final application.

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

DKT NO: 7/30/12

DT FILED: 29368

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through /31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00[2] | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through 1/31/04 | $21,531.00 | $85.71 | No objections served on counsel | No objections served on counsel |
| 4/7/04 | 2/1/04 through 2/29/04 | $21,116.00 | $2,537.94 | No objections served on counsel | No objections served on counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |
| 6/4/04 | 4/1/04 through 4/30/04 | $16,495.50 | $41.08 | No objections served on counsel | No objections served on counsel |
| 7/1/04 | 5/1/04 through 5/31/04 | $41,085.00 | $2,386.50 | No objections served on counsel | No objections served on counsel |
| 8/2/04 | 6/1/04 through 6/30/04 | $28,692.50 | $725.43 | No objections served on counsel | No objections served on counsel |
| 9/3/04 | 7/1/04 through 7/31/04 | $13,176.50 | $328.55 | No objections served on counsel | No objections served on counsel |
| 10/5/04 | 8/1/04 through 8/31/04 | $11,792.00 | $1,500.03 | No objections served on counsel | No objections served on counsel |
| 10/28/04 | 9/1/04 through 9/30/04 | $22,618.00 | $97.76 | No objections served on counsel | No objections served on counsel |
| 11/29/04 | 10/1/04 through 10/31/04 | $127,040.00 | $2,696.29 | No objections served on counsel | No objections served on counsel |
| 1/7/05 | 11/1/04 through 11/30/04 | $29,207.50 | $1,858.91 | No objections served on counsel | No objections served on counsel |
| 2/9/05 | 12/1/04 through 12/31/04 | $123,722.25 | $2,598.89 | No objections served on counsel | No objections served on counsel |
| 3/1/05 | 1/1/05 through 1/31/05 | $112,761.00 | $3,520.69 | No objections served on counsel | No objections served on counsel |
| 3/29/05 | 2/1/05 through 2/28/05 | $40,738.00 | $2,719.01 | No objections served on counsel | No objections served on counsel |
| 4/27/05 | 3/1/05 through 3/31/05 | $22,165.50 | $281.04 | No objections served on counsel | No objections served on counsel |

