# EXHIBIT B

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Objection Deadline: July 23, 2012, at 4:00 p.m.** |
| | | **Hearing Date: Only if Objections are Filed** |

## SUMMARY OF APPLICATION OF REED SMITH LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL TO DEBTORS FOR THE ONE HUNDRED THIRTY-FIRST MONTHLY INTERIM PERIOD FROM MAY 1, 2012 THROUGH MAY 31, 2012

Name of Applicant:

Reed Smith LLP

Authorized to Provide Professional Services to:

W. R. Grace & Co., et al., Debtors and Debtors-in-Possession

Date of Retention:

July 19, 2001, effective as of April 2, 2001

Period for which compensation and reimbursement is sought:

May 1 Through May 31, 2012

Amount of fees sought as actual, reasonable and necessary:

$42,361.00

Amount of expenses sought as actual, reasonable and necessary

$6,074.23

This is a(n): _X_ monthly    __ interim    __ final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

DKT NO:_____

DT FILED: _6/29/12_

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|------------|----------------|----------------|--------------------|----------------|--------------------|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through /31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00[2] | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through 1/31/04 | $21,531.00 | $85.71 | No objections served on counsel | No objections served on counsel |
| 4/7/04 | 2/1/04 through 2/29/04 | $21,116.00 | $2,537.94 | No objections served on counsel | No objections served on counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |
| 6/4/04 | 4/1/04 through 4/30/04 | $16,495.50 | $41.08 | No objections served on counsel | No objections served on counsel |
| 7/1/04 | 5/1/04 through 5/31/04 | $41,085.00 | $2,386.50 | No objections served on counsel | No objections served on counsel |
| 8/2/04 | 6/1/04 through 6/30/04 | $28,692.50 | $725.43 | No objections served on counsel | No objections served on counsel |
| 9/3/04 | 7/1/04 through 7/31/04 | $13,176.50 | $328.55 | No objections served on counsel | No objections served on counsel |
| 10/5/04 | 8/1/04 through 8/31/04 | $11,792.00 | $1,500.03 | No objections served on counsel | No objections served on counsel |
| 10/28/04 | 9/1/04 through 9/30/04 | $22,618.00 | $97.76 | No objections served on counsel | No objections served on counsel |
| 11/29/04 | 10/1/04 through 10/31/04 | $127,040.00 | $2,696.29 | No objections served on counsel | No objections served on counsel |
| 1/7/05 | 11/1/04 through 11/30/04 | $29,207.50 | $1,858.91 | No objections served on counsel | No objections served on counsel |
| 2/9/05 | 12/1/04 through 12/31/04 | $123,722.25 | $2,598.89 | No objections served on counsel | No objections served on counsel |
| 3/1/05 | 1/1/05 through 1/31/05 | $112,761.00 | $3,520.69 | No objections served on counsel | No objections served on counsel |
| 3/29/05 | 2/1/05 through 2/28/05 | $40,738.00 | $2,719.01 | No objections served on counsel | No objections served on counsel |
| 4/27/05 | 3/1/05 through 3/31/05 | $22,165.50 | $281.04 | No objections served on counsel | No objections served on counsel |

