IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | |

**FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION
FOR THE PERIOD JUNE 1, 2012 THROUGH JUNE 30, 2012**

### WRG-0077
## STUDY OF THIRD PARTY PATENT RELATING TO CEMENT COMPOSITIONS OF FAST DEVELOPING STRENGTH

| | | | |
|---|---|---|---:|
| 06/12/2012 | GHL | Review of Mr. Maggio's Proposed reply to third-party's licensing letter, review of file materials on analysis of the third-party's patent at issue, and provide proposed revisions and comments to Mr. Maggio; telephone conference with Messrs. Maggio and Leon regarding the patent and Grace's supply of cement additives; review further draft of reply to third-party as received from Mr. Maggio and provide proposed revisions and comments. | 2.30 |

SERVICES                            $      1,437.00

GHL      GARY H. LEVIN          2.30      hours @      $625.00

INVOICE TOTAL                     $      1,437.00

**WRG-0081**
**HIGH YIELD SPRAY APPLICATION**
**FOR CEMENTITIOUS FIRE PROOFING MATERIALS**

| | | | | |
|---|---|---|---|---|
| 06/08/2012 | NG | Receipt of notification of patent number and issue date from the U.S. Patent and Trademark Office, preparation of correspondence to Mr. Williams on June 8, 2012 advising of same, and maintenance of file to docket further actions required. | | 0.60 |

|  | SERVICES |  |  | $ | 123.00 |
|---|---|---|---|---|---|
| NG | NOREEN GARONSKI | 0.60 | hours @ | $205.00 | |

**INVOICE TOTAL**                                   $    **123.00**