**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., <u>et</u> <u>al.</u>,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Re: Docket Nos. 29256, 29433, 29434 |

**NOTICE OF HEARING REGARDING OBJECTION OF MAIN PLAZA, LLC TO NOTICE
OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY FILED BY CIM URBAN
REIT 211 MAIN ST. (SF), LP, AS ASSIGNEE OF CIM REIT ACQUISITION, LLC**

**PLEASE TAKE NOTICE** that on July 17, 2012, CIM Urban REIT 211 Main St. (SF), LP, as assignee of CIM REIT Acquisition, LLC filed the *Transfer of Claim Other than for Security* [Docket No. 29256] (the "Transfer") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that on August 9, 2012, Main Plaza LLC ("Main") filed the *Objection of Main Plaza, LLC to Notice of Transfer of Claim other than for Security filed by CIM Urban REIT 211 Main St. (SF), LP, as Assignee of CIM REIT Acquisition, LLC* [Docket No. 29433] (the "Objection") with the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Transfer and Objection will be held before The Honorable Judith K. Fitzgerald at the Bankruptcy Court, 824 Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801 on **October 15, 2012 at 9:00 a.m.**

Dated: August 13, 2012
Wilmington, Delaware

BIFFERATO GENTILOTTI LLC

*/s/ Mary E. Augustine*
Garvan F. McDaniel (No. 4167)
Mary E. Augustine (No. 4477)
800 N. King Street, Plaza Level
Wilmington, Delaware 19801
Telephone: 302.429.1900
Facsimile: 302.429.8600
Garvan F. McDaniel

-and-

COOLEY LLP
Robert L. Eisenbach III
Michael A. Klein
Dana S. Katz
1114 Avenue of the Americas
New York, New York 10036
Telephone: 212.479.6000
Facsimile: 212.479.6275

*Counsel to Main Plaza LLC*