**APPENDIX B-1**
**(Campbell Levine)**

| | | | | |
|---|---|---|---|---|
| 1/20/2012 | SMB | Review June 2011 application of Warren H. Smith & Associates, P.C. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| 1/27/2012 | SMB | Review June 2011 application of Warren H. Smith & Associates, P.C. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| 2/3/2012 | SMB | Review December 2011 application of Saul Ewing LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| 2/9/2012 | SMB | Review December 2011 application of Saul Ewing LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| 2/10/2012 | SMB | Review December 2011 application of Saul Ewing LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| 2/9/2012 | SMB | Review December 2011 application of Kramer Levin Naftalis & Frankel LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| 2/10/2012 | SMB | Review December 2011 application of Kramer Levin Naftalis & Frankel LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| 2/16/2012 | SMB | Review January 2012 application of Kaye Scholer LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| 2/23/2012 | SMB | Review January 2012 application of Kaye Scholer LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| 3/2/2012 | SMB | Review January 2012 application of Orrick Herrington & Sutcliffe LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| 3/30/2012 | SMB | Review January 2012 application of Orrick Herrington & Sutcliffe LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |