**Matter 3**  **Business Operations**

| Date | Description | Time | Rate | Amount |
|---|---|---|---|---|
| 2/10/2012 | Review and analyze company draft 10-K (1.00); confer with J. Baer re same (.10). | 1.10 | $475 | $522.50 |
| | | 0.00 | | $522.50 |