**RESPONSE EXHIBIT 2**
(Campbell Levine)

| Date | | Description | | | Notes |
|---|---|---|---|---|---|
| 1/20/2012 | SMB | Review June 2011 application of Warren H. Smith & Associates, P.C. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 | Filed at Docket No. 28385. |
| 1/27/2012 | SMB | Review June 2011 application of Warren H. Smith & Associates, P.C. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 | Duplicate entry. |
| 2/3/2012 | SMB | Review December 2011 application of Saul Ewing LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 | Filed at Docket No. 28454 and later withdrawn by Docket No. 28475. |
| 2/9/2012 | SMB | Review December 2011 application of Saul Ewing LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 | Filed at Docket No. 28476 and later withdrawn by Docket No. 28490. |
| 2/10/2012 | SMB | Review December 2011 application of Saul Ewing LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 | Filed at Docket No. 28491 |
| 2/9/2012 | SMB | Review December 2011 application of Kramer Levin Naftalis & Frankel LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 | Filed at Docket No. 28472 and later withdrawn by Docket No. 28488. |
| 2/10/2012 | SMB | Review December 2011 application of Kramer Levin Naftalis & Frankel LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 | Filed at Docket No. 28489. |
| 2/16/2012 | SMB | Review January 2012 application of Kaye Scholer LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 | Filed at Docket No. 28500. |
| 2/23/2012 | SMB | Review January 2012 application of Kaye Scholer LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 | Filed at Docket No. 28544. |
| 3/2/2012 | SMB | Review January 2012 application of Orrick Herrington & Sutcliffe LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 | Filed at Docket No. 28586. |
| 3/30/2012 | SMB | Review January 2012 application of Orrick Herrington & Sutcliffe LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 | Duplicate entry. |