**RESPONSE EXHIBIT 3**
**(Orrick - January 2012 Expenses)**

| Date | Cost Code | Description | Qty | Billed Amt | Narrative |
|---|---|---|---|---|---|
| 12/6/2011 | BUSML | Other Business Meals | 0 | $102.50 | VENDOR: Flik Compass Group USA; INVOICE#: F199940312; DATE: 12/1/2011 - DC-DC\id#146071\mkm-period ended December 31, 2011-cust. # F199940000-catering |
| 1/4/2012 | OSSVCS | Outside Services | 0 | $22.64 | VENDOR: Pacer Service Center; INVOICE#: OH0272-Q42011; DATE: 1/4/2012 - DC-DC\id#146876\mkm-Public Access to Court Electronic Records 10/01-12/31/2011 acct. # OH0272 |
| 1/4/2012 | OSSVCS | Outside Services | 0 | $10.24 | VENDOR: Pacer Service Center; INVOICE#: OH0272-Q42011; DATE: 1/4/2012 - DC-DC\id#146876\mkm-Public Access to Court Electronic Records 10/01-12/31/2011 acct. # OH0272 |
| 1/4/2012 | OSSVCS | Outside Services | 0 | $2.40 | VENDOR: Pacer Service Center; INVOICE#: OH0272-Q42011; DATE: 1/4/2012 - DC-DC\id#146876\mkm-Public Access to Court Electronic Records 10/01-12/31/2011 acct. # OH0272 |
| 1/4/2012 | OSSVCS | Outside Services | 0 | $11.12 | VENDOR: Pacer Service Center; INVOICE#: OH0272-Q42011; DATE: 1/4/2012 - DC-DC\id#146876\mkm-Public Access to Court Electronic Records 10/01-12/31/2011 acct. # OH0272 |
| 1/4/2012 | OSSVCS | Outside Services | 0 | $229.84 | VENDOR: Pacer Service Center; INVOICE#: OH0272-Q42011; DATE: 1/4/2012 - DC-DC\id#146876\mkm-Public Access to Court Electronic Records 10/01-12/31/2011 acct. # OH0272 |
| 1/4/2012 | OSSVCS | Outside Services | 0 | $4.48 | VENDOR: Pacer Service Center; INVOICE#: OH0272-Q42011; DATE: 1/4/2012 - DC-DC\id#146876\mkm-Public Access to Court Electronic Records 10/01-12/31/2011 acct. # OH0272 |
| 1/4/2012 | OSSVCS | Outside Services | 0 | $34.48 | VENDOR: Pacer Service Center; INVOICE#: OH0272-Q42011; DATE: 1/4/2012 - DC-DC\id#146876\mkm-Public Access to Court Electronic Records 10/01-12/31/2011 acct. # OH0272 |
| 1/4/2012 | OSSVCS | Outside Services | 0 | $4.80 | VENDOR: Pacer Service Center; INVOICE#: OH0272-Q42011; DATE: 1/4/2012 - DC-DC\id#146876\mkm-Public Access to Court Electronic Records 10/01-12/31/2011 acct. # OH0272 |
| 1/5/2012 | AIR | Travel Expense, Air Fare | | $779.82 | VENDOR: American Express; INVOICE#: 122511; DATE: 12/25/2011 - FIRM-FIRM/S#145426/MYP - LAWYERS TRAVEL CHARGE ACCT - 3XXX-X708-11008 |
