The Westin Alexandria  **Beveridge and Diamond Law Firm - Account No 19758**  15-Feb-2012 12:57 PM
Beth Nelson  **INVOICE**

## Westin Alexandria
400 Courthouse Square
Alexandria, VA, 22314
703.253.8600
www.westin.com/alexandria

## Your Billing Information

The Westin Alexandria  
Beth Nelson

**Beveridge and Diamond Law Firm - Account No 19758**  
INVOICE

15-Feb-2012 12:57 PM

*** Banquets and Catering ***

| Date | Event Location | Meal | BEO # | Food | Rm Rental | Serv Chg | Tax | Total |
|---|---|---|---|---|---|---|---|---|
| 06-Feb-2012 | Curie | | 522326401 | $0.00 | $400.00 | $88.00 | $24.40 | $512.40 |
| 06-Feb-2012 | Curie | | 523114031 | $420.00 | $0.00 | $92.40 | $38.22 | $550.62 |
| 07-Feb-2012 | Curie | | 522655897 | $0.00 | $400.00 | $88.00 | $24.40 | $512.40 |
| 07-Feb-2012 | Curie | | 523114071 | $420.00 | $0.00 | $92.40 | $38.22 | $550.62 |
| 07-Feb-2012 | Curie | | 525192756 | $225.00 | $0.00 | $49.50 | $20.48 | $294.98 |
| 07-Feb-2012 | Curie | Recept | 525192730 | $210.00 | $0.00 | $46.20 | $19.11 | $275.31 |
| 08-Feb-2012 | Curie | | 522655913 | $0.00 | $400.00 | $88.00 | $24.40 | $512.40 |
| 08-Feb-2012 | Curie | | 526930547 | $225.00 | $0.00 | $49.50 | $20.48 | $294.98 |
| 08-Feb-2012 | Curie | | 526968753 | $336.00 | $0.00 | $73.92 | $30.58 | $440.50 |
| | Total | | | $1,836.00 | $1,200.00 | $667.92 | $240.29 | $3,944.21 |

The Westin Alexandria  
Beth Nelson

**Beveridge and Diamond Law Firm - Account No 19758**  
**INVOICE**

15-Feb-2012 12:57 PM

**\*\*\* AV/Other Banquet Charges \*\*\***

| Date | Event Location | Meal | BEO # | AV | Tax | Total |
|---|---|---|---|---|---|---|
| 06-Feb-2012 | Curie | | 1701-7131 | $72.60 | $4.36 | $76.96 |
| 08-Feb-2012 | Curie | | 1701-7132 | $72.60 | $4.36 | $76.96 |
| 08-Feb-2012 | Curie | Recept | 1701-7133 | $72.60 | $4.36 | $76.96 |
| | Total | | | $217.80 | $13.08 | $230.88 |

**\*\*\* Miscellaneous Charges \*\*\***

| Date | Description | Reference | Other | Total |
|---|---|---|---|---|
| 09-Feb-2012 | Miscellaneous | 280 COPIES | $70.00 | $70.00 |
| | Total | | $70.00 | $70.00 |

*End of Report*

The Westin Alexandria  
Beth Nelson

Beveridge and Diamond Law Firm - Account No 19758  
INVOICE

15-Feb-2012 12:57 PM

### *** Summary of Charges ***

**Banquets and Catering**

| | |
|---|---:|
| Food | $1,836.00 |
| Room Rental | $1,200.00 |
| Service Charge | $667.92 |
| Tax | $167.09 |
| **Total Banquets and Catering** | **$3,871.01** |

**AV/Other Banquet Charges**

| | |
|---|---:|
| Audio Visual | $217.80 |
| Tax | $86.28 |
| **Total AV/Other Banquet Charges** | **$304.08** |

**Miscellaneous Charges**

| | |
|---|---:|
| Other | $70.00 |
| **Total Miscellaneous Charges** | **$70.00** |

**Payments to Master**

| | |
|---|---:|
| Payments | -$4,245.09 |
| **Total Payments to Master** | **-$4,245.09** |

| | |
|---|---:|
| **Total Amount** | **$0.00** |