Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period April 1, 2012 through April 30, 2012

| Date | Staff | Description | Hours | 2012 Rate | Amount |
|---|---|---|---|---|---|
| **Bradley Rapp - Senior Managing Director** | | | | | |
| 02-Apr-12 | BR | Tel C w/ J. Sinclair to discuss planning regarding Debtor's proposed financial transaction. | 0.20 | $ 650.00 | $ 130.00 |
| 09-Apr-12 | BR | Review of weekly update report on Grace. | 0.10 | $650.00 | $ 65.00 |
| 09-Apr-12 | BR | Review of documents in connection with examination of financial transaction proposed by the Debtor. | 2.20 | $650.00 | $ 1,430.00 |
| 10-Apr-12 | BR | Tel C w/ J. Sinclair to discuss additional work to be done in connection with Debtor's proposed financial transaction. | 0.20 | $650.00 | $ 130.00 |
| 18-Apr-12 | BR | Review of documents relating to proposed financial transaction by the Debtor. | 1.40 | $650.00 | $ 910.00 |
| 24-Apr-12 | BR | Review of weekly update reports on Grace. | 0.10 | $650.00 | $ 65.00 |
| | | Total Bradley Rapp | 4.20 | | $ 2,730.00 |
| **James Sinclair - Senior Managing Director** | | | | | |
| 02-Apr-12 | JS | Call with Inselbuch regarding Blackstone financing proposal for settlement. | 0.20 | $650.00 | $ 130.00 |
| 02-Apr-12 | JS | Call with Rapp regarding Blackstone financing proposal for settlement. | 0.20 | $650.00 | $ 130.00 |
| 06-Apr-12 | JS | Write memorandum to D Sinclair regarding pricing of Grace warrants for purposes of advising ACC counsel. | 0.30 | $650.00 | $ 195.00 |
| 07-Apr-12 | JS | Review, analyze memorandum from D. Sinclair regarding pricing of Grace warrants for purposes of advising ACC counsel. | 0.30 | $650.00 | $ 195.00 |
| 09-Apr-12 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.80 | $650.00 | $ 520.00 |
| 10-Apr-12 | JS | Call with Rapp to discuss Blackstone proposal for purposes of advising ACC counsel. | 0.20 | $650.00 | $ 130.00 |
| 10-Apr-12 | JS | Write memorandum to D Sinclair regarding pricing of Grace warrants for purposes of advising ACC counsel. | 0.20 | $650.00 | $ 130.00 |
| 12-Apr-12 | JS | Review, analyze equity research reports for monitoring and valuation for purposes of advising ACC counsel. | 2.30 | $650.00 | $ 1,495.00 |
| 16-Apr-12 | JS | Review, analyze memorandum from D. Sinclair regarding warrant calculations for purposes of advising ACC counsel. | 0.70 | $650.00 | $ 455.00 |
| 17-Apr-12 | JS | Review, analyze revised memorandum from D. Sinclair regarding warrant calculations for purposes of advising ACC counsel. | 0.60 | $650.00 | $ 390.00 |
| 18-Apr-12 | JS | Call with Duncan Sinclair regarding Grace warrant calculations for valuation for purposes of advising ACC counsel. | 0.80 | $650.00 | $ 520.00 |
| 18-Apr-12 | JS | Write memorandum regarding Grace warrant valuation for purposes of advising ACC counsel. | 2.60 | $650.00 | $ 1,690.00 |
| 24-Apr-12 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.80 | $650.00 | $ 520.00 |
| 25-Apr-12 | JS | Review 1st Quarter 2012 earnings report and materials for earnings call with Company for monitoring and valuation. | 2.20 | $650.00 | $ 1,430.00 |
| 25-Apr-12 | JS | Earnings conference call with Company (Festa and La Force) regarding 1st Quarter 2012 and outlook for the full year for monitoring and valuation. | 0.50 | $650.00 | $ 325.00 |
| | | Total James Sinclair | 12.70 | | $ 8,255.00 |
