Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period May 1, 2012 through May 31, 2012

| Date | Staff | Description | Hours | 2012 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| | | **Bradley Rapp - Senior Managing Director** | | | |
| 03-May-12 | BR | Tel C w/ J Sinclair to discuss issues relating to Debtor's proposed financial transaction. | 0.30 | $  650.00 | $     195.00 |
| 03-May-12 | BR | Review of weekly update report on Grace. | 0.10 | $  650.00 | $       65.00 |
| 08-May-12 | BR | Review of Jefferies analyst report dated April 26, 2012. | 0.70 | $  650.00 | $     455.00 |
| 09-May-12 | BR | Review of Grace's 2012 annual operating report in preparation for conf call with management to discuss the same. | 1.60 | $  650.00 | $  1,040.00 |
| 09-May-12 | BR | Research on outlook for 2012 specialty chemical companies in preparation for conf call with management to discuss 2012 annual operating plan. | 2.60 | $  650.00 | $  1,690.00 |
| 09-May-12 | BR | Review of docket report and certain documents set forth therein. | 0.70 | $  650.00 | $     455.00 |
| 09-May-12 | BR | Conf call with Debtors' management and financial advisors to discuss the 2012 annual operating plan. | 0.90 | $  650.00 | $     585.00 |
| 09-May-12 | BR | Review of supplemental materials distributed to financial advisors subsequent to conference call re 2012 annual operating plan. | 0.70 | $  650.00 | $     455.00 |
| 10-May-12 | BR | Review of WR Grace's 10Q for 1Q12. | 3.50 | $  650.00 | $  2,275.00 |
| 15-May-12 | BR | Tel C w/ J Sinclair to discuss work to be done in connection with meeting in NYC the week of May 21. | 0.20 | $  650.00 | $     130.00 |
| 21-May-12 | BR | Financial research on Grace in preparation for meeting with FCR and its financial advisors. | 3.10 | $  650.00 | $  2,015.00 |
| 21-May-12 | BR | Tel C w/ J Sinclair to discuss status of Grace stock price in preparation for meeting in NYC. | 0.30 | $  650.00 | $     195.00 |
| 21-May-12 | BR | Tel C w/ J Sinclair in preparation for meeting with counsel and financial advisors in NYC. | 0.40 | $  650.00 | $     260.00 |
| 22-May-12 | BR | One-half of round-trip travel time (6.2hrs x 1/2) from Allentown, PA to New York, NY for meeting at offices of Caplin & Drysdale. | 3.10 | $  650.00 | $  2,015.00 |
| 22-May-12 | BR | Meeting with counsel to the ACC and counsel and financial advisors to the FCR at offices of Caplin & Drysdale. | 1.50 | $  650.00 | $     975.00 |
| 23-May-12 | BR | Review of proposal draft prepared by financial advisor to the FCR. | 0.10 | $  650.00 | $       65.00 |
| 29-May-12 | BR | Review of Grace's motion for authorization to implement its 2012 long-term incentive plan. | 0.90 | $  650.00 | $     585.00 |
