**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|                    |                |          |
|--------------------|----------------|----------|
|                    | Page: 1        |          |
| W.R. Grace         | 05/31/2012     |          |
| Wilmington  DE     | ACCOUNT NO:    | 3000-02D |
|                    | STATEMENT NO:  | 132      |

Asset Disposition

PREVIOUS BALANCE                                              $210.10

BALANCE DUE                                                  $210.10

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
05/31/2012
ACCOUNT NO:        3000-03D
STATEMENT NO:             119

Business Operations

PREVIOUS BALANCE                                                                                    $120.00

BALANCE DUE                                                                                          $120.00

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
05/31/2012
ACCOUNT NO:        3000-04D
STATEMENT NO:              132

Case Administration

PREVIOUS BALANCE                                                                    $692.67

05/03/2012       Payment - Thank you. (February, 2012 - 80% Fees)                      -31.20

BALANCE DUE                                                                         $661.47

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                      05/31/2012
Wilmington  DE                                      ACCOUNT NO:      3000-05D
                                                    STATEMENT NO:            132

Claims Analysis Objection & Resolution (Asbestos)

PREVIOUS BALANCE                                                       $2,321.60

BALANCE DUE                                                            $2,321.60

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 05/31/2012 |
| Wilmington  DE | ACCOUNT NO:       3000-06D |
|  | STATEMENT NO:              132 |

Claims Analysis Objection & Resol. (Non-Asbestos)

| | | |
|---|---|---|
| | PREVIOUS BALANCE | $826.80 |
| 05/03/2012 | Payment - Thank you. (February, 2012 - 80% Fees) | -312.00 |
| | BALANCE DUE | $514.80 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
05/31/2012
ACCOUNT NO:       3000-07D
STATEMENT NO:              132

Committee, Creditors, Noteholders, Equity Holders

PREVIOUS BALANCE                                                                                   $13,889.44

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 05/01/2012 |  |  |  |  |
|  | PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
|  | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
|  | MTH | Review daily memo | 0.10 | 39.00 |
| 05/02/2012 |  |  |  |  |
|  | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
|  | MTH | Review daily memo | 0.10 | 39.00 |
| 05/03/2012 |  |  |  |  |
|  | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
|  | MTH | Review daily memo | 0.10 | 39.00 |
| 05/04/2012 |  |  |  |  |
|  | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
|  | SMB | Prepare weekly recommendation memorandum | 0.20 | 22.00 |
|  | MK | Review committee events calendar. | 0.10 | 15.50 |
|  | MTH | Prepare weekly recommendation memos | 0.50 | 195.00 |
|  | PEM | Review weekly recommendation memorandum re: pending motions and matters | 0.10 | 47.00 |
|  | DAC | Review counsel;s weekly memo | 0.20 | 104.00 |
|  | MTH | Review daily memo | 0.10 | 39.00 |
| 05/07/2012 |  |  |  |  |
|  | MTH | Review daily memo | 0.10 | 39.00 |
|  | SMB | Review recently filed pleadings and electronic filing notices; draft and |  |  |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
|  | distribute daily memo | 0.20 | 22.00 |
| SMB | Review, retrieve and distribute pleadings re: hearing on 5/7/12. | 0.50 | 55.00 |
| **05/08/2012** |  |  |  |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| PEM | Review memo re: pleadings filed | 0.10 | 47.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| **05/09/2012** |  |  |  |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| **05/10/2012** |  |  |  |
| PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| **05/11/2012** |  |  |  |
| MK | Review committee events calendar. | 0.10 | 15.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| SMB | Prepare weekly recommendation memorandum | 0.20 | 22.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| **05/12/2012** |  |  |  |
| DAC | Review counsel's weekly memo | 0.20 | 104.00 |
| **05/14/2012** |  |  |  |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| **05/15/2012** |  |  |  |
| PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| **05/16/2012** |  |  |  |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| MTH | Review daily memo | 0.10 | 39.00 |

