**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
06/30/2012
ACCOUNT NO:        3000-02D
STATEMENT NO:                133

Asset Disposition

PREVIOUS BALANCE                                                                          $210.10

BALANCE DUE                                                                              $210.10

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |  |
|---|---|---|
|  |  | Page: 1 |
| W.R. Grace |  | 06/30/2012 |
| Wilmington  DE | ACCOUNT NO: | 3000-03D |
|  | STATEMENT NO: | 120 |

Business Operations

PREVIOUS BALANCE                                                                                      $120.00

BALANCE DUE                                                                                               $120.00

Any payments received after the statement date will be applied to next month's statement.  Please
note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
06/30/2012
ACCOUNT NO:        3000-04D
STATEMENT NO:              133

Case Administration

PREVIOUS BALANCE                                                          $661.47

BALANCE DUE                                                              $661.47

Any payments received after the statement date will be applied to next month's statement.  Please
note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**


|                |            |
|----------------|------------|
|                | Page: 1    |
| W.R. Grace     | 06/30/2012 |
| Wilmington  DE | ACCOUNT NO:    3000-05D |
|                | STATEMENT NO:         133 |


Claims Analysis Objection & Resolution (Asbestos)


PREVIOUS BALANCE                                           $2,321.60

BALANCE DUE                                               $2,321.60


Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 06/30/2012 |
| Wilmington  DE | ACCOUNT NO:    3000-06D |
|  | STATEMENT NO:    133 |

Claims Analysis Objection & Resol. (Non-Asbestos)

|  |  |  |
|---|---|---|
| | PREVIOUS BALANCE | $514.80 |
| 06/01/2012 | Payment - Thank you. (March, 2012 - 80% Fees) | -312.00 |
| | BALANCE DUE | $202.80 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

| | | Page: 1 |
|---|---|---|
| W.R. Grace | | 06/30/2012 |
| Wilmington  DE | ACCOUNT NO: | 3000-07D |
| | STATEMENT NO: | 133 |

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $14,451.84 |

| | | HOURS | |
|---|---|---|---|
| **06/01/2012** | | | |
| FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.30 | 25.50 |
| PEM | Review weekly recommendation memorandum re: pending motions and matters. | 0.10 | 47.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| SMB | Prepare weekly recommendation memorandum | 0.30 | 33.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| **06/03/2012** | | | |
| DAC | Review counsel's weekly memo | 0.20 | 104.00 |
| **06/04/2012** | | | |
| MK | Review committee events calendar. | 0.10 | 15.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| SMB | Prepare 2019 of Cooney and Conway; address filing and e-mail confirmation of same | 0.20 | 22.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| **06/05/2012** | | | |
| PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| **06/06/2012** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |

