IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | |
| | : | Chapter 11 |
| | : | |
| W. R. GRACE & CO., et al, | : | Case No. 01-1139 (JJF) |
| | : | Jointly Administered |
| Debtor | : | **Objection Deadline: September 4, 2012** |

**NOTICE OF FORTY-FIFTH INTERIM FEE APPLICATION REQUEST OF
CAPLIN & DRYSDALE, CHARTERED FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD APRIL 1, 2012 THROUGH JUNE 30, 2012**

Name of Applicant:  Caplin & Drysdale, Chartered

Authorized to Provide Professional Services to:  The Official Committee of Asbestos Personal Injury Claimants

Date of Retention:  April 12, 2001

Period for which Compensation and Reimbursement is sought:  April 1, 2012 through June 30, 2012

Total Amount of Compensation sought as
actual, reasonable and necessary for applicable period: $94,862.75

Total Amount of Expense Reimbursement
sought as actual, reasonable and necessary for applicable period: $4,092.90

Total Amount of Compensation Paid as
actual, reasonable and necessary for applicable period: $12,882.00

Total Amount of Expense Reimbursement Paid
as actual, reasonable and necessary for applicable period: $23.76

Total Amount of Holdback Fees Sought for applicable period:  $18,972.55

{D0234552.1 }

**EXHIBIT D**

**CUMULATIVE SUMMARY OF MONTHLY APPLICATIONS OF
CAPLIN & DRYSDALE, CHARTERED, FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD APRIL 1, 2012 THROUGH JUNE 30, 2012**

**SUMMARY OF MONTHLY FEE AND EXPENSE STATEMENTS FOR COMPENSATION PERIOD:**

|  |  | Requested | | Paid | |
|---|---|---|---|---|---|
| **Date Filed** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| 5/29/2012 | June 2012 | $16,102.50 | $23.76 | $12,882.00 | $23.76 |
| 7/3/2012 | May 2012 | $37,193.75 | $3,083.98 | $0.00 | $0.00 |
| 8/1/2012 | June 2012 | $41,566.50 | $985.16 | $0.00 | 0.00 |

**CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY**

| Project Category (Examples) | Cumulative April to June 2012 Hours | Cumulative April to June 2012 Value | Cumulative From Start of Case Hours | Cumulative From Start of Case Value |
|---|---|---|---|---|
| Asset Analysis and Recovery | .5 | $353.50 | 24.7 | $ 13,840.50 |
| Asset Disposition | .0 | .00 | 8.8 | 5,366.00 |
| Business Operations | .1 | 93.50 | 63.4 | 36,200.50 |
| Case Administration | 7.8 | 3,832.00 | 5,621.8 | 1,775,705.00 |
| Claim Analysis Objection & Resolution (Asbestos) | .0 | .00 | 1,877.1 | 787,080.00 |
| Claim Analysis Objection & Resolution (Non-Asbestos) | .0 | .00 | 90.5 | 47,022.50 |
| Committee, Creditors', Noteholders' or Equity Holders' | .3 | 163.50 | 172.5 | 101,384.50 |
| Employee Benefits/Pension | .2 | 187.00 | 20.8 | 14,349.00 |
| Employment Applications, Applicant | .0 | .00 | 62.3 | 18,649.50 |

{D0234552.1 }

| | | | | |
|---|---:|---:|---:|---:|
| Employment Applications, Others | .0 | .00 | 89.2 | 42,674.00 |
| Fee Applications, Applicant | 27.2 | 11,944.00 | 904.3 | 316,220.50 |
| Fee Applications, Others | .0 | .00 | 124.4 | 49,164.00 |
| Financing | .0 | .00 | 5.4 | 4,521.00 |
| Hearings | .0 | .00 | 412.1 | 322,110.00 |
| Litigation and Litigation Consulting | 55.3 | 25,420.00 | 28,439.1 | 12,755,789.00 |
| Plan & Disclosure Statement | 55.6 | 49,250.50 | 5,951.9 | 3,633,580.50 |
| Relief from Stay Proceedings | .0 | .00 | 3.5 | 2,417.00 |
| Tax Issues | .0 | .00 | 139.2 | 56,206.00 |
| Tax Litigation | .0 | .00 | 29.7 | 10,175.00 |
| Travel-Non-Working | 9.0 | 3,618.75 | 1,855.8 | 491,416.00 |
| Valuation | .0 | .00 | 5.5 | 3,775.00 |
| ZAI Science Trial | .0 | .00 | 5.9 | 1,688.00 |
| Fraudulent Auditor Matters | .0 | .00 | .5 | 170.00 |
| Fee Auditor Matters | .0 | .00 | 194.5 | 98,519.50 |
| **Totals** | **156.0** | **$94,862.75** | **46,102.9** | **20,588,023.00** |

{D0234552.1 }

## CUMULATIVE EXPENSE SUMMARY

| Expense Category (Examples) | Total Expenses For The Period 04/01/12 – 06/30/12 | Total Expense From The Petition Date |
|---|---:|---:|
| Computer Assisted Research | $2,832.19 | $ 415,589.14 |
| Research Material | .00 | 12,254.04 |
| Air Freight & Express Mail | 68.27 | 25,081.63 |
| Outside Local Deliveries | .00 | 4,484.35 |
| Filing Fees | .00 | 164.75 |
| Outside Fax Service | .00 | 12.00 |
| Conference Meals | 69.75 | 14,418.22 |
| Outside Photocopy Service | .00 | 328,949.34 |
| Professional Fees & Expert Witness Fees | .00 | 2,215,805.86 |
| Court Reporting/Transcript Service | .00 | 220,225.49 |
| Miscellaneous Client Advances | .00 | 65,093.76 |
| Air & Train Transportation | 390.00 | 222,226.74 |
| Meals Related to Travel | 7.75 | 30,530.59 |
| Travel Expenses – Hotel Charges | 562.86 | 129,889.83 |
| Travel Expenses – Ground Transportation | 85.12 | 85,993.48 |
| Travel Expenses – Miscellaneous | .00 | 2,411.90 |
| Travel Expenses – LD Calls on Hotel Bill | .00 | 1,956.43 |
| Local Transportation - DC | 51.23 | 7,017.61 |
| Local Transportation – NY | .00 | 615.20 |
| Xeroxing | 4.90 | 116,143.95 |
| Postage | .00 | 6,980.95 |
| Overtime Expenses | .00 | .00 |
| Overtime Meals | .00 | 26.20 |
| Telecopier | .00 | 2,397.40 |
| Long Distance –Credit Card | .00 | 1,080.99 |
| Long Distance Telephone – DC | 5.48 | 2,596.69 |
| NYO Long Distance Telephone | .00 | 16,318.80 |
| Use of Cell/Home Phone | .00 | 3,216.99 |
| Conference Call Services | 15.35 | 22.47 |
| **TOTAL** | **$ 4,092.90** | **$ 3,931,504.80** |

{D0234552.1 }