# EXHIBIT A

## Asset Analysis and Recovery (.50 Hours; $ 353.50)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .20 | $935 | 187.00 |
| Jeffrey A. Liesemer | .30 | $555 | 166.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 4/9/2012 | JAL | 555.00 | 0.30 | Confer w/AJS re: motion for leave to pursue estate causes of action and complaint. |
| 4/17/2012 | PVL | 935.00 | 0.20 | Rv ACC reply re Integrity appeal |

**Total Task Code .01**     **.50**

## Business Operations (.10 Hours; $ 93.50)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $935 | 93.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 6/27/2012 | PVL | 935.00 | 0.10 | Rv memo re Brazil acq. |

**Total Task Code .03**     **.10**

## Case Administration (7.80 Hours; $ 3,832.00)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 1.80 | $935 | 1,683.00 |
| Rita C. Tobin | 2.60 | $545 | 1,417.00 |
| Eugenia Benetos | 1.20 | $225 | 270.00 |
| Mollie E. Gelburd | 2.20 | $210 | 462.00 |

{D0234543.1 }

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 4/6/2012 | RCT | 545.00 | 0.20 | Review local counsel recs re: EI update (.2). |
| 4/9/2012 | PVL | 935.00 | 0.10 | Rv 7 misc. filings |
| 4/13/2012 | RCT | 545.00 | 0.20 | Review local counsel recs re: EI update (.2). |
| 4/20/2012 | RCT | 545.00 | 0.20 | Review local counsel recs re: EI update (.2). |
| 4/23/2012 | PVL | 935.00 | 0.10 | Rv 2 misc. filings |
| 4/27/2012 | RCT | 545.00 | 0.20 | Review local counsel recs re: EI update (.2). |
| 5/4/2012 | RCT | 545.00 | 0.20 | Review docket and local counsel recommendations re: EI update (.2). |
| 5/8/2012 | PVL | 935.00 | 0.10 | Rv 5 misc. filings |
| 5/14/2012 | RCT | 545.00 | 0.20 | Review docket and local counsel recommendations re: EI update (.2). |
| 5/18/2012 | RCT | 545.00 | 0.20 | Review docket and local counsel recommendations re: EI update (.2). |
| 5/21/2012 | PVL | 935.00 | 0.10 | Rv 5 misc. filings |
| 5/25/2012 | PVL | 935.00 | 0.10 | Rv Garlock motion re jud. notice |
| 5/25/2012 | EB | 225.00 | 0.60 | Make changes and T/C with EH re: Players List. |
| 5/29/2012 | RCT | 545.00 | 0.20 | Review docket and local counsel recommendations re: EI update (.2). |
| 5/29/2012 | MEG | 210.00 | 0.30 | Organize and prepare cases cited in revised joint motion per TEP. |
| 5/30/2012 | MEG | 210.00 | 0.30 | Legislative research re state law regarding asbestos procedure per TEP. |
| 5/30/2012 | MEG | 210.00 | 1.00 | Retrieve filings and documents cited in joint motion per SJD (.4); cite check paper (.6) |
| 5/30/2012 | PVL | 935.00 | 0.10 | Rv draft opp. to Garlock jud. notice motion |
| 5/31/2012 | MEG | 210.00 | 0.60 | Retrieve cases cited in recently filed motion per TEP and LMK (.3); organize and prepare sets of same (.3). |

{D0234543.1 }

| 6/1/2012 | RCT | 545.00 | 0.20 | Review docket and local counsel recommendations (.2). |
| 6/4/2012 | PVL | 935.00 | 0.10 | Rv 8 misc. filings |
| 6/7/2012 | EB | 225.00 | 0.60 | Perform review of Omnibus Order and send email. |
| 6/8/2012 | RCT | 545.00 | 0.20 | Review docket and local counsel recommendations re: EI update (.2). |
| 6/8/2012 | PVL | 935.00 | 0.40 | Cn KCM |
| 6/12/2012 | PVL | 935.00 | 0.10 | Cn KCM |
| 6/15/2012 | RCT | 545.00 | 0.20 | Revie docket and local counsel recommendations (.2). |
| 6/22/2012 | PVL | 935.00 | 0.30 | Rv 6 misc. filings (.1); cn KCM (.2) |
| 6/22/2012 | RCT | 545.00 | 0.20 | Review docket and local counsel recommendations (.2). |
| 6/28/2012 | PVL | 935.00 | 0.30 | Teleconf. Perkins (claimant) |
| 6/29/2012 | RCT | 545.00 | 0.20 | Review docket and local counsel recommendations (.2). |

**Total Task Code .04        7.80**


**Committee, Creditors', Noteholders' or Equity Holders' (.30 Hours; $ 163.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | .30 | $545 | 163.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 6/11/2012 | RCT | 545.00 | 0.30 | Review order (.3). |

**Total Task Code .07        .30**

{D0234543.1 }

**Employee Benefits/Pension (.20 Hours; $ 187.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .20 | $935 | 187.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 5/10/2012 | PVL | 935.00 | 0.10 | Rv draft LTIP motion |
| 5/29/2012 | PVL | 935.00 | 0.10 | Rv Rapp memo re LTIP |

