**EXHIBIT B**

**Asset Analysis and Recovery (.50 Hours; $ 353.50)**

      Services rendered in this category pertain to analyze and recover the Debtors' assets for the benefit of the state.

**Total Task Code .01**  .50

**Business Operations (.10 Hours; $ 93.50)**

      Services rendered in this category pertain to effort to analyze and recover the Debtors' assets for the benefit of the estate.

**Total Task Code .03**  .10

**Case Administration (7.80 Hours; $ 3,832.00)**

      Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**  7.80

**Committee, Creditors', Noteholders' or Equity Holders' (.30 Hours; $ 163.50)**

      Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07**  .30

**Employee Benefits/Pension (.20 Hours; $ 187.00)**

      Services rendered in this category include the Debtors' benefits and severance programs and other issues relating to the Debtors' employees.

**Total Task Code .08**  .20

- 2 -

**Fee Applications, Applicant (27.20 Hours; $ 11,944.00)**

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications.

**Total Task Code .12           27.20**

**Litigation and Litigation Consulting (55.30 Hours; $ 25,420.00)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from automatic stay.

**Total Task Code .16           55.30**

**Plan & Disclosure Statement (55.60 Hours; $ 49,250.50)**

Services rendered in this category pertain to the formulation of a reorganization plan and disclosure statement and confirmation of a reorganization plan.

**Total Task Code .17           55.60**

**Travel (9.00 Hours; $ 3,618.75)**

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21           9.00**