## <u>EXHIBIT C</u>

<u>Other Charges</u>:

| | |
|---|---|
| Air Freight & Express Mail | $68.27 |
| Air & Train Transportation | $390.00 |
| Meals Related to Travel | $7.75 |
| Conference Meals | $69.75 |
| Travel Expenses - Hotel Charges | $562.86 |
| Travel Expenses - Ground Transportation | $85.12 |
| Local Transportation – DC | $51.23 |
| Conference Call Services | $15.35 |
| Database Research | $2,832.19 |
| Xeroxing | $4.90 |
| Long Distance-Equitrac In-House | $5.48 |
| **Total** | **$4,092.90** |

| Client Number:  4642 | Grace Asbestos Personal Injury Claimants | Page: 1 |
|---|---|---|
| Matter        000 | Disbursements | 5/16/2012 |

Print Date/Time: 05/16/2012 12:40:39PM

Attn:

Invoice #

PREBILL / CONTROL  REPORT

Trans Date Range:  1/1/1950  to: 4/30/2012

**Matter        000**
**Disbursements**

| Bill Cycle: | Monthly | Style: | i1 | Start: | 4/16/2001 | Last Billed : | 4/22/2012 | 13,655 |
|---|---|---|---|---|---|---|---|---|

$4,806.34

Client Retainers Available                    Committed to Invoices:          $0.00       Remaining:        $4,806.34

$3,927,412.00

Total Expenses Billed To Date          Billing Empl:        0120     Elihu  Inselbuch

Responsible Empl:    0120     Elihu  Inselbuch

Alternate Empl:      0120     Elihu  Inselbuch

Originating Empl:    0120     Elihu  Inselbuch

**Summary  by Employee**

| | | | ---------- A C T U A L ---------- | | ---------- B I L L I N G--------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 20.20 | 0.00 | 20.20 |
| 0250 | JK | Jeanne  Katz | 0.00 | 3.40 | 0.00 | 3.40 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 0.16 | 0.00 | 0.16 |
| **Total Fees** | | | **0.00** | **23.76** | **0.00** | **23.76** |

**Detail Time / Expense  by  Date**

| | | | | | | ---------- A C T U A L ---------- | | | ---------- B I L L I N G--------- | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 2835276 | Equitrac - Long Distance to 18136261334 | E | 04/09/2012 | 0999 C&D | | 0.00 | $0.04 | | 0.00 | $0.04 | 0.04 |
| 2835318 | Equitrac - Long Distance to 18136261334 | E | 04/09/2012 | 0999 C&D | | 0.00 | $0.12 | | 0.00 | $0.12 | 0.16 |
| 2836234 | Federal Express -Delivery to H.Penn, 3/27/12 (EI; Split b/w clients 2705, 5155, & 4642) | E | 04/16/2012 | 0120 EI | | 0.00 | $11.17 | | 0.00 | $11.17 | 11.33 |

Client Number:  4642

Matter       000

Grace Asbestos Personal Injury Claimants

Disbursements

Page: 1

5/16/2012

Print Date/Time: 05/16/2012 12:40:39PM

Attn:

Invoice #

| | | | | | EI | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2836236 | Federal Express -Delivery to M.Hurford, 3/27/12 (EI; Split b/w clients 4642 & 5334) | E | 04/16/2012 | 0120 | | 0.00 | $9.03 | 0.00 | $9.03 | 20.36 |
| 2842965 | Photocopy | E | 04/26/2012 | 0250 | JK | 0.00 | $3.40 | 0.00 | $3.40 | 23.76 |

**Total Expenses**

|  | | | |
|---|---|---|---|
| | $23.76 | | $23.76 |
| 0.00 | | 0.00 | |

| | | | | |
|---|---|---|---|---|
| Matter Total Fees | | 0.00 | | 0.00 |
| Matter Total Expenses | | 23.76 | | 23.76 |
| Matter Total | 0.00 | 23.76 | 0.00 | 23.76 |
| Prebill Total Fees | | | | |
| Prebill Total Expenses | | $23.76 | | $23.76 |
| Prebill Total | 0.00 | $23.76 | 0.00 | $23.76 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 74,007 | 04/22/2010 | 55,577.50 | 137.53 |
| 84,500 | 11/22/2011 | 16,063.50 | 3,212.70 |
| 84,967 | 12/14/2011 | 44,261.00 | 8,852.21 |
| 85,603 | 01/19/2012 | 45,640.50 | 9,128.10 |
| 86,185 | 02/16/2012 | 97,674.50 | 19,534.90 |
| 86,825 | 03/26/2012 | 73,596.50 | 14,719.30 |
| 87,309 | 04/22/2012 | 36,851.14 | 36,851.14 |
| | | 369,664.64 | 92,435.88 |

