# Exhibit C

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., <u>et al.</u>,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Objection Deadline:<br>Hearing Date: TBD only if necessary |

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF APRIL 1, 2012 THROUGH APRIL 30, 2012**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

### Matter 88 - Acton Site OU3

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $624.00 | 0.6 | $    374.40 |
|  |  |  |  |  |  |
| **TOTAL** |  |  |  | **0.6** | **$    374.40** |



**FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

May 29, 2012
Invoice No.: 499306
Matter No.: 08743.00088

**Re:   Acton Site OU3**

For Professional Services rendered through April 30, 2012

| | |
|---|---|
| Fees | $374.40 |
| **Total Fees and Disbursements** | **$374.40** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON        WASHINGTON        EMERGING ENTERPRISE CENTER        FOLEYHOAG.COM

Matter No.: 08743.00088

Invoice No.: 499306

Re: Acton Site OU3

May 29, 2012

Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 04/04/12 | Jaffe | P230 | Attention to sediment cleanup, including review of revised reports and emails with team regarding same (.6). | 0.6 |
| | | | **Total Hours** | **0.6** |

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 499306
May 29, 2012
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 0.6 | at | 624.00 | = | 374.40 |
| **Total Fees** | | | | | **$374.40** |

| | | |
|---|---|---|
| **Total Fees** | | **$374.40** |
| **Total Fees and Disbursements** | | **$374.40** |



Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

May 29, 2012
Invoice No.: 499306
Matter No.: 08743.00088

**Re:    Acton Site OU3**

**Total Fees and Disbursements**          <u>**$374.40**</u>

Remittance Address:
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:** | ABA: 011500120 |
| Citizens Bank | Swift #: CTZIUS33 |
| 1 Citizens Drive | Account # 1133945993 |
| Providence, RI 02915 | Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00088, **Invoice #:** 499306
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company

**Matter 102 - Blackburn and Union Privileges Superfund Site, Walpole, Mass**

Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $624.00 | 1.6 | $ 998.40 |
| | | | | | |
| **TOTAL** | | | | 1.6 | $ 998.40 |

 **FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

May 29, 2012
Invoice No.: 499307
Matter No.: 08743.00102

**Re:   Blackburn and Union Privileges Superfund Site, Walpole, Mass**

For Professional Services rendered through April 30, 2012

|                                    |          |
|------------------------------------|----------|
| Fees                               | $998.40  |
| **Total Fees and Disbursements**   | **$998.40** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON        WASHINGTON        EMERGING ENTERPRISE CENTER        FOLEYHOAG.COM

Matter No.: 08743.00102                                           Invoice No.: 499307
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass            May 29, 2012
                                                                           Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 04/18/12 | Jaffe | P230 | Emails with team regarding access issues (.4). | 0.4 |
| 04/24/12 | Jaffe | P230 | Attention to access issues, including reviewing draft agreement and dam cooperation letter and emails with team regarding same (1.2). | 1.2 |
| | | | **Total Hours** | **1.6** |

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 499307
May 29, 2012
Page 3

### TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|------------|-------|-----|--------|-----|--------|
| Seth D. Jaffe | 1.6 | at | 624.00 | = | 998.40 |
| | **Total Fees** | | | | $998.40 |

| | | |
|---|---|---|
| **Total Fees** | | $998.40 |
| **Total Fees and Disbursements** | | $998.40 |

 **FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

May 29, 2012
Invoice No.: 499307
Matter No.: 08743.00102

**Re:**   **Blackburn and Union Privileges Superfund Site, Walpole, Mass**

**Total Fees and Disbursements**          **$998.40**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
| --- | --- |
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00102, **Invoice #:** 499307
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company

### Matter 103 – Wells G&H Superfund Site

#### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $624.00 | 11.9 | $ 7,425.60 |
| Amy E. Boyd | Associate | Environmental | $430.00 | 3.2 | $ 1,376.00 |
| | | | | | |
| **TOTAL** | | | | 15.1 | $ 8,801.60 |

#### Expenses

| Description | Total |
|---|---|
| Telephone | $ 32.89 |
| | |
| **TOTAL** | $ 32.89 |



