## EXHIBIT B – Part 2

## Monthly Fee Application for the Period from:
## May 1, 2012 – May 31, 2012

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
|  | ) | Case No. 01-01139 (JKF) |
| W. R. GRACE & CO., et al.[1]; | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) | **Objection Deadline:** |
|  | ) | **July 23, 2012 at 4:00 p.m.** |
|  | ) | **Hearing date: To be scheduled only if objections** |
|  | ) | **are timely filed and served.** |

## NOTICE OF FILING OF MONTHLY FEE APPLICATION

To: (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel

to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee

of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; (7)

Counsel to the Debtors-in-Possession Lenders; and (8) the Fee Auditor:

Stroock & Stroock & Lavan LLP ("Stroock"), counsel to the Official Committee of

Unsecured Creditors (the "Committee") of the above captioned debtor and debtors in possession

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Date Filed: 7/2/2012

Docket No.: 29165

in the above-captioned chapter 11 cases, filed and served the One Hundred and Thirty-Fourth Monthly Fee Application of Stroock & Stroock & Lavan LLP for Interim Compensation and for Reimbursement of Expenses for the services rendered during the period May 1, 2012 through May 31, 2012, seeking compensation in the amount of $42,647.00 and reimbursement for actual and necessary expenses in the amount of $1,118.18.

Objections or responses to the Monthly Fee Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **July 23, 2012 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon the Affected Professional and each of the following:  (i) co-counsel for the Debtors, Adam Paul, Esquire, Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Illinois 60654 (fax number 312-862-2200), and James E. O'Neill, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400), and Roger J. Higgins, Esquire, The Law Offices of Roger Higgins LLC, 111 East Wacker Drive, Suite 2800, Chicago, IL 60601 (Fax number 312-577-0737); (ii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 222 Delaware Avenue, Suite 1600, Wilmington, Delaware 19801-1659 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Bilzin, Sumberg, Dunn, Baena, Price & Axelrod LLP, Wachovia Building, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351,

Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, New York 10022 (fax number 212-644-6755), and Mark Hurford, Esquire, Campbell & Levine, LLC, 800 N. King Street, Suite 300, Wilmington, Delaware 19801 (fax number 302-426-9947); (v) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins LLP, Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Neil B. Glassman, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. 25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vi) co-counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036 (fax number 212-715-8000), and Teresa K.D. Currier, Esquire, Saul Ewing LLP, 222 Delaware Avenue, Wilmington, Delaware 19801 (Fax number 302-421-6813); (vii) the Office of the United States Trustee, Attn: David Klauder, Esquire, 844 N. King Street, Wilmington, Delaware 19801 (fax number 302-573-6497); and (viii) the Fee Auditor, Bobbi M. Ruhlander, Esquire, Warren H. Smith and Associates, P.C., 2235 Ridge Road, Suite 105, Rockwall, TX 75087 (Fax number 214-722-0081).

**[Remainder of Page Left Intentionally Blank]**

Dated: July 2, 2012
        Wilmington, Delaware

**RESPECTFULLY SUBMITTED,**

*/s/ Michael R. Lastowski*
Michael R. Lastowski, Esq. (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659
Telephone:    (302) 657-4900
Facsimile:    (302) 657-4901
E-mail:    mlastowski@duanemorris.com
E-mail:    rwriley@duanemorris.com

William S. Katchen, Esquire (Admitted in NJ Only)
DUANE MORRIS LLP
Suite 1200
744 Broad Street
Newark, NJ 07102-3889
Telephone:    (973) 424-2000
Facsimile:    (973) 424-2001
E-mail:    wskatchen@duanemorris.com

and

Lewis Kruger, Esquire
Kenneth Pasquale, Esquire
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
Telephone:    (212) 806-5400
Facsimile:    (212) 806-6006
E-mail:    lkruger@stroock.com
               kpasquale@stroock.com

Co-Counsel for the Official Committee of
Unsecured Creditors of W. R. Grace & Co., et al.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline:** |
| | ) | **July 23, 2012 at 4:00 p.m.** |
| | ) | **Hearing date:  To be scheduled only if objections** |
| | ) | **are timely filed and served**. |

**ONE HUNDRED AND THIRTY-FOURTH MONTHLY FEE APPLICATION OF
STROOCK & STROOCK & LAVAN LLP FOR COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
FROM MAY 1, 2012 THROUGH MAY 31, 2012**

| | |
|---|---|
| Name of Applicant | **Stroock & Stroock & Lavan LLP** |
| Authorized to Provide
Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 12, 2001** |
| Period for which compensation and
reimbursement is sought | **May 1, 2012 – May 31, 2012** |
| Amount of Compensation sought as
actual, reasonable and necessary: | **$42,647.00     (80%: $34,117.60)** |
| Amount of Expense Reimbursement sought
as actual, reasonable and necessary: | **$1,118.18** |

This is an: ☒ interim ☐ final application

**Attachment A**

**Monthly Interim Fee Applications**

|  |  | Payment Requested: |  | CNO Filed Approving: |  |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| May 30, 2001 D.I.339 | 4/12/01- 4/30/01 | $138,926.00 | $1,975.13 | $111,140.80 | $1,975.13 |
| July 2, 2001 D.I.613 | 5/1/01 – 5/31/01 | $139,928.75 | $6,884.73 | $111.943.00 | $6,884.73 |
| July 30, 2001 D.I.772 | 6/1/01 – 6/30/01 | $91,019.00 | $10,458.14 | $72,815.20 | $10,458.14 |
| September 5, 2001   D.I.889 | 7/1/01- 7/31/01 | $92,308.00 | $5,144.37 | $73,846.40 | $5,144.37 |
| October 2, 2001 D.I.983 | 8/1/01 8/31/01 | $53,873.50 | $3,069.88 | $43,098.80 | $3,069.88 |
| October 31, 2001 D.I.1058 | 9/1/01 – 9/30/01 | $58,742.00 | $6,801.32 | $46,993.60 | $6,801.32 |
| November 26, 2001 D.I.1239 | 10/1/01 – 10/31/01 | $101,069.00 | $3,562.09 | $80,855.20 | $3,562.09 |
| January 8, 2002 D.I.1470 | 11/1/01 – 11/30/01 | $136,368.50 | $8,847.34 | $109,094.80 | $8,847.34 |
| February 1, 2002 D.I.1608 | 12/01/01 – 12/31/01 | $92,064.50 | $9,471.47 | $73,651.60 | $9,471.47 |
| March 14, 2002 D.I.1812 | 01/01/02 – 01/31/02 | $100,231.50 | $14,675.58 | $80,185.20 | $14,675.58 |
| April 22, 2002 D.I.1951 | 02/01/02 – 02/28/02 | $88,974.50 | $16,863.97 | $71,179.60 | $16,863.97 |
| May 8, 2002 D.I.2029 | 03/01/02 – 03/31/02 | $77,964.25 | $1,190.44 | $62,371.40 | $1,190.44 |
| June 3, 2002 D.I.2156 | 04/01/02- 04/30/02 | $97,251.50 | $1,816.40 (Stroock) $9,772.37 (Chambers) | $77,801.20 | $11,588.86 |

| | | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| July 2, 2002 D.I.2324 | 05/01/02 – 05/31/02 | $74,910.75 | $2,9154.43 (Stroock) $43,190.69 (Chambers) | $59,928.60 | $46,105.12 |
| August 5, 2002 D.I.2495 | 06/01/02 – 06/30/02 | $73,096.75 | $2,054.05 (Stroock) $114,666.72 (Chambers) | $58,477.4011 | $116,720.77 |
| September 20, 2002 D.I.2720 | 07/01/02 – 07/31/02 | $90,903.27 | $1,250.79 (Stroock) $11,996.25 (Chambers) | $72,722.61 | $13,274.04 |
| October 29, 2002 D.I.2898 | 08/01/02 – 08/31/02 | $93,151.25 | $11,539.51 (Stroock) $5,046.70 (Chambers) | $74,521.00 | $16,586.21 |
| November 14, 2002 D.I.2981 | 09/01/02 – 09/30/02 | $96,613.25 | $15,567.77 (Stroock) $771.50 (Chambers) | $77,290.60 | $16,339.27 |
| December 10, 2002 D.I.3129 | 10/1/02 – 10/31/02 | $68,404.00 | $2,956.54 (Stroock) $1,780.75 (Chambers) | $54,723.20 | $4,737.29 |
| January 28, 2003 D.I.3286 | 11/1/02 – 11/30/02 | $75,345.50 | $8,712.16 (Stroock) | $60,276.40 | $8,712.16 |
| February 7, 2003 D.I.3349 | 12/1/02 – 12/31/02 | $27,683.50 | $13,332.14 (Stroock) | $22,146.80 | $13,332.14 |
| March 26, 2003 D.I.3552 | 1/1/03 – 1/31/03 | $88,139.00 | $1,210.11 (Stroock) | $70,511.20 | $1,210.11 |
| April 7, 2003 D.I.3626 | 2/1/03 – 2/28/03 | $76,313.00 | $2,022.78 (Stroock) $1,077.80 (Chambers) | $61,050.40 | $3,100.58 |
| April 29, 2003 D.I. 3718 | 3/1/03 – 3/31/03 | $60,163.50 | $6,191.15 (Stroock) | $48,130.80 | $6,191.15 |
| June 2, 2003 D.I. 3850 | 4/1/03 – 4/30/03 | $60,269.00 | $814.02 (Stroock) $2,043.00 (Chambers) | $48,215.20 | $2,857.02 |
| July 1, 2003 D.I. 3983 | 5/1/03 – 5/31/03 | $111,990.50 | $691.84 (Stroock) $9,830.50 (Chambers) | $89,592.40 | $10,522.34 |
| August 5, 2003 D.I. 4152 | 6/1/03 – 6/30/03 | $43,824.00 | $1,220.42 (Stroock) $61,755.00 (Chambers) | $35,059.20 | $62,975.42 |

2

| | | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| September 4, 2003 D.I. 4381 | 7/1/03 – 7/31/03 | $79,090.50 | $2,301.33 (Stroock) $14,274.25 (Chambers) | $55,941.60 | $16,575.58 |
| September 30, 2003 D.I. 4512 | 8/1/03 – 8/31/03 | $69,927.00 | $1,164.19 (Stroock) $12,488.94 (Chambers) | $55,941.60 | $13,653.13 |
| October 29, 2003 D.I. 4625 | 9/1/03 – 9/30/03 | $69,409.50 | $1,076.94 (Stroock) $10,102.00 (Chambers) | $55,527.60 | $11,178.94 |
| December 19, 2002 D.I. 4843 | 10/1/03 – 10/31/03 | $96,980.50 | $3,800.45 (Stroock) $42,881.50 (Chambers) | $77,584.40 | $46,681.95 |
| January 23, 2003 D.I. 4976 | 11/1/03 – 11/30/03 | $66,428.50 | $1,225.38 (Stroock) $30,463.00 (Navigant f/k/a Chambers) | $53,142.80 | $31,688.38 |
| February 4, 2004 D.I. 5056 | 12/1/03 – 12/31/03 | $52,321.50 | $924.99 (Stroock) $27,005.00 (Navigant f/k/a Chambers) | $41,857.20 | $27,929.99 |
| March 17, 2004 D.I. 5309 | 1/1/04 – 1/31/04 | $65,980.50 | $1,917.93 (Stroock) $47,654.57 (Navigant f/k/a Chambers) | $52,784.40 | $49,572.50 |
| April 6, 2004 D.I. 5406 | 2/1/04 – 2/29/04 | $90,421.50 | $3,636.48 (Stroock) $35,492.50 (Navigant f/k/a Chambers) | $72,337.20 | $39,128.98 |
| April 28, 2004 D.I. 5498 | 3/1/04 – 3/31/04 | $103,524.00 | $5,567.34 (Stroock) | $82,819.20 | $5,567.34 |
| June 14, 2004 D.I. 5803 | 4/1/04 – 4/30/04 | $99,136.00 | $3,518.96 (Stroock) $1,515.00 (Navigant February) $49,667.00 (Navigant March) $80,307.11 (Navigant April) | $79,308.80 | $135,008.07 |
| July 2, 2004 D.I. 5917 | 5/1/04 – 5/31/04 | $134,324.50 | $2,409.97 (Stroock) $78,360.05 (Navigant May) | $107,459.60 | $80,770.02 |

3

| | | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| August 2, 2004 D.I. 6105 | 6/1/04 – 6/30/04 | $120,501.00 | $1,831.49 (Stroock) $62,625.00 (Navigant June) | $96,400.80 | $64,456.49 |
| September 9, 2004 D.I. 6341 | 7/1/04 – 7/31/04 | $72,394.00 | $3,461.84 (Stroock) $40,427.50 (Navigant July) | $57,915.20 | $43,889.34 |
| September 23, 2004 D.I. 6444 | 8/1/04 – 8/31/04 | $70,457.00 | $1,764.40 (Stroock) | $56,365.60 | $1,764.40 |
| October 14, 2004 D.I. 6625 | 9/1/04 – 9/30/04 | $83,903.50 | $1,535.61 (Stroock) $27,142.00 (Navigant August) | $67,122.80 | $28,677.61 |
| December 3, 2004 D.I. 7086 | 10/1/04 – 10/31/04 | $200,155.50 | $1,368.18 (Stroock) $ 24,659.00 (Navigant September) | $160,124.40 | $26,027.18 |
| January 7, 2005 D.I. 7481 | 11/1/04 – 11/30/04 | $218,608.50 | $14,019.09 (Stroock) $25,102.80 (Navigant October) $27,972.34 (Navigant November) | $174,886.80 | $67,094.23 |
| February 2, 2005 D.I. 7667 | 12/1/04 – 12/31/04 | $235,503.70 | $10,442.92 (Stroock) $62,687.97 (Navigant December) | $188,402.96 | $73,130.89 |
| March 15, 2005 D.I. 8026 | 1/1/05 – 1/31/05 | $187,168.00 | $4,411.55 (Stroock) $15,686.00 (Navigant January) | $149,734.40 | $20,097.55 |
| April 1, 2005 D.I. 8155 | 2/1/05 – 2/28/05 | $108,180.25 | $8,102.85 (Stroock) $18,303.37 (Navigant February) | $86,544.20 | $26,406.22 |
| April 25, 2005 D.I. 8331 | 3/1/05 – 3/31/05 | $56,941.25 | $287.23 (Stroock) $6,114.86 (Navigant March) | $45,553.00 | $6,402.09 |
| June 6, 2005 D.I.  8562 | 4/1/05 – 4/30/05 | $127,695.00 | $3,531.45 (Stroock) $20,129.06 (Navigant April) | $102,156.00 | $23,660.51 |

4

| | | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| June 28, 2005 D.I. 8704 | 5/1/05 – 5/31/05 | $115,453.75 | $858.21(Stroock) | $78,855.20 | $858.21 |
| August 3, 2005 D.I. 9135 | 6/1/05 – 6/30/05 | $114,903.75 | $4,871.74 (Stroock) $34,075.28 (Navigant) | $91,923.00 | $38,947.02 |
| September 8, 2005 D.I. 9356 | 7/1/05 – 7/31/05 | $117,780.75 | $2,088.44 (Stroock) $2,211.00 (Navigant) | 94,224.60 | $4,299.44 |
| October 14, 2005 D.I. 9565 | 8/1/05 8/31/05 | $106,796.25 | $5,046.99 (Stroock) $18,550.00 (Navigant) | $85,437.00 | $23,596.99 |
| November 1, 2005 D.I. 10951 | 9/1/05 9/31/05 | $67,697.50 | $1,399.68 (Stroock) $11,197.50 (Navigant) | $54,158.00 | $12,597.18 |
| November 29, 2005 D.I. 11202 | 10/1/05 - 10/31/05 | $98,216.75 | $1,611.30 (Stroock) $11,582.50 (Navigant) | $78,573.40 | $13,193.80 |
| January 9, 2006 D.I. 11507 | 11/1/05 11/30/05 | $104,348.00 | $2,847.45 (Stroock) $71,598.50 (Navigant) | $83,478.40 | $74.445.95 |
| January 30, 2006 D.I. 11655 | 12/1/05 – 12/31/05 | $96,855.00 | $1,379.53 (Stroock) $20,317.49 (Navigant) | $77,484.00 | $21,697.02 |
| March 1, 2006 D.I. 11921 | 1/1/06 – 1/31/06 | $73,383.00 | $1,810.85 (Stroock) $14,124.01 (Navigant) | $58,706.40 | $15,934.86 |
| March 28, 2006 D.I. 12134 | 2/1/06 – 2/28/06 | $105,083.75 | $1,434.62 (Stroock) $25,971.70 (Navigant) | $84,067.00 | $27,406.32 |
| May 2, 2006 D.I. 12354 | 3/1/2006 - 3/31/2006 | $145,189.50 | $2,512.81 (Stroock) $25,838.37 (Navigant) | $116,151.60 | $28,351.18 |
| May 31, 2006 D.I. 12558 | 4/1/2006 - 4/30/2006 | $116,817.00 | $2,141.42 (Stroock) $7,425.00 (Navigant) | $93,453.60 | $9,566.42 |
| July 6, 2006 D.I. 12748 | 5/1/2006 – 5/31/2006 | $121,304.50 | $1,838.71 (Stroock) $17,493.75 (Navigant) | $97,043.60 | $19,332.46 |
| August 1, 2006 D.I. 12899 | 6/1/2006 – 6/30/2006 | $94,856.50 | $1,869.66 (Stroock) $38,548.75 (Navigant) | $75,885.20 | $40,418.41 |

| | | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| August 30, 2006 D.I. 13117 | 7/1/2006 – 7/31/2006 | $97,397.25 | $496.76 (Stroock) $30,280.00 (Navigant) | $77,917.80 | $30,776.76 |
| October 2, 2006 D.I. 13336 | 8/1/2006- 8/31/2006 | $131,856.25 | $98.34 (Stroock) $98,317.50 (Navigant) | $105,485.00 | $98,415.84 |
| November 2, 2006 D.I. 13559 | 9/1/2006 – 9/30/2006 | $150,960.00 | $4,147.01 (Stroock) $91,179.11 (Navigant) | $120,768.00 | $95,326.12 |
| November 29, 2006 D.I. 13838 | 10/1/06 – 10/31/06 | $196,223.50 | $915.14 (Stroock) $147,374.20 (Navigant) | $156,978.89 | $148,289.34 |
| January 12, 2007 D.I. 14292 | 11/1/06 – 11/30/06 | $188,638.00 | $3,370.16 (Stroock) $133,438.70 (Navigant) | $150,910.40 | $136,808.86 |
| January 29, 2007 D.I. 14415 | 12/1/06 – 12/31/06 | $99,832.00 | $5,752.89 (Stroock) $55,245.22 (Navigant) | $79,865.60 | $60,998.11 |
| March 8, 2007 D.I. 14810 | 1/1/2007 – 1/31/2007 | $77,582.00 | $962.06 (Stroock) $90,474.74 (Navigant) | $62,065.60 | $91,436.80 |
| April 10, 2007 D.I. 15132 | 2/1/2007 – 2/28/2007 | $119,140.50 | $3,092.88 (Stroock) $77,301.25 (Navigant) | $95.312.40 | $80,394.13 |
| May 1, 2007 D.I. 15457 | 3/1/2007 – 3/31/2007 | $135,228.00 | $6,635.25 (Stroock) $104,674.53 (Navigant) | $108,182.40 | $111,309.78 |
| June 22, 2007 D.I. 16136 | 4/1/2007 – 4/30/2007 | $177,646.00 | $815.81 (Stroock) $173,437.45 (Navigant) | $142,116.80 | $174,253.26 |
| July 17,2007 D.I. 16309 | 5/1/2007 – 5/31/2007 | $205,937.25 | $6,405.01 (Stroock) $162,431.03 (Navigant) | $164,749.80 | $168,836.04 |
| August 10, 2007 D.I. 16528 | 6/1/2007 – 6/30.2007 | $225,650.50 | $5,929.97 (Stroock) $200,294.81 (Navigant) | $180,520.40 | $206,224.78 |
| September 14, 2007 D.I. 16822 | 7/1/2007 – 7/31/2007 | $157.268.50 | $4,021.65 (Stroock) $208,116.54 (Navigant) | $125,814.80 | $212,138.19 |
| October 1, 2007 D.I. 16959 | 8/1/2007 – 8/31/2007 | $145,866.50 | $3,354.61 (Stroock) $210,152.54 (Navigant) | $116,693.20 | $213,507.15 |

| | | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| November 19, 2007 D.I. 17394 | 9/1/2007 – 9/30/2007 | $206,908.50 | $3,056.89 (Stroock) | $165,526.80 | $3,056.89 |
| December 5, 2007 D.I. 17548 | 10/1/07 - 10/31/07 | $288,976.50 | $22,324.58 (Stroock) $325,509.63 (Navigant) | $231,181.20 | $347,834.21 |
| January 11, 2008 D.I. 17803 | 11/1/07 – 11/30/07 | $249,372.50 | $32,780.40 (Stroock) $162,394.93 (Navigant) | $199,498.00 | $195,175.33 |
| February 1, 2008 D.I. 17957 | 12/1/07 – 12/31/97 | $116,522.50 | $57,717.92 (Stroock) $47,444.43 (Navigant) | $93,218.00 | $105,162.35 |
| March 4, 2008 D.I. 18202 | 1/1/08 – 1/31/08 | $201,472.50 | $3,282.80 (Stroock) $86,070.26 (Navigant) | $161,178.00 | $89,353.06 |
| April 4, 2008 D.I. 18450 | 2/1/08 – 2/29/08 | $195,491.00 | $5,922.25 (Stroock) $73,924.16 (Navigant) | $156,392.80 | $79,846.41 |
| April 29, 2008 D.I. 18639 | 3/1/08 – 3/31/08 | $275,659.00 | $11,217.17 (Stroock) $69,201.53 (Navigant) | $220,527.20 | $80,418.70 |
| June 4, 2008 D.I. 18862 | 4/1/08 - 4/30/08 | $298,888.00 | $10,143.60 (Stroock) $38,800.00 (Navigant) | $239,110.40 | $48,943.60 |
| July 1, 2008 D.I. 19032 | 5/1/08  - 5/31/08 | $138,683.50 | $3,649.95 (Stroock) | $110,946.80 | $3,649.95 |
| August 4, 2008 D.I. 19224 | 6/1/2008  - 6/30/2008 | $213,559.00 | $12,357.78 (Stroock) $96.84 (Navigant) | $170,847.20 | $12,454.62 |
| September 10, 2008 D.I. 19516 | 7/1/2008  - 7/31/2008 | $206,087.50 | $6,717.13 (Stroock) $259.90 (Navigant) | $164.870.00 | $6,977.03 |
| September 30, 2008 D.I. 19653 | 8/1/2008 – 8/31/2008 | $212,928.50 | $2,326.65 (Stroock) | $170,342.80 | $2,326.65 |
| November 6, 2008 D.I. 19949 | 9/1/2008 – 9/30/2008 | $226,486.50 | $2,844.77 (Stroock) | $181,189.20 | $2,844.77 |
| December 2, 2008 D.I. 20174 | 10/1/08 – 10/31/08 | $270,097.00 | $10,611.52 (Stroock) | $216,077.60 | $10,611.52 |

| | | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| December 30, 2008 D.I. 20384 & 20385 | 11/1/08 – 11/30/08 | $184,642.00 | $5,870.24 (Stroock) | $147,713.60 | $5,870.24 |
| February 3, 2009 D.I. 20654 | 12/1/08 – 12/31/08 | $102,648.50 | $4,017.80 (Stroock) | $82,118.80 | $4,017.80 |
| March 3, 2009 D.I. 20906 | 1/1/09 – 1/31/09 | $114,525.00 | $2,458.44 (Stroock) | $91,620.00 | $2,458.44 |
| March 30, 2009 D.I. 21152 | 2/1/09 – 2/28/09 | $141,569.00 | $1,627.89 (Stroock) | $113,255.20 | $1,627.89 |
| April 29, 2009 D.I. 21475 | 3/1/09 – 3/31/09 | $181,006.75 | $3,270.02 (Stroock) | $144,805.40 | $3,270.02 |
| May 29,2009 D.I. 21910 | 4/1/09 – 4/30/09 | $187,588.50 | $1,545.41 (Stroock) | $150,070.80 | $1,545.41 |
| July 1, 2009 D.I. 22310 | 5/1/09 – 5/31/09 | $227,989.00 | $9,428.79 (Stroock) | $182,391.20 | $9,428.79 |
| August 6, 2009 D.I. 22709 | 6/1/09 – 6/30/09 | $238,611.25 | $5,960.91 (Stroock) | $190,889.00 | $5,960.91 |
| September 25, 2009 D.I. 23338 | 7/1/09 – 7/31/09 | $294,766.50 | $17,306.20 (Stroock) | $235,813.20 | $17,306.20 |
| October 5, 2009 D.I 23422 | 8/1/09 – 8/31/09 | $299,544.25 | $7,237.57 (Stroock) $2,812.50 (Navigant) | $239,635.40 | $10,050.07 |
| November 13, 2009 D.I. 23759 | 9/1/09 – 9/30/09 | $349,937.50 | $20,164.05 (Stroock) | $279,950.00 | $20,164.05 |
| December 1, 2009 D.I. 23897 | 10/1/09 – 10/31/09 | $281,050.75 | $12,457.25 (Stroock) | $224,840.60 | $12,457.25 |
| December 30, 2009 D.I. 24087 | 11/1/09 – 11/30/09 | $219,347.00 | $10,084.80 (Stroock) | $175,477.60 | $10,084.80 |
| January 29, 2010 D.I. 24211 | 12/1/09 – 12/31/09 | $117,137.00 | $3,532.36 (Stroock) | $93,709.60 | $3,532.36 |

| | | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| March 1, 2010 D.I. 24376 | 1/1/2010 – 1/31/2010 | $193,442.75 | $3,163.37 (Stroock) | $154,754.20 | $3,163.37 |
| March 30, 2010 D.I. 24537 | 2/1/2010 – 2/28/2010 | $56,435.50 | $1,668.29 (Stroock) | $45,148.40 | $1,668.29 |
| April 28, 2010 D.I. 24687 | 3/1/2010 – 3/31/2010 | $42,209.00 | $636.63 (Stroock) | $33,767.20 | $636.63 |
| May 28, 2010 D.I. 24859 | 4/1/2010 – 4/30/2010 | $44,465.00 | $265.51 (Stroock) | $35,572.00 | $265.51 |
| June 28, 2010 D.I. 24993 | 5/1/2010 – 5/31/2010 | $36,946.50 | $770.90 (Stroock) | $29,557.20 | $770.90 |
| July 28, 2010 D.I. 25130 | 6/1/2010 – 6/30/2010 | $52,374.50 | $93.68 (Stroock) | $41,899.60 | $93.68 |
| August 30, 2010 D.I. 25286 | 7/1/2010 – 7/31/2010 | $20,240.00 | $141.30 (Stroock) | $16,192.00 | $141.30 |
| September 28, 2010 D.I. 25488 | 8/1/2010 – 8/31/2010 | $23,595.50 | $157.91 (Stroock) | $18,876.40 | $157.91 |
| October 28, 2010 D.I. 25660 | 9/1/2010 – 9/30/2010 | $25,244.50 | $328.75 (Stroock) | $20,195.60 | $328.75 |
| November 29, 2010 D.I. 25812 | 10/1/2010 – 10/31/10 | $17,677.50 | $90.00 (Stroock) | $14,142.00 | $90.00 |
| December 28, 2010 D.I. 25963 | 11/1/2010 – 11/30/2010 | $45,417.00 | $307.06 (Stroock) | $36,333.60 | $307.06 |
| January 28, 2011 D.I. 26140 | 12/1/2011 – 12/31/2011 | $78,046.75 | $2,238.40 (Stroock) | $62,437.40 | $2,238.40 |
| February 28, 2011 D.I. 26435 | 1/1/2011 – 1/31/2011 | $37,267.00 | $193.84 (Stroock) | $29,813.60 | $193.84 |
| March 28, 2011 D.I. 26651 | 2/1/2011 – 2/28/2011 | $145,264.75 | $3,264.42 (Stroock) | $116,211.80 | $3,264.42 |

| | | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| April 28, 2011 D.I. 26834 | 3/1/2011 – 3/31/2011 | $95,649.00 | $1,447.38 (Stroock) | $76,519.20 | $1,447.38 |
| May 31, 2011 D.I. 27012 | 4/1/2011 – 4/30/2011 | $137,671.50 | $1,005.62 (Stroock) | $110,137.20 | $1,005.62 |
| June 28, 2011 D.I. 27166 | 5/1/2011 – 5/31/2011 | $67,451.50 | $1,350.50 (Stroock) | $53,961.20 | $1,350.50 |
| July 28, 2011 D.I. 27326 | 6/1/2011 – 6/30/2011 | $183,497.75 | $1,903.63 (Stroock) | $146,798.20 | $1,903.63 |
| August 30, 2011 D.I. 27526 | 7/1/2011 – 7/31/2011 | $63,076.00 | $1,373.39 (Stroock) | $50,460.80 | $1,373.39 |
| September 28, 2011 D.I. 27675 | 8/1/2011 – 8/31/2011 | $56,731.00 | $1,133.86 (Stroock) | $45,384.80 | $1,133.86 |
| October 28, 2011 D.I. 27847 | 9/1/2011 – 9/30/2011 | $68,727.00 | $1,025.63 (Stroock) | $54,981.60 | $1,025.63 |
| December 1, 2011 D.I. 28060 | 10/1/2011 – 10/31/2011 | $55,335.00 | $348.59 (Stroock) | $44,268.00 | $348.59 |
| December 28, 2011 D.I 28281 | 11/1/2011 – 11/30/2011 | $29,136.00 | $416.68 (Stroock) | $23,308.80 | $416.68 |
| February 3, 2012 D.I. 28463 | 12/1/2011 – 12/31/2011 | $8,012.50 | $52.22 (Stroock) | $6,410.00 | $52.22 |
| February 28, 2012 D.I. 28595 | 1/1/2012 – 1/31/2012 | $31,694.50 | $379.41 (Stroock) | $25,355.60 | $379.41 |
| March 28, 2012 D.I. 28732 | 2/1/2012 – 2/29/2012 | $62,628.00 | $220.71 (Stroock) | $50,102.40 | $220.71 |
| April 30, 2012 D.I. 28848 | 3/1/2012 – 3/31/2012 | $27,172.50 | $140.02 (Stroock) | $21,738.00 | $140.02 |
| May 30, 2012 D.I. 28991 | 4/1/2012 – 4/30/2012 | $24,898.50 | $75.21 (Stroock) | $19,918.80 | $75.21 |

**WR GRACE & CO**
**ATTACHMENT B**
**MAY 1, 2012 - MAY 31, 2012**

|  | Hours | Rate | Amount | No. of Years in Position |
|---|---|---|---|---|
| **Partners** |  |  |  |  |
| Kruger, Lewis | 2.3 | $1,025 | $   2,357.50 | 42 |
| Pasquale, Kenneth | 4.3 | 920 | 3,956.00 | 21 |
|  |  |  |  |  |
| **Associates** |  |  |  |  |
| Krieger, Arlene G. | 43.5 | 725 | 31,537.50 | 27 |
|  |  |  |  |  |
| **Paraprofessionals** |  |  |  |  |
| Magzamen, Michael | 0.4 | 335 | 134.00 | 9 |
| Mohamed, David | 22.2 | 210 | 4,662.00 | 22 |
|  |  |  |  |  |
| **Total** | **72.7** |  | **$ 42,647.00** |  |

# EXHIBIT A

**WR GRACE & CO**

**COMPENSATION BY PROJECT CATEGORY**

**MAY 1, 2012 - MAY 31, 2012**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0013 | Business Operations | 4.6 | $ 3,335.00 |
| 0014 | Case Administration | 9.0 | 2,094.50 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 3.5 | 2,597.50 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 15.3 | 11,820.00 |
| 0018 | Fee Application, Applicant | 13.0 | 5,768.50 |
| 0019 | Creditor Inquiries | 0.6 | 513.00 |
| 0020 | Fee Application, Others | 7.7 | 2,080.50 |
| 0022 | Environmental Matters/Regulations/Litigation | 5.4 | 3,915.00 |
| 0036 | Plan and Disclosure Statement | 8.7 | 6,970.50 |
| 0037 | Hearings | 4.9 | 3,552.50 |
| | | | |
| | **Total** | **72.7** | **$ 42,647.00** |

# STROOCK

## INVOICE

| | |
|---|---|
| DATE | June 20, 2012 |
| INVOICE NO. | 565965 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through May 31, 2012, including:

| | |
|---|---|
| RE | Business Operations |
| | 699843 0013 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/01/2012 | Memorandum to Capstone re: AOP conference call. | Krieger, A. | 0.1 |
| 05/02/2012 | Memoranda with Capstone, R. Higgins re: AOP conference call (.1); memoranda with Debtors' counsel re: call (.1). | Krieger, A. | 0.2 |
| 05/03/2012 | Exchanged memoranda with Capstone re: Helios transaction (.2); attend to materials received on Project Helios (.6); attend to 2012 Operating Plan (.7). | Krieger, A. | 1.5 |
| 05/09/2012 | Conference call with representatives for all parties-in-interest re: 2012 AOP (1.0); follow up call with Capstone (.2). | Krieger, A. | 1.2 |
| 05/15/2012 | Attend to Debtors' motion to implement Long-Term Incentive Plan. | Krieger, A. | 0.2 |
| 05/16/2012 | Attend to Debtors' motion re: 2012 LTIP Program. | Krieger, A. | 0.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 05/18/2012 | Memoranda with Capstone re: LTIP motion. | Krieger, A. | 0.1 |
| 05/24/2012 | Exchanged memoranda with Capstone re: LTIP motion (.5); t/c R. Higgins re: same (.2). | Krieger, A. | 0.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 4.6 | $ 725 | $ 3,335.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,335.00 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 3,335.00 |
|-----------------------|-----------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Case Administration |
|----|---------------------|
|    | 699843  0014 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 05/01/2012 | Attend to order re: May 23 hearing. | Krieger, A. | 0.1 |
| 05/01/2012 | Obtain and circulate recently docketed pleadings in main case (.3); obtain documents for attorney review (.5); update internal case docket (.1); obtain recent pleading re: appeals case no. 11-199 (.2); | Mohamed, D. | 1.1 |
| 05/04/2012 | Circulate docket updates to working group. | Magzamen, M. | 0.2 |
| 05/09/2012 | Circulate docket updates & working group. | Magzamen, M. | 0.2 |
| 05/11/2012 | Obtain and circulate recently docketed pleading in main case (.2); monitor appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.4 |
| 05/14/2012 | Obtain and circulate recently docketed pleadings in main case (.5); review appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.7 |
| 05/15/2012 | Review appeals case docket no. 11-199 (.1); review case file documents (.4). | Mohamed, D. | 0.5 |
| 05/16/2012 | Obtain and circulate recently docketed pleadings in main case (.4); review appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.6 |
| 05/17/2012 | Monitor appeals case docket no. 11-199. | Mohamed, D. | 0.1 |
| 05/18/2012 | Attend to orders revising hearing schedule (.1); o/c DM re: court call arrangements for 5/23/12 hearing (.1). | Krieger, A. | 0.2 |
| 05/18/2012 | Obtain and circulate recently docketed pleadings in main case (.8); schedule A. Krieger to appear telephonically at 5/23/12 hearing (.1); review appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 1.1 |
| 05/21/2012 | Obtain and circulate recently docketed pleadings in main case (.4); review appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 05/22/2012 | Obtain and circulate recently docketed pleading in main case (.2); review appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.3 |
| 05/23/2012 | Review appeals case docket nos. 11-199 and 12-1402 (.2); update internal case docket (.1); obtain documents for attorney review (.2). | Mohamed, D. | 0.5 |
| 05/24/2012 | Review appeals case docket no. 11-199. | Mohamed, D. | 0.1 |
| 05/25/2012 | Review appeals case docket nos. 11-199 and 12-1402. | Mohamed, D. | 0.2 |
| 05/29/2012 | Obtain and circulate recent pleadings re: Appeals case docket nos. 11-199 and 12-1402 for attorney review. | Mohamed, D. | 0.3 |
| 05/30/2012 | Obtain and circulate recently docketed pleadings in main case (.3); review appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.5 |
| 05/31/2012 | Obtain and circulate recently docketed pleadings in main case (.7); review appeals case docket no. 11-199 (.1); review case file documents (.5). | Mohamed, D. | 1.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.3 | $ 725 | $ 217.50 |
| Magzamen, Michael | 0.4 | 335 | 134.00 |
| Mohamed, David | 8.3 | 210 | 1,743.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,094.50 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 2,094.50 |
|-----------------------|------------|

