# EXHIBIT C

**WR GRACE & CO**

**SUMMARY OF FEES**

**APRIL 1, 2012 - JUNE 30, 2012**

| | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| Kruger, Lewis | 5.7 | $1,025 | $ 5,842.50 |
| Pasquale, Kenneth | 9.9 | 920 | 9,108.00 |
| | | | |
| **Associates** | | | |
| Krieger, Arlene G. | 111.0 | 725 | 80,475.00 |
| | | | |
| **Paraprofessionals** | | | |
| Magzamen, Michael | 2.9 | 335 | 971.50 |
| Mohamed, David | 48.0 | 210 | 10,080.00 |
| | | | |
| **Sub Total** | **177.5** | | **$ 106,477.00** |
| **Less 50% Travel** | **(1.4)** | | **(1,015.00)** |
| **Total** | **176.1** | | **$ 105,462.00** |