# EXHIBIT D

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**APRIL 1, 2012 - JUNE 30, 2012**

| | |
|---|---:|
| Outside Messenger Service | $    267.04 |
| Local Transportation | 46.93 |
| Long Distance Telephone | 42.82 |
| Duplicating Costs-in House | 0.50 |
| O/S Information Services | 227.28 |
| Travel Expenses - Transportation | 263.00 |
| Travel Expenses - Lodging | 386.32 |
| Westlaw | 30.36 |
| | |
| **TOTAL** | **$ 1,264.25** |