IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | *Final Agenda* |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR TELEPHONIC
HEARING ON AUGUST 27, 2012, AT 9:00 A.M. BEFORE THE
HONORABLE JUDITH K. FITZGERALD**

**NOTE:  HEARING CANCELED – ALL MATTERS RESOLVED OR CONTINUED**

**Any party participating telephonically must make arrangements through
CourtCall by telephone (866-582-6878) or facsimile (866-533-2946),
no later than 12:00 p.m., August 23, 2012.**

**CONTINUED MATTERS:**

1. Amended Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 8/26/08] (Docket No. 19378)

   Response Deadline: September 12, 2008 at 4:00 p.m.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, and H-G Coal Company.

Responses Received:

a.    Response of Commonwealth of Pennsylvania, Department of Revenue to
      Debtors' Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket
      No. 19523)

b.    Missouri Department of Revenue's Response to Debtors' Twenty-Fifth Omnibus
      Objection to Claims [Filed: 9/11/08] (Docket No. 19524)

c.    Indiana Department of Revenue's (IDR) Response to Objection to Claim [Filed:
      9/17/08] (Docket No. 19554)

Related Documents: None.

Status: This matter is continued to October 15, 2012, at 9:00 a.m.


**UNCONTESTED MATTERS FOR WHICH A CNO HAS BEEN FILED:**

2.    Motion of the Official Committee of Asbestos Personal Injury Claimants to Modify the
      Court's Orders Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019 [Filed:
      7/20/12] (Docket No. 29302)

      Response Deadline: August 10, 2012, at 4:00 p.m.

      Responses Received: None as of the date of this Notice of Agenda.

      Related Documents:

      a.    [Proposed] Modified Order Requiring Filing of Statements Pursuant to Fed. R.
            Bankr. P. 2019 [Filed: 7/20/12] (Docket No. 29302)

      b.    Certification of No Objection Regarding Motion of the Official Committee of
            Asbestos Personal Injury Claimants to Modify the Court's Orders Requiring
            Filing of Statements Pursuant to Fed. R. Bankr. P. 2019 [**Not Filed**)

      c.    **[signed] Modified Order Requiring Filng of Statements Pursuant to Fed. R.
            Bankr. P. 2019 (Entered August 14, 2012; Docket No. 29454)**

      Status:  **The Court has entered an Order granting the Motion at Docket No. 29454.**

3.    Debtors' Application for an Order Authorizing the Employment and Retention of Grant
      Thornton LLP as Tax and Accounting Advisors [Filed: 7/23/12] (Docket No. 29310)

      Response Deadline: August 10, 2012, at 4:00 p.m.

      Responses Received: None as of the date of this Notice of Agenda.

      Related Documents:

      a.    [Proposed] Order Authorizing the Employment and Retention of Grant Thornton
            LLP as Tax and Accounting Advisors [Filed: 7/23/12] (Docket No. 29310,
            Exhibit B)

a.  Response of Commonwealth of Pennsylvania, Department of Revenue to Debtors' Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19523)

b.  Missouri Department of Revenue's Response to Debtors' Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19524)

c.  Indiana Department of Revenue's (IDR) Response to Objection to Claim [Filed: 9/17/08] (Docket No. 19554)

Related Documents: None.

Status: This matter is continued to October 15, 2012, at 9:00 a.m.


**UNCONTESTED MATTERS FOR WHICH A CNO HAS BEEN FILED:**

2.  Motion of the Official Committee of Asbestos Personal Injury Claimants to Modify the Court's Orders Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019 [Filed: 7/20/12] (Docket No. 29302)

Response Deadline: August 10, 2012, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Related Documents:

a.  [Proposed] Modified Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019 [Filed: 7/20/12] (Docket No. 29302)

b.  Certification of No Objection Regarding Motion of the Official Committee of Asbestos Personal Injury Claimants to Modify the Court's Orders Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019 [**Not Filed**)

c.  **[signed] Modified Order Requiring Filng of Statements Pursuant to Fed. R. Bankr. P. 2019 (Entered August 14, 2012; Docket No. 29454)**

Status:  **The Court has entered an Order granting the Motion at Docket No. 29454.**

3.  Debtors' Application for an Order Authorizing the Employment and Retention of Grant Thornton LLP as Tax and Accounting Advisors [Filed: 7/23/12] (Docket No. 29310)

Response Deadline: August 10, 2012, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Related Documents:

a.  [Proposed] Order Authorizing the Employment and Retention of Grant Thornton LLP as Tax and Accounting Advisors [Filed: 7/23/12] (Docket No. 29310, Exhibit B)

b.   Certification of No Objection Regarding Debtors' Application for an Order Authorizing the Employment and Retention of Grant Thornton LLP as Tax and Accounting Advisors [8/13/12] (Docket No. 29444)

c.   **[signed] [Modified] Order Authorizing the Employment and Retention of Grant Thornton LLP as Tax and Accounting Advisors (Entered August 14, 2012; Docket No. 29455)**

Status:  **The Court has entered an Order granting the Motion at Docket No. 29455.**

## UNCONTESTED MATTERS:

4.   Motion for an Order Authorizing the Debtors to Enter Into an Administrative Settlement Agreement and Order on Consent for a Removal Action at the Weedsport, New York Site [Filed: 7/23/12] (Docket No. 29311)

Response Deadline: August 10, 2012, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Related Documents:

a.   [Proposed] Order Authorizing Debtors' Entry Into an Administrative Settlement Agreement and Order on Consent for a Removal Action at the Weedsport, New York Site [Filed: 7/23/12] (Docket No. 29311, Exhibit A)

b.   Certification of Counsel Regarding Revised Order Authorizing the Debtors to Enter Into an Administrative Settlement Agreement and Order on Consent for a Removal Action at the Weedsport, New York Site [8/13/12] (Docket No. 29445)

c.   **[signed] Order Authorizing Debtors' Entry Into an Administrative Settlement Agreement and Order on Consent for a Removal Action at the Weedsport, New York Site (Entered August 15, 2012; Docket No. 29464)**

Status:  **The Court has entered an Order granting the Motion at Docket No. 29464.**

Dated: August 17, 2012                    KIRKLAND & ELLIS LLP
                                          John Donley
                                          Adam Paul
                                          300 North LaSalle
                                          Chicago, IL 60654
                                          Telephone: (312) 862-2000

                                          And

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
11 East Wacker Drive
Suite 2800
Chicago, IL 60601
Telephone: (312) 836-4047

And

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Kathleen P. Makowski*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400

Co-Counsel for the Debtors and Debtors-in-Possession

DOCS_DE:182473.1 91100-001