**ONE HUNDRED AND FIRST INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM JUNE 1, 2012 THROUGH JUNE 30, 2012)**

ATTACHMENT B

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Task Descriptions
4. Summary of Expenses

# W.R. Grace & Co.
**Capstone Advisory Group, LLC**
**Summary of Fees by Professional**
**For the Period 6/1/2012 through 6/30/2012**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $795 | 9.20 | $7,314.00 |
| R. Frezza | Member | $725 | 21.00 | $15,225.00 |
| J. Dolan | Director | $450 | 46.30 | $20,835.00 |
| M. Viola | Paraprofessional | $120 | 1.60 | $192.00 |
| **For the Period 6/1/2012 through 6/30/2012** | | | **78.10** | **$43,566.00** |

## W.R. Grace & Co.
Capstone Advisory Group, LLC
Summary of Fees by Task Code
For the Period 6/1/2012 through 6/30/2012

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01. Acquisitions/Divestitures | During the Fee Application period, the Applicant prepared various analyses of proposed acquisition and prepared report to the Committee thereon. | 34.00 | $19,335.00 |
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant updated interest scenarios and updated distributable value analysis for the Committee. | 3.90 | $1,755.00 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant read and analyzed recent docket submissions and counsel reports as well as Court decisions. | 6.90 | $3,588.00 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared May 2012 monthly fee statement. | 5.20 | $1,984.50 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant analyzed data regarding the monthly results and 1Q12 results, prepared various analyses and prepared a report to the Committee thereon. | 14.30 | $8,134.50 |
| 09. Financial Analysis - Business Plan | During the Fee Application Period, the Applicant edited, finalized and distributed Business Plan report to the Committee. | 6.00 | $3,114.00 |
| 15. Plan & Disclosure Statement | During the Fee Application Period, the Applicant reviewed and analyzed recent district Opinion and other matters and discussed with Counsel. | 7.80 | $5,655.00 |
| **For the Period 6/1/2012 through 6/30/2012** | | **78.10** | **$43,566.00** |

# W.R. Grace & Co.
Capstone Advisory Group, LLC
**Detailed Time Description by Task Code**
**For the Period 6/1/2012 through 6/30/2012**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 01. Acquisitions/Divestitures | | | |
| 6/14/2012 | R. Frezza | 1.20 | Reviewed materials and participated in discussion with Counsel on Bondera sale. |
| 6/14/2012 | J. Dolan | 1.70 | Reviewed and analyzed documents related to the proposed sale of Bondera business. |
| 6/14/2012 | E. Ordway | 0.60 | Analyzed data re: Bondera transaction. |
| 6/15/2012 | E. Ordway | 0.70 | Continued to analyze data re: Bondera transaction. |
| 6/18/2012 | J. Dolan | 1.90 | Reviewed and analyzed draft motion related to the sale of Bondera product line. |
| 6/18/2012 | J. Dolan | 0.70 | Prepared request for additional information related to Bondera sale. |
| 6/18/2012 | R. Frezza | 1.50 | Developed detailed question list and coordinated with Counsel on analyzing Bondera deal. |
| 6/19/2012 | E. Ordway | 0.60 | Continued to review Bondera material. |
| 6/19/2012 | R. Frezza | 1.50 | Reviewed and analyzed responses from company on Bondera and prepared memo to Committee. |
| 6/19/2012 | J. Dolan | 3.60 | Prepared report to the Committee re: sale of Bondera product line. |
| 6/20/2012 | J. Dolan | 1.10 | Reviewed Debtors' response to our request for additional information related to Bondera's sale. |
| 6/21/2012 | E. Ordway | 1.10 | Prepared and edited report on Bondera transaction. |
| 6/21/2012 | J. Dolan | 1.90 | Responded to Counsel's comments, revised Bondera's sale report accordingly and distributed to Committee. |
| 6/21/2012 | R. Frezza | 0.80 | Finalized review of report on Bondera divestiture. |
| 6/21/2012 | J. Dolan | 2.20 | Prepared report to the Committee re: Bondera's sale. |
| 6/25/2012 | E. Ordway | 1.10 | Reviewed data re: project Capricorn. |
| 6/27/2012 | E. Ordway | 0.40 | Reviewed data on Capricorn project. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 6/27/2012 | R. Frezza | 2.20 | Reviewed and analyzed Project Capricorn information. |
| 6/27/2012 | J. Dolan | 1.00 | Reviewed and analyzed presentation for Project Capricorn received from Debtors. |
| 6/27/2012 | J. Dolan | 1.40 | Prepared request for additional information related to Project Capricorn. |
| 6/28/2012 | R. Frezza | 1.20 | Devised and drafted questions to Blackstone re: Capricorn acquisition. |
| 6/28/2012 | J. Dolan | 3.60 | Prepared report to the Committee re: Project Capricorn. |
| 6/28/2012 | J. Dolan | 1.50 | Prepared charts for report to the Committee re: Project Capricorn. |
| 6/29/2012 | E. Ordway | 0.50 | Prepared and edited report to Committee re: Project Capricorn. |
| Subtotal | | 34.00 | |

03. Claims Analysis & Valuation

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 6/25/2012 | J. Dolan | 1.30 | Updated interest scenarios through September 30, 2012. |
| 6/25/2012 | J. Dolan | 2.60 | Updated distributable value analysis for latest available data. |
| Subtotal | | 3.90 | |

