# EXHIBIT A

## To Quarterly Application

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., _et_. _al_., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: June 26, 2012 @ 4:00 p.m. |
| | ) | Hearing Date: Only if Objection is Timely Filed |
| | ) | |

**TWENTY-SIXTH MONTHLY APPLICATION OF THE HOGAN FIRM AS COUNSEL TO REPRESENTATIVE COUNSEL FOR THE CANADIAN ZAI CLAIMANTS**

Name of Applicant:                          The Hogan Firm

Authorized to Provide
Professional Services to:                   Lauzon Bélanger and Scarfone Hawkins LLP
                                            ("Representative Counsel") as Special Counsel for
                                            the Canadian ZAI Claimants by Appointment Order,
                                            Dated March 19, 2010 [Docket No. 24508]

Date of Retention:                          March 19, 2010 _nunc pro tunc_ to December 21, 2009

Period for which compensation
and reimbursement is sought:                April 1, 2012, through April 30, 2012

Amount of compensation sought
as actual, reasonable and necessary:    $    6,988.00

Amount of expense reimbursement
sought as actual, reasonable and necessary:  $        16.80

This is Applicant's Twenty-Sixth Monthly Application.

[Remainder of Page Intentionally Left Blank]

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period:**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| 04/30/2010 Dkt. #24701 | December 22, 2009 - March 31, 2010 | $ 56,262.00 Reduction -$687.00 | $ 2,056.92 | $ 45,009.60 $ 10,565.40 | $ 2,056.92 |
| 06/01/2010 Dkt. #24873 | April 1, 2010 – April 30, 2010 | $ 37,248.00 | $ 562.10 | $ 29,798.40 $ 7,449.60 | $ 562.10 |
| 06/30/2010 Dkt. #25014 | May 1, 2010 – May 31, 2010 | $ 31,588.00 | $ 2,237.65 | $ 25,270.40 $ 6,317.60 | $ 2,237.65 |
| 07/28/2010 Dkt. #25126 | June 1, 2010 – June 30, 2010 | $ 28,580.00 | $ 1,860.20 | $ 22,864.00 $ 5,716.00 | $ 1,860.20 |
| 08/31/2010 Dkt. #25296 | July 1, 2010 – July 31, 2010 | $ 21,993.00 | $ 203.15 | $17,594.40 $ 4,398.60 | $ 203.15 |
| 09/29/2010 Dkt. #25496 | August 1, 2010 – August 31, 2010 | $ 19,978.00 | $ 2,003.31 | $ 15,982.40 $ 3,995.60 | $ 2,003.31 |
| 10/29/2010 Dkt. #25664 | September 1, 2010 – September 30, 2010 | $15,108.00 | $ 469.58 | $12,086.40 $ 3,021.60 | $ 469.58 |
| 12/03/2010 Dkt. # 25856 | October 1, 2010 – October 31, 2010 | $ 10,300.00 | $ 132.92 | $ 8,240.00 $ 2,060.00 | $ 132.92 |
| 01/05/2011 Dkt. #26017 | November 1, 2010 – November 30, 2010 | $ 10,964.00 | $ 1,814.35 | $ 8,771.20 $ 2,192.80 | $ 1,814.35 |
| 01/28/2011 Dkt. #26131 | December 1, 2010 – December 31, 2010 | $ 15,868.00 | $378.98 | $ 12,694.40 $ 3,173.60 | $ 378.98 |
| 03/08/2011 Dkt. #26511 | January 1, 2011 – January 31, 2011 | $ 17,694.00 | $ 1,041.00 | $ 14,155.20 $ 3,538.80 | $ 1,041.00 |
| 04/01/2011 Dkt. #26699 | February 1, 2011 – February 28, 2011 | $ 16,187.00 | $ 814.73 | $ 12,949.60 $3,237.40 | $ 814.73 |
| 05/10/2011 Dkt. #26918 | March 1, 2011 – March 31, 2011 | $ 13,172.00 | $ 358.40 | $10,537.60 $2,634.40 | $ 358.40 |
| 06/10/2011 Dkt. #27066 | April 1, 2011 – April 30, 2011 | $ 12,491.00 | $ 357.35 | $ 9,992.80 $ 2,498.20 | $ 357.35 |
| 06/30/2011 Dkt. #27194 | May 1, 2011 – May 31, 2011 | $ 13,139.00 | $ 112.91 | $ 10,511.20 $2,627.80 | $ 112.91 |
| 07/28/2011 Dkt. #27327 | June 1, 2011 – June 30, 2011 | $ 16,507.00 Reduction -$120.00 | $ 1,176.26 | $ 13,205.60 $3,181.40 | $1,176.26 |
| 08/31/2011 Dkt. #27532 | July 1, 2011 – July 31, 2011 | $ 11,632.00 | $ 226.85 | $ 9,305.60 $ 2,326.40 | $ 226.85 |
| 10/04/2011 Dkt. #27715 | August 1, 2011 – August 31, 2011 | $ 14,654.00 | $ 637.96 | $ 11,723.20 $ 2,930.80 | $ 637.96 |

