# EXHIBIT B

## To Quarterly Application

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et*. *al*., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: July 23, 2012 @ 4:00 p.m. |
| | ) | Hearing Date: Only if Objection is Timely Filed |
| | ) | |

## TWENTY-SEVENTH MONTHLY APPLICATION OF THE HOGAN FIRM AS COUNSEL
## TO REPRESENTATIVE COUNSEL FOR THE CANADIAN ZAI CLAIMANTS

| | |
|---|---|
| Name of Applicant: | The Hogan Firm |
| Authorized to Provide Professional Services to: | Lauzon Bélanger and Scarfone Hawkins LLP ("Representative Counsel") as Special Counsel for the Canadian ZAI Claimants by Appointment Order, Dated March 19, 2010 [Docket No. 24508] |
| Date of Retention: | March 19, 2010 *nunc pro tunc* to December 21, 2009 |
| Period for which compensation and reimbursement is sought: | May 1, 2012, through May 31, 2012 |
| Amount of compensation sought as actual, reasonable and necessary: | $ 12,104.00 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $ 799.82 |

This is Applicant's Twenty-Seventh Monthly Application.

[Remainder of Page Intentionally Left Blank]

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period:**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| 04/30/2010 Dkt. #24701 | December 22, 2009 - March 31, 2010 | $ 56,262.00 Reduction -$687.00 | $ 2,056.92 | $ 45,009.60 $ 10,565.40 | $ 2,056.92 |
| 06/01/2010 Dkt. #24873 | April 1, 2010 – April 30, 2010 | $ 37,248.00 | $ 562.10 | $ 29,798.40 $ 7,449.60 | $ 562.10 |
| 06/30/2010 Dkt. #25014 | May 1, 2010 – May 31, 2010 | $ 31,588.00 | $ 2,237.65 | $ 25,270.40 $ 6,317.60 | $ 2,237.65 |
| 07/28/2010 Dkt. #25126 | June 1, 2010 – June 30, 2010 | $ 28,580.00 | $ 1,860.20 | $ 22,864.00 $ 5,716.00 | $ 1,860.20 |
| 08/31/2010 Dkt. #25296 | July 1, 2010 – July 31, 2010 | $ 21,993.00 | $ 203.15 | $17,594.40 $ 4,398.60 | $ 203.15 |
| 09/29/2010 Dkt. #25496 | August 1, 2010 – August 31, 2010 | $ 19,978.00 | $ 2,003.31 | $ 15,982.40 $ 3,995.60 | $ 2,003.31 |
| 10/29/2010 Dkt. #25664 | September 1, 2010 – September 30, 2010 | $15,108.00 | $ 469.58 | $12,086.40 $ 3,021.60 | $ 469.58 |
| 12/03/2010 Dkt. # 25856 | October 1, 2010 – October 31, 2010 | $ 10,300.00 | $ 132.92 | $ 8,240.00 $ 2,060.00 | $ 132.92 |
| 01/05/2011 Dkt. #26017 | November 1, 2010 – November 30, 2010 | $ 10,964.00 | $ 1,814.35 | $ 8,771.20 $ 2,192.80 | $ 1,814.35 |
| 01/28/2011 Dkt. #26131 | December 1, 2010 – December 31, 2010 | $ 15,868.00 | $378.98 | $ 12,694.40 $ 3,173.60 | $ 378.98 |
| 03/08/2011 Dkt. #26511 | January 1, 2011 – January 31, 2011 | $ 17,694.00 | $ 1,041.00 | $ 14,155.20 $ 3,538.80 | $ 1,041.00 |
| 04/01/2011 Dkt. #26699 | February 1, 2011 – February 28, 2011 | $ 16,187.00 | $ 814.73 | $ 12,949.60 $3,237.40 | $ 814.73 |
| 05/10/2011 Dkt. #26918 | March 1, 2011 – March 31, 2011 | $ 13,172.00 | $ 358.40 | $10,537.60 $2,634.40 | $ 358.40 |
| 06/10/2011 Dkt. #27066 | April 1, 2011 – April 30, 2011 | $ 12,491.00 | $ 357.35 | $ 9,992.80 $ 2,498.20 | $ 357.35 |
| 06/30/2011 Dkt. #27194 | May 1, 2011 – May 31, 2011 | $ 13,139.00 | $ 112.91 | $ 10,511.20 $2,627.80 | $ 112.91 |
| 07/28/2011 Dkt. #27327 | June 1, 2011 – June 30, 2011 | $ 16,507.00 Reduction -$120.00 | $ 1,176.26 | $ 13,205.60 $3,181.40 | $1,176.26 |
| 08/31/2011 Dkt. #27532 | July 1, 2011 – July 31, 2011 | $ 11,632.00 | $ 226.85 | $ 9,305.60 $ 2,326.40 | $ 226.85 |
| 10/04/2011 Dkt. #27715 | August 1, 2011 – August 31, 2011 | $ 14,654.00 | $ 637.96 | $ 11,723.20 $ 2,930.80 | $ 637.96 |

