# **EXHIBIT B**

# **To Quarterly Application**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et*. *al*., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: July 27, 2012 @ 4:00 p.m. |
| | ) | Hearing Date: Only if Objection is Timely Filed |

**TWENTY-SEVENTH MONTHLY APPLICATION OF SCARFONE HAWKINS LLP**
**AS SPECIAL COUNSEL FOR THE CANADIAN ZAI CLAIMANTS**

| | |
|---|---|
| Name of Applicant: | Scarfone Hawkins LLP |
| Authorized to Provide Professional Services to: | Canadian Zonolite Attic Insulation Claimants ("Canadian ZAI Claimants") |
| Date of Retention: | March 19, 2010 *nunc pro tunc* December 21, 2009 |
| Period for which compensation and reimbursement is sought: | May 1, 2012, through May 31, 2012 |
| Amount of compensation sought as actual, reasonable and necessary: | CDN $   3,236.25 |
| Amount of expense reimbursement (includes Harmonized Sales Tax of 13%[1]) sought as actual, reasonable and necessary: | CDN $   420.71 |

This Applicant's Twenty-Seventh Monthly Application.

[Remainder of Page Intentionally Left Blank]

---

[1] On July 1, 2010, the Harmonized Sales Tax (HST) took effect in Ontario and is applied to most purchases and transactions. The 13% HST replaces the federal goods and services tax (GST) and the provincial sales tax (PST).

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period:**

| Date Filed | Period Covered | Requested Fees (CDN $) | Requested Expenses (CDN $) | Paid Fees (CDN $) | Paid Expenses (CDN $) |
|---|---|---|---|---|---|
| 04/30/2010 Dkt. #24697 | December 21, 2009 - March 31, 2010 | $ 98,678.75 Reduction -$708.50 | $ 10,399.55 | $ 78,943.00 $ 19,027.25 | $ 10,399.55 |
| 06/01/2010 Dkt. #24878 | April 1, 2010 – April 30, 2010 | $ 14,765.25 | $ 812.67 | $ 11,812.20 $ 2,953.05 | $ 812.67 |
| 06/30/2010 Dkt. #25015 | May 1, 2010 – May 31, 2010 | $ 21,221.25 | $ 3,327.71 | $ 16,977.00 $ 4,244.25 | $ 3,327.71 |
| 07/28/2010 Dkt. #25127 | June 1, 2010 – June 30, 2010 | $ 23,507.50 | $ 2,994.15 | $ 18,806.00 $ 4,701.50 | $ 2,994.15 |
| 08/31/2010 Dkt. #25297 | July 1, 2010 – July 31, 2010 | $ 17,232.50 | $ 2,259.90 | $ 13,786.00 $ 3,446.50 | $ 2,259.90 |
| 09/29/2010 Dkt. #25497 | August 1, 2010 – August 31, 2010 | $ 10,663.75 | $ 1,403.95 | $ 8,531.00 $ 2,132.75 | $ 1,403.95 |
| 10/29/2010 Dkt. #25666 | September 1, 2010 – September 30, 2010 | $ 5,833.75 | $ 2,153.94 | $ 4,667.00 $ 1,166.75 | $ 2,153.94 |
| 12/03/2010 Dkt. #25858 | October 1, 2010 – October 31, 2010 | $ 6,840.00 | $ 897.99 | $ 5,472.00 $ 1,368.00 | $ 897.99 |
| 01/05/2011 Dkt. #26018 | November 1, 2010 – November 30, 2010 | $ 5,030.00 | $ 653.90 | $ 4,024.00 $ 1,006.00 | $ 653.90 |
| 01/28/2011 Dkt. #26132 | December 1, 2010 – December 31, 2010 | $ 11,478.75 | $ 1,513.55 | $ 9,183.00 $ 2,295.75 | $ 1,513.55 |
| 03/08/2011 Dkt. #26512 | January 1, 2011 – January 31, 2011 | $ 22,076.25 | $ 4,516.93 | $ 17,661.00 $ 4,415.25 | $ 4,516.93 |
| 04/01/2011 Dkt. #26700 | February 1, 2011 – February 28, 2011 | $ 13,196.25 | $ 2,535.34 | $ 10,557.00 $ 2,639.25 | $ 2535.34 |
| 05/12/2011 Dkt. #26925 | March 1, 2011 – March 31, 2011 | $ 6,217.50 | $ 808.28 | $ 4,974.00 $ 1,243.50 | $ 808.28 |
| 06/10/2011 Dkt. #27068 | April 1, 2011 – April 30, 2011 | $ 17,471.25 | $ 2,475.77 | $ 13,977.00 $ 3,494.25 | $ 2,475.77 |
| 06/30/2011 Dkt. #27196 | May 1, 2011 – May 31, 2011 | $ 3,720.00 | $ 493.40 | $ 2,976.00 $ 744.00 | $ 493.40 |
| 08/04/2011 Dkt. #27374 | June 1, 2011 – June 30, 2011 | $ 7,965.00 | $ 1,067.51 | $ 6,372.00 $ 1,593.00 | $ 1,067.51 |
| 08/31/2011 Dkt. #27534 | July 1, 2011 – July 31, 2011 | $ 7,597.50 | $ 989.49 | $ 6,078.00 $ 1,519.50 | $ 989.49 |
| 10/04/2011 Dkt. #27716 | August 1, 2011 – August 31, 2011 | $ 6,483.75 | $ 851.59 | $ 5,187.00 $ 1,296.75 | $ 851.59 |
| 11/14/2011 Dkt. #27939 | September 1, 2011- September 30, 2011 | $ 15,104.64 | $ 4,604.40 | $ 12,083.71 $ 3,020.93 | $ 4,604.40 |

