**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et. al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| _____ | ) | Re: Docket No. _____ |

**ORDER GRANTING TENTH QUARTERLY APPLICATION OF LAUZON BÉLANGER LESPÉRANCE FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES**
**FOR APRIL 1, 2012, THROUGH JUNE 30, 2012**

Lauzon Bélanger, n/k/a Lauzon Bélanger Lespérance, ("Applicant"), as Special Counsel for the Canadian ZAI Claimants pursuant to appointment order, dated March 19, 2010 [Docket No. 24508], filed its Tenth Quarterly Application for Compensation for Services Rendered and Reimbursement of Expenses for the Interim Fee Period From April 1, 2012, through June 30, 2012 ("Tenth Quarterly Application"). The Court has reviewed the Tenth Quarterly Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Tenth Quarterly Application, and any hearing on the Tenth Quarterly Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Tenth Quarterly Application. Accordingly, it is

ORDERED that the Tenth Quarterly Application is GRANTED on an interim basis. Debtors shall pay to Lauzon Bélanger Lespérance the sum of CDN $2,865.60 as compensation and CDN $904.43 as reimbursement of expenses, for a total of CDN $434.90 for services rendered and disbursements incurred by Lauzon Bélanger Lespérance for the period April 1, 2012, through June 30, 2012, less any amounts previously paid in connection with the monthly fee applications.

Dated: _____                              _____
                                                                                    Judith K. Fitzgerald
                                                                                    United States Bankruptcy Judge