# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. GRACE & CO., *et al.*,<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 01-1139 (JKF)<br><br>(Jointly Administered)<br><br>Objection Deadline: Sept 6, 2012 at 4:00 p.m.<br>Hearing Date: December 17, 2012 at 9:00 a.m. |

## FORTY-FIRST QUARTERLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD FROM APRIL 1, 2012 THROUGH JUNE 30, 2012

| | |
|---|---|
| Name of Applicant: | *Kramer Levin Naftalis & Frankel LLP* |
| Authorized to Provide Professional Services to: | *Official Committee of Equity Security Holders* |
| Date of Retention: | *As of July 18, 2001* |
| Period for which compensation and reimbursement is sought: | *April 1, 2012 through and including June 30, 2012* |
| Amount of Compensation sought as actual, reasonable and necessary: | *$ 40,781.00* |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | *$ 1,404.21* |
| This is a(n):　　_　monthly　　**X**　interim application | |

KL2 2761144.1

## SUMMARY OF MONTHLY FEE STATEMENTS FOR KRAMER LEVIN NAFTALIS & FRANKEL – APRIL 1, 2012 THROUGH JUNE 30, 2012

| Fee Application Filing Date Docket No. Period Covered | Total Fees Requested | Total Expenses Requested | Total Amount of Fees and Expenses Requested | Amount of Fees Paid | Amount of Expenses Paid | Certification of No Objection Filing Date Docket No. |
|---|---|---|---|---|---|---|
| 06/01/2012 D.I. 29013 April 2012 | $5,205.50 | $147.53 | $5,353.03 | $4,164.40 | $147.53 | 06/26/2012 D.I. 29115 |
| 07/02/2012 D.I. 29166 May 2012 | $25,164.50 | $1,158.62 | $26,323.12 | $20,131.60 | $1,158.62 | 07/25/2012 D.I. 29347 |
| 07/31/2012 D.I. 29375 June 2012 | $10,411.00 | $98.06 | $10,509.06 | $0.00 | $0.00 | Not yet filed |
| **Total** | **$40,781.00** | **$1,404.21** | **$42,185.21** | **$24,296.00** | **$1,306.15** | |

Current Period Unpaid:    Fees         $16,485.00
                         Expenses    $     98.06
                         **Total**        **$16,583.06**

Prior Periods Unpaid:    Fees         $ 7,023.70
                         Expenses    $
                         **Total**        **$ 7,023.70**

