## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | Objection Deadline: 9/6/2012; 4:00 PM ET |
| | § | Hearing Date: 12/17/2012; 9:00 AM ET |

**FIFTEENTH QUARTERLY APPLICATION OF ALAN B. RICH, ESQ. FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR
FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS
AND HOLDERS OF DEMANDS FOR THE 45th QUARTERLY
PERIOD FROM APRIL 1, 2012 THROUGH JUNE 30, 2012**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Alan B. Rich, Esq., pursuant to sections 327, 330 and 331 of title 11 of

the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules"), the Retention Order (as defined below), the Administrative

Order Under 11 U.S.C. §§105(a) and 331 Establishing Procedures for Interim Compensation and

Reimbursement of Professionals and Official Committee Members (the "Interim Compensation

Order"), the Amended Administrative Order under 11 U.S.C. §§105(a) and 331 Establishing

Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals

and Official Committee Members (the "Amended Interim Compensation Order") and Del. Bankr.

LR 2016-2, and hereby applies for an order allowing him (i) compensation in the

amount of $59,865.00 for the reasonable and necessary legal services he has rendered to

the Hon. Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property

Damage Claimants and Holders of Demands, and (ii) reimbursement of actual and necessary

expenses that he has incurred in the amount of $4,005.28, for a total of $63,870.28, or one

hundred percent (100%) of all compensation and expense reimbursement requested for the period

April 1, 2012 through June 30, 2012 (the "Quarterly Fee Application"), and in support of this

Quarterly Fee Application, would respectfully show as follows:

## I.

## SUMMARY

Name of Applicant:                          Alan B. Rich, Esq.

Authorized to Provide Services To:          Hon. Alexander M. Sanders, Jr.,
                                            Legal Representative for Future Asbestos-
                                            Related Property Damage Claimants
                                            and Holders of Demands

Date of Retention:                          September 29, 2008 (*nunc pro tunc*)

Period for Which Compensation
and Reimbursement is Sought:                April 1, 2012 to June 30, 2012

Amount of Fees Sought as Actual
Reasonable and Necessary:                   $59,865.00

Amount of Expenses Sought as
Actual, Reasonable and Necessary:           $4,005.28

This is a(n):   ☐Monthly   ☒Quarterly   ☐Interim   ☐Final Application

## PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|------------|----------------|-------------------|--------------------|-----------------|--------------------|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |

---

[1] At 80% of the total incurred.

| | | | | | |
|---|---|---|---|---|---|
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |
| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | Paid | Paid |
| 5/3/2010 | 4/1/2010 to 4/30/2010 | $11,040.00 | $805.28 | Paid | Paid |

| 6/1/2010 | 5/1/2010 to 5/31/2010 | $5,808.00 | $44.00 | Paid | Paid |
|---|---|---|---|---|---|
| 7/1/2010 | 6/1/2010 to 6/30/2010 | $9,792.00 | $779.81 | Paid | Paid |
| 8/2/2010 | 7/1/2010 to 7/31/2010 | $7,824.00 | $208.00 | Paid | Paid |
| 9/1/2010 | 8/1/2010 to 8/31/2010 | $4,272.00 | $273.00 | Paid | Paid |
| 10/1/2010 | 9/1/2010 to 9/30/2010 | $6,672.00 | $30.00 | Paid | Paid |
| 11/1/2010 | 10/1/2010 to 10/31/2010 | $3,408.00 | $44.00 | Paid | Paid |
| 12/1/2010 | 11/1/2010 to 11/30/2010 | $6,012.00 | $0 | Paid | Paid |
| 1/3/2011 | 12/1/2010 to 12/31/2010 | $13,572.00 | $1,146.02 | Paid | Paid |
| 2/1/2011 | 1/1/2011 to 1/31/2011 | $13,416.00 | $1,247.19 | Paid | Paid |
| 3/1/2011 | 2/1/2011 to 2/28/2011 | $17,992.00 | $1,509.34 | Paid | Paid |
| 4/1/2011 | 3/1/2011 to 3/31/2011 | $10,660.00 | $201.00 | Paid | Paid |
| 5/2/2011 | 4/1/2011 to 4/30/2011 | $13,364.00 | $44.00 | Paid | Paid |
| 6/1/2011 | 5/1/2011 to 5/31/2011 | $22,932.00 | $243.05 | Paid | Paid |
| 7/1/2011 | 6/1/2011 to 6/30/2011 | $18,824.00 | $533.60 | Paid | Paid |
| 8/1/2011 | 7/1/2011 to 7/31/2011 | $10,088.00 | $0 | Paid | Paid |
| 9/1/2011 | 8/1/2011 to 8/31/2011 | $6,708.00 | $20.88 | Paid | Paid |
| 10/3/2011 | 9/1/2011 to 9/30/2011 | $6,500.00 | $0 | Paid | Paid |
| 11/1/2011 | 10/1/2011 to 10/31/2011 | $6,396.00 | $0 | Paid | Paid |
| 12/5/2011 | 11/1/2011 to 11/30/2011 | $6,084.00 | $0 | Paid | Paid |

| 1/3/2012 | 12/1/2011 to 12/31/2011 | $3,484.00 | $30.00 | Paid | Paid |
|---|---|---|---|---|---|
| 2/1/2012 | 1/1/2012 to 1/31/2012 | $8,372.00 | $0 | Paid | Paid |
| 3/5/2012 | 2/1/2012 to 2/29/2012 | $13,312.00 | $30.00 | Paid | Paid |
| 4/2/2012 | 3/1/2012 to 3/31/2012 | $8,060.00 | $0 | Paid | Paid |
| 5/3/2012 | 4/1/2012 to 4/30/2012 | $8,628.00 | $637.84 | Paid | Paid |
| 6/1/2012 | 5/1/2012 to 5/31/2012 | $18,450.00 | $1,613.72 | Paid | Paid |
| 7/2/2012 | 6/1/2012 to 6/30/2012 | $21,164.00 | $1,753.72 | Paid | Paid |

Alan B. Rich is the only attorney providing services in this Fee Application period.  Mr. Rich has practiced law for 27 years, and his billing rate is $650 per hour.  In this Quarterly Application period Mr. Rich billed 105.7 hours,[2] for a total amount billed of $59,865.00, of which 80% ($47,892.00) has already been paid.  In expenses, $4,005.28 has been billed and paid.

**Therefore, the amount not yet approved on an interim basis or paid is $11,973.00 in fees.**

The time for preparation of this Fourteenth Quarterly Application is approximately 1.5 hours, for which $1,050.00 will be requested in a future application.

//

//

//

//

//

---

[2] Actual Non-Productive travel time, if any, is included in this figure, although it was billed at 50% of the actual time incurred.

-5-

COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 68.8 | $44,720.00 |
| Travel | 27.2 | $8,840.00  (at 50%) |
| Fee Applications | 9.7 | $6,305.00 |
| TOTAL | 105.7 | $59,865.00 |

EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Travel<br>Pacer<br>Westlaw | $3,252.59<br>$51.04<br>$701.65 |
| TOTAL | $4,005.28 |

## II.

## APPLICATION

1.      On April 2, 2001 , (the "Petition Date") each of the Debtors filed a

voluntary petition for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code

(the "Chapter 11 Cases").  On April 2, 2001, the Court entered an order procedurally

consolidating the Chapter 11 Cases for administrative purposes only.  Since the Petition Date, the

Debtors are continuing to operate their businesses and manage their properties and assets as

debtors-in-possession pursuant to sections 1107(a) and 1108 of the United States Bankruptcy

Code.

