**Exhibit IV**

**Fee Application for the period**

**June 1, 2012 – June 30, 2012**

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re** | ) | **Chapter 11** |
| | ) | |
| **W. R. GRACE & CO., et al.[1];** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **Jointly Administered** |
| **Debtors.** | ) | |
| | ) | |
| | ) | Objection Deadline: September 6, 2012 at 4:00 p.m. |
| | ) | Hearing date:  To be scheduled only if objections are |
| | ) | timely filed and served. |

### <u>NOTICE OF FILING OF MONTHLY FEE APPLICATION</u>

To:  (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the

Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos

Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; (7) Counsel to the Debtors-

in-Possession Lenders; and  (8) the Fee Auditor:

Capstone Advisory Group, LLC ("Capstone"), financial advisors to the Official

Committee of Unsecured Creditors of the above captioned debtor and debtors in possession in

---

[1]     The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.
R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB
Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N
Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy
Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners
I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN
Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B
II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy
Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel
Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace
Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc.,
Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation,
Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation,
Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a
GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe
Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-
BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a
Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin
& Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country
Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

the above-captioned chapter 11 cases, filed and served its One Hundred and First Interim Application for Allowance of Compensation and for Services Rendered and Reimbursement of Expenses Incurred for the period from June 1, 2012 through June 30, 2012 (the "Monthly Fee Application").  Capstone is seeking compensation in the amount of $34,852.80, representing 80% of $43,566.00, which is the total amount of fees incurred, and reimbursement for actual and actual and necessary expenses in the amount of $97.52.

Objections or responses to the Monthly Fee Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **September 6, 2012 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following:  (i) co-counsel for the Debtors, Adam Paul, Esquire, Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Illinois 60654 (fax number 312-862-2200), and James E. O'Neill, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Courier 19801) (fax number 302-652-4400), and Roger J. Higgins, Esquire, The Law Offices of Roger Higgins LLC, 111 East Wacker Drive, Suite 2800, Chicago, Illinois 60601 (Fax number 312-577-0737); (ii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 222 Delaware Avenue, Suite 1600, Wilmington, Delaware 19801-1659 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod LLP, Wachovia Building, 200 South Biscayne Boulevard, Suite 2500, Miami,

Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, New York 10022 (fax number 212-644-6755) and Mark Hurford, Esquire, Campbell & Levine, LLC, 800 N. King Street, Suite 300, Wilmington, Delaware 19801 (fax number 302-426-9947); (v) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins LLP, Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Neil B. Glassman, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. 25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vi) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036 (fax number 212-715-8000), and Teresa K.D. Currier, Esquire, Saul Ewing LLP, 222 Delaware Avenue, Wilmington, Delaware 19801 (Fax number 302-421-6813); (vii) the Office of the United States Trustee, Attn:  David Klauder, Esquire, 844 N. King Street, Wilmington, Delaware 19801 (fax number 302-573-6497); and (viii) the Fee Auditor, Bobbi M. Ruhlander, Esquire, Warren H. Smith and Associates, P.C., 2235 Ridge Road, Suite 105, Rockwall, TX 75087 (Fax number 214-722-0081).

**(REMAINDER OF PAGE INTENTIONALLY LEFT BLANK)**

Dated: August 17, 2012
        Wilmington, DE

**RESPECTFULLY SUBMITTED,**


*/s/ Michael R. Lastowski*
Michael R. Lastowski, Esq. (DE I.D. No. 3892)
Richard W. Riley (DE I.D. No. 4052)
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659
Telephone:    (302) 657-4900
Facsimile:    (302) 657-4901
E-mail:       mlastowski@duanemorris.com
              rriley@duanemorris.com


William S. Katchen, Esquire (Admitted in NJ Only)
DUANE MORRIS LLP
Suite 1200
744 Broad Street
Newark, New Jersey 07102-3889
Telephone:    (973) 424-2000
Facsimile:    (973) 424-2001
E-mail:       wskatchen@duanemorris.com


                    and

Lewis Kruger, Esquire
Kenneth Pasquale, Esquire
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
Telephone:    (212) 806-5400
Facsimile:    (212) 806-6006
E-mail:       lkruger@stroock.com
              kpasquale@stroock.com


Co-Counsel for the Official Committee of
Unsecured Creditors of W. R. Grace & Co., et al.

