```
UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
---------------------------------------X
In re :  W.R. Grace & Co., et al
                                                  Chapter   11
                                               Case Nos.01-01139
                                                 Claim No. 621

         Debtors
---------------------------------------X
```

NOTICE:  TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(2) OR (4)

To: (Transferor)   Sierra Capital
                   (As Transferee from original Transferor Euro Quest)
                   2699 White Road – Suite 255
                   Irvine, CA  92614

The transfer of your claim (#621) shown above, in the amount of $2,026.89 has been transferred *(unless previously expunged by court order)* to:

       SIERRA LIQUIDITY FUND, LLC
       2699 WHITE RD. SUITE #255
       IRVINE, CA 92614

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN <u>20 DAYS</u> OF THE DATE OF THIS NOTICE, YOU MUST:
    FILE A WRITTEN OBJECTION TO THE TRANSFER with:

       United States Bankruptcy Court
       District of Delaware
       Attn:  Bankruptcy Clerk
       824 N. Market Street – 3rd Floor
       Wilmington, DE  19801

    SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to INTERNAL CONTROL No.      in your objection.
IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.


                            Clerk of Court
--------------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on          , 20__.
Copy(check): Claims Agent__  Transferee__  Debtor's Attorney__

                                       _____
                                       Deputy Clerk

bc: objntc
OBJECTION NOTICE FOR TRANSFEROR-PROOF OF CLAIM ON FILE