UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
----------------------------------------X
In re :   W.R. Grace & Co., et al

                                                                        Chapter   11
                                                                       Case Nos.01-01139
                                                                          Claim No. 776

                Debtors
----------------------------------------X

**NOTICE:**   TRANSFER OF CLAIM PURSUANT TO **FRBP RULE 3001(e)(2) OR (4)**

To: (Transferor)   Sierra Capital
                   (As Transferee from original Transferor Bulk Process
                   Equipment, Inc.)
                   2699 White Road – Suite 255
                   Irvine, CA   92614

The transfer of your claim (#776) shown above, in the amount of $2,000.00 has been transferred *(unless previously expunged by court order)* to:

                SIERRA LIQUIDITY FUND, LLC
                2699 WHITE RD. SUITE #255
                IRVINE, CA 92614


No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN <u>20 DAYS</u> OF THE DATE OF THIS NOTICE, YOU MUST:
      FILE A WRITTEN OBJECTION TO THE TRANSFER with:

         United States Bankruptcy Court
         District of Delaware
         Attn:  Bankruptcy Clerk
         824 N. Market Street – 3rd Floor
         Wilmington, DE  19801

     SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to **INTERNAL CONTROL No.** _____ in your objection.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**


                                                     Clerk of Court
-------------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____ , 20__ .
Copy(check): Claims Agent__ Transferee__ Debtor's Attorney__


                                                              Deputy Clerk

bc: objntc
OBJECTION NOTICE FOR TRANSFEROR-PROOF OF CLAIM ON FILE