B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## District of Delaware

In re:  W.R. Grace & Co., et al., Jointly Administered          Case No.  01-01139

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Federal Rules of Bankruptcy Procedure, of the transfer, other than for security, of the claim referenced in this evidence and notice.

Tannor Partners Credit Fund, LP          HAYNES INT'L., INC.
    Name of Transferee                       Name of Transferor

Name and Address where notices to transferee     Name and Address where notices to transferor
should be sent:                                  should be sent:

Tannor Partners Credit Fund, LP          HAYNES INT'L., INC.
150 Grand Street, Suite 401              P.O. BOX 716020
White Plains, NY 10601                   CINCINNATI, OH 45271-6020
Phone: (914) 509-5000                    Phone: _____

                                         Court Claim # (if known)_____
Last Four Digits of Acct #:_____ Amount of Claim: $2,886.61_____
                                         Date Claim Filed: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Robert J. Tannor_____     Date:   8/16/2012_____
        Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C.§§152 & 3571.*

**Evidence of Transfer**

<u>HAYNES INT'L., INC.</u> ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto <u>Tannor Partners Credit Fund, LP, 150 Grand Street, Suite 401, White Plains, NY 10601</u>, its successors and assigns ("Assignee"), all rights, title and interest in and to all claims of Assignor in the aggregate amount of not less than <u>$2,886.61</u> as stated in the Proof of Claim and or Debtor's schedules and or cure claim schedules against <u>W.R. Grace & Co., et al.</u>, Jointly Administered in the United States Bankruptcy Court, District of Delaware ("the Court"), <u>Case no. 01-01139</u> or any other court with jurisdiction.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim. All references in this document to dollar amounts shall be deemed to be expressed in US Dollars, unless specifically noted otherwise and initialed by the Assignee.

IN WITNESS WHEREOF, dated the 16 day of Aug , 2012

By: _____
     (Signature of Authorized Party)

HAYNES INTERNATIONAL, INC
     (Company Name)

JANICE C WILKEN
     (Print name of Authorized Party)

By: _/s/ Robert J. Tannor_____
     General Partner

Tannor Partners Credit Fund, LP

_____914-509-5000_____
     (Telephone Number)