**EXHIBIT A**

# Blackstone Advisory Partners L.P.

August 21, 2012

Mr. Fred Festa
Chairman and Chief Executive Officer
W. R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | | |
|---|---|---|---|
| Monthly Fee for the period of April 1, 2012 through April 30, 2012: | | $ | 25,000.00 |

Out-of-pocket expenses processed for the period through April 30, 2012: [1]

| | | | |
|---|---|---|---|
| Communication | 4.90 | | |
| Document Production | 104.80 | | |
| Research | 68.75 | | 178.45 |
| Subtotal | | | 25,178.45 |
| Less: Payment Received | | | (20,178.45) |
| **Total Amount Due** | | $ | 5,000.00 |

**Please wire transfer funds to:**

JP Morgan Chase
One Chase Manhattan Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Partners L.P.
Account Receivable Dept. 16th Floor
Account # 066-287472

**Invoice Number: 70217**

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

Blackstone Advisory Partners L.P.
345 Park Avenue
New York, NY 10154
212 583-5000

**W. R. Grace & Co.**
**Summary of Expenses**
**Through April 30, 2012**
**Invoice Number: 70217**

| | GL Detail Apr-12 | Total Expenses |
|---|---|---|
| Communications - Teleconferencing | 4.90 | 4.90 |
| Document Production | 104.80 | 104.80 |
| Internal Research | 68.75 | 68.75 |
| **Total Expenses** | $ 178.45 | $ 178.45 |

| | |
|---|---|
| **Communication** | 4.90 |
| **Document Production** | 104.80 |
| **Research** | 68.75 |
| **Total Expenses** | $ 178.45 |

**W. R. Grace & Co.**
**Detail of Expenses Processed**
**Through April 30, 2012**
**Invoice Number: 70217**

**Communications - Teleconferencing**

| | | | | |
|---|---|---|---|---|
| Schlesinger | 03/24/12 | 4.90 | | |
| | Subtotal - Communications - Teleconferencing | | $ | 4.90 |

**Document Production**

| | | | |
|---|---|---|---|
| Jaffe (1,048 black & white photocopies calculated @ at a rate of $0.10 per page) | 03/19/12 | 104.80 | |
| | Subtotal - Document Production | | 104.80 |

**Internal Research**

| | | | |
|---|---|---|---|
| Jaffe (online data research) | 03/19/12 | 50.00 | |
| Jaffe (online data research) | 04/16/12 | 18.75 | |
| | Subtotal - Internal Research | | 68.75 |
| | **Total Expenses** | $ | 178.45 |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**APRIL 1, 2012 THROUGH APRIL 30, 2012**

