IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In Re.* | ) | CHAPTER 11 |
| | ) | |
| | ) | |
| | ) | |
| *W.R. GRACE & CO., et al..* | ) | Case No.  01-01139 (JKF) |
| | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |

**REQUEST TO TERMINATE ELECTRONIC NOTIFICATION FOR RUBEN GOMEZ**

The United States provides notice to the Court and all parties that Ruben Gomez, attorney for the United States Department of Justice, requests that electronic notifications for the above-captioned case be terminated.  The United States further requests that Ruben Gomez not be included on any electronic or paper service list concerning this case.

Respectfully submitted,

DATE: August, 23, 2012          ___/s Ruben Gomez_____

Ruben Gomez
Trial Counsel
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044-7611
(202) 514-4797
ruben.gomez@usdoj.gov