# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

# FOR THE TIME PERIOD
# JULY 1, 2012 THROUGH
# JULY 31, 2012

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE  19806
(302) 655-4200
EI #: 51-0328786

August 14, 2012

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC  20007--5135

                                    File  WRG-AUS/JCP
                                    Invoice number   103735

    Re:  W. R. Grace & Co.
         David T. Austern
Case No.:  01-01139 (RLB)


            Subtotal for FEES only: 07/31/12     $5,673.50
            Subtotal for COSTS only: 07/31/12        $76.80
                                                 -------------
   CURRENT PERIOD FEES AND COSTS: 07/31/12       $5,750.30
                                                 -------------


*************************************************************

       Please send remittance copy with payment.  Thank you.

*************************************************************

Page   2

August 14, 2012

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   103735

Re: W. R. Grace & Co.
    David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| PLAN AND DISCLOSURE STATEMENT | 7.3 | 3,540.50 |
| LITIGATION | 4.1 | 772.50 |
| FEE/EMPLOYMENT APPLICATIONS | 5.3 | 1,162.50 |
| CASE ADMINISTRATION | 1.2 | 198.00 |
| Subtotal for FEES only: 07/31/12 | 17.9 | $5,673.50 |

| RATE | SUMM | | HOURS | | | |
|---|---|---|---|---|---|---|
| 485.00 | JCP | 8.50 | 8.50 | 4,122.50 | 0.00 | 0.00 |
| 165.00 | CAH | 9.40 | 9.40 | 1,551.00 | 0.00 | 0.00 |
| Totals | | 17.90 | 17.90 | 5,673.50 | 0.00 | 0.00 |

```
Sorts:  Grouping code            (Paginate)
        Client code
        Actual employee code     (Subtotal)
        Transaction date

Ranges:
   Include "Client code" from WRG to WRG
   Exclude "Billable $" from 0.00 to 0.00
   Include "Invoice Number" from 103735 to 103735
```

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | CASE ADMINISTRATION | CAH | 07/17/12 | Update docket to system. | 0.20 | 33.00 | Ca |
| WRG | CASE ADMINISTRATION | CAH | 07/17/12 | E-mail local rule re: timing of filing of Certificate of No Objection to D. Fullem. | 0.20 | 33.00 | |
| WRG | CASE ADMINISTRATION | CAH | 07/20/12 | Conference calls with D. Fullem and D. Felder to determine form of Entry of Appearance and Certificate of Service and Corporate Statement to file in 3rd Circuit. | 0.80 | 132.00 | |
| | | | | | 1.20 | 198.00 | |
| | | | | | 1.20 | 198.00 | |

Total records this group:   3

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | CAH | 07/09/12 | Review of e-mail from D. Felder and obtain form for John C. Phillips, Jr.; complete Entry of Appearance for John C. Phillips, Jr. | 0.50 | 82.50 | Li |
| WRG | LITIGATION | CAH | 07/09/12 | Download, scan and file all documents including Certificate of Service. | 0.50 | 82.50 | |
| WRG | LITIGATION | CAH | 07/10/12 | Organize all 3rd Circuit pleadings. | 0.30 | 49.50 | |
| WRG | LITIGATION | CAH | 07/20/12 | Review of e-mail and documents provided by D. Fullem; phone conference with 3rd Circuit Court Clerk and e-mail instructions on form. | 0.40 | 66.00 | |
| WRG | LITIGATION | CAH | 07/20/12 | Draft Entry of Appearance for John C. Phillips, Jr. for 3 new 3rd Circuit cases; e-mail to D. Fullem re: Certificate of Service for all. | 0.30 | 49.50 | |
| WRG | LITIGATION | CAH | 07/24/12 | Download and print 3 Entries of Appearances and corporate statements received from D. Felder (.4); draft Entries of Appearances for John C. Phillips, Jr. for each case and e-mail for signature permission (.3). | 0.70 | 115.50 | |
| WRG | LITIGATION | CAH | 07/24/12 | File Entry of Appearance for R. Wyron, John C. Phillips, Jr. and R. Frankel in 3rd Circuit cases 12-2904,12-2917, 12-2923, 12-2924, 12-2966 and 12-2967 and then file corporate disclosure in each case. | 0.80 | 132.00 | |
| WRG | LITIGATION | CAH | 07/24/12 | File Certificate of Service in 6 cases in Third Circuit Court of Appeals; e-mail results to John C. Phillips, Jr. and D. Felder. | 0.30 | 49.50 | |
| | | | | | 3.80 | 627.00 | |
| WRG | LITIGATION | JCP | 07/23/12 | Review of Personal Injury Committee's Motion to Modify Court's Order re: filing 2019 statements. | 0.30 | 145.50 | |
| | | | | | 0.30 | 145.50 | |
| | | | | | 4.10 | 772.50 | |

