# EXHIBIT B

## PHILLIPS, GOLDMAN & SPENCE, P.A.

### EXPENSE RECORDS

### FOR THE TIME PERIOD
### JULY 1, 2012 THROUGH
### JULY 31, 2012

Phillips, Goldman & Spence, P.A.

Page 2

August 14, 2012

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   103735

Re:  W. R. Grace & Co.
     David T. Austern

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 07/01/12 | On-line docket research | 15.40 |
| 07/10/12 | Photocopies | 0.50 |
| 07/25/12 | Postage | 2.90 |
| 07/30/12 | Check No.: 49402 - John C. Phillips, Jr. - Courtcall. | 58.00 |
| | Subtotal for COSTS only: 07/31/12 | $76.80 |