**Warren H. Smith & Associates, P.C.**

2235 Ridge Road
Suite 105
Rockwall, TX  75087
Tax Id# 01-0584406

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044


August 22, 2012

In Reference To:   Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #11109


Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 7/2/2012 | AL | Update database with Ferry's May electronic detail (.1); Kramer's April electronic detail (.1); Sanders' June electronic detail (.1) and fee application (.2); Rich's June electronic detail (.1) and fee application (.2); Stroock's May electronic detail (.1); | 0.90 | 40.50 |
| 7/3/2012 | JAW | Draft e-mail to A Lopez forwarding summaries prepared various applicants and months (0.10) | 0.10 | 15.50 |
|  | AL | Update database with Sanders' June fee application (.2) and electronic detail (.1); Rich's June fee application (.2) and electronic detail (.1); Stroock's May fee application (.2); receive and review email from J. Wehrmann re summaries (.1); update database with Bilzin's April (.1) Woodcock's April (.1) and Norton's May (.1) fee and expense summaries | 1.20 | 54.00 |
|  | AL | Update database with AKO's May electronic detail (.1); Caplin's May electronic detail (.1); Campbell's May electronic detail (.2); Charter's May electronic detail (.2); Capstone's May electronic detail (.1); Scholer's May electronic detail (.2); Higgins' May electronic detail (.1) | 1.00 | 45.00 |
| 7/5/2012 | JAW | detailed review of Foley's May 2012 fee application (0.20); draft summary of same (0.10) | 0.30 | 46.50 |
|  | JAW | detailed review of Casner's April 2012 fee application (0.20); draft summary of same (0.10) | 0.30 | 46.50 |
|  | JAW | detailed review of Rich's June 2012 fee application (0.20); draft summary of same (0.20) | 0.40 | 62.00 |
|  | JAW | detailed review of Stroock's May 2012 fee application (0.80); draft summary of same (0.30) | 1.10 | 170.50 |
|  | JAW | detailed review of Sander's June 2012 fee application (0.20); draft summary of same (0.20) | 0.40 | 62.00 |

W.R. Grace & Co. Page 2

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 7/5/2012 | AL | Update database with Scarfone's May electronic detail (.1); PWC's May electronic detail (.1); PWC (Darex) May electronic detail (.1); PWC (Global) May electronic detail (.1) | 0.40 | 18.00 |
| | AL | Research Pacer re objections to fee auditor's fee application (.6); draft of WHSA's CNO (.4); update database with same (.1); electronic filing with the court of WHSA's CNO (.3) | 1.40 | 63.00 |
| 7/6/2012 | AL | Update database with Hogan's May fee application (.2); Kramer's May fee application (.2); Lauzon's May fee application (.1); Ewing's May fee application (.2);Higgins' May fee application (.2); Scholer's April fee application (.1); Scholer's May fee application (.1); Capstone's May fee application (.2); Ferry's May fee application (.2); Bilzin's May fee application (.1); Reed's May fee application (.2); Woodcock's May electronic detail (.1) | 1.90 | 85.50 |
| | AL | Receive and review email from J. Wehrmann re summaries (.1); update database with Casner's April (.1) Stroock's May (.1) Foley's May (.2) Rich's June (.1) and Sanders' June (.2) fee and expense summaries | 0.80 | 36.00 |
| | JAW | Draft e-mail to A Lopez forwarding summaries prepared various applicants and months (0.10) | 0.10 | 15.50 |
| | JAW | detailed review of Lauzon's May 2012 fee application (0.20) | 0.20 | 31.00 |
| | JAW | detailed review of Kaye Scholer's May 2012 fee application (0.20) | 0.20 | 31.00 |
| | JAW | detailed review of Kaye Scholer's April 2012 fee application (0.10) | 0.10 | 15.50 |
| | JAW | detailed review of Saul Ewing's May 2012 fee application (0.10) | 0.10 | 15.50 |
| | JAW | detailed review of Ferry's May 2012 fee application (0.30) | 0.30 | 46.50 |
| 7/9/2012 | JAW | detailed review of Reed's May 2012 fee application (0.80) | 0.80 | 124.00 |
| | JAW | detailed review of Sidley's May 2012 fee application (2.80) | 2.80 | 434.00 |
| | JAW | detailed review of Higgin's May 2012 fee application (1.30) | 1.30 | 201.50 |
| | JAW | detailed review of Capstone's May 2012 fee application (2.20) | 2.20 | 341.00 |
| | JAW | detailed review of Kramer's May 2012 fee application (0.40) | 0.40 | 62.00 |
| | JAW | detailed review of Bilzin's May 2012 fee application (0.30) | 0.30 | 46.50 |
| | JAW | detailed review of Hogan's May 2012 fee application (0.30) | 0.30 | 46.50 |
| 7/10/2012 | AL | Update database with K&E's May electronic detail | 0.20 | 9.00 |
| | AL | Update database with Pachulski's April electronic detail (.1); Hogan's May CNO (.1); Lauzon's May CNO (.1); Scarfone's May CNO (.1); | 0.40 | 18.00 |

