# EXHIBIT - A

**W.R. Grace & Co.**
**Fee Application Preparation**
**For the month of July 2012**

| Date | Hours | Description of Services Provided | Bill Rate | Extended Cost |
|---|---|---|---|---|
| **FEE APPLICATION PREPARATION** | | | | |
| **Maximiliano Benitez** | | | | |
| 2-Jul | 1.0 | Preparing the June 2012 fee application | $ 123.00 | $ 123.00 |
| 13-Jul | 5.0 | Preparing the June 2012 fee application | $ 123.00 | $ 615.00 |
| | 6.0 | | | |
| | 6.0 | **Total Grace Fee Application Charged Hours** | | $ 738.00 |

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Cody L Smith | Audit Partner | 20+ | Integrated Audit | 1,074.42 | 3.0 | $ 3,223.26 |
| Marc A Panucci | Audit Partner | 20+ | Integrated Audit | 1,074.42 | 2.0 | $ 2,148.84 |
| Jennifer A James | Audit Partner | 20+ | Integrated Audit | 825.50 | 1.5 | $ 1,238.25 |
| Thomas E Smith | Audit Partner | 20+ | Integrated Audit | 812.80 | 47.5 | $ 38,608.00 |
| John C Stieg | Audit Partner | 20+ | Integrated Audit | 778.51 | 1.5 | $ 1,167.77 |
| Jill McCormack | Audit Partner | 20+ | Integrated Audit | 702.31 | 8.5 | $ 5,969.64 |
| John Edward Newstead | Audit Partner | 20+ | Integrated Audit | 702.31 | 3.4 | $ 2,387.85 |
| George B Baccash | Tax Partner | 20+ | Integrated Audit | 639.60 | 2.0 | $ 1,279.20 |
| Jody B Underhill | Tax Director | 10 | Integrated Audit | 426.40 | 39.8 | $ 25,336.68 |
| Katherine Stivers Matheson | Audit Senior Manager | 10 | Integrated Audit | 490.22 | 9.5 | $ 4,657.09 |
| David C Sands | Audit Director | 10 | Integrated Audit | 445.77 | 2.5 | $ 1,186.05 |
| Ilanit Shtein | Audit Senior Manager | 9 | Integrated Audit | 440.69 | 2.6 | $ 1,145.79 |
| Pavel Katsiak | Audit Manager | 7 | Integrated Audit | 358.14 | 83.5 | $ 29,904.69 |
| Phillip Crosby | Audit Manager | 7 | Integrated Audit | 240.03 | 3.0 | $ 720.09 |
| Elizabeth Sama | Tax Senior Associate | 6 | Integrated Audit | 249.60 | 29.0 | $ 7,238.40 |
| Alexandra L Schmidt | Audit Senior Associate | 6 | Integrated Audit | 246.38 | 193.0 | $ 47,551.34 |
| Kathleen Elizabeth Bradley | Audit Senior Associate | 4 | Integrated Audit | 242.57 | 167.6 | $ 40,654.73 |
| William D Struthers | Audit Experienced Associate | 2 | Integrated Audit | 170.18 | 61.0 | $ 10,380.98 |
| Eric Seth Meyer | Tax Experienced Associate | 2 | Integrated Audit | 166.40 | 31.9 | $ 5,308.16 |
| Drew Levy | Audit Experienced Associate | 2 | Integrated Audit | 170.18 | 164.0 | $ 27,909.52 |
| Rubin Rakovsky | Audit Experienced Associate | 2 | Integrated Audit | 170.18 | 131.0 | $ 22,293.58 |
| Mauricio Ciparelli | Project Specialist | 1 | Integrated Audit | 123.00 | 4.0 | $ 492.00 |
| Macarena Treves | Project Specialist | 1 | Integrated Audit | 123.00 | 0.3 | $ 36.90 |
| Adriano Carisimo | Project Specialist | 1 | Integrated Audit | 123.00 | 7.5 | $ 922.50 |
| Tomas Rodriguez | Project Specialist | 1 | Integrated Audit | 123.00 | 1.0 | $ 123.00 |
| Elizabeth Romano | Project Specialist | 1 | Integrated Audit | 123.00 | 3.0 | $ 369.00 |
| Fernando Casais | Project Specialist | 1 | Integrated Audit | 123.00 | 0.5 | $ 61.50 |
| Juan Pascual | Project Specialist | 1 | Integrated Audit | 123.00 | 1.5 | $ 184.50 |
| Leonel Felice | Project Specialist | 1 | Integrated Audit | 123.00 | 5.5 | $ 676.50 |
| Veronica Sajnin | Project Specialist | 1 | Integrated Audit | 123.00 | 1.3 | $ 159.90 |
| Sabina Talevi | Project Specialist | 1 | Integrated Audit | 123.00 | 9.5 | $ 1,168.50 |
| Claudia Ziemba | Project Specialist | 1 | Integrated Audit | 123.00 | 0.8 | $ 98.40 |
| Karina Lizarraga | Project Specialist | 1 | Integrated Audit | 123.00 | 8.2 | $ 1,008.60 |
| Daiana Buono | Project Specialist | 1 | Integrated Audit | 121.09 | 11.8 | $ 1,428.86 |
| María F Castro Bianchi | Project Specialist | 1 | Integrated Audit | 120.50 | 3.0 | $ 361.50 |
| Lorena Bravo | Project Specialist | 1 | Integrated Audit | 118.00 | 1.0 | $ 118.00 |

| Name | Title | | Role | Rate | Hours | Amount |
|---|---|---|---|---:|---:|---:|
| Rajni Sharma | Project Specialist | 1 | Integrated Audit | 114.32 | 0.3 | $ 34.30 |
| Rini Biswas | Project Specialist | 1 | Integrated Audit | 114.30 | 0.3 | $ 34.29 |
| Subhajyoti Ghosh | Project Specialist | 1 | Integrated Audit | 114.30 | 0.7 | $ 80.01 |
| Joydeb Singh | Project Specialist | 1 | Integrated Audit | 114.29 | 0.2 | $ 22.86 |
| Rajtilak Bhattacharjee | Project Specialist | 1 | Integrated Audit | 114.25 | 0.1 | $ 11.43 |
| Katey Rymer Webber | Audit Intern | 1 | Integrated Audit | 63.50 | 138.0 | $ 8,763.00 |
| | | | | **Total** | **1,186.3** | **$ 296,465.46** |