# EXHIBIT - B

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
**For the period ended July 2012**

| Personnel | Date | Title | Expense | Description |
|---|---|---|---|---|
| **Drew Levy** | | | | |
| | 2-Jul | Audit Partner | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 3-Jul | Audit Partner | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 9-Jul | Audit Partner | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 10-Jul | Audit Partner | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 11-Jul | Audit Partner | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 12-Jul | Audit Partner | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 13-Jul | Audit Partner | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 16-Jul | Audit Partner | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 17-Jul | Audit Partner | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 18-Jul | Audit Partner | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 19-Jul | Audit Partner | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 20-Jul | Audit Partner | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 22-Jul | Audit Partner | $ 537.71 | Roundtrip coach flight to Chicago, IL for travel to Grace site in Chicago, IL. |
| | 22-Jul | Audit Partner | $ 710.60 | Nightly rate @177.65 per night for 4 nights at Marriott hotel during travel to Grace in Chicago, IL. |
| | 22-Jul | Audit Partner | $ 117.24 | Hotel taxes @29.31 per night for 4 nights at Marriott hotel during travel to Grace in Chicago, IL. |
| | 22-Jul | Audit Partner | $ 52.00 | Hotel parking @13.00 per night for 4 nights at Marriott hotel during travel to Grace in Chicago, IL. |
| | 22-Jul | Audit Partner | $ 14.12 | Hotel internet charges for working out of hotel room during travel to Grace in Chicago, IL. |
| | 22-Jul | Audit Partner | $ 300.40 | Expense for rental car during travel to Grace site in Chicago, IL. |
| | 22-Jul | Audit Partner | $ 32.00 | Airport parking during travel to Grace in Chicago, IL. |
| | 27-Jul | Audit Partner | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 30-Jul | Audit Partner | $ 3.50 | Toll incurred during travel from Logan Airport to Grace site in Cambridge, MA. |
| | 30-Jul | Audit Partner | $ 7.04 | Travel breakfast during travel to Boston, MA for travel to Grace site in Cambridge, MA. |
| | 30-Jul | Audit Partner | $ 218.40 | Roundtrip coach flight to Boston, MA for travel to Grace site in Cambridge, MA. |
| | 31-Jul | Audit Partner | $ 87.75 | Travel dinner for D. Levy (PwC), D. Richardson (Grace), and M. Berrigan (Grace) during travel to Boston, MA for travel to Grace site in Cambridge, MA. |
| **Eric Meyer** | | | | |
| | 16-Jul | Audit Partner | $ 55.50 | Roundtrip (100 miles) From Miami to Client (50 miles less 0 miles regular office commute= 50 Miles) |
| | 16-Jul | Audit Partner | $ 2.50 | SunPass tolls (Fluctuate depending on traffic) |
| | 17-Jul | Audit Partner | $ 55.50 | Roundtrip (100 miles) From Miami to Client (50 miles less 0 miles regular office commute= 50 Miles) |
| | 17-Jul | Audit Partner | $ 3.00 | SunPass tolls (Fluctuate depending on traffic) |
| | 18-Jul | Audit Partner | $ 55.50 | Roundtrip (100 miles) From Miami to Client (50 miles less 0 miles regular office commute= 50 Miles) |
| | 18-Jul | Audit Partner | $ 4.50 | SunPass tolls (Fluctuate depending on traffic) |
| **Katey Webber** | | | | |
| | 2-Jul | Audit Partner | $ 4.44 | Mileage in excess of daily commute (42 miles - 34 normal commute miles * rate 0 .555 per mile). |
