# EXHIBIT A

# ORRICK, HERRINGTON & SUTCLIFFE LLP

# INVOICES FOR THE TIME PERIOD

# JULY 1-31, 2012



## ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, D.C. 20005-1706

tel +1-202-339-8400
fax +1-202-339-8500

WWW.ORRICK.COM

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

August 15, 2012
Client No. 17367
Invoice No. 1378342

Orrick Contact: Roger Frankel

| | | |
|---|---|---|
| FOR SERVICES RENDERED through July 31, 2012 in connection with the matters described on the attached pages: | $ | 249,687.25 |
| DISBURSEMENTS as per attached pages: | | 1,697.47 |
| **TOTAL CURRENT FEES & DISBURSEMENTS (Pay this Amount):** | $ | **251,384.72** |

Matter(s): 17367/11, 13, 15, 7, 8, 9

## DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:
$269,517.29
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701.  Fax (304) 231-2501.

## REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

| **REMITTANCE ADDRESS:** | **ELECTRONIC FUNDS TRANSFERS:** | **OVERNIGHT DELIVERY:** |
|---|---|---|
| *Orrick, Herrington & Sutcliffe LLP*<br>*Lockbox #774619*<br>*4619 Solutions Center*<br>*Chicago, IL 60677-4006*<br>*Reference: 17367/ Invoice: 1378342* | ***ACH & Wire Transfers:***<br>***ABA Number 121000248***<br>**SWIFT CODE: WFBIUS6S**<br>***Account Number: 4123701088***<br>*Wells Fargo*<br>*420 Montgomery Street*<br>*San Francisco, CA 94104*<br>*Account of*<br>*Orrick, Herrington & Sutcliffe LLP*<br>*Reference: 17367/ Invoice: 1378342*<br>*E.I.N. 94-2952627* | *Orrick, Herrington & Sutcliffe LLP*<br>*c/o Wells Fargo*<br>*Attn: Lockbox #774619*<br>*350 East Devon Avenue*<br>*Itasca, IL 60143*<br>*(213) 614-3248*<br>*Reference: 17367/ Invoice: 1378342* |



ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, D.C. 20005-1706

tel +1-202-339-8400
fax +1-202-339-8500

WWW.ORRICK.COM

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

August 15, 2012
Client No. 17367
Invoice No. 1378342

Orrick Contact: Roger Frankel

For Legal Services Rendered Through July 31, 2012 in Connection With:

**Matter:  7 - Insurance Matters**

| 07/02/12 | P. Mahaley | Review post-petition settlement agreements regarding payment terms and conditions. | 4.00 |
|---|---|---|---|
| 07/03/12 | P. Mahaley | Telephone conference with R. Wyron re revisions to draft summary of payment terms and conditions of post-petition insurance settlement agreements. | 0.50 |
| 07/05/12 | D. Felder | Review and revise Royal insurance escrow agreement and e-mail correspondence with M. Wallace regarding same. | 0.50 |
| 07/06/12 | D. Felder | Review draft Royal escrow agreement and e-mail correspondence from M. Wallace regarding same. | 0.30 |
| 07/09/12 | P. Mahaley | Analyze and propose revisions to spreadsheet analysis of insurance payments due on the Effective Date (.5); review and revise draft escrow agreement for Royal (.8). | 1.30 |
| 07/17/12 | P. Mahaley | Review and revise draft escrow agreement for Royal settlement. | 0.50 |
| 07/18/12 | D. Felder | Review and revise escrow agreement for Royal settlement (.8); e-mail correspondence with P. Mahaley regarding same (.2). | 1.00 |
| 07/19/12 | P. Mahaley | Analyze summary of insurance recoveries re Effective Date considerations. | 0.40 |
| 07/19/12 | R. Wyron | Review Integrity issue (.3); telephone conference with P. Mahaley re Integrity and respond to e-mail re same (.3). | 0.60 |
| 07/23/12 | P. Mahaley | Review and revise draft motion for reconsideration re disallowance of claims by Integrity Insurance Co. in liquidation. | 0.30 |
| 07/23/12 | R. Wyron | Review e-mail from R. Horkovich and e-mails with P. Mahaley re insurance settlement proposal. | 0.20 |
| 07/31/12 | P. Mahaley | Analyze settlement proposal made by insurer. | 0.40 |

|  | Total Hours | 10.00 |  |
|---|---|---|---|
|  | Total For Services |  | $6,791.00 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 2

August 15, 2012
Invoice No. 1378342

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 1.80 | 650.00 | 1,170.00 |
| Peri N. Mahaley | 7.40 | 665.00 | 4,921.00 |
| Richard H. Wyron | 0.80 | 875.00 | 700.00 |
| Total All Timekeepers | 10.00 | $679.10 | $6,791.00 |

**Total For This Matter**                                    **$6,791.00**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 3

August 15, 2012
Invoice No. 1378342

For Legal Services Rendered Through July 31, 2012 in Connection With:

