B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

District of Delaware

In re: W.R. Grace & Co., et al., Jointly Administered      Case No. 01-01139

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Federal Rules of Bankruptcy Procedure, of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Tannor Partners Credit Fund, LP | CLARK COUNTY TREASURER |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Tannor Partners Credit Fund, LP
150 Grand Street, Suite 401
White Plains, NY 10601

Phone: (914) 509-5000

Last Four Digits of Acct #:_____

Name and Address where notices to transferor should be sent:

CLARK COUNTY TREASURER
C/O ATTORNEY FRANK BALLARD
425 EAST 7TH ST
JEFFERSONVILLE, IN 47130
Phone: _____

Court Claim # (if known) __1666__
Amount of Claim: $2,900.60
Date Claim Filed: 8/2/2002

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Robert J. Tannor      Date: 8/27/2012
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C.§§152 & 3571.

Initial\_\_\_\_

## Assignment of Claim

<u>CLARK COUNTY TREASURER</u> having a mailing address of C/O ATTORNEY FRANK BALLARD, 425 EAST 7TH ST, JEFFERSONVILLE, IN 47130 ("Assignor or Transferor"), in consideration of ▮▮▮▮▮▮▮▮ (the "Purchase Price"), does hereby transfer to **Tannor Partners Credit Fund, LP**, having an address at 150 Grand Street, Suite 401, White Plains, NY 10601 ("Assignee or Transferee"), all of Assignor's right, title and interest in and to the Class 9 General Unsecured claim or claims of Assignor, or Cure Claim; as more specifically set forth (the "Claim") against <u>W.R. Grace & Co., et al.</u>, Jointly Administered ("Debtor"), proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court, District of Delaware ("the Court"), Case no. 01-01139, in the currently outstanding amount of not less than **$2,900.60** and all rights and benefits of Assignor relating to the Claim, including without limitation the Proof of Claim, if any, identified below and Assignor's rights to receive all interest, penalties and fees, if any, which may be paid with respect to the Claim and all other claims, which shall include without limitation "cure" amounts related to the assumption of an executor contract and any rights to receive all payments in respect thereof, causes of action against the Debtor, its affiliates, any guarantor or other third party, together with voting and other rights and benefits arising from, under or relating to any of the foregoing, and all cash, securities, instruments and other property which may be paid or issued by Debtor in satisfaction of the Claim. The Claim is based on amounts owed to Assignor by Debtor as set forth below and this assignment shall be deemed an absolute and unconditional assignment of the Claim for the purpose of collection and shall not be deemed to create a security interest.

1) Assignor represents and warrants that (check one):

GUC

Assignment of Claim

11) CONSENT AND WAIVER
Upon Assignor's delivery to Assignee of its executed signature page of this Assignment of Claim Agreement, Assignor hereby authorizes Assignee to file a notice of transfer to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure ("FRBP") with respect to the Claim, while Assignee performs its due diligence on the Claim. Assignee, at its sole option, may subsequently transfer the Claim back to the Assignor if due diligence is not satisfactory in Assignees sole and absolute discretion pursuant to Rule 3001 (e) of FRBP transferring the Claim back to Assignor or withdrawing the transfer, at such time both Assignor and Assignee release each other of all and any obligation or liability regarding this Assignment. Assignor hereby acknowledges and consents to all of the terms set forth in this Assignment of Claim and hereby waives its right to raise any objections hereto and its right to receive notice pursuant to Rule 3001 of the Rules of Bankruptcy Procedure.

IN WITNESS WHEREOF, the undersigned hereunto set its hand this 24th day of August, 2012.

|  | Assignor | Assignee |
|---|---|---|
| Signature | x /s/ David J Reinhardt | /s/ Robert Tannor |
| Print Name | DAVID J Reinhardt | Robert Tannor |
| Title | Clark County Treasurer | Sr. Managing Director |
| Company Name | CLARK COUNTY TREASURER | Tannor Partners Credit Fund, LP |
| Address | C/O ATTORNEY FRANK BALLARD, 425 EAST 7TH ST | 150 Grand Street, Suite 401 |
| City, ST, Zip | JEFFERSONVILLE, IN 47130 | White Plains, NY 10601 |
| Email | DReinhardt@Co.clark.in.us | rtannor@tannorpartners.com |
| Phone | 812 285 6205 | 914-509-5000 |
| Federal Tax ID | 35-6000132 |  |

Note: Email is required for follow up communications.

UC                                                                                                                              Initial_____