**EXHIBIT A**

Professional services rendered through: April 30, 2012

| Date | Name | Description | Hours |
|---|---|---|---|
| 04/06/12 | D.K. Muth | Revise memorandum on evidentiary privilege. | 1.50 |
| 04/06/12 | M.D. Lerner | Complete memo re privileges and document retention. | 4.30 |
| 04/07/12 | D.K. Muth | Draft and revise memorandum on evidentiary privilege. | 4.00 |
| 04/09/12 | M.D. Lerner | Work on privilege memo. | 0.50 |
| 04/10/12 | D.K. Muth | Revise memorandum re: documentary privilege. | 4.60 |
| 04/10/12 | M.D. Lerner | Edit and augment memo re privilege and document management. | 2.50 |
| 04/11/12 | D.K. Muth | Revise memorandum re: documentary privilege. | 4.00 |
| 04/11/12 | M.D. Lerner | Final edits to Privilege memo. | 1.50 |
| 04/06/12 | A.E. Moran | Review court filings for 2011. | 0.30 |
| 04/12/12 | A.E. Moran | Work on application for 4th Quarter 2011. | 0.60 |
| 04/13/12 | A.E. moran | Finish Court Application and send out. | 0.80 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| M.D. Lerner | 8.80 | 895.00 | 7,876.00 |
| D.K. Muth | 14.10 | 385.00 | 5.428.50 |
| A.E. Moran | 1.70 | 500.00 | 850.00 |

Total Fees $14,154.50

Disbursements:

| | |
|---|---|
| Duplicating – Matter 41 | 12.45 |
| On-Line Research/Information Retrieval | 956.13 |
| Overnight Messenger | 11.54 |
| Duplicating – Matter 32 | 5.20 |

Total Disbursements $985.32

6