**EXHIBIT B**

STEPTOE                                    Detail Cost
Report                                     Invoice: 2436996
PAGE:1

012046.00008 DOCUMENT RETENTION & PRODUCTION OBLIGATIONS

```
Cost      Timekeeper
Code   Date    Number  Name          Quantity  Rate   Amount
=============================================================
LASR  04/10/12 00206  Moran, Anne E.  21.00   0.15    3.15
LASR  04/10/12 00206  Moran, Anne E.  21.00   0.20    4.20     PC/Network Printing

LASR  04/10/12 00206  Moran, Anne E.  21.00   0.15    3.15
LASR  04/10/12 00206  Moran, Anne E.  21.00   0.20    4.20     PC/Network Printing

LASR  04/11/12 00206  Moran, Anne E.  21.00   0.15    3.15
LASR  04/11/12 00206  Moran, Anne E.  21.00   0.20    4.20     PC/Network Printing

LASR  04/23/12 00206  Moran, Anne E.  20.00   0.15    3.00
LASR  04/23/12 00206  Moran, Anne E.  20.00   0.20    4.00     PC/Network Printing


LASR       Total :                           12.45

LEXIS 04/10/12 00206  Moran, Anne E.   1.00 744.39   744.39
LEXIS 04/10/12 00206  Moran, Anne E.   1.00        744.39      Lexis On-Line Research
DC Lexis Search by: MUTH, DIANNA

LEXIS 04/11/12 00206  Moran, Anne E.   1.00 211.74   211.74
LEXIS 04/11/12 00206  Moran, Anne E.   1.00        211.74      Lexis On-Line Research
DC Lexis Search by: MUTH, DIANNA

LEXIS      Total :                          956.13

Total : 012046.00008 DOCUMENT RETENTION & PRODUC      968.58
```

7

STEPTOE

Detail Cost Report
Invoice: 2436995
PAGE: 1

012046.00005 BILLING & COURT FILINGS

| Cost Code | Date | Timekeeper Number | Name | Quantity | Rate | Amount | |
|---|---|---|---|---|---|---|---|
| DLFD | 04/13/12 | 00206 | Moran, Anne E. | 1.00 | 11.54 | 11.54 | |
| DLFD | 04/13/12 | 00206 | Moran, Anne E. | 1.00 | 11.54 | | |

Federal Express from Wieczorek JoAnn to James ONeil on April 13, 2012
Tracking Number 502253962888

| DLFD | Total: | | | | | 11.54 | |
|---|---|---|---|---|---|---|---|
| DUPLDC | 04/13/12 | 07530 | Wieczorek, Joann E. | 10.00 | 0.10 | 1.00 | |
| DUPLDC | 04/13/12 | 07530 | Wieczorek, Joann E. | 10.00 | 0.20 | 2.00 | |
| DUPLDC | 04/13/12 | 00206 | Moran, Anne E. | 2.00 | 0.10 | 0.20 | |
| DUPLDC | 04/13/12 | 00206 | Moran, Anne E. | 2.00 | 0.20 | 0.40 | |
| DUPLDC | Total: | | | | | 1.20 | |
| LASR | 04/06/12 | 00206 | Moran, Anne E. | 8.00 | 0.10 | 0.80 | |
| LASR | 04/06/12 | 00206 | Moran, Anne E. | 8.00 | 0.20 | 1.60 | PC/Network Printing |
| LASR | 04/13/12 | 00206 | Moran, Anne E. | 1.00 | 0.10 | 0.10 | |
| LASR | 04/13/12 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 | PC/Network Printing |
| LASR | 04/13/12 | 00206 | Moran, Anne E. | 1.00 | 0.10 | 0.10 | |
| LASR | 04/13/12 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 | PC/Network Printing |
| LASR | 04/13/12 | 00206 | Moran, Anne E. | 1.00 | 0.10 | 0.10 | |
| LASR | 04/13/12 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 | PC/Network Printing |
| LASR | 04/13/12 | 00206 | Moran, Anne E. | 9.00 | 0.10 | 0.90 | |
| LASR | 04/13/12 | 00206 | Moran, Anne E. | 9.00 | 0.20 | 1.80 | PC/Network Printing |
| LASR | 04/13/12 | 00206 | Moran, Anne E. | 9.00 | 0.10 | 0.90 | |
| LASR | 04/13/12 | 00206 | Moran, Anne E. | 9.00 | 0.20 | 1.80 | PC/Network Printing |
| LASR | 04/13/12 | 00206 | Moran, Anne E. | 1.00 | 0.10 | 0.10 | |
| LASR | 04/13/12 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 | PC/Network Printing |
| LASR | 04/13/12 | 00206 | Moran, Anne E. | 9.00 | 0.10 | 0.90 | |
| LASR | 04/13/12 | 00206 | Moran, Anne E. | 9.00 | 0.20 | 1.80 | PC/Network Printing |
| LASR | 04/13/12 | 00206 | Moran, Anne E. | 1.00 | 0.10 | 0.10 | |
| LASR | 04/13/12 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 | PC/Network Printing |
| LASR | Total: | | | | | 4.00 | |
| Total: 012046.00005 BILLING & COURT FILINGS | | | | | | 16.74 | |