**EXHIBIT A**

Professional services rendered through: May 31, 2012

| Date | Name | Description | Hours |
|---|---|---|---|
| 05/03/12 | M.D. Lerner | Discuss next steps for audit issue re b/r expenses. | 0.50 |
| 05/11/12 | A.E. Moran | Start January-March bills. | 0.50 |
| 05/14/12 | A.E. Moran | Finish draft applications. | 0.70 |
| 05/16/12 | A.E. Moran | Review, finalize and send out fee applications for January and March 2012. | 0.50 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| M.D. Lerner | 0.50 | 895.00 | 447.50 |
| A.E. Moran | 1.70 | 500.00 | 850.00 |

Total Fees    $1,297.50

Disbursements:

| | |
|---|---|
| Overnight Messenger | 11.59 |
| Duplicating – Matter 32 | 7.80 |

Total Disbursements    $19.39

6