EXHIBIT B

## STEPTOE

Detail Cost Report
Invoice: 2436993                                     PAGE: 1

012046.00005 BILLING & COURT FILINGS

| Cost Code | Date | Timekeeper Number | Name | Quantity | Rate | Amount | |
|---|---|---|---|---|---|---|---|
| DLFD | 05/16/12 | 00206 | Moran, Anne E. | 1.00 | 11.59 | 11.59 | |
| DLFD | 05/16/12 | 00206 | Moran, Anne E. | 1.00 | 11.59 | | Federal Express from Wieczorek JoAnn to James ONeill on May 16, 2012 Tracking Number 502253973565 |
| DLFD | Total: | | | | | 11.59 | |
| LASR | 05/11/12 | 00206 | Moran, Anne E. | 6.00 | 0.10 | 0.60 | |
| LASR | 05/11/12 | 00206 | Moran, Anne E. | 6.00 | 0.20 | 1.20 | PC/Network Printing |
| LASR | 05/11/12 | 00206 | Moran, Anne E. | 7.00 | 0.10 | 0.70 | |
| LASR | 05/11/12 | 00206 | Moran, Anne E. | 7.00 | 0.20 | 1.40 | PC/Network Printing |
| LASR | 05/11/12 | 00206 | Moran, Anne E. | 9.00 | 0.10 | 0.90 | |
| LASR | 05/11/12 | 00206 | Moran, Anne E. | 9.00 | 0.20 | 1.80 | PC/Network Printing |
| LASR | 05/11/12 | 00206 | Moran, Anne E. | 6.00 | 0.10 | 0.60 | |
| LASR | 05/11/12 | 00206 | Moran, Anne E. | 6.00 | 0.20 | 1.20 | PC/Network Printing |
| LASR | 05/15/12 | 00206 | Moran, Anne E. | 6.00 | 0.10 | 0.60 | |
| LASR | 05/15/12 | 00206 | Moran, Anne E. | 6.00 | 0.20 | 1.20 | PC/Network Printing |
| LASR | 05/15/12 | 00206 | Moran, Anne E. | 6.00 | 0.10 | 0.60 | |
| LASR | 05/15/12 | 00206 | Moran, Anne E. | 6.00 | 0.20 | 1.20 | PC/Network Printing |
| LASR | 05/15/12 | 00206 | Moran, Anne E. | 6.00 | 0.10 | 0.60 | |
| LASR | 05/15/12 | 00206 | Moran, Anne E. | 6.00 | 0.20 | 1.20 | PC/Network Printing |
| LASR | 05/15/12 | 00206 | Moran, Anne E. | 7.00 | 0.10 | 0.70 | |
| LASR | 05/15/12 | 00206 | Moran, Anne E. | 7.00 | 0.20 | 1.40 | PC/Network Printing |
| LASR | 05/15/12 | 00206 | Moran, Anne E. | 1.00 | 0.10 | 0.10 | |
| LASR | 05/15/12 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 | PC/Network Printing |
| LASR | 05/15/12 | 00206 | Moran, Anne E. | 1.00 | 0.10 | 0.10 | |
| LASR | 05/15/12 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 | PC/Network Printing |
| LASR | 05/16/12 | 00206 | Moran, Anne E. | 1.00 | 0.10 | 0.10 | |
| LASR | 05/16/12 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 | PC/Network Printing |
| LASR | 05/16/12 | 00206 | Moran, Anne E. | 7.00 | 0.10 | 0.70 | |
| LASR | 05/16/12 | 00206 | Moran, Anne E. | 7.00 | 0.20 | 1.40 | PC/Network Printing |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| LASR | 05/16/12 | 00206 | Moran, Anne E. | 6.00 | 0.10 | 0.60 | |
| LASR | 05/16/12 | 00206 | Moran, Anne E. | 6.00 | 0.20 | 1.20 | PC/Network Printing |
| LASR | 05/16/12 | 00206 | Moran, Anne E. | 1.00 | 0.10 | 0.10 | |
| LASR | 05/16/12 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 | PC/Network Printing |
| LASR | 05/16/12 | 00206 | Moran, Anne E. | 1.00 | 0.10 | 0.10 | |
| LASR | 05/16/12 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 | PC/Network Printing |
| LASR | 05/16/12 | 00206 | Moran, Anne E. | 6.00 | 0.10 | 0.60 | |
| LASR | 05/16/12 | 00206 | Moran, Anne E. | 6.00 | 0.20 | 1.20 | PC/Network Printing |
| LASR | 05/16/12 | 00206 | Moran, Anne E. | 1.00 | 0.10 | 0.10 | |
| LASR | 05/16/12 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 | PC/Network Printing |

LASR      Total :              7.80

Total : 012046.00005 BILLING & COURT FILINGS          19.39