UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
----------------------------------------X
In re :  W.R. Grace & Co., et al

Chapter   11
Case Nos.01-01139
**Claim No. 763**

            Debtors
----------------------------------------X

NOTICE:  TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(2) OR (4)

To: (Transferor)   Sierra Capital
                   (As Transferee from original Transferor Star Holdings
                   dba Der-Kel Chemicals)
                   2699 White Road – Suite 255
                   Irvine, CA  92614

The transfer of your claim (#763) shown above, in the amount of
$2,657.00 has been transferred *(unless previously expunged by court
order)* to:

                   SIERRA LIQUIDITY FUND, LLC
                   2699 WHITE RD. SUITE #255
                   IRVINE, CA 92614


No action is required if you do not object to the transfer of your
claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20
DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**
        FILE A WRITTEN OBJECTION TO THE TRANSFER with:

             United States Bankruptcy Court
             District of Delaware
             Attn:  Bankruptcy Clerk
             824 N. Market Street – 3rd Floor
             Wilmington, DE  19801

        **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**
Refer to **INTERNAL CONTROL No.**     in your objection.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE
SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**


                         Clerk of Court
----------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail,
postage prepaid on        , 20__.
Copy(check): Claims Agent__ Transferee__ Debtor's Attorney__


                                    _____
                                    Deputy Clerk

bc: objntc
OBJECTION NOTICE FOR TRANSFEROR-PROOF OF CLAIM ON FILE