# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Objection Deadline: September 17, 2012<br>Hearing Date: TBD only if necessary |

## FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF JULY 1, 2012 THROUGH JULY 31, 2012

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## Matter 88 - Acton Site OU3

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $624.00 | 1.3 | $    811.20 |
| | | | | | |
| TOTAL | | | | 1.3 | $    811.20 |

 **FOLEY HOAG** LLP

Seth D. Jaffe<br>617-832-1203<br>Boston

W.R. Grace & Co.

August 28, 2012<br>Invoice No.: 503647<br>Matter No.: 08743.00088

**Re:    Acton Site OU3**

For Professional Services rendered through July 31, 2012

| | |
|---|---|
| Fees | $811.20 |
| **Total Fees and Disbursements** | **$811.20** |

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 503647<br>
August 28, 2012<br>
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 07/31/12 | Jaffe | P230 | Reviewing, revising, draft report to EPA regarding Landfill Area and emails with team regarding same (1.3). | 1.3 |
| | | | **Total Hours** | **1.3** |

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 503647
August 28, 2012
Page 3

### TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 1.3 | at | 624.00 | = | 811.20 |
| | | | | | |
| **Total Fees** | | | | | **$811.20** |

| | | | | | |
|---|---|---|---|---|---|
| **Total Fees** | | | | | $811.20 |
| **Total Fees and Disbursements** | | | | | $811.20 |

 FOLEY HOAG LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

August 28, 2012
Invoice No.: 503647
Matter No.: 08743.00088

Re:    **Acton Site OU3**

**Total Fees and Disbursements**             **$811.20**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:** Citizens Bank 1 Citizens Drive Providence, RI 02915 | ABA: 011500120 Swift #: CTZIUS33 Account # 1133945993 Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00088, **Invoice #:** 503647
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON        WASHINGTON        EMERGING ENTERPRISE CENTER        FOLEYHOAG.COM

**Matter 102 - Blackburn and Union Privileges Superfund Site, Walpole, Mass**

Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $624.00 | 2.0 | $  1,248.00 |
| | | | | | |
| TOTAL | | | | 2.0 | $  1,248.00 |

4042035.v1


**FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

August 28, 2012
Invoice No.: 503648
Matter No.: 08743.00102

**Re:**  **Blackburn and Union Privileges Superfund Site, Walpole, Mass**

For Professional Services rendered through July 31, 2012

|  |  |
|---|---|
| Fees | $1,248.00 |
| **Total Fees and Disbursements** | **$1,248.00** |

Matter No.: 08743.00102

Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 503648

August 28, 2012

Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 07/23/12 | Jaffe | P230 | Emails with Mr. Bucens and Ms. Duff regarding Town of Walpole (.3). | 0.3 |
| 07/26/12 | Jaffe | P230 | Attention to access issues, including emails with government and team, and telephone conference with DOJ attorney (1.4). | 1.4 |
| 07/30/12 | Jaffe | P230 | Emails with team regarding negotiations with Town of Walpole (.3). | 0.3 |
| | | | **Total Hours** | **2.0** |

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 503648
August 28, 2012
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 2.0 | at | 624.00 | = | 1,248.00 |
| **Total Fees** | | | | | **$1,248.00** |

| | | |
|---|---|---|
| **Total Fees** | | $1,248.00 |
| **Total Fees and Disbursements** | | $1,248.00 |



Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

August 28, 2012
Invoice No.: 503648
Matter No.: 08743.00102

**Re:**  **Blackburn and Union Privileges Superfund Site, Walpole, Mass**

**Total Fees and Disbursements**  **$1,248.00**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
| --- | --- |
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00102, **Invoice #:** 503648
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company

## Matter 103 – Wells G&H Superfund Site

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $624.00 | 5.8 | $  3,619.20 |
| Amy E. Boyd | Associate | Environmental | $430.00 | 1.8 | $     774.00 |
| | | | | | |
| TOTAL | | | | 7.6 | $  4,393.20 |

### Expenses

| Description | Total |
|---|---|
| Meals* | $     103.60 |
| | |
| TOTAL | $     103.60 |

*This charge was for lunch for 8 people at a meeting held at our office on 6/11/12.


## FOLEY
## HOAG LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

August 28, 2012
Invoice No.: 503649
Matter No.: 08743.00103

**Re:    Wells G&H Superfund Site**

For Professional Services rendered through July 31, 2012

| | |
|---|---|
| Fees | $4,393.20 |
| Disbursements | 103.60 |
| **Total Fees and Disbursements** | **$4,496.80** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM

Matter No.: 08743.00103
Re: Wells G&H Superfund Site

Invoice No.: 503649
August 28, 2012
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 07/09/12 | Jaffe | P230 | Emails with Ms. Duff regarding joint defense agreement (.2); emails with Mr. Ash regarding group call and analytical costs (.2). | 0.4 |
| 07/10/12 | Jaffe | P230 | Attention to Central Area, including reviewing Mr. Smith memorandum regarding analytical issues and emails with team regarding same (.8). | 0.8 |
| 07/11/12 | Jaffe | P230 | Attention to Central Area, including emails with team regarding hydrogeological issues and analyte issues (1.3). | 1.3 |
| 07/12/12 | Jaffe | P230 | All PRP telephone conference regarding Central Area issues (1.7); preparing for same and emails with PRPs regarding same, including reviewing of reports on hydrogeology and metals sampling (1.1). | 2.8 |
| 07/12/12 | Boyd | P230 | Review e-mails and draft documents in preparation for conference call and attend conference call (1.8). | 1.8 |
| 07/25/12 | Jaffe | P230 | Attention to Central Area, including emails with Mr. Ash regarding allocation and reviewing documents from Mr. Guswa (.5). | 0.5 |

