# EXHIBIT A

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**JULY 1, 2012 - JULY 31, 2012**

| Matter Code | Project Category | Hours | Amount |
|:---:|---|:---:|---:|
| 0009 | Asset Dispositions, Sales, Uses and Leases (Section 363) | 0.1 | 72.50 |
| 0013 | Business Operations | 1.1 | 797.50 |
| 0014 | Case Administration | 16.9 | 4,218.50 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 7.0 | 5,382.50 |
| 0018 | Fee Application, Applicant | 12.6 | 6,327.50 |
| 0019 | Creditor Inquiries | 2.3 | 1,823.50 |
| 0020 | Fee Application, Others | 2.1 | 544.00 |
| 0022 | Environmental Matters/Regulations/Litigation | 8.9 | 6,452.50 |
| 0036 | Plan and Disclosure Statement | 13.9 | 10,956.50 |
| 0040 | Employment Applications - Others | 2.5 | 1,812.50 |
| | | | |
| | **Total** | **67.4** | **$ 38,387.50** |

# STROOCK

## INVOICE

| | |
|---|---|
| DATE | August 27, 2012 |
| INVOICE NO. | 570586 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia,  MD  21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through July 31, 2012, including:

| | |
|---|---|
| RE | Asset Dispositions, Sales, Uses and Leases (Section 363) 699843  0009 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 07/09/2012 | Memoranda with Capstone re: Grace Brazil acquisition. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.1 | $ 725 | $ 72.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 72.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 72.50 |
|---|---|

| RE | Business Operations |
|----|---------------------|
|    | 699843  0013        |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/30/2012 | Attend to recently filed 8-K (.6); attend to 7/25/12 investor call (.5). | Krieger, A. | 1.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 1.1 | $ 725 | $ 797.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 797.50 |
|-------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 797.50 |
|-----------------------|----------|

