# EXHIBIT B

**WR GRACE & CO**
**SUMMARY OF FEES**
**JULY 1, 2012 - JULY 31, 2012**

|  | **Hours** | **Rate** | **Amount** |
|---|---:|---:|---:|
| **Partners** | | | |
| Kruger, Lewis | 2.2 | $1,025 | $ 2,255.00 |
| Pasquale, Kenneth | 3.5 | 920 | 3,220.00 |
| | | | |
| **Associates** | | | |
| Krieger, Arlene G. | 38.7 | 725 | 28,057.50 |
| | | | |
| **Paraprofessionals** | | | |
| Magzamen, Michael | 0.2 | 335 | 67.00 |
| Mohamed, David | 22.8 | 210 | 4,788.00 |
| | | | |
| **Total** | **67.4** | | **$ 38,387.50** |