# EXHIBIT C

**WR GRACE & CO**

**DISBURSEMENT SUMMARY**

**JULY 1, 2012 - JULY 31, 2012**

| | |
|---|---:|
| Outside Messenger Service | $ 104.85 |
| Long Distance Telephone | 1.39 |
| Duplicating Costs-in House | 0.10 |
| O/S Information Services | 224.30 |
| | |
| **TOTAL** | **$ 330.64** |

# STROOCK

## Disbursement Register

| DATE | August 22, 2012 |
| --- | --- |
| INVOICE NO. | 570586 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia,  MD  21044-4098 |

**FOR EXPENSES INCURRED i**n the captioned matter for the period through July 30, 2012, including:

| DATE | DESCRIPTION | AMOUNT |
| --- | --- | --- |
| **Outside Messenger Service** | | |
| 07/02/2012 | Vendor: United Parcel Service Invoice #: 00000010X827272 07.07.12 Tracking #: 1Z10X8270190787734 Shipment Date: 07/02/2012 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Bobbi Ruhlander, Esq, Warren H. Smith & Associates, P.C., 2235 Ridge Rd, Rockwall, TX 75087 | 11.22 |
| 07/02/2012 | Vendor: United Parcel Service Invoice #: 00000010X827272 07.07.12 Tracking #: 1Z10X8270191552922 Shipment Date: 07/02/2012 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: David B. Siegal, W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 | 7.91 |
| 07/02/2012 | Vendor: United Parcel Service Invoice #: 00000010X827272 07.07.12 Tracking #: 1Z10X8270193395750 Shipment Date: 07/02/2012 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Dave Klauder, Esq., Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 | 7.91 |
| 07/02/2012 | Vendor: United Parcel Service Invoice #: 00000010X827272 07.07.12 Tracking #: 1Z10X8270193807340 Shipment Date: 07/02/2012 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Dawn S. Marra, Duane Morris LLP, 222 Delaware Ave, Wilmington, DE 19801 | 7.91 |
| 07/03/2012 | Vendor: United Parcel Service Invoice #: 00000010X827272 07.07.12 Tracking #: 1Z10X8270190459839 Shipment Date: 07/03/2012 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 | 7.91 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | Maiden Lane, New York, NY 10038 Ship to: David B. Siegal, W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 | |
| 07/03/2012 | Vendor: United Parcel Service Invoice #: 00000010X827272 07.07.12 Tracking #: 1Z10X8270192095013 Shipment Date: 07/03/2012 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Dawn S. Marra, Duane Morris LLP, 222 Delaware Ave, Wilmington, DE 19801 | 7.91 |
| 07/03/2012 | Vendor: United Parcel Service Invoice #: 00000010X827272 07.07.12 Tracking #: 1Z10X8270192309809 Shipment Date: 07/03/2012 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Dave Klauder, Esq., Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 | 7.91 |
| 07/03/2012 | Vendor: United Parcel Service Invoice #: 00000010X827272 07.07.12 Tracking #: 1Z10X8270194697020 Shipment Date: 07/03/2012 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Bobbi Ruhlander, Esq, Warren H. Smith & Associates, P.C., 2235 Ridge Rd, Rockwall, TX 75087 | 11.22 |
| 07/30/2012 | Vendor: United Parcel Service Invoice #: 00000010X827312 08.04.12 Tracking #: 1Z10X8270196428138 Shipment Date: 07/30/2012 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Bobbi Ruhlander, Esq, Warren H. Smith & Associates, P.C., 2235 Ridge Rd, Rockwall, TX 75087 | 11.22 |
| 07/30/2012 | Vendor: United Parcel Service Invoice #: 00000010X827312 08.04.12 Tracking #: 1Z10X8270197196360 Shipment Date: 07/30/2012 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Dave Klauder, Esq., Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 | 7.91 |
| 07/30/2012 | Vendor: United Parcel Service Invoice #: 00000010X827312 08.04.12 Tracking #: 1Z10X8270198711925 Shipment Date: 07/30/2012 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: David B. Siegal, W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 | 7.91 |
| 07/30/2012 | Vendor: United Parcel Service Invoice #: 00000010X827312 08.04.12 | 7.91 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | Tracking #: 1Z10X8270199134351 Shipment Date: 07/30/2012 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Dawn S. Marra, Duane Morris LLP, 222 Delaware Ave, Wilmington, DE 19801 | |
| | **Outside Messenger Service Total** | **104.85** |
| **Long Distance Telephone** | | |
| 07/11/2012 | EXTN.795544, TEL.3128364047, S.T.11:05, DUR.00:00:34 | 0.28 |
| 07/25/2012 | EXTN.795562, TEL.7328556189, S.T.13:16, DUR.00:03:59 | 1.11 |
| | **Long Distance Telephone Total** | **1.39** |
| **Duplicating Costs-in House** | | |
| 07/06/2012 | | 0.10 |
| | **Duplicating Costs-in House Total** | **0.10** |
| **O/S Information Services** | | |
| 07/31/2012 | Pacer Search Service on 4/20/2012 | 218.40 |
| 07/31/2012 | Pacer Search Service on 4/19/2012 | 5.90 |
| | **O/S Information Services Total** | **224.30** |

BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 104.85 |
| Long Distance Telephone | 1.39 |
| Duplicating Costs-in House | 0.10 |
| O/S Information Services | 224.30 |

| | |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 330.64 |

# STROOCK

PAGE: 4

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM