**ONE HUNDRED AND SECOND INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM JULY 1, 2012 THROUGH JULY 31, 2012)**

ATTACHMENT B

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Task Descriptions
4. Summary of Expenses

# W.R. Grace & Co.
**Capstone Advisory Group, LLC**
**Summary of Fees by Professional**
**For the Period 7-1-2012 through 7-31-2012**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $795 | 2.70 | $2,146.50 |
| R. Frezza | Member | $725 | 9.90 | $7,177.50 |
| J. Dolan | Director | $450 | 15.80 | $7,110.00 |
| M. Viola | Paraprofessional | $120 | 0.20 | $24.00 |
| **For the Period 7-1-2012 through 7-31-2012** | | | **28.60** | **$16,458.00** |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Summary of Fees by Task Code
## For the Period 7-1-2012 through 7-31-2012

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01. Acquisitions/Divestitures | During the Fee Application period, the Applicant reviewed and analyzed the Project Capricorn acquisition and prepared a report to the Committee thereon. | 21.20 | $12,843.00 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant reviewed and analyzed recent docket submissions, Counsel reports and responded to lender inquiries. | 4.60 | $2,317.50 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared June 2012 monthly fee statement. | 1.70 | $802.50 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant reviewed and analyzed the May monthly operating report. | 1.10 | $495.00 |
| **For the Period 7-1-2012 through 7-31-2012** | | **28.60** | **$16,458.00** |

# W.R. Grace & Co.
**Capstone Advisory Group, LLC**
**Detailed Time Description by Task Code**
**For the Period 7-1-2012 through 7-31-2012**

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 01. Acquisitions/Divestitures | | | |
| 7/2/2012 | J. Dolan | 1.50 | Reviewed Company responses re: Project Capricorn and incorporated them into the Committee report. |
| 7/2/2012 | J. Dolan | 2.20 | Prepared report to the Committee on Project Capricorn. |
| 7/3/2012 | R. Frezza | 2.10 | Reviewed and analyzed Project Capricorn materials. |
| 7/3/2012 | R. Frezza | 1.00 | Prepared and reviewed request list. |
| 7/3/2012 | E. Ordway | 1.10 | Reviewed and analyzed information re: Project Capricorn. |
| 7/6/2012 | R. Frezza | 1.70 | Prepared and reviewed draft report for issuance to Counsel. |
| 7/6/2012 | E. Ordway | 1.30 | Continued to analyze Capricorn related data. |
| 7/6/2012 | J. Dolan | 1.70 | Responded to Counsel's comments and revised the report accordingly. |
| 7/6/2012 | R. Frezza | 2.10 | Reviewed data received from company re: Project Capricorn. |
| 7/6/2012 | J. Dolan | 2.30 | Responded to Counsel's comments on Project Capricorn report to the Committee. |
| 7/9/2012 | R. Frezza | 2.10 | Made final review and completed report for distribution re: Project Capricorn. |
| 7/9/2012 | J. Dolan | 2.10 | Finalized and distributed the report on Project Capricorn to the Committee. |
| Subtotal | | 21.20 | |
| 04. Creditor Committee Matters | | | |
| 7/6/2012 | J. Dolan | 0.50 | Reviewed and analyzed Counsel's memo on the case status. |
| 7/12/2012 | J. Dolan | 0.90 | Reviewed and analyzed recent docket submissions. |
| 7/13/2012 | J. Dolan | 0.80 | Responded to a Lender inquiry regarding the case status. |
| 7/17/2012 | R. Frezza | 0.90 | Responded to Creditor questions. Reviewed May monthly financials. |
| 7/24/2012 | J. Dolan | 0.90 | Reviewed, analyzed and discussed Counsel's memo on a recent ruling. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 7/30/2012 | J. Dolan | 0.60 | Reviewed and discussed Counsel's memo regarding bankruptcy status. |
| Subtotal | | 4.60 | |

07. Fee Applications & Invoices

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 7/12/2012 | J. Dolan | 1.20 | Prepared June 2012 fee application. |
| 7/12/2012 | E. Ordway | 0.30 | Prepared fee application. |
| 7/13/2012 | M. Viola | 0.20 | Prepared June 2012 fee statement. |
| Subtotal | | 1.70 | |

08. Financial Analysis - Schedules & Statements

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 7/13/2012 | J. Dolan | 1.10 | Reviewed and analyzed May 2012 monthly operating reports. |
| Subtotal | | 1.10 | |
| **Total Hours** | | **28.60** | |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 7-1-2012 through 7-31-2012

| Date | Professional | Detail | Amount |
|------|--------------|--------|--------|
| **Research** | | | |
| 7/7/2012 | CAG Direct | Pacer | $9.90 |
| Subtotal - Research | | | $9.90 |
| **Telecom** | | | |
| 7/8/2012 | CAG Direct | July Telecom | $32.89 |
| Subtotal - Telecom | | | $32.89 |
| **For the Period 7-1-2012 through 7-31-2012** | | | $42.79 |