## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W.R. GRACE & CO.,** *et al.*, | § | **Jointly Administered** |
| | § | **Case No. 01-01139 (JKF)** |
| Debtors. | § | |
| | § | |

## FEE AUDITOR'S FINAL REPORT REGARDING THE FORTY-FIRST INTERIM AND FINAL FEE APPLICATION OF BRYAN CAVE HRO (f/k/a HOLME ROBERTS & OWEN LLP)

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Forty-First Interim and Final Fee Application of Bryan Cave HRO (formerly Holme Roberts & Owen LLP) (the "Application" or "Final Application").

## BACKGROUND

1.      Bryan Cave HRO (formerly known as Holme Roberts & Owen LLP) ("HRO") was retained as special environmental counsel to the Debtors. In the Application, HRO seeks approval of fees and expenses as follows: fees totaling $33,977.50 and expenses totaling $11,285.32 for its services from April 1, 2011, through April 15, 2012 (the "Forty-First Interim Period");[1] and final

---

[1] Although the Application is entitled the "Forty-First Interim," it covers the Forty-First through Forty-Fourth Interim Periods, as well as a portion of the Forty-Fifth Interim Period. For ease of reference, we will refer to the period of April 1, 2011, through April 15, 2012, as the "Forty-First Interim Period."

approval of fees totaling \$8,747,580.25[2] and expenses totaling \$888,903.51[3] for its services from

April 2, 2001, through April 15, 2012 (the "Final Application Period"). In addition to the foregoing

amounts, HRO requests approval of estimated fees of \$2,972.50 and estimated expenses of

\$1,500.00 for preparation, filing, and prosecution of this Final Application (the "Estimated Fees and

Expenses").

2.      In conducting this audit and reaching the conclusions and recommendations

contained herein, we reviewed in detail the Application in its entirety, including each of the time and

expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330,

Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of

Delaware, Amended Effective February 1, 2012, and the United States Trustee Guidelines for

Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C.

§ 330, Issued January 30, 1996 (the "U.S. Trustee Guidelines"), as well as for consistency with

precedent established in the United States Bankruptcy Court for the District of Delaware, the United

States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We

served an initial report on HRO based upon our review, and we received a response from HRO,

---

[2]We note that the total of the fees requested in HRO's prior applications, plus the compensation sought for the Forty-First Interim Period, is \$8,805,097.25. It appears that HRO has deducted from this amount all of the reductions ordered by the Court for the prior periods, which periods are discussed in more detail in paragraph 11, to arrive at the figure it seeks of \$8,747,580.25. We note that the Court has ruled on the First through Forty-Third Interim Periods, but that no rulings have been made on HRO's fees and expenses for the Forty-First Interim Period.

[3]We note that the total of the expenses requested in HRO's prior applications, plus the expenses sought for the Forty-First Interim Period, is \$896,633.51. It appears that HRO has deducted from this amount all of the reductions ordered by the Court for the prior periods, which periods are discussed in more detail in paragraph 11, to arrive at the figure it seeks of \$888,903.51. We note that the Court has ruled on the First through Forty-Third Interim Periods, but that no rulings have been made on HRO's fees and expenses for the Forty-First Interim Period.

portions of which response are quoted herein.

## DISCUSSION

### Estimated Fees and Expenses

3.     We noted that in addition to HRO's final fee and expense requests, HRO also seeks

estimated fees of $2,792.50 and estimated expenses of $1,500.00 for filing, serving, and prosecution

of this Application.  The estimated expenses of $1,500.00 are for HRO's local Delaware counsel,

Morris James LLP.  We advised HRO that we could not opine concerning estimated fees and

expenses, and HRO responded with the following information:

> With respect to BCHRO's $2,792.50 in estimated fees and Morris's $1,500.00 in
> estimated fees for the period following April 15, 2012 (the conclusion of the 41st
> Interim Period, as described in the Initial Report), both BCHRO and Morris have
> prepared summaries of their post-April 15, 2012 professional services rendered, for
> which the estate is not being billed, and which the Fee Auditor may compare with
> the respective firms' estimates.  Those statements of professional services rendered,
> in the format required for a standard professional fee application in the United States
> Bankruptcy Court for the District of Delaware, are attached as Exhibit A for
> BCHRO, and Exhibit B for Morris.  Exhibit A shows that BCHRO incurred total
> unbilled fees for professional services of $4,576.25, compared with its estimate of
> $2,792.50 in estimated fees, and Exhibit B shows that Morris incurred $3,096.58 in
> compensable fees and expenses, compared with its estimate of $1,500.00.  In light
> of the amounts shown on Exhibits A and B, we would request that the Fee Auditor
> issue a revised recommendation that BCHRO be allowed compensation for the
> estimated amounts set forth in the Application.

