**EXHIBIT 1**

| Interim Period | HRO's Fees for Fee Application Preparation | Local Counsel Morris James' fees and exps for filing HRO's fee applications | Total Fees for Fee App. Prep. (HRO + Local Counsel) | Total Fees Requested by HRO | Fraction of HRO's Total Fee Request (including Morris James' fees) | Fraction of HRO's Total Fee Request (excluding Morris James' fees) |
|---|---|---|---|---|---|---|
| 1 thru 3 | 4,607.50 | | | | | |
| " | 2,544.50 | | | | | |
| " | 1,653.00 | | | | | |
| " | | 8,805.00 | 0.00 | 8,805.00 | 728,602.00 | 0.012084787 | 0.012084787 |
| 4 | 1,187.50 | | | | | |
| " | 2,747.50 | | | | | |
| " | 2,541.00 | | | | | |
| | | 6,476.00 | 0.00 | 6,476.00 | 1,015,155.50 | 0.006379318 | 0.006379318 |
| 5 | 4,723.00 | | | | | |
| " | 3,211.00 | | | | | |
| " | 4,446.00 | | | | | |
| | | 12,380.00 | 0.00 | 12,380.00 | 1,429,411.50 | 0.008660907 | 0.008660907 |
| 6 | 5,778.00 | | | | | |
| " | 4,298.50 | | | | | |
| " | 6,667.50 | | | | | |
| | | 16,744.00 | 0.00 | 16,744.00 | 2,050,039.75 | 0.008167647 | 0.008167647 |
| 7 | 8,854.00 | 315.87 | | | | |
| " | 4,907.50 | 1,703.63 | | | | |
| " | 1,619.00 | | | | | |
| | | 15,380.50 | 2,019.50 | 17,400.00 | 2,002,888.50 | 0.008687453 | 0.007679159 |
| 8 | 5,545.50 | 381.70 | | | | |
| " | 2,785.00 | 365.93 | | | | |
| " | 3,509.50 | | | | | |
| | | 11,840.00 | 747.63 | 12,587.63 | 519,196.00 | 0.024244466 | 0.02280449 |
| 9 | 3,423.50 | 1,827.11 | | | | |
| " | 2,576.50 | 733.95 | | | | |
| " | 884.50 | 487.00 | | | | |
| " | | 1,704.30 | | | | |
| | | 6,884.50 | 4,752.36 | 11,636.86 | 202,473.00 | 0.057473638 | 0.034002064 |
| 10 | 255.50 | 198.82 | | | | |
| " | 1,870.50 | 1,605.30 | | | | |
| " | 900.50 | | | | | |
| | | 3,026.50 | 1,804.12 | 4,830.62 | 111,692.00 | 0.043249472 | 0.027096838 |

wrg FR Holme 41-44Q and Final Ex 1, Page 1

**EXHIBIT 1**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11 | 476.00 | | 677.18 | | | | |
| " | 1,264.50 | | 1,280.88 | | | | |
| " | 472.50 | | 831.40 | | | | |
| | | 2,213.00 | | 2,789.46 | 5,002.46 | 16,048.50 | 0.311708882 | 0.137894507 |
| 12 | 450.00 | | 649.89 | | | | |
| " | 1,895.00 | | 309.55 | | | | |
| " | 1,125.00 | | 1,064.35 | | | | |
| | | 3,470.00 | | 2,023.79 | 5,493.79 | 118,601.50 | 0.046321421 | 0.02925764 |
| 13 | 240.00 | | 1,152.62 | | | | |
| " | 562.50 | | 478.51 | | | | |
| " | 1,087.50 | | | | | | |
| | | 1,890.00 | | 1,631.13 | 3,521.13 | $35,685.00 | 0.098672551 | 0.05296343 |
| 14 | 630.00 | | 84.68 | | | | |
| " | 460.00 | | 674.59 | | | | |
| " | 1,877.50 | | 475.57 | | | | |
| | | 2,967.50 | | 1,234.84 | 4,202.34 | 35,050.50 | 0.119893867 | 0.084663557 |
| 15 | 1,687.50 | | 915.39 | | | | |
| " | 624.50 | | 582.52 | | | | |
| " | | | 1,251.87 | | | | |
| | | 2,312.00 | | 2,749.78 | 5,061.78 | 35,631.50 | 0.142059133 | 0.064886407 |
| 16 | 962.50 | | 842.11 | | | | |
| " | 675.50 | | 1,202.25 | | | | |
| " | 635.50 | | 603.67 | | | | |
| | | 2,273.50 | | 2,648.03 | 4,921.53 | 38,901.50 | 0.126512602 | 0.058442477 |
| 17 | 1,499.00 | | 984.06 | | | | |
| " | 343.50 | | 602.72 | | | | |
| " | 1,268.00 | | | | | | |
| | | 3,110.50 | | 1,586.78 | 4,697.28 | 41,451.00 | 0.113321271 | 0.075040409 |
| 18 | 749.00 | | 676.60 | | | | |
| " | 692.00 | | 1,007.45 | | | | |
| " | 1,132.00 | | | | | | |
| | | 2,573.00 | | 1,684.05 | 4,257.05 | 43,662.50 | 0.097498998 | 0.058929287 |
| 19 | 533.00 | | 1,686.57 | | | | |
| " | 739.50 | | 1,101.91 | | | | |
| " | 1,721.00 | | | | | | |
| | | 2,993.50 | | 2,788.48 | 5,781.98 | 196,324.50 | 0.029451138 | 0.015247715 |
| 20 | 466.00 | | 778.69 | | | | |

