## EXHIBIT A

| Date | TKPR Name | Bs Hrs | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 4/16/2012 | Stanley F. Friedman | 0.2 | $175.00 | $35.00 | Conference with accounting regarding final bill; review final bill; correspondence with E. E. Johnson regarding final bill. |
| 4/17/2012 | Eric E. Johnson | 0.3 | $465.00 | $139.50 | Revise and edit all fee application materials. |
| 4/17/2012 | Stanley F. Friedman | 1.65 | $175.00 | $288.75 | Review March and April bills; enter data and edit Final Fee Application charts. Correspondence and conference with E. E. Johnson. Correspondence with local counsel. |
| 4/18/2012 | Stanley F. Friedman | 0.2 | $175.00 | $35.00 | Review bill from local counsel; correspondence to local counsel requesting final bill for application. |
| 4/19/2012 | Stanley F. Friedman | 1.5 | $175.00 | $262.50 | Edit and revise multiple spreadsheets for final application. |
| 4/20/2012 | Eric E. Johnson | 0.5 | $465.00 | $232.50 | Revise and edit fee application materials per guidance of Morris James to comply with Delaware standards. |
| 4/20/2012 | Stanley F. Friedman | 1.8 | $175.00 | $315.00 | Review Morris James bill; conference with E. E. Johnson; correspondence with local counsel and E. E. Johnson; final revisions to spreadsheet; proposed final Order and Verification of final application. |
| 4/23/2012 | Stanley F. Friedman | 5.5 | $175.00 | $962.50 | Review correspondence from local counsel; review and revise Order on Final Fee Application; review and revise spreadsheets to add dates per E. E. Johnson; correspondence with E. E. Johnson and A. Berry; review and edit final pleadings to add monetary calculations; verify figures in pleadings with monetary figures in spreadsheets; generate and verify appendices to final application. |
| 4/24/2012 | Eric E. Johnson | 1.5 | $465.00 | $697.50 | Revise and edit fee application and exhibits per instructions of local counsel to comply with Delaware requirements. |
| 4/24/2012 | Stanley F. Friedman | 2.3 | $175.00 | $402.50 | Conference with E. E. Johnson regarding final edits; finalize word version of final application (Notice, Summary, Order, Final Application, Appendices, spreadsheet) with changes requested by E. E. Johnson and information from spreadsheets. |
| 4/25/2012 | Eric E. Johnson | 0.3 | $465.00 | $139.50 | Revise and finalize fee application for filing. |

| Date | TKPR Name | Bs Hrs | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 4/25/2012 | Stanley F. Friedman | 1.4 | $175.00 | $245.00 | Conference with E. E. Johnson; finalize application to court and prepare documents for transmission to local counsel; correspondence with local counsel. |
| 4/26/2012 | Stanley F. Friedman | 1.1 | $175.00 | $192.50 | Review correspondence from local counsel; revise final application per request from local counsel. |
| 4/27/2012 | Stanley F. Friedman | 0.8 | $175.00 | $140.00 | Revise format of documents per local counsel; obtain searchable exhibits; correspondence with local counsel and E. E. Johnson. |
| 4/30/2012 | Stanley F. Friedman | 0.4 | $175.00 | $70.00 | Review filed applications; correspondence with local counsel; print and file final application. |
| 6/26/2012 | Eric E. Johnson | 0.5 | $465.00 | $232.50 | Review preliminary report from fee examiner and draft memorandum to local counsel regarding response to items noted. |
| 7/13/2012 | Eric E. Johnson | 0.4 | $465.00 | $186.00 | Draft memorandum to local counsel and assistant regarding compilation of documents necessary to respond to fee examiner's objections. |

Total Fees    $4,576.25