7/17/2012 5:32:30 PM                    Morris James LLP                              Page 1
                          Draft for Work-In-Process Through 6/30/2012
                                **Matter ID: 105624-0001**                  Draft Seq #        1

Billing Attorney: 389 - Kunz III, Carl N.              Bill Format:    9040
                                                       Billing Cycle:  M
Bryan Cave HRO
c/o Eric E. Johnson, Esq.
1700 Lincoln Street, Suite 4100
Denver, CO 80203-4541

**Re: W.R. Grace**

### Billing & Payment Recap

| | | | |
|---|---|---|---|
| Total Billed Fees: | 63,318.50 | Combined Adv. Deposit Bal.: | 0.00 |
| Total Billed Costs: | 11,535.97 | Fee Adv. Deposit Bal.: | 0.00 |
| Total Billed Interest: | 0.00 | Cost Adv. Deposit Bal.: | 0.00 |
| Total Billed Retainer: | 0.00 | Trust Funds 1: | 0.00 |
| Total Collected: | 74,854.47 | Trust Funds 2: | 0.00 |
| Last Bill: | 04/20/12  33.00 | Trust Funds 3: | 0.00 |
| Last Payment: | 05/23/12  1,724.20 | Trust Funds 4: | 0.00 |
| Last Write-Off: | | | |

### WIP & A/R Aging

| As of 6/30/2012 | Total | Fees | Cost | Interest | Retainer | 0-30 | 31-60 | 61-90 | 91+ |
|---|---|---|---|---|---|---|---|---|---|
| WIP | 3,096.58 | 2,468.00 | 628.58 | 0.00 | 0.00 | 523.43 | 1,256.15 | 1,317.00 | 0.00 |
| A/R | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Totals** | **3,096.58** | **2,468.00** | **628.58** | **0.00** | **0.00** | **523.43** | **1,256.15** | **1,317.00** | **0.00** |

### Fee Recap - Actual Hourly Rate

| | | | | On Hold | | | To Bill | | |
|---|---|---|---|---|---|---|---|---|---|
| Timekeeper | Hours | Rate | Amount | Hours | Rate | Amount | Hours | Rate | Amount |
| VAB | 0.30 | 160.00 | 48.00 | | | | 0.30 | 160.00 | 48.00 |
| CNK | 1.10 | 400.00 | 440.00 | | | | 1.10 | 400.00 | 440.00 |
| WWW | 12.00 | 165.00 | 1,980.00 | | | | 12.00 | 165.00 | 1,980.00 |
| **Total WIP Fees** | **13.40** | | **2,468.00** | | | | **13.40** | | **2,468.00** |

### Disbursement Recap by Code

| Code | | Amount | On Hold | To Bill |
|---|---|---|---|---|
| DELFED | Delivery - Federal | 21.43 | | 21.43 |
| DELP | Postage | 222.30 | | 222.30 |
| PRICD | Electronic Production - | 25.00 | | 25.00 |
| PRIR | Reproduction | 337.35 | | 337.35 |
| TRIDEL | Delivery - Digital Legal | 22.50 | | 22.50 |
| **Total WIP Costs** | | **628.58** | | **628.58** |
| **Total WIP** | | **3,096.58** | **0.00** | **3,096.58** |

### Billing Instructions

Bill Fees: _____     Write off Fees: _____          Bill Costs: _____          Write off Costs: _____

Do Not Bill: _____     Apply Advance Deposit: All _____ or Other Amount _____     Send Statement Only: _____

### Fee Detail

Morris James LLP
Draft for Work-In-Process Through 6/30/2012

Matter ID: 105624-0001                    Draft Seq #        1

| Fee ID | Date | Atty | Description | Task:Act Hold | Hours | Rate | Amount |
|--------|------|------|-------------|---------------|-------|------|--------|
| 3082402 | 04/23/12 | WWW | Review email from S. Friedman re preparation for Bryan Cave HRO's 41st interim and final fee application and objection deadline and hearing date for fee application; review of Judge Fitzgerald's Chambers procedures, amended fee procedures order, and order setting omnibus hearing dates for 2012; forward findings to E. Johnson and S. Friedman | | 0.60 | 165.00 | 99.00 |
| 3077997 | 04/25/12 | CNK | Review of final fee application | | 0.20 | 400.00 | 80.00 |
| 3082459 | 04/25/12 | WWW | Review draft of Bryan Cave HRO's 41st interim and final fee application, summary, verification, exhibits to fee application, and proposed order; revisions to fee application, summary, and proposed order; review of same with C. Kunz; prepare redline of changes; forward proposed revisions to co-counsel for review | | 2.10 | 165.00 | 346.50 |
| 3082472 | 04/26/12 | WWW | Review revised draft of fee application and summary from S. Friedman; review and revise same; forward to S. Friedman for review | | 0.80 | 165.00 | 132.00 |
| 3082475 | 04/26/12 | WWW | Review second revised version of final fee application from S. Friedman | | 0.40 | 165.00 | 66.00 |
| 3078052 | 04/30/12 | CNK | Review final fee application of Bryan Cave-HRO and approve same | | 0.70 | 400.00 | 280.00 |
| 3082488 | 04/30/12 | WWW | Organize final fee application for filing with the Court; forward to C. Kunz for final review | | 0.50 | 165.00 | 82.50 |
| 3082497 | 04/30/12 | WWW | Ensure all documents are pdf searchable for final fee application for filing with the Court; file final fee application with the Court; forward filing to co-counsel; forward to Fee Auditor; calendar certificate of no objection date, objection deadline and hearing date; forward calendar updates to C. Kunz | | 1.40 | 165.00 | 231.00 |
| 3094558 | 05/02/12 | WWW | Serve client's final fee application upon core group; prepare affidavit of service re same; file affidavit of service with the Court; serve notice of final fee application upon Rule 2002 service list; prepare affidavit of service re same; file affidavit of service with the Court; forward filings to co-counsel re affidavits of service; update fee case folder re same | | 1.60 | 165.00 | 264.00 |
| 3094724 | 05/16/12 | WWW | Email from E. Johnson re Fee Auditor's comments for date of hearing for final fee application; review of docket for other | | 0.60 | 165.00 | 99.00 |

