```
                              REED SMITH LLP
                              PO Box 360074M
                          Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630



   W.R. Grace & Co.                          Invoice Number       2306241
   7500 Grace Drive                          Invoice Date         08/27/12
   Columbia, Maryland 21044                  Client Number         172573
   USA



==============================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

     Fees                                8,346.00
     Expenses                                0.00

                     TOTAL BALANCE DUE UPON RECEIPT         $8,346.00
                                                         =============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                          Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630
```

```
W.R. Grace & Co.                          Invoice Number      2306241
7500 Grace Drive                          Invoice Date       08/27/12
Columbia, Maryland 21044                  Client Number       172573
USA                                       Matter Number        60029
```

============================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2012

| Date | Name | | Hours |
|------|------|------|------|
| 07/01/12 | Cameron | Review fee application materials | .50 |
| 07/03/12 | Cameron | Review fee application materials. | .40 |
| 07/06/12 | Cameron | Review fee application materials. | .50 |
| 07/10/12 | Muha | Revisions to fee and expense detail to June monthly application. | .20 |
| 07/18/12 | Ament | Review e-mail re: June monthly fee application. | .10 |
| 07/18/12 | Muha | Revisions to fee and expense detail for Correa matter, and communications re: same. | .20 |
| 07/23/12 | Muha | Revise draft fee and expense detail for June monthly application. | .20 |
| 07/25/12 | Cameron | Review fee application materials | .30 |
| 07/25/12 | Lord | Review fee applications and begin master aggregate fee/expense charts for use in upcoming final fee application. | 3.20 |
| 07/25/12 | Lord | Draft, e-file and serve CNO to Reed Smith May monthly fee application. | .50 |

```
172573 W. R. Grace & Co.                        Invoice Number   2306241
60029  Fee Applications-Applicant               Page    2
       August 27, 2012
```

| Date | Name | | Hours |
|---|---|---|---|
| 07/26/12 | Ament | Review and respond to various e-mails from J. Lord re: final fee application (.20); review DBR's received from P. Dotterer re: June monthly fee application (.10); calculate fees and expenses for same (.50); prepare spreadsheet re: same (.20); draft June monthly fee application (.20); follow-up e-mails with J. Lord re: final fee application (.10); provide June monthly fee application to A. Muha for review (.10). | 1.40 |
| 07/26/12 | Lord | Communicate with S. Ament re: need for master aggregate fee/expense/matter charts for final fee application (.3); continue to review fee applications and prepare chart for same (3.8). | 4.10 |
| 07/26/12 | Muha | Final review and revisions to June monthly fee application materials. | .30 |
| 07/27/12 | Ament | Review A. Muha comments re: 132nd June monthly fee application (.10); finalize same (.10); e-mail same to J. Lord for DE filing on 7/30/12 (.10); attention to billing matters (.10); e-mail to S. Espinosa re: same (.10); review e-mail from A. Muha re: final fee application (.10). | .60 |
| 07/27/12 | Lord | Communicate with S. Ament regarding Reed Smith June monthly fee application (.1); continue work/review of monthly/quarterly fee application for master fee/expense chart to be used in final fee application (5.5). | 5.60 |
| 07/30/12 | Ament | Attention to billing matters (.10); e-mail to D. Cameron and A. Muha re: same (.10); review and respond to e-mail from J. Lord re: quarterly fee application (.10); review and respond to e-mail from J. Lord re: final fee application chart (.10). | .40 |

```
172573 W. R. Grace & Co.                           Invoice Number   2306241
 60029 Fee Applications-Applicant                  Page    3
       August 27, 2012


  Date    Name                                                        Hours
 -------  -----------                                                 -----


 07/30/12 Lord                                                         1.10

 07/30/12 Lord            Continue to review                           5.50
                          monthly/quarterly fee application
                          and prepare aggregate expenses/fee
                          charts for use in final fee
                          application.

 07/31/12 Lord            Continue review, work and                    4.30
                          preparation of aggregate
                          fee/expense charts/calculations
                          for final fee application (3.2);
                          revise, e-file and serve RS June
                          monthly fee application (1.1).
                                                                      ------
                                               TOTAL HOURS             29.40


 TIME SUMMARY                     Hours        Rate          Value
 -------------------------       -----------------------    -------
 Douglas E. Cameron               1.70  at  $  670.00  =    1,139.00
 Andrew J. Muha                   0.90  at  $  460.00  =      414.00
 John B. Lord                    24.30  at  $  260.00  =    6,318.00
 Sharon A. Ament                  2.50  at  $  190.00  =      475.00

                                 CURRENT FEES                                8,346.00


                                                                      ------------
                          TOTAL BALANCE DUE UPON RECEIPT                 $8,346.00
                                                                      ============
```

- 5 -

```
                              REED SMITH LLP
                              PO Box 360074M
                         Pittsburgh, PA  15251-6074
                           Tax ID# 25-0749630


   W.R. Grace & Co.                          Invoice Number      2306242
   7500 Grace Drive                          Invoice Date        08/27/12
   Columbia, Maryland 21044                  Client Number        172573
   USA



===============================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

     Fees                                 1,172.00
     Expenses                                 0.00

                    TOTAL BALANCE DUE UPON RECEIPT         $1,172.00
                                                          =============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630



    W.R. Grace & Co.                      Invoice Number      2306242
    7500 Grace Drive                      Invoice Date       08/27/12
    Columbia, Maryland 21044              Client Number       172573
    USA                                   Matter Number        60033


==============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2012

   Date    Name                                              Hours
   ------- ----------                                        -----

   07/10/12 Cameron       Review materials relating to         .60
                          asbestos claims

   07/16/12 Restivo       Telephone conference with R. Finke.  .50

   07/26/12 Restivo       Telephone conference with client.    .60

                                                             ------
                                             TOTAL HOURS      1.70


   TIME SUMMARY              Hours         Rate         Value
   ----------------------    ---------------------      -------
   Douglas E. Cameron         0.60  at  $  670.00  =     402.00
   James J. Restivo Jr.       1.10  at  $  700.00  =     770.00

                             CURRENT FEES                              1,172.00

                                                                    ------------
                             TOTAL BALANCE DUE UPON RECEIPT            $1,172.00
                                                                    ============
```

```
                             REED SMITH LLP
                             PO Box 360074M
                         Pittsburgh, PA  15251-6074
                           Tax ID# 25-0749630



    W.R. Grace & Co.                         Invoice Number       2306243
    62 Whittemore Avenue                     Invoice Date        08/27/12
    Cambridge, MA  02140                     Client Number        172573




================================================================================

Re: W. R. Grace & Co.


(60041)   Specifications Inquiry

     Fees                                    131.00
     Expenses                                  0.00

                       TOTAL BALANCE DUE UPON RECEIPT             $131.00
                                                              =============
```

- 8 -

```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630


   W.R. Grace & Co.                      Invoice Number      2306243
   62 Whittemore Avenue                  Invoice Date       08/27/12
   Cambridge, MA  02140                  Client Number       172573
                                         Matter Number        60041


==============================================================================

Re: (60041)  Specifications Inquiry

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2012

   Date    Name                                            Hours
 -------- -----------                                      -----

 07/30/12 Flatley       E-mails regarding scheduling         .20
                        meeting/conference call.

                                                          ------
                                           TOTAL HOURS       .20


TIME SUMMARY               Hours         Rate         Value
-------------------------- ---------------------     -------
Lawrence E. Flatley       0.20  at  $  655.00  =      131.00

                     CURRENT FEES                                  131.00


                                                            ------------
                     TOTAL BALANCE DUE UPON RECEIPT             $131.00
                                                            ============
```