```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630



   W.R. Grace & Co.                         Invoice Number      2306244
   7500 Grace Drive                         Invoice Date        08/27/12
   Columbia, Maryland 21044                 Client Number        172573
   USA



===============================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

     Fees                                      0.00
     Expenses                                 24.40

                      TOTAL BALANCE DUE UPON RECEIPT            $24.40
                                                          =============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630


    W.R. Grace & Co.                         Invoice Number      2306244
    7500 Grace Drive                         Invoice Date       08/27/12
    Columbia, Maryland 21044                 Client Number       172573
    USA                                      Matter Number        60033



============================================================================

Re: Claim Analysis Objection Resolution & Estimation
    (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

    PACER                                           3.20
    Duplicating/Printing/Scanning                  21.20

                    CURRENT EXPENSES                                 24.40
                                                             -------------

                    TOTAL BALANCE DUE UPON RECEIPT              $24.40
                                                             =============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number        2306244
7500 Grace Drive                          Invoice Date         08/27/12
Columbia, Maryland 21044                  Client Number          172573
USA                                       Matter Number           60033


==============================================================================

Re: (60033)   Claim Analysis Objection Resolution & Estimation
              (Asbestos)



FOR COSTS ADVANCED AND EXPENSES INCURRED:

06/30/12    PACER                                                    3.20

07/02/12    Duplicating/Printing/Scanning                            1.90
            ATTY # 000559: 19 COPIES

07/10/12    Duplicating/Printing/Scanning                            1.90
            ATTY # 000559: 19 COPIES

07/10/12    Duplicating/Printing/Scanning                            1.90
            ATTY # 000559: 19 COPIES

07/10/12    Duplicating/Printing/Scanning                            1.90
            ATTY # 000559: 19 COPIES

07/26/12    Duplicating/Printing/Scanning                             .10
            ATTY # 000559: 1 COPIES

07/26/12    Duplicating/Printing/Scanning                             .10
            ATTY # 000559: 1 COPIES

07/26/12    Duplicating/Printing/Scanning                             .10
            ATTY # 000559: 1 COPIES

07/26/12    Duplicating/Printing/Scanning                             .10
            ATTY # 000559: 1 COPIES

07/26/12    Duplicating/Printing/Scanning                            1.00
            ATTY # 000559: 10 COPIES

07/26/12    Duplicating/Printing/Scanning                            1.00
            ATTY # 000559: 10 COPIES
```

```
172573 W. R. Grace & Co.                              Invoice Number   2306244
 60033  Claim Analysis Objection Resolution & EstimationPage    2
        (Asbestos)
        August 27, 2012


  07/27/12   Duplicating/Printing/Scanning                            .30
             ATTY # 000559: 3 COPIES

  07/27/12   Duplicating/Printing/Scanning                            .60
             ATTY # 000559: 6 COPIES

  07/27/12   Duplicating/Printing/Scanning                            .70
             ATTY # 000559: 7 COPIES

  07/31/12   Duplicating/Printing/Scanning                           9.60
             ATTY # 0718; 96 COPIES

                           CURRENT EXPENSES                         24.40
                                                              ------------
                           TOTAL BALANCE DUE UPON RECEIPT         $24.40
                                                              ============
```