# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2168625 |
| Invoice Date | 08/09/12 |
| Client Number | 359022 |
| Matter Number | 00014 |

Re:   Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Photocopying | 21.30 |
| Messenger Service | 7.50 |
| Federal Express | 181.24 |
| CURRENT EXPENSES | 210.04 |
| **TOTAL AMOUNT OF THIS INVOICE** | 210.04 |
| **NET AMOUNT OF THIS INVOICE** | 210.04 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2168623 |
| Invoice Date | 08/09/12 |
| Client Number | 359022 |
| Matter Number | 00001 |

Re: Asset Disposition

FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 07/23/12 | TKD | Review Motion for an Order Authorizing the Debtors to Enter into an Administrative Settlement Agreement and Order on Consent for a Removal Action at the Weedsport, New York Site | 0.5 | 325.00 |
| | | TOTAL HOURS | 0.5 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.5 | at | $650.00 | = | 325.00 |

CURRENT FEES ............ 325.00

**TOTAL AMOUNT OF THIS INVOICE** 325.00

**NET AMOUNT OF THIS INVOICE** 325.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2168624 |
| Invoice Date | 08/09/12 |
| Client Number | 359022 |
| Matter Number | 00004 |

Re:   Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 07/02/12 | TKD | Reviewed all case filings and share with team | 0.5 | 325.00 |
| 07/03/12 | TKD | Review all daily case filings and share with team | 0.5 | 325.00 |
| 07/03/12 | TKD | Review and approve Plan Effective date Stipulation for signature | 0.5 | 325.00 |
| 07/05/12 | TKD | Review all daily case filings and share with team | 0.4 | 260.00 |
| 07/06/12 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 07/09/12 | TKD | Review all daily case filings and share with team | 0.5 | 325.00 |
| 07/10/12 | TKD | Review daily case filings and share with team | 0.5 | 325.00 |
| 07/11/12 | TKD | Review all filings and share with team, including new appeals | 0.5 | 325.00 |
| 07/12/12 | TKD | Review daily case filings and share with team | 0.4 | 260.00 |
| 07/16/12 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 07/17/12 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 07/18/12 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 07/20/12 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 07/23/12 | TKD | Review daily case filings in appeals and share with team | 0.4 | 260.00 |
| 07/23/12 | TKD | Review application to retain Grant Thornton | 0.4 | 260.00 |
| 07/24/12 | TKD | Review all case filings and share with team (voluminous filings for all appeals) | 1.1 | 715.00 |
| 07/25/12 | TKD | Review all daily case filings and share with team | 0.5 | 325.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

```
359022                WR Grace - Official Committee of Equity Security        Invoice Number 2168624
00004                 Holders                                                 Page 2
08/09/12              Case Administration
```

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 07/26/12 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 07/27/12 | TKD | Review all case filings and share with team | 0.6 | 390.00 |
| 07/30/12 | TBB | Forward ECF filings to team members. | 0.5 | 97.50 |
| 07/31/12 | TBB | Forward all ecf filings to team. | 0.4 | 78.00 |
|  |  | TOTAL HOURS | 10.5 |  |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours |  | Rate |  | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 0.9 | at | $195.00 | = | 175.50 |
| Teresa K.D. Currier | 9.6 | at | $650.00 | = | 6,240.00 |

| | |
|---|---|
| CURRENT FEES | 6,415.50 |
| **TOTAL AMOUNT OF THIS INVOICE** | 6,415.50 |
| **NET AMOUNT OF THIS INVOICE** | 6,415.50 |

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

# Saul Ewing LLP

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2168626 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 08/09/12 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00015 |
| Charlottesville, VA 22902 | |

Re: Fee Applications/Applicant

FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 07/25/12 | TBB | File CNO to Saul Ewing's Thirty Five Monthly Fee Application. | 0.3 | 58.50 |
| 07/25/12 | TBB | Review docket for objections to fee application. | 0.1 | 19.50 |
| | | TOTAL HOURS | 0.4 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Tracy B. Buck | 0.4 at | $195.00 = | 78.00 |

CURRENT FEES                                              78.00

**TOTAL AMOUNT OF THIS INVOICE**                          78.00

**NET AMOUNT OF THIS INVOICE**                            78.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2168628 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 08/09/12 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00016 |
| Charlottesville, VA 22902 | |

