**EXHIBIT A**

**KRAMER LEVIN NAFTALIS & FRANKEL** LLP
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
PHONE 212.715.9100
FAX 212.715.8000

August 28, 2012

W.R. GRACE & CO. EQUITY COMMITTEE

When remitting,
please reference:
Invoice Number: 601460
056772

## CLIENT SUMMARY - 056772 - W.R. GRACE & CO. EQUITY COMMITTEE

### 056772-00001/CASE ADMINISTRATION

| | |
|---|---:|
| FEES | $0.00 |
| DISBURSEMENTS | 154.20 |
| MATTER TOTAL | $154.20 |

### 056772-00002/CREDITOR COMMITTEE

| | |
|---|---:|
| FEES | $280.00 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $280.00 |

### 056772-00007/REORGANIZATION PLAN

| | |
|---|---:|
| FEES | $5,909.00 |
| DISBURSEMENTS | 119.66 |
| MATTER TOTAL | $6,028.66 |

### 056772-00008/FEE APPLICATIONS, APPLICANT

| | |
|---|---:|
| FEES | $944.00 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $944.00 |

| | |
|---|---:|
| CLIENT GRAND TOTAL | $7,406.86 |

---

Amounts due may be remitted by wire transfer.

| | |
|---|---|
| To: | Citibank, N.A. |
| | Citicorp Center 153 E. 53rd Street NY, N.Y. 10043 |
| | ABA #021000089 |
| Account: | Kramer Levin Naftalis & Frankel LLP Money Market A\C 9992122019 |
| By Order of: | Invoice No. 601460 |
| Citibank Contact: | Gaetana Mauceli (212) 559-0165 |

TIME AND DISBURSEMENT AMOUNTS POSTED AFTER THE BILLING PERIOD SHOWN
ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE
CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.
TAX ID# 13-1944339

KL4 2343961.2

Kramer Levin Naftalis & Frankel LLP                                    Page No. 2

W.R. GRACE & CO. EQUITY COMMITTEE                                August 28, 2012
056772-00001                                                  Invoice No. 601460

## CASE ADMINISTRATION

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| RESEARCH SERVICES | 28.00 |
| DOCUMENT RETRIEVAL FEES | 126.20 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$154.20** |
| **TOTAL FOR THIS MATTER** | **$154.20** |

KL4 2343961.2

Kramer Levin Naftalis & Frankel LLP                                                                 Page No. 3

W.R. GRACE & CO. EQUITY COMMITTEE                                                  August 28, 2012
056772-00002                                                                         Invoice No. 601460

## CREDITOR COMMITTEE

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/10/12 | BLABEY, DAVID E | Call with equity holder re case developments. | 0.40 | 280.00 |
| **TOTAL HOURS AND FEES** | | | **0.40** | **$280.00** |

**TOTAL FOR THIS MATTER**                                                   $280.00

KL4 2343961.2

## REORGANIZATION PLAN

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/01/12 | BENTLEY, PHILIP | Review emails re Garlock's motion. | 0.20 | 173.00 |
| 07/02/12 | BENTLEY, PHILIP | Review emails re appeal issues. | 0.10 | 86.50 |
| 07/03/12 | BENTLEY, PHILIP | Review emails re recent Garlock and AMH filings. | 0.30 | 259.50 |
| 07/05/12 | BENTLEY, PHILIP | Trade emails re Garlock's motion. | 0.10 | 86.50 |
| 07/06/12 | BLABEY, DAVID E | Review draft response to Garlock stay motion (.4) and call with plan proponents to discuss same (.9). | 1.30 | 910.00 |
| 07/08/12 | BENTLEY, PHILIP | Trade emails re Garlock brief. | 0.10 | 86.50 |
| 07/08/12 | BLABEY, DAVID E | Review emails re response to Garlock stay motion (.2); review draft response to same (.3) and exchange further emails re same (.2). | 0.70 | 490.00 |
| 07/09/12 | BENTLEY, PHILIP | Trade emails re Garlock brief. | 0.10 | 86.50 |
| 07/09/12 | BLABEY, DAVID E | Call with plan proponents to discuss response to Garlock stay motion (.5); call with equity holder re case issues (.5). | 1.00 | 700.00 |
| 07/10/12 | BENTLEY, PHILIP | Review emails re appeal issues. | 0.10 | 86.50 |
| 07/13/12 | BLABEY, DAVID E | Review Garlock brief. | 0.20 | 140.00 |
| 07/17/12 | DIENSTAG, ABBE L. | C/w D. Blabey re dealing with possible conflict arising out of relationships with Berkshire Hathaway. | 0.20 | 168.00 |
| 07/17/12 | BLABEY, DAVID E | Call with J. Donley re emergence issues (.3); discuss with P. Bentley (.2); and discuss with A. Dienstag (.2). | 0.70 | 490.00 |
| 07/17/12 | BENTLEY, PHILIP | Discs D. Blabey re plan issues. | 0.90 | 778.50 |
| 07/18/12 | BLABEY, DAVID E | Call with client re appeals (.3); discuss equitable mootness research with T. Peretz (.2). | 0.50 | 350.00 |
| 07/18/12 | BENTLEY, PHILIP | Discs TW and D. Blabey re plan issues. | 0.40 | 346.00 |
| 07/21/12 | BLABEY, DAVID E | Email update to P. Bentley re discussion with Debtors' counsel re emergence issues. | 0.10 | 70.00 |
| 07/23/12 | BLABEY, DAVID E | Review opinion on AMH Rule 60 motion. | 0.50 | 350.00 |
| 07/30/12 | HALVERSON, DARREN C | Cf. D. Blabey re: assignment to memo on equitable mootness. | 0.10 | 41.50 |
| 07/30/12 | BLABEY, DAVID E | Review mootness case law. | 0.30 | 210.00 |
| **TOTAL HOURS AND FEES** | | | **7.90** | **$5,909.00** |

Kramer Levin Naftalis & Frankel LLP                                         Page No. 5

W.R. GRACE & CO. EQUITY COMMITTEE                                           August 28, 2012
056772-00007                                                                Invoice No. 601460

## SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| RESEARCH SERVICES | 28.00 |
| WESTLAW ON-LINE RESEARCH | 69.41 |
| LEXIS/NEXIS ON-LINE RESEARCH | 22.25 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$119.66** |
| **TOTAL FOR THIS MATTER** | **$6,028.66** |

KL4 2343961.2

## FEE APPLICATIONS, APPLICANT

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/02/12 | HALVERSON, DARREN C | Revisions to Grace fee app. | 0.10 | 41.50 |
| 07/02/12 | BLABEY, DAVID E | Edit fee app. | 0.20 | 140.00 |
| 07/06/12 | HALVERSON, DARREN C | Edits to June bill and cf. F. Arias re: same. | 0.30 | 124.50 |
| 07/30/12 | HALVERSON, DARREN C | Draft 130th Fee Statement (1); cf. F. Arias re: disbursement disparity (.2). | 1.20 | 498.00 |
| 07/30/12 | BLABEY, DAVID E | Edit fee app. | 0.20 | 140.00 |
| **TOTAL HOURS AND FEES** | | | **2.00** | **$944.00** |

**TOTAL FOR THIS MATTER**                                                                 $944.00

KL4 2343961.2