**EXHIBIT B**

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE    1
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 08/28/2012 16:03:58

Matter No: 056772-00001                              Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:    3546766
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CASE ADMINISTRATION                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                       Status       : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.10/w/o manu. services
-------------------------------------------------------------------------------------------------------------------------------
                                                 PRE-BILLING SUMMARY REPORT
-------------------------------------------------------------------------------------------------------------------------------
                  UNBILLED TIME FROM:                                      TO:
                  UNBILLED DISB FROM:     06/30/2012                       TO:      07/02/2012
-------------------------------------------------------------------------------------------------------------------------------
                                           FEES                                    COSTS
                                           ----                                    -----
         GROSS BILLABLE AMOUNT:                     0.00                               154.20
           AMOUNT WRITTEN DOWN:
                      PREMIUM:
              ON ACCOUNT BILLED:
       DEDUCTED FROM PAID RETAINER:
                  AMOUNT BILLED:
                     THRU DATE:                                                     07/02/2012
       CLOSE MATTER/FINAL BILLING?      YES   OR   NO
       EXPECTED DATE OF COLLECTION:

          BILLING PARTNER APPROVAL:
                                        BENTLEY PHILIP - 02495            WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
               BILLING COMMENTS:


-------------------------------------------------------------------------------------------------------------------------------
                                     ACCOUNTS RECEIVABLE TOTALS                            UNAPPLIED CASH
                                     --------------------------                            --------------
                  FEES:                             0.00
         DISBURSEMENTS:                           154.20         UNIDENTIFIED RECEIPTS:          0.00
          FEE RETAINER:                             0.00            PAID FEE RETAINER:          0.00
         DISB RETAINER:                             0.00           PAID DISB RETAINER:          0.00
     TOTAL OUTSTANDING:                           154.20          TOTAL AVAILABLE FUNDS:        0.00
                                                                        TRUST BALANCE:
                                                 BILLING HISTORY
                                                 ---------------
       DATE OF LAST BILL:            07/30/12             LAST PAYMENT DATE:       08/01/12
         LAST BILL NUMBER:             598861  ACTUAL FEES BILLED TO DATE:       368,100.50
                                               ON ACCOUNT FEES BILLED TO DATE:        0.00
                                                  TOTAL FEES BILLED TO DATE:    368,100.50
       LAST BILL THRU DATE:          06/30/12    FEES WRITTEN OFF TO DATE:       85,932.00
                                                COSTS WRITTEN OFF TO DATE:       23,828.24
   FOR ACCTG USE ONLY:               Write Down/Up Reason Codes:
                                     ---------------------------
       (1) Exceeded Fixed Fee        (4) Excessive Legal Time     (7) Fixed Fee
       (2) Late Time & Costs Posted  (5) Business Development     (8) Premium
       (3) Pre-arranged Discount     (6) Summer Associate         (9) Rounding          (10) Client Arrangement

   BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    2
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 08/28/2012 16:03:58

Matter No: 056772-00001                            Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:    3546766
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CASE ADMINISTRATION                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                 Status       : ACTIVE

UNBILLED  COSTS  SUMMARY ---------------- Total Unbilled ----------------
Code  Description                    Oldest      Latest         Total
                                     Entry       Entry          Amount
----  ---------------------------    ------      ------      -----------
0841  RESEARCH SERVICES              07/02/12    07/02/12          28.00
0972  DOCUMENT RETRIEVAL FEES        06/30/12    06/30/12         126.20

        Total                                                     154.20


UNBILLED  COSTS  DETAIL
Description/Code                              Employee           Date         Amount       Index#   Batch No   Batch Date
-------------------------------------         --------           ------       ---------    ------   --------   ----------

RESEARCH SERVICES 0841
    RESEARCH SERVICES                         NG, E N            07/02/12         28.00    9677998  1265573    07/12/12
    WR Grace status report for A SHAIN
                                              0841 RESEARCH SERVICES Total :     28.00

DOCUMENT RETRIEVAL FEES 0972
    DOCUMENT RETRIEVAL F                      PIZZARELLO, C      06/30/12        112.90    9680148  1266864    07/16/12
    DOCUMENT RETRIEVAL F                      PIZZARELLO, C      06/30/12         13.30    9680149  1266864    07/16/12
                                              0972 DOCUMENT RETRIEVAL F Total :    126.20


        Costs Total :                                                            154.20
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE    3
                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 08/28/2012 16:03:58

Matter No: 056772-00001                                        Orig Prtnr : CRED. RGTS  - 06975       Proforma Number:    3546766
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CASE ADMINISTRATION                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                            Status        : ACTIVE

BILLING    INSTRUCTIONS    FOR  UNBILLED   COSTS  SUMMARY
Code Description          Amount            Bill       W/o / W/u       Transfer To   Clnt/Mtr    Carry Forward
----------------------    ------------------         -----------   ---------------   -------------------------------   -----------------

0841 RESEARCH SERVICES              28.00    _____  _____  _____  _____

0972 DOCUMENT RETRIEVAL FEES       126.20    _____  _____  _____  _____


        Costs Total :              154.20    _____  _____  _____  _____
```

```
alp_132r: Matter Detail                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                                                PAGE    4
                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 08/28/2012 16:03:58

Matter No: 056772-00007                                   Orig Prtnr : CRED. RGTS  - 06975              Proforma Number:    3546766
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE           Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : REORGANIZATION PLAN                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                              Status       : ACTIVE

