IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**Objection Deadline: September 18, 2012 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

### FEE DETAIL FOR CASNER & EDWARDS, LLP'S
### ONE HUNDRED AND THIRTIETH MONTHLY FEE APPLICATION
### FOR THE PERIOD FROM JULY 1, 2012 THROUGH JULY 31, 2012

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food>N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., GuanicaCaribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty,Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass,Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**EXHIBIT A**
(Fee Detail)

## FEES

| LITIGATION AND LITIGATION CONSULTING | $550.00 |
|---|---|
| FEE APPLICATION – APPLICANT | $735.00 |
| TOTAL FEES | $1,285.00 |

# CASNER & EDWARDS, LLP

**ATTORNEYS AT LAW**

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

August 23, 2012
Bill Number  155502
File Number  52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

## FOR PROFESSIONAL SERVICES

Re:    Litigation and Litigation Consulting

## LEGAL SERVICES

THROUGH JULY 31, 2012

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 07/16/12 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | 35.00 |
| 07/20/12 | MTM | Telephone call from Grace counsel re: request for information on old New Orleans plant (.1). Search for plant binders at Winthrop Square (.5). | 0.60 Hrs | 180.00 |
| 07/21/12 | RAM | Read selected documents filed in bankruptcy court. | 0.60 Hrs | 210.00 |
| 07/23/12 | MTM | Receipt and review of New Orleans plant binder (.2); telephone call with in-house Grace counsel re: same (.1). | 0.30 Hrs | 90.00 |
| 07/25/12 | RAM | Read updated bankruptcy court docket entries to select documents to read. Read selected documents filed in bankruptcy court. | 0.10 Hrs | 35.00 |

TOTAL LEGAL SERVICES          $550.00

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:    Litigation and Litigation Consulting

## LEGAL SERVICES SUMMARY

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 0.80 | 350.00 | 280.00 |
| Matthew T. Murphy | 0.90 | 300.00 | 270.00 |
| | 1.70 | | $550.00 |

TOTAL THIS BILL                    $550.00

# CE CASNER & EDWARDS, LLP

### ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

August 23, 2012
Bill Number  155503
File Number  52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

## FOR PROFESSIONAL SERVICES

Re:    Fee Applications, Applicant

## LEGAL SERVICES

THROUGH JULY 31, 2012

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 07/02/12 | RAM | Work on May fee application. | 1.00 Hrs | 350.00 |
| 07/03/12 | RAM | Work on May fee application. | 0.20 Hrs | 70.00 |
| 07/16/12 | RAM | Finalize May fee application and send it to Delaware counsel to file. | 0.20 Hrs | 70.00 |
| 07/18/12 | RAM | Send "as filed" May fee application to Fee Auditor. | 0.10 Hrs | 35.00 |
| 07/20/12 | RAM | Work on June fee application. | 0.50 Hrs | 175.00 |
| 07/25/12 | RAM | Work on June fee application. | 0.10 Hrs | 35.00 |

TOTAL LEGAL SERVICES          $735.00

## LEGAL SERVICES SUMMARY

| Attorney Name | Hrs | Rate | Amount |
|---------------|-----|------|--------|
| Robert A. Murphy | 2.10 | 350.00 | 735.00 |
| | 2.10 | | $735.00 |

Page 1

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:    Fee Applications, Applicant

|                     |          |
|---------------------|----------|
| TOTAL THIS BILL     | $735.00  |

Page 2

# EXHIBIT B
**(Expense Detail)**

## EXPENSES

| | |
|---|---|
| **LITIGATION AND LITIGATION CONSULTING** | $12,265.91 |
| **FEE APPLICATION – APPLICANT** | $22.17 |
| **TOTAL EXPENSES** | $12,288.08 |

# CE  CASNER & EDWARDS, LLP

### ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

August 23, 2012
Bill Number  155504
File Number  52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

## FOR PROFESSIONAL SERVICES

Re:   Litigation and Litigation Consulting

## LEGAL SERVICES

### COSTS

THROUGH JULY 31, 2012

PACER ONLINE SEARCH
07/31/12      PACER ONLINE SEARCH - DE Bankruptcy Court          95.70
              searches
                                                                                    $95.70
RENT REIMBURSEMENT
07/02/12      ONE WINTHROP SQUARE, LLC: Rent and utilities       11,761.76
              for document repository at One Winthrop Square -
              JULY 2012.
                                                                                    $11,761.76
MISCELLANEOUS
07/10/12      RECORDKEEPER ARCHIVE CENTERS,: Storage            408.45
              from 07/01/12 through 07/31/12.
                                                                                    $408.45

                                    TOTAL COSTS               $12,265.91

                                    TOTAL THIS BILL           $12,265.91

Page 1

# CE CASNER & EDWARDS, LLP

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

August 23, 2012
Bill Number  155505
File Number  52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

## FOR PROFESSIONAL SERVICES

Re:    Fee Applications, Applicant

## LEGAL SERVICES

## COSTS

THROUGH JULY 31, 2012

EXCESS POSTAGE

| | | | |
|---|---|---|---|
| 07/31/12 | EXCESS POSTAGE | 1.70 | |
| | | | $1.70 |

FEDERAL EXPRESS

| | | | |
|---|---|---|---|
| 07/25/12 | FEDERAL EXPRESS CORPORATION: To 919 North Market Street, Pachulski Stang Ziehl & Jones from Casner and Edwards on June 26, 2012 by R A Murphy. | 20.47 | |
| | | | $20.47 |
| | TOTAL COSTS | | $22.17 |
| | TOTAL THIS BILL | | $22.17 |