# EXHIBIT A

# DuaneMorris

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
LAKE TAHOE
HO CHI MINH CITY

August 06, 2012

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001          Invoice# 1782811          IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 07/31/2012 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 2.30 hrs. at | $780.00 | /hr. = | $1,794.00 | |
| WS KATCHEN | OF COUNSEL | 3.50 hrs. at | $875.00 | /hr. = | $3,062.50 | |
| S LENKIEWICZ | PARALEGAL | 6.80 hrs. at | $185.00 | /hr. = | $1,258.00 | |
| | | | | | | $6,114.50 |

Duane Morris
August 06, 2012
Page 2

File # K0248-00001 INVOICE# 1782811
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 7/5/2012 | 004 | S LENKIEWICZ | REVIEW EMAIL FROM D. MOHAMMAD RE SERVICE LISTS AND CHANGES REGARDING FEE AUDITOR AND AMENDED APPEARANCE FOR DEBTORS' CO-COUNSEL (.2); REVISE SERVICE LISTS RE SAME (.5) | 0.70 | $129.50 |
| | | | Code Total | 0.70 | $129.50 |

File # K0248-00001                                                                                    INVOICE# 1782811
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 7/26/2012 | 012 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO DUANE MORRIS 123RD MONTHLY FEE APPLICATION AND EFILE SAME (.1); PREPARE AND E-FILE CNO RE SAME (.3) | 0.40 | $74.00 |
| 7/30/2012 | 012 | S LENKIEWICZ | PREPARE DUANE MORRIS 124TH MONTHLY FEE APPLICATION (.3); PREPARE EXHIBIT A TO SAME (.2); FINALIZE AND E-FILE APPLICATION AND EXHIBIT (.2); CALENDAR OBJECTION DEADLINE (.1) | 0.80 | $148.00 |
| 7/30/2012 | 012 | S LENKIEWICZ | PREPARE DUANE MORRIS 125TH MONTHLY FEE APPLICATION (.3); PREPARE EXHIBIT A TO SAME (.2); FINALIZE AND E-FILE APPLICATION AND EXHIBIT (.2); CALENDAR OBJECTION DEADLINE (.1) | 0.80 | $148.00 |
| | | | Code Total | 2.00 | $370.00 |

File # K0248-00001  INVOICE# 1782811
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 7/2/2012 | 013 | S LENKIEWICZ | FINALIZE NOTICE OF SSL 134 MONTHLY FEE APPLICATION AND PREPARE FOR EFILING (.2); FINALIZE APPLICATION, EXHIBITS AND CERTIFICATE OF SERVICE FOR EFILING (.2); EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.70 | $129.50 |
| 7/3/2012 | 013 | S LENKIEWICZ | FINALIZE AND EFILE CAPSTONE'S 100TH MONTHLY FEE APPLICATION AND EXHIBITS (.3); EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1); REVIEW EMAIL FROM D. MOHAMMAD RE NOTICE (.1); PREPARE REVISED NOTICE, FINALIZE, AND EFILE SAME (.3); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 1.10 | $203.50 |
| 7/26/2012 | 013 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO SSL'S 134TH MONTHLY AND CAPSTONE'S 100TH MONTHLY FEE APPLICATIONS (.1); PREPARE CNO RE SSL'S 134TH MONTHLY FEE APPLICATION AND EFILE SAME (.3); PREPARE CNO RE CAPSTONE'S 100'TH MONTHLY FEE APPLICATION AND EFILE SAME (.3) | 0.70 | $129.50 |
| 7/30/2012 | 013 | S LENKIEWICZ | FINALIZE NOTICE OF SSL'S 13TH MONTHLY MONTHLY FEE APPLICATION FOR E-FILING (.1); FINALIZE APPLICATION AND EXHBITS RE SAME (.2); EFILE SAME AND FORWARD EFILING CONFIRMATION TO D. MOHAMMAD BY EMAIL (.3); CALENDAR OBJECTION DEADLINE (.1) | 0.40 | $74.00 |
| | | | Code Total | 2.90 | $536.50 |

