# EXHIBIT A

## Case Administration (2.30 Hours; $ 1,975.00)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .90 | $1,000 | 900.00 |
| Peter Van N. Lockwood | .80 | $935 | 748.00 |
| Rita C. Tobin | .60 | $545 | 327.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/02/12 | EI | 1,000.00 | 0.90 | Status inquiry re: warrants (.1); claimant call and J. Donley (.3); telephone conferences with J. Sinclair re: warrants (.5). |
| 07/03/12 | RCT | 545.00 | 0.20 | Review docket and local counsel rec re: EI update (.2). |
| 07/09/12 | PVL | 935.00 | 0.30 | Rv docs for filing |
| 07/10/12 | RCT | 545.00 | 0.20 | Review docket and local counsel rec re: EI update (.2). |
| 07/13/12 | PVL | 935.00 | 0.30 | Rv docs for filing |
| 07/16/12 | PVL | 935.00 | 0.10 | Rv 5 misc. filings |
| 07/20/12 | RCT | 545.00 | 0.20 | Review docket and local counsel rec re EI update (0.2) |
| 07/31/12 | PVL | 935.00 | 0.10 | Rv 12 misc. filings |

**Total Task Code .04    2.30**

## Claims Analysis Objection & Resolution (Non-Asbestos) (.10 Hours; $ 93.50)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $935 | 93.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/27/12 | PVL | 935.00 | 0.10 | Rv motion re Weedsport site |

706671v.1 8/22/2012

**Total Task Code .06        .10**


**Committee, Creditors', Noterholders' or Equity Holders'(.30 Hours; $ 300.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .30 | $1,000 | 300.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/20/12 | EI | 1,000.00 | 0.30 | Prepare for and Committee call (.2); memo re same(.1). |


**Total Task Code .07        .30**


**Fee Applications, Applicant (7.30 Hours; $ 2,890.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 3.90 | $545 | 2,125.50 |
| Eugenia Benetos | 3.40 | $225 | 765.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/10/12 | RCT | 545.00 | 0.60 | Address fee issues (.6). |
| 07/11/12 | EB | 225.00 | 0.60 | Prepare check breakdown for EI, JR and myself and update fee schedule accordingly. |
| 07/12/12 | EB | 225.00 | 0.60 | Prepare check breakdown for EI, JR and myself and update fee schedule accordingly. |
| 07/13/12 | RCT | 545.00 | 0.30 | Address fee issues (0.3) |
| 07/18/12 | RCT | 545.00 | 0.80 | Review prebills (0.8) |
| 07/20/12 | RCT | 545.00 | 0.30 | Review exhibits (0.3) |
| 07/25/12 | RCT | 545.00 | 0.40 | Address fee and expense issues (0.4) |
| 07/26/12 | RCT | 545.00 | 1.00 | Review fee apps (1.0) |

| Date | Empl | Rate | Hours | Narrative |
|---|---|---|---|---|
| 07/26/12 | EB | 225.00 | 1.60 | Work on monthly fee application. |
| 07/27/12 | RCT | 545.00 | 0.30 | Address fee and expense issues (0.3) |
| 07/27/12 | EB | 225.00 | 0.60 | Prepare materials for Federal Express and create cover memos and emails to CM. |
| 07/31/12 | RCT | 545.00 | 0.20 | Review Fee App Schedules for August (0.2) |

**Total Task Code .12    7.30**


**Litigation and Litigation Consulting (13.60 Hours; $ 7,158.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .30 | $935 | 280.50 |
| Kevin C. Maclay | 10.50 | $555 | 5,827.50 |
| Jeanna Rickards Koski | .50 | $420 | 210.00 |
| Todd E. Phillips | 2.10 | $380 | 798.00 |
| Mollie e. Gelburd | .20 | $210 | 42.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/02/12 | KCM | 555.00 | 0.20 | Review transcript edits |
| 07/03/12 | KCM | 555.00 | 0.50 | Review transcript, various suggested revisions (.2), and plan/prepare for and attend conference call with co-appellees (.3) |
| 07/06/12 | KCM | 555.00 | 0.10 | Review additional transcript edits and communicate with TEP and co-appellees re same and review related communications |
| 07/06/12 | KCM | 555.00 | 0.10 | Plan/prepare for and communicate with co-counsel re proposed stipulation issue |
| 07/09/12 | KCM | 555.00 | 0.80 | Review/analyze briefs, cases and materials re 2019 issues for motion |
| 07/09/12 | KCM | 555.00 | 0.20 | Review/analyze collateral estoppel issue and communicate with TEP re same |
| 07/09/12 | TEP | 380.00 | 0.60 | Confer with KCM re: W.D. Pa. appeal (0.2); legal research re: collateral estoppel (2.3). [Total time of 2.5 hrs. divided among 4 clients.] |

