**EXHIBIT B**

**Case Administration (2.30 Hours; $ 1,975.00)**

  Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04  2.30**

**Claim analysis Objection & Resolution (Non-Asbestos) (.10 Hours; $ 93.50)**

  Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates

**Total Task Code .06  .10**

**Committee Creditors', Noteholders' or Equity Holders' (.30 Hours; $ 300.00)**

  Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07  .30**

**Fee Applications, Applicant (7.30 Hours; $ 2,890.50)**

  Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications.

**Total Task Code .12  7.30**

**Litigation and Litigation Consulting (13.60 Hours; $ 7,158.00)**

  Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16  13.60**

**Plan & Disclosure Statement (43.30 Hours; $ 38,395.00)**

    Services rendered in this category pertain to the formulation of a reorganization plan and disclosure statement and confirmation of a reorganization plan.

**Total Task Code .17**   **43.30**