## **EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 114.00 |
| Air Freight & Express Mail | 9.15 |
| Database Research | 3,903.32 |
| Local Transportation - DC | 62.10 |
| Long Distance-Equitrac In-House | 0.12 |
| Postage & Air Freight | 1.10 |
| **Total:** | **$ 4,089.79** |

**Client Number:   4642**          **Grace Asbestos Personal Injury Claimants**                                         Page: 1
**Matter      000**                **Disbursements**                                                                     8/20/2012

                                                                                                   Print Date/Time: 08/20/2012 12:03:44PM
Attn:
                                                                                                                       Invoice #

                                            PREBILL / CONTROL  REPORT


                                                          Trans Date Range:  1/1/1950  to: 7/31/2012

**Matter      000**
**Disbursements**

Bill Cycle:       Monthly            Style:         i1         Start:    4/16/2001     Last Billed :   7/25/2012              13,655

                              $4,806.34
Client Retainers Available               Committed to Invoices:        $0.00        Remaining:       $4,806.34


                                                    $3,931,504.90
                             Total Expenses Billed To Date       Billing Empl:         0120    Elihu  Inselbuch
                                                                 Responsible Empl:     0120    Elihu  Inselbuch
                                                                 Alternate Empl:       0120    Elihu  Inselbuch
                                                                 Originating Empl:     0120    Elihu  Inselbuch


**Summary   by Employee**

|  |  |  | --------- A C T U A L ---------- |  | ---------- B I L L I N G--------- |  |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 9.15 | 0.00 | 9.15 |
| 0338 | KCM | Kevin C Maclay | 0.00 | 57.00 | 0.00 | 57.00 |
| 0369 | TEP | Todd E Phillips | 0.00 | 119.10 | 0.00 | 119.10 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 3,904.54 | 0.00 | 3,904.54 |
| **Total Fees** |  |  | **0.00** | **4,089.79** | **0.00** | **4,089.79** |


**Detail Time / Expense  by  Date**

|  |  |  |  |  | --------- A C T U A L ---------- |  |  | ---------- B I L L I N G--------- |  |  |
|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
|  |  |  |  | EI |  |  |  |  |  |  |  |
| 2864240 | Federal Express -Delivery to T.Simpson, 6/21/12 (EI; SPlit b/w clients 4642 & 5334) | E | 07/02/2012 | 0120 |  | 0.00 | $9.15 |  | 0.00 | $9.15 | 9.15 |
|  |  |  |  | KCM |  |  |  |  |  |  |  |
| 2864253 | Business Card -ADA Travel Svc., re: Agent Fee for Amtrak Train Business Class Travel to/from Wilmington, DE, 6/11/12 - 6/12/12  (KCM; Coach $188.00; Split b/w clients 4642, 5028, 5155, & | E | 07/02/2012 | 0338 |  | 0.00 | $10.00 |  | 0.00 | $10.00 | 19.15 |

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
| Matter | 000 | Disbursements | | | | | | | | 8/20/2012 |

Print Date/Time: 08/20/2012 12:03:44PM

Attn:

Invoice #

5334; Itin #106477)

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2864260 | Business Card -ADA Travel Svc., re: Amtrak Train Business Class Travel to/from Wilmington, DE, 6/11/12 - 6/12/12 (KCM; Coach $188.00; Split b/w clients 4642, 5028, 5155, & 5334; Itin #106477) | E | 07/02/2012 | 0338 | KCM | 0.00 | $47.00 | 0.00 | $47.00 | 66.15 |
| 2864261 | Business Card -ADA Travel Svc., re: Agent Fee for Amtrak Train Business Class Travel to/from Wilmington, DE, 6/11/12 - 6/12/12 (TEP; Coach $188.00; Split b/w clients 4642, 5028, 5155, & 5334; Itin #106478) | E | 07/02/2012 | 0369 | TEP | 0.00 | $10.00 | 0.00 | $10.00 | 76.15 |
| 2864268 | Business Card -ADA Travel Svc., re: Amtrak Train Business Class Travel to/from Wilmington, DE, 6/11/12 - 6/12/12 (TEP; Coach $188.00; Split b/w clients 4642, 5028, 5155, & 5334; Itin #106478) | E | 07/02/2012 | 0369 | TEP | 0.00 | $47.00 | 0.00 | $47.00 | 123.15 |
| 2871012 | Equitrac - Long Distance to 13369269145 | E | 07/11/2012 | 0999 | C&D | 0.00 | $0.12 | 0.00 | $0.12 | 123.27 |
| 2874024 | Postage | E | 07/23/2012 | 0999 | C&D | 0.00 | $1.10 | 0.00 | $1.10 | 124.37 |
| 2874097 | Red Top Cab -Svc. from 11149 Cedarwood, 6/11/12 (TEP) | E | 07/24/2012 | 0369 | TEP | 0.00 | $62.10 | 0.00 | $62.10 | 186.47 |
| 2881661 | Database Research - Westlaw by TEP on 7/9-19 | E | 07/31/2012 | 0999 | C&D | 0.00 | $3,714.78 | 0.00 | $3,714.78 | 3,901.25 |
| 2881662 | Database Research - Westlaw by TEP on 7/20 | E | 07/31/2012 | 0999 | C&D | 0.00 | $173.07 | 0.00 | $173.07 | 4,074.32 |
| 2881663 | Database Research - Westlaw by JAL on 7/26 | E | 07/31/2012 | 0999 | C&D | 0.00 | $15.47 | 0.00 | $15.47 | 4,089.79 |

**Total Expenses**

$4,089.79

$4,089.79

0.00                                     0.00

| | Matter Total Fees | | 0.00 | 0.00 |
| | Matter Total Expenses | | 4,089.79 | 4,089.79 |
| | Matter Total | 0.00 | 4,089.79 | 0.00 | 4,089.79 |
| | Prebill Total Fees | | | |
| | Prebill Total Expenses | | $4,089.79 | $4,089.79 |
| | Prebill Total | 0.00 | $4,089.79 | 0.00 | $4,089.79 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | Page: 1 |
|---|---|---|---|---|
| Matter | 000 | Disbursements | | 8/20/2012 |

Print Date/Time: 08/20/2012 12:03:44PM

Attn:

| Invoice # | Date | Amount | Amount |
|---|---|---|---|
| 74,007 | 04/22/2010 | 55,577.50 | 137.53 |
| 86,185 | 02/16/2012 | 97,674.50 | 19,534.90 |
| 86,825 | 03/26/2012 | 73,596.50 | 14,719.30 |
| 87,309 | 04/22/2012 | 36,679.00 | 7,335.80 |
| 87,625 | 05/16/2012 | 16,102.50 | 3,220.50 |
| 88,199 | 06/19/2012 | 37,193.75 | 7,438.76 |
| 88,835 | 07/25/2012 | 42,551.66 | 42,551.66 |
| | | 359,375.41 | 94,938.45 |