**EXHIBIT "A"**

## *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:(302) 575-1555        Fax:   (302) 575-1714

WR Grace PD Committee                                                  July 1, 2012     to    July 31, 2012

Inv  #:            44505

**RE:**      WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---:|---:|
| B14 | Case Administration - | 5.20 | 1,518.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 0.60 | 216.00 |
| B18 | Fee Applications, Others - | 1.90 | 345.00 |
| B25 | Fee Applications, Applicant - | 1.90 | 384.00 |
| B36 | Plan and Disclosure Statement - | 8.90 | 3,163.50 |
| B45 | Professional Retention Issues - | 0.80 | 288.00 |
| | **Total** | **19.30** | **$5,914.50** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---:|---:|---:|
| Lisa L. Coggins | 300.00 | 1.10 | 330.00 |
| Regina Matozzo | 225.00 | 2.50 | 562.50 |
| Theodore J. Tacconelli | 360.00 | 12.70 | 4,572.00 |
| Legal Assistant - KC | 150.00 | 3.00 | 450.00 |
| **Total** | | **19.30** | **$5,914.50** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                                                              **$623.32**

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Jul-02-12 | *Case Administration* - Review notice of agenda re: 7-16-2012 hearing | 0.10 | LLC |
| | *Committee, Creditors', Noteholders' or* - prepare correspondence to committee member re: status of plan confirmation | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review Garlock's Emergency Motion to Stay filed in Third Circuit with attachments | 0.80 | TJT |
| | *Plan and Disclosure Statement* - Prepare correspondence to J. Sakalo re: Garlock's Emergency Motion to Stay in Third Circuit | 0.30 | TJT |
| | *Fee Applications, Applicant* - Prepare May 2012 fee app for efiling, efile and service of same | 0.30 | KC |
| Jul-04-12 | *Plan and Disclosure Statement* - Review order setting response deadline re: Garlock's Motion to Stay re: appeal 12-807 | 0.10 | TJT |
| Jul-05-12 | *Plan and Disclosure Statement* - Review Stipulation re: Garlock's Emergency Motion to Stay | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Prepare correspondence to J. Sakalo re: Stipulation re: Garlock's Emergency Motion to Stay | 0.20 | TJT |
| | *Case Administration* - Review notice of withdrawal of counsel and 2002 service list | 0.10 | KC |
| Jul-09-12 | *Case Administration* - Review Amended 2019 Statement filed by David Law Firm | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Appeal filed by Her Majesty the Queen | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review various Notices of Appearance in appeal 12-2807 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Corporate Disclosure by PI FCR in appeal 12-2807 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Appeal by State of Montana | 0.10 | TJT |
| Jul-10-12 | *Plan and Disclosure Statement* - Review additional Notices of Appearance in appeal 12-2807 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review PDFCR's Response to Garlock's Emergency Motion for Stay in appeal 12-2807 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Prepare correspondence to J. Sakalo re: PDFCR's Response to Garlock's Emergency Motion for Stay in appeal 12-2807 | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review Plan Proponents Response to Garlock's Emergency Motion for Stay in appeal 12-2807 | 1.80 | TJT |
| | *Plan and Disclosure Statement* - Correspondence with J. Sakalo re: Plan Proponents Response to Garlock's Emergency Motion for Stay in appeal 12-2807 | 0.20 | TJT |
| Jul-11-12 | *Case Administration* - Review case management memo re: week ending 7-10-2012 | 0.10 | LLC |
| | *Case Administration* - Confer with TJT re: recent District Court Decisions and status of case | 0.20 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings; memo to T. Tacconelli re: same | 0.60 | RM |
| | *Case Administration* - Review main docket re: status for week ending 7/10/12; memo to T. Tacconelli and L. Coggins re: same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |

