UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: )
)
W.R. Grace & Co., et al. ) Case No. 01-01139 (JKF)
) Chapter 11
)
Debtors. ) (Jointly Administered)
)

**SUMMARY OF ONE HUNDRED AND THIRTY-THIRD
MONTHLY FEE AND EXPENSE INVOICE**

| Name of Applicant: | Bilzin Sumberg Baena Price & Axelrod LLP |
|---|---|
| Authorized to Provide Professional Services to: | The Official Committee of Asbestos Property Damage Claimants |
| Date of Retention: | Retention order entered on June 21, 2001, Nunc Pro Tunc, to April 9, 2001 |
| Period for which compensation and Reimbursement is sought: | July 1, 2012 through July 31, 2012 |
| Fees and expenses for all matters | **Fees** $4,816.50 | **Expenses** $94.68 |

This is a:____X_____monthly_____Interim_____final Application

Bilzin Sumberg Baena Price & Axelrod LLP's time and requested compensation in preparing this Application will appear on a subsequent application.

If this is not the first application filed, disclose the following for each prior application:

| Interim Applications | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 7/2/01 | 4/9/01 – 5/31/01 | $194,578.50 | $29,181.11 | X | X |
| 8/6/01 | 6/1/01 – 6/30/01 | $195,105.25 | $14,086.94 | X | X |
| 9/25/01 | 7/1/01 – 8/31/01 | $247,980.00 | $176,063.29 | X | X |
| 11/8/01 | 9/1/01 – 9/30/01 | $49,039.50 | $6,936.85 | X | X |
| 12/13/01 | 10/1/01 – 11/30/01 | $180,750.50 | $140,465.86 | X | X |
| 2/6/02 | 12/1/01 – 12/31/01 | $34,725.00 | $55,174.38 | X | X |
| 3/20/02 | 01/01/02 -01/31/02 | $46,653.00 | $7,974.07 | X | X |
| 4/29/02 | 2/1/02 – 2/28/02 | $65,390.00 | $52,503.52 | X | X |
| 5/10/02 | 3/1/02 – 3/31/02 | $166,136.00 | $19,485.03 | X | X |
| 6/24/02 | 4/1/02 – 4/30/02 | $155,122.00 | $47,064.53 | X | X |

