

August 8, 2012

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   218133

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
    THROUGH July 31, 2012

**CLIENT SUMMARY**

**BALANCE AS OF- 07/31/12**

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| **.15537 -** 01- Case Administration | $616.50 | $94.68 | $711.18 |
| **.15543 -** 07 - Applicant's Fee Application | $405.00 | $0.00 | $405.00 |
| **.15544 -** 08 - Hearings | $165.00 | $0.00 | $165.00 |
| **.15545 -** 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) | $330.00 | $0.00 | $330.00 |
| **.15554 -** 18 - Plan & Disclosure Statement | $3,300.00 | $0.00 | $3,300.00 |
| **Client Total** | **$4,816.50** | **$94.68** | **$4,911.18** |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

1450 Brickell Avenue, Suite 2300, Miami, FL 33131-3456    Tel 305.374.7580    Fax 305.374.7593    www.bilzin.com

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---|---|---|
| **TIMEKEEPER** | **HOURS** | **RATE** | **AMOUNT** |
| Sakalo, Jay M | 6.90 | $550.00 | $3,795.00 |
| Snyder, Jeffrey I | 0.30 | $410.00 | $123.00 |
| Donaire, Gloria | 2.10 | $220.00 | $462.00 |
| Flores, Luisa M | 1.40 | $235.00 | $329.00 |
| Varela, Ana Carolina | 0.50 | $215.00 | $107.50 |
| | | **TOTAL PROFESSIONAL FEES THIS PERIOD** | ***$4,816.50*** |

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---|
| Long Distance Telephone | $2.28 |
| Pacer - Online Services | $89.20 |
| Copies | $3.20 |
| **TOTAL COSTS ADVANCED THIS PERIOD** | ***$94.68*** |

| | |
|---|---|
| **TOTAL BALANCE DUE THIS PERIOD** | **$4,911.18** |

Atty – SLB
Client No.: 74817/15537

**RE:  01- Case Administration**

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 07/02/12 | ACV | 0.20 | 43.00 | Review and analyze docket activity and email J. Sakalo thereon (.1); obtain requested pleadings (.1). |
| 07/03/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity in connection with district and bankruptcy court cases and email J. Sakalo thereon. |
| 07/05/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity in connection with district court and bankruptcy court cases and email J. Sakalo thereon. |
| 07/06/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email J. Sakalo thereon. |
| 07/09/12 | GD | 0.20 | 44.00 | Obtain daily dockets for Jay Sakalo with regards to W.R. Grace & Co., et al. #01-01139 & W.R. Grace & Co., et al. #11-00199. |
| 07/10/12 | GD | 0.20 | 44.00 | Obtain daily dockets for Jay Sakalo with regards to W.R. Grace & Co., et al. #01-01139 & W.R. Grace & Co., et al. #11-00199. |
| 07/11/12 | LMF | 0.20 | 47.00 | Confirm cancellation of omnibus hearing. |
| 07/11/12 | GD | 0.20 | 44.00 | Obtain daily dockets for Jay Sakalo with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 07/12/12 | GD | 0.20 | 44.00 | Obtain daily dockets for Jay Sakalo reference with regards to W.R. Grace & Co., et al. #01-01139 & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB |
| 07/13/12 | GD | 0.10 | 22.00 | Obtain daily dockets for Jay Sakalo reference with regards to W.R. Grace & Co., et al. & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB |
| 07/16/12 | GD | 0.10 | 22.00 | Obtain daily dockets for Jay Sakalo with regards to W.R. Grace & Co., et al. & In re: W.R. Grace & Co. et al. |
| 07/17/12 | GD | 0.10 | 22.00 | Obtain daily dockets for Jay Sakalo with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB |
| 07/18/12 | GD | 0.10 | 22.00 | Obtain daily dockets report for Jay Sakalo with regards to W.R. Grace & Co., et al. #01-01139 & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 07/19/12 | GD | 0.10 | 22.00 | Obtain daily dockets for Jay Sakalo with regards to W.R. Grace & Co., et al. 01-01139 & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 07/20/12 | GD | 0.10 | 22.00 | Obtain daily dockets for Jay Sakalo with regards to W.R. Grace & Co. #01-01139, et al. & In re: W.R. Grace & Co. et al. #11-00199. |
| 07/23/12 | GD | 0.10 | 22.00 | Obtain daily dockets for Jay Sakalo with regards to W.R. Grace & Co., et al. & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB |
| 07/24/12 | GD | 0.10 | 22.00 | Obtain daily dockets for Jay Sakalo with regards to W.R. Grace & Co., et al.# 1:01-bk-01139  & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 07/25/12 | GD | 0.10 | 22.00 | Obtain daily dockets for Jay Sakalo with regards to W.R. Grace & Co., et al. #1:01-bk-01139 & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 07/26/12 | GD | 0.10 | 22.00 | Obtain daily dockets for Jay Sakalo with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 07/27/12 | GD | 0.10 | 22.00 | Obtain daily dockets for Jay Sakalo with regards to W.R. Grace & Co., et al. #1:01-bk-01139 & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 07/30/12 | GD | 0.10 | 22.00 | Obtain daily dockets for Jay Sakalo with regards toW.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 07/31/12 | GD | 0.10 | 22.00 | Obtain daily dockets for Jay Sakalo with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB |

