# EXHIBIT A



# The Hogan Firm

1311 Delaware Avenue

Wilmington, DE 19806

(302) 656 7540

EIN 51-0352711

---

**Canadian ZAI Claimants**  
**c/o Lauzon Belanger Lesperance**  
Attention:  Careen Hannouche  
286 rue Street  
Paul Quest bureau 100 Montreal QC H2Y 2A3

Date:            8/3/2012  
File Number:     ZAI/WRG 060124-01  
Invoice Number:  20410

**Re:**  Canadian Zonolite Claimants  
WRGrace Chapter 11 Bankruptcy  
Our File No. 060124-01

---

| <u>Date</u> | <u>Initials</u> | <u>Description of Service</u> | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|---|---|
| 07/03/2012 | DKH | Reviewed Notice of Agenda for hearing set for July 16, 2012. | 0.30 | 400.00 | 120.00 |
| 07/04/2012 | LNC | E-mail correspondence with Bridget Scott re: transmission of the signed certification from David Thompson. | 0.10 | 195.00 | 19.50 |
| 07/04/2012 | DKH | E-mail correspondence with Bridget Scott transmitting David Thompson's signed Certification; reviewed same. | 0.20 | 400.00 | 80.00 |
| 07/05/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation (Twenty-Seventh) of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period May 1, 2012 to May 31, 2012 Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 07/05/2012 | LNC | E-mail correspondence with 'dispatch@bluemarblelog.com' transmitting the 27th Monthly Fee Applications for hand delivery to the US Trustee. | 0.10 | 195.00 | 19.50 |
| 07/05/2012 | LNC | E-mail correspondence with the Fee Auditor transmitting in word format the 27th Monthly Fee Application. | 0.10 | 195.00 | 19.50 |
| 07/05/2012 | LNC | E-mail correspondence with the service parties transmitting the 27th Monthly Fee Application. | 0.20 | 195.00 | 39.00 |
| 07/05/2012 | DKH | Reviewed and revised Monthly Application for Compensation (Twenty-Seventh) of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period May 1, 2012 to May 31, 2012. | 0.50 | 400.00 | 200.00 |
| 07/10/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Twenty-Sixth Monthly Compensation Application for Lauzon Belanger Lesperance as Special Counsel for The Canadian ZAI Claimants (related document(s)[29012]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |

