# EXHIBIT A

# LAUZON BÉLANGER LESPÉRANCE
### AVOCATS · ATTORNEYS

August 2, 2012

RE :   W.R. GRACE & CO., and al.
       U.S. FEE APPLICATION
       CDN ZAI CLASS ACTION
       Our file:  222

**CANADIAN ZAI SPECIAL COUNSEL FEE APPLICATION**
**(July 1st 2012 to July 31st 2012)**

**FOR PROFESSIONAL SERVICES RENDERED, INCLUDING:**

| DATE | INIT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 2012-07-05 | CH | Letter to David Thompson re: portion of the Hogan Firm fees | 0.42 | 285.00 | 119.70 |
| 2012-07-24 | CH | Email to Lauren Campbell re: June time statement | 0.25 | 285.00 | 71.25 |
| 2012-07-24 | CH | Review of June monthly statement | 0.42 | 285.00 | 119.70 |
| 2012-07-24 | CH | Email to Lauren Campbell re: June time statement | 0.25 | 285.00 | 71.25 |
| 2012-07-30 | CH | Review of email from Vasuda Sinha and motion to extend stay period | 1.00 | 285.00 | 285.00 |
| 2012-06-29 | CH | Review of email from Ms. Dais-Visca re: motion to extend | 0.25 | 285.00 | 71.25 |
| | | **OUR FEES:** | **2.59** | | **$ 738.15** |

TIME SUMMARY BY LAWYER

CH       285.00     2.59     738.15

**TOTAL FEES**                                                                  **$ 738.15**

G.S.T. 5%                                                                          36.91
Q.S.T. 9.5%                                                                        73.63

**TOTAL**                                                                        **$848.69**

# G.S.T.   814682340 RT 0001
# Q.S.T.   1211542736 TQ 0001

LAUZON BÉLANGER LESPÉRANCE INC. | WWW.LBLAVOCATS.CA
286, RUE ST-PAUL OUEST | BUREAU 100 | MONTRÉAL | QUÉBEC | H2Y 2A3 | TÉLÉPHONE : 514.844.4646 | TÉLÉCOPIEUR : 514.844.7009