# EXHIBIT A

**WR Grace**
**January 2012 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| Tue 3 | Review/analysis docket items | 0.2 |
| Wed 4 | Review/analysis docket items | 0.3 |
| Thu 5 | Review/analysis docket items | 0.2 |
|  | December fee app draft, review, edit | 2.0 |
| Fri 6 | Review/analysis docket items | 0.2 |
| Mon 9 | Review/analysis docket items | 0.3 |
| Tue 10 | Comm w/OHS (RW) re settlements | 1.0 |
|  | Review/analysis docket items | 0.2 |
| Wed 11 | Comm w/OHS (RW) re pensions | 0.4 |
|  | Review/analysis docket items | 0.2 |
| Thu 12 | Review/analysis docket items | 0.2 |
| Fri 13 | Review/analysis docket items | 0.2 |
| Tue 17 | I/C on Nov/Dec fee apps, quarterly app | 0.8 |
|  | Review/analysis docket items | 1.0 |
| Wed 18 | Review/analysis docket items | 0.2 |
| Thu 19 | Comm w/Blackstone (AS) re pension materials | 0.2 |
|  | Review pension materials | 0.9 |
|  | Review/analysis docket items | 0.3 |
| Fri 20 | Comm w/OHS (RW) re settlement term sheets | 0.4 |
|  | Review term sheet for settlements | 1.1 |
|  | Grace all hands call on pension motion and prep | 1.0 |
| Tue 24 | Comm w/OHS (RW) re scheduling | 0.3 |
|  | Review/analysis docket items | 2.1 |
| Wed 25 | Comm w/OHS (RW) re interest on PI Trust funds | 0.7 |
|  | Review/analysis docket items | 0.2 |
| Thu 26 | Review/analysis docket items | 0.3 |
| Fri 27 | Review/analysis docket items | 0.3 |
| Mon 30 | Review/analysis docket items | 0.2 |
| Tue 31 | Comm w/OHS (RW) re Dist Ct decision | 1.0 |
|  | Review/analysis docket items | 3.0 |
|  | TOTAL TIME (HRS) | 19.4 |

**WR Grace**
**January 2012 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| Tue 3 | Review docket and analysis | 0.4 |
| Wed 4 | Call w/ Orrick re: cash issues | 0.2 |
| Thu 5 | Fee application preparation | 0.5 |
| | Review docket and analysis | 0.3 |
| Mon 9 | I/C re: plan issues | 0.2 |
| Wed 11 | Review pension information | 0.2 |
| Thu 12 | Review docket and analysis | 0.4 |
| Tue 17 | Communications with Bobbi Ruhlander | 0.1 |
| | I/C re: fee applications | 0.3 |
| | Review docket and analysis | 0.3 |
| Thu 19 | Review pension materials | 0.6 |
| | Communications with Bobbi Ruhlander | 0.3 |
| Fri 20 | Call re: pension | 1.0 |
| | Review settlement agreements | 0.8 |
| | Review docket and analysis | 0.2 |
| Mon 23 | Review Grace 8-K | 0.2 |
| Tue 24 | Communications with Bobbi Ruhlander | 0.1 |
| | Review docket and analysis | 0.3 |
| Fri 27 | Review docket and analysis | 0.2 |
| Tue 31 | Review confirmation Order | 3.4 |
| | Review docket and analysis | 0.3 |
| | Review Sealed Air announcements | 0.2 |
| | TOTAL TIME (hrs) | 10.5 |

**WR Grace**
**January 2012 Time - Claire Burke, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Tue 10 | Review/analysis docket items | 0.5 |
| Wed 11 | Review pension materials | 1.0 |
| Fri 13 | Preparation of fee applications | 4.0 |
| Tue 17 | Preparation of fee applications | 1.0 |
| Thu 19 | Review/analysis docket items | 0.5 |
| Fri 20 | Grace all hands call on pension motion and prep | 1.0 |
| Tue 24 | Review/analysis docket items | 0.6 |
| Tue 31 | Review confirmation Order | 2.0 |
| | TOTAL TIME (hrs) | 10.6 |

**WR Grace**
**January 2012 Time - Benjamin Fischer, Analyst**

| Day/Date | Action | Time |
|---|---|---|
| Tues 10 | Review/analyze dockiet items | 1.1 |
| Wed 18 | Review/analyze docket items | 0.9 |
| Fri 20 | Review historical interest rates | 1.3 |
| Wed 25 | Review/analyze docket items | 0.8 |
| Tue 31 | Review appelate court decision | 2.4 |
| | TOTAL TIME (hrs) | 6.5 |

# EXHIBIT B

**W.R. Grace**
**Detail of expenses (January 1, 2012 – January 31, 2012)**

Communication
Telephone                                                                    $144.83
Express Mail                                                                 $  15.23

        **Total Communication:**                                     **$ 160.06**

Administrative
Fee for Public Access to Electronic Court Records            $ 45.44

        **Total Administrative:**                                      **$   45.44**

**TOTAL EXPENSES:**                                                **$ 205.50**