# EXHIBIT A

**WR Grace**
**February 2012 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| Wed 1 | Review district court decision | 2.0 |
| | Comms w/OHS (RW) re decision | 0.8 |
| | Review/analysis docket items | 0.3 |
| Thu 2 | Review district court decision | 3.0 |
| | Review/analysis docket items | 0.2 |
| Fri 3 | Review district court decision | 1.0 |
| | Review/analysis docket items | 0.2 |
| Mon 6 | Review/analysis docket items:GST reargument | 1.2 |
| Tue 7 | Review/analysis docket items | 0.3 |
| Wed 8 | Review/analysis docket items | 0.2 |
| Thu 9 | Review and analysis Sealed Air earnings | 1.2 |
| | Review/analysis docket items | 0.3 |
| Fri 10 | Review/analysis docket items | 0.8 |
| Thu 16 | Review/analysis docket items:BNSF time motion and SA/Fresenius motion, Lender appeal | 2.1 |
| Fri 17 | Review/analysis docket items | 0.2 |
| Tue 21 | Grace fee app prep | 2.0 |
| | Review/analysis docket items | 0.3 |
| Wed 22 | Review/analysis docket items:GRA response brief | 1.0 |
| Thu 23 | Review/analysis docket items:Lender appeal | 1.1 |
| Fri 24 | Review and anlysis of 2011 10-K | 0.9 |
| | Review/analysis docket items:AMH appeal | 1.5 |
| Mon 27 | Review and anlysis of 2011 10-K | 2.5 |
| | Review/analysis docket items | 0.2 |
| Tue 28 | Review/analysis docket items | 0.3 |
| Wed 29 | Review/analysis docket items | 0.3 |
| | TOTAL TIME (HRS) | 23.9 |

**WR Grace**
**February 2012 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| Wed 1 | Review earnings release | 0.4 |
|  | Earnings conference call | 1.1 |
|  | Fee application preparation | 0.3 |
| Thu 2 | Prepration of memo re: 4Q earnings | 1.2 |
|  | Review confirmation Order | 2.0 |
|  | Review docket and analysis | 0.3 |
| Fri 3 | Call w/ Orrick re: trust asset valuation w/ prep | 0.4 |
| Sun 5 | Review confirmation Order | 2.3 |
| Mon 6 | Review confirmation Order | 3.5 |
|  | Review motion for reargument | 0.7 |
|  | Review docket and analysis | 0.3 |
| Wed 8 | Review news re: business realignment | 0.3 |
| Fri 10 | Review docket and analysis | 0.2 |
| Wed 15 | Review docket and analysis | 0.3 |
| Thu 16 | Review docket items re: appeals | 0.6 |
| Fri 17 | Review docket and analysis | 0.3 |
| Tue 21 | Review fee auditor report | 0.2 |
| Wed 22 | Review agenda | 0.1 |
|  | Review docket items re: appeals | 0.4 |
|  | Review docket and analysis | 0.3 |
| Thu 23 | Review docket items re: appeals | 0.2 |
| Fri 24 | Review docket items re: appeals | 0.2 |
|  | Review docket and analysis | 0.2 |
| Mon 27 | Hearing | 0.7 |
|  | Review Grace 10-K | 1.4 |
| Tue 28 | Review docket items re: appeals | 0.5 |
| Wed 29 | Review docket items re: appeals | 0.3 |
|  | Review docket and analysis | 0.2 |
|  | TOTAL TIME (hrs) | 18.9 |

**WR Grace**
**February 2012 Time - Claire Burke, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Wed 1 | Review earnings release | 1.5 |
|  | Earnings conference call | 1.1 |
|  | Prepare 4Q earnings memo | 1.0 |
| Tue 2 | Prepare 4Q earnings memo | 0.5 |
| Wed 3 | Review/analysis docket items | 0.4 |
| Thu 9 | Review Sealed Air earnings release | 2.0 |
| Tue 13 | Fee application preparation | 1.5 |
| Wed 15 | Review/analysis docket items | 0.7 |
| Tue 21 | Review/analysis docket items | 0.4 |
| Thu 23 | Review/analysis docket items | 0.4 |
| Mon 27 | Review 2011 10-K | 3.5 |
| Tue 28 | Review/analysis docket items | 2.0 |
|  | TOTAL TIME (hrs) | 15.0 |

**WR Grace**
**February 2012 Time - Benjamin Fischer, Analyst**

| Day/Date | Action | Time |
|---|---|---|
| Wed 1 | Reviewed Q4 and FY2011 financial results | 2.1 |
| Thur 2 | Prepared Q4 financial update | 3.2 |
| Thur 9 | Review/analyze docket items | 0.8 |
| | TOTAL TIME (hrs) | 6.1 |

# EXHIBIT B

**W.R. Grace**
**Detail of expenses (February 1, 2012 – February 29, 2012)**

Communication
Telephone                                                                                          $302.20

                            **Total Communication:**                                           **$ 302.20**

**TOTAL EXPENSES:**                                                                  **$ 302.20**