# EXHIBIT A

**WR Grace**
**March 2012 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| Thu 1 | Review/analysis docket items | 0.2 |
| Fri 2 | Review/analysis docket items | 0.3 |
| Mon 5 | Review/analysis docket items | 1.1 |
| Tue 6 | Review/analysis docket items | 0.2 |
| Wed 7 | Review/analysis docket items | 0.3 |
| Thu 8 | Review/analysis docket items | 0.3 |
|  | Review, edit time entries for fee app/fee app | 2.1 |
| Fri 9 | Review/analysis docket items | 0.2 |
| Tue 13 | Review/analysis docket items | 1.3 |
| Wed 14 | Review/analysis docket items | 0.4 |
| Thu 15 | Comm w/OHS (RW) re draft motion, affidavits on delay costs | 1.5 |
| Mon 19 | Review/analysis docket items | 1.1 |
| Wed 21 | Review/analysis docket items | 0.4 |
| Thu 22 | Review/analysis docket items | 0.3 |
| Fri 23 | Review/analysis docket items | 0.2 |
| Mon 26 | Comm w/Blackstone (JOC) re warrants | 0.6 |
|  | Review/analysis docket items | 0.2 |
| Tue 27 | Comm w/Blackstone (JOC) re warrants | 0.3 |
|  | Comm w/OHS (RW, RF) re warrants | 0.7 |
|  | Review/analysis docket items | 1.0 |
| Wed 28 | Comm w/OHS (RW) re warrants | 0.3 |
|  | C/C re warrants with Blackstone, COFC | 0.8 |
|  | Review/analysis docket items | 0.4 |
| Thu 29 | Comm w/OHS (RW, RF) re warrants, scheduling | 0.3 |
|  | Review/analysis docket items | 0.3 |
| Fri 30 | C/C re warrants with OHS and prep | 1.0 |
|  | Review/analysis docket items | 0.2 |
|  | TOTAL TIME (HRS) | 16.0 |

**WR Grace**
**March 2012 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| Thu 1 | Review docket and analysis | 0.3 |
| Tue 6 | Review docket and analysis | 0.4 |
| Thu 8 | Financial analysis re: trust asset valuation | 1.2 |
| | Review docket and analysis | 0.3 |
| Mon 12 | Fee application preparation | 0.3 |
| | Review docket and analysis | 0.2 |
| Thu 15 | Review opposition to Garlock stay motion | 0.8 |
| | Review docket and analysis | 0.3 |
| Tue 20 | Review docket and analysis | 0.2 |
| Fri 23 | Review docket and analysis | 0.4 |
| Tue 27 | Review materials re: exit financing issues | 0.6 |
| | Conference call re: exit financing issues w/ prep | 1.1 |
| Wed 28 | Conference call w/ Charter Oak re: exit financing issues w/ prep | 0.7 |
| | Review docket and analysis | 0.3 |
| Fri 30 | Conference call w/ Orrick re: exit financing issues w/ prep | 0.8 |
| | TOTAL TIME (hrs) | 7.9 |

**WR Grace**
**March 2012 Time - Claire Burke, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Fri 2 | Fee application preparation | 0.6 |
| Tue 6 | Review/analysis docket items | 0.7 |
| Fri 9 | Review/analysis docket items | 0.6 |
| Mon 12 | Review/analysis docket items | 1.0 |
| Wed 14 | Review/analysis docket items | 0.6 |
| Tue 20 | Review/analysis docket items | 1.0 |
| Tue 27 | Review materials re exit financing issues | 0.4 |
| Wed 28 | Conference call re warrants with Blackstone, COFC | 0.8 |
| Fri 30 | Preparation and conference call re warrants with OHS | 1.5 |
| | TOTAL TIME (hrs) | 7.2 |

# EXHIBIT B

## W.R. Grace
### Detail of expenses (March 1, 2012 – March 31, 2012)

| | | |
|---|---:|---:|
| Communication | | |
| Telephone | $149.70 | |
| **Total Communication:** | | **$ 149.70** |
| Administrative | | |
| Fee for Public Access to Electronic Court Records | $ 18.48 | |
| **Total Administrative:** | | **$ 18.48** |
| **TOTAL EXPENSES:** | | **$ 168.18** |