# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.,** | ) | **Case No. 01-1139 (JKF)** |
| | ) | **Jointly Administered** |
| | )0 | |
| Debtors. | ) | Objection Date: September 20, 2012 at 4:00 p.m. |
| | ) | Hearing: Scheduled if Necessary (Negative Notice) |

### NOTICE OF FILING OF THIRTY-SECOND MONTHLY INTERIM APPLICATION OF LINCOLN PARTNERS ADVISORS LLC, FINANCIAL ADVISOR TO DAVID T. AUSTERN, <u>ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE</u>

TO:     (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Unsecured Creditors; (5) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (6) Counsel to the Official Committee of Asbestos Property Damage Claimants; (7) Counsel to the Official Committee of Equity Holders; (8) Counsel to the Debtors-in-Possession Lender; and (9) the Fee Auditor

Lincoln Partners Advisors LLC ("Lincoln"), financial advisor to David T. Austern,

Asbestos PI Future Claimants' Representative (the "FCR"), has filed and served its Thirty-

Second Monthly Application of Lincoln for Compensation for Services Rendered and

Reimbursement of Expenses as financial advisor to the FCR for the time period April 1, 2012

through April 30, 2012 seeking payment of fees in the amount of $32,000.00 (80% of

$40,000.00) and expenses in the amount of $150.44 for a total of $32,150.44 (the "Application")

This Application is submitted pursuant to the Administrative Order Under 11 U.S.C. §§

105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement for

Expenses for Professionals and Official Committee Members signed April 17, 2002, amending

the Court's Administrative Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code

Establishing Procedures for Allowance and Payment of Monthly Interim Compensation and

Reimbursement of Expenses of Professionals, entered May 3, 2001 (collectively, the

Administrative Order").

Objections or responses to the Application, if any, must be made in writing and filed with

the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824

Market Street, Fifth Floor, Wilmington, DE  19801, on or before **September 20, 2012 at 4:00**

**p.m., Eastern Time.**

At the same time you must also serve a copy of the objections or responses, if any, upon

the following: (i) financial advisor to the FCR, Jason Solganick, Lincoln Partners Advisors LLC,

360 Madison Avenue, 21st Floor, New York, NY 10017; (ii) co-counsel to the FCR, Roger

Frankel, Esquire and Richard H. Wyron, Esquire, Orrick, Herrington & Sutcliffe LLP, 1152 15th

Street, NW, Washington, DC  20005; (iii) co-counsel to the FCR, John C. Phillips, Esquire,

Phillips, Goldman & Spence, P.A., 1200 North Broom Street, Wilmington, DE  19806; (iv) John

Donley, Esquire, and Adam Paul, Esquire, Kirkland & Ellis, LLP, 300 North LaSalle, Chicago,

IL 60654 and Laura Davis Jones, Esquire, Pachulski Stang Ziehl & Jones LLP, 919 North

Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705; (v) co-counsel to the

Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan

LLP, 180 Maiden Lane, New York, NY 10038-4982 and Michael R. Lastowski, Esquire, Duane

Morris, LLP, 1100 N. Market Street, Suite 1200, Wilmington, DE 19801-1246;

2

(vi) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Bilzin, Sumberg, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL  33131 and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, DE 19899; (vii) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, NY 10022 and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, DE 19801; (viii) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite 5800, Chicago, IL  60606 and Neil B. Glassman, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, DE 19899; (ix) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York, NY 10022; (x) the Office of the United States Trustee, ATTN: David M. Klauder, Esquire, 844 N. King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801; and (xi) the Fee Auditor, Warren H. Smith, Warren H. Smith and Associates Republic Center, 2235 Ridge Road, Suite 105, Rockwall, TX 75087.

Any questions regarding this Notice or attachments may be directed to undersigned counsel.

ORRICK, HERRINGTON & SUTCLIFFE LLP

By:/S/ DEBRA L. FELDER
　　Roger Frankel, admitted *pro hac vice*
　　Richard H. Wyron, admitted *pro hac vice*
　　Debra L. Felder, admitted *pro hac vice*
　　Columbia Center
　　1152 15th Street, NW
　　Washington, DC  20005
　　(202) 339-8400

—and—

　　PHILLIPS, GOLDMAN & SPENCE, P.A.
　　John C. Phillips, Jr. (#110)
　　1200 North Broom Street
　　Wilmington, DE 19806
　　(302) 655-4200

　　*Co-Counsel to David T. Austern,*
　　*Asbestos PI Future Claimants' Representative*

Dated: August 31, 2012