# EXHIBIT A

**WR Grace**
**April 2012 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| Mon 2 | Review/analysis docket items | 0.2 |
| Tue 3 | Review/analysis docket items | 0.3 |
| Wed 4 | Review/analysis docket items | 0.3 |
| Thu 5 | Review/analysis docket items | 0.2 |
|  | Comm w/COFC (JS) re warrants | 0.6 |
| Fri 6 | Review/analysis docket items | 0.2 |
| Mon 9 | Review/analysis docket items | 0.3 |
| Tue 10 | Review/analysis docket items | 0.3 |
| Wed 11 | Review/analysis docket items | 0.2 |
|  | Draft edit fee application time | 2.0 |
| Thu 12 | Review/analysis docket items | 0.3 |
| Mon 16 | Review/analysis docket items | 0.9 |
|  | Comm w/COFC (JS) re warrants | 0.5 |
| Tue 17 | Review/analysis docket items | 1.3 |
| Wed 18 | Review/analysis docket items | 0.2 |
|  | Comm w/Blackstone (JOC) re warrants | 0.4 |
| Thu 19 | Review/analysis docket items | 0.4 |
| Fri 20 | Review/analysis docket items | 0.2 |
| Mon 23 | Review/analysis docket items | 2.5 |
| Tue 24 | Review/analysis docket items | 1.1 |
| Wed 25 | Review/analysis docket items | 0.2 |
|  | Review/analyze Q1 earnings | 1.5 |
| Thu 26 | Review/analysis docket items | 0.3 |
|  | Review/analyze Q1 earnings | 2.0 |
| Fri 27 | Review/analysis docket items | 0.3 |
| Mon 30 | Review/analysis docket items | 0.2 |
|  | Review/analysis research reports | 2.0 |
|  | TOTAL TIME (HRS) | 18.9 |

**WR Grace**
**April 2012 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| Mon 2 | Review docket and analysis | 0.3 |
| Wed 4 | Review Fee Auditor Report | 0.3 |
| | Response to Fee Auditor Report | 0.7 |
| Fri 6 | Review docket and analysis | 0.4 |
| Tue 10 | Review docket and analysis | 0.2 |
| Fri 13 | Review docket and analysis | 0.3 |
| Tue 17 | Response to Fee Auditor Report | 0.4 |
| | Conference call w/ Orrick re: exit financing issues w/ prep | 0.4 |
| | Review docket and analysis | 0.3 |
| Fri 20 | Review docket and analysis | 0.4 |
| Mon 23 | Internal conversations re: exit financing issues | 0.2 |
| | Conference call w/ Orrick re: Grace public filings | 0.2 |
| | Review Grace 8-ks and analysis | 1.3 |
| Tue 24 | Review docket and analysis | 0.2 |
| Wed 25 | Review release re: 1Q earnings | 0.4 |
| Thu 26 | Review transcript of 1Q earnings call | 0.5 |
| Fri 27 | Review docket and analysis | 0.3 |
| Mon 30 | Fee application preparation | 0.6 |
| | TOTAL TIME (hrs) | 7.4 |

**WR Grace**
**April 2012 Time - Claire Burke, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Tue 3 | Review/analysis docket items | 0.4 |
| Fri 6 | Review/analysis docket items | 0.6 |
| Mon 9 | Review/analysis docket items | 0.5 |
| Fri 13 | Review February monthly financial report | 2.0 |
| Thu 19 | Review Grace 8-Ks | 4.0 |
| Wed 25 | Review/analysis docket items | 0.5 |
| | Review Q1 earnings | 2.0 |
| Fri 27 | Grace semiannual update presentation preparation | 2.0 |
| Mon 30 | Review/analysis docket items | 0.5 |
| | TOTAL TIME (hrs) | 12.5 |

**WR Grace**
**April 2012 Time - Benjamin Fischer, Analyst**

| Day/Date | Action | Time |
|---|---|---|
| Tues 24 | Review Grace 8-Ks | 1.6 |
| Thur 26 | Review 1Q earnings and earnings transcript | 1.1 |
| Mon 30 | Review docket | 0.5 |
| | TOTAL TIME (hrs) | 3.2 |

# EXHIBIT B

**W.R. Grace**
**Detail of expenses (April 1, 2012 – April 30, 2012)**

Communication
Telephone                                                                 $150.44

                            **Total Communication:**                                    **$ 150.44**

**TOTAL EXPENSES:**                                                       **$ 150.44**