# EXHIBIT A

**WR Grace**
**June 2012 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| Fri 1 | Comm w/Blackstone (JOC) re warrant proposal | 0.5 |
| | Comm w/COFC (JS) re response counterproposal | 1.0 |
| | Review/analysis docket items | 0.2 |
| Mon 4 | Review/analysis docket items | 0.2 |
| | Draft,edit financial presentation | 2.0 |
| Tue 5 | Review/analysis docket items | 0.2 |
| Wed 6 | Comm w/OHS (RW) re general topics | 0.5 |
| | Review/analysis docket items | 0.3 |
| Thu 7 | Comm w/OHS (RW) re interest payable | 1.0 |
| | Draft,edit financial presentation | 1.1 |
| Fri 8 | Review/analysis docket items | 0.2 |
| Mon 11 | Review/analysis docket items | 0.3 |
| | Draft,edit financial presentation | 0.4 |
| Tue 12 | Review/analysis docket items | 2.3 |
| Wed 13 | Comm w/Blackstone (JOC) re schedule call with mgmt | 0.5 |
| | Semi-annual financial review w/OHS,FCR | 1.6 |
| | Travel to/from Washington, DC | 7.5 |
| Thu 14 | Comm w/Blackstone (JOC) re schedule mtg with mgmt | 0.4 |
| | Review/analysis docket items | 2.6 |
| Fri 15 | Comm w/COFC (JS) re scheduling | 0.7 |
| | Comm w/OHS (RF) re warrant transaction | 1.2 |
| | Review/analysis docket items | 0.3 |
| Mon 18 | Review/analysis docket items | 0.2 |
| Tue 19 | Comm w/OHS (RW) re Shelnitz discussion of GS deal | 0.6 |
| | Comm w/OHS (RF) re warrant transaction | 1.3 |
| | Review/analysis docket items | 0.2 |
| Wed 20 | Review/analysis docket items | 0.2 |
| Thu 21 | Comm w/Blackstone (AS) re warrant analysis | 0.8 |
| | Warrant proposal analysis | 2.0 |
| | C/C w/OHS (RW.RF) re warrant anlysis, proposal | 2.6 |
| | Review/analysis docket items | 0.3 |
| Fri 22 | Comm w/Blackstone (AS) re warrant trading days | 1.0 |
| | Review/analysis docket items | 0.2 |
| Mon 25 | Comm w/Blackstone (AS) re scheduling call | 0.4 |
| | Warrant proposal analysis | 3.2 |
| | Comm w/COFC (JS) re joint response proposal | 1.5 |
| | Review/analysis docket items | 0.3 |
| Tue 26 | Comm w/Blackstone (AS) discuss warrant parameters | 1.8 |
| | Review/analysis docket items | 0.2 |
| Wed 27 | Comm w/Blackstone (AS) re Project Capricorn | 1.4 |
| | Review/analysis docket items | 0.2 |
| Thu 28 | Warrant proposal analysis | 2.5 |
| | Review/analysis docket items | 0.2 |
| Fri 29 | Comm w/OHS (RW) re post-cfm report | 0.3 |
| | Comm w/Blackstone (AS) re post-cfm report | 0.2 |
| | Review/analysis docket items | 0.3 |
| | TOTAL TIME (HRS) | 46.9 |

**WR Grace**
**June 2012 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|----------|--------|------|
| Fri 1 | Review docket and analysis | 0.3 |
| Wed 6 | Review docket and analysis | 0.4 |
| Thu 7 | Preparation of update presentation for FCR | 2.2 |
| Fri 8 | Interest rate analysis | 1.3 |
| | Review docket and analysis | 0.3 |
| Mon 11 | Preparation of update presentation for FCR | 1.6 |
| Tue 12 | Preparation of update presentation for FCR | 2.3 |
| | Review docket and analysis | 0.2 |
| Wed 13 | Preparation of update presentation for FCR | 1.8 |
| | Call w/ Blackstone re: exit financing issues | 0.5 |
| | Review Sealed Air financial information | 1.6 |
| Thu 14 | Meeting w/ FCR and Orrick re: semi-annual update and case status | 1.5 |
| | Travel time for meeting w/ FCR and Orrick (Working) | 2.5 |
| | Travel time for meeting w/ FCR and Orrick (Non-Working) | 3.5 |
| Fri 15 | Review of information re: de minimis sale | 0.2 |
| | Review docket and analysis | 0.4 |
| Mon 18 | Meeting w/ Blackstone re: exit financing issues | 1.2 |
| Tue 19 | Call w/ Blackstone re: exit financing issues | 0.4 |
| Wed 20 | Review docket and analysis | 0.4 |
| Thu 21 | Exit financing analysis | 0.6 |
| | Call w/ Orrick re: exit financing issues | 0.7 |
| Fri 22 | Call w/ Charter Oak re: exit financing issues | 0.3 |
| Mon 25 | Call w/ Orrick re: exit financing issues | 0.3 |
| | Review docket and analysis | 0.3 |
| Tue 26 | Call w/ Blackstone re: exit financing issues w/ prep | 0.6 |
| Wed 27 | Review Project Capricorn information | 0.3 |
| Fri 29 | Review docket and analysis | 0.4 |
| | TOTAL TIME (hrs) | 26.1 |

**WR Grace**
**June 2012 Time - Claire Burke, Associate**

| Day/Date | Action | Time |
|----------|--------|------|
| Tue 4 | Review/analysis docket items | 0.5 |
| Thu 6 | Review/analysis docket items | 0.4 |
| Fri 7 | Edit semiannual presentation | 0.8 |
| Mon 10 | Edit semiannual presentation | 1.0 |
| Tue 12 | Travel to/from Washington DC | 15.0 |
| Wed 13 | Semiannual financial review w/OHS,FCR | 1.6 |
| Mon 18 | Review warrant proposal materials | 1.0 |
| Thu 21 | Warrant proposal analysis | 3.0 |
| Wed 27 | Review Project Capricorn information | 0.5 |
| Thu 28 | Review/analysis docket items | 0.5 |
| | TOTAL TIME (hrs) | 24.3 |

**WR Grace**
**June 2012 Time - Benjamin Fischer, Analyst**

| Day/Date | Action | Time |
|----------|--------|------|
| Fri 7 | Prepare semiannual presentation | 3.0 |
| Mon 10 | Edit semiannual presentation | 1.0 |
| Tue 12 | Travel to/from Washington DC | 7.5 |
| Wed 13 | Semiannual financial review w/OHS,FCR | 1.6 |
| Wed 27 | Review Project Capricorn information | 2.5 |
| Thu 28 | Review/analysis docket items | 0.5 |
| | TOTAL TIME (hrs) | 16.1 |

# EXHIBIT B

### W.R. Grace
### Detail of expenses (June 1, 2012 – June 30, 2012)

Communication
Telephone                                                    $140.74

**Total Communication:**                              **$  140.74**

Travel
Airfare                                              $3,611.00

**Total Travel:**                                     **$3,611.00**

**TOTAL EXPENSES:**                                   **$3,751.74**