**EXHIBIT 2**



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace**
Invoice #: 21_120430
Expense Summary

| Period Ending 4/30/2012 | Expense Type | Amount |
|---|---|---|
| | B-linx User Fee | $350.00 |
| | B-Linx/Data Storage | $850.00 |
| | Document Storage | $88.45 |
| | Noticing Production | $11,618.24 |
| | Publication/Notice | $8,008.75 |
| | Website Hosting | $250.00 |
| | **Total** | **$21,165.44** |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

## WR Grace & Co. et al

**Noticing Production Reference Summary and Detail**

| Reference Number | Production Date | Total |
|---|---|---|
| Reference # 021-20120420-1 | 4/20/2012 | $11,066.96 |
| Reference # 021-20120425-1 | 4/25/2012 | $270.48 |
| Reference # 021-20120426-1 | 4/26/2012 | $137.20 |
| Reference # 021-20120427-1 | 4/27/2012 | $114.76 |
| Reference # 021-20120430-1 | 4/30/2012 | $27.04 |
| Reference # 021-20120430-2 | 4/30/2012 | $1.80 |
| | **Total Due** | **$11,618.24** |

EXHIBIT 2

bmcgroup



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date:** 4/20/2012
**Reference #:**  021-20120420-1

| Job Type | Job Item | | | | |
|---|---|---|---|---|---|
| | | Step | Pages / Parties Task | Details | Total |
| Noticing Document | Dkt No. 29799 - Libby Settlement Mtn | | Page Ct 104 / Party Ct 1,108 | | |
| | | Production | Printed Impressions | 115232 Pieces @ $.07 | $8,066.24 |
| | | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | Postage | USPS - 1st Class (at Cost) | 1107 Pieces @ $2.50 each | $2,767.50 |
| | | | USPS - International (at Cost) | 1 Piece @ $8.78 each | $8.78 |
| | | Production | Stuff and Mail | 1108 Pieces @ $.05 each | $55.40 |
| | | Supplies | Inkjet and Envelope - Catalog | 1108 Pieces @ $.13 each | $144.04 |
| | | | | **Total:** | **$11,066.96** |



**bmcgroup**
information management

BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

WR Grace & Co. et al

**Production Date:** 4/25/2012
**Reference #:**  021-20120425-1

| Job Type | Job Item | | Pages / Parties | | |
| --- | --- | --- | --- | --- | --- |
| | | Step | Task | Details | Total |
| Noticing Document | Letter to Libby MHSM Parties | | Page Ct 1 / Party Ct 361 | | |
| | | Production | Printed Impressions | 361 Pieces @ $.10 each | $36.10 |
| | | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | Postage | USPS - 1st Class (at Cost) | 361 Pieces @ $.45 each | $162.45 |
| | | Production | Fold and Stuff | 361 Pieces @ $.05 each | $18.05 |
| | | Supplies | Inkjet and Envelope - #10 | 361 Pieces @ $.08 each | $28.88 |
| | | | | **Total:** | **$270.48** |

*Invoice Due Upon Receipt*                                       *Page 1 of 1*

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

## WR Grace & Co. et al

**Production Date:** 4/26/2012
**Reference #:** 021-20120426-1

| Job Type | Job Item | | Pages / Parties | | |
|---|---|---|---|---|---|
| | | Step | Task | Details | Total |
| Noticing Document | Letter to Libby MHSM Parties (suppl) | | Page Ct 1 / Party Ct 165 | | |
| | | Production | Printed Impressions | 165 Pieces @ $.10 each | $16.50 |
| | | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | Postage | USPS - 1st Class (at Cost) | 165 Pieces @ $.45 each | $74.25 |
| | | Production | Fold and Stuff | 165 Pieces @ $.05 each | $8.25 |
| | | Supplies | Inkjet and Envelope - #10 | 165 Pieces @ $.08 each | $13.20 |
| | | | | **Total:** | **$137.20** |



**BMC Group, Inc.**
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date:** 4/27/2012
**Reference #:** 021-20120427-1

| Job Type | Job Item | | Pages / Parties | | |
|---|---|---|---|---|---|
| | | Step | Task | Details | Total |
| Noticing Document | Libby LSKM letter | | Page Ct 1 / Party Ct 132 | | |
| | | Production | Printed Impressions | 132 Pieces @ $.10 each | $13.20 |
| | | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | Postage | USPS - 1st Class (at Cost) | 132 Pieces @ $.45 each | $59.40 |
| | | Production | Fold and Stuff | 132 Pieces @ $.05 each | $6.60 |
| | | Supplies | Inkjet and Envelope - #10 | 132 Pieces @ $.08 each | $10.56 |
| | | | | **Total:** | **$114.76** |

