<u>**EXHIBIT A**</u>

**July 2012 Fee Detail**

**Matter 3**                                                    **Business Operations**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 7/3/2012 | Telephone conferences with J. Gettleman re proposed business transaction (.40); analyze issues re same (.10). | .50 | $475 | $237.50 |
| RJH | 7/9/2012 | Review and analyze draft motion re proposed business transaction (1.00). | 1.00 | $475 | $475.00 |
| RJH | 7/13/2012 | Telephone conference with R. Finke re proposed business transaction and other matters (.30). | .30 | $475 | $142.50 |
| RJH | 7/25/2012 | Telephone conference with J. McFarland re proposed business transaction (.30); legal research re same (.20). | .50 | $475 | $237.50 |
| Total |  |  | 2.30 |  | $1,092.50 |

Matter 4                                                Case Administration

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 7/2/2012 | Analyze issues re quarterly post-confirmation report (.30); telephone conference with R. Finke re various matters (.30); creditor telephone calls (.40); exchange correspondence with various parties re creditor inquiry (.20). | 1.20 | $475 | $570.00 |
| RJH | 7/5/2012 | Respond to numerous creditor calls (.80); exchange correspondence with various parties re DOJ inquiry (.40). | 1.20 | $475 | $570.00 |
| RJH | 7/6/2012 | Analyze and resolve issues re post-confirmation reports (.30); analyze issues re claims trading (.30). | .60 | $475 | $285.00 |
| RJH | 7/9/2012 | Analyze and resolve issues re claims status inquiry (.30); exchange correspondence with various parties re same (.20); analyze issues and exchange correspondence with various parties re Garrahan surety issue (.50); exchange correspondence with G. Wang re OCP report (.10). | 1.10 | $475 | $522.50 |
| RJH | 7/10/2012 | Review and analyze various docket entries (.30); exchange correspondence with R. Finke and others re same (.10); telephone conference with L. Duff and L. Salazar re Garrahan matter (.50); exchange correspondence with various parties re same (.30). | 1.20 | $475 | $570.00 |
| RJH | 7/11/2012 | Review OCP report and prepare same for filing (.80); analyze issues re OCP cap (.30); exchange correspondence with various parties re same (.30); participate in telephone conference with L. Salazar and L. Duff re Garrahan matter (.40); exchange correspondence with various parties re same (.20). | 2.00 | $475 | $950.00 |
| RJH | 7/12/2012 | Investigate query from E. Inselbuch re creditor inquiry (.20); correspond with E. Inselbuch and P. van Lockwood re same (.20); telephone conferences with various creditors (.40). | .80 | $475 | $380.00 |
| RJH | 7/13/2012 | Telephone conferences with various creditors (.50). | .50 | $475 | $237.50 |
| RJH | 7/18/2012 | Analyze issues re 10-Q filing insert (.20); exchange correspondence with various parties re same (.10); revise same (.40). | .70 | $475 | $332.50 |
| RJH | 7/20/2012 | Legal analysis re claims inquiry (.30); telephone conference with R. Finke re same and other issues (.40); draft correspondence re same (.20). | .90 | $475 | $427.50 |
| RJH | 7/23/2012 | Telephone conferences with various creditors (.30). | .30 | $475 | $142.50 |
| RJH | 7/25/2012 | Attend to matters re OCP affidavit (.20). | .20 | $475 | $95.00 |
| RJH | 7/26/2012 | Analyze and comment on Canadian CIO report (.60); exchange correspondence re same (.20). | .80 | $475 | $380.00 |
| RJH | 7/27/2012 | Further review Canadian CIO report (.30); respond to creditor inquiries (.50); legal research re query from M. Shelnitz (.50). | 1.30 | $475 | $617.50 |

2

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 7/30/2012 | Prepare quarterly asset sale report for filing (.30); prepare quarterly settlement report for filing (.30); analyze issue re claims trading (.20); respond to M. Billet re same (.30). | 1.10 | $475 | $522.50 |
| Total | | | 13.90 | | $6,602.50 |

3

**Matter 5**                          **Claim Analysis Objection & Resolution (Asbestos)**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 7/9/2012 | Telephone conference with C. Burdette re Medicare issue (.30); confer with A. Paul re same (.20). | .50 | $475 | $237.50 |
| Total | | | 0.50 | | $ 237.50 |

