<u>**Exhibit B**</u>

**July 2012 Expense Detail**

## EXPENSE SUMMARY

| Service Description | Amount |
|---|---|
| Facsimile | $16.95 |
| Long Distance/Conference Telephone Charges/Internet | $432.69 |
| Online research | $557.28 |
| Postage | $144.90 |
| **Total:** | **$1,151.82** |

## ITEMIZED EXPENSES

### TRAVEL

| Date | Amount | Service Description |
|---|---|---|
| none | $0.00 | NA |
| Total | $ 0.00 | |

### NON-TRAVEL

| Date | Amount | Service Description |
|---|---|---|
| 8/5/2012 | $432.69 | ICI Telecon IC -Grace conference call charges for July |
| 8/5/2012 | $144.90 | Pacer Court charges for Grace (1/1/12 - 3/31/12) |
| 8/7/2012 | $16.95 | Fax and other charges |
| 8/16/2012 | $557.28 | Lexis Nexis - Grace charges for July |
| Total | $1,151.82 | |

Total July 2012 Expenses: $1,151.82