**EXHIBIT 2**



**BMC Group, Inc.**
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace**
Invoice #: 21_120531
Expense Summary

| Period Ending 5/31/2012 | Expense Type | Amount |
|---|---|---|
| | B-linx User Fee | $350.00 |
| | B-Linx/Data Storage | $850.00 |
| | Document Storage | $88.45 |
| | Noticing Production | $240.02 |
| | Website Storage/Traffic | $250.00 |
| | **Total** | **$1,778.47** |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Noticing Production Reference Summary and Detail**

| Reference Number | Production Date | Total |
|---|---|---|
| Reference # 021-20120501-1 | 5/1/2012 | $208.12 |
| Reference # 021-20120531-1 | 5/31/2012 | $31.90 |
| | **Total Due** | **$240.02** |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

## WR Grace & Co. et al

**Production Date:** 5/1/2012
**Reference #:** 021-20120501-1

| Job Type | Job Item / Step | Pages / Parties / Task | Details | Total |
|---|---|---|---|---|
| Noticing Document | Dkt No. 29799 - Libby Settlement Mtn (suppl) / Production | Page Ct 104 / Party Ct 14 / Printed Impressions | 1456 Pieces @ $.10 each | $145.60 |
| | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | Postage | USPS - 1st Class (at Cost) | 14 Pieces @ $2.50 each | $35.00 |
| | Production | Stuff and Mail | 14 Pieces @ $.05 each | $0.70 |
| | Supplies | Inkjet and Envelope - Catalog | 14 Pieces @ $.13 each | $1.82 |
| | | | **Total:** | **$208.12** |

*Invoice Due Upon Receipt*    *Page 1 of 1*

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

## WR Grace & Co. et al

**Production Date:** 5/31/2012
**Reference #:**  021-20120531-1
**Notes:**  Postage charges for change of address remailing and other misc mailings.

| Job Type | Job Item | | | |
|---|---|---|---|---|
| | Step | Task | Details | Total |
| Noticing Document | COA resend for May | | | |
| | Postage | USPS - 1st Class (at Cost) | Total: 16 Pieces | $29.45 |
| Other | Proof of Service to Counsel | | | |
| | | USPS - 1st Class (at Cost) | Total: 1 Piece | $1.10 |
| | Transfer | | | |
| | | USPS - 1st Class (at Cost) | Total: 3 Pieces | $1.35 |
| | | | **Total:** | **$31.90** |