**EXHIBIT 1**

# bmcgroup
information management

WR Grace
Date Range 6/1/2012 - 6/30/2012

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Asbestos Claims** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/28/2012 | 0.3 | $63.00 | Analyze memo re function to link ANP data on asbestos pd claims to back end data |
| | | Total: | | 0.3 | $63.00 | |
| **WRG Case Administration** | | | | | | |
| ELLEN DORS - REC_TEAM | | $110.00 | 6/1/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| JESSICA BANG - CAS | | $55.00 | 6/1/2012 | 0.2 | $11.00 | Process 1 piece of returned mail and record to Notice System. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/1/2012 | 1.1 | $231.00 | Analyze S Cohen email re corresp with K Becker/Rust Consulting (.1); analyze Court docket re case status |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/1/2012 | 0.1 | $11.00 | Email correspondence with K.Becker at Rust Consulting re: creditor matrix updates performed per change of address request forwarded by R.Higgins on 5/29/12 |
| TERESA THOMAS - CAS | | $65.00 | 6/1/2012 | 0.2 | $13.00 | Analyze USPS mail reports |
| BRIANNA TATE - CAS | | $45.00 | 6/4/2012 | 0.7 | $31.50 | Review Court docket Nos. 28981-29016 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 6/4/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| JESSICA BANG - CAS | | $55.00 | 6/4/2012 | 0.2 | $11.00 | Process 4 pieces of returned mail and record to Notice System. |
| JESSICA BANG - CAS | | $55.00 | 6/4/2012 | 0.1 | $5.50 | Process 2 Change of Address Requests for Processing to Claims Database. |
| BRIANNA TATE - CAS | | $45.00 | 6/5/2012 | 0.1 | $4.50 | Review Court docket No. 29017 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 6/5/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| JESSICA BANG - CAS | | $55.00 | 6/5/2012 | 0.2 | $11.00 | Process 1 piece of returned mail and record to Notice System. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/5/2012 | 0.9 | $189.00 | Issues with bounced emails with docs for J Hughes (.4); work with Data to create FTP file for doc transmission (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/5/2012 | 1.3 | $273.00 | Analyze Court docket re case status; planning |
| TERESA THOMAS - CAS | | $65.00 | 6/5/2012 | 0.4 | $26.00 | Analyze correspondence from creditors (.3). Forward to BMC CASSMAN for handling (.1) |
| AIRGELOU ROMERO - CAS | | $95.00 | 6/6/2012 | 0.6 | $57.00 | Audit categorization updates related to Court Docket nos 28981-28989, 28991-28992, 28994-28997, 28998-29015 |
| BRIANNA TATE - CAS | | $45.00 | 6/6/2012 | 0.1 | $4.50 | Review Court docket Nos. 29018-29022 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 6/6/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/6/2012 | 0.5 | $105.00 | Analyze P Cuniff email re service of Order approving Libby and BNSF settlement (.1); communications with J Gettleman and M Jones re service (.3); email to P Cuniff re K&E approval needed for service (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/6/2012 | 0.3 | $63.00 | Telephone from M Jones/K&E (2x) re service of Order on parties other than 2002 (.2); prep email to P Cuniff re service of Order on 2002 only (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/6/2012 | 3.5 | $735.00 | Analyze notes re updates requested by R Higgins (1.0); review b-Linx and DRTT re R Higgins requested updates (1.3); revise b-Linx, interest tool and distribution data re R Higgins updates (1.2) |



WR Grace
Date Range 6/1/2012 - 6/30/2012

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Case Administration** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/6/2012 | 1.3 | $273.00 | DRTT analysis and b-Linx audit (.8); revise b-Linx per audit (.5) |
| TERESA THOMAS - CAS | | $65.00 | 6/6/2012 | 0.2 | $13.00 | Analyze USPS mail reports |
| AIRGELOU ROMERO - CAS | | $95.00 | 6/7/2012 | 0.1 | $9.50 | Audit categorization updates related to Court Docket nos 29019-29022 |
| BRIANNA TATE - CAS | | $45.00 | 6/7/2012 | 0.1 | $4.50 | Review Court docket Nos. 29023-29026 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 6/7/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| JESSICA BANG - CAS | | $55.00 | 6/7/2012 | 0.2 | $11.00 | Process 1 piece of returned mail and record to Notice System. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/7/2012 | 1.5 | $315.00 | Analyze various emails from S Cohen re issues related to claims, COA, DRTT (.6); analyze docs and b-Linx re S Cohen issues and resolutions (.9) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/7/2012 | 1.1 | $231.00 | Continue DRTT analysis and b-Linx audit (.7); revise b-Linx per audit (.4) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/7/2012 | 0.1 | $11.00 | Update creditor matrix per creditor change of address request received by BMC on 6/7/12 |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/7/2012 | 0.1 | $11.00 | Email correspondence with M.Booth, J.Myers re: creditor matrix updates required per creditor change of address request received by BMC on 6/7/12 |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/7/2012 | 0.1 | $11.00 | Email correspondence with M.Araki, M.Booth re: creditor matrix updates required per creditor change of address request received by BMC on 6/7/12 |
| AIRGELOU ROMERO - CAS | | $95.00 | 6/8/2012 | 0.1 | $9.50 | Audit categorization updates related to Court Docket nos 29024-29026 |
| ELLEN DORS - REC_TEAM | | $110.00 | 6/8/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| JESSICA BANG - CAS | | $55.00 | 6/8/2012 | 0.2 | $11.00 | Process 2 pieces of returned mail and record to Notice System. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/8/2012 | 0.1 | $11.00 | Email correspondence with K.Becker at Rust Consulting re: creditor change of address request received by BMC on 6/7/12 |
| TERESA THOMAS - CAS | | $65.00 | 6/8/2012 | 0.2 | $13.00 | Analyze correspondence received from creditors (.1). Forward to BMC CASSMAN for handling (.1) |
| BRIANNA TATE - CAS | | $45.00 | 6/11/2012 | 0.2 | $9.00 | Review Court docket Nos. 29027-29038 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 6/11/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| JESSICA BANG - CAS | | $55.00 | 6/11/2012 | 0.2 | $11.00 | Process 2 pieces of returned mail and record to Notice System. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/11/2012 | 0.7 | $147.00 | Analyze S Fritz email re draft May invoice (.1); analyze draft invoice and revise (.5); prep email to S Fritz re revisions (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/11/2012 | 1.4 | $294.00 | Review prior data extracts from G Kruse re data issues (.5); research issues (.6) and prep list of data issues to be resolved (.3) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/11/2012 | 0.1 | $11.00 | Email correspondence with M.Araki re: additional creditor matrix updates required per creditor change of address request |
| BRIANNA TATE - CAS | | $45.00 | 6/12/2012 | 0.1 | $4.50 | Review Court docket Nos. 29039-29041 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 6/12/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |

