**EXHIBIT 2**



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace**
**Invoice #: 21_120630**
**Expense Summary**

| Period Ending 6/30/2012 | Expense Type | Amount |
|---|---|---|
| | B-linx User Fee | $350.00 |
| | B-Linx/Data Storage | $850.00 |
| | Document Storage | $89.90 |
| | Noticing Production | $5.95 |
| | Pacer | $138.80 |
| | Website Storage/Traffic | $250.00 |
| | **Total** | **$1,684.65** |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

# WR Grace & Co. et al

**Noticing Production Reference Summary and Detail**

| Reference Number | Production Date | Total |
|---|---|---|
| Reference # 021-20120630-1 | 6/30/2012 | $5.95 |
| | Total | $5.95 |

EXHIBIT 2



**BMC Group, Inc.**
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

## WR Grace & Co. et al

**Production Date:** 6/30/2012
**Reference #:** 021-20120630-1
**Notes:** Postage misc mailings.

| Job Type | Job Item | Step | Task | Details | Total |
|---|---|---|---|---|---|
| Other | Transfer | | | | |
| | | Postage | USPS - 1st Class (at Cost) | 1 Piece @ $5.95 each | $5.95 |
| | | | | **Total:** | **$5.95** |

*Invoice Due Upon Receipt*

Page 1 of 1

EXHIBIT 2