Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period July 1, 2012 through July 31, 2012

| Date | Staff | Description | Hours | 2012 Rate | Amount |
|---|---|---|---|---|---|
| Bradley Rapp - Senior Managing Director | | | | | |
| 05-Jul-12 | BR | Review of document distributed by Blackstone in preparation for conference call to discuss the same. | 1.40 | $ 650.00 | $ 910.00 |
| 09-Jul-12 | BR | Review of discussion materials circulated by Blackstone in anticipation of conference call to discuss the same. | 1.60 | $ 650.00 | $ 1,040.00 |
| 10-Jul-12 | BR | Consideration of certain issues at request of counsel to the ACC. | 1.80 | $ 650.00 | $ 1,170.00 |
| 10-Jul-12 | BR | Tel C w/ J Sinclair to discuss issues in connection with upcoming conference call with Debtor's management and financial advisor. | 0.50 | $ 650.00 | $ 325.00 |
| 10-Jul-12 | BR | Conf call w/ J Sinclair, Inselbuch and Lockwood to discuss outstanding case issues. | 0.20 | $ 650.00 | $ 130.00 |
| 10-Jul-12 | BR | Conf call with ACC, FCR and Debtor representatives to discuss financial proposal. | 1.30 | $ 650.00 | $ 845.00 |
| 10-Jul-12 | BR | Tel C w/ J Sinclair to discuss additional steps in connection with earlier conference call with ACC, FCR and Debtor representatives. | 1.00 | $ 650.00 | $ 650.00 |
| 11-Jul-12 | BR | Tel C's w/ J Sinclair re status of discussions with Debtor in connection with financial proposal. | 0.30 | $ 650.00 | $ 195.00 |
| 12-Jul-12 | BR | Review of weekly update report on Grace. | 0.10 | $ 650.00 | $ 65.00 |
| 16-Jul-12 | BR | Tel C w/ J Sinclair to discuss status of case. | 0.30 | $ 650.00 | $ 195.00 |
| 16-Jul-12 | BR | Consideration of alternatives relating to financial proposal from WR Grace. | 1.50 | $ 650.00 | $ 975.00 |
| 17-Jul-12 | BR | Review of correspondence from counsel to the ACC to Committee members. | 0.40 | $ 650.00 | $ 260.00 |
| 17-Jul-12 | BR | Review of counter-proposal revisions offered by J Sinclair. | 0.10 | $ 650.00 | $ 65.00 |
| 24-Jul-12 | BR | Review of ACC/FCR counterproposal in negotiations with Grace. | 0.20 | $ 650.00 | $ 130.00 |
| 25-Jul-12 | BR | Review of weekly update report on Grace. | 0.10 | $ 650.00 | $ 65.00 |
| | | Total Bradley Rapp | 10.80 | | $ 7,020.00 |
| James Sinclair - Senior Managing Director | | | | | |
| 02-Jul-12 | JS | Calls (2) with Inselbuch regarding financial proposals. | 0.30 | $ 650.00 | $ 195.00 |
| 02-Jul-12 | JS | Calls (2) with Radecki regarding Grace financial proposals. | 0.20 | $ 650.00 | $ 130.00 |
| 02-Jul-12 | JS | Call with O'Connell regarding Grace financial proposals. | 0.20 | $ 650.00 | $ 130.00 |
| 03-Jul-12 | JS | Review documents regarding financial proposals in preparation for conference call on 7/10/2012 with Grace and Blackstone. | 2.60 | $ 650.00 | $ 1,690.00 |
| 03-Jul-12 | JS | Review, analyze pricing data and information, recently announced corporate developments for purposes of advising ACC counsel. | 1.20 | $ 650.00 | $ 780.00 |
| 05-Jul-12 | JS | Review, analyze financial proposal in preparation for conference call with Grace and Blackstone on 7/10/12. | 1.80 | $ 650.00 | $ 1,170.00 |
| 10-Jul-12 | JS | Review memorandum from Blackstone regarding financial proposal in preparation for conference call with Grace and Blackstone on 7/10/2012. | 2.30 | $ 650.00 | $ 1,495.00 |
| 10-Jul-12 | JS | Call with Brad Rapp in preparation for call with Grace/Blackstone regarding financial proposal. | 0.50 | $ 650.00 | $ 325.00 |
| 10-Jul-12 | JS | Conference call with Inselbuch and Lockwood in preparation for call with Grace/Blackstone regarding financial proposal on 7/10/2012. | 0.20 | $ 650.00 | $ 130.00 |
| 10-Jul-12 | JS | Call with Radecki regarding the financial proposal. | 0.20 | $ 650.00 | $ 130.00 |
| 10-Jul-12 | JS | Conference call with Grace (Filon), Shelnitz, Radecki, Blackstone (O'Connell), Frankel, Inselbuch and Lockwood regarding financial proposal. | 1.30 | $ 650.00 | $ 845.00 |
| 10-Jul-12 | JS | Review conference call (with Grace/Blackstone and counsel) with Brad Rapp and Duncan Sinclair regarding financial proposal for purposes of advising ACC counsel. | 1.00 | $ 650.00 | $ 650.00 |
| 11-Jul-12 | JS | Review, analyze memorandum from ACC counsel (Inselbuch) regarding financial proposal. | 0.20 | $ 650.00 | $ 130.00 |
| 11-Jul-12 | JS | Calls with Rapp to discuss financial proposal for purposes of advising ACC counsel. | 0.30 | $ 650.00 | $ 195.00 |
| 11-Jul-12 | JS | Call with Inselbuch to discuss financial proposal. | 0.20 | $ 650.00 | $ 130.00 |
| 11-Jul-12 | JS | Write memorandum to ACC counsel (Inselbuch) regarding financial proposal. | 0.30 | $ 650.00 | $ 195.00 |
| 11-Jul-12 | JS | Review analyze pricing data and information and recent acquisition for purposes of advising ACC counsel. | 0.80 | $ 650.00 | $ 520.00 |
| 16-Jul-12 | JS | Review, analyze pricing data and information for purposes of advising ACC counsel. | 0.60 | $ 650.00 | $ 390.00 |
| 16-Jul-12 | JS | Call with Rapp regarding financial proposal. | 0.30 | $ 650.00 | $ 195.00 |
| 16-Jul-12 | JS | Call with Radecki to discuss financial proposal. | 0.20 | $ 650.00 | $ 130.00 |
| 16-Jul-12 | JS | Call with Inselbuch to discuss financial proposal. | 0.10 | $ 650.00 | $ 65.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period July 1, 2012 through July 31, 2012

