**EXHIBIT B**

**SUMMARY OF PRINCIPAL SERVICES RENDERED FOR THE PERIOD
APRIL 1, 2012 THROUGH JUNE 30, 2012**

1. **Case Administration – 15537 – 5 hours ($1,075.00)**

This matter covers the attention given to routine motions and pleadings, and preparation of responses thereto, the preparation of summaries and analyses of such papers for the PD Committee, and conference calls/meetings with the major creditor constituencies and the Debtors.

The Applicant's focus on the administration of these consolidated cases during the Application Period continued to permit the PD Committee to remain fully informed about all on-going matters pending in these consolidated cases.

During the Application Period, the Applicant spent time tracking and researching developments that implicate property damage claims specifically and asbestos issues generally.

2. **Applicant's Fee Applications – 15543 – 7.70 hours ($2,089.50)**

This matter covers time expended preparing monthly and quarterly fee applications for the Applicant. During the Application Period, the Applicant expended time preparing, drafting and filing its monthly fee applications, and interim quarterly fee application.

3. **Hearings – 15544 – 9.60 hours ($4,722.50)**

This matter covers preparation for and attendance at hearings. During the Application Period, the Applicant prepared for and attended the May 8th hearing before the District Court on Garlock's motion reconsideration.

7. **Debtors' Business Operations – 15538 –3.40 hours ($1,960.00)**

During the Application Period, the Applicant reviewed and conducted research regarding Project Capricorn and background, reviewed the Debtors' motion regarding its long-term incentive plan, and participated in a call regarding its operating plan.

8.  **Claims Analysis, Objection/Resolution – 15545 –1.6 hours ($754.00)**

During the Application Period, the Applicant reviewed the motion for approval of the Libby settlement and the objection from the State of Montana to same.

9.  **Plan and Disclosure - 15554 - 18.50 hours ($10,200.00)**

During the Application Period, the Applicant attended to emails with PD Committee members regarding plan confirmation questions and appeals. In addition, the Applicant prepared a detailed memorandum to the PD Committee summarizing recent events in the case after review of the status report letter to the 3rd Circuit submitted by the Debtors and the order on confirmation appeals by Judge Buckwalter. The Applicant further reviewed and analyzed the Owens Corning decision from the 3rd Circuit and the motion for reconsideration based on such decision filed by Anderson Memorial.

10. **Travel - 15546 - 17 hours ($4,675.00)**

The Applicant traveled to attend hearings scheduled before the District Court in Philadelphia. In accordance with Local Rule 2016-2(d)(viii), all such time is being billed at fifty percent (50%) of regular hourly rates, to the extent work was not being performed en route.