## EXHIBIT C

# Bilzin Sumberg

May 31, 2012

WR Grace-The Official Committee of Property Damage Claimants

Invoice #  213808

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
    THROUGH April 30, 2012

### CLIENT SUMMARY

**BALANCE AS OF- 04/30/12**

| MATTERS | TIME | COSTS | TOTAL |
|---------|-----:|------:|------:|
| **.15537 -** 01- Case Administration | $322.50 | $135.86 | $458.36 |
| **.15543 -** 07 - Applicant's Fee Application | $293.50 | $0.00 | $293.50 |
| **.15544 -** 08 - Hearings | $1,963.00 | $0.00 | $1,963.00 |
| **.15546 -** 10 - Travel | $797.50 | $0.00 | $797.50 |
| **.15554 -** 18 - Plan & Disclosure Statement | $990.00 | $0.00 | $990.00 |
| *Client Total* | *$4,366.50* | *$135.86* | *$4,502.36* |

### CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 7.70 | $446.43 | $3,437.50 |
| Snyder, Jeffrey I | 0.20 | $410.00 | $82.00 |
| Flores, Luisa M | 1.50 | $235.00 | $352.50 |
| Varela, Ana Carolina | 2.30 | $215.00 | $494.50 |

**TOTAL PROFESSIONAL FEES THIS PERIOD**          **$4,366.50**

### CLIENT SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Long Distance Telephone | $1.52 |
| Long Distance Telephone-Outside Services | $127.00 |
| Pacer - Online Services | $6.64 |
| Copies | $0.70 |
| **TOTAL COSTS ADVANCED THIS PERIOD** | **$135.86** |

**TOTAL BALANCE DUE THIS PERIOD**          **$4,502.36**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15537**

RE: 01- Case Administration

| | | | | |
|---|---|---|---|---|
| 04/02/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 04/03/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 04/04/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 04/05/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 04/06/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 04/09/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 04/10/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 04/11/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 04/12/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 04/13/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 04/16/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 04/17/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 04/18/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 04/26/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |
| 04/30/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity and email Jay M. Sakalo thereon. |

PROFESSIONAL SERVICES                                                                    $322.50

COSTS ADVANCED

| | | |
|---|---|---|
| 03/01/12 | Long Distance Telephone-Outside Services COURTCALL #4783978 - VENDOR: DINERS CLUB; INVOICE#: 02-24/12-03-23/12; DATE: 3/23/2012  -  Acct. #5306220025395504 | 30.00 |
| 03/01/12 | Long Distance Telephone-Outside Services COURTCALL #4783954 - VENDOR: DINERS CLUB; INVOICE#: 02-24/12-03-23/12; DATE: 3/23/2012  -  Acct. #5306220025395504 | 30.00 |
| 03/01/12 | Long Distance Telephone-Outside Services COURTCALL #4783850 - VENDOR: DINERS CLUB; INVOICE#: 02-24/12-03-23/12; DATE: 3/23/2012  -  Acct. #5306220025395504 | 30.00 |
| 03/01/12 | Long Distance Telephone-Outside Services COURTCALL #4783807 - VENDOR: DINERS CLUB; INVOICE#: 02-24/12-03-23/12; DATE: 3/23/2012  -  Acct. #5306220025395504 | 37.00 |
| 03/31/12 | Pacer - Online Services Period 01/01/12 - 03/12/12 | 6.64 |
| 04/13/12 | Long Distance Telephone (312)861-2026; 1 Mins. | 0.76 |
| 04/16/12 | Long Distance Telephone (312)861-2026; 1 Mins. | 0.76 |
| 04/02/12 | Copies 7 pgs @ 0.10/pg | 0.70 |

TOTAL COSTS ADVANCED                                                                    $135.86

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Varela, Ana Carolina | 1.50 | $215.00 | $322.50 |
| *TOTAL* | *1.50* | | *$322.50* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Long Distance Telephone | $1.52 |
| Long Distance Telephone-Outside Services | $127.00 |
| Pacer - Online Services | $6.64 |
| Copies | $0.70 |
| *TOTAL* | *$135.86* |

