**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | Objection Deadline: 9/24/2012; 4:00 PM ET |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR
FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS
AND HOLDERS OF DEMANDS FOR THE FORTY-EIGHTH MONTHLY
INTERIM PERIOD FROM AUGUST 1, 2012 THROUGH AUGUST 31, 2012**

Name of Applicant:                                    Alan B. Rich, Esq.

Authorized to Provide Services To:          Judge Alexander M. Sanders, Jr.,
                                                              Legal Representative for Future Asbestos-
                                                              Related Property Damage Claimants
                                                              and Holders of Demands

Date of Retention:                                   September 29, 2008 (*nunc pro tunc*)

Period for Which Compensation
and Reimbursement is Sought:               August 1, 2012 through August 31, 2012

Amount of Fees Sought as Actual
Reasonable and Necessary:                     $17,808.00   [80% of $22,260.00]

Amount of Expenses Sought as
Actual, Reasonable and Necessary:         $0.00


This is a(n):   ☒Monthly      ☐Interim      ☐Final Application

## PRIOR APPLICATIONS

| Date  Filed | Period  Covered | Requested  Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |

[1] At 80% of the total incurred.

| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
|---|---|---|---|---|---|
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | Paid | Paid |
| 5/3/2010 | 4/1/2010 to 4/30/2010 | $11,040.00 | $805.28 | Paid | Paid |
| 6/1/2010 | 5/1/2010 to 5/31/2010 | $5,808.00 | $44.00 | Paid | Paid |
| 7/1/2010 | 6/1/2010 to 6/30/2010 | $9,792.00 | $779.81 | Paid | Paid |
| 8/1/2010 | 7/1/2010 to 7/31/2010 | $7,824.00 | $208.00 | Paid | Paid |
| 9/1/2010 | 8/1/2010 to 8/31/2010 | $4,272.00 | $273.00 | Paid | Paid |
| 10/1/2010 | 9/1/2010 to 9/30/2010 | $6,672.00 | $30.00 | Paid | Paid |
| 11/1/2010 | 10/1/2010 to 10/31/2010 | $3,408.00 | $44.00 | Paid | Paid |
| 12/1/2010 | 11/1/2010 to 11/30/2010 | $6,012.00 | $0 | Paid | Paid |
| 1/3/2011 | 12/1/2010 to 12/31/2010 | $13,572.00 | $1,146.02 | Paid | Paid |
| 2/1/2011 | 1/1/2011 to 1/31/2011 | $13,416.00 | $1,247.19 | Paid | Paid |
| 3/1/2011 | 2/1/2011 to 2/28/2011 | $17,992.00 | $1,509.34 | Paid | Paid |
| 4/1/2011 | 3/1/2011 to 3/31/2011 | $10,660.00 | $201.00 | Paid | Paid |
| 5/2/2011 | 4/1/2011 to 4/30/2011 | $13,364.00 | $44.00 | Paid | Paid |
| 6/1/2011 | 5/1/2011 to 5/31/2011 | $22,932.00 | $243.05 | Paid | Paid |
| 7/1/2011 | 6/1/2011 to 6/30/2011 | $18,824.00 | $533.60 | Paid | Paid |
| 8/1/2011 | 7/1/2011 to 7/31/2011 | $10,088.00 | $0 | Paid | Paid |

