# EXHIBIT "B"

### Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:(302) 575-1555     Fax:   (302) 575-1714

WR Grace PD Committee                               April 1, 2012   to   April 30, 2012

Inv #:          43659

RE:      WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|------|------|------|------|
| B14 | Case Administration - | 7.90 | 2,400.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 3.00 | 1,080.00 |
| B18 | Fee Applications, Others - | 1.10 | 210.00 |
| B25 | Fee Applications, Applicant - | 1.10 | 243.00 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 1.40 | 504.00 |
| B36 | Plan and Disclosure Statement - | 2.90 | 1,017.00 |
| B37 | Hearings - | 0.10 | 36.00 |
| B41 | Relief from Stay Litigation - | 0.40 | 144.00 |
| | **Total** | **17.90** | **$5,634.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|------|------|------|------|
| Lisa L. Coggins | 300.00 | 1.50 | 450.00 |
| Theodore J. Tacconelli | 360.00 | 12.40 | 4,464.00 |
| Regina M. Matozzo | 225.00 | 1.60 | 360.00 |
| Legal Assistant - KC | 150.00 | 2.40 | 360.00 |
| **Total** | | **17.90** | **$5,634.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                               **$165.16**

| Date | Description | Hours | Lawyer |
|------|-------------|-------|--------|
| Apr-01-12 | *Case Administration* - Review Fee Auditor's Final Report re: Baker McKenzie for 43rd Interim Period | 0.10 | TJT |
| Apr-02-12 | *Case Administration* - Review Amended and Restated 2019 Statement by David Law Firm | 0.10 | TJT |
| | *Fee Applications, Others* - Email to and from L. Flores re: status of Feb. 2012 fee application of Bilzin | 0.10 | KC |
| Apr-03-12 | *Fee Applications, Others* - Email from L. Flores with Feb. 2012 fee app for filing; download documents | 0.10 | KC |
| Apr-04-12 | *Case Administration* - Review notice of withdrawal of appearance; forward same to KC | 0.10 | LLC |
| | *Fee Applications, Others* - Review Bilzin Feb, 2012 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review Notice of Withdrawal of Appearance by D. Boll | 0.10 | TJT |
| Apr-05-12 | *Case Administration* - Review notice of appearance and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review Notice of Withdrawal of First Amended Administrative Claim by State of New York | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re: Lauzon Belanger for 43rd Interim Period | 0.10 | TJT |
| | *Fee Applications, Others* - Prepare Bilzin Feb. 2012 fee app for filing; efile and service of same | 0.30 | KC |
| Apr-09-12 | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Certificate of Counsel re: revised order re: Settlement with EPA re: High Point, NC | 0.20 | TJT |
| Apr-10-12 | *Case Administration* - Review Notice of Amended Appearance for R. Higgins | 0.10 | TJT |
| | *Case Administration* - Review of notice of address change, review and revise mailing lists accordingly | 0.20 | KC |
| | *Case Administration* - Review notice of withdrawal of appearance and review and revise service list accordingly | 0.20 | KC |
| Apr-11-12 | *Plan and Disclosure Statement* - Review Order Scheduling hearing on 2/1 in District Court | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Prepare correspondence to J. Sakalo re: 5/1 hearing in District Court | 0.20 | TJT |
| | *Case Administration* - Review memo from TJT re: holdback payments received; review invoices and update tracking chart re: same | 0.20 | KC |
| Apr-12-12 | *Claims Analysis Obj. & Res. (Non-Asb)* -Start reviewing Debtor's Motion to Approve Settlement with EPA re: Big Tex Stie with attachments | 0.50 | TJT |
| Apr-13-12 | *Case Administration* - Review amended agenda re: cancelled hearing for 4-23-2012 | 0.10 | LLC |
| | *Case Administration* - Confer with TJT re: Vandorr | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review order authorizing settlement with EPA re: High Point, NC | 0.50 | TJT |
| Apr-14-12 | *Case Administration* - Review Affidavit of M. Senn | 0.10 | TJT |
| | *Hearings* - Review Amended Agenda for 4/23 Hearing | 0.10 | TJT |
| Apr-16-12 | *Case Administration* - Review case management memo re: week ending 4-13-2012 | 0.10 | LLC |
| | *Case Administration* - Review Supplemental Affidavit of PSZY&J | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 4/13 | 0.10 | TJT |
| | *Case Administration* – Review dockets re: status of pending 3rd circuit, | 0.30 | RM |

