**EXHIBIT A**

**David Austern, Futures Representative for W.R. Grace**
**Billing Statement**
**January 2012**

| Date | Services | Hours |
|---|---|---|
| 1/10/12 | Telephone conference with R. Frankel re negotiations | .20 |

**Total Hours:** .20

**Total Fees ($500.00 per hour)** $100.00

**No Expenses**

**Total Fees & Expenses** $100.00