IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

_____
                                            )
In re:                                      )    Chapter 11
                                            )
W.R. GRACE & CO., et al.,                   )    Case No. 01-1139 (JKF)
                                            )    Jointly Administered
                                            )
            Debtors.                        )    Objection Date: September 24, 2012 at 4:00 p.m.
_____)    Hearing: Schedule if Necessary (Negative Notice)

**COVER SHEET TO SEVENTY-SIXTH MONTHLY INTERIM APPLICATION OF
DAVID T. AUSTERN, ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
FEBRUARY 1, 2012 THROUGH FEBRUARY 29, 2012**

| | |
|---|---|
| Name of Applicant: | David T. Austern, Asbestos PI Future Claimants' Representative ("FCR") |
| Authorized to Provide Professional Services to: | As the FCR |
| Date of Retention: | May 25, 2004 |
| Period for which compensation is sought: | February 1, 2012 – February 29, 2012 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $2,250.00 |
| 80% of fees to be paid: | $1,800.00[1] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ 441.00 |
| Total Fees @ 80% and 100% Expenses: | $2,241.00 |

---

[1] Pursuant to the Administrative Order, as Amended dated April 17, 2002, absent timely objections, the Debtors are authorized and directed to pay 80% of fees and 100% expenses.

This is an: ___ interim   _X_ monthly   ___ final application.

The total time expended for fee application preparation during this time period is 0.00 hours and the corresponding fees are $0.00 and expenses are $0.00. Such time spent on such tasks will be requested in subsequent monthly interim applications or have been performed by the FCR's bankruptcy counsel, Orrick, Herrington & Sutcliffe LLP.

## COMPENSATION SUMMARY
## FEBRUARY 2012

| Name of Professional Person | Position of Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David T. Austern | Future Claimants' Representative | $500.00 | 4.50 | $2,250.00 |
| **Grand Total:** | | | **4.50** | **$2,250.00** |
| **Blended Rate: $500.00** | | | | |

**Total Fees:** $2,250.00
**Total Hours:** 4.50
**Blended Rate:** $ 500.00

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Plan & Disclosure Statement | 4.50 | $2,250.00 |
| **TOTAL** | **4.50** | **$2,250.00** |

## EXPENSE SUMMARY

| Expense Category | Total |
|---|---|
| Airfare – Roundtrip to New York and return | $313.00 |
| Taxi – To/From Airport and Meetings | $128.00 |
| **TOTAL** | **$441.00** |

Respectfully submitted,

Dated: August 30, 2012

/S/ DAVID T. AUSTERN
David T. Austern
Claims Resolution Management Corporation
3110 Fairview Park Drive, Suite 200
Falls Church, VA  22042-0683
(703) 205-0835