**EXHIBIT A**

**David Austern, Futures Representative for W.R. Grace**
**Billing Statement**
**February 2012**

| Date | Services | Hours |
|------|----------|-------|
| 2/1/12 | Review of District Court confirmation opinion | 1.40 |
| 2/2/12 | Attendance at meeting in New York with representatives of future asbestos trust claimants | 2.20 |
| 2/13/12 | Meeting with R. Frankel and R. Wyron re District Court Motion for Reconsideration | .50 |
| 2/28/12 | Telephone conference with R. Frankel re future claims forecast | .40 |
| **Total Hours:** | | **4.50** |
| **Total Fees ($500.00 per hour)** | | **$2,250.00** |

**Expenses:**

| | | |
|------|----------|-------|
| 2/2/12 | Airfare – Roundtrip travel to New York and Return | $313.00 |
| 2/2/12 | Taxis – To/From Airport and Meetings | $128.00 |
| **Total Expenses:** | | **$441.00** |
| **Total Fees & Expenses** | | **$2,691.00** |

Note: The total fees and expenses dated 2/12/12 above represent the amount split between other related trust clients.