**EXHIBIT A**

**David Austern, Futures Representative for W.R. Grace**
**Billing Statement**
**March 2012**

| **Date** | **Services** | **Hours** |
|----------|--------------|-----------|
| 3/22/12 | Telephone conference with R. Frankel, R. Wyron, and F. Rabinovitz re future claims forecast | 1.10 |
| **Total Hours:** | | **1.10** |
| **Total Fees ($500.00 per hour)** | | **$550.00** |
| **No Expenses** | | |
| **Total Fees & Expenses** | | **$550.00** |