**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

_____
                                                  )
**In re:**                                        )        **Chapter 11**
                                                  )
**W.R. GRACE & CO., et al.,**                     )        **Case No. 01-1139 (JKF)**
                                                  )        **Jointly Administered**
                                                  )
                              **Debtors.**        )        Objection Date: September 24, 2012 at 4:00 p.m.
_____)        Hearing: Schedule if Necessary (Negative Notice)

**COVER SHEET TO SEVENTY-EIGHTH MONTHLY INTERIM APPLICATION OF**
**DAVID T. AUSTERN, ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE**
**FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD**
**MAY 1, 2012 THROUGH MAY 31, 2012**

Name of Applicant:                          David T. Austern, Asbestos PI
                                            Future Claimants' Representative
                                            ("FCR")

Authorized to Provide Professional
Services to:                                As the FCR

Date of Retention:                          May 25, 2004

Period for which compensation is
sought:                                     May 1, 2012 – May 31, 2012

Amount of Compensation (100%) sought
as actual, reasonable, and necessary:       $1,700.00

80% of fees to be paid:                     $1,360.00[1]

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:        $  475.00

Total Fees @ 80% and
100% Expenses:                              $1,835.00

_____

1 Pursuant to the Administrative Order, as Amended dated April 17, 2002, absent timely objections, the Debtors are
  authorized and directed to pay 80% of fees and 100% expenses.

This is an: _____ interim __X__ monthly _____ final application.

The total time expended for fee application preparation during this time period is 0.00 hours and the corresponding fees are $0.00 and expenses are $0.00. Such time spent on such tasks will be requested in subsequent monthly interim applications or have been performed by the FCR's bankruptcy counsel, Orrick, Herrington & Sutcliffe LLP.

### COMPENSATION SUMMARY
### MAY 2012

| Name of Professional Person | Position of Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David T. Austern | Future Claimants' Representative | $500.00 | 3.40 | $1,700.00 |
| **Grand Total:** | | | **3.40** | **$1,700.00** |
| **Blended Rate: $500.00** | | | | |

| | |
|---|---|
| **Total Fees:** | **$1,700.00** |
| **Total Hours:** | **3.40** |
| **Blended Rate:** | **$ 500.00** |

### COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Plan & Disclosure Statement | 3.40 | $1,700.00 |
| **TOTAL** | **3.40** | **$1,700.00** |

### EXPENSE SUMMARY

| Expense Category | Total |
|---|---|
| Airfare – Roundtrip to New York and Return | $313.00 |
| Parking at National Airport | $20.00 |
| Taxis in New York | $38.00 |
| **TOTAL** | **$475.00** |

Respectfully submitted,

Dated: August 30, 2012

*/S/ DAVID T. AUSTERN*
David T. Austern
Claims Resolution Management Corporation
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042-0683
(703) 205-0835