## EXHIBIT A

**David Austern, Futures Representative for W.R. Grace**
**Billing Statement**
**May 2012**

| Date | Services | Hours |
|------|----------|-------|
| 5/2/12 | Attend meeting in New York of representatives of future asbestos trust claimants | 3.20 |
| 5/23/12 | Telephone conference with R. Frankel re: Grace warrants | .20 |

**Total Hours:** 3.40

**Total Fees ($500.00 per hour)** $1,700.00

**Expenses:**

| Date | | |
|------|------|------|
| 5/2/12 | Airfare – Roundtrip to New York and Return | $417.00 |
| 5/2/12 | Parking at National Airport | $20.00 |
| 5/2/12 | Taxis in New York | $38.00 |

**Total Expenses:** $475.00

**Total Fees & Expenses** $2,175.00

**Note: The total fees and expenses dated 5/2/12 above represent the amount split between other related trust clients.**