## EXHIBIT A

**David Austern, Futures Representative for W.R. Grace**
**Billing Statement**
**June 2012**

| Date | Services | Hours |
|---|---|---|
| 6/14/12 | Meeting with R. Frankel, R. Wyron and financial advisors re Grace status | 1.50 |
| 6/20/12 | Telephone conference with R. Frankel re Grace warrants | .30 |
| 6/29/12 | Review of Orrick memorandum re early effective date; telephone conference with R. Frankel, R. Wyron, and D. Felder re same | .50 |
| **Total Hours:** | | **3.40** |
| **Total Fees ($500.00 per hour)** | | **$1,450.00** |
| **No Expenses** | | **$0.00** |
| **Total Fees & Expenses** | | **$1,450.00** |