# EXHIBIT A

W.R. GRACE & CO., et al.  U.S. FEE APPLICATION
CDN ZAI CLASS ACTION  DATE:
July 31, 2012
OUR FILE NO: 05L121

# Scarfone Hawkins LLP
B A R R I S T E R S   A N D   S O L I C I T O R S

| ONE JAMES STREET SOUTH | TELEPHONE |
|---|---|
| 14TH FLOOR | 905-523-1333 |
| P.O. BOX 926, DEPOT #1 | |
| HAMILTON, ONTARIO | TELEFAX |
| L8N 3P9 | 905-523-5878 |

H.S.T. REGISTRATION NO.  **873984314 RT – 0001**

## CANADIAN ZAI MONTHLY FEE APPLICATION
### (July 1, 2012 – July 31, 2012)

| DATE | PROFESSIONAL SERVICE | LAWYER | RATE/HR | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 07 /03/12 | receipt of and respond to class member inquiries re: status of US appeals and implementation of Canadian settlement | DT | $525.00 | 0.25 | $131.25 |
| 07 /04/12 | receipt of and respond to class member inquiries re: timing of payments of Canadian settlement | DT | $525.00 | 0.25 | $131.25 |
| 07 /05/12 | receipt Careen Hannouche email, memo to Cindy Yates, memo to Matt Moloci, email to Careen Hannouche | DT | $525.00 | 0.25 | $131.25 |
| 07 /05/12 | receipt of and respond to class member inquiries | DT | $525.00 | 0.25 | $131.25 |
| 07 /09/12 | follow-ups on numerous and various class member inquiries, emails to and from Careen Hannouche, memos to and from Matt Moloci re Montreal meeting | DT | $525.00 | 0.50 | $262.50 |
| 07 /10/12 | receipt of and respond to class member inquiries as to status of Canadian ZAI settlement and timing of US appeals | DT | $525.00 | 0.25 | $131.25 |
| 07 /12/12 | receipt of and respond to class member inquiries re status of Canadian settlement and US appeals and timing | DT | $525.00 | 0.35 | $183.75 |
| 07 /16/12 | receipt of and respond to class member inquiries re status of Canadian settlement and US appeals | DT | $525.00 | 0.25 | $131.25 |
| 07 /18/12 | receipt of and respond to class member inquiries | DT | $525.00 | 0.25 | $131.25 |
| 07 /19/12 | receipt of and respond to claimant inquiries re status of Canadian settlement and timing of | DT | $525.00 | 0.25 | $131.25 |

| Date | Description | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | hearing of US appeals | | | | |
| 07/24/12 | emails to and from Lauren Campbell at the Hogan Firm | DT | $525.00 | 0.10 | $52.50 |
| 07/26/12 | emails to and from Dan Hogan, review Grace press report, update website, memo to Cindy Yates | DT | $525.00 | 0.35 | $183.75 |
| 07/26/12 | receipt Matt Moloci memo, receipt Dan Hogan email re Grace press report | DT | $525.00 | 0.25 | $131.25 |
| 07/27/12 | emails to Dan Hogan with respect to Grace press report, etc. | DT | $525.00 | 0.10 | $52.50 |
| 07/27/12 | receipt of and respond to class member inquiries | DT | $525.00 | 0.25 | $131.25 |
| 07/27/12 | receipt email from Grace's counsel, Vasuda Sinha, re extension of stay | DT | $525.00 | 0.10 | $52.50 |
| 07/30/12 | memos to and from Matt Moloci, memo to Cindy Yates, follow-up with Matt Moloci re: stay extension order | DT | $525.00 | 0.25 | $131.25 |
| 07/30/12 | receipt and review motion record re extension of stay, letter to Grace's counsel | DT | $525.00 | 1.00 | $525.00 |
| 07/30/12 | receipt of and respond to class member inquiries | DT | $525.00 | 0.25 | $131.25 |
| 07/31/12 | receipt of and respond to class member inquiries re: status of Canadian ZAI settlement and U.S. 3rd Circuit Appeals | DT | $525.00 | 0.25 | $131.25 |
| 07/31/12 | review Grace motion materials seeking extension of stay; conferences with David Thompson regarding various issues in motion materials, appeals, status of proceeding and consent to extension of CCAA stay; email from David Thompson to Vasuda Sinha of Norton Rose consenting to extension of CCAA stay | MGM | $450.00 | 0.50 | $225.00 |
| 07/31/12 | email from David Thompson, review amendments to website, discuss with David Thompson, upload changes to website | LC | $120.00 | 1.00 | $120.00 |
| 07/31/12 | review dockets for period July 1, 2012 to July 31, 2012, amend dockets, review disbursements, discuss with David Thompson, draft account, review with David Thompson and Matt Moloci, assemble account into form required by U.S. Bankruptcy Court, email to Lauren Campbell and Karen Harvey enclosing monthly fee application for the period of July 1,2012 to July 31,2012 | LC | $120.00 | 2.00 | $240.00 |
| | | | **SUB-TOTAL** | **9.25** | **$3,603.75** |

| TIMEKEEPER | ID | HOURS | RATE | TOTAL | PLUS 13% H.S.T |
|---|---|---|---|---|---|
| DAVID THOMPSON 25 years | DT | 5.75 | $525.00 | $3,018.75 | $392.44 |
| MATTHEW G. MOLOCI 14 years | MGM | .50 | $450.00 | $225.00 | $29.25 |

| LAW CLERK Cindy Yates 30 years | CY | 3.00 | $120.00 | $360.00 | $46.80 |
|---|---|---|---|---|---|
| **SUB-TOTAL:** | | **9.25** | | **$3,603.75** | **$468.49** |
| **TOTAL FEES AND TAXES:** | | | | | **$4,072.24** |

| **TOTAL FEES AND APPLICABLE TAXES:** | **$4,072.24** |
|---|---|

THIS IS OUR FEE APPLICATION,
Per:

**SCARFONE HAWKINS LLP**
E. & O.E.

*Del. Bankr. LR 2016-2(e)(iii) allows for
$.10 per page for photocopies.