**EXHIBIT A**

A-1

**Matter 16 - Asset Analysis and Recovery - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/09/2012 | Lisa G Esayian | .30 | Correspond with R. Finke re request from ACC for information re amounts of insurance proceeds held by Grace. |
| 7/26/2012 | Lisa G Esayian | .50 | Respond to inquiries from ACC's counsel re Grace's unsettled insurance coverage. |
| 7/31/2012 | Lisa G Esayian | .50 | Review and reply to correspondence from ACC's counsel re potential insurance settlement. |
| | Total: | 1.30 | |

**Matter 19 - Claims Analysis, Objection and Resolution (Non-Asbestos) - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/03/2012 | Jeffrey Gettleman | .60 | Telephone conference with A. Paul, C. Semonsen and R. Higgins re multi-site settlement agreement issues. |
| 7/10/2012 | Lisa G Esayian | 2.00 | Telephone conference with R. Finke re U.S. environmental claims at Libby mine (.4); analyze certain information re same (1.4); correspond with R. Finke re same (.2). |
| 7/11/2012 | Lisa G Esayian | .80 | Review and analyze issues re Libby environmental claims. |
| 7/12/2012 | Christian C Semonsen | 1.40 | Prepare for and participate in telephone conference with client re multi-site settlement and "additional sites" terms re same. |
| 7/13/2012 | Jeffrey Gettleman | .20 | Review correspondence from A. Paul re discharge of environmental claims (.1); correspond with M. Jones re same (.1). |
| 7/13/2012 | Adam C Paul | .30 | Correspond with H. Feichko re environmental claims. |
| 7/16/2012 | Mike Jones | 6.10 | Research case law re discharge of environmental claims in bankruptcy (4.6); draft summary of same (1.2) correspond with working group re same (.3). |
| 7/16/2012 | Jeffrey Gettleman | .80 | Correspond with M. Jones re discharge of environmental claims (.2); review and revise M. Jones draft memorandum re discharge of environmental claims in bankruptcy (.6). |
| 7/17/2012 | Mike Jones | 4.20 | Review and revise summary re discharge of environmental claims in bankruptcy (1.9); research re same (2.1); correspond with working group re same (.2). |
| 7/17/2012 | Jeffrey Gettleman | .30 | Review and analyze M. Jones revised memorandum re dischargeability of environmental claims in bankruptcy (.2); correspond with M. Jones re same (.1). |
|  | Total: | 16.70 |  |

## Matter 20 - Case Administration - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/02/2012 | Andrew Brniak | .20 | Review and compile recently filed pleadings and correspond with working group re same. |
| 7/03/2012 | Andrew Brniak | .30 | Review and compile recently filed pleadings and correspond with working group re same. |
| 7/06/2012 | Andrew Brniak | .40 | Review and compile recently filed pleadings and correspond with working group re same (.2); correspond with M. Jones re docket (.2). |
| 7/09/2012 | Andrew Brniak | .30 | Review and compile recently filed pleadings and correspond with working group re same. |
| 7/10/2012 | Andrew Brniak | .30 | Review and compile recently filed pleadings and correspond with working group re same. |
| 7/11/2012 | Andrew Brniak | .20 | Review and compile recently filed pleadings and correspond with working group re same. |
| 7/12/2012 | Andrew Brniak | .30 | Review and compile recently filed pleadings and correspond with working group re same. |
| 7/13/2012 | Andrew Brniak | .30 | Review and compile recently filed pleadings and correspond with working group re same. |
| 7/16/2012 | Andrew Brniak | .30 | Review and compile recently filed pleadings and correspond with working group re same. |
| 7/17/2012 | Andrew Brniak | .20 | Review and compile recently filed pleadings and correspond with working group re same. |
| 7/20/2012 | Andrew Brniak | .20 | Review and compile recently filed pleadings and correspond with working group re same. |
| 7/23/2012 | Andrew Brniak | .30 | Review and compile recently filed pleadings and correspond with working group re same. |
| 7/30/2012 | Andrew Brniak | .20 | Review and compile recently filed pleadings and correspond with working group re same. |
| 7/31/2012 | Andrew Brniak | .30 | Review and compile recently filed pleadings and correspond with working group re same. |
| | Total: | 3.80 | |

A-4

## Matter 23 - Business Operations - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/03/2012 | Jeffrey Gettleman | 1.20 | Review and analyze correspondence from J. Posner and first day motions re authorization to purchase insurance during bankruptcy case (.4); correspond with K. Love re search for insurance authority motion (.1); draft, review and revise analysis re same (.4); correspond with J. Posner, R. Finke and A. Brniak re entry of order re "ordinary course" motion (.3). |
| | Total: | 1.20 | |

## Matter 32 - Fee Applications, Applicant - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/06/2012 | Adam C Paul | 1.70 | Analyze and revise May fee application and invoices. |
| 7/06/2012 | Maureen McCarthy | 2.20 | Draft June fee application. |
| 7/10/2012 | Maureen McCarthy | 1.80 | Review and revise May fee application. |
| 7/15/2012 | Mike Jones | 3.20 | Review, analyze, and revise invoices (2.9); correspond with working group re same (.3) |
| 7/22/2012 | Adam C Paul | 1.90 | Analyze and revise June invoices. |
| 7/24/2012 | Mike Jones | 1.40 | Review and revise June invoice (1.1); correspond with working group re same (.3). |
| 7/31/2012 | Maureen McCarthy | 1.60 | Review and revise June fee application. |
| | Total: | 13.80 | |

A-6

## Matter 37 - Plan and Disclosure Statement - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/01/2012 | Mike Jones | 4.70 | Review and analyze pleadings re plan payment amounts and Sealed Air and Fresenius contributions (1.8); correspond with working group re same (.3); research re requirement of bankruptcy debtor to post supersedeas bond (1.7); draft summary of same (.6); correspond with working group re same (.3). |
| 7/01/2012 | Kimberly K Love | 3.00 | Prepare and organize various materials requested by L. Esayian (1.7); review, edit and cite check appellees' response brief (1.3). |
| 7/01/2012 | Scott J Gordon | 5.30 | Review and analyze additional termination events (3.8); correspond with client re same (.8); telephone conference with E. Filon re same (.7). |
| 7/01/2012 | Jeffrey Gettleman | 2.40 | Correspond with working group re additional termination events (.8); correspond and telephone conference with working group re LMP transition (1.1); correspond with working group re response to Garlock motion (.5). |
| 7/01/2012 | Adam C Paul | 2.10 | Telephone conference with J. Gettleman re LMP transition (.8); correspond with R. Finke re same (.1); analyze Goldman transactional documents (1.2). |
| 7/01/2012 | John Donley, P.C. | 7.70 | Review and revise Garlock emergency response brief in Third Circuit (6.6); correspond with L. Esayian, R. Barakat, R. Frankel and P. Lockwood re same (.8); telephone conference with A. Paul and J. Gettleman re Libby transaction issues (.3). |
| 7/01/2012 | Lisa G Esayian | 7.90 | Review and revise opposition to Garlock Third Circuit stay motion (7.3); correspond with J. Donley re same (.6). |
| 7/01/2012 | Dennis M Myers, P.C. | .50 | Conferences re RLF memo (.3); review comments to same (.2). |
| 7/02/2012 | Mike Jones | 12.80 | Research and analyze case law re administrative claim status (3.1); review and analyze claims re same (.6); draft summary re same (.9); review and revise same (.4); correspond with J. Gettleman re same (.2); review and analyze pleadings re appointment of trustee or examiner (.8); correspond with J. Gettleman re same (.4); review and analyze pleadings re plan payment amounts and Sealed Air and Fresenius contributions (4.8); draft summary re same (.7); review and revise same (.6); correspond with working group re same (.3). |

