**EXHIBIT B**

## Matter 42 – Travel Non-working – Expenses

| Service Description | Amount |
|---|---:|
| Travel Expense | $541.67 |
| Airfare | $1,068.64 |
| Transportation to/from airport | $244.69 |
| Travel Meals | $154.13 |
| **Total:** | **$2,009.13** |

## Matter 42 – Travel Non-working – Itemized Expenses

| Date | Amount | Description |
|---|---|---|
| 5/07/2012 | 118.04 | Metropolitan Limousine - Transportation to/from airport, Adam Paul, 05/07/12 |
| 5/08/2012 | 126.65 | Metropolitan Limousine - Transportation to/from airport, Adam Paul, 05/08/12 |
| 7/05/2012 | 1,068.64 | Adam Paul, Airfare, New York, NY, 07/17/2012 to 07/18/2012, (Mediation) |
| 7/17/2012 | 541.67 | Adam Paul, Lodging, New York, NY, W New York, 07/17/2012 to 07/18/2012, (Mediation) |
| 7/17/2012 | 14.57 | Adam Paul, Travel Meals, New York, NY, (Mediation), Breakfast |
| 7/17/2012 | 23.81 | Adam Paul, Travel Meals, New York, NY, (Mediation), Lunch |
| 7/17/2012 | 75.00 | Adam Paul, Travel Meals, New York, NY, (Mediation), Dinner |
| 7/18/2012 | 40.75 | Adam Paul, Travel Meals, New York, NY, (Mediation), Dinner |
| Total: | 2,009.13 | |

## Matter 52 – Expenses – Expenses

| Service Description | Amount |
|---|---|
| Third Party Telephone Charges | $253.55 |
| Standard Copies or Prints | $4,890.80 |
| Color Copies or Prints | $1,585.65 |
| Overnight Delivery | $122.83 |
| Computer Database Research | $5,322.77 |
| **Total:** | **$12,175.60** |

## Matter 52 – Expenses – Itemized Expenses

| Date | Amount | Description |
|---|---:|---|
| 6/01/2012 | 12.08 | West, Computer Database Research, Des Jardins, Ken, June 2012 |
| 6/18/2012 | 378.13 | West, Computer Database Research, Donley, John W., June 2012 |
| 6/19/2012 | 9.17 | West, Computer Database Research, O'Connor, Emily, June 2012 |
| 6/27/2012 | 16.12 | West, Computer Database Research, Gettleman, Jeffrey, June 2012 |
| 6/30/2012 | 21.85 | Intercall - Third Party Telephone Charges, J. Gettleman, 6/30/12 |
| 6/30/2012 | 44.79 | Intercall - Third Party Telephone Charges, J. Donley, 6/30/12 |
| 6/30/2012 | 13.29 | Intercall - Third Party Telephone Charges, D. Myers, 6/30/12 |
| 6/30/2012 | 28.81 | Intercall - Third Party Telephone Charges, S. Gordon, 6/30/12 |
| 6/30/2012 | 993.28 | West, Computer Database Research, Barakat, Rana, June 2012 |
| 6/30/2012 | 275.42 | West, Computer Database Research, Esayian, Lisa G., June 2012 |
| 6/30/2012 | 48.24 | West, Computer Database Research, Jones, Mike, June 2012 |
| 6/30/2012 | 2,060.70 | West, Computer Database Research, Love, Kimberly, June 2012 |
| 7/02/2012 | 15.00 | Standard Prints |
| 7/02/2012 | 57.80 | Standard Prints |
| 7/02/2012 | 15.80 | Standard Prints |
| 7/02/2012 | 71.10 | Standard Prints |
| 7/02/2012 | 3.00 | Standard Prints |
| 7/02/2012 | 53.70 | Standard Prints |
| 7/04/2012 | 32.30 | Standard Copies or Prints |
| 7/04/2012 | 1.60 | Standard Prints |
| 7/05/2012 | 19.50 | Standard Prints |
| 7/05/2012 | 13.20 | Standard Prints |
| 7/05/2012 | 9.00 | Standard Prints |
| 7/05/2012 | 26.20 | Standard Prints |
| 7/05/2012 | 11.10 | Standard Prints |
| 7/06/2012 | 4.40 | Standard Prints |
| 7/06/2012 | 39.10 | Standard Prints |
| 7/06/2012 | 2.60 | Standard Prints |
| 7/06/2012 | 37.90 | Standard Prints |
| 7/06/2012 | 7.40 | Standard Prints |
| 7/06/2012 | 11.73 | Fed Exp from: Michael Hensler, Chicago, IL to: Devony Willis |
| 7/06/2012 | 1,385.80 | PACER Service Center, Computer Database Research, 04/01/2012 - 6/30/2012 |
| 7/09/2012 | 9.00 | Standard Copies or Prints |
| 7/09/2012 | 10.90 | Standard Copies or Prints |
| 7/09/2012 | 17.80 | Standard Prints |

