## Exhibit B

## July 2012 Expense Detail

## EXPENSE SUMMARY

| Service Description | Amount |
|---|---:|
| Airfare | $2,503.52 |
| Lodging | $1,604.35 |
| Rental Car / Ground Transportation | $1,265.91 |
| Per Diem | $159.00 |
| Meals | $2,113.23 |
| Mileage | $208.14 |
| Client Acceptance Procedures -- Background check charges | $1,850.00 |
| Miscellaneous / Other | $72.00 |
| Total: | **$9,776.15** |

## ITEMIZED EXPENSES

| Date | Amount | Service Description |
|---|---:|---|
| 7/6/2012 | $647.62 | Airfare |
| 7/8/2012 | $206.46 | Lodging |
| 7/8/2012 | $112.28 | Lodging |
| 7/8/2012 | $143.19 | Lodging |
| 7/8/2012 | $101.80 | Meals |
| 7/8/2012 | $23.45 | Meals |
| 7/8/2012 | $115.35 | Meals |
| 7/8/2012 | $32.52 | Meals |
| 7/8/2012 | $99.42 | Rental Car / Ground Transportation |
| 7/8/2012 | $33.92 | Rental Car / Ground Transportation |
| 7/8/2012 | $15.00 | Rental Car / Ground Transportation |

| Date | Amount | Service Description |
|---|---|---|
| 7/9/2012 | $18.97 | Meals |
| 7/9/2012 | $19.85 | Meals |
| 7/9/2012 | $260.78 | Meals |
| 7/10/2012 | $250.86 | Lodging |
| 7/10/2012 | $31.44 | Meals |
| 7/10/2012 | $19.45 | Meals |
| 7/10/2012 | $63.53 | Meals |
| 7/10/2012 | $23.87 | Meals |
| 7/10/2012 | $77.57 | Meals |
| 7/10/2012 | $12.00 | Miscellaneous / Other |
| 7/10/2012 | $20.00 | Miscellaneous / Other |
| 7/11/2012 | $198.69 | Lodging |
| 7/11/2012 | $108.16 | Meals |
| 7/11/2012 | $61.27 | Meals |
| 7/11/2012 | $18.99 | Meals |
| 7/11/2012 | $38.85 | Mileage |
| 7/11/2012 | $31.80 | Rental Car / Ground Transportation |
| 7/11/2012 | $27.19 | Rental Car / Ground Transportation |
| 7/11/2012 | $14.30 | Rental Car / Ground Transportation |
| 7/12/2012 | $49.40 | Mileage |
| 7/12/2012 | $53.00 | Per Diem |
| 7/12/2012 | $181.51 | Rental Car / Ground Transportation |
| 7/12/2012 | $99.42 | Rental Car / Ground Transportation |
| 7/13/2012 | $450.00 | Airfare |
| 7/13/2012 | $70.12 | Meals |
| 7/13/2012 | $31.64 | Mileage |

| Date | Amount | Service Description |
|---|---|---|
| 7/13/2012 | $54.00 | Rental Car / Ground Transportation |
| 7/18/2012 | $83.01 | Meals |
| 7/18/2012 | $38.85 | Mileage |
| 7/18/2012 | $2.50 | Rental Car / Ground Transportation |
| 7/18/2012 | $1,850.00 | Client Acceptance Procedures – Background check charges |
| 7/21/2012 | $75.26 | Rental Car / Ground Transportation |
| 7/22/2012 | $500.90 | Airfare |
| 7/23/2012 | $121.71 | Lodging |
| 7/23/2012 | $61.03 | Meals |
| 7/23/2012 | $20.00 | Meals |
| 7/23/2012 | $22.00 | Rental Car / Ground Transportation |
| 7/24/2012 | $150.57 | Lodging |
| 7/24/2012 | $23.56 | Meals |
| 7/24/2012 | $82.66 | Meals |
| 7/24/2012 | $19.50 | Meals |
| 7/24/2012 | $43.83 | Meals |
| 7/24/2012 | $20.00 | Miscellaneous / Other |
| 7/25/2012 | $582.40 | Airfare |
| 7/25/2012 | $201.14 | Lodging |
| 7/25/2012 | $99.63 | Meals |
| 7/25/2012 | $33.00 | Rental Car / Ground Transportation |
| 7/26/2012 | $107.34 | Lodging |
| 7/26/2012 | $23.47 | Meals |
| 7/26/2012 | $19.00 | Rental Car / Ground Transportation |
| 7/26/2012 | $20.00 | Rental Car / Ground Transportation |
| 7/26/2012 | $134.80 | Rental Car / Ground Transportation |

| Date | Amount | Service Description |
|---|---:|---|
| 7/27/2012 | $322.60 | Airfare |
| 7/27/2012 | $53.00 | Per Diem |
| 7/27/2012 | $19.00 | Rental Car / Ground Transportation |
| 7/27/2012 | $23.58 | Rental Car / Ground Transportation |
| 7/27/2012 | $89.79 | Rental Car / Ground Transportation |
| 7/29/2012 | $29.22 | Meals |
| 7/29/2012 | $89.11 | Meals |
| 7/29/2012 | $89.79 | Rental Car / Ground Transportation |
| 7/30/2012 | $112.11 | Lodging |
| 7/30/2012 | $187.56 | Meals |
| 7/30/2012 | $23.87 | Meals |
| 7/30/2012 | $93.44 | Meals |
| 7/30/2012 | $186.22 | Meals |
| 7/30/2012 | $49.40 | Mileage |
| 7/30/2012 | $20.00 | Miscellaneous / Other |
| 7/31/2012 | $53.00 | Per Diem |
| 7/31/2012 | $180.63 | Rental Car / Ground Transportation |
| Total | **$9,776.15** | |

Total July 2012 Expenses:  $9,776.15