# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## AFFIDAVIT OF
## TRACY BUCK, LEGAL ASSISTANT

STATE OF DELAWARE:
                    SS:
NEW CASTLE COUNTY:

   I Tracy Buck, certify that I am, and at all times during the service of process, have been, an employee of Saul Ewing LLP, not less than 18 years of age and not a party to the matter concerning which service of process was made on September 10, 2012. I certify further that I caused the service of the:

**NO ORDER REQUIRED**
**CERTIFICATION OF NO OBJECTION TO THE FORTY FIRST QUARTERLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD APRIL 1, 2012 THROUGH JUNE 30, 2012**
**[RE: DOCKET NO. 29472]**

to be made on the following parties in the manner indicated on the attached service list

_____
Tracy Buck

SWORN AND SUBSCRIBED before me this 10th day of September, 2012.

_____
NOTARY

JENNIFER R. FITZGERALD
Notary Public - State of Delaware
My Comm. Expires May 14, 2013

KRLSWIL:WILM-#617088-V1-WR_GRACE_CNO_TO_KRAMER_LEVEN_S_FORTY_FIRST_QUARTERLY_FEE_APPLICATION_
617088.1 9/10/12

**Grace Monthly Fee Application Service List**
Case No. 01-1139 (JKF)

**Hand Delivery**
(Trustee)
Office of the United States Trustee
David Klauder, Esquire
844 King Street, Suite 2311
Wilmington, DE 19801

*Federal Express and E-mail:*
*richard.fine@grace.corn*
**(Debtors)**
Richard C. Finke, Esquire
W. R. Grace & Co.
7500 Columbia Avenue
Columbia, MD 21044

*Federal Express and E-mail:*
*feeaudit@whsmithlaw.com*
(Fee Auditor)
Warren H. Smith
Warren H. Smith and Associates
Republic Center
325 N. St. Paul, Suite 1250
Dallas, TX 75201

*E-mail: joneill@pszjlaw.corn*
*ljones@pszjlaw.com*

(Co-Counsel for the Debtors)
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor P.O. Box 8705
Wilmington, DE 19899-8705
(Courier 19801)

E-mail *mlastowski@duanemorris.com*
(Counsel for the Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane Morris, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801

*E-mail: nzjoseph@ferryjoseph.com*
(Counsel to the Official Committee of Asbestos Property Damage Claimants) Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

*E-mail: mhurford@camlev.corn*
(Counsel to the Official Committee of Personal Injury Claimants)
Mark T. Hurford, Esquire
Campbell & Levine, LLC 800 N. King Street, Suite 300 Wilmington, DE 19801

*E-mail: icp@pgslaw.com*
(Co-Counsel to David T. Austem, Personal Injury Future Claimant's Representative)
John C. Phillips, Jr., Esquire
Philips, Goldman & Spence, P.A.,
1200 North Broom Street
Wilmington, DE 19806

*E-mail: arich@alanrichlaw.com*
(Co-Counsel to the Hon. Alexander M. Sanders, Jr., Property Damages Future Claims Representative) Alan B. Rich, Esquire
Law Office of Alan B. Rich
1201 Elm Street, Suite 4244

Dallas, TX 75270

E-mail: *khil@svglaw.com*
(Co-Counsel to the Hon. Alexander M. Sanders, Jr., Property Damages Future Claims Representative)
R. Karl Hill, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801

E-mail: *tfreedman@kirkland.com*
(Co-Counsel for the Debtors)
Theodore L. Freedman, Esquire
Kirkland & Ellis
Citigroup Center
601 Lexington Avenue
New York, NY 10022

E-mail: *jbaer@jsbpc.com*
(Co-Counsel for the Debtors)
Janet S. Baer, Esquire
The Law Offices of Janet S. Baer P.C.
70 West Madison Street, Suite 2100
Chicago, IL 60602

E-mail: *david.heller@lw.com* (Co-Counsel to the debtor-in-possession lender)
David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

E-mail: *WSKatchen@duanemorris.com*
(Counsel for the Official Committee of Unsecured Creditors)
William S. Katchen, Esquire
Duane Morris LLP
744 Broad Street, Suite 1200
Newark, NJ 07102

E-mail: *lkruger@stroock.com*
(Counsel for the Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

E-mail: *sbaena@bilzin.com*
(Counsel to the Official Committee of Asbestos Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500 Miami, FL 33131

E-mail: *ei@capdale.com*
(Counsel to the Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152

E-mail: *pbentley@kramerlevin.com*
(Counsel to the Official Committee of Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

E-mail: *rfrankel@prrick.com*
(Co-Counsel to David T. Austem, Personal Injury Future Claimant's Representative) Richard Frankel, Esquire
Orrick Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005

| | |
|---|---|
| *E-Mail: nglassman@bayardlaw.com* | *E-Mail:* <u>jarrad.wright@weil.com</u> |
| (Counsel to Post-Petition Lender) | (Counsel to Post-Petition Lender) |
| Neil B. Glassman, Esquire | M. Jarrad Wright, Esquire |
| The Bayard Firm | Weil, Gotshal & Manges, LLP |
| 222 Delaware Avenue, Suite 900 | 1300 Eye Street, N.W. Suite 900 |
| Wilmington, DE 19801 | Washington, DC 20005 |