**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO., et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| *Debtors.* | § | Jointly Administered |
| | § | |
| | § | Objection Deadline: 10/1/12; 4 pm ET |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF SEITZ, VAN OGTROP & GREEN, P.A.
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS LOCAL COUNSEL TO THE LEGAL REPRESENTATIVE
FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS
AND HOLDERS OF DEMANDS FOR THE SEVENTH INTERIM
<u>PERIOD FROM JULY 1, 2011 THROUGH JUNE 30, 2012</u>**

| | |
|---|---|
| Name of Applicant: | Seitz, Van Ogtrop & Green, P.A. |
| | R. Karl Hill, Esq. |
| Authorized to Provide Services To: | Hon. Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | September 29, 2008 (*nunc pro tunc*) |
| Period for Which Compensation and Reimbursement is Sought: | July 1, 2011 through June 30, 2012 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $162.00 [80% of $202.50] |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $0 |

This is a(n):   ☒Monthly      ☐Interim      ☐Final Application

PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11-13-2009 | 9-29-08 to 2-28-09 | $1,632.00 | $0.00 | Paid | Paid |
| 3-25-2011 | 3-1-09 to 2-28-11 | $1,838.40 | $4.80 | Paid | Paid |
| 5-3-2011 | 3-1-11 to 3-31-2011 | $816.00 | $0.00 | Paid | Paid |
| 6-3-2011 | 4-1-2011 to 4-30-2011 | $2,628.00 | $0.00 | Paid | Paid |
| 7-5-2011 | 5-1-2011 to 5-31-2011 | $1,464.00 | $40.00 | Paid | Paid |
| 8-1-2011 | 6-1-2011 to 6-30-2011 | $3,432.00 | $0.00 | Paid | Paid |

R. Karl Hill and Kevin A. Guerke are the only attorneys providing services in this Fee Application period. Mr. Hill has practiced law for over 20 years, and his billing rate is $300.00 per hour. Mr. Guerke has practiced law for 10 years and his billing rate is $175.00 per hour. In this application period, Mr. Hill billed 0.5 hours and Mr. Guerke billed 0.3 hours, for a total amount billed of $202.50 of which 80% is currently sought, in the amount of $162.00. As stated above, this is the Seventh application for monthly fees and expenses. The time for preparation of this Application is approximately .3 hours, for which $210.00 will be requested in a future application by lead counsel for the PD FCR.

---

[1] At 80% of the total incurred.

COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 0.8 | $202.50 |
| TOTAL | 0.8 | $202.50 |

EXPENSE SUMMARY

| Description | Expense |
|---|---|
|  |  |
| TOTAL | $0 |

Detail of the fees and expenses billed is attached hereto as Exhibit A.

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Elm Street, Suite 4244
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

## CERTIFICATE OF SERVICE

    I certify that on the 11th day of September, 2012, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

                                                  */s/ M. B. R.*

                                                 _____

# EXHIBIT A

**SEITZ, VAN OGTROP & GREEN, P.A.**
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, Delaware 19899
(302) 888-0600  Fax: (302) 888-0606
EIN: 51-0387566

|  |  |
|---|---|
| Alexander M. Sanders, Jr.<br>c/o Alan B. Rich, Esquire<br>4244 Renaissance Tower<br>1201 Elm Street<br>Dallas TX 75270 | Page: 1<br>August 30, 2012<br>Account No:  40324-001M<br>Statement No:  28424 |

Sanders In Re: W. R. Grace

For Services Rendered Through 07/31/2012

### Fees

|  |  |  | Hours |  |
|---|---|---|---|---|
| 06/15/2012 |  |  |  |  |
| RKH | Email from Mr. Rich enclosing response to Anderson Rule 60 motion (.10); Review same (.4); |  | 0.50 |  |
| 06/29/2012 |  |  |  |  |
| KAG | Reviewed SUR Reply (.10). File same (.20). |  | 0.30 |  |
|  | For Current Services Rendered |  | 0.80 | 202.50 |

### Summary of Fees

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| R. Karl Hill | 0.50 | $300.00 | $150.00 |
| Kevin A. Guerke | 0.30 | 175.00 | 52.50 |

| | |
|---|---|
| Total Current Work | 202.50 |
| Previous Balance | $3,047.24 |

### Payments

| | | |
|---|---|---|
| 10/17/2011 | Payment via Wire Transfer from W. R. Grace | -471.00 |
| 12/20/2011 | Payment 1000027258 ACH Credit | -1,836.00 |
| | Total Payments | -2,307.00 |
| | Balance Due | $942.74 |
| | Please Remit | $942.74 |

*Remittance is due and payable upon receipt. Thank you.*