**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| W. R. GRACE & CO., et al. | Case No. 01-01139 (JKF) |
| | Jointly Administered |
| Debtors. | |
| | Related to Docket No. 28944 |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 28944

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Forty-Fourth Quarterly Fee Application of Stroock & Stroock & Lavan LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from January 1, 2012 through March 31, 2012* (the "Application") [Docket No. 28944] filed on May 18, 2012.

The undersigned further certifies that he has reviewed the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than September 7, 2012 at 4:00 p.m.

Dated: September 12, 2012
       Wilmington, Delaware

                          */s/ Michael R. Lastowski*
                          Michael R. Lastowski (DE 3892)
                          Richard W. Riley (DE 4052)
                          DUANE MORRIS LLP
                          222 Delaware Avenue, Suite 1600
                          Wilmington, DE 19801-1246
                          Telephone:    (302)-657-4900
                          Facsimile:    (302)-657-4901
                          Email:        mlastowski@duanemorris.com
                                              rwriley@duanemorris.com

                          *Co-Counsel for the Official*
                          *Committee of Unsecured Creditors*