B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

### District of Delaware

In re: W.R. Grace & Co., et al., Jointly Administered        Case No. 01-01139

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Federal Rules of Bankruptcy Procedure, of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Tannor Partners Credit Fund, LP | UNIVERSITY OF MARYLAND AT COLLEGE PARK |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Tannor Partners Credit Fund, LP
150 Grand Street, Suite 401
White Plains, NY 10601

Phone: (914) 509-5000

Last Four Digits of Acct #:_____

Name and Address where notices to transferor should be sent:

UNIVERSITY OF MARYLAND AT
COLLEGE PARK
OFFICE OF THE BURSAR
COLLEGE PARK, MD 20742-5151
Phone: _____

Court Claim # (if known)_____
Amount of Claim: $5,500.00
Date Claim Filed: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Robert J. Tannor            Date:   9/10/2012
     Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 & 3571.*

## Evidence of Transfer

**UNIVERSITY OF MARYLAND AT COLLEGE P** ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto **Tannor Partners Credit Fund, LP, 150 Grand Street, Suite 401, White Plains, NY 10601**, its successors and assigns ("Assignee"), all rights, title and interest in and to all claims of Assignor in the aggregate amount of not less than **$5,500.00** as stated in the Proof of Claim and or Debtor's schedules and or cure claim schedules against **W.R. Grace & Co., et al.**, Jointly Administered in the United States Bankruptcy Court, District of Delaware ("the Court"), **Case no. 01-01139** or any other court with jurisdiction.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim. All references in this document to dollar amounts shall be deemed to be expressed in US Dollars, unless specifically noted otherwise and initialed by the Assignee.

IN WITNESS WHEREOF, dated the 10th day of Sept, 2012

By: [signature]
(Signature of Authorized Party)

STATE OF MD., CENTRAL COLL. UNIT
(Company Name)

JUDY FILIPIAK
(Print name of Authorized Party)




By:  /s/ Robert J. Tannor
     General Partner

Tannor Partners Credit Fund, LP


       914-509-5000
      (Telephone Number)