# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re ) | Chapter 11 |
| ) | Case No. 01-01139 (JKF) |
| **W.R. GRACE & CO.**, **et al**., ) | (Jointly Administered) |
| Debtors. ) |  |

## PROOF OF SERVICE

I, Lauri Shippers, am over the age of eighteen years and not a party to the within action. I am employed by BMC Group, the Claims Reconciliation and Solicitation Consultant, for and on behalf of Rust Consulting, Inc., the Official Noticing Agent of the Court. My business address is 300 N Continental Blvd., Suite 570, El Segundo, California 90245. On 9/14/2012, I caused a true and correct copy of the "Notice of Defective Transfer of Claim" re: docket no. 29617 to be served upon the following parties:

> UNIVERSITY OF MARYLAND
> AT COLLEGE PARK
> OFFICE OF BURSAR
> COLLEGE PARK, MD 20742-5151
>
> STATE OF MARYLAND CENTRAL COLLECTION UNI
> c/o MICHAEL S FRIEDMAN
> OFFICE OF THE ATTY GEN OF MD – DBM
> 300 W PRESTON ST RM 407
> BALTIMORE, MD 21201
>
> TANNOR PARTNERS CREDIT FUND LP
> 150 GRAND ST, STE 401
> WHITE PLAINS, NY 10601

by placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully pre-paid, and deposited in the mail in Paramount, California.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 9/14/2012

_/s/Lauri Shippers_
Lauri Shippers

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re | ) | Chapter 11 |
|  | ) | Case No. 01-01139 (JKF) |
| **W.R. GRACE & CO.**, **et al**.,[1] | ) | (Jointly Administered) |
| Debtors. | ) |  |
|  | ) |  |

### NOTICE OF DEFECTIVE TRANSFER OF CLAIM RE DOCKET 29617

**Filed**: 9/12/2012
**Docket Number**: 29617
**Transferor**: UNIVERSITY OF MARYLAND
**Transferee**: TANNOR PARTNERS CREDIT FUND LP

PLEASE TAKE NOTICE, that the Transfer of Claim (the "Transfer Notice") referenced above that was filed with the Clerk of the Court is being returned to the Transferee as a Defective Transfer of Claim for the following reason(s):

☐ The Claim has been previously transferred in its entirety to another Transferee.

☐ Proof of Claim has already been filed.

☐ Proof of Claim filed in a different amount than reflected in Transfer Notice.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

☒    Other: Wrong rule cited; Proof of Claim previously transferred to FAIR HARBOR CAPITAL LLC per docket 24030, EOD 12/21/09.

Dated:  9/14/2012            **BMC GROUP**
　　　　　　　　　　　　　　Claims Reconciliation and Solicitation Consultant
　　　　　　　　　　　　　　300 N. Continental Blvd., Suite 570
　　　　　　　　　　　　　　El Segundo, CA 90245

　　　　　　　　　　　　　　For and on behalf of Rust Consulting, Inc.
　　　　　　　　　　　　　　Official Claims and Noticing Agent for the
　　　　　　　　　　　　　　Clerk of the Court