# EXHIBIT A

**WR Grace**
**January 2012 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| Tue 3 | Review/analysis docket items | 0.2 |
| Wed 4 | Review/analysis docket items | 0.3 |
| Thu 5 | Review/analysis docket items | 0.2 |
|  | December fee app draft, review, edit | 2.0 |
| Fri 6 | Review/analysis docket items | 0.2 |
| Mon 9 | Review/analysis docket items | 0.3 |
| Tue 10 | Comm w/OHS (RW) re settlements | 1.0 |
|  | Review/analysis docket items | 0.2 |
| Wed 11 | Comm w/OHS (RW) re pensions | 0.4 |
|  | Review/analysis docket items | 0.2 |
| Thu 12 | Review/analysis docket items | 0.2 |
| Fri 13 | Review/analysis docket items | 0.2 |
| Tue 17 | I/C on Nov/Dec fee apps, quarterly app | 0.8 |
|  | Review/analysis docket items | 1.0 |
| Wed 18 | Review/analysis docket items | 0.2 |
| Thu 19 | Comm w/Blackstone (AS) re pension materials | 0.2 |
|  | Review pension materials | 0.9 |
|  | Review/analysis docket items | 0.3 |
| Fri 20 | Comm w/OHS (RW) re settlement term sheets | 0.4 |
|  | Review term sheet for settlements | 1.1 |
|  | Grace all hands call on pension motion and prep | 1.0 |
| Tue 24 | Comm w/OHS (RW) re scheduling | 0.3 |
|  | Review/analysis docket items | 2.1 |
| Wed 25 | Comm w/OHS (RW) re interest on PI Trust funds | 0.7 |
|  | Review/analysis docket items | 0.2 |
| Thu 26 | Review/analysis docket items | 0.3 |
| Fri 27 | Review/analysis docket items | 0.3 |
| Mon 30 | Review/analysis docket items | 0.2 |
| Tue 31 | Comm w/OHS (RW) re Dist Ct decision | 1.0 |
|  | Review/analysis docket items | 3.0 |
|  | TOTAL TIME (HRS) | 19.4 |

**WR Grace**
**January 2012 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| Tue 3 | Review docket and analysis | 0.4 |
| Wed 4 | Call w/ Orrick re: cash issues | 0.2 |
| Thu 5 | Fee application preparation | 0.5 |
| | Review docket and analysis | 0.3 |
| Mon 9 | I/C re: plan issues | 0.2 |
| Wed 11 | Review pension information | 0.2 |
| Thu 12 | Review docket and analysis | 0.4 |
| Tue 17 | Communications with Bobbi Ruhlander | 0.1 |
| | I/C re: fee applications | 0.3 |
| | Review docket and analysis | 0.3 |
| Thu 19 | Review pension materials | 0.6 |
| | Communications with Bobbi Ruhlander | 0.3 |
| Fri 20 | Call re: pension | 1.0 |
| | Review settlement agreements | 0.8 |
| | Review docket and analysis | 0.2 |
| Mon 23 | Review Grace 8-K | 0.2 |
| Tue 24 | Communications with Bobbi Ruhlander | 0.1 |
| | Review docket and analysis | 0.3 |
| Fri 27 | Review docket and analysis | 0.2 |
| Tue 31 | Review confirmation Order | 3.4 |
| | Review docket and analysis | 0.3 |
| | Review Sealed Air announcements | 0.2 |
| | TOTAL TIME (hrs) | 10.5 |

**WR Grace**
**January 2012 Time - Claire Burke, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Tue 10 | Review/analysis docket items | 0.5 |
| Wed 11 | Review pension materials | 1.0 |
| Fri 13 | Preparation of fee applications | 4.0 |
| Tue 17 | Preparation of fee applications | 1.0 |
| Thu 19 | Review/analysis docket items | 0.5 |
| Fri 20 | Grace all hands call on pension motion and prep | 1.0 |
| Tue 24 | Review/analysis docket items | 0.6 |
| Tue 31 | Review confirmation Order | 2.0 |
| | TOTAL TIME (hrs) | 10.6 |

**WR Grace**
**January 2012 Time - Benjamin Fischer, Analyst**

| Day/Date | Action | Time |
|---|---|---|
| Tues 10 | Review/analyze dockiet items | 1.1 |
| Wed 18 | Review/analyze docket items | 0.9 |
| Fri 20 | Review historical interest rates | 1.3 |
| Wed 25 | Review/analyze docket items | 0.8 |
| Tue 31 | Review appelate court decision | 2.4 |
| | TOTAL TIME (hrs) | 6.5 |

