# EXHIBIT B

**W.R. Grace**
**Lincoln Expense Detail Report (January 1, 2012 – March 31, 2012)**
(Dates Represent Posting Date of Expense)

January 2012
| | |
|---|---:|
| Express Mail | $15.23 |
| Fee for Public Access to Electronic Court Records | $45.44 |
| Telephone | $144.83 |

February 2012
| | |
|---|---:|
| Telephone | $302.20 |

March 2012
| | |
|---|---:|
| Fee for Public Access to Electronic Court Records | $18.48 |
| Telephone | $149.70 |

**TOTAL EXPENSES:** **$675.88**