# EXHIBIT A

**WR Grace**
**April 2012 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| Mon 2 | Review/analysis docket items | 0.2 |
| Tue 3 | Review/analysis docket items | 0.3 |
| Wed 4 | Review/analysis docket items | 0.3 |
| Thu 5 | Review/analysis docket items | 0.2 |
| | Comm w/COFC (JS) re warrants | 0.6 |
| Fri 6 | Review/analysis docket items | 0.2 |
| Mon 9 | Review/analysis docket items | 0.3 |
| Tue 10 | Review/analysis docket items | 0.3 |
| Wed 11 | Review/analysis docket items | 0.2 |
| | Draft edit fee application time | 2.0 |
| Thu 12 | Review/analysis docket items | 0.3 |
| Mon 16 | Review/analysis docket items | 0.9 |
| | Comm w/COFC (JS) re warrants | 0.5 |
| Tue 17 | Review/analysis docket items | 1.3 |
| Wed 18 | Review/analysis docket items | 0.2 |
| | Comm w/Blackstone (JOC) re warrants | 0.4 |
| Thu 19 | Review/analysis docket items | 0.4 |
| Fri 20 | Review/analysis docket items | 0.2 |
| Mon 23 | Review/analysis docket items | 2.5 |
| Tue 24 | Review/analysis docket items | 1.1 |
| Wed 25 | Review/analysis docket items | 0.2 |
| | Review/analyze Q1 earnings | 1.5 |
| Thu 26 | Review/analysis docket items | 0.3 |
| | Review/analyze Q1 earnings | 2.0 |
| Fri 27 | Review/analysis docket items | 0.3 |
| Mon 30 | Review/analysis docket items | 0.2 |
| | Review/analysis research reports | 2.0 |
| | TOTAL TIME (HRS) | 18.9 |

**WR Grace**
**April 2012 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| Mon 2 | Review docket and analysis | 0.3 |
| Wed 4 | Review Fee Auditor Report | 0.3 |
| | Response to Fee Auditor Report | 0.7 |
| Fri 6 | Review docket and analysis | 0.4 |
| Tue 10 | Review docket and analysis | 0.2 |
| Fri 13 | Review docket and analysis | 0.3 |
| Tue 17 | Response to Fee Auditor Report | 0.4 |
| | Conference call w/ Orrick re: exit financing issues w/ prep | 0.4 |
| | Review docket and analysis | 0.3 |
| Fri 20 | Review docket and analysis | 0.4 |
| Mon 23 | Internal conversations re: exit financing issues | 0.2 |
| | Conference call w/ Orrick re: Grace public filings | 0.2 |
| | Review Grace 8-ks and analysis | 1.3 |
| Tue 24 | Review docket and analysis | 0.2 |
| Wed 25 | Review release re: 1Q earnings | 0.4 |
| Thu 26 | Review transcript of 1Q earnings call | 0.5 |
| Fri 27 | Review docket and analysis | 0.3 |
| Mon 30 | Fee application preparation | 0.6 |
| | TOTAL TIME (hrs) | 7.4 |

**WR Grace**
**April 2012 Time - Claire Burke, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Tue 3 | Review/analysis docket items | 0.4 |
| Fri 6 | Review/analysis docket items | 0.6 |
| Mon 9 | Review/analysis docket items | 0.5 |
| Fri 13 | Review February monthly financial report | 2.0 |
| Thu 19 | Review Grace 8-Ks | 4.0 |
| Wed 25 | Review/analysis docket items | 0.5 |
| | Review Q1 earnings | 2.0 |
| Fri 27 | Grace semiannual update presentation preparation | 2.0 |
| Mon 30 | Review/analysis docket items | 0.5 |
| | TOTAL TIME (hrs) | 12.5 |

**WR Grace**
**April 2012 Time - Benjamin Fischer, Analyst**

| Day/Date | Action | Time |
|---|---|---|
| Tues 24 | Review Grace 8-Ks | 1.6 |
| Thur 26 | Review 1Q earnings and earnings transcript | 1.1 |
| Mon 30 | Review docket | 0.5 |
| | TOTAL TIME (hrs) | 3.2 |

