# EXHIBIT B

**W.R. Grace**
**Lincoln Expense Detail Report (April 1, 2012 – June 30, 2012)**
(Dates Represent Posting Date of Expense)

April 2012
Telephone                                              $150.44

May 2012
Telephone                                              $129.77

June 2012
Airfare                                               $3,611.00
Telephone                                              $140.74

**TOTAL EXPENSES**                                    **$4,031.95**