Laura Davis Jones, Esquire
Scotta McFarland, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE 19801

Eric Lopez Schnabel, Esquire
James H. Joseph, Esquire
Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

Mark S. Chehi
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

Neil B. Glassman, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Joseph Grey, Esquire
Stevens & Lee
1105 N. Market, Suite 700
Wilmington, DE 19801-1270

Marla Eskin, Esquire
Mark Hurford, Esquire
Campbell & Levine, LLC
800 N. King Street, #301
Wilmington, DE 19801-3549

Rachel B. Mersky, Esquire
Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

Michael R. Lastowski
Duane, Morris & Heckscher
1100 North Market
Wilmington, DE 19801

William H. Sudell, Jr., Esquire
Eric D. Schwartz, Esquire
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Laurie Selber Silverstein, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899

Robert J. Dehney
Michael G. Busenkell
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Steven K. Kortanek, Esquire
Klehr, Harrison, Harvey, Branzburg & Ellers
919 Market Street, Suite 1000
Wilmington, DE 19801

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Suite
Lockbox 35
Wilmington, DE 19801

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Todd C. Schiltz, Esquire
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 N. Market Street, Suite 1001
Wilmington, DE 19801

Jeffrey C. Wisler, Esquire
Michelle McMahon, Esquire
Connolly Bove Lodge & Hutz LLP
1220 Market Street, 10th Floor
Wilmington, DE 19899

John C. Phillips, Jr., Esq.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

Aaron A. Garber,
Pepper Hamilton LLP
1201 Market Street
Suite 1600
Wilmington, DE 19801

Francis A. Monaco, Jr., Esquire
Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
P.O. Box 2031
Wilmington, DE 19801

Curtis Crowther, Esquire
White and Williams LLP
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19801

Frederick B. Rosner, Esquire
Jaspan Schlesinger Hoffman LLP
913 N. Market Street, FL 12
Wilmington, DE 19801-3029

Derrick Tay, Esquire
Ogilvy Renault
Royal Bank Plaza, South Tower
200 Bay Street, Suite 3800
Toronto, Ontario M5J 2Z4
Canada

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Margery N. Reed, Esquire
Duane, Morris & Heckscher LLP
4200 One Liberty Place
Philadelphia, PA 19103-7396

William F. Taylor, Jr., Esquire
McCarter & English, LLP
Mellon Bank Center
919 Market Street, Suite 1800
Wilmington, Delaware 19899

Steven J. Johnson, Esquire
Gibson, Dunn & Crutcher LLP
1530 Page Mill Road
Palo Alto, CA 94304-1125

Charles E. Gibson
Attorney at Law
447 Northpark Drive
Ridgeland, MS 39

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL 33131

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

David S. Rosenbloom, Esquire
Jeffrey E. Stone, Esquire
Lewis S. Rosenbloom, Esquire
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096

Todd Meyer, Esquire
Kilpatrick Stockton
1100 Peachtree St
Atlanta, GA 3030

D. J. Baker, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Jon L. Heberling, Esquire
McGarvey, Heberling, Sullivan & McGarvey, P.C.
745 South Main Street
Kalispel, MT 59901

David B. Siegel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Pamela Zilly
Richard Shinder
David Blechman
Michael Alexander
The Blackstone Group
345 Park Avenue
New York, NY 10154

Internal Revenue S
Attn: Insolvency
31 Hopkins Plaza,
Baltimore, MD 21

Nancy Worth Davis, Esquire
Motley Rice LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465

David S. Heller, Esquire
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

Jan M. Hayden
William H. Patrick
Heller, Draper, Hayden, Patrick
& Horn, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103

Secretary of Treas
P.O. Box 7040
Dover, DE 19903

Office of Reorganization
Securities & Exchange Commission
Suite 1000
3475 Lenox Road, N.E.
Atlanta, GA 30326-1232

Ira S. Greene, Esquire
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022-6225

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10022-3852

Steven T. Baron, Esquire
Member
Silber Pearlman, LLP
2711 North Haskell Avenue
Dallas, TX 75204

James D. Freeman
U.S. Department o
Environmental En
999 18th Street
Suite 945-North T
Denver, CO 8020

W.J. Winterstein, Jr., Esquire
John J. Winter, Esquire
William M. Aukamp, Esquire
Eleven Penn Center, 29th Floor
1835 Market Street
Philadelphia, PA 19103

