# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | |
| | ) | *Jointly Administered* |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Elihu Inselbuch, Esquire and Rita C. Tobin, Esquire of Caplin & Drysdale, Chartered, counsel for the Official Committee of Asbestos Personal Injury Claimants in the above-captioned case, will have a new address **effective Monday, September 24, 2012**.

**PLEASE TAKE FURTHER NOTICE** that all notices given or required to be given in these proceedings shall be served upon Elihu Inselbuch, Esquire and Rita C. Tobin, Esquire at the following address:

> Elihu Inselbuch, Esquire
> Rita C. Tobin, Esquire
> Caplin & Drysdale, Chartered
> 600 Lexington Avenue
> 21st Floor
> New York, NY 10022-6000
> Telephone: (212) 379-6000
> Telefax: (212) 379-6001

*[Remainder of Page Intentionally Left Blank]*

{D0235547.1}                    1

**PLEASE TAKE FURTHER NOTICE** that the address of the Washington, D.C. office of Caplin & Drysdale, Chartered has not changed.

                                         CAPLIN & DRYSDALE, CHARTERED

                                         Elihu Inselbuch
                                         375 Park Avenue
                                         35th Floor
                                         New York, NY  10152
                                         (212) 319-7125

                                                   -and-

                                         CAMPBELL & LEVINE, LLC

                                         */s/ Mark T. Hurford*
                                         Mark T. Hurford (I.D. #3299)
                                         800 N. King Street, Suite 300
                                         Wilmington, DE 19899
                                         (302) 426-1900

                                         *Counsel for the Official Committee*
                                         *of Asbestos Personal Injury Claimants*

Dated:  September 19, 2012