**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

_____
                                                    )
In re:                                              )          **Chapter 11**
                                                    )
**W.R. GRACE & CO., et al.**                        )          **Case No. 01-1139 (JKF)**
                                                    )
                          **Debtors.**              )          Objection Deadline: October 9, 2012 at 4:00 p.m.
_____)          Hearing: Scheduled if Necessary (Negative Notice)

**COVER SHEET TO SIXTIETH MONTHLY APPLICATION OF**
**TOWERS WATSON, ACTUARIAL CONSULTANTS**
**TO DAVID T. AUSTERN, ASBESTOS PI FUTURE**
**CLAIMANTS' REPRESENTATIVE FOR**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD**
**FEBRUARY 1, 2012 THROUGH FEBRUARY 29, 2012**

Name of Applicant:                          Towers Watson

Authorized to Provide Professional
Services to:                                David T. Austern, Asbestos PI Future Claimants'
                                            Representative (the "FCR")

Date of Retention:                          As of December 29, 2004 (pursuant to this Court's
                                            Order entered March 21, 2004)

Period for which compensation is
sought:                                     February 1, 2012 through February 29, 2012

Amount of Compensation (100%) sought
as actual, reasonable, and necessary:       $2,567.50

80% of fees to be paid:                     $2,054.00

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:        $    0.00

Total Fees @ 80% and 100%
Expenses:                                   $2,054.00

This is an:    __    interim    __X__    monthly    ___    final application.

**COMPENSATION SUMMARY**
**February 2012**

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jenni Biggs | Consulting Actuary (27 years) FCAS | $715 | 2.00 | $1,430.00 |
| Julianne Callaway | Analyst (8 years) ACAS | $360 | 2.50 | $900.00 |
| Jeff Kimble | Consulting Actuary (11 years) ACAS | $475 | 0.50 | $237.50 |
| **Total Blended Rate: $513.50** | | | **5.00** | **$2,567.50** |

**COMPENSATION BY PROJECT CATEGORY**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Data Analysis | 5.00 | $2,567.50 |

**EXPENSE SUMMARY**

| Expense Category | Total |
|---|---|
| No Expenses | $0.00 |

| | |
|---|---|
| **February 2012 – Grand Total** | **$2,567.50** |

Respectfully submitted,

TOWERS WATSON

By:  */S/ JENNIFER L. BIGGS*
Jennifer L. Biggs, FCAS, MAAA
101 S. Hanley Rd.
St. Louis, MO 63105
(314) 719-5843

Dated: September 13, 2012

2