# EXHIBIT A

## February 2012

### W.R. Grace (Bankruptcy)
### Towers Watson Time Records

| Professional | Date | Hours | Rate | $ Fees | Description |
|---|---|---|---|---|---|
| Jenni Biggs | 2/17/2012 | 1.00 | $715 | $715.00 | Review projection |
| Jenni Biggs | 2/23/2012 | 1.00 | $715 | $715.00 | Review projection; teleconference with Orrick regarding claim filing patterns |
| | | 2.00 | | $1,430.00 | |
| Julianne Callaway | 2/15/2012 | 1.00 | $360 | $360.00 | Update projection summary |
| Julianne Callaway | 2/23/2012 | 1.50 | $360 | $540.00 | Compare results |
| | | 2.50 | | $900.00 | |
| Jeff Kimble | 2/23/2012 | 0.50 | $475 | $237.50 | Review projection; teleconference with Orrick regarding claim filing patterns |
| | | 0.50 | | $237.50 | |
| | | 5.00 | | $2,567.50 | |