**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Objection Deadline: October 9, 2012 at 4:00 p.m. |
| | ) | Hearing: Scheduled if Necessary (Negative Notice) |

**COVER SHEET TO SIXTY-THIRD MONTHLY APPLICATION OF
TOWERS WATSON, ACTUARIAL CONSULTANTS
TO DAVID T. AUSTERN, ASBESTOS PI FUTURE
CLAIMANTS' REPRESENTATIVE FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
JULY 1, 2012 THROUGH JULY 31, 2012**

| | |
|---|---|
| Name of Applicant: | Towers Watson |
| Authorized to Provide Professional Services to: | David T. Austern, Asbestos PI Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of December 29, 2004 (pursuant to this Court's Order entered March 21, 2004) |
| Period for which compensation is sought: | July 1, 2012 through July 31, 2012 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $21,007.50 |
| 80% of fees to be paid: | $16,806.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ 0.00 |
| Total Fees @ 80% and 100% Expenses: | $16,806.00 |

This is an:  ___  interim   X   monthly   ___  final application.

**COMPENSATION SUMMARY**
**July 2012**

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jenni Biggs | Consulting Actuary (27 years) FCAS | $715 | 7.00 | $5,005.00 |
| Julianne Callaway | Analyst (8 years) ACAS | $360 | 10.50 | $3,780.00 |
| Jeff Kimble | Consulting Actuary (11 years) ACAS | $475 | 14.10 | $6,697.50 |
| Adam Luechtefeld | Analyst (9 years) | $275 | 1.00 | $275.00 |
| Evan Petzoldt | Analyst (2 years) | $300 | 2.50 | $750.00 |
| David Wolf | Analyst (5 years) ACAS | $375 | 12.00 | $4,500.00 |
| **Total Blended Rate: $446.02** | | | **47.10** | **$21,007.50** |

**COMPENSATION BY PROJECT CATEGORY**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Data Analysis | 47.10 | $21,007.50 |

**EXPENSE SUMMARY**

| Expense Category | Total |
|---|---|
| No Expenses | $0.00 |

| | |
|---|---|
| **July 2012 – Grand Total** | **$21,007.50** |

Respectfully submitted,

TOWERS WATSON

By: */S/ JENNIFER L. BIGGS*
    Jennifer L. Biggs, FCAS, MAAA
    101 S. Hanley Rd.
    St. Louis, MO 63105
    (314) 719-5843

Dated: September 13, 2012

2