**CERTIFICATE OF SERVICE**

    I, DEBRA O. FULLEM, do hereby certify that I am over the age of 18, and that on September 19, 2012, I caused the *Notice, Cover Sheet to Sixty-Third Monthly Interim Application of Towers Watson, Actuarial Consultant to David T. Austern, Asbestos PI Future Claimants' Representative for Compensation for Services Rendered and Reimbursement of Expenses for the time period July 1, 2012 through July 31, 2012, Verification and Exhibit A*, to be served upon those persons as shown below in the manner so indicated.

*Email: ljones@pszjlaw.com*
Laura Davis Jones, Esquire
James E. O'Neil, Esquire
Pachulski Stang Ziehl & Jones LLP

*Email: vdimaio@parcelsinc.com*
Vito I. DiMaio
Parcels, Inc.

*Email: david.klauder@usdoj.gov*
David M. Klauder, Esquire
Office of the United States Trustee

*Email: feeaudit@whsmithlaw.com* and *bruhlander@whsmithlaw.com*
*First Class Mail, Postage Prepaid:*
Warren H. Smith, Fee Auditor
Warren H. Smith & Associates
2235 Ridge Road, Suite 105
Rockwall, TX 75087

*E-mail:richard.finke@grace.com*
Richard Finke
W.R. Grace and Co.

*E-mail: nglassman@bayardfirm.com*
(Local Counsel to DIP Lender)
Neil B. Glassman, Esquire
The Bayard Firm

*E-mail: mhurford@camlev.com*
(Local Counsel to Asbestos Claimants)
Mark T. Hurford, Esquire
Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Local Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Local Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane Morris, LLP

*E-mail:. rhiggins@rogerhigginslaw.com*
Roger Higgs, Esquire

*E-mail: tcurrier@saul.com*
(Local Counsel for Official Committee of Equity Holders)
Teresa K.D. Currier, Esquire
Saul Ewing LLP

*E-mail: jdonley@kirkland.com; apaul@kirkland.com*
(Counsel to Debtor)
John Donley, Esquire and Adam Paul, Esquire
Kirkland & Ellis

*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire and Peter Van N. Lockwood, Esquire
Caplin & Drysdale, Chartered

*E-mail: lkruger@stroock.com*
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire and Jay Sakalo, Esquire
Bilzin Sumberg Baena Price & Axelrod LLP

*E-mail: david.heller@lw.com and carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

*E-mail: pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP

                                                */S/ DEBRA O. FULLEM*
                                                Debra O. Fullem
                                                Orrick, Herrington & Sutcliffe LLP

# EXHIBIT A

# July 2012

| Professional | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Jenni Biggs | 7/3/2012 | 0.50 | $715 | $357.50 | Summary of Libby counts vs. 2019s |
| Jenni Biggs | 7/9/2012 | 1.00 | $715 | $715.00 | LIQ claims; discussion with Orrick |
| Jenni Biggs | 7/10/2012 | 0.50 | $715 | $357.50 | Discussion on pro-rata share |
| Jenni Biggs | 7/16/2012 | 1.00 | $715 | $715.00 | LIQ claims and Edward's judgment |
| Jenni Biggs | 7/17/2012 | 1.80 | $715 | $1,287.00 | LIQ claim detail sent to Orrick |
| Jenni Biggs | 7/18/2012 | 0.20 | $715 | $143.00 | Internal discussion of trust cash flow scenarios |
| Jenni Biggs | 7/20/2012 | 1.50 | $715 | $1,072.50 | Discussion of cash flow with Orrick |
| Jenni Biggs | 7/30/2012 | 0.50 | $715 | $357.50 | Discussion of cash flow with Orrick |
|  |  | 7.00 |  | $5,005.00 |  |
| Julianne Callaway | 7/2/2012 | 3.50 | $360 | $1,260.00 | Libby list |
| Julianne Callaway | 7/3/2012 | 1.50 | $360 | $540.00 | Libby list |
| Julianne Callaway | 7/16/2012 | 4.00 | $360 | $1,440.00 | Research LIQ Claims |
| Julianne Callaway | 7/17/2012 | 1.00 | $360 | $360.00 | Research LIQ Claims |
| Julianne Callaway | 7/18/2012 | 0.50 | $360 | $180.00 | Research LIQ Claims |
|  |  | 10.50 |  | $3,780.00 |  |
| Jeff Kimble | 7/10/2012 | 1.20 | $475 | $570.00 | Preparing trust cash flow scenarios |
| Jeff Kimble | 7/16/2012 | 3.20 | $475 | $1,520.00 | Preparing trust cash flow scenarios |
| Jeff Kimble | 7/18/2012 | 0.50 | $475 | $237.50 | Preparing trust cash flow scenarios |
| Jeff Kimble | 7/30/2012 | 2.70 | $475 | $1,282.50 | Preparing trust cash flow scenarios |
| Jeff Kimble | 7/31/2012 | 6.50 | $475 | $3,087.50 | Preparing trust cash flow scenarios |
|  |  | 14.10 |  | $6,697.50 |  |
| Adam Luechtefeld | 7/31/2012 | 1.00 | $275 | $275.00 | Technical review of cash flow scenarios |
|  |  | 1.00 |  | $275.00 |  |
| Evan Petzoldt | 7/3/2012 | 2.50 | $300 | $750.00 | Libby list |
|  |  | 2.50 |  | $750.00 |  |
| David Wolf | 7/16/2012 | 1.75 | $375 | $656.25 | Cash Flow Projection Scenarios |
| David Wolf | 7/20/2012 | 0.75 | $375 | $281.25 | Cash Flow Projection Scenarios |
| David Wolf | 7/30/2012 | 5.00 | $375 | $1,875.00 | Cash Flow Projection Scenarios |
| David Wolf | 7/31/2012 | 4.50 | $375 | $1,687.50 | Cash Flow Projection Scenarios |
|  |  | 12.00 |  | $4,500.00 |  |
|  |  | 47.10 |  | $21,007.50 |  |