IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| W.R. GRACE & CO., et al. | ) Case No. 01-1139 (JKF) |
| Debtors. | ) Objection Deadline: November 30, 2012 at 4:00 p.m. |
|  | ) Hearing: December 17, 2012 at 9:00 a.m. |

**COVER SHEET TO TWENTY-FIFTH QUARTERLY APPLICATION OF
TOWERS WATSON, ACTUARIAL CONSULTANTS TO DAVID T. AUSTERN,
ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
JANUARY 1, 2012 THROUGH MARCH 31, 2012**

| | |
|---|---|
| Name of Applicant: | Towers Watson |
| Authorized to Provide Professional Services to: | David T. Austern, Asbestos PI Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of October 29, 2004 (pursuant to this Court's Order entered December 21, 2004) |
| Period for which compensation is sought: | January 1, 2012 through March 31, 2012 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $2,567.50 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $    0.00 |

This is an:   X   interim        monthly        final application.

**COMPENSATION SUMMARY**
**January 1, 2012 through March 31, 2012**

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jenni Biggs | Consulting Actuary (27 years) FCAS | $715 | 2.00 | $1,430.00 |
| Julianne Callaway | Analyst (8 years) ACAS | $360 | 2.50 | $900.00 |
| Jeff Kimble | Consulting Actuary (11 years) ACAS | $475 | 0.50 | $237.50 |
| **Total Blended Rate: $513.50** | | | **5.00** | **$2,567.50** |

**COMPENSATION BY PROJECT CATEGORY**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Data Analysis | 5.00 | $2,567.50 |

**EXPENSE SUMMARY**

| Expense Category | Total |
|---|---|
| **No Expenses** | **$0.00** |

| | |
|---|---|
| **January – March 2012 – Grand Total** | **$2,567.50** |

Respectfully submitted,

TOWERS WATSON

By: */S/ JENNIFER L. BIGGS*
    Jennifer L. Biggs, FCAS, MAAA
    101 S. Hanley Rd.
    St. Louis, MO 63105
    (314) 719-5843

Dated: September 13, 2012

2