**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-1139 (JKF)** |
| | ) | |
| **Debtors.** | ) | Objection Deadline: November 30, 2012 at 4:00 p.m. |
| | ) | Hearing: December 17, 2012 at 9:00 a.m. |

**COVER SHEET TO TWENTY-SIXTH QUARTERLY APPLICATION OF**
**TOWERS WATSON, ACTUARIAL CONSULTANTS TO DAVID T. AUSTERN,**
**ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD**
**APRIL 1, 2012 THROUGH JUNE 30, 2012**

Name of Applicant:                                      Towers Watson

Authorized to Provide Professional
Services to:                                                David T. Austern, Asbestos PI Future Claimants'
                                                               Representative (the "FCR")

Date of Retention:                                     As of October 29, 2004 (pursuant to this Court's
                                                               Order entered December 21, 2004)

Period for which compensation is
sought:                                                     April 1, 2012 through June 30, 2012

Amount of Compensation (100%) sought
as actual, reasonable, and necessary:        $4,480.50

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:          $      0.00

This is an:    _X_    interim        ___    monthly        ___    final application.

**COMPENSATION SUMMARY**
**April 1, 2012 through June 30, 2012**

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jenni Biggs | Consulting Actuary (27 years) FCAS | $715 | 0.70 | $500.50 |
| Julianne Callaway | Analyst (8 years) ACAS | $360 | 9.50 | $3,420.00 |
| Rosemary Howell | Analyst | $160 | 3.50 | $560.00 |
| **Total Blended Rate: $327.04** | | | **13.70** | **$4,480.50** |

**COMPENSATION BY PROJECT CATEGORY**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Data Analysis | 13.70 | $4,480.50 |

**EXPENSE SUMMARY**

| Expense Category | Total |
|---|---|
| **No Expenses** | **$0.00** |

| | |
|---|---|
| **April – March 2012 – Grand Total** | **$4,480.50** |

Respectfully submitted,

TOWERS WATSON

By:  */S/ JENNIFER L. BIGGS*
       Jennifer L. Biggs, FCAS, MAAA
       101 S. Hanley Rd.
       St. Louis, MO 63105
       (314) 719-5843

Dated: September 13 , 2012

2