**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **In re:** ) <br> ) <br> ) **W.R. GRACE & CO., <u>et al.</u>,** ) <br> ) <br> **Debtors.** ) <br> ) | **Chapter 11** <br> **Case No. 01-01139 (JKF)** <br> **(Jointly Administered)** <br> Objection Deadline: November 30, 2012 at 4:00 p.m. <br> Hearing: December 17, 2012 at 9:00 a.m. |

**COVER SHEET TO THIRTIETH QUARTERLY INTERIM APPLICATION OF
DAVID T. AUSTERN, ASBESTOS PI FUTURE CLAIMANTS
REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF
EXPENSES INCURRED FOR THE PERIOD
<u>JANUARY 1, 2012 THROUGH MARCH 31, 2012</u>**

**<u>SUMMARY SHEET</u>**

| | |
|---|---|
| Name of Applicant: | David T. Austern, Future Claimants Representative (the "FCR") |
| Authorized to Provide Professional Services to: | As the Asbestos PI FCR |
| Date of Retention: | As of May 24, 2004 (pursuant to this Court's Order entered September 27, 2004) |
| Period for which Compensation and Reimbursement is sought: | January 1, 2012 – March 31, 2012 |
| Amount of Compensation sought as Actual Reasonable and Necessary: | $2,900.00 |
| Amount of Expense Reimbursement sought as Actual, Reasonable and Necessary: | $ 441.00 |

This is a      ___ monthly          x  interim               ___ final application

## PRIOR APPLICATIONS FILED

The FCR was retained effective as of May 24, 2004, pursuant to this Court's Order entered September 27, 2004.  The FCR has filed a Seventy-Fifth Monthly Fee Application for the time period January 1-31, 2012, in the amount of $100.00 in fees and no expenses; a Seventy-Sixth Monthly Fee Application for the time period February 1-29, 2012, in the amount of $2,250.00 in fees and $441.00 in expenses; and a Seventy-Seventh Monthly Fee Application for the time period March 1-31, 2012, in the amount of $550.00 in fees and no expenses.

## COMPENSATION DURING THE TIME PERIOD
## JANUARY 1, 2012 – MARCH 31, 2012

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David T. Austern | Future Claimants Representative | $500.00 | 5.80 | $2,900.00 |
| **Total** | | | | **$2,900.00** |

**Total Fees:** $ 2,900.00
**Total Hours:** 5.80
**Blended Rate:** $ 500.00

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Plan and Disclosure Statement | 5.80 | $2,900.00 |
| **TOTAL** | **5.80** | **$2,900.00** |

**EXPENSE SUMMARY FOR THE TIME PERIOD**
**JANUARY 1, 2012 THROUGH MARCH 31, 2012**

| Expense Category | Total |
|---|---|
| Airfare-Roundtrip to New York and return | $313.00 |
| Taxi – To/From Airport and Meetings | $128.00 |
| **TOTAL** | **$441.00** |

Respectfully submitted,

*/S/ DAVID T. AUSTERN*
David T. Austern,
Asbestos PI Future Claimants' Representative
Claims Resolution Management Corporation
3110 Fairview Park Drive, Suite 200
Falls Church, VA  22042-0683
(703) 205-0835

Dated: September 19, 2012