IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

_____
                                    )
**In re:**                          )
                                    )  **Chapter 11**
**W.R. GRACE & CO., et al.,**       )  **Case No. 01-01139 (JKF)**
                                    )  **(Jointly Administered)**
            **Debtors.**            )
_____)

## VERIFICATION

**STATE OF VIRGINIA, TO WIT:**

David T. Austern, after being duly sworn according to law, deposes and says:

1. I am the Asbestos PI Future Claimants Representative appointed by the Court in these cases.

2. I have reviewed the Thirtieth Quarterly Interim Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

                    */S/ DAVID T. AUSTERN*
                    DAVID T. AUSTERN


SWORN AND SUBSCRIBED TO BEFORE ME
this 19TH day of September, 2012


*/S/ DEBRA BAKER JONES*
Notary Public

My commission expires: 3/31/2014