**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

_____
                                          )
**In re:**                                    )
                                          )    **Chapter 11**
**W.R. GRACE & CO., et al.,**         )    **Case No. 01-01139 (JKF)**
                                          )    **(Jointly Administered)**
            **Debtors.**          )    Objection Deadline: November 30, 2012 at 4:00 p.m.
_____)    Hearing: December 17, 2012 at 9:00 a.m.

**COVER SHEET TO THIRTY-FIRST QUARTERLY INTERIM APPLICATION OF DAVID T. AUSTERN, ASBESTOS PI FUTURE CLAIMANTS REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD APRIL 1, 2012 THROUGH JUNE 30, 2012**

**SUMMARY SHEET**

| | |
|---|---|
| Name of Applicant: | David T. Austern, Future Claimants Representative (the "FCR") |
| Authorized to Provide Professional Services to: | As the Asbestos PI FCR |
| Date of Retention: | As of May 24, 2004 (pursuant to this Court's Order entered September 27, 2004) |
| Period for which Compensation and Reimbursement is sought: | April 1, 2012 – June 30, 2012 |
| Amount of Compensation sought as Actual Reasonable and Necessary: | $3,150.00 |
| Amount of Expense Reimbursement sought as Actual, Reasonable and Necessary: | $ 475.00 |

This is a   ___ monthly       _x_ interim       ___ final application

**PRIOR APPLICATIONS FILED**

The FCR was retained effective as of May 24, 2004, pursuant to this Court's Order entered September 27, 2004. The FCR has filed a Seventy-Eighth Monthly Fee Application for the time period May 1-31, 2012, in the amount of $1,700.00 in fees and $475.00 in expenses and a Seventy-Ninth Monthly Fee Application for the time period June 1-30, 2012, in the amount of $1,450.00 in fees and no expenses; the FCR did not have any time or expenses for the April 2012 time period.

**COMPENSATION DURING THE TIME PERIOD**
**APRIL 1, 2012 – JUNE 30, 2012**

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David T. Austern | Future Claimants Representative | $500.00 | 6.30 | $3,150.00 |
| **Total** | | | | **$3,150.00** |

        **Total Fees:**    $ 3,150.00
        **Total Hours:**    6.30
        **Blended Rate:**    $ 500.00

**COMPENSATION BY PROJECT CATEGORY**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Plan and Disclosure Statement | 6.30 | $3,150.00 |
| **TOTAL** | **6.30** | **$3,150.00** |

**EXPENSE SUMMARY FOR THE TIME PERIOD**
**APRIL 1, 2012 – JUNE 30, 2012**

| Expense Category | Total |
|---|---|
| Airfare-Roundtrip to New York and return | $417.00 |
| Parking at National Airport | $20.00 |
| Taxis in New York | $38.00 |
| **TOTAL** | **$475.00** |

Respectfully submitted,

*/S/ DAVID T. AUSTERN*
David T. Austern,
Asbestos PI Future Claimants' Representative
Claims Resolution Management Corporation
3110 Fairview Park Drive, Suite 200
Falls Church, VA  22042-0683
(703) 205-0835

Dated: September 19, 2012