**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

_____
                                                                  )
**In re:**                                                    )
                                                                  )          **Chapter 11**
**W.R. GRACE & CO., et al.,**             )          **Case No. 01-01139 (JKF)**
                                                                  )          **(Jointly Administered)**
                          **Debtors.**            )
_____)


## **VERIFICATION**

**STATE OF VIRGINIA, TO WIT:**

      David T. Austern, after being duly sworn according to law, deposes and says:

      1.    I am the Asbestos PI Future Claimants Representative appointed by the Court in these cases.

      2.    I have reviewed the Thirty-First Quarterly Interim Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.


                                                        */S/ DAVID T. AUSTERN*
                                                        DAVID T. AUSTERN


SWORN AND SUBSCRIBED TO BEFORE ME
this 19TH day of September, 2012


*/S/ DEBRA BAKER JONES*
Notary Public

My commission expires: 3-31-2014