<u>NO ORDER REQUIRED</u>

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: September 20, 2012 at 4:00 p.m.** |

**CERTIFICATION OF NO OBJECTION**
**REGARDING DOCKET NO. 29538**

The undersigned hereby certifies that, as of the date hereof, she has received no answer,

objection or other responsive pleading to the One Hundred and Thirty-Third Interim Application

of Bilzin Sumberg Baena Price & Axelrod, LLP ("the Applicant") for Compensation for Services

Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos

Property Damage Claimants for the Period from July 1, 2012 through and including July 31,

2012 ("the Application"). The undersigned further certifies that she has caused the Court's

docket in this case to be reviewed and no answer, objection or other responsive pleading to the

Application appears thereon. Pursuant to the Application, objections to the Application were to

be filed and served no later than September 20, 2012 at 4:00 p.m.

Pursuant to the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331

Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for

Professionals and Official Committee Members ("the Order") dated April 17, 2002, the Debtors

are authorized to pay the Applicant $3,853.20 which represents 80% of the fees ($4,816.50) and

$94.68 which represents 100% of the expenses requested in the Application for the period July 1,

2012 through and including July 31, 2012 upon the filing of this certification and without the

need for entry of a Court order approving the Application.


Dated: September 21, 2012

Scott L. Baena, Esquire
Jay M. Sakalo, Esquire
BILZIN, SUMBERG, BAENA, PRICE
 & AXELROD, LLP
1450 Brickell Avenue, 23rd Floor
Miami, Florida 33131-3456
Tel:   (305) 374-7580
Fax:   (305) 374-7593

-and-

FERRY, JOSEPH & PEARCE, P.A.

 /s/ Lisa L. Coggins
Michael B. Joseph (No. 392)
Theodore J. Tacconelli (No. 2678)
Lisa L. Coggins (No. 4234)
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE. 19899
Tel:   (302) 575-1555
Fax:   (302) 575-1714

Co-Counsel to the Official Committee of
Asbestos Property Damage Claimants