# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2171462 |
| Invoice Date | 09/12/12 |
| Client Number | 359022 |
| Matter Number | 00014 |

Re: Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Photocopying | 15.10 |
| Docket Entries | 49.20 |
| CURRENT EXPENSES | 64.30 |
| | |
| **TOTAL AMOUNT OF THIS INVOICE** | 64.30 |
| | |
| **NET AMOUNT OF THIS INVOICE** | 64.30 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

# Saul Ewing LLP

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2171459 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 09/12/12 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00003 |
| Charlottesville, VA 22902 | |

Re: Business Operations

FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/08/12 | TKD | Review post confirmation operating report | 0.3 | 195.00 |
| | | TOTAL HOURS | 0.3 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.3 | at | $650.00 | = | 195.00 |

CURRENT FEES                                                                 195.00

**TOTAL AMOUNT OF THIS INVOICE**                                              195.00

**NET AMOUNT OF THIS INVOICE**                                                195.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP



Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2171460 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 09/12/12 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00004 |
| Charlottesville, VA 22902 | |

Re:   Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/01/12 | TBB | Forward case filings to team | 0.3 | 58.50 |
| 08/02/12 | TBB | Forward all filings to team. | 0.3 | 58.50 |
| 08/03/12 | TBB | Forward filings to the team. | 0.3 | 58.50 |
| 08/06/12 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 08/07/12 | TKD | Review all case filings and shared with team | 0.4 | 260.00 |
| 08/08/12 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 08/09/12 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 08/10/12 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 08/14/12 | TKD | Review all daily case filings and share with team | 0.4 | 260.00 |
| 08/15/12 | TKD | Review all daily case filings and share with team | 0.6 | 390.00 |
| 08/16/12 | TKD | Review all electronic filings and share with team | 0.5 | 325.00 |
| 08/17/12 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 08/20/12 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 08/21/12 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 08/22/12 | TBB | Review all EOA's filed and review docket. | 0.5 | 97.50 |
| 08/23/12 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 08/24/12 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 08/24/12 | TKD | Review four newly docketed appeals to make sure we have our EOAs in all of them | 0.3 | 195.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

| | | | | |
|---|---|---|---|---|
| 359022 | | WR Grace - Official Committee of Equity Security | Invoice Number | 2171460 |
| 00004 | | Holders | Page 2 | |
| 09/12/12 | | Case Administration | | |

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/28/12 | TKD | Review all daily case filings and share with team | 0.5 | 325.00 |
| 08/29/12 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 08/30/12 | TBB | Forward ECF filings to team. | 0.3 | 58.50 |
| 08/31/12 | TBB | Forward ECF filings to team. | 0.3 | 58.50 |
| | | TOTAL HOURS | 9.1 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 2.0 | at | $195.00 | = | 390.00 |
| Teresa K.D. Currier | 7.1 | at | $650.00 | = | 4,615.00 |

| | |
|---|---|
| CURRENT FEES | 5,005.00 |
| **TOTAL AMOUNT OF THIS INVOICE** | 5,005.00 |
| **NET AMOUNT OF THIS INVOICE** | 5,005.00 |

Case 01-01139-AMC   Doc 29661-2   Filed 09/24/12   Page 5 of 11

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

# Saul Ewing LLP

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2171461 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 09/12/12 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00008 |
| Charlottesville, VA 22902 | |

Re:   Committee: Creditors', Noteholders' Or Equity Holders'

FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/07/12 | TKD | Review memo to committee before our quarterly meeting call | 0.4 | 260.00 |
| | | TOTAL HOURS | 0.4 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.4 | at | $650.00 | = | 260.00 |

| | |
|---|---|
| CURRENT FEES | 260.00 |
| **TOTAL AMOUNT OF THIS INVOICE** | 260.00 |
| **NET AMOUNT OF THIS INVOICE** | 260.00 |

X

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2171463 |
| Invoice Date | 09/12/12 |
| Client Number | 359022 |
| Matter Number | 00015 |

Re:   Fee Applications/Applicant

FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/03/12 | TBB | Draft Saul Ewing's Thirty Sixth Monthly Fee Application. | 0.6 | 117.00 |
| 08/09/12 | TBB | File and serve Saul Ewing's Thirty Sixth Monthly fee Application | 0.8 | 156.00 |
| 08/20/12 | TBB | Draft Saul Ewing's Thirteenth Quarterly Fee Application. | 0.6 | 117.00 |
| 08/20/12 | TBB | File and serve Saul Ewing's Thirteenth Quarterly Fee Application. | 0.8 | 156.00 |
| 08/21/12 | TKD | Review and approve quarterly fee application | 0.4 | 260.00 |
| 08/28/12 | TBB | Draft Saul Ewing's Thirty Seventh monthly fee application. | 0.6 | 117.00 |
| 08/29/12 | TKD | Review our monthly fee application and approve same | 0.3 | 195.00 |
| 08/29/12 | TBB | File and serve Saul Ewing's Thirty Seventh monthly fee application. | 0.8 | 156.00 |
| | | TOTAL HOURS | 4.9 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 4.2 | at | $195.00 | = | 819.00 |
| Teresa K.D. Currier | 0.7 | at | $650.00 | = | 455.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022  
00015  
09/12/12  

