EXHIBIT A

PHILLIPS, GOLDMAN & SPENCE, P.A.

INVOICES BY TIME AND INDIVIDUAL

FOR THE TIME PERIOD
AUGUST 1, 2012 THROUGH
AUGUST 31, 2012

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE  19806
(302) 655-4200
EI #: 51-0328786

September 17, 2012

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC  20007--5135

File     WRG-AUS/JCP
Invoice number   103966

Re:  W. R. Grace & Co.
     David T. Austern
Case No.:  01-01139 (RLB)

```
        Subtotal for FEES only:  08/31/12      $2,746.00
        Subtotal for COSTS only: 08/31/12        $884.97
                                              -------------
CURRENT PERIOD FEES AND COSTS:   08/31/12      $3,630.97
                                              -------------
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please send remittance copy with payment.  Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Phillips, Goldman & Spence, P.A.

Page   2

September 17, 2012

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   103966

Re:  W. R. Grace & Co.
     David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| PLAN AND DISCLOSURE STATEMENT | 3.4 | 1,649.00 |
| FEE/EMPLOYMENT APPLICATIONS | 4.2 | 883.50 |
| LITIGATION | 1.0 | 197.00 |
| CASE ADMINISTRATION | 0.1 | 16.50 |
| Subtotal for FEES only: 08/31/12 | 8.7 | $2,746.00 |

| RATE | SUMM | HOURS | | | | |
|---|---|---|---|---|---|---|
| 485.00 | JCP | 4.10 | 4.10 | 1,988.50 | 0.00 | 0.00 |
| 165.00 | CAH | 4.30 | 4.30 | 709.50 | 0.00 | 0.00 |
| 160.00 | TLB | 0.30 | 0.30 | 48.00 | 0.00 | 0.00 |
| Totals | | 8.70 | 8.70 | 2,746.00 | 0.00 | 0.00 |

```
   Sorts:  Grouping code           (Paginate)
           Client code
           Actual employee code    (Subtotal)
           Transaction date

   Ranges:
        Include "Client code" from WRG to WRG
        Exclude "Billable $" from 0.00 to 0.00
        Include "Invoice Number" from 103966 to 103966

                                          Act  Trans                                              Billable        Billable  Gr
Cl code  Grouping code description        Emp  Date     Transaction description                      Hours         Dollars  Cd

WRG      CASE ADMINISTRATION              CAH  08/21/12 Update docket to system.                       0.10           16.50 Ca
                                                                                                      -----         ------
                                                                                                       0.10           16.50
                                                                                                      -----         ------
                                                                                                       0.10           16.50
                                                                                                      -----         ------


