# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# EXPENSE RECORDS

# FOR THE TIME PERIOD
## AUGUST 1, 2012 THROUGH
## AUGUST 31, 2012

Phillips, Goldman & Spence, P.A.

                                                          Page   2


                                            September 17, 2012

Orrick, Herrington & Sutcliffe, LLP

                                        File   WRG-AUS/JCP
                                 Invoice number   103966


Re:  W. R. Grace & Co.
     David T. Austern


          COSTS ADVANCED

07/20/12  Photocopies                                  15.00
08/03/12  Postage                                       1.70
08/29/12  Check No.: 49664 - Parcels, Inc. - document
          retrieval/service/copy/mail, etc.           824.27
08/31/12  Check No.: 49683 - John C. Phillips, Jr. -
          Courtcall.                                   44.00
                                               -------------
          Subtotal for COSTS only: 08/31/12      $884.97
                                               -------------