# EXHIBIT A
# ORRICK, HERRINGTON & SUTCLIFFE LLP
# INVOICES FOR THE TIME PERIOD
# AUGUST 1-31, 2012



ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, D.C. 20005-1706

tel +1-202-339-8400
fax +1-202-339-8500

WWW.ORRICK.COM

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

September 14, 2012
Client No. 17367
Invoice No. 1382158

Orrick Contact: Roger Frankel

| | | |
|---|---|---|
| FOR SERVICES RENDERED through August 31, 2012 in connection with the matters described on the attached pages: | $ | 176,205.00 |
| DISBURSEMENTS as per attached pages: | | 2,175.83 |
| **TOTAL CURRENT FEES & DISBURSEMENTS** (Pay this Amount): | $ | 178,380.83 |

Matter(s): 17367/11, 13, 7, 8

## DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:
$414,309.47
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701. Fax (304) 231-2501.

### REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

| REMITTANCE ADDRESS: | ELECTRONIC FUNDS TRANSFERS: | OVERNIGHT DELIVERY: |
|---|---|---|
| Orrick, Herrington & Sutcliffe LLP<br>Lockbox #774619<br>4619 Solutions Center<br>Chicago, IL 60677-4006<br>Reference: 17367/ Invoice: 1382158 | *ACH & Wire Transfers:*<br>*ABA Number 121000248*<br>*SWIFT CODE: WFBIUS6S*<br>*Account Number: 4123701088*<br>*Wells Fargo*<br>*420 Montgomery Street*<br>*San Francisco, CA 94104*<br>*Account of*<br>*Orrick, Herrington & Sutcliffe LLP*<br>*Reference: 17367/ Invoice: 1382158*<br>*E.I.N. 94-2952627* | Orrick, Herrington & Sutcliffe LLP<br>c/o Wells Fargo<br>Attn: Lockbox #774619<br>350 East Devon Avenue<br>Itasca, IL 60143<br>(213) 614-3248<br>Reference: 17367/ Invoice: 1382158 |



**ORRICK**

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

September 14, 2012
Client No. 17367
Invoice No. 1382158

Orrick Contact: Roger Frankel

For Legal Services Rendered Through August 31, 2012 in Connection With:

**Matter:  7 - Insurance Matters**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 08/01/12 | P. Mahaley | Communicate with FCR and counsel for ACC re proposed settlement with insurer. | 0.80 |
| 08/03/12 | P. Mahaley | Review and revise draft settlement agreement with insurer. | 0.90 |
| 08/06/12 | R. Wyron | Review draft settlement agreement from P. Mahaley. | 0.70 |
| 08/07/12 | P. Mahaley | Office conference with R. Wyron re changes needed to insurer settlement agreement to reflect current status of bankruptcy proceedings (.5); draft revisions to insurer settlement agreement to reflect current status of bankruptcy proceedings (1.5). | 2.00 |
| 08/07/12 | R. Wyron | Review and edit draft settlement agreement (1.0); conference with P. Mahaley re issues (.5). | 1.50 |

|  |  |
|---|---|
| Total Hours | 5.90 |
| Total For Services | $4,385.50 |

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Peri N. Mahaley | 3.70 | 665.00 | 2,460.50 |
| Richard H. Wyron | 2.20 | 875.00 | 1,925.00 |
| Total All Timekeepers | 5.90 | $743.31 | $4,385.50 |

**Total For This Matter**      **$4,385.50**



**ORRICK**

| | |
|---|---|
| David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367<br>page 2 | September 14, 2012<br>Invoice No. 1382158 |

For Legal Services Rendered Through August 31, 2012 in Connection With:

