# Warren H. Smith & Associates, P.C.

2235 Ridge Road
Suite 105
Rockwall, TX  75087
Tax Id# 01-0584406

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

September 24, 2012

In Reference To:   Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #11135

Professional Services

| | | Hours | Amount |
|---|---|---|---|
| 8/1/2012 AL | Update database with Ferry's June electronic detail (.2); Campbell's June (.1) AKO's June (.2) Charter's June (.1) and Caplin's June (.2) electronic fee and expense detail; Rich's July electronic detail (.1) and fee application (.2); | 1.10 | 49.50 |
| 8/2/2012 JAW | detailed review of Foley Hoag's June 2012 fee application (0.60); draft summary of same (0.60) | 1.20 | 186.00 |
| BSR | Continued drafting of omnibus final report for the 44th interim period | 0.60 | 171.00 |
| JAW | detailed review of Orrick Herrington's June 2012 fee application (2.40) | 2.40 | 372.00 |
| JAW | detailed review of Higgins' June 2012 fee application (0.90) | 0.90 | 139.50 |
| JAW | detailed review of Stroock's June 2012 fee application (0.80) | 0.80 | 124.00 |
| BSR | Receive and review response of Orrick to initial report (44Q) (.2); email to Debra Fullem re same (.1) | 0.30 | 85.50 |
| AL | Update database with K&E's January (.1) February (.2) March (.1) and interim (.2) electronic detail; Lauzon's May CNO (.1); Hogan's May CNO (.1); Scarfone's May CNO; receive and review email from B. Ruhlander re Orrick's IR response (.1); update database with same (.2); Casner's June electronic detail (.1); Phillips' April through June electronic detail (.2) | 1.40 | 63.00 |
| 8/3/2012 AL | Update database with Norton's June electronic detail (.1); receive and review email from B. Ruhlander re Beveridge's 44Q IR response (.1); update database with same (.2) | 0.40 | 18.00 |
| BSR | Receive and review response of Beveridge & Diamond to initial reports (43rd and 44th) | 0.40 | 114.00 |
| BSR | Continued drafting of omnibus final report for the 44th interim period | 1.80 | 513.00 |

W.R. Grace & Co.                                                                                    Page    2

| | | | Hours | Amount |
|---|---|---|---|---|
| 8/3/2012 | JAW | Draft summary of Orrick Herrington's June 2012 fee application (0.30) | 0.30 | 46.50 |
| | JAW | Draft summary of Higgins' June 2012 fee application (0.10) | 0.10 | 15.50 |
| | JAW | Draft summary of Stroock's June 2012 fee application (0.10) | 0.10 | 15.50 |
| 8/5/2012 | BSR | Draft e-mail to Pamela Marks with follow-up questions regarding Beveridge & Diamond's response to initial report (44th) | 0.30 | 85.50 |
| 8/6/2012 | AL | Update database with PWC's June (.1) and April through June interim (.2) electronic detail; Sanders' July electronic detail (.2); Ferry's June electronic detail (.1); Casner's June electronic detail (.1) | 0.70 | 31.50 |
| | BSR | Review of Fragomen's Global Immigration Fee Structure; review of Fragomen's June 2012 monthly fee application and fee and expense summary re same | 0.20 | 57.00 |
| | BSR | Review of expenses on Blackstone's May 2012 monthly fee application; review of fee and expense summary re same | 0.20 | 57.00 |
| | BSR | Review of Woodcock Washburn's May 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
| | BSR | Review of Fragomen's April 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
| | BSR | Review of Casner & Edwards' May 2012 monthly fee application and fee and expense summary re same | 0.20 | 57.00 |
| | BSR | Review of AKO's May 2012 monthly fee application and fee and expense summary re same | 0.20 | 57.00 |
| 8/7/2012 | BSR | Detailed review of Towers Watson's June 2012 monthly fee application | 0.10 | 28.50 |
| | BSR | Review status of HRO final report and response; email to Eric Johnson of HRO inquiring as to response to follow-up questions; email to Alicia Berry (Eric Johnson's assistant) re same | 0.20 | 57.00 |
| | BSR | Review of Fragomen's May 2012 monthly fee application and fee and expense summary re same | 0.10 | 28.50 |
| | BSR | Review of Pachulski's May 2012 monthly fee application and fee and expense summary re same | 0.20 | 57.00 |
| | BSR | Review of PwC's May 2012 monthly fee application and fee and expense summary re same | 0.20 | 57.00 |
| | BSR | Review of PwC's Global Restructuring application for April-May 2012 and fee and expense summary re same; check cumulative fees for this project against budget in engagement letter | 0.20 | 57.00 |

