IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., <u>et al</u>. | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Objection Deadline: October 16, 2012 at 4:00 p.m. |
| | ) | Hearing: Scheduled if Necessary (Negative Notice) |

**COVER SHEET TO SIXTY-FOURTH MONTHLY APPLICATION OF
TOWERS WATSON, ACTUARIAL CONSULTANTS
TO DAVID T. AUSTERN, ASBESTOS PI FUTURE
CLAIMANTS' REPRESENTATIVE FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
<u>AUGUST 1, 2012 THROUGH AUGUST 31, 2012</u>**

| | |
|---|---|
| Name of Applicant: | Towers Watson |
| Authorized to Provide Professional Services to: | David T. Austern, Asbestos PI Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of December 29, 2004 (pursuant to this Court's Order entered March 21, 2004) |
| Period for which compensation is sought: | August 1, 2012 through August 31, 2012 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $39,660.50 |
| 80% of fees to be paid: | $31,728.40 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ 2,059.69 |
| Total Fees @ 80% and 100% Expenses: | $33,788.09 |

This is an:  ___  interim   _X_  monthly   ___  final application.

**COMPENSATION SUMMARY**
**August 2012**

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jenni Biggs | Consulting Actuary (27 years) FCAS | $715 | 15.70 | $11,225.50 |
| Julianne Callaway | Analyst (9 years) ACAS | $360 | 17.50 | $6,300.00 |
| Jeff Kimble | Consulting Actuary (11 years) ACAS | $475 | 32.10 | $15,247.50 |
| Steve Lin | Consulting Actuary (16 years) | $525 | 0.50 | $262.50 |
| Adam Luechtefeld | Analyst (9 years) | $275 | 5.00 | $1,375.00 |
| David Wolf | Analyst (5 years) ACAS | $375 | 14.00 | $5,250.00 |
| **Total Blended Rate: $467.69** | | | **84.80** | **$39,660.50** |

**COMPENSATION BY PROJECT CATEGORY**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Data Analysis | 84.80 | $39,660.50 |

**EXPENSE SUMMARY**

| Expense Category | Total |
|---|---|
| Airfare | $1,983.20 |
| Parking | $42.00 |
| Taxi | $19.00 |
| Meals | $4.39 |
| Mileage to/from Airport | $11.10 |
| **Total Expenses** | **$2,059.69** |

| | |
|---|---|
| **August 2012 – Grand Total** | **$41,720.19** |

Respectfully submitted,

TOWERS WATSON

By: /S/ JENNIFER L. BIGGS
    Jennifer L. Biggs, FCAS, MAAA
    101 S. Hanley Rd.
    St. Louis, MO 63105
    (314) 719-5843

Dated: September 20, 2012