# EXHIBIT A
# August 2012
# Summary of Hours

| Name | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Jenni Biggs | 8/1/2012 | 1.70 | $715 | $1,215.50 | Peer review cash flow projection & call w/ Orrick |
| Jenni Biggs | 8/3/2012 | 0.20 | $715 | $143.00 | Peer review additional scenarios |
| Jenni Biggs | 8/6/2012 | 0.50 | $715 | $357.50 | Analysis of additional scenarios |
| Jenni Biggs | 8/7/2012 | 1.50 | $715 | $1,072.50 | Discussion regarding Rust data |
| Jenni Biggs | 8/14/2012 | 5.00 | $715 | $3,575.00 | Meeting with Orrick |
| Jenni Biggs | 8/15/2012 | 3.70 | $715 | $2,645.50 | Meeting follow-up |
| Jenni Biggs | 8/20/2012 | 2.00 | $715 | $1,430.00 | Peer review cash flow projections and presentation |
| Jenni Biggs | 8/21/2012 | 0.40 | $715 | $286.00 | Peer review alternative projections |
| Jenni Biggs | 8/24/2012 | 0.70 | $715 | $500.50 | Discussion regarding Rust data |
| | | 15.70 | | $11,225.50 | |
| Julianne Callaway | 8/7/2012 | 1.50 | $360 | $540.00 | LIQ Settlement Amounts on POCs |
| Julianne Callaway | 8/10/2012 | 1.50 | $360 | $540.00 | LIQ Settlement Amounts on POCs |
| Julianne Callaway | 8/13/2012 | 2.00 | $360 | $720.00 | Settled Rust POCs |
| Julianne Callaway | 8/15/2012 | 3.00 | $360 | $1,080.00 | Settled Rust POCs |
| Julianne Callaway | 8/17/2012 | 0.50 | $360 | $180.00 | Settled Rust POCs |
| Julianne Callaway | 8/22/2012 | 0.50 | $360 | $180.00 | POC match to CMS |
| Julianne Callaway | 8/23/2012 | 7.50 | $360 | $2,700.00 | POC match to CMS |
| Julianne Callaway | 8/24/2012 | 1.00 | $360 | $360.00 | POC match to CMS |
| | | 17.50 | | $6,300.00 | |
| Jeff Kimble | 8/1/2012 | 5.00 | $475 | $2,375.00 | Work on cash flow scenarios |
| Jeff Kimble | 8/3/2012 | 0.50 | $475 | $237.50 | Work on cash flow scenarios |
| Jeff Kimble | 8/6/2012 | 5.00 | $475 | $2,375.00 | Work on cash flow scenarios |
| Jeff Kimble | 8/7/2012 | 5.30 | $475 | $2,517.50 | Work on cash flow scenarios |
| Jeff Kimble | 8/8/2012 | 2.00 | $475 | $950.00 | Work on cash flow scenarios |
| Jeff Kimble | 8/10/2012 | 1.00 | $475 | $475.00 | Work on cash flow scenarios |
| Jeff Kimble | 8/14/2012 | 5.00 | $475 | $2,375.00 | Meeting with Orrick |
| Jeff Kimble | 8/15/2012 | 2.00 | $475 | $950.00 | Follow-up from meeting |
| Jeff Kimble | 8/16/2012 | 0.50 | $475 | $237.50 | Follow-up from meeting |
| Jeff Kimble | 8/17/2012 | 2.50 | $475 | $1,187.50 | Work on cash flow scenarios |
| Jeff Kimble | 8/20/2012 | 1.50 | $475 | $712.50 | Work on cash flow scenarios |
| Jeff Kimble | 8/21/2012 | 1.80 | $475 | $855.00 | Work on cash flow scenarios |
| | | 32.10 | | $15,247.50 | |
| Steve Lin | 8/3/2012 | 0.50 | $525 | $262.50 | Work on cash flow projections |
| | | 0.50 | | $262.50 | |
| Adam Luechtefeld | 8/1/2012 | 2.50 | $275 | $687.50 | Technical review |
| Adam Luechtefeld | 8/7/2012 | 1.50 | $275 | $412.50 | Technical review |
| Adam Luechtefeld | 8/17/2012 | 1.00 | $275 | $275.00 | Technical review |
| | | 5.00 | | $1,375.00 | |
| David Wolf | 8/1/2012 | 1.25 | $375 | $468.75 | Work on cash flow scenarios |
| David Wolf | 8/8/2012 | 0.25 | $375 | $93.75 | Work on cash flow scenarios |
| David Wolf | 8/9/2012 | 2.75 | $375 | $1,031.25 | Work on cash flow scenarios |
| David Wolf | 8/10/2012 | 1.50 | $375 | $562.50 | Work on cash flow scenarios |
| David Wolf | 8/13/2012 | 5.00 | $375 | $1,875.00 | Work on cash flow scenarios |
| David Wolf | 8/14/2012 | 3.25 | $375 | $1,218.75 | Work on cash flow scenarios |
| | | 14.00 | | $5,250.00 | |
| | | **84.80** | | **$39,660.50** | |