**EXHIBIT B**
**August 2012**
**Summary of Expenses**

| Who | When | Amount | Comments |
|---|---|---|---|
| Jenni Biggs | 8/14/2012 | $991.60 | Airfare to/from DC for meeting with |
| Jenni Biggs | 8/14/2012 | $4.39 | Waters for Jenni Biggs and Jeff Kimble |
| Jenni Biggs | 8/14/2012 | $21.00 | Parking at STL airport |
| Jenni Biggs | 8/14/2012 | $19.00 | Taxi from airport to Orrick |
| Jenni Biggs | 8/14/2012 | $11.10 | Mileage to/from Airport |
| | | $1,047.09 | |
| Jeff Kimble | 8/14/2012 | $991.60 | Airfare to/from DC for meeting with Orrick |
| Jeff Kimble | 8/14/2012 | $21.00 | Parking at STL airport |
| | | $1,012.60 | |
| | | **$2,059.69** | |