IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: September 24, 2012 at 4:00 p.m.** |
| | ) | **Hearing Date: December 17, 2012 at 9:00 a.m.** |

## CERTIFICATION OF NO OBJECTION
## REGARDING DOCKET NO. 29563

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the Forty-Fifth Quarterly Fee Application of Bilzin Sumberg Baena Price & Axelrod LLP (the "Applicant") for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period from April 1, 2012 through June 30, 2012 (the "Application").  The undersigned further certifies that she has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon.  Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than September 24, 2012 at 4:00 p.m.

Dated: September 27, 2012

                                      Scott L. Baena, Esquire
                                      Jay M. Sakalo, Esquire
                                      BILZIN SUMBERG BAENA PRICE
                                      & AXELROD LLP
                                      1450 Brickell Avenue, Suite 2300
                                      Miami, FL 33131
                                      Tel:    (305) 374-7580
                                      Fax:   (305) 374-7593

                                                -and-

FERRY, JOSEPH & PEARCE, P.A.

/s/ Lisa L. Coggins
Michael B. Joseph (No. 392)
Theodore J. Tacconelli (No. 2678)
Lisa L. Coggins (No. 4234)
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899
Tel:    (302) 575-1555
Fax:    (302) 575-1714

*Co-Counsel to the Official Committee of Asbestos Property Damage Claimants*