## **CERTIFICATE OF SERVICE**

I, Lisa L. Coggins, Esquire, hereby certify that on this 27th day of September, 2012, I caused one copy of the foregoing *Certification of No Objection Regarding Docket No. 29563* to be served upon the following parties in the manner indicated:

SEE ATTACHED SERVICE LIST

Upon penalty of perjury I declare that the foregoing is true and correct.

                                                  /s/ Lisa L. Coggins
                                               Lisa L. Coggins (No. 4234)

SERVICE LIST

**By First Class Mail and E-mail:**
Warren H. Smith
Warren H. Smith and Associates, P.C.
2235 Ridge Road
Suite 105
Rockwall, TX 75087
feeaudit@whsmithlaw.com

**By First Class Mail:**
Elihu Inselbuch, Esquire
600 Lexington Avenue
21st Floor
New York, NY  10152-3500

**By Hand Delivery:**
David M. Klauder, Esq.
Office of the U.S. Trustee
844 King Street, Room 2207
Wilmington, DE 19801

**By E-mail**:
Richard.Finke@grace.com

Laura Davis Jones, Esquire
James O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 Market Street, 17th Floor
Wilmington, DE  19801
ljones@pszyj.com
jo'neill@pszyj.com

Marla Rosoff Eskin, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE  19801
meskin@del.camlev.com

Michael R. Lastowski, Esquire
Duane Morris, LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE  19801
mlastowski@duanemorris.com

Steven M. Yoder, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
Wilmington, Delaware  19801
syoder@potteranderson.com

Teresa K. D. Currier, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266
tcurrier@saul.com

Roger J. Higgins, PC
Bear Higgins Fruchtman, LLC
111 East Wacker Dr., Ste. 2800
Chicago, IL 60601
rhgins@bhflaw.com

Lewis Kruger, Esquire
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982
lkruger@stroock.com

Scott L. Baena, Esquire
Jay M. Sakalo, Esquire
Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, 23rd Floor
Miami, FL 33131-3456
jsalko@bilzin.com

Philip Bently, Esquire
Kramer, Levin, Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
pbentley@kramerlevin.com

John C. Phillips, Jr., Esquire
Phillips Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
jcp@pgslaw.com