IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

_____
                                        )
In re:                                  )    Chapter 11
                                        )
W.R. GRACE & CO., et al.                )    Case No. 01-1139 (JKF)
                                        )
         Debtors.                       )    Objection Deadline: September 24, 2012 at 4:00 p.m.
_____)      Ref . No. 29568


**CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 29568
(NO ORDER REQUIRED)**

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the Seventy-Sixth Monthly Interim Fee Application (the "Application") of David T. Austern, Future Claimants' Representative ("FCR") for the period from February 1, 2012 through February 29, 2012 (the "Period"), filed with the Court on September 4, 2012, and entered on the Court's docket as Docket Nos. 29568.  The undersigned further certifies that she has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon.  Pursuant to the Application, objections to the Application were to be filed no later than September 24, 2012.

Pursuant to the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement for Expenses for Professionals and Official Committee Members signed April 17, 2002, amending the Court's Administrative Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code Establishing Procedures for

Allowance and Payment of Monthly Interim Compensation and Reimbursement of Expenses of Professionals, entered May 3, 2001 ("the Amended Administrative Order") dated March 17, 2003, the Debtors are authorized to pay the FCR fees in the amount of $1,800.00 (80% of $2,250.00) and $441.00 in expenses for a total of $2,241.00 requested in the Application for the Period upon the filing of this Certification and without the need for entry of a Court order approving the Application.

ORRICK, HERRINGTON & SUTCLIFFE LLP

By:*/S/ DEBRA L. FELDER*
   Roger Frankel, admitted *pro hac vice*
   Richard H. Wyron, admitted *pro hac vice*
   Debra L. Felder, admitted *pro hac vice*
   Columbia Center
   1152 15th Street, N.W.
   Washington, DC  20005-1706
   (202) 339-8400
   (202) 339-8500 (fax)

—and—

   PHILLIPS, GOLDMAN & SPENCE, P.A.
   John C. Phillips, Jr. (#110)
   1200 North Broom Street
   Wilmington, DE 19806
   (302) 655-4200
   (302) 655-4210 (fax)

   *Co-Counsel to David T. Austern,*
   *Asbestos PI Future Claimants' Representative*

Dated: September 27, 2012