EXHIBIT A

**Declaration of Richard C. Finke**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[1] | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Hearing Date: October 15, 2012, at 9:00 a.m.** |
| | ) Objection Deadline: September 28, 2012 |
| | ) Re: Dkt. Nos. 23591, 29175, 29207, 29256, 29433, |
| | ) 29434, 29447 |

---

### DECLARATION OF RICHARD C. FINKE, ESQ. IN SUPPORT OF DEBTORS' LIMITED JOINDER TO MAIN PLAZA LLC'S OBJECTION TO NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY FILED BY CIM URBAN REIT 211 MAIN ST. (SF), LP, AS ASSIGNEE OF CIM REIT ACQUISITION, LLC

---

Pursuant to 28 U.S.C. § 1746, I, Richard C. Finke, hereby declare, under penalty of

perjury, as follows:

      1.    I am the Assistant General Counsel – Litigation at W. R. Grace & Co. (hereinafter

referred to as "Grace"). I have been employed by Grace for more than twenty years, initially as

Senior Litigation Counsel. I became Assistant General Counsel – Litigation in September 2005.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company and H-G Coal Company.

2.     I submit this declaration on personal knowledge, my review of relevant documents, and my discussions with other counsel at Grace and outside counsel for Grace. If I were called upon to testify, I could and would testify competently to the facts as set forth herein.

3.     I am familiar with the Settlement Agreement, dated April 14, 2009, with respect to Main Plaza LLC's ("Main Plaza") claim on account of alleged asbestos property damage (the "Settlement Agreement"), and which Settlement Agreement was approved by order of this Court on October 28, 2009 [Dkt. No. 23591].

4.     I am the principal author of, among other things, the provision in the Settlement Agreement that requires consent in writing from the Debtors in order for Main Plaza to transfer or otherwise assign the claim to a third party.

5.     I am not aware of any requests from Main Plaza or any of its alleged successors or assigns for consent from the Debtors related to the transfer of Main Plaza's claim that is the subject of the Settlement Agreement.   Such requests would either be made to me personally in my capacity as Assistant General Counsel – Litigation or would be sent to me from outside counsel or other in-house attorneys once a request was made. I have consulted with outside counsel and with other in-house attorneys to investigate whether such a request was made, and I am unaware of any requests having been made to anyone at Grace or anyone who is authorized to act on behalf of Grace.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: SEPT. 27, 2012
        Columbia, Maryland

Richard C. Finke, Esq.
Assistant General Counsel – Litigation
W. R. Grace & Co.

2