# EXHIBIT A

## WR GRACE & CO
## COMPENSATION BY PROJECT CATEGORY
### AUGUST 1, 2012 - AUGUST 31, 2012

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0014 | Case Administration | 12.5 | 3,294.50 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 3.4 | 2,564.00 |
| 0018 | Fee Application, Applicant | 8.8 | 2,414.50 |
| 0019 | Creditor Inquiries | 0.7 | 507.50 |
| 0020 | Fee Application, Others | 6.3 | 1,529.00 |
| 0022 | Environmental Matters/Regulations/Litigation | 1.2 | 870.00 |
| 0036 | Plan and Disclosure Statement | 2.2 | 1,595.00 |
| 0040 | Employment Applications - Others | 0.1 | 72.50 |
|  |  |  |  |
|  | **Total** | **35.2** | **$ 12,847.00** |

# STROOCK

## INVOICE

| | |
|---|---|
| DATE | September 14, 2012 |
| INVOICE NO. | 573426 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through August 31, 2012, including:

| | |
|---|---|
| RE | Case Administration |
| | 699843  0014 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 08/02/2012 | Review appeals case docket no. 11-199. | Mohamed, D. | 0.1 |
| 08/03/2012 | Review appeals case docket nos. 11-199 and 12-1402. | Mohamed, D. | 0.2 |
| 08/06/2012 | Memorandum with DM re: upcoming hearing information. | Krieger, A. | 0.2 |
| 08/06/2012 | Obtain and circulate recently docketed pleadings in main case (.4); research re: hearing date (.2); review appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.8 |
| 08/07/2012 | Review appeals case docket no. 11-199. | Mohamed, D. | 0.1 |
| 08/08/2012 | Obtain recent pleadings re: appeals case no. 12-1402 for attorney review (.4); monitor appeals case nos. 12-3143 and 12-1402 (.2). | Mohamed, D. | 0.6 |
| 08/09/2012 | Obtain and circulate recently docketed pleadings in main case (.7); update internal | Mohamed, D. | 0.9 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| | case docket (.1); review appeals case docket no. 11-199 (.1). | | |
| 08/10/2012 | Obtain and circulate recently docketed pleadings in main case (.3); obtain recent pleading re: appeals case no. 12-1402 for attorney review (.2); review appeals case no. 11-199 (.1). | Mohamed, D. | 0.6 |
| 08/14/2012 | Obtain and circulate recently docketed pleadings in main case (1.2); obtain recent pleadings re: appeals case nos. 11-199 & 12-1402 for attorney review (.3). | Mohamed, D. | 1.5 |
| 08/15/2012 | Obtain and circulate recently docketed pleadings in main case (.5); review appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.7 |
| 08/16/2012 | Attend to various orders entered by the Court. | Krieger, A. | 0.2 |
| 08/16/2012 | Obtain and circulate recently docketed pleadings in main case (.4); review case file documents (.9); review appeals case docket no. 11-199 (.1). | Mohamed, D. | 1.4 |
| 08/17/2012 | Obtain and circulate recently docketed pleadings in main case (.3); review appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.5 |
| 08/20/2012 | Attend to Fee Auditor's Final Report re 44th quarterly fee applications (.4); attend to order canceling 8/27/12 hearing (.1). | Krieger, A. | 0.5 |
| 08/20/2012 | Obtain and circulate recently docketed pleadings in main case (.3); obtain documents for attorney review (.3); review appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.8 |
| 08/21/2012 | Review appeals case docket no. 11-199. | Mohamed, D. | 0.1 |
| 08/22/2012 | Attend to information re: Fee Auditor's Final Report. | Krieger, A. | 0.4 |
| 08/22/2012 | Review appeals case docket nos. 11-199 and 12-1402. | Mohamed, D. | 0.2 |
| 08/23/2012 | Review appeals case docket no. 11-199. | Mohamed, D. | 0.1 |
| 08/24/2012 | Obtain and circulate recently docketed pleadings in main case (.4); review appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 08/27/2012 | Review appeals case docket nos. 11-199 and 12-1402. | Mohamed, D. | 0.2 |
| 08/28/2012 | Obtain and circulate recently docketed pleadings in main case (.3); review appeals case no. 11-199 (.1); obtain pleading re: case no. 12-2807 for attorney review (.2). | Mohamed, D. | 0.6 |
| 08/29/2012 | Review appeals case docket nos. 11-199 and 12-1402. | Mohamed, D. | 0.2 |
| 08/30/2012 | Review appeals case docket no. 11-199 (.1); review case file documents (.7). | Mohamed, D. | 0.8 |
| 08/31/2012 | Review appeals case docket nos. 11-199 and 12-1402. | Mohamed, D. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.3 | $ 725 | $ 942.50 |
| Mohamed, David | 11.2 | 210 | 2,352.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,294.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 3,294.50 |
|---|---|

