# EXHIBIT B

**WR GRACE & CO**
**SUMMARY OF FEES**
**AUGUST 1, 2012 - AUGUST 31, 2012**

|  | Hours | Rate | Amount |
|---|---:|---:|---:|
| **Partners** | | | |
| Kruger, Lewis | 0.2 | $1,025 | $    205.00 |
| Pasquale, Kenneth | 0.2 | 920 | 184.00 |
| | | | |
| **Associates** | | | |
| Krieger, Arlene G. | 10.0 | 725 | 7,250.00 |
| | | | |
| **Paraprofessionals** | | | |
| Mohamed, David | 24.8 | 210 | 5,208.00 |
| | | | |
| **Total** | **35.2** | | **$ 12,847.00** |