# EXHIBIT C

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**AUGUST 1, 2012 - AUGUST 31, 2012**

| Outside Messenger Service | $ 53.09 |
|---|---|
|  |  |
| **TOTAL** | **$ 53.09** |

# STROOCK

## DISBURSEMENT REGISTER

| | |
|---|---|
| DATE | September 14, 2012 |
| INVOICE NO. | 573426 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES INCURRED in the captioned matter for the period through July 30, 2012, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | **Outside Messenger Service** | |
| 08/15/2012 | Vendor: United Parcel Service Invoice #: 00000010X827332 08.18.12 Tracking #: 1Z10X8270191288718 Shipment Date: 08/15/2012 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Bobbi Ruhlander, Esq, Warren H. Smith & Associates, P.C., 2235 Ridge Rd, Rockwall, TX 75087 | 18.11 |
| 08/15/2012 | Vendor: United Parcel Service Invoice #: 00000010X827332 08.18.12 Tracking #: 1Z10X8270193287500 Shipment Date: 08/15/2012 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Dawn S. Marra, Duane Morris LLP, 222 Delaware Ave, Wilmington, DE 19801 | 11.66 |
| 08/15/2012 | Vendor: United Parcel Service Invoice #: 00000010X827332 08.18.12 Tracking #: 1Z10X8270193559092 Shipment Date: 08/15/2012 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Dave Klauder, Esq., Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 | 11.66 |
| 08/15/2012 | Vendor: United Parcel Service Invoice #: 00000010X827332 08.18.12 Tracking #: 1Z10X8270194386722 Shipment Date: 08/15/2012 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: David B. Siegal, W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 | 11.66 |
| | **Outside Messenger Service Total** | **53.09** |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

PAGE: 2

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|

BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 53.09 |

| TOTAL DISBURSEMENTS/CHARGES | $ 53.09 |
|---|---|

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM