### EXHIBIT A

**August 2012 Fee Detail**

| | Matter 3 | | Business Operations | | | |
|---|---|---|---|---|---|---|
| Attorney | Date | Description | | Time | Rate | Amount |
| RJH | 8/27/2012 | Telephone conference with J. McFarland and V. Finkelstein re potential business operation (.40); consider issues re same (.30). | | .70 | $475 | $332.50 |
| RJH | 8/28/2012 | Legal research re potential business operation (.30); telephone conference with A. Paul re same (.30); telephone conference with J. McFarland and V. Finkelstein re same (.40). | | 1.00 | $475 | $475.00 |
| Total | | | | 1.70 | | $1,092.50 |

**Matter 4**                                                      **Case Administration**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 8/6/2012 | Update Grace task list (1.00). | 1.00 | $475 | $475.00 |
| RJH | 8/13/2012 | Respond to creditor inquiries (.70). | .70 | $475 | $332.50 |
| RJH | 8/17/2012 | Respond to creditor inquiries (.50). | .50 | $475 | $237.50 |
| RJH | 8/21/2012 | Analysis re claims transfers (.60); correspond with various parties re same (.10). | .70 | $475 | $332.50 |
| RJH | 8/22/2012 | Respond to creditor inquiries (.20); analyze claims trade issues (.60); analyze court filings (.20); analysis re quarterly settlement reporting (.20). | 1.20 | $475 | $570.00 |
| RJH | 8/23/2012 | Respond to creditor inquiries (.50). | .50 | $475 | $237.50 |
| RJH | 8/28/2012 | Analyze issues re creditor committee inquiry re unsecured claim (.30); correspond with various parties re same (.50); respond to creditor calls (.30). | 1.10 | $475 | $522.50 |
| Total | | | 5.70 | | $2,707.50 |

Matter 5                                    Claim Analysis Objection & Resolution (Asbestos)

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 8/13/2012 | Review materials re Main Plaza (.40); exchange correspondence with R. Finke re same (.20). | .60 | $475 | $285.00 |
| RJH | 8/14/2012 | Exchange correspondence with K. Makowski re Main Plaza notice of hearing (.20); analyze issues re same (.20). | .40 | $475 | $190.00 |
| RJH | 8/23/2012 | Legal analysis re claim transfer objection (.50); telephone conference with D. Boll re same (.30). | .80 | $475 | $380.00 |
| DDB | 8/23/2012 | Review Main Plaza pleadings re transfer of claim (.6); confer with R. Higgins re same (.2); consider issues re jurisdictional limitations with respect to relief sought by claim transferor/transferee in absence of issue with debtor (.2). | 1.00 | $395 | $395.00 |
| DDB | 8/31/2012 | Outline timeline of Main Plaza filings and facts for possible joinder motion to Main Plaza objection(1.00). | 1.00 | $395 | $395.00 |
| Total | | | 3.80 | | $1,645.00 |

3

Matter 6                    Claim Analysis Objection & Resolution (Non-asbestos)

