### EXHIBIT B

**August 2012 Expense Detail**

### EXPENSE SUMMARY

| Service Description | Amount |
|---|---|
| Facsimile | $26.95 |
| Online research | $503.28 |
| **Total:** | **$ 530.23** |

### ITEMIZED EXPENSES

### TRAVEL

| Date | Amount | Service Description |
|---|---|---|
| none | $0.00 | NA |
| **Total** | **$  0.00** | |

### NON-TRAVEL

| Date | Amount | Service Description |
|---|---|---|
| 8/7/2012 | $26.95 | Fax and other charges |
| 9/15/2012 | $503.28 | Lexis Nexis - Grace charges for July |
| **Total** | **$ 530.23** | |

Total August 2012 Expenses:  $ 530.23