# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al., ) | Case No. 01-01139 (JKF) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |
| ) | Related Docket Nos. 29256, 29433, 29434, 29447, and 29701 |
| ) | |
| ) | Hearing Date: 10/15/12 at 9:00 am |

**MOTION FOR LEAVE TO FILE REPLY OF CIM URBAN REIT 211 MAIN ST. (SF), LP, AS ASSIGNEE OF CIM REIT ACQUISITION, LLC TO OBJECTION OF MAIN PLAZA, LLC TO NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY FILED BY CIM URBAN REIT 211 MAIN ST. (SF), LP, AS ASSIGNEE OF CIM REIT ACQUISITION, LLC AND FOR LEAVE TO EXCEED PAGE LENGTH**

CIM Urban REIT 211 Main St. (SF), LP, as Assignee of CIM REIT Acquisition, LLC ("CIM"), by and through its undersigned counsel, hereby submits this motion (the "Motion") for entry of an order granting CIM leave and permission to file the reply attached hereto as **Exhibit A** (the "Reply") to Main Plaza Main Plaza LLC's Objection (the "Objection") (Docket No. 29433) to Notice of Transfer of Claim Other than for Security Filed by CIM (the "Notice of Transfer") (Docket No. 29256) and to exceed the five page limit on replies set forth in paragraph 3 of this Court's chamber's procedures. In support of this Motion, CIM respectfully submits as follows:

1. On July 17, 2012, CIM filed the Notice of Transfer, pursuant to which CIM gave notice of the transfer of proof of claim number 11009 (the "Claim") from Main Plaza LLC ("Main Plaza") to CIM. The Notice of Transfer, following the form for such notices, did not include a recitation of facts or arguments supporting the transfer of the Claim.

#16803928 v1

2. On August 9, 2012, Main Plaza filed the Objection. By the Objection, Main Plaza asserts that the Claim has not been transferred to CIM. The Objection is the first pleading with respect to transfer of the Claim and, accordingly, the Objection is more in the nature of a motion to which CIM seeks to respond in the Reply. Because the Notice of Transfer was simply the completed official bankruptcy form B210A, CIM has not had an opportunity to demonstrate that CIM is the rightful holder of the Claim.

3. Pursuant to the Court's procedures, replies are only permitted if approved by order of this Court. Moreover, replies are limited to five pages in length.

4. By this Motion, CIM respectfully requests entry of an order granting CIM leave and permission to file the Reply in the form attached hereto as **Exhibit A**. The Reply responds to the various factual and legal arguments asserted by Main Plaza and sets forth why those arguments and the Objection should be overruled and why CIM should be deemed the holder of the Claim. Because CIM has not yet had an opportunity to present facts and arguments that demonstrate that it is the true owner of the Claim, CIM submits that it should be permitted to file the Reply and to exceed the five page limit. The Objection is eleven pages in length. CIM respectfully submits that proper briefing on this issue by way of the Reply will ultimately promote judicial economy and allow a more efficient and streamlined hearing on the Notice of Transfer and the pleadings related thereto. Accordingly, CIM respectfully submits that the Reply will assist the Court in the consideration of the Notice of Transfer.

WHEREFORE, CIM respectfully requests that this Court enter an order allowing CIM to file the Reply in the form attached as **Exhibit A** and granting such other and further relief as is just and necessary.

Dated: October 1, 2012                    Respectfully Submitted,

**Pepper Hamilton LLP**

By: /s/ John H. Schanne, II
David B. Stratton (DE No. 960)
John H. Schanne, II (DE No. 5260)
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19801-1709
Tel: (302) 777-6500

and

**Landau Gottfried & Berger LLP**

Peter J. Gurfein, Esq. (*pro hac vice* pending)
1801 Century Park East, Ste 700
Los Angeles, CA 90067
Tel: (310) 691-7374

Attorneys for CIM Urban REIT 211 Main St. (SF), LP, as Assignee of CIM REIT Acquisition, LLC

#16803928 v1

# Exhibit A to Motion:

CIM Urban REIT 211 Main St. (SF), LP, as Assignee of CIM REIT Acquisition, LLC's Reply