## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., et al., | ) Case No. 01-01139 (JKF) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Related Docket Nos. 29256, 29433, 29434, 29447,** |
| | ) **29701, and _____** |
| | ) |
| | ) |

**ORDER GRANTING MOTION FOR LEAVE TO FILE REPLY OF CIM URBAN REIT
211 MAIN ST. (SF), LP, AS ASSIGNEE OF CIM REIT ACQUISITION, LLC TO
OBJECTION OF MAIN PLAZA, LLC TO NOTICE OF TRANSFER OF CLAIM OTHER
THAN FOR SECURITY FILED BY CIM URBAN REIT 211 MAIN ST. (SF), LP, AS
ASSIGNEE OF CIM REIT ACQUISITION, LLC AND FOR LEAVE
TO EXCEED PAGE LENGTH**

Upon consideration of the motion (the "Motion")[1] for entry of an order granting

CIM leave and permission to file the reply (the "Reply") to Main Plaza's Objection to the Notice

of Transfer; and it appearing that the Court has jurisdiction to consider the Motion; and it

appearing that due and adequate notice of the Motion has been given, and that no other or further

notice need be given; and after due deliberation and sufficient cause appearing therefore, it is

hereby

**ORDERED, ADJUDGED AND DECREED that:**

1.      The Motion is granted.

2.      CIM is granted leave and is permitted to file the Reply in the form

attached to the Motion as **Exhibit A**.

---

[1] All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

3.      The Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.


Dated: October ___, 2012
       Wilmington, Delaware          _____
                                     THE HONORABLE JUDITH K. FITZGERALD
                                     UNITED STATES BANKRUPTCY JUDGE