# Exhibit A

**KRAMER LEVIN NAFTALIS & FRANKEL** LLP
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
PHONE 212.715.9100
FAX 212.715.8000

September 27, 2012

W.R. GRACE & CO. EQUITY COMMITTEE

When remitting,
please reference:
Invoice Number: 604412
056772

---

## CLIENT SUMMARY - 056772 - W.R. GRACE & CO. EQUITY COMMITTEE

### 056772-00001/CASE ADMINISTRATION

| | |
|---|---:|
| FEES | $363.00 |
| DISBURSEMENTS | 159.30 |
| MATTER TOTAL | $522.30 |

### 056772-00002/CREDITOR COMMITTEE

| | |
|---|---:|
| FEES | $910.00 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $910.00 |

### 056772-00007/REORGANIZATION PLAN

| | |
|---|---:|
| FEES | $18,235.00 |
| DISBURSEMENTS | 279.03 |
| MATTER TOTAL | $18,514.03 |

### 056772-00008/FEE APPLICATIONS, APPLICANT

| | |
|---|---:|
| FEES | $2,222.00 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $2,222.00 |
| CLIENT GRAND TOTAL | $22,168.33 |

---

Amounts due may be remitted by wire transfer.

| | |
|---|---|
| To: | Citibank, N.A. |
| | Citicorp Center 153 E. 53rd Street NY, N.Y. 10043 |
| | ABA #021000089 |
| Account: | Kramer Levin Naftalis & Frankel LLP Money Market A\C 9992122019 |
| By Order of: | Invoice No. 604412 |
| Citibank Contact: | Gaetana Mauceli (212) 559-0165 |

TIME AND DISBURSEMENT AMOUNTS POSTED AFTER THE BILLING PERIOD SHOWN
ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE
CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.
TAX ID# 13-1944339

W.R. GRACE & CO. EQUITY COMMITTEE  
056772-00001

September 27, 2012  
Invoice No. 604412

## CASE ADMINISTRATION

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/09/12 | BLABEY, DAVID E | Review revised Samson Hydro proof of claim. | 0.30 | 210.00 |
| 08/10/12 | BLABEY, DAVID E | Review Main Plaza claim objection. | 0.10 | 70.00 |
| 08/14/12 | HALVERSON, DARREN C | Cf. D. Blabey re: upcoming memos and assignments. | 0.10 | 41.50 |
| 08/17/12 | HALVERSON, DARREN C | Review D. Blabey case update. | 0.10 | 41.50 |
| **TOTAL HOURS AND FEES** | | | **0.60** | **$363.00** |

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| LONG-DISTANCE TEL. | 20.64 |
| WESTLAW ON-LINE RESEARCH | 138.66 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$159.30** |

**TOTAL FOR THIS MATTER** — **$522.30**

**CREDITOR COMMITTEE**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/09/12 | BLABEY, DAVID E | Call with P. Bentley in advance of quarterly committee call (.1); additional prep for committee call (.2); quarterly committee call (1). | 1.30 | 910.00 |
| **TOTAL HOURS AND FEES** | | | **1.30** | **$910.00** |

