# **Exhibit B**

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    1
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 09/27/2012 15:27:56

Matter No: 056772-00001                          Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    3659281
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CASE ADMINISTRATION                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                 Status    : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.10/w/o manu. services
-----------------------------------------------------------------------------------------------------------------------
                                               PRE-BILLING SUMMARY REPORT
-----------------------------------------------------------------------------------------------------------------------
              UNBILLED TIME FROM:                              TO:
              UNBILLED DISB FROM:    08/02/2012                TO:      08/24/2012
-----------------------------------------------------------------------------------------------------------------------
                                           FEES                        COSTS
                                           ------                      -----------
          GROSS BILLABLE AMOUNT:                     0.00                      159.30
          AMOUNT WRITTEN DOWN:
                     PREMIUM:
             ON ACCOUNT BILLED:
   DEDUCTED FROM PAID RETAINER:
               AMOUNT BILLED:
                  THRU DATE:                                             08/24/2012
    CLOSE MATTER/FINAL BILLING?     YES    OR    NO
   EXPECTED DATE OF COLLECTION:

      BILLING PARTNER APPROVAL:
                                   BENTLEY PHILIP - 02495     WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
              BILLING COMMENTS:
```

```
-----------------------------------------------------------------------------------------------------------------------
                           ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH
                           ---------------------------                   ---------------
                 FEES:                      0.00
         DISBURSEMENTS:                   159.30     UNIDENTIFIED RECEIPTS:         0.00
           FEE RETAINER:                    0.00        PAID FEE RETAINER:          0.00
          DISB RETAINER:                    0.00       PAID DISB RETAINER:          0.00
      TOTAL OUTSTANDING:                  159.30    TOTAL AVAILABLE FUNDS:          0.00
                                                            TRUST BALANCE:
                                               BILLING HISTORY
                                               ----------------
        DATE OF LAST BILL:              08/28/12          LAST PAYMENT DATE:    09/12/12
        LAST BILL NUMBER:                601460 ACTUAL FEES BILLED TO DATE:   368,100.50
                                               ON ACCOUNT FEES BILLED TO DATE:       0.00
                                               TOTAL FEES BILLED TO DATE:    368,100.50
      LAST BILL THRU DATE:              07/31/12     FEES WRITTEN OFF TO DATE:   85,932.00
                                               COSTS WRITTEN OFF TO DATE:     23,831.23
FOR ACCTG USE ONLY:                    Write Down/Up Reason Codes:
                                       ----------------------------
          (1) Exceeded Fixed Fee       (4) Excessive Legal Time    (7) Fixed Fee
          (2) Late Time & Costs Posted (5) Business Development     (8) Premium
          (3) Pre-arranged Discount    (6) Summer Associate         (9) Rounding              (10) Client Arrangement

    BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

alp_132r: Matter Detail     KRAMER LEVIN NAFTALIS & FRANKEL LLP      PAGE 2
             *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 09/27/2012 15:27:56

Matter No: 056772-00001        Orig Prtnr : CRED. RGTS  - 06975   Proforma Number:  3659281
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : CASE ADMINISTRATION    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                  Status  : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y -------------- Total Unbilled ----------------

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|------|-------------|--------------|--------------|--------------|
| 0885 | LONG-DISTANCE TEL. | 08/24/12 | 08/24/12 | 20.64 |
| 0917 | WESTLAW ON-LINE RESEARCH | 08/02/12 | 08/17/12 | 138.66 |
| | Total | | | 159.30 |

U N B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|------------------|----------|------|--------|--------|----------|------------|
| LONG-DISTANCE TEL. 0885 | | | | | | |
| PREMIERE CONFERENCING | BLABEY, D E | 08/24/12 | 20.64 | 9710119 | 1284907 | 08/28/12 |
| PREMIERE CONFERENCING | | | | | | |
| 0885 LONG-DISTANCE TEL. Total : | | | 20.64 | | | |
| WESTLAW ON-LINE RESEARCH 0917 | | | | | | |
| WESTLAW ON-LINE RESE | BLABEY, D E | 08/02/12 | 128.05 | 9715471 | 1289256 | 09/04/12 |
| WESTLAW ON-LINE RESE | HALVERSON, D C | 08/06/12 | 4.93 | 9715472 | 1289256 | 09/04/12 |
| WESTLAW ON-LINE RESE | BLABEY, D E | 08/17/12 | 5.68 | 9715473 | 1289256 | 09/04/12 |
| 0917 WESTLAW ON-LINE RESE Total : | | | 138.66 | | | |

