## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO., et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| *Debtors.* | § | Jointly Administered |
| | § | |
| | § | Objection Deadline: 10/22/2012; 4:00 PM ET |
| | § | Hearing Date: TBD (if needed) |

### SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS FOR THE FORTY-NINTH MONTHLY INTERIM PERIOD FROM SEPTEMBER 1, 2012 THROUGH SEPTEMBER 30, 2012

Name of Applicant:   Alan B. Rich, Esq.

Authorized to Provide Services To:   Judge Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands

Date of Retention:   September 29, 2008 (*nunc pro tunc*)

Period for Which Compensation and Reimbursement is Sought:   September 1, 2012 through September 30, 2012

Amount of Fees Sought as Actual Reasonable and Necessary:   $5,992.00   [80% of $7,490.00]

Amount of Expenses Sought as Actual, Reasonable and Necessary:   $0.00

This is a(n):   ☒Monthly   ☐Interim   ☐Final Application

-1-

## PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |

---

[1] At 80% of the total incurred.

| | | | | | |
|---|---|---|---|---|---|
| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | Paid | Paid |
| 5/3/2010 | 4/1/2010 to 4/30/2010 | $11,040.00 | $805.28 | Paid | Paid |
| 6/1/2010 | 5/1/2010 to 5/31/2010 | $5,808.00 | $44.00 | Paid | Paid |
| 7/1/2010 | 6/1/2010 to 6/30/2010 | $9,792.00 | $779.81 | Paid | Paid |
| 8/1/2010 | 7/1/2010 to 7/31/2010 | $7,824.00 | $208.00 | Paid | Paid |
| 9/1/2010 | 8/1/2010 to 8/31/2010 | $4,272.00 | $273.00 | Paid | Paid |
| 10/1/2010 | 9/1/2010 to 9/30/2010 | $6,672.00 | $30.00 | Paid | Paid |
| 11/1/2010 | 10/1/2010 to 10/31/2010 | $3,408.00 | $44.00 | Paid | Paid |
| 12/1/2010 | 11/1/2010 to 11/30/2010 | $6,012.00 | $0 | Paid | Paid |
| 1/3/2011 | 12/1/2010 to 12/31/2010 | $13,572.00 | $1,146.02 | Paid | Paid |
| 2/1/2011 | 1/1/2011 to 1/31/2011 | $13,416.00 | $1,247.19 | Paid | Paid |
| 3/1/2011 | 2/1/2011 to 2/28/2011 | $17,992.00 | $1,509.34 | Paid | Paid |
| 4/1/2011 | 3/1/2011 to 3/31/2011 | $10,660.00 | $201.00 | Paid | Paid |
| 5/2/2011 | 4/1/2011 to 4/30/2011 | $13,364.00 | $44.00 | Paid | Paid |
| 6/1/2011 | 5/1/2011 to 5/31/2011 | $22,932.00 | $243.05 | Paid | Paid |
| 7/1/2011 | 6/1/2011 to 6/30/2011 | $18,824.00 | $533.60 | Paid | Paid |
| 8/1/2011 | 7/1/2011 to 7/31/2011 | $10,088.00 | $0 | Paid | Paid |

