**EXHIBIT A**

A-1

## Matter 16 - Asset Analysis and Recovery - Fees

| Date | Name | Hours | Description |
|---|---|---|---|
| 8/01/2012 | Lisa G Esayian | .60 | Analyze certain information re remaining unsettled insurance coverage. |
| 8/02/2012 | Lisa G Esayian | .70 | Correspond with R. Finke and J. Posner re potential insurance settlement (.4); correspond with B. Horkovich re same (.3). |
| 8/06/2012 | Lisa G Esayian | .40 | Correspond with ACC and FCR counsel re potential insurance settlements. |
| 8/07/2012 | Lisa G Esayian | 1.60 | Revise draft Sentry/Dairyland insurance settlement agreement (1.2); correspond with ACC and FCR counsel re same (.4). |
| 8/08/2012 | Lisa G Esayian | .50 | Review revised draft settlement agreement with Sentry Insurance/Dairyland. |
| 8/10/2012 | Lisa G Esayian | .20 | Correspond with ACC and FCR re pending insurance settlements. |
| 8/31/2012 | Lisa G Esayian | .30 | Correspond with ACC and FCR counsel re proposed Dairyland insurance settlement. |
| | Total: | 4.30 | |

A-2

**Matter 19 - Claims Analysis, Objection and Resolution (Non-Asbestos) - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/09/2012 | Jeffrey Gettleman | .30 | Review correspondence from R. Higgins and J. O'Neill re Main Plaza claim. |
| 8/10/2012 | Adam C Paul | .40 | Analyze environmental claims. |
| 8/13/2012 | Christian C Semonsen | 1.00 | Review and analyze draft motion re multi-site settlement (.7); correspond with K&E working group re same (.3). |
| 8/13/2012 | Jeffrey Gettleman | .60 | Correspond with A. Paul, C. Semonsen and R. Higgins re EPA claim resolution. |
| 8/14/2012 | Christian C Semonsen | .90 | Review and revise motion to enforce multi-site settlement. |
| 8/14/2012 | Jeffrey Gettleman | .60 | Telephone conferences and correspond with C. Semonsen and R. Higgins re EPA claim issues. |
| 8/14/2012 | Adam C Paul | 1.50 | Analyze environmental arguments. |
| 8/15/2012 | Christian C Semonsen | 1.50 | Telephone conference with client and working group re motion to enforce EPA multi-site settlement (.9); prepare for same (.6). |
| 8/15/2012 | Jeffrey Gettleman | .30 | Office conference with A. Paul re EPA dispute. |
| 8/15/2012 | Adam C Paul | 2.00 | Telephone conference with L. Duff, R. Brager re EPA negotiations (.8); prepare for same (1.2). |
| 8/16/2012 | Jeffrey Gettleman | 1.90 | Assemble background pleadings and materials for T. Schwartz re Wilmington, North Carolina motion (.4); telephone conference and correspond with working group re same (.9); research re motions to enforce settlement agreements (.6). |
| 8/16/2012 | Adam C Paul | .40 | Telephone conference with J. Gettleman re environmental motion. |
| 8/17/2012 | Jeffrey Gettleman | 1.10 | Correspond with A. Paul and T. Schwarz re Wilmington EPA conference call (.5); telephone conference with A. Paul, R. Finke and others re draft of Wilmington, North Carolina EPA motion (.6). |
| 8/17/2012 | Adam C Paul | 1.20 | Telephone conference with R. Finke re environmental motion (.8); correspond with J. Gettleman re same (.4). |
| 8/17/2012 | Brian T Stansbury | 1.80 | Telephone conference with J. Hughes re Libby employee records (.6); telephone conference with D. Rooney re same (.5); analyze records to determine relevance to client request (.7). |
| 8/17/2012 | Todd M Schwartz | 3.50 | Telephone conference with working group re Grace/Horton site brief (.6); review and revise same (2.4); correspond with working group re same (.5). |

A-3

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/20/2012 | Jeffrey Gettleman | 1.40 | Telephone conference and correspond with T. Schwartz and A. Paul re revisions to Wilmington, North Carolina motion (.4); review and revise same (.6); telephone conference with A. Paul and T. Schwartz re same (.4). |
| 8/20/2012 | Adam C Paul | 1.10 | Telephone conference with T. Schwartz re EPA motion (.4); analyze and revise EPA motion (.7). |
| 8/20/2012 | Todd M Schwartz | 4.50 | Review and revise Wilmington, North Carolina brief (4.1); telephone conferences with working group re same (.4). |
| 8/21/2012 | Jeffrey Gettleman | 2.70 | Telephone conference with T. Schwartz re Horton sight (.5); office conference with A. Paul re same (.1); telephone conferences and correspond with working group re Wilmington, North Carolina EPA motion (1.2); review and revise same (.9). |
| 8/21/2012 | Brian T Stansbury | 1.70 | Review and analyze documents re criminal trial (.8); telephone conference with J. Hughes re same (.3); analyze strategic issues re same (.6). |
| 8/21/2012 | Jeanne T Cohn-Connor | .80 | Telephone conference with J. Gettleman re environmental issues (.2); analyze same (.6). |
| 8/21/2012 | Todd M Schwartz | 3.50 | Review and revise Wilmington, North Carolina brief (2.9); correspond with working group re same (.6). |
| 8/22/2012 | Jeffrey Gettleman | 3.00 | Correspond with working group re edits to Horton motion (1.4); review and revise same (.7); research re intergovernmental agreements re coast guard/EPA cooperation (.9). |
| 8/22/2012 | Adam C Paul | 2.10 | Analyze and revise EPA motion. |
| 8/22/2012 | Brian T Stansbury | 1.30 | Telephone conference with J. Hughes re O.M. Scott exposure data (.3); telephone conference with V. Craven re same (.3); analyze exposure spreadsheet (.4); telephone conference with J. Hughes re same (.3). |
| 8/22/2012 | Jeanne T Cohn-Connor | 3.00 | Analyze notification requirements (.9); review and analyze memorandum of understanding and agency correspondence related to Horton site (.3); draft memorandum to J. Gettleman re same (.9); telephone conference with B. Land re same (.4); telephone conference with L. Mitchell-Dawson re same (.2); review documentation re same (.3). |
| 8/22/2012 | Todd M Schwartz | 5.80 | Review and revise Horton site brief (3.3); research re same (1.9); correspond with A. Paul and J. Gettleman re same (.6). |

A-4

K&E 23942409.3

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/23/2012 | Jeffrey Gettleman | 2.20 | Office conferences and correspond with working group re Horton site motion (1.8); review and revise same (.4). |
| 8/23/2012 | Adam C Paul | 1.30 | Analyze and revise EPA motion. |
| 8/23/2012 | Brian T Stansbury | .50 | Telephone conference with J. Hughes re employee medical records (.3); telephone conference with D. Krakoff re employee medical record database (.2). |
| 8/23/2012 | Jeanne T Cohn-Connor | 1.30 | Review and analyze issues re Horton site (.9); correspond with working group re same (.4). |
| 8/23/2012 | Todd M Schwartz | 6.40 | Review and revise brief re Horton site (2.8); correspond with A. Paul and J. Gettleman re same (.4); research re same (3.2). |
| 8/24/2012 | Jeffrey Gettleman | .40 | Correspond with working group re Horton site motion. |
| 8/24/2012 | Brian T Stansbury | .70 | Analyze O.M. Scott testing data (.4); telephone conference with J. Hughes re same (.3). |
| 8/27/2012 | Jeffrey Gettleman | 2.00 | Telephone conferences with R. Higgins, working group and Beveridge & Diamond re Horton site motion (1.5); correspond with client and working group re same (.5). |
| 8/27/2012 | Adam C Paul | 2.60 | Telephone conference with R. Finke, H. Feichko and J. Gettleman re EPA motion (1.9); prepare for same (.7). |
| 8/27/2012 | Todd M Schwartz | 1.20 | Telephone conferences with working group re motion (.9); review and analyze issues re same (.3). |
| 8/29/2012 | Jeffrey Gettleman | 1.10 | Telephone conferences and correspond with A. Paul and M. Jones re research re EPA proof of claim (1.0); correspond with T. Schwartz re comments from client on Horton site motion (.1). |
| 8/29/2012 | Adam C Paul | .60 | Conference with J. Gettleman re EPA motion (.2); analyze amending a proof of claim (.4). |
| 8/31/2012 | Christian C Semonsen | .50 | Review and analyze revised draft of motion to enforce multi-site settlement for Horton site. |
| 8/31/2012 | Jeffrey Gettleman | 1.40 | Telephone conferences, office conferences and correspond with working group re Horton site motion. |
| 8/31/2012 | Adam C Paul | .90 | Analyze and revise EPA motion. |
|  | Total: | 73.00 |  |

