IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Related Docket Nos. 29256, 29433, 29434, 29447, 29701, and** 29711 |
| | ) | |
| | ) | |

**MODIFIED ORDER GRANTING MOTION FOR LEAVE TO FILE REPLY OF CIM URBAN REIT 211 MAIN ST. (SF), LP, AS ASSIGNEE OF CIM REIT ACQUISITION, LLC TO OBJECTION OF MAIN PLAZA, LLC TO NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY FILED BY CIM URBAN REIT 211 MAIN ST. (SF), LP, AS ASSIGNEE OF CIM REIT ACQUISITION, LLC AND FOR LEAVE
TO EXCEED PAGE LENGTH**

Upon consideration of the motion (the "Motion")[1] for entry of an order granting CIM leave and permission to file the reply (the "Reply") to Main Plaza's Objection to the Notice of Transfer; and it appearing that the Court has jurisdiction to consider the Motion; and it appearing that due and adequate notice of the Motion has been given, and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefore, it is hereby

**ORDERED, ADJUDGED AND DECREED that:**

1. The Motion is granted.

2. CIM is granted leave and is permitted to file the Reply in the form attached to the Motion as **Exhibit A**.

---

[1] All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

#16803943 v1

      3.      The Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.

      4.  The reply shall be filed as a separate docket entry after being converted to PDF and shall not be scanned.

Dated: October 2, 2012  
      Wilmington, Delaware

*Judith K. Fitzgerald*  
THE HONORABLE JUDITH K. FITZGERALD  
UNITED STATES BANKRUPTCY JUDGE