```
                              REED SMITH LLP
                              PO Box 360074M
                           Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630


    W.R. Grace & Co.                          Invoice Number     2319489
    7500 Grace Drive                          Invoice Date       09/28/12
    Columbia, Maryland 21044                  Client Number       172573
    USA



==============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

    Fees                            228.00
    Expenses                          0.00

                     TOTAL BALANCE DUE UPON RECEIPT         $228.00
                                                       =============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630



   W.R. Grace & Co.                          Invoice Number     2319489
   7500 Grace Drive                          Invoice Date       09/28/12
   Columbia, Maryland 21044                  Client Number       172573
   USA                                       Matter Number         60026



==============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH AUGUST 31, 2012

    Date    Name                                                 Hours
   -------- -----------                                          -----


   08/10/12 Ament            Review and respond to e-mail from     .10
                             P. Cuniff re: agenda and hearing
                             binder due on 8/13.

   08/13/12 Ament            Various e-mails with K. Finlayson    .90
                             and R. Stewart re: 8/27/12 agenda
                             and hearing binder (.30); review
                             agenda (.10); revisions to same
                             (.10); update hearing binder with
                             CNO and COC received from
                             Pachulski (.20); coordinate hand
                             delivery of agenda and hearing
                             binder to Judge Fitzgerald per J.
                             O'Neill request (.10); follow-up
                             emails with Pachulski re: same
                             (.10).

   08/14/12 Ament            E-mails re: hearing binder for        .10
                             8/27 hearing.

   08/21/12 Ament            Review final agenda received from     .10
                             K. Finlayson.
                                                                 ------
                                              TOTAL HOURS          1.20
```

```
172573 W. R. Grace & Co.                       Invoice Number   2319489
 60026  Litigation and Litigation Consulting   Page    2
        September 28, 2012


        TIME SUMMARY              Hours          Rate          Value
      ------------------------  ---------------------        -------
      Sharon A. Ament            1.20  at  $  190.00  =       228.00
                                 CURRENT FEES                               228.00
                                                                       ------------
                                 TOTAL BALANCE DUE UPON RECEIPT           $228.00
                                                                       ============
```

US_ACTIVE-110702276.1-SAAMENT 10/02/2012 10:00 AM

```
                              REED SMITH LLP
                              PO Box 360074M
                           Pittsburgh, PA  15251-6074
                             Tax ID# 25-0749630


    W.R. Grace & Co.                        Invoice Number     2319490
    7500 Grace Drive                        Invoice Date       09/28/12
    Columbia, Maryland 21044                Client Number      172573
    USA


==============================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

    Fees                              8,007.00
    Expenses                              0.00

                    TOTAL BALANCE DUE UPON RECEIPT      $8,007.00
                                                     =============
```

```
                               REED SMITH LLP
                               PO Box 360074M
                          Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630



W.R. Grace & Co.                            Invoice Number       2319490
7500 Grace Drive                            Invoice Date         09/28/12
Columbia, Maryland 21044                    Client Number         172573
USA                                         Matter Number          60029


=============================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH AUGUST 31, 2012

  Date     Name                                                  Hours
--------  -----------                                            -----

08/01/12 Lord            Continue review, work and                4.30
                         preparation of aggregate
                         fee/expense charts/calculations
                         for final fee application.

08/02/12 Ament           E-mails re: billing matters.              .10

08/02/12 Lord            Continue review, work and                6.30
                         preparation of aggregate
                         fee/expense charts/calculations
                         for final fee application.

08/03/12 Lord            Continue review, work and                2.80
                         preparation of aggregate
                         fee/expense charts/calculations
                         for final fee application.

08/06/12 Ament           Begin drafting 45th quarterly fee         .40
                         application summary.

08/06/12 Lord            Continue review, work and                2.70
                         preparation of aggregate
                         fee/expense charts/calculations
                         for final fee application

08/07/12 Cameron         Review fee application materials          .30

08/07/12 Muha            Review and revise fee and expense         .30
                         detail for July monthly
                         application.
```

```
172573 W. R. Grace & Co.                              Invoice Number  2319490
60029  Fee Applications-Applicant                     Page    2
       September 28, 2012
```

