```
                          REED SMITH LLP
                          PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
    W.R. Grace & Co.                    Invoice Number    2319489
    7500 Grace Drive                    Invoice Date      09/28/12
    Columbia, Maryland 21044            Client Number      172573
    USA
```

===============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

```
        Fees                          228.00
        Expenses                        0.00

                 TOTAL BALANCE DUE UPON RECEIPT        $228.00
                                                   =============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                   Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
    W.R. Grace & Co.                      Invoice Number      2319489
    7500 Grace Drive                      Invoice Date      09/28/12
    Columbia, Maryland 21044              Client Number      172573
    USA                                   Matter Number       60026
```

===============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH AUGUST 31, 2012

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 08/10/12 | Ament | Review and respond to e-mail from P. Cuniff re: agenda and hearing binder due on 8/13. | .10 |
| 08/13/12 | Ament | Various e-mails with K. Finlayson and R. Stewart re: 8/27/12 agenda and hearing binder (.30); review agenda (.10); revisions to same (.10); update hearing binder with CNO and COC received from Pachulski (.20); coordinate hand delivery of agenda and hearing binder to Judge Fitzgerald per J. O'Neill request (.10); follow-up emails with Pachulski re: same (.10). | .90 |
| 08/14/12 | Ament | E-mails re: hearing binder for 8/27 hearing. | .10 |
| 08/21/12 | Ament | Review final agenda received from K. Finlayson. | .10 |

```
                                              ------
                                TOTAL HOURS    1.20
```

US_ACTIVE-110702276.1-SAAMENT 10/02/2012 10:01 AM

```
172573  W. R. Grace & Co.                          Invoice Number   2319489
60026   Litigation and Litigation Consulting       Page    2
        September 28, 2012
```

|           TIME SUMMARY            |    Hours    |    Rate    |   Value    |
| --------------------------------- | ----------- | ---------- | ---------- |
| Sharon A. Ament                   | 1.20 at $ 190.00 = | | 228.00 |
| CURRENT FEES                      |             |            |   228.00   |
| TOTAL BALANCE DUE UPON RECEIPT    |             |            |  $228.00   |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| | |
|---|---|
| W.R. Grace & Co. | Invoice Number    2319490 |
| 7500 Grace Drive | Invoice Date    09/28/12 |
| Columbia, Maryland 21044 | Client Number    172573 |
| USA | |


=============================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

    Fees                                 8,007.00
    Expenses                              0.00

                  TOTAL BALANCE DUE UPON RECEIPT    $8,007.00
                                                 =============

```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630


   W.R. Grace & Co.                        Invoice Number      2319490
   7500 Grace Drive                        Invoice Date      09/28/12
   Columbia, Maryland 21044                Client Number       172573
   USA                                     Matter Number        60029


========================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH AUGUST 31, 2012

   Date    Name                                              Hours
 --------  -----------                                       -----

08/01/12 Lord              Continue review, work and          4.30
                           preparation of aggregate
                           fee/expense charts/calculations
                           for final fee application.

08/02/12 Ament             E-mails re: billing matters.        .10

08/02/12 Lord              Continue review, work and          6.30
                           preparation of aggregate
                           fee/expense charts/calculations
                           for final fee application.

08/03/12 Lord              Continue review, work and          2.80
                           preparation of aggregate
                           fee/expense charts/calculations
                           for final fee application.

08/06/12 Ament             Begin drafting 45th quarterly fee   .40
                           application summary.

08/06/12 Lord              Continue review, work and          2.70
                           preparation of aggregate
                           fee/expense charts/calculations
                           for final fee application

08/07/12 Cameron           Review fee application materials    .30

08/07/12 Muha              Review and revise fee and expense   .30
                           detail for July monthly
                           application.
```

```
172573 W. R. Grace & Co.                        Invoice Number  2319490
60029  Fee Applications-Applicant               Page   2
       September 28, 2012
```

