# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**Objection Deadline:  October 22, 2012 at 4:00 p.m.**
**Hearing Date:  TBD only if necessary**

## FEE DETAIL FOR CASNER & EDWARDS, LLP'S
## ONE HUNDRED AND THIRTY-FIRST MONTHLY FEE APPLICATION
## FOR THE PERIOD FROM AUGUST 1, 2012 THROUGH AUGUST 31, 2012

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A
### (Fee Detail)

**FEES**

| | |
|---|---|
| **LITIGATION AND LITIGATION CONSULTING** | $1,097.50 |
| **FEE APPLICATION – APPLICANT** | $560.00 |
| **TOTAL FEES** | $1,657.50 |

# CASNER & EDWARDS, LLP

### A T T O R N E Y S   A T   L A W

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

September 26, 2012
Bill Number  156864
File Number  52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

## FOR PROFESSIONAL SERVICES

Re:    Litigation and Litigation Consulting

## LEGAL SERVICES

THROUGH AUGUST 31, 2012

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 08/08/12 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | No Charge |
| 08/10/12 | RAM | Read selected documents filed in bankruptcy court. | 0.20 Hrs | 70.00 |
| 08/10/12 | MTM | Telephone call from in-house counsel re: information on possible plant in Burnet, Texas. | 0.10 Hrs | 30.00 |
| 08/13/12 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | No Charge |
| 08/13/12 | MTM | Review plant binders and ore shipment records at Winthrop Square re: Burnet, Texas plant (1.0); telephone call to in-house counsel re: same (.3). | 1.30 Hrs | 390.00 |
| 08/14/12 | RAM | Read selected documents filed in bankruptcy court. | 0.20 Hrs | 70.00 |

GASNER & EDWARDS LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

THROUGH AUGUST 31, 2012

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 08/21/12 | MTM | Receipt and review of discovery requests in Swennes (.3); telephone call to in-house counsel re: same and documents re: testing of O.M. Scott products (.2); telephone call to ARA re: same (.2); review 2007 O.M. Scott production file and telephone call to in-house counsel re: same (.3) | 1.00 Hrs | 300.00 |
| 08/23/12 | RAM | Read updated bankruptcy court docket entries to select documents to read and read selected documents filed in bankruptcy court. | 0.10 Hrs | 35.00 |
| 08/27/12 | ARA | Per MTM's request, search for and locate particular Libby personnel file (.7). Review file and prepare to have file copied (.5); oversee pickup of file for copying (.2); email to MTM re: file picked up for copying, etc. (.1). | 1.50 Hrs | 202.50 |

TOTAL LEGAL SERVICES          $1,097.50

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---------------|-----|------|--------|
| Robert A. Murphy | 0.50 | 350.00 | 175.00 |
| Matthew T. Murphy | 2.40 | 300.00 | 720.00 |
| Angela R. Anderson | 1.50 | 135.00 | 202.50 |
| Robert A. Murphy | 0.20 | 350.00 | No Charge |
| | 4.60 | | $1,097.50 |

TOTAL THIS BILL          $1,097.50

# CASNER & EDWARDS, LLP

### A T T O R N E Y S   A T   L A W

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

September 26, 2012
Bill Number  156865
File Number  52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

**FOR PROFESSIONAL SERVICES**

Re:    Fee Applications, Applicant

**LEGAL SERVICES**

THROUGH AUGUST 31, 2012

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 08/01/12 | RAM | Finalize June fee application and send it to Delaware counsel to file. | 0.30 Hrs | 105.00 |
| 08/06/12 | RAM | Send "as filed" June fee application to Fee Auditor. | 0.10 Hrs | 35.00 |
| 08/12/12 | RAM | Work on Quarterly fee application and send it to Delaware counsel to file. | 0.50 Hrs | 175.00 |
| 08/16/12 | RAM | Work on July fee application. | 0.20 Hrs | 70.00 |
| 08/21/12 | RAM | Work on July fee application and send it to in-house counsels to review. | 0.10 Hrs | 35.00 |
| 08/22/12 | RAM | Emails from in-house counsels that fee application may be filed. | 0.05 Hrs | No Charge |
| 08/28/12 | RAM | Finalize July fee application and send it to Delaware counsel to file. | 0.30 Hrs | 105.00 |
| 08/30/12 | RAM | Send "as filed" July fee application to Fee Auditor. | 0.10 Hrs | 35.00 |

TOTAL LEGAL SERVICES            $560.00

**QASNER & EDWARDS, LLP**
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Fee Applications, Applicant

## LEGAL SERVICES SUMMARY

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 1.60 | 350.00 | 560.00 |
| Robert A. Murphy | 0.05 | 350.00 | No Charge |
| | 1.65 | | $560.00 |

TOTAL THIS BILL            $560.00

## <u>EXHIBIT B</u>
### (Expense Detail)

## EXPENSES

| | |
|---|---|
| **LITIGATION AND LITIGATION CONSULTING** | $12,466.84 |
| **FEE APPLICATION – APPLICANT** | $41.76 |
| **TOTAL EXPENSES** | $12,508.60 |

# CASNER & EDWARDS, LLP

### ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

September 26, 2012
Bill Number  156866
File Number  52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

## FOR PROFESSIONAL SERVICES

Re:    Litigation and Litigation Consulting

## LEGAL SERVICES

## COSTS

THROUGH AUGUST 31, 2012

RENT REIMBURSEMENT
| | | | |
|---|---|---|---|
| 08/03/12 | ONE WINTHROP SQUARE, LLC: Rent and utilities for document repository at One Winthrop Square - AUGUST 2012. | 12,058.39 | |
| | | | $12,058.39 |

MISCELLANEOUS
| | | | |
|---|---|---|---|
| 08/07/12 | RECORDKEEPER ARCHIVE CENTERS,: Storage 8/01/12 through 8/31/12. | 408.45 | |
| | | | $408.45 |
| | TOTAL COSTS | | $12,466.84 |
| | TOTAL THIS BILL | | $12,466.84 |

# CASNER & EDWARDS, LLP

### ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

September 26, 2012
Bill Number  156867
File Number  52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

## FOR PROFESSIONAL SERVICES

Re:    Fee Applications, Applicant

## LEGAL SERVICES

## COSTS

THROUGH AUGUST 31, 2012

EXCESS POSTAGE

| | | | |
|---|---|---|---|
| 08/31/12 | EXCESS POSTAGE | 1.70 | |
| | | | $1.70 |

FEDERAL EXPRESS

| | | | |
|---|---|---|---|
| 08/13/12 | FEDERAL EXPRESS CORPORATION: To 919 N Market Street, Pachulski Stang Ziehl and Jones from Casner and Edwards on August 1, 2012 by R A Murphy. | 20.03 | |
| 08/21/12 | FEDERAL EXPRESS CORPORATION: To 919 North Market Street, Pachulski Stang Ziehl and Jones from Casner and Edwards on July 16, 2012 by R A Murphy. | 20.03 | |
| | | | $40.06 |

| | |
|---|---|
| TOTAL COSTS | $41.76 |

| | |
|---|---|
| TOTAL THIS BILL | $41.76 |