**CERTIFICATE OF SERVICE**

     I, John H. Schanne, II, hereby certify that on the 2nd day of October, 2012, I caused the foregoing **Reply to Objection of Main Plaza, LLC to Notice of Transfer of Claim Other Than for Security Filed by CIM Urban REIT 211 Main St. (SF), LP, as Assignee of CIM REIT Acquisition, LLC** to be served upon the following parties by first-class mail, postage prepaid.

| | |
|---|---|
| Laura Davis Jones, Esq.<br>James E. O'Neill, Esq.<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street, 17th Floor<br>Wilmington, DE 19899-8705 | Garvan F. McDaniel, Esq.<br>Bifferato Gentilotti LLC<br>800 N. King Street, Plaza Level<br>Wilmington, DE 19801 |
| Robert L. Eisenbach III, Esq.<br>Michael A. Klein, Esq.<br>Dana S. Katz, Esq.<br>Cooley LLP<br>1114 Avenue of the Americas<br>New York, NY 10036 | |

       /s/ John H. Schanne, II
       John H. Schanne, II (DE No. 5260)

#16820563 v1