# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| W.R. GRACE & CO., et. al., | ) | Case No. 01-01139 (JKF) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) | **Related to D.I. 29717** |

## DECLARATION OF SERVICE

I, John H. Schanne, II, hereby declare that on the 2nd day of October, 2012, I caused the **Signed Modified Order Granting Motion for Leave to File Reply of CIM Urban REIT 211 Main St. (SF), LP, as Assignee of CIM REIT Acquisition, LLC to Objection of Main Plaza, LLC to Notice of Transfer of Claim Other Than for Security Filed by CIM Urban REIT 211 Main St. (SF), LP, as Assignee of CIM REIT Acquisiton, LLC and for Leave to Exceed Page Length (Docket No. 29717)** to be served upon the parties on the attached service list by first-class mail, postage prepaid.

Dated: October 1, 2012    Respectfully Submitted,

**Pepper Hamilton LLP**

By: /s/ John H. Schanne, II
David B. Stratton (DE No. 960)
John H. Schanne, II (DE No. 5260)
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19801-1709
Tel: (302) 777-6500

and

**Landau Gottfried & Berger LLP**

Peter J. Gurfein, Esq. (*pro hac vice* pending)
1801 Century Park East, Ste 700
Los Angeles, CA 90067
Tel: (310) 691-7374

Attorneys for CIM Urban REIT 211 Main St. (SF), LP, as Assignee of CIM REIT Acquisition, LLC

#16821085 v1

Laura Davis Jones, Esq.
James E. O'Neill, Esq.Pachulski Stang
Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705

Robert L. Eisenbach, III, Esq.
Michael A. Klein, Esq.
Dana S. Katz, Esq.
Cooley LLP
1114 Avenue of the Americas
New York, NY 10036

Garvan F. McDaniel, Esq.
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801

#16821085 v1