**EXHIBIT "A"**

## *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:(302) 575-1555    Fax:   (302) 575-1714

WR Grace PD Committee                                         August 1, 2012 to August 31, 2012

Inv #:   44899

**RE:**   WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 7.40 | 2,130.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 0.20 | 72.00 |
| B18 | Fee Applications, Others - | 3.50 | 585.00 |
| B25 | Fee Applications, Applicant - | 5.60 | 969.00 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 0.40 | 144.00 |
| B36 | Plan and Disclosure Statement - | 2.60 | 868.50 |
| B37 | Hearings - | 0.10 | 36.00 |
| B45 | Professional Retention Issues - | 0.10 | 36.00 |
| | **Total** | **19.90** | **$4,840.50** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lisa L. Coggins | 300.00 | 1.80 | 540.00 |
| Regina Matozzo | 225.00 | 3.50 | 787.50 |
| Theodore J. Tacconelli | 360.00 | 6.30 | 2,268.00 |
| Paralegal - MAG | 150.00 | 0.70 | 105.00 |
| Legal Assistant - KC | 150.00 | 7.60 | 1,140.00 |
| **Total** | | **19.90** | **$4,840.50** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                                         **$123.00**

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Aug-01-12 | *Case Administration* - E-mail from and confer with MAG re: efiling issues | 0.20 | LLC |
| | *Case Administration* - Review case management memo re: week ending 7-27-2012 | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings; memo to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review main docket re: status for week ending 7/27/12; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review Case Status Memo for week ending 7/27 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Docketing Information Statement by Libby Claimants in appeal no. 12-2966 | 0.10 | TJT |
| | Fee Applications, Applicant - Efile fee application for June 2012 | 0.20 | MAG |
| Aug-02-12 | *Case Administration* - Review three miscellaneous CNO's filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review memos re: status of various Appeals | 0.10 | TJT |
| | *Case Administration* - Review 2019 Statement filed by Cascino Vaughn | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Concise Summary of Case by Libby Claimants in appeal no. 12-2966 | 0.10 | TJT |
| | *Fee Applications, Others* - Efile Bilzin June 2012 fee application | 0.20 | MAG |
| Aug-03-12 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings; memo to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review main docket re: status for week ending 8/3/12; memo to T. Tacconelli and L. Coggins re: same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| Aug-04-12 | *Plan and Disclosure Statement* - Review AMH's Concise Summary of Case re: appeal 12-2923 | 0.10 | TJT |
| Aug-05-12 | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review AMH's Corporate Disclosure Statement re: appeal 12-2923 | 0.10 | TJT |
| Aug-06-12 | *Case Administration* - Review case management memo re: week ending 8-3-2012 | 0.10 | LLC |
| | *Case Administration* - Several discussions with MAG re: efling issues | 0.30 | LLC |
| Aug-07-12 | *Case Administration* - Review memos re: status of various appeals | 0.10 | TJT |
| | *Case Administration* - Review letter from Garlock to Judge Stark re: Garlock 2019 Statements Access appeal 11-1130 | 0.10 | TJT |
| | *Fee Applications, Others* - Brief review of Bilzin's June 2012 monthly fee app documents efiled by MAG, objections due 8-22-12 | 0.10 | KC |
| | *Fee Applications, Applicant* - Brief review of monthly fee app and related documents for June 2012 efiled by MAG with objections due 8-22-12 | 0.10 | KC |
| Aug-08-12 | *Plan and Disclosure Statement* - Review MCC's Case Information Statement re: appeal 12-2967 | 0.10 | TJT |
| Aug-09-12 | *Case Administration* - Review three miscellaneous Certificates of No Objection filed by Debtors | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review order consolidating appeals 12-3143 and 12-1402 | 0.10 | TJT |
| Aug-10-12 | *Committee, Creditors', Noteholders' or* -Review correspondence from committee member re: inquiring on status of plan confirmation | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Committee, Creditors', Noteholders' or* -Review correspondence from J. Sakalo re: status of plan confirmation | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review MCC's Concise Summary of Case in appeal 12-2967 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review order denying Garlock's Motion to Stay in appeal 12-2809 | 0.10 | TJT |
| Aug-11-12 | *Plan and Disclosure Statement* - Review letter from 3rd Circuit Clerk re: appeal 12-2904 | 0.10 | TJT |
| Aug-12-12 | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Objection by Main Plaza to Notice of Transfer of Claim | 0.30 | TJT |
| Aug-13-12 | *Case Administration* - Review case management memo re: week ending 8-10-2012 | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings; memo to T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review main docket re: status for week ending 8/10/12; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review case status memo for week ending 8/10 | 0.10 | TJT |
| | *Case Administration* - Review Post Confirmation Quarterly Report | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review order consolidating various appeals into appeal no. 12-1402 | 0.10 | TJT |
| Aug-14-12 | *Case Administration* - Review fee auditor's report re: applications with no issues and forward same to KC | 0.10 | LLC |
| | *Fee Applications, Others* - Trade emails with KC re: Bilzin's upcoming quarterly fee app | 0.10 | LLC |
| | *Case Administration* - Review memos re; status of various appeals | 0.10 | TJT |
| | *Case Administration* - Review Notice of Withdrawal of Document by Fee Auditor | 0.10 | TJT |
| | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report for 44th Interim Period re: No Objections with attachments | 0.20 | TJT |
| | *Case Administration* - Review Certificate of Counsel re: Debtor's Motion to Approve Settlement with EPA re: Weedsport site | 0.20 | TJT |
| | *Case Administration* - Review Declaration by ASAR Partners | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -Review Notice of Hearing date re: Objection to Notice of Transfer of Claim by Main Plaza | 0.10 | TJT |
| | *Case Administration* - Review memo from T. Tacconelli with attachment; update payments received re: same | 0.20 | KC |
| | *Fee Applications, Others* - Emails to and from L. Flores re: Bilzin quarterly fee application for April, May, June 2012 | 0.10 | KC |
| Aug-15-12 | *Case Administration* - Review Fee Auditor's final report re: Beveridge and Diamond for 44th Interim Period | 0.10 | TJT |
| | *Case Administration* - Review Modified Rule 2019 Filing Procedures order | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review AMH's Statement of Issues and record on Appeal in appeal 12-199 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review BNSF's Corporate Disclosure Statement in appeal 12-2917 | 0.10 | TJT |
| | *Professional Retention Issues* - Review Modified Order authorizing retention of Grant Thornton | 0.10 | TJT |

