# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 01-1139 (JKF) |
| W. R. GRACE & CO., et al., | Jointly Administered |
| Debtors. | |

## NOTICE TO BE REMOVED FROM SERVICE AND ELECTRONIC NOTICE LISTS

PLEASE TAKE NOTICE that the undersigned hereby requests to be removed from all notice, service and electronic filing lists in this case.

Please remove the following email address: jfiorella@archerlaw.com.

Dated: October 3, 2012         By: /s/ John V. Fiorella
      Wilmington, Delaware                    John V. Fiorella (DE No. 4330)
                                                                 ARCHER & GREINER
                                                                 A Professional Corporation
                                                                 300 Delaware Avenue, Suite 1370
                                                                 Wilmington, DE  19801
                                                                 Telephone: 302-777-4350
                                                                 Facsimile: 302-777-4352
                                                                 Email: jfiorella@archerlaw.com

8944009v1