# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 1

| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |

September 17, 2012                                                                    INVOICE:                  250221

MATTER: CLAIMANTS COMMITTEE                                              ROBERT M. HORKOVICH

c/o Peter Van N. Lockwood, Esq.
Caplin & Drysdale
One Thomas Circle
Washington, DC 20005

## PROFESSIONAL SERVICES through 08/31/12

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 08/01/12 | Continued research regarding bar dates, statutes of limitations for various asbestos trusts in connection with settlement demand and communications with R. Horkovich and Caplin & Drysdale re: same. | W001 | DJN | 4.20 |
| 08/01/12 | Continue analysis of selected insurance policies re: follow form, definition of bodily and personal injury, and cooperation clauses (2.20); draft and revise insurance policy data spreadsheets (.40). | W001 | GFF | 2.60 |
| 08/01/12 | Reviewed information re:  insurance policy. | W001 | IF | 0.80 |
| 08/01/12 | Continue to review insurance policies and reimbursement agreements re:  multiple facets of insolvent insurance companies. | W001 | IF | 1.70 |
| 08/01/12 | Check settlement proposal against cash flow analysis and review same. | W001 | MG | 1.80 |
| 08/01/12 | Work on insolvent claim analysis and cash flow issues. | W001 | MG | 1.40 |
| 08/01/12 | Attention to settlement with insurance company (1.00).  Attention to project recalculating damages (0.70). | W001 | RMH | 1.70 |
| 08/01/12 | Research and analysis regarding prior settlement provisions and issues (2.10).  Draft proposed settlement agreement consistent with proposal of insurance company (2.50). | W001 | RYC | 4.60 |
| 08/02/12 | Request backup for expense entries. | W011 | AHP | 0.20 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                         EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 2

| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | 100055.WRG01 |
|---|---|---|---|

September 17, 2012                                         INVOICE:        250221

MATTER:  CLAIMANTS COMMITTEE                                         ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 08/02/12 | Attention to chart analyzing claims data for various asbestos trusts with internal statute of limitations considerations in connection with settlement demand. | W001 | DJN | 6.30 |
| 08/02/12 | Draft and revise insurance policy data spreadsheets (.40); continue analysis of selected insurance policies re: follow form, definition of bodily and personal injury, and cooperation clauses (2.30). | W001 | GFF | 2.70 |
| 08/02/12 | Research and analysis of insurance policies and reimbursement agreements in connection with insolvent insurance companies, payment issues, personal injury, bodily injury and cooperation language. | W001 | IF | 1.90 |
| 08/02/12 | Attention to settlement with insurance company (1.00). Attention to recalculation of settlement demands (1.80). | W001 | RMH | 2.80 |
| 08/02/12 | Revise settlement agreement in connection with insurance company's offer for plan proponent review (3.80). Evaluate comments from plan proponents in connection with draft settlement agreement (1.10). | W001 | RYC | 4.90 |
| 08/03/12 | Continue analysis of selected insurance policies re: follow form issues, cooperation clauses, and definition of bodily and personal injury (1.90); draft and revise insurance policy data spreadsheets (.40). | W001 | GFF | 2.30 |
| 08/03/12 | Follow-up re: multiple faces of insurance policies and reimbursement agreements. | W001 | IF | 2.40 |
| 08/03/12 | Attention to potential settlement with an unsettled insurance company (.10). Attention to draft settlement agreement (.10). Communicate with Debtor and FCR counsel (.20). Communicate with settling insurance company counsel (.20). | W001 | RMH | 0.60 |
| 08/03/12 | Follow-up regarding comments from plan proponents in connection with draft settlement agreement. | W001 | RYC | 1.20 |

{D0239192.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                        **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

