Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period August 1, 2012 through August 31, 2012

| Date | Staff | Description | Hours | 2012 Rate | Amount |
|---|---|---|---|---|---|
| **Bradley Rapp - Senior Managing Director** | | | | | |
| 03-Aug-12 | BR | Review of weekly update report on Grace. | 0.10 | $650.00 | $ 65.00 |
| 03-Aug-12 | BR | Review of analysis Grace analysis of 2Q12 operating results. | 2.60 | $650.00 | $ 1,690.00 |
| 06-Aug-12 | BR | Review of docket report and selected documents set forth therein. | 0.70 | $650.00 | $ 455.00 |
| 10-Aug-12 | BR | Review of 2Q12 post-confirmation operating report. | 0.30 | $650.00 | $ 195.00 |
| 13-Aug-12 | BR | Review of weekly update reports on Grace. | 0.20 | $650.00 | $ 130.00 |
| 15-Aug-12 | BR | Review of Grace 10-Q for the 2Q12. | 2.70 | $650.00 | $ 1,755.00 |
| 15-Aug-12 | BR | Continued review of Grace 10-Q for the 2Q12. | 2.50 | $650.00 | $ 1,625.00 |
| 21-Aug-12 | BR | Review of monthly financial package for financial advisors for June 2012. | 2.60 | $650.00 | $ 1,690.00 |
| 28-Aug-12 | BR | Review of weekly update reports on Grace. | 0.20 | $650.00 | $ 130.00 |
| | | Total Bradley Rapp | 11.90 | | $ 7,735.00 |
| **James Sinclair - Senior Managing Director** | | | | | |
| 01-Aug-12 | JS | Call with Radecki and Rapp to discuss Grace financial proposal. | 0.20 | $650.00 | $ 130.00 |
| 01-Aug-12 | JS | Call with Peter Lockwood regarding Grace's revised financial proposal. | 0.50 | $650.00 | $ 325.00 |
| 01-Aug-12 | JS | Call with Inselbuch regarding Grace's revised financial proposal. | 0.20 | $650.00 | $ 130.00 |
| 01-Aug-12 | JS | Call with Radecki regarding Grace financial proposal. | 0.10 | $650.00 | $ 65.00 |
| 01-Aug-12 | JS | Call with Inselbuch regarding Grace's revised financial proposal. | 0.10 | $650.00 | $ 65.00 |
| 02-Aug-12 | JS | Calls (2) with Radecki regarding financial proposal. | 0.10 | $650.00 | $ 65.00 |
| 02-Aug-12 | JS | Call with Blackstone (O'Connell) regarding financial proposal. | 0.10 | $650.00 | $ 65.00 |
| 02-Aug-12 | JS | Call with Inselbuch regarding financial proposal. | 0.10 | $650.00 | $ 65.00 |
| 02-Aug-12 | JS | Calls (2) with O'Connell regarding financial proposal. | 0.10 | $650.00 | $ 65.00 |
| 03-Aug-12 | JS | Review for comment draft of G. Sinclair's memorandum to ACC counsel regarding Grace's 2nd Quarter 2012 financial results for purposes of advising counsel. | 0.30 | $650.00 | $ 195.00 |
| 13-Aug-12 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.70 | $650.00 | $ 455.00 |
| 14-Aug-12 | JS | Conference call with Blackstone (O'Connell and Schlesinger) regarding financial proposal. | 0.30 | $650.00 | $ 195.00 |
| 14-Aug-12 | JS | Review language from O'Connell regarding financial proposal terms for purposes of advising ACC counsel. | 0.20 | $650.00 | $ 130.00 |
| 15-Aug-12 | JS | Conference call with O'Connell and Schlesinger regarding financial proposal. | 0.20 | $650.00 | $ 130.00 |
| 16-Aug-12 | JS | Call with Radecki regarding financial proposal. | 0.10 | $650.00 | $ 65.00 |
| 16-Aug-12 | JS | Call with Inselbuch regarding financial proposal. | 0.10 | $650.00 | $ 65.00 |
| 28-Aug-12 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.60 | $650.00 | $ 390.00 |
