# EXHIBIT A

## Business Operations (.60 Hours; $ 561.00)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .60 | $935 | 561.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/13/12 | PVL | 935.00 | 0.60 | Rv Grace 6/30/12 10-Q |

**Total Task Code .03     .60**

## Case Administration (2.40 Hours; $ 1,158.00)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .60 | $935 | 561.00 |
| Rita C. Tobin | .60 | $545 | 327.00 |
| Eugenia Benetos | 1.20 | $225 | 270.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/02/12 | PVL | 935.00 | 0.40 | Teleconf. Brickley |
| 08/03/12 | PVL | 935.00 | 0.10 | Rv 11 misc. filings |
| 08/03/12 | RCT | 545.00 | 0.20 | Review docket and local counsel rec re: EI update (.2). |
| 08/10/12 | RCT | 545.00 | 0.20 | Review docket and local counsel rec re: EI update (.2). |
| 08/13/12 | PVL | 935.00 | 0.10 | Rv 7 misc. filings |
| 08/17/12 | RCT | 545.00 | 0.20 | Review docket and local counsel rec re: EI update (.2). |
| 08/30/12 | EB | 225.00 | 1.20 | Update Plan documents folder. |

**Total Task Code .04     2.40**

**Fee Applications, Applicant (5.90 Hours; $ 1,967.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 2.00 | $545 | 1,090.00 |
| Eugenia Benetos | 3.90 | $225 | 877.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/08/12 | RCT | 545.00 | 0.20 | Address fee issues (.2). |
| 08/09/12 | RCT | 545.00 | 0.50 | Review pre-bill (.5). |
| 08/10/12 | RCT | 545.00 | 0.80 | Review fee application (.8). |
| 08/13/12 | EB | 225.00 | 1.60 | Work on interim. |
| 08/13/12 | EB | 225.00 | 0.60 | Perform review of fee application schedule and create breakdown for EI review. |
| 08/14/12 | EB | 225.00 | 0.20 | Send email to local counsel re: fee application. |
| 08/16/12 | RCT | 545.00 | 0.50 | Review prebills (.5). |
| 08/20/12 | EB | 225.00 | 1.10 | Work on fee application. |
| 08/22/12 | EB | 225.00 | 0.40 | Prepare material for Federal Express (.1) prepare email drafts for each (.1) and update fee application schedule (.2). |

**Total Task Code .12**     5.90

**Litigation and Litigation Consulting (15.30 Hours; $ 7,454.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .10 | $1,000 | 100.00 |
| Peter Van N. Lockwood | .10 | $935 | 93.50 |
| Kevin C. Maclay | 7.70 | $555 | 4,273.50 |
| James P. Wehner | 1.00 | $555 | 555.00 |
| Andrew J. Sackett | .10 | $380 | 38.00 |
| Todd E. Phillips | 6.30 | $380 | 2,394.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|

