**EXHIBIT B**

**Business Operations (.60 Hours; $ 561.00)**

        Services rendered in this category pertain to the analysis and monitoring of the Debtors' business operations.

**Total Task Code .03**        .60

**Case Administration (2.40 Hours; $ 1,158.00)**

        Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**        2.40

**Fee Applications, Applicant (5.90 Hours; $ 1,967.50)**

        Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications.

**Total Task Code .12**        5.90

**Litigation and Litigation Consulting (15.30 Hours; $ 7,454.00)**

        Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16**        15.30

**Plan & Disclosure Statement (20.60 Hours; $ 17,816.00)**

        Services rendered in this category pertain to the formulation of a reorganization plan and disclosure statement and confirmation of a reorganization plan.

**Total Task Code .17**        20.60

{D0239913.1 }