## EXHIBIT C

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | 20.45 |
| Conference Call Services | 10.30 |
| Database Research | 3,234.70 |
| Long Distance-Equitrac In-House | 1.52 |
| Pacer - Database Charges | 51.40 |
| **Total:** | **$ 3,318.37** |

{D0239914.1 }