| | | |
|---|---|---|
| **Client Number: 4642** | **Grace Asbestos Personal Injury Claimants** | Page: 1 |
| **Matter    000** | **Disbursements** | 9/17/2012 |

Print Date/Time: 09/17/2012  2:55:32PM

Attn:

Invoice #

## PREBILL / CONTROL REPORT

Trans Date Range:  1/1/1950  to: 8/31/2012

**Matter    000**
**Disbursements**

| Bill Cycle: | Monthly | Style: | i1 | Start: | 4/16/2001 | Last Billed : | 8/20/2012 | 13,655 |

Client Retainers Available      $4,806.34      Committed to Invoices:      $0.00      Remaining:      $4,806.34

                                              $3,935,594.69
                       Total Expenses Billed To Date        Billing Empl:       0120      Elihu  Inselbuch
                                                            Responsible Empl:   0120      Elihu  Inselbuch
                                                            Alternate Empl:     0120      Elihu  Inselbuch
                                                            Originating Empl:   0120      Elihu  Inselbuch

**Summary by Employee**

| | | | ---------- A C T U A L ---------- | | ---------- B I L L I N G --------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 20.45 | 0.00 | 20.45 |
| 0338 | KCM | Kevin C Maclay | 0.00 | 10.30 | 0.00 | 10.30 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 3,287.62 | 0.00 | 3,287.62 |
| **Total Fees** | | | **0.00** | **3,318.37** | **0.00** | **3,318.37** |

**Detail Time / Expense by Date**

| | | | | | ---------- A C T U A L ---------- | | | ---------- B I L L I N G --------- | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 2876274 | Premiere Global Services -Teleconference Svc., 6/2012  (KCM) | E | 08/02/2012 | 0338 KCM | | 0.00 | $10.30 | | 0.00 | $10.30 | 10.30 |
| 2882211 | Equitrac - Long Distance to 13025212266 | E | 08/06/2012 | 0999 C&D | | 0.00 | $1.48 | | 0.00 | $1.48 | 11.78 |
| 2883462 | Equitrac - Long Distance to 12123198244 | E | 08/14/2012 | 0999 C&D | | 0.00 | $0.04 | | 0.00 | $0.04 | 11.82 |

{D0239915.1 }

| Client Number: 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|
| Matter 000 | Disbursements | | | | | | | | 9/17/2012 |

Print Date/Time: 09/17/2012  2:55:32PM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2885814 | Federal Express -Delivery to T.Simpson, 7/27/12 (EI) | E | 08/22/2012 | 0120 | EI | 0.00 | $14.59 | 0.00 | $14.59 | 26.41 |
| 2887683 | Federal Express -Delivery to T.Simpson, 8/22/12 (EI; Split b/w clients 4642, 5334, & 5632) | E | 08/31/2012 | 0120 | EI | 0.00 | $5.86 | 0.00 | $5.86 | 32.27 |
| 2887902 | Pacer Service Center, 4/1/12 - 6/30/12 | E | 08/31/2012 | 0999 | C&D | 0.00 | $51.40 | 0.00 | $51.40 | 83.67 |
| 2888549 | Database Research - Westlaw per TEP August 6 | E | 08/31/2012 | 0999 | C&D | 0.00 | $1,730.68 | 0.00 | $1,730.68 | 1,814.35 |
| 2888550 | Database Research - Westlaw per TEP August 3, 29 | E | 08/31/2012 | 0999 | C&D | 0.00 | $1,332.65 | 0.00 | $1,332.65 | 3,147.00 |
| 2888551 | Database Research - Westlaw per KCM August 24 | E | 08/31/2012 | 0999 | C&D | 0.00 | $171.37 | 0.00 | $171.37 | 3,318.37 |

| | | | | |
|---|---|---|---|---|
| **Total Expenses** | | $3,318.37 | | $3,318.37 |
| | 0.00 | | 0.00 | |
| Matter Total Fees | | 0.00 | | 0.00 |
| Matter Total Expenses | | 3,318.37 | | 3,318.37 |
| Matter Total | 0.00 | 3,318.37 | 0.00 | 3,318.37 |
| | | | | |
| Prebill Total Fees | | | | |
| Prebill Total Expenses | | $3,318.37 | | $3,318.37 |
| Prebill Total | 0.00 | $3,318.37 | 0.00 | $3,318.37 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 74,007 | 04/22/2010 | 55,577.50 | 137.53 |
| 86,185 | 02/16/2012 | 97,674.50 | 19,534.90 |
| 86,825 | 03/26/2012 | 73,596.50 | 14,719.30 |
| 87,309 | 04/22/2012 | 36,679.00 | 7,335.80 |
| 87,625 | 05/16/2012 | 16,102.50 | 3,220.50 |
| 88,199 | 06/19/2012 | 37,193.75 | 7,438.76 |
| 88,835 | 07/25/2012 | 41,566.50 | 8,313.31 |
| 89,295 | 08/20/2012 | 54,901.79 | 54,901.79 |
| | | 413,292.04 | 115,601.89 |

{D0239915.1 }