# EXHIBIT A



# The Hogan Firm

1311 Delaware Avenue

Wilmington, DE 19806

(302) 656 7540

EIN 51-0352711

---

**Canadian ZAI Claimants**  **Date:** 9/10/2012
**c/o Lauzon Belanger Lesperance**  **File Number:** ZAI/WRG 060124-01
Attention: Careen Hannouche  **Invoice Number:** 20516
286 rue Street
Paul Quest bureau 100 Montreal QC H2Y 2A3

**Re:** Canadian Zonolite Claimants
WRGrace Chapter 11 Bankruptcy
Our File No. 060124-01

---

| Date | Initials | Description of Service | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/01/2012 | DKH | Checked docket for objection/responses to the Twenty-Seventh Monthly Fee Application of The Hogan Firm, LBL and Scarfone Hawkins. | 0.40 | 400.00 | 160.00 |
| 08/01/2012 | KEH | Review of Fee Auditor's Final Report, re: LBL's Quarterly Application for 10/1/11 through 12/1/11; Meet with Lauren Campbell and revise 28th monthly application pursuant to the Fee Auditor's recommendations. | 0.60 | 195.00 | 117.00 |
| 08/02/2012 | LNC | E-mail correspondence with Blue Marble Logistics transmitting the Certificate of No Objection to the 27th Monthly Fee Applications for hand delivery to the US Trustee. | 0.20 | 195.00 | 39.00 |
| 08/02/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed the receipt for efiling of Certificate of No Objection (No Order Required) Certificate of No Objection Regarding the Twenty-Seventh Monthly Fee Application of The Hogan Firm. | 0.30 | 400.00 | 120.00 |
| 08/02/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Twenty-Seventh Monthly Fee Application for Lauzon Belanger Lesperance as Specal Counsel for the Canadian ZAI Claimants (related document(s)[29160]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 08/02/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Certificate of No Objection (No Order Required) Regarding the Twenty-Seventh Monthly Fee Application for Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants (related document(s)[29195]) Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 08/02/2012 | LNC | E-mail correspondence with the service parties transmitting the Certificate of No Objection to the 27th Monthly Fee Applications for The Hogan Firm, Scarfone Hawkins and Lauzon Belanger Lesperance. | 0.20 | 195.00 | 39.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/10/2012 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | | Page:2 |
| 08/02/2012 | KEH | E-mail from Careen Hannouche regarding payment from Grace for LBL's April fee application; post to WRG payment spreadsheet for use with preparation of fee applications. | | 0.30 | 195.00 | 58.50 |
| 08/02/2012 | DKH | Reviewed and revised Certificate of No Objection (No Order Required) Certificate of No Objection Regarding the Twenty-Seventh Monthly Fee Application of The Hogan Firm. | | 0.40 | 400.00 | 160.00 |
| 08/02/2012 | DKH | Reviewed and revised Certificate of No Objection (No Order Required) Regarding the Twenty-Seventh Monthly Fee Application for Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants. | | 0.40 | 400.00 | 160.00 |
| 08/02/2012 | DKH | Reviewed and revised Certificate of No Objection (No Order Required) Regarding the Twenty-Seventh Monthly Fee Application for Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants. | | 0.30 | 400.00 | 120.00 |
| 08/07/2012 | DKH | Reviewed and revised Monthly Application for Compensation (Twenty-Eighth) of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period June 1, 2012 to June 30, 2012. | | 0.80 | 400.00 | 320.00 |
| 08/07/2012 | DKH | Reviewed and revised Monthly Application for Compensation (Twenty-Eighth) of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period June 1, 2012 to June 30, 2012. | | 0.90 | 400.00 | 360.00 |
| 08/08/2012 | LNC | Electronically filed the Twenty-Eighth Monthly Fee Application for Lauzon Belanger Lesperance. | | 0.30 | 195.00 | 58.50 |
| 08/08/2012 | LNC | Electronically filed the Twenty-Eighth Monthly Fee Application for The Hogan Firm. | | 0.30 | 195.00 | 58.50 |
| 08/08/2012 | LNC | Electronically filed the Twenty-Eighth Monthly Fee Application for The Scarfone Hawkins LLP. | | 0.30 | 195.00 | 58.50 |
| 08/08/2012 | LNC | E-mail correspondence with Bridget Scott transmitting the certification of David Thompson for the 28th Monthly Fee Application; save as exhibit to file. | | 0.30 | 195.00 | 58.50 |
| 08/08/2012 | LNC | E-mail correspondence with Careen Hannouche transmitting her certification for the 28th Monthly Fee Application; save to file as exhibit. | | 0.30 | 195.00 | 58.50 |
| 08/08/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation (Twenty-Eighth) of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period June 1, 2012 to June 30, 2012 Filed by Canadian ZAI Claimants. | | 0.30 | 400.00 | 120.00 |
