# EXHIBIT A

W.R. GRACE & CO., et al.  
CDN ZAI CLASS ACTION

U.S. FEE APPLICATION  
DATE:  
August 31, 2012  
OUR FILE NO: 05L121

# Scarfone Hawkins LLP
BARRISTERS AND SOLICITORS  
ONE JAMES STREET SOUTH    TELEPHONE  
14TH FLOOR    905-523-1333  
P.O. BOX 926, DEPOT #1  
HAMILTON, ONTARIO    TELEFAX  
L8N 3P9    905-523-5878

H.S.T. REGISTRATION NO.    **873984314 RT – 0001**

**CANADIAN ZAI MONTHLY FEE APPLICATION**  
**(August 1, 2012 – August 31, 2012)**

| DATE | PROFESSIONAL SERVICE | LAWYER | RATE/HR | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 08 /01/12 | discuss with Matt Moloci, emails to and from Vasuda Sinha, counsel for Grace with respect to motion to extend stay of proceedings | DT | $525.00 | 0.10 | $52.50 |
| 08 /01/12 | emails to and from Vasuda Sinha, receipt and review endorsement and order of Morawetz, J., extending stay of proceedings | DT | $525.00 | 0.35 | $183.75 |
| 08 /01/12 | memo to Matt Moloci re: account receivable status from Grace, memo to Cindy Yates re: Hogan account status | DT | $525.00 | 0.25 | $131.25 |
| 08 /02/12 | receipt Lauren Campbell two emails regarding certificate of no objection relating to 27th Monthly Application of the Hogan Firm, Scarfone Hawkins and Lauzon Belanger Lesperance | DT | $525.00 | 0.10 | $52.50 |
| 08 /07/12 | receipt Careen Hannouche email, memo to Cindy Yates, memo to Matt Moloci, discuss with Matt Moloci, receipt and reconciliation of funds | DT | $525.00 | 0.25 | $131.25 |
| 08 /07/12 | receipt of and respond to claimant inquiries relating to timing of hearing of U.S. 3rd Circuit Appeals | DT | $525.00 | 0.25 | $131.25 |
| 08 /09/12 | receipt of and respond to class member inquiries relating to status of US appeals | DT | $525.00 | 0.25 | $131.25 |
| 08 /10/12 | receipt of and respond to class member inquiries, etc., re: status of US appeals | DT | $525.00 | 0.25 | $131.25 |
| 08 /10/12 | receipt Lauren Campbell email re: brief update as to status of matters, memo to Cindy Yates providing brief update on status of U.S. | DT | $525.00 | 0.10 | $52.50 |

| | | | | | |
|---|---|---|---|---|---|
| | appeals. | | | | |
| 08 /10/12 | receipt Careen Hannouche email, memo to Cindy Yates to follow-up re payment of Hogan invoice | DT | $525.00 | 0.10 | $52.50 |
| 08 /10/12 | Email from Karen Harvey inquiring regarding receipt of payment for April fee application | MGM | $450.00 | 0.10 | $45.00 |
| 08 /14/12 | receipt of and respond to class member inquiries re status of matter and when settlement can be expected | DT | $525.00 | 0.25 | $131.25 |
| 08 /15/12 | receipt of and respond to class member inquiries re: status of CDN ZAI settlement | DT | $525.00 | 0.25 | $131.25 |
| 08 /16/12 | receipt and respond to claimant inquiries regarding status of U.S. 3rd Circuit appeals | DT | $525.00 | 0.25 | $131.25 |
| 08 /17/12 | receipt of and respond to class member inquiries, etc., re status of CDN ZAI settlement | DT | $525.00 | 0.25 | $131.25 |
| 08 /20/12 | memos to and from Cindy Yates re: follow-up with Dan Hogan's office | DT | $525.00 | 0.10 | $52.50 |
| 08 /21/12 | receipt of and respond to various class member inquiries relating to status of U.S. appeals and CDN ZAI settlement | DT | $525.00 | 0.25 | $131.25 |
| 08 /23/12 | receipt Lauren Campbell (Hogan's office) email, discuss with Cindy Yates re amendments to monthly fee application | DT | $525.00 | 0.10 | $52.50 |
| 08 /23/12 | receipt of and respond to class member inquiries | DT | $525.00 | 0.25 | $131.25 |
| 08 /31/12 | Emails from Lauren Campbell attaching copies of the 29th Monthly Fee Applications of The Hogan Firm and Lauzon Belanger Lesperance for filing; review | MGM | $450.00 | 0.10 | $45.00 |
| 08 /31/12 | review dockets for period August 1, 2012 to August 31, 2012, amend dockets, review disbursements, discuss with David Thompson, draft account, review with David Thompson and Matt Moloci, assemble account into form required by U.S. Bankruptcy Court, email to Lauren Campbell and Karen Harvey enclosing monthly fee application for the period of August 1,2012 to August 31,2012 | LC | $120.00 | 2.00 | $240.00 |
| | | | **SUB-TOTAL** | **5.90** | **$2,272.50** |

| TIMEKEEPER | ID | HOURS | RATE | TOTAL | PLUS 13% H.S.T |
|---|---|---|---|---|---|
| DAVID THOMPSON 25 years | DT | 3.70 | $525.00 | $1,942.50 | $252.53 |
| MATTHEW G. MOLOCI 14 years | MGM | 0.20 | $450.00 | $90.00 | $11.70 |
| LAW CLERK Cindy Yates 30 years | CY | 2.00 | $120.00 | $240.00 | $31.20 |

| | | | | |
|---|---|---|---|---|
| **SUB-TOTAL:** | | 5.9 | | $2,272.50 | $295.43 |
| **TOTAL FEES AND TAXES:** | | | | $2,567.93 |

| | |
|---|---|
| **TOTAL FEES AND APPLICABLE TAXES:** | $2,567.93 |

THIS IS OUR FEE APPLICATION,
Per:


**SCARFONE HAWKINS LLP**
E. & O.E.


**\*Del. Bankr. LR 2016-2(e)(iii) allows for
$.10 per page for photocopies.**