# LAUZON BÉLANGER LESPÉRANCE
AVOCATS • ATTORNEYS

September 24, 2012

RE :   W.R. GRACE & CO., and al.
       U.S. FEE APPLICATION
       CDN ZAI CLASS ACTION
       Our file: 222

## CANADIAN ZAI SPECIAL COUNSEL FEE APPLICATION
(August 1st 2012 to August 31st 2012)

**FOR PROFESSIONAL SERVICES RENDERED, INCLUDING:**

| DATE | INIT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 2012-08-02 | CH | Email to Karen Harvey re: payment from WR Grace for use in preparing of LBL's fee application | 0.25 | 285.00 | 71.25 |
| 2012-08-06 | CH | Letter to David Thompson re: portion of the Hogan Firm fees | 0.33 | 285.00 | 94.05 |
| 2012-08-07 | CH | Review of certification and application for June 2012 | 0.33 | 285.00 | 94.05 |
| 2012-08-08 | CH | Email to Lauren Campbell re: signed certification | 0.17 | 285.00 | 48.45 |
| 2012-08-17 | CH | Review of Quarterly Application (April-June 2012) | 0.50 | 285.00 | 142.50 |
| 2012-08-17 | CH | Email to Lauren Campbell re: inquiry amount Quarterly Application for use in preparing LBL's fee application | 0.25 | 285.00 | 71.25 |
| 2012-08-22 | CH | Email to Karen Harvey re: July time statement | 0.25 | 285.00 | 71.25 |
| 2012-08-28 | CH | Email to Karen Harvey re: payment of May application for use in preparing LBL's fee applications | 0.25 | 285.00 | 71.25 |
| 2012-08-31 | CH | Review of 29th Monthly Fee Application | 0.42 | 285.00 | 119.70 |
| 2012-08-31 | CH | Email to Lauren Campbell re: signed execution 29th Monthly Fee Application | 0.17 | 285.00 | 48.45 |
| 2012-08-31 | CH | Review of Order of Justice Morawetz extending the stay period | 1.00 | 285.00 | 285.00 |
| | | **OUR FEES:** | **3.92** | | **$ 1,117.20** |

LAUZON BÉLANGER LESPÉRANCE INC. | WWW.LBLAVOCATS.CA
286, RUE ST-PAUL OUEST | BUREAU 100 | MONTRÉAL | QUÉBEC | H2Y 2A3 | TÉLÉPHONE : 514.844.4646 | TÉLÉCOPIEUR : 514.844.7009

TIME SUMMARY BY LAWYER

CH     285.00     3.92     1,117.20

| | |
|---|---:|
| **TOTAL FEES** | **$ 1,117.20** |
| **DISBURSEMENTS** | |
| Photocopies (35 X ,10)     3.50 | |
| G.S.T. 5% | 56.04 |
| Q.S.T. 9.5% | 111.79 |
| **TOTAL** | **$1,288.53** |

\# G.S.T.   814682340 RT 0001
\# Q.S.T.   1211542736 TQ 0001