IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 15, 2012, AT 9:00 A.M. BEFORE THE HONORABLE JUDITH K. FITZGERALD IN WILMINGTON, DELAWARE**

**Any party participating telephonically must make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946), no later than 12:00 p.m., October 11, 2012.**

## CONTINUED MATTERS:

1. Amended Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 8/26/08] (Docket No. 19378)

    Response Deadline: September 12, 2008 at 4:00 p.m.

    Responses Received:

    a. Response of Commonwealth of Pennsylvania, Department of Revenue to Debtors' Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19523)

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, and H-G Coal Company.

    b.    Missouri Department of Revenue's Response to Debtors' Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19524)

    c.    Indiana Department of Revenue's (IDR) Response to Objection to Claim [Filed: 9/17/08] (Docket No. 19554)

Related Documents: None.

Status: This matter is continued to November 26, 2012, at 9:00 a.m.

## CONTESTED MATTERS:

2.    Transfer of Claim Other Than for Security Filed By CIM Urban REIT 211 Main St. (SF), LP, as Assignee of CIM REIT Acquisition, LLC [Filed: 7/17/12] (Docket No. 29256)

Response Deadline: None.

Responses Received:

    a.    Objection of Main Plaza, LLC to Notice of Transfer Claim Other Than for Security Filed By CIM Urban REIT 211 Main St. (SF), LP, as Assignee of CIM REIT Acquisition, LLC [Filed: 8/9/12] (Docket No. 29433)

        (i)    Declaration of Christopher P. Booth In Support of Objection of Main Plaza, LLC to Notice of Transfer Claim Other Than for Security Filed By CIM Urban REIT 211 Main St. (SF), LP, as Assignee of CIM REIT Acquisition, LLC [Filed: 8/9/12] (Docket No. 29434)

    b.    Debtors' Limited Joinder to Main Plaza, LLC to Notice of Transfer Claim Other Than for Security Filed By CIM Urban REIT 211 Main St. (SF), LP, as Assignee of CIM REIT Acquisition, LLC [Filed: 9/28/12] (Docket No. 29701)

**Replies Received:**

    a.    **Reply to Objection of Main Plaza, LLC to Notice of Transfer of Claim Other Than for Security Filed By CIM Urban REIT 211 Main St. (SF), LP, as Assignee of CIM REIT Acquisition, LLC [Filed: 10/2/12] (Docket No. 29728)**

        (i)    **Declaration of John Bruno in Support of Reply of CIM Urban REIT 211 Main St. (SF), LP, as Assignee of CIM REIT Acquisition, LLC to Objection of Main Plaza, LLC to Notice of Transfer of Claim Other Than for Security Filed By CIM Urban REIT 211 Main St. (SF), LP, as Assignee of CIM REIT Acquisition, LLC [Filed: 10/2/12] (Docket No. 29713)**

        (ii)    **[Signed] Modified Order Granting Motion for Leave to File Reply of CIM Urban REIT 211 Main Street. (SF), LP, as Assignee of CIM REIT Acquisition, LLC to Objection of Main Plaza, LLC to Notice of Transfer of Claim Other Than for Security Filed By CIM Urban REIT 211 Main St. (SF), LP, as Assignee of CIM REIT Acquisition, LLC and for Leave to Exceed Page Length [Filed: 10/2/12] (Docket No. 29717)**

Related Documents:

a. Notice of Hearing Regarding Objection of Main Plaza, LLC to Notice of Transfer of Claim Other Than for Security Filed By CIM Urban REIT 211 Main St. (SF), LP, as Assignee of CIM REIT Acquisition, LLC [Filed: 8/13/12] (Docket No. 29447)

Status: This matter will go forward.

Dated: October 5, 2012

KIRKLAND & ELLIS LLP
John Donley
Adam Paul
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

and

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
11 East Wacker Drive
Suite 2800
Chicago, IL 60601
Telephone: (312) 836-4047

And

PACHULSKI STANG ZIEHL & JONES LLP

_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Telephone:   (302) 652-4100
Facsimile:    (302) 652-4400

Co-Counsel for the Debtors and Debtors-in-Possession