# Exhibit A

# EXHIBIT A

# FEE AND EXPENSE CHART WITH RECOMMENDATIONS

## W.R. Grace – 44th Interim Period (January 1, 2012 – March 31, 2012)

and

## Final Fee Application of Holme Roberts & Owen LLP (now known as Bryan Cave HRO)

### Interim Applications

| ANDERSON KILL & OLICK, P.C. | | | | | |
|---|---|---|---|---|---|
| Fee Application | Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28920 | TOTAL: | $402,648.50 | $4,061.99 | $402,648.50 | $4,061.99 |

| BAER HIGGINS FRUCHTMAN LLC | | | | | |
|---|---|---|---|---|---|
| Fee Application | Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28871 | TOTAL: | $292,480.00 | $6,106.45 | $292,480.00 | $6,106.45 |

| BEVERIDGE & DIAMOND, P.C. (43rd and 44th)[1] | | | | | |
|---|---|---|---|---|---|
| Fee Application | Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 43rd | 29185 | TOTAL: | $109,020.00 | $207.09 | $109,020.00 | $207.09 |
| 44th | 29186 | TOTAL: | $328,439.24 | $6,083.67 | $328,439.24 | $5,532.41 |

| BILZIN SUMBERG BAENA PRICE & AXELROD LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application | Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28972 | TOTAL: | $12,993.00 | $169.70 | $12,993.00 | $169.70 |

| BLACKSTONE ADVISORY SERVICES L.P. | | | | | |
|---|---|---|---|---|---|
| Fee Application | Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28915 | TOTAL: | $250,000.00 | $2,502.68 | $250,000.00 | $2,502.68 |

---

[1] The Forty-Third Interim Period encompasses October 1, 2011, through December 31, 2012.

1

| BMC GROUP ||||| 
|---|---|---|---|---|
| Fee Application | Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| | 28989 | TOTAL: | $99,004.00 | $8,091.61 | $98,962.00 | $8,091.61 |

| CAMPBELL & LEVINE, LLC ||||| 
|---|---|---|---|---|
| Fee Application | Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28919 | TOTAL: | $42,253.50 | $4,123.40 | $42,209.50 | $4,123.40 |

| CAPLIN & DRYSDALE, CHARTERED ||||| 
|---|---|---|---|---|
| Fee Application | Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28921 | TOTAL: | $207,950.00 | $3,744.50 | $207,950.00 | $3,744.50 |

| CAPSTONE ADVISORY GROUP, LLC ||||| 
|---|---|---|---|---|
| Fee Application | Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28931 | TOTAL: | $117,066.50 | $251.22 | $117,066.50 | $251.22 |

| CASNER & EDWARDS LLP ||||| 
|---|---|---|---|---|
| Fee Application | Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28932 | TOTAL: | $40,257.50 | $38,516.54 | $40,257.50 | $38,516.54 |

| CHARTER OAK FINANCIAL CONSULTING LLC ||||| 
|---|---|---|---|---|
| Fee Application | Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28924 | TOTAL: | $57,652.00 | $35.00 | $57,652.00 | $35.00 |

| DELOITTE TAX (42nd)[2] ||||| 
|---|---|---|---|---|
| Fee Application | Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 29218 | TOTAL: | $23,657.00 | $16.28 | $23,657.00 | $16.28 |

---

[2] The Forty-Second Interim Period encompasses July 1, 2011, through September 30, 2011.

2

| FERRY JOSEPH & PEARCE, P.A. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28974 | TOTAL: | $21,177.00 | $1,976.09 | $21,177.00 | $1,976.09 |

| FOLEY HOAG LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28914 | TOTAL: | $55,705.30 | $5,522.67 | $55,705.30 | $5,522.67 |

| FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28837 | TOTAL: | $8,850.00 | $6,270.38 | $8,850.00 | $6,270.38 |

| THE HOGAN FIRM | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28930 | TOTAL: | $32,877.00 | $2,117.95 | $32,877.00 | $2,117.95 |

| HOLME ROBERTS & OWEN LLP (now known as Bryan Cave HRO) (41st through 44th Combined)[3] | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28850 | TOTAL: | $33,977.50 | $11,285.32 | $33,977.50 | $10,767.26 |

| KIRKLAND & ELLIS LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28971 | TOTAL: | $1,238,051.50 | $15,500.45 | $1,238,051.50 | $15,500.45 |

| KRAMER LEVIN NAFTALIS & FRANKEL LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28956 | TOTAL: | $35,118.50 | $152.90 | $35,118.50 | $152.90 |

