# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | CIVIL ACTION NO. 09-766 |
| | : | |
| W.R. GRACE & CO., et. al., | : | BANKRUPTCY NO. 01-1139 |
| | : | |
| Debtors. | : | |
| | : | |
| | : | |

## **ORDER**

**AND NOW**, this 3rd day of October, 2012, upon consideration of the Libby Claimants' unopposed motion for voluntary dismissal of appeal with prejudice (Docket No. 8), it is hereby **ORDERED** that said motion is **GRANTED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, J.