IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JFK) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | RE: 29709 |
| | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF PETER J. GURFEIN

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Peter J. Gurfein, Esq. to represent CIM Urban REIT 211 Main St. (SF), LP, as Assignee of CIM REIT Acquisition, LLC in the above-captioned matter.

Dated: October 1, 2012
Wilmington, Delaware

Respectfully Submitted,

By: /s/ John H. Schanne, II
John H. Schanne, II (DE No. 5260)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19801-1709
Tel: (302) 777-6500

#16807225 v1

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing in, among others, the bars of the States of California and New York, and the District of Columbia, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or court of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

By: /s/ Peter J. Gurfein
Peter J. Gurfein
Landau Gottfried & Berger LLP
1801 Century Park East
Suite 700
Los Angeles, California 90067
Telephone: (310) 557-0050
Facsimile: (310) 557-0056

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: October 9th, 2012

/s/ Judith K. Fitzgerald
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge   SJS

#16807225 v1