## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JKF) |
| | (Jointly Administered) |
| Debtor. | |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Robert L. Eisenbach III of Cooley LLP, 101 California Street, 5th Floor, San Francisco, CA 94111-5800, to represent Main Plaza, LLC ("Main Plaza") in this action.

Dated: October 9, 2012                    BIFFERATO GENTILOTTI LLC


*/s/ Garvan McDaniel*
Garvan F. McDaniel (No. 4167)
800 N. King Street, Plaza Level
Wilmington, DE  19801
Telephone:     (302) 429-1900
Facsimile:      (302) 429-8600
Email:           gmcdaniel@bglawde.com


### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* of Robert L. Eisenbach III is granted.


Dated: _____, 2012          _____
                                                            United States Bankruptcy Judge

1289029 v1/SF

## <u>CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*</u>

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 7/23/09.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.


Dated: October 9, 2012            */s/ Robert L. Eisenbach III*
                                  Robert L. Eisenbach III (CA State Bar #124896)
                                  Cooley LLP
                                  101 California Street, 5th Floor
                                  San Francisco, CA  94111-5800
                                  Telephone: (415) 693-2000
                                  Facsimile: (415) 693-2222
                                  Email:      reisenbach@cooley.com

1289029 v1/SF