**<u>EXHIBIT B</u>**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. Grace & Co., <u>et al.</u>, | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |
| | **Objection Deadline:  April 9, 2012 at 4:00 p.m.**<br>**Hearing date:  To be scheduled only if objections**<br>**are timely filed and served.** |

**ONE-HUNDRED TWENTIETH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
<u>FOR THE PERIOD FROM JANUARY 1, 2012 THROUGH JANUARY 31, 2012</u>**

| | |
|---|---|
| Name of Applicant: | **Duane Morris LLP** |
| Authorized to Provide<br>Professional Services to: | **Official Committee of<br>Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and<br>reimbursement is sought | **January 1, 2012 through<br>January 31, 2012** |
| Amount of Compensation sought as<br>actual, reasonable and necessary: | **$6,786.40 (80% of $8,483.00)** |
| Amount of Expense Reimbursement sought<br>as actual, reasonable and necessary: | **$360.63** |

This is an: ☒ monthly  ☐ interim  ☐ final application.

This is the one-hundred twentieth monthly fee application of Duane Morris LLP.

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01–7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02–1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02–2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02-3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |
| June 19, 2003 | 4/1/03 – 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 – 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |
| September 18, 2003 | 6/1/03 – 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 – 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 – 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 – | $20,454.50 | $221.26 | $16,363.60 | $221.26 |

| | | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| | 12/30/03 | | | | |
| June 22, 2004 | 1/1/04 – 1/31/04 | $22,612.50 | $872.84 | $18,090.00 | $872.84 |
| June 22, 2004 | 2/1/04 – 2/29/04 | $11,260.50 | $489.46 | $9,008.40 | $489.46 |
| June 22, 2004 | 3/1/04 – 3/31/04 | $11,766.00 | $16.05 | $9,412.80 | $16.05 |
| June 28, 2004 | 4/1/04 – 4/30/04 | $16,984.50 | $980.26 | $13,587.60 | $980.26 |
| June 30, 2004 | 5/1/04 – 5/31/04 | $32,817.00 | $2,190.53 | $26,253.60 | $2,190.53 |
| July 30, 2004 | 6/1/04 – 6/30/04 | $27,416.50 | $738.78 | $21,933.20 | $738.78 |
| August 25, 2004 | 7/1/04 - 7/31/04 | $19,040.00 | $201.17 | $15,232.00 | $201.17 |
| September 23, 2004 | 8/1/04- 8/31/04 | $18,098.50 | $383.56 | $14,478.80 | $383.56 |
| October 20, 2004 | 9/1/04 – 9/30/04 | $18,370.50 | $198.58 | $14,696.40 | $198.58 |
| November 19, 2004 | 10/1/04 – 10/31/04 | $26,153.50 | $228.76 | $20,922.80 | $228.76 |
| December 17, 2004 | 11/1/04 – 11/30/04 | $33,416.50 | $9,327.54 | $26,733.20 | $9,327.54 |
| January 18, 2005 | 12/1/05 - 12/31/05 | $40,701.00 | $563.95 | $32,560.80 | $563.95 |
| March 3, 2005 | 1/1/05 – 1/31/05 | $41,319.50 | $2,508.99 | $33,055.60 | $2,508.99 |
| March 21, 2005 | 2/1/05 – 2/28/05 | $19,744.50 | $176.37 | $15,795.60 | $176.37 |
| April 22, 2005 | 3/1/05 – 3/31/05 | $17,413.00 | $1,001.41 | $13,030.40 | $1,001.41 |
| May 24, 2005 | 4/1/05 – 4/30/05 | $12,196.00 | $41.50 | $9,756.80 | $41.50 |
| June 20, 2005 | 5/1/05- 5/30/05 | $17,670.50 | $421.11 | $14,136.40 | $421.11 |
| July 21,2005 | 6/1/05- 6/30/05 | $15,429.99 | $685.78 | $12,343.20 | $685.78 |
| August 30, 2005 | 7/1/05- 7/31/05 | $26,044.50 | $1,766.47 | $20,835.60 | $1,766.47 |
| September 30, 2005 | 8/1/05- 8/31/05 | $15,111.00 | $436.15 | $12,088.80 | $436.15 |
| October 20, 2005 | 9/1/05 – 9/30/05 | $13,118.50 | $731.74 | $10,494.80 | $731.74 |
| November 18, 2005 | 10/1/05- | $18,014.00 | $40.22 | $14,411.20 | $40.22 |

