**EXHIBIT C**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. Grace & Co., et al., | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |
| | **Objection Deadline:** April 9, 2012 at 4:00 p.m.<br>Hearing date: To be scheduled only if objections are timely filed and served. |

**ONE-HUNDRED TWENTY FIRST MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM FEBRUARY 1, 2012 THROUGH FEBRUARY 29, 2012**

| | |
|---|---|
| Name of Applicant: | **Duane Morris LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and reimbursement is sought | **February 1, 2012 through February 29, 2012** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$4,631.20 (80% of $5,789.00)** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$454.05** |

This is an: ☒ monthly  ☐ interim  ☐ final application.

This is the one-hundred twenty first monthly fee application of Duane Morris LLP.

DM3\2128057.1

Docket No.: 28684
Date Filed: 3/20/12

## PRIOR APPLICATIONS FILED

|  |  | Requested |  | Approved for Payment |  |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01-7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02–1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02–2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02-3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |
| June 19, 2003 | 4/1/03 – 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 – 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |
| September 18, 2003 | 6/1/03 – 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 – 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 – 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 – | $20,454.50 | $221.26 | $16,363.60 | $221.26 |

DM3\2128057.1

|  |  | Requested |  | Approved for Payment |  |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
|  | 12/30/03 |  |  |  |  |
| June 22, 2004 | 1/1/04 – 1/31/04 | $22,612.50 | $872.84 | $18,090.00 | $872.84 |
| June 22, 2004 | 2/1/04 – 2/29/04 | $11,260.50 | $489.46 | $9,008.40 | $489.46 |
| June 22, 2004 | 3/1/04 – 3/31/04 | $11,766.00 | $16.05 | $9,412.80 | $16.05 |
| June 28, 2004 | 4/1/04 – 4/30/04 | $16,984.50 | $980.26 | $13,587.60 | $980.26 |
| June 30, 2004 | 5/1/04 – 5/31/04 | $32,817.00 | $2,190.53 | $26,253.60 | $2,190.53 |
| July 30, 2004 | 6/1/04 – 6/30/04 | $27,416.50 | $738.78 | $21,933.20 | $738.78 |
| August 25, 2004 | 7/1/04 - 7/31/04 | $19,040.00 | $201.17 | $15,232.00 | $201.17 |
| September 23, 2004 | 8/1/04- 8/31/04 | $18,098.50 | $383.56 | $14,478.80 | $383.56 |
| October 20, 2004 | 9/1/04 – 9/30/04 | $18,370.50 | $198.58 | $14,696.40 | $198.58 |
| November 19, 2004 | 10/1/04 – 10/31/04 | $26,153.50 | $228.76 | $20,922.80 | $228.76 |
| December 17, 2004 | 11/1/04 – 11/30/04 | $33,416.50 | $9,327.54 | $26,733.20 | $9,327.54 |
| January 18, 2005 | 12/1/05 - 12/31/05 | $40,701.00 | $563.95 | $32,560.80 | $563.95 |
| March 3, 2005 | 1/1/05 – 1/31/05 | $41,319.50 | $2,508.99 | $33,055.60 | $2,508.99 |
| March 21, 2005 | 2/1/05 – 2/28/05 | $19,744.50 | $176.37 | $15,795.60 | $176.37 |
| April 22, 2005 | 3/1/05 – 3/31/05 | $17,413.00 | $1,001.41 | $13,030.40 | $1,001.41 |
| May 24, 2005 | 4/1/05 – 4/30/05 | $12,196.00 | $41.50 | $9,756.80 | $41.50 |
| June 20, 2005 | 5/1/05- 5/30/05 | $17,670.50 | $421.11 | $14,136.40 | $421.11 |
| July 21, 2005 | 6/1/05- 6/30/05 | $15,429.99 | $685.78 | $12,343.20 | $685.78 |
| August 30, 2005 | 7/1/05- 7/31/05 | $26,044.50 | $1,766.47 | $20,835.60 | $1,766.47 |
| September 30, 2005 | 8/1/05- 8/31/05 | $15,111.00 | $436.15 | $12,088.80 | $436.15 |
| October 20, 2005 | 9/1/05 – 9/30/05 | $13,118.50 | $731.74 | $10,494.80 | $731.74 |
| November 18, 2005 | 10/1/05- | $18,014.00 | $40.22 | $14,411.20 | $40.22 |

