## **EXHIBIT D**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. Grace & Co., <u>et al.</u>, | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |
| | **Objection Deadline: May 15, 2012 at 4:00 p.m.**<br>**Hearing date: To be scheduled only if objections**<br>**are timely filed and served.** |

**ONE-HUNDRED TWENTY SECOND MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MARCH 1, 2012 THROUGH MARCH 31, 2012**

| | |
|---|---|
| Name of Applicant: | **Duane Morris LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and reimbursement is sought | **March 1, 2012 through March 31, 2012** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$4,450.40 (80% of $5,563.50)** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$10.30** |

This is an: ☒ monthly ☐ interim ☐ final application.

This is the one-hundred twenty second monthly fee application of Duane Morris LLP.

DM3\2163069.1

Docket No.: 28806
Date Filed: 4/23/12

## PRIOR APPLICATIONS FILED

| | | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01–7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02–1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02–2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02-3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |
| June 19, 2003 | 4/1/03 – 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 – 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |
| September 18, 2003 | 6/1/03 – 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 – 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 – 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 – | $20,454.50 | $221.26 | $16,363.60 | $221.26 |

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| | 12/30/03 | | | | |
| June 22, 2004 | 1/1/04 – 1/31/04 | $22,612.50 | $872.84 | $18,090.00 | $872.84 |
| June 22, 2004 | 2/1/04 – 2/29/04 | $11,260.50 | $489.46 | $9,008.40 | $489.46 |
| June 22, 2004 | 3/1/04 – 3/31/04 | $11,766.00 | $16.05 | $9,412.80 | $16.05 |
| June 28, 2004 | 4/1/04 – 4/30/04 | $16,984.50 | $980.26 | $13,587.60 | $980.26 |
| June 30, 2004 | 5/1/04 – 5/31/04 | $32,817.00 | $2,190.53 | $26,253.60 | $2,190.53 |
| July 30, 2004 | 6/1/04 - 6/30/04 | $27,416.50 | $738.78 | $21,933.20 | $738.78 |
| August 25, 2004 | 7/1/04 - 7/31/04 | $19,040.00 | $201.17 | $15,232.00 | $201.17 |
| September 23, 2004 | 8/1/04- 8/31/04 | $18,098.50 | $383.56 | $14,478.80 | $383.56 |
| October 20, 2004 | 9/1/04 – 9/30/04 | $18,370.50 | $198.58 | $14,696.40 | $198.58 |
| November 19, 2004 | 10/1/04 – 10/31/04 | $26,153.50 | $228.76 | $20,922.80 | $228.76 |
| December 17, 2004 | 11/1/04 – 11/30/04 | $33,416.50 | $9,327.54 | $26,733.20 | $9,327.54 |
| January 18, 2005 | 12/1/05 - 12/31/05 | $40,701.00 | $563.95 | $32,560.80 | $563.95 |
| March 3, 2005 | 1/1/05 – 1/31/05 | $41,319.50 | $2,508.99 | $33,055.60 | $2,508.99 |
| March 21, 2005 | 2/1/05 – 2/28/05 | $19,744.50 | $176.37 | $15,795.60 | $176.37 |
| April 22, 2005 | 3/1/05 – 3/31/05 | $17,413.00 | $1,001.41 | $13,030.40 | $1,001.41 |
| May 24, 2005 | 4/1/05 – 4/30/05 | $12,196.00 | $41.50 | $9,756.80 | $41.50 |
| June 20, 2005 | 5/1/05- 5/30/05 | $17,670.50 | $421.11 | $14,136.40 | $421.11 |
| July 21,2005 | 6/1/05- 6/30/05 | $15,429.99 | $685.78 | $12,343.20 | $685.78 |
| August 30, 2005 | 7/1/05- 7/31/05 | $26,044.50 | $1,766.47 | $20,835.60 | $1,766.47 |
| September 30, 2005 | 8/1/05- 8/31/05 | $15,111.00 | $436.15 | $12,088.80 | $436.15 |
| October 20, 2005 | 9/1/05 – 9/30/05 | $13,118.50 | $731.74 | $10,494.80 | $731.74 |
| November 18, 2005 | 10/1/05- | $18,014.00 | $40.22 | $14,411.20 | $40.22 |

| | | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| | 10/31/05 | | | | |
| December 19, 2005 | 11/1/05 – 11/30/05 | $13,114.00 | $365.64 | $12,893.90 | $365.64 |
| February 6, 2006 | 12/1/05 – 12/31/05 | $20,159.00 | $1,871.84 | $16,127.20 | $1,841.84 |
| March 2, 2006 | 1/1/06 – 1/28/06 | $21,157.40 | $517.90 | $16,930.00 | $517.90 |
| March 13, 2006 | 2/1/06 – 2/28/06 | $11,268.50 | $0.00 | $9,014.80 | $0.00 |
| April 28, 2006 | 3/1/06 – 3/31/06 | $15,309.50 | $424.79 | $12,247.60 | $424.79 |
| May 30, 2006 | 4/1/06 – 4/30/06 | $14,241.50 | $1,014.93 | $11,393.20 | $1,014.93 |
| June 16, 2006 | 5/1/06 – 5/31/06 | $15,350.50 | $38.60 | $12,280.40 | $38.60 |
| August 10, 2006 | 6/1/06 – 6/30/06 | $25,877.00 | $1,968.78 | $20,701.60 | $1,968.78 |
| August 30, 2006 | 7/1/06 – 7/31/06 | $27,754.00 | $260.05 | $27,754.00 | $260.05 |
| October 6, 2006 | 8/1/06 – 8/31/06 | $32,699.50 | $235.27 | $32,699.50 | $235.27 |
| October 30, 2006 | 9/1/06 – 9/30/06 | $29,511.50 | $1,537.45 | $26,511.50 | $1,537.45 |
| November 30, 2006 | 10/1/06 – 10/31/06 | $22,550.50 | $360.17 | $22,550.50 | $360.17 |
| January 8, 2007 | 11/1/06 – 11/30/06 | $52,715.50 | $462.28 | $52,715.50 | $462.28 |
| February 1, 2007 | 12/1/06 – 12/31/06 | $36,411.00 | $628.30 | $36,411.00 | $208.95 |
| February 28, 2007 | 1/1/07 – 1/31/07 | $39,970.50 | $770.49 | $39,970.50 | $770.49 |
| April 13, 2007 | 2/1/07 – 2/28/07 | $23,416.00 | $81.51 | $23,416.00 | $81.51 |
| May 1, 2007 | 3/1/07 – 3/31/07 | $20,408.50 | $110.79 | $20,408.50 | $110.79 |
| July 13, 2007 | 4/1/07 – 4/30/07 | $17,098.00 | $677.86 | $20,408.50 | $110.79 |
| July 13, 2007 | 5/1/07 – 5/31/07 | $20,049.00 | $7,553.02 | $20,049.00 | $7,553.02 |
| July 31, 2007 | 6/1/107 – 6/30/07 | $22,710.50 | $1,017.52 | $22,710.50 | $1,017.52 |

| Date Filed | Period Covered | Requested | | Approved for Payment | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| October 1, 2007 | 7/1/07 – 7/31/07 | $43,373.50 | $1,544.99 | $34,698.80 | $1,544.99 |
| October 1, 2007 | 8/1/07 – 8/31/07 | $23,739.50 | $1,306.17 | $18,991.60 | $1,306.17 |
| October 30, 2007 | 9/1/07 – 9/30/07 | $36,004.00 | $48.39 | $28,803.20 | $48.39 |
| December 3, 2007 | 10/1/07 – 10/31/07 | $28,085.50 | $3,244.17 | $22,468.40 | $3,244.17 |
| January 3, 2008 | 11/1/07 – 11/30/07 | $29,455.00 | $860.54 | $23,564.00 | $860.54 |
| January 29, 2008 | 12/1/07 – 12/31/07 | $49,823.00 | $505.80 | $47,689.06 | $505.80 |
| March 10, 2008[1] | 1/1/08 – 2/29/08 | $58,572.80 | $10,713.36 | $46,858.24 | $10,713.36 |
| May 1, 2008 | 3/1/08 – 3/31/08 | $50,913.00 | $1,171.03 | $50,301.80 | $1,171.03 |
| May 21, 2008 | 4/1/08 – 4/30/08 | $84,772.50 | $1,770.07 | $67,778.00 | $1,770.07 |
| June 27, 2008 | 5/1/08 – 5/31/08 | $23,242.00 | $1,913.97 | $18,593.60 | $1,913.97 |
| July 28, 2008 | 6/1/08 – 6/30/08 | $28,668.00 | $888.00 | $22,934.40 | $888.00 |
| August 28, 2008 | 7/1/08 – 7/31/08 | $30,341.50 | $183.79 | $24,273.20 | $183.79 |
| October 13, 2008 | 8/1/08 – 8/31/08 | $21,406.50 | $2,380.26 | $17,125.20 | $2,380.26 |
| November 12, 2008 | 9/1/08 – 9/30/08 | $25,857.00 | $784.16 | $20,685.60 | $784.16 |
| November 18, 2008 | 10/1/08 – 10/31/08 | $30,909.00 | $2,724.44 | $24,727.20 | $2,724.44 |
| December 30, 2008 | 11/1/08 – 11/30/08 | $14,479.00 | $238.13 | $11,583.20 | $238.13 |
| February 3, 2009 | 12/1/08 – 12/31/08 | $32,930.00 | $825.68 | $26,344.00 | $825.68 |
| February 11, 2009 | 1/1/09 – 1/31/09 | $47,975.00 | $828.47 | $38,380.00 | $828.47 |
| April 2, 2009 | 2/1/09 – 2/28/09 | $33,072.50 | $493.81 | $26,458.00 | $493.81 |
| April 10, 2009 | 3/1/09 – 3/31/09 | $34,393.50 | $2,281.30 | $27,514.80 | $2,281.30 |

