## EXHIBIT A

**SUMMARY OF THE PRINCIPAL SERVICES PERFORMED BY THE APPLICANT ON BEHALF OF THE COMMITTEE BY WORK/LITIGATION TASK CODE FOR THE PERIOD FROM APRIL 1, 2012 THROUGH JUNE 30, 2012**

**CASE ADMINISTRATION (TASK CODE NO. 004)**

Applicant calendared important dates/deadlines.

**EMPLOYEE BENEFITS/PENSION (TASK CODE NO. 008)**

Applicant reviewed motion to approve 2012 long term incentive plan.

**FEE APPLICATIONS (APPLICANT) (TASK CODE NO. 012)**

Applicant prepared and filed its fee applications.

**FEE APPLICATIONS (OTHERS) (TASK CODE NO. 013)**

Applicant assisted in the preparation, and coordinated the service and filing of fee applications of other professionals representing the Official Committee of Unsecured Creditors, including Stroock & Stroock & Lavan and Capstone Advisory Group.

**HEARINGS (TASK CODE NO. 015)**

Applicant reviewed agenda and prepared for various hearings for the benefit of the Committee as necessary.

**LITIGATION AND LITIGATION CONSULTATION (TASK CODE NO. 016)**

Applicant reviewed Libby/BNSF and Big Tex settlement agreements.

**PLAN AND DISCLOSURE STATEMENT (TASK CODE NO. 017)**

Applicant reviewed pleadings and appeals in connection with confirmation of the plan.

**OTHER (TASK CODE NO. 025)**

Applicant reviewed and retrieved miscellaneous pleadings and memos.