## THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,1 | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline:  October 31, 2012** |
| | ) | |

## SUMMARY APPLICATION OF GRANT THORNTON, LLP, FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS TAX AND ACCOUNTING ADVISORS TO W. R. GRACE & CO., ET AL., FOR THE MONTHLY INTERIM PERIOD FROM AUGUST 1, 2012, THROUGH AUGUST 31, 2012

| | |
|---|---|
| Name of Applicant: | Grant Thornton, LLP |
| Authorized to Provide Professional Services to: | W. R. Grace & Co., et al., Debtors and Debtors-in-Possession |
| Date of Retention: | Retention Order entered August 14, 2012, effective as of August 14, 2012 |
| Period for which compensation and reimbursement is sought: | August 1, 2012, to August 31, 2012 |
| Amount of Compensation sought as actual, reasonable and necessary: | $ 243,006.50 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ 16,344.34 |

---

1    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

This is a X monthly ___ interim __ final application.

The total time expended for the preparation of this application is approximately 4.0 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $1,500.00.

This is the monthly application of Grant Thornton, LLP ("Grant Thornton") for interim compensation of services for the interim fee period August 1, 2012, through August 31, 2012. The following applications have been filed previously in the Chapter 11 Cases:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| September 7, 2012 | July 1-31, 2012 | $87,581.00 | $9,776.15 | Approved | Approved |

The following Grant Thornton professionals rendered professional services in these cases during the Fee Period:

| Name of Professional Person | Position with the Applicant and Year Admitted | | Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Joseph Brown | Partner | 2012 | CSFTS | $600.00 | 10 | $6,000.00 |
| David A. Vorrath | Partner | 2012 | Tax | $600.00 | 9.3 | $5,580.00 |
| Mark A. Margulies | Partner | 2012 | Tax | $600.00 | 4 | $2,400.00 |
| Melbert E. Schwarz | Partner | 2012 | National Tax | $700.00 | 0.5 | $ 350.00 |
| Rob Levin | Managing Director | 2012 | CSFTS | $550.00 | 131 | $72,050.00 |
| Mathew Abraham | Manager | 2012 | CSFTS | $400.00 | 98 | $39,200.00 |
| Daniel A. Lynes | Manager | 2012 | CSFTS | $400.00 | 88 | $35,200.00 |
| Andrew D. Wetcher | Senior Associate | 2012 | CSFTS | $350.00 | 57.2 | $20,020.00 |
| Kevin Benton | Senior Associate | 2012 | CSFTS | $325.00 | 4 | $1,300.00 |
| Andrew L. Stargel | Associate | 2012 | Tax | $245.00 | 67.3 | $16,488.50 |

2

| Name of Professional Person | Position with the Applicant and Year Admitted | | Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Sara B. Watson | Manager | 2012 | CSFTS | $400.00 | 64.8 | $25,920.00 |
| David E. Sites | Senior Manager | 2012 | Tax | $560.00 | 0.8 | $448.00 |
| Divina M. Cesario | Operations Manager | 2012 | CSFTS | $75.00 | 3 | $225.00 |
| Catherine E. Wagner | Senior Associate | 2012 | CSFTS | $325.00 | 48.2 | $15,665.00 |
| Joseph Stoddard | Senior Manager | 2012 | CSFTS | $600.00 | 0.5 | $300.00 |
| Richard Shevak | Senior Manager | 2012 | CSFTS | $500.00 | 3 | $1,500.00 |
| Ellen M. Fitzpatrick | Senior Manager | 2012 | National Tax | $600.00 | 0.6 | $360.00 |
| Totals | | | | | 590.20 | $243,006.50 |
| | | | | | | |
| | | | | | | |

There are no paraprofessionals of Grant Thornton who rendered professional services in these cases during the Fee Period that have charged fees to the Debtors.

Grand Total for Fees:      $243,006.50

Grand Total for Expenses:  $16,344.34

## COMPENSATION BY MATTER SUMMARY

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 18 | Section 199 Tax Study | 286.40 | $124,983.00 |
| 18 | R&D Tax Credit Study | 303.80 | $118,023.50 |
| **Totals for Matters** | | 590.20 | $ 243,006.50 |

## EXPENSE SUMMARY

| Service Description | Amount |
|---|---:|
| Airfare | $6,847.21 |
| Lodging | $5,089.74 |
| Rental Car / Ground Transportation | $1,011.42 |
| Per Diem | $325.00 |
| Meals | $2,617.79 |
| Mileage | $415.18 |
| Miscellaneous / Other | $38.00 |
| Total: | **$16,344.34** |

WHEREFORE, Grant Thornton respectfully requests (a) that an allowance be made to it, as fully described above for: (i) 80% of the amount of $243,006.50 for reasonable and necessary professional services Grant Thornton has rendered to the Debtors during the Fee Period ($194,405.20); and (ii) 100% of the reimbursement of actual and necessary costs and expenses incurred by Grant Thornton during the Fee Period ($16,344.34); (b) that both fees and expenses are payable as administrative expenses of the Debtors' estates; and (c) that this Court grant such further relief as is equitable and just.

Dated:   October 9, 2012                    Respectfully submitted,

                                            Grant Thornton, LLP


                                            Mark A. Margulies

                                            Grant Thornton, LLP
                                            1301 International Parkway, Suite 300
                                            Fort Lauderdale, FL 33323
                                            (954) 768-9900

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[2] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: October 31, 2012** |
| | ) | |

**FEE AND EXPENSE DETAIL FOR GRANT THORNTON, LLP, FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS TAX
AND ACCOUNTING ADVISORS TO W. R. GRACE & CO., ET AL., FOR THE
MONTHLY INTERIM PERIOD FROM AUGUST 1, 2012 THROUGH AUGUST 31, 2012**

### Compensation by Matter Summary

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 18 | Section 199 Tax Study | 286.40 | $124,983.00 |
| 18 | R&D Tax Credit Study | 303.80 | $118,023.50 |
| **Totals for Matters** | | **590.20** | **$ 243,006.50** |

---

[2]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## EXPENSE SUMMARY

| Service Description | Amount |
|---|---|
| Airfare | $6,847.21 |
| Lodging | $5,089.74 |
| Rental Car / Ground Transportation | $1,011.42 |
| Per Diem | $325.00 |
| Meals | $2,617.79 |
| Mileage | $415.18 |
| Miscellaneous / Other | $38.00 |
| Total: | **$16,344.34** |
| | |