# EXHIBIT A

**August 2012 Fee Detail**

**Matter 18**                                                                                  **Section 199 Tax Study**

| Professional | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| Levin, Rob | 8/1/2012 | Review of IRS audit Form 5701 for the tax years 2007 and 2009 (1 hour). Review of organizational structure to determine expanded affiliated group as defined in Treas. Reg. 1.199-7 to determine which entities are included in the 199 calculations (1.4 hours). Trial balance review of gross receipts to determine potentially qualifying DPGR (1.2 hours). Review of cost of goods sold to understand "COGS - intercompany" vs. "COGS - Third Party" (1.4 hours). Additional time spent reviewing Refining Technologies and Specialty Catalyst (approximately 70% of the qualified revenue) gross margin and cost of goods sold report to determine the 20% manufacturing test under IRC Section 199 (3 hours). | 8 | $550.00 | $4,400.00 |
| Wetcher, Andrew D | 8/1/2012 | WR Grace Sec. 199 - call with Mat Abraham and Dan Lynes regarding required updates to calculation (.6 hours); update to calc as discussed on call (.8 hours); teamspace docs and email support for our files (.1 hours) | 1.5 | $350.00 | $525.00 |
| Abraham, Mathew | 8/1/2012 | Building the section 199 model to support tax return position taken by the client (6.0) | 6 | $400.00 | $2,400.00 |
| Schwarz, Melbert E | 8/1/2012 | Participated on conference call with Levin to discuss section 199 approach (.1) | 0.5 | $700.00 | $350.00 |
| Lynes, Daniel A. | 8/1/2012 | Work on the WR Grace Internal Revenue Code Section 199 domestic manufacturing deduction calculation for the 2011 tax year (2.0 hours). | 2 | $400.00 | $800.00 |
| Levin, Rob | 8/2/2012 | IRC Section 199 meeting Lisa Paider and Jodi Leonarczyk, WR Grace tax, to discuss project progress, outstanding items, and IRC Section 199 methodology (1 hour). Additional time spent discussing the relationship between the gross margin reports, the segmented P&L's, and the consolidated trial balance (1 hour). Review of reports provided by Jodi from the transfer pricing reports to understand the manufactured products and the resell products in Canada. Time spent determining the relationship of Grace Canada and the work performed (2 hours). | 4 | $550.00 | $2,200.00 |
| Lynes, Daniel A. | 8/2/2012 | Work on the WR Grace Internal Revenue Code Section 199 domestic manufacturing deduction calculation for the 2011 tax year (1.5hours); Review of IRC Section 861 allocation methods used in the tax deduction calculation (1.0 hours); Review of additional information provided by Gisele Hurwitz of WR Grace related to US vs. Foreign sourced income (0.5 hours). | 3 | $400.00 | $1,200.00 |
| Wetcher, Andrew D | 8/3/2012 | WR Grace Sec 199 - Update to 2007, 2009 and 2011 calculations for formatting changes as provided by Rob Levin (1.0 hours) | 1 | $350.00 | $350.00 |

| Professional | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| Abraham, Mathew | 8/3/2012 | Research of relevant tax law to properly apply rules for section 199 calculation (1.0) | 1 | $400.00 | $400.00 |
| Brown, Joseph | 8/3/2012 | Conference call with Levin & Abraham to discuss section 199 calc (1.4); reviewing section 199 IRS requests and NOPA (1.6) | 3 | $600.00 | $1,800.00 |
| Lynes, Daniel A. | 8/3/2012 | Call with Mat Abraham of Grant Thornton to discuss the status of the domestic manufacturing deduction project (0.5 hours); Research on the proper way to allocate pension expense for purposes of the tax deduction calculation (0.5 hours). | 1 | $400.00 | $400.00 |
| Lynes, Daniel A. | 8/5/2012 | Review of the updated 2011 domestic manufacturing tax deduction calculation prepared by Mat Abraham of Grant Thornton (2.0 hours). | 2 | $400.00 | $800.00 |
| Cesario, Divina M | 8/6/2012 | Perform quality control backlog process | 1 | $75.00 | $75.00 |
| Wetcher, Andrew D | 8/6/2012 | WR Grace Sec 199 - updates to 2011 calculation pursuant to review notes from Rob Levin (.7 hours); cleanup teamspace online files and engagement doc request (.1 hours) | 0.8 | $350.00 | $280.00 |
| Abraham, Mathew | 8/6/2012 | Research of relevant tax law to properly apply rules for section 199 calculation (6.0); building the section 199 model to support tax return position taken by the client (2.0) | 8 | $400.00 | $3,200.00 |
| Benton, Kevin | 8/6/2012 | Review of additional PBC data and performed Revenue and COGS analyses | 3.7 | $325.00 | $1,202.50 |
| Lynes, Daniel A. | 8/6/2012 | Changes to the updated 2011 domestic manufacturing tax deduction calculation (1.5 hours). Call with Lisa Paider (WR Grace) and Rob Levin and Mat Abraham of Grant Thornton to give Lisa Paider an update on the project as well as discuss next steps (1.0 hours). | 2.5 | $400.00 | $1,000.00 |
| Levin, Rob | 8/7/2012 | IRC Section 199 update call with Lisa Paider, WR Grace tax. Discussions revolved around bankruptcy expenses and M-1 allocations per the Form 1120 Federal Income tax return (1 hour). Additional time spent working through research and development allocations under 1.861-9T related to Davison and Conn. - Companies 01 & 32 (1 hour). | 2 | $550.00 | $1,100.00 |
| Benton, Kevin | 8/8/2012 | Participated in a team discussion regarding Revenue & COGS Analyses. | 0.3 | $325.00 | $97.50 |
| Vorrath, David Allen | 8/8/2012 | Review IRS issued Information Document Requests related to the Section 199 deduction taken by the company | 0.5 | $600.00 | $300.00 |
| Levin, Rob | 8/8/2012 | IRC Section 199 discussions with Mat Abraham and Andrew Wetcher related to W.R. Grace's 2011 costing model, specifically, the tie-out of the segmented profit and loss statements and the Gross Margin reports (1.3 hours). Additional time spent on developing the appropriate methodology for allocating the difference between the GM reports and the P&L statements (.7 hours). | 2 | $550.00 | $1,100.00 |

