# EXHIBIT B

## August 2012 Expense Detail

## EXPENSE SUMMARY

| Service Description | Amount |
|---|---:|
| Airfare | $6,847.21 |
| Lodging | $5,089.74 |
| Rental Car / Ground Transportation | $1,011.42 |
| Per Diem | $325.00 |
| Meals | $2,617.79 |
| Mileage | $415.18 |
| Miscellaneous / Other | $38.00 |
| Total: | **$16,344.34** |

## ITEMIZED EXPENSES

| Date | Amount | Service Description |
|---|---:|---|
| 8/1/2012 | $143.19 | Lodging |
| 8/1/2012 | $144.33 | Meals |
| 8/2/2012 | $31.64 | Mileage |
| 8/2/2012 | $67.00 | Meals |
| 8/2/2012 | $186.22 | Meals |
| 8/2/2012 | $67.81 | Meals |
| 8/2/2012 | $10.00 | Other |
| 8/2/2012 | $20.00 | Ground Transportation |
| 8/2/2012 | $10.10 | Ground Transportation |
| 8/3/2012 | $89.79 | Ground Transportation |
| 8/4/2012 | $162.00 | Airfare |
| 8/5/2012 | $404.50 | Airfare |

| Date | Amount | Service Description |
|---|---:|---|
| 8/8/2012 | $38.85 | Mileage |
| 8/8/2012 | $322.60 | Airfare |
| 8/8/2012 | $143.19 | Lodging |
| 8/8/2012 | $131.15 | Lodging |
| 8/8/2012 | $10.00 | Meals |
| 8/9/2012 | $10.00 | Meals |
| 8/9/2012 | $12.87 | Meals |
| 8/10/2012 | $38.85 | Mileage |
| 8/10/2012 | $18.50 | Meals |
| 8/12/2012 | $303.82 | Airfare |
| 8/12/2012 | $23.50 | Ground Transportation |
| 8/12/2012 | $21.00 | Ground Transportation |
| 8/13/2012 | $8.33 | Mileage |
| 8/13/2012 | $547.60 | Airfare |
| 8/13/2012 | $247.49 | Airfare |
| 8/13/2012 | $517.44 | Lodging |
| 8/13/2012 | $258.72 | Lodging |
| 8/13/2012 | $200.00 | Meals |
| 8/13/2012 | $23.97 | Meals |
| 8/13/2012 | $24.71 | Meals |
| 8/13/2012 | $34.07 | Meals |
| 8/13/2012 | $20.00 | Other |
| 8/13/2012 | $23.00 | Ground Transportation |
| 8/13/2012 | $26.00 | Ground Transportation |
| 8/14/2012 | $8.33 | Mileage |
| 8/14/2012 | $547.60 | Airfare |


| Date | Amount | Service Description |
| --- | --- | --- |
| 8/14/2012 | $258.72 | Lodging |
| 8/14/2012 | $30.00 | Meals |
| 8/14/2012 | $64.05 | Meals |
| 8/14/2012 | $19.25 | Meals |
| 8/14/2012 | $22.19 | Meals |
| 8/14/2012 | $96.03 | Meals |
| 8/14/2012 | $26.00 | Per Diem |
| 8/14/2012 | $24.00 | Ground Transportation |
| 8/15/2012 | $49.40 | Mileage |
| 8/15/2012 | $10.00 | Meals |
| 8/15/2012 | $19.87 | Meals |
| 8/15/2012 | $18.26 | Meals |
| 8/16/2012 | $49.40 | Mileage |
| 8/16/2012 | $308.58 | Lodging |
| 8/16/2012 | $10.00 | Meals |
| 8/16/2012 | $182.64 | Meals |
| 8/16/2012 | $53.00 | Per Diem |
| 8/16/2012 | $105.53 | Ground Transportation |
| 8/16/2012 | $60.00 | Ground Transportation |
| 8/16/2012 | $69.64 | Ground Transportation |
| 8/17/2012 | $31.64 | Mileage |
| 8/17/2012 | $722.60 | Airfare |
| 8/17/2012 | $641.20 | Airfare |
| 8/17/2012 | $308.58 | Lodging |
| 8/17/2012 | $258.72 | Lodging |
| 8/17/2012 | $52.00 | Meals |

