IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| W.R. GRACE & CO., et al. ) | |
| ) | Case No. 01-1139-JFK |
| Debtor. ) | |

**VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION OF CREDITORS PURSUANT TO FED. R. BANKR. P. 2019 FILED BY <u>GOLDENBERG HELLER ANTOGNOLI & ROWLAND, P.C.</u>**

Elizabeth V. Heller, being first and duly sworn, hereby deposes and states as follows:

1. I am a partner with Goldenberg Heller Antognoli & Rowland, P.C. at 2227 South State Route 157, Edwardsville, IL 62025.

2. This Verified Statement is filed in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and in accordance with that Modified Order Requiring Filing of Statements Pursuant to Fed. Bankr. P. 2019 dated August 14, 2012 (hereinafter the "Rule 2019 Order").

3. The law firm of Goldenberg Heller Antognoli & Rowland, P.C. has been retained as counsel for individual creditors in the above-referenced bankruptcy. The list of each of these creditors' names and addresses is attached hereto is attached hereto as "Exhibit A".

4. I certify that each creditor named on the attached list has executed a Power of Attorney and a Contingent Fee Agreement authorizing Goldenberg Heller Antognoli & Rowland, P.C. to represent the creditor in bankruptcy proceedings. A blank unredacted exemplar of Goldenberg Heller Angognoli & Rowland, P.C.'s standard form of these agreements or instrument authorizing representation of creditors is attached hereto as "Exhibit B."

5.    The address of each creditor for purposes hereof is as set forth on "Exhibit A". For service and notice purposes the address for the creditors is c/o Goldenberg Heller Angognoli & Rowland, P.C., 2227 South State Route 157, Edwardsville, IL 62025.

6.    The creditors hold claims in varying amounts of monetary damages due to asbestos related personal injury and disease. Pursuant to the Modified Order, all of the relevant information identifying the Creditors and the nature and the amount of their claim is contained in exhibits which have not been scanned, but are available upon motion and order of the Court.

7.    The law firm of Goldenberg Heller Angognoli & Rowland, P.C. does not hold any claims or interest in the debtor.

8.    The law firm of Goldenberg Heller Angognoli & Rowland, P.C. will file an amended and supplemental statement setting forth any material changes in the facts contained in this Verified Statement, should any such changes occur.

BY:   /s/ Elizabeth V. Heller
Elizabeth V. Heller
Goldenberg Heller Antognoli & Rowland, P.C.
2227 South State Route 157
Edwardsville, IL 62025
Phone (618) 656-5150
Facsimile (618) 656-8169
*Counsel for Goldenberg Heller Antognoli & Rowland, P.C. Creditors*

**CERTIFICATE OF SERVICE**

The undersigned attorney states that on October 11, 2012, she caused a copy of the attached Verified Statement in Connection With The Representation of Creditors as Required by F.R.B.P. Rule 2019 ("Verified Statement") on behalf of Goldenberg Heller Antognoli & Rowland, P.C., to be filed electronically. Notice of the filing will be sent to all parties who are currently on the Court's Electronic Mail Notice List by operation of the Court's electronic filing system.

Dated: October 12, 2012

BY:   /s/ Elizabeth V. Heller

**Goldenberg Heller Antognoli & Rowland, P.C.**
Elizabeth V. Heller
Goldenberg Heller Antognoli & Rowland, P.C.
2227 South State Route 157
Edwardsville, IL 62025
(618)656-5150
(618) 656-8169 (facsimile)

*Counsel for Goldenberg Heller Antognoli & Rowland, P.C.*

U.S. Trustee
United States Trustree
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035