**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| W.R. GRACE & CO., et al. ) | |
| ) | Case No. 01-1139-JFK |
| Debtor. ) | |

**NOTICE OF FILING OF RULE 2019 STATEMENT OF REPRESENTATION BY**
**GOLDENBERG HELLER ANTOGNOLI & ROWLAND, P.C.**
**(EXHIBITS NOT SCANNED BUT ACCESSIBLE BY COURT ORDER)**

TO CREDITORS AND OTHER PARTIES IN INTEREST AND ALL PARTIES WHO HAVE REQUESTED NOTICES PURSUANT TO FED.R.BANKR.P. 2002, NOTICE IS HEREBY GIVEN THAT:

Goldenberg Heller Antognoli & Rowland, P.C. in compliance with the August 16, 2012 Order of Court, has filed its Fed.R.Bankr.P. 2019 Statement with the Court, identifying claimants represented by their firm.

Exhibits have not been scanned, but have been submitted to the Clerk of the Bankruptcy Court, at the address set forth below, on compact disk ("CD"). Said exhibits may be accessed by parties who obtain a Court order authorizing access.

Clerk
United States Bankruptcy Court
District of Delaware
824 Market Street
3rd Floor
Wilmington, DE 19801

Dated: October 12, 2012     BY:   /s/ Elizabeth V. Heller
**Goldenberg Heller Antognoli & Rowland, P.C.**
Elizabeth V. Heller
Goldenberg Heller Antognoli & Rowland, P.C.
2227 South State Route 157
Edwardsville, IL 62025
(618)656-5150
(618) 656-8169 (facsimile)
*Counsel for Goldenberg Heller Antognoli & Rowland, P.C.*