# EXHIBIT A

# PACHULSKI STANG ZIEHL & JONES LLP

10100 Santa Monica Boulevard
13th Floor
Los Angeles, CA 90067

July 31, 2012

Invoice Number **100128**         **91100  00001**         **LDJ**

Mark Shelnitz, Esquire
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

| | |
|---|---:|
| Balance forward as of last invoice, dated:  June 30, 2012 | $128,360.10 |
| Payments received since last invoice, last payment received -- September 12, 2012 | $48,683.45 |
| Net balance forward | $79,676.65 |

Re:  W.R. Grace and Co.

**Statement of Professional Services Rendered Through**    **07/31/2012**

| | | | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| **Asset Disposition [B130]** | | | | | |
| 07/30/12 | PEC | Prepare Debtor's Forty-Fourth Quarterly Report of Asset Sales from April 1, 2012 through June 30, 2012 for filing and service (.3); Draft Certificate of Service (.1) | 0.40 | 265.00 | $106.00 |
| 07/30/12 | KPM | Address filing and service of quarterly asset sale report | 0.20 | 495.00 | $99.00 |
| | **Task Code Total** | | 0.60 | | **$205.00** |
| **Appeals [B430]** | | | | | |
| 07/02/12 | JEO | Work on Appeals. | 1.00 | 675.00 | $675.00 |
| 07/05/12 | JEO | Work on appeals. | 1.00 | 675.00 | $675.00 |
| 07/06/12 | JEO | Work on Appeals. | 0.80 | 675.00 | $540.00 |
| 07/09/12 | PEC | Prepare Entry of Appearance of Laura Davis Jones for filing and service with the Third Circuit Court of Appeals | 0.30 | 265.00 | $79.50 |
| 07/09/12 | PEC | Prepare Entry of Appearance of James E. O'Neill for filing and service with the Third Circuit Court of Appeals | 0.30 | 265.00 | $79.50 |
| 07/09/12 | PEC | Prepare Entry of Appearance of Kathleen Makowski for filing and service with the Third Circuit Court of Appeals | 0.30 | 265.00 | $79.50 |
| 07/09/12 | PEC | Prepare Entry of Appearance of John Donley for filing and service with the Third Circuit Court of Appeals | 0.30 | 265.00 | $79.50 |
| 07/09/12 | PEC | Prepare Entry of Appearance of Adam C. Paul for filing and service with the Third Circuit Court of Appeals | 0.30 | 265.00 | $79.50 |
| 07/09/12 | PEC | Prepare Entry of Appearance of Lisa Esayian for filing and service with the Third Circuit Court of Appeals | 0.30 | 265.00 | $79.50 |

**Invoice number 100128**       91100   00001                                    **Page 2**

| | | | | | |
|---|---|---|---|---|---|
| 07/09/12 | PEC | Prepare Entry of Appearance of Christopher Landau for filing and service with the Third Circuit Court of Appeals | 0.30 | 265.00 | $79.50 |
| 07/09/12 | PEC | Prepare Response of Appellee for filing and service with the Third Circuit Court of Appeals | 0.30 | 265.00 | $79.50 |
| 07/09/12 | PEC | Prepare Appellee Appendix for filing and service (.5); Draft Certificate of Service (.1) | 0.60 | 265.00 | $159.00 |
| 07/09/12 | JEO | Review response to Garlock motion. | 1.40 | 675.00 | $945.00 |
| 07/09/12 | KPM | Address preparing and filing entries of appearance in Garlock appeal | 0.40 | 495.00 | $198.00 |
| 07/09/12 | KPM | Draft emails to R. Higgins regarding entry of appearance for Garlock appeal | 0.20 | 495.00 | $99.00 |
| 07/09/12 | KPM | Address filing and service of corporate disclosure in Garlock appeal | 0.30 | 495.00 | $148.50 |
| 07/09/12 | KPM | Address approvals for and filing/service of opposition to Garlock stay motion | 0.30 | 495.00 | $148.50 |
| 07/09/12 | KPM | Address filing and service of appendix for response to Garlock stay motion | 1.20 | 495.00 | $594.00 |
| 07/10/12 | JEO | Work on Appeals. | 2.00 | 675.00 | $1,350.00 |
| 07/10/12 | KPM | Address ECF notice issue for M. Jones (Kirkland) | 0.20 | 495.00 | $99.00 |
| 07/10/12 | KPM | Conference with Patricia E. Cuniff and James E. O'Neill (2 x's each) regarding docketing problems at 3rd Circuit | 0.40 | 495.00 | $198.00 |
| 07/10/12 | KPM | Address filing and service of R. Higgins entry of appearance | 0.30 | 495.00 | $148.50 |
| 07/13/12 | JEO | Work on Appeals and emails with co-counsel regarding same. | 2.00 | 675.00 | $1,350.00 |
| 07/17/12 | JEO | Work on Appeals of Confirmation order, review status of appeals. | 2.20 | 675.00 | $1,485.00 |
| 07/19/12 | KPM | Research, summarize deadlines for case opening filings in several appeals | 1.00 | 495.00 | $495.00 |
| 07/19/12 | KPM | Telephone call with K. Love (Kirkland) regarding problem with 3rd Circuit dockets | 0.20 | 495.00 | $99.00 |
| 07/23/12 | PEC | Draft Case Opening Documents for State of Montana Third Circuit Appeal and circulate for review and signature | 1.10 | 265.00 | $291.50 |
| 07/23/12 | JEO | Review status of appeals. | 0.80 | 675.00 | $540.00 |
| 07/23/12 | KPM | Draft emails to Kirkland, James E. O'Neill and Patricia E. Cuniff regarding case opening documents for Montana appeals | 0.30 | 495.00 | $148.50 |
| 07/23/12 | KPM | Review opinion/order denying Anderson Memorial motion to stay; Circulate same | 0.20 | 495.00 | $99.00 |
| 07/24/12 | PEC | Prepare Case Opening Documents for State of Montana Third Circuit Appeal for filing and service (1.4); Draft Certificate of Service (.1) | 1.50 | 265.00 | $397.50 |
| 07/24/12 | KPM | Address filing case opening documents in Montana appeal | 0.40 | 495.00 | $198.00 |
| 07/25/12 | PEC | Draft Case Opening Documents for BNSF Railway Company Third Circuit Appeal and circulate | 1.40 | 265.00 | $371.00 |
| 07/25/12 | PEC | Create charts of various case Opening documents to be filed in various third circuit appeals | 1.00 | 265.00 | $265.00 |
| 07/25/12 | KPM | Draft email to R. Barakat (Kirkland) regarding status report (.1); Draft email to James E. O'Neill and Patricia E. Cuniff regarding same (.1) | 0.20 | 495.00 | $99.00 |

