# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Bankruptcy Case No. 01-01139(JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Civil Action No. 09-763 (RLB) |
| | ) | |
| BNSF RAILWAY COMPANY, | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| W. R. GRACE & Co., *et al.* | ) | |
| and | ) | |
| ARROWOOD INDEMNITY COMPANY, | ) | |
| f.k.a. Royal Indemnity Company, | ) | |
| Appellees. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL BY APPELLANT PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)

PLEASE TAKE NOTICE that the Appellant BNSF Railway Company hereby

voluntarily dismisses this civil action, (previously stayed by Order dated February 17, 2010

(Docket No. 14), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), with prejudice.

Dated: October 12, 2012

/s/ James C. Carignan
James C. Carignan (DE Bar #4230)

PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: (302) 777-6500

*Of Counsel*

Edward C. Toole, Jr.
Linda J. Casey

Attorneys for Appellant
BNSF Railway Company

PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103
Telephone: (215) 981-4000

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.,* | ) | Bankruptcy Case No. 01-01139(JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Civil Action No. 09-763 (RLB) |
| | ) | |
| BNSF RAILWAY COMPANY, | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| W. R. GRACE & Co., *et al.* | ) | |
| and | ) | |
| ARROWOOD INDEMNITY COMPANY, | ) | |
| f.k.a. Royal Indemnity Company, | ) | |
| Appellees. | ) | |

## CERTIFICATE OF SERVICE

I, James C. Carignan, hereby certify that on the 12th day of October, 2012, I

caused a copy of the following document to be served via the Court's CM/ECF System:

- Notice Of Voluntary Dismissal By Appellant Pursuant To Fed. R. Civ. P. 41 (a)(1)(A)

/s/ James C. Carignan
James C. Carignan (DE Bar #4230)

#16934381 v1