# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Brandon | Date Created: 10/16/2012 |
| Case: 01−01139−JKF | Form ID: ntcBK | Total: 16 |

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | USTPREGION03.WL.ECF@USDOJ.GOV |
| aty | Curtis A. Hehn | chehn@pszyj.com |
| aty | Daniel K. Hogan | dkhogan@dkhogan.com |
| aty | David W. Carickhoff | carickhoff@blankrome.com |
| aty | James E. O'Neill | jo'neill@pszjlaw.com |
| aty | Janet S. Baer | jbaer@bhflaw.net |
| aty | Kathleen P. Makowski | kmakowski@pszjlaw.com |
| aty | Kathleen P. Makowski | kmakowski@pszjlaw.com |
| aty | Laura Davis Jones | ljones@pszjlaw.com |
| aty | Mark M. Billion | markbillion@billionlaw.com |
| aty | Paul W. Turner | pturner@carlilelawfirm.com |
| aty | Timothy P. Cairns | tcairns@pszjlaw.com |
| aty | Timothy P. Cairns | tcairns@pszjlaw.com |

                                                                                TOTAL: 13

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | |
|---|---|
| db | W.R. Grace &Co., et al.     7500 Grace Drive     Columbia, MD 21044 |
| aty | James E. O'Neill     Pachulski Stang Ziehl &Jones LLP     919 North Market Street, 17th Floor     PO Box 8705     Wilmington, DE 19899−8705 |
| aty | Roger J. Higgins, P.C.     The Law Offices of Roger Higgins LLC     111 East Wacker Driver     Suite 2800     Chicago, IL 60601 |

                                                                                TOTAL: 3