**Attachment B**
**To Fee Application**
**Summary of PwC's Fees By Professional**
**For the month of August 2012**

**Professional Profiles**
**W.R. Grace & Co. Time Tracking - Audit**
**For the month of August 2012**

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Cody L Smith | Audit Partner | 20+ | Integrated Audit | $ 1,074.42 | 1.0 | $ 1,074.42 |
| Marc A Panucci | Audit Partner | 20+ | Integrated Audit | $ 1,074.42 | 2.0 | $ 2,148.84 |
| Jennifer A James | Audit Partner | 20+ | Integrated Audit | $ 825.50 | 1.5 | $ 1,238.25 |
| Thomas E Smith | Audit Partner | 20+ | Integrated Audit | $ 812.80 | 24.0 | $ 19,507.20 |
| John C Stieg | Audit Senior Manager | 20+ | Integrated Audit | $ 778.51 | 1.3 | $ 1,012.06 |
| John Edward Newstead | Audit Partner | 20+ | Integrated Audit | $ 702.31 | 2.9 | $ 2,036.70 |
| Jill McCormack | Audit Partner | 20+ | Integrated Audit | $ 702.31 | 7.0 | $ 4,916.17 |
| Alexandra M Bond | Tax Partner | 20+ | Integrated Audit | $ 603.20 | 6.5 | $ 3,920.80 |
| Katherine Stivers Matheson | Audit Senior Manager | 10 | Integrated Audit | $ 490.22 | 199.0 | $ 97,553.78 |
| David C Sands | Audit Director | 10 | Integrated Audit | $ 445.77 | 3.0 | $ 1,337.31 |
| Jody B Underhill | Tax Director | 10 | Integrated Audit | $ 426.40 | 24.3 | $ 10,361.52 |
| Pavel Katsiak | Audit Manager | 7 | Integrated Audit | $ 358.14 | 8.0 | $ 2,865.12 |
| Phillip Crosby | Audit Manager | 7 | Integrated Audit | $ 322.58 | 10.0 | $ 3,225.80 |
| Elizabeth Sama | Tax Senior Associate | 6 | Integrated Audit | $ 249.60 | 2.0 | $ 499.20 |
| Alexandra L Schmidt | Audit Senior Associate | 6 | Integrated Audit | $ 246.38 | 177.5 | $ 43,732.45 |
| Kathleen Elizabeth Bradley | Audit Senior Associate | 4 | Integrated Audit | $ 242.57 | 153.5 | $ 37,234.50 |
| Ryan P Boyle | Audit Senior Associate | 4 | Integrated Audit | $ 240.03 | 20.0 | $ 4,800.60 |
| Alfiya Galieva | Audit Experienced Associate | 2 | Integrated Audit | $ 190.50 | 43.0 | $ 8,191.50 |
| Christina Hardwicke | Audit Experienced Associate | 2 | Integrated Audit | $ 171.46 | 0.5 | $ 85.73 |
| Robert J Sluga | Audit Experienced Associate | 2 | Integrated Audit | $ 171.45 | 8.0 | $ 1,371.60 |
| William D Struthers | Audit Experienced Associate | 2 | Integrated Audit | $ 170.18 | 122.5 | $ 20,847.05 |
| Drew Levy | Audit Experienced Associate | 2 | Integrated Audit | $ 170.18 | 78.0 | $ 13,274.04 |
| Rubin Rakovsky | Audit Experienced Associate | 2 | Integrated Audit | $ 170.18 | 43.0 | $ 7,317.74 |
| Erin Leanna Stamps | Audit Associate | 1 | Integrated Audit | $ 167.64 | 35.0 | $ 5,867.40 |
| María F Castro Bianchi | Project Specialist | 1 | Integrated Audit | $ 123.00 | 1.5 | $ 184.50 |
| Leonardo D Zarate | Project Specialist | 1 | Integrated Audit | $ 123.00 | 0.5 | $ 61.50 |
| Diego Orieta | Project Specialist | 1 | Integrated Audit | $ 123.00 | 1.1 | $ 135.30 |
| Elizabeth Romano | Project Specialist | 1 | Integrated Audit | $ 123.00 | 0.3 | $ 36.90 |
| Giuliana Marinelli | Project Specialist | 1 | Integrated Audit | $ 123.00 | 1.5 | $ 184.50 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Lorena Bravo | Project Specialist | 1 | Integrated Audit | $ | 123.00 | 1.8 | $ | 221.40 |
| Belen Ramirez | Project Specialist | 1 | Integrated Audit | $ | 123.00 | 1.5 | $ | 184.50 |
| Daiana Buono | Project Specialist | 1 | Integrated Audit | $ | 123.00 | 7.5 | $ | 922.50 |
| Judith L Ellington | Project Specialist | 1 | Integrated Audit | $ | 119.60 | 1.5 | $ | 179.40 |
| Katey Rymer Webber | Audit Intern | 1 | Integrated Audit | $ | 63.50 | 17.5 | $ | 1,111.25 |
| | | | **Total** | | | **1008.2** | **$** | **297,641.53** |

**Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)**

**Totals**                9.6                                                    $ 1,180.80

## Summary of PwC's Fees By Project Category:
### For the month of August 2012

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim  Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment | | |

{02411:PLDG:10155541.DOC}

| | | |
|---|---|---|
| **Applications, Others** | | |
| **11-Financing** | | |
| **12-Fee Applications, Others** | **9.6** | **1,180.80** |
| **13-Financing** | | |
| **14-Hearings** | | |
| **15-Litigation and Litigation Consulting** | | |
| **16-Plan and Disclosure Statement** | | |
| **17-Relief from Stay Proceedings** | | |
| **18-Tax Issues** | | |
| **19-Tax Litigation** | | |
| **20-Travel- Non-working** | | |
| **21-Valuation** | | |
| **22-ZAI Science Trial** | | |
| **23-ZAI Science Trial-Expenses** | | |
| **24-Other** | | |
| **25-Accounting/Auditing** | **1,008.1** | **$ 297,641.53** |
| **26-Business Analysis** | | |
| **27-Corporate Finance** | | |
| **28-Data Analysis** | | |
| **TOTAL:** | **1,020.7** | **$ 298,822.33** |

**Expense Summary**

**For the month of August 2012**

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $ 2,949.27 |
| Lodging | N/A | $1,606.18 |
| Sundry | N/A | $0.00 |
| Business Meals | N/A | $570.51 |
| TOTAL: | | $ 5,125.96 |