# EXHIBIT - A

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Cody L Smith | Audit Partner | 20+ | Integrated Audit | $ 1,074.42 | 1.0 | $ 1,074.42 |
| Marc A Panucci | Audit Partner | 20+ | Integrated Audit | $ 1,074.42 | 2.0 | $ 2,148.84 |
| Jennifer A James | Audit Partner | 20+ | Integrated Audit | $ 825.50 | 1.5 | $ 1,238.25 |
| Thomas E Smith | Audit Partner | 20+ | Integrated Audit | $ 812.80 | 24.0 | $ 19,507.20 |
| John C Stieg | Audit Senior Manager | 20+ | Integrated Audit | $ 778.51 | 1.3 | $ 1,012.06 |
| John Edward Newstead | Audit Partner | 20+ | Integrated Audit | $ 702.31 | 2.9 | $ 2,036.70 |
| Jill McCormack | Audit Partner | 20+ | Integrated Audit | $ 702.31 | 7.0 | $ 4,916.17 |
| Alexandra M Bond | Tax Partner | 20+ | Integrated Audit | $ 603.20 | 6.5 | $ 3,920.80 |
| Katherine Stivers Matheson | Audit Senior Manager | 10 | Integrated Audit | $ 490.22 | 199.0 | $ 97,553.78 |
| David C Sands | Audit Director | 10 | Integrated Audit | $ 445.77 | 3.0 | $ 1,337.31 |
| Jody B Underhill | Tax Director | 10 | Integrated Audit | $ 426.40 | 24.3 | $ 10,361.52 |
| Pavel Katsiak | Audit Manager | 7 | Integrated Audit | $ 358.14 | 8.0 | $ 2,865.12 |
| Phillip Crosby | Audit Manager | 7 | Integrated Audit | $ 322.58 | 10.0 | $ 3,225.80 |
| Elizabeth Sama | Tax Senior Associate | 6 | Integrated Audit | $ 249.60 | 2.0 | $ 499.20 |
| Alexandra L Schmidt | Audit Senior Associate | 6 | Integrated Audit | $ 246.38 | 177.5 | $ 43,732.45 |
| Kathleen Elizabeth Bradley | Audit Senior Associate | 4 | Integrated Audit | $ 242.57 | 153.5 | $ 37,234.50 |
| Ryan P Boyle | Audit Senior Associate | 4 | Integrated Audit | $ 240.03 | 20.0 | $ 4,800.60 |
| Alfiya Galieva | Audit Experienced Associate | 2 | Integrated Audit | $ 190.50 | 43.0 | $ 8,191.50 |
| Christina Hardwicke | Audit Experienced Associate | 2 | Integrated Audit | $ 171.46 | 0.5 | $ 85.73 |
| Robert J Sluga | Audit Experienced Associate | 2 | Integrated Audit | $ 171.45 | 8.0 | $ 1,371.60 |
| William D Struthers | Audit Experienced Associate | 2 | Integrated Audit | $ 170.18 | 122.5 | $ 20,847.05 |
| Drew Levy | Audit Experienced Associate | 2 | Integrated Audit | $ 170.18 | 78.0 | $ 13,274.04 |
| Rubin Rakovsky | Audit Experienced Associate | 2 | Integrated Audit | $ 170.18 | 43.0 | $ 7,317.74 |
| Erin Leanna Stamps | Audit Associate | 1 | Integrated Audit | $ 167.64 | 35.0 | $ 5,867.40 |
| María F Castro Bianchi | Project Specialist | 1 | Integrated Audit | $ 123.00 | 1.5 | $ 184.50 |
| Leonardo D Zarate | Project Specialist | 1 | Integrated Audit | $ 123.00 | 0.5 | $ 61.50 |
| Diego Orieta | Project Specialist | 1 | Integrated Audit | $ 123.00 | 1.1 | $ 135.30 |
| Elizabeth Romano | Project Specialist | 1 | Integrated Audit | $ 123.00 | 0.3 | $ 36.90 |
| Giuliana Marinelli | Project Specialist | 1 | Integrated Audit | $ 123.00 | 1.5 | $ 184.50 |
| Lorena Bravo | Project Specialist | 1 | Integrated Audit | $ 123.00 | 1.8 | $ 221.40 |
| Belen Ramirez | Project Specialist | 1 | Integrated Audit | $ 123.00 | 1.5 | $ 184.50 |
| Daiana Buono | Project Specialist | 1 | Integrated Audit | $ 123.00 | 7.5 | $ 922.50 |
| Judith L Ellington | Project Specialist | 1 | Integrated Audit | $ 119.60 | 1.5 | $ 179.40 |
| Katey Rymer Webber | Audit Intern | 1 | Integrated Audit | $ 63.50 | 17.5 | $ 1,111.25 |
| | | | Total | | 1008.2 | $ 297,641.53 |

**W.R. Grace & Co.**
**Fee Application Preparation**
**For the month of August 2012**

| Date | Hours | Description of Services Provided | Bill Rate | Extended Cost |
|---|---|---|---|---|
| **FEE APPLICATION PREPARATION** | | | | |
| **Maximiliano Benitez** | | | | |
| 1-Aug | 0.5 | Editing fee application services description August 2012 | $ 123.00 | $ 61.50 |
| 6-Aug | 0.8 | Editing fee application services description August 2012 | $ 123.00 | $ 98.40 |
| 8-Aug | 5.0 | Editing fee application services description August 2012 | $ 123.00 | $ 615.00 |
| 10-Aug | 0.8 | Editing fee application services description August 2012 | $ 123.00 | $ 98.40 |
| 14-Aug | 0.5 | Editing fee application services description August 2012 | $ 123.00 | $ 61.50 |
| | **7.6** | | | **934.8** |
| **Romina Cantero** | | | | |
| 13-Aug | 1.0 | Editing fee application services description August 2012 | $ 123.00 | $ 123.00 |
| | **1.0** | | | **123.0** |
| **Vanina Straniero** | | | | |
| 8-Aug | 1.0 | Reviewing fee application services description August 2012 | $ 123.00 | $ 123.00 |
| | **1.0** | | | **123.0** |
| | **9.6** | **Total Grace Fee Application Charged Hours** | | **$ 1,180.80** |