# EXHIBIT - B

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
**For the period ended August 2012**

| Personnel | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|
| **Alexandra Bond** | | | | | | |
| | 16-Jul | $ 98.26 | | | | 20% allocation for coach flight to Boca Raton, FL to meet with client (mulitple clients visited, 20% allocation used) |
| | 17-Jul | | | $ | 17.28 | Dinner for 1 while traveling to Boca Raton, FL for meeting with WR Grace tax department |
| | 17-Jul | $ 9.00 | | | | 20% allocation for airport parking while travelling for 2 days (mulitple clients visited, 20% allocation used) |
| | 17-Jul | $ 41.60 | | | | 20% allocation for Hertz 2 day rental car charges while travelling (mulitple clients visited, 20% allocation used) |
| **Alexandra Schmidt** | | | | | | |
| | 26-Jul | | | $ | 88.56 | Overtime meal for 4 Alexandra Schmidt, Kathleen Bradley, William Struthers, Katey Webber (all PwC) |
| | 2-Aug | | | $ | 84.76 | Overtime meal for 4 Alexandra Schmidt, Kathleen Bradley, William Struthers, Katey Webber (all PwC) |
| **Drew Levy** | | | | | | |
| | 30-Jul | | $ 477.00 | | | Nightly rate @159.00 per night for 3 nights at Homewood Suites hotel during travel to Grace in Cambridge, MA. |
| | 30-Jul | | $ 55.80 | | | Hotel taxes @18.60 per night for 4 nights at Homewood Suites hotel during travel to Grace in Cambridge, MA. |
| | 30-Jul | | $ 306.08 | | | Expense for Hertz rental car during travel to Grace site in Cambridge, MA. |
| | 1-Aug | | | $ | 42.21 | Travel dinner for D. Levy (PwC) and M. Berrigan (Grace) while in Cambridge, MA |
| | 30-Jul | $ 48.00 | | | | Parking at BWI airport during travel to Grace site in Cambridge, MA. |
| | 20-Aug | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 23-Aug | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 24-Aug | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 27-Aug | $ 22.20 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 27-Aug | $ 455.20 | | | | Roundtrip coach airfare for travel to Grace site in Lake Charles, LA. |
| | 27-Aug | $ 48.00 | | | | Parking at BWI airport during travel to Grace site in Lake Charles, LA. |
| | 27-Aug | | $ 298.00 | | | Nightly rate @149.00 per night for 2 nights at L'Auberge hotel during travel to Grace in Lake Charles, LA. |
| | 27-Aug | | $ 38.74 | | | Hotel taxes @19.37 per night for 2 nights at L'Auberge hotel during travel to Grace in Lake Charles, LA. |
| | 27-Aug | | $ 268.00 | | | Nightly rate @134.00 per night for 2 nights at Holiday Inn (Houston, TX) during travel to Grace in Lake Charles, LA. |
| | 27-Aug | | $ 45.56 | | | Hotel taxes @ 22.78 per night for 2 nights at Holiday Inn (Houston, TX) during travel to Grace in Lake Charles, LA. |
| | 27-Aug | $ 122.12 | | | | Expense for Hertz rental car during travel to Grace site in Lake Charles, LA. |
| | 27-Aug | $ 75.00 | | | | Taxi fare to Houston, TX airport from Holiday Inn in Houston, TX for during travel to Grace site in Lake Charles, LA. |
| | 27-Aug | | | $ | 8.93 | Travel dinner for D. Levy (PwC) during travel to Grace site in Lake Charles, LA. |
| | 28-Aug | | | $ | 38.70 | Travel meal for D. Levy (PwC) and D. Vetter (Grace) during travel to Grace site in Lake Charles, LA. |
| **Elizabeth Sama** | | | | | | |
| | 16-Jul | $ 55.50 | | | | Mileage in excess of daily commute (66 miles  to client - 16 miles  normal commute to the office =  50 miles every day excess =55.50). |
| | 17-Jul | $ 55.50 | | | | Mileage in excess of daily commute (66 miles  to client - 16 miles  normal commute to the office =  50 miles every day excess * .555 = 27.75). |
| | 18-Jul | | $ 101.00 | | | Marriott Boca Center hotel for 1 night in Boca Raton, FL (rate of $101 per night) |
| | 18-Jul | | $ 16.00 | | | Marriott Boca Center hotel for 1 night in Boca Raton, FL ($16 tax per night for  1 night) |
| | 16-Jul | $ 8.00 | | | | SunPass tolls for 7/16 through 7/18 when traveling to Boca Raton, FL |
