**Attachment B**
**To Fee Application**
**Summary of PwC's Fees By Professional**
**For the period of June 2012 through August 2012**

Professional Profiles
W.R. Grace & Co. Time Tracking - Darex Audit
For the period June 2012 through August 2012

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Tom Smith | Audit Partner | 20+ | $ 671.00 | 3.0 | $ 2,013.00 |
| Katherine Stivers Matheson | Audit Senior Manager | 10 | $ 413.02 | 14.0 | $ 5,782.28 |
| Alexandra L Schmidt | Audit Senior Associate | 5 | $ 207.58 | 40.0 | $ 8,303.20 |
| Kathleen Elizabeth Bradley | Audit Experienced Associate | 3 | $ 155.15 | 10.0 | $ 1,551.50 |
| Kathryn A Fitzpatrick | Audit Experienced Associate | 3 | $ 155.15 | 30.0 | $ 4,654.50 |
| Drew Levy | Audit Associate | 2 | $ 112.35 | 15.1 | $ 1,696.49 |
| | | | **Total** | **112.1** | **$ 24,000.97** |

**Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)**

| **Totals** | **0.0** | | **$ 0.00** |

{02411:PLDG:10155541.DOC}

## Summary of PwC's Fees By Project Category:
## For the period of June 2012 through August 2012

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 0.0 | 0.00 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |

{02411:PLDG:10155541.DOC}

| | | |
|---|---|---|
| **22-ZAI Science Trial** | | |
| **23-ZAI Science Trial-Expenses** | | |
| **24-Other** | | |
| **25-Accounting/Auditing** | 112.1 | 24,000.97 |
| **26-Business Analysis** | | |
| **27-Corporate Finance** | | |
| **28-Data Analysis** | | |
| **TOTAL:** | **112.1** | **$ 24,000.97** |

## Expense Summary
### For the period of June 2012 through August 2012

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| **Transportation** | N/A | $ 0.00 |
| **Lodging** | N/A | $0.00 |
| **Sundry** | N/A | $0.00 |
| **Business Meals** | N/A | $0.00 |
| **TOTAL:** | | $ 0.00 |

{02411:PLDG:10155541.DOC}