# EXHIBIT - A

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Tom Smith | Audit Partner | 20+ | $ 671.00 | 3.0 | $ 2,013.00 |
| Katherine Stivers Matheson | Audit Senior Manager | 10 | $ 413.02 | 14.0 | $ 5,782.28 |
| Alexandra L Schmidt | Audit Senior Associate | 5 | $ 207.58 | 40.0 | $ 8,303.20 |
| Kathleen Elizabeth Bradley | Audit Experienced Associate | 3 | $ 155.15 | 10.0 | $ 1,551.50 |
| Kathryn A Fitzpatrick | Audit Experienced Associate | 3 | $ 155.15 | 30.0 | $ 4,654.50 |
| Drew Levy | Audit Associate | 2 | $ 112.35 | 15.1 | $ 1,696.49 |
| | | | Total | 112.1 | $ 24,000.97 |