# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELEWARE

| | |
|---|---|
| IN RE: | ) |
| | ) |
| W.R. GRACE & CO., ET AL., | )  CASE NO.: 01-1139 |
| | ) |
| Debtors | )  CHAPTER 11 |
| | ) |

## NOTICE OF SUBSTITUTION OF COUNSEL

Please be advised that Ronald D. Gorsline is no longer associated with the law firm of Chambliss, Bahner & Stophel, P.C. and no longer representing Lawson Electric Co., Inc., in this matter. Notice is hereby given that while Lawson Electric Co., Inc. will continue to be represented by the law firm of Chambliss, Bahner & Stophel, P.C., all future correspondence and pleadings should now be addressed to Stephen D. Barham and Timothy M. Gibbons at the following address: 1000 Tallan Building, Two Union Square, Chattanooga, TN 37402.

Respectfully submitted,

**CHAMBLISS, BAHNER & STOPHEL, P.C.**

By: /s/ Stephen D. Barham
  Timothy M. Gibbons, TN BPR No. 014860
  Stephen D. Barham, TN BPR No. 019292
1000 Tallan Building
Two Union Square
Chattanooga, TN  37402
Telephone No.: (423) 757-0239
Facsimile No.:  (423) 508-1239
Email:  sbarham@cbslawfirm.com
*Counsel for Lawson Electric Co., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of the foregoing pleading has been served via United States Mail, postage prepaid and properly addressed to the following:

Curtis A. Hehn
James E. O'Neill
Kathleen P. Makowski
Laura Davis Jones
Scotta Edelen McFarland
Timothy P. Cairns
Pachulski, Stang, Ziehl & Jones, LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19801

David K. Hogan
The Hogan Firm
1311 Delaware Ave.
Wilmington, DE 19806

David W. Carickhoff
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

Janet S. Baer
Baer, Higgins, Fruchtman, LLC
111 East Wacker Drive
Suite 2800
Chicago, IL 60601

Paul W. Turner
The Carlile Law Firm
400 S. Alamo
Marshall, TX 75670

Roger J. Higgins, P.C.
The Law Offices of Roger Higgins, LLC
111 East Wacker Driver
Suite 2800
Chicago, IL 60601

Mark M. Billion
Billion Law
922 New Road
2nd Floor
Wilmington, DE 19805

Don Walton, United States Trustee
J. Calbe Boggs Federal Building
844 King Street, Suite 2313
Lockbox 35
Wilmington, DE 19801

This 16th day of October, 2012.

/s/ Stephen D. Barham
Stephen D. Barham