---

2   Although Reed Smith initially requested $9,795.00 for the December 2003 monthly interim period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor).  The corrected amount requested by Reed Smith for that period is reflected above.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 5/31/05 | 4/1/05 through 4/30/05 | $27,745.00 | $373.42 | No objections served on counsel | No objections served on counsel |
| 6/30/05 | 5/1/05 through 5/31/05 | $48,125.50 | $1,444.96 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 6/1/05 through 6/30/05 | $53,677.50 | $2,901.34 | No objections served on counsel | No objections served on counsel |
| 8/31/05 | 8/1/05 through 8/31/05 | $67,024.00 | $4,443.37 | No objections served on counsel | No objections served on counsel |
| 10/28/05 | 9/1/05 through 9/31/05 | $75,564.50 | $1,333.69 | No objections served on counsel | No objections served on counsel |
| 11/28/05 | 10/1/05 through 10/31/05 | $100,140.00 | $2,209.06 | No objections served on counsel | No objections served on counsel |
| 12/29/05 | 11/1/05 through 11/30/05 | $73,829.00 | $2,476.74 | No objections served on counsel | No objections served on counsel |
| 2/3/06 | 12/1/05 through 12/31/05 | $132,709.00 | $9,322.91 | No objections served on counsel | No objections served on counsel |
| 3/6/06 | 1/1/06 through 1/31/065 | $179,492.75 | $7,814.56 | No objections served on counsel | No objections served on counsel |
| 3/28/06 | 2/1/06 through 2/28/06 | $121,127.50 | $2,113.02 | No objections served on counsel | No objections served on counsel |
| 4/28/06 | 3/1/06 through 3/31/06 | $138,244.50 | $8,928.17 | No objections served on counsel | No objections served on counsel |
| 5/30/06 | 4/1/06 through 4/30/06 | $258,539.00 | $3,990.53 | No objections served on counsel | No objections served on counsel |
| 6/28/06 | 5/1/06 through 5/31/06 | $187,688.50 | $7,066.20 | No objections served on counsel | No objections served on counsel |
| 7/31/06 | 6/1/06 through 6/30/06 | $290,925.50 | $7,211.50 | No objections served on counsel | No objections served on counsel |
| 9/1/06 | 7/1/06 through 7/31/06 | $318,207.00 | $5,751.93 | No objections served on counsel | No objections served on counsel |
| 9/28/06 | 8/1/06 through 8/31/06 | $431,035.00 | $19,258.20 | No objections served on counsel | No objections served on counsel |
| 10/30/06 | 9/1/06 through 9/30/06 | $214,071.00 | $8,718.91 | No objections served on counsel | No objections served on counsel |
| 11/28/06 | 10/1/06 through 10/31/06 | $253,411.00 | $3,957.53 | No objections served on counsel | No objections served on counsel |
| 12/21/06 | 11/1/06 through 11/30/06 | $269,985.00 | $10,276.93 | No objections served on counsel | No objections served on counsel |
| 1/29/07 | 12/1/06 through 12/31/06 | $449,619.00 | $13,006.42 | No objections served on counsel | No objections served on counsel |
| 3/2/07 | 1/1/07 through 1/31/07 | $451,799.50 | $10,807.56 | No objections served on counsel | No objections served on counsel |
| 3/28/07 | 2/1/07 through 2/28/07 | $571,452.50 | $26,064.65 | No objections served on counsel | No objections served on counsel |
| 5/1/07 | 3/1/07 through 3/31/07 | $612,334.00 | $21,618.02 | No objections served on counsel | No objections served on counsel |
| 5/30/07 | 4/1/07 through 4/30/07 | $659,653.00 | $95,262.97 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/07 | 5/1/07 through 5/31/07 | $381,244.00 | $76,304.87 | No objections served on counsel | No objections served on counsel |
| 7/31/07 | 6/1/07 through 6/30/07 | $285,417.50 | $25,072.31 | No objections served on counsel | No objections served on counsel |
| 8/31/07 | 7/1/07 through 7/31/07 | $565,946.00 | $27,996.57 | No objections served on counsel | No objections served on counsel |
| 9/28/07 | 8/1/07 through 8/31/07 | $341,805.00 | $30,377.98 | No objections served on counsel | No objections served on counsel |
| 10/30/07 | 9/1/07 through 9/30/07 | $266,475.00 | $47,419.66 | No objections served on counsel | No objections served on counsel |
| 11/29/07 | 10/1/07 through 10/31/07 | $425,753.50 | $56,702.47 | No objections served on counsel | No objections served on counsel |
| 12/31/07 | 11/1/07 through 11/30/07 | $346,948.50 | $28,452.97 | No objections served on counsel | No objections served on counsel |
| 2/1/08 | 12/1/07 through 12/31/07 | $328,899.50 | $6,684.25 | No objections served on counsel | No objections served on counsel |
| 2/29/08 | 1/1/08 through 1/31/08 | $190,026.50 | $66,680.87 | No objections served on counsel | No objections served on counsel |
| 3/28/08 | 2/1/08 through 2/29/08 | $164,778.50 | $6,812.83 | No objections served on counsel | No objections served on counsel |
| 4/29/08 | 3/1/08 through 3/31/08 | $196,624.00 | $7,770.05 | No objections served on counsel | No objections served on counsel |
| 5/28/08 | 4/1/08 through 4/30/08 | $265,172.00 | $14,840.69 | No objections served on counsel | No objections served on counsel |
| 6/30/08 | 5/1/08 through 5/31/08 | $198,308.50 | $5,407.12 | No objections served on counsel | No objections served on counsel |
| 7/29/08 | 6/1/08 through 6/30/08 | $294,750.00 | $11,846.36 | No objections served on counsel | No objections served on counsel |
| 8/28/08 | 7/1/08 through 7/31/08 | $260,723.00 | $30,905.57 | No objections served on counsel | No objections served on counsel |
| 9/29/08 | 8/1/08 through 8/31/08 | $133,508.50 | $25,510.91 | No objections served on counsel | No objections served on counsel |
| 10/30/08 | 9/1/08 through 9/30/08 | $178,342.50 | $62,002.21 | No objections served on counsel | No objections served on counsel |
| 11/28/08 | 10/1/08 through 10/31/08 | $180,835.00 | $97,238.00 | No objections served on counsel | No objections served on counsel |