---

2  Although Reed Smith initially requested $9,795.00 for the December 2003 monthly interim period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor).  The corrected amount requested by Reed Smith for that period is reflected above.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 5/31/05 | 4/1/05 through 4/30/05 | $27,745.00 | $373.42 | No objections served on counsel | No objections served on counsel |
| 6/30/05 | 5/1/05 through 5/31/05 | $48,125.50 | $1,444.96 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 6/1/05 through 6/30/05 | $53,677.50 | $2,901.34 | No objections served on counsel | No objections served on counsel |
| 8/31/05 | 8/1/05 through 8/31/05 | $67,024.00 | $4,443.37 | No objections served on counsel | No objections served on counsel |
| 10/28/05 | 9/1/05 through 9/31/05 | $75,564.50 | $1,333.69 | No objections served on counsel | No objections served on counsel |
| 11/28/05 | 10/1/05 through 10/31/05 | $100,140.00 | $2,209.06 | No objections served on counsel | No objections served on counsel |
| 12/29/05 | 11/1/05 through 11/30/05 | $73,829.00 | $2,476.74 | No objections served on counsel | No objections served on counsel |
| 2/3/06 | 12/1/05 through 12/31/05 | $132,709.00 | $9,322.91 | No objections served on counsel | No objections served on counsel |
| 3/6/06 | 1/1/06 through 1/31/065 | $179,492.75 | $7,814.56 | No objections served on counsel | No objections served on counsel |
| 3/28/06 | 2/1/06 through 2/28/06 | $121,127.50 | $2,113.02 | No objections served on counsel | No objections served on counsel |
| 4/28/06 | 3/1/06 through 3/31/06 | $138,244.50 | $8,928.17 | No objections served on counsel | No objections served on counsel |
| 5/30/06 | 4/1/06 through 4/30/06 | $258,539.00 | $3,990.53 | No objections served on counsel | No objections served on counsel |
| 6/28/06 | 5/1/06 through 5/31/06 | $187,688.50 | $7,066.20 | No objections served on counsel | No objections served on counsel |
| 7/31/06 | 6/1/06 through 6/30/06 | $290,925.50 | $7,211.50 | No objections served on counsel | No objections served on counsel |
| 9/1/06 | 7/1/06 through 7/31/06 | $318,207.00 | $5,751.93 | No objections served on counsel | No objections served on counsel |
| 9/28/06 | 8/1/06 through 8/31/06 | $431,035.00 | $19,258.20 | No objections served on counsel | No objections served on counsel |
| 10/30/06 | 9/1/06 through 9/30/06 | $214,071.00 | $8,718.91 | No objections served on counsel | No objections served on counsel |
| 11/28/06 | 10/1/06 through 10/31/06 | $253,411.00 | $3,957.53 | No objections served on counsel | No objections served on counsel |
| 12/21/06 | 11/1/06 through 11/30/06 | $269,985.00 | $10,276.93 | No objections served on counsel | No objections served on counsel |
| 1/29/07 | 12/1/06 through 12/31/06 | $449,619.00 | $13,006.42 | No objections served on counsel | No objections served on counsel |
| 3/2/07 | 1/1/07 through 1/31/07 | $451,799.50 | $10,807.56 | No objections served on counsel | No objections served on counsel |
| 3/28/07 | 2/1/07 through 2/28/07 | $571,452.50 | $26,064.65 | No objections served on counsel | No objections served on counsel |
| 5/1/07 | 3/1/07 through 3/31/07 | $612,334.00 | $21,618.02 | No objections served on counsel | No objections served on counsel |
| 5/30/07 | 4/1/07 through 4/30/07 | $659,653.00 | $95,262.97 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/07 | 5/1/07 through 5/31/07 | $381,244.00 | $76,304.87 | No objections served on counsel | No objections served on counsel |
| 7/31/07 | 6/1/07 through 6/30/07 | $285,417.50 | $25,072.31 | No objections served on counsel | No objections served on counsel |
| 8/31/07 | 7/1/07 through 7/31/07 | $565,946.00 | $27,996.57 | No objections served on counsel | No objections served on counsel |
| 9/28/07 | 8/1/07 through 8/31/07 | $341,805.00 | $30,377.98 | No objections served on counsel | No objections served on counsel |
| 10/30/07 | 9/1/07 through 9/30/07 | $266,475.00 | $47,419.66 | No objections served on counsel | No objections served on counsel |
| 11/29/07 | 10/1/07 through 10/31/07 | $425,753.50 | $56,702.47 | No objections served on counsel | No objections served on counsel |
| 12/31/07 | 11/1/07 through 11/30/07 | $346,948.50 | $28,452.97 | No objections served on counsel | No objections served on counsel |
| 2/1/08 | 12/1/07 through 12/31/07 | $328,899.50 | $6,684.25 | No objections served on counsel | No objections served on counsel |
| 2/29/08 | 1/1/08 through 1/31/08 | $190,026.50 | $66,680.87 | No objections served on counsel | No objections served on counsel |
| 3/28/08 | 2/1/08 through 2/29/08 | $164,778.50 | $6,812.83 | No objections served on counsel | No objections served on counsel |
| 4/29/08 | 3/1/08 through 3/31/08 | $196,624.00 | $7,770.05 | No objections served on counsel | No objections served on counsel |
| 5/28/08 | 4/1/08 through 4/30/08 | $265,172.00 | $14,840.69 | No objections served on counsel | No objections served on counsel |
| 6/30/08 | 5/1/08 through 5/31/08 | $198,308.50 | $5,407.12 | No objections served on counsel | No objections served on counsel |
| 7/29/08 | 6/1/08 through 6/30/08 | $294,750.00 | $11,846.36 | No objections served on counsel | No objections served on counsel |
| 8/28/08 | 7/1/08 through 7/31/08 | $260,723.00 | $30,905.57 | No objections served on counsel | No objections served on counsel |
| 9/29/08 | 8/1/08 through 8/31/08 | $133,508.50 | $25,510.91 | No objections served on counsel | No objections served on counsel |
| 10/30/08 | 9/1/08 through 9/30/08 | $178,342.50 | $62,002.21 | No objections served on counsel | No objections served on counsel |
| 11/28/08 | 10/1/08 through 10/31/08 | $180,835.00 | $97,238.00 | No objections served on counsel | No objections served on counsel |
| 12/29/08 | 11/1/08 through 11/30/08 | $262,272.50 | $66,906.64 | No objections served on counsel | No objections served on counsel |
| 2/2/09 | 12/1/08 through 12/31/08 | $296,040.50 | $61,115.32 | No objections served on counsel | No objections served on counsel |
| 3/5/09 | 1/1/09 through 1/31/09 | $187,083.50 | $48,496.26 | No objections served on counsel | No objections served on counsel |
| 3/30/09 | 2/1/09 through 2/28/09 | $170,090.00 | $71,440.61 | No objections served on counsel | No objections served on counsel |
| 4/28/09 | 3/1/09 through 3/31/09 | $119,493.00 | $91,664.16 | No objections served on counsel | No objections served on counsel |
| 5/28/09 | 4/1/09 through 4/30/09 | $82,997.00 | $31,796.74 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/09 | 5/1/09 through 5/31/09 | $46,410.00 | $1,641.97 | No objections served on counsel | No objections served on counsel |
| 7/29/09 | 6/1/09 through 6/30/09 | $37,799.50 | $8,098.44 | No objections served on counsel | No objections served on counsel |
| 8/31/09 | 7/1/09 through 7/31/09 | $26,413.00 | $6,408.90 | No objections served on counsel | No objections served on counsel |
| 9/30/09 | 8/1/09 through 8/31/09 | $57,230.00 | $5,569.75 | No objections served on counsel | No objections served on counsel |
| 10/29/09 | 9/1/09 through 9/30/09 | $26,700.00 | $35,383.32 | No objections served on counsel | No objections served on counsel |
| 12/1/09 | 10/1/09 through 10/31/09 | $36,478.50 | $11,042.24 | No objections served on counsel | No objections served on counsel |
| 12/31/09 | 11/1/09 through 11/30/09 | $26,217.00 | $6,599.14 | No objections served on counsel | No objections served on counsel |
| 1/29/10 | 12/1/09 through 12/31/09 | $18,402.00 | $350.26 | No objections served on counsel | No objections served on counsel |
| 3/2/10 | 1/1/1 through 1/31/10 | $67,941.00 | $5,542.74 | No objections served on counsel | No objections served on counsel |
| 3/29/10 | 2/1/10 through 02/28/10 | $8,019.00 | $1,025.90 | No objections served on counsel | No objections served on counsel |
| 4/28/10 | 3/1/10 through 3/31/10 | $7,581.50 | $2,008.26 | No objections served on counsel | No objections served on counsel |
| 5/28/10 | 4/1/10 through 4/30/10 | $28,603.00 | $1,030.65 | No objections served on counsel | No objections served on counsel |
| 6/29/10 | 5/1/1/10 through 5/31/10 | $6,594.50 | $1,375.18 | No objections served on counsel | No objections served on counsel |
| 7/28/10 | 6/1/10 through 6/30/10 | $7,500.50 | $299.18 | No objections served on counsel | No objections served on counsel |
| 8/31/10 | 7/1/10 through 7/31/10 | $9,446.00 | $100.30 | No objections served on counsel | No objections served on counsel |
| 9/28/10 | 8/1/10 through 8/31/10 | $3,635.50 | $821.90 | No objections served on counsel | No objections served on counsel |
| 10/28/10 | 9/1/10 through 9/30/10 | $5,575.50 | $49.74 | No objections served on counsel | No objections served on counsel |
| 11/30/10 | 10/1/10 through 10/31/10 | $6,159.30 | $18.26 | No objections served on counsel | No objections served on counsel |
| 12/29/10 | 11/1/10 through 11/30/10 | $19,070.80 | $76.00 | No objections served on counsel | No objections served on counsel |
| 1/31/11 | 12/1/10 through 12/31/10 | $15,773.50 | $1,381.58 | No objections served on counsel | No objections served on counsel |
| 2/28/11 | 1/1/11 through 1/31/11 | $29,967.50 | $1,110.22 | No objections served on counsel | No objections served on counsel |
| 3/28/11 | 2/1/11 through 2/28/11 | $41,503.00 | $11,883.46 | No objections served on counsel | No objections served on counsel |
| 4/29/11 | 3/1/11 through 3/31/11 | $6,362.50 | $2,549.26 | No objections served on counsel | No objections served on counsel |
| 5/31/11 | 4/1/11 through 4/30/11 | $18,201.00 | $147.45 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/29/11 | 5/1/11 through 5/31/11 | $6,949.00 | $785.03 | No objections served on counsel | No objections served on counsel |
| 7/28/11 | 6/1/11 through 6/30/11 | $24,354.50 | $387.90 | No objections served on counsel | No objections served on counsel |
| 8/29/11 | 7/1/11 through 7/31/11 | $11,068.00 | $81.61 | No objections served on counsel | No objections served on counsel |
| 9/29/11 | 8/1/11 through 8/31/11 | $8,986.50 | $1,113.30 | No objections served on counsel | No objections served on counsel |
| 10/28/11 | 9/1/11 through 9/30/11 | $12,101.50 | $94.10 | No objections served on counsel | No objections served on counsel |
| 11/29/11 | 10/1/11 through 10/31/11 | $19,260.50 | $31.80 | No objections served on counsel | No objections served on counsel |
| 12/30/11 | 11/1/11 through 11/30/11 | $19,841.50 | $304.30 | No objections served on counsel | No objections served on counsel |
| 1/31/12 | 12/1/11 through 12/31/11 | $27,648.00 | $4,961.85 | No objections served on counsel | No objections served on counsel |
| 3/1/12 | 1/1/12 through 1/31/12 | 74,726.00 | 9,717.03 | No objections served on counsel | No objections served on counsel |
| 3/29/12 | 2/1/12 through 2/29/12 | $20,952.50 | $1,692.53 | No objections served on counsel | No objections served on counsel |
| 4/30/12 | 3/1/12 through 3/31/12 | $59,351.00 | $1,350.33 | No objections served on counsel | No objections served on counsel |
| 5/29/12 | 4/1/12 through 4/30/12 | $23,893.50 | $924.72 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the one hundred thirty-first application for monthly interim compensation of services filed with the Bankruptcy Court in these chapter 11 cases.