| 1/5/2012 | AIR | Travel Expense, Air Fare | | $835.40 | VENDOR: Frankel, Roger; INVOICE#: 012412; DATE: 1/26/2012 - dc/dd/#146179/myp - Mediation session w/ client, McGovern, Libby, Bnsf, insurer Acc, Ny 1/5/12 |
| 1/6/2012 | PRINT | Document Reproduction | 2 | $0.20 | 2 Pages Printed |
| 1/6/2012 | PRINT | Document Reproduction | 66 | $6.60 | 66 Pages Printed |
| 1/6/2012 | PRINT | Document Reproduction | 68 | $6.80 | 68 Pages Printed |
| 1/6/2012 | PRINT | Document Reproduction | 1 | $0.10 | 1 Pages Printed |
| 1/6/2012 | PRINT | Document Reproduction | 1 | $0.10 | 1 Pages Printed |
| 1/7/2012 | TAXI | Local Taxi Expense | 0 | $39.28 | VENDOR: Red Top Executive Sedan; INVOICE#: 1082873; DATE: 1/15/2012 - DC-DC\id#146156\mkm-car service-acct. # 6284701 |
| 1/8/2012 | TAXI | Local Taxi Expense | 0 | $88.00 | VENDOR: Wyron, Richard H.; INVOICE#: 010812; DATE: 1/19/2012 - dc/dd/#145805/myp - mediation in Ny 1/8- 9/12 |
| 1/8/2012 | TRV | Travel Expense, Out of Town | 0 | $314.17 | VENDOR: Wyron, Richard H.; INVOICE#: 010812; DATE: 1/19/2012 - dc/dd/#145805/myp - mediation in Ny 1/8- 9/12 |
| 1/8/2012 | TRVML | Out of Town Business Meals | | $41.50 | VENDOR: Wyron, Richard H.; INVOICE#: 010812; DATE: 1/19/2012 - dc/dd/#145805/myp - mediation in Ny 1/8- 9/12 |
| 1/8/2012 | TAXI | Local Taxi Expense | 0 | $51.77 | VENDOR: XYZ; INVOICE#: 1443067; DATE: 1/18/2012 - NY-NY\id#146474\mkm-VENDOR: XYZ INVOICE#: 1443067 DATE: 1/18/2012  Taxi service acct. # 37000 |
| 1/8/2012 | TAXI | Local Taxi Expense | 0 | $80.73 | VENDOR: Red Top Executive Sedan; INVOICE#: 1083205; DATE: 1/31/2012 - DC-DC\id#146936\mkm-acct. # 6284701-car service |
| 1/9/2012 | POST | Postage | 0 | $339.20 | POSTAGE |
| 1/9/2012 | POST | Postage | 0 | $6.40 | POSTAGE |
| 1/9/2012 | DUPLI | Document Reproduction | 2650 | $265.00 | 2650 Copies |
| 1/9/2012 | DUPLI | Document Reproduction | 2120 | $212.00 | 2120 Copies |
| 1/9/2012 | TAXI | Local Taxi Expense | 0 | $27.04 | VENDOR: XYZ; INVOICE#: 1442413; DATE: 1/11/2012 - NY-NY\id#146197\mkm-VENDOR: XYZ INVOICE#: 1442413 DATE: 1/11/2012  taxi service acct. # 37000 |
| 1/10/2012 | TAXI | Local Taxi Expense | 0 | $51.77 | VENDOR: XYZ; INVOICE#: 1443067; DATE: 1/18/2012 - NY-NY\id#146474\mkm-VENDOR: XYZ INVOICE#: 1443067 DATE: 1/18/2012  Taxi service acct. # 37000 |
| 1/12/2012 | DUPLI | Document Reproduction | 5 | $0.50 | 5 Copies |
| 1/13/2012 | PRINT | Document Reproduction | 32 | $3.20 | 32 Pages Printed |
| 1/13/2012 | PRINT | Document Reproduction | 50 | $5.00 | 50 Pages Printed |