| **Peter Cramp - Associate** | | | | | |
| 02-Apr-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 2.10 | $360.00 | $ 756.00 |
| 09-Apr-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $360.00 | $ 576.00 |
| 09-Apr-12 | PC | Review emails from D. Sinclair and J. Sinclair regarding warrant valuation. | 0.90 | $360.00 | $ 324.00 |
| 11-Apr-12 | PC | Download and review available equity research at request of J. Sinclair. | 2.70 | $360.00 | $ 972.00 |
| 12-Apr-12 | PC | Further review of research materials from business library and email to J. Sinclair and B. Rapp. | 1.80 | $360.00 | $ 648.00 |
| 23-Apr-12 | PC | Prepare weekly share price and settlement package value update (2) for E. Inselbuch and review prior weeks' news. | 3.40 | $360.00 | $ 1,224.00 |
| 25-Apr-12 | PC | Participation in Q1 earning call for due diligence. | 0.70 | $360.00 | $ 252.00 |
| 25-Apr-12 | PC | Review Q1 earnings materials in preparation for Company earnings call. | 0.80 | $360.00 | $ 288.00 |
| 25-Apr-12 | PC | Review Q1 earnings release for due diligence. | 2.40 | $360.00 | $ 864.00 |
| 30-Apr-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.70 | $360.00 | $ 612.00 |
| | | Total Peter Cramp | 18.10 | | $ 6,516.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period April 1, 2012 through April 30, 2012

| Date | Staff | Description | Hours | 2012 Rate | Amount |
|---|---|---|---|---|---|
| Gibbons Sinclair - Associate | | | | | |
| 27-Apr-12 | GS | Review, Revise April 2012 Fee Application. | 0.80 | $ 360.00 | $ 288.00 |
| | | Total Gibbons Sinclair | 0.80 | | $ 288.00 |
| | | | | | |
| Duncan Sinclair - Senior Analyst | | | | | |
| 06-Apr-12 | DS | Review of computations of warrant pricings for Grace. | 1.10 | $300.00 | $ 330.00 |
| 06-Apr-12 | DS | Analysis of various warrant pricing methodologies for purposes of analysis Blackstone data and developing analysis. | 2.30 | $300.00 | $ 690.00 |
| 06-Apr-12 | DS | Review of background materials regarding warrant pricing. | 0.60 | $300.00 | $ 180.00 |
| 07-Apr-12 | DS | Construction of program to compute warrant prices. | 4.60 | $300.00 | $ 1,380.00 |
| 07-Apr-12 | DS | Review of data provided by Blackstone for purposes of determining warrant prices. | 1.40 | $300.00 | $ 420.00 |
| 07-Apr-12 | DS | Draft memo to J Sinclair regarding warrant pricing and discuss. | 0.90 | $300.00 | $ 270.00 |
| 16-Apr-12 | DS | Analysis of methods of warrant pricing computations. | 2.10 | $300.00 | $ 630.00 |
| 16-Apr-12 | DS | Draft memo to J Sinclair regarding warrant pricing and discuss. | 1.70 | $300.00 | $ 510.00 |
| 17-Apr-12 | DS | Construction of second report to JS. | 2.10 | $300.00 | $ 630.00 |
| 18-Apr-12 | DS | Call with J. Sinclair regarding warrant pricing analysis. | 0.80 | $300.00 | $ 240.00 |
| 19-Apr-12 | DS | Further analysis and computations of warrant pricings and affects on stock price. | 2.10 | $300.00 | $ 630.00 |
| | | Total Duncan Sinclair | 19.70 | | $ 5,910.00 |
| | | **TOTAL** | 55.50 | | $ 23,699.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period April 1, 2012 through April 30, 2012

| Date | Staff | Description | Hours | 2012 Rate | Amount |
|---|---|---|---|---|---|
| Asset Analysis and Recovery | | | | | |
| 02-Apr-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 2.10 | $360.00 | $ 756.00 |