| 29-May-12 | BR | Review of Grace's 2011 LTIP motion and COFC's memorandum to the Committee with respect thereto. | 1.10 | $  650.00 | $     715.00 |
| 29-May-12 | BR | Analysis of economics of Grace's 2012 LTIP motion. | 0.80 | $  650.00 | $     520.00 |
| 29-May-12 | BR | Drafted memorandum to counsel to the ACC relating to Grace's motion for authorization to implement its 2012 LTIP. | 1.20 | $  650.00 | $     780.00 |
| 29-May-12 | BR | Review of e-mail re financial proposal to Grace management. | 0.20 | $  650.00 | $     130.00 |
| | | Total Bradley Rapp | 24.00 | | $  15,600.00 |
| | | **James Sinclair - Senior Managing Director** | | | |
| 01-May-12 | JS | Call with Joe Radecki, FA to FCR regarding Blackstone financial proposal for settlement. | 0.20 | $  650.00 | $     130.00 |
| 03-May-12 | JS | Calls (2) with Radecki, FA to FCR, regarding Blackstone financial proposal for settlement. | 0.30 | $  650.00 | $     195.00 |
| 03-May-12 | JS | Call with Rapp to discuss Blackstone financial proposal for settlement. | 0.30 | $  650.00 | $     195.00 |
| 03-May-12 | JS | Review pricing information and data, write memorandum to ACC counsel regarding first quarter 2012 operating results and outlook for full year 2012 for purposes of advising ACC counsel. | 1.20 | $  650.00 | $     780.00 |
| 08-May-12 | JS | Call with Radecki to discuss Blackstone financial proposal. | 0.10 | $  650.00 | $       65.00 |
| 08-May-12 | JS | Review, analyze recent research reports on Grace for valuation. | 2.20 | $  650.00 | $  1,430.00 |
| 09-May-12 | JS | Review, analyze 2012 Operating Plan, draft questions, in preparation for conference call with management on 5/9/12. | 2.30 | $  650.00 | $  1,495.00 |
| 09-May-12 | JS | Conference call with Grace management (La Force) to review 2012 Operating Plan for monitoring and valuation. | 0.90 | $  650.00 | $     585.00 |
| 09-May-12 | JS | Review call with management with ACC counsel (Hurford) regarding 2012 Operating Plan for monitoring. | 0.30 | $  650.00 | $     195.00 |
| 10-May-12 | JS | Review, analyze additional information from Company (La Force) on 2nd quarter estimates and capital spending detail for monitoring and valuation. | 0.80 | $  650.00 | $     520.00 |
| 10-May-12 | JS | Review analysts' earnings estimates of guideline companies for market multiple valuation of Grace. | 2.30 | $  650.00 | $  1,495.00 |
| 10-May-12 | JS | Review, analyze, revise P. Cramp's market multiple valuation for valuation of Grace and for recovery analysis. | 1.60 | $  650.00 | $  1,040.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period May 1, 2012 through May 31, 2012