W.R. Grace

ACCOUNT NO:     3000-07D
STATEMENT NO:          132

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 05/17/2012 | | | | |
| | FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo. | 0.30 | 25.50 |
| | PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| 05/18/2012 | | | | |
| | MTH | Telephone conference with creditor re status of case | 0.30 | 117.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | SMB | Prepare weekly recommendation memorandum | 0.30 | 33.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | MTH | Reviewing order entered re hearing and various correspondence re same | 0.20 | 78.00 |
| | MTH | Prepare weekly recommendation memos | 0.80 | 312.00 |
| 05/21/2012 | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| 05/22/2012 | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| 05/23/2012 | | | | |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | MTH | Correspondence and review re expense issue | 0.40 | 156.00 |
| 05/24/2012 | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| 05/25/2012 | | | | |
| | MK | Review committee events calendar. | 0.10 | 15.50 |
| | PEM | Review weekly recommendation memorandum re: pending motions and matters. | 0.10 | 47.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | MTH | Various correspondence and communications with re proofs of claim and correspondence with counsel re same | 0.80 | 312.00 |
| | MTH | Prepare weekly recommendation memo | 0.70 | 273.00 |

Page: 4
05/31/2012

W.R. Grace

ACCOUNT NO:        3000-07D
STATEMENT NO:            132

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| MTH | Review correspondence from SC to Committee re weekly recommendation memo | | 0.10 | 39.00 |
| DAC | Review counsel's weekly memo | | 0.20 | 104.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 22.00 |
| SMB | Prepare weekly recommendation memorandum | | 0.30 | 33.00 |
| **05/29/2012** | | | | |
| PEM | Review memo re: pleadings filed. | | 0.10 | 47.00 |
| MTH | Review correspondence from BR re memo re Debtors' LTIP Motion | | 0.20 | 78.00 |
| MTH | Review daily memo | | 0.10 | 39.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 22.00 |
| **05/30/2012** | | | | |
| KCD | Discussion with MTH re: status of appeal | | 0.10 | 39.00 |
| MTH | Review daily memo | | 0.10 | 39.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 22.00 |
| **05/31/2012** | | | | |
| PEM | Review memo re: pleadings filed. | | 0.10 | 47.00 |
| MTH | Review daily memo | | 0.10 | 39.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.10 | 11.00 |
| SMB | Prepare weekly recommendation memorandum | | 0.30 | 33.00 |
| | FOR CURRENT SERVICES RENDERED | | 14.40 | 3,968.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.60 | $520.00 | $312.00 |
| Philip E. Milch | 1.10 | 470.00 | 517.00 |
| Michele Kennedy | 0.30 | 155.00 | 46.50 |
| Santae M. Boyd | 5.90 | 110.00 | 649.00 |
| Mark T. Hurford | 6.10 | 390.00 | 2,379.00 |
| Kathleen Campbell Davis | 0.10 | 390.00 | 39.00 |
| Freddie Koenig-Leuck | 0.30 | 85.00 | 25.50 |

| | | | |
|---|---|---|---|
| TOTAL CURRENT WORK | | | 3,968.00 |

| 05/03/2012 | Payment - Thank you. (February, 2012 - 80% Fees) | | -3,405.60 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

Page: 5
05/31/2012
ACCOUNT NO:        3000-07D
STATEMENT NO:            132

BALANCE DUE                                                                        $14,451.84

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                             05/31/2012
Wilmington  DE                                    ACCOUNT NO:      3000-08D
                                                  STATEMENT NO:         131

Employee Benefits/Pension

PREVIOUS BALANCE                                                    -$672.10

|            |     |                                    | HOURS |        |
|------------|-----|------------------------------------|-------|--------|
| 05/25/2012 |     |                                    |       |        |
|            | MTH | Reviewing Debtors' LTIP Motion     | 0.40  | 156.00 |
|            |     | FOR CURRENT SERVICES RENDERED      | 0.40  | 156.00 |

RECAPITULATION

| TIMEKEEPER      | HOURS | HOURLY RATE | TOTAL    |
|-----------------|-------|-------------|----------|
| Mark T. Hurford | 0.40  | $390.00     | $156.00  |

TOTAL CURRENT WORK                                                    156.00

| 05/03/2012 | Payment - Thank you. (February, 2012 - 80% Fees) | -62.40 |
|------------|-------------------------------------------------|--------|