Page: 2
06/30/2012

W.R. Grace

ACCOUNT NO:    3000-07D
STATEMENT NO:    133

Committee, Creditors, Noteholders, Equity Holders

| | | HOURS | |
|---|---|---|---|
| MTH | Review daily memo | 0.10 | 39.00 |
| **06/07/2012** | | | |
| PEM | Review memo re: pleadings filed | 0.10 | 47.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| **06/08/2012** | | | |
| KCD | Discussion with MTH re: property damage issues; review of same | 0.40 | 156.00 |
| MK | Review committee events calendar. | 0.10 | 15.50 |
| KCD | Further review of PD issues; e-mail to MTH re: same | 0.20 | 78.00 |
| PEM | Review weekly recommendation memorandum re: pending motions and matters. | 0.10 | 47.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| DAC | Review counsel's weekly memo | 0.20 | 104.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| MTH | Prepare weekly recommendation memos | 0.50 | 195.00 |
| SMB | Prepare weekly recommendation memorandum | 0.30 | 33.00 |
| **06/11/2012** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| KCD | Review Garlock 2019 appeal briefs and preparation for hearing (split with Flintkote) | 1.00 | 390.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| **06/12/2012** | | | |
| PEM | Review memo re: pleadings filed | 0.10 | 47.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| **06/13/2012** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| SMB | Coordinate logistics for hearing on June 18, 2012 at 9:00 a.m.; e-mail confirmation of same to Peter Lockwood | 0.30 | 33.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| **06/14/2012** | | | |
| PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| PEM | Review District Court Issues Amended Memorandum Opinion Confirming Grace Plan | 0.20 | 94.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and | | |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
|  | distribute daily memo | 0.20 | 22.00 |
| SMB | Prepare weekly recommendation memorandum | 0.30 | 33.00 |
| SMB | Prepare and file 2019 of Scott & Scott; e-mail confirmation of same | 0.20 | 22.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| MTH | Review correspondence from AS re District Court ruling re Plan Confirmation | 0.20 | 78.00 |
| **06/15/2012** |  |  |  |
| PEM | Review weekly recommendation memorandum re: pending motions and matters. | 0.10 | 47.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| MTH | Prepare weekly recommendation memos | 0.50 | 195.00 |
| **06/17/2012** |  |  |  |
| DAC | Review counsel's weekly memo | 0.20 | 104.00 |
| **06/18/2012** |  |  |  |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| **06/19/2012** |  |  |  |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| **06/20/2012** |  |  |  |
| FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.20 | 17.00 |
| **06/21/2012** |  |  |  |
| FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.10 | 8.50 |
| **06/22/2012** |  |  |  |
| FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.10 | 8.50 |
| MTH | Prepare weekly recommendation memos; and correspondence to counsel to Committee members re same | 0.80 | 312.00 |
| PEM | Review and revise weekly recommendation memorandum re: pending motions and matters. | 0.10 | 47.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| **06/24/2012** |  |  |  |
| DAC | Review counsel's weekly memo | 0.20 | 104.00 |

Page: 4
06/30/2012
ACCOUNT NO:        3000-07D
STATEMENT NO:              133

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
| **06/25/2012** | | | |
| MK | Review committee events calendar and update attorney case calendar. | 0.10 | 15.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| **06/26/2012** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| **06/27/2012** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| **06/28/2012** | | | |
| PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| **06/29/2012** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| SMB | Prepare weekly recommendation memorandum | 0.30 | 33.00 |
| PEM | Review weekly recommendation memorandum re: pending motions and matters. | 0.10 | 47.00 |
| MTH | Prepare weekly recommendation memos | 0.50 | 195.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| | FOR CURRENT SERVICES RENDERED | 14.40 | 4,056.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.80 | $520.00 | $416.00 |
| Philip E. Milch | 1.30 | 470.00 | 611.00 |
| Michele Kennedy | 0.30 | 155.00 | 46.50 |
| Santae M. Boyd | 5.30 | 110.00 | 583.00 |
| Mark T. Hurford | 4.40 | 390.00 | 1,716.00 |
| Kathleen Campbell Davis | 1.60 | 390.00 | 624.00 |
| Freddie Koenig-Leuck | 0.70 | 85.00 | 59.50 |

| | | |
|---|---|---|
| TOTAL CURRENT WORK | | 4,056.00 |

Page: 5

W.R. Grace

06/30/2012

ACCOUNT NO:        3000-07D
STATEMENT NO:              133

Committee, Creditors, Noteholders, Equity Holders

| 06/01/2012 | Payment - Thank you. (March, 2012 - 80% Fees) | -3,156.80 |
| | BALANCE DUE | $15,351.04 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|                | Page: 1 |
|----------------|---------|
| W.R. Grace     | 06/30/2012 |
| Wilmington  DE | ACCOUNT NO:     3000-08D |
|                | STATEMENT NO:     132 |

Employee Benefits/Pension

PREVIOUS BALANCE                                        -$578.50

CREDIT BALANCE                                          -$578.50

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
06/30/2012
ACCOUNT NO:        3000-10D
STATEMENT NO:               133