**Total Task Code .08        .20**


**Fee Applications, Applicant (27.20 Hours; $ 11,944.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 18.20 | $545 | 9,919.00 |
| Eugenia Benetos | 9.00 | $225 | 2,025.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 4/2/2012 | RCT | 545.00 | 0.30 | Address fee issues (.3). |
| 4/2/2012 | EB | 225.00 | 0.60 | Work on payment breakdown. |
| 4/2/2012 | RCT | 545.00 | 0.20 | Conferences with EB re: fee applications, April 2012 (.2). |
| 4/9/2012 | RCT | 545.00 | 0.90 | Review pre-bills (.9). |
| 4/11/2012 | RCT | 545.00 | 0.90 | Address fee matters (.9). |
| 4/12/2012 | RCT | 545.00 | 0.90 | Review draft fee application exhibits (.9). |
| 4/13/2012 | RCT | 545.00 | 0.20 | Emails PVNL, telephone conference M. Hurford, conference EI re: Committee expense issue (.2). |
| 4/16/2012 | RCT | 545.00 | 0.10 | Conference EI re: expense issue and email/telephone call to P. Milch re: same (.1). |
| 4/23/2012 | EB | 225.00 | 0.60 | Work on check breakdown for EI. |

{D0234543.1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 4/23/2012 | RCT | 545.00 | 0.20 | Telephone conference with M. Hurford re: Committee expense issue (.1); review relevant case law re: Committee expense issue (.1). |
| 4/24/2012 | RCT | 545.00 | 0.30 | Telephone conference M. Hurford re: Committee expense issue and review BAPCPA legislation re: same (.2); draft email memo to EI and PVNL re: Committee expense issue (.1). |
| 4/24/2012 | RCT | 545.00 | 0.90 | Conference EB re: expense issue (.2); review files re: expense issue (.7). |
| 4/25/2012 | RCT | 545.00 | 0.30 | Review T. Simpson email re: CNOs and respond (.3). |
| 4/25/2012 | RCT | 545.00 | 1.00 | Address fee and expense issues (1.0). |
| 4/27/2012 | RCT | 545.00 | 1.10 | Review and edit monthly fee application (1.0); conference EB re: exhibit edits (.1). |
| 4/27/2012 | EB | 225.00 | 1.70 | Work on monthly fee application (1.1); edits and T/C with APB re: exh. B (.6). |
| 4/30/2012 | RCT | 545.00 | 0.20 | Conference EB re: May fee application schedules (.2). |
| 5/3/2012 | RCT | 545.00 | 0.20 | Review fee schedules for May (.2). |
| 5/4/2012 | RCT | 545.00 | 0.60 | Address fee issues (.6). |
| 5/4/2012 | EB | 225.00 | 0.60 | Perform check breakdown for EI and JR. |
| 5/7/2012 | EB | 225.00 | 1.40 | Work on interim fee application. |
| 5/7/2012 | RCT | 545.00 | 0.50 | Address fee and expense issues (.5). |
| 5/8/2012 | RCT | 545.00 | 1.20 | Review interim fee application & exhibits (1.2). |
| 5/8/2012 | RCT | 545.00 | 0.50 | Review prebills (.5). |
| 5/9/2012 | RCT | 545.00 | 0.50 | Review exhibits (.5). |
| 5/17/2012 | RCT | 545.00 | 2.40 | Review fee application (1.0); address fee/expense issues (1.2); address payment issue (.2). |
| 5/17/2012 | EB | 225.00 | 1.10 | Work on application. |
| 5/23/2012 | RCT | 545.00 | 0.40 | Address fee auditor issue (.4). |

{D0234543.1 }

| Date | | Rate | Hours | Description |
|---|---|---|---|---|
| 6/1/2012 | EB | 225.00 | 0.60 | Review check and create check breakdown for EI. Update fee application schedule accordingly. |
| 6/1/2012 | RCT | 545.00 | 0.20 | Review fee application schedules for June (.2). |
| 6/7/2012 | RCT | 545.00 | 0.30 | Review emails re: order (.2); email to EB re: same (.1). |
| 6/7/2012 | RCT | 545.00 | 0.20 | Address fee issues (.2). |
| 6/13/2012 | RCT | 545.00 | 0.80 | Review prebills (.8). |
| 6/13/2012 | EB | 225.00 | 0.60 | Update case spreadsheet re: fees and expense requests and QC all requests made from the inception of the case. |
| 6/14/2012 | RCT | 545.00 | 0.20 | Review Hurford, PVNL emails re: fee orders (.2). |
| 6/14/2012 | RCT | 545.00 | 0.80 | Review exhibits (.8). |
| 6/19/2012 | EB | 225.00 | 1.20 | Work on fee application. |
| 6/19/2012 | RCT | 545.00 | 1.10 | Review monthly fee application (1.1). |
| 6/21/2012 | EB | 225.00 | 0.60 | Review and update fee application schedule re: fees and expenses for monthlies and interims and dates of payment re: same. |
| 6/22/2012 | RCT | 545.00 | 0.20 | Review emails re: CNOs and conference EB re: same (.2). |
| 6/27/2012 | RCT | 545.00 | 0.60 | Address fee and expense issue (.6). |