Client Number:  4642                    Grace Asbestos Personal Injury Claimants

Matter       000                        Disbursements                                        5/16/2012

Print Date/Time: 05/16/2012 12:40:39PM

Attn:

Invoice #

Client Number:  4642                    Grace Asbestos Personal Injury Claimants                                              Page: 1
Matter      000                         Disbursements                                                                        5/16/2012

                                                                                        Print Date/Time: 05/16/2012 12:40:39PM

Attn:                                                                                                                       Invoice #

                                            PREBILL / CONTROL  REPORT

                                                                Trans Date Range:  1/1/1950  to: 5/31/2012

Matter      000
Disbursements

Bill Cycle:     Monthly        Style:      i1        Start:   4/16/2001    Last Billed :   5/16/2012                 13,655
                               $4,806.34
   Client Retainers Available               Committed to Invoices:        $0.00        Remaining:       $4,806.34

                                                        $3,927,435.76
                               Total Expenses Billed To Date               Billing Empl:      0120    Elihu  Inselbuch
                                                                           Responsible Empl:   0120    Elihu  Inselbuch
                                                                           Alternate Empl:     0120    Elihu  Inselbuch
                                                                           Originating Empl:   0120    Elihu  Inselbuch

Summary  by Employee

                                            ---------- A C T U A L ----------      ---------- B I L L I N G---------
Empl    Initials    Name                         Hours         Amount              Hours         Amount

0020    PVL         Peter Van N Lockwood          0.00         951.41               0.00         791.41
0120    EI          Elihu  Inselbuch              0.00          48.07               0.00          48.07
0999    C&D         Caplin & Drysdale             0.00       2,244.50               0.00       2,244.50

Total Fees                                        0.00       3,243.98               0.00       3,083.98

Detail Time / Expense  by  Date

                                                                        ---------- A C T U A L ----------    ---------- B I L L I N G---------
TransNo.       Description                    TransType  Trans Date   Work Empl   Rate  Hours      Amount    Rate  Hours      Amount    Cumulative

                                                                          PVL
2847637    Peter Van N. Lockwood -Sheraton Hotel 1-Night    E  05/16/2012   0020          0.00      $321.41         0.00      $321.41      321.41
           Lodging while on Travel to/from Philadelphia, PA,
           5/7/12 - 5/8/12

                                                                          EI
2849797    Federal Express -Delivery to T.Simpson, 5/8/12   E  05/18/2012   0120          0.00       $18.30         0.00       $18.30      339.71
           (EI)

                                                                          EI

| Client Number:  4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|
| Matter      000 | Disbursements | | | | | | | | 5/16/2012 |

Print Date/Time: 05/16/2012 12:40:39PM

Attn:

Invoice #

| 2849829 | Federal Express -Delivery to T.Simpson, 4/27/12 (EI) | E | 05/21/2012 | 0120 | | 0.00 | $14.85 | 0.00 | $14.85 | 354.56 |
|---|---|---|---|---|---|---|---|---|---|---|
| 2849861 | Petty Cash -Add'l train fare for travel to/from Philadelphia, PA, re: Hearing, 5/7/12 - 5/8/12 (PVNL) | E | 05/22/2012 | 0020 | PVL | 0.00 | $18.00 | 0.00 | $18.00 | 372.56 |
| 2849862 | Petty Cash -Cab Fares & Parking at DC Union Station while on travel to/from Philadelphia, PA, re: Hearing, 5/7/12 - 5/8/12  (PVNL) | E | 05/22/2012 | 0020 | PVL | 0.00 | $73.00 | 0.00 | $73.00 | 445.56 |
| 2849863 | Petty Cash -Meals while on travel to/from Philadelphia, PA, re: Hearing, 5/7/12 - 5/8/12 (PVNL) | E | 05/22/2012 | 0020 | PVL | 0.00 | $7.00 | 0.00 | $7.00 | 452.56 |
| 2850325 | Equitrac - Long Distance to 13024261900 | E | 05/22/2012 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 452.64 |
| 2850377 | Equitrac - Long Distance to 14045627824 | E | 05/22/2012 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 452.72 |
| 2850401 | Equitrac - Long Distance to 12138966065 | E | 05/22/2012 | 0999 | C&D | 0.00 | $0.88 | 0.00 | $0.88 | 453.60 |
| 2850666 | Equitrac - Long Distance to 14045627824 | E | 05/23/2012 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 453.68 |
| 2850674 | Equitrac - Long Distance to 14045627824 | E | 05/23/2012 | 0999 | C&D | 0.00 | $1.36 | 0.00 | $1.36 | 455.04 |
| 2850677 | Equitrac - Long Distance to 16174574155 | E | 05/23/2012 | 0999 | C&D | 0.00 | $0.16 | 0.00 | $0.16 | 455.20 |
| 2850678 | Equitrac - Long Distance to 14045627824 | E | 05/23/2012 | 0999 | C&D | 0.00 | $0.04 | 0.00 | $0.04 | 455.24 |
| 2851403 | Federal Express -Delivery to T.Simpson, 5/17/12 (EI) | E | 05/30/2012 | 0120 | EI | 0.00 | $14.92 | 0.00 | $14.92 | 470.16 |
| 2851447 | Business Card -ADA Travel Svc., re: Agent Fee for First Class Train Fare to/from Philadelphia, PA, 4/30/12 - 5/1/12  (PVNL; Itin #106344; Coach $212.00) | E | 05/31/2012 | 0020 | PVL | 0.00 | $40.00 | 0.00 | $40.00 | 510.16 |
| 2851448 | Business Card -ADA Travel Svc., re: First Class Train Fare to/from Philadelphia, PA, 4/30/12 - 5/1/12  (PVNL; Itin #106344; Coach $212.00) | E | 05/31/2012 | 0020 | PVL | 0.00 | $372.00 | 0.00 | $212.00 | 722.16 |

Print Date/Time: 05/16/2012 12:40:39PM

Attn:

Invoice #

| | | | | | PVL | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2851449 | Business Card -ADA Travel Svc., re: Agent Fee for First Class Train Fare to/from Philadelphia, PA, 5/7/12 - 5/8/12  (PVNL; Itin #106348; Coach $212.00) | E | 05/31/2012 | 0020 | | 0.00 | $40.00 | 0.00 | $40.00 | 762.16 |
| 2851452 | Business Card -ADA Travel Svc., re: Agent Fee for First Class Amtrak Train Fare to/from Philadelphia, PA, 5/7/12 - 5/8/12  (PVNL; Itin #106355; Coach $212.00) | E | 05/31/2012 | 0020 | PVL | 0.00 | $40.00 | 0.00 | $40.00 | 802.16 |
| 2851459 | Business Card -ADA Travel Svc., re: Agent Fee for First Class Amtrak Train Fare to/from Philadelphia, PA, 5/7/12 - 5/8/12  (PVNL; Itin #106366; Coach $212.00) | E | 05/31/2012 | 0020 | PVL | 0.00 | $40.00 | 0.00 | $40.00 | 842.16 |
| 2851474 | Equitrac - Long Distance to 12138966065 | E | 05/31/2012 | 0999 | C&D | 0.00 | $0.48 | 0.00 | $0.48 | 842.64 |
| 2852688 | Conference Meals - Lunch EI & B. Rapp | E | 05/31/2012 | 0999 | C&D | 0.00 | $18.75 | 0.00 | $18.75 | 861.39 |
| 2852689 | Conference Meals - Luncheon EI , R Frankel, J. Sinclair J. Radechi, Jason S, R Wyron | E | 05/31/2012 | 0999 | C&D | 0.00 | $51.00 | 0.00 | $51.00 | 912.39 |
| 2852775 | Database Research Lexis by TEP 5/25-30 | E | 05/31/2012 | 0999 | C&D | 0.00 | $275.91 | 0.00 | $275.91 | 1,188.30 |
| 2854413 | Database Research Westlaw by TEP May 27-30 | E | 05/31/2012 | 0999 | C&D | 0.00 | $1,895.68 | 0.00 | $1,895.68 | 3,083.98 |

**Total Expenses**

|  |  |  |  |
|---|---|---|---|
|  | $3,243.98 |  | $3,083.98 |
| 0.00 | | 0.00 | |

| | | | |
|---|---|---|---|
| Matter Total Fees | | 0.00 | 0.00 |
| Matter Total Expenses | | 3,243.98 | 3,083.98 |
| Matter Total | 0.00 | 3,243.98 | 0.00 | 3,083.98 |

| | | | |
|---|---|---|---|
| Prebill Total Fees | | | |
| Prebill Total Expenses | | $3,243.98 | $3,083.98 |
| Prebill Total | 0.00 | $3,243.98 | 0.00 | $3,083.98 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 74,007 | 04/22/2010 | 55,577.50 | 137.53 |
| 84,500 | 11/22/2011 | 16,063.50 | 3,212.70 |
| 84,967 | 12/14/2011 | 44,261.00 | 8,852.21 |
| 85,603 | 01/19/2012 | 45,640.50 | 9,128.10 |

Client Number:   4642                    Grace Asbestos Personal Injury Claimants

Matter      000                          Disbursements                                              5/16/2012

                                                                    Print Date/Time: 05/16/2012 12:40:39PM

Attn:                                                                                               Invoice #

| 86,185 | 02/16/2012 | 97,674.50 | 19,534.90 |
|--------|------------|-----------|-----------|
| 86,825 | 03/26/2012 | 73,596.50 | 14,719.30 |
| 87,309 | 04/22/2012 | 36,679.00 | 7,335.80 |
| 87,625 | 05/16/2012 | 16,126.26 | 16,126.26 |
| | | 385,618.76 | 79,046.80 |

Client Number:  4642                    Grace Asbestos Personal Injury Claimants

Matter        000                       Disbursements                                                     5/16/2012

                                                                                    Print Date/Time: 05/16/2012 12:40:39PM

Attn:                                                                                                     Invoice #

                               PREBILL / CONTROL  REPORT


                                                 Trans Date Range:  1/1/1950  to: 6/30/2012

Matter        000
Disbursements

Bill Cycle:      Monthly          Style:      i1        Start:   4/16/2001    Last Billed :   6/19/2012            13,655
                                 $4,806.34
   Client Retainers Available              Committed to Invoices:         $0.00       Remaining:      $4,806.34

                                            $3,930,519.74
                         Total Expenses Billed To Date         Billing Empl:       0120    Elihu  Inselbuch
                                                               Responsible Empl:   0120    Elihu  Inselbuch
                                                               Alternate Empl:     0120    Elihu  Inselbuch
                                                               Originating Empl:   0120    Elihu  Inselbuch


**Summary  by Employee**

|  |  |  | ---------- A C T U A L ---------- | | ---------- B I L L I N G --------- | |
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0204 | EH | Elizabeth  Hernandez | 0.00 | 1.50 | 0.00 | 1.50 |
| 0338 | KCM | Kevin C Maclay | 0.00 | 148.94 | 0.00 | 148.94 |
| 0369 | TEP | Todd E Phillips | 0.00 | 171.96 | 0.00 | 171.96 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 662.76 | 0.00 | 662.76 |
| **Total Fees** | | | **0.00** | **985.16** | **0.00** | **985.16** |


**Detail Time / Expense  by  Date**

|  |  |  |  |  | ---------- A C T U A L ---------- | | | ---------- B I L L I N G --------- | | |
| TransNo. | Description | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| | | | | C&D | | | | | | | |
| 2858652 | Equitrac - Long Distance to 12149694977 | E | 06/08/2012 | 0999 | | 0.00 | $1.20 | | 0.00 | $1.20 | 1.20 |
| | | | | TEP | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
Client Number: 4642 — Grace Asbestos Personal Injury Claimants — Page: 1
Matter 000 — Disbursements — 5/16/2012

Attn:

Print Date/Time: 05/16/2012 12:40:39PM

Invoice #

| Ref | Description | | Date | Code | Init | A | Amount | B | Total | Inv |
|---|---|---|---|---|---|---|---|---|---|---|
| 2859975 | Red Top Cab -Svc. to 11149 Cedarwood, 5/21/12 (TEP; Split b/w clients 4642 & 5852) | E | 06/18/2012 | 0369 | | 0.00 | $28.46 | 0.00 | $28.46 | 29.66 |
| 2860981 | Todd E. Phillips -Hotel Dupont 1-Night Lodging while on travel to/from Wilmington, DE, re: Hearing, 6/11/12 - 6/12/12 (Split b/w clients 4642, 5028, 5155, & 5334) | E | 06/20/2012 | 0369 | TEP | 0.00 | $120.73 | 0.00 | $120.73 | 150.39 |
| 2861215 | Kevin C. Maclay -Beverage from Hotel Minibar while on Travel to/from Wilmington, DE, re: Argument on Appeal, 6/11/12 - 6/12/12 (Split b/w clients 4642, 5028, 5155, & 5334) | E | 06/21/2012 | 0338 | KCM | 0.00 | $0.75 | 0.00 | $0.75 | 151.14 |
| 2861222 | Kevin C. Maclay -Hotel DuPont 1-Night Lodging while on Travel to/from Wilmington, DE, re: Argument on Appeal, 6/11/12 - 6/12/12 (Split b/w clients 4642, 5028, 5155, & 5334) | E | 06/21/2012 | 0338 | KCM | 0.00 | $120.72 | 0.00 | $120.72 | 271.86 |
| 2861226 | Kevin C. Maclay -Cab Fares while on Travel to/from Wilmington, DE, re: Argument on Appeal, 6/11/12 - 6/12/12 (Split b/w clients 4642, 5028, 5155, & 5334) | E | 06/21/2012 | 0338 | KCM | 0.00 | $12.12 | 0.00 | $12.12 | 283.98 |
| 2863490 | Red Top Cab -Svc. to Residence, 5/31/12 (TEP; Split b/w clients 4642, 5028, 5155, 5334, & 5852) | E | 06/26/2012 | 0369 | TEP | 0.00 | $11.38 | 0.00 | $11.38 | 295.36 |
| 2863491 | Red Top Cab -Svc. to Residence, 5/29/12 (TEP; Split b/w clients 4642, 5028, 5155, 5334, & 5852) | E | 06/26/2012 | 0369 | TEP | 0.00 | $11.39 | 0.00 | $11.39 | 306.75 |
| 2863513 | Premiere Global Services -Teleconference Svc., 5/2012 (KCM) | E | 06/26/2012 | 0338 | KCM | 0.00 | $15.35 | 0.00 | $15.35 | 322.10 |
| 2864042 | Equitrac - Long Distance to 16317495431 | E | 06/28/2012 | 0999 | C&D | 0.00 | $0.84 | 0.00 | $0.84 | 322.94 |
| 2864065 | Equitrac - Long Distance to 15016149626 | E | 06/28/2012 | 0999 | C&D | 0.00 | $0.12 | 0.00 | $0.12 | 323.06 |
| 2867555 | Photocopy | E | 06/30/2012 | 0204 | EH | 0.00 | $1.50 | 0.00 | $1.50 | 324.56 |
| 2868987 | Database Research - Westlaw by AJS on 6/11 ($179.68 divided among 4 clients) | E | 06/30/2012 | 0999 | C&D | 0.00 | $44.92 | 0.00 | $44.92 | 369.48 |
| 2868998 | Database Research - Westlaw by TEP on 6/8 | E | 06/30/2012 | 0999 | C&D | 0.00 | $246.81 | 0.00 | $246.81 | 616.29 |
| 2869026 | Database Research - Westlaw by AJS on 6/10 & 11 | E | 06/30/2012 | 0999 | C&D | 0.00 | $368.87 | 0.00 | $368.87 | 985.16 |

Client Number:  4642                          Grace Asbestos Personal Injury Claimants                                    Page: 1
Matter       000                              Disbursements                                                               5/16/2012

                                                                                                    Print Date/Time: 05/16/2012 12:40:39PM
Attn:
                                                                                                                          Invoice #
              ($1,475.48 divided among 4 clients)
**Total Expenses**
                                                                                    $985.16
                                                                      0.00                                0.00              $985.16
              Matter Total Fees                                                          0.00                                  0.00
              Matter Total Expenses                                                    985.16                                985.16
              Matter Total                                            0.00             985.16             0.00               985.16

              Prebill Total Fees
              Prebill Total Expenses                                                 $985.16                              $985.16
              Prebill Total                                           0.00           $985.16             0.00             $985.16

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|-----------|-------------|--------------|-----------|
| 74,007 | 04/22/2010 | 55,577.50 | 137.53 |
| 86,185 | 02/16/2012 | 97,674.50 | 19,534.90 |
| 86,825 | 03/26/2012 | 73,596.50 | 14,719.30 |
| 87,309 | 04/22/2012 | 36,679.00 | 7,335.80 |
| 87,625 | 05/16/2012 | 16,102.50 | 3,220.50 |
| 88,199 | 06/19/2012 | 40,277.73 | 40,277.73 |
|  |  | 319,907.73 | 85,225.76 |