# FOLEY HOAG LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

May 29, 2012
Invoice No.: 499308
Matter No.: 08743.00103

Re:     **Wells G&H Superfund Site**

For Professional Services rendered through April 30, 2012

|  |  |
|---|---|
| Fees | $8,801.60 |
| Disbursements | 32.89 |
| **Total Fees and Disbursements** | **$8,834.49** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM

Matter No.: 08743.00103                                    Invoice No.: 499308
Re: Wells G&H Superfund Site                                    May 29, 2012
                                                                      Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 04/04/12 | Jaffe | P230 | Attention to Central Area, including PRP Group telephone conference, preparing for same, and review of letter to EPA (2.1). | 2.1 |
| 04/05/12 | Jaffe | P230 | Attention to Central Area, including reviewing revised draft correspondence to EPA and emails with team regarding same (.7). | 0.7 |
| 04/09/12 | Jaffe | P230 | Attention to Areas 2, 3, and 4 issues, including emails with team and reviewing, revising, draft letter to EPA regarding same (1.4). | 1.4 |
| 04/10/12 | Jaffe | P230 | Attention to off-site source issue, including telephone call with Mr. Ziady at Cummings Properties, reviewing final letter to EPA, and emails with team (1.4). | 1.4 |
| 04/12/12 | Jaffe | P230 | Attention to Central Area, including review of work plan issues and emails with Mr. Guswa regarding same (.4). | 0.4 |
| 04/17/12 | Jaffe | P230 | Attention to Central Area issues, including conference with A. Boyd, emails with team, and preparing for 4/18 team call (.8). | 0.8 |
| 04/17/12 | Boyd | L120 | Discussion with S. Jaffe regarding areas 2, 3, and 4 report and Cummings (.1); review of letter to EPA on Areas 2, 3 and 4 (.2); review of settlement agreement with Cummings Parties (.4); draft e-mail to S. Jaffe with preliminary conclusions (.2). | 0.9 |
| 04/18/12 | Boyd | L120 | Review e-mails and project portal documents in preparation for conference call and attend conference call (2.3). | 2.3 |
| 04/18/12 | Jaffe | P230 | Attention to Central Area, including team call and preparation for same (2.4); attention to Cummings issue, including review of settlement and email to Ms. Duff regarding same (.5). | 2.9 |
| 04/24/12 | Jaffe | P230 | Attention to EPA fact sheet, including review and comment, and emails with team regarding same (.8). | 0.8 |
| 04/25/12 | Jaffe | P230 | Attention to negotiations with EPA, including reviewing fact sheet and emails with team regarding same (.7). | 0.7 |

Matter No.: 08743.00103
Re: Wells G&H Superfund Site

Invoice No.: 499308
May 29, 2012
Page 3

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|------------|-----|-----------|-------|
| 04/27/12 | Jaffe | P230 | Attention to five-year review, including EPA revisions to same and emails with team regarding same (.7). | 0.7 |
| | | | **Total Hours** | **15.1** |

Matter No.: 08743.00103
Re: Wells G&H Superfund Site

Invoice No.: 499308
May 29, 2012
Page 4

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Amy E Boyd | 3.2 | at | 430.00 | = | 1,376.00 |
| Seth D. Jaffe | 11.9 | at | 624.00 | = | 7,425.60 |
| | **Total Fees** | | | | **$8,801.60** |

## Disbursement Summary

| Date | | Amount |
|---|---|---|
| 04/10/12 | Telephone 14438035751 - Baltimore - MD (USA) | 1.56 |
| 04/18/12 | Telephone 12134930622 - California - CA (USA) | 15.34 |
| 04/18/12 | Telephone 12134930622 - California - CA (USA) Go to Meeting Conference Call | 15.99 |
| | **Total Disbursements** | **$32.89** |

| | |
|---|---|
| **Total Fees** | **$8,801.60** |
| **Total Disbursements** | **32.89** |
| **Total Fees and Disbursements** | **$8,834.49** |

 **FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

May 29, 2012
Invoice No.: 499308
Matter No.: 08743.00103

**Re:   Wells G&H Superfund Site**

**Total Fees and Disbursements**          **$8,834.49**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
| --- | --- |
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00103, **Invoice #:** 499308
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company