# STROOCK

| RE | Claims Analysis/Objections/Administration (Non-Asbestos) 699843  0015 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/03/2012 | Attend to settlement notice re: Locke settlement and prepare memorandum of additional questions for Debtors' counsel (.8); exchanged memoranda with Debtors' counsel re: same and extended response deadline (.1). | Krieger, A. | 0.9 |
| 05/04/2012 | Memoranda with Debtors' counsel re: conference call to discuss Locke settlement. | Krieger, A. | 0.1 |
| 05/07/2012 | Preparation for and t/c R. Higgins re: Locke settlement (.5); review stipulation among the parties (.4). | Krieger, A. | 0.9 |
| 05/08/2012 | Review memo to Committee re: Locke claims. | Kruger, L. | 0.2 |
| 05/15/2012 | Attend to Debtors' written objection to Fair Harbor Capital's notice of Non-Default Contract Rate of Interest. | Krieger, A. | 0.5 |
| 05/21/2012 | Attend to memorandum re: Debtors' objection to Fair Harbor Capital's note of non-default interest rate. | Krieger, A. | 0.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 3.3 | $ 725 | $ 2,392.50 |
| Kruger, Lewis | 0.2 | 1,025 | 205.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,597.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 2,597.50 |
|---|---|

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders'<br>699843  0017 |
|----|-------------------------------------------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 05/01/2012 | Review AOP materials. | Kruger, L. | 0.3 |
| 05/01/2012 | Review WRG AOP deck. | Pasquale, K. | 0.5 |
| 05/03/2012 | Review Helios materials. | Kruger, L. | 0.3 |
| 05/06/2012 | Preparation of memorandum for the Committee re: proposed settlement of the Big Tex Site claim (.8); preparation of memorandum for the Committee re: proposed settlement of remaining Locke discrimination claim (1.3). | Krieger, A. | 2.1 |
| 05/07/2012 | Review Garlock pleadings. | Kruger, L. | 0.3 |
| 05/08/2012 | Memorandum for the Committee re: Locke settlement. | Krieger, A. | 1.1 |
| 05/08/2012 | O/c with A. Krieger re: Garlock hearing (.1); t/c with K. Pasquale re: Garlock hearing (.2). | Kruger, L. | 0.3 |
| 05/09/2012 | Attended to memorandum for the Committee re: 5/18/12 Argument before Judge Buckwalter, Third Circuit decision in Federal Mogul referred to by Debtors' counsel. | Krieger, A. | 4.4 |
| 05/09/2012 | Review memo to Committee re: Garlock hearing before Judge Buckwalter (.4); o/c with A. Krieger re: AOP phone call (.2). | Kruger, L. | 0.6 |
| 05/10/2012 | Attend to Committee memorandum re: Big Tex Site Settlement. | Krieger, A. | 0.4 |
| 05/11/2012 | Attend to Capstone's memorandum for the Committee re: Helios acquisition and exchanged memorandum with Capstone re: comments/questions. | Krieger, A. | 1.1 |
| 05/11/2012 | Review Capstone memo re: Helios. | Kruger, L. | 0.3 |
| 05/18/2012 | Attend to Committee memorandum re: settlement of  Big Tex site claims. | Krieger, A. | 1.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 05/22/2012 | Preparation for conference call with Committee member re: status of case (.9); o/c KP re: pending motions and emergence issues (.2); t/c Committee member re pending matters and emergence issues (.5). | Krieger, A. | 1.6 |
| 05/30/2012 | Attend to Capstone's draft report to the Committee re: 2012 LTIP and o/c J. Dolan re: comments on same. | Krieger, A. | 0.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 12.7 | $ 725 | $ 9,207.50 |
| Kruger, Lewis | 2.1 | 1,025 | 2,152.50 |
| Pasquale, Kenneth | 0.5 | 920 | 460.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 11,820.00 |
|-------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 11,820.00 |
|------------------------|-------------|

# STROOCK

| RE | Fee Application, Applicant |
|----|----------------------------|
|    | 699843  0018               |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 05/10/2012 | Attend to preparation of 44th quarterly fee application. | Krieger, A. | 2.4 |
| 05/11/2012 | Attend to 44th quarterly fee application. | Krieger, A. | 2.5 |
| 05/14/2012 | Complete draft of 44th quarterly fee application. | Krieger, A. | 1.0 |
| 05/14/2012 | Prepare draft of SSL's 133rd monthly fee application for attorney review. | Mohamed, D. | 1.1 |
| 05/15/2012 | Revise draft of SSL's 44th quarterly fee application. | Mohamed, D. | 1.2 |
| 05/18/2012 | Finalize SSL's 44th quarterly fee application for filing (.8); prepare notice and CoS re: same and forward to local counsel for filing (.6); prepare and effectuate service re: fee application (.7). | Mohamed, D. | 2.1 |
| 05/23/2012 | Revise draft of SSL's 133rd monthly fee application for attorney review. | Mohamed, D. | 0.8 |
| 05/30/2012 | Finalize SSL's 133rd monthly fee application for filing (.7); prepare notice and CoS re same and forward to local counsel for filing (.6); prepare and effectuate service re fee application (.6). | Mohamed, D. | 1.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 5.9 | $ 725 | $ 4,277.50 |
| Mohamed, David | 7.1 | 210 | 1,491.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 5,768.50 |
|-------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 5,768.50 |
|------------------------|------------|

# STROOCK

| RE | Creditor Inquiries<br>699843  0019 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/01/2012 | Telephone conference creditor re: confirmation status. | Pasquale, K. | 0.2 |
| 05/10/2012 | Telephone conference creditor re: court hearing. | Pasquale, K. | 0.2 |
| 05/21/2012 | Exchanged  memoranda with Capstone re: creditors inquiry on status of appellate proceedings. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.2 | $ 725 | $ 145.00 |
| Pasquale, Kenneth | 0.4 | 920 | 368.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 513.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 513.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Fee Application, Others |
|----|-------------------------|
|    | 699843  0020            |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 05/01/2012 | Attend to applications of other professionals. | Krieger, A. | 0.1 |
| 05/08/2012 | Attend to fee applications from other professionals. | Krieger, A. | 0.1 |
| 05/09/2012 | Attend to fee applications, certification of other professionals. | Krieger, A. | 0.1 |
| 05/14/2012 | Review and finalize Capstone's 98th monthly fee application for filing (.7); prepare notice and CoS re: same and forward to local for filing (.5); prepare and effectuate service re: fee application (.6). | Mohamed, D. | 1.8 |
| 05/15/2012 | Attend to fee applications, certifications, Fee Auditor's statements re: other professionals. | Krieger, A. | 0.2 |
| 05/15/2012 | Revise draft of Capstone's 33rd quarterly fee application. | Mohamed, D. | 1.1 |
| 05/16/2012 | Finalize Capstone's 33rd quarterly fee application for filing (.8); prepare notice and CoS re: same and forward to local counsel for filing (.6); prepare and effectuate service re: fee application (.7). | Mohamed, D. | 2.1 |
| 05/21/2012 | Attend to fee applications of other professionals. | Krieger, A. | 0.4 |
| 05/31/2012 | Review and finalize Capstone's 99th monthly fee application for filing (.7); prepare notice and CoS re: same and forward to local counsel for filing (.5); prepare and effectuate service re: fee application (.6). | Mohamed, D. | 1.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.9 | $ 725 | $ 652.50 |
| Mohamed, David | 6.8 | 210 | 1,428.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,080.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 2,080.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Environmental Matters/Regulations/Litigation<br>699843  0022 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/04/2012 | Attend to proposed settlement of the Big Tex Site and prepare draft memorandum for the Committee re: same (4.3); memorandum to Debtors' counsel re: information request re: Big Tex Site settlement (.4). | Krieger, A. | 4.7 |
| 05/07/2012 | Exchanged memoranda with R. Higgins, H. Feichko re: Big Tex Site conference call. | Krieger, A. | 0.2 |
| 05/10/2012 | Preparation for and conference call Debtors' counsel re: Big Tex Site settlement. | Krieger, A. | 0.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 5.4 | $ 725 | $ 3,915.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,915.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 3,915.00 |
|---|---|

# STROOCK

| RE | Expenses |
|----|----------|
|    | 699843  0024 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|----|----|

### MATTER DISBURSEMENT SUMMARY

| | |
|----|----|
| Outside Messenger Service | $ 161.06 |
| Local Transportation | 46.93 |
| Long Distance Telephone | 2.73 |
| Duplicating Costs-in House | 0.50 |
| O/S Information Services | 227.28 |
| Travel Expenses - Transportation | 263.00 |
| Travel Expenses - Lodging | 386.32 |
| Westlaw | 30.36 |

| TOTAL DISBURSEMENTS/CHARGES | $ 1,118.18 |
|----|----|

| TOTAL FOR THIS MATTER | $ 1,118.18 |
|----|----|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| | |
|---|---|
| RE | Plan and Disclosure Statement<br>699843 0036 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/04/2012 | Attend to State of Montana's limited objection to Libby Settlement. | Krieger, A. | 0.2 |
| 05/07/2012 | Review Garlock motion for reargument and opposition pleadings re: 5/8/12 district court hearing on same. | Krieger, A. | 1.9 |
| 05/07/2012 | Prep for court hearing - review Garlock pleadings. | Pasquale, K. | 1.2 |
| 05/08/2012 | Attend argument before the District Court on Garlock's motion for reargument, rehearing (2.0); o/c LK re: argument (.1). | Krieger, A. | 2.1 |
| 05/08/2012 | Court hearing re: confirmation reconsideration. | Pasquale, K. | 2.2 |
| 05/30/2012 | Attend to Anderson Memorial's motion for relief from District Court's confirmation decision and Wright case. | Krieger, A. | 1.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 5.3 | $ 725 | $ 3,842.50 |
| Pasquale, Kenneth | 3.4 | 920 | 3,128.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 6,970.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 6,970.50 |
|---|---|

# STROOCK

| RE | Hearings 699843 0037 |
|----|----------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 05/08/2012 | Travel to and from Philadelphia for argument on Garlock's motion for reargument, rehearing before the District Court. | Krieger, A. | 4.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 4.9 | $ 725 | $ 3,552.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,552.50 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 3,552.50 |
|-----------------------|------------|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 42,647.00 |
|------------------------------------------|-------------|
| TOTAL DISBURSEMENTS/CHARGES | $ 1,118.18 |
| TOTAL BILL | $ 43,765.18 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

# EXHIBIT B

**WR GRACE & CO**

**SUMMARY OF FEES**

**MAY 1, 2012 - MAY 31, 2012**

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** |  |  |  |
| Kruger, Lewis | 2.3 | $1,025 | $   2,357.50 |
| Pasquale, Kenneth | 4.3 | 920 | 3,956.00 |
|  |  |  |  |
| **Associates** |  |  |  |
| Krieger, Arlene G. | 43.5 | 725 | 31,537.50 |
|  |  |  |  |
| **Paraprofessionals** |  |  |  |
| Magzamen, Michael | 0.4 | 335 | 134.00 |
| Mohamed, David | 22.2 | 210 | 4,662.00 |
|  |  |  |  |
| **Total** | **72.7** |  | **$ 42,647.00** |

# EXHIBIT C

**WR GRACE & CO**

**DISBURSEMENT SUMMARY**

**MAY 1, 2012 - MAY 31, 2012**

| | | |
|---|---|---:|
| Outside Messenger Service | $ | 161.06 |
| Local Transportation | | 46.93 |
| Long Distance Telephone | | 2.73 |
| Duplicating Costs-in House | | 0.50 |
| O/S Information Services | | 227.28 |
| Travel Expenses - Transportation | | 263.00 |
| Travel Expenses - Lodging | | 386.32 |
| Westlaw | | 30.36 |
| | | |
| **TOTAL** | **$** | **1,118.18** |

# STROOCK

## Disbursement Register

| DATE | June 20, 2012 |
|------|---------------|
| INVOICE NO. | 565965 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

**FOR EXPENSES INCURRED in** the captioned matter for the period through May 31, 2012, including:

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| **Outside Messenger Service** | | |
| 05/05/2012 | VENDOR: UPS; INVOICE#: 000010X827182; DATE: 5/5/2012  D. Mohamed to Dawn S. Marra  Wilmington DE  on  04/30/2012 | 8.02 |
| 05/05/2012 | VENDOR: UPS; INVOICE#: 000010X827182; DATE: 5/5/2012  D. Mohamed to  Bobbi Ruhlander  Esq.  Dallas TX  on  04/30/2012 | 11.37 |
| 05/05/2012 | VENDOR: UPS; INVOICE#: 000010X827182; DATE: 5/5/2012  D. Mohamed to Dave Klauder, Esq.  Wilmington DE  on  04/30/2012 | 8.02 |
| 05/05/2012 | VENDOR: UPS; INVOICE#: 000010X827182; DATE: 5/5/2012  D. Mohamed to David B. Siegal   Columbia MD on  04/30/2012 | 8.02 |
| 05/19/2012 | VENDOR: UPS; INVOICE#: 000010X827202; DATE: 5/19/2012  D. Mohamed to D. Klauder, Esq.  WILMINGTON  DE  on  05/14/2012 | 8.02 |
| 05/19/2012 | VENDOR: UPS; INVOICE#: 000010X827202; DATE: 5/19/2012  D. Mohamed to David B. Siegal  COLUMBIA  MD on 05/14/2012 | 8.02 |
| 05/19/2012 | VENDOR: UPS; INVOICE#: 000010X827202; DATE: 5/19/2012  D. Mohamed to B. Ruhlander, Esq.  DALLAS TX on 05/14/2012 | 11.37 |
| 05/19/2012 | VENDOR: UPS; INVOICE#: 000010X827202; DATE: 5/19/2012  D. Mohamed to  Dawn S. Marra  Wilmington DE on  05/14/2012 | 8.02 |
| 05/19/2012 | VENDOR: UPS; INVOICE#: 000010X827202; DATE: 5/19/2012  D. Mohamed to Dave Klauder, Esq.  WILMINGTON DE on 05/16/2012 | 8.02 |
| 05/19/2012 | VENDOR: UPS; INVOICE#: 000010X827202; DATE: 5/19/2012  D. | 11.37 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | Mohamed to Bobbi Ruhlander, Esq.  DALLAS TXon 05/16/2012 | |
| 05/19/2012 | VENDOR: UPS; INVOICE#: 000010X827202; DATE: 5/19/2012  D. Mohamed to Dawn S. Marra  WILMINGTON DE  on 05/16/2012 | 8.02 |
| 05/19/2012 | VENDOR: UPS; INVOICE#: 000010X827202; DATE: 5/19/2012  D. Mohamed to David B. Siegal  COLUMBIA MD on 05/16/2012 | 8.02 |
| 05/26/2012 | VENDOR: UPS; INVOICE#: 000010X827212; DATE: 5/26/2012  D. Mohamed to Dave Klauder, Esq.  WILMINGTON DE on  05/18/2012 | 12.03 |
| 05/26/2012 | VENDOR: UPS; INVOICE#: 000010X827212; DATE: 5/26/2012  D. Mohamed to David B. Siegal  COLUMBIA  MD  on 05/18/2012 | 12.03 |
| 05/26/2012 | VENDOR: UPS; INVOICE#: 000010X827212; DATE: 5/26/2012  D. Mohamed to Dawn S. Marra  WILMINGTON DE  on 05/18/2012 | 12.03 |
| 05/26/2012 | VENDOR: UPS; INVOICE#: 000010X827212; DATE: 5/26/2012  D. Mohamed to Bobbi Ruhlander, Esq.  DALLAS TX  on 05/18/2012 | 18.68 |

**Outside Messenger Service Total**                                   **161.06**

**Local Transportation**

| 05/16/2012 | VENDOR(EE): KPASQUALE: 05/07/12 - 05/08/12; DATE: 05-16-2012; Court hearing in Philadelphia, PA | 12.00 |
| 05/22/2012 | VENDOR: NYC Taxi; Invoice#: 983111; Invoice Date: 05/18/2012; Voucher #: 158487; Arlene Krieger 05/08/2012 07:00 from EAST SIDE MANHATTAN NY to 343 7 AVE MANHATTAN NY. | 34.93 |

**Local Transportation Total**                                        **46.93**

**Long Distance Telephone**

| 05/09/2012 | EXTN.795562, TEL.2038626208, S.T.14:57, DUR.00:04:04 | 0.23 |
| 05/24/2012 | EXTN.795544, TEL.3128364047, S.T.11:21, DUR.00:08:03 | 2.50 |

**Long Distance Telephone Total**                                     **2.73**

**Duplicating Costs-in House**

| 05/14/2012 | | 0.30 |
| 05/18/2012 | | 0.20 |

**Duplicating Costs-in House Total**                                  **0.50**

# STROOCK

| PAGE: 3 | | |
|---|---|---|

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **O/S Information Services** | | |
| 05/04/2012 | Pacer Search Service on 2/29/2012 | 227.28 |
| | **O/S Information Services Total** | **227.28** |
| **Travel Expenses - Transportation** | | |
| 05/03/2012 | VENDOR: AMEX; PASQUALE/KENNETH on 04/24/2012 | 10.00 |
| 05/15/2012 | VENDOR(EE): AKRIEGER:  DATE: 05-15-2012; Amtrak from NYC to Philadelphia ($156.); Amtrak from Philadelphia to NYC  ($71.) - 5/8/2012 | 227.00 |
| 05/15/2012 | VENDOR(EE): AKRIEGER: DATE: 05-15-2012; Taxi cab expense from District Court to Amtrak's 30th Street Station, Philadelphia - 5/8/2012 | 11.00 |
| 05/15/2012 | VENDOR(EE): AKRIEGER: DATE: 05-15-2012; Taxi cab expense from NYC's Penn Station to 180 Maiden Lane - 5/8/2012 | 15.00 |
| | **Travel Expenses - Transportation Total** | **263.00** |
| **Travel Expenses - Lodging** | | |
| 05/16/2012 | VENDOR(EE): KPASQUALE: 05/07/12 - 05/08/12; DATE: 05-16-2012; Court hearing in Philadelphia, PA | 386.32 |
| | **Travel Expenses - Lodging Total** | **386.32** |
| **Westlaw** | | |
| 05/30/2012 | Transactional Search by Krieger, Arlene G. | 30.36 |
| | **Westlaw Total** | **30.36** |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| PAGE: 4 | |
| --- | --- |

| BILL DISBURSEMENT SUMMARY | |
| --- | --- |
| Outside Messenger Service | $ 161.06 |
| Local Transportation | 46.93 |
| Long Distance Telephone | 2.73 |
| Duplicating Costs-in House | 0.50 |
| O/S Information Services | 227.28 |
| Travel Expenses - Transportation | 263.00 |
| Travel Expenses - Lodging | 386.32 |
| Westlaw | 30.36 |

| TOTAL DISBURSEMENTS/CHARGES | $ 1,118.18 |
| --- | --- |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.