04. Creditor Committee Matters

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 6/11/2012 | J. Dolan | 0.90 | Reviewed and analyzed recent docket submissions. |
| 6/12/2012 | J. Dolan | 2.50 | Reviewed and analyzed recent decision documents from District court. |
| 6/13/2012 | J. Dolan | 0.40 | Responded to a Lender inquiry. |
| 6/14/2012 | E. Ordway | 0.80 | Reviewed and analyzed District court ruling. |
| 6/25/2012 | J. Dolan | 1.10 | Reviewed and analyzed recent docket submissions. |
| 6/26/2012 | J. Dolan | 0.60 | Reviewed and analyzed Counsel's summary of the District decision. |
| 6/26/2012 | E. Ordway | 0.60 | Reviewed Counsel's report re: court decision. |
| Subtotal | | 6.90 | |

07. Fee Applications & Invoices

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 6/12/2012 | M. Viola | 0.50 | Prepared May 2012 fee statement. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 6/12/2012 | J. Dolan | 0.60 | Prepared May 2012 fee application. |
| 6/14/2012 | M. Viola | 0.20 | Prepared May 2012 fee statement. |
| 6/18/2012 | M. Viola | 0.60 | Prepared May 2012 fee statement. |
| 6/18/2012 | J. Dolan | 0.90 | Prepared May 2012 fee application. |
| 6/19/2012 | E. Ordway | 0.30 | Prepared fee application. |
| 6/25/2012 | M. Viola | 0.30 | Prepared May 2012 fee statement. |
| 6/25/2012 | J. Dolan | 0.80 | Prepared May 2012 fee application. |
| 6/25/2012 | E. Ordway | 0.20 | Prepared fee application. |
| 6/28/2012 | J. Dolan | 0.80 | Finalized and filed May 2012 fee application. |
| Subtotal | | 5.20 | |

08. Financial Analysis - Schedules & Statements

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 6/1/2012 | E. Ordway | 0.40 | Reviewed and analyzed monthly operating report for February and March. |
| 6/4/2012 | J. Dolan | 3.30 | Prepared business plan and 1Q12 report to the Committee. |
| 6/5/2012 | J. Dolan | 2.60 | Finalized report to Committee and distributed to team for review. |
| 6/7/2012 | J. Dolan | 1.00 | Reviewed and analyzed April 2012 monthly financials. |
| 6/7/2012 | E. Ordway | 0.70 | Reviewed and analyzed April 2012 financial package. |
| 6/8/2012 | R. Frezza | 2.30 | Reviewed final report. |
| 6/8/2012 | R. Frezza | 2.50 | Finalized analyses and drafted report to Committee on 1Q12 actual and 2012 Business Plan. |
| 6/19/2012 | J. Dolan | 1.50 | Read and analyzed form 8k Investor highlights. |
| Subtotal | | 14.30 | |

09. Financial Analysis - Business Plan

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 6/5/2012 | E. Ordway | 0.60 | Reviewed and edited final draft of Business Plan report for the Committee. |
| 6/8/2012 | J. Dolan | 1.30 | Finalized Business Plan report and sent to Counsel for comments. |

**Capstone Advisory Group, LLC**  **Page 3 of 4**
**Invoice for the 6/1/2012 - 6/30/2012 Fee Application**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 6/11/2012 | J. Dolan | 2.30 | Responded to Counsel comments, finalized report and distributed to Committee. |
| 6/12/2012 | E. Ordway | 0.60 | Prepared and edited report on Business Plan. |
| 6/15/2012 | J. Dolan | 1.20 | Responded to internal comments and revised Business Plan report accordingly. |
| Subtotal | | 6.00 | |
| **15. Plan & Disclosure Statement** | | | |
| 6/11/2012 | R. Frezza | 2.40 | Reviewed and analyzed consolidated order re: appeals. |
| 6/11/2012 | R. Frezza | 1.50 | Reviewed and analyzed recent district opinion. |
| 6/12/2012 | R. Frezza | 2.20 | Continued to review and analyze recent order and participated in discussion with Counsel re: implications. |
| 6/15/2012 | R. Frezza | 0.90 | Reviewed and analyzed Anderson memorial matter. Participated in discussion with Counsel re: implications. |
| 6/29/2012 | R. Frezza | 0.80 | Reviewed and discussed with Counsel memo re: District court confirmation ruling. |
| Subtotal | | 7.80 | |
| **Total Hours** | | **78.10** | |

**Capstone Advisory Group, LLC**  **Page 4 of 4**
**Invoice for the 6/1/2012 - 6/30/2012 Fee Application**

# W.R. Grace & Co.
**Capstone Advisory Group, LLC**
**Expense Detail**
**For the Period 6/1/2012 through 6/30/2012**

| Date | Professional | Detail | Amount |
|---|---|---|---|
| Research | | | |
| 6/10/2012 | CAG Direct | Pacer | $7.70 |
| Subtotal - Research | | | $7.70 |
| Telecom | | | |
| 6/9/2012 | CAG Direct | June Telecom | $89.82 |
| Subtotal - Telecom | | | $89.82 |
| **For the Period 6/1/2012 through 6/30/2012** | | | **$97.52** |

**Capstone Advisory Group, LLC**                                                                                              **Page 1 of 1**
**Invoice for the 6/1/2012 - 6/30/2012 Fee Application**