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period (Continued):**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| **11/14/2011 Dkt. #27938** | **September 1, 2011 – September 30, 2011** | **$ 7,988.00 Reduction- $ 195.00** | **$ 35.56** | **$ 6,390.40 $ 1,402.60** | **$ 35.56** |
| 12/15/2011 Dkt. #28162 | October 1, 2011 – October 31, 2011 | $ 10,775.00 | $ 55.81 | $ 8,620.00 | $ 55.81 |
| 01/25/2012 Dkt. #28412 | November 1, 2011- November 30, 2011 | $12,237.00 | $ 1,162.47 | $ 9,789.60 | $ 1,162.47 |
| 2/17/2012 Dkt. #28542 | December 1, 2011- December 31, 2011 | $ 10,527.00 | $ 49.42 | $ 8,421.60 | $ 49.42 |
| 3/9/2012 Dkt. #28645 | January 1, 2012- January 31, 2012 | $ 6,715.00 | $ 10.20 | $ 5,372.00 | $ 10.20 |
| 4/17/2012 Dkt. #28786 | February 1, 2012- February 29, 2012 | $ 11,310.00 | $ 52.58 | $ 9,048.00 | $ 52.58 |
| 5/4/2012 Dkt. #28878 | March 1, 2012 – March 31, 2012 | $ 14,852.00 | $ 2,055.17 | Pending | Pending |

[Remainder of Page Intentionally Left Blank]

**Fee Detail by Professional for the Period of April 1, 2012, through April 30, 2012:**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| Daniel K. Hogan | President. Member DE bar since 1990 | $400.00[1] | 11.20 | $ 4,480.00 |
| Karen E. Harvey | Paralegal - since 1996 | $190.00 | 0.80 | $ 152.00 |
| Lauren N. Campbell | Legal Assistant- Since 2011 | $190.00 | 12.40 | $ 2,356.00 |
| Grand Total | | | 24.40 | $ 6,988.00 |
| Blended Rate | | | | $ 286.39 |
| Blended Rate (excluding paralegal time): | | | | $ 400.00 |

**Monthly Compensation by Matter Description for the Period of April 1, 2012, through April 30, 2012**:

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 04 - Case Administration | 4.20 | $ 1,680.00 |
| 11 - Fee Applications, Applicant | 6.00 | $ 1,455.00 |
| 12 - Fee Applications, Others | 14.20 | $ 3,853.00 |
| 14 - Hearings | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 |
| 24 – Other | 0.00 | 0.00 |
| TOTAL | 24.40 | $ 6,988.00 |

---

[1] On June 1, 2011, The Hogan Firm's hourly rate increased to $400.00 for Daniel K. Hogan.

**Monthly Expense Summary for the Period April 1, 2012, through April 30, 2012**:

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| CM/ECF | U.S. Bankruptcy Court | 0.00 |
| Court Telephonic Appearance | CourtCall | 0.00 |
| Photocopies | In-house   (168 x .10) | $ 16.80 |
| Postage | U.S. Postal Service | 0.00 |
| Outside Copy & Serve | Digital Legal, LLC | 0.00 |
| **TOTAL** |  | **$ 16.80** |

PLEASE TAKE NOTICE that The Hogan Firm (the "Applicant") has today filed this Notice of Monthly Fee and Expenses Invoice for April 1, 2012, through April 30, 2012, (this "Monthly Fee Statement")[2] pursuant to the terms of the Modified Order Granting Application Authorizing Retention of Daniel K. Hogan, Esq., as Counsel to the Representative Counsel for the Canadian ZAI Claimants [Docket No. 24509] and the Amended Administrative Order Under 11 U.S.C., §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [Docket No. 1949].

PLEASE TAKE FURTHER NOTICE that responses or objections to this Monthly Fee Statement, if any, must be filed on or before June 26, 2012, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that you must also serve a copy of any such response or objection upon the Notice Parties so as to be received by the Notice Parties on or before the Objection Deadline.

---

[2] Applicant's Invoice for April 1, 2012, through April 30, 2012, is attached hereto as **Exhibit A.**

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline, the Applicant shall file or cause to be filed with the Court, and serve on the Notice Parties, a certificate of no objection, certifying that no objection, or partial objection, has been filed with the Court relative to this Application, whichever is applicable, after which the Debtors are authorized and required to pay the Applicant an amount equal to (a) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement or (b) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses not subject to any objection. All fees and expenses in this Monthly Fee Statement will be included in the next quarterly application for compensation and reimbursement of expenses to be filed and served by the Applicant, and will be subject to objections at such time.

PLEASE TAKE FURTHER NOTICE that Applicant respectfully requests that, for the period April 1, 2012, through April 30, 2012, an allowance be made to The Hogan Firm for compensation in the amount of $6,988.00 and actual and necessary expenses in the amount of $16.80 for a total allowance of $7,004.80; Actual Interim Payment of $5,590.40 (80% of the allowed fees) and reimbursement of $16.80 (100% of the allowed expenses) be authorized for a total payment of $5,607.20; and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that Applicant believes that the Application and the description of services set forth herein of work performed are in compliance with the requirements of Delaware Local Rule 2016-2, the Amended Administrative Order, and the applicable guidelines and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the Executive Office for the United States Trustee. A true and correct copy of the Certification of Daniel K. Hogan is attached hereto as **Exhibit B**.

Dated: June 1, 2012                              Respectfully submitted,

                              By:     */s/ Daniel K. Hogan*
                                      Daniel K. Hogan (DE Bar No. 2814)
                                      THE HOGAN FIRM
                                      1311 Delaware Avenue
                                      Wilmington, Delaware 19806
                                      Telephone: 302.656.7540
                                      Facsimile: 302.656.7599
                                      Email: dkhogan@dkhogan.com

                                      **Counsel to Representative Counsel
                                      for the Canadian ZAI Claimants**

# EXHIBIT A



# The Hogan Firm

1311 Delaware Avenue

Wilmington, DE 19806

(302) 656 7540

EIN 51-0352711

---

**Canadian ZAI Claimants**
**c/o Lauzon Belanger Lesperance**
Attention:  Careen Hannouche
286 rue Street
Paul Quest bureau 100 Montreal QC H2Y 2A3

**Date:**          5/4/2012
**File Number:**   ZAI/WRG 060124-01
**Invoice Number:**  20086

**Re:**  Canadian Zonolite Claimants
WRGrace Chapter 11 Bankruptcy
Our File No. 060124-01

---

| Date | Initials | Description of Service | Hours | Rate | Amount |
|------|----------|------------------------|-------|------|--------|
| 04/02/2012 | LNC | E-mail correspondence with Careen Hannouche regarding the transmission of Lauzon Belanger Lesperance's February time statement. | 0.10 | 190.00 | 19.00 |
| 04/02/2012 | LNC | E-mail correspondence with Careen Hannouche requesting the February time statement for Lauzon Belanger Lesperance. | 0.10 | 190.00 | 19.00 |
| 04/02/2012 | LNC | E-mail correspondence with Cindy Yates requesting the February time statement for Scarfone Hawkins LLP. | 0.10 | 190.00 | 19.00 |
| 04/02/2012 | DKH | E-mail correspondence with David Thompson concerning the fee auditor's report concerning Scarfone Hawkins. | 0.20 | 400.00 | 80.00 |
| 04/02/2012 | LNC | E-mail correspondence with Karen Harvey re: the request of time statements from Scarfone Hawkins LLP and Lauzon Belanger Lesperance. | 0.10 | 190.00 | 19.00 |
| 04/02/2012 | LNC | E-mail correspondence with Karen Harvey regarding the request of March time statements from Lauzon Belanger Lesperance and Scarfone Hawkins LLP. | 0.10 | 190.00 | 19.00 |
| 04/03/2012 | LNC | E-mail correspondence with Careen Hannouche receiving the February time statement for Lauzon Belanger Lesperance, reviewed and saved to file. | 0.20 | 190.00 | 38.00 |
| 04/03/2012 | DKH | E-mail correspondence with Careen Hannouche transmitting Lauzon Belanger's February time statement.;  Reviewed same. | 0.50 | 400.00 | 200.00 |
| 04/04/2012 | KEH | E-mail correspondence from Cindy Yates, re: received from Grace $1,519.50 - payment of SH holdback for July, 2011 account - revise payment spreadsheet for use in preparation of fee application for Scarfone Hawkins. | 0.30 | 190.00 | 57.00 |
| 04/04/2012 | DKH | E-mail correspondence with Bobbi Ruhlander transmitting Lauzon Belanger's quarterly application for the 43rd interim period. | 0.20 | 400.00 | 80.00 |
| 04/04/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Fee Auditor's Report Regarding the Quarterly Fee Application of Lauzon Blanger Lesprance for the Period of October 1, 2011, through December 31, 2011 Filed by Warren H. Smith & Associates, P.C. | 0.50 | 400.00 | 200.00 |

5/4/2012              ZAI/WRG 060124-01          Canadian ZAI Claimants                    Page:2
                                              c/o Lauzon Belanger Lesperance

| Date | Init. | Description | Hours | Rate | Amount |
|------|-------|-------------|-------|------|--------|
| 04/04/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Amended Notice of Appearance Filed by W.R. Grace & Co., et al. | 0.30 | 400.00 | 120.00 |
| 04/04/2012 | LNC | Preparation of The Hogan Firm's 24th Monthly Fee Application. | 1.50 | 190.00 | 285.00 |
| 04/09/2012 | LNC | E-mail correspondence with Cindy Yates regarding the arrival of the February time statement for Scarfone Hawkins LLP. | 0.10 | 190.00 | 19.00 |
| 04/09/2012 | LNC | E-mail correspondence with Cindy Yates requesting the February time statement for Scarfone Hawkins LLP. | 0.10 | 190.00 | 19.00 |
| 04/09/2012 | LNC | Preparation of Lauzon Belanger Lesperance's 24th Monthly Fee Application. | 1.30 | 190.00 | 247.00 |
| 04/10/2012 | LNC | E-mail correspondence with Cindy Yates receiving the February time statement for Scarfone Hawkins LLP. Reviewed and saved to file. | 0.20 | 190.00 | 38.00 |
| 04/10/2012 | LNC | E-mail correspondence with Cindy Yates receiving the March time statement for Scarfone Hawkins LLP. Review and save to file. | 0.20 | 190.00 | 38.00 |
| 04/10/2012 | DKH | E-mail correspondence with Cindy Yates transmitting Scarfone Hawkins LLP Monthly Fee statement for February 1, 2012 – February 29, 2012.  Reviewed same. | 0.50 | 400.00 | 200.00 |
| 04/10/2012 | DKH | E-mail correspondence with Cindy Yates transmitting Scarfone Hawkins LLP Monthly Fee statement for March 1, 2012 – March 31, 2012.  Reviewed same. | 0.50 | 400.00 | 200.00 |
| 04/11/2012 | LNC | Calculation of project codes for Lauzon Belanger Lesperance's February time statement. | 0.30 | 190.00 | 57.00 |
| 04/11/2012 | LNC | Calculation of project codes for Scarfone Hawkins LLP's time statement for February 1, 2012- February 29, 2012. | 1.00 | 190.00 | 190.00 |
| 04/11/2012 | LNC | Meeting with Karen Harvey reviewing the 24th Monthly Fee Applications for The Hogan Firm, Scarfone Hawkins and Lauzon Belanger Lesperance. | 0.30 | 190.00 | 57.00 |
| 04/11/2012 | LNC | Preparation of Scarfone Hawkins LLP's 24th Monthly Fee Application. | 1.30 | 190.00 | 247.00 |
| 04/12/2012 | DKH | Reviewed updated service lists for WRGrace. | 0.30 | 400.00 | 120.00 |
| 04/13/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Agenda of Matters Scheduled for Hearing. Filed by W.R. Grace & Co., et al.. Hearing scheduled for 4/23/2012 at 09:00 AM. | 0.30 | 400.00 | 120.00 |
| 04/16/2012 | DKH | E-mail correspondence with Bobbi Ruhlander concerning The Hogan Firm's response to the initial report on the issue of time spent in connection with payments received from W.R. Grace. Reviewed and responded to Bobbie Ruhlander. | 0.30 | 400.00 | 120.00 |
| 04/16/2012 | LNC | E-mail correspondence with Careen Hannouche transmitting the 24th Monthly Fee Application for Lauzon Belanger Lesperance and certification for review. | 0.10 | 190.00 | 19.00 |
| 04/16/2012 | LNC | E-mail correspondence with Cindy Yates transmitting the 24th Monthly Fee Application for Scarfone Hawkins LLP and certification for review. | 0.20 | 190.00 | 38.00 |
| 04/16/2012 | KEH | Meeting with Daniel Hogan, re: the Fee Auditor's initial report and The Hogan Firm's response to same - review email from Bobbi Ruhlander with fee auditor's response. | 0.50 | 190.00 | 95.00 |
| 04/16/2012 | DKH | Reviewed and revised Lauzon Belanger's'  24th Monthly Fee Application. | 0.80 | 400.00 | 320.00 |
| 04/16/2012 | DKH | Reviewed and revised Scarfone Hawkins'  24th Monthly Fee Application. | 0.90 | 400.00 | 360.00 |
| 04/17/2012 | LNC | E-mail correspondence with Cindy Yates receiving David Thompson's certification. Review and save to file. | 0.20 | 190.00 | 38.00 |
| 04/17/2012 | DKH | E-mail correspondence with Cindy Yates transmitting the Certification duly executed by David Thompson; reviewed same. | 0.30 | 400.00 | 120.00 |

| | | | | | |
|---|---|---|---|---|---|
| 04/17/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed receipt for efiling of Monthly Application for Compensation (Twenty-Fourth) of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period February 1, 2012 to February 29, 2012 Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 04/17/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed receipt for efiling of Monthly Application for Compensation (Twenty-Fourth) of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period February 1, 2012 to February 29, 2012 Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 04/17/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed the receipt for efiling of Monthly Application for Compensation (Twenty-Fourth)of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period February 1, 2012 to February 29, 2012 Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 04/17/2012 | LNC | E-mail correspondence with Digital Legal services transmitting the 24th Monthly Application for The Hogan Firm, Lauzon Belanger Lesperance and Scarfone Hawkins LLP for hand delivery to the United States Bankruptcy Court. | 0.20 | 190.00 | 38.00 |
| 04/17/2012 | LNC | E-mail correspondence with feeaudit@whsmithlaw.com transmitting, in word format, the 24th Monthly Application of Lauzon Belanger Lesperance, Docket No. 28787. | 0.20 | 190.00 | 38.00 |
| 04/17/2012 | LNC | E-mail correspondence with feeaudit@whsmithlaw.com transmitting, in word format, the 24th Monthly Application of Scarfone Hawkins LLP, Docket No. 28788. | 0.20 | 190.00 | 38.00 |
| 04/17/2012 | LNC | E-mail correspondence with feeaudit@whsmithlaw.com transmitting, in word format, the 24th Monthly Application of The Hogan Firm, Docket No. 28786. | 0.20 | 190.00 | 38.00 |
| 04/17/2012 | LNC | E-mail correspondence with Karen Harvey forwarding Careen Hannouche's certification. Review and save to file. | 0.20 | 190.00 | 38.00 |
| 04/17/2012 | DKH | E-mail correspondence with Lauren Campbell concerning effectuating service of the fee applications. | 0.10 | 400.00 | 40.00 |
| 04/17/2012 | LNC | E-mail correspondence with service parties transmitting the 24th Monthly Application for Scarfone Hawkins LLP, Docket No. 28788. | 0.20 | 190.00 | 38.00 |
| 04/17/2012 | LNC | E-mail correspondence with service parties transmitting the 24th Monthly Application of The Hogan Firm, Docket No. 28786. | 0.20 | 190.00 | 38.00 |
| 04/17/2012 | LNC | E-mail correspondence with service parties transmitting the 24th Monthly Fee Application for Lauzon Belanger Lesperance, Docket No. 28787. | 0.20 | 190.00 | 38.00 |
| 04/17/2012 | LNC | Filing of the 24th Monthly Application for Lauzon Belanger Lesperance. | 0.30 | 190.00 | 57.00 |
| 04/17/2012 | LNC | Filing of the 24th Monthly Fee Application for Scarfone Hawkins LLP. | 0.30 | 190.00 | 57.00 |
| 04/17/2012 | LNC | Filing of the 24th Monthly Fee Application for The Hogan Firm. | 0.30 | 190.00 | 57.00 |
| 04/17/2012 | DKH | Reviewed and revised Monthly Application for Compensation (Twenty-Fourth)of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period February 1, 2012 to February 29, 2012. | 0.80 | 400.00 | 320.00 |
| 04/20/2012 | DKH | E-mail correspondence with Careen Hannouche concerning Lauzon Belanger's March time statement. | 0.10 | 400.00 | 40.00 |
| 04/20/2012 | LNC | E-mail correspondence with Careen Hannouche regarding the transmission of the March time statement from Lauzon Belanger Lesperance. | 0.10 | 190.00 | 19.00 |
| 04/20/2012 | DKH | E-mail correspondence with Careen Hannouche transmitting Lauzon Belanger's time statement for the month of March 2012.  Reviewed same. | 0.40 | 400.00 | 160.00 |

5/4/2012          ZAI/WRG 060124-01          Canadian ZAI Claimants                    Page:4
                                             c/o Lauzon Belanger Lesperance

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/20/2012 | LNC | E-mail correspondence with Careen Hannouche transmitting the March time statement for Lauzon Belanger Lesperance. Review and save to file. | 0.20 | 190.00 | 38.00 |
| 04/20/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Motion to Approve Compromise under Rule 9019 /Motion of W.R. Grace & Co. for Entry of an Order Approving (A) the Settlement Between W.R. Grace & Co. and the Libby Claimants, (B) the Transition of the Libby Medical Program, and (C) the Settlement Between W.R. Grace & Co. and BNSF Railway Company. Filed by W.R. Grace & Co., et al. | 1.30 | 400.00 | 520.00 |
| 04/26/2012 | DKH | Reviewed status of District Court appeal as well as Appeal in Third Circuit.  Reviewed online dockets and individual pleadings including Garlock briefs and status report letter in the Third Circuit appeal. | 2.00 | 400.00 | 800.00 |
| 04/30/2012 | LNC | Calculation of project codes for Lauzon Belanger Lesperance's March time statement. | 0.30 | 190.00 | 57.00 |
| 04/30/2012 | LNC | Calculation of project codes for Scarfone Hawkins LLP March time statement. | 0.50 | 190.00 | 95.00 |
| 04/30/2012 | LNC | Calculation of project codes for The Hogan Firm's March time statement. | 1.30 | 190.00 | 247.00 |
| | | **Total Fees** | **24.40** | | **$6,988.00** |

**Expenses**

| 04/17/2012 | Copies of the 24th Monthly Fee Applications printed for the fee auditor. | 16.80 | |
|---|---|---|---|
| | **Total Expenses** | | **$16.80** |

| **TOTAL NEW CHARGES** | **$7,004.80** |
|---|---|

**STATEMENT OF ACCOUNT**

| Prior Balance | 16,907.17 |
|---|---|
| Payments | -16,907.17 |
| Current Fees | 6,988.00 |
| Current Expenses | 16.80 |
| **AMOUNT DUE AND OWING TO DATE** | **$7,004.80** |

**TERMS: DUE UPON RECEIPT; INTEREST WILL ACCRUE ON THE UNPAID BALANCE AT THE RATE OF 1.5% PER MONTH;  Please call 302.656.7540 if you have any questions or concerns.**

**Payments**

| Date | Ref # | Description | Amount |
|---|---|---|---|
| 4/16/2012 | 9904868 | Payment on Account | 16,907.17 |

# EXHIBIT B

## CERTIFICATION PURSUANT TO DEL. BANKR. LR. 2016-2(f)

STATE OF DELAWARE    :
                         : ss

COUNTY OF NEW CASTLE :

      I, Daniel K. Hogan, after being duly sworn according to law, depose and say as follows:

      1.    I am the sole shareholder of the applicant firm, The Hogan Firm ("Firm"), and I am admitted to appear before this Court.

      2.    The Firm has rendered professional services as counsel to Lauzon Bélanger S.E.N.C.R.L. and Scarfone Hawkins LLP as Special Counsel ("Special Counsel") for the Canadian ZAI Claimants by appointment order, dated March 19, 2010 [Docket No. 24508].

      3.    I am familiar with the other work performed on behalf of Special Counsel by the lawyers and paraprofessionals of The Hogan Firm.

      4.    I have reviewed the foregoing monthly application of The Hogan Firm and the facts set forth therein are true and correct to the best of my knowledge, information and belief.   Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed April 17, 2002, and submit that the Application is correct and materially complies with the applicable orders, rules, guidelines and requirements as set forth by, this Bankruptcy Court and the Executive Office for the United States Trustee.

      I verify under penalty of perjury that the foregoing is true and correct.

                                         Daniel K. Hogan (DE #2814)

SWORN AND SUBSCRIBED
Before me this 31st day of May, 2012.

Notary Public
My Commission Expires: _____

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et. al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## AFFIDAVIT OF SERVICE

I, Karen E. Harvey, being duly sworn according to law, deposes and says that she is employed by The Hogan Firm, counsel to the Representative Counsel for the Canadian ZAI Claimants in the above-captioned action, and that on the 1st day of June, 2012, she caused a copy of the **Twenty-Sixth Monthly Application of The Hogan Firm As Counsel To Representative Counsel for the Canadian ZAI Claimants** to be served upon the Notice Parties, in the manner indicated on the attached service list, in accordance with the Amended Administrative Order Under 11 U.S.C., §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [Docket No. 1949].

Karen E. Harvey

SWORN TO AND SUBSCRIBED
By me on this 1st day of June, 2012

Notary Public
My Commission Expires:

GABRIELLE E. PALAGRUTO
MY COMMISSION
EXPIRES
MARCH 14, 2013
NOTARY PUBLIC
STATE OF DELAWARE

## Grace Fee Application Service List

**Hand Delivery**
(Trustee)
Office of the United States Trustee
David Klauder, Esquire
844 King Street, Suite 2311
Wilmington, DE 19801

**Federal Express & E-mail:**
*Richard.finke@grace.com*
(Debtors)
Richard C. Finke, Esquire
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Federal Express & E-mail:**
*feeaudit@whsmithlaw.com*
(Fee Auditor)
Warren H. Smith
Warren H. Smith and Associates
2235 Ridge Road, Suite 105
Rockwall, TX 75087

**E-mail:** *joneill@pszjlaw.com*
(Co-Counsel for Debtors)
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market St., 17th Floor
Wilmington, DE 19899

**E-mail:** *mlastowski@duanemorris.com*
(Counsel for Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane Morris, LLP
1100 N. Market St., Ste. 1200
Wilmington, DE 19801

**E-mail:** *mjoseph@ferryjoseph.com*
(Counsel to Official Committee of Asbestos
Property Damage Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Ste. 904
Wilmington, DE 19899

**E-mail:** *mhurford@camlev.com*
(Counsel to Official Committee of Personal
Injury Claimants)
Mark T. Hurford, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

**E-mail:** *tcurrier@saul.com*
(Counsel to Official Committee of Equity
Holders)
Teresa K.D. Currier, Esquire
Saul Ewing LLP
222 Delaware Avenue, Ste. 1200
Wilmington, DE 19899

**E-mail:** *jcp@pgslaw.com*
(Co-Counsel to David T. Austern, Personal
Injury Future Claimant's Representative)
John C. Phillips, Jr., Esquire
Philips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

**E-mail:** *khill@svglaw.com*
(Co-Counsel to the Hon. Alexander M.
Sanders, Jr., Property Damages Future
Claims Representative)
R. Karl Hill, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Ste. 1500
Wilmington, DE 19801

*E-mail:* [rhiggins@rogerhigginslaw.com](mailto:rhiggins@rogerhigginslaw.com)
(Co-counsel for Debtors)
Roger J. Higgins, Esquire
The Law Offices of Roger Higgins LLC
111 East Wacker Dr, Ste 2800
Chicago IL 60601

*E-mail:* [david.heller@lw.com](mailto:david.heller@lw.com)
(Co-Counsel to Debtor-In-Possession
Lender)
David S. Heller, Esquire
Latham & Watkins
Sears Tower, Ste. 5800
233 South Wacker Dr.
Chicago, IL 60606

*E-mail:* [wskatchen@duanemorris.com](mailto:wskatchen@duanemorris.com)
(Counsel for Official Committee of
Unsecured Creditors)
William S. Katchen, Esquire
Duane Morris LLP
744 Broad Street, Ste. 1200
Newark, NJ 07102

*E-mail:* [lkruger@stroock.com](mailto:lkruger@stroock.com)
(Counsel for Official Committee of
Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

*E-mail:* [sbaena@bilzin.com](mailto:sbaena@bilzin.com)
(Counsel to Official Committee of Asbestos
Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd., Ste 2500
Miami, FL 33131

*E-mail:* [ei@capdale.com](mailto:ei@capdale.com)
(Counsel to Official Committee of Personal
Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue., 35th Floor
New York, NY 10152

*E-mail:* [pbentley@kramerlevin.com](mailto:pbentley@kramerlevin.com)
(Counsel to Official Committee of Equity
Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

*E-mail:* [rfrankel@orrick.com](mailto:rfrankel@orrick.com)
(Co-Counsel to David T. Austern, Personal
Injury Future Claimant's Representative)
Richard Frankel, Esquire
Orrick Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005

*E-Mail:* [john.donley@kirkland.com](mailto:john.donley@kirkland.com)
(Counsel to Debtor)
John Donley, Esquire
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

*E-mail:* [arich@alanrichlaw.com](mailto:arich@alanrichlaw.com)
(Co-Counsel to the Hon. Alexander M.
Sanders, Jr., Property Damages Future
Claims Representative)
Alan B. Rich, Esquire
Law Office of Alan B. Rich
1401 Elm Street, Suite 4620
Dallas, TX 75202