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period (Continued):**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| **11/14/2011 Dkt. #27938** | **September 1, 2011 – September 30, 2011** | **$ 7,988.00 Reduction- $ 195.00** | **$ 35.56** | **$ 6,390.40 $ 1,402.60** | **$ 35.56** |
| 12/15/2011 Dkt. #28162 | October 1, 2011 – October 31, 2011 | $ 10,775.00 | $ 55.81 | $ 8,620.00 | $ 55.81 |
| 01/25/2012 Dkt. #28412 | November 1, 2011- November 30, 2011 | $12,237.00 | $ 1,162.47 | $ 9,789.60 | $ 1,162.47 |
| 2/17/2012 Dkt. #28542 | December 1, 2011- December 31, 2011 | $ 10,527.00 | $ 49.42 | $ 8,421.60 | $ 49.42 |
| 3/9/2012 Dkt. #28645 | January 1, 2012- January 31, 2012 | $ 6,715.00 | $ 10.20 | $ 5,372.00 | $ 10.20 |
| 4/17/2012 Dkt. #28786 | February 1, 2012- February 29, 2012 | $ 11,310.00 | $ 52.58 | $ 9,048.00 | $ 52.58 |
| 5/4/2012 Dkt. #28878 | March 1, 2012 – March 31, 2012 | $ 14,852.00 | $ 2,055.17 | Pending | Pending |
| 6/1/2012 Dkt. #29010 | April 1, 2012- April 30, 2012 | $ 6,988.00 | $ 16.80 | Pending | Pending |

[Remainder of Page Intentionally Left Blank]

**Fee Detail by Professional for the Period of May 1, 2012, through May 31, 2012:**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| Daniel K. Hogan | President. Member DE bar since 1990 | $400.00[1] | 18.10 | $ 7,240.00 |
| Karen E. Harvey | Paralegal - since 1996 | $190.00 | 5.70 | $ 1,083.00 |
| Lauren N. Campbell | Legal Assistant- Since 2011 | $190.00 | 19.90 | $ 3,781.00 |
| **Grand Total** | | | **43.70** | **$ 12,104.00** |
| Blended Rate | | | | $ 276.98 |
| Blended Rate (excluding paralegal time): | | | | $ 400.00 |

**Monthly Compensation by Matter Description for the Period of May 1, 2012, through May 31, 2012:**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 04 - Case Administration | 2.40 | $ 960.00 |
| 11 - Fee Applications, Applicant | 15.10 | $ 4,045.00 |
| 12 - Fee Applications, Others | 25.60 | $ 6,922.00 |
| 14 - Hearings | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 |
| 24 – Other | 0.60 | 177.00 |
| **TOTAL** | **43.70** | **$ 12,104.00** |

---

[1] On June 1, 2011, The Hogan Firm's hourly rate increased to $400.00 for Daniel K. Hogan.

**Monthly Expense Summary for the Period May 1, 2012, through May 31, 2012**:

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| CM/ECF | U.S. Bankruptcy Court | 0.00 |
| Court Telephonic Appearance | CourtCall | 0.00 |
| Photocopies | In-house   (806 x .10) | $ 80.60 |
| Postage | First Class Mail | $ 13.20 |
| Outside Copy & Serve | Parcels, Inc. | $ 706.02 |
| **TOTAL** | | **$ 799.82** |

PLEASE TAKE NOTICE that The Hogan Firm (the "Applicant") has today filed this Notice of Monthly Fee and Expenses Invoice for May 1, 2012, through May 31, 2012, (this "Monthly Fee Statement")[2] pursuant to the terms of the Modified Order Granting Application Authorizing Retention of Daniel K. Hogan, Esq., as Counsel to the Representative Counsel for the Canadian ZAI Claimants [Docket No. 24509] and the Amended Administrative Order Under 11 U.S.C., §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [Docket No. 1949].

PLEASE TAKE FURTHER NOTICE that responses or objections to this Monthly Fee Statement, if any, must be filed on or before July 23, 2012, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that you must also serve a copy of any such response or objection upon the Notice Parties so as to be received by the Notice Parties on or before the Objection Deadline.

---

[2] Applicant's Invoice for May 1, 2012, through May 31, 2012, is attached hereto as **Exhibit A.**

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline, the Applicant shall file or cause to be filed with the Court, and serve on the Notice Parties, a certificate of no objection, certifying that no objection, or partial objection, has been filed with the Court relative to this Application, whichever is applicable, after which the Debtors are authorized and required to pay the Applicant an amount equal to (a) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement or (b) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses not subject to any objection. All fees and expenses in this Monthly Fee Statement will be included in the next quarterly application for compensation and reimbursement of expenses to be filed and served by the Applicant, and will be subject to objections at such time.

PLEASE TAKE FURTHER NOTICE that Applicant respectfully requests that, for the period May 1, 2012, through May 31, 2012, an allowance be made to The Hogan Firm for compensation in the amount of $12,104.00 and actual and necessary expenses in the amount of $799.82 for a total allowance of $12,903.82; Actual Interim Payment of $9,683.20 (80% of the allowed fees) and reimbursement of $799.82 (100% of the allowed expenses) be authorized for a total payment of $10,483.02; and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that Applicant believes that the Application and the description of services set forth herein of work performed are in compliance with the requirements of Delaware Local Rule 2016-2, the Amended Administrative Order, and the applicable guidelines and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the Executive Office for the United States Trustee.   A true and correct copy of the Certification of Daniel K. Hogan is attached hereto as **Exhibit B**.

Dated: June 29, 2012                              Respectfully submitted,

By:      */s/ Daniel K. Hogan*
         Daniel K. Hogan (DE Bar No. 2814)
         THE HOGAN FIRM
         1311 Delaware Avenue
         Wilmington, Delaware 19806
         Telephone: 302.656.7540
         Facsimile: 302.656.7599
         Email: dkhogan@dkhogan.com

         **Counsel to Representative Counsel
         for the Canadian ZAI Claimants**

# EXHIBIT A



# The Hogan Firm

1311 Delaware Avenue

Wilmington, DE 19806

(302) 656 7540

EIN 51-0352711

---

**Canadian ZAI Claimants**          **Date:**           6/7/2012
**c/o Lauzon Belanger Lesperance**   **File Number:**    ZAI/WRG 060124-01
Attention:  Careen Hannouche         **Invoice Number:** 20208
286 rue Street
Paul Quest bureau 100 Montreal QC H2Y 2A3

**Re:** Canadian Zonolite Claimants
WRGrace Chapter 11 Bankruptcy
Our File No. 060124-01

---

| Date | Initials | Description of Service | Hours | Rate | Amount |
|------|----------|------------------------|-------|------|--------|
| 05/01/2012 | LNC | Prepared the 25th Monthly Fee Application for Lauzon Belanger Lesperance. | 1.20 | 190.00 | 228.00 |
| 05/01/2012 | LNC | Prepared the 25th Monthly Fee Application for Scarfone Hawkins LLP. | 1.20 | 190.00 | 228.00 |
| 05/01/2012 | LNC | Prepared the 25th Monthly Fee Application for The Hogan Firm. | 1.20 | 190.00 | 228.00 |
| 05/02/2012 | LNC | E-mail correspondence with Cindy Yates transmitting David Thompson's certification; saved to file as exhibit. | 0.20 | 190.00 | 38.00 |
| 05/04/2012 | LNC | Electronically filed the 25th Monthly Application for The Hogan Firm. | 0.30 | 190.00 | 57.00 |
| 05/04/2012 | LNC | Electronically filed the 25th Monthly Fee Application for Lauzon Belanger Lesperance. | 0.30 | 190.00 | 57.00 |
| 05/04/2012 | LNC | Electronically filed the 25th Monthly Fee Application for Scarfone Hawkins. | 0.30 | 190.00 | 57.00 |
| 05/04/2012 | LNC | Electronically filed the Certificate of No Objection for Lauzon Belanger Lesperance's 23rd Monthly Fee Application. | 0.20 | 190.00 | 38.00 |
| 05/04/2012 | LNC | Electronically filed the Certificate of No Objection for Scarfone Hawkins LLP's 23rd Monthly Fee Application. | 0.20 | 190.00 | 38.00 |
| 05/04/2012 | LNC | Electronically filed the Certificate of No Objection for The Hogan Firm's 23rd Monthly Fee Application. | 0.20 | 190.00 | 38.00 |
| 05/04/2012 | LNC | E-mail correspondence with 'Careen Hannouche' re: review of 25th  monthly application for Lauzon Belanger Lesperance and status of certification. | 0.10 | 190.00 | 19.00 |
| 05/04/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed receipt for efiling of Certificate of No Objection (No Order Required) regarding the Twenty-Third Monthly Application for Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the Period of January 1, 2012 to January 31, 2012. | 0.30 | 400.00 | 120.00 |

6/7/2012          ZAI/WRG 060124-01          Canadian ZAI Claimants                    Page:2
                                          c/o Lauzon Belanger Lesperance

| Date | Init. | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/04/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) regarding the Twenty-Third Monthly Application of The Hogan Firm as Counsel to The Canadian ZAI Claimants for the period of January 1, 2012- January 31, 2012. | 0.30 | 400.00 | 120.00 |
| 05/04/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Limited Objection to Motion of W.R. Grace & Co. for Entry of an Order Approving (A) the Settlement Between W.R. Grace & Co. and the Libby Claimants, (B) the Transition of the Libby Medical Program, and (C) the Settlement Between W.R. Grace & Co. and BNSF Railway Company (related document(s)[28799]) Filed by State of Montana | 0.40 | 400.00 | 160.00 |
| 05/04/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) regarding the Twenty-Third Monthly Application for Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the Period of January 1, 2012 to January 31, 2012 (related document(s)[28647]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 05/04/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation (Twenty-Fifth) of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period March 1, 2012 to March 31, 2012 Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 05/04/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation (Twenty-Fifth) of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period March 1, 2012 to March 31, 2012 Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 05/04/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation (Twenty-Fifth) of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period March 1, 2012 to March 31, 2012 Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 05/04/2012 | LNC | E-mail correspondence with Info-LBLavocats transmitting certification of Careen Hannouche; save to file and prepare as exhibit. | 0.20 | 190.00 | 38.00 |
| 05/04/2012 | LNC | E-mail to Parcels re: service of CNOs. | 0.10 | 190.00 | 19.00 |
| 05/04/2012 | LNC | Prepared the Certificate of No Objection(No Order Required) for Lauzon Belanger Lesperance's 23rd Monthly Fee Application. | 0.30 | 190.00 | 57.00 |
| 05/04/2012 | LNC | Prepared the Certificate of No Objection(No Order Required) for Scarfone Hawkins LLP's 23rd Monthly Fee Application. | 0.30 | 190.00 | 57.00 |
| 05/04/2012 | LNC | Prepared the Certificate of No Objection(No Order Required) for The Hogan Firm's 23rd Monthly Fee Application. | 0.30 | 190.00 | 57.00 |
| 05/04/2012 | LNC | Review docket for any objections to the 23rd Monthly Fee Application for the period of January 1, 2012-January 31, 2012. | 0.20 | 190.00 | 38.00 |
| 05/04/2012 | DKH | Reviewed and finalized for efiling the Monthly Application for Compensation (Twenty-Fifth) of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period March 1, 2012 to March 31, 2012. | 0.60 | 400.00 | 240.00 |
| 05/04/2012 | DKH | Reviewed and finalized Monthly Application for Compensation (Twenty-Fifth) of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period March 1, 2012 to March 31, 2012 for efiling. | 0.60 | 400.00 | 240.00 |

| | | | | | |
|---|---|---|---|---|---|
| 05/04/2012 | DKH | Reviewed and revised Certificate of No Objection (No Order Required) regarding the Twenty-Third Monthly Application for Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the Period of January 1, 2012 to January 31, 2012. | 0.30 | 400.00 | 120.00 |
| 05/04/2012 | DKH | Reviewed and revised Certificate of No Objection (No Order Required) regarding the Twenty-Third Monthly Application for Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the Period of January 1, 2012 to January 31, 2012. | 0.30 | 400.00 | 120.00 |
| 05/04/2012 | DKH | Reviewed and revised Certificate of No Objection (No Order Required) regarding the Twenty-Third Monthly Application of The Hogan Firm as Counsel to The Canadian ZAI Claimants for the period of January 1, 2012- January 31, 2012. | 0.30 | 400.00 | 120.00 |
| 05/04/2012 | DKH | Reviewed and revised Monthly Application for Compensation (Twenty-Fifth) of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period March 1, 2012 to March 31, 2012.  Prepared for efiling and signed Certification. | 0.80 | 400.00 | 320.00 |
| 05/07/2012 | LNC | Prepared the Ninth Quarterly Fee Application for Lauzon Belanger Lesperance. | 2.30 | 190.00 | 437.00 |
| 05/07/2012 | LNC | Prepared the Ninth Quarterly Fee Application for The Hogan Firm. | 2.50 | 190.00 | 475.00 |
| 05/08/2012 | KEH | Meeting with Lauren Campbell regarding CNOs for quarterly applications - will seek advice from fee auditor. | 0.30 | 190.00 | 57.00 |
| 05/08/2012 | LNC | Prepared the Ninth Quarterly Fee Application for Scarfone Hawkins LLP.. | 2.50 | 190.00 | 475.00 |
| 05/08/2012 | LNC | Reviewed docket for any objections made to the 8th Quarterly Applications for The Hogan Firm, Lauzon Belanger Lesperance and Scarfone Hawkins. | 0.20 | 190.00 | 38.00 |
| 05/09/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Fee Auditor's Report Combined Final Report Regarding Those Fee Applications With No Fee or Expense Issues for the Forty-Third Interim Period Filed by Warren H. Smith & Associates, P.C. | 0.50 | 400.00 | 200.00 |
| 05/09/2012 | KEH | Meeting with Dan Hogan & Lauren Campbell re: CNOs for the quarterly applications; E-mail correspondence to Bobbi Ruhlander, re: final reports specific to SH & LBL with questions about CNOs. | 0.40 | 190.00 | 76.00 |
| 05/11/2012 | LNC | Electronically filed the Certificate of No Objection for Lauzon Belanger Lesperce's 24th Monthly Fee Application. | 0.20 | 190.00 | 38.00 |
| 05/11/2012 | LNC | Electronically filed the Certificate of No Objection for Scarfone Hawkins LLP's 24th Monthly Fee Application. | 0.20 | 190.00 | 38.00 |
| 05/11/2012 | LNC | Electronically filed the Certificate of No Objection for The Hogan Firm's 24th Monthly Fee Application. | 0.20 | 190.00 | 38.00 |
| 05/11/2012 | LNC | E-mail correspondence to Parcels transmitting the CNOs for 24th monthly applications for service upon US Trustee. | 0.10 | 190.00 | 19.00 |
| 05/11/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Twenty-Fourth Monthly Fee Application of Lauzon Belanger Lesperance as Special Counsel For the Canadian ZAI Claimants (related document(s)[28787]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 05/11/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) reagarding the 24th Monthly Fee Application of The Hogan Firm as Counsel to the Representative Counsel as Special Counsel for The Canadian ZAI Claimants (related document(s)[28786]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/11/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Twenty-Fourth Monthly Fee Application of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants (related document(s)[28788]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 05/11/2012 | LNC | Prepared the Certificate of No Objection (No Order Required) for Lauzon Belanger Lesperance's 24th Monthly Fee Application. | 0.30 | 190.00 | 57.00 |
| 05/11/2012 | LNC | Prepared the Certificate of No Objection (No Order Required) for Scarfone Hawkins LLP's 24th Monthly Fee Application. | 0.30 | 190.00 | 57.00 |
| 05/11/2012 | LNC | Prepared the Certificate of No Objection (No Order Required) for The Hogan Firm's 24th Monthly Fee Application. | 0.30 | 190.00 | 57.00 |
| 05/11/2012 | LNC | Reviewed docket for any objections made to the 24th Monthly Fee Applications. | 0.20 | 190.00 | 38.00 |
| 05/11/2012 | DKH | Reviewed docket for objections and draft of Certificate of No Objection (No Order Required) Regarding the Twenty-Fourth Monthly Fee Application of Lauzon Belanger Lesperance as Special Counsel For the Canadian ZAI Claimants. | 0.40 | 400.00 | 160.00 |
| 05/11/2012 | DKH | Reviewed docket for objections and draft of Certificate of No Objection (No Order Required) Regarding the Twenty-Fourth Monthly Fee Application of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants. | 0.40 | 400.00 | 160.00 |
| 05/11/2012 | DKH | Reviewed docket for objections and reviewed draft of the Certificate of No Objection (No Order Required) reagarding the 24th Monthly Fee Application of The Hogan Firm as Counsel to the Representative Counsel as Special Counsel for The Canadian ZAI Claimants. | 0.40 | 400.00 | 160.00 |
| 05/14/2012 | DKH | E-mail correspondence with David Thompson concerning draft of Scarfone Hawkins 8th Quarterly Fee Application. | 0.20 | 400.00 | 80.00 |
| 05/14/2012 | DKH | E-mail correspondence with David Thompson concerning the Certification of Counsel form. | 0.10 | 400.00 | 40.00 |
| 05/14/2012 | LNC | E-mail correspondence with David Thompson regarding review of 9th quarterly fee application for Scarfone Hawkins; make revision as instructed. | 0.30 | 190.00 | 57.00 |
| 05/14/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Motion to Authorize (for Entry of an Order) the Implementation of the 2012 Long-Term Incentive Plan Filed by W.R. Grace & Co., et al. | 0.40 | 400.00 | 160.00 |
| 05/14/2012 | DKH | Reviewed and revised draft of LBL's 8th Quarterly Fee Application. | 1.00 | 400.00 | 400.00 |
| 05/14/2012 | DKH | Reviewed and revised draft of Scarfone Hawkins 8th Quarterly Fee Application. | 1.30 | 400.00 | 520.00 |
| 05/14/2012 | DKH | Reviewed and revised draft of The Hogan Firm's 8th Quarterly Fee Application. | 1.30 | 400.00 | 520.00 |
| 05/15/2012 | LNC | E-mail correspondence from Bridget Scott transmitting Certification executed by David Thompson for the 9th quarterly fee application of SH; save to file and prepare as exhibit. | 0.20 | 190.00 | 38.00 |
| 05/15/2012 | LNC | E-mail correspondence to Parcels transmitting, for service, the Notice of Ninth Quarterly Application of Scarfone Hawkins LLP - service list – attached in Word for use with the labels.  The billing info is "CanZAI –SH 9th-Qtr". | 0.20 | 190.00 | 38.00 |
| 05/15/2012 | LNC | E-mail correspondence to Parcels transmitting, for service, the Notice of Ninth Quarterly Application of The Hogan Firm - service list – attached in Word for use with the labels.  The billing info is "CanZAI –THF 9th-Qtr". | 0.20 | 190.00 | 38.00 |
| 05/15/2012 | LNC | E-mail correspondence to Parcels transmitting, for service, the Notice of Ninth Quarterly Application of The Lauzon Belanger Lesperance - service list – attached in Word for use with the labels.  The billing info is "CanZAI –LBL 9th-Qtr". | 0.20 | 190.00 | 38.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/15/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Quarterly Application for Compensation (Ninth) of Lauzon Belanger Lesperance as Special Counsel to the Canadian ZAI Claimants for the period January 1, 2012 to March 31, 2012 Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 05/15/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Quarterly Application for Compensation (Ninth) of Scarfone Hawkins as Special Counsel for the Canadian ZAI Claimants for the period January 1, 2012 to March 31, 2012 Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 05/15/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Quarterly Application for Compensation (Ninth) of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period January 1, 2012 to March 31, 2012 Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 05/15/2012 | LNC | E-mail correspondence with 'feeaudit@whsmithlaw.com' transmitting, in Word format, the Ninth Quarterly Application of Lauzon Bélanger Lespérance as Special Counsel for the Canadian ZAI Claimants.  The application was filed today in the U.S. Bankruptcy Court, Docket No. 28918. | 0.20 | 190.00 | 38.00 |
| 05/15/2012 | LNC | E-mail correspondence with 'feeaudit@whsmithlaw.com' transmitting, in Word format, the Ninth Quarterly Application of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants.  The application was filed today in the U.S. Bankruptcy Court, Docket No. 228917 | 0.20 | 190.00 | 38.00 |
| 05/15/2012 | LNC | E-mail correspondence with 'feeaudit@whsmithlaw.com' transmitting, in Word format, the Ninth Quarterly Application of The Hogan Firm as Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants.  The application was filed today in the U.S. Bankruptcy Court, Docket No. 28916. | 0.20 | 190.00 | 38.00 |
| 05/15/2012 | LNC | E-mail correspondence with Info-LBLavocats transmitting certification of Careen Hannouche for the 9th quarterly fee application; save to file and prepare as exhibit. | 0.20 | 190.00 | 38.00 |
| 05/15/2012 | LNC | E-mail correspondence with Service Parties transmitting the 9th Quarterly Application of Lauzon Bélanger Lespérance, Docket No. 28918. | 0.20 | 190.00 | 38.00 |
| 05/15/2012 | LNC | E-mail correspondence with Service Parties transmitting the 9th Quarterly Application of Scarfone Hawkins LLP, Docket No. 28917. | 0.20 | 190.00 | 38.00 |
| 05/15/2012 | LNC | E-mail correspondence with Service Parties transmitting the 9th Quarterly Application of The Hogan Firm, Docket No. 28916. | 0.20 | 190.00 | 38.00 |
| 05/15/2012 | LNC | Prepare for and electronically file the Ninth Quarterly Fee Application for Lauzon Belanger Lesperance. | 0.30 | 190.00 | 57.00 |
| 05/15/2012 | LNC | Prepare for and electronically file the Ninth Quarterly Fee Application for Scarfone Hawkins LLP. | 0.30 | 190.00 | 57.00 |
| 05/15/2012 | LNC | Prepare for and electronically file the Ninth Quarterly Fee Application for The Hogan Firm. | 0.30 | 190.00 | 57.00 |
| 05/18/2012 | KEH | E-mail correspondence to Patty Cuniff at PSZYJW regarding CNOs for quarterly applications with final reports specific to the applications and revisions thereto. | 0.20 | 190.00 | 38.00 |
| 05/18/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Notice of Agenda of Matters Scheduled for Hearing Filed by W.R. Grace & Co., et al.. Hearing scheduled for 5/23/2012 at 08:30 AM. | 0.10 | 400.00 | 40.00 |
| 05/18/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Order that Omnibus Hearings Scheduled for August 27, 2012, Before Judge Judith K. Fitzgerald Shall by TELEPHONIC ONLY. Signed on 5/18/2012 | 0.30 | 400.00 | 120.00 |

| Date | Init | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 05/18/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Order Cancelling Omnibus Hearings September 24, 2012, Before Judge Judith K. Fitzgerald. Signed on 5/18/2012. | 0.30 | 400.00 | 120.00 |
| 05/21/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Order Cancelling Omnibus Hearing Scheduled for 8:30 a.m. on May 23, 2012. | 0.20 | 400.00 | 80.00 |
| 05/21/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Amended HEARING CANCELLED/RESCHEDULED. Notice of Agenda of Matters Scheduled for Hearing. (related document(s) [28947] Filed by W.R. Grace & Co., et al.. Hearing scheduled for 5/23/2012 at 08:30 AM | 0.30 | 400.00 | 120.00 |
| 05/24/2012 | LNC | E-mail correspondence from Careen Hannouche transmitting time/expense statement for the month of April 2012; attach to file and revise same with fees and extensions. | 0.40 | 190.00 | 76.00 |
| 05/24/2012 | DKH | E-mail correspondence with Bobbi Ruhlander transmitting the new address for Warren H. Smith & Associates, P.C. | 0.30 | 400.00 | 120.00 |
| 05/24/2012 | DKH | E-mail correspondence with Careen Hannouche transmitting LBL's billing statement for the month of April 2012; reviewed same. | 0.40 | 400.00 | 160.00 |
| 05/28/2012 | DKH | E-mail correspondence with Cindy Yates transmitting Scarfone Hawkins LLP Monthly Fee Application for April 1, 2012 – April 30, 2012; reviewed same. | 0.40 | 400.00 | 160.00 |
| 05/28/2012 | KEH | E-mail correspondence with Cindy Yates transmitting Scarfone Hawkins LLP Time/Expense Statement for April 1, 2012 – April 30, 2012; request to revise years of experience in application; save statement to file and revise per request. | 0.30 | 190.00 | 57.00 |
| 05/29/2012 | KEH | E-mail correspondence from Careen Hannouche transmitting LBL's time/expense statement for April 2012; save to file and revise same. | 0.40 | 190.00 | 76.00 |
| 05/30/2012 | KEH | E-mail correspondence from 'Cindy Yates' regarding payments from WRG for SH's January and February fee applications; update WRG payment spreadsheet for revisions of monthly application. | 0.30 | 190.00 | 57.00 |
| 05/30/2012 | KEH | E-mail correspondence with Careen Hannouche regarding payment from Grace; payment received in the amount of $3,236,04 - update WRG payment spreadsheet for revisions on monthly fee application; confirm to Careen what applications the payment is for. | 0.50 | 190.00 | 95.00 |
| 05/30/2012 | KEH | E-mail correspondence with 'Cindy Yates' for status of payment information for SH's January and February fee applications. | 0.10 | 190.00 | 19.00 |
| 05/30/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Certification of Counsel Regarding the Motion of W R Grace & Co. for Entry of an Order Approving (A) The Settlement between W R Grace & Co. and the Libby Claimants, (B) The Transition of the Libby Medical Program and (C) The Settlement between W R Grace & Co. and BNSF Railway Company. (related document(s)[28779], [28885]) Filed by W.R. Grace & Co., et al. | 0.30 | 400.00 | 120.00 |
| 05/30/2012 | KEH | Telephone call from Patricia Higgins regarding removal of Janet Baer from service list and addition of Law Offices of Roger Higgins; email from Patricia Higgins re: same. | 0.30 | 190.00 | 57.00 |
| 05/31/2012 | DKH | E-mail correspondence with Cindy Yates transmitting the Certification executed by David Thompson. | 0.10 | 400.00 | 40.00 |
| 05/31/2012 | KEH | E-mail correspondence with 'PCuniff@PSZYJW.com' regarding CNOs and request for response to previous email. | 0.10 | 190.00 | 19.00 |
| 05/31/2012 | KEH | Prepare 26th Monthly Fee Application for Lauzon Belanger Lesperance; code time/expense statement. | 0.70 | 190.00 | 133.00 |
| 05/31/2012 | KEH | Prepare 26th Monthly Fee Application for Scarfone Hawkins; code time/expense statement. | 0.90 | 190.00 | 171.00 |

6/7/2012              ZAI/WRG 060124-01          Canadian ZAI Claimants                           Page:7
                                                c/o Lauzon Belanger Lesperance

| 05/31/2012 | KEH | Prepare 26th Monthly Fee Application for The Hogan Firm; code time/expense statement. | 1.20 | 190.00 | 228.00 |
| 05/31/2012 | DKH | Reviewed and revised LBL's 26th monthly fee application. | 0.80 | 400.00 | 320.00 |
| 05/31/2012 | DKH | Reviewed and revised SH's 26th monthly fee application. | 0.80 | 400.00 | 320.00 |
| 05/31/2012 | DKH | Reviewed and revised The Hogan Firm's SH's 26th monthly fee application. | 0.90 | 400.00 | 360.00 |
| | | **Total Fees** | **43.70** | | **$12,104.00** |

**Expenses**

| 05/04/2012 | Copies of the 25th Monthly Application to be mailed to the Fee Auditors. (86x.10) | 8.60 |
| 05/04/2012 | Postage- 25th Monthly Applications sent to the Fee Auditors First Class Mail. | 4.60 |
| 05/08/2012 | Parcels, Inc.- Certificate of No Objection (23rd Monthly) hand delivered to Bankruptcy Court. | 5.00 |
| 05/15/2012 | Copies of the Ninth Quarterly Applications sent to he fee auditors via First Class Mail. | 8.60 |
| 05/16/2012 | Photocopies-(720 x.10) Copes of the Ninth Quarterly Fee Application printed for the Fee Auditors review. | 72.00 |
| 05/17/2012 | Parcels, Inc.- Copies and hand delivery of the 25th Monthly Fee Application for the Hogan Firm, Lauzon Belanger Lesperance and Scarfone Hawkins LLP. | 27.66 |
| 05/17/2012 | Parcels, Inc.- Copies and hand delivery of the Certificate of No Objection to the 23rd Monthly Fee Application for The Hogan Firm, Lauazon Belanger Lesperance and Scarfone Hawkins LLP. | 23.22 |
| 05/17/2012 | Parcels, Inc.- Hand Delivery of the Certificate of No Objection for the 24th Monthly Fee Applications of The Hogan Firm, Lauzon Belanger Lesperance and Scarfone Hawkins. | 5.00 |
| 05/22/2012 | Parcels, Inc.- First Class Mail and hand delivery to the service parties for the Ninth Quarterly Fee Applications. | 632.14 |
| 05/22/2012 | Parcels, Inc.- Hand Delivery of the Certificate of No Objection for the 24th Monthly Fee Applications. | 13.00 |
| | **Total Expenses** | **$799.82** |

**TOTAL NEW CHARGES**                                                                  **$12,903.82**

**STATEMENT OF ACCOUNT**

| Prior Balance | 7,004.80 |
| Payments | -7,004.80 |
| Current Fees | 12,104.00 |
| Current Expenses | 799.82 |
| **AMOUNT DUE AND OWING TO DATE** | **$12,903.82** |

**TERMS: DUE UPON RECEIPT; INTEREST WILL ACCRUE ON THE UNPAID BALANCE AT THE RATE OF 1.5% PER MONTH;  Please call 302.656.7540 if you have any questions or concerns.**

**Payments**

| Date | Ref # | Description | Amount |
| --- | --- | --- | --- |
| 5/18/2012 | 005 3104 | Payment on Account | 7,004.80 |

Canadian ZAI Claimants
c/o Lauzon Belanger Lesperance

# EXHIBIT B

## CERTIFICATION PURSUANT TO DEL. BANKR. LR. 2016-2(f)

STATE OF DELAWARE    :
                           : ss
COUNTY OF NEW CASTLE :

      I, Daniel K. Hogan, after being duly sworn according to law, depose and say as follows:

      1.    I am the sole shareholder of the applicant firm, The Hogan Firm ("Firm"), and I am admitted to appear before this Court.

      2.    The Firm has rendered professional services as counsel to Lauzon Bélanger S.E.N.C.R.L. and Scarfone Hawkins LLP as Special Counsel ("Special Counsel") for the Canadian ZAI Claimants by appointment order, dated March 19, 2010 [Docket No. 24508].

      3.    I am familiar with the other work performed on behalf of Special Counsel by the lawyers and paraprofessionals of The Hogan Firm.

      4.    I have reviewed the foregoing monthly application of The Hogan Firm and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed April 17, 2002, and submit that the Application is correct and materially complies with the applicable orders, rules, guidelines and requirements as set forth by, this Bankruptcy Court and the Executive Office for the United States Trustee.

      I verify under penalty of perjury that the foregoing is true and correct.

 

                                            _____
                                          Daniel K. Hogan (DE #2814)

SWORN AND SUBSCRIBED
Before me this _____ day of June, 2012.

_____
Notary Public
My Commission Expires: _____