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period (Continued):**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| 12/15/2011 Dkt. #28163 | October 1, 2011 – October 31, 2011 | $ 3,735.00 | $ 2,705.74 | $ 2,988.00 | $ 2,705.74 |
| 01/25/2012 Dkt. #28414 | November 1, 2011- November 30, 2011 | $ 3,450.00 | $ 448.50 | $ 2,760.00 | $ 448.50 |
| 2/21/2012 Dkt. #28556 | December 1, 2011- December 31, 2011 | $ 2,598.75 | $ 337.84 | $ 2,079.00 | 337.84 |
| 3/9/2012 Dkt. #28647 | January 1, 2012- January 31, 2012 | $ 3,435.00 | $ 449.79 | $ 2,748.00 | $ 449.79 |
| 4/17/2012 Dkt. #28788 | February 1, 2012- February 29, 2012 | $ 7,451.25 | $ 978.82 | $ 5,961.00 | $ 978.82 |
| 5/4/2012 Dkt. #28879 | March 1, 2012 – March 31, 2012 | $ 4,796.25 | $ 627.60 | Pending | Pending |
| 6/1/2012 Dkt. #29011 | April 1, 2012- April 30, 2012 | $ 2,812.50 | $ 368.23 | Pending | Pending |

**Fee Detail by Professional for the Period of May 1, 2012, through May 31, 2012:**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate[2] (including changes) | Total Billed Hours | Total Fees (CDN $) |
|---|---|---|---|---|
| David Thompson | Partner, 24 Years; 1988 | $525.00 | 5.45 | $ 2,861.25 |
| Matthew G. Moloci | Partner, 14 Years; 1998 | $450.00 | 0.30 | $ 135.00 |
| Cindy Yates | Law Clerk, 30 Yrs. | $120.00 | 2.00 | $ 240.00 |
| **Grand Total** | | | **7.75** | **$ 3,236.25** |
| Blended Rate | | | | $ 417.58 |
| Blended Rate (excluding Law Clerk time) | | | | $ 521.08 |

---

[2] Scarfone Hawkins LLP increased its hourly rates as of January 1, 2011.

Page | 3

**Monthly Compensation by Matter Description for the Period of May 1, 2012, through May 31, 2012**:

| Project Category | Total Hours | Total Fees (CDN $) |
|---|---:|---:|
| 04 - Case Administration | 4.15 | $ 2,156.25 |
| 11 - Fee Applications, Applicant | 3.25 | $ 896.25 |
| 12 – Fee Applications, Others | 0.00 | 0.00 |
| 14 – Hearings | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 |
| 20 - Travel (Non-Working) | 0.00 | 0.00 |
| 24 – Other | 0.35 | $183.75 |
| **TOTAL** | **7.75** | **$ 3,236.25** |

**Monthly Expense Summary for the Period May 1, 2012, through May 31, 2012**:

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---:|
| Photocopies (In House) | | 0.00 |
| Postage | | 0.00 |
| Travel – Meals | | 0.00 |
| Travel – Accommodations | | 0.00 |
| Travel – Airline | | 0.00 |
| Travel – Taxi & Parking | | 0.00 |
| Long Distance Calls | | 0.00 |
| Harmonized Sales Tax (HST) 13% | | $ 420.71 |
| **TOTAL** | | **$ 420.71** |

PLEASE TAKE NOTICE that Scarfone Hawkins LLP (the "Applicant") has today filed this Notice of Monthly Fee and Expenses Invoice for May 1, 2012, through May 31, 2012, (this "Monthly Fee Statement")[3] pursuant to the Modified Order Granting The Canadian ZAI

---

[3] Applicant's Invoice for May 1, 2012, through May 31, 2012, is attached hereto as **Exhibit A.**

Claimants' Application for Appointment of Special Counsel [Docket No. 24508] and the Amended Administrative Order Under 11 U.S.C., §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [Docket No. 1949].

PLEASE TAKE FURTHER NOTICE that responses or objections to this Monthly Fee Statement, if any, must be filed on or before July 27, 2012, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that you must also serve a copy of any such response or objection upon the Notice Parties so as to be received by the Notice Parties on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline, the Applicant shall file or cause to be filed with the Court, and serve on the Notice Parties, a certificate of no objection, certifying that no objection, or a partial objection, has been filed with the Court relative to this Application, whichever is applicable, after which the Debtors are authorized and required to pay the Applicant an amount equal to (a) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement or (b) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses not subject to any objection. All fees and expenses in this Monthly Fee Statement will be included in the next quarterly application for compensation and reimbursement of expenses to be filed and served by the Applicant at a later date, and will be subject to objections at such time.

PLEASE TAKE FURTHER NOTICE that Applicant respectfully requests that, for the period May 1, 2012, through May 31, 2012, an allowance be made to Scarfone Hawkins LLP for

compensation in the amount of CDN $3,236.25 and actual and necessary expenses in the amount of CDN $420.71 (Includes 13% Harmonized Sales Tax) for a total allowance of CDN $3,656.96; Actual Interim Payment of CDN $2,589.00(80% of the allowed fees) and reimbursement of CDN $420.71 (100% of the allowed expenses) be authorized for a total payment of CDN $3,009.71; and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that Applicant believes that the Application and the description of services set forth herein of work performed are in compliance with the requirements of Delaware Local Rule 2016-2, the Amended Administrative Order, and the applicable guidelines and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the Executive Office for the United States Trustee. A true and correct copy of the Certification of David Thompson is attached hereto as **Exhibit B**.

Dated: July 5, 2012					Respectfully submitted,

By:	*/s/ Daniel K. Hogan*
	Daniel K. Hogan (DE Bar No. 2814)
	THE HOGAN FIRM
	1311 Delaware Avenue
	Wilmington, Delaware 19806
	Telephone: 302.656.7540
	Facsimile: 302.656.7599
	Email: dkhogan@dkhogan.com


	**Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants**

Page | 6

# EXHIBIT A

W.R. GRACE & CO., et al.                                   U.S. FEE APPLICATION
CDN ZAI CLASS ACTION                                       DATE:
                                                           May 31, 2012
                                                           OUR FILE NO: 05L121

# Scarfone Hawkins LLP
B A R R I S T E R S   A N D   S O L I C I T O R S

| ONE JAMES STREET SOUTH | TELEPHONE |
| 14TH FLOOR | 905-523-1333 |
| P.O. BOX 926, DEPOT #1 | |
| HAMILTON, ONTARIO | TELEFAX |
| L8N 3P9 | 905-523-5878 |

H.S.T. REGISTRATION NO.  **873984314 RT – 0001**

**CANADIAN ZAI MONTHLY FEE APPLICATION**
**(May 1, 2012 – May 31, 2012)**

| DATE | PROFESSIONAL SERVICE | LAWYER | RATE/HR | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 05 /01/12 | follow-up to respond to class member inquiries | DT | $525.00 | 0.25 | $131.25 |
| 05 /02/12 | receipt Lauren Campbell email, review application, memo to Cindy Yates, execute certification, return to The Hogan Firm, email to Lauren Campbell and Karen Harvey | DT | $525.00 | 0.40 | $210.00 |
| 05 /03/12 | receipt of and deal with various class member inquiries, receipt CY memo | DT | $525.00 | 0.35 | $183.75 |
| 05 /04/12 | receipt of and respond to class member inquiries | DT | $525.00 | 0.25 | $131.25 |
| 05 /07/12 | receipt of and respond to various class member inquiries, etc. | DT | $525.00 | 0.25 | $131.25 |
| 05 /08/12 | receipt of and respond to various and multiple class member inquiries | DT | $525.00 | 0.25 | $131.25 |
| 05 /09/12 | receipt Karen Harvey email | DT | $525.00 | 0.10 | $52.50 |
| 05 /09/12 | receipt of and respond to claimant inquiries | DT | $525.00 | 0.10 | $52.50 |
| 05 /11/12 | receipt of and respond to class member inquiries | DT | $525.00 | 0.25 | $131.25 |
| 05 /14/12 | receipt Lauren Campbell emails, memo to Cindy Yates | DT | $525.00 | 0.25 | $131.25 |
| 05 /14/12 | receipt Lauren Campbell email, review application, execute Certification, return email to Lauren Campbell | DT | $525.00 | 0.50 | $262.50 |
| 05 /15/12 | receipt Careen Hannouche letter and account, memo to Cindy Yates | DT | $525.00 | 0.25 | $131.25 |
| 05 /15/12 | memo to Matt Moloci re Don Pinchin meeting | DT | $525.00 | 0.10 | $52.50 |
| 05 /17/12 | receipt of and respond to various class member inquiries | DT | $525.00 | 0.25 | $131.25 |

| Date | Description | | | | |
|---|---|---|---|---|---|
| 05/24/12 | receipt of and respond to class member inquires | DT | $525.00 | 0.25 | $131.25 |
| 05/24/12 | receipt Lauren Campbell email | DT | $525.00 | 0.10 | $52.50 |
| 05/24/12 | emails to Belanger and Hannouche re meeting to discuss status of matters | DT | $525.00 | 0.10 | $52.50 |
| 05/25/12 | Emails to and from David Thompson and Cindy Yates re arranging meeting in Montreal | MGM | $450.00 | 0.10 | $45.00 |
| 05/28/12 | receipt Matt Moloci memo re meeting in Montreal | DT | $525.00 | 0.10 | $52.50 |
| 05/28/12 | receipt of and respond to class member inquiries | DT | $525.00 | 0.25 | $131.25 |
| 05/29/12 | receipt and respond to class member inquiries | DT | $525.00 | 0.25 | $131.25 |
| 05/29/12 | memos to and from Matt Moloci re: possible meeting in Montreal to discuss administration issues with Don Pinchin | DT | $525.00 | 0.25 | $131.25 |
| 05/29/12 | receipt Lauren Campbell email, email to Careen Hannouche, receipt MGM memo re: meeting in Montreal | DT | $525.00 | 0.25 | $131.25 |
| 05/31/12 | receipt Karen Harvey email re: status of U.S. appeals | DT | $525.00 | 0.10 | $52.50 |
| 05/31/12 | receipt Careen Hannouche email, memo to Matt Moloci re meeting in Montreal | DT | $525.00 | 0.25 | $131.25 |
| 05/31/12 | Emails from and to David Thompson and Careen Hannouche to schedule further meeting for claims administration processes and protocol | MGM | $450.00 | 0.20 | $90.00 |
| 05/31/12 | review dockets for period May 1, 2012 to May 31, 2012, amend dockets, review disbursements, discuss with David Thompson, draft account, review with David Thompson and Matt Moloci, assemble account into form required by U.S. Bankruptcy Court, email to Lauren Campbell and Karen Harvey enclosing monthly fee application for the period of May 1,2012 to May 31,2012 | LC | $120.00 | 2.00 | $240.00 |
| | | | **SUB-TOTAL** | **7.75** | **$3,236.25** |

| TIMEKEEPER | ID | HOURS | RATE | TOTAL | PLUS 13% H.S.T |
|---|---|---|---|---|---|
| DAVID THOMPSON<br>25 years | DT | 5.45 | $525.00 | $2,861.25 | $371.96 |
| MATTHEW G. MOLOCI<br>14 years | MGM | 0.30 | $450.00 | $135.00 | $17.55 |
| LAW CLERK<br>Cindy Yates<br>30 years | CY | 2.00 | $120.00 | $240.00 | $31.20 |
| SUB-TOTAL: | | 7.75 | | $3,236.25 | $420.71 |
| TOTAL FEES AND TAXES: | | | | | $3,656.96 |

| | |
|---|---|
| **TOTAL FEES AND APPLICABLE TAXES:** | **$3,656.96** |

THIS IS OUR FEE APPLICATION,
Per:


**SCARFONE HAWKINS LLP**
E. & O.E.


*Del. Bankr. LR 2016-2(e)(iii) allows for
$.10 per page for photocopies.

# EXHIBIT B

## CERTIFICATION PURSUANT TO DEL. BANKR. LR. 2016-2(f)

PROVINCE OF ONTARIO    :
                                         : ss

TOWN OF HAMILTON    :

       I, David Thompson, after being duly sworn according to law, depose and say as follows:

1. I am a partner of the applicant firm, Scarfone Hawkins LLP (the AFirm@).

2. On February 9, 2006, the CCAA Court entered an Order appointing Lauzon Bélanger inc. and Scarfone Hawkins LLP as Representative Counsel ("Representative Counsel").

3. On March 19, 2010, this Court signed a Modified Order appointing Representative Counsel as Special Counsel ("Special Counsel") for the Canadian ZAI Claimants *nunc pro tunc* to December 21, 2009, through the effective date of the plan.

4. Special Counsel has rendered professional services as counsel for the Canadian ZAI Claimants.

5. I am familiar with the other work performed on behalf of Special Counsel by the lawyers and paraprofessionals of the Firm.

6. I have reviewed the foregoing monthly application of Scarfone Hawkins as Special Counsel and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed April 17, 2002, and submit that the Application is correct and materially complies with the applicable orders, rules, guidelines and requirements as set forth by this Bankruptcy Court and the Executive Office for the United States Trustee.

       I verify under penalty of perjury that the foregoing is true and correct.

_____
David Thompson

SWORN AND SUBSCRIBED
Before me this 20th day of June, 2012.

_____
Notary Public
My Commission Expires: _____

Michael B. Stanton
Counsel.