                         **TOTAL DUE:**    **$23,606.76**

# SUMMARY OF OUTSTANDING FEES OWED TO
## KRAMER LEVIN NAFTALIS & FRANKEL THROUGH JUNE 30, 2012

| Time Period | Fees and Expenses Requested | Fees and Expenses Approved | Fees and Expenses Paid | Fees and Expenses Owed |
|---|---|---|---|---|
| April 1, 2002 - June 30, 2002 | $ 73,418.50 $ 5,356.96 | $ 73,418.50 $ 5,356.96 | $ 73,418.50 $ 5,356.96 | $-0- |
| July 1, 2002 – September 30, 2002 | $ 87,266.50 $ 10,070.69 | $ 86,576.50 $ 9,737.19 | $ 86,576.50 $ 9,737.19 | $-0- |
| October 1, 2002 – December 31, 2002 | $ 70,445.00 $ 3,575.61 | $ 70,445.00 $ 3,575.61 | $ 70,445.00 $ 3,575.61 | $-0- |
| January 1, 2003 – March 31, 2003 | $ 51,487.00 $ 1,619.93 | $ 51,487.00 $ 1,619.93 | $ 51,487.00 $ 1,619.93 | $-0- |
| April 1, 2003 - June 30, 2003 | $ 27,447.00 $ 1,839.08 | $ 27,447.00 $ 1,839.08 | $ 27,447.00 $ 1,839.08 | $-0- |
| July 1, 2003 – September 31, 2003 | $ 34,092.00 $ 497.86 | $ 34,092.00 $ 497.86 | $ 34,092.00 $ 497.86 | $-0- |
| October 1, 2003 – December 31, 2003 | $ 45,266.00 $ 2,046.18 | $ 45,266.00 $ 2,046.18 | $ 45,266.00 $ 2,046.18 | $-0- |
| January 1, 2004 – March 31, 2004 | $ 31,674.50 $ 1,451.43 | $ 31,674.50 $ 1,451.43 | $ 31,674.50 $ 1,451.43 | $-0- |
| April 1, 2004 – June 30, 2004 | $ 48,415.50 $ 1,840.66 | $ 48,415.50 $ 1,840.66 | $ 48,415.50 $ 1,840.66 | $-0- |
| July 1, 2004 – September 30, 2004 | $ 47,550.00 $ 995.20 | $ 47,550.00 $ 995.20 | $ 47,550.00 $ 995.20 | $-0- |
| October 1, 2004 – December 31, 2004 | $406,517.00 $ 14,406.04 | $ 400,556.50 $ 14,265.04 | $ 400,556.50 $ 14,265.04 | $-0- |
| January 1, 2005 March 31, 2005 | $183,897.00 $12,593.68 | $ 183,897.00 $ 12,593.68 | $ 183,897.00 $ 12,593.68 | $-0- |
| April 1, 2005 June 30, 2005 | $74,471.50 $3,641.49 | $ 74,471.50 $ 3,641.49 | $ 74,471.50 $ 3,641.49 | $-0- |
| July 1, 2005 September 30, 2005 | $79,556.00 $5,348.72 | $ 79,556.00 $ 5,348.72 | $ 79,556.00 $ 5,348.72 | $-0- |
| October 1, 2005 December 31, 2005 | $75,544.50 $2,953.30 | $ 75,544.50 $ 2,953.30 | $ 75,544.50 $ 2,953.30 | $-0- |
| January 1, 2006 March 31, 2006 | $74,750.00 $5,452.00 | $ 74,750.00 $ 5,452.00 | $ 74,750.00 $ 5,452.00 | $-0- |
| April 1, 2006 June 30, 2006 | $74,596.00 $2,815.18 | $ 74,596.00 $ 2,815.18 | $ 74,596.00 $ 2,815.18 | $-0- |
| July 1, 2006 September 30, 2006 | $147,269.00 $4,500.72 | $ 147,269.00 $ 4,500.72 | $ 147,269.00 $ 4,500.72 | $-0- |
| October 1, 2006 December 31, 2006 | $238,312.00 $14,195.38 | $ 238,312.00 $ 14,195.38 | $ 238,312.00 $ 14,195.38 | $-0- |
| January 1, 2007 March 31, 2007 | $163,379.00 $15,286.40 | $ 163,379.00 $ 15,286.40 | $ 163,379.00 $ 15,286.40 | $-0- |

3

| Time Period | Fees and Expenses Requested | Fees and Expenses Approved | Fees and Expenses Paid | Fees and Expenses Owed |
|---|---|---|---|---|
| April 1, 2007<br>June 30, 2007 | $187,246.00<br>$19,482.62 | $ 186,592.23<br>$   19,482.62 | $ 186,592.23<br>$   19,482.62 | $-0- |
| July 1, 2007<br>September 30, 2007 | $208,619.50<br>$9,223.40 | $ 205,265.50<br>$     9,223.40 | $ 205,265.50<br>$     9,223.40 | $-0- |
| October 1, 2007<br>December 31, 2007 | $398,236.50<br>$76,834.62 | $ 394,987.81<br>$   76,834.62 | $ 394,987.81<br>$   76,834.62 | $-0- |
| January 1, 2008<br>March 31, 2008 | $247,502.75<br>$9,033.91 | $ 247,502.75<br>$     9,033.91 | $ 247,108.84<br>$     9,033.91 | $-0- |
| April 1, 2008<br>June 30, 2008 | $240,744.75<br>$11,571.63 | $ 240,744.75<br>$ 11,571.63 | $ 240,744.75<br>$   11,571.63 | $-0-<br>$-0- |
| July 1, 2008<br>September 30, 2008 | $271,548.00<br>$6,211.59 | $ 271,548.00<br>$ 6,211.59 | $ 271,548.00<br>$ 6,211.59 | $-0-<br>$-0- |
| October 1, 2008<br>December 31, 2008 | $207,976.00<br>$9,026.63 | $206,706.00<br>$8,976.63 | $206,706.00<br>$8,976.63 | $-0-<br>$-0- |
| January 1, 2009<br>March 31, 2009 | $197,550.00<br>$5,059.19 | $197,494.00<br>$5,059.19 | $197,494.00<br>$5,059.19 | $-0-<br>$-0- |
| April 1, 2009<br>June 30, 2009 | $215,996.50<br>$5,645.60 | $215,996.50<br>$5,645.60 | $215,996.50<br>$5,645.60 | $-0-<br>$-0- |
| July 1, 2009<br>September 30, 2009 | $170,241.50<br>$20,322.43 | $169,905.50<br>$20,322.43 | $170,227.30<br>$20,322.43 | ($321.80)<br>$-0- |
| October 1, 2009<br>December 31, 2009 | $68,306.75<br>$3,366.52 | $68,306.75<br>$3,366.52 | $68,306.75<br>$3,366.52 | $-0-<br>$-0- |
| January 1, 2010<br>March 31, 2010 | $47,226.50<br>$2,139.19 | $47,226.50<br>$2,139.19 | $47,226.50<br>$1,817.39 | $-0-<br>$321.80 |
| April 1, 2010<br>June 30, 2010 | $14,079.00<br>$650.36 | $14,079.00<br>$650.36 | $14,079.00<br>$650.36 | $-0-<br>$-0- |
| July 1, 2010<br>September 30, 2010 | $5,229.00<br>$131.96 | $5,229.00<br>$131.96 | $5,229.00<br>$131.96 | $-0-<br>$-0- |
| October 1, 2010<br>December 31, 2010 | $16,846.00<br>$247.86 | $16,846.00<br>$247.86 | $16,846.00<br>$247.86 | $-0-<br>$-0- |
| January 1, 2011<br>March 31, 2011 | $54,094.50<br>$2,044.81 | $54,094.50<br>$2,044.81 | $54,094.50<br>$2,044.81 | $-0-<br>$-0- |
| April 1, 2011<br>June 30, 2011 | $91,902.50<br>$2,143.07 | $91,886.26<br>$2,143.07 | $91,886.26<br>$2,143.07 | $-0-<br>$-0- |
| July 1, 2011<br>September 30, 2011 | $49,894.00<br>$2,308.18 | $49,894.00<br>$2,308.18 | $49,894.00<br>$2,308.18 | $-0-<br>$-0- |
| October 1, 2011<br>December 31, 2011 | $13,989.00<br>$93.02 | $13,989.00<br>93.02 | $13,989.00<br>$93.02 | $-0-<br>$-0- |

| Time Period | Fees and Expenses Requested | Fees and Expenses Approved | Fees and Expenses Paid | Fees and Expenses Owed |
|---|---|---|---|---|
| January 1, 2012<br>March 31, 2012 | $35,118.50<br>$152.90 | $-0-<br>$-0- | $28,094.80<br>$152.90 | $7,023.70<br>$-0- |
| **April 1, 2012**<br>**June 30, 2012** | $40,781.00<br>$1,404.21 | $-0-<br>$-0- | $24,296.00<br>$1,306.15 | $16,485.00<br>$98.06 |
| TOTAL | $4,818,482.15<br>$ 296,472.31 | $4,726,997.55<br>$ 295,498.60 | $4,793,617.01<br>$ 296,002.54 | $23,508.70<br>$   98.06 |

## SUMMARY OF TIME FOR BILLING PERIOD

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Bentley, Philip | $865.00 | 14.5 | $12,542.50 |
| Bentley, Philip | $432.50 | 2.60 | $1,124.50 |
| Blabey, David E. | $700.00 | 33.8 | $23,660.00 |
| Halverson, Darren | $415.00 | 6.4 | $2,656.00 |
| Shain, Aliya | $285.00 | 2.8 | $798.00 |
| **Total** | | **60.10** | **$40,781.00** |

## COMPENSATION SUMMARY BY PROJECT CATEGORY FOR BILLING PERIOD

| Project Category | Total Hours for the Period | Total Fees for the Period |
|---|---|---|
| Case Administration | 5.0 | $2,053.00 |
| Creditor Committee | 5.7 | $4,435.50 |
| Reorganization Plan | 39.1 | $29,317.00 |
| Fee Applications, Applicant | 7.7 | $3,851.00 |
| Travel/Non-Working | 2.6 | $1,124.50 |
| **Total** | **60.1** | **$40,781.00** |

## EXPENSE SUMMARY (Schedule of Disbursements)

| Expense Category | Total Expenses For the Period |
|---|---:|
| Research Services | $56.00 |
| Westlaw On-Line Research | $720.17 |
| Document Retrieval Fees | $82.64 |
| Other Fees | $30.00 |
| Photocopying | $0.30 |
| Out-of-Town Travel | $413.90 |
| Transcript Fees | $101.20 |
| **Total** | **$1,404.21** |

**WHEREFORE,** The foregoing summaries are submitted to the Court pursuant to the Amended Administrative Order under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members dated April 17, 2002 (the "Amended Administrative Order"). Pursuant to the Amended Administrative Order, Kramer Levin respectfully requests that, for the period **April 1, 2012 through June 30, 2012**, it be allowed the total amount of fees of **$40,781.00** and disbursements of **$1,404.21**, and that the Debtor be directed to pay all outstanding unpaid amounts.

Dated: August 17, 2012

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: /s/ David E. Blabey, Jr.
Philip Bentley
David E. Blabey, Jr.
1177 Avenue of the Americas
New York, New York 10022
(212) 715-9100

Counsel to the Official Committee of
Equity Security Holders