2.      On May 3, 2001, the Court entered an Interim Compensation Order, as

amended by the Amended Interim Compensation Order, establishing procedures for monthly

compensation and reimbursement of expenses of professionals (each such application, a

"Monthly Fee Application"), and whereby any notice party listed in the Amended Interim

Compensation Order may object to such Monthly Fee Application.  If no notice party objects to

professional's Monthly Fee Application within twenty (20) days after the date of service of the

Monthly Fee Application, the applicable professional may submit to the Court a certification of

no objection authorizing the interim compensation and reimbursement of eighty percent (80%) of

the fees requested and one hundred percent (100%) of the expenses requested, subject to the

filing and approval of the interim and final fee applications of the professional.

       3.      Furthermore, and also pursuant to the Amended Interim Compensation

Order, within forty-five (45) days of the end of each quarter, professionals are required to file

and serve, upon the notice parties, a quarterly request (a "Quarterly Fee Application") for interim

Court approval and allowance of the Monthly Fee Applications filed during the quarter covered

by that Quarterly Fee Application.  If the Court grants the relief requested by the Quarterly Fee

Application, the Debtors are authorized and directed to pay the professional 100% of the fees and

expenses requested in the Monthly Fee Applications covered by that Quarterly Fee Application,

less any amounts previously paid in connection with the Monthly Fee Applications.  Any

payment made pursuant to the Monthly Fee Applications or a Quarterly Fee Application is

subject to final approval of all fees and expenses at a hearing on the professional's final fee

application.

       4.      By an order of this Court, the PD FCR was authorized to retain Alan B. Rich as

his counsel, effective as of September 29, 2008 (the "Retention Order").  The Retention Order

authorizes the Debtors to compensate Rich at his hourly rate charged for services of this type and

to be reimbursed for actual and necessary out-of-pocket expenses that he incurred, subject to application to this Court in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, all applicable local rules and orders of this Court.

5.      This Quarterly Fee Application, which is submitted in accordance with the Amended Interim Compensation Order, is Rich's Fifteenth Quarterly Fee Application for compensation for services rendered in connection with the Chapter 11 Cases and covers the 45th Quarterly fee period of April 1, 2012 through June 30, 2012 (the "Fee Period").

6.      Rich has filed with the Court the following Monthly Fee Applications for interim compensation during the Fee Period:

(a)      Application of Alan B. Rich, Esq. For Compensation for Services and Reimbursement of Expenses as Counsel to the Legal Representative for Future Asbestos-related Property Damage Claimants And Holders of Demands for the Forty-Fourth Interim Period from April 1, 2012 Through April 30, 2012, seeking $8,628.00 (80% of $10,335.00) in fees and expenses in the amount of $637.84;

(b)      Application of Alan B. Rich, Esq. For Compensation for Services and Reimbursement of Expenses as Counsel to the Legal Representative for Future Asbestos-related Property Damage Claimants And Holders of Demands for the Forty-Fifth Monthly Interim Period from May 1, 2012 Through May 31, 2012, seeking $18,460.00 (80% of $23,075.00) in fees and expenses in the amount of $1,613.72; and

(c)      Application of Alan B. Rich, Esq. For Compensation for Services and Reimbursement of Expenses as Counsel to the Legal Representative for Future Asbestos-related Property Damage Claimants And Holders of Demands for the Forty-Sixth Monthly Interim Period from June 1, 2012 Through June 30, 2012, seeking $21,164.00 (80% of $26,455.00) in fees and expenses in the amount of $1,753.72.

7.      The monthly fee applications covered by this Quarterly Fee Application contain detailed daily time logs describing the actual and necessary services provided by Rich during the Fee Period, as well as other detailed information required to be included in fee applications.  The

Forty-Fourth, Forty-Fifth and Forty-Sixth monthly fee applications (collectively, the "Applications") are attached hereto as Exhibits "1," "2" and "3" respectively.

8.    The periods for objecting to the fee and expense reimbursements relating to the Forty-Fourth, Forty-Fifth and Forty-Sixth monthly fee applications have each passed without any objections being filed, whereupon Rich filed Certificates of No Objection with the Court, and Rich has been paid interim compensation and reimbursement of 80% of the fees and 100% of the expenses requested.

9.    Rich has filed 14 prior Quarterly Fee Applications.

10.    By this Fifteenth Quarterly Fee Application, Rich requests that the Court approve the interim allowance of compensation for professional services rendered and the reimbursement of actual and necessary expenses incurred by Rich from April 1, 2012 through June 30, 2012, and authorize and require payment of said amounts less any amounts previously paid to Rich pursuant to the Monthly Fee Applications and the procedures set forth in the Amended Interim Compensation Order.  As stated above, the full scope of the services provided and the related expenses incurred are fully described in the Monthly Fee Applications that already have been filed with the Court.

11.    Rich reserves his right to seek at a later date compensation for services rendered and expenses incurred during the applicable period that are not otherwise included in the relevant monthly fee application.

12.    At all relevant times, Rich has been a disinterested person as that term is defined in Section 101(14) of the United States Bankruptcy Code, as modified by section 1107(b) of the United States Bankruptcy Code and has not represented or held an interest adverse to the interest

of the Debtors.

13.    All services for which compensation is requested by Rich were performed for or on behalf of the PD FCR and not on behalf of any committee, creditor, or other person.

14.    Rich believes that this Quarterly Fee Application complies with the requirements of Del. Bankr. LR 2016-2 and the Amended Interim Compensation Order.

15.    During the Interim Period, Rich has received no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with these Chapter 11 Cases, other than the interim compensation payments pursuant to the Amended Interim Compensation Order.  There is no agreement or understanding between Rich and any other person for the sharing of compensation to be received for services rendered in these cases.

16.    The professional services and related expenses for which Rich requests interim allowance of compensation and reimbursement of expenses were rendered and incurred in connection with these cases in the discharge of Rich's professional responsibilities as counsel for the PD FCR in the Chapter 11 Cases.  Rich's services have been necessary and beneficial to the PD FCR as well as the Debtors and their estates, creditors, and other parties in interest.

17.    Pursuant to Fed R. Bankr. P. 2016(b), Rich has not shared, nor has agreed to share: (a) any compensation it has received or may receive with another party or person, or (b) any compensation another person or party has received or may receive in connection with the Chapter 11 Cases.

WHEREFORE, Alan B. Rich, Esq. respectfully requests that the Court enter an order, providing that (a) for the period from January 1, 2012 through March 31, 2012, an administrative allowance be made to Rich in the sum of $59,865.00 as compensation for reasonable and

necessary professional services rendered to the PD FCR and, in the sum of $4,005.28 for

reimbursement of actual and necessary costs and expenses incurred, for a total of $63,870.28; (b)

that the Debtors be authorized and directed to pay to Rich the outstanding amount of such sums,

less any sums previously paid to Rich pursuant to the Monthly Fee Applications and the

procedures set forth in the Amended Interim Compensation Order and (c) this Court grant such

other and further relief to which Rich is justly entitled.

<div style="margin-left:40%">

Respectfully Submitted,

_____
Alan B. Rich
Texas Bar No. 16842350
4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER
M. SANDERS, JR., LEGAL
REPRESENTATIVE FOR FUTURE
ASBESTOS-RELATED PROPERTY
DAMAGE CLAIMANTS AND HOLDERS
OF DEMANDS

</div>

<u>DECLARATION</u>

Alan B. Rich, declares as follows:

I am the counsel hired by the PD FCR with the approval of the Court, and am familiar with the legal services which I rendered to the PD FCR. I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I believe that this Application substantially complies with Local Bankruptcy Rules for the District of Delaware.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 17, 2012.

_____

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on the 17th day of August, 2012, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT 1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | Objection Deadline: 5/23/2012; 4:00 PM ET |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR
FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS
AND HOLDERS OF DEMANDS FOR THE FORTY-FOURTH MONTHLY
<u>INTERIM PERIOD FROM APRIL 1, 2012 THROUGH APRIL 30, 2012</u>**

| | |
|---|---|
| Name of Applicant: | Alan B. Rich, Esq. |
| Authorized to Provide Services To: | Hon. Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | September 29, 2008 (*nunc pro tunc*) |
| Period for Which Compensation and Reimbursement is Sought: | April 1, 2012 through April 30, 2012 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $8,628.00   [80% of $10,335.00] |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $637.84 |

This is a(n):  ☒Monthly      ☐Interim      ☐Final Application

PRIOR APPLICATIONS

| Date  Filed | Period  Covered | Requested  Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |

[1] At 80% of the total incurred.

| | | | | | |
|---|---|---|---|---|---|
| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | Paid | Paid |
| 5/3/2010 | 4/1/2010 to 4/30/2010 | $11,040.00 | $805.28 | Paid | Paid |
| 6/1/2010 | 5/1/2010 to 5/31/2010 | $5,808.00 | $44.00 | Paid | Paid |
| 7/1/2010 | 6/1/2010 to 6/30/2010 | $9,792.00 | $779.81 | Paid | Paid |
| 8/1/2010 | 7/1/2010 to 7/31/2010 | $7,824.00 | $208.00 | Paid | Paid |
| 9/1/2010 | 8/1/2010 to 8/31/2010 | $4,272.00 | $273.00 | Paid | Paid |
| 10/1/2010 | 9/1/2010 to 9/30/2010 | $6,672.00 | $30.00 | Paid | Paid |
| 11/1/2010 | 10/1/2010 to 10/31/2010 | $3,408.00 | $44.00 | Paid | Paid |
| 12/1/2010 | 11/1/2010 to 11/30/2010 | $6,012.00 | $0 | Paid | Paid |
| 1/3/2011 | 12/1/2010 to 12/31/2010 | $13,572.00 | $1,146.02 | Paid | Paid |
| 2/1/2011 | 1/1/2011 to 1/31/2011 | $13,416.00 | $1,247.19 | Paid | Paid |
| 3/1/2011 | 2/1/2011 to 2/28/2011 | $17,992.00 | $1,509.34 | Paid | Paid |
| 4/1/2011 | 3/1/2011 to 3/31/2011 | $10,660.00 | $201.00 | Paid | Paid |
| 5/2/2011 | 4/1/2011 to 4/30/2011 | $13,364.00 | $44.00 | Paid | Paid |
| 6/1/2011 | 5/1/2011 to 5/31/2011 | $22,932.00 | $243.05 | Paid | Paid |
| 7/1/2011 | 6/1/2011 to 6/30/2011 | $18,824.00 | $533.60 | Paid | Paid |
| 8/1/2011 | 7/1/2011 to 7/31/2011 | $10,088.00 | $0 | Paid | Paid |

| 9/1/2011 | 8/1/2011 to 8/31/2011 | $6,708.00 | $20.88 | Paid | Paid |
|---|---|---|---|---|---|
| 10/3/2011 | 9/1/2011 to 9/30/2011 | $6,500.00 | $0 | Paid | Paid |
| 11/1/2011 | 10/1/2011 to 10/31/2011 | $6,396.00 | $0 | Paid | Paid |
| 12/5/2011 | 11/1/2011 to 11/30/2011 | $6,084.00 | $0 | Paid | Paid |
| 1/3/2012 | 12/1/2011 to 12/31/2011 | $3,484.00 | $30.00 | Paid | Paid |
| 2/1/2012 | 1/1/2012 to 1/31/2012 | $8,372.00 | $0 | Paid | Paid |
| 3/5/2012 | 2/1/2012 to 2/29/2012 | $13,312.00 | $30.00 | Paid | Paid |
| 4/2/2012 | 3/1/2012 tp 3/31/2012 | $8,060.00 | $0 | Paid | Paid |

Alan B. Rich is the only attorney providing services in this Fee Application period.  Mr. Rich has practiced law for 27 years, and his billing rate is $650 per hour.  In this Application period Mr. Rich billed 15.9 hours,[2] for a total amount billed of $10,335.00 of which 80% is currently sought, in the amount of $8,628.00.  The total sought by the Application is $8,905.84.

As stated above, this is the Forty-Fourth application for monthly fees and expenses.  The time for preparation of this Application is approximately 1.5 hours, for which $975.00 will be requested in a future application.

//

//

//

//

_____

[2] Travel Time, if any, is included in this figure at 50% of actual time.

COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 13.0 | $8,450.00 |
| Travel | 2.0   [at 100%] | $650.00   [at 50%] |
| Fee Application Matters | 1.9 | $1,235.00 |
| TOTAL | 16.9 | $10,335.00 |

EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Travel | $586.80 |
| PACER | $51.04 |
| TOTAL | $637.84 |

Detail of the fees and expenses billed is attached hereto as Exhibit A.

//

//

//

//

//

//

//

//

//

//

<u>CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)</u>

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Elm Street, Suite 4244
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

**CERTIFICATE OF SERVICE**

I certify that on the 3rd day of May, 2012, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*

4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (Apr. 2012)

**Client**

**Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands**

**Matter**

*In re W. R. Grace*, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|------|--------------------|------|
| 4/2/2012 | Review revised Order approving 42nd quarterly fee application | 0.1 |
| 4/2/2012 | Prepare, file and serve 43rd monthly fee application | 1.5 |
| 4/2/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 4/3/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 4/3/2012 | Review Withdrawal of Appearance of Diana Boll | 0.1 |
| 4/4/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 4/4/2012 | Review Amended Appearance of Roger Higgins | 0.1 |
| 4/4/2012 | Review Fee Auditor's report re 42Q fees of Canadian ZAI counsel (LBL) | 0.1 |
| 4/5/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 4/6/2012 | Review Miscellaneous Pleadings received today | 0.1 |

| | | |
|---|---|---|
| 4/9/2012 | Emails re monthly fee payments to Judge Sanders | 0.1 |
| 4/9/2012 | Review Revised Certification of Counsel re settlement of High Point environmental claim | 0.3 |
| 4/9/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 4/10/2012 | Email from client re compensation issue | 0.1 |
| 4/10/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 4/10/2012 | Review Order re Garlock motion to stay | 0.1 |
| 4/10/2012 | Email to client re May 1, 2012 hearing in USDC | 0.1 |
| 4/10/2012 | Review Motion for an Order Approving the Stipulation and Settlement Agreement Resolving Claim of the United States regarding the Big Tex Site, San Antonio, Texas | 1.0 |
| 4/11/2012 | Email from client re May 1 hearing | 0.1 |
| 4/11/2012 | Review Second Circuit Pfizer/Quigley opinion re affect on Grace case | 0.7 |
| 4/12/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 4/13/2012 | Review Order approving High Point environmental settlement | 0.3 |
| 4/13/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 4/13/2012 | Review amended agenda for April Omnibus hearing | 0.1 |
| 4/16/2012 | Email to client re April Omnibus and May USDC hearing | 0.1 |
| 4/16/2012 | Review statement of OCP payments for 1Q2012 | 0.2 |
| 4/16/2012 | Review notice of judgment and settlement of Locke matter | 0.3 |
| 4/17/2012 | Emails to and from R. Higgins re PD OCP legal fee payments | 0.1 |
| 4/17/2012 | Emails to and from J. Donley re May 1 hearing | 0.1 |
| 4/17/2012 | Emails to and from R. Wyron re Locke settlement notice | 0.1 |

| | | |
|---|---|---|
| 4/17/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 4/17/2012 | Review monthly Canadian ZAI counsel compensation applications | 0.3 |
| 4/18/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 4/18/2012 | Conference with client re Garlock hearing and email to client re same | 0.2 |
| 4/18/2012 | Review Third Circuit appearance of Roger Higgins | 0.1 |
| 4/18/2012 | Review Third Circuit appearance of Adam Paul | 0.1 |
| 4/18/2012 | Review Certification of Counsel re amended Interwest lift stay motion | 0.2 |
| 4/19/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 4/19/2012 | Review of Notice of Substitution of Counsel for BNSF | 0.1 |
| 4/19/2012 | Telephone conference with PI FCR counsel re Locke settlement | 0.1 |
| 4/20/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 4/20/2012 | Review Order Approving Amended Stipulation Resolving Motion of Intrawest California Holdings, Inc., et al., for Relief from Automatic Stay | 0.1 |
| 4/20/2012 | Review Motion to Shorten Time re Debtors' Motion to Settle with Libby and BNSF | 0.2 |
| 4/20/2012 | Review Order Shortening Time re Debtors' Motion to Settle with Libby and BNSF | 0.1 |
| 4/20/2012 | Review Debtors' Motion to Approve Settlements with Libby and BNSF | 1.5 |
| 4/21/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 4/23/2012 | Review Miscellaneous Pleadings received today | 0.2 |
| 4/23/2012 | Email to client re BNSF and Libby Settlement Motion | 0.1 |
| 4/23/2012 | Prepare, file and serve CNO for 43rd monthly fee application | 0.2 |
| 4/24/2012 | Review Notice of 43rd Quarter Sales | 0.1 |
| 4/24/2012 | Emails to and from client re BNSF and Libby Settlement Motion | 0.1 |

| | | |
|---|---|---|
| 4/24/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 4/24/2012 | Email to Debtors' counsel re BNSF and Libby Settlement Motion | 0.1 |
| 4/24/2012 | Telephone conference with J. Donley re BNSF/Libby Settlement motion and email to client re same | 0.3 |
| 4/25/2012 | Email from client re BNSF/Libby Settlement | 0.1 |
| 4/25/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 4/25/2012 | Email to PD Trustee-Desginee re status | 0.1 |
| 4/26/2012 | Review Notice of Withdrawal Regarding Substantive Objection to Claim No. 150 Filed by the Illinois Department of Revenue | 0.1 |
| 4/26/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 4/26/2012 | Review Debtors' status report to Third Circuit | 0.1 |
| 4/26/2012 | Review Withdrawal of Appearance of Home State | 0.1 |
| 4/27/2012 | Conference with client re Garlock hearing | 0.1 |
| 4/27/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 4/28/2012 | Review Pending Motions for May 1 hearing in Philadelphia and preparation for hearing | 2.0 |
| 4/28/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 4/30/2012 | Email to Debtors' counsel re Garlock hearing | 0.1 |
| 4/30/2012 | Telephone call from client re Garlock hearing | 0.1 |
| 4/30/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 4/30/2012 | Travel to and from DFW airport re cancelled USDC hearing   (@50%) | 1.0 |
| 4/30/2012 | Email from Debtors' counsel re cancellation of Garlock hearing | 0.1 |
| 4/30/2012 | Telephone conference with Judge Buckwalter's Court re hearing | 0.1 |

4/30/2012      Emails and telephone calls to client re Garlock hearing cancellation            0.1

    Total:    15.9 hours @ $650/hour = $10,335.00

Expenses:  $150.00   [airline change fee re cancelled USDC hearing]
            $120.00   [ground transp. to and from DFW Airport re cancelled USDC hearing]
            $316.80   [Penalty for cancellation of Judge Sanders' hotel re cancelled USDC hearing]
            $51.04     [PACER charges for 1Q12]

    Total Expenses: $637.84


Total Fees and Expenses Due:  $10,972.84

# EXHIBIT 2

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO., et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| *Debtors.* | § | Jointly Administered |
| | § | |
| | § | Objection Deadline: 6/21/2012; 4:00 PM ET |
| | § | Hearing Date: TBD (if needed) |

## SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS FOR THE FORTY-FIFTH MONTHLY INTERIM PERIOD FROM MAY 1, 2012 THROUGH MAY 31, 2012

Name of Applicant:                                        Alan B. Rich, Esq.

Authorized to Provide Services To:            Hon. Alexander M. Sanders, Jr.,
                                                                     Legal Representative for Future Asbestos-
                                                                     Related Property Damage Claimants
                                                                     and Holders of Demands

Date of Retention:                                         September 29, 2008 (*nunc pro tunc*)

Period for Which Compensation
and Reimbursement is Sought:                     May 1, 2012 through May 31, 2012

Amount of Fees Sought as Actual
Reasonable and Necessary:                          $18,460.00   [80% of $23,075.00]

Amount of Expenses Sought as
Actual, Reasonable and Necessary:             $1,613.72

This is a(n):   ☒Monthly        ☐Interim        ☐Final Application

-1-

## PRIOR APPLICATIONS

| Date  Filed | Period  Covered | Requested  Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |

---

[1] At 80% of the total incurred.

| | | | | | |
|---|---|---|---|---|---|
| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | Paid | Paid |
| 5/3/2010 | 4/1/2010 to 4/30/2010 | $11,040.00 | $805.28 | Paid | Paid |
| 6/1/2010 | 5/1/2010 to 5/31/2010 | $5,808.00 | $44.00 | Paid | Paid |
| 7/1/2010 | 6/1/2010 to 6/30/2010 | $9,792.00 | $779.81 | Paid | Paid |
| 8/1/2010 | 7/1/2010 to 7/31/2010 | $7,824.00 | $208.00 | Paid | Paid |
| 9/1/2010 | 8/1/2010 to 8/31/2010 | $4,272.00 | $273.00 | Paid | Paid |
| 10/1/2010 | 9/1/2010 to 9/30/2010 | $6,672.00 | $30.00 | Paid | Paid |
| 11/1/2010 | 10/1/2010 to 10/31/2010 | $3,408.00 | $44.00 | Paid | Paid |
| 12/1/2010 | 11/1/2010 to 11/30/2010 | $6,012.00 | $0 | Paid | Paid |
| 1/3/2011 | 12/1/2010 to 12/31/2010 | $13,572.00 | $1,146.02 | Paid | Paid |
| 2/1/2011 | 1/1/2011 to 1/31/2011 | $13,416.00 | $1,247.19 | Paid | Paid |
| 3/1/2011 | 2/1/2011 to 2/28/2011 | $17,992.00 | $1,509.34 | Paid | Paid |
| 4/1/2011 | 3/1/2011 to 3/31/2011 | $10,660.00 | $201.00 | Paid | Paid |
| 5/2/2011 | 4/1/2011 to 4/30/2011 | $13,364.00 | $44.00 | Paid | Paid |
| 6/1/2011 | 5/1/2011 to 5/31/2011 | $22,932.00 | $243.05 | Paid | Paid |
| 7/1/2011 | 6/1/2011 to 6/30/2011 | $18,824.00 | $533.60 | Paid | Paid |
| 8/1/2011 | 7/1/2011 to 7/31/2011 | $10,088.00 | $0 | Paid | Paid |

| 9/1/2011 | 8/1/2011 to 8/31/2011 | $6,708.00 | $20.88 | Paid | Paid |
|---|---|---|---|---|---|
| 10/3/2011 | 9/1/2011 to 9/30/2011 | $6,500.00 | $0 | Paid | Paid |
| 11/1/2011 | 10/1/2011 to 10/31/2011 | $6,396.00 | $0 | Paid | Paid |
| 12/5/2011 | 11/1/2011 to 11/30/2011 | $6,084.00 | $0 | Paid | Paid |
| 1/3/2012 | 12/1/2011 to 12/31/2011 | $3,484.00 | $30.00 | Paid | Paid |
| 2/1/2012 | 1/1/2012 to 1/31/2012 | $8,372.00 | $0 | Paid | Paid |
| 3/5/2012 | 2/1/2012 to 2/29/2012 | $13,312.00 | $30.00 | Paid | Paid |
| 4/2/2012 | 3/1/2012 to 3/31/2012 | $8,060.00 | $0 | Paid | Paid |
| 5/3/2012 | 4/1/2012 to 4/30/2012 | $8,628.00 | $637.84 | CNO Filed | CNO Filed |

Alan B. Rich is the only attorney providing services in this Fee Application period.  Mr. Rich has practiced law for 27 years, and his billing rate is $650 per hour.  In this Application period Mr. Rich billed 35.5 hours,[2] for a total amount billed of $23,075.00 of which 80% is currently sought, in the amount of $18,460.00.  Mr. Rich incurred expenses during this Application period in the amount of $1,613.72.  The total sought by the Application is $20.073.72.

As stated above, this is the Forty-Fifth application for monthly fees and expenses.  The time for preparation of this Application is approximately 1.5 hours, for which $975.00 will be requested in a future application.

---

[2] Travel Time, if any, is included in this figure at 50% of actual time.

COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 24.5 | $15,925.00 |
| Travel | 12.6  [at 100%] | $4,095.00  [at 50%] |
| Fee Application Matters | 4.7 | $3,055.00 |
| TOTAL | 41.8 | $10,335.00 |

EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Travel | $1,613.72 |
| TOTAL | $1,613.72 |

Detail of the fees and expenses billed is attached hereto as Exhibit A.

//

//

//

//

//

//

//

//

//

//

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Elm Street, Suite 4244
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

**CERTIFICATE OF SERVICE**

I certify that on the 1st day of June, 2012, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*

4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (May, 2012)

**Client**

**Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands**

**Matter**

*In re W. R. Grace*, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|------|--------------------|------|
| 5/1/2012 | Emails to and from debtors' counsel re USDC hearing | 0.1 |
| 5/1/2012 | Conference with client re USDC hearing | 0.1 |
| 5/1/2012 | Review Miscellaneous pleadings received today | 0.2 |
| 5/1/2012 | Review Debtors' Quarterly Settlement Notice | 0.1 |
| 5/1/2012 | Emails to and from PI FCR counsel re Locke settlement | 0.1 |
| 5/1/2012 | Email from debtors' counsel re conference call re 2012 AOP | 0.1 |
| 5/1/2012 | Review Order resetting Garlock motions hearing in USDC | 0.1 |
| 5/1/2012 | Review debtors' post-confirmation quarterly report for first quarter of 2012 and emails re same | 0.4 |
| 5/1/2012 | Review Notice of hearing of final fee application of Bryan Cave | 0.1 |
| 5/2/2012 | Review Miscellaneous pleadings received today | 0.1 |

| | | |
|---|---|---|
| 5/2/2012 | Review of Materials for Project Helios | 0.5 |
| 5/2/2012 | Review of materials for 2012 Annual Operating Plan conference call with Debtors | 0.8 |
| 5/3/2012 | Email to Debtors' counsel re Project Helios | 0.1 |
| 5/3/2012 | Review Miscellaneous pleadings received today | 0.1 |
| 5/3/2012 | Prepare, file and serve 44th Monthly Fee Application | 1.5 |
| 5/4/2012 | Review CNOs for 23rd monthly fee applications for Canadian ZAI counsel | 0.1 |
| 5/4/2012 | Review Miscellaneous pleadings received today | 0.2 |
| 5/4/2012 | Review materials for May 8 USDC hearing | 1.5 |
| 5/4/2012 | Prepare, file and serve 44th Quarter Fee Application and Notice | 1.5 |
| 5/4/2012 | Prepare, file and serve 44th Quarter Fee Application and Notice of Judge Sanders | 0.8 |
| 5/4/2012 | Review Monthly Fee Applications of Canadian ZAI Claimants' counsel | 0.4 |
| 5/4/2012 | Review Limited Objection of the State of Montana to the Debtors' Motion to Approve the Libby and BNSF settlements | 0.4 |
| 5/4/2012 | Email from R. Higgins with answers to Project Helios inquiries | 0.2 |
| 5/6/2012 | Review Third Circuit Federal Mogul Opinion | 1.0 |
| 5/7/2012 | Review Miscellaneous pleadings received today | 0.1 |
| 5/7/2012 | Conference with client re USDC hearing | 0.1 |
| 5/7/2012 | Review Fee Auditors Report re PI FCR counsel bill | 0.1 |
| 5/7/2012 | Travel (non-working) from Dallas to Philadelphia for USDC hearing (6.0 hrs. @ 50%) | 3.0 |
| 5/8/2012 | Attend USDC hearing re Garlock motions | 2.6 |
| 5/8/2012 | Travel (non-working) from Philadelphia to Dallas (6.6 hrs.@ 50%) | 3.3 |

| | | |
|---|---|---|
| 5/8/2012 | Review Miscellaneous pleadings received today | 0.1 |
| 5/9/2012 | Telephone conference with PD Trustee re status | 0.1 |
| 5/9/2012 | Review Miscellaneous pleadings received today | 0.1 |
| 5/9/2012 | Attend telephonic conference re 2012 AOP | 0.9 |
| 5/9/2012 | Conference with client re 2012 AOP | 0.1 |
| 5/9/2012 | Prepare, file and serve monthly fee application of PD FCR | 0.7 |
| 5/10/2012 | Review Affidavits of publication re Libby settlement | 0.1 |
| 5/10/2012 | Review Miscellaneous pleadings received today | 0.1 |
| 5/10/2012 | Review Fee Auditors Report re 43rd Quarter Fee Applications | 0.3 |
| 5/10/2012 | Email to R. Higgins re AOP issue | 0.1 |
| 5/10/2012 | Review 2012 LTIP motion and proposed order | 0.3 |
| 5/10/2012 | Email to client re 2012 LTIP motion | 0.1 |
| 5/10/2012 | Review Debtors' objection to Fair Harbor default interest demand | 0.6 |
| 5/11/2012 | Review article from PD Trustee re Grace | 0.3 |
| 5/11/2012 | Review Miscellaneous pleadings received today | 0.1 |
| 5/11/2012 | Review further documentation from Debtor re 2012 AOP | 0.4 |
| 5/11/2012 | Review CNOs for 24th monthly fee applications for Canadian ZAI counsel | 0.1 |
| 5/11/2012 | Review CNO re Settlement of Claim 9566 | 0.1 |
| 5/14/2012 | Review Motion to Authorize 2012 LTIP | 0.3 |
| 5/14/2012 | Review Miscellaneous pleadings received today | 0.1 |
| 5/15/2012 | Review Quarterly Fee Applications of Canadian ZAI Claimants' Counsels | 0.3 |
| 5/15/2012 | Review Miscellaneous pleadings received today | 0.1 |

| | | |
|---|---|---|
| 5/16/2012 | Review Notices of Withdrawals re Canadian ZAI Claimants' Quarterly Fee Application (Hogan) | 0.2 |
| 5/16/2012 | Review revised quarterly fee application of Canadian ZAI claimants' counsel (Hogan) | 0.1 |
| 5/16/2012 | Review Miscellaneous pleadings received today | 0.1 |
| 5/17/2012 | Review Miscellaneous pleadings received today | 0.2 |
| 5/18/2012 | Review Agenda for May Omnibus hearing | 0.1 |
| 5/18/2012 | Review Miscellaneous pleadings received today | 0.1 |
| 5/18/2012 | Review Order re telephonic August Omnibus hearing | 0.1 |
| 5/18/2012 | Review Order re cancellation of September Omnibus hearing | 0.1 |
| 5/20/2012 | Email to client re May Omnibus hearing and agenda | 0.1 |
| 5/21/2012 | Review Order cancelling May 21 Omnibus hearing | 0.1 |
| 5/21/2012 | Review Miscellaneous pleadings received today | 0.2 |
| 5/21/2012 | Email to client re cancellation of May 21 Omnibus hearing | 0.1 |
| 5/21/2012 | Review Amended Agenda for May Omnibus hearing | 0.1 |
| 5/21/2012 | Email to PI FCR counsel re post confirmation quarterly report | 0.1 |
| 5/22/2012 | Review Miscellaneous pleadings received today | 0.1 |
| 5/22/2012 | Review Garlock Judicial notice request re Legislation for access motion appeal | 0.8 |
| 5/23/2012 | Review Miscellaneous pleadings received today | 0.2 |
| 5/23/2012 | Prepare, file and serve CNO for 44th Monthly Fee Application | 0.2 |
| 5/24/2012 | Review Miscellaneous pleadings received today | 0.2 |
| 5/24/2012 | Email from fee auditor re change of address | 0.1 |

| | | |
|---|---|---|
| 5/24/2012 | Review letter to Third Circuit from debtors re status of district court proceedings | 0.1 |
| 5/25/2012 | Review Miscellaneous pleadings received today | 0.1 |
| 5/25/2012 | Review status report filed with Third Circuit | 0.1 |
| 5/26/2012 | Review Miscellaneous pleadings received today | 0.1 |
| 5/29/2012 | Review Miscellaneous pleadings received today | 0.2 |
| 5/29/2012 | Review Anderson Memorial Hospital Rule 60 Motion and review of Wright v. OCF case | 1.4 |
| 5/29/2012 | Email to client re AMH motion | 0.1 |
| 5/29/2012 | Email to Debtors' counsel re AMH Motion | 0.1 |
| 5/30/2012 | Review Miscellaneous pleadings received today | 0.1 |
| 5/30/2012 | Emails to and from Debtors' counsel re AMH motion | 0.1 |
| 5/30/2012 | Emails to and from client re AMH Motion | 0.1 |
| 5/30/2012 | Review briefing notice from USDC re AMH motion | 0.1 |
| 5/30/2012 | Research regarding Rule 60(b)(5) | 2.0 |
| 5/30/2012 | Review change of address notice from Fee Auditor | 0.1 |
| 5/31/2012 | Emails to and from debtors' counsel re issues in response to AMH motion | 0.3 |
| 5/31/2012 | Review Certification of Counsel re Libby and BNSF settlement motion | 0.5 |
| 5/31/2012 | Telephone conference with Debtors' counsel re response to AMH motion | 0.3 |
| 5/31/2012 | Review Miscellaneous pleadings received today | 0.2 |
| 5/31/2012 | Research for response to Rule 60 motion of AMH | 1.0 |
| 5/31/2012 | Email to and from R. Higgins re cancellation of September Omnibus hearing | 0.1 |

Total:   35.5 hours @ $650/hour = $23,075.00

Expenses:  $1,613.72  (Detail Attached)

Total Fees and Expenses Due:  $24,688.72

EXPENSES FOR MAY, 2012

| DATE | DESCRIPTION OF EXPENSE | AMOUNT |
|------|------------------------|--------|
| 5/7/2012 | RT Coach Airfare | $954.60 |
| 5/7/2012 | Lunch | $2.48 |
| 5/7/2012 | Taxi | $35.70 |
| 5/7/2012 | Dinner | $55.00 |
| 5/8/2012 | Taxi to Court | $10.00 |
| 5/8/2012 | Lunch | $15.00 |
| 5/8/2012 | Taxi | $35.45 |
| 5/8/2012 | Hotel | $483.84 |
| 5/8/2012 | Airport Parking | $21.65 |
|  | TOTAL EXPENSES | $1,613.72 |

# EXHIBIT 3

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | **Objection Deadline: 7/23/2012; 4:00 PM ET** |
| | § | **Hearing Date: TBD (if needed)** |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR
FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS
AND HOLDERS OF DEMANDS FOR THE FORTY-SIXTH MONTHLY
INTERIM PERIOD FROM JUNE 1, 2012 THROUGH JUNE 30, 2012**

Name of Applicant:                           Alan B. Rich, Esq.

Authorized to Provide Services To:           Hon. Alexander M. Sanders, Jr.,
                                             Legal Representative for Future Asbestos-
                                             Related Property Damage Claimants
                                             and Holders of Demands

Date of Retention:                           September 29, 2008 (*nunc pro tunc*)

Period for Which Compensation
and Reimbursement is Sought:                 June 1, 2012 through June 30, 2012

Amount of Fees Sought as Actual
Reasonable and Necessary:                    $21,164.00   [80% of $26,455.00]

Amount of Expenses Sought as
Actual, Reasonable and Necessary:            $1,753.72

This is a(n):   ☒Monthly      ☐Interim      ☐Final Application

-1-

PRIOR APPLICATIONS

| Date  Filed | Period  Covered | Requested  Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |

---

[1] At 80% of the total incurred.

-2-

| | | | | | |
|---|---|---|---|---|---|
| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | Paid | Paid |
| 5/3/2010 | 4/1/2010 to 4/30/2010 | $11,040.00 | $805.28 | Paid | Paid |
| 6/1/2010 | 5/1/2010 to 5/31/2010 | $5,808.00 | $44.00 | Paid | Paid |
| 7/1/2010 | 6/1/2010 to 6/30/2010 | $9,792.00 | $779.81 | Paid | Paid |
| 8/1/2010 | 7/1/2010 to 7/31/2010 | $7,824.00 | $208.00 | Paid | Paid |
| 9/1/2010 | 8/1/2010 to 8/31/2010 | $4,272.00 | $273.00 | Paid | Paid |
| 10/1/2010 | 9/1/2010 to 9/30/2010 | $6,672.00 | $30.00 | Paid | Paid |
| 11/1/2010 | 10/1/2010 to 10/31/2010 | $3,408.00 | $44.00 | Paid | Paid |
| 12/1/2010 | 11/1/2010 to 11/30/2010 | $6,012.00 | $0 | Paid | Paid |
| 1/3/2011 | 12/1/2010 to 12/31/2010 | $13,572.00 | $1,146.02 | Paid | Paid |
| 2/1/2011 | 1/1/2011 to 1/31/2011 | $13,416.00 | $1,247.19 | Paid | Paid |
| 3/1/2011 | 2/1/2011 to 2/28/2011 | $17,992.00 | $1,509.34 | Paid | Paid |
| 4/1/2011 | 3/1/2011 to 3/31/2011 | $10,660.00 | $201.00 | Paid | Paid |
| 5/2/2011 | 4/1/2011 to 4/30/2011 | $13,364.00 | $44.00 | Paid | Paid |
| 6/1/2011 | 5/1/2011 to 5/31/2011 | $22,932.00 | $243.05 | Paid | Paid |
| 7/1/2011 | 6/1/2011 to 6/30/2011 | $18,824.00 | $533.60 | Paid | Paid |
| 8/1/2011 | 7/1/2011 to 7/31/2011 | $10,088.00 | $0 | Paid | Paid |

| 9/1/2011 | 8/1/2011 to 8/31/2011 | $6,708.00 | $20.88 | Paid | Paid |
|----------|------------------------|-----------|--------|------|------|
| 10/3/2011 | 9/1/2011 to 9/30/2011 | $6,500.00 | $0 | Paid | Paid |
| 11/1/2011 | 10/1/2011 to 10/31/2011 | $6,396.00 | $0 | Paid | Paid |
| 12/5/2011 | 11/1/2011 to 11/30/2011 | $6,084.00 | $0 | Paid | Paid |
| 1/3/2012 | 12/1/2011 to 12/31/2011 | $3,484.00 | $30.00 | Paid | Paid |
| 2/1/2012 | 1/1/2012 to 1/31/2012 | $8,372.00 | $0 | Paid | Paid |
| 3/5/2012 | 2/1/2012 to 2/29/2012 | $13,312.00 | $30.00 | Paid | Paid |
| 4/2/2012 | 3/1/2012 to 3/31/2012 | $8,060.00 | $0 | Paid | Paid |
| 5/3/2012 | 4/1/2012 to 4/30/2012 | $8,628.00 | $637.84 | Paid | Paid |
| 6/1/2012 | 5/1/2012 to 5/31/2012 | $18,460.00 | $1,613.72 | Paid | Paid |

Alan B. Rich is the only attorney providing services in this Fee Application period.  Mr.

Rich has practiced law for 27 years, and his billing rate is $650 per hour.  In this Application

period Mr. Rich billed 40.7 hours,[2] for a total amount billed of $26,455.00 of which 80% is

currently sought, in the amount of $21,164.00.  Mr. Rich incurred expenses during this

Application period in the amount of $1,753.72.  The total sought by the Application is

$22,917.72.

As stated above, this is the Forty-Sixth application for monthly fees and expenses.  The

time for preparation of this Application is approximately 1.5 hours, for which $975.00 will be

requested in a future application.

---

[2] Travel Time, if any, is included in this figure at 50% of actual time.

-4-

COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 31.3 | $20,345.00 |
| Travel | 12.6  [at 100%] | $4,095.00  [at 50%] |
| Fee Application Matters | 3.1 | $2,015.00 |
| TOTAL | 47.0 | $26,455.00 |

EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Travel<br>Westlaw | $1,052.07<br>$701.65 |
| TOTAL | $1,753.72 |

Detail of the fees and expenses billed is attached hereto as Exhibit A.

//

//

//

//

//

//

//

//

//

//

<u>CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)</u>

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____

Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Elm Street, Suite 4244
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on the 2nd day of July, 2012, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*

4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (June, 2012)

**Client**

**Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands**

**Matter**

***In re W. R. Grace**, No. 01-1139 (Bankr. D. Del)*

| Date | Services Performed | Time |
|------|--------------------|------|
| 6/1/2012 | Review Miscellaneous Pleadings received today | 0.2 |
| 6/1/2012 | Prepare, file and serve 45th Monthly Fee Application | 1.5 |
| 6/1/2012 | Emails to and from Debtor re discrepancy in payment | 0.1 |
| 6/1/2012 | Prepare, file and serve CNO for PD FCR 34th Monthly Fee Application | 0.2 |
| 6/1/2012 | Review Monthly Fee Applications of Canadian ZAI special counsel | 0.3 |
| 6/4/2012 | Emails to and from Client re AMH motion | 0.1 |
| 6/4/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 6/4/2012 | Review CNO re Big Tex site settlement | 0.1 |
| 6/4/2012 | Review Joint Response in Opposition to Garlock motion for Judicial Notice | 0.4 |
| 6/4/2012 | Email to client re Garlock hearing | 0.1 |

Page 1 of  6

| | | |
|---|---|---|
| 6/5/2012 | Review Order Approving Libby and BNSF Settlements | 0.4 |
| 6/5/2012 | Telephone call with client re Garlock hearing | 0.1 |
| 6/5/2012 | Review Miscellaneous Pleadings received today | 0.2 |
| 6/6/2012 | Review Duplicate Order Approving Libby and BNSF Settlements [Doc. #29023] | 0.2 |
| 6/6/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 6/6/2012 | Review Third Circuit case re Rule 60 motions | 0.2 |
| 6/7/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 6/7/2012 | Review draft 43rd Quarterly Fee exhibit chart | 0.2 |
| 6/8/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 6/8/2012 | Continued preparation of response to AMH Rule 60 motion | 1.0 |
| 6/8/2012 | Review CNO for 2012 LTIP | 0.1 |
| 6/8/2012 | Review Garlock Reply in support of Motion for Judicial Notice | 0.5 |
| 6/11/2012 | Travel from Dallas to Wilmington for Garlock hearing (5.6 hrs.@ 50%) | 2.8 |
| 6/11/2012 | Review Agenda for June Omnibus hearing | 0.1 |
| 6/11/2012 | Email from J. Donley re response to AMH motion | 0.1 |
| 6/11/2012 | Review Certification of Counsel re 43rd Quarter project categories | 0.3 |
| 6/11/2012 | Review Certification of Counsel re 43rd Quarter fee applications | 0.2 |
| 6/11/2012 | Review Consolidated Order Regarding Motions for Reconsideration of Confirmation Order; Review Amended Order confirming plan; Review Amended Memorandum Opinion | 3.5 |
| 6/11/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 6/12/2012 | Attend hearing on Garlock appeal re 2019 statements | 2.7 |

| | | |
|---|---|---|
| 6/12/2012 | Travel from Wilmington to Dallas  (7 hrs. @ 50%) | 3.5 |
| 6/12/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 6/13/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 6/13/2012 | Prepare, file and serve monthly fee application of the PD FCR | 0.8 |
| 6/13/2012 | Review draft response of the plan proponents to the AMH Rule 60 motion | 0.5 |
| 6/13/2012 | Email to J. Donley re AMH Rule 60 motion and PD FCR response | 0.1 |
| 6/13/2012 | Research for Response to AMH Rule 60 motion | 0.5 |
| 6/13/2012 | Email from Debtors re service list issue | 0.1 |
| 6/13/2012 | Review Certifications of No Objection re Quarterly Fee Applications of the Canadian ZAI counsel | 0.1 |
| 6/13/2012 | Prepare and file CNO for the 14th Quarterly Fee Application of Judge Sanders | 0.2 |
| 6/13/2012 | Prepare and file CNO for the 14th Quarterly Fee Application | 0.2 |
| 6/13/2012 | Email to client re June Omnibus hearing | 0.1 |
| 6/14/2012 | Email from courtcall re cancellation of June Omnibus hearing | 0.1 |
| 6/14/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 6/14/2012 | Review Amended Agenda for June Omnibus hearing | 0.1 |
| 6/14/2012 | Review Order Approving the 2012 Long Term Incentive Plan | 0.1 |
| 6/14/2012 | Review Order Approving the 43rd Quarter Fee Applications | 0.2 |
| 6/14/2012 | Review Order Approving the Big Tex Environmental Settlement | 0.2 |
| 6/14/2012 | Review of Motion to approve sale of Bondera business segment | 1.0 |
| 6/15/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 6/15/2012 | Review revisions to Plan Proponents' response to AMH Rule 60 motion | 0.5 |

| | | |
|---|---|---|
| 6/15/2012 | Draft PD FCR's Response to AMH Rule 60 motion and continued research therefor | 3.0 |
| 6/15/2012 | Email to debtors' counsel re response to AMH Rule 60 motion | 0.1 |
| 6/15/2012 | Review of Corrected 41Q de minimus settlements report | 0.2 |
| 6/15/2012 | Review Certifcates of No Objection re Canadian ZAI claimants' counsels' monthly fee applications | 0.1 |
| 6/15/2012 | Email to Karl Hill re PD FCR response to AMH Rule 60 motion | 0.1 |
| 6/16/2012 | Email from Karl Hill re PD FCR response to AMH Rule 60 motion | 0.1 |
| 6/18/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 6/18/2012 | Review final draft of Plan Proponents' Response to AMH Rule 60 motion | 0.4 |
| 6/18/2012 | Email from client re AMH brief | 0.1 |
| 6/18/2012 | Email to Karl Hill re filing of response | 0.1 |
| 6/18/2012 | Review Briefing Schdule from USDC re AMH Reply Brief | 0.1 |
| 6/19/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 6/20/2012 | Email from PI FCR counsel re issue with financial report and AMH Response brief | 0.1 |
| 6/20/2012 | Review Miscellaneous Pleadings received today | 0.2 |
| 6/21/2012 | Review CNOs for Canadian ZAI Claimants' special counsel quarterly fee applications | 0.1 |
| 6/21/2012 | Review Miscellaneous Pleadings received today | 0.2 |
| 6/21/2012 | Prepare, file and serve CNO for 45th Monthly Fee Application | 0.2 |
| 6/22/2012 | Review Miscellaneous Pleadings received today | 0.2 |
| 6/25/2012 | Review draft of Debtors' status report to Third Circuit | 0.1 |
| 6/25/2012 | Review Miscellaneous Pleadings received today | 0.1 |

| | | |
|---|---|---|
| 6/25/2012 | Telephone call from counsel for Amtrak re status | 0.1 |
| 6/25/2012 | Email to J. Donley re Garlock Stay motion | 0.1 |
| 6/26/2012 | Review Garlock Motion for Expedited Hearing of Motion to Stay | 0.1 |
| 6/26/2012 | Review Garlock Notice of Appeal | 0.1 |
| 6/26/2012 | Review Briefing schedule from USDC re Garlock Motion to Stay | 0.1 |
| 6/26/2012 | Emails to and from J. Donley re Garlock Stay motion | 0.1 |
| 6/26/2012 | Review Debtors Status Report file in Third Circuit | 0.1 |
| 6/26/2012 | Review Garlock's Emergency Motion to Stay | 1.0 |
| 6/26/2012 | Review Miscellaneous Pleadings received today | 0.2 |
| 6/27/2012 | Review Draft of Debtors' Response to Garlock Motion to Stay and Exhibit | 0.8 |
| 6/27/2012 | Email to Judge Sanders re Garlock motion | 0.1 |
| 6/27/2012 | Review Miscellaneous Pleadings received today | 0.2 |
| 6/27/2012 | Draft PD FCR's Response to Garlock's Motion to Stay | 2.0 |
| 6/27/2012 | Review Project Capricorn materials | 0.5 |
| 6/27/2012 | Emails and and from debtors' counsel re PD Settlements and status of response to Garlock motion | 0.1 |
| 6/27/2012 | Emails to and from PD Trustee re status | 0.1 |
| 6/27/2012 | Review Opinion and Order from USDC denying Garlock stay | 0.4 |
| 6/27/2012 | Email to Judge Sanders re denial of Garlock motion to stay | 0.1 |
| 6/27/2012 | Review Third Circuit Order consolidating Garlock appeal | 0.1 |
| 6/28/2012 | Emails to and from Debtors' counsel re Garlock motion to stay | 0.1 |
| 6/28/2012 | Revise Response to Garlock Motion to Stay for filing in Third Circuit | 0.5 |

| 6/28/2012 | Review Miscellaneous Pleadings received today | 0.2 |
|---|---|---|
| 6/28/2012 | Email to PD Trustee re status | 0.1 |
| 6/28/2012 | Review Anderson Memorial Hosp. Reply in Support of Rule 60 motion | 0.5 |
| 6/29/2012 | Emails to and from Debtors' counsel re AMH Reply | 0.1 |
| 6/29/2012 | Email to client re AMH Reply | 0.1 |
| 6/29/2012 | Letter to USDC re intent to file Surreply Brief | 0.2 |
| 6/29/2012 | Draft Surreply Brief re AMH Rule 60(b) Motion | 1.0 |
| 6/29/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 6/29/2012 | Emails to and from local counsel re filing of surreply brief | 0.1 |
| 6/29/2012 | Letter to USDC re courtesy copy of Surreply Brief | 0.1 |
| 6/29/2012 | Emails to and from PI FCR counsel re issue with operating report | 0.1 |
| 6/29/2012 | Review Notice of Withdrawal of counsel for Fresenious (USDC) | 0.1 |
| 6/29/2012 | Review Monthly Fee Applications of Canadian ZAI special counsel | 0.3 |
| 6/29/2012 | Review Amended Agenda for July Omnibus hearing | 0.1 |
| 6/29/2012 | Email to client re cancellation of July Omnibus hearing | 0.1 |
| 6/30/2012 | Email from local counsel re filings | 0.1 |

Total:   40.7 hours @ $650/hour = $26,455.00

Expenses:   $1,753.72   (Detail Attached)

Total Fees and Expenses Due:  $28,208.62

EXPENSES FOR JUNE, 2012

| DATE | DESCRIPTION OF EXPENSE | AMOUNT |
|------|------------------------|--------|
| May/June '12 | Westlaw | $701.65 |
| 6/11/2012 | RT Coach Airfare | $625.60 |
| 6/11/2012 | Dinner | $39.00 |
| 6/12/2012 | Parking | $22.00 |
| 6/12/2012 | Lunch | $8.67 |
| 6/12/2012 | Hotel | $240.90 |
| 6/12/2012 | Car Rental | $72.60 |
| 6/12/2012 | Airport Parking | $43.30 |
| | TOTAL EXPENSES | $1,753.72 |