4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | **Chapter 11** |
| | ) | |
| **W. R. GRACE & CO., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **Jointly Administered** |
| Debtors. | ) | |
| | ) | |
| | ) | Objection Deadline:  September 6, 2012 at 4:00 p.m. |
| | ) | Hearing date:  To be scheduled only if objections are |
| | ) | timely filed and served. |

**ONE HUNDRED AND FIRST INTERIM APPLICATION OF CAPSTONE
ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JUNE 1, 2012 THROUGH JUNE 30, 2012)**

| | |
|---|---|
| Name of Applicant: | Capstone Advisory Group, LLC |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | June 8, 2004 (nunc pro tunc to February 4, 2004) |
| Period for which compensation and reimbursement is sought: | June 1, 2012 through June 30, 2012 |
| Amount of Compensation sought as actual, reasonable and necessary (80% of $43,566.00): | $      34,852.80 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary (100%): | $  97.52 |
| Total Amount Due: | $      34,950.32 |

Capstone replaced FTI Consulting, Inc. ("FTI") as financial advisors to the Official Committee of Unsecured Creditors, nunc pro tunc to February 4, 2004, so ordered by the Court on June 8, 2004.

The total time expended and included herein for the May 2012 monthly fee statement is 5.2 hours, and corresponding compensation requested is $1,984.50.

This is the ONE HUNDRED AND FIRST Interim Application filed by Capstone.  Disclosure for the current period and prior periods is as follows:

**ONE HUNDRED AND FIRST INTERIM APPLICATION OF CAPSTONE
ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JUNE 1, 2012 THROUGH JUNE 30, 2012)**

**ATTACHMENT A
TO FEE APPLICATION**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| June 10, 2004 | February 4, 2004 through February 29, 2004 | $94,882.00 | $3,932.07 | $75,905.60 |
| June 10, 2004 | March 1, 2004 through March 31,2004 | $136,415.50 | $1,819.00 | $109,132.40 |
| **Totals First Quarterly** | **February 4, 2004 through March 31, 2004** | **$231,297.50** | **$5,751.07** | **$185,038.00** |
| June 12, 2004 | April 1, 2004 through April 30, 2004 | $61,925.00 | $678.33 | $49,540.00 |
| July 13, 2004 | May 1, 2004 Through May 31, 2004 | $32,665.00 | $477.15 | $26,132.00 |
| August 5, 2004 | June 1, 2004 through June 30, 2004 | $106,470.50 | $1,119.63 | $85,176.40 |
| **Totals Second Quarterly** | **April 1, 2004 through June 30, 2004** | **$201,060.50** | **$2,275.11** | **$160,848.40** |
| August 31, 2004 | July 1, 2004 through July 31, 2004 | $68,533.50 | $667.60 | $54,826.80 |
| September 24, 2004 | August 1, 2004 through August 31, 2004 | $99,215.50 | $1,341.49 | $79,372.40 |
| October 28, 2004 | September 1, 2004 through September 30, 2004 | $44,918.25 | $658.72 | $35,934.60 |
| **Totals Third Quarterly** | **July 1, 2004 through September 30, 2004** | **$212,667.25** | **$2,667.81** | **$170,133.80** |

**ONE HUNDRED AND FIRST INTERIM APPLICATION OF CAPSTONE
ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JUNE 1, 2012 THROUGH JUNE 30, 2012)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| December 6, 2004 | October 1, 2004 through October 31, 2004 | $57,592.50 | $229.77 | $46,074.00 |
| December 22, 2004 | November 1, 2004 through November 30, 2004 | $84,366.50 | $745.91 | $67,493.20 |
| January 28, 2005 | December 1, 2004 Through December 31, 2004 | $82,351.00 | $ 1,943.96 | $65,880.80 |
| **Totals Fourth Quarterly** | **October 1, 2004 through December 31, 2004** | **$224,310.00** | **$2,919.64** | **$179,448.00** |
| February 25, 2005 | January 1, 2005 through January 31, 2005 | $69,477.00 | $276.18 | $55,581.60 |
| March 29, 2005 | February 1 through February 28, 2005 | $77,228.50 | $1,727.60 | $61,782.80 |
| May 6, 2005 | March 1, 2005 through March 31, 2005 | $126,012.00 | $ 494.94 | $100,809.60 |
| **Totals Fifth Quarterly** | **January 1, 2005 through March 31, 2005** | **$272,717.50** | **$2,498.72** | **$218,174,00** |
| June 3, 2005 | April 1, 2005 through April 30, 2005 | $ 87,936.00 | $ 435.16 | $ 70,348.80 |
| July 6, 2005 | May 1, 2005 through May 31, 2005 | $119,435.00 | $1,275.00 | $ 95,548.00 |
| July 15, 2005 | June 1, 2005 through June 30, 2005 | $89,859.00 | $542.69 | $71,887.20 |

**ONE HUNDRED AND FIRST INTERIM APPLICATION OF CAPSTONE
ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JUNE 1, 2012 THROUGH JUNE 30, 2012)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| **Totals Sixth Quarterly** | **April 1, 2005 through June 30, 2005** | **$297,230.00** | **$2,252.85** | **$237,784.00** |
| September 19, 2005 | July 1, 2005 through July 31, 2005 | $90,014.50 | $621.03 | $72,011.60 |
| October 7, 2005 | August 1, 2005 through August 31, 2005 | $126,233.00 | $1,532.46 | $100,986.40 |
| October 31, 2005 | September 1, 2005 through September 30, 2005 | 75,983.50 | $482.03 | $60,786.80 |
| **Totals Seventh Quarterly** | **July 1, 2005 through September 30, 2005** | **$292,231.00** | **$2,635.52** | **$233,784.80** |
| December 16, 2005 | October 1, 2005 through October 31, 2005 | 95,742.50 | $750.36 | 76,594.00 |
| December 30, 2005 | November 1, 2005 through November 30, 2005 | $118,062.00 | $1,119.74 | $94,449.60 |
| February 9, 2006 | December 1, 2005 through December 31, 2005 | $122,018.50 | $938.82 | $97,614.80 |
| **Totals Eighth Quarterly** | **October 1, 2005 through December 31, 2005** | **$335,823.00** | **$2,808.92** | **$268,658.40** |
| March 21, 2006 | January 1, 2006 through January 31, 2006 | $85,745.00 | $631.01 | $68,596.00 |
| April 20, 2006 | February 1, 2006 through February 28, 2006 | $173,916.50 | $2,359.69 | $139,133.20 |

**ONE HUNDRED AND FIRST INTERIM APPLICATION OF CAPSTONE
ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JUNE 1, 2012 THROUGH JUNE 30, 2012)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| May 9, 2006 | March 1 through March 31, 2006 | $141,040.50 | $1,017.99 | $112,832.40 |
| **Totals Ninth Quarterly** | **January 1, 2006 through March 31, 2006** | **$400,702.00** | **$4,008.69** | **$320,561.60** |
| May 23, 2006 | April 1, 2006 through April 30, 2006 | $125,055.00 | $1,929.46 | $100,044.00 |
| June 21, 2006 | May 1, 2005 Through May 31, 2006 | $146,396.50 | $965.43 | $117,117.20 |
| July 20, 2006 | June 1, 2006 Through June 30, 2006 | $140,368.50 | $1,263.86 | $140,368.50 |
| **Totals Tenth Quarterly** | **April 1, 2006 through June 30, 2006** | **$411,820.00** | **$4,158.75** | **$329,456.00** |
| | Adjustment for July photocopies | | $(6.55) | |
| August 25, 2006 | July 1, 2006 through July 31, 2006 | $102,449.00 | $566.51 | $ 81,959.20 |
| October 2, 2006 | August 1, 2006 Through August 31, 2006 | $111,154.00 | $505.01 | $88,923.20 |
| November 13, 2006 | September 1, 2006 through September 30, 2006 | $75,103.50 | $633.57 | $ 60,082.80 |
| **Totals Eleventh Quarterly** | **July 1, 2006 through September 30, 2006** | **$288,706.50** | **$1,698.54** | **$230,965.20** |

**ONE HUNDRED AND FIRST INTERIM APPLICATION OF CAPSTONE
ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
<ins>(FOR THE PERIOD FROM JUNE 1, 2012 THROUGH JUNE 30, 2012)</ins>**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| December 20, 2006 | October 1, 2006 Through October 31, 2006 | $63,155.50 | $206.40 | $50,524.40 |
| January 22, 2007 | November 1, 2006 Through November 30, 2006 | $98,985.50 | $809.09 | $79,997.40 |
| March 20, 2007 | December 1, 2006 Through December 31, 2006 | $59,630.50 | $381.70 | $47, 704.40 |
| **Totals Twelfth Quarterly** | **October 1, 2006 through December 31, 2006** | **$221,771.50** | **$1,397.19** | **$177,417.20** |
| April 20, 2007 | January 1, 2007 through January 31, 2007 | $55,703.00 | $ 166.00 | $44,562.40 |
| April 20, 2007 | February 1, 2007 through February 28, 2007 | $87,120.50 | $ 344.89 | $69,696.40 |
| June 29, 2007 | March 1, 2007 through March 31, 2007 | $119,047.50 | $472.38 | $95,238.00 |
| **Totals Thirteenth Quarterly** | **January 1, 2007 through March 31, 2007** | **$261,871.00** | **$983.27** | **$209,496.80** |
| June 29, 2007 | April 1, 2007 through April 30, 2007 | $77,267.00 | $221.70 | $61,813.60 |
| July 3, 2007 | May 1, 2007 through May 31, 2007 | $101,181.00 | $838.49 | $80,944.80 |
| August 31, 2007 | June 1, 2007 through June 30, 2007 | $90,040.50 | $744.21 | $72,032.40 |
| **Totals Fourteenth Quarterly** | **April 1, 2007 Through June 30, 2007** | **$268,488.50** | **$1804.40** | **$214,790.80** |

**ONE HUNDRED AND FIRST INTERIM APPLICATION OF CAPSTONE
ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JUNE 1, 2012 THROUGH JUNE 30, 2012)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| October 23, 2007 | July 1, 2007 through July 31, 2007 | $78,971.00 | $636.29 | $63,176.80 |
| October 23, 2007 | August 1, 2007 through August 31, 2007 | $74,596.00 | $184.06 | $59,676.80 |
| November 7, 2007 | September 1, 2007 through September 30, 2007 | $78,887.50 | $396.82 | $63,110.00 |
| **Total Fifteenth Quarterly** | **July 1, 2007 through September 30, 2007** | **$232,454.50** | **$1217.17** | **$185,963.60** |
| January 23, 2008 | October 1, 2007 through October 31, 2007 | $51,391.50 | $293.56 | $41,113.20 |
| January 23, 2008 | November 1, 2007 through November 30, 2007 | $82,993.00 | $407.99 | $66,394.40 |
| February 7, 2008 | December 1, 2007 through December 31, 2007 | $53,730.50 | $308.15 | $42,984.40 |
| **Totals Sixteenth Quarterly** | **October 1, 2007 Through December 31, 2007** | **$188,115.00** | **$1009.70** | **$150,492.00** |
| March 4, 2008 | January 1, 2008 through January 31, 2008 | $62,899.50 | $174.14 | $50,319.60 |
| April 14, 2008 | February 1, 2008 through February 29, 2008 | $83,686.00 | $423.31 | $66,948.80 |
| May 23, 2008 | March 1, 2008 through March 31, 2008 | $88,842.50 | $442.15 | $64,674.00 |

**ONE HUNDRED AND FIRST INTERIM APPLICATION OF CAPSTONE
ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JUNE 1, 2012 THROUGH JUNE 30, 2012)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| **Totals Seventeenth Quarterly** | **January 1, 2008 Through March 31, 2008** | **$227,428.00** | **$1,039.60** | **$181,942.40** |
| June 26, 2008 | April 1, 2008 through April 30, 2008 | $ 93,943.50 | $325.30 | $ 75,154.80 |
| July 10, 2008 | May 1, 2008 through May 31, 2008 | $ 56,076.00 | $167.26 | $ 44,860.80 |
| September 12, 2008 | June 1, 2008 through June 30, 2008 | $ 63,873.50 | $491.33 | $ 51,098.80 |
| **Totals Eighteenth Quarterly** | **April 1, 2008 Through June 30, 2008** | **$213,893.00** | **$983.89** | **$171,114.40** |
| September 25, 2008 | July 1, 2008 through July 31, 2008 | $ 57,490.50 | $210.86 | $ 45,992.40 |
| October 17, 2008 | August 1, 2008 through August 31, 2008 | $133,751.00 | $1,428.75 | $107,000.80 |
| November 20, 2008 | September 1, 2008 through September 30, 2008 | $113,184.00 | $969.07 | $90,547.20 |
| **Totals Nineteenth Quarterly** | **July 1, 2008 Through September 30, 2008** | **$304,425.50** | **$2,608.68** | **$243,540.40** |
| November 21, 2008 | October 1, 2008 through October 31, 2008 | $99,906.00 | $334.18 | $79,924.80 |
| February 2, 2009 | November 1, 2008 through November 30, 2008 | $71,533.50 | $310.00 | $57,226.80 |
| February 3, 2009 | December 1, 2008 through December 31, 2008 | $50,297.00 | $305.01 | $ 40,237.60 |

**ONE HUNDRED AND FIRST INTERIM APPLICATION OF CAPSTONE
ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JUNE 1, 2012 THROUGH JUNE 30, 2012)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| **Totals Twentieth Quarterly** | **October 1, 2008 through December 31, 2008** | **$221,736.50** | **$949.19** | **$177,389.20** |
| April 2, 2009 | January 1, 2009 through January 31, 2009 | $51,710.50 | $167.65 | $41,368.40 |
| April 2, 2009 | February 1, 2009 through February 28, 2009 | $49,214.50 | $182.61 | $39, 371.60 |
| April 23, 2009 | March 1, 2009 through March 31, 2009 | $80,353.50 | $338.04 | $64,282.80 |
| **Totals Twenty-First Quarterly** | **January 1, 2009 through March 31, 2009** | **$181,278.50** | **$688.30** | **$145,022.80** |
| June 3, 2009 | April 1, 2009 through April 30, 2009 | $57,014.50 | $215.56 | $45,611.60 |
| August 18, 2009 | May 1, 2009 through May 31, 2009 | $77,884.00 | $241.67 | $62,307.20 |
| August 18, 2009 | June 1, 2009 through June 30, 2009 | $60,801.50 | $136.35 | $48,641.20 |
| **Totals Twenty-Second Quarterly** | **April 1, 2009 Through June 30, 2009** | **$195,700.00** | **$593.58** | **$156,560.00** |
| October 15, 2009 | July 1, 2009 through July 31, 2009 | $107,158.50 | $407.68 | $85,726.80 |
| November 9, 2009 | August 1, 2009 through August 31, 2009 | $122,699.00 | $94.88 | $98,159.20 |

**ONE HUNDRED AND FIRST INTERIM APPLICATION OF CAPSTONE
ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JUNE 1, 2012 THROUGH JUNE 30, 2012)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| November 20, 2009 | September 1, 2009 through September 30, 2009 | $131,783.50 | 3,039.11 | $105,426.80 |
| **Totals Twenty-Third Quarterly** | **July 1, 2009 through September 30, 2009** | **$361,641.00** | **$3,541.67** | **$289,312.80** |
| December 21, 2009 | October 1, 2009 through October 31, 2009 | $58,063.50 | $366.56 | $46,450.80 |
| February 10, 2010 | November 1, 2009 through November 30, 2009 | $47,473.50 | $215.14 | $37,978.80 |
| February 11, 2010 | December 1, 2009 through December 31, 2009 | $51,980.50 | $227.98 | $41,584.40 |
| **Totals Twenty-Fourth Quarterly** | **October 1, 2009 through December 31, 2009** | **$157,517.50** | **$809.68** | **$126,014.00** |
| April 19, 2010 | January 1, 2010 through January 31, 2010 | $86,544.50 | $107.10 | $69,235.60 |
| April 19, 2010 | February 1, 2010 through February 28, 2010 | $79,398.50 | $230.09 | $63,518.80 |
| May 7, 2010 | March 1, 2010 through March 31, 2010 | $110,459.00 | $200.56 | $88,367.20 |
| **Totals Twenty-Fifth Quarterly** | **January 1, 2010 through March 31, 2010** | **$276,402.00** | **$537.75** | **$221,121.60** |
| June 18, 2010 | April 1, 2010 Through April 30, 2010 | $96,408.00 | $361.54 | $77,126.40 |

**ONE HUNDRED AND FIRST INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM JUNE 1, 2012 THROUGH JUNE 30, 2012)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| July 2, 2010 | May 1, 2010 through May 31, 2010 | $81,278.50 | $ 315.94 | $65,022.80 |
| July 19, 2010 | June 1, 2010 through June 30, 2010 | $63,226.00 | $ 146.64 | $50,580.80 |
| **Totals Twenty-Sixth Quarterly** | **April 1, 2010 through June 30, 2010** | **$240,912.50** | **$824.12** | **$192,730.00** |
| September 13, 2010 | July 1, 2010 through July 31, 2010 | $47,856.50 | $160.09 | $38,285.20 |
| November 18, 2010 | August 1, 2010 through August 31, 2010 | $48,462.50 | $201.42 | $38,770.00 |
| November 18, 2010 | September 1, 2010 through September 30, 2010 | $64,984.00 | $137.37 | $51,987.20 |
| **Totals Twenty-Seventh Quarterly** | **July 1, 2010 through September 30, 2010** | **$161,303** | **$498.88** | **$129,042.40** |
| January 20, 2011 | October 1, 2010 through October 31, 2010 | $34,670.50 | $71.52 | $27,736.40 |
| February 3, 2011 | November 1, 2010 through November 30, 2010 | $77,993.00 | $346.27 | $62,394.40 |
| February 9, 2011 | December 1, 2010 through December 31, 2010 | $63,595.50 | $120.46 | $50,876.40 |
| **Totals Twenty-Eighth Quarterly** | **October 1, 2010 through December 31, 2010** | **$176,259.00** | **$538.25** | **$141,007.20** |
| April 4, 2011 | January 1, 2011 through January 31, 2011 | $43,869.00 | $121.52 | $35,095.20 |

**ONE HUNDRED AND FIRST INTERIM APPLICATION OF CAPSTONE
ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JUNE 1, 2012 THROUGH JUNE 30, 2012)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| April 5, 2011 | February 1, 2011 through February 28, 2011 | $88,078.50 | $197.13 | $70,462.80 |
| April 29, 2011 | March 1, 2011 through March 31, 2011 | $113,587.00 | $222.87 | $90,869.60 |
| **Totals Twenty-Ninth Quarterly** | **January 1, 2011 through March 31, 2011** | **$245,534.50** | **$541.52** | **$196,427.60** |
| June 8, 2011 | April 1, 2011 Through April 30, 2011 | $53,913.00 | $113.06 | $43,130.40 |
| July 20, 2011 | May 1, 2011 Through May 31, 2011 | $58,429.00 | $143.81 | $46,743.20 |
| September 22, 2011 | June 1, 2011 Through June 30, 2011 | $110,647.50 | $256.74 | $88,518.00 |
| **Totals Thirtieth Quarterly** | **April 1, 2011 through June 30, 2011** | **$222,989.50** | **$513.61** | **$178,391.60** |
| October 13, 2011 | July 1, 2011 Through July 31, 2011 | $76,925.00 | $176.51 | $61,540.00 |
| October 14, 2011 | August 1, 2011 Through August 31, 2011 | $73,772.50 | $98.38 | $59,018.00 |
| December 15, 2011 | September 1, 2011 Through September 30, 2011 | $42,073.00 | $94.19 | $33,658.40 |
| **Totals Thirty-First Quarterly** | **July 1, 2011 through September 30, 2011** | **$192,770.50** | **$369.08** | **$154,216.40** |
| December 15, 2011 | October 1, 2011 Through October 31, 2011 | $58,815.50 | $142.59 | $47,052.40 |
| January 6, 2012 | November 1, 2011 Through November 30, 2011 | $42,902.00 | $129.21 | $34,321.60 |

**ONE HUNDRED AND FIRST INTERIM APPLICATION OF CAPSTONE
ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JUNE 1, 2012 THROUGH JUNE 30, 2012)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| February 8, 2012 | December 1, 2011 Through December 31, 2011 | $18,145.50 | $51.87 | $14,516.40 |
| **Totals Thirty-Second Quarterly** | **October 1, 2011 through December 31, 2011** | **$119,863.00** | **$323.67** | **$95,890.40** |
| February 24, 2012 | January 1, 2012 Through January 31, 2012 | $39,045.00 | $89.60 | $31,236.00 |
| March 28, 2012 | February 1, 2012 Through February 29, 2012 | $42,528.00 | 86.58 | $34,022.40 |
| April 26, 2012 | March 1, 2012 Through March 31, 2012 | $35,493.50 | 75.04 | $28,394.80 |
| **Totals Thirty-Third Quarterly** | **January 1, 2012 through March 31, 2012** | **$117,066.50** | **$251.22** | **$93,653.20** |
| May 24, 2012 | April 1, 2012 Through April 30, 2012 | $23,221.00 | $44.74 | $18,576.80 |
| June 26, 2012 | May 1, 2012 Through May 31, 2012 | $114,809.50 | $246.22 | $91,847.60 |
| August 3, 2012 | June 1, 2012 Through June 30, 2012 | $43,566.00 | $97.52 | $34,852.80 |

**ONE HUNDRED AND FIRST INTERIM APPLICATION OF CAPSTONE
ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
<u>(FOR THE PERIOD FROM JUNE 1, 2012 THROUGH JUNE 30, 2012)</u>**

ATTACHMENT B

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Task Descriptions
4. Summary of Expenses

# W.R. Grace & Co.
**Capstone Advisory Group, LLC**
**Summary of Fees by Professional**
**For the Period 6/1/2012 through 6/30/2012**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $795 | 9.20 | $7,314.00 |
| R. Frezza | Member | $725 | 21.00 | $15,225.00 |
| J. Dolan | Director | $450 | 46.30 | $20,835.00 |
| M. Viola | Paraprofessional | $120 | 1.60 | $192.00 |
| **For the Period 6/1/2012 through 6/30/2012** | | | **78.10** | **$43,566.00** |

# W.R. Grace & Co.
**Capstone Advisory Group, LLC**
**Summary of Fees by Task Code**
**For the Period 6/1/2012 through 6/30/2012**

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01. Acquisitions/Divestitures | During the Fee Application period, the Applicant prepared various analyses of proposed acquisition and prepared report to the Committee thereon. | 34.00 | $19,335.00 |
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant updated interest scenarios and updated distributable value analysis for the Committee. | 3.90 | $1,755.00 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant read and analyzed recent docket submissions and counsel reports as well as Court decisions. | 6.90 | $3,588.00 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared May 2012 monthly fee statement. | 5.20 | $1,984.50 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant analyzed data regarding the monthly results and 1Q12 results, prepared various analyses and prepared a report to the Committee thereon. | 14.30 | $8,134.50 |
| 09. Financial Analysis - Business Plan | During the Fee Application Period, the Applicant edited, finalized and distributed Business Plan report to the Committee. | 6.00 | $3,114.00 |
| 15. Plan & Disclosure Statement | During the Fee Application Period, the Applicant reviewed and analyzed recent district Opinion and other matters and discussed with Counsel. | 7.80 | $5,655.00 |
| **For the Period 6/1/2012 through 6/30/2012** | | **78.10** | **$43,566.00** |

# W.R. Grace & Co.
**Capstone Advisory Group, LLC**
**Detailed Time Description by Task Code**
**For the Period 6/1/2012 through 6/30/2012**

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 01. Acquisitions/Divestitures | | | |
| 6/14/2012 | R. Frezza | 1.20 | Reviewed materials and participated in discussion with Counsel on Bondera sale. |
| 6/14/2012 | J. Dolan | 1.70 | Reviewed and analyzed documents related to the proposed sale of Bondera business. |
| 6/14/2012 | E. Ordway | 0.60 | Analyzed data re: Bondera transaction. |
| 6/15/2012 | E. Ordway | 0.70 | Continued to analyze data re: Bondera transaction. |
| 6/18/2012 | J. Dolan | 1.90 | Reviewed and analyzed draft motion related to the sale of Bondera product line. |
| 6/18/2012 | J. Dolan | 0.70 | Prepared request for additional information related to Bondera sale. |
| 6/18/2012 | R. Frezza | 1.50 | Developed detailed question list and coordinated with Counsel on analyzing Bondera deal. |
| 6/19/2012 | E. Ordway | 0.60 | Continued to review Bondera material. |
| 6/19/2012 | R. Frezza | 1.50 | Reviewed and analyzed responses from company on Bondera and prepared memo to Committee. |
| 6/19/2012 | J. Dolan | 3.60 | Prepared report to the Committee re: sale of Bondera product line. |
| 6/20/2012 | J. Dolan | 1.10 | Reviewed Debtors' response to our request for additional information related to Bondera's sale. |
| 6/21/2012 | E. Ordway | 1.10 | Prepared and edited report on Bondera transaction. |
| 6/21/2012 | J. Dolan | 1.90 | Responded to Counsel's comments, revised Bondera's sale report accordingly and distributed to Committee. |
| 6/21/2012 | R. Frezza | 0.80 | Finalized review of report on Bondera divestiture. |
| 6/21/2012 | J. Dolan | 2.20 | Prepared report to the Committee re: Bondera's sale. |
| 6/25/2012 | E. Ordway | 1.10 | Reviewed data re: project Capricorn. |
| 6/27/2012 | E. Ordway | 0.40 | Reviewed data on Capricorn project. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 6/27/2012 | R. Frezza | 2.20 | Reviewed and analyzed Project Capricorn information. |
| 6/27/2012 | J. Dolan | 1.00 | Reviewed and analyzed presentation for Project Capricorn received from Debtors. |
| 6/27/2012 | J. Dolan | 1.40 | Prepared request for additional information related to Project Capricorn. |
| 6/28/2012 | R. Frezza | 1.20 | Devised and drafted questions to Blackstone re: Capricorn acquisition. |
| 6/28/2012 | J. Dolan | 3.60 | Prepared report to the Committee re: Project Capricorn. |
| 6/28/2012 | J. Dolan | 1.50 | Prepared charts for report to the Committee re: Project Capricorn. |
| 6/29/2012 | E. Ordway | 0.50 | Prepared and edited report to Committee re: Project Capricorn. |
| Subtotal | | 34.00 | |

03. Claims Analysis & Valuation

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 6/25/2012 | J. Dolan | 1.30 | Updated interest scenarios through September 30, 2012. |
| 6/25/2012 | J. Dolan | 2.60 | Updated distributable value analysis for latest available data. |
| Subtotal | | 3.90 | |

04. Creditor Committee Matters

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 6/11/2012 | J. Dolan | 0.90 | Reviewed and analyzed recent docket submissions. |
| 6/12/2012 | J. Dolan | 2.50 | Reviewed and analyzed recent decision documents from District court. |
| 6/13/2012 | J. Dolan | 0.40 | Responded to a Lender inquiry. |
| 6/14/2012 | E. Ordway | 0.80 | Reviewed and analyzed District court ruling. |
| 6/25/2012 | J. Dolan | 1.10 | Reviewed and analyzed recent docket submissions. |
| 6/26/2012 | J. Dolan | 0.60 | Reviewed and analyzed Counsel's summary of the District decision. |
| 6/26/2012 | E. Ordway | 0.60 | Reviewed Counsel's report re: court decision. |
| Subtotal | | 6.90 | |

07. Fee Applications & Invoices

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 6/12/2012 | M. Viola | 0.50 | Prepared May 2012 fee statement. |

**Capstone Advisory Group, LLC**
**Invoice for the 6/1/2012 - 6/30/2012 Fee Application**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 6/12/2012 | J. Dolan | 0.60 | Prepared May 2012 fee application. |
| 6/14/2012 | M. Viola | 0.20 | Prepared May 2012 fee statement. |
| 6/18/2012 | M. Viola | 0.60 | Prepared May 2012 fee statement. |
| 6/18/2012 | J. Dolan | 0.90 | Prepared May 2012 fee application. |
| 6/19/2012 | E. Ordway | 0.30 | Prepared fee application. |
| 6/25/2012 | M. Viola | 0.30 | Prepared May 2012 fee statement. |
| 6/25/2012 | J. Dolan | 0.80 | Prepared May 2012 fee application. |
| 6/25/2012 | E. Ordway | 0.20 | Prepared fee application. |
| 6/28/2012 | J. Dolan | 0.80 | Finalized and filed May 2012 fee application. |
| Subtotal | | 5.20 | |

08. Financial Analysis - Schedules & Statements

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 6/1/2012 | E. Ordway | 0.40 | Reviewed and analyzed monthly operating report for February and March. |
| 6/4/2012 | J. Dolan | 3.30 | Prepared business plan and 1Q12 report to the Committee. |
| 6/5/2012 | J. Dolan | 2.60 | Finalized report to Committee and distributed to team for review. |
| 6/7/2012 | J. Dolan | 1.00 | Reviewed and analyzed April 2012 monthly financials. |
| 6/7/2012 | E. Ordway | 0.70 | Reviewed and analyzed April 2012 financial package. |
| 6/8/2012 | R. Frezza | 2.30 | Reviewed final report. |
| 6/8/2012 | R. Frezza | 2.50 | Finalized analyses and drafted report to Committee on 1Q12 actual and 2012 Business Plan. |
| 6/19/2012 | J. Dolan | 1.50 | Read and analyzed form 8k Investor highlights. |
| Subtotal | | 14.30 | |

09. Financial Analysis - Business Plan

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 6/5/2012 | E. Ordway | 0.60 | Reviewed and edited final draft of Business Plan report for the Committee. |
| 6/8/2012 | J. Dolan | 1.30 | Finalized Business Plan report and sent to Counsel for comments. |

**Capstone Advisory Group, LLC**
**Invoice for the 6/1/2012 - 6/30/2012 Fee Application**

| Date | Professional | Hours | Detailed Time Description |
|------|------------|-------|--------------------------|
| 6/11/2012 | J. Dolan | 2.30 | Responded to Counsel comments, finalized report and distributed to Committee. |
| 6/12/2012 | E. Ordway | 0.60 | Prepared and edited report on Business Plan. |
| 6/15/2012 | J. Dolan | 1.20 | Responded to internal comments and revised Business Plan report accordingly. |
| Subtotal | | 6.00 | |

15. Plan & Disclosure Statement

| Date | Professional | Hours | Detailed Time Description |
|------|------------|-------|--------------------------|
| 6/11/2012 | R. Frezza | 2.40 | Reviewed and analyzed consolidated order re: appeals. |
| 6/11/2012 | R. Frezza | 1.50 | Reviewed and analyzed recent district opinion. |
| 6/12/2012 | R. Frezza | 2.20 | Continued to review and analyze recent order and participated in discussion with Counsel re: implications. |
| 6/15/2012 | R. Frezza | 0.90 | Reviewed and analyzed Anderson memorial matter.  Participated in discussion with Counsel re: implications. |
| 6/29/2012 | R. Frezza | 0.80 | Reviewed and discussed with Counsel memo re: District court confirmation ruling. |
| Subtotal | | 7.80 | |
| **Total Hours** | | **78.10** | |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 6/1/2012 through 6/30/2012

| Date | Professional | Detail | Amount |
|------|--------------|--------|--------|
| Research | | | |
| 6/10/2012  CAG Direct | | Pacer | $7.70 |
| Subtotal - Research | | | $7.70 |
| Telecom | | | |
| 6/9/2012  CAG Direct | | June Telecom | $89.82 |
| Subtotal - Telecom | | | $89.82 |
| **For the Period 6/1/2012 through 6/30/2012** | | | $97.52 |