| Professional | Title | Hours |
|---|---|---|
| Jamie O'Connell | Managing Director | 3.7 |
| Adam Schlesinger | Associate | 11.4 |
| Benjamin Jaffe | Analyst | 31.0 |
| | Total | 46.1 |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2012 THROUGH APRIL 30, 2012**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 04/03/12 | 0.5 | Business Analysis | Call with management regarding various matters |
| Jamie O'Connell | 04/09/12 | 0.2 | Business Analysis | Correspondence with management regarding business matter |
| Adam Schlesinger | 04/10/12 | 0.3 | Business Analysis | Call with management and related meeting regarding business matter |
| Adam Schlesinger | 04/10/12 | 0.8 | Business Analysis | Review emergence analyses |
| Jamie O'Connell | 04/10/12 | 0.3 | Business Analysis | Call with management and related meeting regarding business matter |
| Adam Schlesinger | 04/11/12 | 0.5 | Business Analysis | Call with management regarding various matters |
| Benjamin Jaffe | 04/11/12 | 0.5 | Business Analysis | Call with management regarding various matters |
| Jamie O'Connell | 04/11/12 | 0.5 | Business Analysis | Call with management regarding various matters |
| Adam Schlesinger | 04/20/12 | 0.5 | Business Analysis | Call with management regarding new business development |
| Jamie O'Connell | 04/20/12 | 0.5 | Business Analysis | Call with management regarding new business development |
| Benjamin Jaffe | 04/25/12 | 1.0 | Business Analysis | Grace 2012 Q1 earnings call and preparation |
| Adam Schlesinger | 04/27/12 | 1.5 | Business Analysis | Review Grace 2012 Q1 earnings transcript and Company filings |
| | | 7.1 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2012 THROUGH APRIL 30, 2012**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 04/02/12 | 0.2 | Case Administration | Call with counsel regarding various matters |
| Benjamin Jaffe | 04/03/12 | 0.5 | Case Administration | Call with management regarding various matters |
| Jamie O'Connell | 04/03/12 | 0.5 | Case Administration | Call with management regarding various matters |
| Jamie O'Connell | 04/04/12 | 0.1 | Case Administration | Correspondence regarding management request |
| Jamie O'Connell | 04/05/12 | 0.3 | Case Administration | Analysis in response to management request |
| Benjamin Jaffe | 04/24/12 | 0.2 | Case Administration | Call with management and counsel regarding various matters |
| | | **1.8** | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2012 THROUGH APRIL 30, 2012**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Benjamin Jaffe | 04/08/12 | 3.5 | Claims Analysis Objection/Resolution | Claims analysis |
| Benjamin Jaffe | 04/09/12 | 2.5 | Claims Analysis Objection/Resolution | Claims analysis |
| Benjamin Jaffe | 04/10/12 | 3.0 | Claims Analysis Objection/Resolution | Claims analysis |
| Benjamin Jaffe | 04/10/12 | 2.0 | Claims Analysis Objection/Resolution | Claims analysis |
| Benjamin Jaffe | 04/11/12 | 2.2 | Claims Analysis Objection/Resolution | Claims analysis |
| Benjamin Jaffe | 04/12/12 | 0.5 | Claims Analysis Objection/Resolution | Call with claims agent regarding various matters |
| Adam Schlesinger | 04/13/12 | 4.0 | Claims Analysis Objection/Resolution | Claims analysis |
| Benjamin Jaffe | 04/16/12 | 3.5 | Claims Analysis Objection/Resolution | Claims analysis |
| Adam Schlesinger | 04/17/12 | 1.0 | Claims Analysis Objection/Resolution | Review claims |
| Adam Schlesinger | 04/17/12 | 0.8 | Claims Analysis Objection/Resolution | Call with management and counsel regarding claims analysis |
| Adam Schlesinger | 04/17/12 | 0.3 | Claims Analysis Objection/Resolution | Call with counsel regarding claims analysis |
| Benjamin Jaffe | 04/17/12 | 2.5 | Claims Analysis Objection/Resolution | Claims analysis |
| Benjamin Jaffe | 04/17/12 | 0.8 | Claims Analysis Objection/Resolution | Call with management and counsel regarding claims analysis |
| Benjamin Jaffe | 04/17/12 | 0.3 | Claims Analysis Objection/Resolution | Call with counsel regarding claims analysis |
| Adam Schlesinger | 04/30/12 | 0.5 | Claims Analysis Objection/Resolution | Call with counsel and advisors regarding claims analysis |
| Adam Schlesinger | 04/30/12 | 0.3 | Claims Analysis Objection/Resolution | Review claims analysis |
| Benjamin Jaffe | 04/30/12 | 0.5 | Claims Analysis Objection/Resolution | Call with counsel and advisors regarding claims analysis |
| Benjamin Jaffe | 04/30/12 | 2.0 | Claims Analysis Objection/Resolution | Claims analysis |
| | | 30.2 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2012 THROUGH APRIL 30, 2012**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 04/02/12 | 0.3 | Committee | Call with financial advisor and related correspondence to client |
| Jamie O'Connell | 04/24/12 | 0.1 | Committee | Call with management regarding creditor information requests |
| Jamie O'Connell | 04/24/12 | 0.2 | Committee | Manage committee information requests |
| | | 0.6 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2012 THROUGH APRIL 30, 2012**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Benjamin Jaffe | 04/13/12 | 1.0 | Corporate Finance | Corporate finance analysis |
| Adam Schlesinger | 04/17/12 | 0.2 | Corporate Finance | Review corporate finance analysis |
| Benjamin Jaffe | 04/17/12 | 2.0 | Corporate Finance | Corporate finance analysis |
| Benjamin Jaffe | 04/23/12 | 1.5 | Corporate Finance | Corporate finance analysis |
| | | 4.7 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2012 THROUGH APRIL 30, 2012**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 04/02/12 | 0.5 | Fee Applications | Review February fee application |
| Adam Schlesinger | 04/24/12 | 0.2 | Fee Applications | Review draft fee application |
| Benjamin Jaffe | 04/27/12 | 1.0 | Fee Applications | Draft fee application |
| | | 1.7 | | |

# Blackstone Advisory Partners L.P.

August 21, 2012

Mr. Fred Festa
Chairman and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | | | |
|---|---|---|---|---|
| Monthly Fee for the period of May 1, 2012 through May 31, 2012: | | | $ | 50,000.00 |

Out-of-pocket expenses processed for the period through May 31, 2012: [1]

| | | | |
|---|---|---|---|
| Ground Transportation | $ | 97.90 | |
| Communication | | 6.28 | |
| Meals | | 270.88 | |
| Publishing Services | | 17.50 | 392.56 |
| Subtotal | | | 50,392.56 |
| Less: Payment Received | | | (40,392.56) |
| **Total Amount Due** | | $ | **10,000.00** |

**Please wire transfer funds to:**

JP Morgan Chase
One Chase Manhattan Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Partners L.P.
Account Receivable Dept. 16th Floor
Account # 066-287472

**Invoice Number: 70422**

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

Blackstone Advisory Partners L.P.
345 Park Avenue
New York, NY 10154
212 583-5000

W. R. Grace & Co.
Summary of Expenses
Through May 31, 2012
Invoice Number: 70422

| | GL Detail May-12 | Total Expenses |
|---|---|---|
| Ground Transportation - Local Travel | $ 97.90 | $ 97.90 |
| Communications - Teleconferencing | 6.28 | 6.28 |
| Employee Meals | 270.88 | 270.88 |
| Publishing Services | 17.50 | 17.50 |
| Total Expenses | $ 392.56 | $ 392.56 |

| | | |
|---|---|---|
| Ground Transportation | $ | 97.90 |
| Communication | | 6.28 |
| Meals | | 270.88 |
| Publishing Services | | 17.50 |
| Total Expenses | $ | 392.56 |

W. R. Grace & Co.
Detail of Expenses Processed
Through May 31, 2012
Invoice Number: 70422

**Ground Transportation - Local Travel**

| | | |
|---|---|---|
| Jaffe (weeknight taxi home from Blackstone after working late) | 03/07/12 | 10.12 |
| Jaffe (weeknight taxi home from Blackstone after working late) | 03/08/12 | 7.82 |
| Jaffe (weeknight taxi home from Blackstone after working late) | 03/12/12 | 9.37 |
| Jaffe (weeknight taxi home from Blackstone after working late) | 03/13/12 | 9.86 |
| Jaffe (weeknight taxi home from Blackstone after working late) | 03/15/12 | 10.12 |
| Jaffe (weeknight taxi home from Blackstone after working late) | 03/19/12 | 10.12 |
| Jaffe (weeknight taxi home from Blackstone after working late) | 03/20/12 | 9.60 |
| Jaffe (weeknight taxi home from Blackstone after working late) | 03/21/12 | 10.12 |
| Jaffe (weeknight taxi home from Blackstone after working late) | 03/22/12 | 10.27 |
| Jaffe (weeknight taxi home from Blackstone after working late) | 03/23/12 | 10.50 |
| **Subtotal - Ground Transportation - Local Travel** | | **$    97.90** |

**Communications - Teleconferencing**

| | | |
|---|---|---|
| O'Connell | 03/26/12 | 0.08 |
| O'Connell | 03/27/12 | 6.20 |
| **Subtotal - Communications - Teleconferencing** | | **6.28** |

**Employee Meals**

| | | |
|---|---|---|
| Jaffe (weeknight working dinner meal @ Blackstone while working late) | 03/07/12 | 33.25 |
| Jaffe (weeknight working dinner meal @ Blackstone while working late) | 03/12/12 | 35.62 |
| Jaffe (weeknight working dinner meal @ Blackstone while working late) | 03/13/12 | 36.19 |
| Jaffe (weeknight working dinner meal @ Blackstone while working late) | 03/15/12 | 33.97 |
| Jaffe (weeknight working dinner meal @ Blackstone while working late) | 03/19/12 | 32.30 |
| Jaffe (weeknight working dinner meal @ Blackstone while working late) | 03/20/12 | 33.11 |
| Jaffe (weeknight working dinner meal @ Blackstone while working late) | 03/22/12 | 33.81 |
| Jaffe (weeknight working dinner meal @ Blackstone while working late) | 03/23/12 | 32.63 |
| **Subtotal - Employee Meals** | | **270.88** |

**Publishing Services**

| | | |
|---|---|---|
| Jaffe (preparation of materials) | 05/21/12 | 17.50 |
| **Subtotal - Publishing Services** | | **17.50** |
| **Total Expenses** | | **$    392.56** |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**MAY 1, 2012 THROUGH MAY 31, 2012**

| Professional | Title | Hours |
|---|---|---|
| Jamie O'Connell | Managing Director | 15.7 |
| Adam Schlesinger | Associate | 15.1 |
| Benjamin Jaffe | Analyst | 30.8 |
| Total | | 61.6 |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
MAY 1, 2012 THROUGH MAY 31, 2012

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 05/09/12 | 0.2 | Business Analysis | Call with management to recap Grace 2012 Operating Plan call |
| Jamie O'Connell | 05/09/12 | 0.2 | Business Analysis | Call with management to recap Grace 2012 Operating Plan call |
| Adam Schlesinger | 05/14/12 | 0.2 | Business Analysis | Meeting with J. O'Connell regarding new business development |
| Jamie O'Connell | 05/14/12 | 0.3 | Business Analysis | Call regarding new business development |
| Jamie O'Connell | 05/14/12 | 0.2 | Business Analysis | Meeting with A. Schlesinger regarding new business development |
| Adam Schlesinger | 05/15/12 | 0.5 | Business Analysis | Review new business opportunities |
| Benjamin Jaffe | 05/16/12 | 1.0 | Business Analysis | Review of recent equity research |
| Jamie O'Connell | 05/16/12 | 0.5 | Business Analysis | Call regarding new business development |
| Adam Schlesinger | 05/17/12 | 0.3 | Business Analysis | Meeting with J. O'Connell regarding business matter |
| Benjamin Jaffe | 05/17/12 | 0.6 | Business Analysis | Document review and analysis of bankruptcy costs |
| Benjamin Jaffe | 05/17/12 | 1.0 | Business Analysis | Review of recent equity research |
| Jamie O'Connell | 05/17/12 | 0.3 | Business Analysis | Meeting with A. Schlesinger regarding business matter |
| Adam Schlesinger | 05/18/12 | 1.0 | Business Analysis | Call with management regarding a business matter |
| Benjamin Jaffe | 05/18/12 | 0.3 | Business Analysis | Document review regarding a business matter |
| Benjamin Jaffe | 05/18/12 | 1.0 | Business Analysis | Call with management regarding a business matter |
| Jamie O'Connell | 05/18/12 | 0.3 | Business Analysis | Call with management regarding a business matter (did not attend entire call) |
| Adam Schlesinger | 05/22/12 | 0.2 | Business Analysis | Meeting with B. Jaffe regarding a business matter |
| Benjamin Jaffe | 05/22/12 | 0.2 | Business Analysis | Meeting with A. Schlesinger regarding a business matter |
| Benjamin Jaffe | 05/22/12 | 1.2 | Business Analysis | Review of peer financial disclosure and related equity research |
| Benjamin Jaffe | 05/22/12 | 1.0 | Business Analysis | Docket document review and update |
| Benjamin Jaffe | 05/24/12 | 1.0 | Business Analysis | Meeting with J. O'Connell and related calls regarding new business development |
| Jamie O'Connell | 05/24/12 | 0.2 | Business Analysis | Correspondence regarding new business development |
| Jamie O'Connell | 05/24/12 | 1.0 | Business Analysis | Meeting with B. Jaffe and related calls regarding new business development |
| Jamie O'Connell | 05/24/12 | 1.5 | Business Analysis | Draft materials for management and related correspondence |
| Jamie O'Connell | 05/24/12 | 0.2 | Business Analysis | Call regarding new business development |
| Jamie O'Connell | 05/25/12 | 0.2 | Business Analysis | Correspondence with counsel regarding presentation materials |
| Adam Schlesinger | 05/29/12 | 0.5 | Business Analysis | Calls with management and related discussion |
| Benjamin Jaffe | 05/29/12 | 0.3 | Business Analysis | Calls with management and related discussion (did not attend first call) |
| Jamie O'Connell | 05/29/12 | 0.5 | Business Analysis | Calls with management and related discussion |
| Jamie O'Connell | 05/29/12 | 3.0 | Business Analysis | Draft materials related to new business development |
| Jamie O'Connell | 05/29/12 | 0.3 | Business Analysis | Correspondence with management regarding business matter |
| Jamie O'Connell | 05/30/12 | 1.0 | Business Analysis | Draft materials related to new business development, related call and correspondence |
| Jamie O'Connell | 05/30/12 | 0.2 | Business Analysis | Call with counsel regarding business matter |
| Jamie O'Connell | 05/31/12 | 1.0 | Business Analysis | Preparation for conference call with management and counsel regarding business matter |
| Jamie O'Connell | 05/31/12 | 0.7 | Business Analysis | Conference call with management and counsel regarding business matter |
| Jamie O'Connell | 05/31/12 | 0.2 | Business Analysis | Review document related to business matter |
| Jamie O'Connell | 05/31/12 | 0.1 | Business Analysis | Call with management regarding business matter |
| | | 22.4 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2012 THROUGH MAY 31, 2012**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 05/09/12 | 0.5 | Case Administration | Review draft motion |
| Benjamin Jaffe | 05/09/12 | 0.5 | Case Administration | Review draft motion |
| Adam Schlesinger | 05/10/12 | 0.2 | Case Administration | Call with counsel regarding draft motion |
| Benjamin Jaffe | 05/10/12 | 0.2 | Case Administration | Call with counsel regarding draft motion |
| Adam Schlesinger | 05/14/12 | 0.5 | Case Administration | Call with counsel regarding draft motion |
| Adam Schlesinger | 05/17/12 | 0.1 | Case Administration | Meeting with J. O'Connell and B. Jaffe regarding bankruptcy costs |
| Adam Schlesinger | 05/17/12 | 0.1 | Case Administration | Meeting with B. Jaffe regarding bankruptcy costs |
| Benjamin Jaffe | 05/17/12 | 0.1 | Case Administration | Meeting with A. Schlesinger regarding bankruptcy costs |
| Benjamin Jaffe | 05/17/12 | 0.1 | Case Administration | Meeting with J. O'Connell and A. Schlesinger regarding bankruptcy costs |
| Jamie O'Connell | 05/17/12 | 0.1 | Case Administration | Meeting with A. Schlesinger and B. Jaffe regarding bankruptcy costs |
| Adam Schlesinger | 05/18/12 | 0.5 | Case Administration | Meeting with B. Jaffe regarding bankruptcy costs |
| Benjamin Jaffe | 05/18/12 | 0.5 | Case Administration | Meeting with A. Schlesinger regarding bankruptcy costs |
| Adam Schlesinger | 05/22/12 | 0.3 | Case Administration | Call with counsel regarding various business matters |
| Benjamin Jaffe | 05/22/12 | 0.3 | Case Administration | Call with counsel regarding various business matters |
| Benjamin Jaffe | 05/24/12 | 1.6 | Case Administration | Review of certain docket filings |
| | | 5.6 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2012 THROUGH MAY 31, 2012**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 05/03/12 | 0.8 | Claims Analysis Objection/Resolution | Conference call with counsel and management regarding claims to be paid at emergence |
| Benjamin Jaffe | 05/03/12 | 0.8 | Claims Analysis Objection/Resolution | Conference call with counsel and management regarding claims to be paid at emergence |
| Adam Schlesinger | 05/07/12 | 0.2 | Claims Analysis Objection/Resolution | Call with counsel to discuss claims |
| Adam Schlesinger | 05/08/12 | 0.2 | Claims Analysis Objection/Resolution | Preparation for call regarding claims to be paid at emergence |
| Adam Schlesinger | 05/08/12 | 0.4 | Claims Analysis Objection/Resolution | Call regarding claims to be paid at emergence |
| Benjamin Jaffe | 05/08/12 | 0.4 | Claims Analysis Objection/Resolution | Call regarding claims to be paid at emergence |
| Benjamin Jaffe | 05/08/12 | 0.2 | Claims Analysis Objection/Resolution | Preparation for call regarding claims to be paid at emergence |
| Adam Schlesinger | 05/09/12 | 0.3 | Claims Analysis Objection/Resolution | Call with counsel and claims agent regarding claims |
| Adam Schlesinger | 05/21/12 | 0.2 | Claims Analysis Objection/Resolution | Discuss financial analysis with counsel |
| Adam Schlesinger | 05/21/12 | 0.1 | Claims Analysis Objection/Resolution | Prepare financial analyses |
| Benjamin Jaffe | 05/21/12 | 0.5 | Claims Analysis Objection/Resolution | Prepare financial analyses |
| Adam Schlesinger | 05/22/12 | 0.2 | Claims Analysis Objection/Resolution | Review financial analyses |
| Benjamin Jaffe | 05/22/12 | 1.2 | Claims Analysis Objection/Resolution | Prepare financial analyses |
| | | 5.5 | | |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
MAY 1, 2012 THROUGH MAY 31, 2012

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 05/01/12 | 0.5 | Committee | Internal meeting with J. O'Connell to discuss various matters |
| Adam Schlesinger | 05/01/12 | 0.3 | Committee | Call with counsel to discuss committee information requests |
| Adam Schlesinger | 05/01/12 | 0.5 | Committee | Communications with committee advisors |
| Adam Schlesinger | 05/01/12 | 1.0 | Committee | Review materials sent to committee advisors |
| Jamie O'Connell | 05/01/12 | 0.5 | Committee | Correspondences and call with management regarding creditor information requests |
| Jamie O'Connell | 05/01/12 | 0.5 | Committee | Internal meeting with A. Schlesinger to discuss various matters |
| Adam Schlesinger | 05/03/12 | 0.3 | Committee | Manage creditor information request |
| Jamie O'Connell | 05/03/12 | 0.3 | Committee | Manage creditor information request |
| Adam Schlesinger | 05/07/12 | 0.5 | Committee | Call with management regarding creditor information request |
| Adam Schlesinger | 05/07/12 | 1.5 | Committee | Prepare creditor advisor information request |
| Adam Schlesinger | 05/07/12 | 0.3 | Committee | Meeting with J. O'Connell regarding information requests |
| Benjamin Jaffe | 05/07/12 | 0.5 | Committee | Call with management regarding creditor information request |
| Jamie O'Connell | 05/07/12 | 0.3 | Committee | Meeting with A. Schlesinger regarding information requests |
| Adam Schlesinger | 05/08/12 | 0.4 | Committee | Prepare creditor advisor information request |
| Adam Schlesinger | 05/09/12 | 1.0 | Committee | Call with committee advisors and counsel to review business plan |
| Benjamin Jaffe | 05/09/12 | 1.0 | Committee | Call with committee advisors and counsel to review business plan |
| Jamie O'Connell | 05/09/12 | 0.5 | Committee | Call with committee advisors and counsel to review business plan (did not attend entire call) |
| Jamie O'Connell | 05/09/12 | 0.2 | Committee | Review various correspondence |
| Adam Schlesinger | 05/10/12 | 0.5 | Committee | Prepare committee information request |
| Adam Schlesinger | 05/18/12 | 0.1 | Committee | Call with committee advisor regarding financials |
| Benjamin Jaffe | 05/18/12 | 0.1 | Committee | Call with committee advisor regarding financials |
| Jamie O'Connell | 05/24/12 | 0.2 | Committee | Review correspondence regarding creditor information request |
| | | 11.0 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2012 THROUGH MAY 31, 2012**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Benjamin Jaffe | 05/23/12 | 9.5 | Corporate Finance | Financial model update |
| Benjamin Jaffe | 05/24/12 | 3.0 | Corporate Finance | Financial model update |
| Benjamin Jaffe | 05/24/12 | 0.6 | Corporate Finance | Prepare analysis for a business matter |
| Benjamin Jaffe | 05/24/12 | 1.0 | Corporate Finance | Prepare analysis for a business matter |
| Benjamin Jaffe | 05/25/12 | 0.5 | Corporate Finance | Prepare analysis for a business matter |
| | | 14.6 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2012 THROUGH MAY 31, 2012**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 05/01/12 | 0.2 | Fee Applications | Review draft fee application |
| Benjamin Jaffe | 05/01/12 | 0.6 | Fee Applications | Review draft fee application |
| Jamie O'Connell | 05/01/12 | 0.3 | Fee Applications | Review March fee application |
| Adam Schlesinger | 05/08/12 | 0.5 | Fee Applications | Review draft fee application |
| Jamie O'Connell | 05/09/12 | 0.9 | Fee Applications | Review and comment on quarterly fee application |
| | | 2.5 | | |

# Blackstone Advisory Partners L.P.

August 21, 2012

Mr. Fred Festa
Chairman, Chief Executive Officer
W. R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | |
|---|---|---|
| Monthly Fee for the period of June 1, 2012 through June 30, 2012: | $ | 125,000.00 |

Out-of-pocket expenses processed for the period through June 30, 2012: [1]

| | | |
|---|---|---|
| Meals | 30.28 | |
| Research | 9.28 | |
| Document Production | 97.20 | 136.76 |
| **Total Amount Due** | $ | 125,136.76 |

**Please wire transfer funds to:**

JP Morgan Chase
One Chase Manhattan Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Partners L.P.
Account Receivable Dept. 16th Floor
Account # 066-287472

**Invoice Number: 72544**

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**Blackstone Advisory Partners L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

**W. R. Grace & Co.**
**Summary of Expenses**
**Through June 30, 2012**
**Invoice Number: 72544**

|  | GL Detail Jun-12 | | Total Expenses | |
|---|---|---|---|---|
| Employee Meals | $ | 30.28 | $ | 30.28 |
| Document Production |  | 97.20 |  | 97.20 |
| External Research - Online Database |  | 9.28 |  | 9.28 |
| **Total Expenses** | $ | **136.76** | $ | **136.76** |
|  |  |  |  |  |
| **Meals** |  |  | $ | 30.28 |
| **Research** |  |  |  | 9.28 |
| **Document Production** |  |  |  | 97.20 |
|  |  |  |  |  |
| **Total Expenses** |  |  | $ | **136.76** |

W. R. Grace & Co.
Detail of Expenses Processed
Through June 30, 2012
Invoice Number: 72544

**Employee Meals**
Jaffe (weeknight working dinner meal @ Blackstone while working late)   03/08/12   30.28
Subtotal - Employee Meals   $   30.28

**Document Production**
Jaffe (972 black & white photocopies calculated @ a rate of $0.10 per page)   06/11/12   97.20
Subtotal - Document Production   97.20

**External Research - Online Database**
de Almeida (retrieved document from Court docket via P.A.C.E.R.)   01/05/12   1.20
de Almeida (retrieved document from Court docket via P.A.C.E.R.)   02/02/12   1.20
de Almeida (retrieved document from Court docket via P.A.C.E.R.)   02/17/12   1.20
de Almeida (retrieved documents from Court docket via P.A.C.E.R.)   03/07/12   5.68
Subtotal - External Research - Online Database   9.28

Total Expenses   $   136.76

**BLACKSTONE ADVISORY PARTNERS L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**JUNE 1, 2012 THROUGH JUNE 30, 2012**

| Professional | Title | Hours |
|---|---|---|
| Jamie O'Connell | Managing Director | 41.6 |
| Adam Schlesinger | Associate | 31.5 |
| Benjamin Jaffe | Analyst | 58.9 |
| Total | | 132.0 |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2012 THROUGH JUNE 30, 2012**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 06/08/12 | 0.4 | Business Analysis | Calls regarding business matter |
| Jamie O'Connell | 06/08/12 | 0.1 | Business Analysis | Call with management regarding business matter |
| Jamie O'Connell | 06/09/12 | 0.3 | Business Analysis | Correspondence with management regarding business matter |
| Jamie O'Connell | 06/11/12 | 1.0 | Business Analysis | Conference calls with management and counsel regarding business matter |
| Jamie O'Connell | 06/11/12 | 0.5 | Business Analysis | Review of presentation materials and related call with management |
| Jamie O'Connell | 06/14/12 | 0.2 | Business Analysis | Call with counsel regarding business matter |
| | | 2.5 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2012 THROUGH JUNE 30, 2012**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 06/01/12 | 0.8 | Committee | Review of creditor correspondence and related correspondence to management |
| Adam Schlesinger | 06/21/12 | 0.5 | Committee | Review of financial analysis |
| Adam Schlesinger | 06/22/12 | 1.3 | Committee | Analysis regarding financial matter |
| Adam Schlesinger | 06/25/12 | 0.1 | Committee | Call with committee financial advisor |
| | | 2.7 | | |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
JUNE 1, 2012 THROUGH JUNE 30, 2012

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Benjamin Jaffe | 06/02/12 | 1.0 | Corporate Finance | Preparation for call with management regarding information request |
| Adam Schlesinger | 06/04/12 | 0.2 | Corporate Finance | Meeting with B. Jaffe regarding information request from management |
| Adam Schlesinger | 06/04/12 | 0.5 | Corporate Finance | Call with management regarding information request |
| Benjamin Jaffe | 06/04/12 | 0.2 | Corporate Finance | Meeting with A. Schlesinger regarding information request from management |
| Benjamin Jaffe | 06/04/12 | 0.5 | Corporate Finance | Call with management regarding information request |
| Adam Schlesinger | 06/05/12 | 0.3 | Corporate Finance | Call with J. O'Connell regarding corporate finance matter |
| Jamie O'Connell | 06/05/12 | 0.3 | Corporate Finance | Call with A. Schlesinger regarding corporate finance matter |
| Adam Schlesinger | 06/06/12 | 0.5 | Corporate Finance | Review of business matter |
| Adam Schlesinger | 06/07/12 | 0.5 | Corporate Finance | Call with management regarding corporate finance matter (did not attend entire call) |
| Adam Schlesinger | 06/07/12 | 0.2 | Corporate Finance | Discussion with counsel regarding corporate finance matter |
| Benjamin Jaffe | 06/07/12 | 1.1 | Corporate Finance | Call with management regarding corporate finance matter |
| Jamie O'Connell | 06/07/12 | 1.1 | Corporate Finance | Call with management regarding corporate finance matter |
| Jamie O'Connell | 06/07/12 | 0.2 | Corporate Finance | Discussion with counsel regarding corporate finance matter |
| Adam Schlesinger | 06/11/12 | 1.2 | Corporate Finance | Call with management regarding corporate finance matter |
| Jamie O'Connell | 06/11/12 | 1.2 | Corporate Finance | Call with management regarding corporate finance matter |
| Adam Schlesinger | 06/12/12 | 0.7 | Corporate Finance | Call with management regarding corporate finance matters (did not attend entire call) |
| Adam Schlesinger | 06/12/12 | 0.6 | Corporate Finance | Meeting with J. O'Connell regarding various matters |
| Benjamin Jaffe | 06/12/12 | 0.5 | Corporate Finance | Call with management regarding corporate finance matter (did not attend entire call) |
| Jamie O'Connell | 06/12/12 | 1.0 | Corporate Finance | Call with management regarding corporate finance matters |
| Jamie O'Connell | 06/12/12 | 0.8 | Corporate Finance | Follow up conference call with management regarding corporate finance matters |
| Jamie O'Connell | 06/12/12 | 0.6 | Corporate Finance | Meeting with A. Schlesinger regarding various matters |
| Adam Schlesinger | 06/13/12 | 1.0 | Corporate Finance | Preparation of various financial analyses |
| Benjamin Jaffe | 06/13/12 | 6.0 | Corporate Finance | Financial analysis and related calls and correspondence regarding corporate finance matter |
| Jamie O'Connell | 06/13/12 | 1.0 | Corporate Finance | Correspondence and call with management regarding corporate finance matter |
| Jamie O'Connell | 06/13/12 | 1.5 | Corporate Finance | Calls with financial advisors and correspondence to management regarding corporate finance matter |
| Jamie O'Connell | 06/13/12 | 0.7 | Corporate Finance | Additional correspondence with management regarding corporate finance matter |
| Adam Schlesinger | 06/14/12 | 3.5 | Corporate Finance | Review of financial analyses |
| Benjamin Jaffe | 06/14/12 | 1.5 | Corporate Finance | Document review and correspondence with management regarding corporate finance matter |
| Benjamin Jaffe | 06/14/12 | 0.7 | Corporate Finance | Conference call with management and financial institution regarding corporate finance matter |
| Benjamin Jaffe | 06/14/12 | 0.2 | Corporate Finance | Meeting with J. O'Connell regarding corporate finance matter |
| Benjamin Jaffe | 06/14/12 | 4.0 | Corporate Finance | Financial analysis and related calls and correspondence regarding corporate finance matter |
| Benjamin Jaffe | 06/14/12 | 7.0 | Corporate Finance | Financial analysis and related calls related to emergence |
| Jamie O'Connell | 06/14/12 | 0.7 | Corporate Finance | Conference call with management and financial institution regarding corporate finance matter |
| Jamie O'Connell | 06/14/12 | 0.2 | Corporate Finance | Meeting with B. Jaffe regarding corporate finance matter |
| Jamie O'Connell | 06/14/12 | 4.0 | Corporate Finance | Financial analysis and related calls and correspondence regarding corporate finance matter |
| Adam Schlesinger | 06/15/12 | 2.0 | Corporate Finance | Review financial analyses |
| Benjamin Jaffe | 06/17/12 | 3.5 | Corporate Finance | Preparation of materials for meetings with management regarding corporate finance matter |
| Benjamin Jaffe | 06/17/12 | 2.5 | Corporate Finance | Preparation of materials for meetings with management regarding corporate finance matter |
| Jamie O'Connell | 06/17/12 | 0.2 | Corporate Finance | Correspondence with management regarding corporate finance matter |
| Adam Schlesinger | 06/18/12 | 1.0 | Corporate Finance | Meeting with management and financial advisors regarding corporate finance matter |
| Adam Schlesinger | 06/18/12 | 1.5 | Corporate Finance | Preparation of financial analysis |
| Benjamin Jaffe | 06/18/12 | 1.0 | Corporate Finance | Meeting with management and financial advisors regarding corporate finance matter |
| Benjamin Jaffe | 06/18/12 | 6.0 | Corporate Finance | Preparation of materials for meetings with management regarding corporate finance matter |
| Jamie O'Connell | 06/18/12 | 6.0 | Corporate Finance | Meetings with management regarding corporate finance matter |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
JUNE 1, 2012 THROUGH JUNE 30, 2012

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 06/18/12 | 1.0 | Corporate Finance | Meeting with management and financial advisors regarding corporate finance matter |
| Adam Schlesinger | 06/19/12 | 0.7 | Corporate Finance | Financial analysis |
| Adam Schlesinger | 06/19/12 | 1.0 | Corporate Finance | Meeting with J. O'Connell regarding corporate finance matters |
| Jamie O'Connell | 06/19/12 | 0.5 | Corporate Finance | Call with financial advisor and preparation for meeting |
| Jamie O'Connell | 06/19/12 | 3.0 | Corporate Finance | Meeting with management and counsel regarding corporate finance matter |
| Jamie O'Connell | 06/19/12 | 1.0 | Corporate Finance | Meeting with A. Schlesinger regarding corporate finance matters |
| Adam Schlesinger | 06/20/12 | 0.7 | Corporate Finance | Call with management and follow-up discussion with internal team regarding corporate finance matter |
| Adam Schlesinger | 06/20/12 | 0.5 | Corporate Finance | Meeting with J. O'Connell regarding corporate finance analysis |
| Benjamin Jaffe | 06/20/12 | 0.7 | Corporate Finance | Call with management and follow-up discussion with internal team regarding corporate finance matter |
| Benjamin Jaffe | 06/20/12 | 0.4 | Corporate Finance | Call with management regarding corporate finance matter |
| Benjamin Jaffe | 06/20/12 | 5.0 | Corporate Finance | Financial analysis and related calls related to emergence |
| Jamie O'Connell | 06/20/12 | 0.7 | Corporate Finance | Call with management and follow-up discussion with internal team regarding corporate finance matter |
| Jamie O'Connell | 06/20/12 | 0.5 | Corporate Finance | Meeting with A. Schlesinger regarding corporate finance analysis |
| Jamie O'Connell | 06/20/12 | 0.4 | Corporate Finance | Call with management regarding corporate finance matter |
| Benjamin Jaffe | 06/21/12 | 0.3 | Corporate Finance | Meeting with J. O'Connell regarding corporate finance matter |
| Benjamin Jaffe | 06/21/12 | 0.5 | Corporate Finance | Call with management regarding corporate finance matter |
| Jamie O'Connell | 06/21/12 | 0.5 | Corporate Finance | Review and comment on analysis related to corporate finance matter |
| Jamie O'Connell | 06/21/12 | 0.3 | Corporate Finance | Meeting with B. Jaffe regarding corporate finance matter |
| Jamie O'Connell | 06/21/12 | 1.0 | Corporate Finance | Calls with management and financial advisor regarding corporate finance matter |
| Adam Schlesinger | 06/22/12 | 0.3 | Corporate Finance | Call with financial advisor |
| Benjamin Jaffe | 06/22/12 | 0.5 | Corporate Finance | Call with management and J. O'Connell regarding corporate finance matter |
| Jamie O'Connell | 06/22/12 | 1.0 | Corporate Finance | Call with management and counsel regarding corporate finance matter |
| Jamie O'Connell | 06/22/12 | 0.5 | Corporate Finance | Call with management and B. Jaffe regarding corporate finance matter |
| Jamie O'Connell | 06/22/12 | 0.3 | Corporate Finance | Call with financial advisor |
| Adam Schlesinger | 06/25/12 | 1.7 | Corporate Finance | Call with management regarding financial matter |
| Adam Schlesinger | 06/25/12 | 1.5 | Corporate Finance | Call with management regarding financial matter |
| Adam Schlesinger | 06/25/12 | 1.0 | Corporate Finance | Review of financial matter |
| Benjamin Jaffe | 06/25/12 | 0.3 | Corporate Finance | Call with management regarding corporate finance matter |
| Benjamin Jaffe | 06/25/12 | 3.0 | Corporate Finance | Financial analysis regarding corporate finance matter |
| Jamie O'Connell | 06/25/12 | 1.0 | Corporate Finance | Correspondence and calls regarding corporate finance matter |
| Jamie O'Connell | 06/25/12 | 1.5 | Corporate Finance | Conference call with management regarding corporate finance matter |
| Adam Schlesinger | 06/26/12 | 1.0 | Corporate Finance | Call with management regarding financial matter |
| Adam Schlesinger | 06/26/12 | 3.5 | Corporate Finance | Review of analyses regarding financial matter |
| Benjamin Jaffe | 06/26/12 | 3.5 | Corporate Finance | Financial analysis regarding a corporate finance matter |
| Jamie O'Connell | 06/26/12 | 2.0 | Corporate Finance | Calls, review and comments on analyses and correspondences on corporate finance matter |
| Adam Schlesinger | 06/27/12 | 1.5 | Corporate Finance | Review of financial matter |
| Benjamin Jaffe | 06/27/12 | 4.0 | Corporate Finance | Financial analysis regarding a corporate finance matter |
| Jamie O'Connell | 06/27/12 | 1.5 | Corporate Finance | Calls, review and comments on analyses and correspondences on corporate finance matter |
| Adam Schlesinger | 06/28/12 | 0.5 | Corporate Finance | Call with J. O'Connell regarding corporate finance matter |
| Benjamin Jaffe | 06/28/12 | 3.0 | Corporate Finance | Financial analysis regarding a corporate finance matter |
| Jamie O'Connell | 06/28/12 | 0.5 | Corporate Finance | Call with A. Schlesinger regarding corporate finance matter |
| Adam Schlesinger | 06/29/12 | 1.0 | Corporate Finance | Review of financial matter |
| Adam Schlesinger | 06/29/12 | 1.0 | Corporate Finance | Call with management regarding corporate finance matter |
| Benjamin Jaffe | 06/29/12 | 1.0 | Corporate Finance | Financial analysis regarding a corporate finance matter |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2012 THROUGH JUNE 30, 2012**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Benjamin Jaffe | 06/29/12 | 0.5 | Corporate Finance | Call with management regarding corporate finance matter |
| Benjamin Jaffe | 06/29/12 | 0.5 | Corporate Finance | Call with management regarding corporate finance matter (did not attend entire call) |
| Jamie O'Connell | 06/29/12 | 1.0 | Corporate Finance | Call with management regarding corporate finance matter |
| | | 126.2 | | |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
JUNE 1, 2012 THROUGH JUNE 30, 2012

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 06/06/12 | 0.3 | Fee Applications | Review April fee statement |
| Jamie O'Connell | 06/13/12 | 0.3 | Fee Applications | Review of correspondence and correspondence to fee auditor regarding dinner expense |
| | | 0.6 | | |