Total records this group:   9

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 07/10/12 | Reconcile payments to invoices. | 0.20 | 33.00 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 07/17/12 | Download and file Certificate of No Objection for Orrick's May Fee Application; e-mail docket number to D. Fullem. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 07/17/12 | Download and file Towers Watson's Fee Application; e-mail docket number to D. Fullem. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 07/17/12 | Draft Certificate of No Objection for Phillips, Goldman & Spence May Fee Application. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 07/18/12 | Scan, OCR, file and serve Phillips, Goldman & Spence May Certificate of No Objection. | 0.20 | 33.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 07/18/12 | Phone conference with Tasha C. Steward re: June invoice. | 0.10 | 16.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 07/20/12 | Prepare invoice and draft Phillips, Goldman & Spence June Fee Application. | 0.70 | 115.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 07/24/12 | Review of Fee Application for Orrick and Watson; e-mail to D. Fullem re: missing Watson invoice. | 0.20 | 33.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 07/25/12 | Scan, OCR, file and serve Phillips, Goldman & Spence June Fee Application. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 07/25/12 | Scan, OCR, file and serve Orrick's June Fee Application. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 07/25/12 | Scan, OCR, file and serve Tower Watson's June Fee Application. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 07/26/12 | Draft 33rd Quarterly Fee Application for Phillips, Goldman & Spence. | 1.20 | 198.00 | |
| | | | | | 4.40 | 726.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 07/14/12 | Review of and revise downward June 2012 Phillips, Goldman & Spence pre-bill. | 0.10 | 48.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 07/17/12 | Review of and execute Certificate of No Objection re: Phillips, Goldman & Spence 96th Monthly Fee Application; conference with Celeste A. Hartman re: same. | 0.20 | 97.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 07/20/12 | Review of, revise and execute Phillips, Goldman & Spence 97th Monthly Fee Application; conference with Celeste A. Hartman re: same. | 0.30 | 145.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 07/28/12 | Review of and revise Phillips, Goldman & Spence 33rd Quarterly Fee Application; memorandum to Celeste A. Hartman re: same. | 0.30 | 145.50 | |
| | | | | | 0.90 | 436.50 | |
| | | | | | 5.30 | 1,162.50 | |

Total records this group:  16

-Fees-

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/03/12 | Review of revised draft Plan Effective Date Stipulation; e-mail from Roger Frankel approving same; e-mail to counsel for Debtor signing off on same; e-mail from counsel for Equity Committee approving same; review of ECF Notification re: Oral Order re: due date for responses to appellant's Emergency Motion to Stay. | 0.40 | 194.00 | ps |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/06/12 | E-mail from counsel for Debtors re: each Plan Proponent entering their appearance in 3rd Circuit appeal before 7/14/12 with enclosure; review of letter from Clerk of 3rd Circuit re: same; e-mail from and e-mail to Debbie Felder re: doing so on 7/9/12. | 0.30 | 145.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/09/12 | Review of and execute Entry of Appearance for John C. Phillips, Jr. (.1); e-mail from Debbie Felder re: Entry of Appearance for Rick Wyron, Entry of Appearance for Roger Frankel and Corporate Disclosure with enclosure (.1); review of all 3 (.1); conference with Celeste A. Hartman re: filing all the above (.1); review of Montana's Notice of Appeal (.1); review of Canada's Amended Notice of Appeal (.1); e-mail from Debbie Felder re: Certificate of Service for Entries of Appearance and Corporate Disclosure and review of same (.1). | 0.70 | 339.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/09/12 | E-mail from local counsel for Debtor re: Appellees' Opposition to Garlock's Emergency Motion to Stay and review of same (.9); e-mail from counsel for P.I. Committee approving same (.1); e-mail from counsel for Equity Committee approving same (.1); e-mail to and e-mail from Roger Frankel re: approving same (.1); e-mail from Roger Frankel to counsel for Appellees approving same (.1); e-mail to local counsel for Debtor approving same (.1). | 1.40 | 679.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/10/12 | Review of two Entries of Appearance for PI Committee (.1); review of six Entries of Appearance for Debtors (.2); review of two Entries of Appearance for Equity Committee (.1); review of BNSF's Notice of Appeal (.1); review of Anderson Memorial's Notice of Appeal (.1); review of Bank Lender Group's Supplemental Notice of Appeal (.1); review of Debtors' Corporate Disclosure Statement (.1). | 0.80 | 388.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/11/12 | Review of Entry of Appearance for FPD claimants (.1); review of Order of Clerk re: consolidating all appeals (.1); review of Libby Claimants' Notice of Appeal (.1); review of Maryland Casualty's Notice of Appeal (.1). | 0.40 | 194.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/14/12 | Review of 4 Entries of Appearance for Garlock. | 0.10 | 48.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/17/12 | Review of several ECF notifications re: docketing of Anderson Memorials', Libby Claimants' and Maryland Casualty's appeals. | 0.10 | 48.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/18/12 | Review of ECF Notification re: docketing of BNSF's appeal in multiple cases. | 0.10 | 48.50 | |

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/20/12 | E-mail from Debi Fullem re: Entries of Appearances and Corporate Disclosure Forms in related pending appeal cases; conference with Celeste A. Hartman re: same; review of and execute John C. Phillips, Jr.'s Entry of Appearance; e-mail from and e-mail to Celeste A. Hartman (2x) re: filing Entries of Appearances and Corporate Disclosures in six individual appeal cases. | 0.30 | 145.50 | ps |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/20/12 | Review of Entry of Appearance for future Property Damage Claimants; review of Entry of Appearance for Royal Indemnity; review of 3 Entries of Appearance for Montana. | 0.30 | 145.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/21/12 | Review of 3 Entries of Appearance for Canada. | 0.10 | 48.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/23/12 | Review of 7/23/12 Memorandum Opinion denying Anderson Memorial's Motion for Relief from Confirmation Order (.3); review of Order re: same (.1). | 0.40 | 194.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/24/12 | Review of Entries of Appearance for Travelers (.1); review of Entries of Appearance for Continental (.1); review of Entries of Appearance for Personal Injury Committee (.1); review of and approve 6 Entries of Appearance for John C. Phillips, Jr. (.2); review of and approve Roger Frankel's and Rich Wyron's Entry of Appearance and Corporate Disclosure Statement in each of 6 separate appeals (.3). | 0.80 | 388.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/25/12 | Review of Entries of Appearances for Debtors; review of Entries of Appearances for Personal Injury Committee. | 0.20 | 97.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/26/12 | Review of Entries of Appearance for Equity Committee; review of Entries of Appearance for Bank Lender Group; review of Anderson Memorial's Statement of Issues and Designation of Record on Appeal. | 0.40 | 194.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/27/12 | Review of Entries of Appearance for BNSF. | 0.10 | 48.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/28/12 | Review of Bank Lender Group's Amended Summary of Case and Civil Information Sheet. | 0.10 | 48.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 07/31/12 | Review of 12 Entries of Appearances for Debtors' in various appeals; review of Anderson Memorial's Amended Notice of Appeal. | 0.30 | 145.50 | |
| | | | | | 7.30 | 3,540.50 | |
| | | | | | 7.30 | 3,540.50 | |

Total records this group:  19

                                                                                                                    17.90       5,673.50

47 records printed.