W.R. Grace & Co. Page 3

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 7/10/2012 BSR | Draft initial report re Beveridge & Diamond (43Q) | | 0.70 | 199.50 |
| BSR | Review of Beveridge & Diamond's quarterly fee application for the 43rd interim period, as well as fee summary for Dec. 2011 monthly application | | 0.20 | 57.00 |
| BSR | Research docket for applications for the 44th interim period not yet received | | 0.20 | 57.00 |
| BSR | receive, review, email from Karen Harvey re overpayment and respond to same with phone call | | 0.10 | 28.50 |
| 7/11/2012 JAW | Draft summary of Lauzon's May 2012 fee application (0.10) | | 0.10 | 15.50 |
| JAW | Draft summary of Kaye Scholer's April 2012 fee application (0.10) | | 0.10 | 15.50 |
| JAW | Draft summary of Saul Ewing's May 2012 fee application (0.10) | | 0.10 | 15.50 |
| JAW | Draft summary of Hogan's May 2012 fee application (0.10) | | 0.10 | 15.50 |
| JAW | Draft summary of Bilzin's May 2012 fee application (0.10) | | 0.10 | 15.50 |
| JAW | Draft summary of Kramer's May 2012 fee application (0.10) | | 0.10 | 15.50 |
| JAW | Draft summary of Reed's May 2012 fee application (0.30) | | 0.30 | 46.50 |
| JAW | Draft summary of Higgin's May 2012 fee application (0.10) | | 0.10 | 15.50 |
| JAW | Draft summary of Capstone's May 2012 fee application (0.10) | | 0.10 | 15.50 |
| JAW | detailed review of Pachulski's April 2012 fee application (0.90); draft summary of same (0.20) | | 1.10 | 170.50 |
| JAW | Draft summary of Ferry's May 2012 fee application (0.20) | | 0.20 | 31.00 |
| DTW | Review and revise 43rd interim initial report for Beveridge & Diamond (.1). | | 0.10 | 16.50 |
| AL | Receive, review and finalize Beveridge's 43Q IR (.3); update database with same (.1); draft email to D. William's re service of same (.1) | | 0.50 | 22.50 |
| AL | Draft of WHSA's Monthly fee application (1.8); update database with same (.2); draft email to J. Wehrmann re review of same (.1) | | 2.10 | 94.50 |
| BSR | Draft initial report re Beveridge & Diamond (44Q) | | 3.30 | 940.50 |
| 7/12/2012 DTW | Review and revise 44th interim initial report for Beveridge & Diamond. | | 0.10 | 16.50 |
| BSR | Review of Steptoe & Johnson's quarterly fee application (44Q) (monthlies previously reviewed) | | 0.10 | 28.50 |
| BSR | E-mail to Beveridge & Diamond re initial reports for 43rd and 44th interim fee applications | | 0.10 | 28.50 |

W.R. Grace & Co.     Page 4

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 7/12/2012 | JAW | detailed review of Kirkland's May 2012 fee application (6.0); draft summary of same (1.2) | 7.20 | 1,116.00 |
| | JAW | Proofread Warren H. Smith & Associates, June 2012 fee statement and Notice of Filing (0.70); e-mail to A. Lopez regarding any revisions to same (0.10) | 0.80 | 124.00 |
| | AL | Update database with PWC's May fee application (.2); PWC's (Darex) May fee application (.2); PWC's (Global) May fee application (.2); Beveridge's October through December Interim fee application (.1); Beveridge's January through March Interim fee application (.1); Steptoe's January through March Interim fee application (.1); Woodcock's May fee application (.2); AKO's May fee application (.2) | 1.30 | 58.50 |
| | AL | Receive, review and finalize Beveridge's 44Q IR (.3); update database with same (.1); draft email to D. Williams re service of same (.1) | 0.50 | 22.50 |
| | BSR | Review of Steptoe & Johnson's quarterly fee application (44Q) (monthlies previously reviewed) | 0.10 | 28.50 |
| | BSR | E-mail to Beveridge & Diamond re initial reports for 43rd and 44th interim fee applications | 0.10 | 28.50 |
| 7/13/2012 | JAW | Draft e-mail to A. Lopez forwarding summaries prepared various applicants and months (0.20) | 0.20 | 31.00 |
| | AL | Receive and review email from W. Smith re summaries (.1); update database with Scholer's April (.1) Bilzin's May (.2) Capstone's May (.1) Ferry's May (.1) Higgins' May (.2) Hogan's May (.2) Scholer's May (.1) K&E's May (.2) Lauzon's May (.1) Reed's May (.1) Saul's May (.1) and Pachulski's April (.2) fee and expense summaries | 1.80 | 81.00 |
| 7/14/2012 | BSR | Review of Kaye Scholer's April 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
| | BSR | Review of Pachulski's April 2012 monthly fee application and fee and expense summary re same | 0.20 | 57.00 |
| | BSR | Review of Capstone's May 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
| | BSR | Review of Casner & Edwards' April 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
| 7/15/2012 | BSR | Review of Protiviti's April 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
| | BSR | Review of Ferry Joseph's May 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |

W.R. Grace & Co.                                                                                                              Page     5

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 7/15/2012 | BSR | Review of Caplin & Drysdale's April 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
|  | BSR | Review of Kramer Levin's May 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
|  | BSR | Review of Capstone's April 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
|  | BSR | Review of Hon. Alexander Sanders' April 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
|  | BSR | Review of Protiviti's April 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
|  | BSR | Review of Campbell & Levine's April 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
|  | BSR | Review of BMC's April 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
|  | BSR | Review of Blackstone's April 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
|  | BSR | Review of Beveridge & Diamond's April 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
|  | BSR | Review of AKO's April 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
|  | BSR | Review of Lauzon Belanger's May 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
|  | BSR | Review of Foley Hoag's May 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
|  | BSR | Review of Saul Ewing's May 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
|  | BSR | Review of Stroock's May 2012 monthly fee application and fee and expense summary re same | 0.20 | 57.00 |
|  | BSR | Review of Alan Rich's June 2012 monthly fee application and fee and expense summary re same | 0.20 | 57.00 |
|  | BSR | Review of Hon. Alexander Sanders' June 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
|  | BSR | Review of May 2012 monthly fee application of Law Offices of Roger Higgins, as well as fee and expense summary re same | 0.30 | 85.50 |

W.R. Grace & Co. Page 6

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 7/15/2012 | BSR | Review of The Hogan Firm's May 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
| | BSR | Review of Kaye Scholer's May 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
| | BSR | Review of Kirkland & Ellis' May 2012 monthly fee application and fee and expense summary re same | 0.30 | 85.50 |
| | BSR | Review of Reed Smith's May 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
| 7/16/2012 | BSR | Review of Foley Hoag's April 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
| | BSR | Review of Hon. Alexander Sanders' May 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
| | BSR | Review of Charter Oak's April 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
| | BSR | Review of Ferry Joseph's April 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
| | BSR | Review of Kramer Levin's April 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
| | BSR | Review of April 2012 monthly fee application of Law Offices of Roger Higgins, as well as fee and expense summary re same | 0.10 | 28.50 |
| | BSR | Review of The Hogan Firm's April 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
| | BSR | Review of Lauzon Belanger's April 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
| | BSR | Review of Reed Smith's April 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
| | BSR | Review of Saul Ewing's April 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
| | BSR | Review of Scarfone Hawkins' April 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
| | BSR | Review of Stroock's April 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
| | BSR | Review of Alan Rich's May 2012 monthly fee application and fee and expense summary re same | 0.20 | 57.00 |

W.R. Grace & Co.                                                                                                           Page    7

|   |   |   | Hours | Amount |
|---|---|---|---:|---:|
| 7/16/2012 | BSR | Review of Kirkland & Ellis' April 2012 monthly fee application and fee and expense summary re same | 0.20 | 57.00 |
|  | BSR | Detailed review of Orrick's expense detail for January through March 2012, as well as Orrick's quarterly fee application for this period (monthlies previously reviewed) | 0.40 | 114.00 |
|  | AL | Update database with Pachulski's April (.1) May (.2) and June (.1) electronic detail; Beveridge's May electronic detail (.1) | 0.50 | 22.50 |
|  | BSR | Draft initial report re Orrick's 44th quarterly fee application and edit exhibits to same | 0.50 | 142.50 |
|  | BSR | Review of PwC's April 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
| 7/17/2012 | AL | Receive and review email from W. Smith re revisions to WHSA's June fee application (.1); telephone conference with J. Wehrmann re same (.1); draft revisions to WHSA's fee application (.4); draft email to W. Smith re same (.1) | 0.70 | 31.50 |
|  | AL | Receive and review email from B. Ruhlander re Orrick's 44Q IR exhibit (.1); draft of same (.4); update database with same (.1); draft email to B. Ruhlander re same (.1) | 0.70 | 31.50 |
|  | AL | Update database with Orrick's May CNO (.1); Watson's May electronic detail (.2); Casner's May electronic detail (.1); | 0.40 | 18.00 |
|  | AL | Receive, review and finalize Orrick's 44Q IR (.4); update database with same (.1); draft email to B. Ruhlander re service of same (.1) | 0.60 | 27.00 |
|  | AL | Receive and review email from J. Wehrmann re 44th interim (.1); update database with Bilzin's April (.2) and May (.1); Norton's May (.1) and Woodcock's April (.1) fee and expense summaries; update database with Pachulski's May CNO (.1) | 0.70 | 31.50 |
|  | BSR | Review of Norton Rose's May 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
|  | BSR | Review of Bilzin Sumberg's April and May 2012 monthly fee applications and fee and expense summaries re same | 0.20 | 57.00 |
|  | BSR | Review of Woodcock Washburn's April 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
|  | BSR | E-mail to Orrick re initial report (44Q) | 0.10 | 28.50 |
|  | BSR | Draft initial report re Orrick's quarterly fee application for the 44th interim period | 0.70 | 199.50 |
|  | ALP | Drafted final revisions to Orrick Herrington's initial report concerning the 44th interim period (1-3.12) (.3). | 0.30 | 52.50 |

W.R. Grace & Co. Page 8

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 7/18/2012 | BSR | Draft final report re Holme Roberts & Owen (Bryan Cave HRO) final fee application (.5); email to Eric Johnson re discrepancy in firm's expense award for the 5th interim period (.4) | 0.90 | 256.50 |
| | BSR | telephone conference with Mark Hurford re Campbell & Levine's response to initial report (44Q) (.1); review and respond to email from Mark Hurford re duplicate time entries (.2) | 0.30 | 85.50 |
| | BSR | Draft omnibus final report for the 44th interim period | 2.20 | 627.00 |
| | AL | Receive and review email from W. Smith re approval of WHSA's June fee application (.1); prepare for electronic filing with the court (.3); update database with same (.1); electronic filing with the court of WHSA's June fee application (.4); prepare same for service (.1) | 1.00 | 45.00 |
| | AL | Update database with Deloitte (Tax) July through September fee application (.2); receive and review email from B. Ruhlander re Baer's 44Q IR exhibit (.1); draft revisions to same (.3); update database with same (.1); draft email to B. Ruhlander re same (.1) | 0.80 | 36.00 |
| | AL | Update database with Fragomen's June fee application (.2); Casner's May electronic detail (.1); Fragomen's May fee application (.2); Fragomen's April fee application (.2); Casner's May fee application (.2); | 0.90 | 40.50 |
| 7/19/2012 | AL | Receive and review email from B. Ruhlander re Pachulski's 44Q FR (.1); update database with same (.2); draft email to W. Smith re approval of same (.1) | 0.40 | 18.00 |
| | AL | Update database with Fragomen's April through June fee application (.2); Blackstone's May electronic detail (.1); | 0.30 | 13.50 |
| | BSR | Continued drafting of omnibus final report for the 44th interim period | 0.60 | 171.00 |
| 7/20/2012 | BSR | Draft final report re Pachulski's 44th quarterly fee application | 0.30 | 85.50 |
| | BSR | Continued drafting of omnibus final report for the 44th interim period | 1.90 | 541.50 |
| | BSR | telephone conference with James Wehrmann re PwC expense issues | 0.10 | 28.50 |
| | BSR | E-mail to Pachulski re final report (44Q) | 0.10 | 28.50 |
| | BSR | Draft exhibit for fee order for the 44th interim fee applications | 1.60 | 456.00 |
| | BSR | Review of Deloitte Tax's quarterly fee application for the 42nd interim period (July through Sept. 2011) (monthly applications previously reviewed) | 0.10 | 28.50 |
| | WHS | receive, review, and respond to email from Bobbi Ruhlander re 44th Pachulski | 0.20 | 59.00 |
| | WHS | detailed review of FR Pachulski 44Q 1-3.12 | 0.20 | 59.00 |

W.R. Grace & Co.                                                                                                                     Page    9

|            |     |                                                                                                                                                                                                 | Hours | Amount |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 7/20/2012  | AL  | Receive and review email from W. Smith re approval of Pachulski's 44Q FR (.1); prepare for electronic filing with the court (.3); update database with same (.1); electronic filing with the court of Pachulski's 44Q FR (.4); prepare same for service (.1) | 1.00  | 45.00  |
| 7/22/2012  | AL  | research PACER for docket numbers of interim fee applications, amounts applied for, final report docket numbers and dates, amounts approved, order docket numbers and dates entered re Ferry Joseph's 1st - 15th interims and update chart accordingly | 4.00  | 180.00 |
| 7/23/2012  | JAW | detailed review of PwC's May 2012 fee application (0.60)                                                                                                                                        | 0.60  | 93.00  |
|            | JAW | detailed review of Anderson's May 2012 fee application (2.50)                                                                                                                                   | 2.50  | 387.50 |
|            | JAW | detailed review of Casner's May 2012 fee application (0.40)                                                                                                                                     | 0.40  | 62.00  |
|            | JAW | detailed review of Fragomen's April 2012 fee application (0.30)                                                                                                                                 | 0.30  | 46.50  |
|            | JAW | detailed review of Fragomen's June 2012 fee application (0.30)                                                                                                                                  | 0.30  | 46.50  |
|            | JAW | detailed review of Fragomen's May 2012 fee application (0.30)                                                                                                                                   | 0.30  | 46.50  |
|            | JAW | detailed review of PwC-Darex Puerto Rico Audit's 2011 December 1, 2011 to May 31, 2012 fee application (0.40)                                                                                   | 0.40  | 62.00  |
|            | JAW | detailed review of PwC-GRP's April 1, 2012 to May 31, 2012 fee application (0.30)                                                                                                               | 0.30  | 46.50  |
|            | JAW | detailed review of Woodcock's May 2012 fee application (0.40)                                                                                                                                   | 0.40  | 62.00  |
| 7/24/2012  | BSR | Review of Morris James' invoices provided by Holme Roberts & Owens in response to our initial report                                                                                            | 2.70  | 769.50 |
| 7/25/2012  | BSR | Continued review of Morris James' invoices                                                                                                                                                      | 3.40  | 969.00 |
|            | AL  | Update database with Phillip's June electronic detail (.1); Orrick's June electronic detail (.2); Towers' June electronic detail (.1); receive and review email from B. Ruhlander re hard copies of same (.1); | 0.50  | 22.50  |
| 7/26/2012  | AL  | Update database with Ferry's May CNO (.1); ARPC's May CNO (.1)                                                                                                                                  | 0.20  | 9.00   |
| 7/27/2012  | BSR | Draft email to Eric Johnson of Holme Roberts & Owen re Morris James invoices, along with exhibit to be attached to final report                                                                 | 1.90  | 541.50 |
|            | AL  | Update database with Casner's May fee application (.2); Pachulski's May electronic detail (.2); Reed's June electronic detail (.1)                                                              | 0.50  | 22.50  |
| 7/30/2012  | BSR | Research docket for case status and applications (44Q) not yet received                                                                                                                         | 0.10  | 28.50  |
|            | AL  | Update database with Pachulski's May fee application (.2); Stroock's June electronic detail (.1)                                                                                                | 0.30  | 13.50  |

W.R. Grace & Co. Page 10

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 7/30/2012 BSR | E-mail to Beveridge & Diamond re response to initial reports (43rd and 44th) | | 0.10 | 28.50 |
| 7/31/2012 JAW | Draft summary of Fragomen's May 2012 fee application (0.30) | | 0.30 | 46.50 |
| AL | Receive and review email from J. Wehrmann re 44th interim (.1); update database with Blackstone's May (.1) Pachulski's May (.2) AKO's May (.2) Casner's May (.1) Fragomen's April (.2) Woodcock's May (.1) Fragomen's June (.2) Fragomen's May (.1) and PWC's May (.2) fee and expense summaries ; PWC's May CNO (.1); Kramer's June electronic detail (.2); | | 1.80 | 81.00 |
| AL | Update database with Orrick's June fee application (.2);  Pachulski's May CNO (.1)Austern's June fee application (.2);  PWC's May CNO (.1); Stroock's June fee application (.2); K&E's April CNO (.1); Foley's June fee application (.2);  Higgins' June fee application (.2); Higgins' June electronic detail (.1); Towers'June fee application (.2); | | 1.60 | 72.00 |
| JAW | Draft e-mail to A. Lopez forwarding summaries prepared various applicants and months (0.20) | | 0.20 | 31.00 |
| JAW | Draft summary of PWC-Darex Puerto Rico Audit's December 1, 2011 to May 31, 2012 fee application (0.20) | | 0.20 | 31.00 |
| JAW | Draft summary of PWC-GRP's April 1, 2012 to May 31, 2012 fee application (0.20) | | 0.20 | 31.00 |
| JAW | Draft summary of PWC's May 2012 fee application (0.30) | | 0.30 | 46.50 |
| JAW | Draft summary of Anderson's May 2012 fee application (0.20) | | 0.20 | 31.00 |
| JAW | Draft summary of Fragomen's June 2012 fee application (0.30) | | 0.30 | 46.50 |
| JAW | Draft summary of Woodcock's May 2012 fee application (0.10) | | 0.10 | 15.50 |
| JAW | Draft summary of Fragomen's April 2012 fee application (0.20) | | 0.20 | 31.00 |
| JAW | Draft summary of Casner's May 2012 fee application (0.10) | | 0.10 | 15.50 |
| JAW | detailed review of Pachulski's May 2012 fee application (1.50); draft summary of same (0.30) | | 1.80 | 279.00 |
| JAW | detailed review of Blackstone's May 2012 fee application (0.30); draft summary of same (0.10) | | 0.40 | 62.00 |
| | **For professional services rendered** | | **92.70** | **$14,681.50** |

W.R. Grace & Co.                                                                                                   Page    11

Additional Charges :

|  | Amount |
|---|---|
| 7/12/2012 FedEx | 16.18 |
| 7/31/2012 Third party copies & document prep/setup. | 179.57 |
| Copying cost | 25.70 |
| PACER Charges | 60.50 |
| **Total additional charges** | **$281.95** |
| **Total amount of this bill** | **$14,963.45** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Alexa L. Parnell | 0.30 | 175.00 | $52.50 |
| Anthony Lopez | 31.30 | 45.00 | $1,408.50 |
| Bobbi S. Ruhlander | 28.40 | 285.00 | $8,094.00 |
| Doreen Williams | 0.20 | 165.00 | $33.00 |
| James A. Wehrmann | 32.10 | 155.00 | $4,975.50 |
| Warren H Smith | 0.40 | 295.00 | $118.00 |