| | 2-Jul | Audit Partner | $ 3.90 | Roundtrip tolls during daily commute to client site |
| | 3-Jul | Audit Partner | $ 4.44 | Mileage in excess of daily commute (42 miles - 34 normal commute miles * rate 0 .555 per mile). |
| | 3-Jul | Audit Partner | $ 3.90 | Roundtrip tolls during daily commute to client site |
| | 9-Jul | Audit Partner | $ 4.44 | Mileage in excess of daily commute (42 miles - 34 normal commute miles * rate 0 .555 per mile). |
| | 9-Jul | Audit Partner | $ 3.90 | Roundtrip tolls during daily commute to client site |
| | 10-Jul | Audit Partner | $ 4.44 | Mileage in excess of daily commute (42 miles - 34 normal commute miles * rate 0 .555 per mile). |
| | 10-Jul | Audit Partner | $ 3.90 | Roundtrip tolls during daily commute to client site |
| | 11-Jul | Audit Partner | $ 4.44 | Mileage in excess of daily commute (42 miles - 34 normal commute miles * rate 0 .555 per mile). |
| | 11-Jul | Audit Partner | $ 3.90 | Roundtrip tolls during daily commute to client site |
| | 12-Jul | Audit Partner | $ 4.44 | Mileage in excess of daily commute (42 miles - 34 normal commute miles * rate 0 .555 per mile). |
| | 12-Jul | Audit Partner | $ 3.90 | One way of tolls during daily commute to client site |
| | 13-Jul | Audit Partner | $ 4.44 | Mileage in excess of daily commute (42 miles - 34 normal commute miles * rate 0 .555 per mile). |
| | 13-Jul | Audit Partner | $ 3.90 | One way of tolls during daily commute to client site |
| | 16-Jul | Audit Partner | $ 4.44 | Mileage in excess of daily commute (42 miles - 34 normal commute miles * rate 0 .555 per mile). |
| | 16-Jul | Audit Partner | $ 3.90 | Roundtrip tolls during daily commute to client site |
| | 17-Jul | Audit Partner | $ 4.44 | Mileage in excess of daily commute (42 miles - 34 normal commute miles * rate 0 .555 per mile). |
| | 17-Jul | Audit Partner | $ 3.90 | Roundtrip tolls during daily commute to client site |
| | 18-Jul | Audit Partner | $ 4.44 | Mileage in excess of daily commute (42 miles - 34 normal commute miles * rate 0 .555 per mile). |
| | 18-Jul | Audit Partner | $ 3.90 | Roundtrip tolls during daily commute to client site |
| | 19-Jul | Audit Partner | $ 4.44 | Mileage in excess of daily commute (42 miles - 34 normal commute miles * rate 0 .555 per mile). |
| | 19-Jul | Audit Partner | $ 3.90 | Roundtrip tolls during daily commute to client site |
| | 20-Jul | Audit Partner | $ 4.44 | Mileage in excess of daily commute (42 miles - 34 normal commute miles * rate 0 .555 per mile). |

| | Date | Role | | Amount | Description |
|---|---|---|---|---:|---|
| | 20-Jul | Audit Partner | $ | 1.95 | Roundtrip tolls during daily commute to client site |
| | 23-Jul | Audit Partner | $ | 4.44 | Mileage in excess of daily commute (42 miles - 34 normal commute miles * rate 0 .555 per mile). |
| | 23-Jul | Audit Partner | $ | 3.90 | Roundtrip tolls during daily commute to client site |
| | 24-Jul | Audit Partner | $ | 4.44 | Mileage in excess of daily commute (42 miles - 34 normal commute miles * rate 0 .555 per mile). |
| | 24-Jul | Audit Partner | $ | 2.75 | Roundtrip tolls during daily commute to client site |
| | 26-Jul | Audit Partner | $ | 4.44 | Mileage in excess of daily commute (42 miles - 34 normal commute miles * rate 0 .555 per mile). |
| | 26-Jul | Audit Partner | $ | 3.90 | Roundtrip tolls during daily commute to client site |
| | 27-Jul | Audit Partner | $ | 4.44 | Mileage in excess of daily commute (42 miles - 34 normal commute miles * rate 0 .555 per mile). |
| | 27-Jul | Audit Partner | $ | 3.90 | Roundtrip tolls during daily commute to client site |
| | 30-Jul | Audit Partner | $ | 4.44 | Mileage in excess of daily commute (42 miles - 34 normal commute miles * rate 0 .555 per mile). |
| | 30-Jul | Audit Partner | $ | 3.90 | Roundtrip tolls during daily commute to client site |
| | 31-Jul | Audit Partner | $ | 4.44 | Mileage in excess of daily commute (42 miles - 34 normal commute miles * rate 0 .555 per mile). |
| | 31-Jul | Audit Partner | $ | 3.90 | Roundtrip tolls during daily commute to client site |
| | 1-Aug | Audit Partner | $ | 4.44 | Mileage in excess of daily commute (42 miles - 34 normal commute miles * rate 0 .555 per mile). |
| | 1-Aug | Audit Partner | $ | 3.90 | Roundtrip tolls during daily commute to client site |
| | 2-Aug | Audit Partner | $ | 4.44 | Mileage in excess of daily commute (42 miles - 34 normal commute miles * rate 0 .555 per mile). |
| | 2-Aug | Audit Partner | $ | 3.90 | Roundtrip tolls during daily commute to client site |
| | 3-Aug | Audit Partner | $ | 4.44 | Mileage in excess of daily commute (42 miles - 34 normal commute miles * rate 0 .555 per mile). |
| | 3-Aug | Audit Partner | $ | 3.90 | Roundtrip tolls during daily commute to client site |
| **Kathleen Bradley** | | | | | |
| | 2-Jul | Audit Partner | $ | 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 2-Jul | Audit Partner | $ | 6.70 | Roundtrip tolls during daily commute to client site |
| | 3-Jul | Audit Partner | $ | 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 3-Jul | Audit Partner | $ | 6.70 | Roundtrip tolls during daily commute to client site |
| | 8-Jul | Audit Partner | $ | 31.08 | Rountrip mileage for travel to and from IAD airport for travel to Manila, Philippines (56 mile * 0.555 per mile). |
| | 8-Jul | Audit Partner | $ | 7,173.50 | Rountrip business class airfare from Washington, DC to Manila, Philippines for K.Matheson (PwC) for visit to WR Grace Manila Operations Center for audit. |
| | 8-Jul | Audit Partner | $ | 8,447.50 | Rountrip business class airfare from Washington, DC to Manila, Philippines for K.Bradley (PwC) for visit to WR Grace Manila Operations Center for audit. |
| | 9-Jul | Audit Partner | $ | 41.11 | Transportation for K.Bradley & K.Matheson (PwC) from the Manila, Philippines airport to the Bellevue Hotel in Manila during trip to Manila Operations Center |
| | 9-Jul | Audit Partner | $ | 676.00 | Room at the Bellevue Hotel in Manila during trip to Manila Operations Center (4 nights @ 169.00 per night) |
| | 9-Jul | Audit Partner | $ | 17.83 | Airport Exit Fee - Manila International Airport Authority |
| | 16-Jul | Audit Partner | $ | 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 16-Jul | Audit Partner | $ | 6.70 | Roundtrip tolls during daily commute to client site |
| | 17-Jul | Audit Partner | $ | 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 17-Jul | Audit Partner | $ | 6.70 | Roundtrip tolls during daily commute to client site |
| | 18-Jul | Audit Partner | $ | 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 18-Jul | Audit Partner | $ | 6.70 | Roundtrip tolls during daily commute to client site |
| | 19-Jul | Audit Partner | $ | 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 19-Jul | Audit Partner | $ | 6.70 | One way of tolls during daily commute to client site |
| | 20-Jul | Audit Partner | $ | 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 20-Jul | Audit Partner | $ | 6.70 | One way of tolls during daily commute to client site |
| | 23-Jul | Audit Partner | $ | 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 23-Jul | Audit Partner | $ | 6.05 | Roundtrip tolls during daily commute to client site |
| | 24-Jul | Audit Partner | $ | 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 24-Jul | Audit Partner | $ | 6.05 | Roundtrip tolls during daily commute to client site |
| | 24-Jul | Audit Partner | $ | 131.51 | Overtime dinner on site for 5 (K.Matheson, K.Bradley, A.Schmidt, B.Struthers, and K.Webber (all PwC)) |
| | 25-Jul | Audit Partner | $ | 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 25-Jul | Audit Partner | $ | 6.05 | Roundtrip tolls during daily commute to client site |
| | 26-Jul | Audit Partner | $ | 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 26-Jul | Audit Partner | $ | 6.05 | Roundtrip tolls during daily commute to client site |
| | 27-Jul | Audit Partner | $ | 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 27-Jul | Audit Partner | $ | 6.70 | Roundtrip tolls during daily commute to client site |
| | 30-Jul | Audit Partner | $ | 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 30-Jul | Audit Partner | $ | 6.05 | Roundtrip tolls during daily commute to client site |
| | 31-Jul | Audit Partner | $ | 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 31-Jul | Audit Partner | $ | 6.70 | Roundtrip tolls during daily commute to client site |
| **Katherine Matheson** | | | | | |
| | 8-Jul | Audit Partner | $ | 73.44 | Taxi charge from home to IAD airport |
| | 8-Jul | Audit Partner | $ | 8.42 | Meal for 1 (K. Matheson) while traveling |
| | 10-Jul | Audit Partner | $ | 10.67 | Meal for 1 (K. Matheson) while traveling |
| | 13-Jul | Audit Partner | $ | 96.00 | Dinner for 4 (K. Matheson, K. Bradley - PwC; B. Hoover, D. Richardson - Grace) while traveling in Manila |
| | 13-Jul | Audit Partner | $ | 676.36 | The Bellevue hotel for 4 nights in Manila, Philippines (rate of $169.09 per night) |
| | 13-Jul | Audit Partner | $ | 40.79 | Shuttle charge from hotel to Manila airport |
| | 11-Jul | Audit Partner | $ | 18.03 | Dinner for 1 (K. Matheson) - Room service at Bellevue |
| | 11-Jul | Audit Partner | $ | 52.06 | Printing and fax charges at the Bellevue Hotel |

| | | | | |
|---|---|---|---|---|
| | 14-Jul | Audit Partner | $ 61.50 | Taxi charge from IAD airport to home |
| | 14-Jul | Audit Partner | $ 9.80 | Meal for 1 (K. Matheson) while traveling |
| | 13-Jul | Audit Partner | $ 5.41 | ATM Fees for obtaining cash for business expenses while in Manila, PH |
| | 13-Jul | Audit Partner | $ 17.83 | Airport Exit Fee - Manila International Airport Authority |
| | 16-Jul | Audit Partner | $ 31.08 | Mileage in excess of daily commute (72 miles - 16 normal commute miles * rate 0 .555 per mile). |
| | 17-Jul | Audit Partner | $ 31.08 | Mileage in excess of daily commute (72 miles - 16 normal commute miles * rate 0 .555 per mile). |
| | 18-Jul | Audit Partner | $ 31.08 | Mileage in excess of daily commute (72 miles - 16 normal commute miles * rate 0 .555 per mile). |
| | 20-Jul | Audit Partner | $ 31.08 | Mileage in excess of daily commute (72 miles - 16 normal commute miles * rate 0 .555 per mile). |
| | 24-Jul | Audit Partner | $ 31.08 | Mileage in excess of daily commute (72 miles - 16 normal commute miles * rate 0 .555 per mile). |
| | 25-Jul | Audit Partner | $ 31.08 | Mileage in excess of daily commute (72 miles - 16 normal commute miles * rate 0 .555 per mile). |
| | 27-Jul | Audit Partner | $ 31.08 | Mileage in excess of daily commute (72 miles - 16 normal commute miles * rate 0 .555 per mile). |
| | 30-Jul | Audit Partner | $ 31.08 | Mileage in excess of daily commute (72 miles - 16 normal commute miles * rate 0 .555 per mile). |
| **Pavel Katsiak** | | | | |
| | 16-Jul | Audit Partner | $ 29.98 | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.56/mile |
| | 18-Jul | Audit Partner | $ 29.98 | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.56/mile |
| | 19-Jul | Audit Partner | $ 29.98 | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.56/mile |
| | 20-Jul | Audit Partner | $ 29.98 | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.56/mile |
| | 23-Jul | Audit Partner | $ 29.98 | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.56/mile |
| | 24-Jul | Audit Partner | $ 29.98 | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.56/mile |
| | 25-Jul | Audit Partner | $ 29.98 | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.56/mile |
| | 26-Jul | Audit Partner | $ 29.98 | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.56/mile |
| | 27-Jul | Audit Partner | $ 29.98 | Mileage in excess over regular commute of 27 miles one way. Distance from Arlington, VA to Columbia, MD of 40 miles - Regular Commute of 13 miles = 27 miles @ $0.56/mile |
| **Rubin Rakovsky** | | | | |
| | 9-Jul | Audit Partner | $ 23.31 | Mileage in excess of daily commute (60 miles - 18 normal commute miles * rate 0 .555 per mile). |
| | 10-Jul | Audit Partner | $ 23.31 | Mileage in excess of daily commute (60 miles - 18 normal commute miles * rate 0 .555 per mile). |
| | 11-Jul | Audit Partner | $ 23.31 | Mileage in excess of daily commute (60 miles - 18 normal commute miles * rate 0 .555 per mile). |
| | 12-Jul | Audit Partner | $ 23.31 | Mileage in excess of daily commute (60 miles - 18 normal commute miles * rate 0 .555 per mile). |
| | 13-Jul | Audit Partner | $ 23.31 | Mileage in excess of daily commute (60 miles - 18 normal commute miles * rate 0 .555 per mile). |
| | 16-Jul | Audit Partner | $ 23.31 | Mileage in excess of daily commute (60 miles - 18 normal commute miles * rate 0 .555 per mile). |
| | 17-Jul | Audit Partner | $ 23.31 | Mileage in excess of daily commute (60 miles - 18 normal commute miles * rate 0 .555 per mile). |
| | 18-Jul | Audit Partner | $ 23.31 | Mileage in excess of daily commute (60 miles - 18 normal commute miles * rate 0 .555 per mile). |
| | 19-Jul | Audit Partner | $ 23.31 | Mileage in excess of daily commute (60 miles - 18 normal commute miles * rate 0 .555 per mile). |
| | 20-Jul | Audit Partner | $ 23.31 | Mileage in excess of daily commute (60 miles - 18 normal commute miles * rate 0 .555 per mile). |
| | 23-Jul | Audit Partner | $ 23.31 | Mileage in excess of daily commute (60 miles - 18 normal commute miles * rate 0 .555 per mile). |
| | 24-Jul | Audit Partner | $ 23.31 | Mileage in excess of daily commute (60 miles - 18 normal commute miles * rate 0 .555 per mile). |
| | 25-Jul | Audit Partner | $ 23.31 | Mileage in excess of daily commute (60 miles - 18 normal commute miles * rate 0 .555 per mile). |
| | 26-Jul | Audit Partner | $ 23.31 | Mileage in excess of daily commute (60 miles - 18 normal commute miles * rate 0 .555 per mile). |
| | 27-Jul | Audit Partner | $ 23.31 | Mileage in excess of daily commute (60 miles - 18 normal commute miles * rate 0 .555 per mile). |
| **Thomas Smith** | | | | |
| | 18-Jul | Audit Partner | $ 38.86 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.56 per mile). |
| | 20-Jul | Audit Partner | $ 38.86 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.56 per mile). |
| | 23-Jul | Audit Partner | $ 38.86 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.56 per mile). |
| | 30-Jul | Audit Partner | $ 38.86 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.56 per mile). |

**Total**
$ 21,545.16