**Matter:  8 - Litigation**

| | | | |
|---|---|---|---|
| 07/02/12 | R. Smith | Call with R. Frankel and R. Wyron regarding proposal to monetize warrant (.3); prepare for same (.1). | 0.40 |
| 07/02/12 | R. Wyron | Review issues on Garlock motion for stay and follow-up. | 0.70 |
| 07/02/12 | R. Frankel | Review, consider P. Lockwood, J. Donley e-mails re Garlock Emergency Stay Motion (.6); prepare notes re same (.3). | 0.90 |
| 07/02/12 | R. Frankel | Read, consider, prepare notes re Garlock Emergency Stay Motion. | 1.60 |
| 07/02/12 | R. Frankel | Read case law re standing of Garlock as to futures. | 1.20 |
| 07/02/12 | R. Frankel | Review e-mails, issues re Grace-warrant transaction. | 0.60 |
| 07/02/12 | R. Frankel | Telephone conference with R. Smith, R. Wyron re Grace transaction (.4); notes re same (.1). | 0.50 |
| 07/02/12 | R. Frankel | Series of e-mails with J. Radecki re hedge transaction. | 0.20 |
| 07/03/12 | D. Felder | Review 2019 issues and analysis (.3); review issues regarding investment bankers and e-mail correspondence with R. Wyron regarding same (.8). | 1.10 |
| 07/03/12 | R. Wyron | Telephone conference with Grace and ACC counsel (.8); review motion for stay pending appeal and e-mails re same (.6). | 1.40 |
| 07/03/12 | R. Wyron | Review insurance proceeds issue (.7); telephone conference with P. Mahaley re proceeds and insurance issues on Effective Date, and e-mails re same (.6). | 1.30 |
| 07/03/12 | R. Frankel | Review transcript of May 17 Garlock hearing in connection with 3rd circuit stay motion. | 1.30 |
| 07/03/12 | R. Frankel | Telephone conference with M. Shelnitz, P. Lockwood, R. Wyron, A. Paul, J. Donley re effective date issues, hedge transaction, Garlock stay motion and follow-up re same. | 1.30 |
| 07/03/12 | R. Frankel | Telephone conference with E. Inselbuch, P. Lockwood re effective date issues, payment percentage (.4); telephone conference with R. Wyron re same (.3); telephone conference with J. Donley re same (.3). | 1.00 |
| 07/03/12 | R. Frankel | Review files re payment percentage, hedge transaction, Montana discussions. | 0.80 |
| 07/03/12 | R. Frankel | Review updated claims analysis from Towers Watson, e-mail from D. Felder re same. | 0.50 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 4

August 15, 2012
Invoice No. 1378342

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 07/03/12 | R. Frankel | Review stipulation and revisions re stay pending appeal (.4); exchange of e-mails with plan proponents re same (.3). | 0.70 |
| 07/05/12 | D. Felder | Review recently filed pleadings and conference with P. Reyes regarding same (.4); review Edwards settlement agreement and e-mail correspondence regarding same (1.0); review Garlock's stay motion and research issues regarding same (1.5); research confirmation and effective date issues (3.5); e-mail correspondence with R. Wyron regarding same (.5); review Plan Proponents' draft response to Garlock's stay motion (1.0). | 7.90 |
| 07/05/12 | R. Wyron | Review draft briefs on Garlock stay motion (1.9); review draft insert (.3); conference re strategy and follow-up (.8). | 3.00 |
| 07/05/12 | R. Wyron | Review warrant proposal and e-mails re same (1.3); conference with R. Frankel and follow-up (.6). | 1.90 |
| 07/05/12 | R. Frankel | Review and revise memo re Effective Date issues. | 1.30 |
| 07/05/12 | R. Frankel | Review Towers Perrin presentations re claims projections, payment percentage (1.2); confer with R. Wyron re same (.4). | 1.60 |
| 07/05/12 | R. Frankel | Review preliminary draft re hedging transaction with Grace (1.2); confer with R. Wyron re same (.3); e-mails with E. Inselbuch re same (.3). | 1.80 |
| 07/05/12 | R. Frankel | Review detailed chart from P. Mahaley re insurance settlement effective date issues. | 0.90 |
| 07/05/12 | R. Frankel | Review as-filed Stipulation re stay pending appeal. | 0.30 |
| 07/05/12 | R. Frankel | Review draft Response to Emergency Stay Motion (2.5); confer with R. Wyron re same (.4). | 2.90 |
| 07/05/12 | R. Frankel | Review P. Lockwood e-mail re draft, review D. Felder memo/e-mail re FCR footnote. | 0.70 |
| 07/06/12 | D. Felder | Review revised drafts of opposition to Garlock's stay motion and note issues regarding same (1.5); research FCR-related issues regarding same (1.0); prepare for telephone conference with Debtors and ACC regarding same (.5); telephone conference with Debtors and ACC regarding same (1.0); review additional revisions to same (.8); review and finalize Third Circuit notices of appearance and corporate disclosure (.3). | 5.10 |
| 07/06/12 | D. Felder | Review payment percentage issues and e-mail correspondence with R. Wyron regarding same. | 0.50 |
| 07/06/12 | R. Wyron | Review warrant issues with ACC counsel (.7); conference with R. Frankel and follow-up (.4). | 1.10 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 5

August 15, 2012
Invoice No. 1378342

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 07/06/12 | R. Wyron | Review draft responses on stay motion and comments re same (1.9); telephone conference with Grace and ACC counsel re response and follow-up (1.7); review Third Circuit filing and follow-up (.2). | 3.80 |
| 07/06/12 | R. Frankel | Review revised marked and clean drafts of Response to Garlock Emergency Stay Motion. | 3.80 |
| 07/06/12 | R. Frankel | Review possible additional footnotes, edits (.9); confer with R. Wyron re same (.3). | 1.20 |
| 07/06/12 | R. Frankel | Telephone conference with H. Huge re status, effective date issues. | 0.30 |
| 07/06/12 | R. Frankel | Telephone conference with J. Donley, M. Shelnitz, R. Wyron, D. Felder, P. Lockwood re draft Response. | 1.10 |
| 07/06/12 | R. Frankel | Review e-mails, forms re corporate disclosures, appearances. | 0.30 |
| 07/06/12 | R. Frankel | Review, consider irreparable harm insert, e-mail from J. Donley. | 0.60 |
| 07/07/12 | R. Frankel | Review July 6 revised draft of Response to Garlock Emergency Stay Motion. | 2.40 |
| 07/07/12 | R. Frankel | Review series of e-mails with C. Landau, P. Lockwood, J. Donley re irreparable harm issues. | 0.70 |
| 07/08/12 | R. Wyron | Review revised draft brief on stay motion (.8); e-mail comments and follow-up re same (.3). | 1.10 |
| 07/08/12 | R. Wyron | Review Tillinghast reports and follow-up re claims analysis. | 0.90 |
| 07/08/12 | R. Frankel | Review July 8 revised draft of Response to Garlock Emergency Stay Motion (1.4); review R. Wyron proposed revisions (.4). | 1.80 |
| 07/08/12 | R. Frankel | Review, consider irreparable harm issue (.8); review exchange of e-mails and prepare responsive e-mail (.6). | 1.40 |
| 07/09/12 | D. Felder | Telephone conference with J. Biggs and R. Wyron regarding payment percentage issues and follow-up regarding same (.5); review final draft of Plan Proponents' opposition to Garlock's stay motion and e-mail correspondence regarding same (.8); review and finalize Third Circuit corporate disclosure and telephone conference with C. Hartman, J. O'Neill and M. Hurford regarding same (.4). | 1.70 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -             August 15, 2012
17367                                                                            Invoice No. 1378342
page 6

| 07/09/12 | R. Wyron | Telephone conference with Tillinghast re projections (.5); review data on open claims, Libby claims and liquidated claims, and follow-up re same (1.7); work on Effective Date issues (.7); review and analyze insurance proceeds and cash flow (1.6); review trust asset valuations and organize notes on open issues (.8); work on closing checklist (.9); review of Libby and BNSF agreements re notices of appeal (.7); telephone conference with M. Giannotto re status (.4). | 7.30 |
| 07/09/12 | R. Frankel | Review notes, series of e-mails in preparation for call with J. Donley, et al. | 0.90 |
| 07/09/12 | R. Frankel | Telephone conference with J. Donley, M. Shelnitz, R. Wyron, P. Lockwood re finalizing Response to Garlock Emergency Motion (.6); notes re same (.1). | 0.70 |
| 07/09/12 | R. Frankel | Review Closing Checklist from M. Wallace (.7); prepare notes re same (.5). | 1.20 |
| 07/09/12 | R. Frankel | Confer with R. Wyron re effective date, due diligence issues. | 0.60 |
| 07/09/12 | R. Frankel | Review cases re equitable mootness doctrine in connection with Emergency Stay Motion. | 1.40 |
| 07/09/12 | R. Frankel | Review final draft for signoff of Response to Garlock Stay Motion. | 0.90 |
| 07/10/12 | D. Fullem | Review recently filed pleadings. | 0.30 |
| 07/10/12 | D. Felder | Conference with R. Frankel, R. Wyron and M. Wallace regarding plan and effective date issues (.6); review notices of appeal filed by BNSF, Montana and Canada and e-mail correspondence regarding same (.3). | 0.90 |
| 07/10/12 | R. Smith | Attention to e-mails re warrant proposal. | 0.20 |
| 07/10/12 | R. Wyron | Review draft closing checklist (.4); conference with R. Frankel, M. Wallace and D. Felder re checklist and follow-up (.5); telephone conference re warrant proposal (.8); review materials re warrant proposal and organize notes (1.2); telephone conference with A. Paul re warrants and settlement issues (.3); conference with R. Frankel re strategy and e-mails re same (.4); telephone conference with Lincoln and follow-up (.6); revise insurance projections for Effective Date (.7); review Tillinghast reports (.4); work on Effective Date analysis (.6). | 5.90 |
| 07/10/12 | R. Wyron | Review oppositions to stay motion at the Third Circuit (.4); review and respond to e-mails re Third Circuit filings (.2). | 0.60 |
| 07/10/12 | R. Frankel | Confer with M. Wallace, D. Felder, R. Wyron re closing, effective date issues. | 0.60 |
| 07/10/12 | R. Frankel | Telephone conference with H. Huge regarding trust issues. | 0.30 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -       August 15, 2012
17367                                                                     Invoice No. 1378342
page 7

| 07/10/12 | R. Frankel | Telephone conference with J. Radecki, J. Solganick, R. Wyron regarding warrant (.6); confer with R. Wyron regarding same (.2); prepare notes regarding status (.4). | 1.20 |
|---|---|---|---|
| 07/10/12 | R. Frankel | Telephone conference with Grace, E. Inselbuch, financial advisors, R. Wyron regarding warrant transaction, hedge. | 1.40 |
| 07/10/12 | R. Frankel | Telephone conference with J. Radecki, J. Solganick, R. Wyron regarding warrant proposal. | 0.70 |
| 07/10/12 | R. Frankel | Confer with R. Wyron regarding warrant proposal, process for approval (.5); telephone conferences with J. Radecki, E. Inselbuch regarding same (.4). | 0.90 |
| 07/10/12 | R. Frankel | Prepare notes regarding warrant transaction in preparation for conference call (.5); exchange of e-mails with R. Wyron regarding same (.3). | 0.80 |
| 07/10/12 | R. Frankel | Review current term sheet, Grace presentation materials in preparation for call with Grace regarding warrant transaction. | 1.60 |
| 07/11/12 | D. Fullem | Review recently filed pleadings. | 0.30 |
| 07/11/12 | R. Smith | Review e-mails re warrant proposal. | 0.10 |
| 07/11/12 | R. Wyron | Review additional hedge information (1.3); conference with R. Frankel and J. Radecki re issues (.6); telephone conference with A. Paul and e-mails re same (.4); review notices of appeal and e-mails re same (.6); review J. Biggs reports (.9). | 3.80 |
| 07/11/12 | R. Frankel | Review notices of appeal (.3); series of e-mails regarding same (.2). | 0.50 |
| 07/11/12 | R. Frankel | Prepare notes regarding warrant transaction. | 1.20 |
| 07/11/12 | R. Frankel | Telephone conference with J. Radecki, R. Wyron regarding warrant transaction (.4); series of e-mails regarding same (.3). | 0.70 |
| 07/11/12 | R. Frankel | Review Montana correspondence, supporting cases in preparation for meeting. | 1.40 |
| 07/11/12 | R. Frankel | Review response of PD legal representative to Garlock Emergency Stay Motion. | 0.60 |
| 07/12/12 | D. Fullem | Confer with D. Felder regarding appearance forms for R. Frankel and R. Wyron in Grace appeals and timing to file same. | 0.50 |
| 07/12/12 | R. Smith | Review e-mails re warrant proposal. | 0.10 |
| 07/12/12 | R. Wyron | Review warrant issues and respond to e-mails re same (.8); telephone conference with R. Frankel and follow-up (.3). | 1.10 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 8

August 15, 2012
Invoice No. 1378342

| 07/12/12 | R. Frankel | Series of e-mails regarding warrant transaction with J. Radecki (.5); telephone conference with R. Wyron regarding same (.3). | 0.80 |
|---|---|---|---|
| 07/13/12 | D. Fullem | Review e-mail from R. Wyron re 3rd circuit appeals. | 0.30 |
| 07/13/12 | R. Wyron | Review data on warrant proposals and telephone conferences re same (1.8); review appeal issues (.3); review draft escrow agreement for Royal settlement and provide comments (1.3); follow-up with investment bankers (.3). | 3.70 |
| 07/13/12 | R. Frankel | Review revised closing checklist from M. Wallace. | 0.60 |
| 07/13/12 | R. Frankel | Telephone conferences with R. Wyron regarding status of warrant discussions (.5); prepare notes-memo regarding warrant negotiation variables (.9). | 1.40 |
| 07/13/12 | R. Frankel | Review memo from M. Wallace regarding S/A, Fresenius conditions regarding plan and offset provisions. | 0.60 |
| 07/13/12 | R. Frankel | Telephone conferences with J. Radecki regarding status of warrant discussions (.8); telephone conference with D. Austern regarding same (.3). | 1.10 |
| 07/13/12 | R. Frankel | Review files re warrant settlement, history of offers and counters. | 1.40 |
| 07/15/12 | R. Frankel | Telephone conference with J. Radecki regarding calls with Blackstone, strategy issues regarding warrants (.4); exchange of e-mails regarding same (.3). | 0.70 |
| 07/15/12 | R. Frankel | Review Garlock's Concise Statement of Case and Reply in Support of Emergency Motion. | 1.20 |
| 07/16/12 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 07/16/12 | D. Felder | Review Garlock's reply in support of stay motion (.4); review cases cited in Garlock's reply (.2); review revised closing checklist and identify follow-up issues (.6). | 1.20 |
| 07/16/12 | R. Wyron | Telephone conference with F. Monaco (.3); prepare for meeting with Montana (.4); review warrant analyses and update issues list (.8); telephone conferences with R. Frankel re issues (.3); telephone conference with Grace counsel re issues and follow-up re same (.6); review Garlock stay motion reply (.3). | 2.70 |
| 07/16/12 | R. Frankel | Telephone conference with R. Wyron and J. Radecki regarding status of warrant negotiations (.3); review scenarios for warrants (.5). | 0.80 |
| 07/16/12 | R. Frankel | Review Garlock Reply regarding Emergency Motion (1.3); notes regarding same (.3). | 1.60 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 9

August 15, 2012
Invoice No. 1378342

| 07/16/12 | R. Frankel | Review historical offers, counters regarding warrant proposals and prepare outline of proposals (.7); telephone conference with J. Radecki re same and follow-up (1.2).. | 1.90 |
| 07/16/12 | R. Frankel | Telephone conference with J. Donley, A. Paul and R. Wyron regarding effective date issues (.5); consider effective date issues (.3). | 0.80 |
| 07/16/12 | R. Frankel | Review cases regarding 524(g) fair and equitable requirements. | 0.70 |
| 07/17/12 | D. Fullem | Prepare appearance forms for R. Frankel and R. Wyron and corporate disclosure form for Grace/Montana 3rd Circuit appeal. | 0.80 |
| 07/17/12 | D. Felder | Research and review hearing and deposition transcripts regarding confirmation issues. | 2.00 |
| 07/17/12 | R. Wyron | Review updated warrant information and memo re proposal (.7); telephone conference with Grace team re effective date issues (.7); meet with ACC re warrants (1.1); telephone conference with ACC and Grace re Montana meeting (.9); conference with investment bankers re warrant issues, and follow-up re same (2.1); review changes to draft escrow agreement (.3). | 5.80 |
| 07/17/12 | R. Frankel | Confer with E. Inselbuch, financial advisors, regarding warrants and settlement issues. | 2.30 |
| 07/17/12 | R. Frankel | Telephone conference with Grace, P. Lockwood, R. Wyron regarding effective date issues. | 0.60 |
| 07/17/12 | R. Frankel | Review warrant presentations, consider counter to Grace regarding monetization of warrant agreement. | 0.80 |
| 07/17/12 | R. Frankel | Review exchange of correspondence between F. Monaco and R. Wyron regarding settlement, Montana Court order in preparation for call, meeting. | 0.90 |
| 07/17/12 | R. Frankel | Confer with R. Wyron and investigative bankers regarding possible warrant agreement transaction. | 0.80 |
| 07/17/12 | R. Frankel | Telephone conference with J. Donley, A. Paul, E. Inselbuch, P. Lockwood, R. Wyron regarding Montana issues, prepare for meeting. | 0.60 |
| 07/18/12 | D. Fullem | Research, review and respond to e-mail from R. Frankel regarding timing/filing of appearance forms and corporate disclosure in Grace/Montana appeal. | 0.30 |
| 07/18/12 | D. Felder | E-mail correspondence with R. Wyron regarding TDP (.1); review e-mail correspondence from J. Biggs regarding liquidated claims (.5). | 0.60 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 10

August 15, 2012
Invoice No. 1378342

| 07/18/12 | R. Wyron | Prepare for meeting with Montana counsel (.9); meet with counsel for Montana, ACC and Grace re plan issues (3.6); follow-up session with ACC and Grace counsel (.4); conference with R. Frankel re strategy and follow-up (.4); conference with Montana counsel (.3); follow-up on warrant issues and review term sheet (.5). | 6.10 |
|---|---|---|---|
| 07/18/12 | R. Frankel | Review revised term sheet regarding warrant transaction (.4); series of e-mails with J. Radecki, Sinclair regarding same (.2). | 0.60 |
| 07/18/12 | R. Frankel | Review papers on trends in asbestos claims values from Biggs. | 0.60 |
| 07/18/12 | R. Frankel | Review draft term sheet of revised warrant proposal from J. Radecki (.6); consider, edit and draft (.4). | 1.00 |
| 07/19/12 | D. Felder | Research regarding effective date issues (3.5); conference with R. Wyron regarding same (.9). | 4.40 |
| 07/19/12 | R. Wyron | Work on projections, cash flow and insurance issues for effective date (1.8); conference with R. Frankel re strategy and follow-up (.6); conference call with Grace and ACC counsel re Sealed Air issues (1.0); review Montana pleading (.3); conference with D. Felder re Montana, effective date and record on appeal (.4); review record on appeal (1.3); review warrant issues and respond to e-mails re same (.4). | 5.80 |
| 07/19/12 | R. Frankel | Telephone conference with M. Shelnitz, J. Donley, A. Paul, R. Wyron, P. Lockwood regarding effective date issues. | 0.90 |
| 07/19/12 | R. Frankel | Review effective date issues in preparation for call with J. Donley, et al. (.4); telephone conference with R. Wyron regarding effective date issues, waiver of condition (.4). | 0.80 |
| 07/19/12 | R. Frankel | Review Montana Concise Summary of Case filed in 3rd Circuit. | 0.40 |
| 07/19/12 | R. Frankel | Review e-mails, order regarding Integrity Insurance. | 0.30 |
| 07/19/12 | R. Frankel | Prepare outline of Effective Date scenarios (1.5); e-mail memo to D. Felder regarding same (.3). | 1.80 |
| 07/20/12 | D. Fullem | Follow-up on drafts of notices of appearance forms and corporate disclosures to file in Grace appeal case dockets (1.0); e-mails to/from D. Felder, C. Hartman and others regarding same (.5). | 1.50 |
| 07/20/12 | D. Felder | Research and review effective date issues (6.5); telephone conference with J. Donley, R. Barakat and R. Wyron regarding Third Circuit appeal issues (.3); follow-up regarding same (1.0). | 7.80 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 11

August 15, 2012
Invoice No. 1378342

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 07/20/12 | R. Smith | E-mail correspondence with R. Wyron regarding upcoming call with investment bankers. | 0.20 |
| 07/20/12 | R. Wyron | Telephone conference with Tillinghast (.8); review Tillinghast reports and organize notes re same (1.1); telephone conference with J. Donley and D. Felder re record on appeal and follow-up e-mails re same (.9); review deposition transcripts re record on appeal (.8); follow-up with R. Smith and investment bank on warrant issues (.8). | 4.40 |
| 07/20/12 | R. Frankel | Review series of e-mails re effective date issues; record on appeal. | 0.60 |
| 07/22/12 | D. Felder | Analyze effective date issues. | 5.00 |
| 07/22/12 | R. Frankel | Review effective date issues in preparation for D. Austern meeting. | 0.70 |
| 07/23/12 | G. Willey | Review recently filed pleadings. | 0.10 |
| 07/23/12 | G. Willey | Review recently filed pleadings. | 0.40 |
| 07/23/12 | D. Felder | Review and finalize Third Circuit filings (.3); analyze effective date issues and review lower court briefs regarding same (4.5). | 4.80 |
| 07/23/12 | R. Wyron | Work on Effective Date issues analysis (.7); follow-up on warrant issues (.4). | 1.10 |
| 07/23/12 | R. Frankel | Review effective date issues with D. Felder, e-mails re same (.3); review Garlock issues re effective date (.6). | 0.90 |
| 07/23/12 | R. Frankel | Review J. Buckwalter opinion denying Rule 60 motion of AMH (1.1); consider status of appeal, appearances (.5). | 1.60 |
| 07/24/12 | G. Willey | Review recently filed pleadings. | 0.40 |
| 07/24/12 | G. Willey | Review recently filed pleadings. | 0.20 |
| 07/24/12 | D. Felder | Review Debtors' application to employ Grant Thornton and motion to approve Weedsport settlement (1.0); e-mail correspondence to R. Frankel and R. Wyron regarding same (.2); analyze effective date issues (2.5); conference with R. Acharya regarding research issues (.2); e-mail correspondence with C. Hartman regarding Third Circuit appeal (.5); review Third Circuit appeal cases regarding same (.7); e-mail correspondence with M. Hurford regarding same (.3). | 5.40 |
| 07/24/12 | R. Wyron | Review recent filings and e-mails re EPA site and Grant Thornton (.4); begin review of appeal issues and filings (1.8). | 2.20 |
| 07/24/12 | R. Frankel | Confer with D. Felder regarding effective date issues (.6); telephone conference with D. Austern regarding status of case (.4). | 1.00 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -         August 15, 2012
17367                                                                       Invoice No. 1378342
page 12

| 07/24/12 | R. Frankel | Review Warrant Proposal as forwarded to Blackstone. | 0.30 |
| 07/24/12 | R. Frankel | Review statement of issues and designation of record by Anderson Memorial Hospital. | 0.90 |
| 07/24/12 | R. Frankel | Confer with R. Wyron regarding effective date issues. | 0.60 |
| 07/25/12 | G. Willey | Review recently filed pleadings. | 0.20 |
| 07/25/12 | G. Willey | Review recently filed pleadings. | 0.20 |
| 07/25/12 | D. Felder | Analyze effective date issues and prepare memorandum regarding same (4.5); conference with R. Wyron regarding Third Circuit issues and follow-up regarding same (1.0); telephone conference with M. Hurford regarding same (.2). | 5.70 |
| 07/25/12 | R. Wyron | Review statements of issues on appeal (.6); review Third Circuit rules for appeals (.5); review and respond to e-mails re warrant issues (.2); begin review of effective date issues (1.4). | 2.70 |
| 07/25/12 | R. Frankel | Review Libby statement of issues and designation of record. | 0.70 |
| 07/25/12 | R. Frankel | Review Bank Lenders Statement of Issues and Designation of Record (.9); confer with R. Wyron regarding same (.4). | 1.30 |
| 07/25/12 | R. Frankel | Review D. Felder memo regarding effective date scenarios. | 1.20 |
| 07/25/12 | R. Frankel | Confer with R. Wyron regarding designation of appeal record (.4); review issues regarding record on appeal (.6). | 1.00 |
| 07/26/12 | G. Willey | Review recently filed pleadings. | 0.20 |
| 07/26/12 | D. Felder | Review plan and Sealed Air settlement regarding effective date issues (1.0); conference with R. Frankel and R. Wyron regarding same (1.5). | 2.50 |
| 07/26/12 | R. Wyron | Work on effective date analysis (.8); conference with D. Felder and R. Frankel re effective date issues and follow-up re same (1.0); telephone conference with P. Lockwood re effective date and e-mails re same (.9); work on warrant analysis (.6); review investment bank analyses and organize notes for call with bankers (1.2); review Third Circuit filings (.2). | 4.70 |
| 07/26/12 | R. Frankel | Preliminary review of investment bank representation regarding warrant transaction. | 0.70 |
| 07/26/12 | R. Frankel | Telephone conference with D. Austern regarding meeting. | 0.20 |
| 07/26/12 | R. Frankel | Review post-confirmation effect of 3rd Circuit ruling on default interest (.9); confer with R. Wyron regarding call with P. Lockwood (.2). | 1.10 |
| 07/26/12 | R. Frankel | Confer with R. Wyron, D. Felder regarding effective date issues. | 1.60 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 13

August 15, 2012
Invoice No. 1378342

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 07/26/12 | R. Frankel | Series of e-mails with D. Felder, R. Wyron regarding status of appeal records (.4); consider organization of appeal issues (.4). | 0.80 |
| 07/27/12 | G. Willey | Search for and e-mail to attorneys updated docket report for Grace 3rd Circuit appeals re Bank Lender, Montana, Garlock appeal, and District Court appeal to attorneys. | 0.20 |
| 07/27/12 | D. Felder | Analyze effective date issues. | 4.00 |
| 07/27/12 | R. Smith | Review investment bankers presentation, warrant documents and prepare for call with H. Huge, Orrick and investment bank representatives (2.7); participate in same (.8). | 3.50 |
| 07/27/12 | R. Wyron | Review investment bank data (.6); telephone conference with investment bankers (1.2); revise issues list re Effective Date for meeting with D. Austern (1.4). | 3.20 |
| 07/27/12 | R. Frankel | Review Bank Lender Amended Concise Summary of Case and Civil Appeal Information Statement (.4); consider appeal issues (.3). | 0.70 |
| 07/27/12 | R. Frankel | Consider effective date issues, e-mail with J. Donley regarding same. | 0.60 |
| 07/27/12 | R. Frankel | Telephone conference with bankers, R. Wyron, R. Smith regarding potential warrant transaction. | 0.90 |
| 07/27/12 | R. Frankel | Review investment banker materials regarding warrant transaction. | 0.70 |
| 07/30/12 | D. Felder | Review and revise memorandum regarding effective date issues. | 1.50 |
| 07/30/12 | R. Wyron | Conference with R. Frankel re Sealed Air issues (.3); telephone conference with Grace and ACC counsel re issues and follow-up (.9); work on outline of Effective Date issues (.4); review analysis from Tillinghast (.3); telephone conference with J. Kimble re assumptions and cash flow issues (.6); work on cash flow analysis re insurers and effective date issues (1.2); review investment bank analysis re warrant issues (.4). | 4.10 |
| 07/30/12 | R. Frankel | Telephone conference with J. Donley, P. Lockwood, R. Wyron regarding call with Sealed Air, Fresenius (.5); notes re same (.2). | 0.70 |
| 07/30/12 | R. Frankel | Confer with R. Wyron regarding effective date issues, call with J. Donley. | 0.50 |
| 07/30/12 | R. Frankel | Read 3rd Circ. opinion regarding equitable mootness (1.4); consider issues (.4). | 1.80 |
| 07/30/12 | R. Frankel | Review updated insurance analysis from R. Wyron regarding post effective date payments. | 0.40 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 14

August 15, 2012
Invoice No. 1378342

| 07/30/12 | R. Frankel | Review investment bank recommendations regarding marketing of warrants. | 0.40 |
|---|---|---|---|
| 07/30/12 | R. Frankel | Review updated insurance analysis from R. Wyron regarding post effective date payments. | 0.40 |
| 07/30/12 | R. Frankel | Review Q&A e-mails with Towers Watson regarding updated payment percentage issues (.5); telephone conference with R. Wyron re same (.2). | 0.70 |
| 07/30/12 | R. Frankel | Review valuation pages from R. Wyron regarding updated payment percentage (.6); telephone conference with R. Wyron regarding same (.3). | 0.90 |
| 07/30/12 | R. Frankel | Review, edit memo from D. Felder regarding various effective dates, 3rd Circuit scenarios. | 1.20 |
| 07/31/12 | D. Felder | Telephone conference with Plan Proponents regarding Third Circuit appeals and case strategy and follow-up regarding same. | 1.00 |
| 07/31/12 | R. Smith | Review chart prepared by investment bank regarding Warrant Agreement. | 0.20 |
| 07/31/12 | R. Wyron | Telephone conference with Grace and ACC counsel re appeals and open issues (.8); review appeals dockets and e-mails re same (.4); work on Effective Date issues and outline and prepare for meeting with D. Austern re same (1.1). | 2.30 |
| 07/31/12 | R. Frankel | Prepare notes regarding effective date issues for meeting with D. Austern. | 1.20 |
| 07/31/12 | R. Frankel | Telephone conference with J. Donley, A. Paul, M. Shelnitz, R. Wyron, P. Lockwood regarding appeal, effective date issues. | 1.00 |
| 07/31/12 | R. Frankel | Review, consider points raised by Sealed Air, Fresenius in preparation for Grace call. | 0.60 |
| 07/31/12 | R. Frankel | Review revised AMH notice of appeal, related papers. | 0.30 |

|  | Total Hours | 262.10 |  |
|---|---|---|---|
|  | Total For Services |  | $224,166.50 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 15

August 15, 2012
Invoice No. 1378342

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 63.10 | 650.00 | 41,015.00 |
| Roger Frankel | 105.50 | 995.00 | 104,972.50 |
| Debra  O. Fullem | 4.20 | 270.00 | 1,134.00 |
| Richard  V. Smith | 4.70 | 875.00 | 4,112.50 |
| Gerald  L. Willey | 1.90 | 300.00 | 570.00 |
| Richard  H. Wyron | 82.70 | 875.00 | 72,362.50 |
| Total All Timekeepers | 262.10 | $855.27 | $224,166.50 |

Disbursements
| | | |
|---|---|---|
| Document Reproduction | 0.20 | |
| Express Delivery | 12.46 | |
| Lexis Research | 227.14 | |
| NY Cafeteria | 13.07 | |
| Other Business Meals | 133.20 | |
| Out of Town Business Meals | 164.75 | |
| Taxi Expense | 65.00 | |
| Travel Expense, Air Fare | 384.51 | |
| Travel Expense, Local | 242.00 | |
| Travel Expense, Out of Town | 378.05 | |
| Westlaw Research | 70.49 | |
| Total  Disbursements | | $1,690.87 |

**Total For This Matter**                    $225,857.37



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 16

August 15, 2012
Invoice No. 1378342

For Legal Services Rendered Through July 31, 2012 in Connection With:

**Matter:  9 - Plan & Disclosure Statement**

| | | | |
|---|---|---|---|
| 07/03/12 | M. Wallace | Begin drafting closing checklist, including review of underlying documents for completeness, signatories and timing. | 6.90 |
| 07/05/12 | M. Wallace | Review plan exhibit book documents against closing checklist and update accordingly. | 1.40 |
| 07/05/12 | M. Wallace | Revise draft closing checklist. | 0.10 |
| 07/05/12 | M. Wallace | Review escrow agreement and related order and respond to inquiries of D. Felder regarding same. | 1.10 |
| 07/10/12 | M. Wallace | Meeting with OHS team regarding closing items and follow-up. | 0.70 |
| 07/10/12 | M. Wallace | Review Sealed Air Settlement Agreement and correspond with OHS team regarding same. | 1.20 |
| 07/10/12 | M. Wallace | Review correspondence regarding warrant issues. | 0.10 |
| 07/11/12 | M. Wallace | Update closing checklist for comments and distribute to OHS team. | 0.70 |

|  | | |
|---|---|---|
| Total Hours | 12.20 | |
| Total For Services | | $9,028.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Mary  A. Wallace | 12.20 | 740.00 | 9,028.00 |
| Total All Timekeepers | 12.20 | $740.00 | $9,028.00 |

Disbursements
　　　Document Reproduction                            6.60
　　　　　　　　　　　　　Total  Disbursements                        $6.60

**Total For This Matter**            **$9,034.60**



David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 17

August 15, 2012
Invoice No. 1378342

For Legal Services Rendered Through July 31, 2012 in Connection With:

**Matter: 11 - Compensation of Professionals - Other**

| | | | |
|---|---|---|---|
| 07/12/12 | D. Fullem | Review recently filed fee applications. | 0.20 |
| 07/16/12 | D. Fullem | Review pending Lincoln fee applications and update D. Felder re same. | 0.50 |
| 07/17/12 | D. Fullem | Coordinate filing/serving of Towers' May fee application. | 0.40 |
| 07/17/12 | D. Felder | Review May fee application for Towers Watson. | 0.20 |
| 07/20/12 | D. Fullem | Review/finalize Towers' June fee application, notice and related filings; coordinate with C. Hartman re timing/filing of same. | 0.50 |
| 07/20/12 | D. Felder | Review Towers Watson's June fee application. | 0.10 |

Total Hours      1.90

Total For Services      $627.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 0.30 | 650.00 | 195.00 |
| Debra O. Fullem | 1.60 | 270.00 | 432.00 |
| Total All Timekeepers | 1.90 | $330.00 | $627.00 |

**Total For This Matter**      **$627.00**



David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 18

August 15, 2012
Invoice No. 1378342

For Legal Services Rendered Through July 31, 2012 in Connection With:

**Matter:  13 - Compensation of Professionals - Orrick**

| 07/10/12 | D. Felder | Review June prebill. | 1.00 |
|---|---|---|---|
| 07/12/12 | D. Fullem | Review proposed final of June invoice. | 0.50 |
| 07/12/12 | D. Fullem | Follow-up on June invoice. | 0.40 |
| 07/13/12 | D. Fullem | Follow-up on edits to June prebill. | 0.70 |
| 07/16/12 | D. Fullem | Prepare CNO for May fee application. | 0.50 |
| 07/16/12 | D. Fullem | Research certain expenses per R. Wyron; coordinate with accounting to update same. | 0.50 |
| 07/17/12 | D. Fullem | Prepare draft of Orrick's June fee application. | 1.00 |
| 07/17/12 | D. Fullem | Review e-mail from B. Ruhlander and initial report for Jan-Mar 2012 time period; e-mail to R. Wyron re same. | 0.30 |
| 07/17/12 | D. Fullem | Coordinate filing and serving of CNO for May fee application. | 0.20 |
| 07/17/12 | D. Felder | Review CNO for May fee application and telephone conference with D. Fullem regarding same. | 0.20 |
| 07/18/12 | D. Felder | Review fee auditor's initial report and e-mail correspondence from R. Wyron and D. Fullem regarding same. | 0.20 |
| 07/20/12 | D. Fullem | Finalize June fee application; confer with R. Wyron re same; update C. Hartman re timing/filing for next week. | 1.00 |
| 07/20/12 | D. Felder | Review Orrick's June fee application. | 0.30 |
| 07/20/12 | R. Wyron | Review June fee application and provide comments re same. | 0.50 |
| 07/30/12 | D. Fullem | Prepare draft response to fee auditor's initial report; review back-up materials for expenses; e-mail to R. Wyron re same. | 1.30 |
| 07/30/12 | D. Fullem | E-mail to B. Ruhlander re status of reply to fee auditor's initial report for Jan-Mar 2012 time period. | 0.10 |
| 07/30/12 | R. Wyron | Review draft response to fee auditor's inquiry and follow-up re same. | 0.40 |
| 07/31/12 | D. Fullem | Update fee analysis and circulate. | 0.80 |
| 07/31/12 | D. Fullem | Follow-up with R. Wyron re reply letter to fee auditor initial report for January-March 2012 fee/expense time period (.7); follow-up on certain expenses per R. Wyron (.5); prepare edits (.5). | 1.70 |
| 07/31/12 | R. Wyron | Review draft response to fee auditor. | 0.30 |

|  | Total Hours | 11.90 |  |
|---|---|---|---|
|  | Total For Services |  | $4,585.00 |


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 19

August 15, 2012
Invoice No. 1378342

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 1.70 | 650.00 | 1,105.00 |
| Debra  O. Fullem | 9.00 | 270.00 | 2,430.00 |
| Richard  H. Wyron | 1.20 | 875.00 | 1,050.00 |
| Total All Timekeepers | 11.90 | $385.29 | $4,585.00 |

**Total For This Matter**                    $4,585.00



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 20

August 15, 2012
Invoice No. 1378342

For Legal Services Rendered Through July 31, 2012 in Connection With:

**Matter:  15 - Travel Time (Non-Working)**

| | | | |
|---|---|---|---|
| 07/11/12 | R. Frankel | Travel to NY for Montana meetings. | 1.80 |
| 07/17/12 | R. Wyron | Travel to NY for Montana meeting. | 2.00 |
| 07/18/12 | R. Wyron | Return to DC from Montana meetings. | 3.60 |
| 07/22/12 | R. Frankel | Travel from NY to DC. | 2.30 |

Total Hours        9.70
Total For Services            $4,489.75

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Roger Frankel | 4.10 | 497.50 | 2,039.75 |
| Richard  H. Wyron | 5.60 | 437.50 | 2,450.00 |
| Total All Timekeepers | 9.70 | $462.86 | $4,489.75 |

**Total For This Matter**            **$4,489.75**

**\* \* \* COMBINED TOTALS \* \* \***

Total Hours        307.80
Total Fees, all Matters            $249,687.25
Total Disbursements, all Matters        $1,697.47
Total Amount Due            $251,384.72