**Total Hours**    **7.6**

Matter No.: 08743.00103
Re: Wells G&H Superfund Site

Invoice No.: 503649
August 28, 2012
Page 3

### TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|------------|-------|----|--------|----|---------|
| Amy E Boyd | 1.8 | at | 430.00 | = | 774.00 |
| Seth D. Jaffe | 5.8 | at | 624.00 | = | 3,619.20 |
| **Total Fees** | | | | | **$4,393.20** |

### Disbursement Summary

| Date | | Amount |
|------|--|--------|
| 07/02/12 | Meals - SODEXHO, INC & AFFILIATES - WR GRACE - 6/11/12 | 103.60 |
| | **Total Disbursements** | **$103.60** |

| | |
|--|--|
| **Total Fees** | $4,393.20 |
| **Total Disbursements** | 103.60 |
| **Total Fees and Disbursements** | **$4,496.80** |

To ensure proper credit to your account,
please include remittance page with your payment.

## Matter 108 - Discovery Sciences FDA Matters

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| James Flaherty | Associate | Administrative | $485.00 | 10.2 | $ 4,947.00 |
| | | | | | |
| **TOTAL** | | | | **10.2** | **$ 4,947.00** |

### Expenses

| Description | Total |
|---|---|
| Air Fare | $ 181.00 |
| Car Rental | $ 132.14 |
| | |
| **TOTAL** | **$ 313.14** |

All expenses related to Jim Flaherty's trip to attend FDA meetings at client's Deerfield, IL facility in June (changes to plane reservations and car rental)


# FOLEY HOAG LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

August 28, 2012
Invoice No.: 503650
Matter No.: 08743.00108

**Re:** **Discovery Sciences FDA Matters**

For Professional Services rendered through July 31, 2012

| | |
|---|---|
| Fees | $4,947.00 |
| Disbursements | 313.14 |
| **Total Fees and Disbursements** | **$5,260.14** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON        WASHINGTON        EMERGING ENTERPRISE CENTER        FOLEYHOAG.COM

Matter No.: 08743.00108
Re: Discovery Sciences FDA Matters

Invoice No.: 503650
August 28, 2012
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 07/17/12 | Flaherty | C300 | Prepare for Discovery Sciences Process Purification FDA telephone conference, including detailed review and analysis of Process Purification product information (1.0); participate in telephone conference with S. Anderson, S. Perdue, L. Duff, and M. Buono regarding Process Purification FDA issues (1.2); follow-up regarding same (0.1). | 2.3 |
| 07/30/12 | Flaherty | C300 | Draft memoranda regarding FDA medical device classification of Grace analytical and process purification chromatography products (2.0); review and analyze FDA laws, regulations, and guidance in connection with drafting memoranda (2.0); review and analyze meeting notes in connection with drafting memoranda (0.5). | 4.5 |
| 07/31/12 | Flaherty | C300 | Draft memoranda regarding FDA medical device classification of Grace analytical and process purification chromatography products (1.0); review and analyze FDA laws, regulations, and guidance in connection with drafting memoranda (2.2); review and analyze meeting notes in connection with drafting memoranda (0.2). | 3.4 |

**Total Hours**    **10.2**

Matter No.: 08743.00108
Re: Discovery Sciences FDA Matters

Invoice No.: 503650
August 28, 2012
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| James Flaherty | 10.2 | at | 485.00 | = | 4,947.00 |
| | | **Total Fees** | | | **$4,947.00** |

## Disbursement Summary

| Date | | Amount |
|---|---|---|
| 07/02/12 | Car Rental HERTZ CORPORATION 06/18/12-06/19/12 CHICAGO O'HARE AP, IL | 132.14 |
| 07/24/12 | Air, Train & Bus Fare Invoice #: Z2 00048693 Invoice Date: 6/19/2012 Ticket No: 01 67070171193 Name: Flaherty/James M Routing: ORD BOS Airline Code: UA Final Dest: NO CITY LISTED | 150.00 |
| 07/24/12 | Air, Train & Bus Fare Invoice #: Z2 00048693 Invoice Date: 6/19/2012 Ticket No: 89 00576013965 Name: Flaherty/James M Routing: Travel agency service fee Airline Code: Final Dest: NO CITY LISTED | 31.00 |
| | **Total Disbursements** | **$313.14** |

| | |
|---|---|
| **Total Fees** | $4,947.00 |
| **Total Disbursements** | 313.14 |
| **Total Fees and Disbursements** | $5,260.14 |



Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

August 28, 2012
Invoice No.: 503650
Matter No.: 08743.00108

**Re:    Discovery Sciences FDA Matters**

**Total Fees and Disbursements**        **$5,260.14**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00108, **Invoice #:** 503650
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company