| | | |
|---|---|---|
| R E | Case Administration | |
| | 699843  0014 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 07/02/2012 | Obtain and circulate recently docketed pleadings in main case (.6); obtain recent pleadings re: appeals case no. 12-1402 for attorney review (.3); review appeals case docket no. 11-199 (.1). | Mohamed, D. | 1.0 |
| 07/03/2012 | Attend to order canceling and rescheduling 7/16/12 hearing. | Krieger, A. | 0.1 |
| 07/03/2012 | Obtain and circulate recently docketed pleadings in main case (.4); review appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.6 |
| 07/05/2012 | Review appeals case docket no. 11-199 (.1); obtain recent pleading re: appeals case no. 12-1402 for attorney review (.2). | Mohamed, D. | 0.3 |
| 07/06/2012 | Obtain and circulate recently docketed pleadings in main case (.3); review appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.5 |
| 07/09/2012 | Obtain and circulate recently docketed pleadings in main case (.4); obtain recent pleadings re appeals case no. 11-199 for attorney review (.3); review case file documents (.7); review case docket no. 12-1402 (.1). | Mohamed, D. | 1.5 |
| 07/10/2012 | Obtain and circulate recently docketed pleadings in main case (.5); obtain documents for attorney review (.4); obtain recent pleading re: appeals case no. 11-199 for attorney review (.2). | Mohamed, D. | 1.1 |
| 07/11/2012 | Obtain and circulate recently docketed pleadings in main case (.4); obtain recent pleadings re: appeals case docket nos. 11-199 & 12-1402 for attorney review (.9). | Mohamed, D. | 1.3 |
| 07/12/2012 | Obtain and circulate recently docketed pleadings in main case (.6); review appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.7 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/13/2012 | Obtain and circulate recently docketed pleadings in main case (.3); monitor appeals case nos. 11-199 and 12-1402 (.2); update internal case docket (.1). | Mohamed, D. | 0.6 |
| 07/16/2012 | Attend to Debtors' statement of professional compensation. | Krieger, A. | 0.1 |
| 07/16/2012 | Review appeals case docket nos. 11-199 and 12-1402. | Mohamed, D. | 0.2 |
| 07/17/2012 | Obtain and circulate recently docketed pleading in main case (.2); review appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.3 |
| 07/18/2012 | Obtain recent pleadings re: appeals case docket nos. 11-199 and 12-1402 for attorney review. | Mohamed, D. | 0.3 |
| 07/19/2012 | Obtain recent pleading re: appeals case no. 11-199 for attorney review. | Mohamed, D. | 0.2 |
| 07/20/2012 | Obtain and circulate recently docketed pleading in main case (.2); obtain recent pleading re: appeals case no. 11-199 for attorney review (.2); review case docket no. 12-1402 (.1). | Mohamed, D. | 0.5 |
| 07/23/2012 | Obtain recent pleadings re: appeals case no. 11-199 for attorney review (.3); research re: main case docket (.3); review case docket no. 12-1402 (.1). | Mohamed, D. | 0.7 |
| 07/24/2012 | Attend to PI Committee's motion to modify orders re: filing of 2019 statements. | Krieger, A. | 0.7 |
| 07/24/2012 | Obtain and circulate recently docketed pleadings in main case (.7); obtain recent pleading re: appeals case no. 11-199 for attorney review (.2). | Mohamed, D. | 0.9 |
| 07/25/2012 | Attend to Grace's market value change and memorandum to Debtors' counsel and to Capstone re: same. | Krieger, A. | 0.3 |
| 07/25/2012 | Obtain and circulate recently docketed pleadings in main case (.5); obtain recent pleadings re: appeals case no. 11-199 for attorney review (.4); update internal case docket (.1); review case docket no. 12-1402 | Mohamed, D. | 1.1 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | (.1). | | |
| 07/26/2012 | Obtain and circulate recently docketed pleadings in main case (.4); review case file documents (1.2); review appeals case docket no. 11-199 (.1). | Mohamed, D. | 1.7 |
| 07/27/2012 | Obtain and circulate recently docketed pleadings in main case (.3); obtain pleading re: case no. 12-2807 for attorney review (.2); review appeals case nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.7 |
| 07/30/2012 | Obtain and circulate recently docketed pleadings in main case (.4); review appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.6 |
| 07/31/2012 | Attend to Debtors' statements of asset sales and settlements. | Krieger, A. | 0.1 |
| 07/31/2012 | Obtain and circulate recently docketed pleadings in main case (.5); obtain pleadings re: appeals case docket nos. 11-199 and 12-1402 for attorney review (.3). | Mohamed, D. | 0.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 1.3 | $ 725 | $ 942.50 |
| Mohamed, David | 15.6 | 210 | 3,276.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 4,218.50 |
|-------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 4,218.50 |
|------------------------|------------|

| RE | Committee, Creditors', Noteholders', or Equity Holders' |
|----|--------------------------------------------------------|
|    | 699843  0017                                           |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/05/2012 | Attend to Committee memoranda re: Garlock's stay motion, stipulation on effective date, Anderson reply brief. | Krieger, A. | 1.9 |
| 07/06/2012 | Attend to Capstone's memorandum re: acquisition of Brazilian admixture business and memoranda with Capstone re: same. | Krieger, A. | 0.9 |
| 07/12/2012 | Attend to memorandum for the Committee re: appeals before the Third Circuit; related matters (2.3); memoranda with Capstone re: emergence issues and timing (.1). | Krieger, A. | 2.4 |
| 07/12/2012 | Review memo to Committee re: Third Circuit Appeal. | Kruger, L. | 0.4 |
| 07/13/2012 | Memorandum for the Committee re: Third Circuit appeals, other related matters. | Krieger, A. | 0.2 |
| 07/24/2012 | Review draft memo to Committee re: Anderson. | Kruger, L. | 0.1 |
| 07/24/2012 | Review draft memo to Committee re: Anderson. | Pasquale, K. | 0.3 |
| 07/30/2012 | Memorandum for the Committee re: emergence issues. | Krieger, A. | 0.4 |
| 07/30/2012 | Review memo to Committee re: investor call. | Kruger, L. | 0.2 |
| 07/30/2012 | Review memo to Committee re: investor call. | Pasquale, K. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 5.8 | $ 725 | $ 4,205.00 |
| Kruger, Lewis | 0.7 | 1,025 | 717.50 |
| Pasquale, Kenneth | 0.5 | 920 | 460.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 5,382.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 5,382.50 |
|---|---|

| RE | Fee Application, Applicant<br>699843  0018 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 07/02/2012 | Finalize SSL's 134th monthly fee application for filing (.6); prepare notice and CoS re same and forward to local counsel for filing (.7); prepare and effectuate service re fee application (.6). | Mohamed, D. | 1.9 |
| 07/06/2012 | Review June fee detail. | Magzamen, M. | 0.2 |
| 07/12/2012 | Prepare draft of SSL's 135th monthly fee application for attorney review. | Mohamed, D. | 0.9 |
| 07/16/2012 | Attend to June 2012 monthly fee statement (.5); attend to 45th quarterly fee application (April - June 2012 period) (2.0). | Krieger, A. | 2.5 |
| 07/18/2012 | Attend to preparation of 45th quarterly fee application. | Krieger, A. | 2.7 |
| 07/19/2012 | Attend to preparation of 45th quarterly fee application. | Krieger, A. | 1.8 |
| 07/20/2012 | O/c DM re: June 2012 fee statement and preparation of 45th quarterly (.1). | Krieger, A. | 0.1 |
| 07/23/2012 | Revise draft of SSL's 135th monthly fee application for attorney review. | Mohamed, D. | 0.7 |
| 07/30/2012 | Finalize SSL's 135th monthly fee application for filing (.7); prepare notice and CoS re: same and forward to local counsel for filing (.5); prepare and effectuate service re: fee application (.6). | Mohamed, D. | 1.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 7.1 | $ 725 | $ 5,147.50 |
| Magzamen, Michael | 0.2 | 335 | 67.00 |
| Mohamed, David | 5.3 | 210 | 1,113.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 6,327.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 6,327.50 |
|---|---|

| RE | Creditor Inquiries<br>699843  0019 |
|----|-------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/13/2012 | Attend to response to creditor inquiry and exchanged memoranda with Capstone re: same. | Krieger, A. | 1.5 |
| 07/19/2012 | Telephone conference creditor re: confirmation status. | Pasquale, K. | 0.3 |
| 07/30/2012 | Telephone conferences creditors re: case status. | Pasquale, K. | 0.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 1.5 | $ 725 | $ 1,087.50 |
| Pasquale, Kenneth | 0.8 | 920 | 736.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,823.50 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 1,823.50 |
|-----------------------|------------|

| RE | Fee Application, Others<br>699843  0020 |
|----|------------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/03/2012 | Finalize Capstone's 100th monthly fee application for filing (.7); prepare notice and CoS re: same and forward to local counsel for filing (.6); prepare and effectuate service re: fee application (.6). | Mohamed, D. | 1.9 |
| 07/16/2012 | Attend to other professionals' fee applications. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.2 | $ 725 | $ 145.00 |
| Mohamed, David | 1.9 | 210 | 399.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 544.00 |
|-------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 544.00 |
|------------------------|----------|

| RE | Environmental Matters/Regulations/Litigation<br>699843  0022 |
|----|----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/24/2012 | Attend to Debtors' motion approving settlement agreement re: Weedsport New York site. | Krieger, A. | 0.4 |
| 07/25/2012 | Attend to Debtor's motion re: Weedsport NY Site and began to prepare memorandum for the Committee regarding same. | Krieger, A. | 2.5 |
| 07/26/2012 | Attend to Weedsport, New York Consent Order and related materials and prepare Committee memorandum discussing same. | Krieger, A. | 3.3 |
| 07/27/2012 | Memorandum to Debtors' counsel re: questions on Weedsport Site settlement and attend to Committee memorandum draft. | Krieger, A. | 2.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 8.9 | $ 725 | $ 6,452.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 6,452.50 |
|----|----|

| TOTAL FOR THIS MATTER | $ 6,452.50 |
|----|----|

| RE | Expenses 699843 0024 | |
|---|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|---|---|

**MATTER DISBURSEMENT SUMMARY**

| Outside Messenger Service | $ 104.85 |
|---|---|
| Long Distance Telephone | 1.39 |
| Duplicating Costs-in House | 0.10 |
| O/S Information Services | 224.30 |

| TOTAL DISBURSEMENTS/CHARGES | $ 330.64 |
|---|---|

| TOTAL FOR THIS MATTER | $ 330.64 |
|---|---|

| RE | Plan and Disclosure Statement<br>699843  0036 |
|----|----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/05/2012 | Attend to Garlock's emergency stay motion to the Third Circuit, the Third Circuit's order and the parties' stipulation regarding the Plan's effective date. | Krieger, A. | 1.0 |
| 07/10/2012 | Attend to newly docketed appeals and Garlock related pleading. | Krieger, A. | 0.2 |
| 07/11/2012 | T/c and exchanged memoranda with R. Higgins re: BNSF appeal and Garlock stipulation (.3); exchanged memoranda with KP re: Appellees response to Garlock's emergency stay motion (.1); attend to BNSF settlement (.3); attend to additional appeals filed (.1). | Krieger, A. | 0.8 |
| 07/11/2012 | Review Garlock stay motion and appellees responses. | Kruger, L. | 0.7 |
| 07/11/2012 | Review Garlock stay motion and appellees' and Asbestos Property FCR Responses. | Pasquale, K. | 1.3 |
| 07/12/2012 | T/c R. Higgins re: Grace appeals, emergence issues. | Krieger, A. | 0.2 |
| 07/13/2012 | Attend to Appellees' response to Garlock stay motion (.6); and appellate issue (.5). | Krieger, A. | 1.1 |
| 07/23/2012 | Attend to Judge Buckwalter's memorandum opinion and order denying Anderson Memorial's Rule (60)b motion and preparation of memorandum for the Committee re: same. | Krieger, A. | 0.8 |
| 07/23/2012 | Review Buckwalter memo opinion and order re: Anderson Memorial Rule 60(b) motion. | Kruger, L. | 0.3 |
| 07/23/2012 | Review district court order denying Anderson motion. | Pasquale, K. | 0.5 |
| 07/24/2012 | Attend to Judge Buckwalter's decision re: Anderson Memorials Rule 60(b) motion and prepare Committee memorandum thereon. | Krieger, A. | 2.3 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 07/26/2012 | Memorandum with bank lender group's counsel re: interest issue appeal. | Krieger, A. | 0.3 |
| 07/27/2012 | Attend to statements of issues and record designations filed by appellants in the Third Circuit and Garlock dockets and o/c DM re: same. | Krieger, A. | 1.2 |
| 07/30/2012 | Attend to Garlock's Consolidated Reply supporting its emergency stay motion. | Krieger, A. | 0.2 |
| 07/31/2012 | Attend to case law cited to in Garlock/Grace stay pleadings to the Third Circuit (2.0); attend to bank lender group's amended statement of the case to Third Circuit and AMH's amended appeal notice (.1). | Krieger, A. | 2.1 |
| 07/31/2012 | Review appellate pleadings in Garlock/Grace stay issues. | Kruger, L. | 0.5 |
| 07/31/2012 | Review recent appellate pleadings. | Pasquale, K. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 10.2 | $ 725 | $ 7,395.00 |
| Kruger, Lewis | 1.5 | 1,025 | 1,537.50 |
| Pasquale, Kenneth | 2.2 | 920 | 2,024.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 10,956.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 10,956.50 |
|---|---|

| RE | Employment Applications - Others 699843  0040 | | |
|---|---|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 07/26/2012 | Attend to Debtors' motion seeking approval to employ Grant Thornton as tax and accounting advisers and memorandum to Debtors' counsel seeking additional information. | Krieger, A. | 2.3 |
| 07/27/2012 | Exchanged memoranda with Debtors' counsel re: additional questions re: Grant Thornton retention. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 2.5 | $ 725 | $ 1,812.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,812.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,812.50 |
|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 38,387.50 |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 330.64 |
| TOTAL BILL | $ 38,718.14 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.