We have reviewed the additional fee detail from HRO and Morris James and have attached it as

Response Exhibits A and B, respectively.  We note that Response Exhibits A and B support fees of

$4,576.25 for HRO and for Morris James, fees of $2,468.00 and expenses of $628.58, for total

combined fees and expenses of $7,672.83.  We note that Morris James overcharged its copies by

$112.45.[4]  However, as HRO's  Estimated Fees and Expenses of $4,472.50 are already $3,200.33 less than its actual fees and expenses for this period (as noted on Response Exhibits A and B), we recommend no additional reduction for the overcharged photocopies.  Thus, we have no objection to HRO's request for fees of $2,972.50 and expenses of $1,500.00 for preparation and filing of its Final Application.

### Forty-First Interim Period

4.      We note that, of the $33,977.50 in fees sought for the Forty-First Interim Period, $23,054.50 in fees, or 68%, were billed for matters pertaining to fee application preparation and filing.  Also during this period, HRO incurred expenses with its Delaware local counsel, Morris James, of $6,165.41, most of which pertained to the filing and service of HRO's fee applications.  Although the Court has not set a defined limit on fees for fee application preparation in this case, such fees must still be reasonable under Section 330 of the Bankruptcy Code.  A number of courts, including this one, have established 5% of the total fees billed as a guideline for reasonableness for such fees.  Cumulatively, over the course of HRO's involvement in the case, we calculate HRO's total fees for fee application preparation at $154,403.00.  This computes to roughly 1.75% of the total fees billed by HRO in the case to date.  When Morris James' fees and expenses are included in this calculation, the total amount spent for fee application preparation is $226,200.14 and constitutes approximately 2.57% of the total fees billed by HRO in the case to date.[5]  A chart

---

[4]Morris James billed its copies at $0.15 per page, whereas the maximum which can be charged in this district is $0.10 per page.  *See* Del. Bankr. L.R. 2016-2(e)(iii).

[5]We have reviewed the time spent by Delaware local counsel, Morris James, on preparation and filing of HRO's fee applications and note that the vast majority of its time was billed by paralegals billing at lower hourly rates.  Thus, we do not believe Morris James' fees to be unreasonable.

reflecting our calculations is attached as <u>Exhibit 1</u>.[6]  Thus, HRO's cumulative fees for fee application preparation are below the 5% benchmark utilized by many courts, and we have no objection to these fees.

5.    We noted that included in the Morris James' invoices attached to the Application were photocopy costs totaling $679.50.  Delaware Local Bankruptcy Rule 2016-2(e)(iii) limits copying charges to $0.10 per page, so we asked for the rate at which Morris James billed these copies.  HRO responded:

> Morris has confirmed that the invoices attached to the Application covering the 41st Interim Period were billed at a rate of $0.15 per page, as opposed to the rate of $0.10 per page set forth in Delaware Local Rule 2016-2(e)(iii).  Morris and BCHRO therefore agree to reduce the request for compensation for photocopies by 1/3, or $226.50.  Please apply this reduction as a credit against the total expenses of $11,285.32 requested for the 41st Interim Period.

We appreciate HRO's response and recommend a reduction of $226.50 in expenses.

6.    We noted the following time entry on Morris James' Invoice No. 353583, dated May 26, 2011, for which the total time appears to have been miscalculated:

| 04/27/11 | WWW | 1.80 | Review HRO's October, November and December 2010 fee applications for filing with the Court (.5); email to S. Friedman re revisions to fee chart (.1); review corrected fee chart (.1); prepare affidavits of service (.2); forward fee applications to C. Kunz for review (.1); file and serve fee applications (.5); forward filings to co-counsel and update case folder with same (.1); calendar objection deadline and forward to C. Kunz (.1) |
|---|---|---|---|

The subparts of the time entry total 1.70 hours.  Thus, it appeared there was an overcharge of $16.50.

---

[6]As noted on the chart, if HRO's estimated fees of $2,972.50 and Morris James' estimated fees of $1,500.00 are added to the computation (*see* paragraph 3), the total amount of fees for fee application preparation constitutes approximately 2.62% of the total fees billed by HRO in the case to date.

In response to our inquiry, HRO stated: "Morris and BCHRO consent to a reduction of $16.50 from the $11,285.32 in expenses requested for the 41st Interim Period." We appreciate HRO's response and recommend a reduction of $16.50 in expenses.

7.    We noted the following storage expenses which appeared to be duplicates:

On Invoice No. 917547:

| 05/01/11 | 275.06 | Other Expense: VENDOR: Iron Mountain; Invoice #: DJX6960COR; Date: 5/1/2011 - WR Grace - document storage for the month April, 2011 |

On Invoice No. 903867:

| 04/30/11 | 275.06 | Other Expense: VENDOR: Iron Mountain; Invoice #: DJX6960; Date: 4/30/2011 - Storage |

In response to our inquiry, HRO stated:

The referenced storage expenses were indeed duplicative. Therefore, BCHRO consents to a reduction of $275.06 from the $11,285.32 in total expenses requested for the 41st Interim Period.

We appreciate HRO's response and recommend a reduction of $275.06 in expenses.

8.    Thus, we recommend approval of $33,977.50 in fees and $10,767.26 in expenses ($11,285.32 minus $518.06) for HRO's services for the Forty-First Interim Period.

## Final Application Period

9.    In conjunction with our review of HRO's final fee application, we asked to review certain Morris James invoices from prior interim periods. We noted the following time entries in Morris James' earlier invoices which appeared to have been billed to the W.R. Grace case in error:

| 254344 | 7/22/2003 | CMM | 0.10 | $22.50 | Review first and second omnibus objections to claims |
| 256738 | 9/16/2003 | JHC | 0.30 | $27.00 | Update adversary notebook with objection |
| 256738 | 9/22/2003 | CMM | 0.20 | $45.00 | Email from G. Donilan agreeing to amend order; email to J. Pape confirming correct amount payable to Debtor |

We asked HRO about these time entries, and HRO responded:

> There are 3 entries that should not have been billed to the Grace bankruptcy matter. The total amount at issue is $94.50, and we agree to that deduction.

We appreciate HRO's response and recommend a reduction of $94.50 in expenses.

10.    We noted that from 2006 to 2009 Morris James billed its in-house copying charges at $0.15 per page. We calculated that Morris James billed 7,951 copies at the rate of $0.15 per page, resulting in an overcharge of $397.55. We asked HRO whether it agreed that a reduction was appropriate for these copying charges, and HRO responded: "We will accept the proposed reduction of $397.55 for photocopy charges." We appreciate HRO's response and recommend a reduction of $397.55 in expenses.

### Prior Interim Periods

11.    We note that we previously filed the following final reports for HRO's prior interim applications, which final reports we incorporate by reference herein, and we also note the following orders that ruled on HRO's prior interim fee applications:

1st - 3rd Periods:    Amended Fee Auditor's Final Report Regarding First Interim Fee Application of Holme Roberts & Owen, LLP (Docket #3033), filed on or about November 19, 2002, in which we recommended approval of fees totaling $718,144.50 and expenses totaling $115,781.52, reflecting our recommended reductions of $10,457.50 in fees and $6,656.05 in expenses, as further explained in paragraphs 3, 5, 10, 12, and 16 of that final report. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the First, Second and Third Periods, dated November 25, 2002 (Docket #3091).

4th Period:     <u>Fee Auditor's Final Report Regarding Fee Application of Holme Roberts &</u>

<u>Owen, LLP for the Fourth Interim Period</u> (Docket #2446), filed on or about

July 29, 2002, in which we recommended approval of fees totaling

$1,005,527.25 and expenses totaling $136,871.87, reflecting our

recommended reductions of $9,628.25 in fees and $112.65 in expenses, as

further explained in paragraphs 7, 8, 10, 13 and 14 of that final report.

These recommendations were adopted in the <u>Order Approving Quarterly Fee</u>

<u>Applications for the Fourth Period</u>, dated October 9, 2002 (Docket #2797).

5th Period:     <u>Fee Auditor's Final Report Regarding Fee Application of Holme Roberts &</u>

<u>Owen, LLP for the Fifth Interim Period</u> (Docket #2948), filed on or about

November 7, 2002, in which we recommended approval of fees totaling

$1,409,465.75 and expenses totaling $157,891.48, reflecting our

recommended reductions of $19,945.75 in fees and $631.52 in expenses, as

further explained in paragraphs 4, 6, 7, 9 and 13 of that final report. The

Court adopted our recommendation concerning HRO's fees, but approved

$158,522.92[7] in expenses in the <u>Order Approving Quarterly Fee Applications</u>

---

[7]We noted that the fee order which had been submitted to the Court for this period did not reflect our recommended expense reductions of $631.52. We asked HRO for its position on these expense reductions, and HRO responded:

> Based on the matters described by the Fee Auditor, BCHRO consents to a reduction of $631.52, which may be credited against BCHRO's request for reimbursement of $11,285.32 in expenses for the 41st Interim Period.

We appreciate HRO's response and recommend that HRO's final expense request be reduced by $631.52.

for the Fifth Period, dated November 25, 2002 (Docket #3092).

6th Period:    Fee Auditor's Final Report Regarding Fee Application of Holme Roberts & Owen, LLP for the Sixth Interim Period (Docket #3339), filed on or about February 6, 2003, in which we recommended approval of fees totaling $2,042,534.75 and expenses totaling $121,211.41, reflecting our recommended reductions of $7,505.00 in fees and $410.46 in expenses, as further explained in paragraphs 8, 9 and 11 of that final report.  These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Sixth Period, dated March 14, 2003 (Docket #3511).

7th Period:    Fee Auditor's Final Report Regarding Fee Application of Holme Roberts & Owen, LLP for the Seventh Interim Period (Docket #3649), filed on or about April 9, 2003, in which we recommended approval of fees totaling $2,000,721.00 and expenses totaling $154,723.61, reflecting our recommended reductions of $2,167.50 in fees and $498.79 in expenses, as further explained in paragraphs 4, 5, 7, 13, 15 and 19  of that final report. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Seventh Period, dated July 28, 2003 (Docket #4157).

8th Period:    Fee Auditor's Final Report Regarding Fee Application of Holme Roberts & Owen, LLP for the Eighth  Interim Period (Docket #3988), filed on or about July 1, 2003, in which we recommended approval of fees totaling $519,091.00 and expenses totaling $53,414.58, reflecting our recommended reduction of $105.00 in fees, as further explained in paragraph 6 of that final

report. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Eighth Period</u>, dated September 22, 2003 (Docket #4480).

9th Period: <u>Fee Auditor's Final Report Regarding Fee Application of Holme Roberts & Owen, LLP for the Ninth Interim Period</u> (Docket #4501), filed on or about September 29, 2003, in which we recommended approval of fees totaling $201,423.00 and expenses totaling $23,631.22, reflecting our recommended reduction of $1,050.00 in fees, as further explained in paragraph 4 of that final report. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Ninth Period</u>, dated December 15, 2003 (Docket #4827).

10th Period: <u>Fee Auditor's Final Report Regarding Fee Application of Holme Roberts & Owen, LLP for the Tenth  Interim Period</u> (Docket #5044), filed on or about February 3, 2004, in which we recommended approval of fees totaling $111,342.00 and expenses totaling $5,179.63, reflecting our recommended reduction of $350.00 in fees, as further explained in paragraph 3 of that final report. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Tenth Period</u>, dated April 26, 2004 (Docket #5482).

11th Period: <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications With No Fee or Expense Issues for the Eleventh Interim Period</u> (Docket #5675), filed on or about June 1, 2004, in which we recommended approval

of fees totaling $16,048.50 and expenses totaling $5,167.16. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Eleventh Period</u>, dated June 16, 2004 (Docket #5822).

12th Period:    <u>Fee Auditor's Final Report Regarding Fee Application of Holme Roberts & Owen, LLP for the Twelfth Interim Period</u> (Docket #6077), filed on or about July 30, 2004, in which we recommended approval of fees totaling $118,601.50 and expenses totaling $8,311.57, reflecting our recommended reduction of $52.05 in expenses, as further explained in paragraph 3 of that final report. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Twelfth Period</u>, dated September 27, 2004 (Docket #6465).

13th Period:    <u>Fee Auditor's Amended Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Thirteenth Interim Period</u> (Docket #7013), filed on or about November 22, 2004, in which we recommended approval of fees totaling $35,685.00 and expenses totaling $2,548.25. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Thirteenth Period</u>, dated January 26, 2005 (Docket #7622).

14th Period:    <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Fourteenth Interim Period</u> (Docket #7982), filed on or about March 8, 2005, in which we recommended approval

of fees totaling $35,050.00[8] and expenses totaling $2,014.79. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Fourteenth Interim Period</u>, dated March 22, 2005 (Docket #8081).

15th Period:    <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Fifteenth Interim Period</u> (Docket #8561), filed on or about June 6, 2005, in which we recommended approval of fees totaling $35,631.50 and expenses totaling $4,318.47. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Fifteenth Period</u>, dated June 29, 2005(Docket #8728).

16th Period:    <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Sixteenth Interim Period</u> (Docket #9387), filed on or about September 12, 2005, in which we recommended approval of fees totaling $38,901.50 and expenses totaling $12,456.69. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Sixteenth Period</u>, dated September 27, 2005 (Docket #9513).

17th Period:    <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Seventeenth Interim Period</u> (Docket

---

[8]We note that HRO requested fees totaling $35,050.50 in its quarterly fee application for the Fourteenth Interim Period. We have determined that HRO's fee request is correct and that our report and the fee order contain a $0.50 error. Because HRO's final fee calculation is based upon the correct amount of $35,050.50 in fees, no adjustment to correct the error is necessary.

#11168), filed on or about November 28, 2005, in which we recommended approval of fees totaling $41,451.00 and expenses totaling $3,548.55. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Seventeenth Period</u>, dated December 21, 2005 (Docket #11402).

18th Period:   <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Eighteenth Interim Period</u> (Docket #12019), filed on or about March 9, 2006, in which we recommended approval of fees totaling $43,662.50 and expenses totaling $3,562.12. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Eighteenth Period</u>, dated March 27, 2006 (Docket #12121).

19th Period:   <u>Fee Auditor's Final Report Regarding Fee Application of Holme Roberts & Owen, LLP for the Nineteenth Interim Period</u> (Docket #12521), filed on or about May 25, 2006, in which we recommended approval of fees totaling $190,016.50 and expenses totaling $4,819.03 reflecting our recommended reduction of $6,308.00 in fees, as further explained in paragraph 3 of that final report. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Nineteenth Period</u>, dated June 16, 2006 (Docket #12660).

20th Period:   <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Twentieth Interim Period</u> (Docket

#13183), filed on or about September 8, 2006 in which we recommended approval of fees totaling $4,450.00 and expenses totaling $3,653.13. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Twentieth Period</u>, dated September 26, 2006 (Docket #13298).

21st Period:    <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Twenty-First Interim Period</u> (Docket #13963), filed on or about December 8, 2006, in which we recommended approval of fees totaling $11,193.50 and expenses totaling $4,256.71. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Twenty-First Period</u>, dated December 19, 2006 (Docket #14069)

22nd Period:    <u>Fee Auditor's Amended Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Twenty-Second Interim Period</u> (Docket #14868), filed on or about March 15, 2007, in which we recommended approval of fees totaling $9,986.50 and expenses totaling $2,825.24. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Twenty-Second Period</u>, dated May 3, 2007 (Docket #15494).

23rd Period:    <u>Fee Auditor's Amended Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Twenty-Third Interim Period</u> (Docket #16037), filed on or about June 13, 2007, in which we

recommended approval of fees totaling $4,100.00 and expenses totaling $3,124.28.  These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Twenty-Third Period</u>, dated June 20, 2007 (Docket #16105).

24th Period:   <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Twenty-Fourth Interim Period</u> (Docket #16786), filed on or about September 10, 2007, in which we recommended approval of fees totaling $3,277.50 and expenses totaling $3,685.80.  These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Twenty-Fourth Period</u>, dated September 25, 2007 (Docket #16916).

25th Period:   <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Twenty-Fifth Interim Period</u> (Docket #17542), filed on or about December 4, 2007, in which we recommended approval of fees totaling $1,039.50 and expenses totaling $4,423.35.  These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Twenty-Fifth Period</u>, dated December 13, 2007 (Docket #17629).

26th Period:   <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Twenty-Seventh Interim Period</u> (Docket #18887), filed on or about June 9, 2008, in which we recommended approval of fees totaling $3,165.50 and expenses totaling $2,771.36. These

recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Twenty-Seventh Period</u>, dated June 23, 2008 (Docket #18989).

27th Period:    <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Twenty-Eighth Interim Period</u> (Docket #19535), filed on or about September 15, 2008, in which we recommended approval of fees totaling $1,316.00 and expenses totaling $3,212.39. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Twenty-Eighth Period</u>, dated October 1, 2008 (Docket #19663).

28th Period:    <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Twenty-Ninth Interim Period</u> (Docket #20150), filed on or about November 26, 2008, in which we recommended approval of fees totaling $1,372.50 and expenses totaling $909.84. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Twenty-Ninth Period</u>, dated December 17, 2008 (Docket #20283).

29th Period:    <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Thirtieth Interim Period</u> (Docket #21063), filed on or about March 21, 2009, in which we recommended approval of fees totaling $1,137.50 and expenses totaling $3,550.61. These recommendations were adopted in the <u>Order Approving Quarterly Fee</u>

<u>Applications for the Thirtieth Period</u>, dated April 2, 2009 (Docket #21173).

30th Period:    <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications</u> <u>with No Fee or Expense Issues for the Thirtieth Interim Period</u> (Docket #21063), filed on or about March 21, 2009, in which we recommended approval of fees totaling $11,821.00 and expenses totaling $6,656.41. These recommendations were adopted in the <u>Order Approving Quarterly Fee</u> <u>Applications for the Thirtieth Period</u>, dated April 2, 2009 (Docket #21173).

31st Period:    <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications</u> <u>with No Fee or Expense Issues for the Thirty-Third Interim Period</u> (Docket #23927), filed on or about December 3, 2009, in which we recommended approval of fees totaling $2,379.50 and expenses totaling $4,685.54. These recommendations were adopted in the <u>Order Approving Quarterly Fee</u> <u>Applications for the Thirty-Third Period</u>, dated December 11, 2009 (Docket #23996).

32nd Period:    <u>Fee Auditor's Amended Combined Final Report Regarding Those Fee</u> <u>Applications with *De Minimis* or No Fee or Expense Issues for the Thirty-</u> <u>Fourth Interim Period</u> (Docket #24438), filed on or about March 11, 2010, in which we recommended approval of fees totaling $938.00 and expenses totaling $2,926.73. These recommendations were adopted in the <u>Order</u> <u>Approving Quarterly Fee Applications for the Thirty-Fourth Period</u>, dated March 19, 2010 (Docket #24470).

33rd Period:    <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications</u>

with *De Minimis* or No Fee or Expense Issues for the Thirty-Fifth Interim Period (Docket #24856), filed on or about May 28, 2010, in which we recommended approval of fees totaling $2,656.00 and expenses totaling $1,408.04. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Thirty-Fifth Period, dated June 7, 2010 (Docket #24917).

34th Period:    Fee Auditor's Amended Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Thirty-Sixth Interim Period (Docket #25384), filed on or about September 10, 2010, in which we recommended approval of fees totaling $918.50 and expenses totaling $806.28. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Thirty-Sixth Period, dated September 13, 2010 (Docket #25397).

35th Period:    Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Thirty-Seventh Interim Period (Docket #25850), filed on or about December 2, 2010, in which we recommended approval of fees totaling $26,757.50 and expenses totaling $1,493.91. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Thirty-Seventh Period, dated December 10, 2010 (Docket #25905).

36th Period:    Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Thirty-Eighth Interim Period (Docket

#26519), filed on or about March 9, 2011, in which we recommended approval of fees totaling $52,126.00 and expenses totaling $3,434.01. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Thirty-Eighth Period</u>, dated March 25, 2011 (Docket #26627).

37th Period:    <u>Fee Auditor's Amended Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Thirty-Ninth Interim Period</u> (Docket #27116), filed on or about June 21, 2011, in which we recommended approval of fees totaling $1,242.50 and expenses totaling $2,051.81.  These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Thirty-Ninth Period</u>, dated June 30, 2011 (Docket #27188).

38th Period:    <u>Fee Auditor's Amended Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Thirty-Ninth Interim Period</u> (Docket #27116), filed on or about June 21, 2011, in which we recommended approval of fees totaling $2,888.50 and expenses totaling $1,598.71. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Thirty-Ninth Period</u>, dated June 30, 2011 (Docket #27188).

39th Period:    <u>Fee Auditor's Amended Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Thirty-Ninth Interim Period</u> (Docket #27116), filed on or about June 21, 2011, in which we

recommended approval of fees totaling $2,934.50 and expenses totaling $1,446.72. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Thirty-Ninth Period</u>, dated June 30, 2011 (Docket #27188).

40th Period:     <u>Fee Auditor's Amended Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Fortieth Interim Period</u> (Docket #27507), filed on or about August 25, 2011, in which we recommended approval of fees totaling $4,604.50 and expenses totaling $2,613.93.  These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Fortieth Period</u>, dated September 20, 2011 (Docket #27622).

12.     We have reviewed the final reports and orders allowing fees and expenses for the prior interim periods, and we do not believe there is any reason to change any of the amounts awarded for the prior interim periods, with the exception of the Fifth Interim Period.  *See* n. 7.

**CONCLUSION**

13.     Thus, we recommend final approval of $8,750,552.75 in fees ($8,747,580.25[9] plus

---

[9]We note that the total of the fees requested in HRO's prior applications, plus the compensation sought for the Forty-First Interim Period, is $8,805,097.25.  It appears that HRO has deducted from this amount all of the reductions ordered by the Court for the prior periods, which periods are discussed in more detail in paragraph 11, to arrive at the figure it seeks of $8,747,580.25. We note that the Court has ruled on the First through Forty-Third Interim Periods, but that no rulings have been made on HRO's fees and expenses for the Forty-First Interim Period.

estimated fees of \$2,972.50) and \$888,761.88 in expenses (\$888,903.51[10] plus estimated expenses

of \$1,500.00, minus reductions of \$1,641.63[11]) for HRO's services for the Final Application Period.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____

Warren H. Smith
Texas State Bar No. 18757050

2235 Ridge Road, Suite 105
Rockwall, Texas  75087
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 28th day of August, 2012.

_____

Warren H. Smith

---

[10]We note that the total of the expenses requested in HRO's prior applications, plus the expenses sought for the Forty-First Interim Period, is \$896,633.51.  It appears that HRO has deducted from this amount all of the reductions ordered by the Court for the prior periods, which periods are discussed in more detail in paragraph 11, to arrive at the figure it seeks of \$888,903.51.  We note that the Court has ruled on the First through Forty-Third Interim Periods, but that no rulings have been made on HRO's fees and expenses for the Forty-First Interim Period.

[11]This amount includes reductions of \$518.06 for the Forty-First Interim Period (*see* paragraphs 5, 6, and 7), reductions of \$492.05 for the Final Application Period (*see* paragraphs 9 and 10), and reductions of \$631.52 for the Fifth Interim Period (*see* n. 7).

# SERVICE LIST
## Notice Parties

**The Applicant**
Eric E. Johnson
Bryan Cave HRO
1700 Lincoln Street, Suite 4100
Denver, CO 80203

**The Debtors**
Richard Finke
Assistant General Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
John Donley
Adam Paul
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of**
**Unsecured Creditors**
Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of**
**Property Damage Claimants**
Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19801

**Counsel to the Official Committee of Personal**
**Injury Claimants**
Elihu Inselbuch, Esq.
Caplin & Drysdale
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE  19801

**Official Committee of Equity Holders**
Philip Bentley
David E. Blabey, Jr.
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

Teresa K.D. Currier, Esq.
SAUL EWING LLP
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899

**United States Trustee**
David Klauder
Office of the United States Trustee
844 King Street, Lockbox 35, Room 2207
Wilmington, DE 19801