**EXHIBIT 1**

|     |          |          |          |          |          |          |             |             |
|-----|---------:|---------:|---------:|---------:|---------:|---------:|------------:|------------:|
| "   |   238.00 |          |   600.83 |          |          |          |             |             |
| "   |   862.00 |          | 1,439.37 |          |          |          |             |             |
|     |          | 1,566.00 |          | 2,818.89 | 4,384.89 | 4,450.00 | 0.985368539 | 0.351910112 |
| 21  | 1,726.00 |          |   343.46 |          |          |          |             |             |
| "   |          |          | 2,428.29 |          |          |          |             |             |
| "   |          |          |   112.63 |          |          |          |             |             |
|     |          | 1,726.00 |          | 2,884.38 | 4,610.38 |11,193.50 | 0.411880109 | 0.154196632 |
| 22  |   272.00 |          |   735.03 |          |          |          |             |             |
| "   |   566.00 |          |   970.84 |          |          |          |             |             |
| "   |   204.00 |          |   347.49 |          |          |          |             |             |
|     |          | 1,042.00 |          | 2,053.36 | 3,095.36 | 9,986.50 | 0.309954438 | 0.10434086  |
| 23  |   642.00 |          | 1,262.13 |          |          |          |             |             |
| "   |   356.00 |          | 1,080.17 |          |          |          |             |             |
| "   |   102.00 |          |          |          |          |          |             |             |
|     |          | 1,100.00 |          | 2,342.30 | 3,442.30 | 4,100.00 | 0.839585366 | 0.268292683 |
| 24  | 1,064.00 |          |   573.33 |          |          |          |             |             |
| "   |          |          |   341.49 |          |          |          |             |             |
|     |          | 1,064.00 |          |   914.82 | 1,978.82 | 3,277.50 | 0.603758963 | 0.324637681 |
| 25  |   936.00 |          | 1,569.49 |          |          |          |             |             |
| "   |          |          |   842.51 |          |          |          |             |             |
| "   |          |          | 1,795.31 |          |          |          |             |             |
|     |          |   936.00 |          | 4,207.31 | 5,143.31 | 1,039.50 | 4.947869168 | 0.9004329   |
| 26  |   168.00 |          |   670.20 |          |          |          |             |             |
| "   |   860.00 |          |   102.65 |          |          |          |             |             |
| "   |          |          |   919.43 |          |          |          |             |             |
|     |          | 1,028.00 |          | 1,692.28 | 2,720.28 | 3,165.50 | 0.859352393 | 0.324751224 |
| 27  |   500.00 |          |   315.55 |          |          |          |             |             |
| "   |   576.00 |          | 1,013.56 |          |          |          |             |             |
| "   |   240.00 |          | 1,028.68 |          |          |          |             |             |
|     |          | 1,316.00 |          | 2,357.79 | 3,673.79 | 1,316.00 | 2.791633739 | 1.00        |
| 28  |   160.00 |          |   477.17 |          |          |          |             |             |
| "   |   120.00 |          |          |          |          |          |             |             |
| "   | 1,092.50 |          |          |          |          |          |             |             |
|     |          | 1,372.50 |          |   477.17 | 1,849.67 | 1,372.50 | 1.347664845 | 1.00        |
| 29  |   120.00 |          | 2,127.42 |          |          |          |             |             |
| "   |    80.00 |          |   749.54 |          |          |          |             |             |
|     |          |   200.00 |          | 2,876.96 | 3,076.96 | 1,137.50 | 2.70501978  | 0.175824176 |

**EXHIBIT 1**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 30 | 512.50 | | 33.00 | | | | | |
| " | | | 1,204.40 | | | | | |
| | | 512.50 | | 1,237.40 | 1,749.90 | 11,821.00 | 0.148033161 | 0.043355046 |
| 31 | 1,521.50 | | 1,052.38 | | | | | |
| " | 430.50 | | 813.94 | | | | | |
| " | 427.50 | | | | | | | |
| | | 2,379.50 | | 1,866.32 | 4,245.82 | 2,379.50 | 1.784332843 | 1.00 |
| 32 | 938.00 | | 854.56 | | | | | |
| " | | | 1,095.69 | | | | | |
| | | 938.00 | | 1,950.25 | 2,888.25 | 938.00 | 3.079157783 | 1.00 |
| 33 | 186.00 | | 646.72 | | | | | |
| " | 1,007.50 | | | | | | | |
| | | 1,193.50 | | 646.72 | 1,840.22 | 2,656.00 | 0.692853916 | 0.44935994 |
| 34 | 372.50 | | 33.00 | | | | | |
| | | 372.50 | | 33.00 | 405.50 | 918.50 | 0.441480675 | 0.405552531 |
| 35 | 446.50 | | 16.50 | | | | | |
| " | 465.00 | | 873.89 | | | | | |
| | | 911.50 | | 890.39 | 1,801.89 | 26,757.50 | 0.067341493 | 0.034065215 |
| 36 | 1,078.00 | | 691.08 | | | | | |
| " | 520.50 | | 1,366.19 | | | | | |
| " | | | 282.85 | | | | | |
| | | 1,598.50 | | 2,340.12 | 3,938.62 | 52,126.00 | 0.075559606 | 0.030666078 |
| 37 | 1,242.50 | | 596.48 | | | | | |
| | | 1,242.50 | | 596.48 | 1,838.98 | 1,242.50 | 1.480064386 | 1.00 |
| 38 | 844.50 | | 828.41 | | | | | |
| " | | | 226.05 | | | | | |
| | | 844.50 | | 1,054.46 | 1,898.96 | 2,888.50 | 0.657420807 | 0.29236628 |
| 39 | 1,161.50 | | 631.68 | | | | | |
| " | 243.00 | | | | | | | |
| | | 1,404.50 | | 631.68 | 2,036.18 | 2,934.50 | 0.693876299 | 0.478616459 |
| 40 | 1,426.50 | | 33.00 | | | | | |
| " | 1,834.50 | | 462.00 | | | | | |
| " | | | 1,075.61 | | | | | |
| " | | | 1,729.09 | | | | | |
| | | 3,261.00 | | 3,299.70 | 6,560.70 | 4,604.50 | 1.42484526 | 0.708220219 |
| 41 thru 45 | 23,054.50 | | 6,165.41 | | | | | |

**EXHIBIT 1**

|  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
|  |  | 23,054.50 |  | 6,165.41 | 29,219.91 | 33,977.50 | 0.859978221 | 0.678522552 |
| **Subtotals** | **154,403.00** | **154,403.00** | **71,797.14** | **71,797.14** | **226,200.14** | **8,805,097.25** |  | **0.017535638** |
|  |  |  |  |  |  |  | **0.025689681** |  |
|  |  |  |  |  |  |  |  |  |
| Estimated Fees for Final App | 2,972.50 |  | 1,500.00 |  |  |  |  |  |
|  |  | 2,972.50 |  | 1,500.00 | 4,472.50 |  |  |  |
|  |  |  |  |  |  |  |  |  |
| **Total** | **157,375.50** | **157,375.50** | **73,297.14** | **73,297.14** | **230,672.64** | **8,805,097.25** | **0.026197625** | **0.017873227** |