| | | | Matter ID: 105624-0001 | | | Draft Seq # | 1 |
|---|---|---|---|---|---|---|---|
| Fee ID | Date | Atty | Description | Task:Act Hold | Hours | Rate | Amount |
| | | | final fee applications and hearing dates for such fee applications; review of Chamber's procedures, order setting 2012 omnibus hearing dates, and amended fee procedures order; review of same and findings with C. Kunz; email response to E. Johnson | | | | |
| 3093963 | 05/17/12 | WWW | Confer with C. Kunz re calendaring of new date for certificate of no objection and hearing date for final fee application; review of order setting 2012 omnibus hearing dates; update calendar with September 2012 hearing date for final fee application; forward to C. Kunz | | 0.30 | 165.00 | 49.50 |
| 3091397 | 05/18/12 | CNK | Review of cancellation of September 2012 hearing | | 0.10 | 400.00 | 40.00 |
| 3091399 | 05/18/12 | CNK | Correspond with E. Johnson re approval of other fee applications on final basis | | 0.10 | 400.00 | 40.00 |
| 3093989 | 05/18/12 | WWW | Review of Court's entries re certain entries not pdf searchable; ensure listed entries are not related to Bryan Cave HRO's final fee application | | 0.20 | 165.00 | 33.00 |
| 3094007 | 05/18/12 | WWW | Update fee application service list re Caplin & Drysdale, Chartered | | 0.10 | 165.00 | 16.50 |
| 3094010 | 05/18/12 | WWW | Update calendar and case folder with order setting August 27, 2012 hearing date as telephonic only | | 0.10 | 165.00 | 16.50 |
| 3094012 | 05/18/12 | WWW | Update case folder with order cancelling September 24, 2012 hearing; review of order setting 2012 omnibus hearing dates for next fee hearing after September 2012 hearing; email to C. Kunz with order and next fee hearing of December 2012 | | 0.30 | 165.00 | 49.50 |
| 3094015 | 05/18/12 | WWW | Forward order to co-counsel cancelling September 24, 2012 omnibus and fee hearing date | | 0.10 | 165.00 | 16.50 |
| 3094025 | 05/18/12 | WWW | Email from E. Johnson re response from Fee Auditor re September 2012 fee hearing date canceled and next hearing date is December 2012; review of order setting dates; respond to E. Johnson's email | | 0.20 | 165.00 | 33.00 |
| 3094876 | 05/30/12 | WWW | Update service lists re new address for Fee Auditor | | 0.10 | 165.00 | 16.50 |
| 3107591 | 06/08/12 | WWW | Review of Fee Auditor's report and requested invoices from Morris James LLP; review and organize invoices for period of October 2002 through December 2009 | | 1.80 | 165.00 | 297.00 |

7/17/2012 5:32:30 PM                          Morris James LLP                                         Page 4
                              Draft for Work-In-Process Through 6/30/2012
                              **Matter ID: 105624-0001**                          Draft Seq #        1

| Fee ID | Date | Atty | Description | Task:Act | Hold | Hours | Rate | Amount |
|--------|------|------|-------------|----------|------|-------|------|--------|
| 3108869 | 06/26/12 | WWW | Final review of and organize all Morris James LLP's invoices for period of October 2002 to December 2009; email to C. Kunz re same | | | 0.40 | 165.00 | 66.00 |
| 3108872 | 06/27/12 | WWW | Exchange of emails with C. Kunz re Morris James LLP's invoices for period of October 2002 to December 2009 | | | 0.10 | 165.00 | 16.50 |
| 3106523 | 06/28/12 | VAB | Export documents and burn to CD | | | 0.30 | 160.00 | 48.00 |
| 3108878 | 06/28/12 | WWW | Confer with C. Kunz re preparation of CD for Fee Auditor re Morris James LLP's invoices for period of October 2002 to December 2009; obtain and review CD | | | 0.30 | 165.00 | 49.50 |

|  |  | **Total Fees** | **13.40** | **2,468.00** |
|---|---|---|---|---|

**Disbursement Detail**

| Cost ID | Date | Description/Payee | Task:Act | Hold | Amount |
|---------|------|-------------------|----------|------|--------|
| 2050105 | 05/02/12 | Reproduction | | | 336.30 |
| 2050107 | 05/02/12 | Reproduction | | | 1.05 |
| 2051073 | 05/02/12 | Delivery - Digital Legal Courier | | | 7.50 |
| 2057811 | 05/02/12 | Postage | | | 32.40 |
| 2051077 | 05/03/12 | Delivery - Digital Legal Courier | | | 15.00 |
| 2057813 | 05/03/12 | Postage | | | 189.90 |
| 2058957 | 06/28/12 | Delivery - Federal Express | | | 21.43 |
| 2059177 | 06/28/12 | Electronic Production - CD | | | 25.00 |

|  |  | **Total Disbursements** | **628.58** |
|---|---|---|---|