Re: Fee Applications/Others

FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 07/02/12 | TKD | Review and approve Notice for filing of Kramer Levin fee application | 0.3 | 195.00 |
| 07/02/12 | TBB | Draft Notice to Kramer Levin's One Hundred and Twenty Ninth Monthly Fee Application. | 0.2 | 39.00 |
| 07/02/12 | TBB | File and serve Draft Notice to Kramer Levin's One Hundred and Twenty Ninth Monthly Fee Application. | 0.8 | 156.00 |
| 07/25/12 | TKD | Review, approve filing of CNOs | 0.4 | 260.00 |
| 07/25/12 | TBB | File CNO to Kramer Levin's one hundred twenty ninth monthly fee application. | 0.3 | 58.50 |
| 07/25/12 | TBB | Review docket for objection to Kramer's fee application. | 0.1 | 19.50 |
| 07/31/12 | TBB | Draft Notice for Kramer Levin's one hundred and thirtieth monthly fee application. | 0.2 | 39.00 |
| 07/31/12 | TBB | File and serve Kramer Levin's one hundred and thirtieth monthly fee application. | 0.8 | 156.00 |
| | | TOTAL HOURS | 3.1 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 2.4 | at | $195.00 | = | 468.00 |
| Teresa K.D. Currier | 0.7 | at | $650.00 | = | 455.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00016
08/09/12

WR Grace - Official Committee of Equity Security Holders
Fee Applications/Others

Invoice Number 2168628
Page 2

|  |  |
|---|---|
| CURRENT FEES | 923.00 |
| **TOTAL AMOUNT OF THIS INVOICE** | 923.00 |
| **NET AMOUNT OF THIS INVOICE** | 923.00 |

**Saul Ewing LLP**

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2168629 |
| Invoice Date | 08/09/12 |
| Client Number | 359022 |
| Matter Number | 00020 |

Re: Plan and Disclosure Statement

FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/12:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 07/03/12 | TKD | Review Reply Brief by Futures to Anderson Memorial Motion | 0.2 | 130.00 |
| 07/03/12 | TKD | Review Order denying Stay and Memorandum Opinion | 0.5 | 325.00 |
| 07/05/12 | TKD | Reviewed entry materials filed in all appeals to prepare those for equity committee | 0.5 | 325.00 |
| 07/07/12 | TKD | Communications with David Blabey about appeals documents needed to be filed in Garlock appeal | 0.3 | 195.00 |
| 07/09/12 | TKD | Worked on case opening documents for Garlock appeal | 0.5 | 325.00 |
| 07/09/12 | TKD | File case opening documents for committee for Phil Bentley and me | 0.5 | 325.00 |
| 07/09/12 | TKD | Review notices of appeal filed by State of Montana and Her Majesty the Queen | 0.3 | 195.00 |
| 07/09/12 | TKD | Review and approve Response Brief for filing | 0.4 | 260.00 |
| 07/09/12 | TBB | Draft service list for 3rd Circuit filings. | 0.6 | 117.00 |
| 07/09/12 | TBB | Draft and file entry of appearance for T. Currier and P. Bentley | 1.5 | 292.50 |
| 07/17/12 | TKD | Reviewed ECFs relating to BNSF appeals | 0.4 | 260.00 |
| 07/24/12 | TKD | Review all Entries of Appearances; check in with David Blabey about filing more for Equity Committee | 0.4 | 260.00 |
| 07/24/12 | TKD | Work on entries of appearance for all appeals, check in with David Blabey | 0.7 | 455.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

Case 01-01139-AMC   Doc 29524-2   Filed 08/29/12   Page 9 of 9

359022
00020
08/09/12

WR Grace - Official Committee of Equity Security Holders
Plan and Disclosure Statement

Invoice Number 2168629
Page 2

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 07/25/12 | TKD | Straighten out issues with Third Circuit entries of appearance | 0.7 | 455.00 |
|  |  | TOTAL HOURS | 7.5 |  |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours |  | Rate |  | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 2.1 | at | $195.00 | = | 409.50 |
| Teresa K.D. Currier | 5.4 | at | $650.00 | = | 3,510.00 |

|  |  |
|---|---|
| CURRENT FEES | 3,919.50 |
| **TOTAL AMOUNT OF THIS INVOICE** | 3,919.50 |
| **NET AMOUNT OF THIS INVOICE** | 3,919.50 |