Special Billing Instructions:
----------------------------------------------------------------------------------------------------------------------------------
                                                       PRE-BILLING SUMMARY REPORT
----------------------------------------------------------------------------------------------------------------------------------
              UNBILLED TIME FROM:                                      TO:
              UNBILLED DISB FROM:     07/20/2012                       TO:      07/25/2012
----------------------------------------------------------------------------------------------------------------------------------
                                              FEES                             COSTS
                                              ----                             -----
           GROSS BILLABLE AMOUNT:                    0.00                             119.66
             AMOUNT WRITTEN DOWN:
                        PREMIUM:
                ON ACCOUNT BILLED:
         DEDUCTED FROM PAID RETAINER:
                   AMOUNT BILLED:
                      THRU DATE:                                                07/25/2012
          CLOSE MATTER/FINAL BILLING?    YES    OR   NO
         EXPECTED DATE OF COLLECTION:

            BILLING PARTNER APPROVAL:
                                         BENTLEY PHILIP - 02495       WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
                 BILLING COMMENTS:


----------------------------------------------------------------------------------------------------------------------------------
                                         ACCOUNTS RECEIVABLE TOTALS                     UNAPPLIED CASH
                                         --------------------------                     --------------
                        FEES:                          0.00
                 DISBURSEMENTS:                      119.66       UNIDENTIFIED RECEIPTS:          0.00
                   FEE RETAINER:                       0.00          PAID FEE RETAINER:           0.00
                  DISB RETAINER:                       0.00         PAID DISB RETAINER:           0.00
               TOTAL OUTSTANDING:                    119.66         TOTAL AVAILABLE FUNDS:        0.00
                                                                          TRUST BALANCE:
                                                  BILLING HISTORY
                                                  ---------------
              DATE OF LAST BILL:        07/30/12        LAST PAYMENT DATE:    08/01/12
              LAST BILL NUMBER:          598861 ACTUAL FEES BILLED TO DATE: 1,091,381.00
                                                ON ACCOUNT FEES BILLED TO DATE:       0.00
                                                   TOTAL FEES BILLED TO DATE: 1,091,381.00
            LAST BILL THRU DATE:        06/30/12  FEES WRITTEN OFF TO DATE:       391.00
                                                 COSTS WRITTEN OFF TO DATE:     2,162.00
FOR ACCTG USE ONLY:                     Write Down/Up Reason Codes:
                                        --------------------------
              (1) Exceeded Fixed Fee    (4) Excessive Legal Time   (7) Fixed Fee
              (2) Late Time & Costs Posted (5) Business Development (8) Premium
              (3) Pre-arranged Discount (6) Summer Associate       (9) Rounding        (10) Client Arrangement

  BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                            PAGE    5
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 08/28/2012 16:03:58


Matter No: 056772-00007                                              Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    3546766
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : REORGANIZATION PLAN                                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                     Status        : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y ------------- Total Unbilled ----------------
Code  Description                          Oldest      Latest        Total
                                           Entry       Entry         Amount
----  ------------------------------       ------      ------        ----------
0841  RESEARCH SERVICES                    07/20/12    07/25/12         28.00
0917  WESTLAW ON-LINE RESEARCH             07/25/12    07/25/12         69.41
0921  LEXIS/NEXIS ON-LINE RESEARCH         07/23/12    07/23/12         22.25

         Total                                                         119.66


U N B I L L E D   C O S T S   D E T A I L
Description/Code                                  Employee              Date         Amount     Index#   Batch No   Batch Date
------------------------------------------        --------              ----         ------     ------   --------   ----------

RESEARCH SERVICES 0841
    RESEARCH SERVICES                             GOMEZ, E G           07/20/12       14.00    9682730  1268894     07/23/12
    T.Peretz - Assistance pulling WR Grace 3rd
    circ docket and pulling documents.
    Bloomberglaw, PACER
    RESEARCH SERVICES                             GOMEZ, E G           07/25/12       14.00    9691765  1273803     08/01/12
    T.Peretz - pull Norton periodical.  WL
                                              0841 RESEARCH SERVICES Total :          28.00

WESTLAW ON-LINE RESEARCH 0917
    WESTLAW ON-LINE RESE                          GOMEZ, E G           07/25/12       69.41    9692848  1274695     08/01/12
                                              0917 WESTLAW ON-LINE RESE Total :       69.41

LEXIS/NEXIS ON-LINE RESEARCH 0921
    LEXIS/NEXIS ON-LINE                           PERETZ, T P          07/23/12       22.25    9694423  1275900     08/02/12
                                              0921 LEXIS/NEXIS ON-LINE Total :        22.25


         Costs Total :                                                               119.66
```

```
alp_132r: Matter Detail                               KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    6
                                                           *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 08/28/2012 16:03:58

Matter No: 056772-00007                                    Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    3546766
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : REORGANIZATION PLAN                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status      : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description              Amount            Bill        W/o / W/u        Transfer To   Clnt/Mtr    Carry Forward
-----------------------   --------------------  ---------   ----------------  -------------------------  -----------------

0841 RESEARCH SERVICES               28.00      _____     _____   _____  _____

0917 WESTLAW ON-LINE RESEARCH        69.41      _____     _____   _____  _____

0921 LEXIS/NEXIS ON-LINE RESEA       22.25      _____     _____   _____  _____


        Costs Total :               119.66      _____     _____   _____  _____
```