Duane Morris
August 06, 2012
Page 5

File # K0248-00001  INVOICE# 1782811
　　　W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 7/2/2012 | 017 | MR LASTOWSKI | REVIEW DOCKET ENTRIES RE: APPEAL STATUS | 0.20 | $156.00 |
| 7/16/2012 | 017 | MR LASTOWSKI | REVIEW CONFIRMATION OPINION AND FINDINGS OF FACT, TOGETHER WITH NOTICES OF APPEAL | 2.10 | $1,638.00 |
| | | | Code Total | 2.30 | $1,794.00 |

Duane Morris
August 06, 2012
Page 6

File # K0248-00001  INVOICE# 1782811
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 7/9/2012 | 025 | WS KATCHEN | REVIEW CAPSTONE MEMO ON "PROJECT CAPRICORN". | 0.20 | $175.00 |
| 7/12/2012 | 025 | WS KATCHEN | REVIEW APPELLEE'S RESPONSE AND EXHIBITS TO EMERGENCY STAY MOTION BY GARLOCK. | 0.50 | $437.50 |
| 7/13/2012 | 025 | WS KATCHEN | REVIEW GARLOCK'S CONSOLIDATED REPLY IN SUPPORT OF STAY MOTION FILED IN 3RD CIRCUIT (.3); INTERNAL E-MAILS (.2); REVIEW NOTICES OF APPEAL MARYLAND CASUALTY CO, BNS AND ANDERSON MEMORIAL HOSPITAL (.2). | 0.70 | $612.50 |
| 7/13/2012 | 025 | WS KATCHEN | ADDITIONAL RESEARCH CONFIRMATION ISSUES ON APPEAL | 0.50 | $437.50 |
| 7/16/2012 | 025 | S LENKIEWICZ | REVIEW EMAIL FROM B. KELLY RE BRIEFS ON APPEAL (.2); REVIEW THIRD CIRUIT DOCKETS RE SAME (.2); REVIEW PLEADINGS FROM THIRD CIRCUIT AND REVIEW RE MODIFIED DISTRICT COURT ORDER AND EXTENSION OF TIME TO APPEAL AND EXTENSION OF BRIEFING SCHEDULE (.5); OFFICE CONFERENCE WITH M. LASTOWSKI RE SAME (.2); REVIEW EMAIL FROM M. LASTOWSKI TO B. KATCHEN RE SAME (.1) | 1.20 | $222.00 |
| 7/24/2012 | 025 | WS KATCHEN | REVIEW STROOK MEMO TO COMMITTEE OF JULY 24, 2012. | 0.10 | $87.50 |
| 7/25/2012 | 025 | WS KATCHEN | REVIEW MOTION TO AMEND ORDER REGARDING RULE 2019 STATEMENTS. | 0.20 | $175.00 |
| 7/25/2012 | 025 | WS KATCHEN | REVIEW DEBTOR'S MOTION FOR ORDER AUTHORIZING ADMIN. SETTLEMENT AGREEMENT NY. SITE - WEEDSPORT. | 0.20 | $175.00 |
| 7/25/2012 | 025 | WS KATCHEN | ATTENTION TO APPEAL ISSUES FROM CONFIRMATION ORDER. | 0.80 | $700.00 |
| 7/27/2012 | 025 | WS KATCHEN | REVIEW ANDERSON MEMORIAL STATEMENT OF ISSUES AND DESIGNATION OF RECORD ON APPEAL | 0.20 | $175.00 |
| 7/30/2012 | 025 | WS KATCHEN | REVIEW COMMITTEE MEMO FROM STROOK. | 0.10 | $87.50 |
| | | | Code Total | 4.70 | $3,284.50 |
| | | | TOTAL SERVICES | 12.60 | $6,114.50 |

Duane Morris
August 06, 2012
Page 7

File # K0248-00001                                              INVOICE# 1782811
    W.R. GRACE & CO.

| TIMEKEEPER NO. | NAME | CLASS | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 02394 | MR LASTOWSKI | PARTNER | 2.30 | 780.00 | $1,794.00 |
| 02602 | WS KATCHEN | OF COUNSEL | 3.50 | 875.00 | $3,062.50 |
| 03723 | S LENKIEWICZ | PARALEGAL | 6.80 | 185.00 | $1,258.00 |
|  |  |  | 12.60 |  | $6,114.50 |