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 07/10/12 | TEP | 380.00 | 0.50 | Legal research re: collateral estoppel. [Total time of 2.0 hrs. divided among 4 clients.] |
| 07/11/12 | KCM | 555.00 | 0.30 | Review materials re stipulation issue and communicate with TEP re same |
| 07/11/12 | TEP | 380.00 | 0.50 | Research re: collateral estoppel. [Total time of 2.1 hrs. divided among 4 clients.] |
| 07/12/12 | KCM | 555.00 | 1.00 | Draft/revise motion to amend 2019 order (.8) and review/analyze related materials (.2) |
| 07/13/12 | KCM | 555.00 | 1.10 | Draft/revise 2019 motion (.9) and review/analyze related materials (.2) |
| 07/16/12 | KCM | 555.00 | 2.10 | Draft/revise motion to amend 2019 orders (1.7) and review/analyze related cases and materials (.4) |
| 07/17/12 | PVL | 935.00 | 0.10 | Rv draft 2019 motion |
| 07/17/12 | KCM | 555.00 | 1.20 | Draft/revise motion to amend 2019 orders (.8) and review/analyze related cases and materials and communicate with EI, PVNL and TEP re same (.4) |
| 07/17/12 | JMR | 420.00 | 0.10 | Amend brief |
| 07/18/12 | KCM | 555.00 | 1.20 | Draft/revise 2019 motion (.8), review/analyze related materials and communicate with local counsel re same (.4) |
| 07/19/12 | PVL | 935.00 | 0.20 | Rv revised draft 2019 motion and cn KCM re same |
| 07/19/12 | MEG | 210.00 | 0.20 | Retrieve 2019 statement in asbestos bankruptcy matter and compare document to draft per KCM. |
| 07/19/12 | KCM | 555.00 | 1.30 | Draft/revise 2019 motion and proposed order and review/analyze related materials and communicate with local counsel re same |
| 07/19/12 | JMR | 420.00 | 0.40 | Edit proposed order |
| 07/20/12 | KCM | 555.00 | 0.30 | Communicate with local counsel and review filings |
| 07/20/12 | TEP | 380.00 | 0.50 | Research re: collateral estoppel. |
| 07/23/12 | KCM | 555.00 | 0.10 | Communicate with PVNL and local counsel re 2019 filing issue |

**Total Task Code .16**        13.60

**Plan & Disclosure Statement (43.30 Hours; $ 38,395.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 13.50 | $1,000 | 13,500.00 |
| Peter Van N. Lockwood | 21.80 | $935 | 20,383.00 |
| Ann C. McMillan | .80 | $645 | 516.00 |
| Jeffrey A. Liesemer | 6.30 | $555 | 3,496.50 |
| Kevin C. Maclay | .90 | $555 | 499.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/02/12 | PVL | 935.00 | 0.10 | Rv Garlock est. order |
| 07/02/12 | KCM | 555.00 | 0.90 | Review Garlock emergency stay motion |
| 07/03/12 | PVL | 935.00 | 1.50 | Tcn Shelnitz, Donley, Paul, Frankel & Wyron (1.1); teleconf. EI (.2); tcn Frankel & EI (.2) |
| 07/03/12 | EI | 1,000.00 | 0.50 | Telephone conference with PVNL and R. Frankel re: substantial consolidation issues (.5). |
| 07/05/12 | PVL | 935.00 | 1.90 | Rv draft stip. and emails re same (.1); rv proposed Goldman TS (.2); rv draft stay oppo. and email comments (1.6) |
| 07/05/12 | EI | 1,000.00 | 1.00 | Various memos re: warrants and reading Grace materials (1.0). |
| 07/06/12 | PVL | 935.00 | 2.80 | Tcn Frankel, Wyron & EI (.2); tcn Shelnitz, Finke, Donley, Paul, Esayian, Frankel, Wyron, et al (.9); rv revised draft stay oppo. and email comments (1.3); rv emails and reply (.4) |
| 07/06/12 | EI | 1,000.00 | 0.30 | Telephone conference wit R. Frankel, R. Wyron and PVNL re: warrants (.3). |
| 07/08/12 | PVL | 935.00 | 0.40 | Rv revised draft stay oppo. |
| 07/09/12 | PVL | 935.00 | 0.90 | Tcn Shelnitz, Finke, Donley, Paul, Frankel & Wyron (.6); rv emails & reply (.3) |

| Date | Tkpr | Rate | Hours | Description |
|---|---|---|---|---|
| 07/10/12 | PVL | 935.00 | 2.40 | Tcn Sinclair & EI (.7); tcn O'Connell, Shelnitz, Filon, Paul, Frankel, Wyron, Radecki, Sinclair, Rapp, EI, et al (1.4); rv PD FCR stay oppo. (.1); rv emails & reply (.1); teleconf. EI (.1) |
| 07/10/12 | EI | 1,000.00 | 3.10 | Warrant status inquiry (.1); read materials (.3); telephone conference J. Sinclair (.1); telephone conference J. Sinclair/PVNL re: warrants (1.0); telephone conference R. Frankel (.1); warrants call (1.3); telephone conference with PVNL (.2). |
| 07/11/12 | PVL | 935.00 | 0.50 | Rv notices of appeal (.3); rv emails (.2) |
| 07/11/12 | EI | 1,000.00 | 0.80 | Memo from R. Horkovich (.1); memo re: warrants (.2); telephone conference J. Sinclair/B.Rapp re: status (.2); telephone conference R. Horkovich re: insurance litigation (.2); telephone call to claimant (.1). |
| 07/11/12 | ACM | 645.00 | 0.50 | Teleconference EI re Grace warrants (.1); exchange e-mails with L. Busch re TDP (.4). |
| 07/12/12 | PVL | 935.00 | 0.20 | Rv emails & reply |
| 07/13/12 | PVL | 935.00 | 0.40 | Rv notices of appeal & exchange emails with Hurford re entry of appearance |
| 07/13/12 | EI | 1,000.00 | 0.40 | Reviewing R. Horkovich insurance issue (.2); telephone conference with ACM re: same (.1); memo to R. Frankel (.1). |
| 07/13/12 | ACM | 645.00 | 0.30 | Teleconference EI re insurance issues. |
| 07/15/12 | EI | 1,000.00 | 0.50 | Conference J. Sinclair re: warrants (.5). |
| 07/16/12 | PVL | 935.00 | 1.40 | Rv emails & reply (.4); rv Garlock summary of case (.1); rv Garlock stay reply & Ex. P (.4); teleconf. Donley (.5) |
| 07/16/12 | EI | 1,000.00 | 0.70 | Prepare for meeting (.3); telephone conference R. Horkovich re: insurance (.2); telephone conference J. Sinclair re: warrants (.2). |
| 07/16/12 | JAL | 555.00 | 1.90 | Review and analysis of correspondence relating to confirmation and appeal issues. |
| 07/17/12 | PVL | 935.00 | 2.30 | Tcn Shelnitz, Donley, Frankel & Wyron (.6); prep. for call re Montana (.8); tcn Donley, Paul, Frankel, |

| | | | | |
|---|---|---|---|---|
| | | | | Wyron & EI (.6); rv EI memo to ACC (.1); rv CA 3 notices (.1); cn JAL (.1) |
| 07/17/12 | EI | 1,000.00 | 0.10 | Telephone conference KCM and worked on draft 2019 motions (.1). |
| 07/17/12 | EI | 1,000.00 | 2.70 | Warrants purchase conference and memo to Committee (2.0); conference call to prepare for Montana meeting (.7). |
| 07/17/12 | JAL | 555.00 | 2.60 | Review and analysis of materials relating to confirmation and appeals. |
| 07/17/12 | JAL | 555.00 | 0.70 | Review and analysis of memo from EI re: plan issues. |
| 07/17/12 | JAL | 555.00 | 0.10 | Tele. call w/PVNL re: third Circuit appeals and related issues. |
| 07/18/12 | PVL | 935.00 | 0.30 | Teleconf. EI |
| 07/18/12 | EI | 1,000.00 | 3.10 | Montana meeting (3.0); telephone conference with PVNL re: same (.1). |
| 07/18/12 | JAL | 555.00 | 0.70 | Review and analysis of materials relating to confirmation issues and appeals. |
| 07/19/12 | PVL | 935.00 | 1.10 | Rv Montana CA 3 filings (.2); tcn Shelnitz et al (.9) |
| 07/19/12 | EI | 1,000.00 | 0.10 | Reviewed draft 2019 motion and telephone conference KCM (.1). |
| 07/20/12 | PVL | 935.00 | 0.10 | Rv Canada des. of record |
| 07/23/12 | PVL | 935.00 | 1.00 | Rv CA 3 filings and emails Hurford re same (.7); rv emails (.1); rv Buckwalter op. re AMH motion (.2) |
| 07/24/12 | PVL | 935.00 | 0.50 | Rv various CA 3 ECF filings (.3); rv ACC/FCR warrant proposal (.1); rv AMH stmt. of issues (.1) |
| 07/25/12 | PVL | 935.00 | 0.50 | Teleconf. EI (.1); rv CA 3 ECF filings (.4) |
| 07/25/12 | EI | 1,000.00 | 0.20 | Status with PVNL (.1); telephone conference J. Sinclair re: status (.1). |
| 07/26/12 | PVL | 935.00 | 0.90 | Teleconf. Wyron |
| 07/26/12 | JAL | 555.00 | 0.30 | Review and analysis of materials re: confirmation and appeals issues. |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 07/27/12 | PVL | 935.00 | 0.10 | Rv multiple CA 3 ECF filings |
| 07/30/12 | PVL | 935.00 | 1.40 | Rv new CA 3 op. re equitable mootness (.4); tcn Donley, Frankel & Wyron (.6); teleconf. EI (.2); rv multiple CA 3 ECF filings (.2) |
| 07/31/12 | PVL | 935.00 | 1.10 | Tcn Shelnitz, Finke, Donley, Paul, Frankel & Wyron |

**Total Task Code    .17        43.30**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 114.00 |
| Air Freight & Express Mail | 9.15 |
| Database Research | 3,903.32 |
| Local Transportation - DC | 62.10 |
| Long Distance-Equitrac In-House | 0.12 |
| Postage & Air Freight | 1.10 |
| **Total:** | **$ 4,089.79** |