|  |  |  |  |
|---|---|---|---|
|  | *Case Administration* - Review Case Status Memo | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review Notice of Appeal filed by BNSF | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review Corporate Disclosure Statement by PI Committee in appeal 12-2807 | 0.10 | TJT |
|  | *Fee Applications, Others* - Docket review re: objections to Bilzin's April monthly fee application | 0.10 | KC |
|  | *Fee Applications, Others* - Draft certificate of no objection and cos to Bilzin's monthly fee app for April 2012 | 0.20 | KC |
| Jul-12-12 | *Fee Applications, Others* - Review CNO re: Bilzin April 2012 fee app for filing | 0.10 | LLC |
|  | *Case Administration* - Review memos re: status of various appeals | 0.10 | TJT |
|  | *Fee Applications, Others* - Prepare Certificate of No Objection to Bilzin's April 2012 monthly fee app for filing; efile and service of same | 0.30 | KC |
| Jul-13-12 | *Plan and Disclosure Statement* - Review Notice of Appeal by Libby Claimants | 0.10 | TJT |
| Jul-14-12 | *Plan and Disclosure Statement* - Review Notice of Appeal by MCC | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review Garlock's Reply Brief and Appendix in appeal 12-2807 | 0.70 | TJT |
|  | *Plan and Disclosure Statement* - Review Garlock's Corporate Disclosure Statement in appeal 12-2807 | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Prepare correspondence to J. Sakalo re: Garlock's Reply Brief in appeal 12-2807 | 0.20 | TJT |
| Jul-15-12 | *Case Administration* - Review Amended 2019 Statement by Lipsitz Pontero | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review Notice of Appeal by Bank Lender Group | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review Notice of Docketing Appeal 12-2904 | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review Order joining Appeal 12-2904 with appeal 12-1402 | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review Debtor's Corporate Disclosure Statement in appeal 12-2807 | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review Garlock's concise summary of case in appeal 12-2807 | 0.10 | TJT |
| Jul-16-12 | *Case Administration* - Review Statement of Amounts paid to OCP | 0.10 | TJT |
| Jul-17-12 | *Plan and Disclosure Statement* - Review Anderson Memorial Hospital Notice of Appeal | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review Notice of Docketing appeal in 3rd Circuit re: AMH appeal no. 12-2923 | 0.10 | TJT |
| Jul-18-12 | *Case Administration* - Review case management memo re: week ending 7-13-2012 | 0.10 | LLC |
|  | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings; memo to T. Tacconelli re: same | 0.40 | RM |
|  | *Case Administration* - Review main docket re: status for week ending 7/13/12; memo to T. Tacconelli and L. Coggins re: same | 0.40 | RM |
|  | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
|  | *Case Administration* - Review case status memo for week ending 7/13 | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review Notice of Docketing appeal in 3rd Circuit re: BLG appeal no. 12-2924 | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review Notice of Docketing appeal in | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | 3rd Circuit re: Libby appeal no. 12-2966 | | |
| | *Plan and Disclosure Statement* - Review Notice of Docketing appeal in 3rd Circuit re: MCC appeal no. 12-2967 | 0.10 | TJT |
| Jul-19-12 | *Case Administration* - Review memos re: status of various appeals | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Order joining various appeals with appeal 12-1402 | 0.10 | TJT |
| Jul-20-12 | *Case Administration* - Review three miscellaneous Certificates of No Objection filed by Debtors | 0.10 | TJT |
| Jul-23-12 | *Plan and Disclosure Statement* - Review Garlock's Designation of Record/Issues on Appeal | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Docketing Appeal re: State of Montana appeal no. 12-2904 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review State of Montana's Designation of Record/Issues of Appeal | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review State of Montana's Concise Summary of Case appeal no. 12-2904 | 0.10 | TJT |
| | *Fee Applications, Others* - Review docket for objections to Bilzin's May 2012 monthly fee application | 0.10 | KC |
| | *Fee Applications, Others* - Draft cno/ cos to Bilzin's May 2012 monthly fee application; to LLC for review | 0.20 | KC |
| | *Fee Applications, Applicant* - Review docket for objections to monthly fee app for May 2012 | 0.10 | KC |
| Jul-24-12 | *Fee Applications, Others* - E-mail from KC re: upcoming Bilzin fee application | 0.10 | LLC |
| | *Fee Applications, Others* - E-mail from L. Flores re: upcoming Bilzin fee application | 0.10 | LLC |
| | *Committee, Creditors', Noteholders' or* -Review correspondence from J. Sakalo re: Status of Plan Confirmation | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Memorandum Opinion and Order denying AMH's Rule 60(b) Motion | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review letter from 3rd Circuit Clerk re: appeal 12-2807 | 0.10 | TJT |
| | *Fee Applications, Others* - Email to and from L. Flores re: June 2012 fee application | 0.10 | KC |
| | *Fee Applications, Applicant* - Draft cno/ cos to May 2012 monthly fee application; to LLC for review | 0.20 | KC |
| | *Fee Applications, Applicant* - Draft invoice for June 2012 monthly fee app; to T. Tacconelli for review | 0.20 | KC |
| Jul-25-12 | *Case Administration* - Review case management memo re: week ending 7-20-2012 | 0.10 | LLC |
| | *Fee Applications, Others* - Review CNO re: Bilzin May 2012 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review CNO re: May 2012 fee app | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings; memo to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review main docket re: status for week ending 7/20/12; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review Case Status Memo for week ending 7/20 | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re: PSZY&J for 44th Interim Period | 0.10 | TJT |

| Date | Description | Hours | Staff |
|---|---|---|---|
| | *Plan and Disclosure Statement* - Review Queen's Designation of Record/Issues on appeal | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review AMH's Designation of Record/Issues on appeal | 0.10 | TJT |
| Jul-26-12 | *Case Administration* - Review memos re: status of various appeals | 0.10 | TJT |
| | *Case Administration* - Review Debtor's Motion to Approve Settlement with EPA re: Weedsport NY site with attachments | 0.80 | TJT |
| | *Fee Applications, Applicant* - Review and revise Ferry Joseph & Pearce June prebill | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review BLG's amended Designation of Record/Issues on appeal | 0.10 | TJT |
| | *Fee Applications, Others* - Prepare Certificate of No Objection to Bilzin's May 2012 fee app for filing; filing and service of same | 0.30 | KC |
| | *Fee Applications, Applicant* - Prepare certificate of no objection to May 2012 fee app for filing; file and service of same | 0.30 | KC |
| Jul-27-12 | *Plan and Disclosure Statement* - Review Libby Claimants Designation of Record/Issues on appeal | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review MCC's Designation of Record/Issues on appeal | 0.10 | TJT |
| | *Fee Applications, Others* - Review e-mail from L. Flores to MAG with attached June 2012 fee application; note to MAG re: reviewing and filing of same | 0.20 | KC |
| | *Fee Applications, Applicant* - Revise and finalize invoice for June 2012 fee application | 0.30 | KC |
| Jul-28-12 | *Case Administration* - Review Affidavit by L. Salazar | 0.10 | TJT |
| | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Professional Retention Issues* - Review Debtor's Motion to Retain Grant Thornton with attachments | 0.80 | TJT |
| Jul-29-12 | *Plan and Disclosure Statement* - Review BLG's Amended Concise Summary of Case | 0.10 | TJT |
| Jul-30-12 | *Case Administration* - Review Debtor's 44th Quarterly Report of Settlement | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review miscellaneous documents filed by Debtors in various appeals | 0.30 | TJT |
| Jul-31-12 | *Case Administration* - Review Debtor's 44th Quarterly Report of Asset Sales | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review AMH's Amended Notice of Appeal | 0.10 | TJT |
| | **Totals** | **19.30** | |

### DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| Jul-02-12 | Photocopy Cost | 3.40 |
| | Cost Advance - postage - 1 @ $.45 | 0.45 |
| Jul-05-12 | Photocopy Cost | 0.60 |

| Invoice # | 44505 | Page 6 | July 1- 31, 2012 |
|---|---|---|---|

| | | |
|---|---|---|
| | Cost Advance -   First State Deliveries - hand delivery 6/27/12 | 7.50 |
| Jul-10-12 | Photocopy Cost | 0.70 |
| | Photocopy Cost | 0.90 |
| Jul-12-12 | Photocopy Cost | 3.90 |
| | Cost Advance - postage - 7 @ $.45 | 3.15 |
| Jul-14-12 | Photocopy Cost | 2.00 |
| | Photocopy Cost | 0.70 |
| | Photocopy Cost | 1.20 |
| | Photocopy Cost | 2.00 |
| | Photocopy Cost | 0.70 |
| | Photocopy Cost | 1.20 |
| Jul-19-12 | Cost Advance - First State Deliveries - hand delivery 6/29/12 | 7.50 |
| Jul-24-12 | Photocopy Cost | 1.20 |
| | Photocopy Cost | 0.90 |
| | Photocopy Cost | 0.70 |
| | Photocopy Cost | 0.90 |
| Jul-26-12 | Photocopy Cost | 0.70 |
| | Photocopy Cost | 4.60 |
| | Cost Advance - postage - 6 @.45 | 2.70 |
| Jul-27-12 | Photocopy Cost | 0.70 |
| | Photocopy Cost | 0.80 |
| | Photocopy Cost | 0.80 |
| | Cost Advance - Lexis Nexis - legal research June (Account #1402RF; Inv # 1206370288) | 411.42 |
| Jul-30-12 | Pacer Service Center - 4/1/12-6/30/12 (TJT) Account # FJ0093 | 63.40 |
| | Cost Advance -   First State Deliveries - hand delivery 7/2/12 | 7.50 |
| Jul-31-12 | Cost Advance -   First State Deliveries - hand deliveries 7/12/12 | 45.00 |
| | Cost Advance - Pacer Service Center - 4/1/12-6/30/12 (RSM) Account # FJ0091 | 46.10 |
| | **Totals** | **$623.32** |

**Total Fees & Disbursements**                                                       **$6,537.82**