| | | | | | |
|---|---|---|---|---|---|
| **7/31/02** | **5/1/02 – 5/31/02** | **$132,842.30** | **$64,325.53** | **X** | **X** |
| **8/15/02** | **6/1/02 – 6/30/02** | **$31,047.00** | **$7,577.57** | **X** | **X** |
| **10/5/02** | **7/1/02 – 7/31/02** | **$35,534.50** | **$11,699.76** | **X** | **X** |
| **10/18/02** | **8/1/02 – 8/31/02** | **$43,715.00** | **$7,652.17** | **X** | **X** |
| **11/15/02** | **9/1/02 – 9/30/02** | **$17,035.00** | **$2,867.50** | **X** | **X** |
| **12/11/02** | **10/1/02 – 10/31/02** | **$22,819.00** | **$1,408.16** | **X** | **X** |
| **1/9/03** | **11/1/02 – 11/30/02** | **$18,002.00** | **$2,673.50** | **X** | **X** |
| **2/12/03** | **12/1/02 – 12/31/02** | **$3,995.50** | **$639.71** | **X** | **X** |
| **3/19/03** | **1/1/03 – 1/31/03** | **$8,417.00** | **$1,950.95** | **X** | **X** |
| **4/18/03** | **2/1/03 – 2/28/03** | **$11,556.00** | **$3,085.88** | **X** | **X** |
| **4/29/03** | **3/1/03 – 3/31/03** | **$16,115.00** | **$2,060.82** | **X** | **X** |
| **6/4/03** | **4/1/03 – 4/31/03** | **$24,281.50** | **$2,344.43** | **X** | **X** |
| **7/8/03** | **5/1/03 – 5/30/03** | **$21,157.00** | **$2,417.70** | **X** | **X** |
| **8/25/03** | **6/1/03 – 6/30/03** | **$19,012.50** | **$1,632.88** | **X** | **X** |
| **9/10/03** | **7/1/03 – 7/31/03** | **$34,773.00** | **$3,409.72** | **X** | **X** |
| **10/6/03** | **8/1/03 – 8/31/03** | **$8,793.00** | **$23.70** | **X** | **X** |
| **10/24/03** | **9/1/03 – 9/30/03** | **$15,198.50** | **$2,212.40** | **X** | **X** |
| **12/18/03** | **10/1/03 – 10/31/03** | **$18,926.75** | **$3,605.44** | **X** | **X** |
| **1/20/04** | **11/1/03 – 11/30/03** | **$10,540.00** | **$263.59** | **X** | **X** |
| **¾/04** | **12/1/03 – 12/31/03** | **$23,611.50** | **$4,874.85** | **X** | **X** |
| **3/12/04** | **1/1/04 – 1/31/04** | **$33,611.00** | **$2,722.44** | **X** | **X** |
| **4/29/04** | **2/1/04 – 2/29/04** | **$32,913.00** | **$1,571.25** | **X** | **X** |
| **4/29/04** | **3/1/04 – 3/31/04** | **$65,575.50** | **$52,298.19** | **X** | **X** |
| **5/26/04** | **4/1/04 – 4/30/04** | **$16,577.50** | **$287.16** | **X** | **X** |
| **6/18/04** | **5/1/04 – 5/31/04** | **$19,149.50** | **$1,808.87** | **X** | **X** |
| **7/29/04** | **6/1/04 – 6/30/04** | **$39,643.00** | **$1,279.21** | **X** | **X** |
| **9/10/04** | **7/1/04 – 7/31/04** | **$39,344.00** | **$1,240.32** | **X** | **X** |
| **9/23/04** | **8/1/04 – 8/31/04** | **$37,391.00** | **$1,278.45** | **X** | **X** |
| **10/13/04** | **9/1/04 – 9/30/04** | **$34,796.00** | **$5,924.93** | **X** | **X** |
| **12/17/04** | **10/1/04 – 10/31/04** | **$70,778.50** | **$11,174.74** | **X** | **X** |
| **12/17/04** | **11/1/04 – 11/30/04** | **$57,250.50** | **$2,926.99** | **X** | **X** |
| **3/8/05** | **12/1/04 – 12/31/04** | **$138,561.00** | **$5,836.80** | **X** | **X** |
| **3/8/05** | **1/1/05 – 1/31/05** | **$118,487.75** | **$7,103.04** | **X** | **X** |
| **4/8/05** | **2/1/05 – 2/28/05** | **$49,703.50** | **$2,909.07** | **X** | **X** |
| **5/10/05** | **3/1/05 – 3/31/05** | **$137,482.00** | **$5,711.97** | **X** | **X** |
| **7/12/05** | **4/1/05- 4/30/05** | **$172,520.60** | **$11,477.17** | **X** | **X** |
| **8/10/05** | **5/1/05 – 5/1/05** | **$168,852.25** | **$8,816.10** | **X** | **X** |
| **8/15/05** | **6/1/05 – 6/30/05** | **$118,937.00** | **$3,346.03** | **X** | **X** |
| **9/30/05** | **7/1/05 – 7/31/05** | **$237,495.50** | **$16,293.25** | **X** | **X** |
| **11/4/05** | **8/1/05 – 8/31/05** | **$232,969.00** | **$18,746.80** | **X** | **X** |
| **11/4/05** | **9/1/05 – 9/30/05** | **$370,142.00** | **$636,255.03** | **X** | **X** |
| **11/29/05** | **10/1/05 – 10/31/05** | **$438,999.00** | **$563,135.65** | **X** | **X** |
| **12/28/05** | **11/1/05 – 11/30/05** | **$394,246.50** | **$127,403.93** | **X** | **X** |
| **2/2/06** | **12/1/05 – 12/31/05** | **$272,856.25** | **$281,047.74** | **X** | **X** |
| **3/13/06** | **1/1/06 – 1/31/06** | **$285,410.75** | **$76,464.00** | **X** | **X** |
| **4/6/06** | **2/1/06 – 2/28/06** | **$122,580.00** | **$14,812.55** | **X** | **X** |
| **5/11/06** | **3/1/06 – 3/31/06** | **$210,566.00** | **$17,328.55** | **X** | **X** |
| **6/27/06** | **4/1/06 – 4/30/06** | **$220,594.75** | **$461,178.21** | **X** | **X** |
| **7/21/06** | **5/1/06 – 5/31/06** | **$211,866.00** | **$182,285.80** | **X** | **X** |
| **7/21/06** | **6/1/06 – 6/30/06** | **$245,930.25** | **$178,859.71** | **X** | **X** |
| **9/5/06** | **7/1/06 – 7/31/06** | **$248,117.50** | **$326,190.74** | **X** | **X** |
| **10/2/06** | **8/1/06 – 3/31/06** | **$276,643.00** | **$104,549.36** | **X** | **X** |
| **10/30/06** | **9/1/06 – 9/30/06** | **$158,041.75** | **$73,668.70** | **X** | **X** |

| | | | | | |
|---|---|---|---|---|---|
| **12/4/06** | **10/1/06 – 10/31/06** | **$130,105.25** | **$42,468.66** | **X** | **X** |
| **1/5/07** | **11/1/06 – 11/30/06** | **$135,139.00** | **$32,940.63** | **X** | **X** |
| **1/31/07** | **12/1/06 – 12/31/06** | **$148,643.00** | **$31,771.88** | **X** | **X** |
| **3/7/07** | **1/1/07 – 1/31/07** | **$191,847.00** | **$128,790.88** | **X** | **X** |
| **4/3/07** | **2/1/07 – 2/28/07** | **$185,300.25** | **$94,601.40** | **X** | **X** |
| **5/2/07** | **3/1/07 – 3/31/07** | **$216,281.75** | **$30,390.47** | **X** | **X** |
| **5/29/07** | **4/1/07 – 4/30/07** | **$197,582.50** | **$56,056.27** | **X** | **X** |
| **6/29/07** | **5/1/07 – 5/30/07** | **$123,726.00** | **$52,081.69** | **X** | **X** |
| **7/30/07** | **6/1/07 – 6/30/07** | **$112,528.75** | **$16,447.13** | **X** | **X** |
| **8/29/07** | **7/1/07 – 7/31/07** | **$112,528.75** | **$16,447.13** | **X** | **X** |
| **9/25/07** | **8/1/07 – 8/31/07** | **$81,901.00** | **$9,796.59** | **X** | **X** |
| **10/1/07** | **9/1/07 – 9/30/07** | **$58,995.50** | **$26,967.15** | **X** | **X** |
| **11/12/07** | **10/1/07 – 10/31/07** | **$112,207.50** | **$44,067.67** | **X** | **X** |
| **1/24/08** | **11/1/07-11/30/07** | **$66,826.50** | **$68,447.54** | **X** | **X** |
| **2/5/08** | **12/1/07 – 12/31/08** | **$12,758.00** | **$4,772.93** | **X** | **X** |
| **2/29/08** | **1/1/2008-1/31/2008** | **$74,179.50** | **$39,886.17** | **X** | **X** |
| **3/28/08** | **2/1/08 – 2/29/08** | **$26,088.00** | **$16,360.25** | **X** | **X** |
| **4/28/08** | **3/1/08-3/31/08** | **$71,781.50** | **$40,114.82** | **X** | **X** |
| **5/28/08** | **4/1/08-4/30/08** | **$93,959.00** | **$22,319.63** | **X** | **X** |
| **6/30/08** | **5/1/08 – 5/31/08** | **115,998.50** | **$16,898.49** | **X** | **X** |
| **8/3/08** | **6/1/08 – 6/30/08** | **$54,833.25** | **$21,318.46** | **X** | **X** |
| **9/3/2008** | **7/1/08-7/31/08** | **$43,963.00** | **13,001.85** | **X** | **X** |
| **10/6/2008** | **8/1/08-8/31/2008** | **$39,782.50** | **$2,632.28** | **X** | **X** |
| **11/10/2008** | **9/1/08-9/30/08** | **$35,808.00** | **$7,416.94** | **X** | **X** |
| **11/24/08** | **10/1/08 – 10/31/08** | **$106,189.00** | **$11,052.10** | **X** | **X** |
| **12/30/08** | **11/1/08 – 11/30/08** | **$77,537.25** | **$28,816.90** | **X** | **X** |
| **1/28/09** | **12/1/08 – 12/31/08** | **$30,641.25** | **$10,749.29** | **X** | **X** |
| **2/28/09** | **1/1/09 – 1/31/09** | **$ 123,171.00** | **$14,015.32** | **X** | **X** |
| **3/16/09** | **2/1/09-2/28/09** | **$52,668.25** | **$19,845.32** | **X** | **X** |
| **4/28/09** | **3/1/09 – 3/31/09** | **$57,434.25** | **$10,398.03** | **X** | **X** |
| **5/26/09** | **4/1/09 – 4/30/09** | **$62,992.00** | **$8,720.34** | **X** | **X** |
| **6/29/09** | **5/1/09 – 5/31/09** | **$47,455.00** | **$6,595.11** | **X** | **X** |
| **7/28/09** | **6/1/09 – 6/30/09** | **$34,015.50** | **$25,812.38** | **X** | **X** |
| **8/28/09** | **7/1/09 – 7/31/09** | **$30,739.00** | **$18,383.22** | **X** | **X** |
| **9/28/09** | **8/1/09 – 8/31/09** | **$34,234.00** | **$12,263.84** | **X** | **X** |
| **10/30/09** | **9/1/09 – 9/30/09** | **$49,287.75** | **$73,486.09** | **X** | **X** |
| **12/29/09** | **10/1/09 – 10/31/09** | **$23,730.50** | **$24,645.91** | **X** | **X** |
| **12/29/09** | **11/1/09-11/30/09** | **$17,415.00** | **$18,388.26** | **X** | **X** |
| **2/1/10** | **12/1/09 – 12/31/09** | **$13,606.00** | **$8,107.99** | **X** | **X** |
| **3/1/10** | **1/1/10-1/31/10** | **$43,617.75** | **$21,966.06** | **X** | **X** |
| **3/28/10** | **2/1/10 – 2/28/10** | **$6,063.50** | **$6,765.51** | **X** | **X** |
| **4/30/10** | **3/1/10 – 3/31/1-** | **$11,099.00** | **$1,489.06** | **X** | **X** |
| **6/2/2010** | **4/1/10-4/30/10** | **$7,942.00** | **$530.35** | **X** | **X** |
| **7/1/10** | **5/1/10 – 5/31/10** | **$5,477.00** | **$503.29** | **X** | **X** |
| **8/2/10** | **6/1/10 – 6/30/10** | **$12,155.50** | **$255.01** | **X** | **X** |
| **9/3/10** | **7/1/10 – 7/31/10** | **$2,384.00** | **$415.89** | **X** | **X** |
| **9/28/10** | **8/1/10 – 8/31/10** | **$2,875.00** | **$666.88** | **X** | **X** |
| **11/1/10** | **9/1/10 – 9/30/10** | **$1,679.50** | **$1,128.34** | **X** | **X** |
| **11/24/10** | **10/1/10 – 10/31/10** | **$2,269.50** | **$1,014.31** | **X** | **X** |
| **12/23/10** | **11/1/10 – 11/30/10** | **$2,364.00** | **$40.36** | **X** | **X** |
| **2/1/11** | **12/1/10 – 12/31/10** | **$7,118.50** | **$230.06** | **X** | **X** |
| **2/28/11** | **1/1/11 – 1/31/11** | **$6,433.50** | **$326.20** | **X** | **X** |
| **3/30/11** | **2/1/11 – 2/28/11** | **$26,442.00** | **$683.22** | **X** | **X** |

| | | | | | |
|---|---|---|---|---|---|
| **4/21/11** | **3/1/11 – 3/31/11** | **$3,562.50** | **$2,042.12** | **X** | **X** |
| **6/2/11** | **4/1/11 – 4/30/11** | **$4,910.00** | **$826.24** | **X** | **X** |
| **6/28/11** | **5/1/11 – 5/31/11** | **$4,265.00** | **$566.80** | **X** | **X** |
| **8/10/11** | **6/1/11 – 6/30/11** | **$14,825.00** | **$95.32** | **X** | **X** |
| **8/30/11** | **7/1/11 – 7/31/11** | **$14,340.50** | **$1,761.77** | **X** | **X** |
| **9/27/11** | **8/1/11 – 8/31/11** | **$3,295.00** | **$224.22** | **X** | **X** |
| **10/25/11** | **9/1/11 – 9/30/11** | **5,130.00** | **66.78** | **X** | **X** |
| **11/30/11** | **10/1/11 – 10/31/11** | **$1,707.50** | **$184.32** | **X** | **X** |
| **12/28/11** | **11/1/11 -11/30/11** | **$1,927.50** | **$7.76** | **X** | **X** |
| **2/1/12** | **12/1/11 – 12/31/11** | **$1,207.50** | **$45.56** | **X** | **X** |
| **3/1/12** | **1/1/12 - 1/31/12** | **$3,751.50** | **$157.98** | **X** | **X** |
| **4/3/12** | **2/1/12 - 2/29-12** | **$6,374.00** | **$5.40** | **X** | **X** |
| **5/3/12** | **3/1/12 - 3/31/12** | **$2,867.50** | **$6.32** | **X** | **X** |
| **6/18/12** | **4/1/12 - 4/30/12** | **$4,366.50** | **$135.86** | **X** | **X** |
| **6/28/12** | **5/1/12 - 5/30/12** | **14,200.50** | **1,926.56** | **X** | **X** |
| **7/27/12** | **6/1/12 - 6/30/12** | **$6,909.00** | **1,055.31** | **X** | **X** |