**PROFESSIONAL SERVICES** $616.50



## COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 06/30/12 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: RB0120-Q22012; DATE: 7/6/2012 - Account#RB0120 | 89.20 |
| 07/24/12 | Long Distance Telephone (212)735-2569; 1 Mins. | 0.76 |
| 07/24/12 | Long Distance Telephone (312)984-7759; 2 Mins. | 1.52 |
| 06/29/12 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 07/02/12 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 07/03/12 | Copies 8 pgs @ 0.10/pg | 0.80 |

**TOTAL COSTS ADVANCED** **$94.68**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Donaire, Gloria | 2.10 | $220.00 | $462.00 |
| Flores, Luisa M | 0.20 | $235.00 | $47.00 |
| Varela, Ana Carolina | 0.50 | $215.00 | $107.50 |
| **TOTAL** | **2.80** | | **$616.50** |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Long Distance Telephone | $2.28 |
| Pacer - Online Services | $89.20 |
| Copies | $3.20 |
| **TOTAL** | ***$94.68*** |

**CURRENT BALANCE DUE THIS MATTER** **$711.18**

Atty – SLB
Client No.: 74817/15543

**RE: 07 - Applicant's Fee Application**

| | | | | |
|---|---|---|---|---|
| 07/13/12 | JIS | 0.30 | 123.00 | Review and revise June prebill. |
| 07/19/12 | LMF | 0.60 | 141.00 | Meet with accounting regarding finalizing June statement. |
| 07/26/12 | LMF | 0.60 | 141.00 | Prepare notice and summary for fee statement for June services and send to local counsel for filing. |

**PROFESSIONAL SERVICES** $405.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Snyder, Jeffrey I | 0.30 | $410.00 | $123.00 |
| Flores, Luisa M | 1.20 | $235.00 | $282.00 |
| **TOTAL** | **1.50** | | **$405.00** |

**CURRENT BALANCE DUE THIS MATTER** $405.00

Atty – SLB
Client No.: 74817/15544

**RE: 08 - Hearings**

06/14/12    JMS    0.30    165.00    Review hearing agenda.

**PROFESSIONAL SERVICES** $165.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.30 | $550.00 | $165.00 |
| *TOTAL* | *0.30* | | *$165.00* |

**CURRENT BALANCE DUE THIS MATTER** $165.00

Atty – SLB
Client No.: 74817/15545

**RE: 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)**

| | | | | | |
|---|---|---|---|---|---|
| 07/23/12 | JMS | 0.60 | 330.00 | Review motion of ACC to modify Rule 2019 order. | |

**PROFESSIONAL SERVICES** $330.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.60 | $550.00 | $330.00 |
| **TOTAL** | ***0.60*** | | ***$330.00*** |

**CURRENT BALANCE DUE THIS MATTER** $330.00

MIAMI 3285466.1 74817/15537

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15554**

**RE: 18 - Plan & Disclosure Statement**

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 07/02/12 | JMS | 0.80 | 440.00 | Review PD FCR's sur-reply to Anderson's reply in support of Rule 60 motion (.2); review Garlock's emergency motion for a stay filed with 3rd Circuit (.6). |
| 07/05/12 | JMS | 0.30 | 165.00 | Review stipulation with Garlock regarding "effective date" of plan. |
| 07/09/12 | JMS | 0.40 | 220.00 | Email exchange with M. Dies regarding appeals of confirmation order. |
| 07/10/12 | JMS | 1.40 | 770.00 | Review PD FCR's objection to Garlock motion to stay at the 3rd Circuit (.3); review plan proponents' response (.9); emails with M. Dies regarding confirmation appeals (.2). |
| 07/16/12 | JMS | 0.90 | 495.00 | Review Garlock's reply in support of application for stay of confirmation order filed in 3rd Circuit. |
| 07/24/12 | JMS | 1.60 | 880.00 | Review order denying AMH's motion for reconsideration and memo to committee regarding same (1.2); email exchange with M. Dies regarding follow up questions on same (.4). |
| 07/25/12 | JMS | 0.60 | 330.00 | Review designation of record on appeal filed by AMH and issues on appeal filed by Bank Lender Group. |

**PROFESSIONAL SERVICES** $3,300.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 6.00 | $550.00 | $3,300.00 |
| **TOTAL** | **6.00** | | **$3,300.00** |

**CURRENT BALANCE DUE THIS MATTER** $3,300.00