| 8/3/2012 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | Page:2 | |
|---|---|---|---|---|---|---|
| 07/10/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Twenty-Sixth Monthly Compensation Application for Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants (related document(s)[29011]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 07/10/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed receipt for efiling of Certificate of No Objection (No-Order Required) regarding the Twenty-Sixth Monthly Compensation Application of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants (related document(s)[29010]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 07/10/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed (COPY FROM DISTRICT COURT) Notice of Appeal of Memorandum Opinions and Orders. Filed by State of Montana. | 0.30 | 400.00 | 120.00 |
| 07/10/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed COPY FROM DISTRICT COURT) AMENDED Notice of Appeal of Memorandum Opinions and Orders. | 0.30 | 400.00 | 120.00 |
| 07/10/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed COPY FROM DISTRICT COURT) Memorandum Opinion Signed by Judge Ronald L. Buckwalter on 6/12/12. | 0.30 | 400.00 | 120.00 |
| 07/10/2012 | LNC | | E-mail correspondence with 'dispatch@bluemarblelog.com' transmitting the Certificate of No Objection for the 26th Monthly Fee Application for hand delivery to he US Trustee. | 0.10 | 195.00 | 19.50 |
| 07/10/2012 | LNC | | E-mail correspondence with the service parties transmitting the Certificate of No Objection for the 26th Monthly Fee Applications. | 0.10 | 195.00 | 19.50 |
| 07/10/2012 | KEH | | E-mail to Bobbi Ruhlander, re: Deposit Advice from WRGrace in the amount of $19,956.57.  WRGrace spreadsheet and the figures on the payment advice do not correspond - THF agreed to reduction of $688.00; There is a difference of $20.00 (overpayment) and reductions were not distributed to the corresponding applications. | 0.30 | 195.00 | 58.50 |
| 07/10/2012 | KEH | | E-mail to Careen Hannouche and Cindy Yates.  THF received payment advice from WRG - need to know if you have received payments for the holdback on the October – December 2011 applications; and for the March 2012 monthly application.  Information is needed for inclusion in fee applications. | 0.20 | 195.00 | 39.00 |
| 07/10/2012 | LNC | | Meeting with Karen Harvey re: showing the over payment from October 2011 on The Hogan Firm's 28th Monthly Fee Application. | 0.20 | 195.00 | 39.00 |
| 07/10/2012 | LNC | | Prepare for and electronically filed the Certificate of No Objection for the 26th Monthly Fee Application for Lauzon Belanger Lesperance. | 0.30 | 195.00 | 58.50 |
| 07/10/2012 | LNC | | Prepare for and electronically filed the Certificate of No Objection for the 26th Monthly Fee Application for Scarfone Hawkins LLP. | 0.30 | 195.00 | 58.50 |
| 07/10/2012 | LNC | | Prepare for and electronically filed the Certificate of No Objection for the 26th Monthly Fee Application for The Hogan Firm. | 0.30 | 195.00 | 58.50 |
| 07/10/2012 | LNC | | Prepare the Certificate of No Objection for the 26th Monthly Fee Application of Lauzon Belanger Lesperance. | 0.30 | 195.00 | 58.50 |
| 07/10/2012 | LNC | | Prepare the Certificate of No Objection for the 26th Monthly Fee Application of Scarfone Hawkins LLP.. | 0.30 | 195.00 | 58.50 |
| 8/3/10/2012 | LNC | | Prepare the Certificate of No Objection for the 26th Monthly Fee Application of The Hogan Firm. | 0.30 | 195.00 | 58.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/10/2012 | DKH | Reviewed docket and draft of Certificate of No Objection (No Order Required) Regarding the Twenty-Sixth Monthly Compensation Application for Lauzon Belanger Lesperance as Special Counsel for The Canadian ZAI Claimants. | 0.40 | 400.00 | 160.00 |
| 07/10/2012 | DKH | Reviewed docket for objections and reviewed a draft of the Certificate of No Objection (No-Order Required) regarding the Twenty-Sixth Monthly Compensation Application of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants. | 0.40 | 400.00 | 160.00 |
| 07/10/2012 | DKH | Reviewed docket for objections and reviewed draft of Certificate of No Objection (No Order Required) Regarding the Twenty-Sixth Monthly Compensation Application for Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants. | 0.40 | 400.00 | 160.00 |
| 07/10/2012 | DKH | Reviewed payment received from Grace and compared it to spreadsheet to determine if over payment was made; reviewed applications and met with Karen Harvey to remedy. | 0.60 | 400.00 | 240.00 |
| 07/10/2012 | KEH | Telephone call from Bobbi Ruhlander regarding $20.00 overpayment on THF's fee application; meet with Lauren Campbell regarding same for inclusion on THF's fee application. | 0.30 | 195.00 | 58.50 |
| 07/10/2012 | KEH | WRG Payment for Oct - Dec 2011 Holdback and March 2012 Monthly Application - review and revise spreadsheet for revisions to fee applications - discrepancies in amount of payments. | 0.90 | 195.00 | 175.50 |
| 07/12/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed COPY FROM DISTRICT COURT) Notice of Appeal of Memorandum Opinions and Orders. Filed by BNSF Railway Company. | 0.10 | 400.00 | 40.00 |
| 07/12/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed COPY FROM DISTRICT COURT) Notice of Appeal to the Memorandum Opinion and Order. Filed by Libby Claimants. | 0.40 | 400.00 | 160.00 |
| 07/12/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed (COPY FROM DISTRICT COURT) Anderson Memorial Hospital's Notice of Appeal to Memorandum Opinions and Orders. | 0.50 | 400.00 | 200.00 |
| 07/12/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed (COPY FROM DISTRICT COURT) Notice of Appeal of Order and Memorandum Opinion. Filed by Maryland Casualty Company. | 0.40 | 400.00 | 160.00 |
| 07/12/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed (COPY FROM DISTRICT COURT) Supplemental Notice of Appeal to the United States Court of Appeals for the Third Circuit to the Memorandum Opinions and Orders. Filed by the Bank Lender Group. | 0.50 | 400.00 | 200.00 |
| 07/13/2012 | KEH | E-mail from Cindy Yates at Scarfone Hawkins. SH received $5,187.60 on 7/13/12 from WRG; Post to WRG payment spreadsheet for use in preparation of fee application. | 0.30 | 195.00 | 58.50 |
| 07/13/2012 | KEH | E-mail from Diane Blanchette at Lauzon Belanger Lesperance, re: wire transfer received 7/12/12 from Grace in the amount of $2,495.13; post to WRG payment spreadsheet for use with preparation of fee application. | 0.30 | 195.00 | 58.50 |
| 07/16/2012 | KEH | Review fee auditor's final report, and WRG payment spreadsheet - LBL is not owed anything from WRG for the last quarter of 2011. With the WRG reduction in fees, in the amount of $381.90, and reduction of the Pinchin invoice in the amount of $337.50, it leaves LBL owing WRG $296.70 for the quarter. Variance to be reflected in next LBL fee application; Email to 'Diane Blanchette' at LBL re: same. | 0.50 | 195.00 | 97.50 |

| 8/3/2012 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | Page:4 | |
|---|---|---|---|---|---|---|
| 07/16/2012 | KEH | | Review payment information from Scarfone Hawkins regarding Oct-Dec 2011 Holdback and March 2012 Monthly Fee Application. Review Fee Auditor's final report regarding reductions for each monthly application for the last quarter of 2011 and calculate reductions for each month for posting to payment spreadsheet. | 0.80 | 195.00 | 156.00 |
| 07/16/2012 | KEH | | Review payment information received from LBL for March monthly fee application - no holdback - post same to WRG payment spreadsheet. Reviewed Fee Auditor's Final Report and revise spreadsheet to determine amount owed for holdback for final quarter of 2011. Determined WRG overpayment to LBL in the amount of $296.70 and post same to WRG payment spreadsheet. | 0.50 | 195.00 | 97.50 |
| 07/20/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Motion to Amend (of the Official Committees of Asbestos Personal Injury Claimants) the Court's Orders Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019 (related document(s) [6261], [6275], [6715]) Filed by Official Committee of Asbestos Personal Injury Claimants. | 0.50 | 400.00 | 200.00 |
| 07/24/2012 | DKH | | E-mail correspondence with Careen Hannouche transmitting LBL's June time statement; reviewed same. | 0.40 | 400.00 | 160.00 |
| 07/24/2012 | LNC | | E-mail correspondence with Careen Hannouche transmitting the June time statement for LBL; save as exhibit to file. | 0.30 | 195.00 | 58.50 |
| 07/24/2012 | GP | | Retrieve Motion of the Official Committees of Asbestos Personal Injury Claimants to Modify the Court's Orders Requiring Filing of Statements from CM/ECF. Email same to DKH. | 0.20 | 195.00 | 39.00 |
| 07/25/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed COPY FROM DISTRICT COURT) Memorandum Opinion regarding the Motion of Appellant Anderson Memorial Hospital ("AMH") for Relief from this Court's Order and Memorandum Opinion Affirming Confirmation Order. | 0.40 | 400.00 | 160.00 |
| 07/25/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed (COPY FROM DISTRICT COURT) Order DENYING Motion to Alter Judgment Anderson Memorial Hospital's Motion for Relief from Order and Memorandum Opinion Affirming Confirmation Order (related document(s)[29327]). Signed on 7/23/2012. | 0.30 | 400.00 | 120.00 |
| 07/26/2012 | DKH | | Conducted review of the status of the various appeals in W.R. Grace. Reviewed docket and pleadings to ascertain the likelihood of emergence from Chapter 11. | 1.50 | 400.00 | 600.00 |
| 07/26/2012 | DKH | | E-mail correspondence with David Thompson and Matt Moloci concerning the status of the pendancy of the appeals. | 0.20 | 400.00 | 80.00 |
| 07/26/2012 | DKH | | E-mail correspondence with Matt Moloci asking about Grace's intentions regarding moving up the effective date. | 0.20 | 400.00 | 80.00 |
| 07/30/2012 | LNC | | Calculate project codes for The Hogan Firm's June time statement. | 0.40 | 195.00 | 78.00 |
| 07/30/2012 | KEH | | E-mail correspondence with Cindy Yates and Careen Hannouche - inquiry re: wire from WRG for payment of April Fee applications. | 0.10 | 195.00 | 19.50 |
| 07/30/2012 | DKH | | E-mail correspondence with Cindy Yates transmitting Scarfone Hawkins LLP Monthly Fee statememt for June 1, 2012 – June 30, 2012. Reviewed same. | 0.40 | 400.00 | 160.00 |
| 07/30/2012 | LNC | | E-mail correspondence with Cindy Yates transmitting the June time statement; save as exhibit to file | 0.30 | 195.00 | 58.50 |
| 07/30/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Sale re: Debtor's Forty-Fourth Quarterly Report of Asset Sales from April 1, 2012 through June 30, 2012 in Accordance with that Certain Order Establishing Procedures for the Sale or Abandonment of De Minimis Assets. (related document(s) [833]) Filed by W.R. Grace & Co., et al. | 0.30 | 400.00 | 120.00 |

| Date | | | | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 8/3/2012 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | | Page:5 |
| 07/30/2012 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Settlement re: Debtor's Forty-Fourth Quarterly Report of Settlements from April 1, 2012 through June 30, 2012 in Accordance with that Certain Amended Order Authorizing and Approving an Omnibus Procedure for Settling Certain Claims and Causes of Action Brought By or Against the Debtors in a Judicial, Administrative, Arbitral or Other Action or Proceeding. Filed by W.R. Grace & Co., et al | 0.40 | 400.00 | 160.00 |
| 07/30/2012 | LNC | | Prepared the 28th Monthly Fee Application for The Hogan Firm | 1.30 | 195.00 | 253.50 |
| 07/30/2012 | KEH | | Received payment/deposit advice (for 7/31) from WRGrace for THF's April fee application; revise WRGrace payment spreadsheet for use with fee application. | 0.30 | 195.00 | 58.50 |
| 07/31/2012 | LNC | | Calculate project codes for LBL's June time statement. | 0.20 | 195.00 | 39.00 |
| 07/31/2012 | LNC | | Calculate project codes for Scarfone Hawkins June time statement. | 0.30 | 195.00 | 58.50 |
| 07/31/2012 | LNC | | Prepared the 28th Monthly Fee Application for Lauzon Belanger Lesperance. | 1.30 | 195.00 | 253.50 |
| 07/31/2012 | LNC | | Prepared the 28th Monthly Fee Application for Scarfone Hawkins. | 1.30 | 195.00 | 253.50 |
| | | **Total Fees** | | **24.20** | | **$7,056.00** |

**Expenses**

| Date | Description | Amount |
|---|---|---:|
| 07/09/2012 | Blue Marble Logistics, LLC- Hand Delivery of the 27th Monthly Fee Applications to the US Trustee. | 16.70 |
| 07/09/2012 | Parcels, Inc.- Copies and notice of the ninth quarterly fee application sent to the service parties. | 416.15 |
| 07/10/2012 | Photocopies of the Certificate of No Objection to the 26th Monthly Fee Applications. | 3.00 |
| 07/12/2012 | CM/ECF - Bankruptcy Court fees | 10.00 |
| 07/31/2012 | Photocopies of the 28th Monthly Fee Applications for Review by Daniel Hogan. | 5.10 |
| | **Total Expenses** | **$450.95** |

**TOTAL NEW CHARGES**     **$7,506.95**

**STATEMENT OF ACCOUNT**

| | |
|---|---:|
| Prior Balance | 10,701.69 |
| Payments | -10,701.69 |
| Current Fees | 7,056.00 |
| Current Expenses | 450.95 |
| **AMOUNT DUE AND OWING TO DATE** | **$7,506.95** |

**TERMS: DUE UPON RECEIPT; INTEREST WILL ACCRUE ON THE UNPAID BALANCE AT THE RATE OF 1.5% PER MONTH; Please call 302.656.7540 if you have any questions or concerns.**

**Payments**

| Date | Ref # | Description | Amount |
|---|---|---|---:|
| 7/9/2012 | 005 3128 | Payment on Account | 10,701.69 |