*Invoice Due Upon Receipt*    Page 1 of 1

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

## WR Grace & Co. et al

**Production Date:** 4/30/2012
**Reference #:** 021-20120430-1

| Job Type | Job Item | | Pages / Parties | | |
|---|---|---|---|---|---|
| | | Step | Task | Details | Total |
| Noticing Document | Lilbby LSKM letter (suppl) | | Page Ct 1 / Party Ct 3 | | |
| | | Production | Printed Impressions | 3 Pieces @ $.10 each | $0.30 |
| | | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | Postage | USPS - 1st Class (at Cost) | 3 Pieces @ $.45 each | $1.35 |
| | | Production | Fold and Stuff | 3 Pieces @ $.05 each | $0.15 |
| | | Supplies | Inkjet and Envelope - #10 | 3 Pieces @ $.08 each | $0.24 |
| | | | | **Total:** | **$27.04** |

*Invoice Due Upon Receipt*               *Page 1 of 1*

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

## WR Grace & Co. et al

**Production Date:** 4/30/2012
**Reference #:** 021-20120430-2
**Notes:** Postage charges for change of address remailing and other misc mailings.

| Job Type | Job Item | | | | |
|---|---|---|---|---|---|
| | | Step | Task | Details | Total |
| Noticing Document | COA resend for April | | | | |
| | | Postage | USPS - 1st Class (at Cost) | Total: 1 Piece | $0.45 |
| Other | Transfer | | | | |
| | | | USPS - 1st Class (at Cost) | Total: 3 Pieces | $1.35 |
| | | | | **Total:** | **$1.80** |

*Invoice Due Upon Receipt*   Page 1 of 1

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace**
**Invoice #: 21_120531**
**Expense Summary**

| Period Ending | 5/31/2012 | Expense Type | Amount |
|---|---|---|---|
| | | B-linx User Fee | $350.00 |
| | | B-Linx/Data Storage | $850.00 |
| | | Document Storage | $88.45 |
| | | Noticing Production | $240.02 |
| | | Website Storage/Traffic | $250.00 |
| | | **Total** | **$1,778.47** |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Noticing Production Reference Summary and Detail**

| Reference Number | Production Date | | Total |
|---|---|---|---|
| Reference # 021-20120501-1 | 5/1/2012 | | $208.12 |
| Reference # 021-20120531-1 | 5/31/2012 | | $31.90 |
| | | **Total Due** | **$240.02** |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

## WR Grace & Co. et al

**Production Date:** 5/1/2012
**Reference #:**   021-20120501-1

| Job Type | Job Item | | Pages / Parties | | |
| --- | --- | --- | --- | --- | --- |
| | | Step | Task | Details | Total |
| Noticing Document | Dkt No. 29799 - Libby Settlement Mtn (suppl) | | Page Ct 104 / Party Ct 14 | | |
| | | Production | Printed Impressions | 1456 Pieces @ $.10 each | $145.60 |
| | | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | Postage | USPS - 1st Class (at Cost) | 14 Pieces @ $2.50 each | $35.00 |
| | | Production | Stuff and Mail | 14 Pieces @ $.05 each | $0.70 |
| | | Supplies | Inkjet and Envelope - Catalog | 14 Pieces @ $.13 each | $1.82 |
| | | | | **Total:** | **$208.12** |



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

## WR Grace & Co. et al

**Production Date:** 5/31/2012
**Reference #:** 021-20120531-1
**Notes:** Postage charges for change of address remailing and other misc mailings.

| Job Type | Job Item | | | |
|---|---|---|---|---|
| | Step | Task | Details | Total |
| Noticing Document | COA resend for May | | | |
| | Postage | USPS - 1st Class (at Cost) | Total: 16 Pieces | $29.45 |
| Other | Proof of Service to Counsel | | | |
| | | USPS - 1st Class (at Cost) | Total: 1 Piece | $1.10 |
| | Transfer | | | |
| | | USPS - 1st Class (at Cost) | Total: 3 Pieces | $1.35 |
| | | | **Total:** | **$31.90** |

*Invoice Due Upon Receipt*                                      Page 1 of 1

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace**
**Invoice #: 21_120630**
**Expense Summary**

| Period Ending | 6/30/2012 | Expense Type | Amount |
|---|---|---|---|
| | | B-linx User Fee | $350.00 |
| | | B-Linx/Data Storage | $850.00 |
| | | Document Storage | $89.90 |
| | | Noticing Production | $5.95 |
| | | Pacer | $138.80 |
| | | Website Storage/Traffic | $250.00 |
| | | **Total** | **$1,684.65** |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Noticing Production Reference Summary and Detail**

| Reference Number | Production Date | Total |
|---|---|---|
| Reference # 021-20120630-1 | 6/30/2012 | $5.95 |
| | Total | $5.95 |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date:** 6/30/2012
**Reference #:** 021-20120630-1
**Notes:** Postage misc mailings.

| Job Type | Job Item | Step | Task | Details | Total |
|---|---|---|---|---|---|
| Other | Transfer | | | | |
| | | Postage | USPS - 1st Class (at Cost) | 1 Piece @ $5.95 each | $5.95 |
| | | | | **Total:** | **$5.95** |

*Invoice Due Upon Receipt*                                                        *Page 1 of 1*

EXHIBIT 2