4

**Matter 6**                    **Claim Analysis Objection & Resolution (Non-asbestos)**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 7/2/2012 | Legal analysis re multi-site agreement (2.00); telephone conference with A. Paul re same (.30). | 1.30 | $475 | $617.50 |
| RJH | 7/3/2012 | Telephone conference with A. Paul, J. Gettleman and C. Semonsen re multi-site agreement (.80); analyze issues re same (.20). | 1.00 | $475 | $475.00 |
| RJH | 7/6/2012 | Legal analysis re multi-site agreement (.80). | .80 | $475 | $380.00 |
| RJH | 7/10/2012 | Legal research re environmental claim issues (.90); telephone conference with A. Paul re same and other matters (.40). | 1.30 | $475 | $617.50 |
| RJH | 7/12/2012 | Participate in telephone conference with L. Duff, A. Paul and others re multi-site agreement issues (1.20). | 1.20 | $475 | $570.00 |
| RJH | 7/17/2012 | Telephone conference with H. Feichko re debtor-owned site issue (.30); legal research re same (1.00); follow-on call with H. Feichko re same (.30). | 1.60 | $475 | $760.00 |
| RJH | 7/18/2012 | Review and revise Weedsport AOC motion (1.80); exchange correspondence with H. Feichko re same (.10). | 1.90 | $475 | $902.50 |
| RJH | 7/19/2012 | Revise and circulate Weedsport AOC motion for comment (.70). | .70 | $475 | $332.50 |
| RJH | 7/23/2012 | Exchange correspondence with various parties re Weedsport AOC approval motion (.20); revise same (.30); prepare same for filing (.60); legal analysis re multi-site agreement (.50); telephone conference with A. Paul re same (.50). | 2.10 | $475 | $997.50 |
| RJH | 7/24/2012 | Analyze issues re Otis Pipeline (.30); exchange correspondence with various parties re same (.20); attend to matters re Weedsport motion filing (.30). | .80 | $475 | $380.00 |
| RJH | 7/25/2012 | Legal analysis re open environmental claims (.90). | .90 | $475 | $427.50 |
| RJH | 7/27/2012 | Analyze issues raised by A. Krieger re Weedsport AOC motion (.20); analyze H. Feichko draft re same (.20). | .40 | $475 | $190.00 |
| RJH | 7/30/2012 | Telephone conference with H. Feichko re Weedsport AOC motion (.50); review and analyze Gamma Holdings letter and respond to R. Finke re same (.30). | .80 | $475 | $380.00 |
| Total |  |  | 14.80 |  | $7,030.00 |

**Matter 10**                               **Employment Applications, Others**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 7/18/2012 | Analyze issues re Grant Thornton retention (.80); exchange correspondence with various parties re same (.60); telephone conference with H. Gurley re same (.30); telephone conference with K. Makowski re same (.20); prepare Grant Thornton retention application (1.80); telephone conference with D. Libow and M. Margulies re same (.50). | 4.20 | $475 | $1,995.00 |
| RJH | 7/19/2012 | Draft Grant Thornton retention application (2.50). | 2.50 | $475 | $1,187.50 |
| RJH | 7/20/2012 | Telephone conference with H. Gurley re Grant Thornton retention application (.40); revise same (.50). | .90 | $475 | $427.50 |
| RJH | 7/23/2012 | Telephone conferences with J. McFarland re Grant Thornton retention application (.30); revise same (.50); prepare same for filing (.30). | 1.10 | $475 | $522.50 |
| RJH | 7/24/2012 | Attend to matters re Salazar Jackson OCP affidavit (.10); analyze issues raised by A. Rich re Grant Thornton retention application (.30); exchange correspondence with various parties re same (.30). | .70 | $475 | $332.50 |
| RJH | 7/26/2012 | Analyze issues raised by A. Krieger re Grant Thornton retention application (.20); exchange correspondence with various parties re same (.10). | .30 | $475 | $142.50 |
| RJH | 7/27/2012 | Draft response to A. Krieger re Grant Thornton retention (.60). | .60 | $475 | $285.00 |
| Total | | | 10.30 | | $4,892.50 |

**Matter 11**                                          **Fee Applications, Applicant**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 7/2/2012 | Prepare May fee application (1.50). | 1.50 | $475 | $712.50 |
| RJH | 7/16/2012 | Prepare June fee application (.80). | .80 | $475 | $380.00 |
| RJH | 7/27/2012 | Prepare June fee application (1.00). | 1.00 | $475 | $475.00 |
| RJH | 7/30/2012 | Prepare June fee application for filing (.30). | .30 | $475 | $142.50 |
| Total |  |  | 3.60 |  | $1,710.00 |

**Matter 15**                              **Litigation and Litigation Consulting**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 7/3/2012 | Legal research re Norfolk Southern matter (1.00). | 1.00 | $475 | $475.00 |
| RJH | 7/9/2012 | Legal analysis re Norfolk Southern legal issues (.50); review and analyze proposed stipulation of facts (.50). | 1.00 | $475 | $475.00 |
| RJH | 7/10/2012 | Legal analysis re Norfolk Southern proposed stipulation of facts (.80); legal research re same (.20). | 1.00 | $475 | $475.00 |
| RJH | 7/11/2012 | Legal research re Norfolk Southern matter (.50); analyze and revise proposed stipulation of facts (.50). | 1.00 | $475 | $475.00 |
| RJH | 7/12/2012 | Legal research re claims litigation matter (..80); develop proposed stipulation of facts (.70); exchange correspondence with E. Mayers re same (.20). | 1.70 | $475 | $807.50 |
| RJH | 7/13/2012 | Telephone conference with J. Hughes re claims litigation matter and other issues (.50); legal research re same (1.00). | 1.50 | $475 | $712.50 |
| RJH | 7/17/2012 | Legal research re claims litigation matters (.80). | .80 | $475 | $380.00 |
| RJH | 7/24/2012 | Legal research re litigation claim (.50). | .50 | $475 | $237.50 |
| Total | | | 8.50 | | $4,037.50 |

8

Matter 16                           Plan and Disclosure Statement

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 7/3/2012 | Participate in telephone conference with counsel for plan proponents (1.00). | 1.00 | $475 | $475.00 |
| RJH | 7/9/2012 | Analyze and resolve issues re Garlock appeal response (.20); review and analyze various pleadings re same (.60). | .80 | $475 | $380.00 |
| RJH | 7/11/2012 | Telephone conference with A. Krieger re various confirmation appeal and settlement issues (.50); legal research re same (.50); telephone conference with J. Gettleman re same (.20); exchange correspondence with various parties re same (.20) | 1.40 | $475 | $665.00 |
| RJH | 7/12/2012 | Legal research re issues raised by A. Krieger (1.00); review and analyze various appellate pleadings and monitor appellate docket (.30); exchange correspondence with various parties re same (.20); telephone conference with A. Krieger re issues she raised (.40). | 1.90 | $475 | $902.50 |
| RJH | 7/13/2012 | Review and analyze appeals filings (1.00). | 1.00 | $475 | $475.00 |
| RJH | 7/17/2012 | Participate in telephone conference with counsel for plan proponents (.90). | .90 | $475 | $427.50 |
| RJH | 7/19/2012 | Research issues re Montana Medicaid claim (1.00); telephone conference with A. Paul and J. Donley re same (.30); research issues re Sealed Air POCs (.30); exchange correspondence with M. Shelnitz re various issues (.20). | 1.80 | $475 | $855.00 |
| RJH | 7/20/2012 | Legal analysis re Montana Medicaid claims (1.00); telephone conference with J. Gettleman re same (.20). | 1.20 | $475 | $570.00 |
| RJH | 7/23/2012 | Telephone conferences with J. Gettleman re Montana Medicaid claims (.60); legal analysis re same (1.60); exchange correspondence with R. Finke re same (.30). | 2.50 | $475 | $1,187.50 |
| RJH | 7/24/2012 | Review and analyze district court Anderson opinion (.70); review and analyze Anderson Memorial designation of record and statement of appellate issues (.20); prepare notice of appearance (.10); telephone conference with J. Gettleman re Montana issues (.40); legal research re same (1.00).. | 2.40 | $475 | $1,140.00 |
| RJH | 7/25/2012 | Telephone conference with J. Gettleman re Montana (.40); analyze issues re same (.80). | 1.20 | $475 | $570.00 |
| RJH | 7/26/2012 | Legal analysis re Montana issues (.80); telephone conferences with J. Gettleman re same (.40). | 1.20 | $475 | $570.00 |
| Total | | | 17.30 | | $8,217.50 |