Page 2 of 13                    EXHIBIT 1

Case 01-01139-AMC    Doc 29561-1    Filed 08/31/12    Page 4 of 16


**bmcgroup**
information management

WR Grace
Date Range 6/1/2012 - 6/30/2012

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Case Administration** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/12/2012 | 0.5 | $105.00 | Analyze S Cohen email re UBEY/CUD issues with certain claims expunged (.2); research b-Linx re claims affected (.2); prep email to S Cohen re resolution through data update (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/12/2012 | 0.1 | $11.00 | Email correspondence with project team re: case management & activity |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/12/2012 | 0.1 | $11.00 | Update claim database per M.Araki direction on 6/11/12 re: creditor change of address request received by BMC |
| BRIANNA TATE - CAS | | $45.00 | 6/13/2012 | 0.2 | $9.00 | Review Court docket Nos. 29042-29045 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 6/13/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| JESSICA BANG - CAS | | $55.00 | 6/13/2012 | 0.2 | $11.00 | Process 1 piece of returned mail and record to Notice System. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/13/2012 | 0.6 | $126.00 | Analyze R Higgins email re Marine Midland Bank as creditor (.1); research b-Linx re Marine Midland Bank (.4); prep email to R Higgins re research results (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/13/2012 | 1.3 | $273.00 | Analyze list of open items (.6) and update (.7) |
| AIRGELOU ROMERO - CAS | | $95.00 | 6/14/2012 | 0.2 | $19.00 | Audit categorization updates related to Court Docket nos 29027-29040, 29045 |
| BRIANNA TATE - CAS | | $45.00 | 6/14/2012 | 0.2 | $9.00 | Review Court docket Nos. 29046-29053 to categorize docket entries. |
| BRIANNA TATE - CAS | | $45.00 | 6/14/2012 | 0.1 | $4.50 | Prep email to Richard Shaw re service of confirmation notice |
| ELLEN DORS - REC_TEAM | | $110.00 | 6/14/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/14/2012 | 0.4 | $84.00 | Analyze S Cohen emails re G Covert law firm COA (.1); prep email to S Cohen re approval of COA revision (.1); analyze R Higgins email re Van Delft COA (.1); prep email to CassMan re Van Delft COA for processing (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/14/2012 | 0.9 | $189.00 | Analyze S Cohen emails and reports to K Becker re claims affected by Orders and transfers |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/14/2012 | 0.3 | $33.00 | Initialize audit of claim database updates performed per creditor change of address requests recently received by BMC Chanhassen office (.2); email correspondence with M.Araki, M.Booth (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/14/2012 | 0.2 | $22.00 | Email correspondence with creditor regarding change of address request (.1); update creditor matrix per request (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/14/2012 | 0.1 | $11.00 | Additional email correspondence with M.Booth, K.Becker re: creditor change of address request received by BMC on 6/14/12 and creditor matrix updates performed |
| AIRGELOU ROMERO - CAS | | $95.00 | 6/15/2012 | 0.1 | $9.50 | Audit categorization updates related to Court Docket nos 29046-29053 |
| BRIANNA TATE - CAS | | $45.00 | 6/15/2012 | 0.2 | $9.00 | Review Court docket Nos. 29054-29062 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 6/15/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/15/2012 | 0.2 | $42.00 | Analyze R Higgins email to K Makowski re revised 41Q Settlement Notice for filing (.1); revise b-Linx re 41Q Settlement Notice (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/15/2012 | 0.4 | $84.00 | Prep CUD/UBEY project for G Kruse |


information management

WR Grace
Date Range 6/1/2012 - 6/30/2012

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Case Administration** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/15/2012 | 1.3 | $273.00 | DRTT analysis and b-Linx audit (.8); revise b-Linx per audit (.3); prep email to R Higgins re recent Dist Ct Order approving Plan (.1); analyze R Higgins response re same (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/15/2012 | 0.1 | $11.00 | Telephone with Missouri Dept of Revenue at / RE: creditor inquiry regarding hearing scheduled for 6/18/12 |
| AIRGELOU ROMERO - CAS | | $95.00 | 6/16/2012 | 0.1 | $9.50 | Audit categorization updates related to Court Docket nos 29054, 29058-29059, 29061-29062 |
| ELLEN DORS - REC_TEAM | | $110.00 | 6/18/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| JESSICA BANG - CAS | | $55.00 | 6/18/2012 | 0.2 | $11.00 | Process 1 piece of returned mail and record to Notice System. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/18/2012 | 0.4 | $84.00 | Analyze G Kruse email re completion of CUD/UBEY project (.1); analyse G Kruse email re interest update project, claim 311 (.2); analyze S Cohen email to K Davis re new claim for Big Tex per Order (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 6/18/2012 | 0.2 | $33.00 | Semi-monthly conference call with S Cohen re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/18/2012 | 0.2 | $22.00 | Semi-monthly conference call with M.Booth re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status |
| BRIANNA TATE - CAS | | $45.00 | 6/19/2012 | 0.1 | $4.50 | Review Court docket Nos. 29070-29072 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 6/19/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/19/2012 | 0.3 | $63.00 | Analyze S Cohen email re Law Office of G Covert correspondence (.1); analyze S Cohen email re corresp from L Kopiak and D Buckett (.2) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/19/2012 | 0.5 | $55.00 | Continue audit of claim database updates performed per creditor change of address requests recently received by BMC Chanhassen office (.4); email correspondence with M.Araki (.1) |
| AIRGELOU ROMERO - CAS | | $95.00 | 6/20/2012 | 0.1 | $9.50 | Audit categorization updates related to Court Docket nos 29063, 29065-29072 |
| BRIANNA TATE - CAS | | $45.00 | 6/20/2012 | 0.1 | $4.50 | Review Court docket Nos. 29073-29077 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 6/20/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 6/20/2012 | 0.1 | $11.00 | Telephone with Ruby Armstrong at (713) 747-1756 / RE: Claimant requested status of case |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/20/2012 | 0.4 | $84.00 | Analyze S Cohen email re merger order and affect on claims (.1); prep email to S Cohen re merger order claims updated (.1); analyze S Cohen email re Jung Enterprises correspondence (.1); analyze S Cohen email re project status (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/20/2012 | 1.5 | $315.00 | DRTT analysis and b-Linx audit (1.0); revise b-Linx per audit (.5) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/20/2012 | 0.4 | $44.00 | Continue audit of claim database updates performed per creditor change of address requests recently received by BMC Chanhassen office (.2); update claim database (.1); email correspondence with M.Araki re add'l party issues (.1) |
| AIRGELOU ROMERO - CAS | | $95.00 | 6/21/2012 | 0.1 | $9.50 | Audit categorization updates related to Court Docket nos 29073, 29075-29077 |



WR Grace
Date Range 6/1/2012 - 6/30/2012

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Case Administration** | | | | | | |
| ELLEN DORS - REC_TEAM | | $110.00 | 6/21/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| JAMES MYERS - CAS | | $65.00 | 6/21/2012 | 0.1 | $6.50 | Review & respond to email from L Shippers transferring Ntcs of Transfer for printing/mailing; print docs; print address label |
| JAMES MYERS - CAS | | $65.00 | 6/21/2012 | 0.3 | $19.50 | Ntc Transfer/Defective Proofs of Svc: review & respond to email from L Shippers transmitting docs for ECF filing (.1); file docs (.1); prep filing confirmations for files (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 6/21/2012 | 0.3 | $33.00 | Prepare six Proofs of Service related to transfer/defective notices (.2), email to notice group for filing (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/21/2012 | 0.2 | $42.00 | Prep email to S Cohen re project assignments (.1); analyze B Ruhlander email re 44 Q fee app error (.1) |
| ELLEN DORS - REC_TEAM | | $110.00 | 6/22/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| JESSICA BANG - CAS | | $55.00 | 6/22/2012 | 0.2 | $11.00 | Process 1 piece of returned mail and record to Notice System. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/22/2012 | 0.1 | $21.00 | Analyze R Higgins email re Tannor Capital research request |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/22/2012 | 1.6 | $336.00 | Continue DRTT analysis and b-Linx audit (1.1); revise b-Linx per audit (.5) |
| ELLEN DORS - REC_TEAM | | $110.00 | 6/25/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| JESSICA BANG - CAS | | $55.00 | 6/25/2012 | 0.2 | $11.00 | Process 1 piece of returned mail and record to Notice System. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/25/2012 | 0.2 | $42.00 | Prep email to S Cohen re Van Delft correspondence (.1); prep email to M John re 44 Q fee app inquiry and response (.1) |
| ELLEN DORS - REC_TEAM | | $110.00 | 6/26/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| ELLEN DORS - REC_TEAM | | $110.00 | 6/26/2012 | 1.6 | $176.00 | Review (.2) and reply (.2) to e-mails and correspondence re: numerous Change of Address from M Booth; upload corresp to related image folder (.2); link images to related claims/schedules as required (.6). Verify updates to claim/objection database and/or notice system as required (.4) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 6/26/2012 | 0.2 | $22.00 | Telephone with Barbara Rocker at (251) 456-5880 / RE: Case status, confirmed address in system is correct; removed undeliverable address flag |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/26/2012 | 1.1 | $231.00 | Analyze Court docket re case status (1.0); analyze S Cohen and K Martin emails re status of projects (.1) |
| MIREYA CARRANZA - CAS | | $45.00 | 6/26/2012 | 0.1 | $4.50 | Prepare Transfer re: Courtesy Notice Sierra Nevada Liquidity re: dkt 29088 for service |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/26/2012 | 0.1 | $11.00 | Email correspondence with M.Araki re: creditor matrix updates required per creditor change of address request forwarded by counsel on 6/14/12 |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/26/2012 | 0.1 | $11.00 | Email correspondence with project team re: case management & activity |
| ELLEN DORS - REC_TEAM | | $110.00 | 6/27/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 6/27/2012 | 0.2 | $22.00 | Prepare three Proofs of Service related to transfer/defective notices |
| MABEL SOTO - CAS | | $45.00 | 6/27/2012 | 0.1 | $4.50 | Prepare Transfer/Defective Notice Sierra Liquidity re: dkt 29117 & 29118 for service |
| MABEL SOTO - CAS | | $45.00 | 6/27/2012 | 0.1 | $4.50 | Prepare Transfer Notice CHL Administration re: dkt 29108 for service |

**bmcgroup**
information management

WR Grace
Date Range 6/1/2012 - 6/30/2012

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Case Administration** | | | | | | |
| MABEL SOTO - CAS | | $45.00 | 6/27/2012 | 0.1 | $4.50 | Prepare Transfer Notice Southpaw Credit re: dkt 29108 for service |
| MABEL SOTO - CAS | | $45.00 | 6/27/2012 | 0.2 | $9.00 | ECF filing Proofs of Service Transfer/Defective Notices re: dkts 29108, 29117 & 29118 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/27/2012 | 0.5 | $105.00 | Telephone from AP Audit/Grace re audit letter/response (.1); telephone to S Fritz re review of outstanding and info for audit letter response (.2); analyze S Fritz email re audit letter info (.1); prep email to S Fritz re audit letter info revisions (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/27/2012 | 0.2 | $42.00 | Analyze S Cohen email re issues with Van Delft COA (.1); review b-Linx re S Cohen email (.1) |
| MYRTLE JOHN - MANAGER | | $195.00 | 6/27/2012 | 0.1 | $19.50 | Review notice of defective transfe re Sierra Assets Management - Dkts 29117 and 29118 forwarded to NoticeGroup for production and service |
| MYRTLE JOHN - MANAGER | | $195.00 | 6/27/2012 | 0.1 | $19.50 | Review notice of transfer re CHL Administration - Dkt. 29108 forwarded to NoticeGroup for production and service |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/27/2012 | 0.1 | $11.00 | Email correspondence with M.Araki re: additional analysis of creditor change of address request forwarded by counsel on 6/14/12 required |
| BRIANNA TATE - CAS | | $45.00 | 6/28/2012 | 1.0 | $45.00 | Review Court docket Nos. 29078, 29085-29087, 29089-29107, 29109-29116, & 29119-29137, to categorize docket entries. |
| BRIANNA TATE - CAS | | $45.00 | 6/28/2012 | 0.1 | $4.50 | Responded to Mark Young w/Baker & McKenzie LLP's inquiry regarding claims/schedules for Global Health Sciences Inc. Referred to Rust Consulting for additional info. |
| ELLEN DORS - REC_TEAM | | $110.00 | 6/28/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| JAMES MYERS - CAS | | $65.00 | 6/28/2012 | 0.2 | $13.00 | Notices of Transfer of Claims: review & respond to email from L Shippers requesting service of docs & transmitting same (.1); prep documents for service (.1) |
| JAMES MYERS - CAS | | $65.00 | 6/28/2012 | 0.5 | $32.50 | Ntc Transf Claims POSs: email exchange w/ L Shippers forwarding docs for ECF filing (.2); ECF file docs (.2); prepare filing confirmations to folder (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 6/28/2012 | 0.1 | $11.00 | Telephone with Roy of SIM at (952) 404-5700 / RE: information on how to transfer a claim; provided information re Ntc of Transfer form and WR Grace contact |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 6/28/2012 | 0.3 | $33.00 | Prepare twelve Proofs of Service related to transfer/defective notices |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/28/2012 | 1.2 | $252.00 | Review files re project status, pending items (.7), update tracking list (.5) |
| MYRTLE JOHN - MANAGER | | $195.00 | 6/28/2012 | 0.3 | $58.50 | Review email and notices of defective transfers re Dkts.29123 through 29135 forarded to NoticeGroup for production and service |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/28/2012 | 0.1 | $11.00 | Email correspondence with M.Araki re: creditor change of address request forwarded by counsel on 6/14/12 and additional analysis performed, creditor matrix updates required |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/28/2012 | 0.1 | $11.00 | Update creditor matrix per M.Araki request re: creditor change of address request forwarded by counsel on 6/14/12 |

# bmcgroup
information management

WR Grace
Date Range 6/1/2012 - 6/30/2012

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Case Administration** | | | | | | |
| AIRGELOU ROMERO - CAS | | $95.00 | 6/29/2012 | 0.4 | $38.00 | Audit categorization updates related to Court Docket nos 29078, 29085-29087, 29094-29110, 29111-29128, 29136-29137 |
| BRIANNA TATE - CAS | | $45.00 | 6/29/2012 | 0.2 | $9.00 | Review Court docket Nos. 29138-29153 to categorize docket entries. |
| ELLEN DORS - REC_TEAM | | $110.00 | 6/29/2012 | 0.2 | $22.00 | Post new docket entries to DRTT |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 6/29/2012 | 0.3 | $33.00 | Analyze Court docket nos. 29120 - 29122 and 29140 - 29150, verify no further updates in the noticing system or claims database are required. |
| MABEL SOTO - CAS | | $45.00 | 6/29/2012 | 0.1 | $4.50 | Prepare Courtesy Notice Blake & Pendleton re: dkt 29138 for service |
| MABEL SOTO - CAS | | $45.00 | 6/29/2012 | 0.1 | $4.50 | Prepare Courtesy Notice Proven Products re: dkt 29139 for service |
| MABEL SOTO - CAS | | $45.00 | 6/29/2012 | 0.1 | $4.50 | Prepare Courtesy Notices Tannor Partners Credit re: dkts 29138 & 29139 for service |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/29/2012 | 0.7 | $147.00 | Analyze S Cohen email re 2nd Qtr SEC prep (.1); analyze S Cohen email re pending data from Rust for claim 18550 (.1); prep email to S Cohen re 2nd Qtr SEC prep (.1); prep email to S Cohen re request Rust provide data for claim 18550 (.1); analyze M John email re 44Q fee examiner resolution (.1); prep email to B Ruhlander re resolution of 44Q issue (.1); prep email to S Fritz re Feb 2012 credit memo (.1) |
| MYRTLE JOHN - MANAGER | | $195.00 | 6/29/2012 | 0.2 | $39.00 | Review courtesy notices of transfer re Blake & Pendelton and Proven Products claims to Tannor Partners forwarded to NoticeGroup for production and service |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/29/2012 | 0.1 | $11.00 | Email correspondence with M.Araki re: creditor matrix updates performed and new claim data provided by K.Becker at Rust |
| | | | Total: | 49.4 | $7,741.50 | |
| **WRG Data Analysis** | | | | | | |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 6/4/2012 | 1.3 | $195.00 | Generate current backup of claim statuses and objection records before updates to slected claims as per M Araki review. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 6/4/2012 | 1.2 | $180.00 | Update Burlington Northern claim statuses and estimated allowed amounts as per M Araki review. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 6/4/2012 | 0.7 | $105.00 | Generate Settled Claim objection records for all Burlington Northern claims as per M Araki. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 6/4/2012 | 1.7 | $255.00 | Review/audit distribution interest rates table (.5). Compare current distribution claims data against bLinx (.5). Update current allowed amounts for all active claims eligible for distribution (.7). |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 6/4/2012 | 0.1 | $9.50 | Update return mail to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 6/5/2012 | 0.1 | $9.50 | Review and verify undeliverable creditor addresses for return mail processing. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 6/5/2012 | 0.1 | $9.50 | Update return mail to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 6/5/2012 | 0.2 | $19.00 | Review (.1) and respond (.1) to various correspondence regarding the uploading of claim files to secured website. |
| REYNANTE DELA CRUZ - CAS | | $95.00 | 6/5/2012 | 0.3 | $28.50 | Compile provided files re City of Cambridge (.1) and prepare link to FTP site per M. Araki (.2) |


information management

WR Grace
Date Range 6/1/2012 - 6/30/2012

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Data Analysis** | | | | | | |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 6/6/2012 | 0.1 | $9.50 | Update return mail to b-Linx. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 6/7/2012 | 1.5 | $225.00 | Rerun/refresh data source tables for distribution eligible claims (.6). Verify counts of active claims and verify all distribution related data points updated accordingly (.9) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 6/7/2012 | 1.0 | $150.00 | Review of distribution classes source table and verify all active claims are assigned a distribution class (.7). Flag claims not yet assigned a distribution class (.3) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 6/8/2012 | 1.3 | $195.00 | Generate current backup image of distribution database and archive to network folder. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 6/8/2012 | 0.1 | $9.50 | Update return mail to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 6/11/2012 | 0.1 | $9.50 | Update return mail to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 6/12/2012 | 0.1 | $9.50 | Update return mail to b-Linx. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 6/14/2012 | 1.2 | $180.00 | Generate updated active and inactive claims report (.7). Prepare Excel workbook (.4) and email to S Cohen for review. (.1) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 6/14/2012 | 1.7 | $255.00 | Generate updated version of Blackstone distribution report (1.0); prepare Excel workbook (.6); email to M Araki for review (.1). |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 6/14/2012 | 1.6 | $240.00 | Generate updated Blackstone distribution change report (1.0). Prepare Excel workbook (.6) |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 6/14/2012 | 0.1 | $9.50 | Update return mail to b-Linx. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 6/15/2012 | 0.8 | $120.00 | Update CUD and UBEY amount values for expunged claims as per M Araki. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 6/15/2012 | 0.6 | $90.00 | Review of undisputed Admin claims (.3). Update interest rates and distribution classes as per M Araki/counsel review (.3). |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 6/15/2012 | 0.7 | $105.00 | Review of undisputed Class 1, 2, 3, claims (.4). Update interest rates and distribution classes as per M Araki/counsel review (.3) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 6/15/2012 | 0.6 | $90.00 | Review of undisputed Class 6 claims (.3). Update interest rates and distribution classes as per M Araki/counsel review (.3). |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 6/15/2012 | 0.8 | $120.00 | Review of undisputed Class 7 claims (.4). Update interest rates and distribution classes as per M Araki/counsel review (.4). |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 6/15/2012 | 0.8 | $120.00 | Review of undisputed Allowed Schedules claims (.4). Update interest rates and distribution classes as per M Araki/counsel review. (.4) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 6/15/2012 | 0.8 | $120.00 | Review of undisputed Allowed filed claims (.4). Update interest rates and distribution classes as per M Araki/counsel review (.4). |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 6/15/2012 | 1.0 | $150.00 | Review of Class 9 claims (.5). Update interest rates and distribution classes as per M Araki/counsel review (.5) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 6/15/2012 | 0.9 | $135.00 | Review of undisputed Priority claims (.4). Update interest rates and distribution classes as per M Araki/counsel review (.5). |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 6/15/2012 | 0.7 | $105.00 | Update distribution interest review report template (.4). Exclude Assessment Date data point for all non-tax claims as per M Araki (.3). |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 6/18/2012 | 1.7 | $255.00 | Review/audit and clean up of distribution interest table (1.0). Verify all updates were executed (.7) |

# bmcgroup
information management

WR Grace
Date Range 6/1/2012 - 6/30/2012

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Data Analysis** | | | | | | |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 6/19/2012 | 1.1 | $165.00 | Run updated undisputed claims listing (.8) and verify counts (.3) |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 6/19/2012 | 0.1 | $9.50 | Update return mail to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 6/25/2012 | 0.1 | $9.50 | Update return mail to b-Linx. |
| ANNA WICK - SR_ANALYST | | $110.00 | 6/26/2012 | 1.0 | $110.00 | SQL database maintenance - review logs (.4); update tables fields (.3); views and user defined functions (.3) |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 6/26/2012 | 0.1 | $9.50 | Update return mail to b-Linx. |
| | | | Total: | 26.3 | $3,817.00 | |
| **WRG Distribution** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/1/2012 | 1.3 | $273.00 | Review files re status of Blackstone data, updates needed |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/1/2012 | 1.5 | $315.00 | Analyze results of manual and systematic review of claims/schedule name matching requested by R Higgins |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/4/2012 | 1.0 | $210.00 | Continue analysis of results of manual and systematic review of claims/schedule name matching requested by R Higgins |
| MYRTLE JOHN - MANAGER | | $195.00 | 6/4/2012 | 3.7 | $721.50 | Analyze claims affected by Order/Stip (.8); analysis of underlying pleadings (1.8) and update b-Linx per analysis (1.1) |
| MYRTLE JOHN - MANAGER | | $195.00 | 6/4/2012 | 2.6 | $507.00 | Continue analysis of claims affected by Order/Stip (.6); analysis of underlying pleadings (1.2) and update b-Linx per analysis (.8) |
| MYRTLE JOHN - MANAGER | | $195.00 | 6/5/2012 | 4.6 | $897.00 | Continue analysis of claims affected by Order/Stip (1.5); analysis of underlying pleadings (2.0) and update b-Linx per analysis (1.1) |
| MYRTLE JOHN - MANAGER | | $195.00 | 6/6/2012 | 4.5 | $877.50 | Analysis of stipulations, orders and other data re claims in connection with distribution analysis (2.5); update claims and distribution database as appropriate (2.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/8/2012 | 3.0 | $630.00 | Review R Higgins outstanding claims/schedules lists vs current state (1.4) and update reports (1.6) |
| MYRTLE JOHN - MANAGER | | $195.00 | 6/8/2012 | 2.5 | $487.50 | Continue analysis of claims affected by Order/Stip (.5); analysis of underlying pleadings (1.1) and update b-Linx per analysis (.9) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/11/2012 | 2.8 | $588.00 | Work on distribution data, organization and Blackstone files |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/12/2012 | 3.0 | $630.00 | Continue work on distribution data, organization and Blackstone files |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/13/2012 | 1.0 | $210.00 | Research data re claim 603 and reporting issue |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/13/2012 | 1.8 | $378.00 | Revise distribution data re claims affected by recent orders (1.0), update distribution tracking issues (.8) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/13/2012 | 0.3 | $63.00 | Analyze B Jaffe email re new claims download (.1); review files re last claims download to Blackstone (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/14/2012 | 0.3 | $63.00 | Analyze B Jaffe email re updated request for claims download file (.1); prep email to G Kruse re urgent request for updated claims download (.1); prep email to B Jaffe re updated file availability (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/14/2012 | 2.4 | $504.00 | Analyze G Kruse email re new updated claims download for B Jaffe (.1); analyze updated claims download file (.7); revise updated claims download file for Blackstone format (1.5); prep email to B Jaffe re updated file (.1) |



WR Grace
Date Range 6/1/2012 - 6/30/2012

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Distribution** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/14/2012 | 1.0 | $210.00 | Analyze notes, correspondence and files re interest rate revisions for G Kruse data file update |
| MYRTLE JOHN - MANAGER | | $195.00 | 6/14/2012 | 3.4 | $663.00 | Audit of claims affected by stipulation/orders for information affecting claims in connection with distribution (2.0); update claims database accordingly (1.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/15/2012 | 0.8 | $168.00 | Analyze B Jaffe email re call to review/discuss new claims data file download (.1); telephone with B Jaffe re claims review/discussion (.7) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/15/2012 | 0.4 | $84.00 | Analyze G Kruse email re undisputed claims/missing distrib data report (.1); prep email to G Kruse re assessment date check (.1); analyze G Kruse reply re assessment date (.1); prep email to G Kruse re assessment date application (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/15/2012 | 1.4 | $294.00 | Prep interest rate update data project for G Kruse |
| MYRTLE JOHN - MANAGER | | $195.00 | 6/15/2012 | 1.1 | $214.50 | Continue analysis of claims affected by Order/Stip (.6); analysis of underlying pleadings (.5) |
| MYRTLE JOHN - MANAGER | | $195.00 | 6/18/2012 | 1.5 | $292.50 | Continue analysis of claims affected by Order/Stip (.4); analysis of underlying pleadings (.6) and update b-Linx per analysis (.5) |
| MYRTLE JOHN - MANAGER | | $195.00 | 6/20/2012 | 1.0 | $195.00 | Analysis of status of claims audit project (.8); prep email to M Araki re audit progress (.2) |
| MYRTLE JOHN - MANAGER | | $195.00 | 6/22/2012 | 3.2 | $624.00 | Continue analysis of claims affected by Order/Stip (1.0); analysis of underlying pleadings (1.5) and update b-Linx per analysis (.7) |
| MYRTLE JOHN - MANAGER | | $195.00 | 6/24/2012 | 2.1 | $409.50 | Continue analysis of claims affected by Order/Stip (.5); analysis of underlying pleadings (1.0) and update b-Linx per analysis (.6) |
| MYRTLE JOHN - MANAGER | | $195.00 | 6/25/2012 | 4.2 | $819.00 | Continue analysis of claims affected by Order/Stip (1.3); analysis of underlying pleadings (1.9) and update b-Linx per analysis (1.0) |
| MYRTLE JOHN - MANAGER | | $195.00 | 6/25/2012 | 2.6 | $507.00 | Further review and analysis of claims affected by Order/Stip (.9); analyze orders, settlements and stips (1.0); update claims database as appropriate (0.7) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/27/2012 | 2.0 | $420.00 | Analyze corresp, notes and files re distribution project status, items to be completed (1.1); update tracking list (.9) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/29/2012 | 1.0 | $210.00 | Analyze latest Blackstone claims update re interest issues |
| MYRTLE JOHN - MANAGER | | $195.00 | 6/29/2012 | 3.1 | $604.50 | Continued review and analysis of claims affected by Order/Stip (.9); analyze orders, settlements and stips (1.1); update claims database as appropriate (1.1) |
| | | | Total: | 65.1 | $13,069.50 | |
| **WRG Fee Applications-Applicant** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/11/2012 | 0.5 | $105.00 | Prep data extracts for 44 Qtr fee app (.4); prep email to B Ruhlander re 44 Qtr fee app data (.1) |
| MYRTLE JOHN - MANAGER | | $195.00 | 6/21/2012 | 0.1 | $19.50 | Review and respond to email from Bobbi Ruhlander re possible time entry error |
| MYRTLE JOHN - MANAGER | | $195.00 | 6/29/2012 | 0.2 | $39.00 | Follow up review of email from Bobbi Ruhlander re time entry error; review time entry (.1); email from and to M Araki re correction (.1) |
| | | | Total: | 0.8 | $163.50 | |

# bmcgroup
information management

WR Grace
Date Range 6/1/2012 - 6/30/2012

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Non-Asbestos Claims** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/4/2012 | 3.4 | $714.00 | Analysis of b-Linx re claims affected by merger (1.0); analysis of data updates performed by G Kruse (.6); revise b-Linx re add'l revisions to claims affected by merger (1.8) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/4/2012 | 1.2 | $252.00 | Analysis of notes and corresp re IRS tax claims and NY State Tax settlement related to merged entities (.9); revise IRS and NY State Tax settlement for merged entities (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/5/2012 | 2.8 | $588.00 | Analyze J Hughes email re City of Cambridge claims (.1); research b-Linx, docket and docs (2.0); prep multiple emails re transmission of research results and docs (.7) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/6/2012 | 0.2 | $42.00 | Analyze L Gardner email re status of AER Consent Decree docs (.1); prep email to L Gardner re same (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/6/2012 | 0.1 | $11.00 | Email correspondence with M.Araki re: issues related to pending Court docket entries and additional analysis, claim updates required |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/6/2012 | 0.6 | $66.00 | Analyze Court docket numbers 24581 to 28993 (.4); audit claim updates (.1); update claim database (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/7/2012 | 2.8 | $588.00 | Analyze b-Linx re audit of claims/schedules updated pursuant to merger order and notice from Grace |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/8/2012 | 0.2 | $42.00 | Analyze R Higgins email re Novak claim status |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/8/2012 | 1.2 | $252.00 | Analyze L Gardner email re AER Consent Decree (.1); analyze docs from L Gardner (.6); update distribution info per AER Consent Decree (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/8/2012 | 0.4 | $84.00 | Analyze R Higgins email re H Feichko/Grace request re claim 9634 (.1); prep email to R Higgins/H Feichko re claim 9634 (.1); analyze H Feichko email re multi site (.1); analyze R Higgins email re clarification as to multi site vs claim 9634 (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/9/2012 | 1.5 | $315.00 | DRTT analysis and b-Linx audit (.9); revise b-Linx per audit (.6) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/11/2012 | 0.6 | $126.00 | Analyze R Higgins email re OCP review, Andrews & Kurth, Adams & Graham (.1); analyze OCP review, process, docs (.4); prep email to R Higgins re docs, info, OCP research process (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/12/2012 | 1.7 | $357.00 | Analyze R Finke email re Bank of America claims in cases (.1); research b-Linx and pleadings re claims and scheds for BoA (1.3); prep email to R Finke re BoA research results, claim status and pending issue (.3) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/12/2012 | 0.7 | $77.00 | Analyze Court docket numbers 27769 to 29036 (.4); audit claim updates (.2); email correspondence with M.Araki re: possible additional claim/amount data updates required (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/13/2012 | 0.3 | $63.00 | Analyze S Cohen email re claims 603 and 3344 (.1); research correspondence re same (.1); prep email to S Cohen re status pending (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/14/2012 | 0.2 | $42.00 | Analyze R Higgins email re BoA claim 17718 review results per R Finke inquiry (.1); revise b-Linx re BoA claim 17718 per R Higgins email (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/14/2012 | 0.3 | $33.00 | Initialize analysis and preparation of monthly reports (.2); email correspondence with G.Kruse, L.Shippers re: reporting requirements (.1) |



**WR Grace**
Date Range 6/1/2012 - 6/30/2012

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Non-Asbestos Claims** | | | | | | |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/14/2012 | 0.2 | $22.00 | Finalize analysis and preparation of monthly reports (.1); email correspondence with K.Becker at Rust re: reports(.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/15/2012 | 0.2 | $42.00 | Analyze S Cohen email re Big Tex settlement and new POC (.1); prep email to S Cohen re process for creating new claim (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/15/2012 | 0.8 | $88.00 | Analyze Court docket numbers 28007 to 29060 (.4); update claim database (.3); email correspondence with M.Araki (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/18/2012 | 0.2 | $22.00 | Email correspondence with M.Araki re: recent Court docket entries (.1); prepare Court documents & send to K.Becker for processing as new claim (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/20/2012 | 0.5 | $55.00 | Analyze Court docket numbers 28614 to 29074 (.3); update claim database (.1); email correspondence with M.Araki (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/20/2012 | 0.1 | $11.00 | Discussion with M.John re: updates required to distribution address for transferred claim |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/20/2012 | 0.3 | $33.00 | Additional email correspondence with M.Araki re: recent and pending Court docket entries (.1); audit claim database updates (.2) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 6/21/2012 | 0.3 | $33.00 | Analysis of Court docket re: seven new claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 6/21/2012 | 0.7 | $77.00 | Analysis of b-Linx re: seven claim transfers and/or defective transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 6/21/2012 | 1.3 | $143.00 | Revise b-Linx re: seven claim transfers and/or defective transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 6/21/2012 | 1.0 | $110.00 | Prepare seven transfer/defective notices |
| MYRTLE JOHN - MANAGER | | $195.00 | 6/21/2012 | 0.1 | $19.50 | Review notice of defective re Sierra Liquidity forwarded to NoticeGroup for production and service |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/21/2012 | 0.1 | $11.00 | Email correspondence with M.Araki re: new and pending Court docket entries and audit of claim database updates required |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/25/2012 | 0.3 | $63.00 | Analyze K Becker/Rust Consulting email re new claim number for Big Tex claim (.1); analyze S Cohen email re status of Rust update (.1); prep email to S Cohen re Rust processing (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/25/2012 | 0.8 | $168.00 | Analyze R Higgins email re additional Tannor Partners claims research (.1); analyze R Higgins email re North Carolina environmental claims research (.1); research b-Linx and pleadings re North Carolina enviro claims (.4); prep email to R Higgins re No Carolina enviro research results (.2) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/25/2012 | 0.1 | $11.00 | Email correspondence with K.Becker at Rust, M.Araki re: new proof of claim and required processing, claim database updates |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/25/2012 | 0.1 | $11.00 | Discussion with M.John re: claim/objection data updates required related to ongoing review of filed objections |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 6/26/2012 | 0.1 | $11.00 | Analysis of Court docket re: one new claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 6/26/2012 | 0.1 | $11.00 | Analysis of b-Linx re: one claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 6/26/2012 | 0.1 | $11.00 | Revise b-Linx re: one claim transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 6/26/2012 | 0.1 | $11.00 | Prepare one transfer notice |



WR Grace
Date Range 6/1/2012 - 6/30/2012

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Non-Asbestos Claims** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/26/2012 | 1.8 | $378.00 | Analyze R Higgins emails (2) re add'l research re claim 13829 No Carolina enviro and US EPA service (.2); analyze docket, files re service, response, notes (1.2); prep email to R Higgins re NC enviro info, notes (.2); prep email to R Higgins re Omni 5 objection service (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/26/2012 | 0.4 | $84.00 | Analysis of b-Linx re Tannor Partners research request (.3); prep email to R Higgins re research results (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 6/27/2012 | 0.1 | $11.00 | Analysis of Court docket re: three new claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 6/27/2012 | 0.2 | $22.00 | Analysis of b-Linx re: three claim transfers and/or defective transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 6/27/2012 | 0.4 | $44.00 | Revise b-Linx re: three claim transfers and/or defective transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 6/27/2012 | 0.3 | $33.00 | Prepare three transfer/defective notices |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 6/27/2012 | 0.1 | $11.00 | Analyze Court docket no. 28833; verify no updates in the claims database are applicable. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 6/28/2012 | 0.1 | $11.00 | Analyze Court docket nos. 29089, 29090, 29091, 29092 and 29093, verify no further updates in the claims database are required. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 6/28/2012 | 0.4 | $44.00 | Analysis of Court docket re: thirteen new claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 6/28/2012 | 0.6 | $66.00 | Analysis of b-Linx re: thirteen claim transfers and/or defective transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 6/28/2012 | 1.3 | $143.00 | Revise b-Linx re: thirteen claim transfers and/or defective transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 6/28/2012 | 0.9 | $99.00 | Prepare thirteen transfer, courtesy, and/or defective notices |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 6/28/2012 | 0.3 | $63.00 | Analyze b-Linx re BoA claim 17718 and transfers (.2); prep email to R Higgins re BoA schedule and claims 17718 and 17717 (.1) |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 6/29/2012 | 0.1 | $11.00 | Analysis of Court docket re: two new claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 6/29/2012 | 0.2 | $22.00 | Analysis of b-Linx re: two claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 6/29/2012 | 0.2 | $22.00 | Revise b-Linx re: two claim transfers. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 6/29/2012 | 0.2 | $22.00 | Prepare two transfer notices |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 6/29/2012 | 0.2 | $22.00 | Phone discussion with M. Billet of Tannor Partners Credit re: undeliverable transferor address listed on Notices of Transfer. |
| LAURI SHIPPERS - REC_TEAM | | $110.00 | 6/29/2012 | 0.4 | $44.00 | Revise certain undeliverable addresses in the claims database per current contact information provided by transferee. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 6/29/2012 | 0.1 | $11.00 | Email correspondence with M.Araki re: preparation of quarterly non-asbestos claim detail reports for Q2 2012 |
| | | | Total: | 34.0 | $5,778.50 | |
| | | | Grand Total: | 175.9 | $30,633.00 | |

Page 13 of 13     EXHIBIT 1

# bmcgroup
information management

WR Grace
Professional Activity Summary
Date Range: 6/1/2012 - 6/30/2012

| Category / Consultant Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **WRG Asbestos Claims** | | | |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 0.3 | $63.00 |
| Total: | | 0.3 | $63.00 |
| **WRG Case Administration** | | | |
| CAS | | | |
| Mireya Carranza | $45.00 | 0.1 | $4.50 |
| CAS | | | |
| Airgelou Romero | $95.00 | 1.8 | $171.00 |
| Brianna Tate | $45.00 | 3.5 | $157.50 |
| James Myers | $65.00 | 1.1 | $71.50 |
| Jessica Bang | $55.00 | 2.1 | $115.50 |
| Mabel Soto | $45.00 | 0.8 | $36.00 |
| Teresa Thomas | $65.00 | 1.0 | $65.00 |
| MANAGER | | | |
| Mike Booth | $165.00 | 0.2 | $33.00 |
| Myrtle John | $195.00 | 0.7 | $136.50 |
| REC_TEAM | | | |
| Ellen Dors | $110.00 | 5.8 | $638.00 |
| Lauri Shippers | $110.00 | 1.5 | $165.00 |
| Steffanie Cohen | $110.00 | 3.2 | $352.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 27.6 | $5,796.00 |
| Total: | | 49.4 | $7,741.50 |
| **WRG Data Analysis** | | | |
| CAS | | | |
| Reynante Dela Cruz | $95.00 | 0.3 | $28.50 |
| CONSULT_DATA | | | |
| Gunther Kruse | $150.00 | 23.7 | $3,555.00 |
| SR_ANALYST | | | |
| Anna Wick | $110.00 | 1.0 | $110.00 |
| Jacqueline Conklin | $95.00 | 1.3 | $123.50 |
| Total: | | 26.3 | $3,817.00 |
| **WRG Distribution** | | | |
| MANAGER | | | |
| Myrtle John | $195.00 | 40.1 | $7,819.50 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 25.0 | $5,250.00 |
| Total: | | 65.1 | $13,069.50 |
| **WRG Fee Applications-Applicant** | | | |
| MANAGER | | | |
| Myrtle John | $195.00 | 0.3 | $58.50 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 0.5 | $105.00 |
| Total: | | 0.8 | $163.50 |

# bmcgroup
information management

WR Grace
Professional Activity Summary
Date Range: 6/1/2012 - 6/30/2012

| Category / Consultant Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **WRG Non-Asbestos Claims** | | | |
| MANAGER | | | |
| Myrtle John | $195.00 | 0.1 | $19.50 |
| REC_TEAM | | | |
| Lauri Shippers | $110.00 | 9.4 | $1,034.00 |
| Steffanie Cohen | $110.00 | 4.2 | $462.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 20.3 | $4,263.00 |
| Total: | | 34.0 | $5,778.50 |
| Grand Total: | | 175.9 | $30,633.00 |