| Date | Staff | Description | Hours | 2012 Rate | Amount |
|---|---|---|---|---|---|
| 17-Jul-12 | JS | Meeting at Caplin & Drysdale with Inselbuch, Frankel, Wyron and Radecki regarding financial proposal for settlement. | 1.20 | $ 650.00 | $ 780.00 |
| 17-Jul-12 | JS | Follow-up meeting with Inselbuch regarding financial proposal for settlement. | 0.40 | $ 650.00 | $ 260.00 |
| 17-Jul-12 | JS | One-half travel time (1/2 x 1.0 hours) not working to/from Caplin & Drysdale's offices at 375 Park Ave., NYC. | 0.50 | $ 650.00 | $ 325.00 |
| 17-Jul-12 | JS | Review for comment draft of memorandum to Blackstone from ACC and FCR regarding financial proposal. | 0.70 | $ 650.00 | $ 455.00 |
| 25-Jul-12 | JS | Review, analyze Grace 2Q12 Earnings Report and Business Update for valuation and monitoring . | 2.40 | $ 650.00 | $ 1,560.00 |
| 25-Jul-12 | JS | Earnings call with Fista, CEO, and La Force, CFO regarding 2Q12 operating results and outlook for full year 2012 for monitoring and valuation. | 0.70 | $ 650.00 | $ 455.00 |
| | | Total James Sinclair | 20.70 | | $ 13,455.00 |

Peter Cramp - Associate

| Date | Staff | Description | Hours | 2012 Rate | Amount |
|---|---|---|---|---|---|
| 02-Jul-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch and review recent news. | 2.30 | $ 360.00 | $ 828.00 |
| 05-Jul-12 | PC | Review term sheet for proposed transaction for due diligence. | 0.50 | $ 360.00 | $ 180.00 |
| 09-Jul-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 2.10 | $ 360.00 | $ 756.00 |
| 10-Jul-12 | PC | Review proposed transaction discussion materials in preparation for conference call. | 1.10 | $ 360.00 | $ 396.00 |
| 16-Jul-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.70 | $ 360.00 | $ 612.00 |
| 17-Jul-12 | PC | Review memorandum from ACC counsel (E. Inselbuch) to ACC regarding proposed transaction. | 0.50 | $ 360.00 | $ 180.00 |
| 23-Jul-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.50 | $ 360.00 | $ 540.00 |
| 23-Jul-12 | PC | Review counterproposal for transaction for due diligence. | 0.60 | $ 360.00 | $ 216.00 |
| 25-Jul-12 | PC | Participation in WR Grace Q2 earnings webcast for due diligence. | 0.80 | $ 360.00 | $ 288.00 |
| 26-Jul-12 | PC | Review WR Grace Q2 earnings release for due diligence. | 1.20 | $ 360.00 | $ 432.00 |
| 30-Jul-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.70 | $ 360.00 | $ 612.00 |
| | | Total Peter Cramp | 14.00 | | $ 5,040.00 |

Gibbons Sinclair - Associate

| Date | Staff | Description | Hours | 2012 Rate | Amount |
|---|---|---|---|---|---|
| 31-Jul-12 | | Draft WR Grace Fee Statement. | 1.10 | $ 360.00 | $ 396.00 |
| | | Total Gibbons Sinclair | 1.10 | | $ 396.00 |

Duncan Sinclair - Senior Analyst

| Date | Staff | Description | Hours | 2012 Rate | Amount |
|---|---|---|---|---|---|
| 11-Jul-12 | DS | Review discussion sheet provided by Blackstone in preparation for call with Blackstone and creditor committees. | 0.30 | $ 300.00 | $ 90.00 |
| 11-Jul-12 | DS | Call with Blackstone and creditor committees regarding financial proposal. | 1.30 | $ 300.00 | $ 390.00 |
| 11-Jul-12 | DS | Call with Brad Rapp, James Sinclair, and Pete Cramp regarding financial proposal . | 0.30 | $ 300.00 | $ 90.00 |
| 11-Jul-12 | DS | Call with James Sinclair regarding financial proposal. | 0.10 | $ 300.00 | $ 30.00 |
| | | Total Duncan Sinclair | 2.00 | | $ 600.00 |
| | | **TOTAL** | 48.60 | | $ 26,511.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period July 1, 2012 through July 31, 2012

| Date | Staff | Description | Hours | 2012 Rate | Amount |
|---|---|---|---|---|---|
| Asset Analysis and Recovery | | | | | |
| 02-Jul-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch and review recent news. | 2.30 | $ 360.00 | $ 828.00 |
| 03-Jul-12 | JS | Review, analyze pricing data and information, recently announced corporate developments for purposes of advising ACC counsel. | 1.20 | $ 650.00 | $ 780.00 |
| 09-Jul-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 2.10 | $ 360.00 | $ 756.00 |
| 11-Jul-12 | JS | Review analyze pricing data and information and recent acquisition for purposes of advising ACC counsel. | 0.80 | $ 650.00 | $ 520.00 |
| 12-Jul-12 | BR | Review of weekly update report on Grace. | 0.10 | $ 650.00 | $ 65.00 |
| 16-Jul-12 | JS | Review, analyze pricing data and information for purposes of advising ACC counsel. | 0.60 | $ 650.00 | $ 390.00 |
| 16-Jul-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.70 | $ 360.00 | $ 612.00 |
| 23-Jul-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.50 | $ 360.00 | $ 540.00 |
| 25-Jul-12 | BR | Review of weekly update report on Grace. | 0.10 | $ 650.00 | $ 65.00 |
| 25-Jul-12 | JS | Review, analyze Grace 2Q12 Earnings Report and Business Update for valuation and monitoring . | 2.40 | $ 650.00 | $ 1,560.00 |
| 25-Jul-12 | JS | Earnings call with Fista, CEO, and La Force, CFO regarding 2Q12 operating results and outlook for full year 2012 for monitoring and valuation. | 0.70 | $ 650.00 | $ 455.00 |
| 25-Jul-12 | PC | Participation in WR Grace Q2 earnings webcast for due diligence. | 0.80 | $ 360.00 | $ 288.00 |
| 26-Jul-12 | PC | Review WR Grace Q2 earnings release for due diligence. | 1.20 | $ 360.00 | $ 432.00 |
| 30-Jul-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.70 | $ 360.00 | $ 612.00 |
| | | Total Asset Analysis and Recovery | 17.20 | | $ 7,903.00 |
| Case Administration | | | | | |
| 05-Jul-12 | BR | Review of document distributed by Blackstone in preparation for conference call to discuss the same. | 1.40 | $ 650.00 | $ 910.00 |
| 09-Jul-12 | BR | Review of discussion materials circulated by Blackstone in anticipation of conference call to discuss the same. | 1.60 | $ 650.00 | $ 1,040.00 |
| 10-Jul-12 | BR | Tel C w/ J Sinclair to discuss issues in connection with upcoming conference call with Debtor's management and financial advisor. | 0.50 | $ 650.00 | $ 325.00 |
| 10-Jul-12 | BR | Conf call w/ J Sinclair, Inselbuch and Lockwood to discuss outstanding case issues. | 0.20 | $ 650.00 | $ 130.00 |
| 10-Jul-12 | BR | Conf call with ACC, FCR and Debtor representatives to discuss financial proposal. | 1.30 | $ 650.00 | $ 845.00 |
| 10-Jul-12 | BR | Tel C w/ J Sinclair to discuss additional steps in connection with earlier conference call with ACC, FCR and Debtor representatives. | 1.00 | $ 650.00 | $ 650.00 |
| 10-Jul-12 | JS | Call with Brad Rapp in preparation for call with Grace/Blackstone regarding financial proposal. | 0.50 | $ 650.00 | $ 325.00 |
| 10-Jul-12 | JS | Conference call with Inselbuch and Lockwood in preparation for call with Grace/Blackstone regarding financial proposal on 7/10/2012. | 0.20 | $ 650.00 | $ 130.00 |
| 10-Jul-12 | JS | Conference call with Grace (Filon), Shelnitz, Radecki, Blackstone (O'Connell), Frankel, Inselbuch and Lockwood regarding financial proposal. | 1.30 | $ 650.00 | $ 845.00 |
| 10-Jul-12 | JS | Review conference call (with Grace/Blackstone and counsel) with Brad Rapp and Duncan Sinclair regarding financial proposal for purposes of advising ACC counsel. | 1.00 | $ 650.00 | $ 650.00 |
| 11-Jul-12 | BR | Tel C's w/ J Sinclair re status of discussions with Debtor in connection with financial proposal. | 0.30 | $ 650.00 | $ 195.00 |
| 11-Jul-12 | JS | Calls with Rapp to discuss financial proposal for purposes of advising ACC counsel. | 0.30 | $ 650.00 | $ 195.00 |
| 11-Jul-12 | DS | Call with Brad Rapp, James Sinclair, and Pete Cramp regarding financial proposal . | 0.30 | $ 300.00 | $ 90.00 |
| 11-Jul-12 | DS | Call with James Sinclair regarding financial proposal. | 0.10 | $ 300.00 | $ 30.00 |
| 16-Jul-12 | BR | Tel C w/ J Sinclair to discuss status of case. | 0.30 | $ 650.00 | $ 195.00 |
| 16-Jul-12 | JS | Call with Rapp regarding financial proposal. | 0.30 | $ 650.00 | $ 195.00 |
| 17-Jul-12 | BR | Review of correspondence from counsel to the ACC to Committee members. | 0.40 | $ 650.00 | $ 260.00 |
| 17-Jul-12 | PC | Review memorandum from ACC counsel (E. Inselbuch) to ACC regarding proposed transaction. | 0.50 | $ 360.00 | $ 180.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period July 1, 2012 through July 31, 2012

| Date | Staff | Description | Hours | 2012 Rate | Amount |
|---|---|---|---|---|---|
| | | Total Case Administration | 11.50 | | $ 7,190.00 |
| **Fee Applications (Applicant)** | | | | | |
| 31-Jul-12 | GS | Draft WR Grace Fee Statement. | 1.10 | $ 360.00 | $ 396.00 |
| | | Total Fee Applications (Applicant) | 1.10 | | $ 396.00 |
| **Non Working Travel** | | | | | |
| 17-Jul-12 | JS | One-half travel time (1/2 x 1.0 hours) not working to/from Caplin & Drysdale's offices at 375 Park Ave., NYC. | 0.50 | $ 650.00 | $ 325.00 |
| | | Total Non Working Travel | 0.50 | | $ 325.00 |
| **Plan and Disclosure Statement** | | | | | |
| 02-Jul-12 | JS | Calls (2) with Inselbuch regarding financial proposals. | 0.30 | $ 650.00 | $ 195.00 |
| 02-Jul-12 | JS | Calls (2) with Radecki regarding Grace financial proposals. | 0.20 | $ 650.00 | $ 130.00 |
| 02-Jul-12 | JS | Call with O'Connell regarding Grace financial proposals. | 0.20 | $ 650.00 | $ 130.00 |
| 03-Jul-12 | JS | Review documents regarding financial proposals in preparation for conference call on 7/10/2012 with Grace and Blackstone. | 2.60 | $ 650.00 | $ 1,690.00 |
| 05-Jul-12 | JS | Review, analyze financial proposal in preparation for conference call with Grace and Blackstone on 7/10/12. | 1.80 | $ 650.00 | $ 1,170.00 |
| 05-Jul-12 | PC | Review term sheet for proposed transaction for due diligence. | 0.50 | $ 360.00 | $ 180.00 |
| 10-Jul-12 | BR | Consideration of certain issues at request of counsel to the ACC. | 1.80 | $ 650.00 | $ 1,170.00 |
| 10-Jul-12 | JS | Review memorandum from Blackstone regarding financial proposal in preparation for conference call with Grace and Blackstone on 7/10/2012. | 2.30 | $ 650.00 | $ 1,495.00 |
| 10-Jul-12 | JS | Call with Radecki regarding the financial proposal. | 0.20 | $ 650.00 | $ 130.00 |
| 10-Jul-12 | PC | Review proposed transaction discussion materials in preparation for conference call. | 1.10 | $ 360.00 | $ 396.00 |
| 11-Jul-12 | JS | Review, analyze memorandum from ACC counsel (Inselbuch) regarding financial proposal. | 0.20 | $ 650.00 | $ 130.00 |
| 11-Jul-12 | JS | Call with Inselbuch to discuss financial proposal. | 0.20 | $ 650.00 | $ 130.00 |
| 11-Jul-12 | JS | Write memorandum to ACC counsel (Inselbuch) regarding financial proposal. | 0.30 | $ 650.00 | $ 195.00 |
| 11-Jul-12 | DS | Review discussion sheet provided by Blackstone in preparation for call with Blackstone and creditor committees. | 0.30 | $ 300.00 | $ 90.00 |
| 11-Jul-12 | DS | Call with Blackstone and creditor committees regarding financial proposal. | 1.30 | $ 300.00 | $ 390.00 |
| 16-Jul-12 | BR | Consideration of alternatives relating to financial proposal from WR Grace. | 1.50 | $ 650.00 | $ 975.00 |
| 16-Jul-12 | JS | Call with Radecki to discuss financial proposal. | 0.20 | $ 650.00 | $ 130.00 |
| 16-Jul-12 | JS | Call with Inselbuch to discuss financial proposal. | 0.10 | $ 650.00 | $ 65.00 |
| 17-Jul-12 | BR | Review of counter-proposal revisions offered by J Sinclair. | 0.10 | $ 650.00 | $ 65.00 |
| 17-Jul-12 | JS | Meeting at Caplin & Drysdale with Inselbuch, Frankel, Wyron and Radecki regarding financial proposal for settlement. | 1.20 | $ 650.00 | $ 780.00 |
| 17-Jul-12 | JS | Follow-up meeting with Inselbuch regarding financial proposal for settlement. | 0.40 | $ 650.00 | $ 260.00 |
| 17-Jul-12 | JS | Review for comment draft of memorandum to Blackstone from ACC and FCR regarding financial proposal. | 0.70 | $ 650.00 | $ 455.00 |
| 23-Jul-12 | PC | Review counterproposal for transaction for due diligence. | 0.60 | $ 360.00 | $ 216.00 |
| 24-Jul-12 | BR | Review of ACC/FCR counterproposal in negotiations with Grace. | 0.20 | $ 650.00 | $ 130.00 |
| | | Total Plan and Disclosure Agreement | 18.30 | | $ 10,697.00 |
| | | **TOTAL** | 48.60 | | $ 26,511.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period July 1, 2012 through July 31, 2012
Summary of Professional Hours by Staff

| Professsional Staff | Hours | Rate | Amount |
|---|---|---|---|
| Bradley Rapp - Senior Managing Director | 10.80 | $ 650.00 | $ 7,020.00 |
| James Sinclair - Senior Managing Director | 20.70 | $ 650.00 | $ 13,455.00 |
| Peter Cramp - Associate | 14.00 | $ 360.00 | $ 5,040.00 |
| Gibbons Sinclair - Associate | 1.10 | $ 360.00 | $ 396.00 |
| Duncan Sinclair - Associate | 2.00 | $ 300.00 | $ 600.00 |
| Total Professional Hours and Fees | 48.60 | | $ 26,511.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Summary of Expenses Incurred - July 1, 2012 through July 31, 2012

| Date | Description of Item | Amount |
|------|---------------------|--------|
|      | No Expenses During this Period. |   |
|      | Total Expenses July 1, 2012 through July 31, 2012 | $0.00 |