CURRENT BALANCE DUE THIS MATTER                                                $458.36

**Atty – SLB**
**Client No.: 74817/15543**

RE: 07 - Applicant's Fee Application

| | | | | |
|---|---|---|---|---|
| 04/02/12 | LMF | 0.90 | 211.50 | Attend to preparing and submitting notice and summary of fees for February to local counsel for filing and service of same. |
| 04/09/12 | JIS | 0.20 | 82.00 | Review and revise March prebill. |

PROFESSIONAL SERVICES $293.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Snyder, Jeffrey I | 0.20 | $410.00 | $82.00 |
| Flores, Luisa M | 0.90 | $235.00 | $211.50 |
| *TOTAL* | *1.10* | | *$293.50* |

CURRENT BALANCE DUE THIS MATTER $293.50

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15544**

RE: 08 - Hearings

| 04/19/12 | LMF | 0.60 | 141.00 | Emails with attorney regarding attendance at hearing and confirm cancellation of same. |
| 04/27/12 | JMS | 0.40 | 220.00 | Review docket for 5/1 hearing and meet with C. Varela regarding documents needed. |
| 04/30/12 | JMS | 2.60 | 1,430.00 | Prepare for hearing on Garlock motions. |
| 04/30/12 | ACV | 0.80 | 172.00 | Prepare e-binder for Jay M. Sakalo in preparation for 5/1 hearing (.6); assist J. Sakalo with preparation regarding Garlock motions (.2). |

PROFESSIONAL SERVICES                                                    $1,963.00

MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 3.00 | $550.00 | $1,650.00 |
| Flores, Luisa M | 0.60 | $235.00 | $141.00 |
| Varela, Ana Carolina | 0.80 | $215.00 | $172.00 |
| *TOTAL* | *4.40* | | *$1,963.00* |

CURRENT BALANCE DUE THIS MATTER                                          $1,963.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15546**

RE: **10 - Travel**

04/30/12    JMS    2.90    797.50    Non working travel to Philadelphia.

**PROFESSIONAL SERVICES**                                                $797.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 2.90 | $275.00 | $797.50 |
| *TOTAL* | *2.90* | | *$797.50* |

**CURRENT BALANCE DUE THIS MATTER**                                      $797.50

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15554**

**RE: 18 - Plan & Disclosure Statement**

| | | | | |
|---|---|---|---|---|
| 04/02/12 | JMS | 1.50 | 825.00 | Review Notice of Appeal filed by Canada (.2); review status report letter to 3rd Circuit submitted by Debtors and underlying orders referenced therein (1.3). |
| 04/11/12 | JMS | 0.30 | 165.00 | Review order from Judge Buckwalter regarding confirmation appeals. |

**PROFESSIONAL SERVICES**                                                                                          $990.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 1.80 | $550.00 | $990.00 |
| *TOTAL* | *1.80* | | *$990.00* |

**CURRENT BALANCE DUE THIS MATTER**                                                                     $990.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP



June 14, 2012

WR Grace-The Official Committee of Property Damage Claimants

Invoice #  214878

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
THROUGH May 31, 2012

### CLIENT SUMMARY

BALANCE AS OF- 05/31/12

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| **.15537 -** 01- Case Administration | $279.50 | $1,926.56 | $2,206.06 |
| **.15538 -** 02 - Debtors' Business Operations | $1,155.00 | $0.00 | $1,155.00 |
| **.15543 -** 07 - Applicant's Fee Application | $1,262.00 | $0.00 | $1,262.00 |
| **.15544 -** 08 - Hearings | $2,759.50 | $0.00 | $2,759.50 |
| **.15545 -** 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) | $754.00 | $0.00 | $754.00 |
| **.15546 -** 10 - Travel | $3,877.50 | $0.00 | $3,877.50 |
| **.15554 -** 18 - Plan & Disclosure Statement | $4,113.00 | $0.00 | $4,113.00 |
| *Client Total* | *$14,200.50* | *$1,926.56* | *$16,127.06* |

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---|---|---|
| TIMEKEEPER | HOURS | RATE | AMOUNT |
| Sakalo, Jay M | 29.70 | $419.44 | $12,457.50 |
| Snyder, Jeffrey I | 0.90 | $410.00 | $369.00 |
| Flores, Luisa M | 4.20 | $235.00 | $987.00 |
| Varela, Ana Carolina | 1.80 | $215.00 | $387.00 |

**TOTAL PROFESSIONAL FEES THIS PERIOD**  $14,200.50

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---|
| Airfare | $987.60 |
| Fares, Mileage, Parking | $86.15 |
| Long Distance Telephone | $20.52 |
| Lodging | $620.34 |
| Meals | $122.55 |
| Parking | $59.00 |
| Travel Expenses | $10.00 |
| Copies | $20.40 |
| **TOTAL COSTS ADVANCED THIS PERIOD** | **$1,926.56** |

**TOTAL BALANCE DUE THIS PERIOD**  $16,127.06

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15537

**RE: 01- Case Administration**

| 05/01/12 | ACV | 0.10 | 21.50 | Email from J. Sakalo regarding document and reply to same. |
| 05/10/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity in connection with bankruptcy case and appeal, and email Jay M. Sakalo thereon. |
| 05/11/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity in connection with bankruptcy and district court cases and email Jay M. Sakalo thereon. |
| 05/15/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity in connection with case nos. 01-01139 and 11-00199 and email Jay Sakalo thereon. |
| 05/17/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity in connection with bankruptcy and district court proceedings and email Jay Sakalo thereon. |
| 05/18/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity in connection with bankruptcy and district court cases and email Jay Sakalo thereon. |
| 05/21/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity in connection with bankruptcy and district court cases and email Jay Sakalo thereon. |
| 05/22/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity in connection with bankruptcy and district court proceedings and email Jay Sakalo thereon. |
| 05/23/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity in connection with bankruptcy and district court proceedings and email Jay Sakalo thereon. |
| 05/24/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity in connection with district and bankruptcy court proceedings and email Jay Sakalo thereon. |
| 05/29/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity in connection with bankruptcy and district court cases and email Jay Sakalo thereon. |
| 05/30/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity in connection with bankruptcy and district court proceedings and email Jay Sakalo thereon. |
| 05/31/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity in connection with bankruptcy and district court proceedings and email Jay Sakalo thereon. |

PROFESSIONAL SERVICES                                                                                    $279.50

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**COSTS ADVANCED**

| | | |
|---|---|---|
| 03/08/12 | Meals Travel to Philadelphia - VENDOR: JAY M. SAKALO; INVOICE#: JMS-05/07/12; DATE: 5/7/2012  -  Client - 15537 | 3.65 |
| 04/30/12 | Meals Travel to Philadelphia - VENDOR: JAY M. SAKALO; INVOICE#: JMS-05/01/12; DATE: 5/1/2012  -  Clients | 8.33 |
| 04/30/12 | Meals Travel to Philadelphia - VENDOR: JAY M. SAKALO; INVOICE#: JMS-05/01/12; DATE: 5/1/2012  -  Clients | 23.30 |
| 04/30/12 | Airfare Travel to Philadelphia - VENDOR: AMERICAN EXPRESS; INVOICE#: 03/29/12-04/26/12; DATE: 4/26/2012  -  Acct. #3787-509044-01001 | 987.60 |
| 05/01/12 | Lodging Travel to Philadelphia - VENDOR: JAY M. SAKALO; INVOICE#: JMS-05/01/12; DATE: 5/1/2012  -  Clients | 237.88 |
| 05/01/12 | Fares, Mileage, Parking Cab fares - Travel to Philadelphia - VENDOR: JAY M. SAKALO; INVOICE#: JMS-05/01/12; DATE: 5/1/2012  -  Clients | 39.00 |
| 05/01/12 | Parking Airport parking - Travel to Philadelphia - VENDOR: JAY M. SAKALO; INVOICE#: JMS-05/01/12; DATE: 5/1/2012  -  Clients | 25.00 |
| 05/03/12 | Long Distance Telephone (973)451-8488; 2 Mins. | 1.52 |
| 05/07/12 | Long Distance Telephone (267)299-7369; 1 Mins. | 0.76 |
| 05/07/12 | Fares, Mileage, Parking Cab fares - travel to Philadelphia - VENDOR: JAY M. SAKALO; INVOICE#: JMS-05/07/12; DATE: 5/7/2012  -  Client - 15537 | 6.90 |
| 05/07/12 | Fares, Mileage, Parking Cab fares - travel to Philadelphia - VENDOR: JAY M. SAKALO; INVOICE#: JMS-05/07/12; DATE: 5/7/2012  -  Client - 15537 | 40.25 |
| 05/07/12 | Meals Travel to Philadelphia - VENDOR: JAY M. SAKALO; INVOICE#: JMS-05/07/12; DATE: 5/7/2012  -  Client - 15537 | 2.49 |
| 05/07/12 | Travel Expenses Check baggage fee - Travel to Philadelphia - VENDOR: JAY M. SAKALO; INVOICE#: JMS-05/07/12; DATE: 5/7/2012  -  Client - 15537 | 10.00 |
| 05/07/12 | Lodging Travel to Philadelphia - VENDOR: JAY M. SAKALO; INVOICE#: JMS-05/07/12; DATE: 5/7/2012  -  Client - 15537 | 382.46 |
| 05/07/12 | Parking Airport parking - Travel to Philadelphia - VENDOR: JAY M. SAKALO; INVOICE#: JMS-05/07/12; DATE: 5/7/2012  -  Client - 15537 | 34.00 |
| 05/07/12 | Meals Travel to Philadelphia - VENDOR: JAY M. SAKALO; INVOICE#: JMS-05/07/12; DATE: 5/7/2012  -  Client - 15537 | 76.37 |
| 05/08/12 | Meals Travel to Philadelphia - VENDOR: JAY M. SAKALO; INVOICE#: JMS-05/07/12; DATE: 5/7/2012  -  Client - 15537 | 8.41 |
| 05/09/12 | Long Distance Telephone (512)476-4394; 24 Mins. | 18.24 |
| 05/03/12 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 05/03/12 | Copies 80 pgs @ 0.10/pg | 8.00 |



| | | |
|---|---|---|
| 05/03/12 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 05/03/12 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 05/03/12 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 05/04/12 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 05/04/12 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 05/07/12 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 05/08/12 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 05/10/12 | Copies 53 pgs @ 0.10/pg | 5.30 |
| 05/15/12 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 05/15/12 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 05/15/12 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 05/31/12 | Copies 18 pgs @ 0.10/pg | 1.80 |

**TOTAL COSTS ADVANCED**                                                    $1,926.56

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Varela, Ana Carolina | 1.30 | $215.00 | $279.50 |
| *TOTAL* | *1.30* | | *$279.50* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Airfare | $987.60 |
| Fares, Mileage, Parking | $86.15 |
| Long Distance Telephone | $20.52 |
| Lodging | $620.34 |
| Meals | $122.55 |
| Parking | $59.00 |
| Travel Expenses | $10.00 |
| Copies | $20.40 |
| *TOTAL* | *$1,926.56* |

**CURRENT BALANCE DUE THIS MATTER**                                         $2,206.06

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15538**

**RE: 02 - Debtors' Business Operations**

| 05/09/12 | JMS | 1.30 | 715.00 | Prepare for and participate in annual operating plan call. |
| 05/10/12 | JMS | 0.80 | 440.00 | Review draft LTIP motion. |

**PROFESSIONAL SERVICES** $1,155.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 2.10 | $550.00 | $1,155.00 |
| *TOTAL* | *2.10* | | *$1,155.00* |

**CURRENT BALANCE DUE THIS MATTER** $1,155.00

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15543**

RE:  07 - Applicant's Fee Application

| 05/02/12 | LMF | 0.70 | 164.50 | Obtain finalized statement for March and prepare and submit to local counsel statement, notice of filing and summary for same. |
| 05/03/12 | LMF | 1.20 | 282.00 | Begin preparation of quarterly fee application. |
| 05/04/12 | LMF | 0.40 | 94.00 | Continue working on exhibits to quarterly fee application. |
| 05/07/12 | LMF | 0.70 | 164.50 | Complete quarterly fee application. |
| 05/14/12 | LMF | 0.10 | 23.50 | Email for follow up on quarterly application. |
| 05/14/12 | JIS | 0.80 | 328.00 | Review and revise 44th quarterly fee application (0.5); review and revise April 2012 prebill (0.3). |
| 05/15/12 | LMF | 0.70 | 164.50 | Meet with J. Snyder regarding monthly statement edits, finalize and submit quarterly application for fees. |
| 05/15/12 | JIS | 0.10 | 41.00 | Follow up conference with L. Flores regarding April prebill. |

PROFESSIONAL SERVICES                                                          $1,262.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Snyder, Jeffrey I | 0.90 | $410.00 | $369.00 |
| Flores, Luisa M | 3.80 | $235.00 | $893.00 |
| *TOTAL* | *4.70* | | *$1,262.00* |

CURRENT BALANCE DUE THIS MATTER                                              $1,262.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15544**

RE: 08 - Hearings

| | | | | |
|---|---|---|---|---|
| 05/01/12 | JMS | 1.10 | 605.00 | Final preparation for Grace hearing. |
| 05/07/12 | ACV | 0.10 | 21.50 | Contact Judge Buckwalter's Courtroom Deputy regarding 5/8 hearing. |
| 05/08/12 | JMS | 3.50 | 1,925.00 | Attend hearing on Garlock's motion for reconsideration. |
| 05/08/12 | ACV | 0.20 | 43.00 | Email Jay M. Sakalo regarding hearing (.1); review and analyze docket activity and email Jay M. Sakalo thereon (.1). |
| 05/18/12 | JMS | 0.20 | 110.00 | Email to Committee regarding hearing agenda. |
| 05/21/12 | JMS | 0.10 | 55.00 | Email to Committee regarding hearing cancellation. |

PROFESSIONAL SERVICES                                                    $2,759.50

MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 4.90 | $550.00 | $2,695.00 |
| Varela, Ana Carolina | 0.30 | $215.00 | $64.50 |
| *TOTAL* | *5.20* | | *$2,759.50* |

CURRENT BALANCE DUE THIS MATTER                                          $2,759.50

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15545**

**RE:  09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)**

| | | | | |
|---|---|---|---|---|
| 04/24/12 | LMF | 0.40 | 94.00 | Begin review and analysis of motion regarding Libby settlement. |
| 05/05/12 | JMS | 0.40 | 220.00 | Review State of Montana's limited objection to Libby settlement. |
| 05/15/12 | JMS | 0.20 | 110.00 | Review objection to Fair Haven claim for interest. |
| 05/23/12 | JMS | 0.60 | 330.00 | Review Garlock's motion to supplement record on appeal for access to 2019 statements. |

**PROFESSIONAL SERVICES**                                                    $754.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 1.20 | $550.00 | $660.00 |
| Flores, Luisa M | 0.40 | $235.00 | $94.00 |
| *TOTAL* | *1.60* | | *$754.00* |

**CURRENT BALANCE DUE THIS MATTER**                                          $754.00

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15546**

RE: **10 - Travel**

| | | | | |
|---|---|---|---|---|
| 05/01/12 | JMS | 4.90 | 1,347.50 | Non-working return travel to Miami. |
| 05/07/12 | JMS | 4.70 | 1,292.50 | Non-working travel to Philadelphia to attend hearing. |
| 05/08/12 | JMS | 4.50 | 1,237.50 | Return to Miami. |

PROFESSIONAL SERVICES $3,877.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 14.10 | $275.00 | $3,877.50 |
| *TOTAL* | *14.10* | | *$3,877.50* |

CURRENT BALANCE DUE THIS MATTER $3,877.50

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15554**

RE:  18 - Plan & Disclosure Statement

| | | | | |
|---|---|---|---|---|
| 05/03/12 | JMS | 0.70 | 385.00 | Telephone conference with C. Plaza regarding timing of effective date and related issues. |
| 05/09/12 | JMS | 3.20 | 1,760.00 | Telephone conference with M. Dies regarding recap of Grace hearing (.6); lengthy memorandum to Committee summarizing recent events in case (2.6). |
| 05/09/12 | ACV | 0.20 | 43.00 | Analysis of status of appeals by insurers. |
| 05/14/12 | JMS | 0.30 | 165.00 | Email exchange with E. Westbrook regarding confirmation appeals. |
| 05/30/12 | JMS | 0.70 | 385.00 | Review Anderson's Rule 60(b) motion for reconsideration based upon Owens Corning decision. |
| 05/31/12 | JMS | 2.50 | 1,375.00 | Review and analysis of Owens Corning decision from 3rd Circuit in consideration of motion to amend filed by Anderson Memorial (1.6); telephone conference with M. Dies regarding confirmation issues (.9). |

PROFESSIONAL SERVICES                                                                    $4,113.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 7.40 | $550.00 | $4,070.00 |
| Varela, Ana Carolina | 0.20 | $215.00 | $43.00 |
| *TOTAL* | *7.60* | | *$4,113.00* |

CURRENT BALANCE DUE THIS MATTER                                                          $4,113.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP



July 19, 2012

WR Grace-The Official Committee of Property Damage Claimants

Invoice #  217243

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
        THROUGH June 30, 2012

### CLIENT SUMMARY

BALANCE AS OF- 06/30/12

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| .15537 - 01- Case Administration | $473.00 | $18.71 | $491.71 |
| .15538 - 02 - Debtors' Business Operations | $805.00 | $0.00 | $805.00 |
| .15539 - 03 - Creditors Committee | $0.00 | $0.00 | $0.00 |
| .15543 - 07 - Applicant's Fee Application | $534.00 | $0.00 | $534.00 |
| .15545 - 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) | $0.00 | $0.00 | $0.00 |
| .15554 - 18 - Plan & Disclosure Statement | $5,097.00 | $1,036.60 | $6,133.60 |
| *Client Total* | *$6,909.00* | *$1,055.31* | *$7,964.31* |

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---|---|---|
| TIMEKEEPER | HOURS | RATE | AMOUNT |
| Baena, Scott L | 1.40 | $700.00 | $980.00 |
| Sakalo, Jay M | 8.80 | $550.00 | $4,840.00 |
| Snyder, Jeffrey I | 0.70 | $410.00 | $287.00 |
| Flores, Luisa M | 1.40 | $235.00 | $329.00 |
| Varela, Ana Carolina | 2.20 | $215.00 | $473.00 |

**TOTAL PROFESSIONAL FEES THIS PERIOD**            *$6,909.00*

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---|
| Airfare | $987.60 |
| Long Distance Telephone | $0.76 |
| Postage | $13.05 |
| Travel Expenses | $49.00 |
| Copies | $4.90 |
| **TOTAL COSTS ADVANCED THIS PERIOD** | **$1,055.31** |

**TOTAL BALANCE DUE THIS PERIOD**            **$7,964.31**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15537**

RE:  01- Case Administration

| 06/04/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity in connection with bankruptcy and district court cases and email Jay Sakalo thereon. |
| 06/05/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity in connection with bankruptcy and district court proceedings and email J. Sakalo thereon. |
| 06/06/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity in connection with bankruptcy and district court proceedings and email J. Sakalo thereon. |
| 06/07/12 | ACV | 0.20 | 43.00 | Review 43rd Interim Period Fee and Expense Chart for J. Sakalo (.1); review and analyze docket activity and email J. Sakalo thereon (.1). |
| 06/07/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity in connection with bankruptcy and district court proceedings and email J. Sakalo thereon. |
| 06/08/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity in connection with bankruptcy and district court proceedings and email J. Sakalo thereon. |
| 06/11/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity in connection with bankruptcy and district court cases and email J. Sakalo thereon. |
| 06/13/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity in connection with bankruptcy and district court cases and email J. Sakalo thereon. |
| 06/14/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity in connection with bankruptcy and district court cases and email J. Sakalo thereon. |
| 06/14/12 | ACV | 0.30 | 64.50 | Attention to cancelation of hearing and email thereon (.2); review and analyze docket activity and email J. Sakalo thereon. |
| 06/15/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity in connection with case nos. 09-12390, 09-1315 and 09-1114 and email J. Sakalo thereon. |
| 06/18/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity in connection with bankruptcy and district court cases and email J. Sakalo thereon. |
| 06/21/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity in connection with district and bankruptcy court cases and email J. Sakalo thereon. |
| 06/22/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity in connection with district and bankruptcy court cases and email J. Sakalo thereon. |
| 06/25/12 | ACV | 0.20 | 43.00 | Review and analyze docket activity and obtain pleadings for J. Sakalo. |
| 06/27/12 | ACV | 0.10 | 21.50 | Review and analyze docket activity in connection with bankruptcy and district  court cases and email J. Sakalo thereon. |
| 06/29/12 | ACV | 0.20 | 43.00 | Review and analyze docket activity and obtain pleadings for J. Sakalo. |

PROFESSIONAL SERVICES                                                    $473.00

COSTS ADVANCED

| 06/14/12 | Long Distance Telephone (312)862-3120; 1 Mins. | 0.76 |
| 06/27/12 | Postage | 13.05 |
| 06/11/12 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 06/19/12 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/19/12 | Copies 28 pgs @ 0.10/pg | 2.80 |
| 06/19/12 | Copies 12 pgs @ 0.10/pg | 1.20 |

TOTAL COSTS ADVANCED                                                    $18.71

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 4

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Varela, Ana Carolina | 2.20 | $215.00 | $473.00 |
| *TOTAL* | **2.20** | | **$473.00** |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Long Distance Telephone | $0.76 |
| Postage | $13.05 |
| Copies | $4.90 |
| *TOTAL* | **$18.71** |

CURRENT BALANCE DUE THIS MATTER                                                     $491.71

**Atty – SLB**
**Client No.: 74817/15538**

**RE: 02 - Debtors' Business Operations**

| | | | | |
|---|---|---|---|---|
| 06/27/12 | SLB | 0.60 | 420.00 | Attention to summary of Project Capricorn and internet research concerning Rheoset (.6). |
| 06/27/12 | JMS | 0.70 | 385.00 | Review Project Capricorn background. |

**PROFESSIONAL SERVICES**                                                                 $805.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.60 | $700.00 | $420.00 |
| Sakalo, Jay M | 0.70 | $550.00 | $385.00 |
| *TOTAL* | *1.30* | | *$805.00* |

**CURRENT BALANCE DUE THIS MATTER**                                                       $805.00

  BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15539**

RE:  03 - Creditors Committee

PROFESSIONAL SERVICES                                                                      $0.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| *TOTAL* | *0* | | *$0.00* |

CURRENT BALANCE DUE THIS MATTER                                                    $0.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15543**

**RE: 07 - Applicant's Fee Application**

| 06/13/12 | LMF | 0.80 | 188.00 | Prepare summary and notice for April fees and submit to local counsel for filing and service. |
| 06/13/12 | JIS | 0.50 | 205.00 | Review and revise May 2012 prebill. |
| 06/25/12 | LMF | 0.60 | 141.00 | Prepare notice and summary for May fees and submit to local counsel for filing. |

**PROFESSIONAL SERVICES**                                                                                    $534.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Snyder, Jeffrey I | 0.50 | $410.00 | $205.00 |
| Flores, Luisa M | 1.40 | $235.00 | $329.00 |
| *TOTAL* | *1.90* | | *$534.00* |

**CURRENT BALANCE DUE THIS MATTER**                                                            $534.00

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 8

**Atty – SLB**
**Client No.: 74817/15545**

RE: 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)

PROFESSIONAL SERVICES                                                                    $0.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|------------|-------|------|--------|
| *TOTAL* | *0* | | *$0.00* |

CURRENT BALANCE DUE THIS MATTER                                                          $0.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15554**

**RE: 18 - Plan & Disclosure Statement**

| | | | | |
|---|---|---|---|---|
| 06/14/12 | SLB | 0.80 | 560.00 | Attention to Garlock papers and interoffice conference with J. Sakalo regarding memo to committee (.8). |
| 06/14/12 | JMS | 3.00 | 1,650.00 | Telephone conference with A. Paul regarding Debtors' position on appellate process (.3); review revised memorandum opinion on confirmation from Judge Buckwalter and draft substantive memo to committee thereon (2.7). |
| 06/19/12 | JMS | 1.20 | 660.00 | Review Plan Proponents' and PD FCR's response to Anderson's Rule 60(b) motion and analysis of same. |
| 06/19/12 | JIS | 0.20 | 82.00 | Conference with J. Sakalo regarding Andersen claims; effect of Third Circuit decision, contested matter re: bar date notice. |
| 06/26/12 | JMS | 2.20 | 1,210.00 | Review Garlock's motion for stay of confirmation order and motion to stay and preparation of memo to committee thereon. |
| 06/27/12 | JMS | 0.70 | 385.00 | Review order denying Garlock's emergency motion to stay. |
| 06/28/12 | JMS | 0.40 | 220.00 | Review order denying Garlock's motion for an emergency stay. |
| 06/29/12 | JMS | 0.60 | 330.00 | Review Anderson's reply in support of its Rule 60(b) motion. |

    PROFESSIONAL SERVICES      **$5,097.00**

COSTS ADVANCED

| | | |
|---|---|---|
| 05/01/12 | Travel Expenses Agency fee - Airfare changes to travel to Philadelphia - VENDOR: AMERICAN EXPRESS; INVOICE#: 5/28/12; DATE: 5/28/2012 - Acct. #3787-509044-01001 | 49.00 |
| 05/07/12 | Airfare Travel to Philadelphia - VENDOR: AMERICAN EXPRESS; INVOICE#: 5/28/12; DATE: 5/28/2012 - Acct. #3787-509044-01001 | 987.60 |

    TOTAL COSTS ADVANCED      **$1,036.60**

MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.80 | $700.00 | $560.00 |
| Sakalo, Jay M | 8.10 | $550.00 | $4,455.00 |
| Snyder, Jeffrey I | 0.20 | $410.00 | $82.00 |
| *TOTAL* | *9.10* | | *$5,097.00* |

MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Airfare | $987.60 |
| Travel Expenses | $49.00 |
| *TOTAL* | *$1,036.60* |

    CURRENT BALANCE DUE THIS MATTER      **$6,133.60**

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

MIAMI 3231792.1 74817/15537