| 9/1/2011 | 8/1/2011 to 8/31/2011 | $6,708.00 | $20.88 | Paid | Paid |
|---|---|---|---|---|---|
| 10/3/2011 | 9/1/2011 to 9/30/2011 | $6,500.00 | $0 | Paid | Paid |
| 11/1/2011 | 10/1/2011 to 10/31/2011 | $6,396.00 | $0 | Paid | Paid |
| 12/5/2011 | 11/1/2011 to 11/30/2011 | $6,084.00 | $0 | Paid | Paid |
| 1/3/2012 | 12/1/2011 to 12/31/2011 | $3,484.00 | $30.00 | Paid | Paid |
| 2/1/2012 | 1/1/2012 to 1/31/2012 | $8,372.00 | $0 | Paid | Paid |
| 3/5/2012 | 2/1/2012 to 2/29/2012 | $13,312.00 | $30.00 | Paid | Paid |
| 4/2/2012 | 3/1/2012 to 3/31/2012 | $8,060.00 | $0 | Paid | Paid |
| 5/3/2012 | 4/1/2012 to 4/30/2012 | $8,628.00 | $637.84 | Paid | Paid |
| 6/1/2012 | 5/1/2012 to 5/31/2012 | $18,460.00 | $1,613.72 | Paid | Paid |
| 7/2/2012 | 6/1/2012 to 6/30/2012 | $21,164.00 | $1,753.72 | Paid | Paid |
| 8/1/2012 | 7/1/2012 to 7/31/2012 | $22,400.00 | $565.23 | Paid | Paid |

Alan B. Rich is the only attorney providing services in this Fee Application period.  Mr. Rich has practiced law for 27 years, and his billing rate is $700 per hour.  In this Application period Mr. Rich billed 31.8 hours,[2] for a total amount billed of $22,260.00 of which 80% is currently sought, in the amount of $17,808.00.  Mr. Rich incurred no expenses during this Application period.  The total sought by the Application is $17,808.00.

---

[2] Travel Time, if any, is included in this figure at 50% of actual time.

As stated above, this is the Forty-Eighth application for monthly fees and expenses.  The time for preparation of this Application is approximately 1.5 hours, for which $1,050.00 will be requested in a future application.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 26.8 | $18,760.00 |
| Fee Application Matters | 5.0 | $3,500.00 |
| TOTAL | 31.8 | $22,260.00 |

## EXPENSE SUMMARY

| Description | Expense |
|---|---|
|  |  |
| TOTAL | $0.00 |

Detail of the fees and expenses billed is attached hereto as Exhibit A.

//

//

//

//

//

//

//

//

-5-

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____

Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Elm Street, Suite 4244
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER
M. SANDERS, JR., LEGAL
REPRESENTATIVE FOR FUTURE
ASBESTOS-RELATED PROPERTY
DAMAGE CLAIMANTS AND HOLDERS
OF DEMANDS

**CERTIFICATE OF SERVICE**

I certify that on the 4th day of September, 2012, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*

4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (August, 2012)

### Client

**Judge Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands**

### Matter

*In re W. R. Grace*, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|------|--------------------|------|
| 8/1/2012 | Prepare, file and serve 47th Monthly Fee Application | 1.5 |
| 8/1/2012 | Review Wisler (MD Casualty) Appearance in 12-1402 | 0.1 |
| 8/1/2012 | Review Anderson Memorial Hosp Disclosure Statement | 0.1 |
| 8/1/2012 | Review Anderson Memorial Transcript Order Form | 0.1 |
| 8/1/2012 | Review Anderson Memorial Civil Information Statement | 0.1 |
| 8/1/2012 | Review Anderson Memorial Hospital's Concise Summary of the Case and attachments | 0.6 |
| 8/1/2012 | Review Speights (Anderson Memorial Hosp) Appearance in 12-2923 | 0.1 |
| 8/1/2012 | Review Loizides (Anderson Memorial Hosp) Appearance in 12-2923 | 0.1 |
| 8/1/2012 | Review Libby Transcript Order Form | 0.1 |
| 8/1/2012 | Review Libby Concise Case Summary | 0.3 |

| | | |
|---|---|---|
| 8/1/2012 | Review Libby Civil Information Statement | 0.1 |
| 8/1/2012 | Review Mumford (Libby Claimants) Appearance in 12-2966 | 0.1 |
| 8/1/2012 | Review Cohn (Libby Claimants) Appearance in 12-2966 | 0.1 |
| 8/1/2012 | Review Monthly Fee Application of Delaware counsel to Property Damage Committee | 0.1 |
| 8/1/2012 | Review Miscellaneous Pleadings received today | 0.2 |
| 8/1/2012 | Review Phillips (MD Casualty) Appearance in 12-1402 | 0.1 |
| 8/2/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 8/2/2012 | Review Monthly Fee Application of counsel to Property Damage Committee | 0.1 |
| 8/2/2012 | Review Certificates of No Objection to ZAI Special Counsel monthly fee applications | 0.1 |
| 8/2/2012 | Review Revised Monthly Fee Application of Delaware counsel to Property Damage Committee | 0.1 |
| 8/3/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 8/6/2012 | Prepare, file and serve 37th Monthly Fee Application of the PD FCR | 0.5 |
| 8/6/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 8/6/2012 | Emails to and from PD Trustee re status of Third Circuit ruling on Garlock stay motion | 0.1 |
| 8/7/2012 | Emails to and from client re billing issue | 0.1 |
| 8/7/2012 | Review Maryland Casualty Transcript Order Form in 12-1402 | 0.1 |
| 8/7/2012 | Review Maryland Casualty Civil Case Information Form in 12-1402 | 0.1 |
| 8/7/2012 | Review Maryland Casualty Concise Statement of the Case in 12-1402 | 0.2 |
| 8/7/2012 | Review Maryland Casualty Corporate Disclosure Statement in 12-1402 | 0.1 |

| | | |
|---|---|---|
| 8/7/2012 | Review Order of Third Circuit Denying Garlock Motion to Stay | 0.1 |
| 8/7/2012 | Email to client re Third Circuit Order denying Garlock Motion to Stay | 0.1 |
| 8/7/2012 | Email to PD Trustee re Third Circuit Order denying Garlock Motion to Stay | 0.1 |
| 8/7/2012 | Email to ZAI special counsel re Third Circuit Order denying Garlock Motion to Stay | 0.1 |
| 8/7/2012 | Email to Debtors' counsel re Third Circuit Order denying Garlock Motion to Stay | 0.1 |
| 8/7/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 8/8/2012 | Review Maryland Casualty Transcript Order Form in 12-2967 | 0.1 |
| 8/8/2012 | Review Maryland Casualty Concise Statement of the Case in 12-2967 | 0.2 |
| 8/8/2012 | Review Maryland Casualty Corporate Disclosure Statement in 12-2967 | 0.1 |
| 8/8/2012 | Review Monthly Fee Applications of Canadian ZAI Counsel | 0.3 |
| 8/8/2012 | Emails to and from Debtors' counsel re consummation of plan | 0.1 |
| 8/8/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 8/8/2012 | Email to Grace re Judge Sanders' 35th monthly fee application | 0.1 |
| 8/8/2012 | Review Case Docketing statement from Clerk in 12-3143 | 0.2 |
| 8/8/2012 | Review Order Consolidating 12-3143 | 0.1 |
| 8/9/2012 | Prepare and file Judge Sanders appearance in 12-3143 | 0.2 |
| 8/9/2012 | Letter from Third Circuit re appearances in 12-2904 | 0.1 |
| 8/9/2012 | Review Appearance of Frankel (PIFCR) in 12-3143 | 0.1 |
| 8/9/2012 | Review Appearance of Wyron (PIFCR) in 12-3143 | 0.1 |
| 8/9/2012 | Review Appearance of Phillips (PIFCR) in 12-3143 | 0.1 |
| 8/9/2012 | Review PI FCR's Disclosure Statement in 12-3143 | 0.1 |

| | | |
|---|---|---|
| 8/9/2012 | Review Miscellaneous Pleadings received today | 0.2 |
| 8/9/2012 | Review Debtors Quarterly post-confirmation operating report and emails re same | 0.5 |
| 8/9/2012 | Review Ward Appearance (Montana and Canada) in 12-2904 | 0.1 |
| 8/10/2012 | Telephone call from Debtors' counsel re plan consummation issues | 0.1 |
| 8/10/2012 | Review Appearance of Mangan (Canada and MT) in 12-2904 | 0.1 |
| 8/10/2012 | Review Compliance letter from Third Circuit re 12-2917 | 0.1 |
| 8/10/2012 | Review Main Street LLC Objection papers to PD settlement transfer | 1.0 |
| 8/10/2012 | Review Order of Third Circuit re consolidation and required filings in consolidated cases | 0.1 |
| 8/10/2012 | Conference with PD Trustee re status and pending matters | 0.5 |
| 8/10/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 8/13/2012 | Review Certificate of No Objection re Debtors' Motion to Retain Grant Thornton | 0.1 |
| 8/13/2012 | Review Appearance of Bentley (Equity Committee) in 12-3143 | 0.1 |
| 8/13/2012 | Review Appearance of Currier (Equity Committee) in 12-3143 | 0.1 |
| 8/13/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 8/13/2012 | Review Certification of Counsel re Weedsport NY Environmental Claim Settlement | 0.5 |
| 8/13/2012 | Review Notice of Hearing of Objection of Main Plaza to Transfer of PD claim | 0.1 |
| 8/13/2012 | Review Paul Appearance (WRG) in 12-2904 | 0.1 |
| 8/13/2012 | Review Fee Auditor's Report re 44th Quarterly Fee Applications | 0.4 |
| 8/14/2012 | Emails to and from PD Trustee re status | 0.1 |

| | | |
|---|---|---|
| 8/14/2012 | Review Monaco Appearance (Canada and MT) in 12-2904 | 0.1 |
| 8/14/2012 | Review Ward Appearance (Canada and MT) in 12-2904 | 0.1 |
| 8/14/2012 | Review Monaco Appearance (Canada and MT) in 12-3143 | 0.1 |
| 8/14/2012 | Review Ward Appearance (Canada and MT) in 12-3143 | 0.1 |
| 8/14/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 8/14/2012 | Review Modified Order re filing of Rule 2019 Statements | 0.4 |
| 8/14/2012 | Review Order approving retention of Grant Thornton | 0.2 |
| 8/14/2012 | Review Anderson Memorial Hospital's record designation and statement of issues on appeal re Amended Notice of appeal | 0.2 |
| 8/14/2012 | Review Order Authorizing Debtors' Entry into an Administrative Settlement Agreement and Order on Consent for Removal Action for the Weedsport, New York, Site | 0.6 |
| 8/14/2012 | Review Statement of Issues and Designation of Record on Appeal filed in Third Circuit by Appellant Anderson Memorial Hospital | 0.3 |
| 8/15/2012 | Review Corrected Order Authorizing Debtors' Entry Into an Administrative Settlement Agreement and Order on Consent for Removal Action for the Weedsport, New York, Site | 0.2 |
| 8/15/2012 | Review Miscellaneous Pleadings received today | 0.2 |
| 8/15/2012 | Review BNSF's Concise Statement of the Case in 12-2917 | 0.5 |
| 8/15/2012 | Review BNSF's Corporate Disclosure in 12-2917 | 0.1 |
| 8/15/2012 | Review BNSF's transcript request in 12-2917 | 0.1 |
| 8/15/2012 | Review BNSF's Civil Case Information Statement in 12-2917 | 0.1 |
| 8/15/2012 | Email from PI FCR counsel re quarterly operating statement | 0.1 |
| 8/15/2012 | Review Cordo Appearance (Travelers) in 12-3143 | 0.1 |
| 8/16/2012 | Review Ward Appearance (Canada and MT) in 12-2966 | 0.1 |

| | | |
|---|---|---|
| 8/16/2012 | Review Monaco Appearance (Canada and MT) in 12-2966 | 0.1 |
| 8/16/2012 | Review Monaco Appearance (Canada and MT) in 12-2967 | 0.1 |
| 8/16/2012 | Review Ward Appearance (Canada and MT) in 12-2967 | 0.1 |
| 8/16/2012 | Review Monaco Appearance (Canada and MT) in 12-3143 | 0.1 |
| 8/16/2012 | Review Ward Appearance (Canada and MT) in 12-3143 | 0.1 |
| 8/16/2012 | Review Monaco Appearance (Canada and MT) in 12-2917 | 0.1 |
| 8/16/2012 | Review Ward Appearance (Canada and MT) in 12-2917 | 0.1 |
| 8/16/2012 | Review Monaco Appearance (Canada and MT) in 12-2923 | 0.1 |
| 8/16/2012 | Review Ward Appearance (Canada and MT) in 12-2923 | 0.1 |
| 8/16/2012 | Review Monaco Appearance (Canada and MT) in 12-2924 | 0.1 |
| 8/16/2012 | Review Ward Appearance (Canada and MT) in 12-2924 | 0.1 |
| 8/16/2012 | Review Miscellaneous Pleadings received today | 0.2 |
| 8/16/2012 | Review Schafrick Appearance (Continental Casualty) in 12-3143 | 0.1 |
| 8/16/2012 | Review Giannotto Appearance (Continental Casualty) in 12-3143 | 0.1 |
| 8/16/2012 | Review Cohn Appearance (Libby) in 12-2917 | 0.1 |
| 8/16/2012 | Review Mumford Appearance (Libby) in 12-2917 | 0.1 |
| 8/17/2012 | Review Alcabedes Appearance (Travelers) in 12-3143 | 0.1 |
| 8/17/2012 | Review Frankel Appearance (Travelers) in 12-3143 | 0.1 |
| 8/17/2012 | Review Forshaw Appearance (Travelers) in 12-3143 | 0.1 |
| 8/17/2012 | Review DiChristofaro Appearance (CCC) in 12-1402 | 0.1 |
| 8/17/2012 | Review Agenda for August Omnibus hearing | 0.1 |
| 8/17/2012 | Email to Client re August Omnibus hearing | 0.1 |

| | | |
|---|---|---|
| 8/17/2012 | Review Fee Auditor's Report re Beveridge and Diamond's 44th Quarterly Fee Application | 0.2 |
| 8/17/2012 | Review Miscellaneous Pleadings received today | 0.2 |
| 8/17/2012 | Prepare, file and serve Fifteenth Quarterly Fee Application and Notice of Filing thereof | 1.5 |
| 8/17/2012 | Prepare, file and serve Fifteenth Quarterly Fee Application of the PD FCR and Notice of Filing thereof | 1.0 |
| 8/17/2012 | Review Quarterly Fee Applications of Canadian ZAI Claimants' Counsels | 0.3 |
| 8/20/2012 | Review Mangan Appearance (Canada and MT) in 12-3143 | 0.1 |
| 8/20/2012 | Review Mangan Appearance (Canada and MT) in 12-2967 | 0.1 |
| 8/20/2012 | Review Mangan Appearance (Canada and MT) in 12-2966 | 0.1 |
| 8/20/2012 | Review Mangan Appearance (Canada and MT) in 12-2924 | 0.1 |
| 8/20/2012 | Review Mangan Appearance (Canada and MT) in 12-2923 | 0.1 |
| 8/20/2012 | Review Mangan Appearance (Canada and MT) in 12-2917 | 0.1 |
| 8/20/2012 | Review Miscellaneous Pleadings received today | 0.2 |
| 8/21/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 8/21/2012 | Prepare, file and serve CNO for 47th Monthly Fee Application | 0.2 |
| 8/21/2012 | Review Corporate Disclosure Statement of ACC in 12-3143 | 0.1 |
| 8/21/2012 | Review Hurford Appearance (ACC) in 12-3143 | 0.1 |
| 8/22/2012 | Review Shimshak Appearance (Bank Lenders) in 12-2807 | 0.1 |
| 8/22/2012 | Review Shimshak Appearance (Bank Lenders) in 12-2904 | 0.1 |
| 8/22/2012 | Review Shimshak Appearance (Bank Lenders) in 12-2917 | 0.1 |
| 8/22/2012 | Review Shimshak Appearance (Bank Lenders) in 12-2923 | 0.1 |

| | | |
|---|---|---|
| 8/22/2012 | Review Shimshak Appearance (Bank Lenders) in 12-3143 | 0.1 |
| 8/22/2012 | Review Shimshak Appearance (Bank Lenders) in 12-2967 | 0.1 |
| 8/22/2012 | Review Shimshak Appearance (Bank Lenders) in 12-2966 | 0.1 |
| 8/22/2012 | Review Rosenberg Appearance (Bank Lenders) in 12-3143 | 0.1 |
| 8/22/2012 | Review Rosenberg Appearance (Bank Lenders) in 12-2967 | 0.1 |
| 8/22/2012 | Review Rosenberg Appearance (Bank Lenders) in 12-2966 | 0.1 |
| 8/22/2012 | Review Rosenberg Appearance (Bank Lenders) in 12-2923 | 0.1 |
| 8/22/2012 | Review Rosenberg Appearance (Bank Lenders) in 12-2917 | 0.1 |
| 8/22/2012 | Review Rosenberg Appearance (Bank Lenders) in 12-2904 | 0.1 |
| 8/22/2012 | Review Rosenberg Appearance (Bank Lenders) in 12-2807 | 0.1 |
| 8/22/2012 | Review Phillips Appearance (MD Casualty) in 12-2917 | 0.1 |
| 8/22/2012 | Review Phillips Appearance (MD Casualty) in 12-2966 | 0.1 |
| 8/22/2012 | Review Silverman Appearance (Bank Lenders) in 12-3143 | 0.1 |
| 8/22/2012 | Review Silverman Appearance (Bank Lenders) in 12-2967 | 0.1 |
| 8/22/2012 | Review Silverman Appearance (Bank Lenders) in 12-2966 | 0.1 |
| 8/22/2012 | Review Silverman Appearance (Bank Lenders) in 12-2923 | 0.1 |
| 8/22/2012 | Review Silverman Appearance (Bank Lenders) in 12-2917 | 0.1 |
| 8/22/2012 | Review Silverman Appearance (Bank Lenders) in 12-2904 | 0.1 |
| 8/22/2012 | Review Silverman Appearance (Bank Lenders) in 12-2807 | 0.1 |
| 8/22/2012 | Review O'Neill Appearance (WRG) in 12-3143 | 0.1 |
| 8/22/2012 | Review Paul Appearance (WRG) in 12-3143 | 0.1 |
| 8/22/2012 | Review Donley Appearance (WRG) in 12-3143 | 0.1 |

| | | |
|---|---|---|
| 8/22/2012 | Review Jones Appearance (WRG) in 12-3143 | 0.1 |
| 8/22/2012 | Review Makowski Appearance (WRG) in 12-3143 | 0.1 |
| 8/22/2012 | Review Higgins Appearance (WRG) in 12-3143 | 0.1 |
| 8/22/2012 | Review Green Appearance (Bank Lenders) in 12-2807 | 0.1 |
| 8/22/2012 | Review Green Appearance (Bank Lenders) in 12-2904 | 0.1 |
| 8/22/2012 | Review Green Appearance (Bank Lenders) in 12-2917 | 0.1 |
| 8/22/2012 | Review Green Appearance (Bank Lenders) in 12-2923 | 0.1 |
| 8/22/2012 | Review Green Appearance (Bank Lenders) in 12-2966 | 0.1 |
| 8/22/2012 | Review Green Appearance (Bank Lenders) in 12-2967 | 0.1 |
| 8/22/2012 | Review Green Appearance (Bank Lenders) in 12-3143 | 0.1 |
| 8/22/2012 | Review Wisler Appearance (MD Casualty) in 12-2966 | 0.1 |
| 8/22/2012 | Review Wisler Appearance (MD Casualty) in 12-2917 | 0.1 |
| 8/22/2012 | Review Phillips Appearance (Bank Lenders) in 12-2807 | 0.1 |
| 8/22/2012 | Review Phillips Appearance (Bank Lenders) in 12-1521 | 0.1 |
| 8/22/2012 | Review Phillips Appearance (Bank Lenders) in 12-2904 | 0.1 |
| 8/22/2012 | Review Phillips Appearance (Bank Lenders) in 12-2917 | 0.1 |
| 8/22/2012 | Review Phillips Appearance (Bank Lenders) in 12-2923 | 0.1 |
| 8/22/2012 | Review Phillips Appearance (Bank Lenders) in 12-2966 | 0.1 |
| 8/22/2012 | Review Phillips Appearance (Bank Lenders) in 12-2967 | 0.1 |
| 8/22/2012 | Review Cohen Appearance (Bank Lenders) in 12-2807 | 0.1 |
| 8/22/2012 | Review Cohen Appearance (Bank Lenders) in 12-2904 | 0.1 |
| 8/22/2012 | Review Cohen Appearance (Bank Lenders) in 12-2917 | 0.1 |

| | | |
|---|---|---|
| 8/22/2012 | Review Cohen Appearance (Bank Lenders) in 12-2923 | 0.1 |
| 8/22/2012 | Review Cohen Appearance (Bank Lenders) in 12-2966 | 0.1 |
| 8/22/2012 | Review Cohen Appearance (Bank Lenders) in 12-2967 | 0.1 |
| 8/22/2012 | Review Cohen Appearance (Bank Lenders) in 12-3143 | 0.1 |
| 8/22/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 8/22/2012 | Review Corporate Disclosure Statement of WRG in 12-3143 | 0.1 |
| 8/22/2012 | Review Cobb Appearance (Bank Lenders) in 12-3143 | 0.1 |
| 8/22/2012 | Review Cobb Appearance (Bank Lenders) in 12-2967 | 0.1 |
| 8/22/2012 | Review Cobb Appearance (Bank Lenders) in 12-2966 | 0.1 |
| 8/22/2012 | Review Cobb Appearance (Bank Lenders) in 12-2923 | 0.1 |
| 8/22/2012 | Review Cobb Appearance (Bank Lenders) in 12-2917 | 0.1 |
| 8/22/2012 | Review Cobb Appearance (Bank Lenders) in 12-2904 | 0.1 |
| 8/22/2012 | Review Cobb Appearance (Bank Lenders) in 12-2807 | 0.1 |
| 8/23/2012 | Review Miscellaneous Pleadings received today | 0.2 |
| 8/24/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 8/24/2012 | Review Esayian Appearance (WRG) in 12-3143 | 0.1 |
| 8/24/2012 | Review Withdraw of Appearance on behalf of Bank Lender Group in 12-2807 | 0.1 |
| 8/24/2012 | Review correspondence from Bank Lenders to Third Circuit re briefing schedule issues | 0.1 |
| 8/27/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 8/27/2012 | Prepare, file and serve CNO for PD FCR's 37th Monthly Fee Application | 0.2 |
| 8/27/2012 | Emails to and from Debtors' counsel re consummation of plan | 0.1 |

| | | |
|---|---|---|
| 8/28/2012 | Emails to and from ZAI Special counsel re status | 0.1 |
| 8/28/2012 | Review Miscellaneous Pleadings received today | 0.2 |
| 8/28/2012 | Review Fee Auditor Report re Brian Cave 41st and Final application | 0.1 |
| 8/29/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 8/29/2012 | Conference with John Donley re status | 0.1 |
| 8/30/2012 | Review Miscellaneous Pleadings received today | 0.2 |
| 8/30/2012 | Letter to Debtor re payment issues | 0.1 |
| 8/31/2012 | Review Miscellaneous Pleadings received today | 0.2 |
| 8/31/2012 | Review Monthly fee application of the Property Damage committee counsel | 0.1 |
| 8/31/2012 | Review Monthly Fee Applications of Canadian ZAI Counsel | 0.3 |
| 8/31/2012 | Review Landau Appearance (WRG) in 12-3143 | 0.1 |

Total:   31.8 hours @ $700/hour = $22,260.00

Expenses:   None

Total Fees and Expenses Due:  $22,260.00