| | | | |
|---|---|---|---|
| | district court and adversary proceedings, memos to TJT re: same | | |
| | *Case Administration*- Review main docket re: status for week ending 4/13/12; memo to TJT and LLC re: same | 0.40 | RM |
| | *Plan and Disclosure Statement*- Research transfer of insurance rights | 0.10 | RM |
| Apr-17-12 | *Case Administration* - Review notice of withdrawal of appearance and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review Daily Memos | 0.10 | TJT |
| | *Case Administration* - Retrieve forwarded notice of withdrawal of appearance, review 2002 service list for revisions to same | 0.10 | KC |
| Apr-18-12 | *Case Administration* - Review Debtor's Statement of amounts paid to OCP 0.10 | | TJT |
| Apr-19-12 | *Case Administration* - Review notice of substitution of counsel and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review Notice of Substitution of Counsel for BNSF0.10 | | TJT |
| | *Case Administration* - Review forwarded notice of substitution of counsel forwarded by LLC; review 2002 service list re: same | 0.10 | KC |
| | *Fee Applications, Applicant* - Review docket for objections to Feb. 2012 monthly fee application | 0.10 | KC |
| | *Fee Applications, Applicant* -  Draft certificate of no objection to Feb. 2012 monthly fee application; to LLC for review | 0.20 | KC |
| Apr-20-12 | *Fee Applications, Applicant* - Review certificate of no objection re: Feb. 2012 fee application for filing | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Non-Asb)*  -Review Debtor's Notice of Claim Settlement for Claim No. 9566 | 0.10 | TJT |
| | *Relief from Stay Litigation* - Review Certificate of Counsel re: Amended Stipulation with Intrawest with attachment | 0.20 | TJT |
| | *Fee Applications, Applicant* - Prepare certificate of no objection to Feb. 2012 monthly fee app for efiling, efile and service of same | 0.20 | KC |
| Apr-21-12 | *Case Administration* - Review Motion to Shorten Notice re: debtor's Motion to Approve Settlement with Libby/BNSF | 0.10 | TJT |
| | *Case Administration* - Start reviewing Debtor's Motion to Approve Settlement with Libby/BNSF | 0.80 | TJT |
| | *Relief from Stay Litigation* - Review Order approving Amended Stipulation with Intrawest | 0.10 | TJT |
| Apr-23-12 | *Case Administration* - Review case management memo re: week ending 4-20-2012 | 0.10 | LLC |
| | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review case status memo to  for Week ending 4/20 | 0.10 | TJT |
| | *Relief from Stay Litigation* - Review order approving Amended Stipulation with Intrawest with attachment | 0.10 | TJT |
| Apr-24-12 | *Case Administration* - Review weekly Memos | 0.10 | TJT |
| | *Case Administration* - Continue reviewing Debtor's Motion to Approve Settlement with Libby/BNSF with attachments | 1.40 | TJT |
| | *Committee, Creditors', Noteholders' or*  -Retrieve voice mail from committee member, teleconference with committee member re: status of confirmation and Libby/BNSF settlement motion | 0.40 | TJT |
| Apr-25-12 | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or*  -Review correspondence from committee member re: status of confirmation appeals | 0.10 | TJT |

Invoice #:      43659                  Page 4                          June 5, 2012

|  |  |  |  |
|---|---|---|---|
| | *Committee, Creditors', Noteholders' or* - Teleconference with committee member re: stats of confirmation appeals, Libby settlement and related issues | 0.70 | TJT |
| | *Committee, Creditors', Noteholders' or* -Review various plan related documents re: status of confirmation appeals | 1.00 | TJT |
| | *Committee, Creditors', Noteholders' or* -Prepare memo to committee member re: status of confirmation appeals | 0.80 | TJT |
| Apr-26-12 | *Case Administration* - Review notice of withdrawal of appearance and forward same to KC | 0.10 | LLC |
| | *Fee Applications, Others* - Review CNO re: Bilzin Feb. 2012 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review Debtor's 43rd Quarterly Report of Asset Sales | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Notice of Withdrawal of Claim Objection by Debtors re: claim no 150 by Illinois Dept of Revenue | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review letter from J. Donley to Circuit Court Clerk re: appeal 12-1402 | 0.10 | TJT |
| | *Fee Applications, Others* - Review docket for objections to Feb. 2012 monthly fee app of Bilzin | 0.10 | KC |
| | *Fee Applications, Others* - Prepare Bilzin CNO to Feb. 2012 monthly fee app; to LLC for review | 0.20 | KC |
| Apr-27-12 | *Case Administration* - Review notice of address change and forward same to KC | 0.10 | LLC |
| | *Fee Applications, Others* - Review CNO re: Bilzin Feb. 2012 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review Notice of Withdrawal of Appearance of counsel for Home Saving Termite Control | 0.10 | TJT |
| | *Case Administration* - Review Notice of Withdrawal of Document filed by Fee Auditor | 0.10 | TJT |
| Apr-28-12 | *Case Administration* - Review Notice of Change of Address for Garlington Lohn, et al. | 0.10 | TJT |
| | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| Apr-30-12 | *Case Administration* - Review case management memo re: week ending April 28, 2012 | 0.10 | LLC |
| | *Case Administration* - Review case status memo for week ending 4/28 | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review and revise Ferry, Joseph & Pearce March prebill, confer with K. Callahan re: same | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review Garlock motion and related pleadings re: 5/1 hearing in District Court, prepare for hearing | 2.30 | TJT |
| | *Case Administration* - Review forwarded notice of change of address; review 2002 service list re: same | 0.10 | KC |
| | *Fee Applications, Applicant* - Draft prebill invoice for March 2012 fee app; to TJT for review | 0.20 | KC |
| | *Case Administration*- Review main docket re: status for week ending 4/27/12; memo to TJT and LLC re: same | 0.40 | RM |
| | *Case Administration*- Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to TJT re: same | 0.40 | RM |

*Plan and Disclosure Statement*- Research transfer of insurance rights          0.10     RM
                                                              **TOTALS**     **17.9**

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| Apr-05-12 | Photocopy Cost | 2.80 |
| Apr-11-12 | Cost Advance -  First State Deliveries - hand delivery 3/26/12 | 7.50 |
| Apr-18-12 | Cost Advance - First State Deliveries - hand delivery 3/29/12 | 7.50 |
| Apr-20-12 | Photocopy Cost | 0.60 |
| | Cost Advance - Pacer Service Center - 1/1/12-3/31/12 (TJT) Account # FJ0093 | 40.08 |
| | Cost Advance - Pacer Service Center - 1/1/12-3/31/12 (RSM) Account # FJ0091 | 5.20 |
| Apr-23-12 | Cost Advance - Pacer Service Center - 1/1/12-3/31/12 (RM) Account # FJ0497 | 29.68 |
| | Cost Advance - First State Deliveries - hand delivery 4/5/12 | 7.50 |
| Apr-26-12 | Cost Advance - Digital Legal - copies/service  (Inv # 64814) | 55.50 |
| Apr-30-12 | Photocopy Cost | 1.30 |
| | Cost Advance - First State Deliveries - hand delivery 4/20/12 | 7.50 |
| | **Totals** | **$165.16** |

**Total Fees & Disbursements**                         **$5,799.16**

### *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:(302) 575-1555        Fax:   (302) 575-1714

WR Grace PD Committee                               May 1, 2012    to    May 31, 2012

Inv  #:            43952

**RE:**        WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|------|---|------|--------|
| B14 | Case Administration - | 12.50 | 3,174.50 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 2.10 | 756.00 |
| B18 | Fee Applications, Others - | 2.20 | 405.00 |
| B2 | Claims Analysis Obj. & Res. (Asbestos) | 0.90 | 324.00 |
| B25 | Fee Applications, Applicant - | 4.50 | 753.00 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 0.70 | 252.00 |
| B35 | Travel/Non-working - | 4.00 | 720.00 |
| B36 | Plan and Disclosure Statement - | 5.00 | 1,705.50 |
| B37 | Hearings - | 0.80 | 288.00 |
| | **Total** | **32.70** | **$8,378.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|------------|------|-------|--------|
| Lisa L. Coggins | 300.00 | 1.90 | 570.00 |
| Regina Matozzo | 225.00 | 3.10 | 697.50 |
| Theodore J. Tacconelli | 180.00 | 4.00 | 720.00 |
| Theodore J. Tacconelli | 360.00 | 13.80 | 4,968.00 |
| Paralegal - MAG | 125.00 | 2.50 | 312.50 |
| Legal Assistant - KC | 150.00 | 7.40 | 1,110.00 |
| **Total** | | **32.70** | **$8,378.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                               **$610.94**

| Date | Description | Hours | Lawyer |
|------|-------------|-------|--------|
| May-01-12 | *Case Administration* - Review daily memos | 0.10 | TJT |
| | *Case Administration* - Review order rescheduling oral argument in Appeal 11-1130 | 0.10 | TJT |
| | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* -Review correspondence from J. Sakalo re: status of confirmation appeals | 0.10 | TJT |
| | *Travel/Non-working* - Travel to Philadelphia for district Court hearing | 1.00 | TJT |
| | *Travel/Non-working* - Travel   back from Philadelphia from District Court hearing | 1.00 | TJT |
| | *Plan and Disclosure Statement* - Confer with Judge Buckwalter's courtroom deputy-due to error by court staff no order entered yet continuing 5/1 hearing | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Confer with J. Sakalo re: Confirmation appeals and related Issues | 0.30 | TJT |
| | *Fee Applications, Applicant*   - Review revisions to March 2012 invoice from T. Tacconelli; revise same and prepare for filing as exhibit to March 2012 monthly fee application | 0.30 | KC |
| May-02-12 | *Case Administration* - Confer with TJT re: status of various appeals and various case issues | 0.20 | LLC |
| | *Plan and Disclosure Statement* - Review order rescheduling 5/1 hearing to 5/8 | 0.10 | TJT |
| | *Fee Applications, Applicant*   - Draft March 2012 monthly fee application; to LLC for review | 0.30 | KC |
| May-03-12 | *Case Administration* - Review Debtor's 43 Quarterly Report of Settlements | 0.10 | TJT |
| | *Fee Applications, Others* - Email from Luisa Flores at Bilzin with attached monthly fee app for March 2012; download same | 0.20 | KC |
| | *Fee Applications, Others* - Review Bilzin March 2012 monthly fee app; revisions to same, prepare COS, to LLC for review prior to filing | 0.20 | KC |
| May-04-12 | *Fee Applications, Others* - Review Bilzin March 2012 fee app for filing and confer with KC re: same | 0.20 | LLC |
| May-05-12 | *Claims Analysis Obj. & Res. (Asbestos)*   Review Limited Objection by State of Montana to Libby/BNSF Settlement Motion | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)*   Prepare correspondence to J. Sakalo re: State of Montana to Libby/BNSF Settlement Motion | 0.20 | TJT |
| May-07-12 | *Case Administration* - Review Fee Auditor's final Report for Orrick for 43rd Interim Period | 0.10 | TJT |
| | *Fee Applications, Others* - Prepare Bilzin's March 2012 fee app for filing; efile and service of same | 0.30 | KC |
| | *Fee Applications, Applicant*   - Prepare March 2012 fee app for filing; efile and service of same | 0.30 | KC |
| May-08-12 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review main docket re: status for week ending 5/6/12; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.30 | RM |
| | *Committee, Creditors', Noteholders' or* - Correspondence with committee member re: hearing today | 0.20 | TJT |

| | | | |
|---|---|---|---|
| | *Committee, Creditors', Noteholders' or* - teleconference with committee member re: hearing today | 0.30 | TJT |
| | *Travel/Non-working* - Travel to Philadelphia for District Court hearing | 1.00 | TJT |
| | *Travel/Non-working* - Travel from Philadelphia for District Court hearing | 1.00 | TJT |
| | *Plan and Disclosure Statement* - Attend District Court hearing | 2.00 | TJT |
| | *Case Administration* - Memo from T. Tacconelli; update payments received chart accordingly and prepare memo to   TJT re: same | 0.20 | KC |
| May-09-12 | *Case Administration* - Review case management memo re: week ending 5-4-2012 | 0.10 | LLC |
| | *Case Administration* - Review Case Status Memo for week ending 5/4 | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* -Prepare for and teleconference with committee member re: hearing yesterday | 0.60 | TJT |
| | *Committee, Creditors', Noteholders' or* -Review Bilzin Memo re: status of confirmation appeals and Libby/BNSF settlement | 0.20 | TJT |
| May-10-12 | *Case Administration* - Review fee auditor's report for fee apps with no issues and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review weekly memos | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Confer with R. Matozzo re: transfer of insurance rights to PI Trust | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Research re: transfer of insurance rights to PI Trust | 1.00 | TJT |
| | *Case Administration* - Review fee auditor's report re: 43rd Quarterly forwarded by LLC; email to TJT re: same | 0.20 | KC |
| May-11-12 | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review affidavit by Miles and Stockbridge | 0.10 | TJT |
| May-12-12 | *Case Administration* - Review Fee Auditor's Final Report re: Combined No Objections for 43rd Interim period with attachments | 0.20 | TJT |
| | *Case Administration* - Review memo from K. Callahan re: Fee Auditor's Final Report re: Combined Non Objections for 43rd Interim Period | 0.10 | TJT |
| | *Case Administration* - Review Debtor's Quarterly Post Confirmation report | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Debtor's Objection to 9 claims held by Fair Harbor Capital re: default interest with attachments | 0.70 | TJT |
| May-14-12 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review main docket re: status for week ending 5/11/12; memo to T. Tacconelli and L. Coggins re: same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review Certificate of No Objection filed by Debtors re: Claim Settlement Notice for claim no. 9566 | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 5/11 | 0.10 | TJT |
| | *Case Administration* - Memo from T. Tacconelli; update payments received chart and prepare memo to   T. Tacconelli re: same | 0.20 | KC |
| | *Fee Applications, Applicant*   - Begin preparation of 44th Quarterly fee app for Jan-March 2012; | 2.00 | KC |
| May-15-12 | *Case Administration* - Review case management memo re: week ending 5-11-2012 | 0.10 | LLC |
| | *Case Administration* - Review weekly memos | 0.10 | TJT |
| May-16-12 | *Fee Applications, Others* - Confer with KC re: status of Bilzin's quarterly fee app | 0.10 | LLC |

| Date | Description | Hours | Initials |
|---|---|---|---|
| | *Case Administration* - Review Notice of Withdrawal of Document by CND ZAI Claimants | 0.10 | TJT |
| May-17-12 | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| May-18-12 | *Case Administration* - Review Notice of Cancellation of Sept. 24th Hearing and trade emails with KC re: same | 0.20 | LLC |
| | *Fee Applications, Others* - Review 44th Interim Quarterly fee app of Bilzin Sumberg for filing and confer with KC re: same | 0.20 | LLC |
| | *Fee Applications, Applicant* - Review 44th Quarterly fee application for filing | 0.10 | LLC |
| | *Case Administration* - Review amended 2019 Statement by counsel for Libby Claimants | 0.10 | TJT |
| May-19-12 | *Case Administration* - Review Debtor's Motion for Approval of 2012 LTIP | 0.30 | TJT |
| | *Case Administration* - Review Notice of Withdrawal of Document by counsel for Libby Claimants | 0.10 | TJT |
| | *Hearings* - Review Agenda for 5/23 hearing | 0.10 | TJT |
| | *Hearings* - Review correspondence from J. Sakalo re: 5/23 hearing coverage | 0.10 | TJT |
| | *Hearings* - Review Order changing 8/27 hearing to telephonic only | 0.10 | TJT |
| May-21-12 | *Case Administration* - Review case management memo re: week ending 5-18-2012 | 0.10 | LLC |
| | *Case Administration* - Trade emails with KC re: cancellation of September hearing | 0.10 | LLC |
| | *Case Administration* - Review main docket re: status for week ending 5/18/12; memo to T. Tacconelli and L. Coggins re: same | 0.10 | RM |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review case status memo for week ending 5/18 | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* -Review correspondence from J. Sakalo to committee re: 5/23 hearing | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* Review 3rd Circuit opinion re: late claims in asbestos case | 0.40 | TJT |
| | *Hearings* - Review order canceling 5/23 hearing | 0.10 | TJT |
| | *Hearings* - Prepare correspondence to J. Sakalo re: order canceling 5/23 hearing | 0.20 | TJT |
| | *Hearings* - Review amended agenda for 5/23 hearing | 0.10 | TJT |
| | *Case Administration* - Review docket entry re: cancellation of Sept. 24th hearing; voice mail message to clerk re: dates for quarterly fee applications | 0.10 | KC |
| May-22-12 | *Case Administration* - Review weekly memos | 0.10 | TJT |
| | *Case Administration* - Review 14th Amended 2019 Statement filed by Libby Claimants | 0.10 | TJT |
| May-23-12 | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Auditing requested and approved quarterly fee applications | 2.00 | MAG |
| | *Case Administration* - Discussions with MAG, LLC re: quarterly fee applications; review file, docket for information related to same; follow up discussion with MAG | 0.50 | KC |
| May-24-12 | *Case Administration* - Review correspondence from B. Ruhlander re: | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | change of address | | |
| May-25-12 | *Case Administration* - E-mail from B. Ruhlander re: new address for fee auditor and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review Garlock's Motion to Take Judicial Notice with attachments re: appeal 11-1130 | 1.00 | TJT |
| | *Case Administration* - Auditing requested and approved quarterly fee applications | 0.50 | MAG |
| | *Case Administration* - Review address change and amend 2002 service list and labels; core list and labels | 0.30 | KC |
| | *Fee Applications, Others* - Revise Bilzin's 44th Quarterly fee application regarding hearing date TBA and cos re: updated address | 0.30 | KC |
| | *Fee Applications, Others* - Prepare Bilzin's 44th Quarterly fee application for efiling; efile same | 0.30 | KC |
| | *Fee Applications, Others* - Service of Bilzin's 44th Quarterly fee application; coordinate service of notice of same to parties on the 2002 service list though Digital Legal Services | 0.30 | KC |
| | *Fee Applications, Applicant* - Revise 44th Quarterly fee application re: hearing date TBD and updated address change | 0.30 | KC |
| | *Fee Applications, Applicant* - Prepare 44th Quarterly fee application for efiling; efile same | 0.30 | KC |
| | *Fee Applications, Applicant* - Service of 44th Quarterly fee application; coordinate service of notice of same to parties on 2002 service list through Digital Legal Services | 0.30 | KC |
| May-26-12 | *Case Administration* - correspondence with J. Sakalo re: 9/24 hearing cancelled | 0.20 | TJT |
| | *Case Administration* - Review 30th Supplemental Affidavit for K&E | 0.10 | TJT |
| | *Case Administration* - Review Debtor's status report letter to 3rd Circuit Clerk re: appeal 12-1402 | 0.10 | TJT |
| | *Case Administration* - Memo to K. Callahan re: 44th quarterly fee apps re: 9/24 hearing | 0.20 | TJT |
| | *Hearings* - Review Order canceling 9/24 omnibus hearing | 0.10 | TJT |
| May-29-12 | *Case Administration* - Review case management memo re: week ending 5-25-2012 | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review main docket re: status for week ending 5/25/12; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.20 | RM |
| | *Case Administration* - Review Case Status memo for week ending 5/25 | 0.10 | TJT |
| | *Case Administration* - Memo from TJT re: Sept. 24th hearing cancellation and discussion with LLC re: same | 0.10 | KC |
| May-30-12 | *Case Administration* - Review notice of address change and trade emails with KC re: same | 0.20 | LLC |
| | *Case Administration* - Review weekly memos | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review AMH's Motion for Relief Under Rule 60(b) | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Prepare correspondence to J. Sakalo re: AMH's Motion for Relief Under Rule 60(b) | 0.20 | TJT |
| May-31-12 | *Case Administration* - Review three miscellaneous correspondence CNO's filed by Debtors | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* -retrieve voice mail from | 0.10 | TJT |

committee member re: status of case and confirmation appeals

*Committee, Creditors', Noteholders' or* - teleconference with committee member re: status of case and confirmation appeals     0.30     TJT

*Committee, Creditors', Noteholders' or* -Prepare correspondence to committee member re: status of confirmation appeals     0.20     TJT

*Fee Applications, Applicant* - Review and revise Ferry Joseph & Pearce's April prebill     0.30     TJT

*Fee Applications, Others* - Review docket for objections to Bilzin's March 2012 monthly fee application     0.10     KC

*Fee Applications, Applicant* - Prepare draft invoice for April 2012 monthly fee app; to T. Tacconelli for review     0.20     KC

*Fee Applications, Applicant* - Review docket for objections to March 2012 monthly fee application     0.10     KC

**Totals**     **32.70**

### DISBURSEMENTS

| | | |
|---|---|---|
| May-02-12 | Photocopy Cost | 0.70 |
| | Photocopy Cost | 0.60 |
| | Photocopy Cost | 0.70 |
| | Photocopy Cost | 0.70 |
| | Photocopy Cost | 0.70 |
| May-03-12 | Photocopy Cost | 0.80 |
| | Photocopy Cost | 0.80 |
| May-04-12 | Photocopy Cost | 0.90 |
| | Cost Advance - Theodore J. Tacconelli - mileage 5/1/12 (68 x .555) | 37.74 |
| | Cost Advance - Theodore J. Tacconelli - parking 5/1/12 | 12.00 |
| May-07-12 | Photocopy Cost | 6.30 |
| May-08-12 | Photocopy Cost | 6.80 |
| May-11-12 | Cost Advance - Theodore Tacconelli - mileage reimbursement 5/8/12 | 37.74 |
| | Cost Advance - Theodore Tacconelli - parking reimbursement 5/8/12 | 12.00 |
| May-14-12 | Photocopy Cost | 0.70 |
| | Photocopy Cost | 0.70 |
| | Photocopy Cost | 0.70 |
| | Photocopy Cost | 0.60 |
| | Photocopy Cost | 1.10 |
| May-16-12 | Cost Advance - Lexis Nexis - legal research March (Inv # 1203372274) | 309.60 |
| May-18-12 | Photocopy Cost | 1.40 |
| | Photocopy Cost | 0.90 |
| | Photocopy Cost | 0.80 |
| | Photocopy Cost | 0.70 |
| | Cost Advance - First State Deliveries - hand delivery 5/7/12 | 7.50 |
| May-21-12 | Photocopy Cost | 1.80 |
| May-22-12 | Photocopy Cost | 0.50 |
| | Photocopy Cost | 1.30 |
| | Photocopy Cost | 1.20 |
| | Cost Advance - Lexis Nexis - legal research April (Inv #1204371456) | 65.96 |
| May-24-12 | Cost Advance - Digital Legal - copies/service (Inv # 65442) | 64.30 |

| Invoice #: | 43952 | Page 7 | May 1-31, | 2012 |
|---|---|---|---|---|
| May-25-12 | Photocopy Cost | | | 15.20 |
| | Photocopy Cost | | | 1.40 |
| | Photocopy Cost | | | 1.40 |
| | Photocopy Cost | | | 1.10 |
| | Photocopy Cost | | | 1.40 |
| | Cost Advance - | postage | | 3.30 |
| May-30-12 | Photocopy Cost | | | 0.90 |
| May-31-12 | Photocopy Cost | | | 0.50 |
| | Cost Advance - | First State Deliveries - hand delivery 5/25/12 | | 7.50 |
| | Totals | | | $610.94 |

**Total Fees & Disbursements**                         **$8,988.94**

### *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:(302) 575-1555      Fax:   (302) 575-1714

WR Grace PD Committee                          June 1, 2012      to      June 30, 2012

Inv #:              44236

RE:      WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|------|------|------:|-------:|
| B14 | Case Administration - | 8.80 | 2,857.50 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 1.50 | 540.00 |
| B18 | Fee Applications, Others - | 2.80 | 495.00 |
| B2 | Claims Analysis Obj. & Res. (Asbestos) | 0.50 | 180.00 |
| B25 | Fee Applications, Applicant - | 4.40 | 834.00 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 0.10 | 36.00 |
| B36 | Plan and Disclosure Statement - | 7.00 | 2,493.00 |
| B37 | Hearings - | 2.60 | 936.00 |
| | **Total** | **27.70** | **$8,371.50** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|------------|-----:|------:|-------:|
| Lisa L. Coggins | 300.00 | 2.30 | 690.00 |
| Regina Matozzo | 225.00 | 1.50 | 337.50 |
| Theodore J. Tacconelli | 360.00 | 17.90 | 6,444.00 |
| Legal Assistant - KC | 150.00 | 6.00 | 900.00 |
| **Total** | | **27.70** | **$8,371.50** |

## DISBURSEMENT SUMMARY

Total Disbursements                                            $1,117.05

| Date | Description | Hours | Lawyer |
|------|-------------|-------|--------|
| Jun-01-12 | *Case Administration* - Confer with TJT re: status of case and new developments re: outstanding appeals | 0.30 | LLC |
| | *Case Administration* - Review 2/15/12 hearing transcript re: Garlock 2019 access appeal | 0.30 | TJT |
| | *Case Administration* - confer with L. Coggins re: status of confirmation appeals and Anderson Memorial Hospital Rule 60(b) Motion | 0.30 | TJT |
| Jun-02-12 | *Case Administration* - Review Notice of Change of Address filed by Warren Smith & Assoc. | 0.10 | TJT |
| | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review certificate of counsel re: revised order with attachments re: Libby/BNSF Settlement Motion | 0.50 | TJT |
| Jun-04-12 | *Case Administration* - Review supplemental 2019 Statement by Cooney Conway | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Certificate of No Objection filed by Debtors re: Debtor's Motion to Approve Settlement with EPA re: Big Tex Site | 0.10 | TJT |
| | *Fee Applications, Others* - Correspondence with L. Flores re: status of Bilzin's April 2012 fee application | 0.20 | KC |
| Jun-05-12 | *Fee Applications, Applicant* - Review April 2012 monthly fee app and confer with KC re: revisions to same | 0.20 | LLC |
| | *Fee Applications, Applicant* - Review revised April 2012 monthly fee app and confer with KC re: filing of same | 0.10 | LLC |
| | *Committee, Creditors', Noteholders' or* - Correspondence with committee member re: order approving Libby/BNSF Settlement | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* Review order approving Libby/BNSF Settlement | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* Prepare correspondence to J. Sakalo re: order approving Libby/BNSF Settlement | 0.20 | TJT |
| | *Fee Applications, Applicant* - Revise and finalize Exhibit A Invoice to April 2012 fee application | 0.20 | KC |
| | *Fee Applications, Applicant* - Draft April 2012 monthly fee application, to LLC for review | 0.30 | KC |
| | *Fee Applications, Applicant* - Discussion with LLC re: issues relating to April 2012 invoice; Discussion with TThomas re: same | 0.20 | KC |
| | *Fee Applications, Applicant* - Further revisions to April 2012 invoice | 0.20 | KC |
| Jun-06-12 | *Claims Analysis Obj. & Res. (Asbestos)* Review 2nd order approving Libby/BNSF Settlement | 0.20 | TJT |
| | *Fee Applications, Applicant* - Prepare April 2012 fee app for filing, efile and service of same | 0.30 | KC |
| Jun-07-12 | *Fee Applications, Others* - Review CNO re: Bilzin March 2012 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review CNO re: March 2012 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review three miscellaneous CNO's filed by Debtors | 0.10 | TJT |
| | *Fee Applications, Others* - Prepare certificate of no objection to Bilzin's March 2012 fee application for filing; efile and service of same | 0.30 | KC |
| | *Fee Applications, Applicant* - Prepare certificate of no objection to March 2012 fee application for filing, efile and service of same | 0.30 | KC |

| Date | Description | Hours | Staff |
|---|---|---|---|
| Jun-08-12 | *Case Administration* - Review correspondence from P. Cuniff re: 43rd Interim Period fee chart and confer with K. Callahan re: same | 0.20 | TJT |
| | *Case Administration* - Review 43rd Interim Period fee chart | 0.10 | TJT |
| | *Case Administration* - Review memo from K. Callahan re: 43rd Interim Period fee chart | 0.10 | TJT |
| | *Case Administration* - Review joint letter to court re: Garlock 2019 Statement Access appeal 11-1130 | 0.10 | TJT |
| Jun-09-12 | *Case Administration* - Review docket in Garlock 2019 Statement Access appeal 11-1130 | 0.10 | TJT |
| | *Case Administration* - Review Joint Response to Garlock's Motion to Take Judicial Notice re: appeal 11-1130 | 0.50 | TJT |
| | *Case Administration* - Review Garlock's Reply re: Garlock's Motion to Take Judicial Notice re: appeal 11-1130 | 0.40 | TJT |
| Jun-11-12 | *Case Administration* - Review case management memo re: week ending 6-8-2012 | 0.10 | LLC |
| | *Case Administration* - Review notice of agenda re: 6-18 hearing | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings; memo to  T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review main docket re: status for week ending 6/8/12; memo to T. Tacconelli and L. Coggins re: same | 0.30 | RM |
| | *Plan and Disclosure Statement* -  Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review case status memo for week ending 6/8 | 0.10 | TJT |
| | *Case Administration* - Review Certificate of No Objection filed by debtors re: Motion to Approve 2012 LTIP | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Consolidated Order granting various motions for reconsideration | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review order overruling all confirmation objections and issuing 524 g injunction | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Prepare correspondence to J. Sakalo re: Consolidated Order and Confirmation Order | 0.30 | TJT |
| | *Hearings* - Review agenda for 6/18 hearing | 0.10 | TJT |
| Jun-12-12 | *Case Administration* - Confer with TJT re: various decisions entered by District Court | 0.20 | LLC |
| | *Case Administration* - Review weekly memos | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Prepare correspondence to committee member re: plan confirmation | 0.30 | TJT |
| | *Committee, Creditors', Noteholders' or* - teleconference with committee member re: plan confirmation and related issues | 0.70 | TJT |
| | *Plan and Disclosure Statement* - Confer with M. Joseph re: status of plan confirmation | 0.10 | TJT |
| | *Hearings*  - Attend District Court hearing re: Garlock's Motion for Access to 2019 Statements re: appeal 11-1130 | 2.30 | TJT |
| Jun-13-12 | *Case Administration* - Review correspondence from K. Makowski re: service of fee apps | 0.10 | TJT |
| Jun-14-12 | *Case Administration* - Review order approving quarterly fee apps for 43rd period and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review amended notice of agenda re: 6-18-2012 hearing | 0.10 | LLC |
| | *Case Administration* - Review Certificate of Counsel filed by Debtors re: proposed order for 43rd Interim Period Quarterly fee apps | 0.10 | TJT |
| | *Case Administration* - Review Certificate of Counsel filed by Debtors re: | 0.10 | TJT |

43rd Interim Period Project Category Summary

| | | | |
|---|---|---|---|
| Jun-15-12 | *Case Administration* - Review Order approving 43rd Interim Period Quarterly fee apps | 0.10 | TJT |
| | *Case Administration* - Review Order approving Debtors Motion to Approve Settlement with EPA re: Big Tex Site | 0.10 | TJT |
| | *Case Administration* - Review Order approving Debtor's Motion to Implement 2012 LTIP | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Start reviewing Amended Memorandum Opinion | 0.50 | TJT |
| | *Hearings*  - Review Amended Agenda for 6/18 hearing | 0.10 | TJT |
| Jun-16-12 | *Case Administration* - Review 3 miscellaneous CNO's filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review 2019 Statement filed by Scott & Scott | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* -Review memo from J. Sakalo re: status of plan confirmation | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Continue reviewing Amended Memorandum Opinion | 0.60 | TJT |
| Jun-17-12 | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Complete review of Amended Memorandum Opinion | 1.20 | TJT |
| Jun-18-12 | *Case Administration* - Review case management memo re: week ending 6-15-2012 | 0.10 | LLC |
| | *Case Administration* - Confer with TJT re: status and issues related to Anderson Memorial Motion | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings; memo to   T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review main docket re: status for week ending 6/15/12; memo to T. Tacconelli and L. Coggins re: same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Confer with K. Callahan re: 43rd Interim Period project category summary | 0.10 | TJT |
| | *Case Administration* - Review Debtor's Notice of Sale of Bondera business with attachments | 0.40 | TJT |
| | *Case Administration* - Review corrected Notice of Settlements for 41st Quarterly Period | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 6/15 | 0.10 | TJT |
| | *Case Administration* - Review email from T. Tacconelli re: service list withdrawal; review service lists re: updating same | 0.20 | KC |
| | *Fee Applications, Others*  - Review email from L. Flores re: Bilzin's April 2012 monthly fee application for filing; download attachments | 0.20 | KC |
| | *Fee Applications, Others*  - Review Bilzin's April 2012 monthly fee app; revisions to notice, draft cos; to LLC for review | 0.20 | KC |
| | *Fee Applications, Applicant* - Review email from LLC re: order approving 43rd Quarterly fees | 0.10 | KC |
| Jun-19-12 | *Case Administration* - Review weekly memos | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Plan Proponent's Opposition to AMH's Rule 60(b) Motion | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review PDFCR's Opposition to AMH's Rule 60(b) Motion | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Prepare correspondence to J. Sakalo re: opposition(s) to AMH's Rule 60(b) Motion | 0.20 | TJT |

| Date | Description | Hours | Initials |
|---|---|---|---|
| Jun-20-12 | *Fee Applications, Others*  - Review Bilzin April 2012 monthly fee app for filing and confer with KC re: service list | 0.20 | LLC |
| | *Fee Applications, Others*  - Review CNO re: Bilzin 44th Quarterly fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review Certificate of No Objection re: 44th Quarterly fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review three miscellaneous certificates of no objection by Debtors | 0.10 | TJT |
| | *Case Administration* - Review docket for information re: rescheduling Sept. 2012 hearing date- not yet announced | 0.10 | KC |
| | *Fee Applications, Others*  - Docket review for objections to Bilzin's 44th Quarterly fee app for Jan-March 2012 | 0.10 | KC |
| | *Fee Applications, Others*  - Draft CNO to Bilzin's 44th Quarterly fee app for Jan- March 2012; to LLC for review | 0.20 | KC |
| | *Fee Applications, Others*  - Prepare Bilzin April 2012 monthly fee app for filing; efile and service of same | 0.30 | KC |
| | *Fee Applications, Applicant* - Docket review for objections to 44th Quarterly fee app for Jan-March 2012 | 0.10 | KC |
| | *Fee Applications, Applicant* - Draft CNO to 44th Quarterly fee app for Jan-March 2012; to LLC for review | 0.20 | KC |
| Jun-22-12 | *Fee Applications, Others*  - Prepare Bilzin CNO to 44th Quarterly fee app for efiling; efile and service of same | 0.30 | KC |
| | *Fee Applications, Applicant* - Prepare CNO to 44th Quarterly fee app for efiling, efile and service of same | 0.30 | KC |
| Jun-23-12 | *Case Administration* - Review 2019 Statement filed by E. Moody | 0.10 | TJT |
| | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| Jun-24-12 | *Case Administration* - Confer with M. Joseph re: status of confirmation and status of various matters in main case | 0.40 | TJT |
| Jun-25-12 | *Committee, Creditors', Noteholders' or* - teleconference with committee member re: status of plan confirmation | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Plan Proponents Status Report to 3rd Circuit clerk | 0.10 | TJT |
| Jun-26-12 | *Plan and Disclosure Statement* - Review Notice of Appeal filed by Garlock | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Motion to Stay filed by Garlock with attachments | 0.80 | TJT |
| | *Plan and Disclosure Statement* - Review Motion to Expedite filed by Garlock | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Prepare correspondence to J. Sakalo re: various Motions filed by Garlock | 0.30 | TJT |
| Jun-27-12 | *Plan and Disclosure Statement* - Prepare correspondence to J. Sakalo re: Memorandum Opinion and Order denying Garlock's Motion to Stay | 0.20 | TJT |
| | *Fee Applications, Applicant* - Draft invoice for May 2012 monthly fee application; review; memo to  MAG re: same | 0.10 | KC |
| | *Fee Applications, Applicant* - Review docket for objections to April 2012 monthly fee app | 0.10 | KC |
| | *Fee Applications, Applicant* - Draft Certificate of No Objection to April 2012 monthly fee app; to LLC for review | 0.10 | KC |
| | *Fee Applications, Applicant* - Review memo from MAG re: draft invoice for May 2012 monthly fee application; revise; to TJT for review | 0.10 | KC |
| | *Fee Applications, Applicant* - Prepare CNO to April 2012 fee app for efilng; efile and service of same | 0.30 | KC |

| | | | |
|---|---|---|---|
| Jun-28-12 | *Case Administration* -Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review and revise Ferry Joseph and Pearce May prebill | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review Memorandum Opinion and Order denying Garlock's Motion to Stay | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Docketing new Appeal in 3rd Circuit 12-807 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review order consolidating appeal 12-807 with appeal 12-402 | 0.10 | TJT |
| | *Fee Applications, Others*  - Review Bilzin May 2012 fee app; revisions; prepare COS; to LLC for review of same | 0.20 | KC |
| | *Fee Applications, Applicant* - Revisions to May 2012 invoice | 0.20 | KC |
| Jun-29-12 | *Case Administration* - Review notice of withdrawal and forward same to KC | 0.10 | LLC |
| | *Fee Applications, Others*  - Review Bilzin May 2012 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review May 2012 monthly fee app for filing | 0.10 | LLC |
| | *Hearings*  - Review Agenda for 6/16 hearing | 0.10 | TJT |
| | *Fee Applications, Others*  - Prepare Bilzin 131st monthly fee app for May 2012 for efilng; efile and service of same | 0.30 | KC |
| | *Fee Applications, Applicant* - Draft May 2012 monthly fee app; to LLC for review of same | 0.30 | KC |
| Jun-30-12 | *Case Administration* - Review Notice of Withdrawal of Counsel for Fresenius | 0.10 | TJT |
| | *Case Administration* - Review Docket in Appeal 11-1130 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Anderson Memorial Hospital Reply re: AMH's Rule 60 (b) Motion | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review PDFCR's Sur Reply re: AMH's Rule 60(b) Motion | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Prepare correspondence to J. Sakalo re: AMH's Rule 60(b) Motion | 0.20 | TJT |
| | *Plan and Disclosure Statement* - confer with M. Joseph re: status of plan confirmation and related issues | 0.30 | TJT |
| | **Totals** | **27.70** | |

## DISBURSEMENTS

| | | |
|---|---|---|
| Jun-05-12 | Photocopy Cost | 0.50 |
| | Photocopy Cost | 0.60 |
| | Photocopy Cost | 0.60 |
| | Photocopy Cost | 0.70 |
| Jun-06-12 | Photocopy Cost | 0.60 |
| | Photocopy Cost | 3.00 |
| Jun-07-12 | Photocopy Cost | 0.60 |
| | Photocopy Cost | 3.90 |
| | Cost Advance - postage 7@.45 | 3.15 |
| Jun-08-12 | Photocopy Cost | 0.60 |
| Jun-09-12 | Photocopy Cost | 1.40 |
| | Photocopy Cost | 1.00 |
| Jun-12-12 | Photocopy Cost | 3.10 |
| Jun-15-12 | Photocopy Cost | 7.50 |

| Invoice #: | 44236 | Page 7 | June 1- June 30, 2012 |

| | | |
|---|---|---:|
| Jun-17-12 | Photocopy Cost | 4.70 |
| Jun-18-12 | Photocopy Cost | 0.80 |
| Jun-20-12 | Photocopy Cost | 3.00 |
| Jun-21-12 | Cost Advance - postage - 1 @ $.45 | 0.45 |
| Jun-22-12 | Photocopy Cost | 6.50 |
| | Cost Advance - postage - 7 @ $.45 | 3.15 |
| | Cost Advance - postage - 1@ $.45 | 0.45 |
| Jun-25-12 | Cost Advance -   Digital Legal - copies/service   (Inv # 66025) | 949.70 |
| | Cost Advance - First State Deliveries - 6 hand deliveries 6/7/12 | 45.00 |
| Jun-26-12 | Cost Advance - First State Deliveries - 6 hand deliveries 6/6/12 | 7.50 |
| Jun-27-12 | Photocopy Cost | 0.80 |
| | Photocopy Cost | 0.60 |
| | Cost Advance - First State Deliveries - 6 hand deliveries 6/22/12 | 45.00 |
| Jun-28-12 | Photocopy Cost | 1.10 |
| | Photocopy Cost | 0.80 |
| | Photocopy Cost | 0.80 |
| Jun-29-12 | Photocopy Cost | 3.60 |
| | Photocopy Cost | 0.80 |
| | Photocopy Cost | 0.80 |
| | Photocopy Cost | 0.70 |
| | Photocopy Cost | 3.60 |
| | Cost Advance - postage - 1@ $.45 | 0.45 |
| | Cost Advance -   First State Deliveries - hand delivery 6/20/12 | 7.50 |
| Jun-30-12 | Photocopy Cost | 2.00 |

|  | | |
|---|---|---:|
| | Totals | $1,117.05 |

| | | |
|---|---|---:|
| | **Total Fees & Disbursements** | **$9,488.55** |