A-7

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/02/2012 | Kimberly K Love | 12.50 | Review, edit and cite check appeal response brief and prepare exhibits (10.8); review files and obtain materials requested by M. Jones and J. Gettleman (1.7). |
| 7/02/2012 | Andrew Brniak | .80 | Prepare and compile precedent re financing and cash management motions (.6); correspond with J. Gettleman re same (.2). |
| 7/02/2012 | Scott J Gordon | 5.60 | Review and analyze Delaware Section 160 Memo (1.7); correspond with D. Myers and D. Bussard re same (.4); telephone conference with working group re same (.8); review and revise ISDA schedule additional termination events (1.9); correspond with D. Myers, A. Paul and J. Gettleman are same (.3); telephone conference with client re same (.5). |
| 7/02/2012 | Jeffrey Gettleman | 12.00 | Telephone conferences, office conferences and correspond with working group re Project Green motion (2.9); review and revise same (1.8); telephone conference and correspond with working group re additional termination events (1.1); telephone conference and correspond with working group re exit financing (.6); review and revise terms of same (.8); telephone conferences and correspond with working group re LMP transition (.9); analyze same (.8); correspond with working group plan proponents' update call (.2); telephone conferences and correspond with working group re additional termination events (1.2); review and analyze same (1.7). |
| 7/02/2012 | Adam C Paul | 8.40 | Telephone conference with working group re Goldman transaction (1.2); prepare for same (.9); telephone conference with R. Finke re LMP transition (.5); prepare for same (.5); analyze and revise Goldman transaction documents (4.1); telephone conference with R. Higgins re multi-site agreement (.6); analyze AMH pleadings (.4); telephone conference with J. Donley re Sealed Air (.2). |
| 7/02/2012 | John Donley, P.C. | 8.00 | Review and analyze cases, authorities and record relating to Garlock response brief in Third Circuit (1.7); review and revise draft brief (3.0); draft argument section of same (3.3). |
| 7/02/2012 | Lisa G Esayian | 6.80 | Review and revise Garlock Third Circuit emergency stay motion (5.9); telephone conferences with J. Donley re same (.9). |
| 7/02/2012 | Christopher Landau, P.C. | .50 | Correspond with working group re appellate procedural issues. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/02/2012 | Dennis M Myers, P.C. | 2.00 | Telephone conferences with working group re RLF memo and Delaware law analysis (1.4); telephone conference with working group re termination events (.6). |
| 7/03/2012 | Mike Jones | 7.20 | Research and analyze case law and commentary re protecting cash collateral deposited in commingled account (2.1); review and analyze pleadings re employee incentive plan and potential administrative claims (1.7); draft summary of same (.5); correspond with J. Gettleman re same (.2); review and analyze pleadings and orders re initial payment percentage under TDP and court references to same (1.8); draft summary of same (.4); review and revise same (.3); correspond with L. Esayian re same (.2). |
| 7/03/2012 | Kimberly K Love | 5.40 | Review files re liability insurance motion and order (.6); review Third Circuit rules re filing motions (1.1); prepare and organize potential exhibits to appellees response brief and create index of same (3.1); telephone conference with L. Fairley re materials and case information to be used with appeal brief (.6). |
| 7/03/2012 | Andrew Brniak | .30 | Prepare and compile automatic stay materials and correspond with J. Gettleman re same. |
| 7/03/2012 | Scott J Gordon | 4.80 | Review and revise RLF Delaware law memo (1.1); correspond with D. Bussard and D. Myers re same (.4); telephone conference with M. Broude and A. Paul re additional termination events (.5); review and revise revised draft of same (.7); telephone conference with working group re same (.6); telephone conference with client re same (.7); review and revise share forward confirmation (.8). |
| 7/03/2012 | Jeffrey Gettleman | 9.90 | Correspond with working group re exit financing (.1); telephone conference and correspond with working group re administrative claims research (.6); research and analyze same (1.1); telephone conferences and correspond with working group re additional termination events (1.7); review and analyze same (1.5); telephone conferences and correspond with working group re Project Green motion (1.7); review and revise same (2.1); correspond with working group re plan proponents' update call (.4); correspond with working group re qualified settlement fund language (.4); draft, review and revise same (.3). |

A-9

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/03/2012 | Adam C Paul | 5.90 | Analyze Goldman transaction (2.1); correspond with M. Shelnitz, E. Filon and S. Gordon re same (.7); telephone conference with working group re same (.6); correspond with J. Gettleman re Goldman motion (.4); telephone conference with R. Higgins re environmental claims (.9); telephone conference with P. Lockwood, R. Frankel and J. Donley re status (1.2). |
| 7/03/2012 | John Donley, P.C. | 11.10 | Biweekly strategy conference with M. Shelnitz, A. Paul and ACC and FCR counsel (1.0); telephone conference with R. Frankel re effective date issues (.2); correspond with D. Blabey re effective date issues and Garlock response (.2); telephone conferences with B. Fallon and G. Cassada and Third Circuit clerk re stipulation and briefing (.3); telephone conference with M. Shelnitz re same (.1); correspond with B. Fallon and G. Cassada re same (.3); correspond with C. Landau re briefing (.1); correspond with A. Paul re same (.1); draft Garlock stay response brief (8.8). |
| 7/03/2012 | Lisa G Esayian | 6.50 | Review and revise opposition to Garlock Third Circuit emergency stay motion (6.2); review and revise Garlock's draft plan effective date stipulation (.3). |
| 7/03/2012 | Lesley Fairley | 1.00 | Fact check, cite check and collect exhibits to response to Garlock's stay motion. |
| 7/03/2012 | Dennis M Myers, P.C. | 3.00 | Telephone conference with working group re Delaware law issues (.9); review and analyze revised memo (.9); telephone conferences with working group re termination events (1.2). |
| 7/04/2012 | Scott J Gordon | 7.60 | Review and revise share forward confirmation (3.9); distribute same to client (.2); review and revise term sheet (2.7); correspond with J. O'Connell re same (.8). |
| 7/04/2012 | Jeffrey Gettleman | .50 | Review correspondence from E. Filon, A. Paul and others re term sheet (.2); review correspondence from A. Paul and C. Nagler re Thursday call re exit financing (.1); review correspondence from S. Gordon re latest mark up of confirmation (.1); correspond with A. Paul re Project Green motion (.1). |
| 7/04/2012 | Adam C Paul | 3.20 | Analyze and revise Goldman motion (2.1); analyze and revise Goldman transactional documents (1.1). |
| 7/04/2012 | John Donley, P.C. | 10.90 | Draft memorandum to M. Shelnitz re Trust transition and preparation (.2); review and analyze cases re Garlock stay response (1.4); draft and revise Garlock response brief (9.3). |
| 7/04/2012 | Lisa G Esayian | 3.80 | Review and revise opposition to Garlock stay motion. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/05/2012 | Carrie Sroka | 1.30 | Compile and review precedent re motions to approve exit financing and commitment letters (1.1); office conference with J. Gettleman re same (.2). |
| 7/05/2012 | Mike Jones | 6.40 | Correspond with working group re filing of opening documents in Garlock appeal (.8); correspond with J. Gettleman re plan payment amounts and Sealed Air and Fresenius contribution amounts (.3); research re protection of cash collateral deposited in commingled accounts (4.1); review and analyze ISDA form agreements re same (1.2). |
| 7/05/2012 | Scott J Gordon | 3.80 | Review and revise confirmation (3.2); review comments from M. Conron (.6). |
| 7/05/2012 | Jeffrey Gettleman | 7.80 | Review and analyze correspondence re Project Green motion (.9); telephone conferences and correspond with working group re same (2.6); review and revise same (1.2); telephone conference and correspond with working group re exit financing (.9); review and analyze same (.4); correspond with M. Jones re Garlock motion (.1); correspond with working group re confirmation document (.8); correspond with working group re appellate issues (.3); review and analyze same (.3); review and analyze AMH reply (.3). |
| 7/05/2012 | Adam C Paul | 4.60 | Analyze and revise Goldman transactional documents (1.8); analyze AMH pleadings (.8); analyze and revise Goldman motion (1.1); analyze and revise Garlock response (.6); telephone conference with M. Giannotto re LMP transition (.3). |
| 7/05/2012 | Rana Barakat | 3.20 | Draft and revise motion to exceed page limit for response to Garlock's emergency motion to stay (2.2); telephone conference with J. Donley re Third Circuit filing requirements and motion to exceed page limit (.2); review Third Circuit local rules and Fed. Rules of Appellate Procedure for font and caption requirements (.6); correspond with J. Donley re same (.2). |
| 7/05/2012 | John Donley, P.C. | 13.30 | Telephone conference with L. Esayian re Garlock briefing (.3); telephone conference with R. Barakat re same and Third Circuit motion for page limit (.3); review and analyze latest draft of Garlock response and draft and revise inserts to same (2.6); telephone conference with L. Fairley re cite-checking questions (.1); telephone conference with A. Paul re LMP implementation (.1); draft correspondence to client re Garlock briefing (.1); review and revise Garlock response brief (9.8). |

A-11

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/05/2012 | Lisa G Esayian | 7.60 | Review and revise response to Garlock Third Circuit stay motion (7.3); telephone conference with L. Esayian re same (.3). |
| 7/06/2012 | Mike Jones | 6.40 | Correspond with working group and appellate court re filing of case opening documents (.9); research re protecting cash collateral deposited in commingled account (2.9); draft summary re same (.8); review and revise same (.4); correspond with J. Gettleman re same (.2); review and analyze correspondence re granting security or priority to surety bond or letter of credit holders (.4); research re same (.8). |
| 7/06/2012 | Scott J Gordon | 6.40 | Finalize and distribute mark-up of share forward confirmation (4.9); correspond with client, D. Myers and J. Gettleman re same (.8); correspond with J. Gettleman re Project Green motion (.7). |
| 7/06/2012 | Jeffrey Gettleman | 7.80 | Telephone conference and correspond with working group re Project Green motion (1.8); review and revise same (1.4); telephone conference and correspond with working group re LMP transition (1.7); telephone conferences and correspond with working group re appellate issues (1.1); review and analyze same (1.8). |
| 7/06/2012 | Adam C Paul | 6.10 | Telephone conference with J. Donley re Garlock response (.2); analyze and revise Garlock response (1.2); telephone conference with P. Lockwood and J. Donley re same (.7); analyze and revise Goldman transactional documents (2.9); telephone conference with S. Gordon re same (.3); analyze LMP transition (.8). |
| 7/06/2012 | Rana Barakat | 4.60 | Review and analyze Garlock's emergency motion for stay (.9); review and analyze draft response to Garlock's emergency motion and supporting authorities (1.4); draft and prepare Grace's case opening documents for Garlock appeal (1.3); correspond with J. Donley and working group re same (.3); review Third Circuit case opening letter and rules re same (.5); correspond with counsel for plan proponents re case opening requirements (.2). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/06/2012 | John Donley, P.C. | 9.20 | Review and revise Garlock response brief (6.6); correspond and telephone conference with C. Landau re irreparable harm (.6); review correspondence from P. Lockwood re same (.2); correspond with J. Gettleman and F. McGovern re LMP transition and contract issues (.2); telephone conference with J. Gettleman and A. Paul re same (.1); draft correspondence to E. Inselbuch re creditor issue (.1); correspond and telephone conference with A. Paul re Garlock, GUC and plan consummation issues (.4); telephone conference with M. Shelnitz, ACC and FCR counsel re Garlock response (1.0). |
| 7/06/2012 | Lisa G Esayian | 4.50 | Review and revise opposition to Garlock Third Circuit stay motion (3.9); correspond with R. Barakat on case-opening documents for Third Circuit (.6). |
| 7/06/2012 | Lesley Fairley | 7.10 | Fact check, cite check and collect exhibits to revised draft of appellee's response in opposition to Garlock's stay motion. |
| 7/06/2012 | Christopher Landau, P.C. | 1.00 | Review and analyze stay motions (.7); correspond with J. Donley re same (.3). |
| 7/06/2012 | Dennis M Myers, P.C. | 3.20 | Telephone conference with client re confirmation (.8); review and revise same (2.4). |
| 7/07/2012 | Kimberly K Love | 5.80 | Review, edit, cite check and proofread edits to appellees' response to Garlock (4.4); review and analyze exhibits to brief (1.4). |
| 7/07/2012 | Jeffrey Gettleman | 1.10 | Review correspondence from A. Paul re bank lenders' arguments (.1); review correspondence from S. Winters and A. Paul re Project Green motion (.3); review and revise same (.7). |
| 7/07/2012 | Rana Barakat | 4.30 | Review and analyze pleadings, transcripts, and legal authority cited in response to Garlock' stay motion (2.9); draft summary to J. Donley re same (1.4). |
| 7/07/2012 | John Donley, P.C. | 3.40 | Draft, review and revise insert on second prong of stay test in Garlock response brief (2.2); telephone conferences and correspond with K. Love re appendix and cite checking issues (.6); review correspondence from L. Esayian and R. Barakat re briefing issues (.2); draft memorandum to client re second prong issue (.4). |
| 7/07/2012 | Lisa G Esayian | 2.40 | Review and revise opposition to Garlock Third Circuit stay motion (2.1); correspond with J. Donley re same (.3). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/08/2012 | Mike Jones | .90 | Correspond with R. Barakat re case opening documents (.3); review and analyze response to Garlock motion (.6). |
| 7/08/2012 | Jeffrey Gettleman | .30 | Review correspondence from A. Paul re appellate case opening documents (.1); correspond with R. Barakat re same (.1); review correspondence from A. Paul re comments to response to Garlock motion (.1). |
| 7/08/2012 | Adam C Paul | 3.20 | Analyze and revise Goldman motion (2.1); analyze and revise response to Garlock motion (1.1). |
| 7/08/2012 | Rana Barakat | .30 | Review and analyze amended memorandum opinion re procedural history. |
| 7/08/2012 | John Donley, P.C. | 3.00 | Review and revise Garlock response brief (2.4); correspond with A. Paul, L. Esayian, R. Wyron, M. Shelnitz and R. Frankel re same (.6). |
| 7/08/2012 | Lisa G Esayian | 1.10 | Review and revise opposition to Garlock stay motion (.9); correspond with J. Donley re same (.2). |
| 7/09/2012 | Mike Jones | 7.10 | Correspond with working group re case opening documents (.8); review and revise same (.6); correspond with claimant re case status and distribution timing (.4); review and analyze disclosure statement, cash management order, and related documents re prepetition surety bonds and letters of credit (2.9); draft summary re same (.8); correspond with working group re same (.3); review and analyze notices of appeal (.4); correspond with working group re same (.3); review and revise Project Green motion (.6). |
| 7/09/2012 | Kimberly K Love | 10.30 | Review, edit, cite check and proof appellees' response to Garlock (2.2); prepare and edit index of exhibits to appellees' response brief (2.0); prepare and organize exhibits to be used with brief (3.8); prepare and organize materials requested by M. Jones (1.3); prepare and organize recently filed materials for inclusion into case files (1.0). |
| 7/09/2012 | Scott J Gordon | 3.90 | Telephone conference with Latham and D. Myers re mark-up of share forward confirmation (3.0); draft client issues list re share forward confirmation (.8); correspond with client re same (.1). |

A-14

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/09/2012 | Jeffrey Gettleman | 5.00 | Telephone and office conferences and correspond with working group re Project Green motion (.8); review and revise same (1.8); review and revise response to Garlock motion (.4); correspond with working group re administrative claims (.4); telephone conferences and correspond with working group re LMP transition (.8); review and analyze same (.8). |
| 7/09/2012 | Adam C Paul | 4.40 | Analyze and revise Goldman motion (1.3); analyze and revise Garlock response (.4); telephone conference with J. Donley re same (.7); analyze LMP transition (.4); prepare for Goldman presentation (1.6). |
| 7/09/2012 | Rana Barakat | 2.90 | Correspond with M. Jones and K. Love re notices of appearance and corporate disclosure statements (.3); correspond with local counsel re same (.2); prepare case opening documents in Garlock appeal for filing (.9); review and analyze exhibits to response to Garlock's emergency stay motion (1.2); correspond with K. Love re same (.3). |
| 7/09/2012 | John Donley, P.C. | 4.20 | Review and revise Garlock response brief (1.3); telephone conference with ACC and FCR counsel, A. Paul, L. Esayian and M. Shelnitz re briefing (.5); correspond with M. Shelnitz, R. Finke and C. Landau re same (.3); telephone conference with F. McGovern re LMP transition issues (.3); telephone conferences with R. Finke, A. Paul and J. Gettleman re same (.3); correspond with J. Gettleman, A. Paul, R. Finke and F. McGovern re same (.3); review, edit and finalize appendix to Garlock filing (.5); correspond with R. Barakat, K. Love, J. O'Neill and L. Esayian re Garlock brief issues (.3); review and analyze notices of appeal and other pleadings and filings (.2); review and analyze Third Circuit deadlines and procedures (.2). |
| 7/09/2012 | Lisa G Esayian | 5.70 | Review and revise brief and exhibits in opposition to Garlock Third Circuit stay motion (4.6); correspond and telephone conferences with plan proponents' counsel re same (1.1). |
| 7/09/2012 | Dennis M Myers, P.C. | 3.00 | Telephone conference with Latham re confirmation. |
| 7/10/2012 | Mike Jones | 1.10 | Correspond with working group re Third Circuit filings (.2); review and analyze notices of appeal and correspond with working group re same (.9). |
| 7/10/2012 | Kimberly K Love | 2.90 | Prepare and organize recently filed materials for inclusion into case files (1.7); prepare and organize appellate materials requested by R. Barakat (1.2). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/10/2012 | Andrew Brniak | .40 | Prepare and distribute registration rights agreement to S. Winters (.2); prepare and distribute final decree precedent to M. Jones (.2). |
| 7/10/2012 | Scott A Moehrke, P.C. | 1.80 | Review and analyze securities issues re derivative transaction (1.2); review and analyze documents re same (.6). |
| 7/10/2012 | Jeffrey Gettleman | 7.10 | Telephone conferences and correspond with working group and committee's advisors re Project Green motion (3.2); review and revise same (2.7); correspond with working group re LMP transition (.8); correspond with working group re appellate issues (.1); review and analyze pleadings re same (.3). |
| 7/10/2012 | Adam C Paul | 6.80 | Analyze Goldman transaction (1.2); review and revise pleadings associated with Goldman transaction (3.1); telephone conference with J. O'Connell re same (.3); telephone conference with R. Frankel, P. Lockwood, M. Shelnitz re warrant agreement (1.1); telephone conference with J. Donley re LMP transition (.3); analyze warrant settlement (.8). |
| 7/10/2012 | Jack N Bernstein | .90 | Analyze Libby settlement issues. |
| 7/10/2012 | John Donley, P.C. | 2.20 | Review and analyze Third Circuit pleadings (.6); review and analyze PD FCR Garlock filing (.2); correspond with A. Paul, R. Higgins and D. Turetsky re same (.1); correspond with F. McGovern re LMP implementation issues (.2); telephone conferences with A. Paul and J. Gettleman re same (.3); correspond with J. Gettleman and J. Bernstein re same (.1); telephone conference with M. Plevin re stipulation (.1); correspond with R. Barakat and K. Love re Third Circuit issues (.1); correspond with P. Lockwood re Garlock (.1); outline plan CP issues (.4). |
| 7/10/2012 | Lisa G Esayian | .50 | Review and analyze notices of appeal to Third Circuit. |
| 7/10/2012 | Dennis M Myers, P.C. | 2.30 | Telephone conferences with working group re master confirmation (1.1); review and analyze revised draft of same (1.2). |
| 7/11/2012 | Mike Jones | 3.30 | Research re notices of appeal (.6); correspond with working group re same (.2); research re indemnity provisions in bankruptcy (2.1); review and analyze notices of appeal and correspond with working group re same (.4). |

A-16

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/11/2012 | Kimberly K Love | 5.70 | Prepare and organize recently filed materials to be forwarded to client (.4); review plan exhibits and review for accuracy as requested by A. Paul and R. Wyron (1.2); review files for information re recently filed appeals (1.4); prepare and organize materials requested by R. Barakat and L. Esayian (1.1); prepare and organize recently filed materials from all cases for inclusion into case files (1.6). |
| 7/11/2012 | Scott A Moehrke, P.C. | 1.20 | Review and analyze issues re proposed derivative transaction under 1933/1934 Acts (.9); correspond with D. Myers re same (.3). |
| 7/11/2012 | Jeffrey Gettleman | 5.80 | Correspond with working group re appellate issues (.2); review and analyze pleadings re same (.4); telephone and office conferences and correspond with working group re Project Green motion (2.2); review and revise same (.9); telephone conferences and correspond with working group re LMP transition (1.4); review and analyze same (.7). |
| 7/11/2012 | Adam C Paul | 3.40 | Analyze and revise Goldman documents (2.4); telephone conference with M. Broude re same (.4); correspond with R. Wyron and R. Finke re appeals (.3); correspond with J. Gettleman re Goldman documents (.3). |
| 7/11/2012 | Rana Barakat | 2.90 | Telephone conference with J. Donley, N. Dukov and K. Love re Third Circuit appellate procedures and deadlines (.8); review and analyze Federal Rules of Appellate Procedure and Third Circuit local rules re same (.7); draft memorandum re same (1.4). |
| 7/11/2012 | Nia Dukov | .80 | Office conference with J. Donley re bank lenders appeal. |
| 7/11/2012 | John Donley, P.C. | 1.30 | Telephone conference with K. Love, R. Barakat and N. Dukov re appellate record, appendix, and various Third Circuit procedures, requirements and filing (.7); review and analyze notices of appeal and Third Circuit pleadings (.2); correspond with client and co-plan proponents re same (.4). |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 7/11/2012 | John Donley, P.C. | 3.30 | Correspond with K. Love re Garlock and other briefing (.2); correspond with M. Shelnitz re AMH briefing (.1); review and analyze research, memoranda, rules, and pleadings re briefing and timing issues (.9); outline questions, key tasks and follow-up items re same (.4); correspond with E. Leon and A. Paul re lender appellate issues (.4); correspond with A. Rich and R. Barakat re appeals (.3); telephone conference with A. Paul re LMP transition and effective date issues (.2); correspond with D. Cohn and A. Paul re Libby notice of appeal and settlement issues (.2); correspond and telephone conference with J. Gettleman and A. Paul re LMP implementation issues (.4); review and analyze LMP transition documents (.2). |
| 7/11/2012 | Lisa G Esayian | 1.30 | Review and analyze notices of appeal to Third Circuit (.3); telephone conference with R. Finke re certain notices of appeal (.3); analyze information re same and provide to R. Finke (.7). |
| 7/11/2012 | Dennis M Myers, P.C. | 2.90 | Review and analyze revised confirmation (1.8); telephone conferences with working group re same (1.1). |
| 7/12/2012 | Mike Jones | 6.60 | Correspond with working group and Latham re appeal status (.4); research re indemnity provisions in bankruptcy (2.3); analyze precedent transactions re same (2.9); draft summary of same (.7); correspond with working group re same (.3). |
| 7/12/2012 | Katherine Deibert | 2.50 | Review and analyze share forward confirmation (.9); draft opinion re same (1.6). |
| 7/12/2012 | Scott J Gordon | .20 | Review and analyze form of opinion precedent. |
| 7/12/2012 | Jeffrey Gettleman | 6.80 | Telephone and office conferences and correspond with working group re Project Green motion (1.8); review and analyze same (2.6); correspond with working group re appellate issues (.6); telephone conferences and correspond with working group re LMP transition (.2); telephone and office conferences with working group re indemnification issues (.7); analyze same (.9). |
| 7/12/2012 | Adam C Paul | 5.00 | Analyze LMP transition (.3); finalize Libby settlement (1.1); telephone conference with J. Donley re same (.2); finalize Goldman documents (1.2); telephone conference with L. Duff, R. Brager re multi-site agreement (1.1); prepare for same (.4); analyze and revise Goldman motion (.7). |

A-18

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/12/2012 | Rana Barakat | 3.50 | Review Federal Rules of Appellate Procedure and Third Circuit local rules re deadlines and contents of record and appendix (.7); draft memorandum re same (2.5); review dockets of key asbestos bankruptcy cases (.3). |
| 7/12/2012 | John Donley, P.C. | 2.00 | Correspond with A. Paul re corporate transaction negotiations (.2); correspond with client and L. Esayian re MCC appeal and source documents (.4); telephone conference with A. Paul re CP and consummation issues (.2); correspond with J. Gettleman and A. Paul re LMP transition and effective date issues (.2); correspond with E. Inselbuch, P. Lockwood and R. Higgins re claimant inquiries (.2); review, outline and prepare for plan emergence call (.8). |
| 7/12/2012 | Lisa G Esayian | .50 | Review additional information re Maryland Casualty issues (.4); correspond with R. Finke re same (.1). |
| 7/12/2012 | Dennis M Myers, P.C. | 1.10 | Conferences re term of confirmation. |
| 7/13/2012 | Mike Jones | 1.10 | Review and analyze Garlock emergency stay motion (.9); correspond with working group re same (.2). |
| 7/13/2012 | Andrew Brniak | .60 | Prepare and distribute financing precedent to J. Gettleman and S. Winters. |
| 7/13/2012 | Jeffrey Gettleman | 4.10 | Office conferences and correspond with working group re Project Green motion (1.6); review and revise same (2.3); correspond with working group re LMP transition (.2). |
| 7/13/2012 | Adam C Paul | 4.40 | Telephone conference with D. Turetsky re effective date (.8); prepare for same (.6); telephone conference with J. Gettleman re Goldman documents (.3); finalize Goldman documents (1.7); correspond with J. Donley re AMH (.2); analyze conditions to effective date (.8). |
| 7/13/2012 | Rana Barakat | 2.40 | Review Federal Rules of Appellate Procedure and Third Circuit local rules re deadlines and contents of record and appendix (.6); draft outline of same (1.8). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/13/2012 | John Donley, P.C. | 5.30 | Review J. Gettleman and Trustee correspondence re LMP transition update (.2); prepare for call with D. Turetsky and N. Coco (.5); telephone conferences with A. Paul re plan emergence issues (.5); review and analyze recent pleadings (.2); telephone conference with D. Turetsky, N. Coco and A. Paul re plan issues (1.0); draft memorandum to client re plan emergence issues (.5); telephone conference with M. Shelnitz re plan issues (.4); telephone conference with R. Finke re AMH and plan issues (.4); review and analyze AMH research (.3); review and analyze Garlock pleadings (.9); correspond with A. Paul re plan consummation strategies and negotiations (.2); correspond with D. Turetsky re Sealed Air issues (.2). |
| 7/13/2012 | Lisa G Esayian | 2.10 | Telephone conference with R. Finke re AMH issues (.4); analyze issues re AMH class claim (1.7). |
| 7/14/2012 | Adam C Paul | .20 | Correspond with J. Donley re AMH and Garlock. |
| 7/14/2012 | Rana Barakat | 1.90 | Review and analyze rulings and pleadings in key asbestos cases (1.2); draft summary of same (.7). |
| 7/16/2012 | Kimberly K Love | 7.80 | Prepare and organize recently received materials for inclusion into case files (2.6); prepare and organize materials requested by J. Donley re Garlock filing (.7); prepare and organize materials re Fresenius and Sealed Air as requested by J. Donley (2.3); review and identify exhibits cited in bank lender briefs for use as potential joint appendix exhibits (2.2). |
| 7/16/2012 | Andrew Brniak | .50 | Prepare and compile docketed pleadings related to Sealed Air and Fresenius settlement agreements (.4); correspond with J. Gettleman re same (.1). |
| 7/16/2012 | Jeffrey Gettleman | .40 | Telephone conference with A. Paul re mediation with Montana re appeal, status of discussions with ACC and FCR re warrant agreements and language for possible plan support agreement (.2); correspond with A. Brniak re precedential plan support agreements (.2). |
| 7/16/2012 | Jeffrey Gettleman | 2.00 | Review and analyze Garlock reply in support of motion for stay pending appeal (.6); review and revise Project Green motion (.7); telephone conferences and correspond with working group re same (.7). |
| 7/16/2012 | Adam C Paul | 2.70 | Analyze Garlock reply (1.1); telephone conference with J. Donley re same (.4); prepare for mediation (1.2). |

A-20

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/16/2012 | Rana Barakat | 2.40 | Review dockets in key asbestos bankruptcy cases (.8); draft summary of same (.7); review and analyze Garlock's reply re emergency motion for stay (.4); telephone conference with J. Donley re Sealed Air and Fresenius settlements and Garlock's arguments on appeal (.5). |
| 7/16/2012 | John Donley, P.C. | 2.60 | Telephone conference with M. Shelnitz, R. Finke and A. Paul re emergence strategy (.8); prepare for same (.2); analyze and outline emergence legal and strategy issues (.5); conference with R. Barakat re emergence and Garlock appellate research questions (.3); review plan documents, exhibits and transcripts re emergence strategy and negotiations (.6); telephone conference with S. McMillin re estimation trial record (.2). |
| 7/16/2012 | John Donley, P.C. | 5.50 | Review and analyze Garlock Third Circuit filings (1.6); outline follow-up research for appellate briefing (.7); correspond with P. Lockwood re Garlock (.2); correspond with A. Paul re fair-and-equitable issue (.1); correspond with R. Barakat and K. Love re balancing test (.1); telephone conferences with A. Paul re emergence and stay issues (.7); telephone conferences with P. Lockwood, R. Frankel and R. Wyron re emergence issues (.9); review and analyze documents and memoranda in preparation for Montana negotiation (.5); identify and outline research points re Garlock appeal (.6); correspond with R. Higgins re claimant inquiry (.1). |
| 7/16/2012 | Lisa G Esayian | 1.70 | Review and analyze Garlock's reply re emergency stay motion (.8); correspond with R. Finke re AMH class issues (.2); analyze strategic issues re same (.7). |
| 7/17/2012 | Mike Jones | .40 | Correspond with working group re district court pleadings. |
| 7/17/2012 | Kimberly K Love | 5.20 | Review files and PACER for recent opinions as requested by J. Donley (.5); prepare and organize various materials re Fresenius requested by R. Barakat (.7); assist D. Rooney with review and obtaining requested estimation materials (1.3); prepare and organize bank lender information requested by N. Dukov (.5); review and identify materials cited in bank lender briefs for use as potential Third Circuit joint appendix exhibits (2.2). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/17/2012 | Jeffrey Gettleman | 5.20 | Correspond with working group re LMP transition (.4); office conferences and correspond with working group re Project Green motion (1.3); review and revise same (1.2); correspond with working group re Garlock discovery dispute (.3); office conferences and correspond with working group re plan support agreements and "side letters" (1.2); research re same (.8). |
| 7/17/2012 | Adam C Paul | 3.20 | Telephone conference with J. Donley re effective date (.6); prepare for Montana mediation (1.7); telephone conference with J. Donley, P. Lockwood and R. Frankel re Montana mediation (.9). |
| 7/17/2012 | Rana Barakat | 5.20 | Review and analyze Sealed Air and Fresenius settlement agreements (2.4); draft correspondence to J. Donley re termination clauses in same (.3); review key rulings and pleadings in Thorpe bankruptcy case (1.2); draft summary of same (1.3). |
| 7/17/2012 | John Donley, P.C. | .60 | Review and analyze estimation trial transcripts and materials (.4); review and analyze summaries re Garlock chapter 11 developments relevant to Grace case (.2). |
| 7/17/2012 | John Donley, P.C. | 7.30 | Telephone conferences and correspond with R. Wyron and L. Esayian re insurance issues (.7); prepare for Montana negotiation conference call and participate in call with E. Inselbuch, P. Lockwood, R. Frankel, R. Wyron, and A. Paul (.6); correspond with A. Paul and J. Gettleman re Libby issues (.4); telephone conferences with M. Shelnitz re implementation and emergence issues (.4); review and analyze plan and other documents re emergence strategy and options (2.4); analyze and outline same (2.2); telephone conferences with P. Bentley, D. Blabey and A. Paul re emergence strategy and issues (.6). |
| 7/17/2012 | Lisa G Esayian | 4.70 | Review and analyze insurance settlement agreements and summarize same (2.5); telephone conference with J. Donley re same (.2); analyze AMH class issues (2.0). |
| 7/18/2012 | Mike Jones | 7.40 | Research re waiver of conditions precedent to effective date (6.2); draft summary of same (1.1); correspond with working group re same (.1). |
| 7/18/2012 | Leslie Stubbs | 4.30 | Collect and organize materials for potential use as Third Circuit joint appendix exhibits and index same. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/18/2012 | Kimberly K Love | 12.30 | Supervise and assist with review of district court briefs to identify documents for use as Third Circuit joint appendix exhibits and index same. |
| 7/18/2012 | Andrew Brniak | 1.10 | Prepare and compile state of Montana filed proofs of claim and related claims tracking chart (.9); correspond with J. Gettleman re same (.2). |
| 7/18/2012 | Jeffrey Gettleman | 2.90 | Correspond with R. Finke, D. Cohn, J. Donley and A. Paul re LMP transition (.4); review correspondence from A. Paul re insurance assets available to fund trust (.1); review correspondence from M. Giannotto re BNSF settlement agreement status (.1); office conference with A. Paul, plan proponents and counsel for Montana re settlement of appeal (1.6); office conference with A. Paul and F. Monaco re payment of Montana claims (.4); office conference with A. Paul re research re same (.2); correspond with A. Brniak re proofs of claim re same (.1). |
| 7/18/2012 | Adam C Paul | 5.70 | Participate in Montana mediation (4.1); prepare for same (1.2); telephone conference with J. Donley re same (.4). |
| 7/18/2012 | Rana Barakat | .80 | Review and analyze Third Circuit rules and Federal Rules of Appellate Procedure re joint appendix (.4); telephone conference with Third Circuit case manager re same (.4). |
| 7/18/2012 | John Donley, P.C. | .30 | Correspond with R. Barakat, K. Love and N. Dukov re appeal action items. |
| 7/18/2012 | John Donley, P.C. | 6.30 | Correspond with R. Wyron and L. Esayian re insurance issues (.6); correspond with T. Florence re plan issue (.1); correspond with J. Gettleman re Libby issues (.1); review and analyze documents relating to insurance assets and timing (.8); draft memorandum to client re same (.4); review and analyze research re emergence issues (.5); draft outline of same (1.4); telephone conferences and correspond with A. Paul re Montana negotiation (.6); telephone conference with M. Shelnitz re plan issues (.4); review various Garlock pleadings in Third Circuit (.2); review and analyze memorandum re various Third Circuit procedures, issues and options (.8); outline issues and follow-up relating to same (.3); voicemail with D. Turetsky re plan issue (.1). |
| 7/18/2012 | Lisa G Esayian | 2.90 | Analyze information from post-petition insurance settlements (1.3); correspond with J. Donley re same (.2); analyze strategic issues re AMH class issues (1.4). |

A-23

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/18/2012 | Lesley Fairley | 2.10 | Collect and organize materials for use as Third Circuit joint appendix exhibits and index same. |
| 7/19/2012 | Leslie Stubbs | 7.30 | Collect and organize materials for use as Third Circuit joint appendix exhibits and index same. |
| 7/19/2012 | Kimberly K Love | 13.70 | Telephone conference with working group re preparation of materials to be used as potential Third Circuit joint appendix exhibits (1.0); review files for information re Montana/Medicaid information cited in disclosure statement per J. Donley's request (2.8); supervise and assist with review of district court briefs to identify documents for potential use as Third Circuit joint appendix exhibits and index same (9.9). |
| 7/19/2012 | Maria D Gaytan | 12.20 | Search and retrieve documents cited in bank lender briefs (7.1); search and retrieve documents cited in appellee's main brief (5.1). |
| 7/19/2012 | Andrew Brniak | .50 | Search and compile motion precedent requesting waiver of bankruptcy rule 6004(h) (.4); correspond with S. Winters re findings of same (.1). |
| 7/19/2012 | Jeffrey Gettleman | 1.50 | Office conferences and correspond with working group re collar motion (.8); correspond with A. Paul re same (.1); correspond with J. Donley re transition of LMP (.2); telephone conference with J. Donley, A. Paul, M. Shelnitz and R. Finke re same (.4). |
| 7/19/2012 | Adam C Paul | 5.30 | Analyze Montana claims (1.9); telephone conference with P. Lockwood and M. Shelnitz re effective date (1.1); prepare for same (.8); analyze binding nature of agreement re effective date (1.2); analyze LMP transition (.2); correspond with J. Donley re same (.1). |
| 7/19/2012 | Rana Barakat | 2.20 | Review and analyze Third Circuit rules and procedure (.1); conference with J. Donley, N. Dukov, and K. Love re joint appendices and Third Circuit appellate deadlines (.9); conduct research re procedures for filing Medicaid reimbursement claims (.7); conference with J. Donley re State of Montana's Medicaid reimbursement claims (.5). |
| 7/19/2012 | Nia Dukov | .50 | Office conference with J. Donley re joint appendix to bank lenders' appellate briefs. |

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 7/19/2012 | John Donley, P.C. | 2.50 | Telephone conference with R. Finke, M. Shelnitz, P. Lockwood, R. Wyron, R. Frankel and A. Paul re emergence strategy and issues (.8); telephone conference with A. Paul and D. Blabey re emergence issues (.2); correspond with J. Wisler re appeals (.2); correspond with R. Wyron re insurance and emergence issues (.2); correspond with Paul Weiss re appendix (.2); review and analyze M. Jones research re emergence procedural issues (.4); telephone conference with A. Paul re same (.1); prepare for and participate in telephone conference with T. Florence re emergence-related estimates (.4). |
| 7/19/2012 | John Donley, P.C. | 5.90 | Review and analyze appellate procedures, timing, filings, appendix issues and conference with R. Barakat, K. Love and N. Dukov re same (.8); review bank debt draft appendix, briefs and case record for plan proponent's appendix on all issues (.7); telephone conferences and correspond with K. Love and R. Barakat re same (.4); telephone conference with R. Higgins and A. Paul re reimbursement claim issues (.3); telephone conferences with A. Paul re same (.3); research facts and law re reimbursement issue (1.8); conference with R. Barakat re same (.3); telephone conference and correspond with D. Turetsky re emergence issue (.3); draft memorandum to client re LMP transition (.3); telephone conference with R. Finke and M. Shelnitz re same (.3); telephone conference with R. Finke and M. Shelnitz re Montana issues (.4). |
| 7/19/2012 | Lisa G Esayian | .50 | Telephone conference with T. Florence and J. Donley re analysis of post-effective date issues. |
| 7/19/2012 | Lesley Fairley | 4.40 | Collect and organize materials for potential use as Third Circuit joint appendix exhibits and index same. |
| 7/20/2012 | Leslie Stubbs | 5.80 | Collect and organize materials for potential use as Third Circuit joint appendix exhibits and index same. |
| 7/20/2012 | Erin Cullin | 8.90 | Prepare and organize materials re joint appendix for Third Circuit. |
| 7/20/2012 | Kimberly K Love | 13.30 | Review and analyze PACER and filings re Third Circuit Appeal cases (1.6); supervise and assist with review of district court briefs to identify documents for potential use as Third Circuit joint appendix exhibits and index same (11.7). |
| 7/20/2012 | Maria D Gaytan | 8.80 | Search for and retrieve documents cited in appellees' main brief. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/20/2012 | Jeffrey Gettleman | 2.30 | Correspond with R. Finke re list of LMP members utilizing Libby pharmacy benefits (.1); correspond with F. McGovern re same (.1); review and analyze R. Higgins chart of Montana claims re settlement (.2); correspond with A. Paul and J. Donley re same (.1); telephone conference with R. Higgins re Montana claims (.4); correspond with A. Paul re analysis of Montana claims (.1); review and revise Project Green motion (.7); correspond with working group re same (.6). |
| 7/20/2012 | Adam C Paul | 1.40 | Analyze Montana claims (1.1); correspond with J. Gettleman re same (.3). |
| 7/20/2012 | Rana Barakat | 4.00 | Conduct research re product identification requirements in Medicare and Medicaid recovery cases (1.6); review and analyze case law re same (1.2); review record for evidence showing court's consideration of plan's compliance with "fair and equitable" standard (.7); telephone conference with J. Donley, D. Felder, and R. Wyron re same (.3); review and analyze notes from call (.1); telephone conference with K. Love re same (.1). |
| 7/20/2012 | Nia Dukov | .20 | Review and analyze bank lenders' preliminary list of documents to be included in joint appendix. |
| 7/20/2012 | John Donley, P.C. | 1.40 | Review and analyze materials re "fair and equitable" record (.3); telephone conference with R. Wyron, D. Felder and R. Barakat re same (.4); review Third Circuit filings and correspond with local counsel and R. Barakat re same (.3); correspond with J. Gettleman and A. Paul re Libby, Montana and emergence issues (.3); correspond with M. Shelnitz re emergence issues (.1). |
| 7/20/2012 | Lisa G Esayian | 1.60 | Review and revise AMH class issues (1.3); correspond with R. Finke re same (.3). |
| 7/20/2012 | Lesley Fairley | 8.70 | Collect and organize materials for potential use as Third Circuit joint appendix exhibits and index same. |
| 7/20/2012 | Bernadette E Williams | 6.50 | Compile materials for potential use as Third Circuit Court joint appendix exhibits. |
| 7/21/2012 | Kimberly K Love | 7.90 | Prepare and organize materials for potential use as Third Circuit joint appendix materials and index same. |
| 7/21/2012 | Maria D Gaytan | 5.50 | Prepare and organize documents re Third Circuit merged joint appendix. |

A-26

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/21/2012 | Rana Barakat | 2.70 | Research re Medicaid reimbursement rights against third parties allegedly liable for Medicaid costs (1.4); review and analyze cases re same (1.3). |
| 7/22/2012 | Kimberly K Love | 5.30 | Review and revise indices of potential Third Circuit joint appendix materials. |
| 7/22/2012 | Jeffrey Gettleman | 2.80 | Review and analyze disclosure statement re qualifier language re Montana claims (.8); draft, review and revise analysis re same (.1); correspond with A. Paul re same (.6); review and analyze State of Montana proofs of claim (.3); draft, review and revise analysis re same (.9); correspond with J. Donley and A. Paul re same (.1). |
| 7/22/2012 | Adam C Paul | 1.10 | Correspond with R. Finke re Libby settlement (.4); analyze and revise Libby settlement (.7). |
| 7/22/2012 | Rana Barakat | 3.90 | Research re Medicaid reimbursement rights against third parties allegedly liable for Medicaid costs (.8); review and analyze cases re same (1.3); draft memorandum re proof requirements for State of Montana's Medicaid claims against Grace (1.8). |
| 7/22/2012 | Nia Dukov | 1.60 | Review and analyze documents included in bank lenders' proposed joint appendix. |
| 7/22/2012 | John Donley, P.C. | .50 | Correspond with D. Turetsky (.1); review recent pleadings and filings (.2); correspond with D. Felder re appellate record (.2). |
| 7/22/2012 | Lesley Fairley | 3.90 | Collect and organize materials for potential use as Third Circuit joint appendix exhibits and index same. |
| 7/22/2012 | Bernadette E Williams | 3.70 | Compile materials for potential use as Third Circuit Court joint appendix exhibits. |
| 7/23/2012 | Nate Kritzer | 1.10 | Review and analyze district court brief of State of Montana (.9); telephone conference with J. Donley re Third Circuit appeal of confirmation order (.2). |
| 7/23/2012 | Mike Jones | 1.50 | Correspond with J. Gettleman re Third Circuit appeals (.3); review and analyze opinion and order re AMH (.9); correspond with working group re same (.3). |
| 7/23/2012 | Kimberly K Love | 4.80 | Review, edit and update index of potential Third Circuit joint appendix exhibits. |
| 7/23/2012 | Andrew Brniak | 1.80 | Prepare and compile disclosure statement pleadings (.9); correspond with J. Gettleman re same (.1); draft, review and revise disclosure statement tracking chart (.7); correspond with J. Gettleman re same (.1). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/23/2012 | Jeffrey Gettleman | 7.40 | Correspond with working group re AMH motion (.2); review and analyze issues re same (.3); correspond with working group re appellate issues (.4); review and analyze pleadings re same (.1); telephone conference and correspond with working group re LMP transition (.1); telephone conferences and correspond with working group re Montana claims (2.3); review and analyze same (2.7); office conferences and correspond with working group re Project Green motion (1.1); review and revise same (.2). |
| 7/23/2012 | Adam C Paul | 6.20 | Analyze EPA motion (.9); telephone conference with R. Higgins re same (.7); telephone conference with J. Donley re Montana (.5); telephone conference with D. Turetsky re district court orders (.3); analyze Montana claims (2.1); prepare for Third Circuit appeals (1.7). |
| 7/23/2012 | Rana Barakat | 6.40 | Research re Medicaid reimbursement rights against third parties allegedly liable for Medicaid costs (1.9); review and analyze cases re same (2.1); draft memorandum re specific proof requirements for State of Montana's Medicaid claims against Grace (2.4). |
| 7/23/2012 | Nia Dukov | 1.60 | Review and analyze bank lenders' proposed list of documents to be included in the joint appendix. |
| 7/23/2012 | John Donley, P.C. | .80 | Correspond with R. Barakat and K. Love re follow-up actions (.2); review draft joint appendix (.4); correspond with R. Finke re Garlock appeal (.2). |
| 7/23/2012 | John Donley, P.C. | 6.00 | Review and analyze AMH Rule 60 opinion (.4); correspond with working group re same (.2); telephone conference and correspond with M. Shelnitz re same and current issues (.6); review and analyze documentation re Montana Medicaid reimbursement claims (1.5); correspond with J. Gettleman re same (.6); telephone conferences with A. Paul re Libby, emergence and AMH issues (.3); review and analyze documents re emergence (.4); review and analyze Third Circuit filings (.2); correspond with K. Makowski re Third Circuit filings (.1); review estimation trial and confirmation hearing record excerpts re Garlock fair and equitable appellate issue (1.4); correspond with D. Felder re same (.3). |
| 7/23/2012 | Lisa G Esayian | 2.30 | Review and analyze District Court opinion denying AMH Rule 60 motion (.8); analyze issues re AMH Third Circuit appeal (.8); correspond with working group re post-effective date insurance issues (.4); review and analyze Third Circuit filings (.3). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/24/2012 | Nate Kritzer | 1.40 | Review and analyze district court briefs of Montana and Canada. |
| 7/24/2012 | Mike Jones | .30 | Correspond with working group re case opening documents. |
| 7/24/2012 | Kimberly K Love | 4.20 | Review files and databases for information re 2005 email from F. Monaco as requested by J. Donley (2.6); prepare and organize filings from various cases for inclusion into case files (1.6). |
| 7/24/2012 | Jeffrey Gettleman | 1.00 | Telephone conferences and correspond with J. O'Connell, S. Winters and A. Paul re Project Green motion (.4); correspond with R. Higgins re Montana claims issue (.1); review and analyze research materials re Montana claims (.3); correspond with J. Donley and A. Paul re same (.2). |
| 7/24/2012 | Jeffrey Gettleman | 1.20 | Office conference with A. Paul re transition of LMP (.1); telephone conference with A. Paul and J. Donley re same (.1); office conferences and correspond with working group re Montana objections and claims (.9); correspond with M. Jones re A. Paul comments to corporate disclosure forms re Third Circuit appeals (.1). |
| 7/24/2012 | Adam C Paul | 2.40 | Analyze Montana claims (.8); analyze recent retention applications (.3); analyze EPA agreement (.7); telephone conference with J. Donley re LMP transition and Montana claims (.6). |
| 7/24/2012 | Rana Barakat | 2.60 | Review statement of issues on appeal and designation of record (.1); review Federal Rules of Appellate Procedure re record designations (.1); correspond with J. Donley re same (.2); research re government Medicaid and Medicare reimbursement claims against third party tortfeasors (1.2); review and analyze case law re same (.8); telephone conference with J. Donley re State of Montana's Medicaid subrogation claims (.2). |

A-29

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/24/2012 | John Donley, P.C. | 3.90 | Correspond with D. Blabey re appellate procedure (.1); correspond with A. Paul re appellate issue (.1); review Garlock, Montana and FCR appellate filings (.3); review documents and analyze issues re Montana reimbursement claim (.8); telephone conferences and correspond with J. Hughes, A. Paul, and J. Gettleman re same (.5); draft correspondence to K. Love, A. Paul and J. Gettleman re Montana issues (.3); analyze appellate record and index issue (.7); correspond with R. Barakat re same (.2); review research re Medicaid and Medicare claims (.6); telephone conference with R. Barakat re same (.3). |
| 7/24/2012 | Lisa G Esayian | 1.50 | Review and revise appearance forms for Third Circuit appeals (.3); analyze AMH appeal issues (1.2). |
| 7/25/2012 | Kimberly K Love | 4.80 | Prepare and organize filings from various cases for inclusion into case files (1.2); prepare and organize materials requested by R. Barakat (.5); review and revise index of potential Third Circuit joint appendix materials (3.1). |
| 7/25/2012 | Andrew Brniak | .30 | Correspond with J. Gettleman re plan of reorganization defined terms |
| 7/25/2012 | Jeffrey Gettleman | 1.50 | Telephone conference and correspond with working group re Project Green motion (.3); telephone conference with R. Higgins re resolution of Montana 2005 objections to disclosure statement (.3); review November 2004 disclosure statement re same (.4); telephone conference with A. Brniak re comparison of certain plan definitions re same (.1); review 2004 plan re plan definitions (.2); office conference with A. Paul re same (.2). |
| 7/25/2012 | Adam C Paul | 1.20 | Telephone conference with J. Gettleman re Montana claims (.2); correspond with M. Shelnitz re exit financing (.1); correspond with D. Cohn re appeals (.2); analyze EPA claims (.7). |
| 7/25/2012 | Rana Barakat | 3.10 | Telephone conference with District Court clerk re record designation process (.2); correspond with J. Donley re same (.1); review and analyze cases re government subrogation claims for medical expenses (1.2); draft and revise memorandum re same (1.6). |
| 7/25/2012 | John Donley, P.C. | 1.10 | Correspond with Paul Weiss re lender appeal (.2); analyze Third Circuit appeals and record issues (.4); analyze Montana class 9 claim issues (.5). |
| 7/25/2012 | Lisa G Esayian | 1.60 | Analyze AMH appeal issues. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/26/2012 | Mike Jones | .30 | Correspond with J. Gettleman re deadline and statutory basis for notices of appeal. |
| 7/26/2012 | Kimberly K Love | 4.20 | Prepare and organize electronic versions of potential Third Circuit joint appendix exhibits. |
| 7/26/2012 | Jeffrey Gettleman | 1.70 | Office conference with S. Winters re securities issue (.3); correspond with S. Winters and M. Jones re current pending appeals of confirmation order (.1); correspond with R. Finke, A. Paul and M. Shelnitz re status of copying LMP records (.4); review correspondence from R. Finke re Montana objection to disclosure statement (.1); correspond with J. Donley and R. Higgins re same (.2); analyze Montana claims (.6). |
| 7/26/2012 | Adam C Paul | 2.60 | Analyze and revise SEC filing (1.3); correspond with M. Shelnitz re same (.2); review and analyze earnings release (.8); correspond with J. Donley re Medicaid claims (.2); correspond with M. Shelnitz re LMP transition (.1). |
| 7/26/2012 | Rana Barakat | 7.40 | Research re government reimbursement claims for medical costs based on third party liability (2.1); research re government suits for reimbursement of medical costs (1.8); draft summary of same (1.9); review and revise same (1.6). |
| 7/26/2012 | John Donley, P.C. | 1.80 | Telephone conference with J. Hughes re Montana issue (.1); review correspondence re Montana issue (.2); review and analyze Sealed Air materials (.5); correspond with A. Paul re Sealed Air issue (.3); correspond with R. Finke, M. Shelnitz, J. Gettleman and A. Paul re Libby implementation issues (.3); correspond with D. Cohn re Libby appeal (.1); review and analyze Third Circuit pleadings and filings (.3). |
| 7/26/2012 | Lisa G Esayian | 1.90 | Analyze strategic issues re AMH and Garlock appeals (1.4); correspond with settled insurers re current status of Third Circuit appeals (.5). |
| 7/27/2012 | Kimberly K Love | 7.00 | Prepare and organize electronic versions of potential Third Circuit joint appendix exhibits (3.4); review and revise information re bank lender preliminary exhibits to Third Circuit joint appendix (3.2); office conference with L. Fairley, N. Dukov and R. Barakat re potential Third Circuit joint appendix materials (.4). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/27/2012 | Jeffrey Gettleman | .40 | Correspond with S. Winters re Grace second quarter earnings announcement (.1); review correspondence from A. Paul re equitable mootness opinion (.1); correspond with A. Paul and M. Jones re status of exit lenders' claims post-effective date (.2). |
| 7/27/2012 | Jeffrey Gettleman | 2.10 | Correspond with M. Jones re current appeals (.1); telephone conference and correspond with working group re 10-K filing (.8); correspond with J. O'Connell re negotiations re "collar" (.2); telephone conference with S. Winters and A. Paul re same (.2); telephone conference with R. Higgins re Montana claims (.4); draft, review and revise summary of same (.3); correspond with J. Donley and A. Paul re same (.1). |
| 7/27/2012 | Adam C Paul | 3.00 | Analyze SEC disclosure (.4); correspond with M. Shelnitz re same (.2); analyze Montana claims (.4); telephone conference with D. Turetsky and J. Donley re effective date (1.2); prepare for same (.8). |
| 7/27/2012 | Rana Barakat | 6.70 | Research re government reimbursement claims in Minnesota tobacco litigation (.8); draft summary of same (1.3); research re government reimbursement claims in mass tort litigation (.7); draft summary of same (1.2); draft and revise memorandum re specific proof requirements in cases involving government claims against third parties for medical costs (2.1); office conference with K. Love and N. Dukov re process for compiling joint appendices (.6). |
| 7/27/2012 | Nia Dukov | 1.20 | Office conference with K. Love and R. Barakat re joint appendix and prepare for same. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/27/2012 | John Donley, P.C. | 6.40 | Telephone conference with M. Shelnitz re emergence strategy and legal issues (.4); review and analyze Garlock materials (.3); review and analyze Third Circuit pleadings and filings (.4); review and analyze draft appendix from Paul Weiss (.3); telephone conference with N. Dukov re same (.1); correspond with Paul Weiss re same (.2); correspond with D. Blabey and R. Frankel re emergence issues (.2); correspond and telephone conference with A. Paul re emergence and financing issues (.6); telephone conferences with A. Paul re condition precedent negotiation (.3); analyze and outline condition precedent, emergence and equitable mootness issues (1.0); prepare for call with Sealed Air and Fresenius counsel (.6); telephone conference with D. Turetsky, A. Paul, N. Coco and D. Rosenbloom re plan issues (1.2); telephone conference with M. Shelnitz and R. Finke re same (.8). |
| 7/27/2012 | Lisa G Esayian | 2.30 | Conference with T. Florence re post-effective date issues (.3); review new feasibility and good faith opinions (1.2); work on Anderson Memorial issues (.8). |
| 7/27/2012 | Lesley Fairley | 2.50 | Collect and organize materials for potential use as Third Circuit appendix exhibits and index same. |
| 7/28/2012 | Adam C Paul | .80 | Analyze recent decision re equitable mootness. |
| 7/28/2012 | Rana Barakat | 2.80 | Review and analyze confirmation hearing transcript re plan's compliance with section 524(g)'s "fair and equitable" requirement. |
| 7/28/2012 | John Donley, P.C. | 2.20 | Review and analyze Philadelphia Inquirer equitable mootness opinion (.5); correspond with client re equitable mootness (.2); correspond with P. Lockwood, R. Wyron, R. Frankel and D. Blabey re Sealed Air (.2); correspond with M. Shelnitz re Fresenius issue (.1); review and analyze Bankruptcy Court, District Court and appellate pleadings, filings and orders (.3); review and analyze Skinner opinion (.9). |
| 7/29/2012 | Jeffrey Gettleman | .20 | Correspond with J. Donley and A. Paul re Philadelphia Newspapers Third Circuit opinion. |
| 7/29/2012 | Adam C Paul | .30 | Correspond with J. Donley re equitable mootness decision. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/29/2012 | John Donley, P.C. | .50 | Review and analyze lenders' statement of case and related pleadings in Third Circuit (.2); correspond with K&E appeal team and L. Esayian re issues raised by Skinner opinion (.3). |
| 7/29/2012 | Lesley Fairley | 4.20 | Collect and organize materials for potential use as Third Circuit joint appendix exhibits and index same. |
| 7/30/2012 | Mike Jones | 4.10 | Research case law re administrative priority of exit financing claim. |
| 7/30/2012 | Jeffrey Gettleman | 3.20 | Research re status of claims of exit lenders (1.2); review and analyze correspondence from D. Eaton re going effective during pending appeals (.1); review and analyze plan and disclosure statement re same (.4); correspond and telephone conference with A. Paul and M. Jones re same (.4); review and analyze risk factors in Grace 2011 10-K report (.5); correspond with K. Makowski re filing of corporate disclosures in remaining appeals (.1); telephone conference with J. O'Connell re "collar" negotiations (.4); correspond with A. Paul and others re same (.1). |
| 7/30/2012 | Adam C Paul | .30 | Analyze exit financing conditions. |
| 7/30/2012 | Rana Barakat | 4.60 | Telephone conference with J. Donley re Grace appellate procedures and deadlines (.3); review and analyze Third Circuit local rules re mediation (.2); correspond with L. Esayian re Third Circuit briefing schedule (.1); review and analyze Philip Morris case re government disgorgement (.7); review and revise memorandum re Medicaid reimbursement claims (.7); review and analyze record and issue designations filed by appellants in district court (.5); review and analyze transcripts of confirmation hearing testimony re "fair and equitable" issue (2.1). |
| 7/30/2012 | Nia Dukov | 2.50 | Telephone conference with bank lenders' counsel and J. Donley re joint appendix (1.2); prepare for same (1.3). |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 7/30/2012 | John Donley, P.C. | 6.40 | Analyze issues re bank lenders appeal (2.4); telephone conferences with N. Dukov and M. Phillips re same (1.1); telephone conference with N. Dukov and L. Fairley re next steps (.1); correspond with A. Paul re exit financing (.1); correspond with J. Gettleman re corporate transaction (.1); correspond with R. Barakat, D. Smith and R. Smith re medicaid reimbursement claims (.2); review and analyze documentation from case record re same (.4); telephone conference with R. Wyron, R. Frankel, and P. Lockwood re emergence issues (.6); review and analyze Third Circuit filings (.1); correspond with Pachulski re same and Grace filings (.2); review Third Circuit consolidation order, procedures and R. Barakat memorandum re deadlines and filings (.8); telephone conference with R. Barakat re same (.3). |
| 7/30/2012 | John Donley, P.C. | .70 | Correspond with R. Barakat re appellate research issues and projects (.3); correspond with L. Esayian re T. Florence project (.2); telephone conference with L. Esayian re same (.2). |
| 7/30/2012 | Lisa G Esayian | 1.70 | Review and revise analysis re new 524(g) cases for Third Circuit briefing (1.1); conference with A. Brockman at ARPC re post-effective date issues (.6). |
| 7/30/2012 | Lesley Fairley | 5.80 | Collect and organize materials for potential use as Third Circuit joint appendix exhibits and index same. |
| 7/31/2012 | Mike Jones | 5.30 | Review and analyze AMH amended notice of appeal (.3); correspond with working group re same (.3); research re administrative claims status of exit finance lender (3.2); draft summary of same (1.3); correspond with J. Gettleman re same (.2). |
| 7/31/2012 | Jeffrey Gettleman | 2.70 | Telephone conference with M. Shelnitz, R. Finke, J. Donley, A. Paul and counsel for plan proponents re plan effectiveness issues, appeals and consummation of settlements (1.1); telephone conference with A. Paul and J. Donley re plan effectiveness research and disclosure statement issue (.3); office conference with M. Jones re plan effectiveness research (.4); review and analyze AMH amended notice of appeal (.1); office conference with S. Winters re risk factors in 10-K (.3); review and revise memorandum re same (.5). |
| 7/31/2012 | Thomas W Christopher | 1.00 | Telephone conference with M. Conron re warrants. |

A-35

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/31/2012 | Adam C Paul | 1.70 | Telephone conference with M. Shelnitz, R. Finke, J. Donley and counsel for plan proponents re strategy and effective date (1.3); correspond with J. Donley re appeals (.4). |
| 7/31/2012 | Rana Barakat | 7.20 | Review and analyze confirmation hearing testimony re plan's compliance with section 524(g)'s fair and equitable requirement (.7); review and analyze briefings from City of St. Louis tobacco case re plaintiffs' claims for Medicare reimbursement (.7); draft analysis to J. Donley re same (1.3); review and analyze briefings from DOJ case against Philip Morris for medical cost reimbursement (.6); draft analysis to J. Donley re same (1.6); review and revise memorandum re Medicaid reimbursement claims (2.3). |
| 7/31/2012 | John Donley, P.C. | 4.30 | Correspond with M. Phillips and N. Dukov re bank lenders appeal and record issues (.3); analyze key documents, transcripts and record for joint appendix re bank lender appeal issues (2.7); review and select record re "fair and equitable" references for appeal (.3); correspond with R. Barakat re same (.2); telephone conference with A. Brockman re claim analysis (.3); draft memorandum to M. Shelnitz re same (.2); review and analyze AMH amended notice of appeal (.2); correspond with C. Landau re same (.1). |
| 7/31/2012 | John Donley, P.C. | 5.60 | Review and analyze memorandum re subrogation and medical care reimbursement claims (1.7); correspond with A. McGaan and K. Bass re same (.4); review Philip Morris cases and internal correspondence re same (.5); correspond with R. Barakat re subrogation claims (.4); correspond with M. Shelnitz re same (.4); prepare for bi-weekly ACC/FCR strategy call (.3); telephone conference with M. Shelnitz, R. Finke, A. Paul, P. Lockwood and R. Frankel re strategy (.9); review and analyze Third Circuit procedures (.5); review and analyze recent Third Circuit filings (.3); telephone conference with J. Gettleman and A. Paul re Libby, Montana and emergence issues (.2). |
| 7/31/2012 | Lisa G Esayian | 2.00 | Analyze 524(g) and AMH issues for appellate briefing. |
| 7/31/2012 | Lesley Fairley | 1.90 | Collect and organize materials for potential use as Third Circuit joint appendix exhibits and index same. |
|  | Total: | 926.20 |  |

A-36

**Matter 41 - Tax Issues - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/02/2012 | Todd F Maynes, P.C. | .20 | Review and analyze correspondence re USRPHC issues. |
| 7/03/2012 | Stephen H Butler | 2.00 | Draft FIRPTA analysis for T. Maynes (1.1); review company balance sheets and treasury regulations re same (.7); correspond with T. Maynes re same (.2). |
| 7/03/2012 | Todd F Maynes, P.C. | .60 | Review and analyze correspondence re USRPHC issues. |
| 7/05/2012 | Todd F Maynes, P.C. | .80 | Review and analyze correspondence re USRPHC issue. |
| 7/30/2012 | Adam C Paul | .10 | Correspond with J. Donley re tax issue. |
| 7/30/2012 | John Donley, P.C. | .10 | Correspond with A. Paul re tax issue. |
| 7/30/2012 | Todd F Maynes, P.C. | .60 | Review and analyze correspondence re QSF rules. |
| 7/31/2012 | Adam C Paul | .40 | Telephone conference with J. Donley re tax issues. |
| 7/31/2012 | John Donley, P.C. | .50 | Telephone conference with A. Paul re tax issues (.4); correspond with A. Paul and T. Maynes re same (.1). |
| 7/31/2012 | Todd F Maynes, P.C. | .80 | Review and analyze correspondence re QSF rules. |
| | Total: | 6.10 | |

## Matter 42 - Travel - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/17/2012 | Adam C Paul | 2.20 | Travel to New York, NY for mediation (delay) (billed at half time). |
| 7/18/2012 | Adam C Paul | 5.60 | Travel from New York, NY for mediation (delay) (billed at half time). |
| | Total: | 7.80 | |

A-38