| Date | Amount | Description |
|---|---|---|
| 7/10/2012 | 28.90 | Standard Prints |
| 7/10/2012 | 3.20 | Standard Prints |
| 7/10/2012 | 8.50 | Standard Prints |
| 7/10/2012 | 6.90 | Standard Prints |
| 7/11/2012 | 19.70 | Standard Prints |
| 7/12/2012 | 20.40 | Standard Copies or Prints |
| 7/12/2012 | 1.10 | Standard Prints |
| 7/12/2012 | 1.50 | Standard Prints |
| 7/12/2012 | 18.70 | Color Copies or Prints |
| 7/13/2012 | 1.80 | Standard Copies or Prints |
| 7/13/2012 | 5.70 | Standard Prints |
| 7/16/2012 | 13.90 | Standard Prints |
| 7/16/2012 | 1.20 | Standard Prints |
| 7/16/2012 | 61.10 | Standard Prints |
| 7/16/2012 | 42.60 | Standard Prints |
| 7/16/2012 | 7.90 | Standard Prints |
| 7/17/2012 | 20.90 | Standard Prints |
| 7/17/2012 | .10 | Standard Prints |
| 7/17/2012 | 8.20 | Standard Prints |
| 7/17/2012 | 1.80 | Standard Copies or Prints |
| 7/18/2012 | 111.10 | Fed Exp to: Adam Paul, Chicago, IL from: Evangelia Kingsley |
| 7/20/2012 | 40.30 | Standard Copies or Prints |
| 7/20/2012 | 881.00 | Standard Prints |
| 7/20/2012 | 331.20 | Standard Prints |
| 7/20/2012 | 454.20 | Standard Prints |
| 7/20/2012 | 1,657.70 | Standard Prints |
| 7/20/2012 | 102.70 | Standard Prints |
| 7/20/2012 | 27.40 | Standard Prints |
| 7/20/2012 | 309.40 | Standard Prints |
| 7/20/2012 | 297.90 | Standard Prints |
| 7/20/2012 | 1,566.95 | Color Prints |
| 7/20/2012 | 143.83 | Computer Database Research, Transfer Westlaw Research Charges Incurred in May 2012 |
| 7/23/2012 | 17.40 | Standard Prints |
| 7/23/2012 | 22.80 | Standard Prints |
| 7/24/2012 | 13.10 | Standard Prints |
| 7/26/2012 | 21.90 | Standard Prints |

| Date | Amount | Description |
|---|---|---|
| **Date** | **Amount** | **Description** |
| 7/31/2012 | 10.65 | Intercall - Third Party Telephone Charges, J. Gettleman, 7/31/12 |
| 7/31/2012 | 115.18 | Intercall - Third Party Telephone Charges, J. Donley, 7/31/12 |
| 7/31/2012 | 18.98 | Intercall - Third Party Telephone Charges, A. Paul, 7/31/12 |
| Total: | 12,175.60 | |