# EXHIBIT A

**WR Grace**
**February 2012 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| Wed 1 | Review district court decision | 2.0 |
| | Comms w/OHS (RW) re decision | 0.8 |
| | Review/analysis docket items | 0.3 |
| Thu 2 | Review district court decision | 3.0 |
| | Review/analysis docket items | 0.2 |
| Fri 3 | Review district court decision | 1.0 |
| | Review/analysis docket items | 0.2 |
| Mon 6 | Review/analysis docket items:GST reargument | 1.2 |
| Tue 7 | Review/analysis docket items | 0.3 |
| Wed 8 | Review/analysis docket items | 0.2 |
| Thu 9 | Review and analysis Sealed Air earnings | 1.2 |
| | Review/analysis docket items | 0.3 |
| Fri 10 | Review/analysis docket items | 0.8 |
| Thu 16 | Review/analysis docket items:BNSF time motion and SA/Fresenius motion, Lender appeal | 2.1 |
| Fri 17 | Review/analysis docket items | 0.2 |
| Tue 21 | Grace fee app prep | 2.0 |
| | Review/analysis docket items | 0.3 |
| Wed 22 | Review/analysis docket items:GRA response brief | 1.0 |
| Thu 23 | Review/analysis docket items:Lender appeal | 1.1 |
| Fri 24 | Review and anlysis of 2011 10-K | 0.9 |
| | Review/analysis docket items:AMH appeal | 1.5 |
| Mon 27 | Review and anlysis of 2011 10-K | 2.5 |
| | Review/analysis docket items | 0.2 |
| Tue 28 | Review/analysis docket items | 0.3 |
| Wed 29 | Review/analysis docket items | 0.3 |
| | TOTAL TIME (HRS) | 23.9 |

**WR Grace**
**February 2012 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| Wed 1 | Review earnings release | 0.4 |
|  | Earnings conference call | 1.1 |
|  | Fee application preparation | 0.3 |
| Thu 2 | Prepration of memo re: 4Q earnings | 1.2 |
|  | Review confirmation Order | 2.0 |
|  | Review docket and analysis | 0.3 |
| Fri 3 | Call w/ Orrick re: trust asset valuation w/ prep | 0.4 |
| Sun 5 | Review confirmation Order | 2.3 |
| Mon 6 | Review confirmation Order | 3.5 |
|  | Review motion for reargument | 0.7 |
|  | Review docket and analysis | 0.3 |
| Wed 8 | Review news re: business realignment | 0.3 |
| Fri 10 | Review docket and analysis | 0.2 |
| Wed 15 | Review docket and analysis | 0.3 |
| Thu 16 | Review docket items re: appeals | 0.6 |
| Fri 17 | Review docket and analysis | 0.3 |
| Tue 21 | Review fee auditor report | 0.2 |
| Wed 22 | Review agenda | 0.1 |
|  | Review docket items re: appeals | 0.4 |
|  | Review docket and analysis | 0.3 |
| Thu 23 | Review docket items re: appeals | 0.2 |
| Fri 24 | Review docket items re: appeals | 0.2 |
|  | Review docket and analysis | 0.2 |
| Mon 27 | Hearing | 0.7 |
|  | Review Grace 10-K | 1.4 |
| Tue 28 | Review docket items re: appeals | 0.5 |
| Wed 29 | Review docket items re: appeals | 0.3 |
|  | Review docket and analysis | 0.2 |
|  | TOTAL TIME (hrs) | 18.9 |

**WR Grace**
**February 2012 Time - Claire Burke, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Wed 1 | Review earnings release | 1.5 |
|  | Earnings conference call | 1.1 |
|  | Prepare 4Q earnings memo | 1.0 |
| Tue 2 | Prepare 4Q earnings memo | 0.5 |
| Wed 3 | Review/analysis docket items | 0.4 |
| Thu 9 | Review Sealed Air earnings release | 2.0 |
| Tue 13 | Fee application preparation | 1.5 |
| Wed 15 | Review/analysis docket items | 0.7 |
| Tue 21 | Review/analysis docket items | 0.4 |
| Thu 23 | Review/analysis docket items | 0.4 |
| Mon 27 | Review 2011 10-K | 3.5 |
| Tue 28 | Review/analysis docket items | 2.0 |
|  | TOTAL TIME (hrs) | 15.0 |

**WR Grace**
**February 2012 Time - Benjamin Fischer, Analyst**

| Day/Date | Action | Time |
|---|---|---|
| Wed 1 | Reviewed Q4 and FY2011 financial results | 2.1 |
| Thur 2 | Prepared Q4 financial update | 3.2 |
| Thur 9 | Review/analyze docket items | 0.8 |
| | TOTAL TIME (hrs) | 6.1 |

# EXHIBIT A

**WR Grace**
**March 2012 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| Thu 1 | Review/analysis docket items | 0.2 |
| Fri 2 | Review/analysis docket items | 0.3 |
| Mon 5 | Review/analysis docket items | 1.1 |
| Tue 6 | Review/analysis docket items | 0.2 |
| Wed 7 | Review/analysis docket items | 0.3 |
| Thu 8 | Review/analysis docket items | 0.3 |
|  | Review, edit time entries for fee app/fee app | 2.1 |
| Fri 9 | Review/analysis docket items | 0.2 |
| Tue 13 | Review/analysis docket items | 1.3 |
| Wed 14 | Review/analysis docket items | 0.4 |
| Thu 15 | Comm w/OHS (RW) re draft motion, affidavits on delay costs | 1.5 |
| Mon 19 | Review/analysis docket items | 1.1 |
| Wed 21 | Review/analysis docket items | 0.4 |
| Thu 22 | Review/analysis docket items | 0.3 |
| Fri 23 | Review/analysis docket items | 0.2 |
| Mon 26 | Comm w/Blackstone (JOC) re warrants | 0.6 |
|  | Review/analysis docket items | 0.2 |
| Tue 27 | Comm w/Blackstone (JOC) re warrants | 0.3 |
|  | Comm w/OHS (RW, RF) re warrants | 0.7 |
|  | Review/analysis docket items | 1.0 |
| Wed 28 | Comm w/OHS (RW) re warrants | 0.3 |
|  | C/C re warrants with Blackstone, COFC | 0.8 |
|  | Review/analysis docket items | 0.4 |
| Thu 29 | Comm w/OHS (RW, RF) re warrants, scheduling | 0.3 |
|  | Review/analysis docket items | 0.3 |
| Fri 30 | C/C re warrants with OHS and prep | 1.0 |
|  | Review/analysis docket items | 0.2 |
|  | TOTAL TIME (HRS) | 16.0 |

**WR Grace**
**March 2012 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| Thu 1 | Review docket and analysis | 0.3 |
| Tue 6 | Review docket and analysis | 0.4 |
| Thu 8 | Financial analysis re: trust asset valuation | 1.2 |
|  | Review docket and analysis | 0.3 |
| Mon 12 | Fee application preparation | 0.3 |
|  | Review docket and analysis | 0.2 |
| Thu 15 | Review opposition to Garlock stay motion | 0.8 |
|  | Review docket and analysis | 0.3 |
| Tue 20 | Review docket and analysis | 0.2 |
| Fri 23 | Review docket and analysis | 0.4 |
| Tue 27 | Review materials re: exit financing issues | 0.6 |
|  | Conference call re: exit financing issues w/ prep | 1.1 |
| Wed 28 | Conference call w/ Charter Oak re: exit financing issues w/ prep | 0.7 |
|  | Review docket and analysis | 0.3 |
| Fri 30 | Conference call w/ Orrick re: exit financing issues w/ prep | 0.8 |
|  | TOTAL TIME (hrs) | 7.9 |

**WR Grace**
**March 2012 Time - Claire Burke, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Fri 2 | Fee application preparation | 0.6 |
| Tue 6 | Review/analysis docket items | 0.7 |
| Fri 9 | Review/analysis docket items | 0.6 |
| Mon 12 | Review/analysis docket items | 1.0 |
| Wed 14 | Review/analysis docket items | 0.6 |
| Tue 20 | Review/analysis docket items | 1.0 |
| Tue 27 | Review materials re exit financing issues | 0.4 |
| Wed 28 | Conference call re warrants with Blackstone, COFC | 0.8 |
| Fri 30 | Preparation and conference call re warrants with OHS | 1.5 |
|  | TOTAL TIME (hrs) | 7.2 |