# EXHIBIT A

**WR Grace**
**May 2012 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| Tue 1 | Comm w/OHS (RW) re AOP, Helios, post-cfm report | 1.0 |
| | Comm w/Blackstone (AS) re scheduling AOP call, AOP material, Project Helios | 1.3 |
| | Review/analysis docket items | 0.5 |
| Wed 2 | Review/analysis docket items | 0.2 |
| Thu 3 | Comm w/OHS (rw) re AOP, Helios/rare earths, | 0.4 |
| | Review/analysis docket items | 0.3 |
| Fri 4 | Comm w/OHS (RW) re AOP, Project Helios | 0.7 |
| | Review/analysis docket items | 0.2 |
| Mon 7 | Review/analysis docket items | 0.3 |
| Tue 8 | Comm w/COFC (JS) re Grace research | 0.7 |
| | Review/analysis docket items | 0.2 |
| Wed 9 | Comm w/OHS (RF, RW) re warrants | 1.0 |
| | AOP Call with company | 1.3 |
| | Comm w/Blackstone (AS) re AOP materials, follow up | 0.8 |
| | Review/analysis docket items | 0.4 |
| Thu 10 | Comm w/Blackstone (AS) re hedging strategy | 0.3 |
| | Comm w/OHS (RW,RF) re semi annual review sched, LTIP | 1.2 |
| | Review/analyze LTIP | 2.2 |
| | Review/analysis docket items | 0.2 |
| Fri 11 | Comm w/OHS (RF) re warrant discussions | 1.3 |
| | Research warrant options | 2.1 |
| | Review/analysis docket items | 0.2 |
| Mon 14 | Review/analysis docket items | 0.3 |
| | I/C  re drafting financial; presentation | 1.4 |
| Tue 15 | Call w/company on warrants and follow up | 1.0 |
| | Comm w/OHS (DF) re reg rights, warrants | 0.7 |
| | Review, analyze reg rights | 2.1 |
| | Research warrant options | 3.2 |
| | Review/analysis docket items | 1.2 |
| Wed 16 | Comm w/OHS (RW) re post-cfm report | 0.4 |
| | Comm w/OHS (DF) re reg rights | 0.6 |
| | Review/analysis docket items | 2.0 |
| | Research warrant options | 2.5 |
| Thu 17 | Review/analysis docket items | 0.2 |
| Fri 18 | Comm w/OHS (DF) re scheduling | 0.3 |
| | Comm w/OHS (RW) re post-cfm report | 0.2 |
| | Comm w/Blackstone (AS) re post-cfm report | 0.4 |
| | Review/analysis docket items | 0.2 |
| Mon 21 | Comm w/OHS (DF) re scheduling | 0.3 |
| | Review/analysis docket items | 0.2 |
| Tue 22 | Meeting w/ACC,OHS, COFC re warrants and follow up drafting proposal | 4.5 |
| | Review/analysis docket items | 0.2 |
| Wed 23 | Comm w/OHS (RF) re warrant counterproposal | 1.5 |
| | Comm w/COFC (JS) re warrant, drafting | 1.0 |
| | Review/analysis docket items | 0.2 |
| Thu 24 | Comm w/OHS, FCR re scheduling semi-annual review | 0.5 |
| | Review/analysis docket items | 0.2 |
| Fri 25 | Review/analysis docket items | 0.3 |
| Tue 29 | Comm w/OHS (RF) re warrant counterproposal | 1.6 |
| | Comm w/COFC (JS) re warrant | 1.4 |
| | Review/analysis docket items | 0.3 |
| Wed 30 | Review/analysis docket items | 0.2 |
| Thu 31 | Comm w/COFC (JS) re warrant | 1.1 |
| | Review/analysis docket items | 0.3 |
| | TOTAL TIME (HRS) | 47.3 |

**WR Grace**
**May 2012 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| Tue 1 | Review docket and analysis | 0.3 |
| Thu 3 | Internal conversations re: exit financing issues | 0.3 |
| | Review Project Helios information | 0.2 |
| Fri 4 | Review docket and analysis | 0.4 |
| Mon 7 | Review valuation analysis | 0.8 |
| | Review Grace 10-Q filing | 0.7 |
| | Fee application preparation | 0.4 |
| Tue 8 | Review Grace equity research reports | 0.3 |
| | Review docket and analysis | 0.4 |
| Wed 9 | Valuation analysis | 1.0 |
| | Call w/ Orrick re: exit financing issues and case status | 0.4 |
| | Call re: Grace AOP w/ prep | 1.8 |
| | Review AOP follow up materials | 0.3 |
| Thu 10 | Valuation analysis | 0.8 |
| | Call w/ Charter Oak re: exit financing issues and case status w/ prep | 0.8 |
| | Review docket and analysis | 0.4 |
| | Review AOP follow up materials | 0.1 |
| Fri 11 | Calls w/ Orrick re: exit financing issues | 0.7 |
| Mon 14 | Review docket and analysis | 0.3 |
| Tue 15 | Call w/ Orrick re: exit financing issues w/ prep | 0.8 |
| | Exit financing analysis | 1.2 |
| | Review LTIP motion | 0.5 |
| Wed 16 | Review materials from Grace re: exit financing issues | 0.4 |
| | Exit financing analysis | 0.7 |
| Fri 18 | Review docket and analysis | 0.3 |
| Mon 21 | Call w/ Charter Oak re: exit financing issues and case status w/ prep | 0.4 |
| Tue 22 | Meeting w/ Charter Oak, Orrick and Caplin re: rexit financing issues | 1.5 |
| Wed 23 | Review docket and analysis | 0.3 |
| Fri 25 | Review docket and analysis | 0.2 |
| | Preparation of update presentation for FCR | 2.2 |
| Wed 30 | Preparation of update presentation for FCR | 2.6 |
| Thu 31 | Response to fee application questions of the US Trustee | 0.2 |
| | Preparation of update presentation for FCR | 1.6 |
| | TOTAL TIME (hrs) | 23.3 |

**WR Grace**
**May 2012 Time - Claire Burke, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Thu 3 | Review/analysis docket items | 0.3 |
| Fri 4 | Prepare updated settlement valuation analyses | 4.0 |
| Sat 5 | Prepare updated settlement valuation analyses | 3.0 |
| Mon 7 | Prepare updated settlement valuation analyses | 0.5 |
| Tue 8 | Review 10-Q | 3.0 |
| | Prepare updated settlement valuation analyses | 1.0 |
| | Review research reports | 0.8 |
| Wed 9 | Prepare updated settlement valuation analyses | 0.5 |
| | AOP Call with Grace | 1.3 |
| | Review additional AOP materials | 1.0 |
| Thu 10 | Grace semiannual update presentation preparation | 2.0 |
| | Review addition AOP communication from Blackstone | 0.5 |
| Fri 11 | Review/analysis docket items | 0.5 |
| Tue 15 | Call w/Grace re warrants and follow up | 1.0 |
| | Review/analysis docket items | 0.5 |
| Wed 16 | Review warrants materials | 2.0 |
| Thu 17 | Grace semiannual update presentation preparation | 3.2 |
| Thu 24 | Grace semiannual update presentation preparation | 3.0 |
| Mon 28 | Review/analysis docket items | 0.4 |
| Thu 31 | Grace semiannual update presentation preparation | 0.6 |
| | TOTAL TIME (hrs) | 29.1 |

**WR Grace**
**May 2012 Time - Benjamin Fischer, Analyst**

| Day/Date | Action | Time |
|---|---|---|
| Wed 2 | Review materials on Project Helios | 0.4 |
| Thur 3 | Review Grace 2012 AOP | 1.2 |
| Sat 6 | Prepare valuation analysis for Warrant discussions | 3.3 |
| Wed 9 | Conference call regarding Grace 2012 AOP | 1.0 |
| Thur 10 | Prepare semi-annual update presentation | 2.2 |
| Fri 11 | Prepare semi-annual update presentation | 3.1 |
| Mon 14 | Conduct macro-economic and industry research for semi-annual | 2.9 |
| Tues 15 | Prepare overview of warrant discussion presentation | 1.4 |
| | TOTAL TIME (hrs) | 15.5 |

# EXHIBIT A

**WR Grace**
**June 2012 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|----------|--------|------|
| Fri 1 | Comm w/Blackstone (JOC) re warrant proposal | 0.5 |
| | Comm w/COFC (JS) re response counterproposal | 1.0 |
| | Review/analysis docket items | 0.2 |
| Mon 4 | Review/analysis docket items | 0.2 |
| | Draft,edit financial presentation | 2.0 |
| Tue 5 | Review/analysis docket items | 0.2 |
| Wed 6 | Comm w/OHS (RW) re general topics | 0.5 |
| | Review/analysis docket items | 0.3 |
| Thu 7 | Comm w/OHS (RW) re interest payable | 1.0 |
| | Draft,edit financial presentation | 1.1 |
| Fri 8 | Review/analysis docket items | 0.2 |
| Mon 11 | Review/analysis docket items | 0.3 |
| | Draft,edit financial presentation | 0.4 |
| Tue 12 | Review/analysis docket items | 2.3 |
| Wed 13 | Comm w/Blackstone (JOC) re schedule call with mgmt | 0.5 |
| | Semi-annual financial review w/OHS,FCR | 1.6 |
| | Travel to/from Washington, DC | 7.5 |
| Thu 14 | Comm w/Blackstone (JOC) re schedule mtg with mgmt | 0.4 |
| | Review/analysis docket items | 2.6 |
| Fri 15 | Comm w/COFC (JS) re scheduling | 0.7 |
| | Comm w/OHS (RF) re warrant transaction | 1.2 |
| | Review/analysis docket items | 0.3 |
| Mon 18 | Review/analysis docket items | 0.2 |
| Tue 19 | Comm w/OHS (RW) re Shelnitz discussion of GS deal | 0.6 |
| | Comm w/OHS (RF) re warrant transaction | 1.3 |
| | Review/analysis docket items | 0.2 |
| Wed 20 | Review/analysis docket items | 0.2 |
| Thu 21 | Comm w/Blackstone (AS) re warrant analysis | 0.8 |
| | Warrant proposal analysis | 2.0 |
| | C/C w/OHS (RW.RF) re warrant anlysis, proposal | 2.6 |
| | Review/analysis docket items | 0.3 |
| Fri 22 | Comm w/Blackstone (AS) re warrant trading days | 1.0 |
| | Review/analysis docket items | 0.2 |
| Mon 25 | Comm w/Blackstone (AS) re scheduling call | 0.4 |
| | Warrant proposal analysis | 3.2 |
| | Comm w/COFC (JS) re joint response proposal | 1.5 |
| | Review/analysis docket items | 0.3 |
| Tue 26 | Comm w/Blackstone (AS) discuss warrant parameters | 1.8 |
| | Review/analysis docket items | 0.2 |
| Wed 27 | Comm w/Blackstone (AS) re Project Capricorn | 1.4 |
| | Review/analysis docket items | 0.2 |
| Thu 28 | Warrant proposal analysis | 2.5 |
| | Review/analysis docket items | 0.2 |
| Fri 29 | Comm w/OHS (RW) re post-cfm report | 0.3 |
| | Comm w/Blackstone (AS) re post-cfm report | 0.2 |
| | Review/analysis docket items | 0.3 |
| | TOTAL TIME (HRS) | 46.9 |

**WR Grace**
**June 2012 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| Fri 1 | Review docket and analysis | 0.3 |
| Wed 6 | Review docket and analysis | 0.4 |
| Thu 7 | Preparation of update presentation for FCR | 2.2 |
| Fri 8 | Interest rate analysis | 1.3 |
| | Review docket and analysis | 0.3 |
| Mon 11 | Preparation of update presentation for FCR | 1.6 |
| Tue 12 | Preparation of update presentation for FCR | 2.3 |
| | Review docket and analysis | 0.2 |
| Wed 13 | Preparation of update presentation for FCR | 1.8 |
| | Call w/ Blackstone re: exit financing issues | 0.5 |
| | Review Sealed Air financial information | 1.6 |
| Thu 14 | Meeting w/ FCR and Orrick re: semi-annual update and case status | 1.5 |
| | Travel time for meeting w/ FCR and Orrick (Working) | 2.5 |
| | Travel time for meeting w/ FCR and Orrick (Non-Working) | 3.5 |
| Fri 15 | Review of information re: de minimis sale | 0.2 |
| | Review docket and analysis | 0.4 |
| Mon 18 | Meeting w/ Blackstone re: exit financing issues | 1.2 |
| Tue 19 | Call w/ Blackstone re: exit financing issues | 0.4 |
| Wed 20 | Review docket and analysis | 0.4 |
| Thu 21 | Exit financing analysis | 0.6 |
| | Call w/ Orrick re: exit financing issues | 0.7 |
| Fri 22 | Call w/ Charter Oak re: exit financing issues | 0.3 |
| Mon 25 | Call w/ Orrick re: exit financing issues | 0.3 |
| | Review docket and analysis | 0.3 |
| Tue 26 | Call w/ Blackstone re: exit financing issues w/ prep | 0.6 |
| Wed 27 | Review Project Capricorn information | 0.3 |
| Fri 29 | Review docket and analysis | 0.4 |
| | TOTAL TIME (hrs) | 26.1 |

**WR Grace**
**June 2012 Time - Claire Burke, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Tue 4 | Review/analysis docket items | 0.5 |
| Thu 6 | Review/analysis docket items | 0.4 |
| Fri 7 | Edit semiannual presentation | 0.8 |
| Mon 10 | Edit semiannual presentation | 1.0 |
| Tue 12 | Travel to/from Washington DC | 15.0 |
| Wed 13 | Semiannual financial review w/OHS,FCR | 1.6 |
| Mon 18 | Review warrant proposal materials | 1.0 |
| Thu 21 | Warrant proposal analysis | 3.0 |
| Wed 27 | Review Project Capricorn information | 0.5 |
| Thu 28 | Review/analysis docket items | 0.5 |
| | TOTAL TIME (hrs) | 24.3 |

**WR Grace**
**June 2012 Time - Benjamin Fischer, Analyst**

| Day/Date | Action | Time |
|---|---|---|
| Fri 7 | Prepare semiannual presentation | 3.0 |
| Mon 10 | Edit semiannual presentation | 1.0 |
| Tue 12 | Travel to/from Washington DC | 7.5 |
| Wed 13 | Semiannual financial review w/OHS,FCR | 1.6 |
| Wed 27 | Review Project Capricorn information | 2.5 |
| Thu 28 | Review/analysis docket items | 0.5 |
| | TOTAL TIME (hrs) | 16.1 |