John P. Dillman, Esquire
Linebarger Heard Goggan Blair Graham Peña & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064

Ted N. Pettit, Esquire
Case Bigelow & Lombardi
Grosvenor Center, Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, HI 96813

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

Citadel Investment
Attn: S. Jay Nova
131 South Dearborn
Chicago, IL 60603

Jonathan W. Young
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

Paul M. Baisier, Esquire
SEYFARTH SHAW
1545 Peachtree Street
Suite 700
Atlanta, GA 30309

Kay D. Brock, Esquire
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

Paul M. Matheny
The Law Offices of Peter G. Angelos, P.C.
5905 Harford Rd.
Baltimore, MD 21214

Cindy Schultz
Ingersoll-Rand Fluid
One Aro Center
P.O. Box 151
Bryan, OH 43506

Shelby A. Jordan, Esquire
Nathaniel Peter Holzer. Esquire
Jordan, Hyden, Womble & Culbreth, P.C.
500 N. Shoreline Blvd., Suite 900
Corpus Christi, TX 78471

Bernice Conn, Esquire
Robins, Kaplan, Miller & Ciresi L.L.P
2049 Century Park East, Suite 3700
Los Angeles, CA 90067

Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

Mary A. Coventry
Sealed Air Corporation
Park 80 East
Saddle Brook, NJ 07663

Edward B. Cottingham
Motley Rice LLC
28 Bridgeside Blvd
P.O. Box 1792
Mt. Pleasant, SC

T. Kellan Grant
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

Steven J. Kherkher, Esquire
Laurence G. Tien, Esquire
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite #600
Houston, TX 77017

Alan R. Brayton, Esquire
Brayton & Purcell
222 Rush Landing Road
Novato, CA 94945

Joseph T. Kremer, Esquire
Lipsiptz, Green, Fahringer,
42 Delaware Avenue, Suite 300
Buffalo, NY 14202

The Gibson Law Firm
Roll, Salisbury &
P.O. Box 6005
Ridgeland, MS 39

Alan Kolod, Esquire
Moses & Singer LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-1299

Delta Chemical Corporation
2601 Cannery Avenue
Baltimore, MD 21226-1595

Russell W. Budd
Alan B. Rich
Baron & Budd, P.C.
3102 Oak Lawn Avenue, P.O. Box 8705
Dallas, TX 75219

Robert Jacobs, Esquire
Maria Rosoff Eskin
Jacobs & Crumplar, P.A.
2 East 7th Street
P.O. Box 1271
Wilmington, DE 19899

Christopher L. Beard
The Beard Group
502 W. Patrick Street
Frederick, MD 21

| | | | | |
|---|---|---|---|---|
| Thomas J. Noonan, Jr.<br>c/o R& S Liquidation Company<br>5 Lyons Mall PMB #530<br>Basking Ridge, NJ 07920-1928 | Jonathan H. Alden, Esquire<br>Assistant General Counsel<br>3900 Commonwealth Boulevard, MS 35<br>Tallahassee, FL 32399-3000 | John M. Klamann<br>Klamann & Hubbard<br>7101 College Blvd., Suite 120<br>Overland Park, KS 66210 | James P. Ruggeri<br>Scott A. Shail<br>Hogan & Harton L.L.P.<br>555 Thirteenth Street, N.W.<br>Washington, D.C. 20004-1109 | Scott Wert, Esquire<br>Foster & Sear, LLP<br>524 E. Lamar Blvd<br>Arlington, TX 76010 |
| William E. Frese, Esquire<br>Attn: Sheree L. Kelly, Esquire<br>80 Park Plaza, T5D<br>P.O. Box 570<br>Newark, NJ 07101 | Greif, Inc.<br>Attn: Credit Department<br>366 Greif Parkway<br>Delaware, OH 43015 | Paul D. Henderson, Esquire<br>Dies, Dies & Henderson<br>1009 W. Green Avenue<br>Orange, TX 77630 | Judy D. Thompson, Esquire<br>S. Andrew Jurs, Esquire<br>Poyner & Spruill, L.L.P.<br>One Wachovia Center<br>301 S. College Street, Suite 2300<br>Charlotte, NC 28202 | Anton Volovsek<br>Rt2 – Box 200 #42<br>Kamiah, ID 83536 |
| Paul G. Sumers, Esquire<br>TN Attorney General's Office, Bankr. Unit<br>P.O. Box 20207<br>Nashville, TN 37202-0207 | Barbara M. Cook, County Solicitor<br>Katherine L. Taylor, Senior Assistant County Solicitor<br>Howard County Office of Law<br>George Howard Building<br>3430 Courthouse Drive<br>Ellicott City, MD 21043 | Elizabeth K. Kurtz, Esquire<br>Gibbons, Del Deo, Dolan Griffinger & Vecchione, a PC<br>One Riverfront Plaza<br>Newark, NJ 07102-5497 | Andrea L. Hazzard, Esquire<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004-1482 | State Library of Ohio<br>c/o Michelle T. Sutter<br>Revenue Recovery<br>Office of the Attorney General<br>150 East Gay Street<br>Columbus, OH 43 |
| C. Randall Bupp, Esquire<br>Plastiras & Terrizzi<br>24 Professional Center Parkway<br>Suite 150<br>San Rafael, CA 94903 | M. Diane Jasinski, Esquire<br>Michael D. Hess<br>Corporation Counsel of the City of New York<br>100 Church Street, Room 6-127<br>New York, NY 10007 | Harry Lee, Esquire<br>Steptoe & Johnson LLP<br>1330 Connecticut Avenue, N.W.<br>Washington, DC 20036 | Robert H. Rosenbaum, Esquire<br>M. Evan Meyers, Esquire<br>Meyers, Rodbell & Rosenbaum<br>Berkshire Building<br>6801 Kenilworth Avenue, Suite 400<br>Riverdale, MD 20737-1385 | Rosa Dominy<br>Bankruptcy Administrator<br>IOS Capital, Inc.<br>1738 Bass Road<br>P.O. Box 13708<br>Macon, GA 31208 |
| Peter S. Goodman, Esquire<br>Andrews & Kurth LLP<br>450 Lexington Avenue, 15th Floor<br>New York, NY 10017 | Russell W. Savory<br>Gotten, Wilson & Savory, PLLC<br>800 Union Avenue, 14th Floor<br>Memphis, TN 38103 | William S. Katchen, Esquire<br>Duane, Morris LLP<br>744 Broad Street, Suite 1200<br>Newark, NJ 07102-3889 | Anne Marie P. Kelley, Esquire<br>Dilworth Paxson, LLP<br>LibertyView – Suite 700<br>457 Haddonfield Road<br>P.O. Box 2570<br>Cherry Hill, NJ 08034 | Stephanie Nolan Deviney<br>Brown & Connery<br>360 Haddon Avenue<br>P.O. Box 539<br>Westmont, NJ 08 |

Dorine Vork, Esquire
Stibbe, P.C.
350 Park Avenue
New York, NY 10022

Gina Baker Hantel, Esquire
Attorney General Office
Bankruptcy Division
State of Tennessee
425 5th Avenue North, Floor 2
Nashville, TN 37243

Authur Stein, Esquire
1041 W. Lacey Road
P.O. Box 1070
Forked River, NJ 08731-6070

DAP Products, Inc.
c/o Julien A. Hecht, Esquire
2400 Boston Street, Suite 200
Baltimore, MD 21224

Robert T. Aulgur,
P.O. Box 617
Odessa, DE 19730

Bart Hartman
Treasurer – Tax Collector
Attn: Elizabeth Molina
1600 Pacific Highway, Room 162
San Diego, CA 92101

Thomas V. Askounis, Esquire
Askounis & Borst, P.C.
303 East Wacker Drive
Suite 1000
Chicago, IL 60601

Maggie De La Rosa
Provost & Umphrey
Law Firm, L.L.P.
490 Park Street
Beaumont, TX 77701

Deirdre Woulfe Pacheco, Esquire
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge, NJ 07095

Anne Marie P. Kel
Dilworth Paxson,
Liberty View – Su
457 Haddonfield
Cherry Hill, NJ 08

Robert Cimino, Esquire
Suffolk County Attorney
Attn: Diane Leonardo Beckmann, Asst. County
H. Lee Dennison Building
100 Veterans Memorial Highway
P.O. Box 6100
Hauppauge, NY 11788-0099

E. Katherine Wells, Esquire
South Carolina Department of Health and Environmental Control
2600 Bull Street
Columbia, SC 29201-1708

Kevin James
Deputy Attorney General
1515 Clay Street, 20th Floor
Oakland, CA 94612-1413

John W. Havins, Esquire
Havins & O'Dea
1001 McKinney, Suite 500
Houston, TX 77002

Attn: Diane Stewa
People's First Com
P.O. Box 59950
Panama City, FL

Kathleen Maxswell
Legal Department
The Dow Chemical Company
2030 Dow Center / Office 732
Midland, MI 48674

William H. Johnson, Esquire
Norfolk Southern Corporation
Law Department
Three Commercial Place
Norfolk, VA 23510-9242

Surexirda Prayaga
7365 MacLeod Lane
Ofallon, MO 63366

Leonard P. Goldberger, Esquire
Stevens & Lee, P.C.
1818 Market Street, 29th Floor
Philadelphia, PA 19103-1702

Jeffrey L. Glatzer,
Anderson, Kill & O
1251 Avenue of th
New York, NY 10

Ronald S. Beacher, Esquire
Pitney, Hardin LLP
7 Times Square
New York, NY 10036-6524

Craig Barbarosh, Esquire
Pillsbury Winthrop LLP
650 Town Center Drive, 7th Floor
Costa Mesa, CA 92626-7122

David Aelvoet, Esquire
Linebarger Goggan Blair Graham Peña & Sampson, LLP
Travis Park Plaza Building
711 Navarro, Suite 300
San Antonio, TX 78205

Cynthia C. Hemme, Esquire
Senior Counsel
Nortel Networks, Inc.
4010 E. Chapel Hill-Nelson Hwy.
Research Triangle Park, NC 27709

Attn: Ted Weschle
Peninsula Capital
404 East Main Str
Second Floor
Charlottesville, VA

Julie Quagliano
Quagliano & Seeger
2620 P Street NW
Washington, DC 20007-3062

Robert M. Fishman, Esquire
Shaw Gussis Domanskis Fishman & Glantz
321 N. Clark Street
Suite 800
Chicago, Illinois 60610

Mark Browning, Esquire
Assistant Attorney General
c/o Sherri K. Simpson, Legal Assistant
Office of the Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-254

Gibson Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166

Alan H. Katz, Esquire
Entergy Services,
693 Loyola Avenue
New Orleans, LA

Judith Greenspan, Esquire
Associate Counsel
The Amalgamated Industries and Service Workers Benefit Fund
730 Broadway, Tenth Floor
New York, NY 10003-9511

Coudert Brothers
Attn: Joseph D. Farrell, Esquire and
Edward H. Tillinghast, III, Esquire
1114 Avenue of the Americas
New York, NY 10036

Richard B. Spector, Esquire
Mark M. Monachino, Esquire
Corbett & Steelman
18200 Von Karman Avenue, Suite 200
Irvine, CA 92612-1086

Randall A. Rios
Floyd, Isgur, Rios
700 Louisiana, Suite
Houston, TX 7700

David W. Wirt, Esquire
Winston & Strawn
35 West Wacker Drive
Chicago, IL 60601

Darrell W. Scott
The Scott Law Group
926 W. Sprague Avenue, Suite 583
Spokane, WA 99201

Daniel A. Speights, Esquire
Speights & Runyan
200 Jackson Avenue, East
P.O. Box 685
Hampton, SC 29924

Michael Selig
Westover Investments, L.L.C.
555 Old Garth Road
Charlottesville, VA 22901

Thomas M. Sobol,
Hagens Berman LL
One Main Street, 4
Cambridge, MA 0

Sander L. Esserman
Stutzman Bromberg, Esserman & Plifka
A Professional Corporation
2323 Bryan Street
Dallas, TX 75201-2689

Mr. Charles C. Trascher III, Esquire
Snellings, Breard, Sartor, Inabnett
& Trascher, LLP
PO Box 2055
Monroe, LA 71207

General Motors Acceptance Corporation
P.O. Box 5055
Troy, MI 48007-5055

Oscar B. Fears, III
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, GA 30334

Scott Barker
Credit Manager
Phelps Dodge Cor
(Formerly Climax
One North Central
Phoenix, AZ 8500

Elizabeth J. Cabraser, Esquire
Lieff, Cabraser, Heimann & Bernstein, LLP
Embacadero Center West, 30th Floor
275 Battery Street
San Francisco, CA 94111

Christopher R. Momjian
Senior Deputy Attorney General
I.D. No. 057482
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603

Donna J. Petrone, Esquire
ExxonMobil Chemical Company
Law Department – Bankruptcy
13501 Katy Freeway, Room W1-562
Houston, TX 77079-1398

Margaret A. Holland
Deputy Attorney General
New Jersey Attorney General's Office
Division of Law
R.J. Hughes Justice Complex
P.O. Box 106
Trenton, NJ 08625

| | | | | |
|---|---|---|---|---|
| Rachel Jeanne Lehr<br>Deputy Attorney General<br>Office of the Attorney General<br>R.J.Hughes Justice Complex<br>P.O. Box 093<br>Trenton, NJ  08625 | Noel C. Burnham, Esquire<br>Richard G. Placey, Esquire<br>Montgomery, McCracken, Walker &<br>  Rhoads LLP<br>123 South Broad Street<br>Avenue of the Arts<br>Philadelphia, PA  19109 | Allan H. Ickowitz, Esq.<br>Nossaman, Guthner, Knox & Elliott, LLP<br>445 South Figueroa Street, 31st Floor<br>Los Angeles, CA  90071 | Mr. Harvey Schultz<br>The Schultz Organization<br>4 Wood Hollow Road<br>Parsippany, NJ  07712-4181 | Elizabeth Weller<br>Linebarger Goggan<br>2323 Bryan Street,<br>Dallas, TX  75201 |
| Bryan Shapiro<br>Bear, Stearns & Co. Inc.<br>383 Madison Avenue<br>New York, NY  10179 | Ronald D. Gorsline<br>Chambliss, Bahner, & Stophel, P.C.<br>1000 Tallan Building, Ste. 1100<br>Two Union Square<br>Chattanooga, TN  37402-2552 | Philip C. Ward<br>Victoria Radd Rollins<br>Williams & Connolly LLP<br>725 Twelfth Street NW<br>Washington, DC  20005 | James J. Restivo, Esquire<br>Reed Smith LLP<br>435 Sixth Avenue<br>Pittsburgh, PA  15219 | Lynn K. Neuner, E<br>Simpson, Thacher<br>425 Lexington Ave<br>New York, NY  10 |
| Mr. Mark Hankin<br>HanMar Associates, M.L.P.<br>P.O. Box 26767<br>Elkins Park, PA 19027 | Martha E. Romero<br>Law Offices of Martha E. Romero and Associates<br>6516 Bright Avenue<br>Whittier, CA  90601-4503 | Michael A. Berman, Esquire<br>Securities and Exchange Commission<br>450 Fifth Street, N.W. (Mail Stop 6-6)<br>Washington, DC  20549 | Michael S. Sandberg, Esquire<br>Hellmuth & Johnson, PLLC<br>10500 W. 78th Street<br>Minneapolis, MN  55439-2813 | Jonathan D. Berge<br>Russell Henkin, Es<br>Berger & Montagu<br>1622 Locust Street<br>Philadelphia, PA |
| Gerald G. Pecht, Esquire<br>Fulbright & Jaworski, LLP<br>1301 McKinney, Suite 5100<br>Houston, TX  77010-3095 | Mr. Thomas Moskie<br>Bankers Trust Company<br>Four Albany Street, Fourth Floor<br>New York, NY  10006 | Craig A. Slater, Esquire<br>Harter, Secrest & Emery LLP<br>Twelve Fountain Plaza, Suite 400<br>Buffalo, NY  14202 | Jerel L. Ellington, Esquire<br>U.S. Department of Justice<br>Environmental Enforcement Section<br>999 18th Street; Suite 370<br>Denver, CO  80202-2413 | Nicholas J. LePore<br>Schnader Harrison<br>Suite 3600, 1600 M<br>Philadelphia, PA |
| Courtney M. Labson, Esquire<br>Ontario Mills LP<br>Legal Department<br>1300 Wilson Boulevard, Suite 400<br>Arlington, VA  22209 | Hillary Browning-Jones<br>Assistant City Attorney<br>P.O. Box 1631<br>Knoxville, TN  37901 | Larry A. Feind<br>133 Peachtree Street, N.E.<br>7th Floor<br>Atlanta, GA  30303 | Deborah L. Thorne, Esquire<br>FabelHaber LLC<br>55 East Monroe Street, 40th Floor<br>Chicago, IL  60603 | DACA V, LLC<br>Attn: Julie Bubna<br>1565 Hotel Cir. S.<br>San Diego, CA  92 |

Brad N. Friedman
Rachel Fleishman
Milberg Weiss Bershad Hynes
 & Lerach LLP
One Pennsylvania Plaza
New York, NY  10119-0165

Jacob C. Cohn, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA  19103

Richard A. O'Halloran, Esq.
Burns, White & Hickton LLC
531 Plymouth Road, Suite 500
Plymouth Meeting, PA  19462

Lauren Holzman
Claims Processor
Euler Hermes ACI
800 Red Brook Boulevard
Owings Mills, MD  21117

Edward L. Jacobs,
Bankemper & Jac
The Shaw House
26 Audubon Place
P.O. Box 70
Fort Thomas, KY

Carl Pericone, Esquire
Wilson, Elser, Moskowitz, Edelman,
 Dicker LLP
150 East 42nd Street
New York, NY  10019-5639

Sierra Asset Management LLC
2699 White Rd., Ste. 225
Irvine, CA  92614-6264

Thomas J. Quinn, Esquire
Mendes & Mount, LLP
750 Seventh Avenue
New York, NY  10019-6829

Amy Pritchard-Williams, Esq.
Margaret R. Westbrook, Esq.
Kennedy Covington Lobdell
Hearst Tower, 47th Floor
214 N. Tryon Street
Charlotte, NC  28202

Andrea Sheehan,
Law Offices Of R
 & Hickman, LL
4411 North Centra
Dallas, TX  75205

Lori Gruver Robertson, Esquire
Linebarger Goggan Blair Pena & Sampson, LLP
1949 South I.H. 35 (78741)
P.O. Box 17428
Austin, TX  78760

Joseph F. Rice
Motley Rice LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC  29465

Ann Beimdiek Kinsella
Assistant Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN  55101-2127

M. David Minnick, Esq.
Michael P. Ellis, Esq.
Ronald F. George, Esq.
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA  94105-2228

Anthony F. Parise
Cornell University
Office of University Counsel
300 CCC Building, Garden Avenue
Ithaca, NY  14853-2601

William P. Bowden, Esq.
Amanda M. Winfree, Esq.
Ashby & Geddes P.A.
222 Delaware Avenue, 17th Floor
Wilmington, DE  19801

Jenny J. Hyun, Esquire
Weingarten Realty Investors
2600 Citadel Plaza Drive
Houston, TX  77008

Thomas M. Mayer, Esquire
Kramer Levin Naftalis & Frankel
919 Third Avenue
New York, NY  10022

General Counsel
Enron Energy Serv
1400 Smith Street
EB 0889
Houston, TX  7700

Thomas Tew, Esquire
Jeffrey Tew, Esquire
Tew Cardenas LLP
Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, FL  33131-3407

Michael B. Schaedle, Esquire
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA  19103

Xerox Capital Services, LLC
Attention:  Cathy Flowers
800 Carillon Parkway
St. Petersburg, FL  33716-987

David Jagolinzer, Esq
Ferraro & Associates, P.A.
Suite 700
4000 Ponce de Leon Blvd.
Miami, FL  33146

Thomas O. Bean
Nutter, McClenne
World Trade Cent
155 Seaport Blvd.
Boston, MA  0221

Yves Lauzon, Esquire
Michael Belanger, Esquire
Lauzon Belanger, Inc.
286, Rue St-Paul Quest, Bureau 100
Montreal Quebec

Bennett L. Spiegel
Kirkland & Ellis L
777 South Figuero
Los Angeles, CA

Cindy Schultz
Ingersoll-Rand Fluid Products
One Aro Center
209 N. Main Street
Bryan, OH  43506

Steven J. McCardell
Jared Inouye
Durham Jones & Pinegar
111 E. Broadway #900
Salt Lake City, UT  84111

Joseph D. Frank, E
Frank/Gecker LLP
325 North LaSalle
Suite 625
Chicago, IL  6061

William D. Sullivan, Esquire
Sullivan Hazeltine Allinson LLC
901 N. Market Street, Suite 1300
Wilmington, DE  19801-3079

Vahe Melkonian, President
Newco Management Company LLC
6320 Canoga Avenue, Suite 1470
Woodland Hills, CA  91367

Michael S. Etkin, Esquire
Ira M. Levee, Esquire
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ  07068

Jeffrey Kaufman, Esq.
Gerald F. Ellersdorfer, Esq.
Kaufman & Logan LLP
100 Spear Street, 12th Floor
San Francisco, CA  94105

Janet S. Baer, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601