WR Grace - Official Committee of Equity Security Holders  
Fee Applications/Applicant  

Invoice Number 2171463  
Page 2  

| | |
|---|---:|
| CURRENT FEES | 1,274.00 |
| **TOTAL AMOUNT OF THIS INVOICE** | 1,274.00 |
| **NET AMOUNT OF THIS INVOICE** | 1,274.00 |

**Saul Ewing LLP**

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2171464 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 09/12/12 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00016 |
| Charlottesville, VA 22902 | |

Re:  Fee Applications/Others

FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/10/12 | TKD | Review and approve fee application for filing | 0.3 | 195.00 |
| 08/17/12 | TBB | Draft Notice to Kramer Levin's Thirty Fourth Quarterly Fee Application | 0.2 | 39.00 |
| 08/17/12 | TBB | File and serve Kramer Levin's Thirty Fourth Quarterly Fee Application | 0.8 | 156.00 |
| 08/20/12 | TKD | Review Fee Auditor's Report of Fee Applications with no issues or de minimis issues | 0.3 | 195.00 |
| 08/22/12 | TKD | Review and approve Kramer CNO | 0.2 | 130.00 |
| 08/22/12 | TBB | Draft CNO to Kramer Levin's one hundred and thirtieth monthly fee application | 0.2 | 39.00 |
| 08/22/12 | TBB | File and serve Kramer Levin's one hundred and thirtieth monthly fee application | 0.8 | 156.00 |
| 08/22/12 | TBB | Review docket for any objection filed to Kramer Levin's fee application. | 0.2 | 39.00 |
| 08/23/12 | TBB | Draft CNO to Kramer Levin's One Hundred and Thirteenth Monthly Fee Application | 0.2 | 39.00 |
| 08/23/12 | TBB | File and CNO to Kramer Levin's One Hundred and Thirteenth Monthly Fee Application | 0.8 | 156.00 |
| 08/28/12 | TKD | Review Kramer Levin Fee application and approve for filing | 0.2 | 130.00 |
| 08/29/12 | TBB | Draft Notice and AOS to Kramer Levin's One Hundred and thirty First monthly fee application. | 0.2 | 39.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

| 359022 | WR Grace - Official Committee of Equity Security | Invoice Number 2171464 |
| 00016 | Holders | Page 2 |
| 09/12/12 | Fee Applications/Others | |

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/29/12 | TBB | File and serve Kramer Levin's One Hundred and Thirty First monthly fee application. | 0.8 | 156.00 |

|  |  | TOTAL HOURS | 5.2 |  |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours |  | Rate |  | Value |  |
|---|---|---|---|---|---|---|
| Tracy B. Buck | 4.2 | at | $195.00 | = | 819.00 | |
| Teresa K.D. Currier | 1.0 | at | $650.00 | = | 650.00 | |

|  | CURRENT FEES |  | 1,469.00 |
|---|---|---|---|
|  | **TOTAL AMOUNT OF THIS INVOICE** |  | 1,469.00 |
|  | **NET AMOUNT OF THIS INVOICE** |  | 1,469.00 |

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2171465 |
| Invoice Date | 09/12/12 |
| Client Number | 359022 |
| Matter Number | 00020 |

Re: Plan and Disclosure Statement

FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/12:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/01/12 | TBB | Review ecf filings. | 0.3 | 58.50 |
| 08/02/12 | TBB | Review ecf filings | 0.4 | 78.00 |
| 08/03/12 | TBB | Review all third circuit case filings. | 0.3 | 58.50 |
| 08/10/12 | TKD | Review Third Circuit instructions about filing in all appeals | 0.3 | 195.00 |
| 08/13/12 | TKD | Follow up on filing new entries of appearance in new Third Circuit appeal | 0.3 | 195.00 |
| 08/13/12 | TBB | Draft, file and serve Entry of Appearance for T. Currier and P. Bentley in the Third Circuit Court of APpeals. | 0.7 | 136.50 |
| 08/22/12 | TKD | Review all filings in appeals today | 0.7 | 455.00 |
| 08/29/12 | TKD | Review report on emergence possibilities | 0.3 | 195.00 |
| | | TOTAL HOURS | 3.3 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 1.7 | at | $195.00 | = | 331.50 |
| Teresa K.D. Currier | 1.6 | at | $650.00 | = | 1,040.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

| | | |
|---|---|---|
| 359022 | WR Grace - Official Committee of Equity Security Holders | Invoice Number 2171465 |
| 00020 | | Page 2 |
| 09/12/12 | Plan and Disclosure Statement | |

| | |
|---|---:|
| CURRENT FEES | 1,371.50 |
| **TOTAL AMOUNT OF THIS INVOICE** | 1,371.50 |
| **NET AMOUNT OF THIS INVOICE** | 1,371.50 |