Total records this group:   1
```

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | CAH | 08/08/12 | Review e-mail from D. Felder re: new 3rd circuit filing. | 0.10 | 16.50 | Li |
| WRG | LITIGATION | CAH | 08/08/12 | Draft Entry of Appearance for John C. Phillips, Jr. and Certificate of Service for all filings forward for execution. | 0.30 | 49.50 | |
| WRG | LITIGATION | CAH | 08/09/12 | Download and file 3 entries of appearance, corp. statement and Certificate of Service in 12-3143 Third Circuit case. | 0.50 | 82.50 | |
| | | | | | 0.90 | 148.50 | |
| WRG | LITIGATION | JCP | 08/17/12 | Review of Agenda for 8/27/12 Hearing. | 0.10 | 48.50 | |
| | | | | | 0.10 | 48.50 | |
| | | | | | 1.00 | 197.00 | |

Total records this group:   4

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/21/12 | Draft Certificate of No Objection for Phillips, Goldman & Spence June fee application; forward to John C. Phillips, Jr. to review and execute. | 0.30 | 49.50 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/21/12 | Draft July fee application for Phillips, Goldman & Spence and forward to John C. Phillips, Jr. to execute and review. | 0.70 | 115.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/22/12 | Scan and file Certificate of No Objection for Phillips, Goldman & Spence June fee application; serve same. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/24/12 | Scan, OCR and file Phillips, Goldman & Spence July fee application and serve same. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/31/12 | Review of e-mails from D. Fuller and split 6 fee applications for Lincoln into sections to file. | 1.00 | 165.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/31/12 | File six fee applications for Lincoln partners; e-mail docket nos. to D. Fullen. | 0.70 | 115.50 | |
| | | | | | 3.30 | 544.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 08/04/12 | Review of and revise Phillips, Goldman & Spence July 2012 pre-bill. | 0.20 | 97.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 08/22/12 | Review of and revise Phillips, Goldman & Spence 98th Monthly Fee Application; conference with Celeste A. Hartman re: same; e-mail to Celeste A. Hartman re: same; review of and approve Certificate of No Objection re: Phillips, Goldman & Spence 97th Monthly Fee Application. | 0.40 | 194.00 | |
| | | | | | 0.60 | 291.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | TLB | 08/17/12 | E-file Certificate of No Objection re: Orrick's 77th Monthly Interim Application for Compensation; e-file Certificate of No Objection re: Towers' 61st Monthly Application for Compensation; e-mail to Debra Fullem re: both. | 0.20 | 32.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | TLB | 08/27/12 | E-file Orrick's 78th Monthly Fee Application. | 0.10 | 16.00 | |
| | | | | | 0.30 | 48.00 | |
| | | | | | 4.20 | 883.50 | |

Total records this group:   10

-Fees-

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 08/01/12 | Review of 24 Entries of Appearances for Debtors in various appeals (.4); review of 2 Entries of Appearance for Anderson memorial (.1); review of Anderson's Concise Summary of case (.1). | 0.60 | 291.00 | ps |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 08/02/12 | Review of 2 Entries of Appearance for Maryland Casualty. | 0.10 | 48.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 08/08/12 | Review of Maryland Casualty's Disclosure Statement and Concise Summary of Case; e-mail from Debbie Felder re: filing in new appeal tomorrow; review of ECF Notification re: docketing of Anderson Memorial's appeal; e-mail to Celeste A. Hartman re: preparing Entry of Appearance for John C. Phillips, Jr. | 0.30 | 145.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 08/09/12 | Review of Maryland Casualty's Civil Appeal Information Sheet, Disclosure Statement and Concise Summary of Case. | 0.10 | 48.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 08/09/12 | Review of Anderson Memorial's Notice of Appeal (.1); letter from Clerk requesting Appearance Form on 8/22/12 (.1); e-mail from Debbie Felder re: Entries of Appearances and Corporate Disclosure Statement with enclosure and review of and approve Frankel Entry of Appearance (.1); review of and approve Wyron Entry of Appearance (.1); review of and approve Corporate Disclosure (.1). | 0.50 | 242.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 08/10/12 | Review of Entry of Appearance for counsel for FPD claimants; review of Entries of Appearances for Montana and Canada. | 0.10 | 48.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 08/11/12 | Review of Clerk's Order re: filings in appeals. | 0.10 | 48.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 08/14/12 | Review of Entries of Appearance for Equity Committee. | 0.10 | 48.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 08/15/12 | Review of Entry of Appearance for Montana and Canada; review of Entries of Appearance for Travelers. | 0.20 | 97.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 08/16/12 | Review of Entry of Appearance for Travelers; review of BNSF's Concise Summary of Case. | 0.10 | 48.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 08/17/12 | Review of Entries of Appearance for Montana and Canada; review of Entry of Appearance for Continental Casualty; review of Entry of Appearance for Libby Claimants. | 0.30 | 145.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 08/18/12 | Review of Entry of Appearance for Continental Casualty. | 0.10 | 48.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 08/21/12 | Review of Entries of Appearance for Montana and Canada. | 0.10 | 48.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 08/22/12 | Review of Entry of Appearance for Personal Injury Committee; review of Personal Injury Committee's Disclosure Statement. | 0.10 | 48.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 08/23/12 | Review of 6 Entries of Appearance for counsel for Debtors (.1); review of 51 Entries of Appearance for counsel for Bank Lender Group (.3); review of 4 Entries of Appearance for counsel for Maryland Casualty (.1). | 0.50 | 242.50 | |

-Fees-

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 08/25/12 | Review of Withdrawal of Appearance by counsel for Bank Lender Group. | 0.10 | 48.50 | ps |
| | | | | | ----- | --------- | |
| | | | | | 3.40 | 1,649.00 | |
| | | | | | ----- | --------- | |
| | | | | | 3.40 | 1,649.00 | |
| | | | | | ----- | --------- | |

Total records this group:   16

|  | |
|---|---|
| ----- | --------- |
| 8.70 | 2,746.00 |
| ===== | ======== |

31 records printed.