### Matter: 8 - Litigation

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 07/18/12 | R. Frankel | Conference with F. Monaco, P. Lockwood, E. Inselbuch, R. Wyron and A. Paul at K&E (NY) regarding Montana settlement issues. | 4.20 |
| 08/01/12 | G. Willey | Review recently filed pleadings. | 0.10 |
| 08/01/12 | G. Willey | Review recently filed pleadings. | 0.10 |
| 08/01/12 | D. Felder | Review statements of issues, designation of record and concise summary of cases filed in Third Circuit appeals (2.0); review materials from Towers Watson regarding claim issues (.3); telephone conference with Towers Watson and R. Wyron regarding same (1.0); follow-up regarding same (.5). | 3.80 |
| 08/01/12 | R. Wyron | Prepare for meeting with D. Austern re warrant and effective date (.9); telephone conference with J. Biggs and J. Kimble re trust cash flow analysis (.9); review data from Tillinghast (.8); review e-mails re warrant and follow-up (.5). | 3.10 |
| 08/01/12 | R. Frankel | Telephone conference with J. Radecki regarding call with ACC (.3); review warrant transaction term sheets (.6). | 0.90 |
| 08/01/12 | R. Frankel | Telephone conference with J. Donley regarding appeal issues, scenarios (.3); prepare notes regarding same (.2). | 0.50 |
| 08/01/12 | R. Frankel | Review memo from Lincoln regarding Grace 2nd Quarter financial update. | 0.60 |
| 08/01/12 | R. Frankel | Telephone conference with J. Radecki, J. Solganick regarding latest Grace proposal (.4); telephone conference with R. Wyron regarding same (.3). | 0.70 |
| 08/01/12 | R. Frankel | Review, consider P. Mahaley e-mails regarding settlement with insurer. | 0.40 |
| 08/01/12 | R. Frankel | Review, consider warrant counterproposal from Grace (.6); run various collar scenarios (.6). | 1.20 |
| 08/02/12 | R. Wyron | Prepare for meeting with D. Austern re effective date (.9); meet with D. Austern and R. Frankel re strategy, warrants, expert reports and effective date (2.6); follow-up with experts re same (.4); telephone conference with A. Brockman and e-mails re same (1.1). | 5.00 |
| 08/02/12 | R. Frankel | Confer with D. Austern regarding QSF issues in connection with plan. | 0.40 |


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -                    September 14, 2012
17367                                                                                   Invoice No. 1382158
page 3

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 08/02/12 | R. Frankel | Review series of e-mails from J. Donley, R. Wyron regarding trust projected distributions (.4); consider projections regarding payment percentage (.4). | 0.80 |
| 08/02/12 | R. Frankel | Confer with D. Austern, R. Wyron regarding payment percentage, effective date, warrants and related issues (2.9); confer with R. Wyron regarding same (.3). | 3.20 |
| 08/02/12 | R. Frankel | Prepare outline of discussion issues for meeting with D. Austern. | 0.70 |
| 08/02/12 | R. Frankel | Review report from Towers Watson in preparation for meeting with client. | 1.70 |
| 08/03/12 | R. Wyron | Telephone conference with Tillinghast re Effective Date issues and follow-up re same (.5); continue review of Montana contribution issue (.4). | 0.90 |
| 08/03/12 | R. Frankel | Review Sealed Air comments in investor call (.1); listen to relevant portions of Grace investor call (.4). | 0.50 |
| 08/03/12 | R. Frankel | Confer with R. Wyron re Grace investor call, updated issues re claims projections, trust distributions (.4); notes re same (.1). | 0.50 |
| 08/03/12 | R. Frankel | Review notebook from D. Felder with appeal issues and case summaries (2.3); prepare notes re certain appeal issues (.5). | 2.80 |
| 08/03/12 | R. Frankel | Review issues re projections of TDP claims, R. Wyron and J. Donley e-mails. | 0.60 |
| 08/06/12 | D. Felder | Conference with R. Frankel regarding effective date issues and update (.4); review memorandum regarding equitable mootness issues (1.6); review PI bar date issues (.8); conference with R. Wyron regarding same (.1); telephone conference with J. Kimble regarding same (.1). | 3.00 |
| 08/06/12 | R. Wyron | Review Tillinghast analysis (.6); conference with D. Felder re bar date analysis and follow-up re same (.4); continue work on effective date analysis (.7). | 1.70 |
| 08/06/12 | R. Frankel | Review investment bank issues. | 0.30 |
| 08/06/12 | R. Frankel | E-mails with J. Radecki re status of warrant transaction, status of negotiations. | 0.30 |
| 08/06/12 | R. Frankel | Telephone conference with J. Donley re effective date issues (.5); prepare notes re same (.4). | 0.90 |
| 08/06/12 | R. Frankel | Confer with D. Felder re pending case issues (.4); notes re equitable mootness (.2). | 0.60 |
| 08/06/12 | R. Frankel | Review files regarding appeals. | 0.90 |
| 08/06/12 | R. Frankel | Review, consider issues re stay pending appeal, expiration of stay. | 0.60 |
| 08/07/12 | G. Willey | Review recently filed pleadings. | 0.20 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 4

September 14, 2012
Invoice No. 1382158

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 08/07/12 | D. Felder | Telephone conference with M. Hurford regarding update (.3); review Third Circuit appeal issues and recently filed concise statement of case (.9). | 1.20 |
| 08/07/12 | R. Wyron | Telephone conference with Grace and ACC counsel re Sealed Air and potential settlements and follow-up re same (.8); conference with R. Frankel and respond to e-mails re same (.4); telephone conference with investment bankers re warrant and follow-up re same (.9); follow-up re Towers Watson analysis (.6). | 2.70 |
| 08/07/12 | R. Frankel | Review, consider MD Casualty concise summary of case, statement of issues. | 0.50 |
| 08/07/12 | R. Frankel | Telephone conference with A. Paul regarding effective date issues (.4); prepare notes regarding effective date issues (.5). | 0.90 |
| 08/07/12 | R. Frankel | Telephone conference with Grace team regarding Sealed Air, Fresenius issues (.6); prepare notes regarding same (.3). | 0.90 |
| 08/07/12 | R. Frankel | Telephone conference with R. Wyron regarding J. Donley call with Sealed Air and Fresenius. | 0.40 |
| 08/07/12 | R. Frankel | Review, consider 3rd Circuit Order denying Garlock Stay Motion. | 0.50 |
| 08/08/12 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 08/08/12 | D. Felder | Review Third Circuit docket regarding Anderson Memorial Hospital's appeal from Rule 60 motion and e-mail correspondence with R. Frankel and R. Wyron regarding same (.5); e-mail correspondence to C. Hartman regarding Third Circuit filings and prepare same (.3). | 0.80 |
| 08/08/12 | R. Frankel | Review, consider issues regarding bank lender appeal (.4); exchange of e-mails with J. Donley (.3). | 0.70 |
| 08/08/12 | R. Frankel | Review docket entries regarding AMH appeal from Motion for Reconsideration (.3); review, sign disclosure, appearance (.2). | 0.50 |
| 08/08/12 | R. Frankel | Telephone conference with R. Wyron regarding effective date issues; settlements with Montana, Canada. | 0.40 |
| 08/08/12 | R. Frankel | Prepare notes regarding path to effective date. | 2.90 |
| 08/09/12 | D. Felder | Review Third Circuit appeal relating to Anderson Memorial Hospital and finalize filings regarding same (.5); telephone conference with Third Circuit clerk regarding notices of appearance and e-mail correspondence with R. Frankel and R. Wyron regarding same (.2); review effective date issues and research regarding same (1.0); prepare e-mail summary regarding same (.5); review recent case regarding equitable mootness (.5). | 2.70 |



| | | | | |
|---|---|---|---|---|
| David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367<br>page 5 | | | | September 14, 2012<br>Invoice No. 1382158 |

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 08/09/12 | R. Frankel | Review and consider letter from 3rd Circuit re non-appearance (.2); e-mails with D. Felder re same (.2). | 0.40 |
| 08/09/12 | R. Frankel | Prepare further changes to outline of Effective Date scenario. | 1.40 |
| 08/10/12 | D. Fullem | Review e-mail from R. Wyron regarding 3rd Circuit appeals letter; review D. Felder response. | 0.20 |
| 08/10/12 | D. Felder | E-mail correspondence with R. Frankel regarding PI Trust Agreement. | 0.10 |
| 08/10/12 | R. Frankel | Telephone conference with J. Donley re effective date scenarios, outline, trust agreement (.3); e-mails with R. Wyron re same (.1). | 0.40 |
| 08/10/12 | R. Frankel | Review provisions of Trust Agreement. | 0.80 |
| 08/12/12 | R. Frankel | Review confirmed plan, PI Trust Agreement per telephone conference with J. Donley, effective date scenarios. | 1.80 |
| 08/13/12 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 08/13/12 | D. Felder | Review powerpoint from Towers Watson. | 1.00 |
| 08/13/12 | R. Wyron | Review proposals re Effective Date and comments re same (1.4); review warrant analysis and follow-up (.3); prepare for Towers Watson meeting (1.4). | 3.10 |
| 08/13/12 | R. Frankel | Revise memo/outline of effective date scenario. | 1.70 |
| 08/13/12 | R. Frankel | Review, consider MCC concise summary of case and statement of issues on appeal. | 0.40 |
| 08/13/12 | R. Frankel | Review, consider order denying stay pending appeal. | 0.20 |
| 08/13/12 | R. Frankel | Review D. Felder memo re open issues re effective date closing (.4); review checklist (.2). | 0.60 |
| 08/13/12 | R. Frankel | Confer with R. Wyron re call with J. Donley, effective date issues, memo re same (.8); revise memo per conference with R. Wyron (.4). | 1.20 |
| 08/13/12 | R. Frankel | Exchange of e-mails with J. Radecki re Sealed Air issues, warrant transaction. | 0.40 |
| 08/13/12 | R. Frankel | Review updated report from Towers Watson in preparation for meeting. | 1.60 |
| 08/14/12 | D. Felder | Review Towers Watson powerpoint (.5); review effective date issues (.5); conference with Towers Watson, D. Austern, R. Frankel and R. Wyron regarding claim issues and follow-up regarding same (3.0); review certificate of counsel regarding Weedsport settlement agreement and related documents (.4). | 4.40 |



David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 6

September 14, 2012  
Invoice No. 1382158

| Date | Attorney | Description | Hours |
|------|----------|-------------|-------|
| 08/14/12 | R. Wyron | Telephone conference with Grace re Effective Date and terms of proposal (1.1); conference with R. Frankel re Effective Date and e-mail re same (.4); telephone conference with A. Paul and J. Donley re issues (.6); review notes for Towers Watson meeting (.4); meet with D. Austern and Towers Watson re Trust projections (3.1); review Effective Date proposal and provide comments (.6); telephone conferences with J. Radecki re warrant issues and analysis and follow-up re same (.7); telephone conference with J. Donley re plan issues (.4). | 7.30 |
| 08/14/12 | R. Frankel | Review, edit Term Sheet re going effective from A. Paul. | 1.20 |
| 08/14/12 | R. Frankel | Review, consider revised Term Sheet from M. Shelnitz (.5); prepare notes re same (.3). | 0.80 |
| 08/14/12 | R. Frankel | Confer with R. Wyron re Term Sheet from Kirkland (.3); telephone conference with J. Donley, A. Paul re same (.5). | 0.80 |
| 08/14/12 | R. Frankel | Telephone conference with J. Donley, A. Paul, M. Shelnitz, P. Lockwood, R. Wyron re Term Sheet. | 1.00 |
| 08/14/12 | R. Frankel | Confer with J. Biggs, J. Kimble, R. Wyron, D. Felder re projections, payment percentage issues (2.8); notes re same (.3). | 3.10 |
| 08/14/12 | R. Frankel | Review e-mails re warrant transaction (.3); telephone conference with J. Radecki re same (.4); confer with R. Wyron re effective date issues (.4). | 1.10 |
| 08/14/12 | R. Frankel | Confer with R. Wyron re plan issues - contributions to PD Trust (.4); review plan language (.4). | 0.80 |
| 08/15/12 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 08/15/12 | D. Felder | Begin review of estimation materials regarding claims issues. | 2.50 |
| 08/15/12 | R. Wyron | Review revised effective date proposal (.6); several conferences with R. Frankel re issues (.9); telephone conference with Grace and ACC counsel re issues (1.5); review revised proposal (.4); review plan provisions re PD issue (.3); review revised Tillinghast analysis (.6); review M. Peterson analysis (.2). | 4.50 |
| 08/15/12 | R. Frankel | Review draft Term Sheet for Sealed Air (.9); review related memorandum re waiver of final order condition (.8). | 1.70 |
| 08/15/12 | R. Frankel | Telephone conference with J. Donley, A. Paul, M. Shelnitz, P. Lockwood, R. Wyron re Sealed Air term sheet (1.2); notes re same (.3); confer with R. Wyron re same (.3). | 1.80 |
| 08/15/12 | R. Frankel | Telephone conference with D. Austern re claims issues (.2); review e-mail memo from J. Biggs re same (.2). | 0.40 |


ORRICK

| David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367 page 7 | | | September 14, 2012 Invoice No. 1382158 | |
|---|---|---|---|---|
| 08/15/12 | R. Frankel | Review revised draft Term Sheet from Kirkland (.4); review comments to Term Sheet from M. Shelnitz (.6); confer with R. Wyron re revised Term Sheet (.5). | 1.50 |
| 08/15/12 | R. Frankel | Series of e-mails re Term Sheet with J. Donley, M. Shelnitz, P. Lockwood. | 0.30 |
| 08/15/12 | R. Frankel | Review, consider J. Radecki e-mail re warrant transaction. | 0.30 |
| 08/16/12 | R. Wyron | Review and respond to e-mails re Sealed Air discussions and follow-up (.6); review case law (.2). | 0.80 |
| 08/16/12 | R. Frankel | Review and consider further revised Term Sheet from Kirkland re effective date (.9); exchange of e-mails re same (.4). | 1.30 |
| 08/16/12 | R. Frankel | Exchange of e-mails with J. Kimble re payment percentage scenarios (.5); prepare notes re same (.3). | 0.80 |
| 08/16/12 | R. Frankel | Review AMH Statement of Issues & Designation of Record on Appeal. | 0.50 |
| 08/16/12 | R. Frankel | Prepare notes in preparation for telephone conference with E. Inselbuch. | 0.80 |
| 08/16/12 | R. Frankel | Telephone conference with E. Inselbuch re warrant transaction (.5); prepare notes re same (.3). | 0.80 |
| 08/16/12 | R. Frankel | Review with R. Wyron issues re Term Sheet, call with E. Inselbuch, Sealed Air. | 0.50 |
| 08/17/12 | D. Felder | Review preliminary agenda and e-mail correspondence to R. Frankel and R. Wyron regarding same (.2); continue review of estimation materials regarding claims data (1.0). | 1.20 |
| 08/17/12 | E. Wall | Conference with R. Frankel re QSF issues (.4); analyze same (1.0); draft e-mail re same (.8). | 2.20 |
| 08/17/12 | R. Wyron | Review LAS data (.4); conference with R. Frankel re effective date issues and e-mails re same (.3); review analysis re Sealed Air and telephone conference with Lincoln re same (.4). | 1.10 |
| 08/17/12 | R. Frankel | Review "as sent" term sheet to Sealed Air-Fresenius. | 0.70 |
| 08/17/12 | R. Frankel | Review Kirkland memo re effective date issues (.9); review bankruptcy code (.3); confer with R. Wyron re same (.4). | 1.60 |
| 08/17/12 | R. Frankel | Review Lincoln memo re financial update on Sealed Air (.5); review latest public filings by Sealed Air (.6). | 1.10 |
| 08/17/12 | R. Frankel | Review case law re plan modifications. | 0.90 |
| 08/17/12 | R. Frankel | Telephone conference with E. Wall re QSF issues (.4); brief R. Wyron re same (.1). | 0.50 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -        September 14, 2012
17367                                                                      Invoice No. 1382158
page 8

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 08/20/12 | R. Wyron | Review Sealed Air issues list (.6); telephone conference with Sealed Air and Grace (1.1); follow-up telephone conference with Grace and ACC re issues (1.0); organize notes re same (.2); telephone conference with Lincoln re analysis and follow-up (.6); continue review of TW analysis (.8). | 4.30 |
| 08/20/12 | R. Frankel | Exchange of e-mails with J. Radecki re warrant transaction and Sealed Air (.5); consider issues re Sealed Air (.3). | 0.80 |
| 08/20/12 | R. Frankel | Review Sealed Air Term Sheet, related memo in preparation for Sealed Air conference call. | 0.60 |
| 08/20/12 | R. Frankel | Telephone conference with Sealed Air, Fresenius, Grace, ACC and FCR (R. Wyron, P. Lockwood, J. Donley, A. Paul, Mr. Coco and D. Turetsky) re effective date issues. | 1.40 |
| 08/20/12 | R. Frankel | Follow up on call among plan proponents, outside counsel re call with Sealed Air, Fresenius (.7); prepare notes re same (.4). | 1.10 |
| 08/20/12 | R. Frankel | Confer with R. Wyron re call with J. Radecki, Sealed Air issues. | 0.40 |
| 08/21/12 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 08/21/12 | R. Wyron | Review Sealed Air information from Lincoln and telephone conferences re same (1.3); review updated Tpwers Watson analyses and conference with R. Frankel re same (1.1). | 2.40 |
| 08/21/12 | R. Frankel | Review five analyst reports re Sealed Air (1.5); prepare notes re same (.4). | 1.90 |
| 08/21/12 | R. Frankel | Review plan, Sealed Air settlement agreement re nature and extent of waivers required. | 1.60 |
| 08/21/12 | R. Frankel | Review updated report, analysis from Towers Watson and related e-mails (.9); confer with R. Wyron re same (.4). | 1.30 |
| 08/21/12 | R. Frankel | Telephone conference with D. Austern re Sealed Air, payment percentage issues (.3); confer with R. Wyron re same, equitable mootness (.5). | 0.80 |
| 08/22/12 | R. Frankel | Review Towers Watson presentations re payment percentage factors (1.1); prepare notes for negotiation (.6). | 1.70 |
| 08/22/12 | R. Frankel | Review cases re equitable mootness in 3rd circuit (1.7); prepare notes re equitable mootness factors (.8). | 2.50 |
| 08/22/12 | R. Frankel | Confer with R. Wyron re equitable mootness, effective date issues. | 0.50 |
| 08/23/12 | G. Willey | Review recently filed pleadings. | 0.20 |
| 08/23/12 | D. Felder | Review recently filed notices in third circuit dockets. | 0.60 |



**ORRICK**

| | | | |
|---|---|---|---|
| David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367 page 9 | | | September 14, 2012<br>Invoice No. 1382158 |

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 08/23/12 | R. Wyron | Review Sealed Air data (.3); conference with Lincoln re Sealed Air and follow-up re same (.4); prepare for 8/24 calls (.3); conference with R. Frankel re ARPC analysis and follow-up re same (.3); telephone conferences with claims estimators re issues (.3). | 1.60 |
| 08/23/12 | R. Frankel | Review materials re payment percentage, Trust cash flow (.7); confer with R. Wyron re same and meeting with ARPC (.4). | 1.10 |
| 08/23/12 | R. Frankel | Review issues re effective date, waiver of final order. | 0.70 |
| 08/23/12 | R. Frankel | Telephone conferences with R. Wyron and J. Radecki re status with Sealed Air. | 0.40 |
| 08/24/12 | D. Fullem | Review 3rd circuit appeals re mediation order; update R. Wyron re same. | 0.80 |
| 08/24/12 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 08/24/12 | D. Felder | Review e-mail correspondence and additional powerpoint from Towers Watson regarding claim issues. | 1.00 |
| 08/24/12 | R. Wyron | Review e-mails re Sealed Air (.4); telephone conference with Grace and follow-up re same (1.1); telephone conference with Sealed Air and Grace, and follow-up re same (2.1); conference with R. Frankel and telephone conference with Lincoln (.4); telephone conference with F. Monaco and follow-up re same (.8); review effective date issues list and update (.3); review Towers Watson study (.4); review mediation rules (.3). | 5.80 |
| 08/24/12 | R. Frankel | Review term sheet in preparation for team conference call. | 0.60 |
| 08/24/12 | R. Frankel | Telephone conference with Grace, J. Donley, A. Paul, P. Lockwood, R. Wyron re strategy for Sealed Air call, related issues (1.2); prepare notes re same (.3). | 1.50 |
| 08/24/12 | R. Frankel | Review notes in preparation for call with Sealed Air, Fresenius. | 0.50 |
| 08/24/12 | R. Frankel | Telephone conference with plan proponents' counsel, Sealed Air, Fresenius. | 1.20 |
| 08/24/12 | R. Frankel | Telephone conference with J. Donley, A. Paul, M. Shelnitz, P. Lockwood, R. Wyron re call with Sealed Air, Fresenius (.6); notes re same (.2). | 0.80 |
| 08/24/12 | R. Frankel | Confer with R. Wyron re Sealed Air issues. | 0.40 |
| 08/24/12 | R. Frankel | Review and consider issues in negotiations with Sealed Air, Fresenius. | 0.60 |
| 08/27/12 | D. Felder | E-mail correspondence with M. Hurford and J. O'Neill regarding Third Circuit appeal issues. | 0.10 |



| David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367 | | | September 14, 2012 Invoice No. 1382158 | |
|---|---|---|---|---|
| page 10 | | | | |
| 08/27/12 | R. Wyron | Conference with R. Frankel re effective date issues and follow-up (.6); work on outline re same (.8); telephone conferences re Montana and follow-up re same (.6). | | 2.00 |
| 08/27/12 | R. Frankel | Review, consider bankruptcy code sections 1127 and 1142 re implementation of effective date (1.6); confer with R. Wyron re same (.7). | | 2.30 |
| 08/27/12 | R. Frankel | Telephone conference with J. Donley, A. Paul re Sealed Air issues, implementation (.6); confer with R. Wyron re same (.3). | | 0.90 |
| 08/28/12 | R. Wyron | Telephone conference with Grace and ACC counsel and follow-up (.8); telephone conference with F. Monaco and follow-up (.9); review and respond to e-mails re effective date (.2). | | 1.90 |
| 08/28/12 | R. Frankel | Prepare outline of effective date waiver approach discussed with J. Donley, A. Paul. | | 1.10 |
| 08/28/12 | R. Frankel | Telephone conference with J. Donley, A. Paul, M. Shelnitz, P. Lockwood, R. Wyron re case issues, strategy. | | 1.00 |
| 08/29/12 | R. Wyron | Review Montana issues for call and conference with R. Frankel re same (.6); telephone conference with Montana counsel and follow-up (.9); begin review of Sealed Air financial analysis (.4). | | 1.90 |
| 08/29/12 | R. Frankel | Review alternative effective date scenarios per group telephone conference. | | 1.10 |
| 08/29/12 | R. Frankel | Confer with R. Wyron re Sealed Air agreement, effective date issues. | | 0.70 |
| 08/29/12 | R. Frankel | Review Sealed Air settlement agreement. | | 1.20 |
| 08/29/12 | R. Frankel | Confer with R. Wyron re Montana mediation, costs, call with F. Monaco (.4); review file re MT issues (.5). | | 0.90 |
| 08/30/12 | R. Wyron | Review Montana status and follow-up re same (.2); review Sealed Air issues and respond to e-mails re same (.6); review condition on Sealed Air agreement re effectiveness (.4). | | 1.20 |
| 08/30/12 | R. Frankel | Series of e-mails with J. Radecki re Sealed Air (.3); confer with R. Wyron re same (.2). | | 0.50 |
| 08/30/12 | R. Frankel | Review Sealed Air settlement agreement. | | 0.60 |
| 08/31/12 | R. Wyron | Review additional research on Montana law re contribution for mediation session. | | 1.20 |
| 08/31/12 | R. Frankel | Preliminary review of Garlock appeal issues. | | 0.80 |
| 08/31/12 | R. Frankel | Telephone conference with D. Austern regarding status of effective date discussions (.3); review related plan sections (.4). | | 0.70 |



David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 11

September 14, 2012  
Invoice No. 1382158

| | | | | |
|---|---|---|---|---|
| 08/31/12 | R. Frankel | Review, sort files for appeal. | | 1.50 |
| | | Total Hours | 181.60 | |
| | | Total For Services | | $164,137.00 |

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Debra Felder | 22.40 | 650.00 | 14,560.00 |
| Roger Frankel | 101.90 | 995.00 | 101,390.50 |
| Debra O. Fullem | 2.00 | 270.00 | 540.00 |
| Eric C. Wall | 2.20 | 695.00 | 1,529.00 |
| Gerald L. Willey | 0.60 | 300.00 | 180.00 |
| Richard H. Wyron | 52.50 | 875.00 | 45,937.50 |
| Total All Timekeepers | 181.60 | $903.84 | $164,137.00 |

Disbursements

| | |
|---|---|
| Document Reproduction | 3.70 |
| Express Delivery | 12.30 |
| Lexis Research | 155.68 |
| Online Database | 5.34 |
| Other Business Meals | 11.40 |
| Outside Services | 455.80 |
| Taxi Expense | 159.41 |
| Travel Expense, Air Fare | 1,329.40 |

| | |
|---|---|
| Total Disbursements | $2,133.03 |
| **Total For This Matter** | **$166,270.03** |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 12

September 14, 2012
Invoice No. 1382158

For Legal Services Rendered Through August 31, 2012 in Connection With:

**Matter: 11 - Compensation of Professionals - Other**

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 08/01/12 | D. Fullem | Review status/timing of filing of FCR and professionals' fee applications. | 0.30 |
| 08/03/12 | D. Fullem | Review e-mail from R. Wyron to J. Solganick regarding status of fees/expenses for this year. | 0.20 |
| 08/03/12 | R. Wyron | Telephone conferences re Lincoln fee apps and follow-up re same. | 0.40 |
| 08/08/12 | R. Wyron | Call with Lincoln and follow-up. | 0.20 |
| 08/10/12 | D. Fullem | Review e-mail from K. Boeger with Towers' July fee application. | 0.20 |
| 08/14/12 | D. Fullem | Prepare CNO for Towers' June fee application. | 0.30 |
| 08/15/12 | D. Felder | Review CNO for Towers Watson's June fee application and e-mail correspondence with D. Fullem regarding same. | 0.10 |
| 08/16/12 | D. Fullem | Coordinate filing/serving of CNO for Towers Watson's June fee application. | 0.20 |
| 08/27/12 | D. Fullem | Review Lincoln fee applications for the time period January-June 2012; prepare and update with objection deadlines; update R. Wyron and D. Felder re same. | 1.00 |
| 08/29/12 | D. Fullem | Review e-mail from D. Austern with monthly invoices. | 0.20 |
| 08/30/12 | D. Fullem | Prepare monthly fee applications for D. Austern for the time period Jan-Mar, May, and June 2012; e-mail to D. Austern re same; update R. Wyron and D. Felder. | 1.50 |
| 08/30/12 | D. Fullem | Review files from C. Burke at Lincoln; prepare revised notices of fee application filings by Lincoln for Jan-Jun 2012. | 0.80 |
| 08/31/12 | D. Fullem | Prepare drafts of D. Austern's Jan-Mar, May-June monthly fee applications. | 2.00 |
| 08/31/12 | D. Fullem | Finalize and coordinate filing/serving of Lincoln's monthly fee applications for the period Jan-June 2012. | 1.00 |
| 08/31/12 | D. Felder | Review Lincoln fee applications and notices for January through June 2012 and e-mail correspondence with D. Fullem regarding same. | 1.00 |

Total Hours   9.40
Total For Services   $3,319.00


ORRICK

| | | |
|---|---|---|
| David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367 | | September 14, 2012 |
| page 13 | | Invoice No. 1382158 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 1.10 | 650.00 | 715.00 |
| Debra O. Fullem | 7.70 | 270.00 | 2,079.00 |
| Richard H. Wyron | 0.60 | 875.00 | 525.00 |
| Total All Timekeepers | 9.40 | $353.09 | $3,319.00 |

Disbursements
    Outside Services      6.60
    Total Disbursements      $6.60

**Total For This Matter**      **$3,325.60**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367  
page 14

September 14, 2012  
Invoice No. 1382158

For Legal Services Rendered Through August 31, 2012 in Connection With:

**Matter: 13 - Compensation of Professionals - Orrick**

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 08/01/12 | D. Fullem | Review recent payment from client; update fee/expense charts; circulate to R. Frankel and R. Wyron. | 0.50 |
| 08/01/12 | D. Fullem | Review status/timing of filing of Orrick fee applications. | 0.30 |
| 08/02/12 | D. Fullem | Review/revise reply to fee auditor; provide back-up to R. Wyron; discuss with R. Wyron; prepare final version and send to B. Ruhlander. | 1.40 |
| 08/06/12 | D. Fullem | Review July prebill. | 1.00 |
| 08/06/12 | D. Felder | Begin review of July prebill. | 1.00 |
| 08/07/12 | D. Felder | Review July prebill. | 1.20 |
| 08/07/12 | R. Wyron | Review July prebill and make adjustments. | 0.50 |
| 08/14/12 | D. Fullem | Begin draft of July fee application. | 1.00 |
| 08/14/12 | D. Fullem | Prepare CNO for Orrick's June fee application. | 0.30 |
| 08/14/12 | D. Fullem | Prepare update to fee/expense chart and circulate to group. | 0.30 |
| 08/15/12 | D. Fullem | Continue draft of July fee application. | 0.80 |
| 08/15/12 | D. Felder | Review CNO for June fee application and e-mail correspondence with D. Fullem regarding same. | 0.20 |
| 08/16/12 | D. Fullem | Coordinate filing/serving of CNO for Orrick's June fee application. | 0.20 |
| 08/20/12 | D. Fullem | Finalize draft of July fee application; circulate to R. Wyron and D. Felder. | 0.50 |
| 08/21/12 | D. Fullem | Prepare update to fee/expense charts. | 0.50 |
| 08/22/12 | D. Felder | Review and revise July fee application and e-mail correspondence to D. Fullem regarding same. | 0.40 |
| 08/24/12 | D. Fullem | Review R. Wyron's comments; coordinate finalizing of July fee application. | 1.00 |

Total Hours   11.10  
Total For Services   $4,363.50


**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 15

September 14, 2012
Invoice No. 1382158

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 2.80 | 650.00 | 1,820.00 |
| Debra O. Fullem | 7.80 | 270.00 | 2,106.00 |
| Richard H. Wyron | 0.50 | 875.00 | 437.50 |
| Total All Timekeepers | 11.10 | $393.11 | $4,363.50 |

Disbursements
   Outside Services                                             36.20
                                 Total Disbursements                 $36.20

                               **Total For This Matter**              **$4,399.70**

### * * * COMBINED TOTALS * * *

| | |
|---|---|
| Total Hours | 208.00 |
| Total Fees, all Matters | $176,205.00 |
| Total Disbursements, all Matters | $2,175.83 |
| Total Amount Due | $178,380.83 |