W.R. Grace & Co.

| | | | Hours | Amount |
|---|---|---|---|---|
| 8/7/2012 | BSR | Review of PwC's Darex Puerto Rico Audit application for December 2011 through May 2012 and fee and expense summary re same | 0.10 | 28.50 |
| | BSR | Detailed review of Phillips Goldman & Spence's May 2012 monthly fee application | 0.20 | 57.00 |
| | BSR | Continued drafting final report re Beveridge & Diamond's 43rd interim fee application | 0.10 | 28.50 |
| | AL | Update database with Reed's June fee application (.2); Casner's June fee application (.2); Kramer's June fee application (.2); Rich's July (.1); Sanders' July (.1) Norton's June fee application (.2); Campbell's June fee application (.2); Caplin's June fee application (.2); AKO's June fee application (.2); Charter's June fee application (.2); K&E's June fee application (.2); receive and review email from B. Ruhlander re Beveridge's 43Q FR (.1); update database with same (.1); draft email to W. Smith re approval (.1) | 2.30 | 103.50 |
| 8/8/2012 | AL | Update database with Lauzon's June electronic detail (.1); Hogan's June electronic detail (.2); Scarfone's June electronic detail (.1); Blackstone's June electronic detail (.1); K&E's June electronic detail (.2); | 0.70 | 31.50 |
| | BSR | E-mail to Debbie Melnyck regarding additional information needed from Beveridge & Diamond in order to complete final report (44Q) | 0.30 | 85.50 |
| 8/9/2012 | JAW | detailed review of Campbell & Levine's June 2012 fee application (0.30); draft summary of same (0.20) | 0.50 | 77.50 |
| | AL | update database with Deloitte Tax November (.1) December (.2) January (.2) February (.1) March (.1) April (.2) and May (.1) electronic detail; Saul's June electronic detail (.1) | 1.10 | 49.50 |
| | AL | Update database with Phillips'April through June interim fee application (.2); Deloitte (Tax) November fee application (.2); Stroock's April through June electronic detail (.1); Deloitte Tax  December fee application (.2); Deloitte Tax January fee application (.1); Deloitte Tax February fee application (.1); Deloitte Tax March fee application (.2); Deloitte Tax April fee application (.2); Deloitte Tax May fee application (.1); Woodcock's June fee application (.1);Reed's April through June fee application (.2); Higgins' fee application (.2); Casner's June fee application (.1); PWC's April through June fee application (.2); Bilzin's June fee application (.2); Ferry's fee application (.2); | 2.60 | 117.00 |
| | JAW | detailed review of Casner & Edward's June 2012 fee application (0.20); draft summary of same (0.10) | 0.30 | 46.50 |
| | JAW | detailed review of Norton Rose's June 2012 fee application (0.10); draft summary of same (0.10) | 0.20 | 31.00 |
| | JAW | detailed review of Kramer Levin's June 2012 fee application (0.20); draft summary of same (0.10) | 0.30 | 46.50 |

W.R. Grace & Co.                                                                                                  Page    4

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 8/9/2012 | JAW | detailed review of Reed Smith's June 2012 fee application (0.30); draft summary of same (0.30) | 0.60 | 93.00 |
|  | JAW | detailed review of Charter Oak's June 2012 fee application (0.30); draft summary of same (0.40) | 0.70 | 108.50 |
|  | JAW | detailed review of Alan Rich's July 2012 fee application (0.30); draft summary of same (0.10) | 0.40 | 62.00 |
|  | JAW | detailed review of Caplin Drysdale's June 2012 fee application (0.70); draft summary of same (1.00) | 1.70 | 263.50 |
|  | JAW | detailed review of Anderson Kill's June 2012 fee application (1.40); draft summary of same (0.10) | 1.50 | 232.50 |
| 8/10/2012 | BSR | Continue drafting omnibus final report for the 44th interim period | 2.00 | 570.00 |
|  | BSR | Continue drafting final report re Beveridge & Diamond's 44th interim fee application | 2.80 | 798.00 |
|  | AL | Receive and review email from B. Ruhlander re Beveridge's 44Q FR (.1); update database with same (.2); draft email to W. Smith re approval (.1); Receive and review email from B. Ruhlander re Revised Beveridge's 44Q FR (.1); update database with same (.2); draft email to W. Smith re approval (.1); Receive and review email from B. Ruhlander re Omnibus 44Q FR (.1); update database with same (.2); draft email to W. Smith re approval (.1); | 1.20 | 54.00 |
|  | BSR | Check docket for pertinent orders and other filings | 0.10 | 28.50 |
| 8/11/2012 | BSR | receive, review, and respond to email from Warren Smith regarding omnibus final report (44Q); revise omnibus final report per request of Warren Smith | 0.30 | 85.50 |
|  | WHS | detailed review of 44th - Final Report re Beveridge & Diamond | 0.30 | 88.50 |
| 8/13/2012 | BSR | E-mail to Beveridge & Diamond re final report for the 44th interim period | 0.10 | 28.50 |
|  | BSR | Continue drafting exhibit to proposed fee order for 44th interim fee applications | 0.20 | 57.00 |
|  | WHS | detailed review of, and revisions to,  44th - Omnibus Final Report | 0.40 | 118.00 |
|  | AL | Receive and review email from W. Smith re approval of Beveridge's 44Q FR (.1); prepare same for electronic filing (.3); update database with same (.1); electronic filing with the court of Beveridge's 44Q FR (.4); prepare same for service (.1); draft email to B. Ruhlander re same (.1); Receive and review email from W. Smith re approval of Omnibus' 44Q FR (.1); prepare same for electronic filing (.3); update database with same (.1); electronic filing with the court of Omnibus' 44Q FR (.3); prepare same for service (.1); draft email to B. Ruhlander re same (.1); | 2.10 | 94.50 |

W.R. Grace & Co.                                                                                      Page     5

| | | Hours | Amount |
|---|---|---|---|
| 8/13/2012 AL | Update database with AKO's April through June interim (.1); Caplin's April through June interim (.1); Campbell's April through June interim (.2); Charter's April through June interim (.1) | 0.50 | 22.50 |
| JAW | Draft e-mail to A. Lopez forwarding summaries prepared of various applicants and months (0.10) | 0.10 | 15.50 |
| 8/14/2012 AL | Receive and review email from J. Wehrmann re 45th and 46th interims (.1); update database with AKO's June (.2) Campbell's June (.1) Caplin's June (.2) Casner's June (.2) Charter's June (.1) Foley's June (.1) Higgins' June (.2) Kramer's June (.2) Norton's June (.1) Orrick's June (.1) Reed's June (.1) Stroock's June (.2) and Rich's July (.1) fee and expense summaries; Woodock's June electronic detail (.1) | 2.10 | 94.50 |
| AL | Research re WHSA's interim fees and expenses (.8); Begin draft of WHSA's interim fee application (1.6); update database with same (.2); draft email to J. Wehrmann re review of same (.1) | 2.70 | 121.50 |
| BSR | Draft final report re Holme Roberts & Owen's 41st and Final Fee application | 2.40 | 684.00 |
| 8/15/2012 AL | receive and review email from J. Wehrmann re revisions to be made (.1); Revise WHSA's interim fee application (.5); update database with same (.2); draft email to J. Wehrmann re changes made (.1); receive and review email from J. Wehrmann re final changes to WHSA's interim fee application (.1); Revised WHSA's interim (.3); update database with same (.1); draft email to J. Wehrmann re review of revisions (.1); | 1.50 | 67.50 |
| BSR | E-mail to HRO re additional information still needed | 0.10 | 28.50 |
| JAW | Proofread W.H. Smith's 45th interim (April 1, 2012 to June 30, 2012) fee application and statement (0.50); draft e-mail to A. Lopez regarding any revisions needed to same (0,10) | 0.60 | 93.00 |
| 8/16/2012 AL | Receive and review email from B. Ruhlander re 44th interim project category spreadsheet | 0.10 | 4.50 |
| 8/17/2012 AL | update database with Foley's April through June interim fee application (.2); Casner's April through June interim fee application (.2); Foley's April through June interim fee application (.2); Capstone's June fee application (.2) | 0.80 | 36.00 |
| AL | Update database with Capstone's June electronic detail (.1); Kramer's April through June electronic detail (.2); Hogan's April through June electronic detail (.1); Scarfone's April through June electronic detail (.1); Lauzon's April through June electronic detail (.2); Sanders' April through June electronic detail (.2); Rich's April through June electronic detail (.1); Towers' June CNO (.1); Orrick's June CNO (.1) | 1.20 | 54.00 |
| 8/20/2012 AL | receive and review email from W. Smith re approval of WHSA's interim application (.1); prepare same for electronic filing with the court (.3); update database with same (.1); electronic filing with the court of WHSA's interim fee application (.4); prepare same for service (.1) | 1.00 | 45.00 |

W.R. Grace & Co.                                                                                          Page      6

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 8/20/2012 | AL | Update database with Capstone's April through June electronic detail (.2); Ewing's April through June electronic detail (.1) | 0.30 | 13.50 |
|  | BSR | Review of email from Eric Johnson with additional expense information re Holme Roberts & Owen's Morris James invoices | 0.20 | 57.00 |
| 8/21/2012 | AL | research fees and expenses of WHSA for the month of July 2012 (.4); draft of WHSA's July fee application (1.3); update database with same (.2); draft email to J. Wehrmann re review of same (.1) | 2.00 | 90.00 |
| 8/22/2012 | JAW | Proofread the revised WH Smith's July 2012 fee statement and Notice of Filing  (0.20); e-mail to A. Lopez re: any revisions to same (0.10) | 0.30 | 46.50 |
|  | JAW | Proofread WH Smith's July 2012 fee statement and Notice of Filing  (0.60); e-mail to A. Lopez re: any revisions to same (0.20) | 0.80 | 124.00 |
|  | AL | update database with Hogan's June fee application | 0.20 | 9.00 |
|  | AL | receive and review email from J. Wehrmann re changes to WHSA's July fee application (.2); draft revisions to WHSA's July fee application (.6); update database with same (.2); draft email to J. Wehrmann re revised application (.1) | 1.10 | 49.50 |
|  | AL | Update database with Phillips' June CNO (.1); Kramer's June CNO (.1) | 0.20 | 9.00 |
| 8/23/2012 | AL | Update database with Blackstone's June fee application (.1); Capstone's April through June fee application (.2); Lauzon's June fee application (.2); Scarfone's June fee application (.2); Charter's April through June fee application (.1); Campbell's April through June fee application (.1); Caplin's April through June fee application (.1); AKO's April through June fee application (.2); Kramer's April through June fee application (.2); Ewing's April through June fee application (.2); | 1.60 | 72.00 |
|  | JAW | detailed review of Saul Ewing's June 2012 fee application (0.20); draft summary of same (0.10) | 0.30 | 46.50 |
|  | JAW | detailed review of Kirkland's June 2012 fee application (3.90) | 3.90 | 604.50 |
|  | JAW | detailed review of PwC's June 2012 fee application (0.60); draft summary of same (0.40) | 1.00 | 155.00 |
| 8/24/2012 | BSR | Detailed review of Deloitte Tax's monthly fee applications for Nov. 2011 through May 2012 | 0.20 | 57.00 |
|  | BSR | Review of Woodcock Washburn's June 2012 monthly fee application | 0.10 | 28.50 |
|  | AL | Update database with Phillips' July electronic detail (.1); Protiviti's May through July electronic detail (.2); | 0.30 | 13.50 |
|  | JAW | continued detailed review of Kirkland's June 2012 fee application (2.40); draft summary of same (1.10) | 3.50 | 542.50 |

W.R. Grace & Co.                                                                                    Page     7

|  |  | Hours | Amount |
|---|---|---|---|
| 8/24/2012 AL | receive and review email from W. Smith re WHSA's July fee application (.1); prepare same for electronic filing with the court (.3); update database with same (.1); electronic filing with the court of WHSA's July fee application (.4); prepare same for service (.1) | 1.00 | 45.00 |
| 8/25/2012 AL | Research re Project Category Spreadsheet for all applicants in the case period (1.9); begin draft of Project Category Spreadsheet (2.1) | 4.00 | 180.00 |
| 8/27/2012 BSR | Draft final report re Holme Roberts & Owen's 41st and final fee applications | 3.00 | 855.00 |
| AL | receive and review email from B. Ruhlander re HRO's final fee application (.1); update database with same (.2); PWC's July electronic detail (.1); Protiviti's July electronic detail (.1); receive and review email from B. Ruhlander re HRO's Final Q FR (.1); update database with same (.2); draft email to W. Smith re approval of same (.1) | 0.90 | 40.50 |
| 8/28/2012 AL | receive and review email from W. Smith re approval of  HRO's Final Q FR (.1); prepare same for electronic filing with the court (.3); update database with same (.1); electronic filing with the court of Sidley's 31Q FR (.4); prepare same for service (.1) | 1.00 | 45.00 |
| BSR | Draft fee and expense exhibit for 44th interim applications | 0.50 | 142.50 |
| BSR | E-mail to Holme Roberts & Owen re final report | 0.10 | 28.50 |
| BSR | Review of July 2012 monthly fee applications of Alan Rich and Hon. Alexander Saunders | 0.30 | 85.50 |
| AL | Update database with Reed's July electronic detail (.1); Stroock's July electronic detail (.1); Capstone's July electronic detail (.2); Foley's July electronic detail (.2); Rich's April through June fee application (.2); Steptoe's May (.1) and June (.1) electronic detail; receive and review email from J. Wehrmann re June fee and expense summaries (.1); update database with K&E's June (.2) PWC's June (.1) and Saul's June (.1) fee and expense summaries; | 1.50 | 67.50 |
| WHS | detailed review of FR Holme 41-44Q and Final. | 0.30 | 88.50 |
| BSR | E-mail to Anthony Lopez re addition to project category spreadsheet for the 44th interim period | 0.20 | 57.00 |
| 8/29/2012 JAW | Draft e-mail to A. Lopez forwarding summaries prepared various applicants (0.10) | 0.10 | 15.50 |
| AL | Update database with Kramer's July electronic detail (.1); Kramer's July fee application (.2); Saul's July electronic detail (.1); Casner's July electronic detail (.1); Sanders' April through June interim fee application (.2); Rich's April through June interim fee application (.2); Ewing's July fee application (.2); Steptoe's May fee application (.1); Capstone's July fee application (.2); K&E's April through June fee application (.1); Blackstone's April through June fee application (.1); Stroock's July fee application (.2); Foley's July fee | 2.60 | 117.00 |

W.R. Grace & Co.                                                                                    Page    8

| | | Hours | Amount |
|---|---|---|---|

| Date | TK | Description | Hours | Amount |
|---|---|---|---|---|
| | | application (.2); Steptoe's April fee application (.2); Protiviti's April through July fee application (.2); Casner's July fee application (.2) | | |
| 8/29/2012 | BSR | Review of Roger Higgins' June 2012 monthly fee application and fee and expense summary re same, as well as quarterly fee application and email to Roger Higgins re same | 0.30 | 85.50 |
| | BSR | Review of Kramer Levin's June 2012 monthly fee application and fee and expense summary re same | 0.20 | 57.00 |
| | BSR | Detailed review of Casner & Edwards' June 2012 monthly fee application | 0.20 | 57.00 |
| 8/30/2012 | BSR | telephone conference with Anthony Lopez re project category spreadsheet | 0.10 | 28.50 |
| | AL | Update database with Casner's July electronic detail | 0.20 | 9.00 |
| 8/31/2012 | AL | Draft 44Q category spreadsheet for the for all applicants (4.6); research Pacer for additional interim category spreadsheet (.9); continue drafting interim category spreadsheet (2.1) | 7.60 | 342.00 |

|  |  |  |
|---|---|---|
| **For professional services rendered** | **91.10** | **$11,515.50** |

Additional Charges :

| | |
|---|---|
| 8/6/2012 FedEx | 25.56 |
| 8/14/2012 Third party copies & document prep/setup. | 136.00 |
| 8/23/2012 Third party copies & document prep/setup. | 165.97 |
| 8/30/2012 PACER Charges | 63.00 |
| Copying cost | 23.50 |
| Third party copies & document prep/setup. | 193.26 |
| **Total additional charges** | **$607.29** |
| **Total amount of this bill** | **$12,122.79** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Anthony Lopez | 48.00 | 45.00 | $2,160.00 |
| Bobbi S. Ruhlander | 19.50 | 285.00 | $5,557.50 |
| James A. Wehrmann | 22.60 | 155.00 | $3,503.00 |
| Warren H Smith | 1.00 | 295.00 | $295.00 |