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders' 699843  0017 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 08/02/2012 | Revise Committee memorandum re: Weedsport consent order. | Krieger, A. | 1.1 |
| 08/03/2012 | Revised Committee memorandum to reflect additional information from Debtors' counsel re: Weedsport site settlement. | Krieger, A. | 1.4 |
| 08/06/2012 | Memorandum for the Committee re: Weedsport site consent order. | Krieger, A. | 0.3 |
| 08/06/2012 | Review memo to Committee re: environmental settlement. | Kruger, L. | 0.2 |
| 08/06/2012 | Review memo re: environmental settlement. | Pasquale, K. | 0.2 |
| 08/28/2012 | Memoranda with Committee member re: inquiry regarding appellate briefing schedule. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 3.0 | $ 725 | $ 2,175.00 |
| Kruger, Lewis | 0.2 | 1,025 | 205.00 |
| Pasquale, Kenneth | 0.2 | 920 | 184.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,564.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 2,564.00 |
|---|---|

# STROOCK

| | | | |
|---|---|---|---|
| RE | Fee Application, Applicant<br>699843  0018 | | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 08/06/2012 | Memorandum to D. Mohamed re: draft of 45th quarterly fee application. | Krieger, A. | 0.1 |
| 08/06/2012 | Revise draft of SSL's forty-fifth quarterly fee application for attorney review. | Mohamed, D. | 1.1 |
| 08/07/2012 | Revised further SSL's forty-fifth quarterly fee application for attorney review. | Mohamed, D. | 0.7 |
| 08/15/2012 | Finalize SSL's forty-fifth quarterly fee application for filing (.9); prepare notice and CoS re same and forward to local counsel for filing (.6); prepare and effectuate service re: fee application (.7). | Mohamed, D. | 2.2 |
| 08/22/2012 | Review revised fee detail and prepare draft of SSL's 136th monthly fee application for attorney review. | Mohamed, D. | 1.1 |
| 08/23/2012 | O/c DM re: July 2012 fee statement. | Krieger, A. | 0.1 |
| 08/23/2012 | Revise SSL's 136th monthly fee application for attorney review. | Mohamed, D. | 0.3 |
| 08/24/2012 | Attend to August 2012 fee statement. | Krieger, A. | 0.6 |
| 08/27/2012 | Attend to July 2012 fee statement and o/c DM re: same. | Krieger, A. | 0.3 |
| 08/27/2012 | Review and revise changes to SSL's 136th monthly fee application for attorney review. | Mohamed, D. | 0.6 |
| 08/28/2012 | Finalize SSL's 136th monthly fee application for filing (.7); prepare notice and CoS re: same and forward to local counsel for filing (.6); prepare and effectuate service re: fee application (.4). | Mohamed, D. | 1.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.1 | $ 725 | $ 797.50 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Mohamed, David | 7.7 | 210 | 1,617.00 |

| | | |
|---|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | $ 2,414.50 |

| | | |
|---|---|---|
| TOTAL FOR THIS MATTER | | $ 2,414.50 |

# STROOCK

| RE | Creditor Inquiries<br>699843 0019 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 08/27/2012 | T/c creditor re: case and claim status. | Krieger, A. | 0.4 |
| 08/28/2012 | Memorandum to R. Higgins re: creditor inquiry on claim status (.2); memoranda with creditor re: claim inquiry (.1). | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.7 | $ 725 | $ 507.50 |
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | | $ 507.50 |
| TOTAL FOR THIS MATTER | | | $ 507.50 |

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| | | |
|---|---|---|
| RE | Fee Application, Others | |
| | 699843  0020 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 08/17/2012 | Finalize Capstone's one hundred and first monthly fee application for filing (.7); prepare notice and CoS re: same and forward to local counsel for filing (.6); prepare and effectuate service re: fee application (.7). | Mohamed, D. | 2.0 |
| 08/20/2012 | Finalize Capstone's thirty-fourth quarterly fee application for filing (.8); prepare notice and CoS re: same and forward to local counsel for filing (.6); prepare and effectuate re: fee application (.7). | Mohamed, D. | 2.1 |
| 08/22/2012 | Attend to fee auditor's reports, other professionals' fee applications. | Krieger, A. | 0.4 |
| 08/28/2012 | Review and Finalize Capstone's 102nd monthly fee application for filing (.8); prepare notice and CoS re: same and forward to local counsel for filing (.6); prepare and effectuate service re: fee application (.4). | Mohamed, D. | 1.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.4 | $ 725 | $ 290.00 |
| Mohamed, David | 5.9 | 210 | 1,239.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,529.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,529.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| | |
|---|---|
| RE | Environmental Matters/Regulations/Litigation<br>699843  0022 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 08/02/2012 | Memorandum to R. Higgins re: Weedsport conference call. | Krieger, A. | 0.1 |
| 08/03/2012 | Conference call R. Higgins, H. Feichko re: questions on Weedsport site settlement and comment on proposed form of order (.3); review revised form of order and email to Debtors' counsel re: same (.1). | Krieger, A. | 0.4 |
| 08/07/2012 | Attend to proposed further revised order re: Weedsport site consent order and exchanged emails with Debtors' counsel regarding same. | Krieger, A. | 0.6 |
| 08/22/2012 | Attend to article re: EPA's proposed action on Wayne Interim Storage Superfund Site. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.2 | $ 725 | $ 870.00 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 870.00 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 870.00 |

# STROOCK

| RE | Expenses |
|---|---|
|  | 699843 0024 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|---|---|

### MATTER DISBURSEMENT SUMMARY

| Outside Messenger Service | $ 53.09 |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 53.09 |

| TOTAL FOR THIS MATTER | $ 53.09 |
|---|---|

# STROOCK

| | | |
|---|---|---|
| RE | Plan and Disclosure Statement<br>699843  0036 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 08/01/2012 | Attend to recent Third Circuit decisions with potential applicability to these chapter 11 cases. | Krieger, A. | 1.3 |
| 08/08/2012 | Review new Third Circuit docket entries. | Krieger, A. | 0.1 |
| 08/10/2012 | Attend to updated Third Circuit docket. | Krieger, A. | 0.1 |
| 08/14/2012 | Attend to updated Third Circuit docket. | Krieger, A. | 0.1 |
| 08/22/2012 | Attend to recent filings by BNSF, Anderson Memorial Hospital with the Third Circuit. | Krieger, A. | 0.2 |
| 08/28/2012 | Multiple emails with D. Mohamed re: Third Circuit's order denying Garlock's stay motion; appellate briefing schedule. | Krieger, A. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 2.2 | $ 725 | $ 1,595.00 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,595.00 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 1,595.00 |

# STROOCK

| RE | Employment Applications - Others<br>699843  0040 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 08/03/2012 | O/c R. Higgins re: Grant Thornton retention. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.1 | $ 725 | $ 72.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 72.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 72.50 |
|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 12,847.00 |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 53.09 |
| TOTAL BILL | $ 12,900.09 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.