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 8/6/2012 | Analyze amended Samson Hydrocarbon proofs of claim (2.00); draft correspondence to R. Finke re same (.30). | 2.30 | $475 | $1,092.50 |
| RJH | 8/7/2012 | Revise form of order re Weedsport AOC motion (.50); circulate same for client comment (.20); circulate same for committee counsel's comment (.20); answer additional questions raised by same (.50). | 1.40 | $475 | $665.00 |
| RJH | 8/9/2012 | Analyze employee claims for allowance, potential objection and other issues (1.00); analyze BofA claim (.40); analyze Samson Hydrocarbon claims issues (.80); prepare for telephone conference with M. Araki re various claims issues (.20); participate in same (.90); analyze open scheduled claim issues (.80). | 4.10 | $475 | $1,947.50 |
| RJH | 8/10/2012 | Analyze Wilmington site draft motion (.80). | .80 | $475 | $380.00 |
| RJH | 8/13/2012 | Analysis re claims transfers (.70); correspond with various parties re same (.20). | .90 | $475 | $427.50 |
| RJH | 8/14/2012 | Legal research re Wilmington site draft motion (1.60); comment on same (.70) | 2.30 | $475 | $1,092.50 |
| RJH | 8/15/2012 | Legal analysis re environmental claims issues (2.50); legal research re Wilmington site (1.30); telephone conference with M. Araki re environmental claims issues (.30); telephone conference with A. Paul re Wilmington site (.40); prepare for conference call with L. Duff, H. Feichko, outside environmental counsel and A. Paul re Wilmington site (.20); participate in same (1.20). | 5.90 | $475 | $2,802.50 |
| RJH | 8/20/2012 | Analyze open tax claims issues (1.50); telephone conference with C. Finke re tax claims issues (.50); analyze Wilmington site draft pleading (.30); telephone conference with A. Paul re same and other issues (.30). | 2.60 | $475 | $1,235.00 |
| RJH | 8/21/2012 | Analyze open tax claims issues (.50). | .50 | $475 | $237.50 |
| RJH | 8/22/2012 | Legal analysis re open tax claims issues (1.00); review and analyze open scheduled claims issues (.40); legal analysis re retained professional claim (.50); analyze various open claims and interest issues (.80); telephone conference with A. Schlesinger re same (.50); legal analysis re State of Ohio claim (.30). | 3.50 | $475 | $1,662.50 |
| RJH | 8/23/2012 | Legal analysis re prepetition claims of professionals (1.20); telephone conference with M. Araki re same (.30); legal analysis re VSPP claims (.50); legal analysis re open employee claims (1.50). | 3.50 | $475 | $1,662.50 |

4

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 8/27/2012 | Review and analyze K&E draft Wilimington motion (2.40); telephone conferences with A. Paul and J. Gettleman re same (.50); prepare for telephone conference with outside counsel and client re same (.30); participate in same (2.00); analysis re Seneca Meadows claim (.30: telephone conference with H. Feichko re same (.40). | 5.90 | $475 | $2,802.50 |
| RJH | 8/28/2012 | Analyze issues re Seneca Meadows claims (.30); exchange correspondence with various parties re same (.20); telephone conference with L. Blackwell re Texas tax claims (.40) telephone conference with C. Finke re same (.20); review State of Ohio claim re interest accrual (.50). | 1.60 | $475 | $760.00 |
| RJH | 8/30/2012 | Analyze issues re open tax claims (.30); telephone conference with C. Finke re same (.50). | .80 | $475 | $380.00 |
| RJH | 8/31/2012 | Review and analyze Beveridge draft motion re Wilmington (2.50); legal research re same (1.30). | 3.80 | $475 | $1,805.00 |
| Total | | | 39.90 | | $18,952.50 |

| Matter 7 | | Committee, Creditors', Noteholders', or Equity Holders' | | | |
|---|---|---|---|---|---|
| Attorney | Date | Description | Time | Rate | Amount |
| RJH | 8/28/2012 | Telephone conferences with E. Westbrook re case status (.50); correspond with A. Krieger re same (.20). | .70 | $475 | $332.50 |
| Total | | | 0.70 | | $ 332.50 |

**Matter 10** **Employment Applications, Others**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 8/13/2012 | Prepare OCP affidavit for filing (.30); exchange correspondence and attend to matters re Grant Thornton CNO (.30). | .60 | $475 | $285.00 |
| RJH | 8/15/2012 | Telephone conference with R. Finke re Grant Thornton retention order (.20); follow up re same (.10). | .30 | $475 | $142.50 |
| Total | | | 0.90 | | $ 427.50 |

| | Matter 11 | | Fee Applications, Applicant | | | |
|---|---|---|---|---|---|---|
| Attorney | Date | | Description | Time | Rate | Amount |
| RJH | 8/6/2012 | | Prepare 2012 Second Quarterly Fee Application (1.00). | 1.00 | $475 | $475.00 |
| RJH | 8/7/2012 | | Prepare 2012 Second Quarterly Fee Application for filing (.50). | .50 | $475 | $237.50 |
| RJH | 8/27/2012 | | Prepare July fee application (.50). | .50 | $475 | $237.50 |
| RJH | 8/31/2012 | | Draft July fee application (1.00). | 1.00 | $475 | $475.00 |
| Total | | | | 3.00 | | $1,425.00 |

| | Matter 12 | | Fee Applications, Others | | | |
|---|---|---|---|---|---|---|
| Attorney | Date | Description | Time | Rate | Amount |
| RJH | 8/16/2012 | Attend to matters re Grant Thornton fee application (.30); correspond with M. Margulies re same (.20). | .50 | $475 | $237.50 |
| RJH | 8/29/2012 | Analyze issues re Grant Thornton fee applications (.70); draft correspondence re same (.30). | 1.00 | $475 | $475.00 |
| RJH | 8/30/2012 | Telephone conference with M. Abraham re Grant Thornton issues (.30). | .30 | $475 | $142.50 |
| Total | | | 1.80 | | $ 855.00 |

Matter 14            Hearings

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 8/9/2012 | Analyze matters re upcoming hearing (.50). | .50 | $475 | $237.50 |
| RJH | 8/13/2012 | Prepare certificate of counsel for Weedsport AOC order (1.00); prepare same for filing (.20). | 1.20 | $475 | $570.00 |
| RJH | 8/14/2012 | Analyze and resolve issues re entry of Weedsport AOC order (.30); telephone conferences with J. O'Neill re same (.20); attend to matters re entry of Grant Thornton retention order (.30). | .80 | $475 | $380.00 |
| RJH | 8/15/2012 | Attend to matters re correcting Weedsport AOC order (.50); telephone conference with J. O'Neill re issues relating to cancelled September hearing (.30). | .80 | $475 | $380.00 |
| Total | | | 3.30 | | $1,567.50 |

**Matter 15**            Litigation and Litigation Consulting

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 8/6/2012 | Research and draft stipulated facts for claim litigation (2.00). | 2.00 | $475 | $950.00 |
| RJH | 8/7/2012 | Legal research re claims litigation (1.00) | 1.00 | $475 | $475.00 |
| RJH | 8/8/2012 | Legal analysis re summary judgment motion for disputed claim (2.00). | 2.00 | $475 | $950.00 |
| RJH | 8/9/2012 | Outline disputed claim summary judgment motion (.50); analyze Main Plaza claim transfer objection (1.50). | 2.00 | $475 | $950.00 |
| RJH | 8/10/2012 | Review and analyze Main Plaza claim transfer objection and constituent documents (.50); telephone conference with M. Klein re same (.50); telephone conference with R. Finke re same and other issues (.50); | 1.50 | $475 | $712.50 |
| RJH | 8/13/2012 | Draft fact section for summary judgment motion for claims litigation matter (4.50). | 4.50 | $475 | $2,137.50 |
| RJH | 8/14/2012 | Legal research re claims litigation issue (.30); draft fact section re same (1.50). | 1.80 | $475 | $855.00 |
| RJH | 8/16/2012 | Draft statement of facts re claims litigation (1.50). | 1.50 | $475 | $712.50 |
| RJH | 8/17/2012 | Legal research re statement of facts for claims litigation (1.00); draft same (1.50). | 2.50 | $475 | $1,187.50 |
| RJH | 8/22/2012 | Analyze opposing counsel document production re Norfolk Southern claim (1.50). | 1.50 | $475 | $712.50 |
| RJH | 8/27/2012 | Review and analyze fresh production of claimant documents re claim objection litigation (.80); draft and revise statement of facts re same (.50); legal research re same (.20). | 1.50 | $475 | $712.50 |
| RJH | 8/28/2012 | Develop stipulation of facts for claims litigation (4.50). | 4.50 | $475 | $2,137.50 |
| RJH | 8/30/2012 | Legal research re claims litigation stipulation of facts (.50). | .50 | $475 | $237.50 |
| RJH | 8/31/2012 | Develop stipulation of facts for claims litigation (3.50). | 3.50 | $475 | $1,662.50 |
| Total | | | 30.30 | | $14,392.50 |

**Matter 16**                  **Plan and Disclosure Statement**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 8/14/2012 | Participate in bi-weekly telephone conference with counsel for plan proponents (.90); telephone conference with J. Gettleman re effective date matters (.20). | 1.10 | $475 | $522.50 |
| RJH | 8/28/2012 | Participate in bi-weekly telephone conference with counsel for plan proponents (1.10). | 1.10 | $475 | $522.50 |
| Total | | | 2.20 | | $1,045.00 |