**TOTAL FOR THIS MATTER**                           $910.00

Kramer Levin Naftalis & Frankel LLP
Page No. 4

W.R. GRACE & CO. EQUITY COMMITTEE  
056772-00007

September 27, 2012  
Invoice No. 604412

## REORGANIZATION PLAN

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/02/12 | HALVERSON, DARREN C | Cf. D. Blabey re: research issue on equitable mootness (.3); review 3d Cir. caselaw re equitable mootness (1) | 1.30 | 539.50 |
| 08/02/12 | BLABEY, DAVID E | Discuss mootness research with D. Halverson (.3) and exchange emails with Halverson re same (.1); additional research on mootness (1.6); review Weedsport Site Settlement motion (.2). | 2.20 | 1,540.00 |
| 08/03/12 | HALVERSON, DARREN C | Continue research and review case law on equitable mootness. | 3.50 | 1,452.50 |
| 08/04/12 | HALVERSON, DARREN C | Continue review of case law on equitable mootness (2.1); research specific issues of public trading (1.2); and size of appealed claims (.8). | 4.10 | 1,701.50 |
| 08/05/12 | HALVERSON, DARREN C | Continue researching issues on equitable mootness and draft e-mail memo to D. Blabey re: same. | 2.70 | 1,120.50 |
| 08/06/12 | HALVERSON, DARREN C | Continue research in response to D. Blabey questions re: equitable mootness and draft responsive e-mail re: same. | 2.10 | 871.50 |
| 08/06/12 | BLABEY, DAVID E | Review D. Halverson memos on equitable mootness. | 0.50 | 350.00 |
| 08/07/12 | BENTLEY, PHILIP | Trade emails re appeal issues | 0.10 | 86.50 |
| 08/08/12. | HALVERSON, DARREN C | Review Libby Settlement term sheet and create summary of terms conditioning effectiveness, send to D. Blabey. | 3.20 | 1,328.00 |
| 08/08/12 | BLABEY, DAVID E | Call with Debtors counsel re appellate issues. | 0.50 | 350.00 |
| 08/08/12 | BLABEY, DAVID E | Memo to client re developments from quarter (.5); edits to memo on equitable mootness (.8); call with P. Bentley in prep for committee call (.5); call with T. Weschler in prep for committee call (.8); review Frenville, Grossman, Wright cases (.8). | 3.40 | 2,380.00 |
| 08/08/12 | BENTLEY, PHILIP | Conf call with K&E (.6), and discs T. Weschler and DB (1.3), re plan confirmation developments and issues. | 1.90 | 1,643.50 |

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/09/12 | BENTLEY, PHILIP | Follow-up w/ D. Blabey re confirmation issues. | 0.40 | 346.00 |
| 08/17/12 | BENTLEY, PHILIP | Conf call with J. Donley, A. Paul and DB re Sealed Air issues (.3), and discs DB re same (.1). | 0.40 | 346.00 |
| 08/17/12 | BLABEY, DAVID E | Review term sheet re emergence and plan provisions and Bankruptcy Code provisions relevant thereto (.8); call with Debtors counsel re emergence (.3) and email to T. Weschler re same (.2). | 1.30 | 910.00 |
| 08/22/12 | BLABEY, DAVID E | Review miscellaneous pleadings on appellate dockets related to confirmation appeal (.9); review Plan for issues relating to Garlock appeal (1.7); review Anderson Memorial briefs and consider arguments for appeal (.9). | 3.50 | 2,450.00 |
| 08/28/12 | BLABEY, DAVID E | Call with equity holder re appellate status (.3); email to T. Currier re 2019 statements (.1). | 0.40 | 280.00 |
| 08/29/12 | BENTLEY, PHILIP | TCs J. Donley and DB re Sealed Air issues, and review emails re same | 0.30 | 259.50 |
| 08/29/12 | BLABEY, DAVID E | Call with J. Donley re emergence issues (.2) and email to T. Weschler re same (.2). | 0.40 | 280.00 |

**TOTAL HOURS AND FEES**                                              **32.20**   **$18,235.00**

## SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| WESTLAW ON-LINE RESEARCH | 279.03 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**             **$279.03**


**TOTAL FOR THIS MATTER**                             **$18,514.03**

Case 01-01139-AMC   Doc 29712-2   Filed 10/01/12   Page 7 of 7

Kramer Levin Naftalis & Frankel LLP
Page No. 6

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00008

September 27, 2012
Invoice No. 604412

## FEE APPLICATIONS, APPLICANT

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/08/12 | HALVERSON, DARREN C | Cf. F. Arias re: latest invoice. | 0.10 | 41.50 |
| 08/09/12 | HALVERSON, DARREN C | Edit July invoice and send to F. Arias. | 0.30 | 124.50 |
| 08/17/12 | BLABEY, DAVID E | Prepare quarterly fee application. | 1.80 | 1,260.00 |
| 08/24/12 | HALVERSON, DARREN C | Cf. F. Arias and S. Hernandez re invoice edits and fee application backup; review invoice edits. | 0.40 | 166.00 |
| 08/28/12 | BLABEY, DAVID E | Prepare monthly fee application. | 0.90 | 630.00 |
| **TOTAL HOURS AND FEES** | | | **3.50** | **$2,222.00** |

**TOTAL FOR THIS MATTER**                                              **$2,222.00**