   Costs Total :              159.30

```
alp_132r: Matter Detail                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    3
                                                   *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 09/27/2012 15:27:56

Matter No: 056772-00001                         Orig Prtnr : CRED. RGTS  - 06975            Proforma Number:    3659281
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : CASE ADMINISTRATION               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                  Status     : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description              Amount           Bill         W/o / W/u         Transfer  To   Clnt/Mtr    Carry Forward
----------------------- ------------------    ----------  --------------- ----------------------------- ----------------

0885 LONG-DISTANCE TEL.       20.64           _____  _____  _____  _____

0917 WESTLAW ON-LINE RESEARCH 138.66          _____  _____  _____  _____


            Costs Total :     159.30          _____  _____  _____  _____
```

alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                          PAGE    4
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 09/27/2012 15:27:56

Matter No: 056772-00007                          Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    3659281
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : REORGANIZATION PLAN                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                 Status     : ACTIVE

Special Billing Instructions:
-------------------------------------------------------------------------------------------------------------------
                                              PRE-BILLING SUMMARY REPORT
-------------------------------------------------------------------------------------------------------------------
          UNBILLED TIME FROM:                              TO:
          UNBILLED DISB FROM:   08/04/2012                 TO:    08/05/2012
-------------------------------------------------------------------------------------------------------------------

                                           FEES                            COSTS
                                           ------                          -----------
          GROSS BILLABLE AMOUNT:                  0.00                          279.03
          AMOUNT WRITTEN DOWN:
          PREMIUM:
          ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
          AMOUNT BILLED:
          THRU DATE:                                                        08/05/2012
CLOSE MATTER/FINAL BILLING?         YES    OR    NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:
                                    BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
          BILLING COMMENTS:


-------------------------------------------------------------------------------------------------------------------
                                   ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH
                                   ----------------------------                  ----------------
          FEES:                                   0.00
          DISBURSEMENTS:                        279.03    UNIDENTIFIED RECEIPTS:        0.00
          FEE RETAINER:                           0.00       PAID FEE RETAINER:         0.00
          DISB RETAINER:                          0.00       PAID DISB RETAINER:        0.00
          TOTAL OUTSTANDING:                    279.03    TOTAL AVAILABLE FUNDS:        0.00
                                                                 TRUST BALANCE:
                                                    BILLING HISTORY
                                                    ----------------
          DATE OF LAST BILL:            08/28/12          LAST PAYMENT DATE:       09/12/12
          LAST BILL NUMBER:             601460 ACTUAL FEES BILLED TO DATE:    1,097,290.00
                                               ON ACCOUNT FEES BILLED TO DATE:         0.00
                                               TOTAL FEES BILLED TO DATE:    1,097,290.00
          LAST BILL THRU DATE:          07/31/12    FEES WRITTEN OFF TO DATE:        391.00
                                                   COSTS WRITTEN OFF TO DATE:      2,162.00
FOR ACCTG USE ONLY:                     Write Down/Up Reason Codes:
                                        --------------------------
          (1) Exceeded Fixed Fee        (4) Excessive Legal Time    (7) Fixed Fee
          (2) Late Time & Costs Posted  (5) Business Development     (8) Premium
          (3) Pre-arranged Discount     (6) Summer Associate         (9) Rounding          (10) Client Arrangement

BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    5

Run Date & Time: 09/27/2012 15:27:56

Matter No: 056772-00007                          Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:     3659281
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : REORGANIZATION PLAN                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                  Status      : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y -------------- Total Unbilled ----------------
Code  Description                              Oldest      Latest          Total
                                               Entry       Entry           Amount
----  ------------------------------           ------      ------        -----------
0917  WESTLAW ON-LINE RESEARCH                 08/04/12    08/05/12          279.03

          Total                                                             279.03


U N B I L L E D   C O S T S   D E T A I L
Description/Code                         Employee        Date        Amount       Index#  Batch No  Batch Date
--------------------------------------------  --------        ------      -----------  -------  --------  ----------

WESTLAW ON-LINE RESEARCH 0917
     WESTLAW ON-LINE RESE                       HALVERSON, D C   08/04/12     159.50     9715474  1289256   09/04/12
     WESTLAW ON-LINE RESE                       HALVERSON, D C   08/05/12     119.53     9715475  1289256   09/04/12
                                           0917 WESTLAW ON-LINE RESE Total :    279.03


          Costs Total :                                                      279.03

alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE      6
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 09/27/2012 15:27:56

Matter No: 056772-00007                                  Orig Prtnr : CRED. RGTS  - 06975            Proforma Number:      3659281
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : REORGANIZATION PLAN                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status       : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description              Amount            Bill        W/o / W/u        Transfer  To   Clnt/Mtr      Carry Forward
---------------------- -------------------  ----------- ---------------  ----------------------------- ----------------

0917 WESTLAW ON-LINE RESEARCH      279.03    _____  _____  _____ _____


         Costs Total :            279.03    _____  _____  _____ _____