| | | | | | |
|---|---|---|---|---|---|
| 9/1/2011 | 8/1/2011 to 8/31/2011 | $6,708.00 | $20.88 | Paid | Paid |
| 10/3/2011 | 9/1/2011 to 9/30/2011 | $6,500.00 | $0 | Paid | Paid |
| 11/1/2011 | 10/1/2011 to 10/31/2011 | $6,396.00 | $0 | Paid | Paid |
| 12/5/2011 | 11/1/2011 to 11/30/2011 | $6,084.00 | $0 | Paid | Paid |
| 1/3/2012 | 12/1/2011 to 12/31/2011 | $3,484.00 | $30.00 | Paid | Paid |
| 2/1/2012 | 1/1/2012 to 1/31/2012 | $8,372.00 | $0 | Paid | Paid |
| 3/5/2012 | 2/1/2012 to 2/29/2012 | $13,312.00 | $30.00 | Paid | Paid |
| 4/2/2012 | 3/1/2012 to 3/31/2012 | $8,060.00 | $0 | Paid | Paid |
| 5/3/2012 | 4/1/2012 to 4/30/2012 | $8,628.00 | $637.84 | Paid | Paid |
| 6/1/2012 | 5/1/2012 to 5/31/2012 | $18,460.00 | $1,613.72 | Paid | Paid |
| 7/2/2012 | 6/1/2012 to 6/30/2012 | $21,164.00 | $1,753.72 | Paid | Paid |
| 8/1/2012 | 7/1/2012 to 7/31/2012 | $22,400.00 | $565.23 | Paid | Paid |
| 9/4/2012 | 8/1/2012 to 8/31/2012 | $17,808.00 | $0.00 | Paid | Paid |

Alan B. Rich is the only attorney providing services in this Fee Application period. Mr. Rich has practiced law for 27 years, and his billing rate is $700 per hour. In this Application period Mr. Rich billed 10.7 hours,[2] for a total amount billed of $7,490.00 of which 80% is currently sought, in the amount of $5,992.00. Mr. Rich incurred no expenses during this Application period. The total sought by the Application is $5,992.00.

---

[2] Travel Time, if any, is included in this figure at 50% of actual time.

As stated above, this is the Forty-Ninth application for monthly fees and expenses. The time for preparation of this Application is approximately 1.5 hours, for which $1,050.00 will be requested in a future application.

COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 8.3 | $5,810.00 |
| Fee Application Matters | 2.4 | $1,680.00 |
| TOTAL | 31.8 | $7,490..00 |

EXPENSE SUMMARY

| Description | Expense |
|---|---|
|  |  |
| TOTAL | $0.00 |

Detail of the fees and expenses billed is attached hereto as Exhibit A.

//

//

//

//

//

//

//

//

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

    I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

    Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Elm Street, Suite 4244
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

**CERTIFICATE OF SERVICE**

    I certify that on the 1st day of October, 2012, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*

4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (September, 2012)

**Client**

Judge Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands

**Matter**

*In re W. R. Grace*, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|---|---|---|
| 9/1/2012 | Prepare 48th Monthly Fee Application and Notice | 1.5 |
| 9/4/2012 | Attention to filing and service of 48th Monthly Fee Application | 0.2 |
| 9/4/2012 | Review Miscellaneous Pleadings received today | 0.2 |
| 9/4/2012 | Review Appearance of Lockwood (ACC) in 12-3143 | 0.1 |
| 9/4/2012 | Review Property Damage Committee Local counsel's Quarterly Fee Application | 0.2 |
| 9/5/2012 | Review Miscellaneous Pleadings received today | 0.2 |
| 9/5/2012 | Review monthly fee application of Scarfone Hawkins - Canadian ZAI counsel | 0.1 |
| 9/6/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 9/7/2012 | Review Certificates of No Objection to Canadian ZAI counsels monthly fee applications | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 9/7/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 9/10/2012 | Review Miscellaneous Pleadings received today | 0.2 |
| 9/11/2012 | Prepare, file and serve Local Counsel's Monthly Fee Application and Notice | 0.3 |
| 9/11/2012 | Review Miscellaneous Pleadings received today | 0.2 |
| 9/12/2012 | Review Miscellaneous Pleadings received today | 0.2 |
| 9/13/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 9/13/2012 | Review Transcript purchase order of AMH in 12-3143 | 0.1 |
| 9/13/2012 | Review Concise Summary of the Case of AMH in 12-3143 | 0.4 |
| 9/13/2012 | Review Loizides Appearance (AMH) in 12-3143 | 0.1 |
| 9/13/2012 | Review Speights Appearance (AMH) in 12-3143 | 0.1 |
| 9/13/2012 | Review Civil Information Statement of AMH in 12-3143 | 0.2 |
| 9/13/2012 | Review Disclosure Statement of AMH in 12-3143 | 0.1 |
| 9/14/2012 | Review Miscellaneous Pleadings received today | 0.2 |
| 9/14/2012 | Review Appearance of Rosendorf (AMH) in 12-3143 | 0.1 |
| 9/14/2012 | Review Appearance of Rosendorf (AMH) in 12-2923 | 0.1 |
| 9/14/2012 | Review 44th Quarter Project Categories | 0.2 |
| 9/14/2012 | Review 44th Quarter Fee Application Recommendations | 0.3 |
| 9/17/2012 | Email from Debtors re fee charts | 0.1 |
| 9/17/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 9/18/2012 | Review Certificates of No Objection to Canadian ZAI counsels' quarterly fee applications | 0.1 |
| 9/18/2012 | Review Miscellaneous Pleadings received today | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 9/18/2012 | Review Certification of Counsel re 44th Quarter Project Categories | 0.3 |
| 9/18/2012 | Review Certification of Counsel re 44th Quarter Fee Applications | 0.2 |
| 9/19/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 9/19/2012 | Review Caplin & Drysdale change of address notice | 0.1 |
| 9/20/2012 | Review Third Circuit Briefing Order in 12-1402 | 0.1 |
| 9/20/2012 | Review Third Circuit Briefing Order in 12-1521 | 0.1 |
| 9/20/2012 | Review Third Circuit Briefing Order in 12-2807 | 0.1 |
| 9/20/2012 | Review Third Circuit Briefing Order in 12-2904 | 0.1 |
| 9/20/2012 | Review Third Circuit Briefing Order in 12-2917 | 0.1 |
| 9/20/2012 | Review Third Circuit Briefing Order in 12-2923 | 0.1 |
| 9/20/2012 | Review Third Circuit Briefing Order in 12-2924 | 0.1 |
| 9/20/2012 | Review Third Circuit Briefing Order in 12-2966 | 0.1 |
| 9/20/2012 | Review Third Circuit Briefing Order in 12-2967 | 0.1 |
| 9/20/2012 | Review Third Circuit Briefing Order in 12-3143 | 0.1 |
| 9/20/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 9/21/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 9/21/2012 | Emails from and to fee auditor re May, 2012 bill | 0.2 |
| 9/21/2012 | Email to client re fee issue | 0.1 |
| 9/24/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 9/24/2012 | Prepare, file and serve CNO for monthly fee application | 0.2 |
| 9/24/2012 | Email from client re fee issue | 0.1 |
| 9/24/2012 | Review Libby Claimants' motion to dismiss appeal (12-2966) | 0.1 |

| | | |
|---|---|---|
| 9/24/2012 | Review Order dismissing appeal in 12-2966 | 0.1 |
| 9/24/2012 | Review Order from USDC re dismissal of Libby Claimants' appeal | 0.1 |
| 9/25/2012 | Prepare, file and serve CNO for quarterly fee application | 0.2 |
| 9/25/2012 | Prepare, file and serve CNO for Judge Sanders' quarterly fee application | 0.2 |
| 9/25/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 9/25/2012 | Emails to and from J. Donley re Joint Appendix | 0.2 |
| 9/26/2012 | Review Miscellaneous Pleadings received today | 0.1 |
| 9/26/2012 | Emails to and from PD Trustee re status | 0.1 |
| 9/26/2012 | Email from R. Higgins re Grace business plan | 0.2 |
| 9/27/2012 | Review Miscellaneous Pleadings received today | 0.2 |
| 9/28/2012 | Review Miscellaneous Pleadings received today | 0.2 |
| 9/28/2012 | Review Debtors' Limited Joinder to Main Plaza LLC's Objection to Notice of Transfer of Claim | 0.2 |

Total:   10.7 hours @ $700/hour = $7,490.00

<u>Expenses</u>:   None

Total Fees and Expenses Due:  $7,490.00