A-5

## Matter 20 - Case Administration - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/02/2012 | Andrew Brniak | .30 | Review and compile recently filed pleadings and correspond with working group re same. |
| 8/08/2012 | Andrew Brniak | .10 | Review and compile recently filed pleadings and correspond with working group re same. |
| 8/17/2012 | Andrew Brniak | .40 | Review and compile recently filed pleadings and correspond with working group re same. |
| 8/22/2012 | Andrew Brniak | .20 | Review and compile recently filed pleadings and correspond with working group re same. |
| 8/24/2012 | Andrew Brniak | .30 | Review and compile recently filed pleadings and correspond with working group re same. |
| | Total: | 1.30 | |

A-6

## Matter 32 - Fee Applications, Applicant - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/02/2012 | Maureen McCarthy | .80 | Correspond with T. Wallace re 43rd quarterly fee application (.3); prepare monthly applications re 44th quarterly application for distribution to fee auditor (.5). |
| 8/06/2012 | Adam C Paul | .40 | Analyze and revise June invoices. |
| 8/07/2012 | Maureen McCarthy | 1.60 | Review and revise June fee application. |
| 8/08/2012 | Maureen McCarthy | 1.40 | Review and revise June fee application for filing and service. |
| 8/15/2012 | Mike Jones | .60 | Review and revise July fee statements. |
| 8/16/2012 | Mike Jones | 3.50 | Review and revise July fee statement (3.3); correspond with J. Gettleman re same (.2). |
| 8/17/2012 | Maureen McCarthy | 3.10 | Prepare attorney totals, paraprofessionals totals, matter category totals and expense totals re 45th quarterly fee application (1.6); draft 45th quarterly fee application (1.5). |
| 8/19/2012 | Maureen McCarthy | 1.30 | Review and revise 44th quarterly fee application. |
| 8/20/2012 | Maureen McCarthy | 1.40 | Review and revise 45th quarterly fee application. |
| 8/21/2012 | Maureen McCarthy | 2.40 | Review and revise 45th quarterly fee application. |
| 8/22/2012 | Maureen McCarthy | .50 | Review and revise 45th quarterly fee application (.4); correspond with J. O'Neill re 44th quarterly fee application hearing (.1). |
| 8/23/2012 | Adam C Paul | 1.70 | Analyze and revise quarterly fee application. |
| 8/23/2012 | Maureen McCarthy | 1.30 | Review and revise 45th quarterly fee application. |
| 8/28/2012 | Adam C Paul | 1.90 | Analyze and revise July fees. |
| 8/30/2012 | Mike Jones | 1.70 | Review and revise July fee statements. |
| 8/31/2012 | Mike Jones | 1.40 | Review and revise July fee statements. |
| 8/31/2012 | Maureen McCarthy | .40 | Draft July fee application. |
| | Total: | 25.40 | |

A-7

## Matter 37 - Plan and Disclosure Statement - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/01/2012 | Mike Jones | 1.20 | Research re administrative priority claims (.6); correspond with working group re same (.3); correspond with working group re appellate issues (.3). |
| 8/01/2012 | Jeffrey Gettleman | 1.40 | Telephone conference with M. Jones re research re simultaneous plan closings (.2); telephone conference with working group re Montana disclosure statement language (.5); correspond with S. Winters re review of additional precedential 10-Ks re drafting of risk language (.1); review and analyze issues re LMP transition (.5); correspond with J. Bernstein re regulatory aspects of Libby medical program (.1). |
| 8/01/2012 | Jeffrey Gettleman | 2.40 | Review and revise memorandum re administrative claims in reinstated bankruptcy case (.4); correspond with M. Jones re comments to same (.2); review correspondence from J. Donley re estimated payouts from asbestos PI trust (.1); review correspondence from M. Jones to A. Paul re exit financing issues (.1); legal research re Section 1142 of the Bankruptcy Code (1.1); correspond with working group re obligation of LMP trust to provide required ERISA notifications to members (.5). |
| 8/01/2012 | Jeffrey Gettleman | 3.80 | Draft, review and revise analysis of LMP-related provisions (.8); review and analyze correspondence re same (1.0); correspond with S. Winters re comments to 10-K risk language memorandum (.2); review and revise same (.4); legal research re "simultaneous closing" issue (1.4). |
| 8/01/2012 | Adam C Paul | 1.90 | Prepare for call re exit financing (1.1); telephone conference with R. Levy re same (.8). |
| 8/01/2012 | Rana Barakat | 4.40 | Review and analyze transcripts re plan's compliance with "fair and equitable" requirement (3.4); review and analyze rules re Third Circuit Appellate Mediation Program (.4); draft summary of same (.6). |

A-8

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/01/2012 | John Donley, P.C. | 4.30 | Review and analyze bank lender appendix (.8); telephone conference with L. Fairley re same (.3); review correspondence from R. Cohen re same (.1); review and analyze AMH and Libby appellate filings (.3); review and analyze correspondence and revised draft memo from R. Barakat re subrogation issues (.5); revise same (.3); correspond with R. Barakat and client re same (.2); telephone conference with R. Frankel re appellate issue (.2); correspond with A. Paul re amended AMH notice of appeal (.1); correspond with T. Maynes and M. Shelnitz re tax issues (.2); correspond with E. Inselbuch re emergence issue (.1); correspond and telephone conference with LMP Trustee re notice issue (.6); correspond with A. Paul, J. Gettleman and J. Bernstein re same (.3); telephone conference with A. Paul re notice and Libby order (.1); review and analyze J. Gettleman memorandum re LMP issues (.2). |
| 8/01/2012 | Lesley Fairley | 4.30 | Collect and organize materials for potential use as Third Circuit joint appendix exhibits and revise index of same. |
| 8/02/2012 | Andrew Brniak | .80 | Prepare and compile precedent re global settlement materials (.4); correspond with J. Gettleman re same (.1); prepare and compile adversary proceeding pleadings (.2); correspond with J. Gettleman re same (.1). |
| 8/02/2012 | Jeffrey Gettleman | 3.30 | Review and revise letter from LMP trustee (.2); correspond with working group re same (.4); review correspondence from S. Winters to A. Paul re 10-K risk factor memorandum (.1); legal research re Section 1142 issues (2.1); correspond with A. Brniak re same (.1); correspond with J. Bernstein, A. Paul and J. Donley re comments to McGovern draft letter (.4). |
| 8/02/2012 | Jeffrey Gettleman | 6.60 | Review correspondence from J. Donley re procedural issues re Third Circuit appeals (.1); correspond with J. Donley and A. Paul re call re Sealed Air issues (.1); office conference with M. Jones re "simultaneous closing" research (.4); draft, review and revise memorandum re Section 1142 research (2.3); correspond with J. Donley re same (.1); legal research re same (2.2); review and analyze pleadings, plan, disclosure statement and other background materials re same (1.4). |

A-9

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/02/2012 | Adam C Paul | 2.10 | Telephone conference with M. Shelnitz re exit financing (1.2); prepare for same (.9). |
| 8/02/2012 | Rana Barakat | 5.10 | Review Third Circuit rules re unpublished decisions (.4); telephone conference with Third Circuit clerk re same (.2); correspond with J. Donley re same (.1); review and analyze confirmation hearing testimony re plan's section 524(g) "fair and equitable" requirement (1.2); draft summary of same (2.8); office conference with J. Donley re contents of joint appendix (.4). |
| 8/02/2012 | Jack N Bernstein | 1.00 | Analyze Libby settlement issues (.7); draft correspondence to working group re same (.3). |
| 8/02/2012 | John Donley, P.C. | 4.50 | Review and analyze appendix documents (1.5); conference with R. Barakat and L. Fairley re same (.4); correspond with J. Gettleman re Libby transition and emergence issues (.4); correspond with R. Wyron and L. Esayian re trust issues (.2); review and analyze Libby order and motion relating to Libby transition issues (.4); correspond with Trustee re same (.3); correspond with A. Paul and J. Gettleman re same and re emergence issues (.3); review and analyze memorandum from R. Barakat re Third Circuit mediation (.4); correspond with D. Turetsky re emergence issues (.3); correspond with L. Esayian re insurance settlement question (.1); telephone conference with A. Paul re emergence legal and strategy issues (.2). |
| 8/02/2012 | Lisa G Esayian | 3.30 | Correspond with R. Wyron re post-effective date issues (.4); correspond with A. Brockman re same (.4); correspond with R. Finke re AMH issues (.3); analyze 524(g) issues for appellate briefing (2.2). |
| 8/02/2012 | Lesley Fairley | 2.80 | Collect and organize materials for potential use as Third Circuit joint appendix exhibits and index same. |
| 8/03/2012 | Mike Jones | 9.30 | Research re indemnity agreement closing on effective date (4.3); draft summary of same (1.2); correspond with working group re same (.2); correspond with claimant re distribution timing (.6); review and analyze appellate pleadings (2.7); correspond with working group re same (.3). |
| 8/03/2012 | Andrew Brniak | 1.00 | Prepare and compile notice of appeal pleadings (.9); correspond with M. Jones re same (.1). |

A-10

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/03/2012 | Jeffrey Gettleman | 3.50 | Review M. Jones analysis re "simultaneous closing" issues re Sealed Air (.2); correspond with M. Jones re same (.1); correspond with working group re effects of plan reversal (.4); legal research re effects of reversal of confirmation order (2.1); draft, review and revise analysis re same (.6); correspond with J. Donley and A. Paul re same (.1). |
| 8/03/2012 | Rana Barakat | 3.90 | Review and analyze confirmation hearing testimony re plan's compliance with 524(g)'s fair and equitable requirement (1.8); draft summary of same (2.1). |
| 8/03/2012 | John Donley, P.C. | 1.20 | Review and analyze Garlock estimation trial CMO and related materials (.2); correspond with J. Gettleman re emergence issues (.2); telephone conference with D. Turetsky and N. Coco re same (.2); outline and analyze same (.4); review and analyze pleadings and filings (.2). |
| 8/03/2012 | Lisa G Esayian | 2.90 | Analyze strategic issues re arguments for appellate briefing re purposes and benefits of section 524(g) (2.6); correspond with J. Donley re same (.3). |
| 8/04/2012 | Adam C Paul | 1.20 | Analyze recently filed appellate pleadings. |
| 8/04/2012 | Rana Barakat | 2.40 | Review and analyze confirmation hearing transcripts for evidence that plan complies with section 524(g)'s fair and equitable requirement (1.2); draft summary of testimony re same (1.2). |
| 8/05/2012 | Mike Jones | .80 | Telephone conference with A. Paul, J. Donley and J. Gettleman re indemnity provision strategy. |
| 8/05/2012 | Jeffrey Gettleman | .80 | Telephone conference with J. Donley, A. Paul and M. Jones re legal issues re effective date of plan. |
| 8/05/2012 | Adam C Paul | 2.10 | Telephone conference with J. Donley re effective date (.8); prepare for same (1.3). |
| 8/05/2012 | John Donley, P.C. | 1.70 | Review and analyze research re closing and emergence issues (1.0); telephone conference with A. Paul, J. Gettleman and M. Jones re emergence legal issues, options and strategy (.7). |
| 8/06/2012 | Kimberly K Love | 4.20 | Telephone conference with J. Donley re bank lender joint appendix exhibits (.2); review, organize and edit same (3.3); prepare and organize recently received materials for inclusion into case files (.7). |

A-11

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/06/2012 | Jeffrey Gettleman | 2.50 | Office conference with A. Paul re Sealed Air (.1); review plan, disclosure statement and related documents re terms of Fresenius settlement agreement (1.1); review and analyze Section 11.1 of plan and paragraph IV.A.3 of confirmation order (.6); office conference and correspond with A. Paul re same (.3); draft, review and revise analysis re same (.4). |
| 8/06/2012 | Adam C Paul | 5.20 | Prepare for Sealed Air conference call (1.2); telephone conference with D. Turetsky and N. Coco re effective date (2.1); analyze correspondence re Garlock (.3); analyze AMH appellate documents (.9); telephone conference with M. Shelnitz re effective date (.7). |
| 8/06/2012 | Rana Barakat | 5.90 | Review confirmation hearing transcripts re plan's compliance with section 524(g) (1.8); draft summary re same (2.7); review and analyze District Court record re Garlock appeal for materials to include in joint appendix (1.4). |
| 8/06/2012 | John Donley, P.C. | 6.80 | Review and revise counterdesignation of appendix on lender issues (1.1); telephone conference with K. Love re same (.3); analyze consolidation and severance issues (.4); telephone conference with C. Landau re same (.3); analyze and outline legal and strategic options on emergence (1.2); telephone conferences with D. Turetsky, N. Coco and A. Paul re Sealed Air and Fresenius issues (2.4); telephone conferences with M. Shelnitz, R. Finke, R. Frankel and A. Paul re legal and strategic issues re emergence (1.1). |
| 8/06/2012 | Lisa G Esayian | .90 | Analyze strategic issues re AMH. |
| 8/07/2012 | Mike Jones | 1.30 | Correspond with working group re order denying Garlock stay motion (.3); review and analyze same (.4); research re plan modifications (.6). |
| 8/07/2012 | Kimberly K Love | 4.80 | Prepare and organize index of bank lenders revised index list and obtain materials from list. |
| 8/07/2012 | Jeffrey Gettleman | .60 | Correspond with M. Jones re LMP transition and appellate issues. |
| 8/07/2012 | Jeffrey Gettleman | 1.30 | Correspond with working group re Montana language in disclosure statement (.2); draft, review and revise analysis re same (.3); correspond with client and working group re pharmacy benefit information re LMP (.4); review and analyze Third Circuit order denying Garlock emergency motion for stay pending appeal (.1); correspond with working group re same (.3). |

A-12

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/07/2012 | Jeffrey Gettleman | 2.10 | Correspond and telephone conferences with working group re LMP transition issues (1.3); telephone conference with J. Donley, A. Paul and counsel for plan proponents re discussions with Sealed Air anderson Memorial Hospital and other emergence issues (.8). |
| 8/07/2012 | Adam C Paul | 3.30 | Telephone conference with ACC, FCR, client re status (.7); prepare for same (.6); telephone conference with M. Shelnitz re effective date (.8); analyze effective date conditions (1.2). |
| 8/07/2012 | Rana Barakat | 6.60 | Review and analyze confirmation hearing transcripts and expert estimation reports re plan's compliance with section 524(g) (2.9); draft summary re same (2.4); review District Court record re Garlock appeal for materials to include in joint appendix (1.3). |
| 8/07/2012 | Jack N Bernstein | .90 | Analyze Libby settlement issues. |
| 8/07/2012 | John Donley, P.C. | 3.60 | Outline tax issue and correspond with T. Maynes re same (.2); correspond and telephone conference with R. Barakat re Third Circuit procedures (.4); outline emergence issues and prepare for conference call with co-proponents re same (.6); telephone conference with R. Frankel, R. Wyron, E. Inselbuch, M. Shelnitz, R. Finke and A. Paul re legal and strategy issues (.7); telephone conference and correspond with A. Paul, D. Turetsky and N. Coco re emergence issues (.5); review and analyze Third Circuit pleadings and stay denial order (.3); correspond with L. Esayian and client re same (.2); correspond with A. Rich re same (.1); telephone conference with M. Shelnitz re negotiations (.1); correspond with J. Gettleman, R. Finke and J. Bernstein re Libby transition issues (.5). |
| 8/07/2012 | Lisa G Esayian | 2.90 | Review and analyze Third Circuit order denying Garlock emergency stay motion (.2); correspond with M. Shelnitz and R. Finke re same (.2); analyze AMH appeal issues (2.5). |
| 8/07/2012 | Lesley Fairley | 3.90 | Compare list of potential Third Circuit joint appendix exhibits received from bank lenders with W. R. Grace version and revise index of same. |
| 8/08/2012 | Mike Jones | 10.40 | Office conferences with J. Gettleman re plan amendments (.9); research re plan amendments and modifications (5.4); analyze plan documents re same (2.4); correspond with working group re appellate issues (.4); review and analyze pleadings re same (1.3). |

A-13

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/08/2012 | Kimberly K Love | 6.30 | Prepare and organize various materials requested by R. Barakat for use with joint appendix exhibits (2.3); review and obtain District Court joint appendix requested by L. Esayian (.4); prepare and organize exhibits listed on bank lenders revised list of joint appendix materials (3.6) |
| 8/08/2012 | Jeffrey Gettleman | 2.20 | Correspond with M. Jones and A. Paul re AMH appeal procedural issues (.1); correspond with J. Flynn and B. Bailey re request for additional records re LMP transition (.3); correspond with working group re LMP transition issues (1.1); review preliminary analysis re plan effectiveness issues (.3); office conference and correspond with M. Jones and A. Paul re same (.4). |
| 8/08/2012 | Jeffrey Gettleman | 2.40 | Legal research re modification and termination of trusts (.8); review J. Bernstein analysis of LMP transition (.2); correspond with J. Bernstein re questions re same (.2); office conference and correspond with M. Jones re law of trusts (.6); review revised M. Jones analysis re plan effectiveness issues (.4); correspond with working group re new AMH case opened in Third Circuit (.2). |
| 8/08/2012 | Adam C Paul | 5.00 | Telephone conferences with M. Shelnitz, D. Blabey and J. Donley re effective date (1.8); prepare for same (.2); telephone conference with R. Wyron re Montana (.3); analyze LMP transition (.4); telephone conference with R. Levy and M. Shelnitz re exit financing (1.4); prepare for same (.9). |
| 8/08/2012 | Rana Barakat | 7.50 | Review and analyze bankruptcy docket and filings re record below (1.7); telephone and office conferences with J. Donley re same (1.1); review and analyze Third Circuit local rules and Federal Rules of Appellate Procedure re contents of joint appendix (1.1); telephone conference with Third Circuit and District Court clerks re items included in record on appeal and appendix (1.2); telephone and office conferences with J. Donley re same (.6); review District Court record for "good faith" evidence to include in joint appendix (1.8). |

A-14

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/08/2012 | John Donley, P.C. | 1.70 | Review and analyze recent SDNY opinion re default interest for lender appeal (.2); correspond with R. Frankel re lenders' appeal issue (.1); telephone conference with A. Paul and M. Shelnitz re emergence (.5); review and analyze appellate appendix materials (.4); review and analyze emergence issue (.2); telephone conference with T. Maynes re same (.3). |
| 8/08/2012 | John Donley, P.C. | 5.30 | Prepare for call with equity committee counsel re emergence issues (.2); telephone conference with P. Bentley, D. Blabey and A. Paul re same (.5); correspond with J. Gettleman re LMP transition (.6); review and analyze Third Circuit consolidation order (.1); review and edit draft section for appellate brief re 524(g) overview and purposes (.5); review and analyze ACC 2019 amendment motion (.2); correspond with R. Barakat re appendix and counterdesignation of record (.6); review and edit R. Barakat's record designation and summary for 524(g) "fair and equitable" issue (1.1); analyze TDP issues and draft correspondence to M. Shelnitz re same (.6); review and analyze Third Circuit practitioner's guidelines and rules re appendix, record and designation (.7); telephone conference with R. Barakat re same (.2). |
| 8/08/2012 | Lisa G Esayian | 2.20 | Review and analyze issues and documents for joint record on appeal (1.3); review and analyze new AMH amended notice of appeal and related Third Circuit materials (.9). |
| 8/08/2012 | Lesley Fairley | 1.60 | Compare list of potential Third Circuit joint appendix exhibits received from bank lenders with W. R. Grace version and revise index of same. |
| 8/09/2012 | Mike Jones | 3.80 | Draft term sheet re Sealed Air and Fresenius settlement conditions (1.7); research re same (2.1). |
| 8/09/2012 | Kimberly K Love | 2.40 | Prepare and organize recently received materials for inclusion into case files (1.1); assist N. Dukov with review of bank lender joint appendix materials (1.3). |
| 8/09/2012 | Jeffrey Gettleman | 1.70 | Correspond with R. Finke re Medco (.2); correspond with working group re Sealed Air/Fresenius term sheet and LMP transition (.8); review and revise draft analysis of amendment of trust agreement (.4); correspond with A. Paul and M. Jones re same (.3). |
| 8/09/2012 | Adam C Paul | 1.70 | Analyze and revise agenda for August hearing (.4); correspond with R. Higgins re claim objections (.6); analyze research re TDP amendments (.7). |

A-15

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/09/2012 | Adam C Paul | 3.70 | Analyze and revise summary of appellate issues (1.1); correspond with J. Donley and L. Esayian re same (.4); telephone conference with J. Gettleman re Sealed Air/Fresenius term sheet (.4); analyze conditions to the effective date (.8); correspond with M. Shelnitz re same (.4); telephone conference with J. Donley re same (.6). |
| 8/09/2012 | Rana Barakat | 1.90 | Review District Court record for evidence re plan compliance with section 524(g). |
| 8/09/2012 | Nia Dukov | 1.20 | Review and analyze bank lenders' proposed joint appendix. |
| 8/09/2012 | John Donley, P.C. | 3.70 | Review and revise case summary charts re emergence (.7); telephone conferences and correspond with M. Shelnitz, A. Paul and L. Esayian re same (1.1); correspond with J. Gettleman re LMP transition (.2); review and analyze AMH revised appeal, Third Circuit letter and Third Circuit pleadings (.4); review and analyze lender appendix (1.0); analyze tax issues and draft memorandum to client re same (.3). |
| 8/09/2012 | Lisa G Esayian | 4.30 | Review and analyze appellants' statements of issues for Third Circuit appeals (.8); draft chart re appellate issues (1.1); review and revise same (.8); analyze issues re joint record for appeals (1.6). |
| 8/10/2012 | Mike Jones | 8.90 | Draft term sheet re Sealed Air and Fresenius waiver of effective date conditions (5.3); review and analyze pleadings re ownership of Libby mine site (.9); review and analyze recent pleadings (.8); correspond with J. Gettleman re same (.4); analyze plan documents re tender offers (1.3); correspond with K. Love re same (.2). |
| 8/10/2012 | Jeffrey Gettleman | 1.70 | Correspond with working group re "tender offer" in plan documents (.6); correspond and telephone conference with J. Bernstein re LMP transition (.7); correspond with M. Jones re description of Libby mine in disclosure statement (.1); review M. Jones analysis re same (.1); correspond with A. Paul re drafting of Sealed Air term sheet (.1); review correspondence re same (.1). |
| 8/10/2012 | Adam C Paul | 2.30 | Telephone conference with M. Shelnitz re effective date (1.0); telephone conference with J. Donley re same (.4); correspond with J. Gettleman re term sheet (.3); correspond with L. Duff re same (.6). |

A-16

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/10/2012 | Rana Barakat | 2.20 | Review and analyze District Court record re TDPs for items to include in joint appendix. |
| 8/10/2012 | Jack N Bernstein | .80 | Analyze Libby settlement issues (.5); draft correspondence to working group re same (.3). |
| 8/10/2012 | John Donley, P.C. | 6.20 | Telephone conference with M. Shelnitz and A. Paul re emergence issues (.7); correspond with M. Shelnitz re same (.3); review M. Jones research re emergence, plan and related procedural issues (.4); review, analyze and outline legal and strategic issues re emergence (2.7); telephone conferences and correspond with A. Paul, R. Wyron and R. Frankel re same (.9); review and revise appellate issues chart (.4); correspond with L. Esayian and A. Paul re same (.2); correspond with M. Phillips, N. Dukov and K. Love re bank lender appeal appendix and issues (.3); research re plan issues and draft correspondence to M. Shelnitz re same (.3). |
| 8/10/2012 | Lisa G Esayian | .80 | Review and revise chart re appellate issues for M. Shelnitz. |
| 8/11/2012 | Mike Jones | 3.70 | Review and revise Sealed Air and Fresenius term sheet (3.4); correspond with J. Gettleman re same (.3). |
| 8/11/2012 | Jeffrey Gettleman | 1.30 | Correspond with M. Jones and A. Paul re Sealed Air term sheet (.2); review and revise same (1.1). |
| 8/11/2012 | Adam C Paul | .70 | Analyze and revise term sheet re effective date (.5); correspond with J. Gettleman re same (.2). |
| 8/12/2012 | Mike Jones | 3.20 | Review and revise Sealed Air and Fresenius term sheet (2.9); correspond with working group re same (.3). |
| 8/12/2012 | Jeffrey Gettleman | 1.80 | Correspond and telephone conference with working group re Sealed Air term sheet (.9); review and revise same (.9). |
| 8/12/2012 | Adam C Paul | 1.50 | Analyze and revise term sheet (.8); office conference with M. Jones re same (.4); correspond with M. Shelnitz and P. Carberry re appeals (.3). |
| 8/13/2012 | Mike Jones | 9.80 | Office conference with A. Paul re Sealed Air and Fresenius term sheet (.4); review and revise same (1.8); correspond with working group re same (.2); research re inducements to waiver of effective date conditions (3.2); draft memorandum re same (2.2); correspond with working group re same (.4); review and revise same (1.6). |
| 8/13/2012 | Kimberly K Love | 1.70 | Review files for briefing from US v W. R. Grace as requested by J. Gettleman (.9); prepare and organize recently received materials for distribution to case files (.8). |

A-17

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/13/2012 | Andrew Brniak | 1.40 | Prepare and compile pleadings related to state of Montana mill (1.2); correspond with J. Gettleman re same (.2). |
| 8/13/2012 | Jeffrey Gettleman | 3.70 | Correspond with A. Paul re equitable mootness issues (.2); review correspondence from M. Jones re revised effective date memorandum (.1); telephone conferences and correspond with working group re LMP transition (.8); correspond and telephone conferences with working group re Sealed Air term sheet (1.3); review and analyze trial briefs re Libby mine site (.4); review and revise draft memorandum re effective date issues (.9). |
| 8/13/2012 | Jeffrey Gettleman | 6.50 | Multiple telephone conferences and correspondence with J. Bernstein, R. Finke and others re LMP transition issues (1.6); analyze documents re Libby mine site (.9); correspond with working group re same (.8); review and revise Sealed Air term sheet (1.4); telephone conferences and correspond with A. Paul, M. Jones and others re same (1.8). |
| 8/13/2012 | Adam C Paul | 4.80 | Telephone conference with J. Donley re effective date (.8); analyze and revise Sealed Air term sheet (2.3); analyze warrant repurchase (.3); telephone conference with M. Shelnitz re same (.4); telephone conference with J. O'Connell re same (.3); analyze LMP transition (.7). |
| 8/13/2012 | Rana Barakat | 4.50 | Review and analyze District Court record re classification, procedure and general issues for items to include in joint appendix (3.7); research re same (.8). |
| 8/13/2012 | John Donley, P.C. | 5.00 | Correspond with J. Gettleman re LMP transition issues (.1); telephone conference with P. Lockwood re emergence issues (.3); telephone conference with A. Paul re same (.2); correspond with M. Shelnitz re emergence issues (.2); review and analyze research re plan emergence issues (2.8); review, analyze and revise draft term sheet and memorandum re plan emergence (1.1); telephone conferences and correspond with A. Paul re same (.3). |
| 8/13/2012 | Lisa G Esayian | .40 | Review and analyze recent Third Circuit appellate filings. |
| 8/14/2012 | Mike Jones | 6.30 | Review and revise Sealed Air and Fresenius term sheet (4.3); review and revise research re same (1.6); correspond with working group re same (.4). |

A-18

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/14/2012 | Kimberly K Love | 2.30 | Review files for information re mine in Libby Montana as requested by J. Gettleman (1.2); prepare and organize plan materials requested by L. Esayian (.4); prepare and organize materials for inclusion into case files (.7) |
| 8/14/2012 | Jeffrey Gettleman | 4.80 | Analyze documents re Libby mine site (.4); correspond with working group re same (.3); telephone conferences and correspond with R. Finke and others re LMP transition (.5); review and revise Sealed Air term sheet and memorandum re effective date (1.4); telephone conferences and correspond with working group re same (2.2). |
| 8/14/2012 | Adam C Paul | 5.20 | Telephone conference with ACC and FCR re effective date (1.1); prepare for same (.7); telephone conference with R. Frankel re effective date (.5); telephone conference with M. Shelnitz re same (.7); analyze and revise Sealed Air term sheet (1.4); correspond with R. Higgins re same (.2); finalize LMP transfer (.6). |
| 8/14/2012 | Rana Barakat | 3.40 | Research re record support for judgment (.8); review and analyze District Court record re AMH appeal for items to include in joint appendix (2.6). |
| 8/14/2012 | Nia Dukov | .80 | Office conference with J. Donley re joint appendix for bank lender issues. |
| 8/14/2012 | John Donley, P.C. | 6.40 | Review K. Makowski correspondence re Third Circuit letter (.1); telephone conference with R. Frankel, P. Lockwood, M. Shelnitz, R. Finke, A. Paul and J. Gettleman re emergence issues (1.0); telephone conference with M. Shelnitz, R. Finke and A. Paul re same (.5); telephone conference with R. Frankel re same (.5); analyze, outline and draft and edit working document re emergence issues and options (2.6); review and analyze joint appendix (.9); telephone conference with N. Dukov and K. Love re same (.4); review and analyze various recent pleadings and rulings (.4). |
| 8/14/2012 | Lisa G Esayian | 2.40 | Telephone conference with J. Donley re payments to Asbestos PD Trust at effective date (.3); analyze plan documents re same (2.1). |
| 8/15/2012 | Mike Jones | 2.00 | Correspond with working group re effective date requirements in plan (.4); review and revise Sealed Air and Fresenius term sheet (.7); office conference with J. Gettleman re same (.4); telephone conference with plan proponents re same (.5). |

A-19

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/15/2012 | Kimberly K Love | 4.50 | Telephone conference with J. Donley and N. Dukov re bank lender materials (.3); revise and edit materials for potential use as Third Circuit joint appendix exhibits (4.2). |
| 8/15/2012 | Jeffrey Gettleman | 4.30 | Correspond with F. McGovern and M. Walsh re LMP transition (.4); review and revise Sealed Air term sheet (1.3); telephone conferences and correspond with working group re same (1.1); telephone conference with M. Shelnitz, A. Paul, J. Donley and plan proponents re same (1.5). |
| 8/15/2012 | Adam C Paul | 4.70 | Analyze and revise Sealed Air term sheet (2.9); telephone conference with ACC and FCR re same (1.6); correspond with J. Gettleman re LMP transition (.2). |
| 8/15/2012 | Rana Barakat | 5.20 | Research re supporting judgment in record (1.2); review and analyze case law re same (1.3); draft memorandum re same (.7); review District Court record re AMH appeal for items to include in joint appendix (.9); review and analyze notices of appeal filed by AMH and federal rules of appellate procedure to determine deadline for filing case opening documents (.8); telephone conference with J. Donley re same (.3). |
| 8/15/2012 | John Donley, P.C. | 5.30 | Telephone conference with M. Shelnitz, R. Finke, P. Lockwood, R. Frankel, R. Wyron, A. Paul and J. Gettleman re emergence issues and strategy (1.5); prepare for same (.3); review and revise working document re emergence issues (1.7); telephone conference and correspond with D. Turetsky and N. Coco re plan issues (.3); telephone conferences with A. Paul re emergence issues (.4); telephone conference with M. Shelnitz re same (.2); correspond with A. Paul, M. Jones and J. Gettleman re draft proposal edits and revisions (.4); review correspondence re exit financing issues (.2); correspond with L. Esayian and R. Barakat re AMH appeal (.3). |
| 8/15/2012 | Lisa G Esayian | 1.70 | Review and analyze documents re payments to PD Trust (.7); review and analyze AMH appeal appendix (1.0). |
| 8/15/2012 | Lesley Fairley | 3.90 | Prepare and organize attorney working copies of potential Third Circuit joint appendix exhibits and other materials. |

A-20

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/16/2012 | Mike Jones | .90 | Correspond with working group re Sealed Air and Fresenius term sheet (.6); review and revise motion template (.2); correspond with J. Gettleman re same (.1). |
| 8/16/2012 | Kimberly K Love | 4.80 | Prepare and organize various materials requested by L. Esayian (1.2); prepare chart of all appeal cases to date (1.4); revise and organize materials for use as potential Third Circuit joint appendix (2.2). |
| 8/16/2012 | Jeffrey Gettleman | 3.00 | Telephone conferences and correspond with J. Bernstein, M. Walsh and others re LMP transition (1.1); review and revise Sealed Air term sheet (1.3); telephone conferences and correspond with working group re same (.6). |
| 8/16/2012 | Adam C Paul | 1.30 | Analyze and revise Sealed Air term sheet (1.1); telephone conference with J. Donley re Sealed Air (.2). |
| 8/16/2012 | Rana Barakat | 1.30 | Review and analyze case law re record support for judgment (.4); draft memorandum re same (.9). |
| 8/16/2012 | John Donley, P.C. | 2.00 | Correspond with M. Shelnitz, M. Jones, D. Blabey, D. Turetsky, R. Frankel and A. Paul re emergence issues and conditions (1.1); review and revise draft proposal relating to emergence (.7); review and analyze appellate pleadings and filings (.2). |
| 8/16/2012 | Lisa G Esayian | 3.10 | Analyze issues re PD trust funding (1.5); review and analyze documents re AMH appendix (1.6). |
| 8/17/2012 | Margaret Hermes | 2.50 | Research re HIPAA requirements pertaining to transportation of medical records (1.6); draft summary re same (.7); correspond with J. Bernstein re same (.2). |
| 8/17/2012 | Kimberly K Love | 3.20 | Telephone conference with J. Donley re Third Circuit joint appendix materials (.4); revise and organize all joint appendix materials and index same (2.8). |
| 8/17/2012 | Jeffrey Gettleman | 1.00 | Review J. Bernstein analysis of best practices for transfer of physical HIPAA records (.3); correspond with J. Flynn and J. Bernstein re questions re same (.7). |
| 8/17/2012 | Rana Barakat | 3.50 | Draft research memorandum re propriety of reviewing entire record and other extrinsic evidence to interpret judgments (1.7); review District Court record re AMH appeal for materials to include in joint appendix (1.8). |
| 8/17/2012 | Nia Dukov | 6.30 | Review and analyze documents and transcripts re bank lenders joint appendix. |
| 8/17/2012 | Jack N Bernstein | 1.50 | Review and analyze HIPAA privacy issues (1.1); prepare correspondence re same (.4). |

A-21

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/17/2012 | John Donley, P.C. | 4.90 | Telephone conference with P. Bentley, D. Blabey and A. Paul re emergence issues (.3); review and analyze joint appendix issues re bank lenders (2.2); review and analyze pleadings, filings and agenda (.3); review and analyze source materials and record re fair and equitable appeal issue (.7); review and analyze plan documents and internal memos re PD Trust funding analysis (.4); prepare for Sealed Air call and draft preliminary outline (1.0). |
| 8/17/2012 | Lisa G Esayian | 2.30 | Review and analyze issues re appendix for Third Circuit appeals. |
| 8/18/2012 | Rana Barakat | 3.70 | Draft research memorandum re propriety of reviewing entire record and other extrinsic evidence to interpret judgments (1.3); review District Court record re AMH appeal for documents to include in joint appendix (2.4). |
| 8/18/2012 | Nia Dukov | 2.80 | Review and analyze documents and transcripts re bank lenders joint appendix. |
| 8/19/2012 | Adam C Paul | 1.20 | Prepare for Sealed Air call (.8); correspond with J. Donley re same (.4). |
| 8/19/2012 | Nia Dukov | 1.30 | Review and analyze documents and transcripts re bank lenders joint appendix. |
| 8/19/2012 | John Donley, P.C. | 1.40 | Draft and revise Sealed Air outline. |
| 8/20/2012 | Kimberly K Love | 3.00 | Telephone conference with J. Donley and N. Dukov re bank lender materials (.4); revise and edit bank lender indices and exhibits (2.6). |
| 8/20/2012 | Adam C Paul | 3.60 | Prepare for call with Sealed Air (1.3); telephone conference with M. Shelnitz re same (1.9); telephone conference with J. Donley re same (.4). |
| 8/20/2012 | Rana Barakat | 4.40 | Research re propriety of reviewing entire record and other extrinsic evidence to interpret judgments (1.2); review and revise memorandum re same (1.8); office conference with L. Esayian re AMH materials to include in joint appendix (1.1); office conference with J. Donley, N. Dukov and K. Love re joint appendix (.3). |
| 8/20/2012 | Nia Dukov | 3.10 | Review and analyze documents and transcripts re bank lenders joint appendix (2.8); office conference with J. Donley re same (.3). |
| 8/20/2012 | John Donley, P.C. | 1.10 | Review and analyze bank lender joint appendix (.5); office conference with K. Love, N. Dukov and R. Barakat re joint appendix (.4); correspond with Paul Weiss re same (.2). |

A-22

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/20/2012 | John Donley, P.C. | 6.30 | Analyze and outline emergence issues and review relevant plan documents in preparation for Sealed Air call (2.2); telephone conference with M. Shelnitz, R. Finke and A. Paul re emergence issues and strategy (.4); correspond and telephone conference with A. Paul re same (.3); telephone conferences with D. Turetsky re emergence issues (.4); telephone conference with N. Coco, D. Turetsky, A. Paul and ACC and FCR counsel re emergence issue (1.3); telephone conference with M. Shelnitz, R. Finke, A. Paul, P. Lockwood, R. Frankel and R. Wyron re same (.8); review documents re status of Libby settlement consummation (.4); telephone conference with D. Cohn re same and re appendix issue (.3); correspond with M. Shelnitz re emergence (.2). |
| 8/20/2012 | Lisa G Esayian | 3.70 | Office conference with R. Barakat re documents for appendix for Anderson Memorial appeal (1.0); review and analyze issues re same (2.7). |
| 8/21/2012 | Mike Jones | 1.60 | Review and analyze Sealed Air and Fresenius settlement documents. |
| 8/21/2012 | Kimberly K Love | 4.90 | Review files and obtain copy of exhibit to Fresenius settlement agreement (1.3); review files and obtain information re PD committee members as requested by L. Esayian (.7); revise and organize bank lender materials as requested by J. Donley (2.6); prepare and organize materials requested by M. Jones (.3). |
| 8/21/2012 | Andrew Brniak | .90 | Prepare and compile confirmation materials (.7); correspond with J. Gettleman re same (.2). |
| 8/21/2012 | Jeffrey Gettleman | .80 | Correspond with working group re LMP transition (.5); telephone conference with A. Paul re Sealed Air settlement agreement (.2); correspond with M. Jones re same (.1). |
| 8/21/2012 | Adam C Paul | 3.90 | Telephone conference with M. Shelnitz re effective date (.6); analyze timing of effective date (2.0); correspond with J. Donley re LMP transition (.2); conference with J. Gettleman re effective date issues (.3); analyze appellate pleadings (.2); telephone conference with J. Donley re AMH settlement (.2); analyze AMH settlement (.4). |
| 8/21/2012 | Rana Barakat | 4.70 | Research re stipulations to dismiss with prejudice (2.2); review items designated for inclusion of appendix for bank lender appeal (.6); review District Court record re Garlock appeal for materials to include in joint appendix (1.7); office conference with J. Donley re Sealed Air and Fresenius settlements (.2). |

A-23

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/21/2012 | John Donley, P.C. | 4.40 | Review and analyze Sealed Air and Fresenius settlement agreements (.8); conference with R. Barakat re same (.2); review status of LMP transition (.3); correspond with R. Finke, J. Gettleman and A. Paul re same (.3); draft correspondence to D. Cohn and F. McGovern re same (.2); telephone conference with F. McGovern re same (.2); review bank lender joint appendix (.4); telephone conference and correspond with K. Love re same (.2); correspond with R. Barakat, N. Dukov and K. Love re revisions to index (.3); review and analyze memorandum re reliance on appeal on totality of record (.5); correspond with N. Coco re emergence issues (.1); telephone conference with A. Paul re same (.2); review and analyze AMH proposal (.7). |
| 8/21/2012 | Lisa G Esayian | 1.40 | Review and analyze AMH issues. |
| 8/22/2012 | Mike Jones | 5.90 | Draft checklist re Sealed Air and Fresenius settlement conditions (2.1); review and revise same (2.9); review and analyze settlement agreements re same (.9). |
| 8/22/2012 | Jeffrey Gettleman | 1.40 | Office conferences with M. Jones re Sealed Air and Fresenius settlement agreements and checklist re same (.8); review and revise checklist re Sealed Air and Fresenius agreements (.6). |
| 8/22/2012 | Adam C Paul | 2.40 | Analyze and revise AMH settlement agreement (1.4); telephone conference with J. Donley re same (.4); conference with J. Donley re effective date (.6). |
| 8/22/2012 | Rana Barakat | 5.40 | Research re validity of releases and stipulations to dismiss with prejudice (.8); review and analyze Sealed Air and Fresenius settlement agreements re same (.7); draft research memorandum re same (3.1); review record below for materials to include in joint appendix (.8). |
| 8/22/2012 | John Donley, P.C. | 3.80 | Review and analyze status, chronology and details of AMH appeals and negotiations (.9); outline key points re same (.3); finalize volumes I and II and bank lender section of joint appendix (.8); telephone conference with K. Love re same (.5); correspond with R. Wyron, D. Turetsky, N. Coco, M. Shelnitz and A. Paul re emergence negotiations (.4); telephone conferences with A. Paul re current negotiations with AMH and other parties (.3); review case law re reliance on whole appellate record (.6). |
| 8/23/2012 | Mike Jones | 2.60 | Review and revise checklist re Sealed Air and Fresenius settlement conditions. |

A-24

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/23/2012 | Kimberly K Love | 2.10 | Prepare and organize materials identified on AMH designation and revise index of same. |
| 8/23/2012 | Jeffrey Gettleman | .70 | Draft, review and revise analysis re LMP transition (.4); correspond with R. Finke re same (.1); correspond with J. Bernstein re LMP transition (.1); review analysis by M. Jones re Garlock appeal (.1). |
| 8/23/2012 | Adam C Paul | 3.60 | Analyze AMH settlement agreement (1.4); conference with J. Donley and L. Esayian re same (.7); telephone conference with R. Finke re same (.9); telephone conference with M. Shelnitz re effective date (.4); analyze payment of prepetition claim (.2). |
| 8/23/2012 | Rana Barakat | 9.90 | Review and analyze case law re release validity (1.6); review and analyze case law re stipulations for dismissal (2.6); draft memorandum re potential effect of reversal of confirmation order on Sealed Air and Fresenius releases and stipulations to dismiss with prejudice (3.6); office conference with J. Donley re items to include in joint appendix (1.7); office conference with K. Love re same (.4). |
| 8/23/2012 | Jack N Bernstein | 1.00 | Analyze COBRA issues re Libby settlement (.5); prepare correspondence re same (.5). |
| 8/23/2012 | John Donley, P.C. | 5.80 | Correspond with J. Wisler re MCC appendix issues (.1); correspond with BNSF counsel re same (.2); correspond with M. Phillips re lender appeal issues (.2); review and analyze joint appendix relating to Garlock, Montana, Crown and AMH appeals (2.6); conferences with R. Barakat re same (1.7); telephone conferences with D. Turetsky re emergence issues (.2); telephone conferences with M. Shelnitz re same (.4); telephone conference with L. Esayian and A. Paul re AMH settlement analysis (.4). |
| 8/23/2012 | Lisa G Esayian | 2.80 | Analyze issues re possible AMH agreement (1.4); telephone conference with J. Donley and A. Paul re same (.6); conference with R. Finke and A. Paul re same (.8). |
| 8/24/2012 | Mike Jones | .90 | Correspond with working group re supplemental affidavit (.4); office conference with J. Gettleman re jurisdictional issues (.5). |
| 8/24/2012 | Kimberly K Love | 4.60 | Prepare and organize AMH designated materials for potential inclusion into Third Circuit joint appendix materials and edit index of same (2.9); revise and update materials for volumes I and II of joint appendix (1.7). |

A-25

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/24/2012 | Andrew Brniak | .30 | Prepare and compile precedent re notice of removal (.2); correspond with J. Gettleman re same (.1). |
| 8/24/2012 | Jeffrey Gettleman | 1.20 | Office conference with A. Paul and M. Jones re Sealed Air checklist and research re approval of Libby settlement (.4); correspond with working group re same (.5); review and analyze D. Blabey research re same (.3). |
| 8/24/2012 | Jeffrey Gettleman | 1.50 | Office conferences and correspond with A. Paul and M. Jones re Sealed Air and Fresenius checklist (1.1); correspond with working group re LMP transition (.4). |
| 8/24/2012 | Adam C Paul | 4.10 | Telephone conference with ACC and FCR re effective date (1.4); telephone conference with J. Donley re same (.4); conference with J. Gettleman re Sealed Air (.2); correspondence with R. Wyron re Montana (.1); analyze requirements to go effective (1.2); analyze jurisdiction of bankruptcy court (.8). |
| 8/24/2012 | John Donley, P.C. | 4.70 | Prepare for and participate in telephone conference with M. Shelnitz, A. Paul, P. Lockwood, R. Finke, R. Frankel and R. Wyron re emergence strategy (1.5); correspond with D. Turetsky re same (.2); correspond with J. Wisler and L. Casey re BNSF and MCC Appendix issues (.2); correspond with K. Love and R. Barakat re appendix issues (.3); telephone conference with A. Paul re emergence issues (.2); correspond with J. Gettleman re LMP transition (.1); correspond with C. Landau re Third Circuit mediation (.1); conference call with D. Turetsky, N. Coco and co-counsel re emergence issues (1.0); telephone conference with M. Shelnitz, R. Finke, A. Paul, P. Lockwood and R. Frankel re emergence follow-up issues (.6); review and analyze research and applicable Code sections re emergence and jurisdictional issues (.5). |
| 8/24/2012 | Lisa G Esayian | 1.90 | Correspond with FCR's counsel re post-effective date issues (.3); analyze issues for AMH appeal (1.6). |
| 8/26/2012 | Jeffrey Gettleman | .20 | Review and analyze Kramer Levin analysis of jurisdiction re plan issues. |
| 8/26/2012 | Adam C Paul | 1.20 | Analyze jurisdiction of bankruptcy court (1.0); correspond with J. Donley re same (.2). |
| 8/26/2012 | John Donley, P.C. | 1.20 | Review cases and research re bankruptcy and district court jurisdiction while appeal pending (1.1); correspond with A. Paul re same (.1). |

A-26

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/27/2012 | Kimberly K Love | 3.80 | Prepare and organize materials for inclusion into various topics of joint appendix materials and revise index of same as requested by R. Barakat. |
| 8/27/2012 | Jeffrey Gettleman | 1.40 | Correspond with A. Paul re jurisdiction research issues (.2); telephone conference with R. Finke re LMP transition (.4); correspond with J. Donley and A. Paul re same (.1); review Tribune briefing re bond re requirements (.5); office conference with A. Paul re Sealed Air and Fresenius discussions (.2). |
| 8/27/2012 | Adam C Paul | 2.20 | Analyze jurisdiction of bankruptcy court (.7); telephone conference with J. Donley re same (.3); analyze requirements to going effective (1.2). |
| 8/27/2012 | Rana Barakat | .10 | Office conference with K. Love re items to include in joint appendix. |
| 8/27/2012 | John Donley, P.C. | 6.80 | Review and analyze cases and research re jurisdiction and section 1142 (3.1); revise memorandum re same (1.5); telephone conferences with A. Paul re emergence issues (.3); correspond and telephone conferences with R. Frankel re emergence issues (.6); correspond and telephone conference with R. Wyron re mediation (.2); correspond and telephone conference with A. Rich re emergence issues (.2); review and analyze Landis & Cobb letter to Third Circuit and recent pleadings and filings (.2); telephone conference with R. Barakat re Third Circuit procedures (.1); telephone conference with D. Turetsky re emergence issues (.2); correspond and telephone conference with M. Shelnitz re appellate and emergence issues (.4). |
| 8/27/2012 | Lisa G Esayian | 2.30 | Telephone conference with R. Finke re issues re AMH appeals (.6); analyze key documents re same (1.3); correspond with R. Finke re same (.4). |
| 8/28/2012 | Mike Jones | 2.80 | Review and revise checklist re Sealed Air and Fresenius settlement conditions. |
| 8/28/2012 | Kimberly K Love | 4.30 | Prepare and organize materials for inclusion into various topics of joint appendix materials and revise index of same as requested by R. Barakat (2.2); revise and update AMH index and materials (2.1). |

A-27

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/28/2012 | Jeffrey Gettleman | 2.50 | Office conference with A. Paul re settlement discussions (.3); correspond with M. Jones re revised Sealed Air checklist (.7); review and revise same (.9); office conference with M. Jones re updates on emergence issues (.4); review correspondence from J. Donley to D. Cohn re Libby settlement effective date (.1); review correspondence from J. Donley to R. Finke re transition of LMP (.1). |
| 8/28/2012 | Adam C Paul | 1.80 | Telephone conference with ACC and FCR re case status and strategy (.9); analyze and revise SEC disclosure (.7); conference with J. Gettleman re appeals (.2). |
| 8/28/2012 | Rana Barakat | 1.20 | Prepare for call with Grace case manager (.3); review documents re Anderson Memorial appeal for items to include in joint appendix (.9). |
| 8/28/2012 | John Donley, P.C. | 5.20 | Telephone conference and correspond with L. Casey re BNSF appeal issue (.3); correspond with R. Barakat re same (.1); correspond with C. Landau re appellate issue (.1); telephone conference with ACC and FCR re case status and strategy (.9); research en banc procedures (.6); correspond with client re same (.2); correspond with D. Cohn re Libby implementation (.1); telephone conference with L. Esayian re AMH appendix issues (.2); review status of same (.3); review and analyze cases and research re reliance on entire record for support in appeal (1.7); telephone conferences with D. Turetsky and N. Coco re emergence issues (.4); review and analyze corporate documents (.3). |
| 8/28/2012 | Lisa G Esayian | 3.70 | Review and analyze issues re AMH's ZAI class claim (1.2); correspond with R. Finke re same (.3); review and analyze issues re potential AMH agreement (1.0); telephone conference with J. Donley re AMH exhibits (.4); analyze Bankruptcy Court docket re same (.8). |
| 8/28/2012 | Christopher Landau, P.C. | .50 | Correspond with working group re potential Third Circuit en banc schedule. |
| 8/29/2012 | Kimberly K Love | 5.70 | Prepare and organize materials for inclusion into various topics of joint appendix materials and revise index of same as requested by R. Barakat (5.3); prepare searchable version of document requested by R. Barakat (.4). |
| 8/29/2012 | Jeffrey Gettleman | 2.00 | Correspond with working group re stay pending appeal (1.2); review and analyze pleadings re same (.8). |

A-28

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 8/29/2012 | Adam C Paul | 1.90 | Telephone conference with J. Donley re SEC disclosure (.3); telephone conference with R. Finke re AMH settlement (.3); analyze and revise AMH settlement agreement (1.2); review correspondence from R. Wyron re Montana (.1). |
| 8/29/2012 | Rana Barakat | .70 | Correspond with J. Donley re status of mediation process and briefing schedule (.4); telephone conference with K. Love re materials to include in joint appendix (.1); review and analyze documents re AMH appeal for items to include in joint appendix (.2). |
| 8/29/2012 | John Donley, P.C. | 2.20 | Review R. Wyron correspondence re Montana mediation (.1); correspond with appellants' counsel re appendix issues (.4); correspond and telephone conferences with A. Rich, P. Bentley, D. Blabey and M. Shelnitz re emergence issues (.9); correspond and telephone conferences with A. Paul re corporate documents revision (.3); review Third Circuit mediation rules and procedures (.3); telephone conference and correspond with R. Barakat re same (.2). |
| 8/29/2012 | Lisa G Esayian | 2.20 | Review and analyze issues re AMH documents not admitted into evidence in confirmation hearing (1.3); review and analyze AMH potential settlement (.9). |
| 8/30/2012 | Kimberly K Love | 4.70 | Prepare and organize materials for inclusion into various topics of joint appendix materials and revise index of same as requested by R. Barakat (1.3); telephone conference with J. Donley (.3); update bank lender materials with appropriate exhibits (.5); prepare and organize various materials requested by A. Paul and D. Cohn (.8); revise and update joint appendix indices (1.8). |
| 8/30/2012 | Jeffrey Gettleman | .70 | Correspond with A. Paul re updating Kramer Levin research (.2); correspond with R. Finke re information request from Heberling firm re LMP members (.1); correspond with J. Bernstein and R. Finke re same (.4). |
| 8/30/2012 | Adam C Paul | 1.00 | Correspond with R. Finke re AMH (.3); telephone conference with R. Finke re AMH (.4); telephone conference with J. Donley re Sealed Air (.2); correspond with J. Donley re AMH (.1). |
| 8/30/2012 | Rana Barakat | 5.40 | Research re propriety of affirming judgments on grounds not considered by lower courts (1.2); review and analyze case law re same (1.4); draft memorandum re same (1.5); research re waiver of objections on appeal (1.3). |

A-29

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/30/2012 | John Donley, P.C. | 3.40 | Review and analyze joint appendix exhibit selection (1.3); telephone conference with K. Love re same (.2); correspond with A. Paul re current key issues (.1); telephone conference with M. Shelnitz re appellate issues and strategy (.4); review supplemental appendix materials provided by bank lenders (.2); review Aurelius briefing re emergency stay (.3); review and revise AMH negotiation documents (.2); review and analyze case law re reliance on entire appellate record (.5); correspond with R. Barakat re same (.2). |
| 8/30/2012 | Lisa G Esayian | 1.30 | Correspond with R. Finke re AMH issues (.2); review and analyze all recent appellants' Third Circuit filings (1.1). |
| 8/31/2012 | Kimberly K Love | 5.60 | Prepare and organize recently filed Third Circuit materials for J. Donley (.5); prepare appearance form for C. Landau (.7); revise and update joint appendix indices (4.4). |
| 8/31/2012 | Jeffrey Gettleman | 2.30 | Telephone conferences and correspond with working group re LMP transition (1.3); review Aurelius emergency motion for stay in Third Circuit re bond requirement (.8); correspond with A. Paul and J. Donley re same (.2). |
| 8/31/2012 | Adam C Paul | .30 | Telephone conference with J. Gettleman re LMP transfer (.2); telephone conference with J. Donley re same (.1). |
| 8/31/2012 | Rana Barakat | 4.10 | Review and analyze case law re propriety of affirming judgments on grounds not considered by lower court (1.7); draft memorandum re same (2.4). |
| 8/31/2012 | John Donley, P.C. | .40 | Review and analyze equitable mootness opinion and correspond with C. Landau re same (.3); correspond with A. Paul re Libby settlement implementation (.1). |
| | Total: | 597.40 | |

A-30

## Matter 41 - Tax Issues - Fees

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 8/01/2012 | Stephen H Butler | 1.80 | Research re qualified settlement fund tax issues (1.4); correspond with T. Maynes re same (.4). |
| 8/01/2012 | Todd F Maynes, P.C. | .80 | Correspond and telephone conferences with working group re qualified settlement fund rules. |
| 8/02/2012 | Todd F Maynes, P.C. | .30 | Research re qualified settlement fund rules. |
| 8/21/2012 | Todd F Maynes, P.C. | .50 | Telephone conferences and correspond with working group re qualified settlement fund rules. |
| 8/27/2012 | Todd F Maynes, P.C. | .70 | Review and analyze materials re bankruptcy expenses. |
| 8/28/2012 | Todd F Maynes, P.C. | 1.10 | Review and analyze materials re UTP issues. |
| 8/29/2012 | Todd F Maynes, P.C. | .90 | Review and analyze materials re UTP issues. |
| 8/30/2012 | Todd F Maynes, P.C. | 1.10 | Review and analyze materials re UTP issues. |
| 8/31/2012 | Todd F Maynes, P.C. | 1.40 | Correspond with C. Finke re bankruptcy issues (.3); review and analyze proposed uncertain tax position issues (1.1). |
|  | Total: | 8.60 |  |

A-31