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 08/08/12 | Ament | Calculate fees and expenses for quarterly fee application (.80); prepare spreadsheets re: same (.20); draft quarterly fee application (.30); e-mails re: same (.10); meet with A. Muha re: final fee application (.10); e-mails with J. Lord re: same (.10); review information received from J. Lord re: same (.10). | 1.70 |
| 08/08/12 | Lord | Communicate with S. Ament re: quarterly fee application and final fee application charts (.1); prepare notice and updated service lists for same (.5); continue preparation/audit of aggregate expense chart for use in final fee application (1.0). | 1.60 |
| 08/08/12 | Muha | Emails and meeting with D. Cameron re: final fee application. | .20 |
| 08/09/12 | Ament | Complete calculating fees and expenses for 45th quarterly fee application (.20); continue drafting narrative and summary re: same (.20); provide same to A. Muha for review (.10). | .50 |
| 08/09/12 | Lord | Continue review and preparation of aggregate fee/expense charts for use in final fee application. | 2.80 |
| 08/10/12 | Ament | Review A. Muha comments re: 45th quarterly fee application (.10); finalize narrative and summary re: same (.20); e-mail narrative and summary to J. Lord for DE filing (.10); attention to billing matters (.10); various e-mails re: same (.10); e-mails re: July monthly fee application (.10). | .70 |
| 08/10/12 | Lord | Finalize, e-file and serve Reed Smith's 45th quarterly fee application. | 1.30 |

```
172573 W. R. Grace & Co.                              Invoice Number  2319490
 60029 Fee Applications-Applicant                     Page     3
       September 28, 2012


   Date    Name                                                         Hours
 --------  -----------                                                  -----

 08/10/12 Muha            Attend to issues re: quarterly fee              .40
                          application and preparation of
                          final fee application.

 08/13/12 Ament           Review e-mail re: July monthly fee              .10
                          application.

 08/21/12 Ament           Review e-mail re: July monthly fee              .10
                          application.

 08/24/12 Ament           Review e-mail re: July monthly fee              .10
                          application.

 08/24/12 Muha            Review of fee and expense detail                .20
                          for July monthly application.

 08/27/12 Ament           Calculate fees and expenses for                1.30
                          July monthly fee application
                          (.30); prepare spreadsheet re:
                          same (.20); e-mail to J. Lord re:
                          CNO for June (.10); draft July
                          monthly fee application (.30);
                          provide same to A. Muha for review
                          (.10); finalize July monthly fee
                          application (.10); e-mail same to
                          J. Lord for DE filing (.10);
                          attention to billing matters (.10).

 08/27/12 Muha            Final review of July monthly fee                .30
                          application materials.

 08/28/12 Lord            Draft and e-file CNO to Reed Smith              .50
                          June monthly fee application (.4);
                          communicate with S. Ament re: July
                          monthly fee application (.1).

 08/29/12 Ament           E-mails with J. Lord re: July                   .40
                          monthly fee application (.10);
                          e-mail to J. Hughes re: same
                          (.10); attention to billing
                          matters (.10); e-mail to D.
                          Cameron and A. Muha re: same (.10).

 08/29/12 Lord            Finalize, e-file and serve Reed                1.30
                          Smith's July monthly fee
                          application.
                                                                       ------
                                                  TOTAL HOURS           30.70
```

```
172573 W. R. Grace & Co.                        Invoice Number   2319490
60029  Fee Applications-Applicant               Page    4
       September 28, 2012



       TIME SUMMARY                 Hours         Rate         Value
       -------------------------    ----------------------    -------
       Douglas E. Cameron            0.30  at  $  670.00  =     201.00
       Andrew J. Muha                1.40  at  $  460.00  =     644.00
       John B. Lord                 23.60  at  $  260.00  =   6,136.00
       Sharon A. Ament               5.40  at  $  190.00  =   1,026.00

                          CURRENT FEES                          8,007.00


                                                              ------------
                          TOTAL BALANCE DUE UPON RECEIPT        $8,007.00
                                                              ============
```

US_ACTIVE-110702276.1-SAAMENT 10/02/2012 10:00 AM

```
                              REED SMITH LLP
                              PO Box 360074M
                          Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630



   W.R. Grace & Co.                         Invoice Number      2319491
   7500 Grace Drive                         Invoice Date        09/28/12
   Columbia, Maryland 21044                 Client Number        172573
   USA


===============================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

     Fees                               11,121.00
     Expenses                                0.00

                     TOTAL BALANCE DUE UPON RECEIPT        $11,121.00
                                                          =============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                         Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630



   W.R. Grace & Co.                            Invoice Number        2319491
   7500 Grace Drive                            Invoice Date         09/28/12
   Columbia, Maryland 21044                    Client Number         172573
   USA                                         Matter Number          60033



==============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH AUGUST 31, 2012

   Date    Name                                                       Hours
 --------  -----------                                                 -----

 08/01/12 Cameron             Emails re: Speights claims.              .30

 08/02/12 Cameron             Telephone conference with J.             .90
                              Restivo re: Speights claim (.20);
                              review Anderson Memorial materials
                              (.70).

 08/02/12 Restivo             Telephone calls with R. Finke and        .70
                              D. Cameron re:  Anderson Memorial.

 08/03/12 Cameron             Review materials re: Speights            .70
                              claims, Anderson Memorial issues.

 08/05/12 Cameron             Additional review of Anderson           1.10
                              Memorial materials.

 08/07/12 Cameron             Review Anderson Memorial issues.         .70

 08/10/12 Restivo             Telephone conference with R. Finke.      .50

 08/11/12 Cameron             Review asbestos claims materials.        .60

 08/17/12 Cameron             Review materials relating to             .70
                              asbestos claims, Anderson Memorial.

 08/20/12 Cameron             Review Anderson Memorial claim           .80
                              materials.

 08/21/12 Cameron             Review draft agreement re:               .80
                              Anderson Memorial and emails re:
                              same.
```

```
172573 W. R. Grace & Co.                                 Invoice Number   2319491
 60033 Claim Analysis Objection Resolution & Estimation Page    2
       (Asbestos)
       September 28, 2012


   Date    Name                                                          Hours
 --------  -----------                                                   -----

 08/22/12  Cameron          Review draft agreement from                   1.80
                            Anderson Memorial counsel (.90);
                            review damages information (.90).

 08/23/12  Cameron          Review draft agreement and damage             1.10
                            materials.

 08/24/12  Cameron          Review draft agreement with                    .50
                            Anderson Memorial, meet with R.
                            Finke re: same.

 08/25/12  Cameron          Follow up from meeting with R.                 .30
                            Finke.

 08/26/12  Cameron          Review draft agreement.                        .40

 08/27/12  Cameron          Review draft agreement, meet with             1.90
                            J. Restivo re: same (.80);
                            prepare, revise summary comments
                            to client (.90); follow up (.20).

 08/27/12  Restivo          Mark-up draft (.5); meeting with              1.00
                            D. Cameron (.5).

 08/29/12  Cameron          Review revised draft from R. Finke             .90
                            (.60); multiple emails re: same
                            (.30).

 08/30/12  Cameron          Emails re: revised agreement                   .40
                            relating to Anderson Memorial
                            Claim.

 08/31/12  Cameron          Review revised draft agreement.                .40
                                                                         ------
                                                     TOTAL HOURS          16.50


 TIME SUMMARY                  Hours          Rate           Value
 ------------------------      ----------------------       -------
 Douglas E. Cameron            14.30  at  $  670.00  =     9,581.00
 James J. Restivo Jr.           2.20  at  $  700.00  =     1,540.00

                               CURRENT FEES                                11,121.00

                                                                         ------------
                               TOTAL BALANCE DUE UPON RECEIPT              $11,121.00
                                                                         ============
```

US_ACTIVE-110702276.1-SAAMENT 10/02/2012 10:00 AM

```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630



   W.R. Grace & Co.                         Invoice Number     2319492
   62 Whittemore Avenue                     Invoice Date       09/28/12
   Cambridge, MA  02140                     Client Number       172573




   ==============================================================================

   Re: W. R. Grace & Co.


   (60041)   Specifications Inquiry

       Fees                                 409.50
       Expenses                               0.00

                          TOTAL BALANCE DUE UPON RECEIPT          $409.50
                                                              =============
```

```
                            REED SMITH LLP
                            PO Box 360074M
                        Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630



   W.R. Grace & Co.                         Invoice Number       2319492
   62 Whittemore Avenue                     Invoice Date        09/28/12
   Cambridge, MA  02140                     Client Number        172573
                                            Matter Number         60041



===============================================================================

Re: (60041)  Specifications Inquiry

FOR PROFESSIONAL SERVICES PROVIDED THROUGH AUGUST 31, 2012

   Date    Name                                                  Hours
   ------- -----------                                           -----

   08/14/12 Luchini      Review materials from conslutant          .70
                         (0.4); correspondence with WR
                         Grace and consultant re: same
                         (0.3).

                                                               ------
                                              TOTAL HOURS         .70


   TIME SUMMARY                 Hours          Rate         Value
   ------------------------     ---------------------      -------
   Joseph S. Luchini            0.70  at  $  585.00  =      409.50

                         CURRENT FEES                                 409.50


                                                           ------------
                         TOTAL BALANCE DUE UPON RECEIPT         $409.50
                                                           ============
```

US_ACTIVE-110702276.1-SAAMENT 10/02/2012 10:00 AM