| Date | Name | | Hours |
|------|------|---|------|
| 08/08/12 | Ament | Calculate fees and expenses for quarterly fee application (.80); prepare spreadsheets re: same (.20); draft quarterly fee application (.30); e-mails re: same (.10); meet with A. Muha re: final fee application (.10); e-mails with J. Lord re: same (.10); review information received from J. Lord re: same (.10). | 1.70 |
| 08/08/12 | Lord | Communicate with S. Ament re: quarterly fee application and final fee application charts (.1); prepare notice and updated service lists for same (.5); continue preparation/audit of aggregate expense chart for use in final fee application (1.0). | 1.60 |
| 08/08/12 | Muha | Emails and meeting with D. Cameron re: final fee application. | .20 |
| 08/09/12 | Ament | Complete calculating fees and expenses for 45th quarterly fee application (.20); continue drafting narrative and summary re: same (.20); provide same to A. Muha for review (.10). | .50 |
| 08/09/12 | Lord | Continue review and preparation of aggregate fee/expense charts for use in final fee application. | 2.80 |
| 08/10/12 | Ament | Review A. Muha comments re: 45th quarterly fee application (.10); finalize narrative and summary re: same (.20); e-mail narrative and summary to J. Lord for DE filing (.10); attention to billing matters (.10); various e-mails re: same (.10); e-mails re: July monthly fee application (.10). | .70 |
| 08/10/12 | Lord | Finalize, e-file and serve Reed Smith's 45th quarterly fee application. | 1.30 |

```
172573  W. R. Grace & Co.                        Invoice Number  2319490
60029   Fee Applications-Applicant               Page    3
        September 28, 2012
```

| Date | Name | | Hours |
|------|------|--|-------|
| 08/10/12 | Muha | Attend to issues re: quarterly fee application and preparation of final fee application. | .40 |
| 08/13/12 | Ament | Review e-mail re: July monthly fee application. | .10 |
| 08/21/12 | Ament | Review e-mail re: July monthly fee application. | .10 |
| 08/24/12 | Ament | Review e-mail re: July monthly fee application. | .10 |
| 08/24/12 | Muha | Review of fee and expense detail for July monthly application. | .20 |
| 08/27/12 | Ament | Calculate fees and expenses for July monthly fee application (.30); prepare spreadsheet re: same (.20); e-mail to J. Lord re: CNO for June (.10); draft July monthly fee application (.30); provide same to A. Muha for review (.10); finalize July monthly fee application (.10); e-mail same to J. Lord for DE filing (.10); attention to billing matters (.10). | 1.30 |
| 08/27/12 | Muha | Final review of July monthly fee application materials. | .30 |
| 08/28/12 | Lord | Draft and e-file CNO to Reed Smith June monthly fee application (.4); communicate with S. Ament re: July monthly fee application (.1). | .50 |
| 08/29/12 | Ament | E-mails with J. Lord re: July monthly fee application (.10); e-mail to J. Hughes re: same (.10); attention to billing matters (.10); e-mail to D. Cameron and A. Muha re: same (.10). | .40 |
| 08/29/12 | Lord | Finalize, e-file and serve Reed Smith's July monthly fee application. | 1.30 |

```
                                                        ------
                                        TOTAL HOURS     30.70
```

```
172573 W. R. Grace & Co.                    Invoice Number   2319490
60029  Fee Applications-Applicant           Page    4
       September 28, 2012
```

```
TIME SUMMARY                Hours          Rate          Value
------------------------    ---------------------        -------
Douglas E. Cameron          0.30  at  $  670.00  =        201.00
Andrew J. Muha              1.40  at  $  460.00  =        644.00
John B. Lord               23.60  at  $  260.00  =      6,136.00
Sharon A. Ament             5.40  at  $  190.00  =      1,026.00

                       CURRENT FEES                      8,007.00


                                                      ------------
                  TOTAL BALANCE DUE UPON RECEIPT         $8,007.00
                                                      ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number    2319491
7500 Grace Drive                          Invoice Date      09/28/12
Columbia, Maryland 21044                  Client Number      172573
USA

==============================================================================

Re: W. R. Grace & Co.

(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

    Fees                          11,121.00
    Expenses                           0.00

              TOTAL BALANCE DUE UPON RECEIPT        $11,121.00
                                                 =============

```
                         REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630


   W.R. Grace & Co.                      Invoice Number    2319491
   7500 Grace Drive                      Invoice Date     09/28/12
   Columbia, Maryland 21044              Client Number     172573
   USA                                   Matter Number      60033


===========================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH AUGUST 31, 2012

   Date   Name                                            Hours
-------- -----------                                      -----

08/01/12 Cameron          Emails re: Speights claims.       .30

08/02/12 Cameron          Telephone conference with J.      .90
                          Restivo re: Speights claim (.20);
                          review Anderson Memorial materials
                          (.70).

08/02/12 Restivo          Telephone calls with R. Finke and .70
                          D. Cameron re:  Anderson Memorial.

08/03/12 Cameron          Review materials re: Speights      .70
                          claims, Anderson Memorial issues.

08/05/12 Cameron          Additional review of Anderson     1.10
                          Memorial materials.

08/07/12 Cameron          Review Anderson Memorial issues.   .70

08/10/12 Restivo          Telephone conference with R. Finke..50

08/11/12 Cameron          Review asbestos claims materials.  .60

08/17/12 Cameron          Review materials relating to       .70
                          asbestos claims, Anderson Memorial.

08/20/12 Cameron          Review Anderson Memorial claim     .80
                          materials.

08/21/12 Cameron          Review draft agreement re:         .80
                          Anderson Memorial and emails re:
                          same.
```

```
172573 W. R. Grace & Co.                          Invoice Number  2319491
60033  Claim Analysis Objection Resolution & Estimation Page   2
       (Asbestos)
       September 28, 2012
```

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 08/22/12 | Cameron | Review draft agreement from Anderson Memorial counsel (.90); review damages information (.90). | 1.80 |
| 08/23/12 | Cameron | Review draft agreement and damage materials. | 1.10 |
| 08/24/12 | Cameron | Review draft agreement with Anderson Memorial, meet with R. Finke re: same. | .50 |
| 08/25/12 | Cameron | Follow up from meeting with R. Finke. | .30 |
| 08/26/12 | Cameron | Review draft agreement. | .40 |
| 08/27/12 | Cameron | Review draft agreement, meet with J. Restivo re: same (.80); prepare, revise summary comments to client (.90); follow up (.20). | 1.90 |
| 08/27/12 | Restivo | Mark-up draft (.5); meeting with D. Cameron (.5). | 1.00 |
| 08/29/12 | Cameron | Review revised draft from R. Finke (.60); multiple emails re: same (.30). | .90 |
| 08/30/12 | Cameron | Emails re: revised agreement relating to Anderson Memorial Claim. | .40 |
| 08/31/12 | Cameron | Review revised draft agreement. | .40 |

```
                                                      ------
                                       TOTAL HOURS     16.50
```

```
TIME SUMMARY              Hours         Rate        Value
------------------------  ----------------------    -------
Douglas E. Cameron        14.30 at  $  670.00  =   9,581.00
James J. Restivo Jr.       2.20 at  $  700.00  =   1,540.00

                  CURRENT FEES                             11,121.00


                                                     ------------
                  TOTAL BALANCE DUE UPON RECEIPT        $11,121.00
                                                     ============
```

US_ACTIVE-110702276.1-SAAMENT 10/02/2012 10:01 AM

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number     2319492
62 Whittemore Avenue                    Invoice Date      09/28/12
Cambridge, MA  02140                    Client Number      172573

==============================================================================

Re: W. R. Grace & Co.

(60041)  Specifications Inquiry

        Fees                          409.50
        Expenses                        0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $409.50
                                                    =============

```
                              REED SMITH LLP
                              PO Box 360074M
                         Pittsburgh, PA  15251-6074
                           Tax ID# 25-0749630
```

```
    W.R. Grace & Co.                       Invoice Number     2319492
    62 Whittemore Avenue                   Invoice Date      09/28/12
    Cambridge, MA  02140                   Client Number      172573
                                           Matter Number       60041
```

===============================================================================

Re: (60041)  Specifications Inquiry

FOR PROFESSIONAL SERVICES PROVIDED THROUGH AUGUST 31, 2012

```
    Date   Name                                          Hours
 --------  -----------                                   -----

 08/14/12 Luchini        Review materials from conslutant    .70
                         (0.4); correspondence with WR
                         Grace and consultant re: same
                         (0.3).

                                                         ------
                                        TOTAL HOURS        .70
```

```
 TIME SUMMARY               Hours          Rate          Value
 ------------------------   ----------------------       -------
 Joseph S. Luchini          0.70  at  $  585.00  =       409.50

                            CURRENT FEES                               409.50


                                                         ------------
                          TOTAL BALANCE DUE UPON RECEIPT      $409.50
                                                         ============
```