| Date | Description | Hours | Initials |
|---|---|---|---|
| Aug-16-12 | *Case Administration* - Review order authorizing settlement with EPA re: Weedposrt NY site | 0.10 | TJT |
| Aug-17-12 | *Plan and Disclosure Statement* - Review Concise Summary of Case by BNSF re: appeal 12-2917 | 0.10 | TJT |
| | *Hearings* - Review Agenda for 8/27 hearing | 0.10 | TJT |
| Aug-19-12 | *Case Administration* - Review Affidavit by RL&F | 0.10 | TJT |
| Aug-20-12 | *Case Administration* - Review three miscellaneous Certificate of No Objection filed by Debtors | 0.10 | TJT |
| | *Fee Applications, Applicant*  - Begin preparation of 45th Quarterly fee app for April- June 2012; calculations for same | 0.60 | KC |
| Aug-21-12 | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings; memo to   T. Tacconelli re: same | 0.40 | RM |
| | *Case Administration* - Review main docket re: status for week ending 8/17/12; memo to T. Tacconelli and L. Coggins re: same | 0.30 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review Case Status Memo for week ending 8/17 | 0.10 | TJT |
| | *Fee Applications, Others* - Emails from and to L. Flores re: Bilzin's 45th Quarterly fee app for April, May, June 2012; download attachments of same to file | 0.30 | KC |
| | *Fee Applications, Others* - Review Bilzin's 45th Quarterly fee application; draft notice, prepare exhibit of invoices and cos to same | 0.70 | KC |
| | *Fee Applications, Applicant*  - Continued draft of 45th Quarterly fee app for April, May, June 2012; prepare exhibits to same | 1.50 | KC |
| | *Fee Applications, Applicant*  -   Prepare draft notice and cos for 45th Quarterly fee app for April, May, June 2012 | 0.40 | KC |
| Aug-22-12 | *Case Administration* - Review memos re: status of various appeals | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review dockets in all pending confirmation appeals re: check on consolidation into appeal 12-1402 | 0.30 | TJT |
| | *Fee Applications, Others* - E-mail to LLC re: Bilzin's 45th Quarterly fee app with attachments | 0.20 | KC |
| | *Fee Applications, Applicant*  - E-mail to LLC re: 45th Quarterly fee app with attachments | 0.20 | KC |
| | *Fee Applications, Applicant*  - Revision to 45th Quarterly fee application | 0.20 | KC |
| Aug-23-12 | *Case Administration* - Review request for removal from Service list by R. Gomez | 0.10 | TJT |
| | *Fee Applications, Others* - Review docket for objections to June 2012 fee app | 0.10 | KC |
| | *Fee Applications, Others* - Prepare CNO to Bilzin's June 2012 fee app; to LLC for review | 0.20 | KC |
| | *Fee Applications, Applicant*  - Review docket for objections to June 2012 fee app | 0.10 | KC |
| | *Fee Applications, Applicant*  - Prepare certificate of no objection to June 2012 monthly fee app; to LLC for review | 0.20 | KC |
| Aug-24-12 | *Plan and Disclosure Statement* - Review Debtor's Corporate Disclosure Statement in Appeal no. 12-3143 | 0.10 | TJT |
| | *Fee Applications, Applicant*  - Prepare prebill for July 2012 monthly fee app; to T. Tacconelli for review | 0.10 | KC |
| Aug-25-12 | *Fee Applications, Applicant*  - Review and revise Ferry, Joseph & Pearce's July Prebill | 0.40 | TJT |
| Aug-26-12 | *Case Administration* - Review three miscellaneous CNO's filed by Debtors | 0.10 | TJT |

| Date | Description | Hours | Staff |
|---|---|---|---|
| | *Plan and Disclosure Statement* - Review Notice of Withdraw of attorneys for BLG in various appeals | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review various papers filed by Debtors in appeal no. 12-3143 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review various papers filed by MCC in appeal no. 12-2966 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review various papers filed by MCC in appeal no. 12-2917 | 0.10 | TJT |
| Aug-27-12 | *Case Administration* - Review case management memo re; week ending 8-17-2012 | 0.10 | LLC |
| | *Case Administration* - Review Request to Terminate Electric Notification for Ruben Gomez; review 2002 service list re: same | 0.10 | KC |
| | *Fee Applications, Others* - Email from L. Flores with attached Bilzin July 2012 fee app; download same | 0.20 | KC |
| | *Fee Applications, Others* - Review Bilzin July 2012 fee application, revision to Notice, prepare COS; to LLC for review | 0.30 | KC |
| | *Fee Applications, Applicant* - Revisions to July 2012 prebill; finalize same and prepare as Exhibit A to July 2012 monthly fee app | 0.20 | KC |
| | *Fee Applications, Applicant* - Draft July 2012 fee app and related documents | 0.30 | KC |
| Aug-28-12 | *Case Administration* - Review case management memo re; week ending 8-24-12 | 0.10 | LLC |
| | *Fee Applications, Others* - Review Bilzin July 2012 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review July 2012 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review dockets re: status of pending 3rd circuit, district court and adversary proceedings; memo to T. Tacconelli re: same | 0.30 | RM |
| | *Case Administration* - Review main docket re: status for week ending 8/24/12; memo to T. Tacconelli and L. Coggins re: same | 0.20 | RM |
| | *Plan and Disclosure Statement* - Research transfer of insurance rights | 0.10 | RM |
| | *Case Administration* - Review Case status memo for week ending 8/24 | 0.10 | TJT |
| Aug-29-12 | *Case Administration* - Review memos re: status of various Appeals | 0.10 | TJT |
| Aug-30-12 | *Fee Applications, Others* - Review certificate of no objection re: Bilzin June 2012 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review Bilzin's 45th Quarterly fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review certificate of no objection re: June 2012 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review 45th Quarterly fee app for filing | 0.10 | LLC |
| Aug-31-12 | *Fee Applications, Others* - Provide service for efiled Bilzin July 2012 fee app | 0.10 | MAG |
| | *Fee Applications, Applicant* - Provide service for efiled July 2012 fee app | 0.20 | MAG |
| | *Fee Applications, Others* - Prepare Bilzin certificate of no objection to June 2012 fee app for filing, efile same | 0.30 | KC |
| | *Fee Applications, Others* - Prepare Bilzin July 2012 fee app for efiling; efile same | 0.30 | KC |
| | *Fee Applications, Applicant* - Prepare CNO to June 2012 monthly fee app for efiling; efile same | 0.30 | KC |
| | *Fee Applications, Applicant* - Prepare July 2012 monthly fee app for efiling; efile same | 0.30 | KC |
| | **Totals** | **19.90** | |

Invoice #:   44899                         Page   7                        August 1-31, 2012

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---:|
| Aug-01-12 | Cost Advance - Pacer Service Center - 4/1/12-6/30/12 (RM) Account # FJ0497 | 46.40 |
| Aug-12-12 | Photocopy Cost | 1.10 |
|  | Photocopy Cost | 0.80 |
| Aug-14-12 | Cost Advance - First State Deliveries - hand deliveries | 52.50 |
| Aug-15-12 | Photocopy Cost | 0.90 |
| Aug-21-12 | Photocopy Cost | 0.80 |
|  | Photocopy Cost | 1.10 |
|  | Photocopy Cost | 1.00 |
|  | Photocopy Cost | 0.90 |
|  | Photocopy Cost | 1.40 |
|  | Photocopy Cost | 1.40 |
|  | Photocopy Cost | 1.10 |
|  | Photocopy Cost | 1.90 |
| Aug-27-12 | Photocopy Cost | 0.70 |
|  | Photocopy Cost | 0.60 |
|  | Photocopy Cost | 0.60 |
|  | Photocopy Cost | 0.70 |
|  | Photocopy Cost | 0.80 |
| Aug-31-12 | Photocopy Cost | 7.60 |
|  | Photocopy Cost | 0.70 |
|  | **Totals** | **$123.00** |

**Total Fees & Disbursements**                                                    $4,963.50