                                                                                Page 3

W.R. GRACE/CLAIMANTS COMMITTEE                         MATTER:      100055.WRG01

September 17, 2012                                     INVOICE:         250221

MATTER:  CLAIMANTS COMMITTEE                           ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 08/06/12 | Call with R. Horkovich and Elihu Inselbuch re: comparison between other asbestos bankruptcy and W.R. Grace pre-petition filings (.10), analyze filings for pre-petition claims information, and additional research for Owens-Corning pre-petition claims filings in connection with analysis for settlement demand (7.20). | W001 | DJN | 7.30 |
| 08/06/12 | Continue analysis of selected settlement agreements re: indemnity issues (1.80); draft and revise insurance policy data spreadsheets (.90). | W001 | GFF | 2.70 |
| 08/06/12 | Continue to review insurance policies and reimbursement agreements re: multiple facets of insolvent insurance companies. | W001 | IF | 2.40 |
| 08/06/12 | Update and revise cash flow analysis spreadsheet. | W001 | MG | 3.20 |
| 08/06/12 | Attention to developing data regarding settlement demand calculations and confer with Mr. Inselbuch. | W001 | RMH | 0.90 |
| 08/07/12 | Continued research on similar asbestos bankruptcy pre-petition claims, office conference with R. Horkovich re: updated claims analysis, and revise chart in connection with settlement demand. | W001 | DJN | 6.20 |
| 08/07/12 | Draft and revise insurance policy data spreadsheets (.60); continue analysis of selected settlement and reimbursement agreements re: indemnity issues (1.20); Analysis of selected insurance policies re: follow form, cooperation clause and definition of bodily and personal injury issues (1.10). | W001 | GFF | 2.90 |
| 08/07/12 | Research and analysis of insurance policies and reimbursement agreements in connection with insolvent insurance companies, payment issues, personal injury, bodily injury and cooperation language. | W001 | IF | 2.10 |
| 08/07/12 | Review letter from clerk re: request for submission of five additional copies of motion for reconsideration and prepare correspondence forwarding same. | W001 | KES | 0.20 |

{D0239192.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                           EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 4

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| September 17, 2012 | | INVOICE: | | 250221 |
| MATTER: CLAIMANTS COMMITTEE | | | ROBERT M. HORKOVICH | |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 08/07/12 | Update and revise cash flow analysis and review insolvent claim. | W001 | MG | 3.20 |
| 08/07/12 | Edit proposed insurance company settlement (.80). Attention to reinsurance of settlement demand data (.80). | W001 | RMH | 1.60 |
| 08/07/12 | Research settlement issues and revise draft agreement with potentially settling insurance company. | W001 | RYC | 3.20 |
| 08/08/12 | Continue to review and revise time and expense entries, review backup. | W011 | AHP | 1.40 |
| 08/08/12 | Draft and revise insurance policy data spreadsheets (.40); continue analysis of selected insurance policies re: follow form, cooperation clause issues, and definition of bodily and personal injury issues (1.30); continue analysis of selected settlement and reimbursements re: indemnity issues (1.10). | W001 | GFF | 2.80 |
| 08/08/12 | Follow-up re: multiple faces of insurance policies and reimbursement agreements. | W001 | IF | 2.30 |
| 08/08/12 | Update and revise cash flow analysis. | W001 | MG | 4.10 |
| 08/08/12 | Attend to possible settlement with an insurance company (.70). Transmit draft settlement agreement to insurance company counsel (.70). | W001 | RMH | 1.40 |
| 08/08/12 | Follow-up regarding settlement discussion status with insurance company (1.40). Continue evaluation regarding post-confirmation insurance assets (1.40). | W001 | RYC | 2.80 |
| 08/09/12 | Continue to review and revise time and expense entries (1.20); begin preparing monthly fee application (.70). | W011 | AHP | 1.90 |
| 08/09/12 | Analyzed insurance policies and coverage in place/settlement agreements re: insolvent insurance companies, payment issues, personal injury, bodily injury language review, follow form and cooperation clause issues. | W001 | IF | 1.80 |
| 08/09/12 | Update and revise insurance payment chart. | W001 | MG | 2.80 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 5

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| September 17, 2012 | | INVOICE: | | 250221 |
| MATTER:  CLAIMANTS COMMITTEE | | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 08/09/12 | Research and analysis regarding proof of claim related issues with delays in decisions from insolvent insurance companies. | W001 | RYC | 3.20 |
| 08/10/12 | Multiple e-mails with local counsel and brief telephone conversation to confirm prior receipt of interim documents. | W011 | AHP | 0.60 |
| 08/10/12 | Conference call with R. Horkovich and Elihu Inselbuch re: revisions to analysis of various asbestos trusts in connection with settlement demand. | W001 | DJN | 0.20 |
| 08/10/12 | Continue to review insurance policies and reimbursement agreements re:  multiple facets of insolvent insurance companies. | W001 | IF | 1.60 |
| 08/10/12 | Update and revise cash flow analysis. | W001 | MG | 3.40 |
| 08/10/12 | Attention to calculation of settlement demands and confer with Mr. Inselbuch. | W001 | RMH | 0.80 |
| 08/10/12 | Follow-up regarding settlement discussion status with insurance company. | W001 | RYC | 1.20 |
| 08/13/12 | Finalize draft of monthly fee application and most of exhibits (waiting on revised bill). | W011 | AHP | 1.30 |
| 08/13/12 | Revise chart of prepetition asbestos claims for other asbestos trusts for five year period (in connection with settlement demand). | W001 | DJN | 0.30 |
| 08/13/12 | Research and analysis of insurance policies and reimbursement agreements in connection with insolvent insurance companies, payment issues, personal injury, bodily injury and cooperation language. | W001 | IF | 2.10 |
| 08/13/12 | Update and revise cash flow claim analysis. | W001 | MG | 3.40 |
| 08/13/12 | Attention to recalculation of settlement demands. | W001 | RMH | 0.70 |
| 08/13/12 | Review and analysis in connection with progression of claims against unsettled insurance assets. | W001 | RYC | 2.80 |
| 08/14/12 | Review and proof latest draft of bill, forward bill and draft application for attorney review. | W011 | AHP | 1.80 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 6

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

September 17, 2012                                INVOICE:           250221

MATTER:  CLAIMANTS COMMITTEE                      ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 08/14/12 | Draft and revise insurance policy data spreadsheets (.30); continue analysis of selected insurance policies re: follow form, cooperation clause issues and definition of bodily and personal injury issues (.80). | W001 | GFF | 1.10 |
| 08/14/12 | Follow-up re: multiple faces of insurance policies and reimbursement agreements. | W001 | IF | 2.10 |
| 08/14/12 | Update and revise cash flow analysis and review insolvent claim. | W001 | MG | 3.60 |
| 08/15/12 | Review and revise entries for clarity. | W011 | AHP | 0.90 |
| 08/15/12 | Continue analysis of selected insurance policies re: follow form, cooperative clauses, and bodily and personal injury definitions. | W001 | GFF | 2.30 |
| 08/15/12 | Reviewed new information re: settlements. | W001 | IF | 0.50 |
| 08/15/12 | Continue to review insurance policies and reimbursement and settlement agreements re: multiple facets of insolvent insurance companies' policies. | W001 | IF | 2.10 |
| 08/15/12 | Update and revise cash flow claim analysis. | W001 | MG | 2.70 |
| 08/15/12 | Review and comment upon fee applications. | W011 | RYC | 0.90 |
| 08/16/12 | Review changes, redact invoices to remove non-related information, finalize and release monthly fee application and exhibits. | W011 | AHP | 1.80 |
| 08/16/12 | Email with R. Horkovich and Elihu Inselbuch. | W001 | DJN | 0.10 |
| 08/16/12 | Analysis of selected settlement and reimbursement agreements re: indemnity issues (1.30); continue analysis of selected insurance policies re: follow form, cooperation clauses, and bodily and personal injury definitions (.60). | W001 | GFF | 1.90 |
| 08/16/12 | Research and analysis of insurance policies and reimbursement agreements in connection with insolvent insurance companies, payment issues, personal injury, bodily injury and cooperation language. | W001 | IF | 1.60 |

{D0239192.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                            **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 7

W.R. GRACE/CLAIMANTS COMMITTEE                         MATTER:       100055.WRG01

September 17, 2012                                     INVOICE:         250221

MATTER:  CLAIMANTS COMMITTEE                           ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 08/17/12 | Analysis of selected settlement and reimbursement agreements re: indemnity issues (1.80); draft and revise insurance policy data spreadsheets (.40). | W001 | GFF | 2.20 |
| 08/17/12 | Researched and analyzed of insurance policies and reimbursement and settlement agreements in connection with insolvent insurance companies, payment issues, personal injury, bodily injury and cooperation clause language. | W001 | IF | 2.30 |
| 08/17/12 | Helped to prepare for meeting with insurance company. | W001 | IF | 0.30 |
| 08/17/12 | Update and revise cash flow analysis. | W001 | MG | 2.20 |
| 08/17/12 | Review and analysis in connection with updated information relating to claims processing status of certain insolvent insurance carriers. | W001 | RYC | 2.30 |
| 08/20/12 | Conference call with R. Horkovich and Elihu Inselbuch re: different approach to chart comparing Grace claims to other asbestos bankruptcies and trusts for settlement demand. | W001 | DJN | 0.20 |
| 08/20/12 | Continue review of selected settlement and reimbursement agreements re: indemnity issues (1.40); draft and revise insurance policy data spreadsheets (.70). | W001 | GFF | 2.10 |
| 08/20/12 | Continue to review insurance policies and reimbursement agreements re: multiple facets of insolvent insurance companies. | W001 | IF | 2.40 |
| 08/20/12 | Attention to recalculation of damages and confer with Mr. Inselbuch. | W001 | RMH | 0.70 |
| 08/20/12 | Continue review and analysis re: post-bankruptcy trust insurance resources summaries. | W001 | RYC | 1.60 |
| 08/21/12 | Draft and revise insurance policy data spreadsheets (.40); continue review of selected settlement and reimbursement agreements re: indemnity issues (1.40). | W001 | GFF | 1.80 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 8

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| September 17, 2012 | | INVOICE: | | 250221 |
| MATTER: CLAIMANTS COMMITTEE | | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 08/21/12 | Research and analysis of insurance policies and reimbursement agreements in connection with insolvent insurance companies, payment issues, personal injury, bodily injury and cooperation language. | W001 | IF | 2.30 |
| 08/21/12 | Update and revise cash flow claim analysis. | W001 | MG | 3.20 |
| 08/21/12 | Attention to numerous 2019 orders and confer with Kevin McKlay. | W001 | RMH | 0.80 |
| 08/22/12 | Continue analysis of selected settlement and reimbursement agreements re: indemnification issues. | W001 | GFF | 1.70 |
| 08/22/12 | Follow-up re: multiple faces of insurance policies and reimbursement agreements. | W001 | IF | 1.90 |
| 08/22/12 | Update and revise cash flow claim analysis. | W001 | MG | 2.90 |
| 08/23/12 | Continue analysis of selected settlement agreements re: indemnification issues. | W001 | GFF | 1.60 |
| 08/23/12 | Continue to review insurance policies and reimbursement agreements re: multiple facets of insolvent insurance companies. | W001 | IF | 1.80 |
| 08/23/12 | Continue review and analysis of underlying evidence re. post-bankruptcy trust insurance resources summaries. | W001 | RYC | 2.80 |
| 08/24/12 | Draft and revise insurance policy data spreadsheets (.80); continue analysis of selected settlement and reimbursement agreements re: indemnity issues (1.30). | W001 | GFF | 2.10 |
| 08/24/12 | Research and analysis of insurance policies and reimbursement agreements in connection with insolvent insurance companies, payment issues, personal injury, bodily injury and cooperation language. | W001 | IF | 2.20 |
| 08/27/12 | Revise charts comparing other asbestos bankruptcy prepetition filings with asbestos trust claim filings in connection with analysis for settlement proposal. | W001 | DJN | 0.70 |

{D0239192.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                            EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 9

| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
|---|---|---|
| September 17, 2012 | INVOICE: | 250221 |
| MATTER: CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 08/27/12 | Continue analysis of selected settlement and reimbursement agreements re: indemnity and various payment issues (1.60); draft and revise insurance policy data spreadsheets (.70). | W001 | GFF | 2.30 |
| 08/27/12 | Follow-up re: multiple faces of insurance policies and reimbursement agreements. | W001 | IF | 2.30 |
| 08/27/12 | Update and revise cash flow claim analysis. | W001 | MG | 2.80 |
| 08/27/12 | Update of analysis of pending insolvent insurance company proof of claims. | W001 | RYC | 2.20 |
| 08/28/12 | Prepare email to R. Horkovich re: charts comparing other asbestos bankruptcy prepetition and trust claims activity in connection with settlement demand. | W001 | DJN | 0.10 |
| 08/28/12 | Begin analysis of selected insurance policies re: follow form and voluntary payments issues (1.80); draft and revise insurance policy data spreadsheets (.40). | W001 | GFF | 2.20 |
| 08/28/12 | Continue to review insurance policies and reimbursement agreements re: multiple facets of insolvent insurance companies. | W001 | IF | 2.10 |
| 08/28/12 | Update and revise cash flow claim analysis. | W001 | MG | 2.80 |
| 08/28/12 | Continue update of analysis of pending insolvent insurance company proof of claims. | W001 | RYC | 1.70 |
| 08/29/12 | Continue analysis of selected insurance policies re: follow form and voluntary payments issues (1.40); draft and revise insurance policy data spreadsheets (.40). | W001 | GFF | 1.80 |
| 08/29/12 | Research and analysis of insurance policies and reimbursement agreements in connection with insolvent insurance companies, payment issues, personal injury, bodily injury and cooperation language. | W001 | IF | 2.60 |
| 08/29/12 | Review and update of evidence in connection with post-confirmation insurance coverage. | W001 | RYC | 1.70 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 10

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| September 17, 2012 | | INVOICE: | | 250221 |
| MATTER:  CLAIMANTS COMMITTEE | | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 08/30/12 | Communications with R. Horkovich and Elihu Inselbuch re: scheduling meeting to discuss specific insurance company settlement demand approach. | W001 | DJN | 0.10 |
| 08/30/12 | Draft and revise insurance policy data spreadsheets (.70); continue analysis of selected insurance policies re: follow form and voluntary payments issues (1.90). | W001 | GFF | 2.60 |
| 08/30/12 | Follow-up re: multiple faces of insurance policies and reimbursement agreements. | W001 | IF | 2.40 |
| 08/30/12 | Attention to draft settlement agreement proposed by insurance company. | W001 | RMH | 1.20 |
| 08/30/12 | Review and analysis in connection with comments relating to settlement agreement with specific insurance company (1.20). Review and update in connection with status of insurance company status in bankruptcy (1.00). | W001 | RYC | 2.20 |
| 08/31/12 | Continue analysis of selected insurance policies re: follow form and voluntary payments issues (1.40); draft and revise insurance policy data spreadsheets (.40). | W001 | GFF | 1.80 |
| 08/31/12 | Analyzed and researched insurance policies and reimbursement and settlement agreements in connection with voluntary payment issues, insolvent insurance companies and following form. | W001 | IF | 2.40 |
| 08/31/12 | Attention to potential settlement with insurance company. | W001 | RMH | 0.80 |
| 08/31/12 | Review and revise settlement agreement incorporating insurance company's revisions. | W001 | RYC | 2.50 |

**TOTAL FEES:**                                                                                            **$112,724.00**

{D0239192.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 11

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:       100055.WRG01

September 17, 2012                                INVOICE:         250221

MATTER:  CLAIMANTS COMMITTEE                      ROBERT M. HORKOVICH

**FEE SUMMARY**

|                       | RATE   | HOURS | TOTALS      |
|-----------------------|--------|-------|-------------|
| Arline H Pelton       | 260.00 |  9.90 |   2,574.00  |
| Dennis J. Nolan       | 480.00 | 25.70 |  12,336.00  |
| Glenn F Fields        | 355.00 | 43.50 |  15,442.50  |
| Izak Feldgreber       | 305.00 | 50.40 |  15,372.00  |
| Kenneth E. Sharperson | 560.00 |  0.20 |     112.00  |
| Mark Garbowski        | 625.00 | 43.50 |  27,187.50  |
| Robert M Horkovich    | 895.00 | 14.00 |  12,530.00  |
| Robert Y Chung        | 650.00 | 41.80 |  27,170.00  |
| **TOTAL FEES:**       |        |       | **$112,724.00** |

{D0239192.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 12

W.R. GRACE/CLAIMANTS COMMITTEE              MATTER:      100055.WRG01

September 17, 2012                          INVOICE:           250221

MATTER:  CLAIMANTS COMMITTEE                     ROBERT M. HORKOVICH

## SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

ACTIVITY CODE: W001     Asset Analysis and Recovery

|                       | HOURS  | TOTALS       |
|-----------------------|--------|--------------|
| Dennis J. Nolan       | 25.70  | 12,336.00    |
| Glenn F Fields        | 43.50  | 15,442.50    |
| Izak Feldgreber       | 50.40  | 15,372.00    |
| Kenneth E. Sharperson | 0.20   | 112.00       |
| Mark Garbowski        | 43.50  | 27,187.50    |
| Robert M Horkovich    | 14.00  | 12,530.00    |
| Robert Y Chung        | 40.90  | 26,585.00    |
| **TOTAL:**            | 218.20 | $109,565.00  |

ACTIVITY CODE: W011     Fee Applications (Applicant)

|                  | HOURS | TOTALS    |
|------------------|-------|-----------|
| Arline H Pelton  | 9.90  | 2,574.00  |
| Robert Y Chung   | 0.90  | 585.00    |
| **TOTAL:**       | 10.80 | $3,159.00 |

{D0239192.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
(212) 278-1000                                                                 EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 13

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:       100055.WRG01 |
| September 17, 2012 | INVOICE:               250221 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

**COSTS through 08/31/12**

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---:|
| 06/29/12 | AIRFREIGHT FedEx#: 1540-4201-6 Invoice: 794378924 Tracking Number: 793741824689 Reference: 100055 WRG01 05134 Billing Note: From: Kenneth E Sharperson, Anderson Kill & Olick, P C, One Gateway Center, NEWARK, NJ, 07102, US To: Melinda Armenti, Supreme Court of New Jersey, 25 Market St, TRENTON, NJ, 08611, US | E107 | 12.69 |
| 06/29/12 | AIRFREIGHT FedEx#: 1540-4201-6 Invoice: 794378924 Tracking Number: 798572426344 Reference: 100055 WRG01 05134 Billing Note: From: Kenneth E Sharperson, Anderson Kill & Olick, P C, One Gateway Center, NEWARK, NJ, 07102, US To: David Freeman, Esq, Mazie Slater Katz & Freeman, L, 103 Eisenhower Pkwy, ROSELAND, NJ, 07068, US | E107 | 12.69 |
| 07/11/12 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 795915369 Tracking Number: 793776200326 Reference: 100055 WRG01 02594Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Elihu Inselbuch, INFORMATION NOT SUPPLIED, 4 Cove Way, SHELTER ISLAND, NY, 11964, US | E107 | 15.15 |
| 07/23/12 | MESSENGER SERVICE - VENDOR UNITED CAPITAL FUNDING CORP. Courier Service to Superior Court in Trenton. | E125 | 100.70 |
| 07/23/12 | MESSENGER SERVICE - VENDOR: UNITED CAPITAL FUNDING CORP. Courier service to Opposing Counsel in Roseland. | E125 | 40.50 |
| 07/24/12 | MESSENGER SERVICE - VENDOR: UNITED CAPITAL FUNDING CORP. Courier service to Superior Court in Trenton of 5 additional copies requested by the Court. | E125 | 100.70 |
| 07/24/12 | MESSENGER SERVICE - VENDOR: UNITED CAPITAL FUNDING CORP. Courier service to Opposing Counsel in Roseland of notification of service of 5 additional copies to Court. | E125 | 40.50 |

{D0239192.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 14

W.R. GRACE/CLAIMANTS COMMITTEE                             MATTER:      100055.WRG01

September 17, 2012                                          INVOICE:         250221

MATTER:  CLAIMANTS COMMITTEE                                         ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 08/01/12 | DI - PHOTOCOPYING - | E101 | 0.40 |
| 08/02/12 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 798133563 Tracking Number: 793862620050 Reference: 100055 WRG01 02594 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Ann McMillan, Caplin & Drysdale, 1 Thomas Cir NW Ste 1100, WASHINGTON, DC, 20005, US | E107 | 10.52 |
| 08/02/12 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 798133563 Tracking Number: 793862627180 Reference: 100055 WRG01 02594 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Elihu Inselbuch, INFORMATION NOT SUPPLIED, 4 Cove Way, SHELTER ISLAND, NY, 11964, US | E107 | 15.15 |
| 08/02/12 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 08/02/12 | DI - PHOTOCOPYING - | E101 | 4.30 |
| 08/06/12 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 08/07/12 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 798133563 Tracking Number: 798708474550 Reference: 100055 WRG01 02594 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Ann McMillan, Caplin & Drysdale, 1 Thomas Cir NW Ste 1100, WASHINGTON, DC, 20005, US | E107 | 10.33 |
| 08/07/12 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 798133563 Tracking Number: 793877846600 Reference: 100055 WRG01 02594 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Elihu Inselbuch, INFORMATION NOT SUPPLIED, 4 Cove Way, SHELTER ISLAND, NY, 11964, US | E107 | 14.88 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 15

| | | | |
|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | 100055.WRG01 |
| September 17, 2012 | | INVOICE: | 250221 |
| MATTER: CLAIMANTS COMMITTEE | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---:|
| 08/07/12 | AIRFREIGHT FedEx#: 1540-4201-6 Invoice: 798189613 Tracking Number: 793877302011 Reference: 100055 WRG01 05134 Billing Note: From: Kenneth E Sharperson, Anderson Kill & Olick, P C, One Gateway Center, NEWARK, NJ, 07102, US To: Melinda Armenti, Supreme Court of New Jersey, 25 Market St, TRENTON, NJ, 08611, US | E107 | 12.33 |
| 08/07/12 | DI - PHOTOCOPYING - | E101 | 0.30 |
| 08/07/12 | DI - PHOTOCOPYING - | E101 | 39.80 |
| 08/09/12 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 08/09/12 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 08/13/12 | DI - PHOTOCOPYING - | E101 | 4.50 |
| 08/13/12 | DI - PHOTOCOPYING - | E101 | 5.70 |
| 08/14/12 | DI - PHOTOCOPYING - | E101 | 1.50 |
| 08/22/12 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 08/22/12 | DI - PHOTOCOPYING - | E101 | 0.40 |
| 08/22/12 | DI - PHOTOCOPYING - | E101 | 0.30 |
| 08/22/12 | DI - PHOTOCOPYING - | E101 | 1.50 |
| 08/23/12 | DI - PHOTOCOPYING - | E101 | 1.70 |
| 08/28/12 | DI - PHOTOCOPYING - | E101 | 0.10 |

**TOTAL COSTS:**                                                                 **$447.34**

| WORK | DESCRIPTION | AMOUNT |
|---|---|---:|
| AF | AIRFREIGHT | 103.74 |
| MR | MESSENGER SERVICE | 282.40 |
| XE | DI - PHOTOCOPYING - | 61.20 |
| | **TOTAL COSTS:** | **$447.34** |

**TOTAL DUE:**                                                                 **$113,171.34**

{D0239192.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                                  EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

---

W.R. GRACE/CLAIMANTS COMMITTEE                          MATTER:      100055.WRG01

September 17, 2012                                      INVOICE:     250221

---

**Gateway Courier Services**
47 McKinley Ave.
East Hanover, NJ 07936
973-736-2999

ANDERSON, KILL ET. AL.
ONE GATEWAY CENTER /15TH. FL.
NEWARK, NJ 07102

## INVOICE

**NOTICE OF SALE AND ASSIGNMENT**
This account has been sold, assigned, and is payable only to United Capital Funding, Corp
P.O. BOX 31246, Tampa, FL 33631-3246.
Telephone number (727) 894-8232, to whom immediate notice must be given of any returns, claims or offsets related to this or any other invoice which may affect prompt payment of this invoice, or if the terms as stated are not exactly as agreed. PAYMENT TO OTHER THAN United Capital Funding, Corp WILL NOT CONSTITUTE PAYMENT. TO ENSURE PROPER CREDIT, IDENTIFY INVOICE NUMBERS COVERED BY REMITTANCE.

| CUSTOMER NUMBER | INVOICE NUMBER | INV. FOR PERIOD ENDING | PAGE |
|---|---|---|---|
|  | 44962 | 07/28/12 | 1 |

NEW JERSEY'S MOST ADVANCED COURIER SERVICE

| DATE | JOB NO | SVC TYPE | | SERVICE DETAIL | CHARGE BREAKDOWN | | TOTAL |
|---|---|---|---|---|---|---|---|
| 07/23/12 | 462532 | PRI | ANDERSON,KILL ET.AL. ONE GATEWAY CENTER NEWARK, NJ Caller: DONNA | SUPERIOR COURT-TRENTON HUGHES JUSTICE COMPLEX TRENTON, NJ Signed: CT CLOSED REDEL Your Ref #: 100055.WRG01 | Base: Ins: Wait: Misc: Tolls: | 89.00 1.50 0.00 1.00 9.20 | 100.70 |
| 07/23/12 | 462533 | PRI | ANDERSON,KILL ET.AL. ONE GATEWAY CENTER NEWARK, NJ Caller: DONNA | MAZIE SLATER 103 EISENHOWER PKWY ROSELAND, NJ Signed: DEL 7/24 Your Ref #: 100055.WRG01 | Base: Ins: Wait: Misc: | 38.00 1.50 0.00 1.00 | 40.50 |
| 07/24/12 | 462535 | PRI | ANDERSON,KILL ET.AL. ONE GATEWAY CENTER NEWARK, NJ Caller: DONNA | SUPERIOR COURT-TRENTON HUGHES JUSTICE COMPLEX TRENTON, NJ Signed: STAMPED REC'D Your Ref #: 100055.WRG01 | Base: Ins: Wait: Misc: Tolls: | 89.00 1.50 0.00 1.00 9.20 | 100.70 |
| 07/24/12 | 462536 | PRI | ANDERSON,KILL ET.AL. ONE GATEWAY CENTER NEWARK, NJ Caller: DONNA | MAZIE SLATER 103 EISENHOWER PKWY ROSELAND, NJ Signed: RECEPTION Your Ref #: 100055WRG01 | Base: Ins: Wait: Misc: | 38.00 1.50 0.00 1.00 | 40.50 |

**TOTAL AMOUNT DUE   282.40**

GATEWAY COURIER SERVICES
47 McKinley Ave.
E. HANOVER, NEW JERSEY 07936
(973) 736-2999

| INVOICE NUMBER | 44962 |
|---|---|
| INVOICE DATE | 07/28/12 |

| JOB NUMBER | AMOUNT |
|---|---|
| 462532 | 100.70 |
| 462533 | 40.50 |
| 462535 | 100.70 |
| 462536 | 40.50 |

**AMOUNT DUE   282.40**