| | | Total James Sinclair | 4.00 | | $ 2,600.00 |
| **Peter Cramp - Associate** | | | | | |
| 01-Aug-12 | PC | Review Debtors' counterproposal for due diligence. | 0.40 | $360.00 | $ 144.00 |
| 06-Aug-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $360.00 | $ 576.00 |
| 13-Aug-12 | PC | Review and analyze 10-Q filing for due diligence. | 1.30 | $360.00 | $ 468.00 |
| 13-Aug-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.70 | $360.00 | $ 612.00 |
| 20-Aug-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.40 | $360.00 | $ 504.00 |
| 27-Aug-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.7 | $360.00 | $ 612.00 |
| | | Total Peter Cramp | 8.10 | | $ 2,916.00 |
| **Gibbons Sinclair - Associate** | | | | | |
| 03-Aug-12 | GS | Review Grace 2Q12 earnings release. | 1.20 | $ 360.00 | $ 432.00 |
| 03-Aug-12 | GS | Draft Memo regarding Grace 2Q12 earnings report. | 0.80 | $ 360.00 | $ 288.00 |
| 13-Aug-12 | GS | Review and revise Interim Fee Application. | 1.10 | $ 360.00 | $ 396.00 |
| 31-Aug-12 | GS | Draft Grace Fee Statement. | 0.80 | $ 360.00 | $ 288.00 |
| | | Total Gibbons Sinclair | 3.90 | | $ 1,404.00 |
| | | **TOTAL** | 27.90 | | $ 14,655.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period August 1, 2012 through August 31, 2012

| Date | Staff | Description | Hours | 2012 Rate | Amount |
|---|---|---|---|---|---|
| Asset Analysis and Recovery | | | | | |
| 03-Aug-12 | BR | Review of weekly update report on Grace. | 0.10 | $ 650.00 | $ 65.00 |
| 03-Aug-12 | JS | Review for comment draft of G. Sinclair's memorandum to ACC counsel regarding Grace's 2nd Quarter 2012 financial results for purposes of advising counsel. | 0.30 | $ 650.00 | $ 195.00 |
| 06-Aug-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $ 360.00 | $ 576.00 |
| 13-Aug-12 | BR | Review of weekly update reports on Grace. | 0.20 | $ 650.00 | $ 130.00 |
| 13-Aug-12 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.70 | $ 650.00 | $ 455.00 |
| 13-Aug-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.70 | $ 360.00 | $ 612.00 |
| 20-Aug-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.40 | $ 360.00 | $ 504.00 |
| 21-Aug-12 | BR | Review of monthly financial package for financial advisors for June 2012. | 2.60 | $ 650.00 | $ 1,690.00 |
| 27-Aug-12 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.70 | $ 360.00 | $ 612.00 |
| 28-Aug-12 | BR | Review of weekly update reports on Grace. | 0.20 | $ 650.00 | $ 130.00 |
| 28-Aug-12 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.60 | $ 650.00 | $ 390.00 |
| | | Total Asset Analysis and Recovery | 11.10 | | $ 5,359.00 |
| Case Administration | | | | | |
| 03-Aug-12 | BR | Review of analysis Grace analysis of 2Q12 operating results. | 2.60 | $ 650.00 | $ 1,690.00 |
| 03-Aug-12 | GS | Review Grace 2Q12 earnings release. | 1.20 | $ 360.00 | $ 432.00 |
| 03-Aug-12 | GS | Draft Memo regarding Grace 2Q12 earnings report. | 0.80 | $ 360.00 | $ 288.00 |
| 06-Aug-12 | BR | Review of docket report and selected documents set forth therein. | 0.70 | $ 650.00 | $ 455.00 |
| 10-Aug-12 | BR | Review of 2Q12 post-confirmation operating report. | 0.30 | $ 650.00 | $ 195.00 |
| 13-Aug-12 | PC | Review and analyze 10-Q filing for due diligence. | 1.30 | $ 360.00 | $ 468.00 |
| 15-Aug-12 | BR | Review of Grace 10-Q for the 2Q12. | 2.70 | $ 650.00 | $ 1,755.00 |
| 15-Aug-12 | BR | Continued review of Grace 10-Q for the 2Q12. | 2.50 | $ 650.00 | $ 1,625.00 |
| | | Total Case Administration | 12.10 | | $ 6,908.00 |
| Fee Applications (Applicant) | | | | | |
| 13-Aug-12 | GS | Review and revise Interim Fee Application. | 1.10 | $ 360.00 | $ 396.00 |
| 31-Aug-12 | GS | Draft Grace Fee Statement. | 0.80 | $ 360.00 | $ 288.00 |
| | | Total Fee Applications (Applicant) | 1.90 | | $ 684.00 |
| Plan and Disclosure Statement | | | | | |
| 01-Aug-12 | JS | Call with Radecki and Rapp to discuss Grace financial proposal. | 0.20 | $ 650.00 | $ 130.00 |
| 01-Aug-12 | JS | Call with Peter Lockwood regarding Grace's revised financial proposal. | 0.50 | $ 650.00 | $ 325.00 |
| 01-Aug-12 | JS | Call with Inselbuch regarding Grace's revised financial proposal. | 0.20 | $ 650.00 | $ 130.00 |
| 01-Aug-12 | JS | Call with Radecki regarding Grace financial proposal. | 0.10 | $ 650.00 | $ 65.00 |
| 01-Aug-12 | JS | Call with Inselbuch regarding Grace's revised financial proposal. | 0.10 | $ 650.00 | $ 65.00 |
| 01-Aug-12 | PC | Review Debtors' counterproposal for due diligence. | 0.40 | $ 360.00 | $ 144.00 |
| 02-Aug-12 | JS | Calls (2) with Radecki regarding financial proposal. | 0.10 | $ 650.00 | $ 65.00 |
| 02-Aug-12 | JS | Call with Blackstone (O'Connell) regarding financial proposal. | 0.10 | $ 650.00 | $ 65.00 |
| 02-Aug-12 | JS | Call with Inselbuch regarding financial proposal. | 0.10 | $ 650.00 | $ 65.00 |
| 02-Aug-12 | JS | Calls (2) with O'Connell regarding financial proposal. | 0.10 | $ 650.00 | $ 65.00 |
| 14-Aug-12 | JS | Conference call with Blackstone (O'Connell and Schlesinger) regarding financial proposal. | 0.30 | $ 650.00 | $ 195.00 |
| 14-Aug-12 | JS | Review language from O'Connell regarding financial proposal terms for purposes of advising ACC counsel. | 0.20 | $ 650.00 | $ 130.00 |
| 15-Aug-12 | JS | Conference call with O'Connell and Schlesinger regarding financial proposal. | 0.20 | $ 650.00 | $ 130.00 |
| 16-Aug-12 | JS | Call with Radecki regarding financial proposal. | 0.10 | $ 650.00 | $ 65.00 |
| 16-Aug-12 | JS | Call with Inselbuch regarding financial proposal. | 0.10 | $ 650.00 | $ 65.00 |
| | | Total Plan and Disclosure Agreement | 2.80 | | $ 1,704.00 |
| | | **TOTAL** | 27.90 | | $ 14,655.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period August 1, 2012 through August 31, 2012
Summary of Professional Hours by Staff

| Professsional Staff | Hours | Rate | Amount |
|---|---|---|---|
| Bradley Rapp - Senior Managing Director | 11.90 | $ 650.00 | $ 7,735.00 |
| James Sinclair - Senior Managing Director | 4.00 | $ 650.00 | $ 2,600.00 |
| Peter Cramp - Associate | 8.10 | $ 360.00 | $ 2,916.00 |
| Gibbons Sinclair - Associate | 3.90 | $ 360.00 | $ 1,404.00 |
| Total Professional Hours and Fees | 27.90 | | $ 14,655.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Summary of Expenses Incurred - August 1, 2012 through August 31, 2012

| Date | Description of Item | Amount |
|---|---|---|
| 31-Aug-12 | Online Research - PACER | $7.00 |
| | Total Expenses August 1, 2012 through August 31, 2012 | $7.00 |