{D0239912.1 }

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 08/03/12 | KCM | 555.00 | 0.60 | Review Garlock letter to Court, Garlock CMO, and related materials to plan/prepare for and communicate with co-appellees re same |
| 08/03/12 | KCM | 555.00 | 0.10 | Plan/prepare for appeal developments |
| 08/03/12 | KCM | 555.00 | 0.30 | Review stay materials and communicate with TEP re same |
| 08/03/12 | TEP | 380.00 | 0.40 | Prepare and edit motion to stay (1.2); confer with KCM re: same (.4). (Total time of 1.6 hours divided among 4 clients.) |
| 08/04/12 | KCM | 555.00 | 0.70 | Review stay materials |
| 08/05/12 | KCM | 555.00 | 0.40 | Review stay materials |
| 08/06/12 | KCM | 555.00 | 0.40 | Review briefs, cases and materials re stay issues |
| 08/06/12 | TEP | 380.00 | 2.30 | Prepare and edit motion to stay (4.8); legal research re motion to stay (4.5). (Total time of 9.3 hours divided among 4 clients.) |
| 08/07/12 | KCM | 555.00 | 0.10 | Review other discovery re Garlock's request for a stay |
| 08/07/12 | AJS | 380.00 | 0.10 | Review of email from TWS re appellate court decision regarding stay. |
| 08/09/12 | KCM | 555.00 | 0.50 | Review stay materials |
| 08/10/12 | KCM | 555.00 | 0.50 | Plan/prepare for potential stay motion (.3); and review/analyze related briefs, cases and materials (.2). |
| 08/14/12 | PVL | 935.00 | 0.10 | Rv 2019 order |
| 08/14/12 | KCM | 555.00 | 0.30 | Review final orders and related documents to be uploaded re 2019 (.2); and communicate with local counsel re same (.1). |
| 08/14/12 | KCM | 555.00 | 0.20 | Review entered orders in Delaware cases (.1); and communicate with EI re same (.1). |
| 08/15/12 | KCM | 555.00 | 0.40 | Review 2019 materials |
| 08/16/12 | KCM | 555.00 | 0.30 | Review 2019 materials |
| 08/17/12 | KCM | 555.00 | 0.10 | Review PA 2019 order |

{D0239912.1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 08/21/12 | KCM | 555.00 | 0.50 | Draft/revise memo re 2019 issues (.3); and review/analyze related briefs, memos, cases and materials (.2). |
| 08/22/12 | KCM | 555.00 | 0.70 | Draft/revise 2019 memo (.5); and review/analyze related briefs, memos, cases and materials (.2). |
| 08/22/12 | KCM | 555.00 | 0.50 | Plan/prepare for stay motion (.3) and review related briefs, cases and materials (.2). |
| 08/23/12 | KCM | 555.00 | 0.20 | Draft/revise 2019 memo (.1); and distribute memo and order internally (.1). |
| 08/24/12 | JPW | 555.00 | 1.00 | Research stay issue and review/analyze cases and materials re stay (.7); and plan/prepare for potential stay motion (.3). |
| 08/27/12 | EI | 1,000.00 | 0.10 | Review 2019 memo (.1). |
| 08/27/12 | KCM | 555.00 | 0.90 | Communicate with EI re 2019 issues and memo (.1); communicate with ACM re distribution (.1); communicate with local counsel re lack of objections (.2); draft/revise and send out 2019 memo and review related materials (.5). |
| 08/27/12 | TEP | 380.00 | 0.10 | Confer with KCM re: motion to stay. (Total 0.5 hour split among 4 client numbers.) |
| 08/28/12 | TEP | 380.00 | 1.00 | Legal research re: motion to stay. (Total of 4.0 hours split among 4 client numbers.) |
| 08/29/12 | TEP | 380.00 | 1.30 | Legal research re: motion to stay. (Total of 5.3 hours split among 4 clients.) |
| 08/30/12 | TEP | 380.00 | 1.20 | Legal research re: motion to stay. (Total of 4.8 hours split among 4 clients.) |

**Total Task Code .16**      **15.30**

**Plan & Disclosure Statement (20.60 Hours; $ 17,816.00)**

{D0239912.1 }

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 4.20 | $1,000 | 4,200.00 |
| Peter Van N. Lockwood | 11.50 | $935 | 10,752.50 |
| Ann C. McMillan | 1.60 | $645 | 1,032.00 |
| Jeffrey A. Liesemer | 3.30 | $555 | 1,831.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/01/12 | PVL | 935.00 | 0.80 | Teleconf. Sinclair (.5); rv email (.1); teleconf. EI (.2) |
| 08/01/12 | EI | 1,000.00 | 1.10 | Sentry insurance settlement (.1); Sealed Air call scheduling (.1); warrants matter with J. Sinclair and PVNL (.7); telephone conference with J. Sinclair re: same (.2). |
| 08/01/12 | ACM | 645.00 | 0.70 | Teleconference R. Horkovich re insurance matters (.2); exchange e-mails with J. Cooney re sequencing adjustment (.2); prepare chart for R. Horkovich (.3). |
| 08/02/12 | EI | 1,000.00 | 0.10 | Telephone conference with J. Sinclair re: warrants (.1). |
| 08/03/12 | PVL | 935.00 | 0.20 | Rv Grace Bus. Update |
| 08/03/12 | EI | 1,000.00 | 0.10 | Status (.1). |
| 08/06/12 | EI | 1,000.00 | 0.30 | Telephone conference R. Horkovich re: insurance demand (.3). |
| 08/06/12 | JAL | 555.00 | 2.90 | Review and analysis of materials re: confirmation and appeals issues. |
| 08/07/12 | EI | 1,000.00 | 1.00 | Grace conference call re: Sealed Air and Speitz (.8); memo to PVNL (.2). |
| 08/07/12 | JAL | 555.00 | 0.40 | Review and analysis of materials re: confirmation and appeals issues. |
| 08/12/12 | PVL | 935.00 | 0.10 | Rv emails and reply |
| 08/13/12 | PVL | 935.00 | 0.90 | Teleconf. Donley (.2); rv Orrick memo re eff. date (.3); rv draft TS re eff. date (.3); rv emails (.1) |
| 08/13/12 | EI | 1,000.00 | 0.20 | Memo to PVNL re: Sealed Air (.2). |
| 08/14/12 | PVL | 935.00 | 1.60 | Tcn Shelnitz, Donley, Paul, Frankel & Wyron (1.0); teleconfs. EI (.2); rv revised Sealed Air TS and memo re same (.3); rv emails (.1) |

{D0239912.1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 08/14/12 | EI | 1,000.00 | 0.40 | Telephone conference J. Sinclair re: warrants (.2); telephone conference PVNL re: same (.2). |
| 08/14/12 | ACM | 645.00 | 0.60 | Review B. Horkovich analyses. |
| 08/15/12 | PVL | 935.00 | 1.80 | Tcn Shelnitz, Finke, Donley, Paul, Frankel & Wyron (1.5); rv BNSF summary of case (.1); rv revised draft of Sealed Air TS (.2) |
| 08/16/12 | EI | 1,000.00 | 0.60 | Reviewed R. Horkovich materials (.2); telephone conference R. Frankel re: warrants and Sealed Air (.2); telephone conference J. Sinclair re: warrants (.2). |
| 08/20/12 | PVL | 935.00 | 2.10 | Rv emails (.1); tcn White, Turetsky, Coco, Shelnitz, Donley, Paul, Frankel & Wyron (1.2); tcn Shelnitz, Donley, Paul, Frankel & Wyron (.8) |
| 08/20/12 | EI | 1,000.00 | 0.30 | Telephone conference R. Horkovich re: insurance issue (.3). |
| 08/20/12 | ACM | 645.00 | 0.10 | Teleconference R. Horkovich re status of case. |
| 08/22/12 | PVL | 935.00 | 0.20 | Rv emails |
| 08/24/12 | PVL | 935.00 | 2.90 | Tcn Shelnitz, Finke, Donley, Paul, Frankel & Wyron (1.7); tcn Turetsky, Coco, Shelnitz, Finke, Donley, Paul, Frankel & Wyron (1.2) |
| 08/28/12 | PVL | 935.00 | 0.90 | Tcn Shelnitz, Finke, Donley, Paul, Frankel and Wyron |
| 08/29/12 | ACM | 645.00 | 0.20 | Teleconference PVNL re status. |
| 08/30/12 | EI | 1,000.00 | 0.10 | Note to R. Horkovich (.1). |

**Total Task Code    .17         20.60**

{D0239912.1 }

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | 20.45 |
| Conference Call Services | 10.30 |
| Database Research | 3,234.70 |
| Long Distance-Equitrac In-House | 1.52 |
| Pacer - Database Charges | 51.40 |
| **Total:** | **$ 3,318.37** |

{D0239912.1 }