| 08/08/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Post-Confirmation Report for Reporting Period June 2012. Filed by W.R. Grace & Co., et al. | | 0.90 | 400.00 | 360.00 |
| 08/08/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation (Twenty-Eighth) of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period June 1, 2012 to June 30, 2012 Filed by Canadian ZAI Claimants. | | 0.30 | 400.00 | 120.00 |
| 08/08/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation (Twenty-Eighth) of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period June 1, 2012 to June 30, 2012 Filed by Canadian ZAI Claimants. | | 0.30 | 400.00 | 120.00 |
| 08/08/2012 | LNC | E-mail correspondence with service parties transmitting the 28th Monthly Application of The Hogan Firm. | | 0.20 | 195.00 | 39.00 |
| 08/08/2012 | LNC | E-mail correspondence with service parties transmitting the 28th Monthly Fee Application of Lauzon Belanger Lesperance. | | 0.20 | 195.00 | 39.00 |
| 08/08/2012 | LNC | E-mail correspondence with the Fee Auditor transmitting the 28th Monthly Fee Application of Lauzon Belanger Lesperance for review. | | 0.20 | 195.00 | 39.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/10/2012 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | Page:3 | |
| 08/08/2012 | LNC | E-mail correspondence with the Fee Auditor transmitting the 28th Monthly Fee Application of Scarfone Hawkins for review. | | 0.20 | 195.00 | 39.00 |
| 08/08/2012 | LNC | E-mail correspondence with the Fee Auditor transmitting the 28th Monthly Fee Application of The Hogan Firm for review. | | 0.20 | 195.00 | 39.00 |
| 08/08/2012 | LNC | E-mail correspondence with the service parties transmitting the 28th Monthly Fee Application of Scarfone Hawkins. | | 0.20 | 195.00 | 39.00 |
| 08/08/2012 | DKH | Reviewed and revised Monthly Application for Compensation (Twenty-Eighth) of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period June 1, 2012 to June 30, 2012. | | 0.90 | 400.00 | 360.00 |
| 08/10/2012 | KEH | E-mail to 'Cindy Yates' inquiring about payment for Scarfone Hawkins' April fee application - payment should be in the amount of $2,618.23 - information needed for updating fee application. | | 0.10 | 195.00 | 19.50 |
| 08/13/2012 | KEH | E-mail correspondence from Cindy Yates regarding payment from WRGrace for SH's April 2012 fee application; update WRG payment spreadsheet for use with fee applications. | | 0.30 | 195.00 | 58.50 |
| 08/13/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Fee Auditor's Report Combined Final Report Regarding Those Fee Applications With No Fee Or Expense Issues for the Forty-Fourth Interim Period Filed by Warren H. Smith & Associates, P.C. | | 1.00 | 400.00 | 400.00 |
| 08/13/2012 | LNC | Preparation of the 10th Quarterly Fee Application for The Hogan Firm. | | 2.50 | 195.00 | 487.50 |
| 08/14/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Order (MODIFIED) Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019. Related to Doc # [29302], [6261], [6275], [6715]. Signed on 8/14/2012. | | 0.70 | 400.00 | 280.00 |
| 08/14/2012 | LNC | Preparation of the 10th Quarterly Fee Application for Lauzon Belanger Lesperance. | | 2.50 | 195.00 | 487.50 |
| 08/14/2012 | LNC | Preparation of the 10th Quarterly Fee Application for Scarfone Hawkins LLP. | | 2.50 | 195.00 | 487.50 |
| 08/16/2012 | KEH | E-mail correspondence from Cindy Yates - received $3,009.71 from Grace in payment of Scarfone Hawkins' May, 2012 monthly fee application - update Grace payment spreadsheet for use in preparation of future fee applications. | | 0.30 | 195.00 | 58.50 |
| 08/16/2012 | KEH | E-mail correspondence to Careen Hannouche inquiring about payment for LBL's May fee application to update fee application. | | 0.10 | 195.00 | 19.50 |
| 08/16/2012 | LNC | E-mail correspondence with Careen Hannouche transmitting the 10th Quarterly Fee Application for review. | | 0.20 | 195.00 | 39.00 |
| 08/16/2012 | LNC | E-mail correspondence with Cindy Yates transmitting the 10th Quarterly Application for review by David Thompson. | | 0.20 | 195.00 | 39.00 |
| 08/16/2012 | LNC | E-mail correspondence with Cindy Yates transmitting the certification of David Thompson for the 10th Quarterly Fee Application; save as exhibit to file. | | 0.30 | 195.00 | 58.50 |
| 08/16/2012 | DKH | Reviewed and revised LBL's 10th Quarterly Fee Application. | | 1.20 | 400.00 | 480.00 |
| 08/16/2012 | DKH | Reviewed and revised SH's 10th Quarterly Fee Application. | | 1.30 | 400.00 | 520.00 |
| 08/16/2012 | DKH | Reviewed and revised The Hogan Firm's 10th Quarterly Fee Application. | | 1.30 | 400.00 | 520.00 |
| 08/17/2012 | LNC | E-mail correspondence with Anthony Giobbe at Blue Marble Logistics, LLC regarding service of the 10th Quarterly Fee Application. | | 0.20 | 195.00 | 39.00 |
| 08/17/2012 | DKH | E-mail correspondence with Careen Hannouche regarding her review of the 10th Quarterly Application and the expense component calculation. | | 0.10 | 400.00 | 40.00 |
| 08/17/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Agenda of Matters Scheduled for Hearing. Filed by W.R. Grace & Co., et al.. Hearing scheduled for 8/27/2012 at 09:00 AM. | | 0.30 | 400.00 | 120.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/10/2012 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants c/o Lauzon Belanger Lesperance | | | Page:4 |
| 08/17/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Quarterly Application for Compensation (Tenth) of Lauzon Belanger Lesperance for Compensation for Services Rendered and Reimbursement of Expenses for the period April 1, 2012 to June 30, 2012 Filed by Canadian ZAI Claimants. | | 0.30 | 400.00 | 120.00 |
| 08/17/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Quarterly Application for Compensation (Tenth) of Scarfone Hawkins LLP for Compensation for Services Rendered and Reimbursement of Expenses for the period April 1, 2012 to June 30, 2012 Filed by Canadian ZAI Claimants. | | 0.30 | 400.00 | 120.00 |
| 08/17/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Quarterly Application for Compensation (Tenth) of The Hogan Firm for Compensation for Services Rendered and Reimbursement of Expenses for the period April 1, 2012 to June 30, 2012 Filed by Canadian ZAI Claimants. | | 0.30 | 400.00 | 120.00 |
| 08/17/2012 | LNC | E-mail correspondence with service parties transmitting the 10th Quarterly Fee Application of The Hogan Firm. | | 0.20 | 195.00 | 39.00 |
| 08/17/2012 | LNC | E-mail correspondence with the fee auditor transmitting the 10th Quarterly Application for review. | | 0.20 | 195.00 | 39.00 |
| 08/17/2012 | LNC | E-mail correspondence with the fee auditor transmitting the 10th Quarterly Application of Lauzon Belanger Lesperance for review. | | 0.20 | 195.00 | 39.00 |
| 08/17/2012 | LNC | E-mail correspondence with the fee auditor transmitting the 10th Quarterly Application of Scarfone Hawkins for review. | | 0.20 | 195.00 | 39.00 |
| 08/17/2012 | LNC | E-mail correspondence with the service parties transmitting the 10th Quarterly Application of Lauzon Belanger Lesperance. | | 0.20 | 195.00 | 39.00 |
| 08/17/2012 | LNC | E-mail correspondence with the service parties transmitting the 10th Quarterly Application of The Hogan Firm. | | 0.20 | 195.00 | 39.00 |
| 08/17/2012 | LNC | E-mail correspondence with the service parties transmitting the 10th Quarterly Fee Application of Scarfone Hawkins. | | 0.20 | 195.00 | 39.00 |
| 08/17/2012 | LNC | E-mail correspondence with the service parties transmitting the Notice of the 10th Quarterly Application of Lauzon Belanger Lesperance. | | 0.20 | 195.00 | 39.00 |
| 08/17/2012 | LNC | E-mail correspondence with the service parties transmitting the Notice of the 10th Quarterly Application of Scarfone Hawkins. | | 0.20 | 195.00 | 39.00 |
| 08/17/2012 | LNC | E-mail correspondence with the service parties transmitting the Notice of the 10th Quarterly Application of The Hogan Firm. | | 0.20 | 195.00 | 39.00 |
| 08/17/2012 | DKH | Reviewed final version of Quarterly Application for Compensation (Tenth) of LBL for Compensation for Services Rendered and Reimbursement of Expenses for the period April 1, 2012 to June 30, 2012 together with the exhibits. | | 0.40 | 400.00 | 160.00 |
| 08/17/2012 | DKH | Reviewed final version of Quarterly Application for Compensation (Tenth) of Scarfone Hawkins for Compensation for Services Rendered and Reimbursement of Expenses for the period April 1, 2012 to June 30, 2012 together with the exhibits. | | 0.40 | 400.00 | 160.00 |
| 08/17/2012 | DKH | Reviewed final version of Quarterly Application for Compensation (Tenth) of The Hogan Firm for Compensation for Services Rendered and Reimbursement of Expenses for the period April 1, 2012 to June 30, 2012 together with the exhibits. | | 0.40 | 400.00 | 160.00 |
| 08/22/2012 | DKH | E-mail correspondence with Careen Hannouche transmitting LBL's time statement for the month of July 2012; reviewed same. | | 0.50 | 400.00 | 200.00 |
| 08/22/2012 | LNC | E-mail correspondence with Careen Hannouche transmitting the July Time Statement for Lauzon Belanger Lesperance; save as exhibit to file. | | 0.30 | 195.00 | 58.50 |

| | | | | | |
|---|---|---|---|---|---|
| 9/10/2012 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | Page:5 |
| 08/23/2012 | LNC | E-mail correspondence with Cindy Yates regarding the July Time Statement for Scarfone Hawkins. | 0.20 | 195.00 | 39.00 |
| 08/24/2012 | LNC | Calculation of project codes on The Hogan Firm's July time statement in preparation for the Twenty-Ninth monthly fee application. | 1.00 | 195.00 | 195.00 |
| 08/24/2012 | DKH | E-mail correspondence with Cindy Yates transmitting Scarfone Hawkins LLP Monthly time statement for July 1, 2012 – July 31, 2012; reviewed same. | 0.50 | 400.00 | 200.00 |
| 08/24/2012 | LNC | E-mail correspondence with Cindy Yates transmitting the July Time Statement for Scarfone Hawkins LLP; save as exhibit to file. | 0.30 | 195.00 | 58.50 |
| 08/27/2012 | LNC | Calculation of project codes on Lauzon Belanger Lesperance's July time statement in preparation for the Twenty-Ninth monthly fee application | 0.30 | 195.00 | 58.50 |
| 08/27/2012 | LNC | Calculation of project codes on Scarfone Hawkins' July time statement in preparation for the Twenty-Ninth monthly fee application. | 0.30 | 195.00 | 58.50 |
| 08/27/2012 | KEH | E-mail correspondences with Careen Hannouche regarding payment in the amount of $1056.52 for LBL's May fee application; update Grace payment spreadsheet for use with updating fee applications. | 0.30 | 195.00 | 58.50 |
| 08/27/2012 | LNC | Preparation of The Hogan Firm's Twenty-Ninth Monthly Fee Application. | 1.30 | 195.00 | 253.50 |
| 08/28/2012 | LNC | Preparation of Lauzon Belanger Lesperance's Twenty-Ninth Monthly Fee Application. | 1.30 | 195.00 | 253.50 |
| 08/29/2012 | LNC | E-mail correspondence with Cindy Yates regarding an error in Scarfone Hawkins July time statement. | 0.10 | 195.00 | 19.50 |
| 08/29/2012 | LNC | Preparation of Scarfone Hawkins' Twenty-Ninth Monthly Fee Application. | 1.30 | 195.00 | 253.50 |
| 08/30/2012 | LNC | E-mail correspondence with Careen Hannouche transmitting the 29th Monthly Fee Application for review. | 0.20 | 195.00 | 39.00 |
| 08/30/2012 | DKH | Reviewed and revised discrepancy in Scarfone Hawkin's July Fee statement. | 0.40 | 400.00 | 160.00 |
| 08/30/2012 | DKH | Reviewed and revised LBL's 29th Monthly Fee Application. | 0.70 | 400.00 | 280.00 |
| 08/30/2012 | DKH | Reviewed and revised Monthly Application for Compensation (Twenty-Ninth) of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period July 1, 2012 to July 31, 2012. | 0.80 | 400.00 | 320.00 |
| 08/31/2012 | LNC | E-mail correspondence with Careen Hannouche transmitting her certification for the 29th Monthly Fee Application; save as exhibit to file. | 0.30 | 195.00 | 58.50 |
| 08/31/2012 | DKH | E-mail correspondence with Careen Hannouche transmitting the executed certification. | 0.10 | 400.00 | 40.00 |
| 08/31/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation (Twenty-Ninth) of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period July 1, 2012 to July 31, 2012 Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 08/31/2012 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed receipt for efiling of Monthly Application for Compensation (Twenty-Ninth) of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period July 1, 2012 to July 31, 2012 Filed by Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 08/31/2012 | LNC | Prepare for and electronically file the Twenty-Ninth Monthly Fee Application for Lauzon Belanger Lesperance. | 0.30 | 195.00 | 58.50 |
| 08/31/2012 | LNC | Prepare for and electronically file the Twenty-Ninth Monthly Fee Application for The Hogan Firm. | 0.30 | 195.00 | 58.50 |
| | | **Total Fees** | **41.40** | | **$11,845.00** |

**Expenses**

| Date | Description | Amount |
|---|---|---:|
| 08/03/2012 | Photocopies of the 28th Monthly Fee Applications printed for Daniel Hogan's review. | 4.10 |
| 08/08/2012 | Photocopies of the 28th Monthly Fee Applications to be sent to the Fee Auditor. | 8.20 |
| 08/08/2012 | Postage- Copies of the 28th Monthly Fee Applications sent to the Fee Auditor. | 4.20 |
| 08/15/2012 | Photocopies of the 10th Quarterly Applications for Daniel Hogan's review. | 37.40 |
| 08/17/2012 | Photocopies of the 10th Quarterly Application sent to the Fee Auditors for Review. | 37.40 |
| 08/17/2012 | Postage- First Class Mail- Copies of the Tenth Quarterly Compensation Applications sent to the Fee Auditors. | 9.80 |
| 08/29/2012 | Photocopies of the Twenty-Ninth Monthly Fee Applications for Daniel Hogan's review. | 3.90 |
| 08/31/2012 | Photocopies of the Twenty-Ninth Monthly fee application of The Hogan Firm and Lauzon Belanger Lesperance sent to the Fee Auditor for review. | 5.40 |
| 08/31/2012 | Postage-Copies of the Twenty-Ninth Monthly Fee Application of The Hogan Firm and Lauzon Belanger Lesperance sent to the Fee Auditor for review. | 3.80 |
| 09/05/2012 | Photocopies of the Twenty-Ninth Monthly Fee Application of Scarfone Hawkins LLP sent to the Fee Auditor for review. | 2.40 |
| | **Total Expenses** | **$116.60** |

| | |
|---|---:|
| **TOTAL NEW CHARGES** | **$11,961.60** |

**STATEMENT OF ACCOUNT**

| | |
|---|---:|
| Prior Balance | 7,506.95 |
| Payments | -7,506.95 |
| Current Fees | 11,845.00 |
| Current Expenses | 116.60 |
| **AMOUNT DUE AND OWING TO DATE** | **$11,961.60** |

**TERMS: DUE UPON RECEIPT; INTEREST WILL ACCRUE ON THE UNPAID BALANCE AT THE RATE OF 1.5% PER MONTH;  Please call 302.656.7540 if you have any questions or concerns.**

**Payments**

| Date | Ref # | Description | Amount |
|---|---|---|---:|
| 8/9/2012 | 005 3138 | Payment on Account | 7,506.95 |