---

[3] The Forty-First Interim Period encompasses April 1, 2011, through June 30, 2011.

| LAUZON BÉLANGER LESPÉRANCE ||||||
|---|---|---|---|---|---|
| Fee Application | Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28918 | TOTAL: | CDN $6,033.30 | CDN $904.53 | CDN $6,033.30 | CDN $904.53 |

| LEGAL ANALYSIS SYSTEMS, INC. (43rd and 44th Combined) ||||||
|---|---|---|---|---|---|
| Fee Application | Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28922 | TOTAL: | $1,522.50 | $0.00 | $1,522.50 | $0.00 |

| NORTON ROSE OR LLP (f/k/a Ogilvy Renault LLP) ||||||
|---|---|---|---|---|---|
| Fee Application | Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28904 | TOTAL: | CDN $16,736.50 | CDN $383.09 | CDN $16,736.50 | CDN $383.09 |

| ORRICK, HERRINGTON & SUTCLIFFE LLP ||||||
|---|---|---|---|---|---|
| Fee Application | Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28952 | TOTAL: | $462,548.25 | $7,444.37 | $462,548.25 | $7,444.37 |

| PACHULSKI STANG ZIEHL & JONES LLP ||||||
|---|---|---|---|---|---|
| Fee Application | Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 29053 | TOTAL: | $114,248.50 | $69,701.38 | $114,248.50 | $68,262.18 |

| PHILLIPS, GOLDMAN & SPENCE, P.A. ||||||
|---|---|---|---|---|---|
| Fee Application | Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28840 | TOTAL: | $15,222.00 | $35.47 | $15,222.00 | $35.47 |

| PRICEWATERHOUSECOOPERS LLP ||||||
|---|---|---|---|---|---|
| Fee Application | Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28891 | TOTAL: | $697,938.55 | $20,265.21 | $697,938.55 | $20,265.21 |

| PRICEWATERHOUSECOOPERS LLP (Global Restructuring Project – January - March 2012) | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28891 | TOTAL: | $154,000.31 | $4,083.72 | $154,000.31 | $4,083.72 |

| REED SMITH LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28892 | TOTAL: | $155,029.50 | $12,759.89 | $155,029.50 | $12,759.89 |

| RICH, ALAN B. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28881 | TOTAL: | $37,180.00 | $30.00 | $37,180.00 | $30.00 |

| HON. ALEXANDER M. SANDERS, JR. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28883 | TOTAL: | $9,135.00 | $30.00 | $9,135.00 | $30.00 |

| SAUL EWING LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28957 | TOTAL: | $31,791.50 | $609.54 | $31,791.50 | $609.54 |

| SCARFONE HAWKINS LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28917 | TOTAL: | CDN $15,682.50 | CDN $2,056.21 | CDN $15,296.25 | CDN $2,056.21 |

| WARREN H. SMITH & ASSOCIATES, P.C. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 29022 | TOTAL: | $87,844.00 | $1,339.02 | $87,844.00 | $1,339.02 |

5

| STEPTOE & JOHNSON LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 29184 | TOTAL: | $10,492.00 | $22.70 | $10,492.00 | $22.70 |

| STROOCK & STROOCK & LAVAN LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 28944 | TOTAL: | $121,495.00 | $740.14 | $121,495.00 | $740.14 |

| WOODCOCK WASHBURN LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 29071 | TOTAL: | $6,361.50 | $3,470.00 | $6,352.50 | $3,470.00 |

## Final Application

| HOLME ROBERTS & OWEN LLP (now known as Bryan Cave HRO) | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Final Basis | Expenses Allowed on Final Basis |
| 28850 | TOTAL: | $8,750,552.75 | $890,403.51 | $8,750,552.75 | $888,761.88 |

6