3

| | | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| | 10/31/05 | | | | |
| December 19, 2005 | 11/1/05 – 11/30/05 | $13,114.00 | $365.64 | $12,893.90 | $365.64 |
| February 6, 2006 | 12/1/05 – 12/31/05 | $20,159.00 | $1,871.84 | $16,127.20 | $1,841.84 |
| March 2, 2006 | 1/1/06 – 1/28/06 | $21,157.40 | $517.90 | $16,930.00 | $517.90 |
| March 13, 2006 | 2/1/06 – 2/28/06 | $11,268.50 | $0.00 | $9,014.80 | $0.00 |
| April 28, 2006 | 3/1/06 – 3/31/06 | $15,309.50 | $424.79 | $12,247.60 | $424.79 |
| May 30, 2006 | 4/1/06 – 4/30/06 | $14,241.50 | $1,014.93 | $11,393.20 | $1,014.93 |
| June 16, 2006 | 5/1/06 – 5/31/06 | $15,350.50 | $38.60 | $12,280.40 | $38.60 |
| August 10, 2006 | 6/1/06 – 6/30/06 | $25,877.00 | $1,968.78 | $20,701.60 | $1,968.78 |
| August 30, 2006 | 7/1/06 – 7/31/06 | $27,754.00 | $260.05 | $27,754.00 | $260.05 |
| October 6, 2006 | 8/1/06 – 8/31/06 | $32,699.50 | $235.27 | $32,699.50 | $235.27 |
| October 30, 2006 | 9/1/06 – 9/30/06 | $29,511.50 | $1,537.45 | $26,511.50 | $1,537.45 |
| November 30, 2006 | 10/1/06 – 10/31/06 | $22,550.50 | $360.17 | $22,550.50 | $360.17 |
| January 8, 2007 | 11/1/06 – 11/30/06 | $52,715.50 | $462.28 | $52,715.50 | $462.28 |
| February 1, 2007 | 12/1/06 – 12/31/06 | $36,411.00 | $628.30 | $36,411.00 | $208.95 |
| February 28, 2007 | 1/1/07 – 1/31/07 | $39,970.50 | $770.49 | $39,970.50 | $770.49 |
| April 13, 2007 | 2/1/07 – 2/28/07 | $23,416.00 | $81.51 | $23,416.00 | $81.51 |
| May 1, 2007 | 3/1/07 – 3/31/07 | $20,408.50 | $110.79 | $20,408.50 | $110.79 |
| July 13, 2007 | 4/1/07 – 4/30/07 | $17,098.00 | $677.86 | $20,408.50 | $110.79 |
| July 13, 2007 | 5/1/07 – 5/31/07 | $20,049.00 | $7,553.02 | $20,049.00 | $7,553.02 |
| July 31, 2007 | 6/1/107 – 6/30/07 | $22,710.50 | $1,017.52 | $22,710.50 | $1,017.52 |

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| October 1, 2007 | 7/1/07 – 7/31/07 | $43,373.50 | $1,544.99 | $34,698.80 | $1,544.99 |
| October 1, 2007 | 8/1/07 – 8/31/07 | $23,739.50 | $1,306.17 | $18,991.60 | $1,306.17 |
| October 30, 2007 | 9/1/07 – 9/30/07 | $36,004.00 | $48.39 | $28,803.20 | $48.39 |
| December 3, 2007 | 10/1/07 – 10/31/07 | $28,085.50 | $3,244.17 | $22,468.40 | $3,244.17 |
| January 3, 2008 | 11/1/07 – 11/30/07 | $29,455.00 | $860.54 | $23,564.00 | $860.54 |
| January 29, 2008 | 12/1/07 – 12/31/07 | $49,823.00 | $505.80 | $47,689.06 | $505.80 |
| March 10, 2008[1] | 1/1/08 – 2/29/08 | $58,572.80 | $10,713.36 | $46,858.24 | $10,713.36 |
| May 1, 2008 | 3/1/08 – 3/31/08 | $50,913.00 | $1,171.03 | $50,301.80 | $1,171.03 |
| May 21, 2008 | 4/1/08 – 4/30/08 | $84,772.50 | $1,770.07 | $67,778.00 | $1,770.07 |
| June 27, 2008 | 5/1/08 – 5/31/08 | $23,242.00 | $1,913.97 | $18,593.60 | $1,913.97 |
| July 28, 2008 | 6/1/08 – 6/30/08 | $28,668.00 | $888.00 | $22,934.40 | $888.00 |
| August 28, 2008 | 7/1/08 – 7/31/08 | $30,341.50 | $183.79 | $24,273.20 | $183.79 |
| October 13, 2008 | 8/1/08 – 8/31/08 | $21,406.50 | $2,380.26 | $17,125.20 | $2,380.26 |
| November 12, 2008 | 9/1/08 – 9/30/08 | $25,857.00 | $784.16 | $20,685.60 | $784.16 |
| November 18, 2008 | 10/1/08 – 10/31/08 | $30,909.00 | $2,724.44 | $24,727.20 | $2,724.44 |
| December 30, 2008 | 11/1/08 – 11/30/08 | $14,479.00 | $238.13 | $11,583.20 | $238.13 |
| February 3, 2009 | 12/1/08 – 12/31/08 | $32,930.00 | $825.68 | $26,344.00 | $825.68 |
| February 11, 2009 | 1/1/09 – 1/31/09 | $47,975.00 | $828.47 | $38,380.00 | $828.47 |
| April 2, 2009 | 2/1/09 – 2/28/09 | $33,072.50 | $493.81 | $26,458.00 | $493.81 |
| April 10, 2009 | 3/1/09 – 3/31/09 | $34,393.50 | $2,281.30 | $27,514.80 | $2,281.30 |

---

[1] The title of this Application [D.I. 18254] states that the fee application was for the period January 1, 2008 through January 31, 2008, when it should have identified the period as  January 1, 2008 through February 29, 2008.

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| June 5, 2009 | 4/1/09 – 4/30/09 | $33,877.50 | $1,333.84 | $27,102.00 | $1,333.84 |
| June 5, 2009 | 5/1/09 – 5/31/09 | $38,838.00 | $18.92 | $31,070.40 | $18.92 |
| August 19, 2009 | 6/1/09 – 6/30/09 | $102,615.50 | $2,762.47 | $82,092.40 | $2,762.47 |
| September 23, 2009 | 7/1/09 – 7/31/09 | $72,966.60 | $1,922.11 | $58,373.28 | $1,922.11 |
| September 24, 2009 | 8/1/09 – 8/31/09 | $66,921.00 | $2,118.21 | $53,536.80 | $2,118.21 |
| October 21, 2009 | 9/1/09 – 9/30/09 | $70,480.00 | $309.20 | $56,384.00 | $309.20 |
| December 1, 2009 | 10/1/09 – 10/31/09 | $33,986.50 | $2,425.29 | $27,189.20 | $2,425.29 |
| December 28, 2009 | 11/1/09- 11/30/09 | $32,937.00 | $101.82 | $26,349.60 | $101.82 |
| January 28, 2010 | 12/1/09- 12/31/09 | $15,975.00 | $1,870.07 | $12,780.00 | $1,870.07 |
| March 2, 2010 | 1/1/10 – 1/31/10 | $21,378.80 | $81.23 | $17,103.04 | $81.23 |
| March 29, 2010 | 2/1/10 – 2/29/10 | $8,597.50 | $803.88 | $6,878.00 | $803.88 |
| April 28, 2010 | 3/1/10 – 3/31/10 | $18,726.50 | $1,436.91 | $14,981.20 | $1,436.91 |
| May 28, 2010 | 4/1/10 – 4/30/10 | $11,323.50 | $46.14 | $9,058.80 | $46.14 |
| June 28, 2010 | 5/1/10 – 5/31/10 | $6,203.50 | $944.99 | $4,962.80 | $944.99 |
| July 30, 2010 | 6/1/10 – 6/30/10 | $11,249.50 | $605.05 | $8,999.60 | $605.05 |
| August 18, 2010 | 7/1/10 – 7/31/10 | $4,799.00 | $302.53 | $3,839.20 | $302.53 |
| September 28, 2010 | 8/1/10 – 8/30/10 | $6,063.50 | $310.09 | $4,850.80 | $310.09 |
| October 28, 2010 | 9/1/10 – 9/30/10 | $9,657.50 | $570.26 | $7,726.00 | $570.26 |
| November 29, 2010 | 10/1/10 – 10/31/10 | $2,526.50 | $12.18 | $2,021.20 | $12.18 |
| December 28, 2010 | 11/1/10 – 11/30/10 | $2,486.00 | $0.00 | $1,988.80 | $0.00 |
| January 28, 2011 | 12/1/10 – 12/31/10 | $18,306.50 | $975.89 | $14,645.20 | $975.89 |

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| February 28, 2011 | 1/1/11 – 1/31/11 | $11,915.50 | $55.74 | $9,532.40 | $55.74 |
| March 28, 2011 | 2/1/11 – 2/29/11 | $42,225.00 | $1,195.31 | $33,780.00 | $1,195.31 |
| April 28, 2011 | 3/1/11 – 3/31/11 | $17,595.50 | $417.97 | $14,076.40 | $417.97 |
| June 28, 2011 | 4/1/11 – 4/30/11 | $29,853.50 | $10.00 | $23,882.80 | $10.00 |
| June 28, 2011 | 5/1/11 – 5/31/11 | $16,460.00 | $211.76 | $13,168.00 | $211.76 |
| August 9, 2011 | 6/1/11 – 6/30/11 | $29,115.00 | $1,137.17 | $23,292.00 | $1,137.17 |
| August 11, 2011 | 7/1/11 – 7/30/11 | $6,683.00 | $69.92 | $5,346.40 | $69.92 |
| October 5, 2011 | 8/1/11 – 8/31/11 | $5,954.00 | $512.17 | $4,763.20 | $512.17 |
| October 28, 2011 | 9/1/11 – 9/30/11 | $4,199.00 | $231.68 | $3,359.20 | $231.68 |
| November 29, 2011 | 10/1/11 – 10/31/11 | $5,129.50 | $217.30 | $4,103.60 | $217.30 |
| December 28, 2011 | 11/1/11 – 11/30/11 | $5,805.50 | $218.32 | $4,644.40 | $218.32 |
| February 3, 2012 | 12/1/11 – 12/31/11 | $4,064.00 | $120.44 | $3,251.20 | $120.44 |

## SUMMARY OF COMPENSABLE TIME

| Name of Professional Person | Position of the Applicant/No. of Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| William S. Katchen | Of Counsel/41 years | $875.00 | 1.20 | $1,050.00 |
| Michael R. Lastowski | Partner/25 years | $780.00 | 7.30 | $5,694.00 |
| Stephanie Lenkiewicz | Paralegal | $185.00 | 9.40 | $1,739.00 |
| **Total** | | | **17.90** | **$8,483.00** |

## COMPENSATION SUMMARY BY TASK CODE

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition (02) | 0.10 | $78.00 |
| Case Administration (04) | 0.70 | $267.50 |
| Employee Benefits/Pension (08) | 0.20 | $156.00 |
| Fee Applications, Applicant (12) | 6.20 | $1,325.50 |
| Fee Applications, Other (13) | 3.00 | $555.00 |
| Financing (14) | 0.30 | $234.00 |
| Hearings (15) | 2.30 | $1,794.00 |
| Litigation and Litigation Consulting (16) | 1.50 | $1,170.00 |
| Plan and Disclosure Statement (17) | 2.60 | $2,028.00 |
| Other (25) | 1.00 | $875.00 |
| **TOTAL** | **17.90** | **$8,483.00** |

## EXPENSE SUMMARY

| Expense Category | Provider | Total Expenses |
|---|---|---|
| Postage | | $220.24 |
| Court Costs | | $30.00 |
| Overnight Mail | Federal Express | $21.35 |
| Court Search Service | | $13.34 |
| Printing & Duplicating | Internal | $75.70 |
| **TOTAL EXPENSES** | | **$ 360.63** |

WHEREFORE, Duane Morris LLP respectfully requests that, for the period January 1, 2012 through January 31, 2012, an interim allowance be made to Duane Morris LLP, as set forth in the invoice attached hereto as Exhibit A, for compensation in the amount of $6,786.40 (80% of allowed fees totaling $8,483.00) and $360.63 for reimbursement of expenses be authorized, and for such other and further relief as this Court may deem just and proper.

Dated: March 20, 2012
      Wilmington, Delaware

*/s/ Michael R. Lastowski*
Michael R. Lastowski (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
Telephone:   (302) 657-4900
Facsimile:   (302) 657-4901
E-mail:      mlastowski@duanemorris.com
            rwriley@duanemorris.com

- and –

William S. Katchen
DUANE MORRIS LLP
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:   (973) 424-2000
Facsimile:   (973) 424-2001
E-mail:      wskatchen@duanemorris.com

*Co-Counsel for the Official Committee of*
*Unsecured Creditors of  W. R. Grace & Co., et al.*

**EXHIBIT A**

# DuaneMorris

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
LAKE TAHOE
HO CHI MINH CITY

February 08, 2012

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001        Invoice# 1733527              IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 01/31/2012 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 7.30 | hrs. at | $780.00 | /hr. = | $5,694.00 |
| WS KATCHEN | OF COUNSEL | 1.20 | hrs. at | $875.00 | /hr. = | $1,050.00 |
| S LENKIEWICZ | PARALEGAL | 9.40 | hrs. at | $185.00 | /hr. = | $1,739.00 |
| | | | | | | $8,483.00 |

DISBURSEMENTS
| | |
|---|---|
| COURT COSTS | $30.00 |
| COURT SEARCH SERVICE | $13.34 |
| OVERNIGHT MAIL | $21.35 |
| POSTAGE | $220.24 |
| PRINTING & DUPLICATING | $75.70 |
| TOTAL DISBURSEMENTS | $360.63 |

BALANCE DUE THIS INVOICE                                        $8,843.63

Duane Morris
February 08, 2012
Page 2

File # K0248-00001                                    INVOICE# 1733527
     W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 1/25/2012 002 | MR LASTOWSKI | REVIEW DEBTORS' QUARTERLY REPORT OF ASSET SALES | 0.10 | $78.00 |
| | | Code Total | 0.10 | $78.00 |

Duane Morris
February 08, 2012
Page 3

File # K0248-00001                                                    INVOICE# 1733527
     W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 1/3/2012 004 | WS KATCHEN | REVIEW OF CAPSTONE MEMORANDUM. | 0.20 | $175.00 |
| 1/17/2012 004 | S LENKIEWICZ | REVIEW DOCKET RE OMNIBUS HEARING DATES (.2); REVIEW DOCKET RE UPCOMING OBJECTION DEADLINES FOR FEE APPLICATIONS AND CALENDAR SAME (.3) | 0.50 | $92.50 |
| | | Code Total | 0.70 | $267.50 |

Duane Morris
February 08, 2012
Page 4

File # K0248-00001                                           INVOICE# 1733527
        W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 1/24/2012 008 | MR LASTOWSKI | REVIEW ORDER PERMITTING DEBTORS TO MAKE CONTRIBUTIONS TO EMPLOYEE RETIREMENT PLANS | 0.20 | $156.00 |
| | | Code Total | 0.20 | $156.00 |

Duane Morris
February 08, 2012
Page 5

File # K0248-00001                                          INVOICE# 1733527
    W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 1/3/2012 012 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO DUANE MORRIS 117TH MONTHLY FEE APPLICATION | 0.20 | $37.00 |
| 1/5/2012 012 | S LENKIEWICZ | REVIEW DOCKET RE DUANE MORRIS 11TH MONTHLY FEE APPLICATION | 0.20 | $37.00 |
| 1/6/2012 012 | S LENKIEWICZ | REVIEW DOCKET RE FEE AUDITOR REPORTS (.3); DOWNLOAD AND REVIEW ORDERS RE DUANE MORRIS FEES GRANTED SINCE MARCH 2010 (.7); REVISE QUARTERLY FEE APPLICATION CHART RE SAME (.3) | 1.30 | $240.50 |
| 1/6/2012 012 | S LENKIEWICZ | REVIEW PRIOR MONTHLY APPLICATIONS AND PREPARE WORKSHEET FOR QUARTERLY FEE APPLICATION CHARTS RE SAME (.8); PREPARE NOTICE OF 42ND QUARTERLY FEE APPLICATION (.2); PREPARE 42ND QUARTERLY FEE APPLICATION (.8); PREPARE EXHIBIT A (.2); PREPARE EXHIBITS B THROUGH C (.2) | 2.20 | $407.00 |
| 1/9/2012 012 | MR LASTOWSKI | REVIEW AND APPROVE 42ND QUARTERLY FEE APPLICATION | 0.30 | $234.00 |
| 1/11/2012 012 | S LENKIEWICZ | PREPARE CERTIFICATE OF SERVICE RE 42ND QUARTERLY FEE APPLICATION OF DUANE MORRIS (.2); PREPARE 2002 SERVICE LABELS (.3); PREPARE SERVICE TO CORE GROUP (.3); FINALIZE EXHIBITS FOR E-FILING (.3); FINALIZE NOTICE AND APPLICATION FOR EFILING (.2); FINALIZE CERTIFICATE OF SERVICE FOR EFILING (.1); EFILE DUANE MORRIS 42ND QUARTERLY FEE APPLICATION (.3); COORDINATE SERVICE OF SAME (.1) | 1.80 | $333.00 |
| 1/12/2012 012 | S LENKIEWICZ | RECEIPT AND REVIEW OF DUANE MORRIS' DECEMBER 2011 INVOICE | 0.20 | $37.00 |
| | | Code Total | 6.20 | $1,325.50 |

Duane Morris
February 08, 2012
Page 6

File # K0248-00001                                                INVOICE# 1733527
        W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 1/11/2012 013 | S LENKIEWICZ | RECEIPT OF CAPSTONE'S NINETY-FOURTH MONTHLY FEE APPLICATION FOR NOVEMBER 2011(.1); FINALIZE NOTICE (.1); PREPARE APPLICATION AND EXHIBITS FOR EFILING (.2); EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.70 | $129.50 |
| 1/13/2012 013 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO CAPSTONE 92ND AND 93RD MONTHLY FEE APPLICATIONS (.1); PREPARE CERTIFICATE OF NO OBJECTION RE CAPSTONE 92ND MONTHLY FEE APPLICATION (.2); PREPARE CERTIFICATE OF NO OBJECTION RE CAPSTONE 93RD MONTHLY FEE APPLICATION (.2); FINALIZE AND EFILE SAME (.4); FORWARD EFILING CONFIRMATIONS TO D. MOHAMMAD (.1) | 1.00 | $185.00 |
| 1/24/2012 013 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO SSL 128TH MONTHLY FEE APPLICATION (.1); PREPARE CERTIFICATE OF NO OBJECTION RE SAME (.2); EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.60 | $111.00 |
| 1/30/2012 013 | S LENKIEWICZ | RECEIPT OF SSL'S 129TH MONTHLY FEE APPLICATION AND FINALIZE SAME FOR EFILING (.2); EFILE SAME (.4); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.70 | $129.50 |
| | | Code Total | 3.00 | $555.00 |

Duane Morris
February 08, 2012
Page 7

File # K0248-00001                                                    INVOICE# 1733527
      W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 1/18/2012 014 | MR LASTOWSKI | REVIEW ORDER AUTHORIZING AMENDMENT TO POST PETITION LETTER OF CREDIT FACILITY | 0.10 | $78.00 |
| 1/24/2012 014 | MR LASTOWSKI | REVIEW MOTION TO EXTEND CREDIT AGREEMENT WITH ADVANCED REFINING TECHNOLOGIES INC. | 0.20 | $156.00 |
| | | Code Total | 0.30 | $234.00 |

Duane Morris
February 08, 2012
Page 8

File # K0248-00001                                               INVOICE# 1733527
     W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 1/13/2012 015 | MR LASTOWSKI | REVIEW 1/23/12 HEARING AGENDA AND ITEMS IDENTIFIED THEREON, TOGETHER WITH DOCKET REVIEW | 2.20 | $1,716.00 |
| 1/18/2012 015 | MR LASTOWSKI | REVIEW AMENDED AGENDA NOTICE | 0.10 | $78.00 |
| | | Code Total | 2.30 | $1,794.00 |

Duane Morris
February 08, 2012
Page 9

File # K0248-00001                                           INVOICE# 1733527
        W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 1/19/2012 016 | MR LASTOWSKI | REVIEW GARLOCK BRIEFS AND ACC RESPONSE | 1.40 | $1,092.00 |
| 1/26/2012 016 | MR LASTOWSKI | REVIEW DEBTORS' 42ND QUARTERLY REPORT OF SETTLEMENTS | 0.10 | $78.00 |
| | | Code Total | 1.50 | $1,170.00 |

Duane Morris
February 08, 2012
Page 10

File # K0248-00001                                                    INVOICE# 1733527
    W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 1/31/2012 017 | MR LASTOWSKI | E-MAIL TO L. KRUGER, A. KRIEGER, K. PASQUALE AND W. KATCHEN RE: DISTRICT COURT OPINION AFFIRMING CONFIRMATION ORDER | 0.10 | $78.00 |
| 1/31/2012 017 | MR LASTOWSKI | REVIEW JUDGE BUCHALTER'S OPINION AFFIRMING CONFIRMATION ORDER | 2.40 | $1,872.00 |
| 1/31/2012 017 | MR LASTOWSKI | E-MAIL TO L. KRUGER, ET AL. RE: ENTRY OF CONFIRMATION ORDER (.1) | 0.10 | $78.00 |
| | | Code Total | 2.60 | $2,028.00 |

Duane Morris
February 08, 2012
Page 11

File # K0248-00001                                                      INVOICE# 1733527
     W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 1/9/2012 025 | WS KATCHEN | REVIEW ORDER ON APPEAL BY GARLOCK | 0.20 | $175.00 |
| 1/16/2012 025 | WS KATCHEN | REVIEW DOCKET | 0.10 | $87.50 |
| 1/24/2012 025 | WS KATCHEN | REVIEW ORDER (.1); REVIEW ORDER AND STIPULATION (.2) | 0.30 | $262.50 |
| 1/26/2012 025 | WS KATCHEN | REVIEW DEBTORS CONTRIBUTIONS OF $109.3 MM TO RETIREMENT PLANS (.2); REVIEW DEBTOR'S MOTION REGARDING CREDIT AGREEMENTS ADVANCED REFINING TECH - 1 YEAR (.2) | 0.40 | $350.00 |
| | | Code Total | 1.00 | $875.00 |
| | | TOTAL SERVICES | 17.90 | $8,483.00 |

Duane Morris
February 08, 2012
Page 12

File # K0248-00001                                              INVOICE# 1733527
     W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|-------:|
| 01/31/2012 | POSTAGE | | 220.24 |
| | | Total: | $220.24 |
| | | | |
| 01/31/2012 | COURT COSTS | | 30.00 |
| | | Total: | $30.00 |
| | | | |
| 01/11/2012 | OVERNIGHT MAIL PACKAGE SENT TO DAVID SIEGEL AT WR GRACE - COLUMBIA, MD FROM STEPHANIE LENKIEWICZ AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #793103979290) | | 9.23 |
| 01/11/2012 | OVERNIGHT MAIL PACKAGE SENT TO STEVEBOSSAY AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM STEPHANIE LENKIEWICZ AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #797934462585) | | 12.12 |
| | | Total: | $21.35 |
| | | | |
| 01/31/2012 | COURT SEARCH SERVICE | | 13.34 |
| | | Total: | $13.34 |
| | | | |
| 01/31/2012 | PRINTING & DUPLICATING | | 75.70 |
| | | Total: | $75.70 |
| | | | |
| | | TOTAL DISBURSEMENTS | $360.63 |

Duane Morris
February 08, 2012
Page 13

File # K0248-00001                                           INVOICE# 1733527
      W.R. GRACE & CO.

**TIMEKEEPER**

| NO. | NAME | CLASS | HOURS | RATE | VALUE |
|-----|------|-------|-------|------|-------|
| 02394 | MR LASTOWSKI | PARTNER | 7.30 | 780.00 | $5,694.00 |
| 02602 | WS KATCHEN | OF COUNSEL | 1.20 | 875.00 | $1,050.00 |
| 03723 | S LENKIEWICZ | PARALEGAL | 9.40 | 185.00 | $1,739.00 |
|  |  |  | 17.90 |  | $8,483.00 |