|  |  | Requested |  | Approved for Payment |  |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
|  | 10/31/05 |  |  |  |  |
| December 19, 2005 | 11/1/05 – 11/30/05 | $13,114.00 | $365.64 | $12,893.90 | $365.64 |
| February 6, 2006 | 12/1/05 – 12/31/05 | $20,159.00 | $1,871.84 | $16,127.20 | $1,841.84 |
| March 2, 2006 | 1/1/06 – 1/28/06 | $21,157.40 | $517.90 | $16,930.00 | $517.90 |
| March 13, 2006 | 2/1/06 – 2/28/06 | $11,268.50 | $0.00 | $9,014.80 | $0.00 |
| April 28, 2006 | 3/1/06 – 3/31/06 | $15,309.50 | $424.79 | $12,247.60 | $424.79 |
| May 30, 2006 | 4/1/06 – 4/30/06 | $14,241.50 | $1,014.93 | $11,393.20 | $1,014.93 |
| June 16, 2006 | 5/1/06 – 5/31/06 | $15,350.50 | $38.60 | $12,280.40 | $38.60 |
| August 10, 2006 | 6/1/06 – 6/30/06 | $25,877.00 | $1,968.78 | $20,701.60 | $1,968.78 |
| August 30, 2006 | 7/1/06 – 7/31/06 | $27,754.00 | $260.05 | $27,754.00 | $260.05 |
| October 6, 2006 | 8/1/06 – 8/31/06 | $32,699.50 | $235.27 | $32,699.50 | $235.27 |
| October 30, 2006 | 9/1/06 – 9/30/06 | $29,511.50 | $1,537.45 | $26,511.50 | $1,537.45 |
| November 30, 2006 | 10/1/06 – 10/31/06 | $22,550.50 | $360.17 | $22,550.50 | $360.17 |
| January 8, 2007 | 11/1/06 – 11/30/06 | $52,715.50 | $462.28 | $52,715.50 | $462.28 |
| February 1, 2007 | 12/1/06 – 12/31/06 | $36,411.00 | $628.30 | $36,411.00 | $208.95 |
| February 28, 2007 | 1/1/07 – 1/31/07 | $39,970.50 | $770.49 | $39,970.50 | $770.49 |
| April 13, 2007 | 2/1/07 – 2/28/07 | $23,416.00 | $81.51 | $23,416.00 | $81.51 |
| May 1, 2007 | 3/1/07 – 3/31/07 | $20,408.50 | $110.79 | $20,408.50 | $110.79 |
| July 13, 2007 | 4/1/07 – 4/30/07 | $17,098.00 | $677.86 | $20,408.50 | $110.79 |
| July 13, 2007 | 5/1/07 – 5/31/07 | $20,049.00 | $7,553.02 | $20,049.00 | $7,553.02 |
| July 31, 2007 | 6/1/107 – 6/30/07 | $22,710.50 | $1,017.52 | $22,710.50 | $1,017.52 |

DM3\2128057.1                 4

|  |  | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| **Date Filed** | **Period Covered** | Fees | Expenses | Fees | Expenses |
| October 1, 2007 | 7/1/07 – 7/31/07 | $43,373.50 | $1,544.99 | $34,698.80 | $1,544.99 |
| October 1, 2007 | 8/1/07 – 8/31/07 | $23,739.50 | $1,306.17 | $18,991.60 | $1,306.17 |
| October 30, 2007 | 9/1/07 – 9/30/07 | $36,004.00 | $48.39 | $28,803.20 | $48.39 |
| December 3, 2007 | 10/1/07 – 10/31/07 | $28,085.50 | $3,244.17 | $22,468.40 | $3,244.17 |
| January 3, 2008 | 11/1/07 – 11/30/07 | $29,455.00 | $860.54 | $23,564.00 | $860.54 |
| January 29, 2008 | 12/1/07 – 12/31/07 | $49,823.00 | $505.80 | $47,689.06 | $505.80 |
| March 10, 2008[1] | 1/1/08 – 2/29/08 | $58, 572.80 | $10,713.36 | $46,858.24 | $10,713.36 |
| May 1, 2008 | 3/1/08 – 3/31/08 | $50,913.00 | $1,171.03 | $50,301.80 | $1,171.03 |
| May 21, 2008 | 4/1/08 – 4/30/08 | $84,772.50 | $1,770.07 | $67,778.00 | $1,770.07 |
| June 27, 2008 | 5/1/08 – 5/31/08 | $23,242.00 | $1,913.97 | $18,593.60 | $1,913.97 |
| July 28, 2008 | 6/1/08 – 6/30/08 | $28,668.00 | $888.00 | $22,934.40 | $888.00 |
| August 28, 2008 | 7/1/08 – 7/31/08 | $30,341.50 | $183.79 | $24,273.20 | $183.79 |
| October 13, 2008 | 8/1/08 – 8/31/08 | $21,406.50 | $2,380.26 | $17,125.20 | $2,380.26 |
| November 12, 2008 | 9/1/08 – 9/30/08 | $25,857.00 | $784.16 | $20,685.60 | $784.16 |
| November 18, 2008 | 10/1/08 – 10/31/08 | $30,909.00 | $2,724.44 | $24,727.20 | $2,724.44 |
| December 30, 2008 | 11/1/08 – 11/30/08 | $14,479.00 | $238.13 | $11,583.20 | $238.13 |
| February 3, 2009 | 12/1/08 – 12/31/08 | $32,930.00 | $825.68 | $26,344.00 | $825.68 |
| February 11, 2009 | 1/1/09 – 1/31/09 | $47,975.00 | $828.47 | $38,380.00 | $828.47 |
| April 2, 2009 | 2/1/09 – 2/28/09 | $33,072.50 | $493.81 | $26,458.00 | $493.81 |
| April 10, 2009 | 3/1/09 – 3/31/09 | $34,393.50 | $2,281.30 | $27,514.80 | $2,281.30 |

---

[1] The title of this Application [D.I. 18254] states that the fee application was for the period January 1, 2008 through January 31, 2008, when it should have identified the period as January 1, 2008 through February 29, 2008.

|  |  | Requested | | Approved for Payment | |
| --- | --- | --- | --- | --- | --- |
| **Date Filed** | **Period Covered** | Fees | Expenses | Fees | Expenses |
| June 5, 2009 | 4/1/09 – 4/30/09 | $33,877.50 | $1,333.84 | $27,102.00 | $1,333.84 |
| June 5, 2009 | 5/1/09 – 5/31/09 | $38,838.00 | $18.92 | $31,070.40 | $18.92 |
| August 19, 2009 | 6/1/09 – 6/30/09 | $102,615.50 | $2,762.47 | $82,092.40 | $2,762.47 |
| September 23, 2009 | 7/1/09 – 7/31/09 | $72,966.60 | $1,922.11 | $58,373.28 | $1,922.11 |
| September 24, 2009 | 8/1/09 – 8/31/09 | $66,921.00 | $2,118.21 | $53,536.80 | $2,118.21 |
| October 21, 2009 | 9/1/09 – 9/30/09 | $70,480.00 | $309.20 | $56,384.00 | $309.20 |
| December 1, 2009 | 10/1/09 – 10/31/09 | $33,986.50 | $2,425.29 | $27,189.20 | $2,425.29 |
| December 28, 2009 | 11/1/09- 11/30/09 | $32,937.00 | $101.82 | $26,349.60 | $101.82 |
| January 28, 2010 | 12/1/09- 12/31/09 | $15,975.00 | $1,870.07 | $12,780.00 | $1,870.07 |
| March 2, 2010 | 1/1/10 – 1/31/10 | $21,378.80 | $81.23 | $17,103.04 | $81.23 |
| March 29, 2010 | 2/1/10 – 2/29/10 | $8,597.50 | $803.88 | $6,878.00 | $803.88 |
| April 28, 2010 | 3/1/10 – 3/31/10 | $18,726.50 | $1,436.91 | $14,981.20 | $1,436.91 |
| May 28, 2010 | 4/1/10 – 4/30/10 | $11,323.50 | $46.14 | $9,058.80 | $46.14 |
| June 28, 2010 | 5/1/10 – 5/31/10 | $6,203.50 | $944.99 | $4,962.80 | $944.99 |
| July 30, 2010 | 6/1/10 – 6/30/10 | $11,249.50 | $605.05 | $8,999.60 | $605.05 |
| August 18, 2010 | 7/1/10 – 7/31/10 | $4,799.00 | $302.53 | $3,839.20 | $302.53 |
| September 28, 2010 | 8/1/10 – 8/30/10 | $6,063.50 | $310.09 | $4,850.80 | $310.09 |
| October 28, 2010 | 9/1/10 – 9/30/10 | $9,657.50 | $570.26 | $7,726.00 | $570.26 |
| November 29, 2010 | 10/1/10 – 10/31/10 | $2,526.50 | $12.18 | $2,021.20 | $12.18 |
| December 28, 2010 | 11/1/10 – 11/30/10 | $2,486.00 | $0.00 | $1,988.80 | $0.00 |
| January 28, 2011 | 12/1/10 – 12/31/10 | $18,306.50 | $975.89 | $14,645.20 | $975.89 |

|  |  | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| **Date Filed** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| February 28, 2011 | 1/1/11 – 1/31/11 | $11,915.50 | $55.74 | $9,532.40 | $55.74 |
| March 28, 2011 | 2/1/11 – 2/29/11 | $42,225.00 | $1,195.31 | $33,780.00 | $1,195.31 |
| April 28, 2011 | 3/1/11 – 3/31/11 | $17,595.50 | $417.97 | $14,076.40 | $417.97 |
| June 28, 2011 | 4/1/11 – 4/30/11 | $29,853.50 | $10.00 | $23,882.80 | $10.00 |
| June 28, 2011 | 5/1/11 – 5/31/11 | $16,460.00 | $211.76 | $13,168.00 | $211.76 |
| August 9, 2011 | 6/1/11 – 6/30/11 | $29,115.00 | $1,137.17 | $23,292.00 | $1,137.17 |
| August 11, 2011 | 7/1/11 – 7/30/11 | $6,683.00 | $69.92 | $5,346.40 | $69.92 |
| October 5, 2011 | 8/1/11 – 8/31/11 | $5,954.00 | $512.17 | $4,763.20 | $512.17 |
| October 28, 2011 | 9/1/11 – 9/30/11 | $4,199.00 | $231.68 | $3,359.20 | $231.68 |
| November 29, 2011 | 10/1/11 – 10/31/11 | $5,129.50 | $217.30 | $4,103.60 | $217.30 |
| December 28, 2011 | 11/1/11 – 11/30/11 | $5,805.50 | $218.32 | $4,644.40 | $218.32 |
| February 3, 2012 | 12/1/11 – 12/31/11 | $4,064.00 | $120.44 | $3,251.20 | $120.44 |
| March 20, 2012 | 1/1/12 – 1/31/12 | $8,483.00 | $360.63 | Pending | Pending |

## SUMMARY OF COMPENSABLE TIME

| Name of Professional Person | Position of the Applicant/No. of Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| William S. Katchen | Of Counsel/41 years | $875.00 | 2.80 | $2,450.00 |
| Michael R. Lastowski | Partner/25 years | $780.00 | 3.00 | $2,340.00 |
| Stephanie Lenkiewicz | Paralegal | $185.00 | 5.40 | $999.00 |
| **Total** | | | **11.20** | **$5,789.00** |

## COMPENSATION SUMMARY BY TASK CODE

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Fee Applications, Applicant (12) | 2.30 | $425.50 |
| Fee Applications, Other (13) | 3.10 | $573.50 |
| Hearings (15) | 0.60 | $468.00 |
| Litigation and Litigation Consulting (16) | 0.30 | $234.00 |
| Plan and Disclosure Statement (17) | 2.10 | $1,638.00 |
| Other (25) | 2.80 | $2,450.00 |
| **TOTAL** | **11.20** | **$5,789.00** |

## EXPENSE SUMMARY

| Expense Category | Provider | Total Expenses |
|---|---|---|
| Postage | | $223.45 |
| Messenger Service | | $10.00 |
| Printing & Duplicating | External | $220.60 |
| **TOTAL EXPENSES** | | **$ 454.05** |

WHEREFORE, Duane Morris LLP respectfully requests that, for the period February 1, 2012 through February 29, 2012, an interim allowance be made to Duane Morris LLP, as set forth in the invoice attached hereto as Exhibit A, for compensation in the amount of $4,631.20 (80% of allowed fees totaling $5,789.00) and $454.05 for reimbursement of expenses be authorized, and for such other and further relief as this Court may deem just and proper.

Dated: March 20, 2012
      Wilmington, Delaware

/s/ *Michael R. Lastowski*
Michael R. Lastowski (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
Telephone:   (302) 657-4900
Facsimile:    (302) 657-4901
E-mail:       mlastowski@duanemorris.com
               rwriley@duanemorris.com

- and –

William S. Katchen
DUANE MORRIS LLP
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:   (973) 424-2000
Facsimile:    (973) 424-2001
E-mail:       wskatchen@duanemorris.com

*Co-Counsel for the Official Committee of Unsecured Creditors of W. R. Grace & Co., et al.*

# **EXHIBIT A**

Case 01-01139-AMC    Doc 29757-3    Filed 10/10/12    Page 11 of 20

# DuaneMorris

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
LAKE TAHOE
HO CHI MINH CITY

March 08, 2012

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001        Invoice# 1741708        IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 02/29/2012 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 3.00 hrs. at | $780.00 | /hr. = | $2,340.00 | |
| WS KATCHEN | OF COUNSEL | 2.80 hrs. at | $875.00 | /hr. = | $2,450.00 | |
| S LENKIEWICZ | PARALEGAL | 5.40 hrs. at | $185.00 | /hr. = | $999.00 | |
| | | | | | | $5,789.00 |

DISBURSEMENTS
MESSENGER SERVICE                               $10.00
POSTAGE                                        $223.45
PRINTING & DUPLICATING                         $220.60
TOTAL DISBURSEMENTS                                              $454.05

BALANCE DUE THIS INVOICE                                         $6,243.05

DUANE MORRIS LLP

Duane Morris
March 08, 2012
Page 2

File # K0248-00001                                                                                          INVOICE# 1741708
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 2/2/2012 | 012 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO DUANE MORRIS 117TH AND 118TH MONTHLY FEE APPLICATIONS (.1); PREPARE CNO RE DUANE MORRIS 117TH MONTHLY FEE APPLICATION (.2); FINALIZE AND EFILE SAME (.1); PREPARE CNO RE DUANE MORRIS 118TH MONTHLY FEE APPLICATION (.2); FINALIZE AND EFILE SAME (.1) | 0.70 | $129.50 |
| 2/2/2012 | 012 | S LENKIEWICZ | PREPARE DUANE MORRIS 119TH MONTHLY FEE APPLICATION (.7); PREPARE CERTIFICATE OF SERVICE RE SAME (.2); PREPARE EXHIBIT RE 119TH FEE APPLICATION (.1) | 1.00 | $185.00 |
| 2/3/2012 | 012 | S LENKIEWICZ | FINALIZE 119TH MONTHLY FEE APPLICATION AND EXHIBIT FOR EFILING (.2); EFILE SAME (.2); CALENDAR OBJECTION DEADLINE (.1) | 0.50 | $92.50 |
| 2/8/2012 | 012 | S LENKIEWICZ | RECEIPT AND REVIEW OF DUANE MORRIS INVOICE FOR JANUARY 2012 | 0.10 | $18.50 |
| | | | Code Total | 2.30 | $425.50 |

Duane Morris
March 08, 2012
Page 3

File # K0248-00001  INVOICE# 1741708
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 2/2/2012 | 013 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO CAPSTONE'S 94TH MONTHLY FEE APPLICATION (.1); PREPARE CERTIFICATE OF SERVICE RE SAME (.2); EFILE SAME (.2); EMAIL EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.60 | $111.00 |
| 2/3/2012 | 013 | S LENKIEWICZ | RECEIPT OF SSL 129TH MONTHLY FEE APPLICATION FOR RE-FILING AND FINALIZE NOTICE (.2); FINALIZE APPLICATION AND EFILE SAME (.3); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.60 | $111.00 |
| 2/9/2012 | 013 | S LENKIEWICZ | RECEIPT OF CAPSTONE'S 95TH MONTHLY FEE APPLICATION FROM D. MOHAMMAD (.1); FINALIZE NOTICE (.1); FINALIZE APPLICATION AND EXHIBITS AND EFILE SAME (.3); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.60 | $111.00 |
| 2/16/2012 | 013 | S LENKIEWICZ | FINALIZE AND EFILE SSL 43RD QUARTERLY FEE APPLICATION (.3); COORDINATE SERVICE OF SAME (.1); EMAIL EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.50 | $92.50 |
| 2/24/2012 | 013 | S LENKIEWICZ | FINALIZE AND EFILE CAPSTONE QUARTERLY FEE APPLICATION AND COORDINATE SERVICE OF SAME | 0.50 | $92.50 |
| 2/28/2012 | 013 | S LENKIEWICZ | PREPARE CERTIFICATE OF NO OBJECTION REGARDING SSL'S 129TH MONTHLY FEE APPLICATION | 0.30 | $55.50 |
| | | | Code Total | 3.10 | $573.50 |

Duane Morris
March 08, 2012
Page 4

File # K0248-00001                                               INVOICE# 1741708
    W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 2/21/2012 015 | MR LASTOWSKI | REVIEW AGENDA NOTICE | 0.20 | $156.00 |
| 2/27/2012 015 | MR LASTOWSKI | PREPARE FOR AND ATTEND OMNIBUS HEARING | 0.40 | $312.00 |
| | | Code Total | 0.60 | $468.00 |

Duane Morris
March 08, 2012
Page 5

File # K0248-00001 INVOICE# 1741708
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 2/14/2012 | 016 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION FOR APPROVAL OF CONSENT DECREE WITH UNITED STATES OF AMERICA | 0.30 | $234.00 |
| | | | Code Total | 0.30 | $234.00 |

Duane Morris
March 08, 2012
Page 6

File # K0248-00001                                                                                          INVOICE# 1741708
         W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 2/1/2012 | 017 | MR LASTOWSKI | E-MAIL FROM BILL KATCHEN RE: DISTRICT COURT ORDER CONFIRMING THE PLAN OF REORGANIZATION | 0.10 | $78.00 |
| 2/6/2012 | 017 | MR LASTOWSKI | REVIEW COURT ORDER RE: SCHEDULING OF MOTION FOR REARGUMENT | 0.10 | $78.00 |
| 2/6/2012 | 017 | MR LASTOWSKI | REVIEW GARLOCK MOTION FOR REARGUMENT | 0.20 | $156.00 |
| 2/14/2012 | 017 | MR LASTOWSKI | REVIEW SCHEDULING ORDER | 0.10 | $78.00 |
| 2/14/2012 | 017 | MR LASTOWSKI | REVIEW BANK LENDER GROUP NOTICE OF APPEAL | 0.10 | $78.00 |
| 2/14/2012 | 017 | MR LASTOWSKI | REVIEW SEALED AIR MOTION FOR ORDER AMENDING AND CLARIFYING CONFIRMATION OPINION | 0.40 | $312.00 |
| 2/15/2012 | 017 | MR LASTOWSKI | REVIEW NOTICE OF ENTRY OF CONFIRMATION ORDER | 0.10 | $78.00 |
| 2/22/2012 | 017 | MR LASTOWSKI | REVIEW APPELLEES' BRIEF IN OPPOSITION TO GARLOCK'S MOTION FOR REARGUMENT | 0.20 | $156.00 |
| 2/23/2012 | 017 | MR LASTOWSKI | REVIEW ANDERSON MEMORIAL'S MOTION FOR AN EXTENSION OF TIME TO FILE NOTICE OF APPEAL | 0.20 | $156.00 |
| 2/24/2012 | 017 | MR LASTOWSKI | REVIEW BRIEFING SCHEDULE RE: ANDERSON MEMORIAL MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL | 0.10 | $78.00 |
| 2/27/2012 | 017 | MR LASTOWSKI | REVIEW LIBBY CLAIMANTS' RESPONSE TO SEALED AIR AND PLAN PROPONENTS' MOTION TO AMEND JUDGMENT | 0.10 | $78.00 |
| 2/28/2012 | 017 | MR LASTOWSKI | REVIEW CANADA NOTICE OF APPEAL | 0.10 | $78.00 |
| 2/28/2012 | 017 | MR LASTOWSKI | REVIEW GARLOCK MOTION FOR STAY PENDING APPEAL | 0.10 | $78.00 |
| 2/29/2012 | 017 | MR LASTOWSKI | REVIEW BANK LENDERS' STATEMENT OF ISSUES ON APPEAL | 0.20 | $156.00 |
| | | | Code Total | 2.10 | $1,638.00 |

Duane Morris
March 08, 2012
Page 7

File # K0248-00001                                                              INVOICE# 1741708
    W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 1/31/2012 025 | WS KATCHEN | REVIEW DISTRICT COURT'S OPINION | 1.20 | $1,050.00 |
| 1/31/2012 025 | WS KATCHEN | INTERNAL EMAIL | 0.20 | $175.00 |
| 2/6/2012 025 | WS KATCHEN | MOTION FOR RE-ARGUMENT. | 0.30 | $262.50 |
| 2/15/2012 025 | WS KATCHEN | REVIEW MEMO. | 0.20 | $175.00 |
| 2/16/2012 025 | WS KATCHEN | REVIEW MOTION (CAPE COD) (.3); REVIEW JOINT MOTION SEALED AIR FOR ORDER AMENDING OPINION (.2) | 0.50 | $437.50 |
| 2/24/2012 025 | WS KATCHEN | REVIEW APPELLEE'S BRIEF IN OPPOSITION TO GARLOCK'S MOTION FOR RE-ARGUMENT | 0.20 | $175.00 |
| 2/24/2012 025 | WS KATCHEN | REVIEW MEMO TO COMMITTEE | 0.20 | $175.00 |
| | | Code Total | 2.80 | $2,450.00 |
| | | TOTAL SERVICES | 11.20 | $5,789.00 |

Duane Morris
March 08, 2012
Page 8

File # K0248-00001  INVOICE# 1741708
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|---|---|---|---:|
| 02/29/2012 | POSTAGE | | 223.45 |
| | | Total: | $223.45 |
| 02/29/2012 | MESSENGER SERVICE | | 10.00 |
| | | Total: | $10.00 |
| 02/29/2012 | PRINTING & DUPLICATING | | 220.60 |
| | | Total: | $220.60 |
| | | TOTAL DISBURSEMENTS | $454.05 |

Duane Morris
March 08, 2012
Page 9

File # K0248-00001 INVOICE# 1741708
    W.R. GRACE & CO.

| TIMEKEEPER NO. | NAME | CLASS | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 02394 | MR LASTOWSKI | PARTNER | 3.00 | 780.00 | $2,340.00 |
| 02602 | WS KATCHEN | OF COUNSEL | 2.80 | 875.00 | $2,450.00 |
| 03723 | S LENKIEWICZ | PARALEGAL | 5.40 | 185.00 | $999.00 |
| | | | 11.20 | | $5,789.00 |