[1] The title of this Application [D.I. 18254] states that the fee application was for the period January 1, 2008 through January 31, 2008, when it should have identified the period as  January 1, 2008 through February 29, 2008.

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| June 5, 2009 | 4/1/09 – 4/30/09 | $33,877.50 | $1,333.84 | $27,102.00 | $1,333.84 |
| June 5, 2009 | 5/1/09 – 5/31/09 | $38,838.00 | $18.92 | $31,070.40 | $18.92 |
| August 19, 2009 | 6/1/09 – 6/30/09 | $102,615.50 | $2,762.47 | $82,092.40 | $2,762.47 |
| September 23, 2009 | 7/1/09 – 7/31/09 | $72,966.60 | $1,922.11 | $58,373.28 | $1,922.11 |
| September 24, 2009 | 8/1/09 – 8/31/09 | $66,921.00 | $2,118.21 | $53,536.80 | $2,118.21 |
| October 21, 2009 | 9/1/09 – 9/30/09 | $70,480.00 | $309.20 | $56,384.00 | $309.20 |
| December 1, 2009 | 10/1/09 – 10/31/09 | $33,986.50 | $2,425.29 | $27,189.20 | $2,425.29 |
| December 28, 2009 | 11/1/09- 11/30/09 | $32,937.00 | $101.82 | $26,349.60 | $101.82 |
| January 28, 2010 | 12/1/09- 12/31/09 | $15,975.00 | $1,870.07 | $12,780.00 | $1,870.07 |
| March 2, 2010 | 1/1/10 – 1/31/10 | $21,378.80 | $81.23 | $17,103.04 | $81.23 |
| March 29, 2010 | 2/1/10 – 2/29/10 | $8,597.50 | $803.88 | $6,878.00 | $803.88 |
| April 28, 2010 | 3/1/10 – 3/31/10 | $18,726.50 | $1,436.91 | $14,981.20 | $1,436.91 |
| May 28, 2010 | 4/1/10 – 4/30/10 | $11,323.50 | $46.14 | $9,058.80 | $46.14 |
| June 28, 2010 | 5/1/10 – 5/31/10 | $6,203.50 | $944.99 | $4,962.80 | $944.99 |
| July 30, 2010 | 6/1/10 – 6/30/10 | $11,249.50 | $605.05 | $8,999.60 | $605.05 |
| August 18, 2010 | 7/1/10 – 7/31/10 | $4,799.00 | $302.53 | $3,839.20 | $302.53 |
| September 28, 2010 | 8/1/10 – 8/30/10 | $6,063.50 | $310.09 | $4,850.80 | $310.09 |
| October 28, 2010 | 9/1/10 – 9/30/10 | $9,657.50 | $570.26 | $7,726.00 | $570.26 |
| November 29, 2010 | 10/1/10 – 10/31/10 | $2,526.50 | $12.18 | $2,021.20 | $12.18 |
| December 28, 2010 | 11/1/10 – 11/30/10 | $2,486.00 | $0.00 | $1,988.80 | $0.00 |
| January 28, 2011 | 12/1/10 – 12/31/10 | $18,306.50 | $975.89 | $14,645.20 | $975.89 |

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| February 28, 2011 | 1/1/11 – 1/31/11 | $11,915.50 | $55.74 | $9,532.40 | $55.74 |
| March 28, 2011 | 2/1/11 – 2/29/11 | $42,225.00 | $1,195.31 | $33,780.00 | $1,195.31 |
| April 28, 2011 | 3/1/11 – 3/31/11 | $17,595.50 | $417.97 | $14,076.40 | $417.97 |
| June 28, 2011 | 4/1/11 – 4/30/11 | $29,853.50 | $10.00 | $23,882.80 | $10.00 |
| June 28, 2011 | 5/1/11 – 5/31/11 | $16,460.00 | $211.76 | $13,168.00 | $211.76 |
| August 9, 2011 | 6/1/11 – 6/30/11 | $29,115.00 | $1,137.17 | $23,292.00 | $1,137.17 |
| August 11, 2011 | 7/1/11 – 7/30/11 | $6,683.00 | $69.92 | $5,346.40 | $69.92 |
| October 5, 2011 | 8/1/11 – 8/31/11 | $5,954.00 | $512.17 | $4,763.20 | $512.17 |
| October 28, 2011 | 9/1/11 – 9/30/11 | $4,199.00 | $231.68 | $3,359.20 | $231.68 |
| November 29, 2011 | 10/1/11 – 10/31/11 | $5,129.50 | $217.30 | $4,103.60 | $217.30 |
| December 28, 2011 | 11/1/11 – 11/30/11 | $5,805.50 | $218.32 | $4,644.40 | $218.32 |
| February 3, 2012 | 12/1/11 – 12/31/11 | $4,064.00 | $120.44 | $3,251.20 | $120.44 |
| March 20, 2012 | 1/1/12 – 1/31/12 | $8,483.00 | $360.63 | $6,786.40 | $360.63 |
| March 20, 2012 | 2/1/12 – 2/29/12 | $5,789.00 | $454.05 | $4,631.20 | $454.05 |

## SUMMARY OF COMPENSABLE TIME

| Name of Professional Person | Position of the Applicant/No. of Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| William S. Katchen | Of Counsel/41 years | $875.00 | 0.40 | $350.00 |
| Michael R. Lastowski | Partner/25 years | $780.00 | 5.00 | $3,900.00 |
| Stephanie Lenkiewicz | Paralegal | $185.00 | 7.10 | $1,313.50 |
| **Total** | | | **12.50** | **$5,563.50** |

## COMPENSATION SUMMARY BY TASK CODE

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration (04) | 0.30 | $55.50 |
| Fee Applications, Applicant (12) | 2.70 | $737.50 |
| Fee Applications, Other (13) | 4.50 | $832.50 |
| Hearings (15) | 0.20 | $156.00 |
| Litigation and Litigation Consulting (16) | 0.50 | $390.00 |
| Plan and Disclosure Statement (17) | 3.90 | $3,042.00 |
| Other (25) | 0.40 | $350.00 |
| **TOTAL** | **12.50** | **$5,563.50** |

## EXPENSE SUMMARY

| Expense Category | Provider | Total Expenses |
|---|---|---|
| Messenger Service | | $10.00 |
| Printing & Duplicating | Internal | $0.30 |
| **TOTAL EXPENSES** | | **$10.30** |

WHEREFORE, Duane Morris LLP respectfully requests that, for the period March 1, 2012 through March 31, 2012, an interim allowance be made to Duane Morris LLP, as set forth in the invoice attached hereto as Exhibit A, for compensation in the amount of $4,450.40 (80% of allowed fees totaling $5,563.50) and $10.30 for reimbursement of expenses be authorized, and for such other and further relief as this Court may deem just and proper.

Dated: April 23, 2012
      Wilmington, Delaware

*/s/ Michael R. Lastowski*
Michael R. Lastowski (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
Telephone: (302) 657-4900
Facsimile: (302) 657-4901
E-mail: mlastowski@duanemorris.com
       rwriley@duanemorris.com

- and –

William S. Katchen
DUANE MORRIS LLP
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: (973) 424-2000
Facsimile: (973) 424-2001
E-mail: wskatchen@duanemorris.com

*Co-Counsel for the Official Committee of*
*Unsecured Creditors of  W. R. Grace & Co., et al.*

**<u>EXHIBIT A</u>**

## DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
LAKE TAHOE
HO CHI MINH CITY

April 10, 2012

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001          Invoice# 1751767          IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 03/31/2012 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 5.00 | hrs. at | $780.00 | /hr. = | $3,900.00 |
| WS KATCHEN | OF COUNSEL | 0.40 | hrs. at | $875.00 | /hr. = | $350.00 |
| S LENKIEWICZ | PARALEGAL | 7.10 | hrs. at | $185.00 | /hr. = | $1,313.50 |
| | | | | | | $5,563.50 |

DISBURSEMENTS
MESSENGER SERVICE                                        $10.00
PRINTING & DUPLICATING                              $0.30
TOTAL DISBURSEMENTS                                              $10.30

Duane Morris
April 10, 2012
Page 2

File # K0248-00001                                          INVOICE# 1751767
     W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 3/15/2012 004 | S LENKIEWICZ | REVIEW DOCKET RE OMNIBUS HEARING DATES AND QUARTERLY FEE HEARING DATES AND CALENDAR SAME | 0.30 | $55.50 |
| | | Code Total | 0.30 | $55.50 |

Duane Morris
April 10, 2012
Page 3

File # K0248-00001                                          INVOICE# 1751767
    W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 3/7/2012 012 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS (.1); PREPARE AND EFILE CNO RE DM 119TH MONTHLY (.3) | 0.40 | $74.00 |
| 3/12/2012 012 | MR LASTOWSKI | REVIEW FEE CHART | 0.30 | $234.00 |
| 3/14/2012 012 | S LENKIEWICZ | EMAILS TO/FROM J. PALO RE FORMAT OF INVOICES FOR FEE APPLICATIONS (.2); RECEIPT AND REVIEW OF SAME (.1) | 0.30 | $55.50 |
| 3/20/2012 012 | S LENKIEWICZ | PREPARE DUANE MORRIS 120TH MONTHLY FEE APPLICATION FOR PERIOD JANUARY 2012 (.5); FINALIZE APPLICATION AND EXHIBIT AND EFILE SAME (.3) | 0.80 | $148.00 |
| 3/20/2012 012 | S LENKIEWICZ | PREPARE DUANE MORRIS 121ST MONTHLY FEE APPLICATION FOR PERIOD FEBRUARY 2012 (.5); FINALIZE APPLICATION AND EXHIBIT AND EFILE SAME (.3) | 0.80 | $148.00 |
| 3/26/2012 012 | MR LASTOWSKI | REVIEW FEE ORDER | 0.10 | $78.00 |
| | | Code Total | 2.70 | $737.50 |

Duane Morris
April 10, 2012
Page 4

File # K0248-00001                                           INVOICE# 1751767
     W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 3/6/2012 013 | S LENKIEWICZ | FINALIZE NOTICE OF CAPSTONE'S 96TH MONTHLY FEE APPLICATION (.2); FINALIZE APPLICATION, EXHIBITS AND COS FOR EFILING (.1); EFILE SAME (.2); EMAIL TO D. MOHAMMAD ATTACHING EFILING CONFIRMATION RE SAME (.1) | 0.60 | $111.00 |
| 3/7/2012 013 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO VARIOUS FEE APPLICATIONS (.2); PREPARE CNO RE CAPSTONE 95TH MONTHLY FEE APPLICATION AND EFILE SAME (.3); PREPARE CNO RE SSL 42ND QUARTERLY AND EFILE SAME (.3); PREPARE CNO RE CAPSTONE 31ST QUARTERLY AND EFILE SAME (.3); FORWARD EFILING CONFIRMATIONS TO D. MOHAMMAD (.2) | 1.30 | $240.50 |
| 3/22/2012 013 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO SSL 130TH MONTHLY FEE APPLICATION (.1); PREPARE CNO RE SAME (.2); FINALIZE CNO AND EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.60 | $111.00 |
| 3/28/2012 013 | S LENKIEWICZ | FINALIZE NOTICE OF SSL 131ST MONTHLY FEE APPLICATION FOR EFILING (.2); FINALIZE FEE APPLICATION, EXHIBITS AND CERTIFICATE OF SERVICE FOR EFILING (.2); EFILE SAME (.2); EMAIL EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.70 | $129.50 |
| 3/29/2012 013 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO CAPSTONE'S 96TH MONTHLY FEE APPLICATION (.1); PREPARE CNO RE SAME (.2); EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.60 | $111.00 |
| 3/30/2012 013 | S LENKIEWICZ | FINALIZE NOTICE OF CAPSTONE 97TH MONTHLY FEE APPLICATION FOR EFILING (.2); FINALIZE FEE APPLICATION, EXHIBITS AND CERTIFICATE OF SERVICE FOR EFILING (.2); EFILE SAME (.2); EMAIL EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.70 | $129.50 |
| | | Code Total | 4.50 | $832.50 |

Duane Morris
April 10, 2012
Page 5

File # K0248-00001                                          INVOICE# 1751767
        W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 3/12/2012 015 | MR LASTOWSKI | REVIEW AGENDA NOTICE (MARCH 28, 2012 HEARING) | 0.10 | $78.00 |
| 3/23/2012 015 | MR LASTOWSKI | REVIEW AMENDED AGENDA NOTICE (MARCH 28, 2012 HEARING) | 0.10 | $78.00 |
| | | Code Total | 0.20 | $156.00 |

Duane Morris
April 10, 2012
Page 6

File # K0248-00001                                     INVOICE# 1751767
       W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 3/15/2012 016 | MR LASTOWSKI | REVIEW SETTLEMENT APPROVAL ORDER | 0.10 | $78.00 |
| 3/20/2012 016 | MR LASTOWSKI | REVIEW MOTION FOR APPROVAL OF HIGH POINT SETTLEMENT | 0.40 | $312.00 |
| | | Code Total | 0.50 | $390.00 |

Duane Morris
April 10, 2012
Page 7

File # K0248-00001                                                    INVOICE# 1751767
     W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 3/1/2012 017 | MR LASTOWSKI | REVIEW CANADA NOTICE OF APPEAL FROM CONFIRMATION ORDER | 0.10 | $78.00 |
| 3/6/2012 017 | MR LASTOWSKI | REVIEW APPELLATE DOCKETS | 0.30 | $234.00 |
| 3/13/2012 017 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: APPEALS FROM CONFIRMATION ORDER | 0.10 | $78.00 |
| 3/15/2012 017 | MR LASTOWSKI | REVIEW APPELLATE DOCKET | 0.10 | $78.00 |
| 3/16/2012 017 | MR LASTOWSKI | REVIEW MOTION TO STRIKE SUR-REPLY (GARLOCK) | 0.10 | $78.00 |
| 3/19/2012 017 | MR LASTOWSKI | REVIEW BRIEFING SCHEDULE | 0.20 | $156.00 |
| 3/19/2012 017 | MR LASTOWSKI | REVIEW STATUS OF PLAN APPEALS | 0.50 | $390.00 |
| 3/20/2012 017 | MR LASTOWSKI | REVIEW APPELLATE DOCKETS | 0.30 | $234.00 |
| 3/22/2012 017 | MR LASTOWSKI | REVIEW STATUS OF APPELLATE DOCKETS | 0.50 | $390.00 |
| 3/26/2012 017 | MR LASTOWSKI | REVIEW THIRD CIRCUIT UPDATE AND RELATED DOCKET ENTRIES | 1.60 | $1,248.00 |
| 3/26/2012 017 | MR LASTOWSKI | REVIEW REPLY BRIEF (GARLOCK) | 0.10 | $78.00 |
| | | Code Total | 3.90 | $3,042.00 |

Duane Morris
April 10, 2012
Page 8

File # K0248-00001                                        INVOICE# 1751767
      W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 3/12/2012 025 | WS KATCHEN | REVIEW PLAN PROPONENTS' SUR REPLY (.3); REVIEW STROOK MEMO(.1). | 0.40 | $350.00 |
| | | Code Total | 0.40 | $350.00 |
| | | TOTAL SERVICES | 12.50 | $5,563.50 |

Duane Morris
April 10, 2012
Page 9

File # K0248-00001                                      INVOICE# 1751767
     W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 03/31/2012 | MESSENGER SERVICE | | 10.00 |
| | | Total: | $10.00 |
| | | | |
| 03/31/2012 | PRINTING & DUPLICATING | | 0.30 |
| | | Total: | $0.30 |
| | | TOTAL DISBURSEMENTS | $10.30 |

Duane Morris
April 10, 2012
Page 10

File # K0248-00001                                           INVOICE# 1751767
       W.R. GRACE & CO.

**TIMEKEEPER**

| NO. | NAME | CLASS | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 02394 | MR LASTOWSKI | PARTNER | 5.00 | 780.00 | $3,900.00 |
| 02602 | WS KATCHEN | OF COUNSEL | 0.40 | 875.00 | $350.00 |
| 03723 | S LENKIEWICZ | PARALEGAL | 7.10 | 185.00 | $1,313.50 |
| | | | 12.50 | | $5,563.50 |