| Professional | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| Abraham, Mathew | 8/8/2012 | Building the section 199 model to support tax return position taken by the client (4.0) | 4 | $400.00 | $1,600.00 |
| Abraham, Mathew | 8/9/2012 | Review of client provided source data (3.0); modeling section 199 calculation based on the source data provided (1.0) | 4 | $400.00 | $1,600.00 |
| Levin, Rob | 8/10/2012 | IRC Section 199 review of the segmented profit and loss statements and the variance between the consolidated trial balance (1 hour). Additional time spent on the reconciliation of the 2 reports to tie into the Form 1120 page 1 for the IRS review (1 hour). | 2 | $550.00 | $1,100.00 |
| Abraham, Mathew | 8/10/2012 | Modeling section 199 calculation (3.5); call with Hurwitz to discuss intricacies of section 199 calculation in conjunction of the source data that will be used (1.5) | 5 | $400.00 | $2,000.00 |
| Vorrath, David Allen | 8/13/2012 | Go over various billing matters with Abraham | 0.3 | $600.00 | $180.00 |
| Levin, Rob | 8/13/2012 | 2011 Section 199 model discussions w/ Mat Abraham and Andrew Wetcher (1.5 hours). Additional calls w/ Grace pension administrator to discuss new 861 methodology and the relationship of the funded amount for active vs. non-active employees. Actuary reports provided and reviewed to determine carve out for qualified production activities income (2.5 hours). | 4 | $550.00 | $2,200.00 |
| Wetcher, Andrew D | 8/13/2012 | WR Grace Sec 199 - prepared income statement tie out as instructed by Mat Abraham for 2011 WR Grace Section 199 Calc (1.6 hours). Created workpaper to tie out consolidated tax income statement presentation to the book income statement source document used to drive the Section 199 calculation (1.9 hours). | 3.5 | $350.00 | $1,225.00 |
| Abraham, Mathew | 8/13/2012 | Building section 199 calculation (2.0) | 2 | $400.00 | $800.00 |
| Abraham, Mathew | 8/14/2012 | Building section 199 calculation (3.0) | 3 | $400.00 | $1,200.00 |
| Vorrath, David Allen | 8/15/2012 | Participate in meeting with client (Paider & Hurvitz) to discuss status of project | 0.2 | $600.00 | $120.00 |
| Levin, Rob | 8/15/2012 | On-site WR Grace Section 199 meetings with Lisa Paider, W.R. Grace manager, and Elyse Filon, VP of Tax, to finalize 2011 Section 199 deduction (3 hours). Additional time spent at Grace working on interest allocations under IRC Section 861 and book/tax adjustments and the effect on taxable income (3 hours). Time also spent working with Karen Edouard, WR Grace tax, trying to reconcile gross receipt reports with the consolidated trial balance. Discussions revolved around net vs. gross accounting for sales for transfer pricing purposes and for federal income tax purposes (3 hours). Time also spent reviewing the 2011 costing model and identifying the accounts related to the bankruptcy for additional analysis (2 hours). | 11 | $550.00 | $6,050.00 |

| Professional | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| Abraham, Mathew | 8/15/2012 | Reviewing revised source data provided by the client (3.5); CCH tax research on section 199 rules and its applicability to client's facts (2.5); building section 199 calculation (4.0) | 10 | $400.00 | $4,000.00 |
| Lynes, Daniel A. | 8/15/2012 | Phone call with Elyse Filon, Lisa Paider, and Giselle Hurwirz (WR Grace), and Rob Levin, Mat Abraham, and Dave Vorrath (Grant Thornton), to discuss the status of the domestic manufacturing tax deduction project (1.5 hours); Working session at client site with Rob Levin and Mat Abraham to incorporate information received from Jodi Leonarczyk (WR Grace) related to the tax deduction (5.0 hours); Meeting with Jodi Leonarczyk (WR Grace) to discuss the findings of the additional information received from her related to the tax deduction (1.5 hours). | 8 | $400.00 | $3,200.00 |
| Fitzpatrick, Ellen M. | 8/15/2012 | Conducted research to determine the impact of company pension related costs on W.R. Grace's section 199 deduction (.6) | 0.6 | $600.00 | $360.00 |
| Levin, Rob | 8/16/2012 | 2007 & 2009 WR Grace Section 199 model discussions w/ Lisa Paider, Grace tax manager. Discussions related to the application of the pension expense add back, the inclusion of ART LLC's Domestic produced gross receipts and cost of goods sold, and the information received relating to transfer pricing (2 hours). Analysis of the transfer pricing report and the inclusion into the Section 199 models (1 hour). Additional time spent implementing the 2011 methodology into the 2007 & 2009 models (1 hour). | 4 | $550.00 | $2,200.00 |
| Wetcher, Andrew D | 8/16/2012 | WR Grace Sec 199 - updated Income Statement tie out as instructed by Rob Levin (.9 hours). Completed the income statement tie out for the Davison; Conn; and Darex divisions and Updated to incorporate "all other" non-sec199 divisions (1.1 hours). Walk through of updates with manager (.5 hours). | 2.5 | $350.00 | $875.00 |
| Abraham, Mathew | 8/16/2012 | Updating section 199 calculation (4.0) | 4 | $400.00 | $1,600.00 |
| Shevak, Richard | 8/17/2012 | Reviewed Section 199 calculation in order to determine whether the method used in the calculation was proper | 1 | $500.00 | $500.00 |
| Levin, Rob | 8/17/2012 | Internal call with Mat Abraham, Grant Thornton, to discuss 2011 Section199 model (1.2 hours). Call with Grace pension administrator to carve out active vs. non-active employees for 2007 & 2009 (.8 hours). | 2 | $550.00 | $1,100.00 |
| Wetcher, Andrew D | 8/17/2012 | WR Grace Section 199 - updates to IS Tie Out per Rob Levin review notes (.8 hours); conference call with Rob Levin and Mat Abraham regarding the flow of the Section 199 workbook and the appropriate approach (.4 hours). | 1.2 | $350.00 | $420.00 |

| Professional | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| Wetcher, Andrew D | 8/17/2012 | WR Grace Section 199 - Stared on preparing/creating of the 2007 Sec 199 calculation workbook based on approved 2011 workbook previously done with Mat Abraham (4.0 hours). | 4 | $350.00 | $1,400.00 |
| Abraham, Mathew | 8/17/2012 | Updating section 199 calculation for 2011 (1.6); conference calls with Levin and Shevak to discuss pension issue (1.8); conference call with client (Hurwitz) to discuss pension related expenses impact to calculation (.6) | 4 | $400.00 | $1,600.00 |
| Abraham, Mathew | 8/17/2012 | Review of court order and review of applicable billing for July time period (1.0) | 1 | $400.00 | $400.00 |
| Abraham, Mathew | 8/19/2012 | Discussions with the client (Hurwitz) regarding additional detail on the section 2011 calculation (1.5); updating section 199 2011 calculation (4.9); gathering & reviewing information on 2007 & 2009 detail (3.1) | 9.5 | $400.00 | $3,800.00 |
| Wetcher, Andrew D | 8/21/2012 | WR Grace Sec. 199 - met in Miami with Mat and Dan to update the 2011 calculation methodology (2.2 hours). Discussion of 2011 calculation (.2 hours); updates for Interest allocation, Charitable allocation, and general updates (.6 hours) | 3 | $350.00 | $1,050.00 |
| Abraham, Mathew | 8/21/2012 | Revising the 2011 section 199 calculation (3.5); discussions with client (Hurwitz) as to reconcile trial balance to figures provided from the ECCS system (1.0); modeling of 2007 & 2009 calculations (5.3) | 9.8 | $400.00 | $3,920.00 |
| Lynes, Daniel A. | 8/21/2012 | Working session with Mat Abraham and Andrew Wetcher of Grant Thornton to calculate the 2011 domestic manufacturing tax deduction calculation (5.8 hours); Working session with Mat Abraham and Andrew Wetcher of Grant Thornton to calculate the 2009 domestic manufacturing tax deduction calculation (1.2 hours); Working session with Mat Abraham and Andrew Wetcher of Grant Thornton to calculate the 2007 domestic manufacturing tax deduction calculation (1.0 hours) | 8 | $400.00 | $3,200.00 |
| Levin, Rob | 8/22/2012 | 2011 Section 199 costing model review. Analysis of domestic produced gross receipts and amount of resell (2 hours). Discussions with Jodi Leonarczyk relating to the Container Product revenue and cost of goods sold (2 hours). | 4 | $550.00 | $2,200.00 |
| Wetcher, Andrew D | 8/22/2012 | WR Grace Sec. 199 - updates to 2011 calculation per Mat Abraham review notes (1.4 hours); conference call with Mat and Dan regarding changes to 2011 (1.1 hours); updates to 2007 and 2009 calculations to follow methodology in place for 2011 (3.5 hours) | 6 | $350.00 | $2,100.00 |
| Wetcher, Andrew D | 8/22/2012 | WR Grace Sec. 199 Calculation - web meeting with Mat to complete Section 199 calculation for Rob Levin review (1.2 hours); updates for M-1; Other COGS adjustments; Mini P&L tie out to Consolidated TB; and other methodology and presentational updates per discussion with Mat Abraham (5.3 hours) | 6.5 | $350.00 | $2,275.00 |

| Professional | Date | Description | Time | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| Abraham, Mathew | 8/22/2012 | Updated section 199 calculations (1.0); call w/ client (Hurwitz) (.5); internal call with Levin to discuss changes to model (1.0) | 2.5 | $400.00 | $1,000.00 |
| Lynes, Daniel A. | 8/22/2012 | Review and update of 2011 Domestic manufacturing tax deduction calculation (2.8 hours). Technical advisory meeting with Rob Levin of Grant Thornton to understand how we should be allocating various aspects of indirect costs associated with the tax deduction. (1.2 hours). | 4 | $400.00 | $1,600.00 |
| Vorrath, David Allen | 8/23/2012 | Go over various billing matters with Abraham | 0.3 | $600.00 | $180.00 |
| Levin, Rob | 8/23/2012 | Review of 2011 Section 199 costing model. Analysis includes review of the 35-40 tabs related to product analysis, cost of goods sold, and indirect expenses (2 hours). Review balance sheet accounts to determine tax basis in assets for beginning and ending of the years for interest expense allocation. Analysis included review of the intercompany interest income and expense (2 hours). | 4 | $550.00 | $2,200.00 |
| Wetcher, Andrew D | 8/23/2012 | WR Grace Sec. 199 - updates to 2011 Sec 199 calc (.9 hours). Conference call with Mat and Rob to review 2011 calculation (1.1 hours). Updates to COGS and Other Items update line items for tie out (1.6 hours); updates to 2007 and 2009 calculations (.9 hours) | 4.5 | $350.00 | $1,575.00 |
| Abraham, Mathew | 8/23/2012 | Updating 2011 section 199 calculation (2.0); call with client (Hurwitz) (1.0); and internal discussions with Levin and Wetcher to determine 2007, 2009 & 2011 benefit (1.5) | 4.5 | $400.00 | $1,800.00 |
| Lynes, Daniel A. | 8/23/2012 | Call with Jodi Leonarczyk (WR Grace - Transfer Pricing) and Rob Levin and Mat Abraham of Grant Thornton to discuss the Cost of goods sold aspect of the domestic manufacturing deduction calculation (1.2 hours). Working session with Rob Levin and Mat Abraham of Grant Thornton to finalize the 2011 tax deduction calculation and answer review points Rob Levin had (1.8 hours). | 3 | $400.00 | $1,200.00 |
| Levin, Rob | 8/24/2012 | Review of 2011 Section 199 Costing model including legal expense review from the trial balance. Amounts were broken into 4 categories - Bankruptcy external, bankruptcy internal (Montana mine), legal and professional (non-bankruptcy, other legal. Amounts related to bankruptcy were excluded from the calculation (2 hours). Additional time spent researching inclusion of Puerto Rico for 199 and reviewing Darex Puerto Rico as part of the costing model (2 hours). | 4 | $550.00 | $2,200.00 |
| Abraham, Mathew | 8/24/2012 | Implementing changes to 2011 section 199 calculation after review (3.5) | 3.5 | $400.00 | $1,400.00 |
| Vorrath, David Allen | 8/27/2012 | Review first bankruptcy court invoice submission and provide changes to Abraham | 0.5 | $600.00 | $300.00 |

| Professional | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| Levin, Rob | 8/27/2012 | 2007 IRC Section 199 costing model review. Methodology taken from 2011 was rolled back to 2007. Review of the updated model with 2007 Gross Margin information and consolidated trial balances (4 hours). Review of the book/tax differences, interest expense allocation, pension expense, R&D allocation, overall 861 methodologies (3 hours). Call with Giselle Hurwitz, W.R. Grace tax, to discuss positions taken overall methodology. Reconciliation of costing model to Form 1120 (1 hour). | 8 | $550.00 | $4,400.00 |
| Wetcher, Andrew D | 8/27/2012 | WR Grace Section 199 - worked on 2007, 2009 and 2011 Section 199 calcs (4.2 hours); call with Mat and Dan (.8 hours); further updates to calculations (2.0 hours) | 7 | $350.00 | $2,450.00 |
| Abraham, Mathew | 8/27/2012 | Internal discussions with Levin (1.0); revising the 2011 section calculation (1.4); call w/ client (Hurwitz) about the accuracy of 2011 figure (.6) | 3 | $400.00 | $1,200.00 |
| Brown, Joseph | 8/27/2012 | Call with GT team members (Levin and Abraham) for modifications to section 199 calculation (2.0) | 2 | $600.00 | $1,200.00 |
| Lynes, Daniel A. | 8/27/2012 | Working session with Rob Levin, Mat Abraham, and Andrew Wetcher of Grant Thornton to finalize the 2011 domestic manufacturing tax deduction calculation (3.0 hours). | 3 | $400.00 | $1,200.00 |
| Shevak, Richard | 8/28/2012 | Participated in phone call with Matt Abraham and Rob Levin related to the review of the section 199 calculation | 1.5 | $500.00 | $750.00 |
| Levin, Rob | 8/28/2012 | 2009 IRC Section 199 costing model review. Methodology taken from 2011 was rolled back to 2009. Review of the updated model with 2009 Gross Margin information and consolidated trial balances (4 hours). Review of the book/tax differences, interest expense allocation, pension expense, R&D allocation, overall 861 methodologies (3 hours). Reconciliation of costing model to Form 1120 and IRS Form 5701 Notice of Proposed Adjustment (1 hour). | 8 | $550.00 | $4,400.00 |
| Wetcher, Andrew D | 8/28/2012 | WR Grace Section 199 - updates to 2007, 2009, and 2011 calculations per Rob Levin review notes (3.7 hours); discussion with Mat and Rob (.7 hours); further updates to calculations (1.6 hours) | 6 | $350.00 | $2,100.00 |
| Abraham, Mathew | 8/28/2012 | Updating section 199 calculation (3.5); discussions with Shevak & Levin about changes to section 861 allocations and schedule m adjustments (1.5) | 5 | $400.00 | $2,000.00 |
| Sites, David Eric | 8/28/2012 | Discussion with Rob Levin on interest apportionment | 0.8 | $560.00 | $448.00 |
| Shevak, Richard | 8/29/2012 | Section 199 calculation question related to the treatment of prior - period expense for Rob Levin | 0.5 | $500.00 | $250.00 |
| Vorrath, David Allen | 8/29/2012 | provide time descriptions for bankruptcy court filing | 0.5 | $600.00 | $300.00 |

| Professional | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| Wetcher, Andrew D | 8/29/2012 | WR Grace Section 199 - updates to 2007 and 2009 calculations per discussion with Mat Abraham and Rob Levin - updated for adjusted R&D M-1, general formatting, and updated Mini-P&L info (3.7 hours) | 3.7 | $350.00 | $1,295.00 |
| Abraham, Mathew | 8/29/2012 | Review and discussions with Levin & Wetcher of Section 199 calculations (4.0); conversation with client Hurwitz (.2) | 4.2 | $400.00 | $1,680.00 |
| Lynes, Daniel A. | 8/29/2012 | Review of the 2007 Domestic Manufacturing deduction calculation (1.0 hours). | 1 | $400.00 | $400.00 |
| Vorrath, David Allen | 8/30/2012 | Meet with Team (Levin & Abraham) to discuss inclusion of ART manufacturing profits in QPAI calculations (.5); research proper treatment of ART activity in the Form 8903 (.5); discuss potential removal of legal expenses related to products no longer manufactured from QPAI calculation (.5); update Margulies on status of project and discuss how to deal with reconciled COGS amount (.5) | 2 | $600.00 | $1,200.00 |
| Levin, Rob | 8/30/2012 | Review of WR Grace Section 199 model for 2007, 2009 & 2011. Consistency across 3 models was reviewed. Referencing and notes were added to tie out and check all subtotals (4 hours). Time spent understanding qualified production activity income and the indirect expenses allocated to the Section 199 calculation. Modeling of gross receipts, gross profit, and cost of goods sold was analyzed to maximize the Section 199 deduction across all 3 years. Additional time spent reviewing Davison and Conn. and tying Gross Receipts to the income statements. (4 hours). | 8 | $550.00 | $4,400.00 |
| Wetcher, Andrew D | 8/30/2012 | WR Grace Section 199 - discussion with Mat on required changes (.8 hours); updates for changes (2.5 hours); review of new materials from client (.5 hours); additional updates to 2007 and 2009 calculation for mini-P&L information (1.20 hours) | 5 | $350.00 | $1,750.00 |
| Abraham, Mathew | 8/30/2012 | Analysis of section 199 calculation (1.5); external call with client to discuss section 199 (Hurwitz) (.5); internal meeting with Levin to discuss section 199 (.5) | 2.5 | $400.00 | $1,000.00 |
| Vorrath, David Allen | 8/31/2012 | Conference call with Brown & Margulies to discuss open technical issues related the calculations | 0.5 | $600.00 | $300.00 |
| Wetcher, Andrew D | 8/31/2012 | WR Grace Section 199 - updates to 2007 calc for new Fire Protection data (1 hour) | 1 | $350.00 | $350.00 |
| Abraham, Mathew | 8/31/2012 | Call with client to discuss section 199 calculation (Hurwitz) (.2); drafting emails for section 199 open items list (.3) | 0.5 | $400.00 | $200.00 |
| Total | | | 286.4 | | $124,983.00 |

| | | | | | |
|---|---|---|---|---|---|
| **Matter 18** | | | **R&D Tax Credit Study** | | |
| Professional | Date | Description | Time | Rate | Amount |
| Watson, Sara B | 8/1/2012 | Matter 18: Initial internal meeting with Grant Thornton team to discuss the plan for site visits to Columbia (2.0) | 2 | $400.00 | $800.00 |
| Stargel, Andrew L | 8/1/2012 | Met with Dan Lynes to review progress (1). Sat in a call (1). Prepared a chart for contact information for W.R. Grace(2.5) | 4.5 | $245.00 | $1,102.50 |
| Lynes, Daniel A. | 8/1/2012 | Planning meeting with Sara Beth Watson and Catie Wagner of Grant Thornton to get them up to speed on the R&D tax credit project in terms of client relations and IRS exam issues (2.0 hours). | 2 | $400.00 | $800.00 |
| Watson, Sara B | 8/2/2012 | Matter 18: Initial internal meeting with Grant Thornton team to discuss W R Grace company structure and plans for W R Grace Construction Products Site visit. | 1 | $400.00 | $400.00 |
| Stargel, Andrew L | 8/2/2012 | Updated organizational chart for all business units (5.5). Met with Catie to get updates and plan for the following week (1.5). | 7 | $245.00 | $1,715.00 |
| Lynes, Daniel A. | 8/2/2012 | Multiple conversations with Catie Wagner of Grant Thornton related to information we would need to be requesting for the R&D tax credit study (1.2 hours). Brainstorming session with Rob Levin to determine the best way to approach this study and get it done in a timely manner (0.8 hours). | 2 | $400.00 | $800.00 |
| Levin, Rob | 8/2/2012 | Initial R&D discussions at WR Grace with WR Grace team including Lisa Paider, Giselle Horowitz, and Karen Edouard to discuss the scope of the engagement, the 2008 and 2009 IRS audit, information requested, and next steps (2 hours). Additional time spent reviewing SAP downloads to understand the Company's accounting system and how costs, specifically supplies and contractor costs, are tracked in the Company's system (2 hours.) | 4 | $550.00 | $2,200.00 |
| Watson, Sara B | 8/3/2012 | Matter 18: Call with Dan Lynes, Catie Wagner from Grant Thornton with Rob Harding from W R Grace Davison to discuss R&D Tax credit information request and meetings scheduled for site visit at Columbia. | 2 | $400.00 | $800.00 |
| Stargel, Andrew L | 8/3/2012 | Read through transfer pricing document for Dan Lynes (1.5). | 1.5 | $245.00 | $367.50 |

| Professional | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| Lynes, Daniel A. | 8/3/2012 | Multiple emails with Lisa Paider of WR Grace to discuss contacts and timing for the R&D tax credit study (0.8 hours). Internal meeting with Rob Levin of Grant Thornton to inform him of issues surrounding the R&D tax credit such as the various de-centralized divisions throughout the Company (1.0 hours). Working session with Catie Wagner to plan the time-line for the Study as well as understand who the various R&D directors and divisions were at Grace (2.2 hours). | 4 | $400.00 | $1,600.00 |
| Brown, Joseph | 8/3/2012 | Review of IRS information request and NOPA | 3 | $600.00 | $1,800.00 |
| Watson, Sara B | 8/6/2012 | Matter 18: Plan site visit to Columbia for the R&D Tax Credit study with Grant Thornton team. | 1.5 | $400.00 | $600.00 |
| Cesario, Divina M | 8/6/2012 | QC backlog process | 1 | $75.00 | $75.00 |
| Lynes, Daniel A. | 8/7/2012 | Working session to set up the R&D tax credit calculation model in excel (3.2 hours). Preparation and review of multiple information request to WR Grace related to the R&D tax credit (1.8 hours). | 5 | $400.00 | $2,000.00 |
| Watson, Sara B | 8/8/2012 | Matter 18: Plan site visit to Columbia for the R&D Tax Credit study with Grant Thornton team. | 1.5 | $400.00 | $600.00 |
| Wagner, Catherine E | 8/8/2012 | Update of costing model with data received from Rob Harding, Wu-Cheng Cheng, and Karen Mitchell | 7 | $325.00 | $2,275.00 |
| Watson, Sara B | 8/9/2012 | Matter 18: Work with Grant Thornton team on R&D Tax Credit information to evaluate the information received from Rob Harding at Davison. | 2 | $400.00 | $800.00 |
| Wagner, Catherine E | 8/9/2012 | Update of costing model with data received from Rob Harding, Wu-Cheng Cheng, and Karen Mitchell | 1.5 | $325.00 | $487.50 |
| Stargel, Andrew L | 8/9/2012 | Meeting with Catie (.5). Searched for previous memo work(.25) | 0.8 | $245.00 | $196.00 |
| Margulies, Mark A. | 8/9/2012 | Discussed update on progress for review with GT team leaders, Rob Levin and Joe Brown; 1 hour | 1 | $600.00 | $600.00 |
| Levin, Rob | 8/9/2012 | Initial R&D tax credit discussions with the heads of the catalyst and construction groups including: Robert Harding, Alex Kruglov, Felek Jachimowicz, and David Graff. Discussions included scope of the engagement, project tracking, documentation of the requirements under IRC Section 41, timing, roles, responsibilities (1.6 hours). Additional time was spent understanding each group, specifically, Material Technology, Specialty Catalyst, and Construction Products. Additional discussions with Wu Cheng-Cheng relating to Refining Technologies were undertaken to understand each group (1.4 hours). | 3 | $550.00 | $1,650.00 |
| Stargel, Andrew L | 8/10/2012 | Prepared documents and notes for client site visit.(2.5) | 2.5 | $245.00 | $612.50 |

| Professional | Date | Description | Time | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| Wagner, Catherine E | 8/13/2012 | Update of the costing model, agenda for fieldwork in Columbia, open items list for discussion with Rob Harding and Wu-Cheng Cheng | 5 | $325.00 | $1,625.00 |
| Stargel, Andrew L | 8/13/2012 | Travel to client site(4) | 4 | $245.00 | $980.00 |
| Lynes, Daniel A. | 8/13/2012 | Preparation for IRS meeting related to the R&D tax credit study. Preparation included studying issues the IRS had pointed out in their initial comments surrounding Grace's lack of documentation for the tax credits claimed in 2008 and 2009, determining roles and responsibilities at the meeting, and researching various issues surrounding the R&D tax credit the IRS could potentially bring up (4.0 hours). | 4 | $400.00 | $1,600.00 |
| Vorrath, David Allen | 8/13/2012 | Go over various billing matters with Abraham | 0.2 | $600.00 | $120.00 |
| Levin, Rob | 8/13/2012 | Preparation for meeting with Robert Harding, SVP of development, to discuss Catalyst R&D for 2008 - 2011. Review of previous studies performed by W.R. Grace including SAP downloads for labor (cost element 7114), supply, and contractor costs (2 hours). Review of additional information including IDR responses, organizational charts, patent searches, and project profiles (2 hours.) | 4 | $550.00 | $2,200.00 |
| Watson, Sara B | 8/13/2012 | Work internally with Catie Wagner to update the costing model, develop an agenda for fieldwork at the Columbia facility, and prepare an open items list for discussion with Rob Harding and Wu-Cheng Cheng. | 8 | $400.00 | $3,200.00 |
| Watson, Sara B | 8/14/2012 | Participate in kick off meeting with Rob Harding (1.0), Materials Technology discussion with Rob Harding related to the R&D costing model (2.0), met with Wu-Cheng Cheng to discuss the R&D tracking system that is in place and how we can use that information in our costing model (1.0). Work with Catie Wagner (internal) to update costing model with information that was gathered (4.0). Begin preparing information requests/costing models for Grace construction products (4.0) | 12 | $400.00 | $4,800.00 |
| Wagner, Catherine E | 8/14/2012 | Kick off meeting with Rob Harding (1), Materials Technology discussion with Rob Harding related to R&D costing (2), Refining Technologies discussion with Wu-Cheng Cheng related to R&D costing (4), working with the costing model to update with information from the day's meetings (3) | 10 | $325.00 | $3,250.00 |
| Stargel, Andrew L | 8/14/2012 | 2005-2011 R&D tax credit interviews with Robert Harding to discuss Catalyst projects and documentation (6). Includes travel time (4). | 10 | $245.00 | $2,450.00 |

| Professional | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| Lynes, Daniel A. | 8/14/2012 | R&D Kick off meeting with Rob Harding (R&D Director of Material Technology- WR Grace), to discuss the purpose and organization of his division as well as understand how his employees track their time (4.0 hours); R&D Kick off meeting with Wu-Cheng Cheng (R&D Director of Refining Technologies- WR Grace), to discuss the purpose and organization of his division as well as understand how his employees track their time (4.0 hours); | 8 | $400.00 | $3,200.00 |
| Levin, Rob | 8/14/2012 | 2005-2011 R&D tax credit interviews w/ Robert Harding, SVP of development, for the Catalyst groups. Discussions related to specific project information including time allocation of each of his people, and costs incurred by project, specifically prototypes, supply, and contractor costs. Mr. Harding provided an overview of the group and presentations on the R&D budget for the Company. Time was also spent reviewing the SAP download to understand the R&D cost centers for Engineered Materials, Packaging, and Discovery Science. Time spent with Material Technology finance to determine the accounting for project costs and the mapping into the R&D cost center (5.5 hours). Additional time spent touring the facility to understand the lab work vs. technical services vs. analytical time (2.5 hours). | 8 | $550.00 | $4,400.00 |
| Wagner, Catherine E | 8/15/2012 | Update of costing model with data received from Rob Harding, Wu-Cheng Cheng, and Karen Mitchell | 3 | $325.00 | $975.00 |
| Margulies, Mark A. | 8/15/2012 | Discussed billing matters for the review with outside counsel for Grace (.6); with internal GT personnel (.4); I documented billing instructions and concluded on time entries with GT team (1hour). | 2 | $600.00 | $1,200.00 |
| Stargel, Andrew L | 8/15/2012 | Meeting with Catie on performing labor calculations with information obtained from client site visit(1) | 1 | $245.00 | $245.00 |
| Vorrath, David Allen | 8/15/2012 | Participate in meeting with client (Paider & Hurvitz) to discuss status of project and strategy to communicate with the IRS | 0.5 | $600.00 | $300.00 |
| Stargel, Andrew L | 8/16/2012 | Completed labor data entry for calculation as instructed by Catie (3.5) | 3.5 | $245.00 | $857.50 |
| Lynes, Daniel A. | 8/16/2012 | Prep meeting with Rob Levin and Dave Vorrath from Grant Thornton to discuss the issues to be discussed in the upcoming meeting with the IRS as it relates to the R&D tax credit (1.0 hours); Update Meeting the IRS Agents Shawn Deutschman, Mark Kaeppel, and Richard Otier to discuss the status of the R&D tax credit project (1.0 hours). | 2 | $400.00 | $800.00 |
| Vorrath, David Allen | 8/16/2012 | Attend pre-meeting with engagement team and meeting with the IRS to provide a status update on the R&D study | 2.5 | $600.00 | $1,500.00 |

| Professional | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| Levin, Rob | 8/16/2012 | Meeting at W.R. Grace with the IRS team including Shawn Deutschman, Mark Kaeppel, and Richard Otier related to the 2011 R&D tax credit to update the IRS team on progress for the audited years 2008 & 2009. Discussions related to project methodology, documentation, and timing (2 hours). Additional time spent preparing for the meeting including samples of documentation related to refining technologies that will be part of our deliverables, as well as, review of the Company's controlled group as it relates to ART LLC. (2 hours). | 4 | $550.00 | $2,200.00 |
| Lynes, Daniel A. | 8/17/2012 | Follow-up phone conversation with Rob Harding (WR Grace - R&D Director, Materials Technology), on the R&D tax credit study (0.8 hours); Update meeting with Rob Levin and Catie Wagner (Grant Thornton) to discuss the status of the R&D project (1.2 hours). | 2 | $400.00 | $800.00 |
| Vorrath, David Allen | 8/17/2012 | Discuss bankruptcy billing requirements with Abraham | 0.3 | $600.00 | $180.00 |
| Stargel, Andrew L | 8/19/2012 | Flight to Boston (4.5) | 4.5 | $245.00 | $1,102.50 |
| Watson, Sara B | 8/20/2012 | Matter 18: W.R. Grace R&D Tax Credit Study - Site visit at Construction Products in Cambridge, Mass. Met with Alex Kruglov and Karen Mitchell to do site tour (1.0) and discuss available information (5.0). Worked with internal Grant Thornton team to begin assembling R&D costing models for the wages, supplies, and contract research (2.5). Met with Craig Merrill to explain what qualifies for the R&D Tax Credit and to get his perspective on how best to capture qualifying costs from the Technical Services group (1.0). | 9.5 | $400.00 | $3,800.00 |
| Wagner, Catherine E | 8/20/2012 | Correspondence with Rob Harding regarding time allocation spreadsheet and W2 information; correspondence with Ken Greeley regarding costing element query for Materials Technology; correspondence with Wu-Cheng regarding W2 and costing elements query; correspondence with Terry Roberie following up from previous call and explaining our information request; update of the calculation to reflect newly received information | 5.5 | $325.00 | $1,787.50 |
| Stargel, Andrew L | 8/20/2012 | Meetings with Alex Kruglov information gathering purposes and planning procedures (7). Site tour(1.5) | 8.5 | $245.00 | $2,082.50 |

| Professional | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| Lynes, Daniel A. | 8/20/2012 | Multiple phone calls with Rob Levin to discuss issues related to W-2 wage request and other costing components relevant to the R&D tax credit study (1.0 hours). Multiple emails with Rob Harding, WR Grace R&D Director - Materials Technology, related to the R&D tax credit for the Material and Technology group of WR Grace (1.2 hours). Phone call with Jim Bogdenor, WR Grace R&D Director, to discuss the Specialty Catalyst Group and how it relates to the R&D tax credit study (0.8 hours). | 3 | $400.00 | $1,200.00 |
| Levin, Rob | 8/20/2012 | R&D interviews w/ the Construction team for the 2005-2011 R&D tax credit in Cambridge. Meetings all day with Alex Kruglov and Betty Height to discuss projects, R&D cost center time by project, time tracking, SAP information, and project documentation. Time included presentations by Grace of the type of information the Company will be providing (6 hours). Review of information provided by Alex Kruglov and Felek Jachimowicz, as well as, reconciliation to the SAP downloads for the 2008 and 2009 years (4 hours). | 10 | $550.00 | $5,500.00 |
| Watson, Sara B | 8/21/2012 | Matter 18: W.R. Grace R&D Tax Credit Study - Site visit at Construction Products in Cambridge, Mass. Met with Gabriel Lozono from W R Grace Construction to discuss how to pull more detailed information from GCP's SAP data to extract the qualified supply and contract research (2.0). Additional meeting with Ara Jeknavozian from Concrete, Denise Silva from Cement, Anthony Aldykiewicz from Fire Protection, and Werner Hoerman from SBM to discuss qualification for the R&D Credit and how they will be assisting us in the future with the R&D time allocations (1.5). Internal work with Grant Thornton team to evaluate the data that was extracted (5.0). Meet with Alex Kruglov to discuss remaining follow up items that will be needed, as well as a rough plan for a follow up site visit (1.5). | 10 | $400.00 | $4,000.00 |
| Wagner, Catherine E | 8/21/2012 | prepare costing element data to send along to Davison contacts for supplies and contractors | 3 | $325.00 | $975.00 |
| Stargel, Andrew L | 8/21/2012 | Meetings with Alex Kruglov and project managers (6). Discussed best strategies for gathering necessary information to calculate credit. Travel home (4). | 10 | $245.00 | $2,450.00 |
| Cesario, Divina M | 8/21/2012 | QC backlog process | 1 | $75.00 | $75.00 |
| Lynes, Daniel A. | 8/21/2012 | Internal Meeting with Rob Levin, Sara Beth Watson, Catie Wagner, and Andrew Stargel to discuss the status of the R&D tax credit project as well as the costing components outstanding for the credit calculation (1.2 hours). Review of costing information related to the R&D tax credit study (0.8 hours). | 2 | $400.00 | $800.00 |

| Professional | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| Levin, Rob | 8/21/2012 | R&D interviews w/ the Construction team for the 2005-2011 R&D tax credit in Cambridge. Meetings all day with Alex Kruglov and Betty Height to discuss projects, R&D cost center time by project, time tracking, SAP information, and project documentation. Time included presentations by Grace of the type of information the Company will be providing (6 hours). Review of information provided by Alex Kruglov and Felek Jachimowicz, as well as, reconciliation to the SAP downloads for the 2008 and 2009 years. Additional time spent discussing the 2005 & 2006 information that will be required to be provided. Time allocation was not used in those years. Additional time spent researching alternative methodologies. (4 hours). | 10 | $550.00 | $5,500.00 |
| Stoddard, Joseph | 8/21/2012 | R&D tax credit - Research ability to claim extraordinary utilities as supplies qualified research expenses; summarize thoughts in email and send to Levin / Lynes. | 0.5 | $600.00 | $300.00 |
| Watson, Sara B | 8/22/2012 | Matter 18: R&D Tax Credit study for W.R. Grace - evaluate PBC project listing/man-hours with Andrew to create survey. Correspond with Alex. | 2 | $400.00 | $800.00 |
| Stargel, Andrew L | 8/22/2012 | Internal meeting for summation and planning for week (1). Began working on Fairchild case write up for third party contracts(1.5) | 2.5 | $245.00 | $612.50 |
| Lynes, Daniel A. | 8/22/2012 | Phone call with Rob Levin, Grant Thornton- Managing Director, to discuss timing for the R&D tax credit study as well as issues the IRS has brought up with prior year credit calculations (1.0 hours). | 1 | $400.00 | $400.00 |
| Lynes, Daniel A. | 8/22/2012 | Phone call with Elyse Filon (WR Grace - Director of Tax and Treasury) to discuss the status of the R&D tax credit project as well as confidentiality issues related to W-2 wages (1.0 hours). Discussions with Catie Wagner of Grant Thornton related to W-2 wage implications to the R&D tax credit calculation (0.5 hours). | 1.5 | $400.00 | $600.00 |
| Levin, Rob | 8/22/2012 | Call with Specialty Catalysts to determine 2005-2011 information with David Graf. Information discussed included projects and time spent by individuals on each project, activities performed including technical services, and documentation available. Follow up call with W.R. Grace team including Elyse Filon, VP of tax, and Giselle Hurwitz, Grace tax. | 2 | $550.00 | $1,100.00 |
| Abraham, Mathew | 8/22/2012 | Review of Notice of Proposed Adjustment that IRS issued (1.0) | 1 | $400.00 | $400.00 |

| Professional | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| Watson, Sara B | 8/23/2012 | Matter 18: Calls with Karen Mitchell from Grace to discuss open items on the Construction Products side including employee lists and cost center numbers (0.9). Karen emailed monthly lists of employees with clock numbers for all of GCP. Worked with Andrew Stargel to figure out methodology for merging the information into a single spreadsheet with a single tab for each year (1.6). | 2.5 | $400.00 | $1,000.00 |
| Wagner, Catherine E | 8/23/2012 | Specialty catalyst information request discussion with David Graf; additional W2 analysis | 1.5 | $325.00 | $487.50 |
| Lynes, Daniel A. | 8/23/2012 | R&D Tax credit call with David Graf, R&D Director of Specialty Catalyst, to discuss his group and what information we needed for the R&D tax credit calculation as it related to his group (1.1 hours). Review of most up-to-date R&D costing model (0.9 hours). | 2 | $400.00 | $800.00 |
| Vorrath, David Allen | 8/23/2012 | Review emails regarding client concerns on providing W-2 data; discuss strategy to deal with this matter with Levin | 0.5 | $600.00 | $300.00 |
| Stargel, Andrew L | 8/24/2012 | Prepared surveys to be prepared to managers for client identification purposes (2). Continued write up of fairchild court case for guidance on third party inclusion (5) | 7 | $245.00 | $1,715.00 |
| Lynes, Daniel A. | 8/24/2012 | Phone call with Wu-Cheng Cheng, WR Grace R&D Director - Refining Technologies group, to discuss the resource allocation information for his group relevant to the R&D Tax Credit Study (0.9 hours). Multiple emails with Rob Harding of WR Grace to discuss timing of the project and potential site visit opportunities (0.6 hours). Internal phone call with Catie Wagner of Grant Thornton to discuss outstanding information we need from WR Grace for the R&D Tax Credit (1.0 hours). | 2.5 | $400.00 | $1,000.00 |
| Watson, Sara B | 8/27/2012 | Matter 18: Work with Andrew Stargel on compiling master lists of employees at Grace Construction products that will be used to gather W-2 information (1.5). Call with Karen Mitchell at Grace to discuss W-2 information needed for the R&D credit as well as additional open items from GCP (1.0). | 2.5 | $400.00 | $1,000.00 |
| Wagner, Catherine E | 8/27/2012 | Updated calculation and analysis | 2 | $325.00 | $650.00 |
| Lynes, Daniel A. | 8/27/2012 | Phone conversation with Jim Bogdenor to discuss Specialty Catalyst projects relevant to the R&D tax credit for 2005 through 2010 tax years (1.0 hours). | 1 | $400.00 | $400.00 |
| Lynes, Daniel A. | 8/27/2012 | Review of updated R&D tax credit calculation (1.5 hours). Call with Catie Wagner to discuss documentation related to R&D projects (0.5 hours). | 2 | $400.00 | $800.00 |
| Brown, Joseph | 8/27/2012 | Call with GT team members (Levin and Lynes) for addressing W-2 wage issue and discussing a workaround (2.0) | 2 | $600.00 | $1,200.00 |

| Professional | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| Watson, Sara B | 8/28/2012 | Matter 18: Draft and send follow up email to Gabriel Lozano to see when he will be able to provide the older supply and contract research detail from the company's archives for the R&D Tax credit calculation (.5). Team meeting with Dan Lynes, CatieWagner, and Andrew Stargel to map out what information we have for GCP and Davison with regard to the R&D tax credit study, and determine who will follow up on each of the open items (2.0). | 2.5 | $400.00 | $1,000.00 |
| Margulies, Mark A. | 8/28/2012 | Worked on billing matters for R&D review; 1 hour | 1 | $600.00 | $600.00 |
| Lynes, Daniel A. | 8/28/2012 | Internal Status meeting with Catie Wagner to determine what the next steps on the R&D costing model are (1.0 hours). Review of information provided by Karen Mitchell of WR Grace related to the R&D costing components from SAP (0.5 hours). | 1.5 | $400.00 | $600.00 |
| Watson, Sara B | 8/29/2012 | Matter 18: Work with Andrew Stargel on GCP Employee lists for R&D Tax credit (.7). Speak with Karen Mitchell and discuss how to obtain needed wage information and how to create the R&D tax credit model (1.0). | 1.7 | $400.00 | $680.00 |
| Levin, Rob | 8/29/2012 | WR Grace R&D Tax credit discussions and review with Giselle Hurwitz to provide project status (1 hour). Time spent working on the Project Profiles provided by WR Grace and review of the material projects to help plan site visits (3 hours). Additional time spent reviewing information provided by Alex Kruglov related to Construction R&D activities to determine if the information provides the "economic nexus" of the time spent with the activities that is required by the IRS under IRC Section 41 (2 hours). Additional time spent working on the Catalyst R&D information provided by Richard Harding to understand the activities performed at the Pilot Plant and whether they meet the definitions under IRC Section 41 (2 hours). | 8 | $550.00 | $4,400.00 |
| Watson, Sara B | 8/30/2012 | Matter 18: Call with Karen Mitchell and Tom Dyer from Grace and Dan Lynes and Catie Wagner from GT to discuss how best to capture the supply and outside contractor costs from Davison and Corporate Analytical (.5). Call with IRS agents and Grace (Shawn Deutschman, Elyse Filon, Karen Edouard, and Giselle Hurwitz) regarding next steps for IRS audit of the R&D Tax credit (.6). Work with Catie Wagner to determine next steps and how to facilitate completing the project lists for GCP (1.4). | 2.5 | $400.00 | $1,000.00 |
| Wagner, Catherine E | 8/30/2012 | Internal discussion with Sara Beth Watson regarding the analysis of construction PBC data (1); prepared information request for Jim Bogdanor (1); internal analysis to integrate construction PBC data into a uniform format (name, clock number, title, hours) for calculation (1) | 3 | $325.00 | $975.00 |

| Professional | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| Lynes, Daniel A. | 8/30/2012 | Call with Karen Mitchell of WR Grace to discuss the process for obtaining supply and 3rd party contractor costs for the R&D tax credit calculations (0.8 hours). | 0.8 | $400.00 | $320.00 |
| Lynes, Daniel A. | 8/30/2012 | Call with Shawn Deutschman, Mark Kaeppel, and Richard Otier of the IRS to discuss the status of the R&D tax credit project; more specifically, we discussed the assignment of qualified research tasks to various individuals within WR Grace (0.7 hours). | 0.7 | $400.00 | $280.00 |
| Lynes, Daniel A. | 8/30/2012 | Discussions with Catie Wagner of Grant Thornton related to the information we have yet to receive form various divisions at the client (0.5 hours). | 0.5 | $400.00 | $200.00 |
| Lynes, Daniel A. | 8/30/2012 | Call with Rob Levin of Grant Thornton to discuss our methodology for allocating qualified research activities to R&D professionals at Grace per the IRS' request (0.5 hours). | 0.5 | $400.00 | $200.00 |
| Lynes, Daniel A. | 8/30/2012 | Emails to Dan O'Connell of WR Grace to try to obtain information for the division he oversees, as it relates to the R&D tax credit (0.5 hours). | 0.5 | $400.00 | $200.00 |
| Vorrath, David Allen | 8/30/2012 | Participate in conference call with the IRS team auditing the R&D credit to update them on the status of our work | 0.5 | $600.00 | $300.00 |
| Watson, Sara B | 8/31/2012 | Matter 18: Call with Rob Levin and Dan Lynes to discuss overall R&D project management and remaining open items. We also discussed how we will capture overhead time for the Corporate Analytical folks (1.0). Emailed Terry Roberie at W R Grace to see if he could provide some additional information about the Corporate Analytical employees (.6). | 1.6 | $400.00 | $640.00 |
| Wagner, Catherine E | 8/31/2012 | spoke with Karen Mitchell and GT team to compile a list for Davison & Construction W2 information (2); analyzed and entered Davison PBC time allocation information into GT calculation to prepare for the receipt of W2 wages (3); enter supply and contractor PBC information into calculation (1); correspondence with WuCheng and David Graf in regards to cost center numbers (.7) | 6.7 | $325.00 | $2,177.50 |
| Lynes, Daniel A. | 8/31/2012 | Review of R&D costing information provided by Terry Roberie (WR Grace) related to the analytics group (1.0 hour). | 1 | $400.00 | $400.00 |
| Lynes, Daniel A. | 8/31/2012 | Call with Rob Levin and Sara Beth Watson of Grant Thornton to discuss project status and outstanding documentation needed from the client (0.5 hours). | 0.5 | $400.00 | $200.00 |
| Lynes, Daniel A. | 8/31/2012 | Coordination with Dan O'Connell of WR Grace to obtain information from the Development Center as it relates to the R&D tax credit (0.5 hours). | 0.5 | $400.00 | $200.00 |

| Professional | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| Levin, Rob | 8/31/2012 | Discussions with the IRS including Shawn Deutschman, Mark Kaeppel, and Richard Otier related to project progress and information that will be provided upon delivery of the project. Discussions also revolved around how the "activities" related to business components will be identified and documented. Additional discussions related to W-2 wage information and the supply costs in light of the Union Carbide case (2 hours). Additional time spent with internal meeting with Sara Beth Watson and Dan Lynes, Grant Managers, on project updates and planning for project interviews. Additional time spent working with Karen Mitchell, WR Grace accounting, on W-2 wage information request. | 3 | $550.00 | $1,650.00 |
| Total | | | 303.8 | | $118,023.50 |