| Date | Amount | Service Description |
|---|---:|---|
| 8/18/2012 | $645.60 | Airfare |
| 8/19/2012 | $320.46 | Lodging |
| 8/19/2012 | $50.00 | Meals |
| 8/19/2012 | $40.00 | Per Diem |
| 8/19/2012 | $8.00 | Other |
| 8/19/2012 | $5.00 | Ground Transportation |
| 8/19/2012 | $24.00 | Ground Transportation |
| 8/19/2012 | $29.40 | Ground Transportation |
| 8/20/2012 | $49.40 | Mileage |
| 8/20/2012 | $227.75 | Lodging |
| 8/20/2012 | $48.13 | Meals |
| 8/20/2012 | $71.75 | Meals |
| 8/20/2012 | $227.00 | Meals |
| 8/20/2012 | $17.87 | Meals |
| 8/20/2012 | $24.75 | Meals |
| 8/20/2012 | $89.79 | Ground Transportation |
| 8/20/2012 | $40.00 | Ground Transportation |
| 8/20/2012 | $32.28 | Ground Transportation |
| 8/20/2012 | $30.00 | Ground Transportation |
| 8/20/2012 | $30.00 | Ground Transportation |
| 8/20/2012 | $5.00 | Ground Transportation |
| 8/21/2012 | $31.64 | Mileage |
| 8/21/2012 | $573.90 | Airfare |
| 8/21/2012 | $640.12 | Lodging |
| 8/21/2012 | $10.00 | Meals |
| 8/21/2012 | $21.76 | Meals |

| Date | Amount | Service Description |
|---|---|---|
| 8/21/2012 | $63.24 | Meals |
| 8/21/2012 | $34.41 | Meals |
| 8/21/2012 | $15.65 | Meals |
| 8/21/2012 | $36.00 | Meals |
| 8/21/2012 | $30.00 | Per Diem |
| 8/21/2012 | $41.00 | Ground Transportation |
| 8/21/2012 | $45.00 | Ground Transportation |
| 8/22/2012 | $571.60 | Airfare |
| 8/22/2012 | $13.50 | Airfare |
| 8/22/2012 | $50.00 | Airfare |
| 8/22/2012 | $497.60 | Airfare |
| 8/22/2012 | $50.00 | Airfare |
| 8/22/2012 | $640.92 | Lodging |
| 8/22/2012 | $258.72 | Lodging |
| 8/22/2012 | $40.00 | Meals |
| 8/22/2012 | $53.00 | Per Diem |
| 8/22/2012 | $40.00 | Per Diem |
| 8/22/2012 | $30.00 | Per Diem |
| 8/23/2012 | $18.13 | Meals |
| 8/23/2012 | $58.17 | Meals |
| 8/23/2012 | $216.44 | Meals |
| 8/24/2012 | $673.48 | Lodging |
| 8/24/2012 | $53.00 | Per Diem |
| 8/24/2012 | $89.79 | Ground Transportation |
| 8/24/2012 | $42.00 | Ground Transportation |
| 8/24/2012 | $12.60 | Ground Transportation |

| Date | Amount | Service Description |
|---|---:|---|
| 8/27/2012 | $249.53 | Meals |
| 8/28/2012 | $38.85 | Mileage |
| 8/28/2012 | $60.34 | Meals |
| 8/28/2012 | $15.65 | Meals |
| 8/28/2012 | $2.00 | Ground Transportation |
| 8/29/2012 | $38.85 | Mileage |
| 8/29/2012 | $15.20 | Meals |
| 8/31/2012 | $545.60 | Airfare |
| 8/31/2012 | $21.00 | Ground Transportation |
| Total | **$16,344.34** | |

Total August 2012 Expenses: $16,344.34