**Invoice number 100128**      91100   00001                                         **Page 3**

| | | | | | |
|---|---|---|---|---|---|
| 07/26/12 | PEC | Draft Case Opening Documents for Anderson Memorial Third Circuit Appeal and circulate for review and signature | 1.40 | 265.00 | $371.00 |
| 07/27/12 | PEC | Draft Case Opening Documents for Bank Lender Group Third Circuit Appeal and circulate for review and signature | 1.40 | 265.00 | $371.00 |
| 07/30/12 | PEC | Organize signatures and prepare Case Opening Documents for State of BNSF Railway Company Third Circuit Appeal for filing and service (.8); Draft Certificate of Service (.1) | 0.80 | 265.00 | $212.00 |
| 07/30/12 | PEC | Draft Case Opening Documents for Libby Claimants Third Circuit Appeal and circulate for review and signature | 1.40 | 265.00 | $371.00 |
| 07/30/12 | PEC | Draft Case Opening Documents for Maryland Casualty Third Circuit Appeal and circulate for review | 1.40 | 265.00 | $371.00 |
| 07/30/12 | PEC | Organize signatures and prepare Case Opening Documents for State of Anderson Memorial Third Circuit Appeal for filing and service (.8); Draft Certificate of Service (.1) | 0.90 | 265.00 | $238.50 |
| 07/30/12 | PEC | Organize signatures and prepare Case Opening Documents for State of Bank Lender Group Third Circuit Appeal for filing and service (.8); Draft Certificate of Service (.1) | 0.90 | 265.00 | $238.50 |
| 07/30/12 | PEC | Organize signatures and prepare Case Opening Documents for State of Libby Claimants Third Circuit Appeal for filing and service (.8); Draft Certificate of Service (.1) | 0.90 | 265.00 | $238.50 |
| 07/30/12 | PEC | Organize signatures and prepare Case Opening Documents for State of Maryland Casualty Company Third Circuit Appeal for filing and service (.8); Draft Certificate of Service (.1) | 0.90 | 265.00 | $238.50 |
| 07/30/12 | KPM | Address filing and service of corporate disclosures and entries of appearance in remaining appeals | 0.50 | 495.00 | $247.50 |
| 07/31/12 | PEC | Update charts of various case opening documents to be filed in various third circuit appeals | 1.00 | 265.00 | $265.00 |
| 07/31/12 | PEC | Review dockets for Third Circuit Appeals to ensure proper filing of all case opening documents (.8); Update Appeal Chart (.5) | 1.30 | 265.00 | $344.50 |
| 07/31/12 | JEO | Meet with Co-Counsel regarding Notices of entry of appearances for appeals. | 0.30 | 675.00 | $202.50 |
| | **Task Code Total** | | 37.90 | | $16,161.50 |

**Case Administration [B110]**

| | | | | | |
|---|---|---|---|---|---|
| 07/02/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 265.00 | $79.50 |
| 07/02/12 | PEC | Update critical dates | 0.50 | 265.00 | $132.50 |
| 07/02/12 | SLP | Maintain docket control. | 0.50 | 185.00 | $92.50 |
| 07/02/12 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.50 | 185.00 | $92.50 |
| 07/03/12 | PEC | Update critical dates | 0.40 | 265.00 | $106.00 |
| 07/03/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 265.00 | $53.00 |
| 07/03/12 | SLP | Maintain docket control. | 0.50 | 185.00 | $92.50 |
| 07/03/12 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.70 | 185.00 | $129.50 |

**Invoice number 100128**　　91100　00001　　　　　　　　　　　　　　　　　**Page 4**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/05/12 | SLP | Maintain docket control. | 0.80 | 185.00 | $148.00 |
| 07/05/12 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 185.00 | $18.50 |
| 07/06/12 | SLP | Maintain docket control. | 0.50 | 185.00 | $92.50 |
| 07/06/12 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 185.00 | $18.50 |
| 07/09/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 265.00 | $106.00 |
| 07/09/12 | PEC | Update critical dates | 0.20 | 265.00 | $53.00 |
| 07/09/12 | JEO | MOR review monthly operating report. | 0.40 | 675.00 | $270.00 |
| 07/09/12 | SLP | Maintain docket control. | 0.50 | 185.00 | $92.50 |
| 07/09/12 | CJB | Document request for Patty Cuniff. | 0.30 | 185.00 | $55.50 |
| 07/09/12 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 185.00 | $18.50 |
| 07/10/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 265.00 | $79.50 |
| 07/10/12 | PEC | Update critical dates | 0.60 | 265.00 | $159.00 |
| 07/10/12 | KSN | Maintain document control. | 0.30 | 185.00 | $55.50 |
| 07/10/12 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.50 | 185.00 | $92.50 |
| 07/10/12 | DKW | Coordinate and distribute pending pleadings to clients and legal team. | 0.10 | 185.00 | $18.50 |
| 07/11/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 265.00 | $79.50 |
| 07/11/12 | PEC | Update critical dates | 0.80 | 265.00 | $212.00 |
| 07/11/12 | SLP | Maintain docket control. | 1.30 | 185.00 | $240.50 |
| 07/11/12 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.20 | 185.00 | $37.00 |
| 07/12/12 | PEC | Further update critical dates | 0.40 | 265.00 | $106.00 |
| 07/12/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 265.00 | $79.50 |
| 07/12/12 | PEC | Update critical dates | 0.50 | 265.00 | $132.50 |
| 07/12/12 | SLP | Maintain docket control. | 1.00 | 185.00 | $185.00 |
| 07/12/12 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 185.00 | $18.50 |
| 07/12/12 | DKW | Coordinate and distribute pending pleadings to clients and legal team. | 0.10 | 185.00 | $18.50 |
| 07/13/12 | CAK | Review documents and organize to file. | 0.10 | 265.00 | $26.50 |
| 07/13/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 265.00 | $79.50 |
| 07/13/12 | PEC | Update critical dates | 0.80 | 265.00 | $212.00 |
| 07/13/12 | SLP | Maintain docket control. | 1.00 | 185.00 | $185.00 |
| 07/16/12 | SLP | Maintain docket control. | 0.80 | 185.00 | $148.00 |
| 07/16/12 | KSN | Maintain document control | 0.30 | 185.00 | $55.50 |
| 07/16/12 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.20 | 185.00 | $37.00 |
| 07/17/12 | SLP | Maintain docket control. | 0.70 | 185.00 | $129.50 |
| 07/17/12 | KSN | Maintain document control. | 0.30 | 185.00 | $55.50 |

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/17/12 | MLM | Review daily correspondence and pleadings and forward to the appropriate parties | 0.10 | 275.00 | $27.50 |
| 07/17/12 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 185.00 | $18.50 |
| 07/17/12 | DKW | Coordinate and distribute pending pleadings to clients and legal team. | 0.10 | 185.00 | $18.50 |
| 07/17/12 | DKW | Coordinate and distribute pending pleadings to clients and legal team. | 0.10 | 185.00 | $18.50 |
| 07/18/12 | SLP | Maintain docket control. | 0.50 | 185.00 | $92.50 |
| 07/18/12 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.50 | 185.00 | $92.50 |
| 07/18/12 | DKW | Coordinate and distribute pending pleadings to clients and legal team. | 0.30 | 185.00 | $55.50 |
| 07/19/12 | SLP | Maintain docket control. | 0.80 | 185.00 | $148.00 |
| 07/19/12 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 185.00 | $18.50 |
| 07/19/12 | DKW | Coordinate and distribute pending pleadings to clients and legal team. | 0.10 | 185.00 | $18.50 |
| 07/20/12 | SLP | Maintain docket control. | 0.50 | 185.00 | $92.50 |
| 07/23/12 | PEC | Update critical dates | 0.80 | 265.00 | $212.00 |
| 07/23/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 265.00 | $79.50 |
| 07/23/12 | SLP | Maintain docket control. | 0.30 | 185.00 | $55.50 |
| 07/23/12 | KSN | Document request as per Patti Cuniff. | 0.20 | 185.00 | $37.00 |
| 07/23/12 | DKW | Coordinate and distribute pending pleadings to clients and legal team. | 0.10 | 185.00 | $18.50 |
| 07/24/12 | PEC | Update critical dates | 0.30 | 265.00 | $79.50 |
| 07/24/12 | PEC | Update critical dates memo | 0.80 | 265.00 | $212.00 |
| 07/24/12 | SLP | Maintain docket control. | 0.80 | 185.00 | $148.00 |
| 07/25/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 265.00 | $79.50 |
| 07/25/12 | PEC | Update critical dates | 0.80 | 265.00 | $212.00 |
| 07/25/12 | SLP | Maintain docket control. | 0.70 | 185.00 | $129.50 |
| 07/25/12 | BMK | Prepared daily memo narrative and coordinated client distribution. | 1.00 | 185.00 | $185.00 |
| 07/26/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 265.00 | $106.00 |
| 07/26/12 | PEC | Update critical dates | 0.40 | 265.00 | $106.00 |
| 07/26/12 | SLP | Maintain docket control. | 0.60 | 185.00 | $111.00 |
| 07/26/12 | BMK | Prepared daily memo narrative and coordinated client distribution. | 1.00 | 185.00 | $185.00 |
| 07/27/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 265.00 | $106.00 |
| 07/27/12 | PEC | Update critical dates | 0.80 | 265.00 | $212.00 |
| 07/27/12 | SLP | Maintain docket control. | 0.80 | 185.00 | $148.00 |
| 07/27/12 | KSN | Maintain document control. | 0.40 | 185.00 | $74.00 |
| 07/27/12 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.50 | 185.00 | $92.50 |

**Invoice number  100128**      91100  00001                                          **Page  6**

| Date | Init | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 07/27/12 | DKW | Coordinate and distribute pending pleadings to clients and legal team. | 0.10 | 185.00 | $18.50 |
| 07/30/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 265.00 | $79.50 |
| 07/30/12 | SLP | Maintain docket control. | 1.00 | 185.00 | $185.00 |
| 07/30/12 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.20 | 185.00 | $37.00 |
| 07/30/12 | DKW | Coordinate and distribute pending pleadings to clients and legal team. 70811 | 0.10 | 185.00 | $18.50 |
| 07/31/12 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 265.00 | $79.50 |
| 07/31/12 | PEC | Update critical dates | 0.50 | 265.00 | $132.50 |
| 07/31/12 | SLP | Maintain docket control. | 0.70 | 185.00 | $129.50 |
| 07/31/12 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.50 | 185.00 | $92.50 |
| 07/31/12 | DKW | Coordinate and distribute pending pleadings to clients and legal team. | 0.10 | 185.00 | $18.50 |
| | | **Task Code Total** | **37.00** | | **$8,074.00** |

**WRG-Claim Analysis (Asbestos)**

| Date | Init | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 07/23/12 | KPM | Address filing and service of Weedsport settlement motion | 0.40 | 495.00 | $198.00 |
| 07/30/12 | PEC | Prepare Debtor's Forty-Fourth Quarterly Report of Settlements from April 1, 2012 through June 30, 2012 for filing and service (.3); Draft Certificate of Service (.1) | 0.40 | 265.00 | $106.00 |
| 07/30/12 | KPM | Address filing and service of quarterly settlement report | 0.20 | 495.00 | $99.00 |
| | | **Task Code Total** | **1.00** | | **$403.00** |

**WRG-Employ. App., Others**

| Date | Init | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 07/18/12 | MLM | Research PwC retention application; discuss same with K. Makowski | 0.20 | 275.00 | $55.00 |
| 07/23/12 | PEC | Draft Notice of Filing Application to Employ/Retain Grant Thornton LLP as Tax and Accounting Advisors and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 265.00 | $159.00 |
| 07/23/12 | JEO | Review application to retain Grant Thornton. | 0.30 | 675.00 | $202.50 |
| 07/23/12 | KPM | Address filing  and service of Grant Thornton retention application | 0.40 | 495.00 | $198.00 |
| 07/23/12 | KPM | Address filing and service of Salazaar Jackson  OCP affidavit | 0.20 | 495.00 | $99.00 |
| | | **Task Code Total** | **1.70** | | **$713.50** |

**WRG-Fee Apps., Applicant**

**Invoice number  100128**       91100   00001                                    **Page  7**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/03/12 | CAK | Review and update April Fee Application. | 0.30 | 265.00 | $79.50 |
| 07/07/12 | LDJ | Review and finalize interim fee application  (April 2012) | 0.30 | 955.00 | $286.50 |
| 07/07/12 | LDJ | Correspondence with James E. O'Neill regarding fee auditor issues with forty-fourth quarterly fee application; response | 0.20 | 955.00 | $191.00 |
| 07/09/12 | PEC | Prepare PSZ&J LLP's April 2012 Monthly Fee Application for filing and service (.4); Draft Certificate of Service (.1) | 0.50 | 265.00 | $132.50 |
| 07/10/12 | CAK | Coordinate posting April Fee Application | 0.20 | 265.00 | $53.00 |
| 07/10/12 | WLR | Prepare May 2012 fee application | 0.70 | 575.00 | $402.50 |
| 07/20/12 | WLR | Draft May 2012 fee application | 0.30 | 575.00 | $172.50 |
| 07/22/12 | WLR | Review and revise May 2012 fee application | 0.50 | 575.00 | $287.50 |
| 07/25/12 | CAK | Review and update May Fee Application. | 0.30 | 265.00 | $79.50 |
| 07/27/12 | LDJ | Review and finalize interim fee application (May 2012) | 0.30 | 955.00 | $286.50 |
| 07/27/12 | PEC | Prepare PSZ&J LLP's May 2012 Monthly Fee Application for filing and service (.4); Draft Certificate of Service (.1) | 0.50 | 265.00 | $132.50 |
| 07/28/12 | WLR | Draft 46th quarterly fee application | 0.50 | 575.00 | $287.50 |
| 07/30/12 | WLR | Prepare June 2012 fee application | 0.50 | 575.00 | $287.50 |
| | | **Task Code Total** | **5.10** | | **$2,678.50** |

**WRG-Fee Applications, Others**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/03/12 | PEC | Prepare April 2012  Monthly Fee Application of KayeScholer LLP for filing and service (.4); Draft Certificate of Service (.1) | 0.60 | 265.00 | $159.00 |
| 07/03/12 | PEC | Prepare May 2012  Monthly Fee Application of KayeScholer LLP for filing and service (.4); Draft Certificate of Service (.1) | 0.50 | 265.00 | $132.50 |
| 07/03/12 | PEC | Draft Notice of Filing Steptoe & Johnson LLP's Forty-Fourth Quarterly Fee Application for the Period of January 1, 2012 Through March 31, 2012 for filing and service and Certificates of Service (.4); Prepare for filing and  service(.4) | 0.80 | 265.00 | $212.00 |
| 07/03/12 | PEC | Draft Notice of Filing Beveridge & Diamond PC's Twenty-Seventh Quarterly Fee Application for the Period of October 1, 2011 Through December 31, 2011 for filing and service and Certificates of Service (.4); Prepare for filing and service (.4) | 0.80 | 265.00 | $212.00 |
| 07/03/12 | PEC | Draft Notice of Filing Beveridge & Diamond PC's Twenty-Eighth Quarterly Fee Application for the Period of January 1, 2012 Through March 31, 2012 for filing and service and Certificates of Service (.4); Prepare for filing and service (.4) | 0.80 | 265.00 | $212.00 |
| 07/03/12 | PEC | Prepare Application of the Law Offices of Roger J. Higgins LLC for the Period of May 1, 2012 Through May 31, 2012 for filing and service (.4); Draft Certificate of Service (.1) | 0.50 | 265.00 | $132.50 |
| 07/03/12 | KPM | Review and execute notice for Bevridge & Diamond's 27th interim fee application | 0.10 | 495.00 | $49.50 |

**Invoice number  100128**      91100  00001                                    **Page 8**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/03/12 | KPM | Review and execute notice for Bevridge & Diamond's 28th interim fee application | 0.10 | 495.00 | $49.50 |
| 07/03/12 | KPM | Review and execute notice for Steptoe's 44th quarterly fee application | 0.10 | 495.00 | $49.50 |
| 07/06/12 | LT | Research service and form of filing of fee applications for Woodcock Washburn (.2); discuss May fee application with J. O'Neill (.1); prepare and execute service (.2); coordinate filing same (.1) | 0.60 | 265.00 | $159.00 |
| 07/06/12 | JEO | Review & finalize OCP statement for Woodcock Washburn May 2012. | 0.20 | 675.00 | $135.00 |
| 07/10/12 | PEC | Draft Notice of Filing of Twelfth Interim Application of Deloitte Tax LLP for the Period of July 1, 2011 Through September 30, 2011 and Certificates of Service (.4); Prepare for filing and service (.4) | 0.80 | 265.00 | $212.00 |
| 07/10/12 | PEC | Prepare Kirkland & Ellis LLP's May 2012 Monthly Fee Application for filing and service (.3); Draft Certificate of Service (.1) | 0.40 | 265.00 | $106.00 |
| 07/11/12 | PEC | Prepare Statement of Professional's Compensation From April 1, 2012 Through June 30, 2012 for filing and service (.4); Draft Certificate of Service (.1) | 0.50 | 265.00 | $132.50 |
| 07/11/12 | JEO | Email with R. Higgins regarding OCP statement. | 0.20 | 675.00 | $135.00 |
| 07/11/12 | KPM | Address filing and service of OCP report | 0.20 | 495.00 | $99.00 |
| 07/13/12 | PEC | Draft Certification of No Objection Regarding Amended Application of Woodcock Washburn for the period of April 1, 2012 Through April 30, 2012 and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 265.00 | $159.00 |
| 07/16/12 | KFF | E-file certification of no objection for Norton Rose OR LLP's May fees | 0.50 | 275.00 | $137.50 |
| 07/16/12 | MLM | Finalize and coordinate filing of Fragomen's April 2012 fee application (.3); prepare and coordinate service of same (.2) | 0.50 | 275.00 | $137.50 |
| 07/16/12 | MLM | Finalize and coordinate filing of Fragomen's May 2012 fee application (.3); coordinate service of same (.1) | 0.40 | 275.00 | $110.00 |
| 07/16/12 | MLM | Finalize and coordinate filing of Fragomen's June 2012 fee application (.3); coordinate service of same (.1) | 0.40 | 275.00 | $110.00 |
| 07/16/12 | MLM | Finalize and coordinate filing of Fragomen's 20th quarterly fee application (.3); prepare and coordinate service of same (.2) | 0.50 | 275.00 | $137.50 |
| 07/16/12 | MLM | Finalize and coordinate filing of Beveridge & Diamond's May 2012 fee application (.3); prepare and coordinate service of same (.2) | 0.50 | 275.00 | $137.50 |
| 07/16/12 | KPM | Review and execute Cert of No Obj. for Norton Rose's May 2012 fee application | 0.10 | 495.00 | $49.50 |
| 07/17/12 | MLM | Finalize and coordinate filing of Casner & Edwards, LLP's May 2012 fee application (.3); prepare and coordinate service of same (.2) | 0.50 | 275.00 | $137.50 |
| 07/19/12 | JEO | Review and finalize Blackstone May 2012 Fee App. | 0.20 | 675.00 | $135.00 |
| 07/19/12 | MLM | Finalize and coordinate filing of Blackstone's May 2012 fee application (.3); prepare and coordinate service of same (.2) | 0.50 | 275.00 | $137.50 |
| 07/19/12 | KPM | Review and execute Cert of No Obj. for Casner April 2012 fee application | 0.10 | 495.00 | $49.50 |

**Invoice number 100128**     91100  00001                                    **Page 9**

| Date | Init | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 07/19/12 | KPM | Review and execute Cert of No Obj. for Foley Hoag May 2012 fee application | 0.10 | 495.00 | $49.50 |
| 07/20/12 | KFF | E-file certification of no objection for Casner & Edwards' April fees | 0.50 | 275.00 | $137.50 |
| 07/20/12 | KFF | E-file certification of no objection for Foley Hoag LLP's May fees | 0.50 | 275.00 | $137.50 |
| 07/20/12 | MLM | Correspondence with J. DeAlmeida re: Blackstone's May 2012 fee application | 0.10 | 275.00 | $27.50 |
| 07/26/12 | PEC | Prepare Certificate of No Objection Regarding Foley Hoag LLP's March 2012 Monthly Fee Application for filing | 0.30 | 265.00 | $79.50 |
| 07/26/12 | PEC | Draft Certificate of No Objection Regarding KayeScholer LLP's April 2012 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 265.00 | $159.00 |
| 07/26/12 | PEC | Draft Certificate of No Objection Regarding KayeScholer LLP's May 2012 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 265.00 | $159.00 |
| 07/26/12 | PEC | Draft Certificate of No Objection Regarding The Law Offices of Roger Higgins LLP's May 2012 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 265.00 | $159.00 |
| 07/26/12 | KPM | Conference with Patricia E. Cuniff regarding Cert of No Obj. for Foley Hoag April fee application | 0.10 | 495.00 | $49.50 |
| 07/26/12 | KPM | Review and execute certificates of no objection for Kaye Scholer's April and May 2012 fee applications | 0.20 | 495.00 | $99.00 |
| 07/26/12 | KPM | Review and execute Cert of No Obj. for R. Higgins' May 2012 fee application | 0.10 | 495.00 | $49.50 |
| 07/30/12 | PEC | Prepare Foley Hoag LLP's June 2012 Monthly Fee Application for filing and service (.4); Draft Certificate of Service (.1) | 0.50 | 265.00 | $132.50 |
| 07/30/12 | PEC | Prepare The Law Offices of Roger Higgins LLC's June 2012 Monthly Fee Application for filing and service (.5); Draft Certificate of Service (.1) | 0.50 | 265.00 | $132.50 |
| | | **Task Code Total** | **16.70** | | **$4,996.50** |

**Litigation (Non-Bankruptcy)**

| Date | Init | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 07/10/12 | KPM | Telephone call with R. Higgins regarding docket searches for EPA settlements | 0.20 | 495.00 | $99.00 |
| 07/13/12 | KPM | Review Owens Corning docket for EPA settlements | 0.60 | 495.00 | $297.00 |
| 07/16/12 | KPM | Draft emails to R. Higgins regarding Owens EPA settlement | 0.20 | 495.00 | $99.00 |
| 07/19/12 | MLM | Discuss, research re: appeals and third circuit docketing of same | 0.30 | 275.00 | $82.50 |
| 07/23/12 | PEC | Draft Notice of Filing Motion for an Order Authorizing the Debtors to Enter into an Administrative Settlement Agreement and Order on Consent for a Removal Action at the Weedsport, New York Site and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 265.00 | $159.00 |

**Invoice number  100128**       91100  00001                                                    **Page  10**

|  | | | |
|---|---|---|---|
| **Task Code Total** | 1.90 | | $736.50 |

**Plan & Disclosure Stmt. [B320]**

| 07/03/12 | JEO | Review plan effective date stipulation. | 0.50 | 675.00 | $337.50 |
|---|---|---|---|---|---|
| | | **Task Code Total** | 0.50 | | $337.50 |

| | | **Total professional services:** | 102.40 | | **$34,306.00** |
|---|---|---|---|---|---|

### *Costs Advanced:*

| Date | Code | Description | Amount |
|---|---|---|---|
| 05/08/2012 | AT | Auto Travel Expense [E109] Taxi to hearing, JEO | $9.00 |
| 07/02/2012 | FE | 91100.00001 FedEx Charges for 07-02-12 | $47.00 |
| 07/02/2012 | FX | ( 4 @1.00 PER PG) | $4.00 |
| 07/02/2012 | FX | ( 4 @1.00 PER PG) | $4.00 |
| 07/02/2012 | PO | 91100.00001 :Postage Charges for 07-02-12 | $5.10 |
| 07/02/2012 | RE | ( 394 @0.10 PER PG) | $39.40 |
| 07/02/2012 | RE | ( 80 @0.10 PER PG) | $8.00 |
| 07/02/2012 | RE | ( 17 @0.10 PER PG) | $1.70 |
| 07/02/2012 | RE | ( 1824 @0.10 PER PG) | $182.40 |
| 07/03/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 07-03-12 | $12.16 |
| 07/03/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 07-03-12 | $18.38 |
| 07/03/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 07-03-12 | $12.16 |
| 07/03/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 07-03-12 | $18.38 |
| 07/03/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 07-03-12 | $32.60 |
| 07/03/2012 | OS | Digital Legal Services, Inv. 67555, 3960 copies | $475.20 |
| 07/03/2012 | OS | Digital Legal Services, Inv. 67555, postage | $61.80 |
| 07/03/2012 | OS | Digital Legal Services, Inv. 67555, 3048 copies | $365.76 |
| 07/03/2012 | OS | Digital Legal Services, Inv. 67555, postage | $275.00 |
| 07/03/2012 | OS | Digital Legal Service, Inv. 67555, 3960 copies | $475.20 |
| 07/03/2012 | OS | Digital Legal Service, Inv. 67555, postage | $61.80 |
| 07/03/2012 | OS | Digital Legal Service, Inv. 67555, 3048 copies | $365.76 |
| 07/03/2012 | OS | Digital Legal Service, Inv. 67555, postage | $275.00 |
| 07/03/2012 | PO | 91100.00001 :Postage Charges for 07-03-12 | $5.35 |
| 07/03/2012 | PO | 91100.00001 :Postage Charges for 07-03-12 | $1.50 |
| 07/03/2012 | PO | 91100.00001 :Postage Charges for 07-03-12 | $1.50 |
| 07/03/2012 | RE | ( 13 @0.10 PER PG) | $1.30 |
| 07/03/2012 | RE | ( 62 @0.10 PER PG) | $6.20 |
| 07/03/2012 | RE | ( 65 @0.10 PER PG) | $6.50 |
| 07/03/2012 | RE | ( 71 @0.10 PER PG) | $7.10 |
| 07/03/2012 | RE | ( 94 @0.10 PER PG) | $9.40 |

**Invoice number 100128**    91100  00001                                    **Page  11**

| | | | |
|---|---|---|---|
| 07/05/2012 | DC | 91100.00001 Digital Legal Charges for 07-05-12 | $9.00 |
| 07/05/2012 | DC | 91100.00001 Digital Legal Charges for 07-05-12 | $378.00 |
| 07/05/2012 | DC | 91100.00001 Digital Legal Charges for 07-05-12 | $24.30 |
| 07/05/2012 | DC | 91100.00001 Digital Legal Charges for 07-05-12 | $16.20 |
| 07/05/2012 | PO | 91100.00001 :Postage Charges for 07-05-12 | $20.60 |
| 07/05/2012 | RE | ( 57 @0.10 PER PG) | $5.70 |
| 07/06/2012 | DC | 91100.00001 Digital Legal Charges for 07-06-12 | $18.76 |
| 07/06/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 07-06-12 | $18.23 |
| 07/06/2012 | OS | Digital Legal Service, Inv. 67555 | $72.00 |
| 07/06/2012 | PO | 91100.00001 :Postage Charges for 07-06-12 | $1.30 |
| 07/06/2012 | RE | ( 7 @0.10 PER PG) | $0.70 |
| 07/06/2012 | RE | ( 29 @0.10 PER PG) | $2.90 |
| 07/06/2012 | RE | ( 152 @0.10 PER PG) | $15.20 |
| 07/06/2012 | RE | ( 317 @0.10 PER PG) | $31.70 |
| 07/07/2012 | FE | 91100.00001 FedEx Charges for 07-07-12 | $12.04 |
| 07/07/2012 | FE | 91100.00001 FedEx Charges for 07-07-12 | $7.97 |
| 07/09/2012 | DC | 91100.00001 Digital Legal Charges for 07-09-12 | $9.00 |
| 07/09/2012 | DC | 91100.00001 Digital Legal Charges for 07-09-12 | $9.38 |
| 07/09/2012 | FE | 91100.00001 FedEx Charges for 07-09-12 | $7.97 |
| 07/09/2012 | FE | 91100.00001 FedEx Charges for 07-09-12 | $23.04 |
| 07/09/2012 | FE | 91100.00001 FedEx Charges for 07-09-12 | $28.31 |
| 07/09/2012 | FE | 91100.00001 FedEx Charges for 07-09-12 | $27.93 |
| 07/09/2012 | PO | 91100.00001 :Postage Charges for 07-09-12 | $486.40 |
| 07/09/2012 | RE | ( 5 @0.10 PER PG) | $0.50 |
| 07/09/2012 | RE | ( 15 @0.10 PER PG) | $1.50 |
| 07/09/2012 | RE | ( 42 @0.10 PER PG) | $4.20 |
| 07/09/2012 | RE | ( 68 @0.10 PER PG) | $6.80 |
| 07/09/2012 | RE | ( 92 @0.10 PER PG) | $9.20 |
| 07/09/2012 | RE | ( 270 @0.10 PER PG) | $27.00 |
| 07/09/2012 | RE | ( 360 @0.10 PER PG) | $36.00 |
| 07/09/2012 | RE | ( 360 @0.10 PER PG) | $36.00 |
| 07/09/2012 | RE | ( 7366 @0.10 PER PG) | $736.60 |
| 07/09/2012 | RE | ( 8818 @0.10 PER PG) | $881.80 |
| 07/09/2012 | RE | ( 11769 @0.10 PER PG) | $1,176.90 |
| 07/10/2012 | DC | 91100.00001 Digital Legal Charges for 07-10-12 | $5.95 |
| 07/10/2012 | FE | 91100.00001 FedEx Charges for 07-10-12 | $12.04 |
| 07/10/2012 | FE | 91100.00001 FedEx Charges for 07-10-12 | $7.97 |
| 07/10/2012 | PO | 91100.00001 :Postage Charges for 07-10-12 | $3.30 |
| 07/10/2012 | PO | 91100.00001 :Postage Charges for 07-10-12 | $2.60 |
| 07/10/2012 | PO | 91100.00001 :Postage Charges for 07-10-12 | $50.60 |
| 07/10/2012 | PO | 91100.00001 :Postage Charges for 07-10-12 | $1.65 |
| 07/10/2012 | PO | 91100.00001 :Postage Charges for 07-10-12 | $18.00 |
| 07/10/2012 | PO | 91100.00001 :Postage Charges for 07-10-12 | $226.60 |

| 07/10/2012 | PO | 91100.00001 :Postage Charges for 07-10-12 | $6.60 |
| 07/10/2012 | RE | ( 20 @0.10 PER PG) | $2.00 |
| 07/10/2012 | RE | ( 43 @0.10 PER PG) | $4.30 |
| 07/10/2012 | RE | ( 78 @0.10 PER PG) | $7.80 |
| 07/10/2012 | RE | ( 117 @0.10 PER PG) | $11.70 |
| 07/10/2012 | RE | ( 122 @0.10 PER PG) | $12.20 |
| 07/10/2012 | RE | ( 200 @0.10 PER PG) | $20.00 |
| 07/10/2012 | RE | ( 389 @0.10 PER PG) | $38.90 |
| 07/10/2012 | RE | ( 997 @0.10 PER PG) | $99.70 |
| 07/10/2012 | RE | ( 1016 @0.10 PER PG) | $101.60 |
| 07/11/2012 | DC | 91100.00001 Digital Legal Charges for 07-11-12 | $288.00 |
| 07/11/2012 | DC | 91100.00001 Digital Legal Charges for 07-11-12 | $576.00 |
| 07/11/2012 | DC | 91100.00001 Digital Legal Charges for 07-11-12 | $16.20 |
| 07/11/2012 | PO | 91100.00001 :Postage Charges for 07-11-12 | $7.20 |
| 07/11/2012 | PO | 91100.00001 :Postage Charges for 07-11-12 | $267.80 |
| 07/11/2012 | RE | ( 40 @0.10 PER PG) | $4.00 |
| 07/11/2012 | RE | ( 64 @0.10 PER PG) | $6.40 |
| 07/11/2012 | RE | ( 2075 @0.10 PER PG) | $207.50 |
| 07/12/2012 | DC | 91100.00001 Digital Legal Charges for 07-12-12 | $396.00 |
| 07/12/2012 | DC | 91100.00001 Digital Legal Charges for 07-12-12 | $16.20 |
| 07/12/2012 | DC | 91100.00001 Digital Legal Charges for 07-12-12 | $6.83 |
| 07/12/2012 | DC | 91100.00001 Digital Legal Charges for 07-12-12 | $5.95 |
| 07/12/2012 | PO | 91100.00001 :Postage Charges for 07-12-12 | $15.45 |
| 07/12/2012 | RE | ( 254 @0.10 PER PG) | $25.40 |
| 07/13/2012 | PO | 91100.00001 :Postage Charges for 07-13-12 | $13.20 |
| 07/13/2012 | RE | ( 12 @0.10 PER PG) | $1.20 |
| 07/13/2012 | RE | ( 49 @0.10 PER PG) | $4.90 |
| 07/13/2012 | RE | ( 946 @0.10 PER PG) | $94.60 |
| 07/16/2012 | DC | 91100.00001 Digital Legal Charges for 07-16-12 | $63.00 |
| 07/16/2012 | DC | 91100.00001 Digital Legal Charges for 07-16-12 | $24.30 |
| 07/16/2012 | DC | 91100.00001 Digital Legal Charges for 07-16-12 | $8.46 |
| 07/16/2012 | DC | 91100.00001 Digital Legal Charges for 07-16-12 | $35.00 |
| 07/16/2012 | DC | 91100.00001 Digital Legal Charges for 07-16-12 | $15.98 |
| 07/16/2012 | DC | 91100.00001 Digital Legal Charges for 07-16-12 | $5.00 |
| 07/16/2012 | DC | 91100.00001 Digital Legal Charges for 07-16-12 | $16.20 |
| 07/16/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 07-16-12 | $18.92 |
| 07/16/2012 | FE | 91100.00001 FedEx Charges for 07-16-12 | $7.97 |
| 07/16/2012 | FE | 91100.00001 FedEx Charges for 07-16-12 | $12.04 |
| 07/16/2012 | FE | 91100.00001 FedEx Charges for 07-16-12 | $7.97 |
| 07/16/2012 | FE | 91100.00001 FedEx Charges for 07-16-12 | $12.04 |
| 07/16/2012 | PO | 91100.00001 :Postage Charges for 07-16-12 | $10.80 |
| 07/16/2012 | PO | 91100.00001 :Postage Charges for 07-16-12 | $61.80 |
| 07/16/2012 | PO | 91100.00001 :Postage Charges for 07-16-12 | $226.60 |

**Invoice number  100128**      91100  00001                                    **Page  13**

| | | | |
|---|---|---|---|
| 07/16/2012 | PO | 91100.00001 :Postage Charges for 07-16-12 | $6.60 |
| 07/16/2012 | RE | ( 2 @0.10 PER PG) | $0.20 |
| 07/16/2012 | RE | ( 174 @0.10 PER PG) | $17.40 |
| 07/16/2012 | RE | ( 199 @0.10 PER PG) | $19.90 |
| 07/16/2012 | RE | ( 508 @0.10 PER PG) | $50.80 |
| 07/16/2012 | RE | ( 553 @0.10 PER PG) | $55.30 |
| 07/16/2012 | RE | ( 1743 @0.10 PER PG) | $174.30 |
| 07/17/2012 | DC | 91100.00001 Digital Legal Charges for 07-17-12 | $459.00 |
| 07/17/2012 | DC | 91100.00001 Digital Legal Charges for 07-17-12 | $24.30 |
| 07/17/2012 | DC | 91100.00001 Digital Legal Charges for 07-17-12 | $16.20 |
| 07/17/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 07-17-12 | $12.62 |
| 07/17/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 07-17-12 | $18.92 |
| 07/17/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 07-17-12 | $19.08 |
| 07/17/2012 | PO | 91100.00001 :Postage Charges for 07-17-12 | $5.60 |
| 07/17/2012 | RE | ( 15 @0.10 PER PG) | $1.50 |
| 07/17/2012 | RE | ( 27 @0.10 PER PG) | $2.70 |
| 07/17/2012 | RE | ( 65 @0.10 PER PG) | $6.50 |
| 07/17/2012 | RE | ( 78 @0.10 PER PG) | $7.80 |
| 07/18/2012 | DC | 91100.00001 Digital Legal Charges for 07-18-12 | $9.00 |
| 07/18/2012 | DC | 91100.00001 Digital Legal Charges for 07-18-12 | $5.95 |
| 07/18/2012 | DC | 91100.00001 Digital Legal Charges for 07-18-12 | $6.83 |
| 07/18/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 07-18-12 | $44.87 |
| 07/18/2012 | PO | 91100.00001 :Postage Charges for 07-18-12 | $16.05 |
| 07/18/2012 | PO | 91100.00001 :Postage Charges for 07-18-12 | $1.10 |
| 07/18/2012 | RE | ( 1156 @0.10 PER PG) | $115.60 |
| 07/19/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 07-19-12 | $18.92 |
| 07/19/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 07-19-12 | $12.62 |
| 07/19/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 07-19-12 | $19.08 |
| 07/19/2012 | PO | 91100.00001 :Postage Charges for 07-19-12 | $3.30 |
| 07/19/2012 | RE | ( 40 @0.10 PER PG) | $4.00 |
| 07/19/2012 | RE | ( 70 @0.10 PER PG) | $7.00 |
| 07/19/2012 | RE | ( 113 @0.10 PER PG) | $11.30 |
| 07/19/2012 | RE | ( 47 @0.10 PER PG) | $4.70 |
| 07/19/2012 | RE | ( 14 @0.10 PER PG) | $1.40 |
| 07/20/2012 | DC | 91100.00001 Digital Legal Charges for 07-20-12 | $9.00 |
| 07/20/2012 | DC | 91100.00001 Digital Legal Charges for 07-20-12 | $8.46 |
| 07/20/2012 | DC | 91100.00001 Digital Legal Charges for 07-20-12 | $35.00 |
| 07/20/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 07-20-12 | $18.92 |
| 07/20/2012 | PO | 91100.00001 :Postage Charges for 07-20-12 | $13.20 |
| 07/20/2012 | RE | ( 4 @0.10 PER PG) | $0.40 |
| 07/20/2012 | RE | ( 14 @0.10 PER PG) | $1.40 |
| 07/20/2012 | RE | Reproduction Expense. [E101] 8 pgs, WLR | $0.80 |
| 07/23/2012 | DC | 91100.00001 Digital Legal Charges for 07-23-12 | $6.83 |

**Invoice number 100128**      91100   00001                              **Page  14**

| | | | |
|---|---|---|---:|
| 07/23/2012 | OS | Digital Legal Services, Inv. 67555, 57150 copies | $6,858.00 |
| 07/23/2012 | OS | Digital Legal Services, Inv. 67555, postage | $1,060.90 |
| 07/23/2012 | OS | Digital Legal Service, Inv. 67555, 57150 copies | $6,858.00 |
| 07/23/2012 | OS | Digital Legal Service, Inv. 67555, postage | $1,060.90 |
| 07/23/2012 | PO | 91100.00001 :Postage Charges for 07-23-12 | $25.75 |
| 07/23/2012 | RE | ( 689 @0.10 PER PG) | $68.90 |
| 07/23/2012 | RE | ( 607 @0.10 PER PG) | $60.70 |
| 07/24/2012 | DC | 91100.00001 Digital Legal Charges for 07-24-12 | $378.00 |
| 07/24/2012 | DC | 91100.00001 Digital Legal Charges for 07-24-12 | $24.30 |
| 07/24/2012 | DC | 91100.00001 Digital Legal Charges for 07-24-12 | $16.20 |
| 07/24/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 07-24-12 | $18.92 |
| 07/24/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 07-24-12 | $18.92 |
| 07/24/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 07-24-12 | $20.95 |
| 07/24/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 07-24-12 | $18.92 |
| 07/24/2012 | FE | 91100.00001 FedEx Charges for 07-24-12 | $11.96 |
| 07/24/2012 | FE | 91100.00001 FedEx Charges for 07-24-12 | $13.35 |
| 07/24/2012 | PO | 91100.00001 :Postage Charges for 07-24-12 | $1.80 |
| 07/24/2012 | PO | 91100.00001 :Postage Charges for 07-24-12 | $59.80 |
| 07/24/2012 | PO | 91100.00001 :Postage Charges for 07-24-12 | $52.40 |
| 07/24/2012 | PO | 91100.00001 :Postage Charges for 07-24-12 | $1.30 |
| 07/24/2012 | RE | ( 12 @0.10 PER PG) | $1.20 |
| 07/24/2012 | RE | ( 24 @0.10 PER PG) | $2.40 |
| 07/24/2012 | RE | ( 8 @0.10 PER PG) | $0.80 |
| 07/24/2012 | RE | ( 855 @0.10 PER PG) | $85.50 |
| 07/24/2012 | RE | ( 6 @0.10 PER PG) | $0.60 |
| 07/24/2012 | RE | ( 10 @0.10 PER PG) | $1.00 |
| 07/24/2012 | RE | ( 688 @0.10 PER PG) | $68.80 |
| 07/24/2012 | RE | ( 27 @0.10 PER PG) | $2.70 |
| 07/24/2012 | RE | ( 8 @0.10 PER PG) | $0.80 |
| 07/24/2012 | RE | ( 920 @0.10 PER PG) | $92.00 |
| 07/24/2012 | RE | ( 59 @0.10 PER PG) | $5.90 |
| 07/24/2012 | RE | ( 36 @0.10 PER PG) | $3.60 |
| 07/24/2012 | RE | ( 222 @0.10 PER PG) | $22.20 |
| 07/25/2012 | DC | 91100.00001 Digital Legal Charges for 07-25-12 | $576.00 |
| 07/25/2012 | DC | 91100.00001 Digital Legal Charges for 07-25-12 | $24.30 |
| 07/25/2012 | DC | 91100.00001 Digital Legal Charges for 07-25-12 | $8.46 |
| 07/25/2012 | DC | 91100.00001 Digital Legal Charges for 07-25-12 | $8.46 |
| 07/25/2012 | DC | 91100.00001 Digital Legal Charges for 07-25-12 | $8.00 |
| 07/25/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 07-25-12 | $44.87 |
| 07/25/2012 | PO | 91100.00001 :Postage Charges for 07-25-12 | $20.60 |
| 07/25/2012 | PO | 91100.00001 :Postage Charges for 07-25-12 | $20.60 |
| 07/26/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 07-26-12 | $41.03 |
| 07/26/2012 | PO | 91100.00001 :Postage Charges for 07-26-12 | $25.75 |

**Invoice number 100128**          91100   00001                                    **Page  15**

| 07/26/2012 | PO | 91100.00001 :Postage Charges for 07-26-12 | $14.30 |
| 07/26/2012 | RE | ( 18 @0.10 PER PG) | $1.80 |
| 07/26/2012 | RE | ( 338 @0.10 PER PG) | $33.80 |
| 07/26/2012 | RE | ( 100 @0.10 PER PG) | $10.00 |
| 07/26/2012 | RE | ( 23 @0.10 PER PG) | $2.30 |
| 07/26/2012 | RE | ( 18 @0.10 PER PG) | $1.80 |
| 07/26/2012 | RE | ( 142 @0.10 PER PG) | $14.20 |
| 07/26/2012 | RE | ( 254 @0.10 PER PG) | $25.40 |
| 07/27/2012 | DC | 91100.00001 Digital Legal Charges for 07-27-12 | $108.00 |
| 07/27/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 07-27-12 | $19.08 |
| 07/27/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 07-27-12 | $18.92 |
| 07/27/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 07-27-12 | $12.62 |
| 07/27/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 07-27-12 | $10.05 |
| 07/27/2012 | PO | 91100.00001 :Postage Charges for 07-27-12 | $5.15 |
| 07/27/2012 | RE | ( 104 @0.10 PER PG) | $10.40 |
| 07/27/2012 | RE | ( 2 @0.10 PER PG) | $0.20 |
| 07/27/2012 | RE | ( 152 @0.10 PER PG) | $15.20 |
| 07/27/2012 | RE | ( 80 @0.10 PER PG) | $8.00 |
| 07/28/2012 | RE | Reproduction Expense. [E101] 17 pgs, WLR | $1.70 |
| 07/30/2012 | DC | 91100.00001 Digital Legal Charges for 07-30-12 | $9.00 |
| 07/30/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 07-30-12 | $28.97 |
| 07/30/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 07-30-12 | $18.92 |
| 07/30/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 07-30-12 | $20.95 |
| 07/30/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 07-30-12 | $29.42 |
| 07/30/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 07-30-12 | $31.49 |
| 07/30/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 07-30-12 | $15.07 |
| 07/30/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 07-30-12 | $18.92 |
| 07/30/2012 | OS | Digital Legal Services, Inv. 67555, 2032 copies | $243.84 |
| 07/30/2012 | OS | Digital Legal Services, Inv. 67555, postage | $267.80 |
| 07/30/2012 | OS | Digital Legal Service, Inv. 67555, 2032 copies | $243.84 |
| 07/30/2012 | OS | Digital Legal Service, Inv. 67555, postage | $267.80 |
| 07/30/2012 | PO | 91100.00001 :Postage Charges for 07-30-12 | $78.20 |
| 07/30/2012 | PO | 91100.00001 :Postage Charges for 07-30-12 | $1.95 |
| 07/30/2012 | PO | 91100.00001 :Postage Charges for 07-30-12 | $142.60 |
| 07/30/2012 | PO | 91100.00001 :Postage Charges for 07-30-12 | $3.40 |
| 07/30/2012 | RE | ( 895 @0.10 PER PG) | $89.50 |
| 07/30/2012 | RE | ( 246 @0.10 PER PG) | $24.60 |
| 07/30/2012 | RE | ( 10 @0.10 PER PG) | $1.00 |
| 07/30/2012 | RE | ( 60 @0.10 PER PG) | $6.00 |
| 07/30/2012 | RE | ( 6 @0.10 PER PG) | $0.60 |
| 07/30/2012 | RE | ( 4 @0.10 PER PG) | $0.40 |
| 07/30/2012 | RE | ( 2687 @0.10 PER PG) | $268.70 |
| 07/30/2012 | RE | ( 42 @0.10 PER PG) | $4.20 |

**Invoice number  100128**          91100  00001                    **Page  16**

| Date | Code | Description | Amount |
|---|---|---|---|
| 07/30/2012 | RE | ( 40 @0.10 PER PG) | $4.00 |
| 07/30/2012 | RE | ( 6 @0.10 PER PG) | $0.60 |
| 07/31/2012 | DC | 91100.00001 Digital Legal Charges for 07-31-12 | $576.00 |
| 07/31/2012 | DC | 91100.00001 Digital Legal Charges for 07-31-12 | $24.30 |
| 07/31/2012 | DC | 91100.00001 Digital Legal Charges for 07-31-12 | $378.00 |
| 07/31/2012 | DC | 91100.00001 Digital Legal Charges for 07-31-12 | $24.30 |
| 07/31/2012 | DC | 91100.00001 Digital Legal Charges for 07-31-12 | $16.20 |
| 07/31/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 07-31-12 | $20.95 |
| 07/31/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 07-31-12 | $18.92 |
| 07/31/2012 | DH | 91100.00001 DHL Worldwide Express Charges for 07-31-12 | $33.82 |
| 07/31/2012 | OS | Digital Legal Services, Inv. 67555 | $2.00 |
| 07/31/2012 | PAC | Pacer - Court Research | $1,040.50 |
| 07/31/2012 | PO | 91100.00001 :Postage Charges for 07-31-12 | $61.60 |
| 07/31/2012 | RE | ( 2624 @0.10 PER PG) | $262.40 |
| 07/31/2012 | RE | ( 2 @0.10 PER PG) | $0.20 |
| 07/31/2012 | RE | ( 6 @0.10 PER PG) | $0.60 |
| 07/31/2012 | RE | ( 4 @0.10 PER PG) | $0.40 |
| 07/31/2012 | RE | ( 705 @0.10 PER PG) | $70.50 |
| 07/31/2012 | RE | ( 24 @0.10 PER PG) | $2.40 |
| 07/31/2012 | RE | ( 1018 @0.10 PER PG) | $101.80 |
| 07/31/2012 | RE | ( 10 @0.10 PER PG) | $1.00 |
| 07/31/2012 | RE | ( 109 @0.10 PER PG) | $10.90 |
| 07/31/2012 | RE | ( 6 @0.10 PER PG) | $0.60 |
| 07/31/2012 | RE | ( 20 @0.10 PER PG) | $2.00 |

Total Expenses:                                                    **$33,798.27**

## Summary:

| | |
|---|---|
| Total professional services | $34,306.00 |
| Total expenses | $33,798.27 |
| **Net current charges** | $68,104.27 |
| | |
| Net balance forward | $79,676.65 |
| **Total balance now due** | $147,780.92 |

| | | | | |
|---|---|---|---|---|
| BMK | Koveleski, Beatrice M. | 6.40 | 185.00 | $1,184.00 |
| CAK | Knotts, Cheryl A. | 0.90 | 265.00 | $238.50 |
| CJB | Bouzoukis, Charles J. | 0.30 | 185.00 | $55.50 |
| DKW | Whaley, Dina K. | 1.20 | 185.00 | $222.00 |
| JEO | O'Neill, James E. | 13.30 | 675.00 | $8,977.50 |
| KFF | Finalyson, Kathe F. | 1.50 | 275.00 | $412.50 |

**Invoice number  100128**   91100   00001                                      **Page  17**

| | | | | |
|---|---|---|---|---|
| KPM | Makowski, Kathleen P. | 9.70 | 495.00 | $4,801.50 |
| KSN | Neil, Karen S. | 1.50 | 185.00 | $277.50 |
| LDJ | Jones, Laura Davis | 0.80 | 955.00 | $764.00 |
| LT | Tuschak, Louise R. | 0.60 | 265.00 | $159.00 |
| MLM | McGee, Margaret L. | 4.00 | 275.00 | $1,100.00 |
| PEC | Cuniff, Patricia E. | 45.40 | 265.00 | $12,031.00 |
| SLP | Pitman, L. Sheryle | 14.30 | 185.00 | $2,645.50 |
| WLR | Ramseyer, William L. | 2.50 | 575.00 | $1,437.50 |
| | | 102.40 | | $34,306.00 |

## Task Code Summary

| | | Hours | Amount |
|---|---|---|---|
| AD | Asset Disposition [B130] | 0.60 | $205.00 |
| AP | Appeals [B430] | 37.90 | $16,161.50 |
| CA | Case Administration [B110] | 37.00 | $8,074.00 |
| CR01 | WRG-Claim Analysis (Asbestos) | 1.00 | $403.00 |
| EA01 | WRG-Employ. App., Others | 1.70 | $713.50 |
| FA | WRG-Fee Apps., Applicant | 5.10 | $2,678.50 |
| FA01 | WRG-Fee Applications, Others | 16.70 | $4,996.50 |
| LN | Litigation (Non-Bankruptcy) | 1.90 | $736.50 |
| PD | Plan & Disclosure Stmt. [B320] | 0.50 | $337.50 |
| | | 102.40 | $34,306.00 |

## Expense Code Summary

| | |
|---|---|
| Auto Travel Expense [E109] | $9.00 |
| Delivery/Courier Service | $4,703.80 |
| DHL- Worldwide Express | $757.57 |
| Federal Express [E108] | $239.60 |
| Fax Transmittal [E104] | $8.00 |
| Outside Services | $19,290.60 |
| Pacer - Court Research | $1,040.50 |
| Postage [E108] | $1,995.00 |
| Reproduction Expense [E101] | $5,754.20 |
| | $33,798.27 |