| **Alfiya Galieva** | | | | | | |
| | 27-Aug | $ 21.09 | | | | Mileage in excess of daily commute (48 miles  to client - 10 miles  normal commute to the office = 38 miles every day excess =55.50). |
| | 28-Aug | $ 21.09 | | | | Mileage in excess of daily commute (48 miles  to client - 10 miles  normal commute to the office = 38 miles every day excess =55.50). |
| | 29-Aug | $ 21.09 | | | | Mileage in excess of daily commute (48 miles  to client - 10 miles  normal commute to the office = 38 miles every day excess =55.50). |
| | 30-Aug | $ 21.09 | | | | Mileage in excess of daily commute (48 miles  to client - 10 miles  normal commute to the office = 38 miles every day excess =55.50). |
| | 31-Aug | $ 21.09 | | | | Mileage in excess of daily commute (48 miles  to client - 10 miles  normal commute to the office = 38 miles every day excess =55.50). |
| **Jody B. Underhill** | | | | | | |
| | 16-Aug | $ 327.76 | | | | Roundtrip coach airfare to travel to WR Grace for tax provision matters. |
| | 16-Aug | $ 72.36 | | | | Hertz Rental car for 1 day while traveling on client business |
| | 16-Aug | $ 20.00 | | | | 1 day of parking at Tampa airport while traveling out of town on client business |
| | 16-Aug | $ 11.20 | | | | Tolls while traveling for client business |
| | 16-Aug | $ 18.00 | | | | Taxi to Ft Lauderdale airport from client site (dropped off car earlier before client meeting). |
| | 16-Aug | | | $ | 24.50 | Dinner for myself while traveling out of town on client business |
| | 21-Aug | | | $ | 124.74 | Lunch: L.Paider, G.Hurwitz, E.Filon, D.Gonzalez, D.Poole, A.Clark, J.Leonardcyzk, J.Crossman (WRG) & L.Bond and Me (PwC) |
| | 21-Aug | | | $ | 35.48 | Dinner for myself while traveling out of town on client business |
| | 21-Aug | $ 58.58 | | | | Hertz Rental car for 1 day while traveling on client business |
| | 21-Aug | $ 20.00 | | | | 1 day of parking at Tampa airport while traveling out of town on client business |
| | 21-Aug | $ 336.66 | | | | Coach Airline travel to WR Grace to tax provision matters. |
| | 21-Aug | $ 6.45 | | | | Tolls while traveling for client business |
| **Katherine Matheson** | | | | | | |
| | 2-Aug | $ 35.52 | | | | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .555 per mile). |
| | 3-Aug | $ 35.52 | | | | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .555 per mile). |

| | | | | | Description |
|---|---|---|---|---|---|
| | 6-Aug | $ | 35.52 | | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .555 per mile). |
| | 7-Aug | $ | 35.52 | | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .555 per mile). |
| | 8-Aug | $ | 35.52 | | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .555 per mile). |
| | 9-Aug | $ | 35.52 | | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .555 per mile). |
| | 10-Aug | $ | 35.52 | | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .555 per mile). |
| | 23-Aug | $ | 35.52 | | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .555 per mile). |
| | 24-Aug | $ | 35.52 | | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .555 per mile). |
| | 27-Aug | $ | 35.52 | | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .555 per mile). |
| | 28-Aug | $ | 35.52 | | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .555 per mile). |
| | 29-Aug | $ | 35.52 | | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .555 per mile). |
| | 30-Aug | $ | 35.52 | | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .555 per mile). |
| **Kathleen Bradley** | | | | | |
| | 1-Aug | $ | 8.88 | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 1-Aug | $ | 6.05 | | Roundtrip tolls during daily commute to client site |
| | 1-Aug | | | $ 105.35 | Overtime dinner on-site for 4 (T.Smith, A.Schmidt, K.Bradley & K.Matheson (all PwC)). |
| | 2-Aug | $ | 8.88 | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 2-Aug | $ | 6.05 | | Roundtrip tolls during daily commute to client site |
| | 13-Aug | $ | 8.88 | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 13-Aug | $ | 6.70 | | Roundtrip tolls during daily commute to client site |
| | 14-Aug | $ | 8.88 | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 14-Aug | $ | 6.70 | | Roundtrip tolls during daily commute to client site |
| | 15-Aug | $ | 8.88 | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 15-Aug | $ | 6.70 | | Roundtrip tolls during daily commute to client site |
| | 16-Aug | $ | 8.88 | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 16-Aug | $ | 6.70 | | Roundtrip tolls during daily commute to client site |
| | 17-Aug | $ | 8.88 | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 17-Aug | $ | 6.70 | | Roundtrip tolls during daily commute to client site |
| | 20-Aug | $ | 8.88 | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 20-Aug | $ | 6.70 | | Roundtrip tolls during daily commute to client site |
| | 21-Aug | $ | 8.88 | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 21-Aug | $ | 6.70 | | Roundtrip tolls during daily commute to client site |
| | 22-Aug | $ | 8.88 | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 22-Aug | $ | 6.70 | | Roundtrip tolls during daily commute to client site |
| | 23-Aug | $ | 8.88 | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 24-Aug | $ | 6.70 | | Roundtrip tolls during daily commute to client site |
| | 24-Aug | $ | 8.88 | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 27-Aug | $ | 6.70 | | Roundtrip tolls during daily commute to client site |
| | 28-Aug | $ | 8.88 | | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 28-Aug | $ | 6.70 | | Roundtrip tolls during daily commute to client site |
| **Rubin Rakovsky** | | | | | |
| | 6-Aug | $ | 17.65 | | Mileage to client site in Curtis Bay, MD (client manufacturing plant site) in excess of daily commute (49.8 miles roundtrip - 18 normal roundtrip commute miles * rate 0 .555 per mile). |
| | 7-Aug | $ | 17.65 | | Mileage to client site in Curtis Bay, MD (client manufacturing plant site) in excess of daily commute (49.8 miles roundtrip - 18 normal roundtrip commute miles * rate 0 .555 per mile). |
| | 8-Aug | $ | 17.65 | | Mileage to client site in Curtis Bay, MD (client manufacturing plant site) in excess of daily commute (49.8 miles roundtrip - 18 normal roundtrip commute miles * rate 0 .555 per mile). |
| | 9-Aug | $ | 17.65 | | Mileage to client site in Curtis Bay, MD (client manufacturing plant site) in excess of daily commute (49.8 miles roundtrip - 18 normal roundtrip commute miles * rate 0 .555 per mile). |
| | 10-Aug | $ | 17.65 | | Mileage to client site in Curtis Bay, MD (client manufacturing plant site) in excess of daily commute (49.8 miles roundtrip - 18 normal roundtrip commute miles * rate 0 .555 per mile). |
| **Thomas Smith** | | | | | |
| | 6-Aug | $ | 38.86 | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.555 per mile). |
| | 27-Aug | $ | 38.86 | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.555 per mile). |
| | 29-Aug | $ | 38.86 | | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.555 per mile). |

| Summary | Total | Transportation | Lodging | Sundry | Business Meals |
|---|---|---|---|---|---|
| $ | 5,125.96 | $   2,949.27 | $ 1,606.18 | $   - | $   570.51 |

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
**For the period ended August 2012**

| Personnel | Date | Title | Expense | Description |
|---|---|---|---|---|
| **Alexandra Bond** | | | | |
| | 16-Jul | Tax Partner | $ 98.26 | 20% allocation for coach flight to Boca Raton, FL to meet with client (mulitple clients visited, 20% allocation used) |
| | 17-Jul | Tax Partner | $ 17.28 | Dinner for 1 while traveling to Boca Raton, FL for meeting with WR Grace tax department |
| | 17-Jul | Tax Partner | $ 9.00 | 20% allocation for airport parking while travelling for 2 days (mulitple clients visited, 20% allocation used) |
| | 17-Jul | Tax Partner | $ 41.60 | 20% allocation for Hertz rental car charges while travelling (mulitple clients visited, 20% allocation used) |
| **Alexandra Schmidt** | | | | |
| | 26-Jul | Audit Senior Associate | $ 88.56 | Overtime meal for 4 Alexandra Schmidt, Kathleen Bradley, William Struthers, Katey Webber (all PwC) |
| | 2-Aug | Audit Senior Associate | $ 84.76 | Overtime meal for 4 Alexandra Schmidt, Kathleen Bradley, William Struthers, Katey Webber (all PwC) |
| **Drew Levy** | | | | |
| | 30-Jul | Audit Associate | $ 477.00 | Nightly rate @$159.00 per night 3 nights at Homewood Suites hotel during travel to Grace in Cambridge, MA. |
| | 30-Jul | Audit Associate | $ 55.80 | Hotel taxes @ $18.60 per night for 4 nights at Homewood Suites hotel during travel to Grace in Cambridge, MA. |
| | 30-Jul | Audit Associate | $ 306.08 | Expense for Hertz rental car during travel to Grace site in Cambridge, MA. |
| | 1-Aug | Audit Associate | $ 42.21 | Travel dinner for D. Levy (PwC) and M. Berrigan (Grace) while in Cambridge, MA |
| | 30-Jul | Audit Associate | $ 48.00 | Parking at BWI airport during travel to Grace site in Cambridge, MA. |
| | 20-Aug | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 23-Aug | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 24-Aug | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 27-Aug | Audit Associate | $ 22.20 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles every day excess * .555 = 22.20). |
| | 27-Aug | Audit Associate | $ 455.20 | Roundtrip coach airfare for travel to Grace site in Lake Charles, LA. |
| | 27-Aug | Audit Associate | $ 48.00 | Parking at BWI airport during travel to Grace site in Lake Charles, LA. |
| | 27-Aug | Audit Associate | $ 298.00 | Nightly rate @$149.00 per night for 2 nights at L'Auberge hotel during travel to Grace in Lake Charles, LA. |
| | 27-Aug | Audit Associate | $ 38.74 | Hotel taxes @$19.37 per night for 2 nights at L'Auberge hotel during travel to Grace in Lake Charles, LA. |
| | 27-Aug | Audit Associate | $ 268.00 | Nightly rate @$134.00 per night for 2 nights at Holiday Inn (Houston, TX) during travel to Grace in Lake Charles, LA. |
| | 27-Aug | Audit Associate | $ 45.56 | Hotel taxes @ 22.78 per night for 2 nights at Holiday Inn (Houston, TX) during travel to Grace in Lake Charles, LA. |
| | 27-Aug | Audit Associate | $ 122.12 | Expense for Hertz rental car during travel to Grace site in Lake Charles, LA. |
| | 27-Aug | Audit Associate | $ 75.00 | Taxi fare to Houston, TX airport from Holiday Inn in Houston, TX for our travel to Grace site in Lake Charles, LA. |
| | 27-Aug | Audit Associate | $ 8.93 | Travel dinner for D. Levy (PwC) during travel to Grace site in Lake Charles, LA. |
| | 28-Aug | Audit Associate | $ 38.70 | Travel meal for D. Levy (PwC) and D. Vetter (Grace) during travel to Grace site in Lake Charles, LA. |
| **Elizabeth Sama** | | | | |
| | 16-Jul | Tax Senior Associate | $ 55.50 | Mileage in excess of daily commute (66 miles to client - 16 miles normal commute to the office = 50 miles every day excess =55.50). |
| | 17-Jul | Tax Senior Associate | $ 55.50 | Mileage in excess of daily commute (66 miles to client - 16 miles normal commute to the office = 50 miles every day excess * .555 = 27.75). |
| | 18-Jul | Tax Senior Associate | $ 101.00 | Marriott Boca Center hotel for 1 night in Boca Raton, FL (rate of $101 per night) |
| | 18-Jul | Tax Senior Associate | $ 16.00 | Marriott Boca Center hotel for 1 night in Boca Raton, FL ($16 tax per night for 1 night) |
| | 16-Jul | Tax Senior Associate | $ 8.00 | SunPass tolls for 7/16 through 7/18 when traveling to Boca Raton, FL |
| **Alfiya Galieva** | | | | |
| | 27-Aug | Audit Associate | $ 21.09 | Mileage in excess of daily commute (48 miles to client - 10 miles normal commute to the office = 38 miles every day excess =55.50). |
| | 28-Aug | Audit Associate | $ 21.09 | Mileage in excess of daily commute (48 miles to client - 10 miles normal commute to the office = 38 miles every day excess =55.50). |
| | 29-Aug | Audit Associate | $ 21.09 | Mileage in excess of daily commute (48 miles to client - 10 miles normal commute to the office = 38 miles every day excess =55.50). |
| | 30-Aug | Audit Associate | $ 21.09 | Mileage in excess of daily commute (48 miles to client - 10 miles normal commute to the office = 38 miles every day excess =55.50). |
| | 31-Aug | Audit Associate | $ 21.09 | Mileage in excess of daily commute (48 miles to client - 10 miles normal commute to the office = 38 miles every day excess =55.50). |
| **Jody B. Underhill** | | | | |
| | 16-Aug | Tax Director | $ 327.76 | Roundtrip coach airfare to travel to WR Grace for tax provision matters. |
| | 16-Aug | Tax Director | $ 72.36 | Hertz Rental car for 1 day while traveling on client business |
| | 16-Aug | Tax Director | $ 20.00 | 1 day of parking at Tampa airport while traveling out of town on client business |
| | 16-Aug | Tax Director | $ 11.20 | Tolls while traveling for client business |
| | 16-Aug | Tax Director | $ 18.00 | Taxi to Ft Lauderdale airport from client site (dropped off car earlier before client meeting). |
| | 16-Aug | Tax Director | $ 24.50 | Dinner for myself while traveling out of town on client business |
| | 21-Aug | Tax Director | $ 124.74 | Lunch: L.Paider, G.Hurwitz, E.Filon, D.Gonzalez, D.Poole, A.Clark, J.Leonardcyzk, J.Crossman (WRG) & L.Bond and Me (PwC) |
| | 21-Aug | Tax Director | $ 35.48 | Dinner for myself while traveling out of town on client business |
| | 21-Aug | Tax Director | $ 58.58 | Hertz Rental car for 1 day while traveling on client business |
| | 21-Aug | Tax Director | $ 20.00 | 1 day of parking at Tampa airport while traveling out of town on client business |
| | 21-Aug | Tax Director | $ 336.66 | Coach Airline travel to WR Grace to tax provision matters. |
| | 21-Aug | Tax Director | $ 6.45 | Tolls while traveling for client business |
| **Katherine Matheson** | | | | |

| | | | | |
|---|---|---|---|---|
| | 2-Aug | Audit Senior Manager | $ 35.52 | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .555 per mile). |
| | 3-Aug | Audit Senior Manager | $ 35.52 | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .555 per mile). |
| | 6-Aug | Audit Senior Manager | $ 35.52 | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .555 per mile). |
| | 7-Aug | Audit Senior Manager | $ 35.52 | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .555 per mile). |
| | 8-Aug | Audit Senior Manager | $ 35.52 | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .555 per mile). |
| | 9-Aug | Audit Senior Manager | $ 35.52 | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .555 per mile). |
| | 10-Aug | Audit Senior Manager | $ 35.52 | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .555 per mile). |
| | 23-Aug | Audit Senior Manager | $ 35.52 | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .555 per mile). |
| | 24-Aug | Audit Senior Manager | $ 35.52 | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .555 per mile). |
| | 27-Aug | Audit Senior Manager | $ 35.52 | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .555 per mile). |
| | 28-Aug | Audit Senior Manager | $ 35.52 | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .555 per mile). |
| | 29-Aug | Audit Senior Manager | $ 35.52 | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .555 per mile). |
| | 30-Aug | Audit Senior Manager | $ 35.52 | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .555 per mile). |
| **Kathleen Bradley** | | | | |
| | 1-Aug | Audit Senior Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 1-Aug | Audit Senior Associate | $ 6.05 | Roundtrip tolls during daily commute to client site |
| | 1-Aug | Audit Senior Associate | $ 105.35 | Overtime dinner on-site for 4 (T.Smith, A.Schmidt, K.Bradley & K.Matheson (all PwC)). |
| | 2-Aug | Audit Senior Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 2-Aug | Audit Senior Associate | $ 6.05 | Roundtrip tolls during daily commute to client site |
| | 13-Aug | Audit Senior Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 13-Aug | Audit Senior Associate | $ 6.70 | Roundtrip tolls during daily commute to client site |
| | 14-Aug | Audit Senior Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 14-Aug | Audit Senior Associate | $ 6.70 | Roundtrip tolls during daily commute to client site |
| | 15-Aug | Audit Senior Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 15-Aug | Audit Senior Associate | $ 6.70 | Roundtrip tolls during daily commute to client site |
| | 16-Aug | Audit Senior Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 16-Aug | Audit Senior Associate | $ 6.70 | Roundtrip tolls during daily commute to client site |
| | 17-Aug | Audit Senior Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 17-Aug | Audit Senior Associate | $ 6.70 | Roundtrip tolls during daily commute to client site |
| | 20-Aug | Audit Senior Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 20-Aug | Audit Senior Associate | $ 6.70 | Roundtrip tolls during daily commute to client site |
| | 21-Aug | Audit Senior Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 21-Aug | Audit Senior Associate | $ 6.70 | Roundtrip tolls during daily commute to client site |
| | 22-Aug | Audit Senior Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 22-Aug | Audit Senior Associate | $ 6.70 | Roundtrip tolls during daily commute to client site |
| | 23-Aug | Audit Senior Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 24-Aug | Audit Senior Associate | $ 6.70 | Roundtrip tolls during daily commute to client site |
| | 24-Aug | Audit Senior Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 27-Aug | Audit Senior Associate | $ 6.70 | Roundtrip tolls during daily commute to client site |
| | 28-Aug | Audit Senior Associate | $ 8.88 | Mileage in excess of daily commute (44 miles - 28 normal commute miles * rate 0 .555 per mile). |
| | 28-Aug | Audit Senior Associate | $ 6.70 | Roundtrip tolls during daily commute to client site |
| **Rubin Rakovsky** | | | | |
| | 6-Aug | Audit Associate | $ 17.65 | Mileage to client site in Curtis Bay, MD (client manufacturing plant site) in excess of daily commute (49.8 miles roundtrip - 18 normal roundtrip commute miles * rate 0 .555 per mile). |
| | 7-Aug | Audit Associate | $ 17.65 | Mileage to client site in Curtis Bay, MD (client manufacturing plant site) in excess of daily commute (49.8 miles roundtrip - 18 normal roundtrip commute miles * rate 0 .555 per mile). |
| | 8-Aug | Audit Associate | $ 17.65 | Mileage to client site in Curtis Bay, MD (client manufacturing plant site) in excess of daily commute (49.8 miles roundtrip - 18 normal roundtrip commute miles * rate 0 .555 per mile). |
| | 9-Aug | Audit Associate | $ 17.65 | Mileage to client site in Curtis Bay, MD (client manufacturing plant site) in excess of daily commute (49.8 miles roundtrip - 18 normal roundtrip commute miles * rate 0 .555 per mile). |
| | 10-Aug | Audit Associate | $ 17.65 | Mileage to client site in Curtis Bay, MD (client manufacturing plant site) in excess of daily commute (49.8 miles roundtrip - 18 normal roundtrip commute miles * rate 0 .555 per mile). |
| **Thomas Smith** | | | | |
| | 6-Aug | Audit Partner | $ 38.86 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.555 per mile). |
| | 27-Aug | Audit Partner | $ 38.86 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.555 per mile). |
| | 29-Aug | Audit Partner | $ 38.86 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles * rate - 0.555 per mile). |
| | | **Total** | | |
| | | $ 5,125.96 | | |