| 12/29/08 | 11/1/08 through 11/30/08 | $262,272.50 | $66,906.64 | No objections served on counsel | No objections served on counsel |
| 2/2/09 | 12/1/08 through 12/31/08 | $296,040.50 | $61,115.32 | No objections served on counsel | No objections served on counsel |
| 3/5/09 | 1/1/09 through 1/31/09 | $187,083.50 | $48,496.26 | No objections served on counsel | No objections served on counsel |
| 3/30/09 | 2/1/09 through 2/28/09 | $170,090.00 | $71,440.61 | No objections served on counsel | No objections served on counsel |
| 4/28/09 | 3/1/09 through 3/31/09 | $119,493.00 | $91,664.16 | No objections served on counsel | No objections served on counsel |
| 5/28/09 | 4/1/09 through 4/30/09 | $82,997.00 | $31,796.74 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/09 | 5/1/09 through 5/31/09 | $46,410.00 | $1,641.97 | No objections served on counsel | No objections served on counsel |
| 7/29/09 | 6/1/09 through 6/30/09 | $37,799.50 | $8,098.44 | No objections served on counsel | No objections served on counsel |
| 8/31/09 | 7/1/09 through 7/31/09 | $26,413.00 | $6,408.90 | No objections served on counsel | No objections served on counsel |
| 9/30/09 | 8/1/09 through 8/31/09 | $57,230.00 | $5,569.75 | No objections served on counsel | No objections served on counsel |
| 10/29/09 | 9/1/09 through 9/30/09 | $26,700.00 | $35,383.32 | No objections served on counsel | No objections served on counsel |
| 12/1/09 | 10/1/09 through 10/31/09 | $36,478.50 | $11,042.24 | No objections served on counsel | No objections served on counsel |
| 12/31/09 | 11/1/09 through 11/30/09 | $26,217.00 | $6,599.14 | No objections served on counsel | No objections served on counsel |
| 1/29/10 | 12/1/09 through 12/31/09 | $18,402.00 | $350.26 | No objections served on counsel | No objections served on counsel |
| 3/2/10 | 1/1/1 through 1/31/10 | $67,941.00 | $5,542.74 | No objections served on counsel | No objections served on counsel |
| 3/29/10 | 2/1/10 through 02/28/10 | $8,019.00 | $1,025.90 | No objections served on counsel | No objections served on counsel |
| 4/28/10 | 3/1/10 through 3/31/10 | $7,581.50 | $2,008.26 | No objections served on counsel | No objections served on counsel |
| 5/28/10 | 4/1/10 through 4/30/10 | $28,603.00 | $1,030.65 | No objections served on counsel | No objections served on counsel |
| 6/29/10 | 5/1/1/10 through 5/31/10 | $6,594.50 | $1,375.18 | No objections served on counsel | No objections served on counsel |
| 7/28/10 | 6/1/10 through 6/30/10 | $7,500.50 | $299.18 | No objections served on counsel | No objections served on counsel |
| 8/31/10 | 7/1/10 through 7/31/10 | $9,446.00 | $100.30 | No objections served on counsel | No objections served on counsel |
| 9/28/10 | 8/1/10 through 8/31/10 | $3,635.50 | $821.90 | No objections served on counsel | No objections served on counsel |
| 10/28/10 | 9/1/10 through 9/30/10 | $5,575.50 | $49.74 | No objections served on counsel | No objections served on counsel |
| 11/30/10 | 10/1/10 through 10/31/10 | $6,159.30 | $18.26 | No objections served on counsel | No objections served on counsel |
| 12/29/10 | 11/1/10 through 11/30/10 | $19,070.80 | $76.00 | No objections served on counsel | No objections served on counsel |
| 1/31/11 | 12/1/10 through 12/31/10 | $15,773.50 | $1,381.58 | No objections served on counsel | No objections served on counsel |
| 2/28/11 | 1/1/11 through 1/31/11 | $29,967.50 | $1,110.22 | No objections served on counsel | No objections served on counsel |
| 3/28/11 | 2/1/11 through 2/28/11 | $41,503.00 | $11,883.46 | No objections served on counsel | No objections served on counsel |
| 4/29/11 | 3/1/11 through 3/31/11 | $6,362.50 | $2,549.26 | No objections served on counsel | No objections served on counsel |
| 5/31/11 | 4/1/11 through 4/30/11 | $18,201.00 | $147.45 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/11 | 5/1/11 through 5/31/11 | $6,949.00 | $785.03 | No objections served on counsel | No objections served on counsel |
| 7/28/11 | 6/1/11 through 6/30/11 | $24,354.50 | $387.90 | No objections served on counsel | No objections served on counsel |
| 8/29/11 | 7/1/11 through 7/31/11 | $11,068.00 | $81.61 | No objections served on counsel | No objections served on counsel |
| 9/29/11 | 8/1/11 through 8/31/11 | $8,986.50 | $1,113.30 | No objections served on counsel | No objections served on counsel |
| 10/28/11 | 9/1/11 through 9/30/11 | $12,101.50 | $94.10 | No objections served on counsel | No objections served on counsel |
| 11/29/11 | 10/1/11 through 10/31/11 | $19,260.50 | $31.80 | No objections served on counsel | No objections served on counsel |
| 12/30/11 | 11/1/11 through 11/30/11 | $19,841.50 | $304.30 | No objections served on counsel | No objections served on counsel |
| 1/31/12 | 12/1/11 through 12/31/11 | $27,648.00 | $4,961.85 | No objections served on counsel | No objections served on counsel |
| 3/1/12 | 1/1/12 through 1/31/12 | 74,726.00 | 9,717.03 | No objections served on counsel | No objections served on counsel |
| 3/29/12 | 2/1/12 through 2/29/12 | $20,952.50 | $1,692.53 | No objections served on counsel | No objections served on counsel |
| 4/30/12 | 3/1/12 through 3/31/12 | $59,351.00 | $1,350.33 | No objections served on counsel | No objections served on counsel |
| 5/29/12 | 4/1/12 through 4/30/12 | $23,893.50 | $924.72 | No objections served on counsel | No objections served on counsel |
| 6/29/12 | 5/1/12 through 5/31/12 | $42,361.00 | $6,074.23 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the one hundred thirty-second application for monthly interim compensation of services filed with the Bankruptcy Court in these chapter 11 cases.

The total time expended for the preparation of this application is approximately nine hours, and the corresponding estimated compensation that will be requested in a future application is approximately $2,500.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Year Admitted | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Douglas E. Cameron | Partner | 1984 | Litigation | $670.00 | 3.80 | $2,546.00 |
| Linda S. Husar | Partner | 1980 | Litigation | $535.00 | 14.50 | $7,757.50 |
| Andrew J. Muha | Partner | 2001 | Litigation | $460.00 | 1.10 | $506.00 |

| Name of Professional Person | Position with the applicant | Year Admitted | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Stephanie Henderson Espinosa | Associate | 2007 | Litigation | $320.00 | 19.10 | $6,112.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant and number of years as a paraprofessional | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|
| John B. Lord | Paralegal | 20 Years | Bankruptcy | $260.00 | 1.80 | $468.00 |
| Lizeth Sanchez | Paralegal | 4 Years | Litigation | $210.00 | 4.10 | $861.00 |
| Sharon A. Ament | Paralegal | 7 Years | Litigation | $190.00 | 2.30 | $437.00 |

**Total Fees: $18,687.50**

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Litigation & Litigation Consulting | .50 | $95.00 |
| Fee Applications | 7.20 | $2,991.00 |
| Correa vs. W.R. Grace | 37.70 | $14,730.50 |
| Claim Analysis Objection Resolution and Estimation (Asbestos) | 1.30 | $871.00 |
| **Total** | **46.70** | **$18,687.50** |

## EXPENSE SUMMARY

| Description | Non-ZAI Science Trial | ZAI Science Trial |
|---|---|---|
| Duplicating/Printing/Scanning | $239.40 | ------- |
| PACER | $1.40 | ------ |
| Postage – Outside | $17.75 | ------- |
| Courier Service – Outside | $278.07 | ------- |
| Outside Duplicating | $113.32 | ------- |
| Postage Expense | $6.54 | ------- |
| Subpoena Service Costs | $153.91 | ------ |
| Secretarial Overtime | $17.50 | ------- |
| Legal Services – Plaintiff's Portion of Mediation Fees (06/11/12) | $1,933.32 | ------- |
| SUBTOTAL | $2,761.21 | $0.00 |
| **TOTAL** | **$2,761.21** | **$0.00** |

REMAINDER OF PAGE LEFT BLANK INTENTIONALLY

Dated:   July 30, 2012                REED SMITH LLP
          Wilmington, Delaware

By: /s/ Kurt F. Gwynne
     Kurt F. Gwynne (No. 3951)
     1201 Market Street, Suite 1500
     Wilmington, DE  19801
     Telephone:  (302) 778-7500
     Facsimile:  (302) 778-7575
     E-mail: kgwynne@reedsmith.com

       and

     James J. Restivo, Jr., Esquire
     Lawrence E. Flatley, Esquire
     Douglas E. Cameron, Esquire
     Reed Smith Centre
     225 Fifth Avenue
     Pittsburgh, PA 15222
     Telephone:  (412) 288-3131
     Facsimile:  (412) 288-3063

     Special Asbestos Products Liability Defense
     Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number    2294004
7500 Grace Drive                          Invoice Date      07/26/12
Columbia, Maryland 21044                  Client Number      172573
USA

====================================================================

Re: W. R. Grace & Co.


(50001)  Correa v. W.R. Grace

    Fees                          14,730.50
    Expenses                           0.00

              TOTAL BALANCE DUE UPON RECEIPT        $14,730.50
                                                   =============

7/30/12 10:03 AM

```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630


     W.R. Grace & Co.                    Invoice Number     2294004
     7500 Grace Drive                    Invoice Date      07/26/12
     Columbia, Maryland 21044            Client Number      172573
     USA                                 Matter Number       50001


================================================================
```

Re: (50001)  Correa v. W.R. Grace

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2012

| Date | Name | | Hours |
|------|------|---|-------|
| 06/01/12 | Espinosa | Finalize supplemental responses to Plaintiff's special interrogatories and requests for admissions (1.2); finalize supplemental document production (2.8); prepare verifications for same (0.2); finalize and send mediation brief (0.3). | 4.50 |
| 06/01/12 | Husar | Work on responses to discovery (0.5); work on document production and identification of documents that are privileged by work product (0.3); work on mediation strategy (0.4). | 1.20 |
| 06/01/12 | Sanchez | Review case materials and prepare for document production as directed by S. Espinosa. | 4.10 |
| 06/04/12 | Espinosa | Call with Alissa re supplemental response and verifications and email Plaintiff's counsel re same (0.2); email M. Worthington in response to his June 3 email (0.3); call A. Saverese re his deposition (0.1). | .60 |
| 06/04/12 | Husar | Work on preparation of settlement agreement and strategy for mediation (1.0); prepare for mediation (1.2). | 2.20 |

```
172573  W. R. Grace & Co.                    Invoice Number  2294004
50001   Correa v. W.R. Grace                 Page    2
        July 26, 2012
```

| Date | Name | | Hours |
|------|------|---|-------|
| 06/05/12 | Espinosa | Draft settlement agreement, request for dismissal and proposed order (2.8); conference call with N. Tolt (0.3); prepare for mediation (0.5). | 3.60 |
| 06/05/12 | Husar | Prepare for mediation (1.3); conference call with Nikki Tolt mediator to discuss mediation and background (0.3); work on issues relating to settlement of workers compensation claim (0.5). | 2.10 |
| 06/06/12 | Espinosa | Prepare for and participate in mediation at N. Tolt's office, and follow-up on issues after mediation. | 10.00 |
| 06/06/12 | Husar | Prepare for and represent client at mediation, and work on follow-up. | 9.00 |
| 06/26/12 | Espinosa | Call with D. Edwards re the dismissal of the workers' compensation claims and the settlement proceeds (0.2); review settlement agreement for the same (0.1) email D. Ban re same (0.1). | .40 |

```
                                             ------
                             TOTAL HOURS     37.70
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Linda S. Husar | 14.50 | at $ | 535.00 | = | 7,757.50 |
| Stephanie Henderson Espin | 19.10 | at $ | 320.00 | = | 6,112.00 |
| Lizeth Sanchez | 4.10 | at $ | 210.00 | = | 861.00 |

```
                 CURRENT FEES                          14,730.50

                                                     ------------
           TOTAL BALANCE DUE UPON RECEIPT             $14,730.50
                                                     ============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                   Pittsburgh, PA  15251-6074
                     Tax ID# 25-0749630


   W.R. Grace & Co.                   Invoice Number     2294005
   7500 Grace Drive                   Invoice Date      07/26/12
   Columbia, Maryland 21044           Client Number       172573
   USA
```

================================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

```
       Fees                         95.00
       Expenses                      0.00

                   TOTAL BALANCE DUE UPON RECEIPT          $95.00
                                                      ==============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      2294005
7500 Grace Drive                          Invoice Date      07/26/12
Columbia, Maryland 21044                  Client Number        172573
USA                                       Matter Number         60026

======================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2012

    Date  Name                                              Hours
 --------  -----------                                      -----

06/04/12 Ament         E-mails with P. Cuniff re: hearing    .40
                       binders for 6/18/12 hearing (.10);
                       review agenda and CNO re: same
                       (.10); update hearing binder
                       (.10); coordinate hand delivery of
                       agenda and hearing binders to
                       Judge Fitzgerald per J. O'Neill
                       request (.10).

06/05/12 Ament         Review e-mail re: agenda for June     .10
                       hearing.

                                                          ------
                                         TOTAL HOURS        .50


TIME SUMMARY                 Hours        Rate        Value
------------------------   ------------------------   -------
Sharon A. Ament             0.50  at  $  190.00  =     95.00

                           CURRENT FEES                          95.00

                                                       ------------
                           TOTAL BALANCE DUE UPON RECEIPT       $95.00
                                                       ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number     2294006
7500 Grace Drive                          Invoice Date      07/26/12
Columbia, Maryland 21044                  Client Number       172573
USA

========================================================================

Re: W. R. Grace & Co.


(60029)   Fee Applications-Applicant

Fees                              2,991.00
Expenses                              0.00

              TOTAL BALANCE DUE UPON RECEIPT        $2,991.00
                                                 ==============

- 6 -

```
                           REED SMITH LLP
                           PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630


    W.R. Grace & Co.                      Invoice Number    2294006
    7500 Grace Drive                      Invoice Date      07/26/12
    Columbia, Maryland 21044              Client Number      172573
    USA                                   Matter Number       60029
```

===========================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2012

| Date | Name | | Hours |
|------|------|--|-------|
| 06/05/12 | Ament | Attention to billing matters (.10); e-mail to D. Cameron and A. Muha re: same (.10). | .20 |
| 06/06/12 | Cameron | Review billings and fee application materials and emails re: same. | .40 |
| 06/12/12 | Cameron | Attention to fee application and fee evaluation materials. | .50 |
| 06/17/12 | Cameron | Attention to fee application materials. | .60 |
| 06/18/12 | Cameron | Additional review of fee application materials. | .50 |
| 06/20/12 | Muha | Revisions to fee and expense detail for May 2012 monthly application. | .40 |
| 06/25/12 | Ament | E-mails re: billing matters. | .10 |
| 06/25/12 | Cameron | Review fee application materials. | .50 |
| 06/25/12 | Lord | Revise, e-file and serve CNO to Reed Smith April monthly fee application. | .40 |
| 06/25/12 | Muha | Additional revisions to May 2012 monthly fee and expense detail for monthly application. | .20 |

172573 W. R. Grace & Co.                          Invoice Number  2294006
60029  Fee Applications-Applicant                 Page   2
       July 26, 2012


| Date | Name | | Hours |
|------|------|------|-------|
| 06/27/12 | Muha | Revisions to fee and expense detail for May 2012 monthly application. | .20 |
| 06/28/12 | Ament | Attention to billing matters (.10); begin calculating fees and expenses for May monthly fee application (.30); begin drafting 131st monthly fee application and spreadsheets re: same (.20); e-mails and meet with A. Muha re: same (.10); e-mail to J. Lord re: May monthly fee application (.10). | .80 |
| 06/29/12 | Ament | Complete calculating fees and expenses for May monthly fee application (.10); complete spreadsheets re: same (.10); continue drafting fee application (.10); provide same to A. Muha for review (.10); finalize May monthly fee application and e-mail same to J. Lord for DE filing (.10); attention to billing matters (.10); various e-mails re: same (.10). | .70 |
| 06/29/12 | Lord | Revise, e-file and serve Reed Smith May monthly fee application. | 1.40 |
| 06/29/12 | Muha | Final review and revisions to May 2012 monthly application. | .30 |

                                                        ------
                                       TOTAL HOURS        7.20


| TIME SUMMARY | Hours | | | Rate | | Value |
|--------------|-------|---|---|------|---|-------|
| Douglas E. Cameron | 2.50 | at | $ | 670.00 | = | 1,675.00 |
| Andrew J. Muha | 1.10 | at | $ | 460.00 | = | 506.00 |
| John B. Lord | 1.80 | at | $ | 260.00 | = | 468.00 |
| Sharon A. Ament | 1.80 | at | $ | 190.00 | = | 342.00 |

                    CURRENT FEES                             2,991.00

                                                         ------------
                    TOTAL BALANCE DUE UPON RECEIPT          $2,991.00
                                                         ============


- 8 -

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | | |
|---|---|---|
| W.R. Grace & Co. | Invoice Number | 2294007 |
| 7500 Grace Drive | Invoice Date | 07/26/12 |
| Columbia, Maryland 21044 | Client Number | 172573 |
| USA | | |

====================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
(Asbestos)

| | |
|---|---|
| Fees | 871.00 |
| Expenses | 0.00 |

| | |
|---|---|
| TOTAL BALANCE DUE UPON RECEIPT | $871.00 |

```
                       REED SMITH LLP
                       PO Box 360074M
                   Pittsburgh, PA  15251-6074
                     Tax ID# 25-0749630


  W.R. Grace & Co.                   Invoice Number    2294007
  7500 Grace Drive                   Invoice Date      07/26/12
  Columbia, Maryland 21044           Client Number      172573
  USA                                Matter Number       60033


============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2012

   Date  Name                                          Hours
   ----  ----                                          -----

06/25/12 Cameron       Review materials re: asbestos      .60
                       claims

06/28/12 Cameron       Review materials relating to       .70
                       asbestos claims.

                                                       ------
                                       TOTAL HOURS       1.30


TIME SUMMARY             Hours        Rate         Value
------------------------ ----------------------   -------
Douglas E. Cameron        1.30  at  $  670.00  =   871.00

                         CURRENT FEES                       871.00


                                                     ------------
                    TOTAL BALANCE DUE UPON RECEIPT      $871.00
                                                     ============
```

- 10 -

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number    2294013
7500 Grace Drive                          Invoice Date      07/26/12
Columbia, Maryland 21044                  Client Number      172573
USA


========================================================================

Re: W. R. Grace & Co.


(50001)  Correa v. W.R. Grace

     Fees                        0.00
     Expenses                2,719.57

              TOTAL BALANCE DUE UPON RECEIPT       $2,719.57
                                                   =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2294013
7500 Grace Drive                          Invoice Date      07/26/12
Columbia, Maryland 21044                  Client Number       172573
USA                                       Matter Number        50001

================================================================================

Re: Correa v. W.R. Grace

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---:|---:|
| PACER | 1.40 | |
| Duplicating/Printing/Scanning | 206.20 | |
| Postage Expense | 3.10 | |
| Subpoena Service Costs | 153.91 | |
| Courier Service - Outside | 273.07 | |
| Outside Duplicating | 113.32 | |
| Legal Services | 1,933.32 | |
| Secretarial Overtime | 17.50 | |
| Postage - Outside | 17.75 | |
| CURRENT EXPENSES | | 2,719.57 |
| | | ------------- |
| TOTAL BALANCE DUE UPON RECEIPT | | $2,719.57 |
| | | ============= |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2294013
7500 Grace Drive                          Invoice Date       07/26/12
Columbia, Maryland 21044                  Client Number        172573
USA                                       Matter Number         50001


================================================================================

Re: (50001)  Correa v. W.R. Grace


FOR COSTS ADVANCED AND EXPENSES INCURRED:

05/03/12   Duplicating/Printing/Scanning                         .80
           ATTY # 000349: 8 COPIES

05/04/12   Duplicating/Printing/Scanning                         .20
           ATTY # 000349: 2 COPIES

05/08/12   Duplicating/Printing/Scanning                        1.40
           ATTY # 000349: 14 COPIES

05/09/12   Duplicating/Printing/Scanning                        1.40
           ATTY # 000349: 14 COPIES

05/14/12   Postage - Outside                                   17.75
           Postage - VENDOR: Stephanie Henderson Espinosa,

05/23/12   Courier Service - Outside                          167.50
           Courier Service - Outside - Sacv 11-00113 Cjc
           Correa Vs Wr Grace & Orange Depo Subp Personal
           App;adv W/F $40.00 Serve Immediately (Job #
           5250398)

05/23/12   Courier Service - Outside                           90.38
           Courier Service - Outside -   Encino  Drop Serve
           ASAP (Job # 5250453)

05/24/12   Duplicating/Printing/Scanning                        1.30
           ATTY # 000349: 13 COPIES

05/29/12   Duplicating/Printing/Scanning                        1.40
           ATTY # 000349: 14 COPIES

05/29/12   Duplicating/Printing/Scanning                        1.40
           ATTY # 000349: 14 COPIES

05/31/12   PACER                                                1.40

```
172573 W. R. Grace & Co.                    Invoice Number  2294013
50001  Correa v. W.R. Grace                 Page   2
       July 26, 2012
```

| Date | Description | Amount |
|------|-------------|-------:|
| 06/01/12 | Duplicating/Printing/Scanning<br>ATTY # 4364; 482 COPIES | 48.20 |
| 06/01/12 | Duplicating/Printing/Scanning<br>ATTY # 4364; 404 COPIES | 40.40 |
| 06/01/12 | Duplicating/Printing/Scanning<br>ATTY # 4364; 391 COPIES | 39.10 |
| 06/01/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |
| 06/01/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |
| 06/01/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |
| 06/01/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 5 COPIES | .50 |
| 06/01/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 5 COPIES | .50 |
| 06/01/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 62 COPIES | 6.20 |
| 06/01/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |
| 06/01/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |
| 06/01/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |
| 06/01/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 15 COPIES | 1.50 |
| 06/01/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 5 COPIES | .50 |
| 06/01/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 16 COPIES | 1.60 |
| 06/01/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 8 COPIES | .80 |
| 06/01/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 15 COPIES | 1.50 |

172573 W. R. Grace & Co.                          Invoice Number  2294013
50001 Correa v. W.R. Grace                        Page   3
       July 26, 2012

06/01/12   Duplicating/Printing/Scanning                    1.50
           ATTY # 000349: 15 COPIES

06/01/12   Duplicating/Printing/Scanning                    1.60
           ATTY # 000349: 16 COPIES

06/01/12   Duplicating/Printing/Scanning                    1.60
           ATTY # 000349: 16 COPIES

06/01/12   Duplicating/Printing/Scanning                    1.70
           ATTY # 000349: 17 COPIES

06/01/12   Courier Service - Outside 00843 UPS - Shipped   10.65
           from Jacqueline Wernick Reed Smith LLP - Los
           Angele to Michael Worthington, Law Offices of
           Michael Wort

06/01/12   Courier Service - Outside 00843 UPS - Shipped    4.54
           from GILBERTO GUDINO REED SMITH LLP to Michael
           Worthington, Law Offices of Michael Wort
           (ENCINO CA 91436)

06/01/12   Duplicating/Printing/Scanning                   41.60
           ATTY # 4364; 416 COPIES

06/02/12   Postage Expense                                  3.10
           Postage Expense: ATTY # 010886 User: Equitrac By

06/04/12   Outside Duplicating -- VENDOR: LA BEST         113.32
           PHOTOCOPIES, INC.: Copy SSA documents

06/05/12   Duplicating/Printing/Scanning                    6.20
           ATTY # 000349: 62 COPIES

06/05/12   Duplicating/Printing/Scanning                     .90
           ATTY # 000349: 9 COPIES

06/05/12   Duplicating/Printing/Scanning                     .30
           ATTY # 000349: 3 COPIES

06/05/12   Duplicating/Printing/Scanning                     .90
           ATTY # 000349: 9 COPIES

06/05/12   Secretarial Overtime: Scan docs into DF and      8.75
           send to file

06/07/12   Secretarial Overtime: Scan docs into DF and      8.75
           send into hard file

06/11/12   Subpoena Service Costs -- VENDOR: FIRST RECORDS 153.91
           RETRIEVAL: Docs from Dr. Mark Johnson

```
172573 W. R. Grace & Co.                    Invoice Number  2294013
50001  Correa v. W.R. Grace                 Page    4
       July 26, 2012
```

```
06/11/12   Legal Services -- VENDOR: NIKKI TOLT d/b/a ACT      1933.32
           MEDIATION: Plaintiff's portion of Mediation Fees

06/11/12   Duplicating/Printing/Scanning                            .30
           ATTY # 000349: 3 COPIES

06/18/12   Duplicating/Printing/Scanning                            .30
           ATTY # 000349: 3 COPIES

                        CURRENT EXPENSES                       2,719.57
                                                              ------------
                        TOTAL BALANCE DUE UPON RECEIPT        $2,719.57
                                                              =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| | |
|---|---|
| W.R. Grace & Co. | Invoice Number    2294014 |
| 7500 Grace Drive | Invoice Date    07/26/12 |
| Columbia, Maryland 21044 | Client Number      172573 |
| USA | |

==============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

Fees                              0.00
Expenses                         41.64

TOTAL BALANCE DUE UPON RECEIPT        $41.64
==============

```
                            REED SMITH LLP
                            PO Box 360074M
                       Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
   W.R. Grace & Co.                      Invoice Number     2294014
   7500 Grace Drive                      Invoice Date      07/26/12
   Columbia, Maryland 21044              Client Number       172573
   USA                                   Matter Number        60026
```

==============================================================================

Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
      Duplicating/Printing/Scanning            33.20
      Postage Expense                           3.44
      Courier Service - Outside                 5.00

              CURRENT EXPENSES                              41.64
                                                     -------------

              TOTAL BALANCE DUE UPON RECEIPT             $41.64
                                                     =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                       Invoice Number    2294014
7500 Grace Drive                       Invoice Date     07/26/12
Columbia, Maryland 21044               Client Number     172573
USA                                    Matter Number      60026

========================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 05/29/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 05/29/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 05/29/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 05/29/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 05/29/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 05/29/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 05/29/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 10 COPIES | 1.00 |
| 05/29/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 10 COPIES | 1.00 |
| 05/29/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 10 COPIES | 1.00 |
| 05/29/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 10 COPIES | 1.00 |
| 05/29/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 12 COPIES | 1.20 |
| 05/29/12 | Duplicating/Printing/Scanning<br>ATTY # 000559: 15 COPIES | 1.50 |

172573 W. R. Grace & Co.                                Invoice Number  2294014
60026  Litigation and Litigation Consulting             Page   2
       July 26, 2012


05/29/12   Duplicating/Printing/Scanning                        1.00
           ATTY # 000559: 10 COPIES

05/31/12   Duplicating/Printing/Scanning                        1.90
           ATTY # 000559: 19 COPIES

06/02/12   Postage Expense                                       .44
           Postage Expense: ATTY # 000718 User: Equitrac By

06/05/12   Duplicating/Printing/Scanning                         .10
           ATTY # 000559: 1 COPIES

06/05/12   Duplicating/Printing/Scanning                        1.90
           ATTY # 000559: 19 COPIES

06/12/12   Courier Service - Outside -- VENDOR: AL STILES:      5.00
           Messenger Trip - U.S. Bankruptcy Court - Ramona
           Baker - 6/4/12

06/12/12   Duplicating/Printing/Scanning                         .30
           ATTY # 000559: 3 COPIES

06/28/12   Duplicating/Printing/Scanning                         .10
           ATTY # 000559: 1 COPIES

06/28/12   Duplicating/Printing/Scanning                         .10
           ATTY # 000559: 1 COPIES

06/28/12   Duplicating/Printing/Scanning                         .10
           ATTY # 000559: 1 COPIES

06/28/12   Duplicating/Printing/Scanning                         .10
           ATTY # 000559: 1 COPIES

06/28/12   Duplicating/Printing/Scanning                         .10
           ATTY # 000559: 1 COPIES

06/28/12   Duplicating/Printing/Scanning                         .10
           ATTY # 000559: 1 COPIES

06/28/12   Duplicating/Printing/Scanning                         .10
           ATTY # 000559: 1 COPIES

06/28/12   Duplicating/Printing/Scanning                         .10
           ATTY # 000559: 1 COPIES

06/29/12   Duplicating/Printing/Scanning                         .10
           ATTY # 000559: 1 COPIES

06/29/12   Duplicating/Printing/Scanning                         .10
           ATTY # 000559: 1 COPIES

172573 W. R. Grace & Co.                    Invoice Number  2294014
60026  Litigation and Litigation Consulting  Page   3
       July 26, 2012


06/29/12   Duplicating/Printing/Scanning                    .10
           ATTY # 000559: 1 COPIES

06/29/12   Duplicating/Printing/Scanning                   1.00
           ATTY # 000559: 10 COPIES

06/29/12   Duplicating/Printing/Scanning                   1.00
           ATTY # 000559: 10 COPIES

06/29/12   Duplicating/Printing/Scanning                   1.00
           ATTY # 000559: 10 COPIES

06/29/12   Duplicating/Printing/Scanning                   1.00
           ATTY # 000559: 10 COPIES

06/29/12   Duplicating/Printing/Scanning                   1.10
           ATTY # 000559: 11 COPIES

06/29/12   Duplicating/Printing/Scanning                   1.50
           ATTY # 000559: 15 COPIES

06/29/12   Duplicating/Printing/Scanning                   1.00
           ATTY # 000559: 10 COPIES

06/29/12   Duplicating/Printing/Scanning                  12.00
           ATTY # 0718; 120 COPIES

06/30/12   Postage Expense                                 3.00
           Postage Expense: ATTY # 000718 User: Equitrac By

                         CURRENT EXPENSES              41.64
                                                   ------------
                    TOTAL BALANCE DUE UPON RECEIPT      $41.64
                                                   ============