The total time expended for the preparation of this application is approximately nine hours, and the corresponding estimated compensation that will be requested in a future application is approximately $2,500.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Year Admitted | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Douglas E. Cameron | Partner | 1984 | Litigation | $670.00 | 1.00 | $670.00 |
| Linda S. Husar | Partner | 1980 | Litigation | $535.00 | 15.70 | $8,399.50 |
| Thomas Hill | Partner | 1981 | Litigation | $535.00 | 2.00 | $1,070.00 |
| Andrew J. Muha | Partner | 2001 | Litigation | $460.00 | .80 | $368.00 |
| Stephanie Henderson Espinosa | Associate | 2007 | Litigation | $320.00 | 85.00 | $27,200.00 |
| Jasmine S. Horton | Associate | 2010 | Litigation | $295.00 | 5.70 | $1,681.50 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant and number of years as a paraprofessional | | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Barbara C. Stiverson | Paralegal | 18 Years | Litigation | $295.00 | .20 | $59.00 |
| John B. Lord | Paralegal | 20 Years | Bankruptcy | $260.00 | 3.70 | $962.00 |
| Lizeth Sanchez | Paralegal | 4 Years | Litigation | $210.00 | 5.40 | $1,134.00 |
| Sharon A. Ament | Paralegal | 7 Years | Litigation | $190.00 | 4.30 | $817.00 |

**Total Fees: $42,361.00**

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Litigation & Litigation Consulting | .50 | $95.00 |
| Fee Applications | 9.30 | $2,722.00 |
| Correa vs. W.R. Grace | 113.80 | $39,485.00 |
| Specifications Inquiry | .20 | $59.00 |
| **Total** | **123.80** | **$42,361.00** |

## EXPENSE SUMMARY

| Description | Non-ZAI Science Trial | ZAI Science Trial |
|---|---|---|
| Duplicating/Printing/Scanning | $268.40 | ------- |
| Outside Duplicating | $248.80 | ---- |
| Westlaw | $237.59 | ------ |
| Transcript Expense | $882.60 | ------- |
| Courier Service – Outside | $85.00 | ------- |
| Outside Duplicating | $239.68 | ------- |
| Subpoena Service Costs | $227.98 | ------ |
| Legal Services | $3,866.68 | ------- |
| Secretarial Overtime | $17.50 | ------- |
| | | |
| SUBTOTAL | $6,074.23 | $0.00 |
| **TOTAL** | **$6,074.23** | **$0.00** |

REMAINDER OF PAGE LEFT BLANK INTENTIONALLY

Dated:    June 29, 2012                          REED SMITH LLP
          Wilmington, Delaware

                                          By: /s/ Kurt F. Gwynne
                                              Kurt F. Gwynne (No. 3951)
                                              1201 Market Street, Suite 1500
                                              Wilmington, DE  19801
                                              Telephone:  (302) 778-7500
                                              Facsimile:  (302) 778-7575
                                              E-mail: kgwynne@reedsmith.com

                                                  and

                                              James J. Restivo, Jr., Esquire
                                              Lawrence E. Flatley, Esquire
                                              Douglas E. Cameron, Esquire
                                              Reed Smith Centre
                                              225 Fifth Avenue
                                              Pittsburgh, PA 15222
                                              Telephone:  (412) 288-3131
                                              Facsimile:  (412) 288-3063

                                              Special Asbestos Products Liability Defense
                                              Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number     2283618
7500 Grace Drive                          Invoice Date     06/28/12
Columbia, Maryland 21044                  Client Number      172573
USA


======================================================================

Re: W. R. Grace & Co.


(50001)  Correa v. W.R. Grace

     Fees                          39,485.00
     Expenses                           0.00

               TOTAL BALANCE DUE UPON RECEIPT      $39,485.00
                                                 ==============

```
                        REED SMITH LLP
                        PO Box 360074M
                     Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
W.R. Grace & Co.                      Invoice Number      2283618
7500 Grace Drive                      Invoice Date      06/28/12
Columbia, Maryland 21044              Client Number       172573
USA                                   Matter Number        50001
```

========================================================================

Re: (50001)  Correa v. W.R. Grace

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 31, 2012

| Date | Name | | Hours |
|------|------|---|-------|

| 05/01/12 | Espinosa | Call with J. Forgach (0.2); draft the memorandum of points and authorities in support of the motion for summary judgment (6.2); prepare joint stipulation to continue trial and related deadlines, various correspondence with Plaintiff's counsel re same (2.3). | 8.70 |
| 05/01/12 | Husar | Confer with J. Forgach regarding strategy for mediation and possible global settlement (.5); work on stipulation and order to continue motion deadline and pre-trial and trial deadlines to accommodate strategy to consider global settlement (.7); work on Motion for Summary Judgment (.6). | 1.80 |
| 05/02/12 | Espinosa | Emails with Plaintiff's counsel re revising the joint stipulation to continue trial (0.5); research in support of the motion for summary judgment (1.6); continue to draft the memorandum of points and authorities in support of the motion for summary judgment (8.4). | 10.50 |
| 05/02/12 | Horton | Conference with S. Espinosa re arguments for opposition to plaintiff's motion to re-open discovery (.6); begin draft of opposition to same (3.1). | 3.70 |

172573 W. R. Grace & Co.                          Invoice Number  2283618
50001  Correa v. W.R. Grace                       Page    2
       June 28, 2012


    Date    Name                                                      Hours
   -------- -----------                                               -----


05/02/12 Husar          Work on settlement strategy and      1.60
                        stipulation to continue the
                        hearing dates (.7); research other
                        decisions by Judge Cormac relating
                        to similar statutory claims (.5);
                        work on MSJ (.4).

05/03/12 Espinosa       Continue to draft the memorandum    10.70
                        of points and authorities in
                        support of the motion for summary
                        judgment (5.5); research in
                        support of the motion for summary
                        judgment (2.0); identify testimony
                        in support of the motion for
                        summary judgment (3.2).

05/03/12 Horton         Finalize draft of opposition to      2.00
                        plaintiff's motion to re-open
                        discovery.

05/03/12 Husar          Work on motion for summary           2.10
                        judgement.

05/03/12 Sanchez        Conference with S. Espinosa re        .40
                        deposition testimony review and
                        compilation in support of Motion
                        for Summary Judgment.

05/04/12 Espinosa       Continue to draft the memorandum     8.00
                        of points and authorities in
                        support of the motion for summary
                        judgment (4.8); research in
                        support of the motion for summary
                        judgment (1.2); identify testimony
                        in support of the motion for
                        summary judgment (2.0).

05/04/12 Hill           Confer with L. Husar and S.          1.00
                        Espinosa re summary judgment
                        motion and new trial date.

05/04/12 Sanchez        Conduct review of Plaintiff's        3.30
                        deposition transcripts and compile
                        selected testimony in support of
                        Motion for Summary Judgment as
                        directed by S. Espinosa.

172573 W. R. Grace & Co.                          Invoice Number  2283618
50001  Correa v. W.R. Grace                       Page    3
       June 28, 2012

| Date | Name | | Hours |
| ------- | --------- | --- | ----- |
| 05/07/12 | Espinosa | Review and analyze Plaintiff's joint stipulation motion to compel and conference call with Plaintiff's counsel re same (2.2); call with D. Ban's office re Plaintiff's workers' compensation claims (0.1); call with A. Enriquez to discuss changes to her deposition transcript (0.3); draft update email to J. Forgach (0.5); research benefits and risks of a rule 68 offer of judgment (0.9). | 4.00 |
| 05/07/12 | Husar | Work on litigation plan and mediation in light of continued dates and motion to compel (.5); work on updating the client regarding the same (.3). | .80 |
| 05/08/12 | Espinosa | Prepare errata sheet to A. Enriquez's deposition transcript, email Plaintiff's counsel same (0.7); review Plaintiff's meet and confer letters and develop a strategy for supplementing the responses (0.7); draft email to D. Edwards requesting additional information for the same (0.3). | 1.70 |
| 05/08/12 | Husar | Work on strategy relating to motion to compel and mediation (.6); prepare email to J. Forgach regarding new developments (.3); discuss Rule 68 offer of compromise (.2). | 1.10 |
| 05/09/12 | Espinosa | Review A. Enriquez's recovered emails for the supplemental discovery responses and identify additional responsive documents (3.6); prepare a privilege log (2.0). | 5.60 |
| 05/10/12 | Espinosa | Review COBRA communications to Plaintiff. | .30 |
| 05/11/12 | Espinosa | Prepare for meet and confer conference (1.3); participate in meet and confer conference with L. Husar and Plaintiff's counsel (1.5); call with D. Kuchinsky re | 4.00 |

```
172573 W. R. Grace & Co.                    Invoice Number  2283618
50001  Correa v. W.R. Grace                 Page    4
       June 28, 2012
```

| Date | Name | | Hours |
|------|------|--|-------|
| | | WR Grace's email retention policy (0.2); draft letter confirming meet and confer conference (0.5); call with D. Ban (0.2); review employee rosters and analyze for applicability of CFRA (0.3). | |
| 05/11/12 | Husar | Review and analyze Plaintiff's motion to compel and numerous meet and confer letters in preparation for meet and confer meeting an outline of strategy for a response (1.0); meet with Plaintiff's counsel to discuss respective positions and to work out resolutions to avoid discovery motions (1.5). | 2.50 |
| 05/14/12 | Espinosa | Prepare letter to the social security administration re records that were requested. | .20 |
| 05/16/12 | Espinosa | Email with J. Forgach re mediation. | .10 |
| 05/16/12 | Hill | Review case status and grounds for motion for summary judgment (0.6); confer with S. Espinosa re same (0.2); attention to trial scheduling (0.2). | 1.00 |
| 05/17/12 | Espinosa | Telephone meeting with J. Forgach re Correa mediation. | .20 |
| 05/19/12 | Espinosa | Draft supplemental responses to the requests for admission and interrogatories. | 1.20 |
| 05/21/12 | Espinosa | Review deposition notice, requests for production of documents and interrogatories (0.3); continue to draft supplemental interrogatory responses (1.5). | 1.80 |
| 05/22/12 | Espinosa | Call with Dr. Johnson re his deposition (0.3); schedule conference call with N. Tolt (0.3); call with J. Forgach re mediation issues (0.2); identify responsive documents for the supplemental discovery responses (2.5). | 3.30 |

172573 W. R. Grace & Co.
50001  Correa v. W.R. Grace
       June 28, 2012

Invoice Number  2283618
Page    5

| Date | Name | | Hours |
|------|------|---|-------|
| 05/22/12 | Husar | Call with J. Forgach regarding mediation (.2); work on strategy for the mediation (.3); review PMK deposition notice and strategy regarding objections and response to the same (.4). | .90 |
| 05/23/12 | Espinosa | Draft meet and confer letter to Plaintiff's counsel re the PMK deposition notice (0.3); begin to draft mediation brief (2.2). | 2.50 |
| 05/23/12 | Sanchez | Conduct review of workers comp documents in preparation for document production as directed by S. Espinosa. | 1.70 |
| 05/24/12 | Espinosa | Follow-up emails with J. Hughes re Plaintiffs' supplemental discovery (0.2); continue to draft mediation brief (6.6). | 6.80 |
| 05/25/12 | Espinosa | Review J. Hughes' emails for supplemental discovery responses (0.5); prepare update privilege log of A. Enriquez's emails and J. Hughes' emails (3.8); call with Plaintiff's counsel about PMK deposition notice (0.5); draft emails in response to Plaintiff's two emails re discovery (0.3); revise the mediation brief (1.5); correspondence with docketing regarding the PMK deposition notice received and whether the deadline purported by Plaintiff is correct (0.2). | 6.80 |
| 05/27/12 | Espinosa | Revise supplemental discovery responses. | .80 |
| 05/29/12 | Espinosa | Finalize and serve supplemental privilege log (0.5); meeting with J. Forgach and D. Ban (0.3); meet and confer call with Plaintiff's counsel (0.5); email J. Forgach and D. Edwards re additional information requested in meet and confer conference (0.4); revise the mediation brief (1.0); revise | 4.40 |

```
172573  W. R. Grace & Co.                    Invoice Number  2283618
50001   Correa v. W.R. Grace                 Page    6
        June 28, 2012
```

| Date | Name | | Hours |
|------|------|---|-------|
| | | supplemental discovery responses (0.5); review records received from the social security administration; (0.6) identify workers compensation documents for production (0.6). | |
| 05/29/12 | Husar | Conference call with client regarding strategy for settlement and terms of a proposed workers compensation settlement (.5); review and revise privilege log (1.4); review and revise mediation brief (1.2). | 3.10 |
| 05/30/12 | Espinosa | Finalize mediation brief (2.5); revise supplemental discovery responses (0.5). | 3.00 |
| 05/31/12 | Espinosa | Call with A. Enriquez re supplemental discovery responses (0.2); second meet and confer call with Plaintiff's counsel re PMK deposition (0.2). | .40 |
| 05/31/12 | Husar | Review and revise supplemental responses to plaintiffs' request for admissions and interrogatories, and review documents for production. | 1.80 |

```
                                              ------
                                 TOTAL HOURS   113.80
```

```
TIME SUMMARY               Hours          Rate           Value
------------------------   ---------------------         -------
Thomas Hill                 2.00  at  $  535.00  =     1,070.00
Linda S. Husar             15.70  at  $  535.00  =     8,399.50
Stephanie Henderson Espin  85.00  at  $  320.00  =    27,200.00
Jasmine S. Horton           5.70  at  $  295.00  =     1,681.50
Lizeth Sanchez              5.40  at  $  210.00  =     1,134.00

                           CURRENT FEES                          39,485.00


                                                           ------------
                           TOTAL BALANCE DUE UPON RECEIPT    $39,485.00
                                                           ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                         Invoice Number      2283619
7500 Grace Drive                         Invoice Date        06/28/12
Columbia, Maryland 21044                 Client Number        172573
USA

====================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

      Fees                          95.00
      Expenses                       0.00

            TOTAL BALANCE DUE UPON RECEIPT            $95.00
                                                 =============

```
                        REED SMITH LLP
                        PO Box 360074M
                   Pittsburgh, PA  15251-6074
                     Tax ID# 25-0749630


   W.R. Grace & Co.                    Invoice Number      2283619
   7500 Grace Drive                    Invoice Date      06/28/12
   Columbia, Maryland 21044            Client Number       172573
   USA                                 Matter Number        60026
```

===============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 31, 2012

```
    Date   Name                                         Hours
   ------- -----------                                  -----

   05/07/12 Ament            Various e-mails with P. Cuniff re:    .40
                             agenda and hearing binder for
                             5/23/12 hearing (.10); review
                             agenda and hearing binder (.10);
                             update hearing binder per request
                             (.10); coordinate hand delivery of
                             same to Judge Fitzgerald (.10).

   05/08/12 Ament            Review e-mail re: agenda and          .10
                             hearing binder for 5/23/12 hearing.

                                                        ------
                                       TOTAL HOURS        .50


   TIME SUMMARY             Hours        Rate        Value
   ---------------------   --------   -------------  -------
   Sharon A. Ament          0.50  at  $  190.00  =   95.00

                           CURRENT FEES                          95.00


                                                         ------------
                           TOTAL BALANCE DUE UPON RECEIPT     $95.00
                                                         ============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                   Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
 W.R. Grace & Co.                    Invoice Number     2283620
 7500 Grace Drive                    Invoice Date      06/28/12
 Columbia, Maryland 21044            Client Number      172573
 USA
```

=================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

        Fees                      2,722.00
        Expenses                      0.00

              TOTAL BALANCE DUE UPON RECEIPT        $2,722.00
                                                   =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2283620
7500 Grace Drive                          Invoice Date      06/28/12
Columbia, Maryland 21044                  Client Number       172573
USA                                       Matter Number        60029


===============================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 31, 2012

| Date | Name | | Hours |
|------|------|------|-------|
| 05/02/12 | Lord | Draft and e-file CNO to Reed Smith February monthly fee application. | .50 |
| 05/07/12 | Ament | Begin calculating fees and expenses for 44th quarterly fee application (.10); being drafting spreadsheets re: same (.20); begin drafting quarterly fee application (.20). | .50 |
| 05/07/12 | Cameron | Review of fee application materials | .50 |
| 05/08/12 | Ament | Continue calculating fees and expenses for 44th quarterly fee application (.40); continue drafting spreadsheets re: same (.20); continue drafting quarterly fee application (.20); provide same to A. Muha for review (.10); e-mails with J. Lord re: quarterly fee application (.10). | 1.00 |
| 05/08/12 | Muha | Review and revisions to quarterly fee application materials. | .40 |
| 05/09/12 | Ament | Review A. Muha comments re: 44th quarterly fee application (.10); finalize narrative and summary re: same (.10); e-mail same to J. Lord for DE filing (.10); attend to billing matters (.10); review e-mail from A. Muha re: April monthly fee application (.10). | .50 |

172573 W. R. Grace & Co.                          Invoice Number  2283620
60029  Fee Applications-Applicant                 Page    2
       June 28, 2012

| Date | Name | | Hours |
|------|------|------|-------|
| 05/09/12 | Lord | Revise, e-file and service Reed Smith 44th quarterly fee application. | 1.70 |
| 05/15/12 | Muha | Additional revisions to April 2012 fee and expense detail and confer with T. Martin re: additional changes. | .20 |
| 05/23/12 | Ament | Begin drafting April monthly fee application. | .20 |
| 05/24/12 | Ament | Review DBR's (.10); begin calculating fees and expenses for April monthly fee application (.20); continue preparing April monthly fee application (.20). | .50 |
| 05/29/12 | Ament | Attention to billing matters (.10); continue calculating fees and expenses for April monthly fee application (.30); continue preparing spreadsheet re: same (.10); various e-mails re: same (.10); revisions to fee application (.20); provide same to A. Muha for review (.10); finalize fee application (.10); e-mail same to J. Lord for DE filing (.10). | 1.10 |
| 05/29/12 | Cameron | Review fee application material | .50 |
| 05/29/12 | Lord | Draft, e-file and serve CNO to Reed Smith March monthly fee application (.3); communicate with S. Ament re: monthly fee issues (.1); revise, finalize and coordinate service of Reed Smith's April monthly fee application (1.1). | 1.50 |
| 05/29/12 | Muha | Review and revise final version of April 2012 monthly fee application. | .20 |

```
                                            ------
                              TOTAL HOURS    9.30
```

```
172573 W. R. Grace & Co.                      Invoice Number  2283620
60029  Fee Applications-Applicant             Page   3
       June 28, 2012
```

```
TIME SUMMARY                 Hours           Rate           Value
-------------------------    ---------------------------    -------
Douglas E. Cameron           1.00  at  $  670.00  =         670.00
Andrew J. Muha               0.80  at  $  460.00  =         368.00
John B. Lord                 3.70  at  $  260.00  =         962.00
Sharon A. Ament              3.80  at  $  190.00  =         722.00

                             CURRENT FEES                            2,722.00


                                                             ------------
                             TOTAL BALANCE DUE UPON RECEIPT   $2,722.00
                                                             ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                              Invoice Number      2283621
62 Whittemore Avenue                          Invoice Date      06/28/12
Cambridge, MA  02140                          Client Number       172573

===============================================================================

Re: W. R. Grace & Co.

(60041)  Specifications Inquiry

    Fees                          59.00
    Expenses                       0.00

        TOTAL BALANCE DUE UPON RECEIPT            $59.00
                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2283621
62 Whittemore Avenue                      Invoice Date      06/28/12
Cambridge, MA  02140                      Client Number      172573
                                          Matter Number      60041


================================================================================

Re: (60041)  Specifications Inquiry

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 31, 2012

    Date   Name                                              Hours
    -------- -----------                                     -----

05/01/12 Stiverson      Review emails and invoice; update      .20
                        Excel spreadsheet regarding
                        consultant's invoice.

                                                             ------
                                       TOTAL HOURS            .20


TIME SUMMARY                Hours           Rate          Value
------------------------    --------------------------    -------
Barbara C Stiverson         0.20  at  $  295.00  =        59.00

                            CURRENT FEES                              59.00


                                                             ------------
                        TOTAL BALANCE DUE UPON RECEIPT          $59.00
                                                             ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number     2283638
7500 Grace Drive                          Invoice Date      06/28/12
Columbia, Maryland 21044                  Client Number      172573
USA

================================================================================

Re: W. R. Grace & Co.


(50001)  Correa v. W.R. Grace

      Fees                         0.00
      Expenses                 5,792.63

            TOTAL BALANCE DUE UPON RECEIPT       $5,792.63
                                                =============

```
                    REED SMITH LLP
                    PO Box 360074M
                 Pittsburgh, PA  15251-6074
                   Tax ID# 25-0749630
```

```
   W.R. Grace & Co.                    Invoice Number     2283638
   7500 Grace Drive                    Invoice Date       06/28/12
   Columbia, Maryland 21044            Client Number       172573
   USA                                 Matter Number        50001
```

====================================================================================

Re: Correa v. W.R. Grace


FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
     Duplicating/Printing/Scanning         235.60
     Westlaw                               237.59
     Transcript Expense                    882.60
     Subpoena Service Costs                227.98
     Courier Service - Outside              85.00
     Outside Duplicating                   239.68
     Legal Services                      3,866.68
     Secretarial Overtime                   17.50

                 CURRENT EXPENSES                    5,792.63
                                                   -------------

                 TOTAL BALANCE DUE UPON RECEIPT     $5,792.63
                                                   =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number     2283638
7500 Grace Drive                        Invoice Date      06/28/12
Columbia, Maryland 21044                Client Number      172573
USA                                     Matter Number       50001

================================================================================

Re: (50001)  Correa v. W.R. Grace


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 05/01/12 | Transcript Expense -- VENDOR: ATKINSON-BAKER, INC.: Deposition Transcript of Alissa Enriquez | 882.60 |
| 05/02/12 | Westlaw<br>Westlaw | 237.59 |
| 05/02/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 6 COPIES | .60 |
| 05/02/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 17 COPIES | 1.70 |
| 05/02/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 8 COPIES | .80 |
| 05/02/12 | Courier Service - Outside<br>Courier Service - Outside - Sacv 11-00113 Cjc Correa Vs W.R.Grace Santa Ana Stip & Prop Order Del Courtesy Copy (Job # 5232096) | 25.00 |
| 05/03/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 8 COPIES | .80 |
| 05/03/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 8 COPIES | .80 |
| 05/03/12 | Courier Service - Outside<br>Courier Service - Outside - Sacv11-00113 Cjc Correa Vs W.R Grace Santa Ana Oppo To Exparte Del Courtesy Copy To (Job # 5233439) | 60.00 |
| 05/04/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |

172573 W. R. Grace & Co.                          Invoice Number  2283638
50001  Correa v. W.R. Grace                       Page   2
       June 28, 2012


05/04/12   Duplicating/Printing/Scanning                        .10
           ATTY # 000349: 1 COPIES

05/04/12   Duplicating/Printing/Scanning                        .10
           ATTY # 000349: 1 COPIES

05/04/12   Duplicating/Printing/Scanning                        .10
           ATTY # 000349: 1 COPIES

05/04/12   Duplicating/Printing/Scanning                        .20
           ATTY # 000349: 2 COPIES

05/04/12   Duplicating/Printing/Scanning                        .20
           ATTY # 000349: 2 COPIES

05/04/12   Duplicating/Printing/Scanning                        .20
           ATTY # 000349: 2 COPIES

05/04/12   Duplicating/Printing/Scanning                        .20
           ATTY # 000349: 2 COPIES

05/04/12   Duplicating/Printing/Scanning                        .40
           ATTY # 000349: 4 COPIES

05/04/12   Duplicating/Printing/Scanning                        .60
           ATTY # 000349: 6 COPIES

05/04/12   Duplicating/Printing/Scanning                        .20
           ATTY # 000349: 2 COPIES

05/04/12   Duplicating/Printing/Scanning                        .30
           ATTY # 000349: 3 COPIES

05/04/12   Duplicating/Printing/Scanning                        .10
           ATTY # 000349: 1 COPIES

05/04/12   Duplicating/Printing/Scanning                        .10
           ATTY # 000349: 1 COPIES

05/04/12   Duplicating/Printing/Scanning                        .10
           ATTY # 000349: 1 COPIES

05/04/12   Duplicating/Printing/Scanning                        .10
           ATTY # 000349: 1 COPIES

05/04/12   Duplicating/Printing/Scanning                        .10
           ATTY # 000349: 1 COPIES

05/04/12   Duplicating/Printing/Scanning                        .10
           ATTY # 000349: 1 COPIES

```
172573 W. R. Grace & Co.                        Invoice Number  2283638
50001  Correa v. W.R. Grace                     Page   3
       June 28, 2012
```

| | | |
|---|---|---|
| 05/04/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |
| 05/04/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |
| 05/08/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 6 COPIES | .60 |
| 05/08/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 23 COPIES | 2.30 |
| 05/08/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 23 COPIES | 2.30 |
| 05/08/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 25 COPIES | 2.50 |
| 05/08/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 33 COPIES | 3.30 |
| 05/09/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 25 COPIES | 2.50 |
| 05/09/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 25 COPIES | 2.50 |
| 05/09/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 33 COPIES | 3.30 |
| 05/09/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 95 COPIES | 9.50 |
| 05/09/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 95 COPIES | 9.50 |
| 05/09/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 5 COPIES | .50 |
| 05/09/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 6 COPIES | .60 |
| 05/09/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 23 COPIES | 2.30 |
| 05/09/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 23 COPIES | 2.30 |
| 05/11/12 | Outside Duplicating -- VENDOR: SOCIAL SECURITY<br>ADMINISTRATION: Copies of Correa docs from SSA | 239.68 |

172573 W. R. Grace & Co.                          Invoice Number  2283638
50001  Correa v. W.R. Grace                       Page   4
       June 28, 2012

| 05/11/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 61 COPIES | 6.10 |
|---|---|---|
| 05/11/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 3 COPIES | .30 |
| 05/14/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |
| 05/14/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 2 COPIES | .20 |
| 05/14/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 2 COPIES | .20 |
| 05/14/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 2 COPIES | .20 |
| 05/14/12 | Secretarial Overtime: Calendar numerous dates<br>per court order | 17.50 |
| 05/15/12 | Subpoena Service Costs -- VENDOR: FIRST RECORDS<br>RETRIEVAL: MetLife docs on Correa | 227.98 |
| 05/22/12 | Duplicating/Printing/Scanning<br>ATTY # 4364; 853 COPIES | 85.30 |
| 05/22/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 5 COPIES | .50 |
| 05/22/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 16 COPIES | 1.60 |
| 05/23/12 | Duplicating/Printing/Scanning<br>ATTY # 10886; 215 COPIES | 21.50 |
| 05/23/12 | Duplicating/Printing/Scanning<br>ATTY # 4364; 422 COPIES | 42.20 |
| 05/24/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 3 COPIES | .30 |
| 05/24/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 14 COPIES | 1.40 |
| 05/25/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 14 COPIES | 1.40 |
| 05/25/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 5 COPIES | .50 |

172573  W. R. Grace & Co.                          Invoice Number  2283638
50001   Correa v. W.R. Grace                       Page    5
        June 28, 2012

| 05/25/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 16 COPIES | 1.60 |
| 05/29/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 7 COPIES | .70 |
| 05/30/12 | Legal Services -- VENDOR: NIKKI TOLT d/b/a ACT<br>MEDIATION: Mediation services | 3866.68 |
| 05/30/12 | Duplicating/Printing/Scanning<br>ATTY # 10886; 149 COPIES | 14.90 |
| 05/30/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |
| 05/30/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |
| 05/30/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 4 COPIES | .40 |
| 05/30/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 22 COPIES | 2.20 |
| 05/30/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |
| 05/30/12 | Duplicating/Printing/Scanning<br>ATTY # 000349: 15 COPIES | 1.50 |

                              CURRENT EXPENSES                5,792.63
                                                           ------------
                 TOTAL BALANCE DUE UPON RECEIPT             $5,792.63
                                                           ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| | | |
|---|---|---|
| W.R. Grace & Co. | Invoice Number | 2283639 |
| 7500 Grace Drive | Invoice Date | 06/28/12 |
| Columbia, Maryland 21044 | Client Number | 172573 |
| USA | | |

=======================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

    Fees                               0.00
    Expenses                         281.60

                     TOTAL BALANCE DUE UPON RECEIPT     $281.60
                                               =============

```
                         REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630


W.R. Grace & Co.                   Invoice Number    2283639
7500 Grace Drive                   Invoice Date      06/28/12
Columbia, Maryland 21044           Client Number      172573
USA                                Matter Number       60026
```

==============================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
      Duplicating/Printing/Scanning          32.80
      Outside Duplicating                   248.80

                  CURRENT EXPENSES                     281.60
                                                 --------------

              TOTAL BALANCE DUE UPON RECEIPT          $281.60
                                                 ==============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630


   W.R. Grace & Co.                       Invoice Number    2283639
   7500 Grace Drive                       Invoice Date    06/28/12
   Columbia, Maryland 21044               Client Number     172573
   USA                                    Matter Number      60026
```

===============================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 04/30/12 | Duplicating/Printing/Scanning ATTY # 000559: 10 COPIES | 1.00 |
| 04/30/12 | Duplicating/Printing/Scanning ATTY # 000559: 18 COPIES | 1.80 |
| 04/30/12 | Duplicating/Printing/Scanning ATTY # 000559: 19 COPIES | 1.90 |
| 05/03/12 | Duplicating/Printing/Scanning ATTY # 000559: 18 COPIES | 1.80 |
| 05/04/12 | Duplicating/Printing/Scanning ATTY # 000559: 19 COPIES | 1.90 |
| 05/04/12 | Duplicating/Printing/Scanning ATTY # 000559: 19 COPIES | 1.90 |
| 05/07/12 | Duplicating/Printing/Scanning ATTY # 000559: 8 COPIES | .80 |
| 05/07/12 | Duplicating/Printing/Scanning ATTY # 000559: 7 COPIES | .70 |
| 05/08/12 | Duplicating/Printing/Scanning ATTY # 000559: 8 COPIES | .80 |
| 05/08/12 | Duplicating/Printing/Scanning ATTY # 000559: 7 COPIES | .70 |
| 05/08/12 | Duplicating/Printing/Scanning ATTY # 000559: 8 COPIES | .80 |
| 05/08/12 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |

172573 W. R. Grace & Co.                          Invoice Number  2283639
60026  Litigation and Litigation Consulting       Page   2
       June 28, 2012


05/08/12   Duplicating/Printing/Scanning                        .10
           ATTY # 000559: 1 COPIES

05/09/12   Duplicating/Printing/Scanning                        .70
           ATTY # 000559: 7 COPIES

05/09/12   Duplicating/Printing/Scanning                        .70
           ATTY # 000559: 7 COPIES

05/09/12   Duplicating/Printing/Scanning                        .80
           ATTY # 000559: 8 COPIES

05/18/12   Duplicating/Printing/Scanning                       1.90
           ATTY # 000559: 19 COPIES

05/18/12   Duplicating/Printing/Scanning                       1.90
           ATTY # 000559: 19 COPIES

05/24/12   Outside Duplicating -- VENDOR: DIGITAL LEGAL       248.80
           SERVICES, LLC: Digital copies & envelopes

05/24/12   Duplicating/Printing/Scanning                        .10
           ATTY # 000559: 1 COPIES

05/24/12   Duplicating/Printing/Scanning                       1.00
           ATTY # 000559: 10 COPIES

05/30/12   Duplicating/Printing/Scanning                      11.40
           ATTY # 0718; 114 COPIES

                        CURRENT EXPENSES                      281.60
                                                        ------------
                TOTAL BALANCE DUE UPON RECEIPT             $281.60
                                                        =============