**RESPONSE EXHIBIT 3**
**(Orrick - January 2012 Expenses)**

| Date | Code | Description | Qty | Amount | Detail |
|---|---|---|---|---|---|
| 1/13/2012 | EXPDEL | Express Delivery | 0 | $9.04 | VENDOR: Federal Express Corp INVOICE#: 776454277 DATE: 1/19/2012 |
| 1/13/2012 | EXPDEL | Express Delivery | 0 | $9.04 | VENDOR: Federal Express Corp INVOICE#: 776454277 DATE: 1/19/2012 |
| 1/13/2012 | EXPDEL | Express Delivery | 0 | $14.23 | VENDOR: Federal Express Corp INVOICE#: 776454277 DATE: 1/19/2012 |
| 1/13/2012 | EXPDEL | Express Delivery | 0 | $9.04 | VENDOR: Federal Express Corp INVOICE#: 776454277 DATE: 1/19/2012 |
| 1/19/2012 | POST | Postage | 0 | $1.68 | POSTAGE |
| 1/19/2012 | EXPDEL | Express Delivery | 0 | $12.54 | VENDOR: Federal Express Corp INVOICE#: 777203011 DATE: 1/26/2012 |
| 1/23/2012 | POST | Postage | 0 | $2.60 | POSTAGE |
| 1/23/2012 | PRINT | Document Reproduction | 1 | $0.10 | 1 Pages Printed |
| 1/23/2012 | PRINT | Document Reproduction | 67 | $6.70 | 67 Pages Printed |
| 1/26/2012 | POST | Postage | 0 | $281.60 | POSTAGE |
| 1/26/2012 | POST | Postage | 0 | $8.00 | POSTAGE |
| 1/26/2012 | DUPLI | Document Reproduction | 2206 | $220.60 | 2206 Copies |
| 1/26/2012 | DUPLI | Document Reproduction | 660 | $66.00 | 660 Copies |
| 1/27/2012 | POST | Postage | 0 | $1.30 | POSTAGE |
| 1/31/2012 | PRINT | Document Reproduction | 202 | $20.20 | 202 Pages Printed |
| 1/31/2012 | PRINT | Document Reproduction | 4 | $0.40 | 4 Pages Printed |
| 1/31/2012 | PRINT | Document Reproduction | 2 | $0.20 | 2 Pages Printed |
| Sub-Total | | | | $ 4,240.35 | |
| Less meal reduction in fee app | | | | $     6.50 | |
| **TOTAL** | | | | **$ 4,233.85** | |
| | | | | | |

**RESPONSE EXHIBIT 3**
**(Orrick - February 2012 Expenses)**

| Date | Cost Code | Description | Qty | Billed Amt | Narrative |
|---|---|---|---|---|---|
| 1/8/2012 | AIR | Travel Expense, Air Fare | 0 | $134.48 | VENDOR: American Express; INVOICE#: 012512; DATE: 1/25/2012  -  FIRM-FIRM/#147005/MYP - LAWYERS TRAVEL CHARGE ACCT 3XXX-X708-11008 |
| 1/26/2012 | OSREP | Outside Reproduction Services | 0 | $84.80 | VENDOR: Parcels Inc.; INVOICE#: 362030; DATE: 1/26/2012  -  DC-DC\id#147166\mkm-copies of Order granting Motion approving cash management systems |
| 2/1/2012 | TAXI | Local Taxi Expense | 0 | $115.00 | VENDOR: Wyron, Richard H.; INVOICE#: 020212; DATE: 2/9/2012  -  dc/dd/#146873/myp - Ny 2/1/12 |
| 2/1/2012 | TAXI | Local Taxi Expense | 0 | $59.93 | VENDOR: XYZ INVOICE#: 1445174 DATE: 2/8/2012 |
| 2/1/2012 | TAXI | Local Taxi Expense | 0 | $80.73 | VENDOR: Red Top Executive Sedan; INVOICE#: 1083546; DATE: 2/15/2012  -  DC-DC\id#147727\mkm-car service acct. # 6284701 |
| 2/3/2012 | POST | Postage | 0 | $1.30 | POSTAGE |
| 2/7/2012 | WESTN | Westlaw Research | 0 | $33.00 | |
| TOTAL | | | | $509.24 | |

**RESPONSE EXHIBIT 3**
**(Orrick - March 2012 Expenses)**

| Date | Cost Code | Description | Qty | Billed Amt | Narrative |
|---|---|---|---|---|---|
| 1/31/2012 | AIR | Travel Expense, Air Fare | | $156.90 | VENDOR: Frankel, Roger; INVOICE#: 031412D; DATE: 3/20/2012 - dc/dd/#148866/myp - Fcr mtg at Young, conway; mtg at Kirkland re opinion, next steps, Ny 1/31- 2/6/12 |
| 2/1/2012 | AIR | Travel Expense, Air Fare | | $873.60 | VENDOR: American Express; INVOICE#: 022512; DATE: 2/25/2012 - FIRM-FIRM/S#148533/MYP - LAWYERS TRAVEL CHARGE ACCT 3XXX - X708 - 11008 |
| 2/16/2012 | EXPDEL | Express Delivery | 0 | $12.42 | VENDOR: Federal Express Corp INVOICE#: 780196434 DATE: 2/23/2012 |
| 3/1/2012 | OSSVCS | Outside Services | 0 | $30.00 | VENDOR: CourtCall LLC; INVOICE#: 4783726; DATE: 3/1/2012 - WV WH/JJ S#148879  Firms CourtCall charges  3/1 - 3/16/12      A/C# CCDA-06-2041 |
| 3/1/2012 | OSSVCS | Outside Services | 0 | $37.00 | VENDOR: CourtCall LLC; INVOICE#: 4783724; DATE: 3/1/2012 - WV WH/JJ S#148879  Firms CourtCall charges  3/1 - 3/16/12      A/C# CCDA-06-2041 |
| 3/1/2012 | OSSVCS | Outside Services | 0 | $30.00 | VENDOR: CourtCall LLC; INVOICE#: 4783728; DATE: 3/1/2012 - WV WH/JJ S#148879  Firms CourtCall charges  3/1 - 3/16/12      A/C# CCDA-06-2041 |
| 3/12/2012 | WESTN | Westlaw Research | 0 | $12.24 | |
| 3/14/2012 | POST | Postage | 0 | $86.90 | POSTAGE |
| 3/14/2012 | POST | Postage | 0 | $3.00 | POSTAGE |
| 3/14/2012 | DUPLI | Document Reproduction | 410 | $41.00 | 410 Copies |
| 3/14/2012 | WESTN | Westlaw Research | 0 | $92.01 | |
| 3/15/2012 | WESTN | Westlaw Research | 0 | $182.53 | |
| 3/15/2012 | EXPDEL | Express Delivery | 0 | $12.71 | VENDOR: Federal Express Corp INVOICE#: 783209457 DATE: 3/22/2012 |
| 3/19/2012 | WESTN | Westlaw Research | 0 | $63.02 | |
| 3/20/2012 | POST | Postage | 0 | $0.65 | POSTAGE |
| 3/20/2012 | WESTN | Westlaw Research | 0 | $60.10 | |
| 3/21/2012 | WESTN | Westlaw Research | 0 | $48.97 | |
| 3/22/2012 | PRINT | Document Reproduction | 1 | $0.10 | 1 Pages Printed |
| 3/22/2012 | PRINT | Document Reproduction | 65 | $6.50 | 65 Pages Printed |
| 3/22/2012 | PRINT | Document Reproduction | 1 | $0.10 | 1 Pages Printed |
| 3/26/2012 | POST | Postage | 0 | $385.50 | POSTAGE |
| 3/26/2012 | POST | Postage | 0 | $7.80 | POSTAGE |
| 3/26/2012 | DUPLI | Document Reproduction | 80 | $8.00 | 80 Copies |
| 3/26/2012 | DUPLI | Document Reproduction | 120 | $12.00 | 120 Copies |
| 3/26/2012 | DUPLI | Document Reproduction | 70 | $7.00 | 70 Copies |
| 3/26/2012 | DUPLI | Document Reproduction | 3654 | $365.40 | 3654 Copies |
| 3/26/2012 | DUPLI | Document Reproduction | 1305 | $130.50 | 1305 Copies |
| 3/26/2012 | EXPDEL | Express Delivery | 0 | $9.04 | VENDOR: Federal Express Corp INVOICE#: 783944906 DATE: 3/29/2012 |
| 3/26/2012 | EXPDEL | Express Delivery | 0 | $14.71 | VENDOR: Federal Express Corp INVOICE#: 783944906 DATE: 3/29/2012 |
| 3/26/2012 | EXPDEL | Express Delivery | 0 | $9.04 | VENDOR: Federal Express Corp INVOICE#: 783944906 DATE: 3/29/2012 |
| 3/26/2012 | EXPDEL | Express Delivery | 0 | $9.04 | VENDOR: Federal Express Corp INVOICE#: 783944906 DATE: 3/29/2012 |