| 09-Apr-12 | BR | Review of weekly update report on Grace. | 0.10 | $650.00 | $ 65.00 |
| 09-Apr-12 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.80 | $650.00 | $ 520.00 |
| 09-Apr-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $360.00 | $ 576.00 |
| 11-Apr-12 | PC | Download and review available equity research at request of J. Sinclair. | 2.70 | $360.00 | $ 972.00 |
| 12-Apr-12 | PC | Further review of research materials from business library and email to J. Sinclair and B. Rapp. | 1.80 | $360.00 | $ 648.00 |
| 23-Apr-12 | PC | Prepare weekly share price and settlement package value update (2) for E. Inselbuch and review prior weeks' news. | 3.40 | $360.00 | $ 1,224.00 |
| 24-Apr-12 | BR | Review of weekly update reports on Grace. | 0.10 | $650.00 | $ 65.00 |
| 24-Apr-12 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.80 | $650.00 | $ 520.00 |
| 25-Apr-12 | JS | Review 1st Quarter 2012 earnings report and materials for earnings call with Company for monitoring and valuation. | 2.20 | $650.00 | $ 1,430.00 |
| 25-Apr-12 | JS | Earnings conference call with Company (Festa and La Force) regarding 1st Quarter 2012 and outlook for the full year for monitoring and valuation. | 0.50 | $650.00 | $ 325.00 |
| 25-Apr-12 | PC | Participation in Q1 earning call for due diligence. | 0.70 | $360.00 | $ 252.00 |
| 25-Apr-12 | PC | Review Q1 earnings materials in preparation for Company earnings call. | 0.80 | $360.00 | $ 288.00 |
| 25-Apr-12 | PC | Review Q1 earnings release for due diligence. | 2.40 | $360.00 | $ 864.00 |
| 30-Apr-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.70 | $360.00 | $ 612.00 |
| | | Total Asset Analysis and Recovery | 21.70 | | $ 9,117.00 |
| Fee Applications (Applicant) | | | | | |
| 27-Apr-12 | GS | Review, Revise April 2012 Fee Application. | 0.80 | $ 360.00 | $ 288.00 |
| | | Total Fee Applications (Applicant) | 0.80 | | $ 288.00 |
| Plan and Disclosure Statement | | | | | |
| 02-Apr-12 | BR | Tel C w/ J. Sinclair to discuss planning regarding Debtor's proposed financial transaction. | 0.20 | $650.00 | $ 130.00 |
| 02-Apr-12 | JS | Call with Inselbuch regarding Blackstone financing proposal for settlement. | 0.20 | $650.00 | $ 130.00 |
| 02-Apr-12 | JS | Call with Rapp regarding Blackstone financing proposal for settlement. | 0.20 | $650.00 | $ 130.00 |
| 06-Apr-12 | JS | Write memorandum to D Sinclair regarding pricing of Grace warrants for purposes of advising ACC counsel. | 0.30 | $650.00 | $ 195.00 |
| 06-Apr-12 | DS | Review of computations of warrant pricings for Grace. | 1.10 | $300.00 | $ 330.00 |
| 06-Apr-12 | DS | Analysis of various warrant pricing methodologies for purposes of analysis Blackstone data and developing analysis. | 2.30 | $300.00 | $ 690.00 |
| 06-Apr-12 | DS | Review of background materials regarding warrant pricing. | 0.60 | $300.00 | $ 180.00 |
| 07-Apr-12 | JS | Review, analyze memorandum from D. Sinclair regarding pricing of Grace warrants for purposes of advising ACC counsel. | 0.30 | $650.00 | $ 195.00 |
| 07-Apr-12 | DS | Construction of program to compute warrant prices. | 4.60 | $300.00 | $ 1,380.00 |
| 07-Apr-12 | DS | Review of data provided by Blackstone for purposes of determining warrant prices. | 1.40 | $300.00 | $ 420.00 |
| 07-Apr-12 | DS | Draft memo to J Sinclair regarding warrant pricing and discuss. | 0.90 | $300.00 | $ 270.00 |
| 09-Apr-12 | BR | Review of documents in connection with examination of financial transaction proposed by the Debtor. | 2.20 | $650.00 | $ 1,430.00 |
| 09-Apr-12 | PC | Review emails from D. Sinclair and J. Sinclair regarding warrant valuation. | 0.90 | $360.00 | $ 324.00 |
| 10-Apr-12 | BR | Tel C w/ J. Sinclair to discuss additional work to be done in connection with Debtor's proposed financial transaction. | 0.20 | $650.00 | $ 130.00 |
| 10-Apr-12 | JS | Call with Rapp to discuss Blackstone proposal for purposes of advising ACC counsel. | 0.20 | $650.00 | $ 130.00 |
| 10-Apr-12 | JS | Write memorandum to D Sinclair regarding pricing of Grace warrants for purposes of advising ACC counsel. | 0.20 | $650.00 | $ 130.00 |
| 12-Apr-12 | JS | Review, analyze equity research reports for monitoring and valuation for purposes of advising ACC counsel. | 2.30 | $650.00 | $ 1,495.00 |
| 16-Apr-12 | JS | Review, analyze memorandum from D. Sinclair regarding warrant calculations for purposes of advising ACC counsel. | 0.70 | $650.00 | $ 455.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period April 1, 2012 through April 30, 2012

| Date | Staff | Description | Hours | 2012 Rate | Amount |
|---|---|---|---|---|---|
| 16-Apr-12 | DS | Analysis of methods of warrant pricing computations. | 2.10 | $300.00 | $ 630.00 |
| 16-Apr-12 | DS | Draft memo to J Sinclair regarding warrant pricing and discuss. | 1.70 | $300.00 | $ 510.00 |
| 17-Apr-12 | JS | Review, analyze revised memorandum from D. Sinclair regarding warrant calculations for purposes of advising ACC counsel. | 0.60 | $650.00 | $ 390.00 |
| 17-Apr-12 | DS | Construction of second report to JS. | 2.10 | $300.00 | $ 630.00 |
| 18-Apr-12 | BR | Review of documents relating to proposed financial transaction by the Debtor. | 1.40 | $650.00 | $ 910.00 |
| 18-Apr-12 | JS | Call with Duncan Sinclair regarding Grace warrant calculations for valuation for purposes of advising ACC counsel. | 0.80 | $650.00 | $ 520.00 |
| 18-Apr-12 | JS | Write memorandum regarding Grace warrant valuation for purposes of advising ACC counsel. | 2.60 | $650.00 | $ 1,690.00 |
| 18-Apr-12 | DS | Call with J. Sinclair regarding warrant pricing analysis. | 0.80 | $300.00 | $ 240.00 |
| 19-Apr-12 | DS | Further analysis and computations of warrant pricings and affects on stock price. | 2.10 | $300.00 | $ 630.00 |
| | | Total Plan and Disclosure Statement | 33.00 | | $ 14,294.00 |
| | | **TOTAL** | 55.50 | | $ 23,699.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period  April 1, 2012 through April 30, 2012
Summary of Professional Hours by Staff

| Professsional Staff | Hours | Rate | Amount |
|---|---|---|---|
| Bradley Rapp - Senior Managing Director | 4.20 | $ 650.00 | $ 2,730.00 |
| James Sinclair - Senior Managing Director | 12.70 | $ 650.00 | $ 8,255.00 |
| Peter Cramp - Associate | 18.10 | $ 360.00 | $ 6,516.00 |
| Gibbons Sinclair - Associate | 0.80 | $ 360.00 | $ 288.00 |
| Duncan Sinclair - Associate | 19.70 | $ 300.00 | $ 5,910.00 |
| Total Professional Hours and Fees | 55.50 | | $ 23,699.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Summary of Expenses Incurred - April 1, 2012 through April 30, 2012

| Date | Description of Item | Amount |
|------|---------------------|--------|
|      | No Expenses during This Period | |
|      | Total Expenses April 1, 2012 through April 30, 2012 | $0.00 |