| Date | Staff | Description | Hours | 2012 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 15-May-12 | JS | Review, analyze 2012 LTIP Motion for purposes of advising ACC counsel. | 2.40 | $ 650.00 | $ 1,560.00 |
| 15-May-12 | JS | Call with B. Rapp in preparation for meeting with ACC counsel and FCR counsel regarding financial proposal. | 0.20 | $ 650.00 | $ 130.00 |
| 18-May-12 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.90 | $ 650.00 | $ 585.00 |
| 21-May-12 | JS | Write memorandum to ACC counsel (Inselbuch) regarding Blackstone/Grace financial proposal for purposes of advising ACC counsel. | 2.90 | $ 650.00 | $ 1,885.00 |
| 21-May-12 | JS | Calls (2) with B. Rapp in preparation for meeting with ACC counsel and FCR counsel regarding financial proposal. | 0.70 | $ 650.00 | $ 455.00 |
| 22-May-12 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.90 | $ 650.00 | $ 585.00 |
| 22-May-12 | JS | Meeting at Caplin and Drysdale, NYC, with Inselbuch, Frankel, Wyron, Radecki and Rapp regarding ACC/FCR proposal to Grace regarding Blackstone financial plan. | 1.80 | $ 650.00 | $ 1,170.00 |
| 22-May-12 | JS | One-half travel time not working (1.0hrs x 1/2) to/from 4 E. 95th St, NYC to 375 Park Ave, NYC for meeting with Blackstone. | 0.50 | $ 650.00 | $ 325.00 |
| 25-May-12 | JS | Review for comment language of ACC/FCR proposal to Blackstone/Grace financial plan. | 0.50 | $ 650.00 | $ 325.00 |
| 25-May-12 | JS | Call with Inselbuch regarding ACC/FCR proposal to Blackstone for financial plan. | 0.10 | $ 650.00 | $ 65.00 |
| 25-May-12 | JS | Review, analyze option pricing on Grace options for purposes of analyzing ACC/FCR proposal to Blackstone for financial plan. | 0.90 | $ 650.00 | $ 585.00 |
| 25-May-12 | JS | Call with Radecki regarding ACC/FCR proposal to Blackstone for financial plan. | 0.10 | $ 650.00 | $ 65.00 |
| 29-May-12 | JS | Review for comment revised language of ACC/FCR proposal to Blackstone for financial plan. | 0.30 | $ 650.00 | $ 195.00 |
| 29-May-12 | JS | Call with Inselbuch regarding ACC/FCR proposal to Blackstone for financial plan. | 0.10 | $ 650.00 | $ 65.00 |
| 29-May-12 | JS | Call with Radecki regarding ACC/FCR proposal to Blackstone for financial plan. | 0.10 | $ 650.00 | $ 65.00 |
| 29-May-12 | JS | Review Rapp's memo to ACC counsel for comment regarding LTIP Motion for purposes of advising ACC counsel. | 0.60 | $ 650.00 | $ 390.00 |
| | | Total James Sinclair | 25.50 | | $ 16,575.00 |
| Peter Cramp - Associate | | | | | |
| 04-May-12 | PC | Review Grace Annual Operating Plan for due diligence and in preparation for conference call with Company. | 1.80 | $ 360.00 | $ 648.00 |
| 07-May-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 2.30 | $ 360.00 | $ 828.00 |
| 08-May-12 | PC | Commence review of comparable company financial filings (10-K, 10-Q) for purposes of valuation. | 4.80 | $ 360.00 | $ 1,728.00 |
| 09-May-12 | PC | Conference call with Company (Hudson LaForce), Blackstone and financial advisors to discuss Grace Annual Operating Plan. | 0.90 | $ 360.00 | $ 324.00 |
| 09-May-12 | PC | Download and review analysts' estimates for comparable companies for purposes of valuation. | 1.60 | $ 360.00 | $ 576.00 |
| 09-May-12 | PC | Update comparable company market multiple valuation at request of J. Sinclair. | 4.20 | $ 360.00 | $ 1,512.00 |
| 14-May-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.70 | $ 360.00 | $ 612.00 |
| 21-May-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $ 360.00 | $ 576.00 |
| 25-May-12 | PC | Review Grace options pricing and email to J. Sinclair. | 0.70 | $ 360.00 | $ 252.00 |
| 29-May-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.80 | $ 360.00 | $ 648.00 |
| | | Total Peter Cramp | 21.40 | | $ 7,704.00 |
| Gibbons Sinclair - Associate | | | | | |
| 14-May-12 | GS | Review, revise Interim Fee Application. | 0.40 | $ 360.00 | $ 144.00 |
| 25-May-12 | GS | Draft WR Grace Fee Statement. | 1.20 | $ 360.00 | $ 432.00 |
| | | Total Gibbons Sinclair | 1.60 | | $ 576.00 |
| | | **TOTAL** | 72.50 | | $ 40,455.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period May 1, 2012 through May 31, 2012

| Date | Staff | Description | Hours | 2012 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period May 1, 2012 through May 31, 2012

| Date | Staff | Description | Hours | 2012 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| Asset Analysis and Recovery | | | | | |
| 01-May-12 | JS | Call with Joe Radecki, FA to FCR regarding Blackstone financial proposal for settlement. | 0.20 | $ 650.00 | $ 130.00 |
| 03-May-12 | JS | Calls (2) with Radecki, FA to FCR, regarding Blackstone financial proposal for settlement. | 0.30 | $ 650.00 | $ 195.00 |
| 03-May-12 | JS | Call with Rapp to discuss Blackstone financial proposal for settlement. | 0.30 | $ 650.00 | $ 195.00 |
| 03-May-12 | JS | Review pricing information and data, write memorandum to ACC counsel regarding first quarter 2012 operating results and outlook for full year 2012 for purposes of advising ACC counsel. | 1.20 | $ 650.00 | $ 780.00 |
| 03-May-12 | BR | Tel C w/ J Sinclair to discuss issues relating to Debtor's proposed financial transaction. | 0.30 | $ 650.00 | $ 195.00 |
| 03-May-12 | BR | Review of weekly update report on Grace. | 0.10 | $ 650.00 | $ 65.00 |
| 07-May-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 2.30 | $ 360.00 | $ 828.00 |
| 09-May-12 | PC | Update comparable company market multiple valuation at request of J. Sinclair. | 4.20 | $ 360.00 | $ 1,512.00 |
| 14-May-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.70 | $ 360.00 | $ 612.00 |
| 18-May-12 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.90 | $ 650.00 | $ 585.00 |
| 21-May-12 | JS | Write memorandum to ACC counsel (Inselbuch) regarding Blackstone/Grace financial proposal for purposes of advising ACC counsel. | 2.90 | $ 650.00 | $ 1,885.00 |
| 21-May-12 | BR | Tel C w/ J Sinclair to discuss status of Grace stock price in preparation for meeting in NYC. | 0.30 | $ 650.00 | $ 195.00 |
| 21-May-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $ 360.00 | $ 576.00 |
| 22-May-12 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.90 | $ 650.00 | $ 585.00 |
| 22-May-12 | JS | Meeting at Caplin and Drysdale, NYC, with Inselbuch, Frankel, Wyron, Radecki and Rapp regarding ACC/FCR proposal to Grace regarding Blackstone financial plan. | 1.80 | $ 650.00 | $ 1,170.00 |
| 23-May-12 | BR | Review of proposal draft prepared by financial advisor to the FCR. | 0.10 | $ 650.00 | $ 65.00 |
| 25-May-12 | JS | Review for comment language of ACC/FCR proposal to Blackstone/Grace financial plan. | 0.50 | $ 650.00 | $ 325.00 |
| 25-May-12 | JS | Review, analyze option pricing on Grace options for purposes of analyzing ACC/FCR proposal to Blackstone for financial plan. | 0.90 | $ 650.00 | $ 585.00 |
| 25-May-12 | PC | Review Grace options pricing and email to J. Sinclair. | 0.70 | $ 360.00 | $ 252.00 |
| 29-May-12 | BR | Review of e-mail re financial proposal to Grace management. | 0.20 | $ 650.00 | $ 130.00 |
| 29-May-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.80 | $ 360.00 | $ 648.00 |
| | | Total Asset Analysis and Recovery | 23.20 | | $ 11,513.00 |
| | | | | | |
| Case Administration | | | | | |
| 04-May-12 | PC | Review Grace Annual Operating Plan for due diligence and in preparation for conference call with Company. | 1.80 | $ 360.00 | $ 648.00 |
| 08-May-12 | JS | Call with Radecki to discuss Blackstone financial proposal. | 0.10 | $ 650.00 | $ 65.00 |
| 08-May-12 | JS | Review, analyze recent research reports on Grace for valuation. | 2.20 | $ 650.00 | $ 1,430.00 |
| 08-May-12 | BR | Review of Jefferies analyst report dated April 26, 2012. | 0.70 | $ 650.00 | $ 455.00 |
| 09-May-12 | JS | Review, analyze 2012 Operating Plan, draft questions, in preparation for conference call with management on 5/9/12. | 2.30 | $ 650.00 | $ 1,495.00 |
| 09-May-12 | BR | Review of docket report and certain documents set forth therein. | 0.70 | $ 650.00 | $ 455.00 |
| 15-May-12 | JS | Call with B. Rapp in preparation for meeting with ACC counsel and FCR counsel regarding financial proposal. | 0.20 | $ 650.00 | $ 130.00 |
| 15-May-12 | BR | Tel C w/ J Sinclair to discuss work to be done in connection with meeting in NYC the week of May 21. | 0.20 | $ 650.00 | $ 130.00 |
| 21-May-12 | JS | Calls (2) with B. Rapp in preparation for meeting with ACC counsel and FCR counsel regarding financial proposal. | 0.70 | $ 650.00 | $ 455.00 |
| 21-May-12 | BR | Financial research on Grace in preparation for meeting with FCR and its financial advisors. | 3.10 | $ 650.00 | $ 2,015.00 |
| 21-May-12 | BR | Tel C w/ J Sinclair in preparation for meeting with counsel and financial advisors in NYC. | 0.40 | $ 650.00 | $ 260.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period May 1, 2012 through May 31, 2012

| Date | Staff | Description | Hours | 2012 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 22-May-12 | BR | Meeting with counsel to the ACC and counsel and financial advisors to the FCR at offices of Caplin & Drysdale. | 1.50 | $ 650.00 | $ 975.00 |
| 25-May-12 | JS | Call with Inselbuch regarding ACC/FCR proposal to Blackstone for financial plan. | 0.10 | $ 650.00 | $ 65.00 |
| 25-May-12 | JS | Call with Radecki regarding ACC/FCR proposal to Blackstone for financial plan. | 0.10 | $ 650.00 | $ 65.00 |
| 29-May-12 | JS | Review for comment revised language of ACC/FCR proposal to Blackstone for financial plan. | 0.30 | $ 650.00 | $ 195.00 |
| 29-May-12 | JS | Call with Inselbuch regarding ACC/FCR proposal to Blackstone for financial plan. | 0.10 | $ 650.00 | $ 65.00 |
| 29-May-12 | JS | Call with Radecki regarding ACC/FCR proposal to Blackstone for financial plan. | 0.10 | $ 650.00 | $ 65.00 |
| | | Total Case Administration | 14.60 | | $ 8,968.00 |

Employee Benefits/Pensions

| Date | Staff | Description | Hours | 2012 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 15-May-12 | JS | Review, analyze 2012 LTIP Motion for purposes of advising ACC counsel. | 2.40 | $ 650.00 | $ 1,560.00 |
| 29-May-12 | JS | Review Rapp's memo to ACC counsel for comment regarding LTIP Motion for purposes of advising ACC counsel. | 0.60 | $ 650.00 | $ 390.00 |
| 29-May-12 | BR | Review of Grace's motion for authorization to implement its 2012 long-term incentive plan. | 0.90 | $ 650.00 | $ 585.00 |
| 29-May-12 | BR | Review of Grace's 2011 LTIP motion and COFC's memorandum to the Committee with respect thereto. | 1.10 | $ 650.00 | $ 715.00 |
| 29-May-12 | BR | Analysis of economics of Grace's 2012 LTIP motion. | 0.80 | $ 650.00 | $ 520.00 |
| 29-May-12 | BR | Drafted memorandum to counsel to the ACC relating to Grace's motion for authorization to implement its 2012 LTIP. | 1.20 | $ 650.00 | $ 780.00 |
| | | Total Employee Benefits/Pensions | 7.00 | | $ 4,550.00 |

Fee Applications (Applicant)

| Date | Staff | Description | Hours | 2012 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 14-May-12 | GS | Review, revise Interim Fee Application | 0.40 | $ 360.00 | $ 144.00 |
| 25-May-12 | GS | Draft WR Grace Fee Statement. | 1.20 | $ 360.00 | $ 432.00 |
| | | Total Fee Applications (Applicant) | 1.60 | | $ 576.00 |

Non Working Travel

| Date | Staff | Description | Hours | 2012 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 22-May-12 | JS | One-half travel time not working (1.0hrs x 1/2) to/from 4 E. 95th St, NYC to 375 Park Ave, NYC for meeting with Blackstone. | 0.50 | $ 650.00 | $ 325.00 |
| 22-May-12 | BR | One-half of round-trip travel time (6.2hrs x 1/2)  from Allentown, PA to New York, NY for meeting at offices of Caplin & Drysdale. | 3.10 | $ 650.00 | $ 2,015.00 |
| | | Total Non Working Travel | 3.60 | | $ 2,340.00 |

Plan and Disclosure Statement

| Date | Staff | Description | Hours | 2012 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 08-May-12 | PC | Commence review of comparable company financial filings (10-K, 10-Q) for purposes of valuation. | 4.80 | $ 360.00 | $ 1,728.00 |
| 09-May-12 | JS | Conference call with Grace management (La Force) to review 2012 Operating Plan for monitoring and valuation. | 0.90 | $ 650.00 | $ 585.00 |
| 09-May-12 | JS | Review call with management with ACC counsel (Hurford) regarding 2012 Operating Plan for monitoring. | 0.30 | $ 650.00 | $ 195.00 |
| 09-May-12 | BR | Review of Grace's 2012 annual operating report in preparation for conf call with management to discuss the same. | 1.60 | $ 650.00 | $ 1,040.00 |
| 09-May-12 | BR | Research on outlook for 2012 specialty chemical companies in preparation for conf call with management to discuss 2012 annual operating plan. | 2.60 | $ 650.00 | $ 1,690.00 |
| 09-May-12 | BR | Conf call with Debtors' management and financial advisors to discuss the 2012 annual operating plan. | 0.90 | $ 650.00 | $ 585.00 |
| 09-May-12 | BR | Review of supplemental materials distributed to financial advisors subsequent to conference call re 2012 annual operating plan. | 0.70 | $ 650.00 | $ 455.00 |
| 09-May-12 | PC | Conference call with Company (Hudson LaForce), Blackstone and financial advisors to discuss Grace Annual Operating Plan. | 0.90 | $ 360.00 | $ 324.00 |
| 09-May-12 | PC | Download and review analysts' estimates for comparable companies for purposes of valuation. | 1.60 | $ 360.00 | $ 576.00 |
| 10-May-12 | JS | Review, analyze additional information from Company (La Force) on 2nd quarter estimates and capital spending detail for monitoring and valuation. | 0.80 | $ 650.00 | $ 520.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period May 1, 2012 through May 31, 2012

| Date | Staff | Description | Hours | 2012 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 10-May-12 | JS | Review analysts' earnings estimates of guideline companies for market multiple valuation of Grace. | 2.30 | $ 650.00 | $ 1,495.00 |
| 10-May-12 | JS | Review, analyze, revise P. Cramp's market multiple valuation for valuation of Grace and for recovery analysis. | 1.60 | $ 650.00 | $ 1,040.00 |
| 10-May-12 | BR | Review of WR Grace's 10Q for 1Q12. | 3.50 | $ 650.00 | $ 2,275.00 |
| | | Total Plan and Disclosure Statement | 22.50 | | $ 12,508.00 |
| | | **TOTAL** | 57.90 | | $ 40,455.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period May 1, 2012 through May 31, 2012
Summary of Professional Hours by Staff

| Professsional Staff | Hours | Rate | Amount |
|---|---|---|---|
| Bradley Rapp - Senior Managing Director | 24.00 | $ 650.00 | $ 15,600.00 |
| James Sinclair - Senior Managing Director | 25.50 | $ 650.00 | $ 16,575.00 |
| Peter Cramp - Associate | 21.40 | $ 360.00 | $ 7,704.00 |
| Gibbons Sinclair - Associate | 1.60 | $ 360.00 | $ 576.00 |
| Total Professional Hours and Fees | 72.50 | | $ 40,455.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Summary of Expenses Incurred - May 1, 2012 through May 31, 2012

| Date | Description of Item | Amount |
|------|--------------------|--------|
| 9-May-12 | Online Research - Pacer | $3.00 |
| 9-May-12 | Online Research - Alacra (Thomson Financial I/B/E/S) | $96.00 |
| 10-May-12 | Online Research - Bonds Online | $35.00 |
| 22-May-12 | Round trip travel from Allentown to Hoboken (180 miles @ 0.555) in connection with meeting on 5/22/12 | $99.90 |
| 22-May-12 | Public Transport in connection with meeting on 5/22/2012 | $9.10 |
| 22-May-12 | Parking Tolls in connection with meeting on 5/22/2012 | $17.00 |
|  | Total Expenses May 1, 2012 through May 31, 2012 | $260.00 |