CREDIT BALANCE                                                      -$578.50

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 05/31/2012 |
| Wilmington  DE | ACCOUNT NO:      3000-10D |
|  | STATEMENT NO:            132 |

Employment Applications, Others

| | | |
|---|---|---|
| PREVIOUS BALANCE | | $725.70 |
| 05/03/2012 | Payment - Thank you. (February, 2012 - 80% Fees) | -31.20 |
| BALANCE DUE | | $694.50 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|                    |              |
|--------------------|--------------|
|                    | Page: 1      |
| W.R. Grace         | 05/31/2012   |
| Wilmington  DE     |              |
|                    | ACCOUNT NO:    3000-11D |
|                    | STATEMENT NO:         130 |

Expenses

| | | |
|---|---|---:|
| | PREVIOUS BALANCE | $6,088.79 |

| | | |
|---|---|---:|
| 05/01/2012 | Parcels - copy/service - Monthly Fee Application | 374.68 |
| 05/01/2012 | Pacer charges for the month of April | 105.70 |
| 05/14/2012 | Parcels - hand delivery - Fee Applications | 5.00 |
| 05/15/2012 | Parcels - copy/service Quarterly Fee Applications for C&L, C&D, LAS, AKO and Charter Oak | 2,119.17 |
| 05/23/2012 | Parcels - copy/service - Certificate of No Objection | 65.61 |
| 05/31/2012 | Copying - May 2012 | 9.80 |
| 05/31/2012 | Printing - May 2012 | 223.00 |
| | TOTAL EXPENSES | 2,902.96 |
| | | |
| | TOTAL CURRENT WORK | 2,902.96 |
| | | |
| 05/03/2012 | Payment - Thank you. (February, 2012 - 100% Expenses) | -2,426.94 |
| | | |
| | BALANCE DUE | $6,564.81 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
05/31/2012
ACCOUNT NO:    3000-12D
STATEMENT NO:    130

Fee Applications, Applicant

PREVIOUS BALANCE                                                                                $4,699.50

HOURS

| Date | TK | Description | Hours | Amount |
|---|---|---|---|---|
| 05/01/2012 | | | | |
| | TS | Finalize and e-file C&L March fee application | 0.30 | 33.00 |
| 05/04/2012 | | | | |
| | TS | Prepare C&L Interim fee application for January through March 2012 | 0.90 | 99.00 |
| 05/15/2012 | | | | |
| | TS | Finalize and e-file interim fee application of C&L (.3) | 0.30 | 33.00 |
| | MTH | Reviewing C&L Interim fee application for filing and service | 0.30 | 117.00 |
| 05/21/2012 | | | | |
| | TS | Prepare C&L April fee application | 0.40 | 44.00 |
| 05/23/2012 | | | | |
| | TS | Review case docket for objections to C&L March fee application (.1); Prepare Certificate of No Objection (.2); Finalize and e-file CNO (.2) | 0.50 | 55.00 |
| | MTH | Reviewing correspondence re CNO for C&L fee application; reviewing docket and reviewing draft CNO for same | 0.10 | 39.00 |
| 05/29/2012 | | | | |
| | KCD | E-mail to TS re: fee auditor | 0.10 | 39.00 |
| | TS | Finalize and e-file April fee application of C&L | 0.30 | 33.00 |
| | MTH | Reviewing C&L April Fee Application for filing and service | 0.30 | 117.00 |
| | | FOR CURRENT SERVICES RENDERED | 3.50 | 609.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.70 | $390.00 | $273.00 |
| Kathleen Campbell Davis | 0.10 | 390.00 | 39.00 |
| Timothy Simpson | 2.70 | 110.00 | 297.00 |

Page: 2
W.R. Grace                                                                                          05/31/2012
ACCOUNT NO:        3000-12D
STATEMENT NO:                 130
Fee Applications, Applicant


TOTAL CURRENT WORK                                                                        609.00


05/03/2012      Payment - Thank you. (February, 2012 - 80% Fees)                         -824.00

BALANCE DUE                                                                          $4,484.50

Any payments received after the statement date will be applied to next month's statement.  Please
note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
05/31/2012
ACCOUNT NO:    3000-13D
STATEMENT NO:          117

Fee Applications, Others

PREVIOUS BALANCE                                                                      $15,476.70

|  |  | HOURS |  |
|---|---|---|---|
| 05/01/2012 | | | |
| TS | E-mails to and from G.Sinclair re Charter Oak March fee application (.1); Prepare Charter Oak March fee application (.5); Finalize and e-file application (.3) | 0.90 | 99.00 |
| TS | Finalize and e-file AKO March fee application | 0.30 | 33.00 |
| TS | Finalize and e-file C&D March fee application | 0.30 | 33.00 |
| 05/02/2012 | | | |
| SMB | Review March 2012 application of Kirkland & Ellis LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review October through December 2011 application of Duane Morris LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review March 2012 application of Baer Higgins Fruchtman LLC (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review March 2012 application of Foley Hoag LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review March 2012 application of Reed Smith LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review March 2012 application of Stroock & Stroock & Lavan LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review March 2012 application of Saul Ewing LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review March 2012 application of Kramer Levin Naftalis & Frankel LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review January through March 2012 application of Phillips Goldman & Spence, P.A. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review March 2012 application of Warren H. Smith & Associates, P.C. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review April 2001 through April 2012 Final application of Bryan Cave HRO (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |

Page: 2
05/31/2012
ACCOUNT NO:     3000-13D
STATEMENT NO:          117

W.R. Grace

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
| | TS | Updates to fee application tracking charts | 0.20 | 22.00 |
| 05/03/2012 | | | | |
| | MTH | Review correspondence from YS re PWC Monthly and Interim Fee Applications | 0.10 | 39.00 |
| | MTH | Review correspondence from DKW re Nelson and KayeScholer fee applications | 0.10 | 39.00 |
| 05/04/2012 | | | | |
| | SMB | Review March 2012 application of Blackstone Advisory Partners L.P. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review March 2012 application of Kayescholer LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review February 2012 application of Nelson Mullins Riley & Scarborough LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review April 2012 application of Alan B. Rich (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review January through March 2012 application of Pricewaterhousecoopers LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review March 2012 application of Pricewaterhousecoopers LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review January through March 2012 application of Baer Higgins Fruchtman LLC (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | TS | Prepare Charter Oak Interim fee application for January through March 2012 | 0.70 | 77.00 |
| 05/07/2012 | | | | |
| | MTH | Review correspondence from MS re Norton Rose fee application | 0.10 | 39.00 |
| 05/09/2012 | | | | |
| | TS | E-mail to E. Benetos re C&D interim fee application | 0.10 | 11.00 |
| | TS | Prepare LAS interim fee application | 0.50 | 55.00 |
| 05/10/2012 | | | | |
| | TS | Prepare LAS interim fee application | 0.20 | 22.00 |
| | TS | Review fee auditor report and e-mail professionals re same | 0.20 | 22.00 |
| | TS | Review e-mail from E. Benetos re C&D interim fee application (.1); Update C&D interim fee application (.4) | 0.50 | 55.00 |
| 05/11/2012 | | | | |
| | SMB | Review March 2012 application of The Hogan Firm (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review March 2012 application of Scarfone Hawkins LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review March 2012 application of Lauzon Belanger Lesperance (.1); | | |

W.R. Grace

Fee Applications, Others

| | | HOURS | |
|---|---|---|---|
| | update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review January through March 2012 application of Alan B. Rich, Esquire (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review January through March 2012 application of Judge Alexander Sanders, Jr. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review April 2012 application of Alexander Sanders, Jr. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review March 2012 application of Ferry Joseph & Pearce P.A. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review March 2012 application of Bilzin Sumberg Baena Price & Axelrod LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review March 2012 application of Norton Rose Canada LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review January through March 2012 application of Pricewaterhousecoopers LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review January through March 2012 application of Reed Smith LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review January through March 2012 application of Norton Rose OR LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review April 2012 application of Warren H. Smith & Associates, P.C. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| **05/14/2012** | | | |
| TS | E-mails to G. Sinclair re Charter Oak interim fee application (.1); E-mail to M. Peterson re LAS interim fee application (.1) | 0.20 | 22.00 |
| **05/15/2012** | | | |
| TS | Finalize and e-file interim fee application of C&D (.3); Finalize and e-file interim fee application of LAS (.3); Finalize and e-file interim fee application of AKO (.3); Finalize and e-file interim fee application of Charter Oak (.3); | 1.20 | 132.00 |
| MTH | Review correspondence from LC (x3) re various fee applications for Canadian ZAI counsel firms | 0.20 | 78.00 |
| MTH | Reviewing C&D quarterly fee application for filing and service and related correspondence | 0.30 | 117.00 |
| MTH | Reviewing Charter Oak Quarterly Fee Application for filing and service | 0.30 | 117.00 |
| MTH | Reviewing LAS Quarterly Fee Application for filing and service and related correspondence | 0.30 | 117.00 |
| MTH | Reviewing AKO Quarterly Fee Application for service and filing and related correspondence | 0.30 | 117.00 |
| **05/16/2012** | | | |
| TS | Review e-mail from A. Pelton re AKO April fee application | 0.10 | 11.00 |
| MTH | Review correspondence from LC re THF fee application for 9th Quarter | 0.10 | 39.00 |
| MTH | Review correspondence from AP re AKO draft fee application | 0.20 | 78.00 |

W.R. Grace

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
| **05/18/2012** | | | | |
| | TS | Update fee application tracking chart | 0.10 | 11.00 |
| | SMB | Review March 2012 application of Steptoe & Johnson LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review January 2012 application of Steptoe & Johnson LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review January through March 2012 application of Casner & Edwards LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review February 2012 application of Pachulski Stang Ziehl & Jones LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review March 2012 application of Woodcock & Washburn LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review January through March 2012 application of The Hogan Firm (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review January through March 2012 application of Lauzon Belanger Lesperance (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review January through March 2012 application of Scarfone & Hawkins LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review January through March 2012 application of Blackstone Advisory Partners L.P. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review January through March 2012 application of Foley Hoag LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review March 2012 application of Capstone Advisory Group LLC (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review March 2012 application of Casner & Edwards LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review March 2012 application of Irell & Manella LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| **05/21/2012** | | | | |
| | TS | E-mail D. Relles re LAS April fees | 0.10 | 11.00 |
| **05/22/2012** | | | | |
| | TS | E-mail to professionals re CNO to March fee application | 0.10 | 11.00 |
| | MTH | Review correspondence from DF re Orrick Interim Fee Application | 0.10 | 39.00 |
| **05/23/2012** | | | | |
| | TS | Review case docket for objections to Charter Oak March fee application (.1); Prepare Certificate of No Objection (.2); Finalize and e-file CNO (.2) | 0.50 | 55.00 |
| | TS | Review case docket for objections to AKO March fee application (.1); Prepare Certificate of No Objection (.2); Finalize and e-file CNO (.2) | 0.50 | 55.00 |
| | TS | Review case docket for objections to C&D March fee application (.1); Prepare Certificate of No Objection (.2); Finalize and e-file CNO (.2) | 0.50 | 55.00 |
| | SMB | Review January through March 2012 application of Stroock Stroock & Lavan LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |

W.R. Grace

Fee Applications, Others

|     |     | HOURS |     |
| --- | --- | --- | --- |
| SMB | Review January through March 2012 application of Orrick Herrington & Sutcliffe LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| MTH | Reviewing correspondence re CNO for C&D fee application; reviewing docket and reviewing draft CNO for same | 0.20 | 78.00 |
| MTH | Reviewing correspondence re CNO for AKO fee application; reviewing docket and reviewing draft CNO for same | 0.10 | 39.00 |
| MTH | Reviewing correspondence re CNO for Charter Oak fee application; reviewing docket and reviewing draft CNO for same | 0.10 | 39.00 |
| MTH | Review correspondence from TBB re CNO for Kramer Levin | 0.10 | 39.00 |
| MTH | Review correspondence from TBB re Kramer Fee Application; Saul Ewing Fee Application | 0.10 | 39.00 |
| **05/24/2012** |     |     |     |
| TS | Update fee application tracking chart | 0.10 | 11.00 |
| SMB | Review January through March 2012 application of Saul Ewing LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review January through March 2012 application of Kramer Levin Naftalis & Frankel LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| MTH | Review correspondence from CAH re Phillips Goldman fee application | 0.10 | 39.00 |
| **05/25/2012** |     |     |     |
| TS | Review e-mail from G. Sinclair re Charter Oak April fees (.1); Prepare Charter Oak April Fee application (.3) | 0.40 | 44.00 |
| SMB | Review April 2012 application of Phillips, Goldman & Spence, P.A. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review January through March 2012 application of Kirkland & Ellis LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| **05/29/2012** |     |     |     |
| TS | Review e-mail from E. Benetos re C&D April 2012 fee application (.1); Updates to  C&D April 2012 fee application (.2) | 0.30 | 33.00 |
| MTH | Review correspondence from DKW re fee applications for BMC (3) | 0.10 | 39.00 |
| TS | Finalize and e-file April fee applications of C&D, AKO, and Charter Oak | 0.90 | 99.00 |
| MTH | Review correspondence from MS re Foley Hoag fee application | 0.10 | 39.00 |
| MTH | Review correspondence from DKW re BMC fee application for April 2012 | 0.10 | 39.00 |
| MTH | Review correspondence from JBL re Reed Smith fee application | 0.10 | 39.00 |
| MTH | Reviewing AKO April Fee Application for filing and service | 0.20 | 78.00 |
| MTH | Reviewing C&D April Fee Application for filing and service | 0.20 | 78.00 |
| **05/31/2012** |     |     |     |
| MTH | Review correspondence from DKW re four fee applications (Higgins, Beveridge 76th and 77th and 78th). | 0.10 | 39.00 |
| SMB | Review January 2012 application of BMC Group (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review February 2012 application of BMC Group (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |

W.R. Grace

Fee Applications, Others

| | | HOURS | |
|---|---|---|---|
| SMB | Review March 2012 application of BMC Group (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review January through March 2012 application of Bilzin Sumberg Baena Price & Axelrod LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review January through March 2012 application of Orrick Herrington Sutcliffe LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review April 2012 application of Foley Hoag LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review April 2012 application of Reed Smith LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review April 2012 application of BMC Group (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review January through March 2012 application of BMC Group (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review April 2012 application of Stroock Stroock & Lavan LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | FOR CURRENT SERVICES RENDERED | 24.60 | 3,742.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Santae M. Boyd | 12.00 | $110.00 | $1,320.00 |
| Mark T. Hurford | 3.70 | 390.00 | 1,443.00 |
| Timothy Simpson | 8.90 | 110.00 | 979.00 |

| | | |
|---|---|---|
| TOTAL CURRENT WORK | | 3,742.00 |

| | | |
|---|---|---|
| 05/03/2012 | Payment - Thank you. (February, 2012 - 80% Fees) | -3,350.80 |

| | |
|---|---|
| BALANCE DUE | $15,867.90 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                        05/31/2012
Wilmington  DE                                          ACCOUNT NO:        3000-14D
                                                        STATEMENT NO:              90

Financing

PREVIOUS BALANCE                                                          $145.80

BALANCE DUE                                                              $145.80

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
05/31/2012
ACCOUNT NO:      3000-15D
STATEMENT NO:            132

Hearings

|  |  |  | HOURS |  |
|---|---|---|---|---|
| | PREVIOUS BALANCE | | | $4,804.15 |
| 05/07/2012 | | | | |
| MTH | Review correspondence from DF re preliminary agenda | | 0.10 | 39.00 |
| MTH | Preparing for hearing; correspondence with PVNL re same; telephone discussion with JON re same | | 1.60 | 624.00 |
| 05/08/2012 | | | | |
| MTH | Attending oral argument on Garlock's Motion to Reargue | | 2.60 | 1,014.00 |
| 05/15/2012 | | | | |
| MTH | Various correspondence re pending matters, hearing | | 0.20 | 78.00 |
| | FOR CURRENT SERVICES RENDERED | | 4.50 | 1,755.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 4.50 | $390.00 | $1,755.00 |

| | | |
|---|---|---|
| TOTAL CURRENT WORK | | 1,755.00 |
| 05/03/2012    Payment - Thank you. (February, 2012 - 80% Fees) | | -592.80 |
| BALANCE DUE | | $5,966.35 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                                05/31/2012
Wilmington  DE                                                ACCOUNT NO:        3000-16D
                                                             STATEMENT NO:              117

Litigation and Litigation Consulting

PREVIOUS BALANCE                                                                   -$52.90

| | | | HOURS | |
|---|---|---|---|---|
| 05/18/2012 | | | | |
| | MTH | Various correspondence and communications re Garlock 2019 Appeal (split with Flintkote) | 0.30 | 117.00 |
| 05/21/2012 | | | | |
| | MTH | Reviewing Garlock Motion and correspondence from counsel at C&D re same; review information re response and response to same (split with Flintkote) | 0.40 | 156.00 |
| 05/22/2012 | | | | |
| | MTH | Correspondence and communications with KCM re Garlock Motion for judicial notice; reviewing same; reviewing issues re service of same (split with Flintkote) | 0.50 | 195.00 |
| 05/24/2012 | | | | |
| | MTH | Correspondence to and from ACM re notices from the Court; participating in conference call per Court Order re oral argument (split with Flintkote) | 0.40 | 156.00 |
| 05/31/2012 | | | | |
| | MTH | Correspondence and communications re oral argument on Garlock 2019 Appeal (split wtih Flintkote) | 0.30 | 117.00 |
| | | FOR CURRENT SERVICES RENDERED | 1.90 | 741.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.90 | $390.00 | $741.00 |

Page: 2

W.R. Grace                                                                 05/31/2012

ACCOUNT NO:          3000-16D
STATEMENT NO:              117

Litigation and Litigation Consulting


TOTAL CURRENT WORK                                          741.00


05/03/2012        Payment - Thank you. (February, 2012 - 80% Fees)          -833.60


CREDIT BALANCE                                             -$145.50


Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
05/31/2012
ACCOUNT NO:      3000-17D
STATEMENT NO:            117

Plan and Disclosure Statement

|  |  |  |  |
|---|---|---|---|
| PREVIOUS BALANCE | | | $9,938.30 |
| | | HOURS | |
| 05/11/2012 | | | |
| MTH | Telephone conferences with DF re pending Plan issues | 0.80 | 312.00 |
| 05/22/2012 | | | |
| MTH | Correspondence with EI and PVNL re meeting | 0.10 | 39.00 |
| 05/24/2012 | | | |
| MTH | Review correspondence from RB re draft correspondence for CA3 | 0.10 | 39.00 |
| 05/29/2012 | | | |
| MTH | Reviewing Anderson Memorial's Motion to Reconsider | 0.40 | 156.00 |
| | FOR CURRENT SERVICES RENDERED | 1.40 | 546.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.40 | $390.00 | $546.00 |

|  |  |  |
|---|---|---|
| TOTAL CURRENT WORK | | 546.00 |
| 05/03/2012 | Payment - Thank you. (February, 2012 - 80% Fees) | -1,872.00 |
| BALANCE DUE | | $8,612.30 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |  |
|---|---|---|
|  |  | Page: 1 |
| W.R. Grace |  | 05/31/2012 |
| Wilmington  DE | ACCOUNT NO: | 3000-18D |
|  | STATEMENT NO: | 117 |

Relief from Stay Proceedings

| | |
|---|---|
| PREVIOUS BALANCE | -$234.60 |
| CREDIT BALANCE | -$234.60 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|                |              |
|----------------|--------------|
|                | Page: 1      |
| W.R. Grace     | 05/31/2012   |
| Wilmington  DE | ACCOUNT NO:   3000-20D |
|                | STATEMENT NO:          116 |

Tax Litigation

|                    |          |
|--------------------|----------|
| PREVIOUS BALANCE   | $468.80  |
|                    |          |
| BALANCE DUE        | $468.80  |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
05/31/2012
ACCOUNT NO:        3000-21D
STATEMENT NO:              108

Travel-Non-Working

PREVIOUS BALANCE                                                                    -$4.00

                                                                         HOURS
05/08/2012
      MTH     Non-working travel time to and from Philadelphia for hearing before
              Judge Buckwalter (billed at one half time)                    1.00        390.00
              FOR CURRENT SERVICES RENDERED                                  1.00        390.00

                                    RECAPITULATION
      TIMEKEEPER                         HOURS      HOURLY RATE        TOTAL
      Mark T. Hurford                     1.00        $390.00       $390.00

              TOTAL CURRENT WORK                                                390.00

              BALANCE DUE                                                     $386.00

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|                           |                    |              |
|---------------------------|--------------------|--------------|
|                           | Page: 1            |              |
| W.R. Grace                | 05/31/2012         |              |
| Wilmington  DE            | ACCOUNT NO:        | 3000-22D     |
|                           | STATEMENT NO:      | 121          |

Valuation


PREVIOUS BALANCE                                         $1,185.00

BALANCE DUE                                             $1,185.00


Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 05/31/2012 |
| Wilmington  DE | ACCOUNT NO:        3000-23D |
|  | STATEMENT NO:               121 |

ZAI Science Trial

PREVIOUS BALANCE                                                                                        $1,203.30

BALANCE DUE                                                                                              $1,203.30

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
05/31/2012

ACCOUNT NO:        3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-02 Asset Disposition | | | | | |
| 210.10 | 0.00 | 0.00 | 0.00 | 0.00 | $210.10 |
| 3000-03 Business Operations | | | | | |
| 120.00 | 0.00 | 0.00 | 0.00 | 0.00 | $120.00 |
| 3000-04 Case Administration | | | | | |
| 692.67 | 0.00 | 0.00 | 0.00 | -31.20 | $661.47 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 2,321.60 | 0.00 | 0.00 | 0.00 | 0.00 | $2,321.60 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| 826.80 | 0.00 | 0.00 | 0.00 | -312.00 | $514.80 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 13,889.44 | 3,968.00 | 0.00 | 0.00 | -3,405.60 | $14,451.84 |
| 3000-08 Employee Benefits/Pension | | | | | |
| -672.10 | 156.00 | 0.00 | 0.00 | -62.40 | -$578.50 |
| 3000-10 Employment Applications, Others | | | | | |
| 725.70 | 0.00 | 0.00 | 0.00 | -31.20 | $694.50 |
| 3000-11 Expenses | | | | | |
| 6,088.79 | 0.00 | 2,902.96 | 0.00 | -2,426.94 | $6,564.81 |
| 3000-12 Fee Applications, Applicant | | | | | |
| 4,699.50 | 609.00 | 0.00 | 0.00 | -824.00 | $4,484.50 |

W.R. Grace

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-13 Fee Applications, Others | | | | | |
| 15,476.70 | 3,742.00 | 0.00 | 0.00 | -3,350.80 | $15,867.90 |
| 3000-14 Financing | | | | | |
| 145.80 | 0.00 | 0.00 | 0.00 | 0.00 | $145.80 |
| 3000-15 Hearings | | | | | |
| 4,804.15 | 1,755.00 | 0.00 | 0.00 | -592.80 | $5,966.35 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| -52.90 | 741.00 | 0.00 | 0.00 | -833.60 | -$145.50 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 9,938.30 | 546.00 | 0.00 | 0.00 | -1,872.00 | $8,612.30 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| -234.60 | 0.00 | 0.00 | 0.00 | 0.00 | -$234.60 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| -4.00 | 390.00 | 0.00 | 0.00 | 0.00 | $386.00 |
| 3000-22 Valuation | | | | | |
| 1,185.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,185.00 |
| 3000-23 ZAI Science Trial | | | | | |
| 1,203.30 | 0.00 | 0.00 | 0.00 | 0.00 | $1,203.30 |
| 61,833.05 | 11,907.00 | 2,902.96 | 0.00 | -13,742.54 | $62,900.47 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.