Employment Applications, Others

PREVIOUS BALANCE                                                                      $694.50

BALANCE DUE                                                                               $694.50

Any payments received after the statement date will be applied to next month's statement.  Please
note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                                            06/30/2012
Wilmington  DE                                                        ACCOUNT NO:        3000-11D
                                                                     STATEMENT NO:              131

Expenses

PREVIOUS BALANCE                                                                      $6,564.81

| | | |
|---|---|---:|
| 06/01/2012 | Pacer charges for the month of May | 159.70 |
| 06/04/2012 | Parcels - copy/service - Monthly Fee Applications (Date of Job 5/29/12) | 405.72 |
| 06/04/2012 | Parcels - copy/service - of four Interim Fee  Applications (Date of Job 5/16/12) | 7,312.77 |
| 06/08/2012 | Pro Hac Motion - District Court - Todd E. Phillips (split with Flintkote) | 12.50 |
| 06/08/2012 | Digital Legal - hand delivery - Pro Hac Motion for Todd E. Phillips to District Court with return receipt (split with Flintkote) | 7.50 |
| 06/29/2012 | Photocopying - June, 2012 | 22.80 |
| | TOTAL EXPENSES | 7,920.99 |
| | TOTAL CURRENT WORK | 7,920.99 |
| 06/01/2012 | Payment - Thank you. (March, 2012 - 100% Expenses) | -910.52 |
| | BALANCE DUE | $13,575.28 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                06/30/2012
Wilmington  DE                                          ACCOUNT NO:        3000-12D
                                                        STATEMENT NO:           131

Fee Applications, Applicant

PREVIOUS BALANCE                                                          $4,484.50

| | | | HOURS | |
|---|---|---|---|---|
| 06/08/2012 | | | | |
| | TS | Review docket for objections to C&L interim fee application (.1); Draft Certificate of No Objection (.2) | 0.30 | 33.00 |
| | MTH | Various correspondence re CNO's to be filed | 0.20 | 78.00 |
| 06/10/2012 | | | | |
| | MTH | Reviewing pre-bill | 0.50 | 195.00 |
| 06/11/2012 | | | | |
| | TS | Review May prebill | 0.10 | 11.00 |
| 06/22/2012 | | | | |
| | MTH | Reviewing draft CNO for C&L Interim Fee Application; reviewing docket re same; signing CNO for filing and service | 0.10 | 39.00 |
| | TS | Finalize and e-file CNO's to the January through March 2012 interim fee applications of C&L | 0.20 | 22.00 |
| 06/25/2012 | | | | |
| | TS | Review  case docket for objections to C&L April fee application (.1); Prepare Certificate of No Objection (.2) | 0.30 | 33.00 |
| 06/27/2012 | | | | |
| | TS | Prepare May 2012 fee application of C&L | 0.40 | 44.00 |
| | | FOR CURRENT SERVICES RENDERED | 2.10 | 455.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.80 | $390.00 | $312.00 |
| Timothy Simpson | 1.30 | 110.00 | 143.00 |

W.R. Grace

Fee Applications, Applicant

|  |  |  |
|---|---|---|
| | TOTAL CURRENT WORK | 455.00 |
| | | |
| 06/01/2012 | Payment - Thank you. (March, 2012 - 80% Fees) | -1,274.40 |
| | | |
| | BALANCE DUE | $3,665.10 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
06/30/2012
ACCOUNT NO:      3000-13D
STATEMENT NO:           118

Fee Applications, Others

PREVIOUS BALANCE                                                                    $15,867.90

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 06/01/2012 |  |  |  |  |
| | TS | Update fee application tracking chart | 0.10 | 11.00 |
| 06/07/2012 |  |  |  |  |
| | TS | Review fee auditor report | 0.10 | 11.00 |
| 06/08/2012 |  |  |  |  |
| | TS | E-mail professionals re CNO to interim fee application | 0.10 | 11.00 |
| | TS | Review docket for objections to AKO interim fee application (.1); Draft Certificate of No Objection (.2) | 0.30 | 33.00 |
| | TS | Review docket for objections to Charter Oak interim fee application (.1); Draft Certificate of No Objection (.2) | 0.30 | 33.00 |
| | SMB | Review April 2012 application of Pricewaterhousecoopers LLP (.1) ; update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review May 2012 application of Alan B. Rich (.1) ; update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review April 2012 application of The Hogan Firm (.1) ; update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review April 2012 application of Scarfone Hawkins LLP (.1) ; update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review April 2012 application of Lauzon Belanger Lesperance (.1) ; update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review April 2012 application of Kramer Levin Naftalis & Frankel LLP (.1) ; update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review April 2012 application of Kirkland & Ellis LLP (.1) ; update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review March 2012 application of Woodcock Washburn LLP (.1) ; update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review April 2012 application of Norton Rose Canada LLP (.1) ; update weekly recommendation memorandum (.1) | 0.20 | 22.00 |

W.R. Grace

ACCOUNT NO:      3000-13D
STATEMENT NO:            118

Fee Applications, Others

| | | | HOURS | |
|---|---|---|---|---|
| | SMB | Review March 2012 application of Pachulski Stang Ziehl & Jones LLP (.1) ; update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review January through March 2012 application of Warren H. Smith & Associates, PC (.1) ; update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review April 2012 application of Blackstone Advisory Partners L.P. (.1) ; update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review April 2012 application of Ferry Joseph & Pearce P.A. (.1) ; update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| 06/11/2012 | | | | |
| | TS | Review docket for objections to LAS interim fee application (.1); Prepare Certificate of No Objection (.2) | 0.30 | 33.00 |
| | TS | Review docket for objections to C&D interim fee application (.1); Prepare Certificate of No Objection (.2) | 0.30 | 33.00 |
| | TS | E-mail A. Pelton re AKO April fee application filing | 0.10 | 11.00 |
| | TS | Review proposed fee order | 0.20 | 22.00 |
| 06/14/2012 | | | | |
| | SMB | Prepare January through March 2012 application of Pachulski Stang Ziehl & Jones LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Prepare May 2012 application of Alexander M. Sanders, Jr. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| 06/15/2012 | | | | |
| | MTH | Review correspondence from LC re fee applications and CNO | 0.10 | 39.00 |
| 06/18/2012 | | | | |
| | MTH | Review correspondence from DKW re Woodcock fee application | 0.10 | 39.00 |
| 06/20/2012 | | | | |
| | TS | Review April 2012 application of Duane Morris LLP(.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | TS | Review April 2012 application of Woodcock Washburn (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | TS | Review January to March 2012 application of Woodcock Washburn (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | TS | Review May 2012 application of Warren H. Smith & Associates P.C.(.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| 06/22/2012 | | | | |
| | TS | Review April  2012 application of Bilzin Sumberg Baena Price & Axelrod LLP LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | MTH | Reviewing draft CNO for Charter Oak Interim Fee Application; reviewing docket re same; signing CNO for filing and service | 0.20 | 78.00 |
| | MTH | Reviewing draft CNO for LAS Interim Fee Application; reviewing docket | | |

|     |     |     | HOURS |        |
| --- | --- | --- | ----- | ------ |
|     | re same; signing CNO for filing and service | | 0.10 | 39.00 |
| MTH | Reviewing draft CNO for Caplin & Drysdale Interim Fee Application; reviewing docket re same; signing CNO for filing and service | | 0.10 | 39.00 |
| MTH | Reviewing draft CNO for AKO Interim Fee Application; reviewing docket re same; signing CNO for filing and service | | 0.10 | 39.00 |
| TS | Finalize and e-file CNO's to the January through March 2012 interim fee applications of AKO, C&D, Charter Oak, and LAS. | | 0.80 | 88.00 |
| MTH | Review correspondence from TS to ACC professionals re CNO for April fee applications | | 0.10 | 39.00 |
| MTH | Review correspondence from MS re Norton Rose fee application | | 0.10 | 39.00 |
| 06/25/2012 | | | | |
| TS | Review  case docket for objections to C&D April fee application (.1); Prepare Certificate of No Objection (.2) | | 0.30 | 33.00 |
| TS | Review  case docket for objections to AKO April fee application (.1); Prepare Certificate of No Objection (.2) | | 0.30 | 33.00 |
| TS | Review  case docket for objections to Charter Oak April fee application (.1); Prepare Certificate of No Objection (.2) | | 0.30 | 33.00 |
| MTH | Review correspondence from CH re PG&S fee application | | 0.10 | 39.00 |
| MTH | Review correspondence from DF re CNO for Orrick April fee application | | 0.10 | 39.00 |
| MTH | Review correspondence from DF re Orrick May fee application | | 0.10 | 39.00 |
| 06/27/2012 | | | | |
| TS | E-mails with G. Sinclair re: Charter Oak May fee application (.1); Preparation of fee application (.3) | | 0.40 | 44.00 |
| MTH | Review correspondence from DKW re applications for compensation | | 0.10 | 39.00 |
| MTH | Review correspondence from GS re Charter Oak fee application | | 0.10 | 39.00 |
| 06/28/2012 | | | | |
| TS | Address e-mail from G. Sinclair re: changes to Charter Oak May 2012 fee application | | 0.20 | 22.00 |
| 06/29/2012 | | | | |
| SMB | Review May 2012 application of Norton Rose Canada LLP (.1) update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review May 2012 application of Orrick Herrington & Sutcliffe LLP (.1) update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review May 2012 application of Phillips Goldman & Spence, P.A. (.1) update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review April 2012 application of Casner & Edwards LLP (.1) update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review May 2012 application of Foley Hoag LLP (.1) update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| MTH | Review correspondence from LC (x2) re Hogan fee application; Lauzon fee application | | 0.20 | 78.00 |
| MTH | Review correspondence from TBB re Saul Ewing fee application | | 0.10 | 39.00 |

W.R. Grace

| | |
|---|---|
| ACCOUNT NO: | 3000-13D |
| STATEMENT NO: | 118 |

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
| MTH | Review correspondence from JBL re Reed Smith fee application | 0.10 | 39.00 |
| | FOR CURRENT SERVICES RENDERED | 10.90 | 1,703.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Santae M. Boyd | 4.00 | $110.00 | $440.00 |
| Mark T. Hurford | 1.80 | 390.00 | 702.00 |
| Timothy Simpson | 5.10 | 110.00 | 561.00 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 1,703.00 |

| | | |
|---|---|---|
| 06/01/2012 | Payment - Thank you. (March, 2012 - 80% Fees) | -3,589.60 |

|  |  |
|---|---|
| BALANCE DUE | $13,981.30 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
06/30/2012
ACCOUNT NO:        3000-14D
STATEMENT NO:               91

Financing

PREVIOUS BALANCE                                                                           $145.80

BALANCE DUE                                                                                 $145.80

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
06/30/2012
ACCOUNT NO:      3000-15D
STATEMENT NO:             133

Hearings

| | | HOURS | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $5,966.35 |
| 06/12/2012 | | | |
| KCD | Prepare for and attend oral argument on Garlock 2019 appeal (split with Flintkote) | 2.00 | 780.00 |
| 06/13/2012 | | | |
| MTH | Various correspondence re hearing preparations | 0.20 | 78.00 |
| | FOR CURRENT SERVICES RENDERED | 2.20 | 858.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.20 | $390.00 | $78.00 |
| Kathleen Campbell Davis | 2.00 | 390.00 | 780.00 |

| | | |
|---|---|---|
| TOTAL CURRENT WORK | | 858.00 |
| 06/01/2012   Payment - Thank you. (March, 2012 - 80% Fees) | | -280.80 |
| BALANCE DUE | | $6,543.55 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 06/30/2012 |
| Wilmington  DE | ACCOUNT NO:  3000-16D |
|  | STATEMENT NO:  118 |

Litigation and Litigation Consulting

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | | | -$145.50 |
| | | HOURS | |
| 06/08/2012 | | | |
| SMB | Prepare Motion for Admission Pro Hac Vice of Todd E. Phillips; address filing and service (split with Flintkote) | 0.10 | 11.00 |
| 06/11/2012 | | | |
| SMB | Review, retrieve and distribute recently filed pleadings to KCD (split with Flintkote) | 0.10 | 11.00 |
| 06/21/2012 | | | |
| MTH | Reviewing Memorandum Opinion and Order from Western District of PA re Garlock 2019 Appeals and related correspondence (split with Flintkote) | 0.30 | 117.00 |
| | FOR CURRENT SERVICES RENDERED | 0.50 | 139.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Santae M. Boyd | 0.20 | $110.00 | $22.00 |
| Mark T. Hurford | 0.30 | 390.00 | 117.00 |

| | | |
|---|---|---|
| TOTAL CURRENT WORK | | 139.00 |
| 06/01/2012 | Payment - Thank you. (March, 2012 - 80% Fees) | -31.20 |
| CREDIT BALANCE | | -$37.70 |

W.R. Grace

Litigation and Litigation Consulting

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
06/30/2012
ACCOUNT NO:    3000-17D
STATEMENT NO:    118

Plan and Disclosure Statement

| | | | | |
|---|---|---|---|---|
| | PREVIOUS BALANCE | | | $8,612.30 |

| | | | HOURS | |
|---|---|---|---|---|
| 06/08/2012 | | | | |
| | MTH | Reviewing information re settlements and correspondence with counsel re same | 0.50 | 195.00 |
| 06/17/2012 | | | | |
| | DAC | Review amended opinion confirming plan and memo | 1.00 | 520.00 |
| 06/18/2012 | | | | |
| | DAC | Reading Amended Memorandum Opinion re: Plan confirmation | 3.00 | 1,560.00 |
| | MTH | Multiple correspondence and communications re Reply to Anderson Memorial Rule 60 Motion; reviewing draft and revisions to same | 0.80 | 312.00 |
| | MTH | Reviewing response of Asbestos PD Futures Representative re Anderson Memorial Rule 60 Motion | 0.20 | 78.00 |
| 06/27/2012 | | | | |
| | MTH | Various correspondence with JON re draft opposition to Garlock motion to stay pending appeal; review of same | 0.30 | 117.00 |
| | MTH | Reviewing various Garlock filings with CA3 | 0.50 | 195.00 |
| | MTH | Reviewing Debtors' report to CA3 re status | 0.10 | 39.00 |
| 06/28/2012 | | | | |
| | MTH | Reviewing Memorandum and Order denying Motion to Stay Pending Appeal (filed by Garlock) | 0.30 | 117.00 |
| | | FOR CURRENT SERVICES RENDERED | 6.70 | 3,133.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 4.00 | $520.00 | $2,080.00 |
| Mark T. Hurford | 2.70 | 390.00 | 1,053.00 |

Page: 2

W.R. Grace

06/30/2012

ACCOUNT NO:        3000-17D
STATEMENT NO:             118

Plan and Disclosure Statement


|  | TOTAL CURRENT WORK | 3,133.00 |
|---|---|---|
| 06/01/2012 | Payment - Thank you. (March, 2012 - 80% Fees) | -3,338.40 |
|  | BALANCE DUE | $8,406.90 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 06/30/2012 |
| Wilmington  DE | ACCOUNT NO:    3000-18D |
|  | STATEMENT NO:    118 |

Relief from Stay Proceedings

PREVIOUS BALANCE                                                                    -$234.60

CREDIT BALANCE                                                                     -$234.60

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                                06/30/2012
Wilmington  DE                                        ACCOUNT NO:        3000-20D
                                                      STATEMENT NO:              117

Tax Litigation

PREVIOUS BALANCE                                                            $468.80

BALANCE DUE                                                                 $468.80

Any payments received after the statement date will be applied to next month's statement.  Please
note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1

W.R. Grace                                                      06/30/2012
Wilmington  DE                          ACCOUNT NO:       3000-21D
                                        STATEMENT NO:             109

Travel-Non-Working

PREVIOUS BALANCE                                            $386.00

BALANCE DUE                                                 $386.00

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|                    |                |            |
|--------------------|----------------|-----------:|
|                    |                |    Page: 1 |
| W.R. Grace         |                | 06/30/2012 |
| Wilmington  DE     | ACCOUNT NO:    |  3000-22D  |
|                    | STATEMENT NO:  |        122 |

Valuation


| | |
|---|---:|
| PREVIOUS BALANCE | $1,185.00 |
| BALANCE DUE | $1,185.00 |


Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                              06/30/2012
Wilmington  DE                                          ACCOUNT NO:          3000-23D
                                                        STATEMENT NO:                122

ZAI Science Trial

PREVIOUS BALANCE                                                             $1,203.30

BALANCE DUE                                                                  $1,203.30

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                                  06/30/2012
Wilmington  DE                                                   ACCOUNT NO:          3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-02 Asset Disposition | | | | | |
| 210.10 | 0.00 | 0.00 | 0.00 | 0.00 | $210.10 |
| 3000-03 Business Operations | | | | | |
| 120.00 | 0.00 | 0.00 | 0.00 | 0.00 | $120.00 |
| 3000-04 Case Administration | | | | | |
| 661.47 | 0.00 | 0.00 | 0.00 | 0.00 | $661.47 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 2,321.60 | 0.00 | 0.00 | 0.00 | 0.00 | $2,321.60 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| 514.80 | 0.00 | 0.00 | 0.00 | -312.00 | $202.80 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 14,451.84 | 4,056.00 | 0.00 | 0.00 | -3,156.80 | $15,351.04 |
| 3000-08 Employee Benefits/Pension | | | | | |
| -578.50 | 0.00 | 0.00 | 0.00 | 0.00 | -$578.50 |
| 3000-10 Employment Applications, Others | | | | | |
| 694.50 | 0.00 | 0.00 | 0.00 | 0.00 | $694.50 |
| 3000-11 Expenses | | | | | |
| 6,564.81 | 0.00 | 7,920.99 | 0.00 | -910.52 | $13,575.28 |
| 3000-12 Fee Applications, Applicant | | | | | |
| 4,484.50 | 455.00 | 0.00 | 0.00 | -1,274.40 | $3,665.10 |

W.R. Grace

Page: 2
06/30/2012
ACCOUNT NO:      3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-13 Fee Applications, Others | | | | | |
| 15,867.90 | 1,703.00 | 0.00 | 0.00 | -3,589.60 | $13,981.30 |
| 3000-14 Financing | | | | | |
| 145.80 | 0.00 | 0.00 | 0.00 | 0.00 | $145.80 |
| 3000-15 Hearings | | | | | |
| 5,966.35 | 858.00 | 0.00 | 0.00 | -280.80 | $6,543.55 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| -145.50 | 139.00 | 0.00 | 0.00 | -31.20 | -$37.70 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 8,612.30 | 3,133.00 | 0.00 | 0.00 | -3,338.40 | $8,406.90 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| -234.60 | 0.00 | 0.00 | 0.00 | 0.00 | -$234.60 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| 386.00 | 0.00 | 0.00 | 0.00 | 0.00 | $386.00 |
| 3000-22 Valuation | | | | | |
| 1,185.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,185.00 |
| 3000-23 ZAI Science Trial | | | | | |
| 1,203.30 | 0.00 | 0.00 | 0.00 | 0.00 | $1,203.30 |
| 62,900.47 | 10,344.00 | 7,920.99 | 0.00 | -12,893.72 | $68,271.74 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.