**Total Task Code .12**   27.20

**Litigation and Litigation Consulting (55.30 Hours; $ 25,420.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .20 | $1,000 | 200.00 |
| Kevin C. Maclay | 22.90 | $555 | 12,709.50 |
| James P. Wehner | 2.10 | $555 | 1,165.50 |
| Jeanna Rickards Koski | 3.60 | $420 | 1,512.00 |
| Andrew J. Sackett | 8.70 | $380 | 3,306.00 |
| Todd E. Phillips | 16.30 | $380 | 6,194.00 |

{D0234543.1 }

| | | | | |
|---|---|---|---|---|
| Sara Joy DelSavio | | 1.20 | $225 | 270.00 |
| Zachary D. Orsulak | | .30 | $210 | 63.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 5/17/2012 | JPW | 555.00 | 1.10 | E-mails re Garlock record supplementation (.3); review proposed supplementation (.8) |
| 5/18/2012 | TEP | 380.00 | 0.10 | Attend conference call re: appeal. |
| 5/21/2012 | TEP | 380.00 | 0.20 | Legal research re: Garlock's motion to supplement. |
| 5/22/2012 | TEP | 380.00 | 1.60 | Legal research re: Garlock's motion to supplement (3.2); prepare opposition re: same (3.2). (Split among 4 clients.) |
| 5/23/2012 | TEP | 380.00 | 1.00 | Legal research re: Garlock's motion to supplement (2.4); prepare opposition re: same (1.5). (Split among 4 clients.) |
| 5/24/2012 | TEP | 380.00 | 0.30 | Attend conference calls re: upcoming hearing (.6); research re: opposition brief (.6). (Split among 4 clients.) |
| 5/25/2012 | TEP | 380.00 | 0.10 | Prepare and edit opposition brief. |
| 5/26/2012 | TEP | 380.00 | 0.20 | Prepare and edit opposition brief. |
| 5/27/2012 | TEP | 380.00 | 0.80 | Legal research re: opposition brief (1.1); prepare and edit brief re: same (2.0). (Split among 4 clients.) |
| 5/29/2012 | TEP | 380.00 | 1.20 | Prepare and edit opposition brief (3.4); confer with KCM re: same (1.4). (Split among 4 clients.) |
| 5/30/2012 | SJD | 225.00 | 1.20 | Cite check and edit appeal brief. (Split among 4 clients) |
| 5/30/2012 | TEP | 380.00 | 2.00 | Review briefing re: opposition to Garlock's motion (7.1); confer with co-appellees (.4); attend conference calls re: joint response and opposition to motion (.5). (Split among 4 clients.) |
| 5/31/2012 | TEP | 380.00 | 0.60 | Prepare and edit insert for joint letter to Court (1.3); confer with KCM re: same (.3); prepare and edit opposition brief (.7); confer with KCM re: same (.3) (Split among 4 clients) |
| 6/1/2012 | KCM | 555.00 | 0.20 | 5/17/2012 Entry - Communicate with JPW, PVNL and EI re appeal issue (.4); plan/prepare for and |

{D0234543.1 }

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| | | | | attend conference call re appeal (.4) (Divided among 4 clients) |
| 6/1/2012 | KCM | 555.00 | 0.50 | 5/22/2012 entry - Communicate with co-appellees re appeal issues (.6); review motion to supplement and related materials and plan/prepare response (1.4) (Split among 4 clients) |
| 6/1/2012 | KCM | 555.00 | 1.00 | 5/25/2012 Entry -Review/analyze opposition and related cases and materials (4.0). (Split among 4 clients) |
| 6/1/2012 | KCM | 555.00 | 0.50 | 5/28/2012 Entry - Review/edit oppositions and review/analyze related materials (2.0). (Split among 4 clients) |
| 6/1/2012 | KCM | 555.00 | 0.90 | 5/29/2012 Entry - Review/edit oppositions, additional proposed edits, and cases and materials and communicate with TEP re same (3.6). (Split among 4 clients). |
| 6/1/2012 | KCM | 555.00 | 2.40 | 5/30/2012 Entry - Attend conference calls with co-appellees and one with appellant (.9); draft/revise Declarations and review/analyze related materials (4.2); review/edit opposition and review/analyze related briefs, cases and materials (4.5) (Total time 9.60 hrs divided among 4 clients). |
| 6/1/2012 | ZDO | 210.00 | 0.30 | 5/31/2012 Entry - Finalize Delaware appeal binders (1.2). (Divided among 4 clients) |
| 6/1/2012 | KCM | 555.00 | 1.00 | Entry of May 31, 2012 - Review/edit language re oral argument and draft letter to Court and communicate with co-appellees re same (1.9); review opposition brief and related materials and communicate with TEP and co-appellees re same (1.1); review/analyze memo to ACC re hearing (1.0) (Total 4.0 hrs divided among 4 clients) |
| 6/1/2012 | EI | 1,000.00 | 0.20 | 5/20/2012 Entry - Read draft of supplement record brief (.8).Divided among 4 clients |
| 6/1/2012 | KCM | 555.00 | 0.30 | (Late entry 5/1) Review/analyze revised standing brief (1.2) (Divided among 4 clients) |
| 6/1/2012 | KCM | 555.00 | 0.80 | Review/edit joint letter to court (1.2); review/analyze related communications and materials and review/analyze cases and materials re appeal issues (2.0) (Total time 3.20 hrs divided among 4 clients). |

{D0234543.1 }

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 6/1/2012 | KCM | 555.00 | 1.10 | 5/24/2012 Entry - Plan/prepare for and attend conference calls with co-appellees and appellants (.6); review cases, briefs and materials re appeal issues (3.8) (Split among 4 clients) |
| 6/1/2012 | TEP | 380.00 | 0.10 | Review joint letter submission (.1); confer with KCM re: same (.1). (Total time of 0.2 divided between 2 clients). |
| 6/3/2012 | KCM | 555.00 | 0.30 | Draft/revise 2019 memo and review/analyze related materials (Total time 1.2 hrs divided among 4 clients). |
| 6/4/2012 | TEP | 380.00 | 0.40 | Review appellate pleadings. (Total 1.6 hrs divided among 4 clients) |
| 6/5/2012 | TEP | 380.00 | 1.30 | Prepare materials re: oral argument; confer with KCM re: same. (Total 5.2 hrs divided among 4 clients) |
| 6/5/2012 | KCM | 555.00 | 0.30 | Review memo and materials re Kherker complaint (.8); communicate with JPW re same for potential oral argument response (.4) (Total 1.2 hrs divided among 4 clients) |
| 6/6/2012 | KCM | 555.00 | 0.50 | Review/briefs, cases and materials re appeal issues (Total 2.0 hrs divided among 4 clients) |
| 6/6/2012 | TEP | 380.00 | 0.70 | Prepare materials re: oral argument (2.2); confer with KCM and JMRK re: same (.5). (Total time of 2.7 hours divided among 4 clients.) |
| 6/6/2012 | JMR | 420.00 | 1.40 | Review briefs and review research regarding the application of section 107 and standing (4.2); review caselaw (1.3); confer with KCM regarding preparation (.1) (Total 5.6 hrs divided among 4 clients) |
| 6/7/2012 | AJS | 380.00 | 0.40 | Phone call w/ TEP re oral argument outline for Rule 2019 exhibit access appeal (0.1); review of emails from TEP re oral argument outline for Rule 2019 exhibit access appeal (0.2); review of briefs for Rule 2019 exhibit access appeal (1.0); prep of oral argument outline for Rule 2019 exhibit access appeal (0.3). (Total time of 1.6 hours split among 4 different clients.) |

{D0234543.1 }

| Date | Tkpr | Rate | Hours | Description |
|---|---|---|---|---|
| 6/7/2012 | JMR | 420.00 | 1.10 | Review research for appeal and send e-mails re same to KCM (4.); review caselaw (.4) (Total 4.4 hrs divided among 4 clients) |
| 6/7/2012 | TEP | 380.00 | 0.20 | Prepare materials re: oral argument (.3); confer with KCM and JMRK re: same (.5). (Total time of 0.8 hour divided among 4 clients.) |
| 6/7/2012 | KCM | 555.00 | 0.80 | Review/analyze briefs, cases and materials re oral argument (Total 3.2 hrs divided among 4 clients) |
| 6/8/2012 | KCM | 555.00 | 2.20 | Plan/prepare for oral argument and review/analyze related briefs, cases, materials and outlines (Total 8.8 hrs divided among 4 clients) |
| 6/8/2012 | KCM | 555.00 | 0.10 | Review Garlock reply brief re judicial notice and related materials (Total 0.4 hrs divided among 4 clients) |
| 6/8/2012 | KCM | 555.00 | 0.10 | Meet with TEP re research and related issues for appeal oral argument (Total 0.4 hrs divided among 4 clients) |
| 6/8/2012 | TEP | 380.00 | 2.40 | Prepare and review materials re: oral argument (9.2); confer with KCM re: same (.4). (Total time of 9.6 hours divided among 4 clients.) |
| 6/9/2012 | TEP | 380.00 | 0.60 | Prepare materials for oral argument. (Total 2.8 hrs divided among 4 clients) |
| 6/9/2012 | AJS | 380.00 | 0.10 | Phone call w/ KCM re Rule 2019 exhibit appeal oral argument preparation. (Total 0.4 hrs divided among 4 clients) |
| 6/10/2012 | AJS | 380.00 | 1.20 | Voice mails to and from KCM re Rule 2019 exhibit oral argument preparation (0.1); phone call w/ KCM re Rule 2019 exhibit appeal oral argument preparation (0.2); legal research re Rule 2019 exhibit appeal oral argument preparation (2.7); phone call w/ KCM re Rule 2019 exhibit appeal oral argument preparation (0.6); phone call w/ KCM re Rule 2019 exhibit appeal oral argument preparation (0.5); prep of memo re legal research re Rule 2019 exhibit appeal oral argument preparation (0.7) prep of email to KCM re legal research re Rule 2019 exhibit appeal oral argument preparation (0.1). (Total time of 4.9 hours split among 4 clients.) |

{D0234543.1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 6/10/2012 | TEP | 380.00 | 0.20 | Prepare materials for oral argument re: Garlock's 2019 appeal. (Total 0.8 hrs divided among 4 clients) |
| 6/10/2012 | KCM | 555.00 | 0.40 | Plan/prepare for and communicate with co-appellee counsel re oral argument (Total 1.6 hrs divided among 4 clients) |
| 6/10/2012 | KCM | 555.00 | 2.10 | Plan/prepare for oral argument (4.0) draft/revise oral argument outline (1.2), and review/analyze related briefs, cases, materials and outlines (8.4). (Total 1.6 hrs divided among 4 clients) |
| 6/11/2012 | KCM | 555.00 | 2.80 | Plan/prepare for oral argument (8.5); review/analyze related materials (2.3); communicate with co-appellee counsel re same (0.4) (Total 11.2 hrs divided among 4 clients) |
| 6/11/2012 | TEP | 380.00 | 0.40 | Prepare for oral argument re: Garlock's 2019 appeal (1.2); confer with co-appellees counsel (0.4) (Total time 1.6 hours divided among 4 clients) |
| 6/11/2012 | AJS | 380.00 | 0.60 | Prep and review of emails to and from KCM re oral argument outline for Rule 2004 Exhibit access appeal (0.1); review of oral argument outline for Rule 2004 Exhibit access appeal (0.2); legal research re oral argument outline for Rule 2004 Exhibit access appeal (1.6); meetings w/ KCM re oral argument outline for Rule 2004 Exhibit access appeal (0.3); revision of oral argument outline for Rule 2004 Exhibit access appeal (0.2); prep of email to KCM re legal research re oral argument outline for Rule 2004 Exhibit access appeal (0.1); phone call w/ KCM re legal research re oral argument outline for Rule 2004 Exhibit access appeal (0.1). (Total time of 2.6 hours split among 4 different clients.) |
| 6/11/2012 | AJS | 380.00 | 0.20 | Prep and review of emails to and from KCM re Grace Confirmation opinion and order (0.3); review of Grace Confirmation opinion and order (0.5). (Total 0.8 hrs divided among 4 clients) |
| 6/11/2012 | JPW | 555.00 | 1.00 | Review district court ruling. |
| 6/12/2012 | AJS | 380.00 | 4.10 | Phone call w/ EI re Grace confirmation opinion and order (0.1); prep of email to PVNL re Grace confirmation opinion and order (0.1); prep of email to PVNL re Grace confirmation opinion and order (0.1); meeting w/ PVNL re Grace confirmation opinion and order (0.3); review of Grace |

{D0234543.1 }

| | | | | |
|---|---|---|---|---|
| | | | | confirmation opinion and order (2.0); prep of memo re Grace confirmation opinion and order (1.5). |
| 6/12/2012 | AJS | 380.00 | 0.10 | Meeting w/ KCM and TEP re oral argument re Rule 2019 Exhibit Appeal. (Total 0.4 hrs divided among 4 clients) |
| 6/12/2012 | TEP | 380.00 | 1.70 | Prepare for and attend oral argument re: Garlock's 2019 appeal.  (Total time of 6.8 hours divided among 4 clients.) |
| 6/12/2012 | KCM | 555.00 | 1.30 | Plan/prepare for and make oral argument (Total 5.2 hrs divided among 4 clients) |
| 6/12/2012 | KCM | 555.00 | 0.30 | Confer with co-appellees and TEP re appeal issues (Total 1.2 hrs divided among 4 clients) |
| 6/13/2012 | AJS | 380.00 | 1.50 | Meeting w/ JPW re report on amended memorandum opinion confirming plan (0.1); revision of report on amended memorandum opinion confirming plan (0.4); prep of email to EI re report on amended memorandum opinion confirming plan (0.1); meeting w/ EI re report on amended memorandum opinion confirming plan (0.2); prep and review of emails to and from KCM and JPW re initial plan confirmation opinion (0.1); prep of email to PVNL re report on amended memorandum opinion confirming plan (0.1); review of initial opinion and docket and revision of report on amended memorandum opinion confirming plan (0.5). |
| 6/14/2012 | AJS | 380.00 | 0.40 | Prep and review of emails to and from PVNL re report on amended memorandum opinion confirming plan (0.1); revision of report on amended memorandum opinion confirming plan (0.1); prep of email to committee re report on amended memorandum opinion confirming plan (0.2). |
| 6/14/2012 | KCM | 555.00 | 0.70 | Review/analyze various 2019 filings and documents (.8); plan/prepare motion to amend 2019 orders (2.) (Total 2.8 hrs divided among 4 clients) |
| 6/18/2012 | JMR | 420.00 | 0.90 | Prepare motion for revised order.  (Total time of 3.6 hours split among 4 clients.) |
| 6/19/2012 | JMR | 420.00 | 0.20 | Revise motion for revised order.  (Total time of 0.8 hour split among 4 clients.) |

{D0234543.1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 6/19/2012 | KCM | 555.00 | 0.30 | Review/analyze briefs and materials re motion to amend 2019 order (Total 1.2 hrs divided among 4 clients) |
| 6/21/2012 | KCM | 555.00 | 0.20 | Review PA Order and decision and communicate with co-appellees re same (.8). (Divided among 4 clients) |
| 6/21/2012 | KCM | 555.00 | 0.30 | Review 2019 materials re motion. (Total 1.2 hrs divided among 4 clients) |
| 6/21/2012 | TEP | 380.00 | 0.10 | Confer with KCM re: WDPA cases. (Total .04 hrs divided among 4 clients) |
| 6/22/2012 | TEP | 380.00 | 0.10 | Attend conference call re: WDPA appeal. (Total .04 hrs divided among 4 clients) |
| 6/22/2012 | KCM | 555.00 | 0.10 | Attend telephone conference with co-appellees re appeal issues. (Total .04 hrs divided among 4 clients) |
| 6/22/2012 | KCM | 555.00 | 0.10 | Plan/prepare for and meet with PVNL re appeal issues (Total .04 hrs divided among 4 clients) |
| 6/22/2012 | KCM | 555.00 | 0.30 | Review appeal papers re potential issues. (Total 1.2 hrs divided among 4 clients) |
| 6/27/2012 | AJS | 380.00 | 0.10 | Review of decision denying stay. (Total 0.4 hrs divided among 4 clients) |
| 6/27/2012 | KCM | 555.00 | 0.70 | Review transcript of oral argument and related materials. (Total 2.8 hrs divided among 4 clients) |
| 6/29/2012 | KCM | 555.00 | 0.30 | Review transcript and hearing outline and notes and edit errors in transcript. (Total time of 1.2 hours split among 4 clients.) |

**Total Task Code .16      55.30**


**Plan & Disclosure Statement (55.60 Hours; $ 49,250.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 9.50 | $1,000 | 9,500.00 |
| Peter Van N. Lockwood | 36.70 | $935 | 34,314.50 |
| Ronald E. Reinsel | .70 | $715 | 500.50 |

{D0234543.1 }

| | | | |
|---|---|---|---|
| Ann C. McMillan | 1.20 | $645 | 774.00 |
| Jeffrey A. Liesemer | 2.30 | $555 | 1,276.50 |
| Kevin C. Maclay | 5.10 | $555 | 2,830.50 |
| Rita C. Tobin | .10 | $545 | 54.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 4/2/2012 | EI | 1,000.00 | 0.30 | Telephone conference with J. Sinclair re: warrants pricing (.3). |
| 4/9/2012 | RCT | 545.00 | 0.10 | Review emails re: CNOs and response (.1). |
| 4/9/2012 | PVL | 935.00 | 0.40 | Rv revised drafts of BNSF agmt |
| 4/9/2012 | EI | 1,000.00 | 0.10 | Status inquiry with R. Wyron re: Montana (.1). |
| 4/10/2012 | KCM | 555.00 | 0.10 | Review Grace order |
| 4/12/2012 | PVL | 935.00 | 1.00 | Teleconference Wyron (.9); rv email (.1) |
| 4/17/2012 | PVL | 935.00 | 0.30 | Telephone conference Wyron |
| 4/18/2012 | PVL | 935.00 | 1.10 | Tcn Donley, Paul, Frankel & Wyron |
| 4/18/2012 | EI | 1,000.00 | 0.20 | Claimant call (.1); telephone conference PVNL re: Quigley decision effect (.1). |
| 4/19/2012 | PVL | 935.00 | 0.20 | Rv BNSF agmt. (.1); teleconference and email Donley (.1) |
| 4/20/2012 | PVL | 935.00 | 0.10 | Rv Monaco ltr |
| 4/22/2012 | PVL | 935.00 | 0.20 | Rv settlement motion |
| 4/23/2012 | PVL | 935.00 | 0.10 | Rv email & reply |
| 4/24/2012 | PVL | 935.00 | 0.80 | Tcn Finke, Donley, Frankel, Wyron, EI et al (.7); rv email (.1) |
| 4/24/2012 | EI | 1,000.00 | 0.70 | Plan proposals conference call re: Montana, etc. (.7). |
| 4/26/2012 | PVL | 935.00 | 5.30 | Prepare for meeting w/Donley et al (2.1); cn Donley, Paul, Landau, Frankel, Wyron et al (2.8); cn Frankel and Wyron (0.2); prepare for 5/8 hearing (0.2) |
| 5/1/2012 | PVL | 935.00 | 0.30 | Rv Grace 2012 Op. Plan (.2); rv emails and reply (.1) |
| 5/1/2012 | EI | 1,000.00 | 0.20 | Telephone conference with R. Horkovich re: insurance issue (.2). |

{D0234543.1 }

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 5/2/2012 | EI | 1,000.00 | 0.10 | Telephone conference with J. Sinclair re: counteroffer on warrants (.1). |
| 5/4/2012 | EI | 1,000.00 | 0.10 | Read Weekly financial report (.1). |
| 5/4/2012 | PVL | 935.00 | 4.60 | Rv draft ltr to Monaco and email re same (.5); prepare for hearing (3.7); teleconference EI (.2); rv Montana limited obj. (.2) |
| 5/5/2012 | PVL | 935.00 | 1.00 | Prepare for D. Ct. hearing |
| 5/6/2012 | PVL | 935.00 | 0.30 | Prepare for hearing |
| 5/7/2012 | PVL | 935.00 | 3.60 | Conf. Donley, Paul, Frankel, Wyron, Shelnitz (by telephone) and Finke (by telephone) |
| 5/7/2012 | EI | 1,000.00 | 0.10 | Memo re: status of Montana (.1). |
| 5/8/2012 | PVL | 935.00 | 3.70 | Attend hearing (2.7); cn Bentley (.2); teleconference EI (.7); prepare for hearing (.1) |
| 5/9/2012 | PVL | 935.00 | 1.10 | Tcn Donley, Paul, Frankel & Wyron (1.0); rv emails (.1) |
| 5/11/2012 | PVL | 935.00 | 0.20 | Rv emails & reply |
| 5/14/2012 | PVL | 935.00 | 0.70 | Tcn Donley, Paul, Giannotti, Ifft, Schiavone, Phillips, Frankel et al (.4); rv emails and reply (.1); rv BNSF agmt and execute same (.2) |
| 5/15/2012 | EI | 1,000.00 | 0.10 | Trust meeting (.1). |
| 5/17/2012 | PVL | 935.00 | 0.50 | Rv emails and reply (.2); teleconference Wyron (.3) |
| 5/18/2012 | PVL | 935.00 | 1.40 | Rv emails & reply (.3); teleconference Wyron (1.1) |
| 5/21/2012 | PVL | 935.00 | 0.10 | Rv emails |
| 5/21/2012 | EI | 1,000.00 | 1.20 | Prepared for meeting with FCR (1.0); attention to call with Department of Justice lawyer re: HHS with ACM (.2). |
| 5/22/2012 | EI | 1,000.00 | 2.10 | Conference J. Sinclair, B. Rapp, J. Radecki, R. Frankel and R. Wyron re: warrants buy-out offer (2.0); HHS issue with ACM (.1). |
| 5/22/2012 | PVL | 935.00 | 0.60 | Tcn Shelnitz, Finke, Donley, Paul, Frankel & Wyron |

{D0234543.1 }

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 5/23/2012 | PVL | 935.00 | 0.10 | Rv emails |
| 5/23/2012 | ACM | 645.00 | 1.20 | Teleconference EI re Medicare issues (.3); teleconference EI, K. Burdette, G. Kurz re same (.4); teleconference D. Cohen re same (.2); send e-mail to G. Kurz re same (.3). |
| 5/23/2012 | EI | 1,000.00 | 0.70 | Telephone conference with ACM, K. Burdette (DOJ) and Gary Kurz (GC HHS) re: medicare and trust issues (.5); telephone conference TWS re: fee application issue (.2). |
| 5/24/2012 | EI | 1,000.00 | 1.50 | Preparation and Montana call to set up meeting (.5); memo to Committee re: warrants (1.0). |
| 5/25/2012 | PVL | 935.00 | 0.20 | Rv emails |
| 5/29/2012 | PVL | 935.00 | 0.20 | Rv AMH reh. mot. |
| 5/29/2012 | EI | 1,000.00 | 0.10 | Telephone conference J. Sinclair re: warrant status (.1). |
| 5/30/2012 | EI | 1,000.00 | 0.10 | Warrant proposal memo (.1). |
| 5/31/2012 | EI | 1,000.00 | 0.10 | Telephone conference with J. Sinclair re: warrant proposal (.1). |
| 6/1/2012 | EI | 1,000.00 | 0.20 | Warrant proposal with J. Sinclair (.2). |
| 6/4/2012 | PVL | 935.00 | 0.10 | Rv emails & reply |
| 6/5/2012 | PVL | 935.00 | 0.60 | Tcn Shelnitz, Finke, Donley, Paul, Frankel & Wyron (.5); rv emails (.1) |
| 6/5/2012 | EI | 1,000.00 | 0.10 | Conference PVNL re: Canada (.1). |
| 6/7/2012 | PVL | 935.00 | 0.10 | Rv Giannotto ltr |
| 6/11/2012 | PVL | 935.00 | 1.30 | Rv amended Buckwalter opinion |
| 6/12/2012 | PVL | 935.00 | 0.30 | Cn AJS |
| 6/12/2012 | RER | 715.00 | 0.70 | Review USDC opinion re: confirmation. |
| 6/13/2012 | EI | 1,000.00 | 0.10 | Telephone conferences with JPW re: status of subpoena (.1). |
| 6/13/2012 | KCM | 555.00 | 3.90 | Review/analyze confirmation decision and related documents |

{D0234543.1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 6/13/2012 | PVL | 935.00 | 0.40 | Rv draft resp. to AMH motion (.3); rv AJS memo & reply (.1) |
| 6/14/2012 | EI | 1,000.00 | 0.10 | Telephone conference J. Frankel re: Montana (.1). |
| 6/14/2012 | PVL | 935.00 | 1.30 | Teleconference Wyron (.1); rv draft resp. to AMH (.7); rv revised draft resp. to AMH & email comments (.5) |
| 6/14/2012 | JAL | 555.00 | 0.30 | Review of memo from EI and AJS re: Judge Buckwalter's amended confirmation opinion. |
| 6/14/2012 | KCM | 555.00 | 0.30 | Review/analyze memo to ACC re Grace ruling |
| 6/15/2012 | PVL | 935.00 | 0.10 | Rv emails & reply |
| 6/18/2012 | EI | 1,000.00 | 0.60 | Read District Court opinion re: Garlock (.5); telephone conference J. Sinclair re: warrant purchse (.1). |
| 6/18/2012 | PVL | 935.00 | 0.30 | Rv revised draft resp. to AMH motion & reply (.3); rv Sanders resp. to AMH motion (.1) |
| 6/19/2012 | JAL | 555.00 | 0.30 | Review and analysis of District Court's amended opinion. |
| 6/19/2012 | PVL | 935.00 | 1.20 | Tcn Shelnitz, Finke, Donley, Paul, Frankel et al |
| 6/20/2012 | JAL | 555.00 | 0.20 | Review and analysis of District Court's amended confirmation decision. |
| 6/21/2012 | EI | 1,000.00 | 0.10 | J. Sinclair memo and response re: warrants (.1). |
| 6/22/2012 | PVL | 935.00 | 0.20 | Rv Grace prop. re warrant and Sinclair memo re same |
| 6/22/2012 | EI | 1,000.00 | 0.20 | Telephone conference J. Sinclair re: warrants (.2). |
| 6/25/2012 | KCM | 555.00 | 0.40 | Review Garlock briefs |
| 6/26/2012 | JAL | 555.00 | 1.20 | Review and analysis of Garlock's motion for stay pending appeal. |
| 6/27/2012 | PVL | 935.00 | 1.40 | Rv emails & reply (.1); rv Garlock stay motion (.8); rv draft stay oppo. (.3); rv order denying stay (.2) |
| 6/27/2012 | EI | 1,000.00 | 0.40 | Telephone conference with claimant (.1); read Judge Buckwalter opinion (.3). |

{D0234543.1 }

| Date | Empl | Rate | Hours | Narrative |
|---|---|---|---|---|
| 6/28/2012 | PVL | 935.00 | 0.40 | Rv AMH reply (.2); draft memo to ACC (.2) |
| 6/28/2012 | JAL | 555.00 | 0.30 | Review and analysis of District Court's opinion denying Garlock's motion for stay pending appeal. |
| 6/28/2012 | KCM | 555.00 | 0.40 | Review memo to ACC re stay issue and related order |
| 6/29/2012 | PVL | 935.00 | 0.10 | Rv Sanders surreply to AMH |
| 6/30/2012 | PVL | 935.00 | 0.80 | Rv Garlock CA 3 stay motion and email Donley et al re same |

**Total Task Code .17       55.60**

**Travel Non Working (9.00 Hours; $ 3,618.75)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 6.50 | $467.50 | 3,038.75 |
| Kevin C. Maclay | 1.20 | $277.50 | 333.00 |
| Todd E. Phillips | 1.30 | $190 | 247.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 4/26/2012 | PVL | 467.50 | 0.20 | To K&E office |
| 5/7/2012 | PVL | 467.50 | 3.00 | To Pittsburgh (2.7); to hotel (.3) |
| 5/8/2012 | PVL | 467.50 | 3.30 | To court (.3); return to D.C. (3.0) |
| 6/11/2012 | KCM | 277.50 | 0.60 | Travel to oral argument re Garlock's 2019 appeal (Total time 2.5 hours divided among 4 clients) |
| 6/11/2012 | TEP | 190.00 | 0.60 | Travel to oral argument re: Garlock's 2019 appeal (Total time 2.5 hours divided among 4 clients) |
| 6/12/2012 | TEP | 190.00 | 0.70 | Travel from oral argument re: Garlock's 2019 appeal. (Total time of 2.8 hours divided among 4 clients.) |
| 6/12/2012 | KCM | 277.50 | 0.60 | Travel back to Washington, DC re Garlock's 2019 appeal (Total 2.4 hrs divided among 4 clients) |

**Total Task Code .21       9.00**

{D0234543.1 }

Other Charges:

| | |
|---|---|
| Air Freight & Express Mail | $68.27 |
| Air & Train Transportation | $390.00 |
| Meals Related to Travel | $7.75 |
| Conference Meals | $69.75 |
| Travel Expenses - Hotel Charges | $562.86 |
| Travel Expenses - Ground Transportation | $85.12 |
| Local Transportation – DC | $51.23 |
| Conference Call Services | $15.35 |
| Database Research | $2,832.19 |
| Xeroxing | $4.90 |
| Long Distance-Equitrac In-House | $5.48 |
| **Total** | **$4,092.90** |

{D0234543.1}