## Matter 107 - FDA Compliance Assessment

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| James Flaherty | Associate | Administrative | $485.00 | 5.1 | $  2,473.50 |
| | | | | | |
| **TOTAL** | | | | **5.1** | **$  2,473.50** |

### Expenses

| Description | Total |
|---|---|
| Telephone | $       6.24 |
| | |
| **TOTAL** | **$       6.24** |


**FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

May 29, 2012
Invoice No.: 499309
Matter No.: 08743.00107

Re:    **FDA Compliance Assessment**

For Professional Services rendered through April 30, 2012

| | |
|---|---|
| Fees | $2,473.50 |
| Disbursements | 6.24 |
| **Total Fees and Disbursements** | **$2,479.74** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON         WASHINGTON         EMERGING ENTERPRISE CENTER         FOLEYHOAG.COM

Matter No.: 08743.00107                                        Invoice No.: 499309
Re: FDA Compliance Assessment                                         May 29, 2012
                                                                          Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 04/02/12 | Flaherty | C300 | Prepare for and participate in telephone conference with L. Duff, M. Buono, and S. Perdue regarding Reveleris® cartridge product complaints (0.5); follow-up regarding same (0.1). | 0.6 |
| 04/10/12 | Flaherty | C300 | V-mail and e-mail correspondence with L. Duff regarding FDA food regulation issue (0.1). | 0.1 |
| 04/11/12 | Flaherty | C300 | Research nickel catalyst food regulation issue (0.3); v-mail to L. Duff regarding same (0.1). | 0.4 |
| 04/12/12 | Flaherty | C300 | V-mail from L. Duff regarding nickel catalyst food regulation issue (0.1); draft, revise and finalize memorandum summarizing FDA implications of Reveleris® cartridge product complaints (0.7); research and analyze FDA laws, regulations, and guidances in connection with same (0.5); e-mail to L. Duff, M. Buono, and S. Perdue forwarding memorandum with comment (0.1); draft omnibus medical device classification memorandum (0.6); research and analyze FDA laws, regulations, and guidances in connection with same (0.5). | 2.5 |
| 04/19/12 | Flaherty | C300 | Finalize FDA Implications of Reveleris® Cartridge Product Complaints memorandum (0.1); e-mail correspondence with L. Duff, M. Buono, and S. Perdue regarding same (0.1); e-mail correspondence with L. Duff regarding nickel catalyst FDA regulation issue (0.1). | 0.3 |
| 04/20/12 | Flaherty | C300 | Prepare for and participate in telephone conference with L. Duff regarding nickel catalyst FDA regulation issue and medical device classification project (0.8); follow-up regarding same (0.1); e-mail to L. Duff regarding medical device classification project (0.1). | 1.0 |
| 04/23/12 | Flaherty | C300 | Telephone conference with L. Duff regarding response to Sodasorb complaint (0.1); review complaint response letter (0.1). | 0.2 |

                                                        **Total Hours**      5.1

Matter No.: 08743.00107
Re: FDA Compliance Assessment

Invoice No.: 499309
May 29, 2012
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| James Flaherty | 5.1 | at | 485.00 | = | 2,473.50 |
| | **Total Fees** | | | | **$2,473.50** |

## Disbursement Summary

| Date | | Amount |
|---|---|---|
| 04/02/12 | Telephone 14435358439 - Columbia - MD (USA) | 1.95 |
| 04/20/12 | Telephone 14105314210 - Columbia - MD (USA) | 4.29 |
| | **Total Disbursements** | **$6.24** |

| | |
|---|---|
| **Total Fees** | $2,473.50 |
| **Total Disbursements** | 6.24 |
| **Total Fees and Disbursements** | $2,479.74 |



Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

May 29, 2012
Invoice No.: 499309
Matter No.: 08743.00107

Re:    **FDA Compliance Assessment**

**Total Fees and Disbursements**         **$2,479.74**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:** | ABA: 011500120 |
| Citizens Bank | Swift #: CTZIUS33 |
| 1 Citizens Drive | Account # 1133945993 |
| Providence, RI 02915 | Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:    **Client/Matter #: 08743.00107, Invoice #: 499309**
**Billing Attorney: Seth D. Jaffe**
**Wire Originator: W.R. Grace & Company**

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM