

October 11, 2012

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   221806

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
        THROUGH August 31, 2012

.

### CLIENT SUMMARY

**BALANCE AS OF- 08/31/12**

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| **.15537 -** 01- Case Administration | $484.00 | $26.52 | $510.52 |
| **.15538 -** 02 - Debtors' Business Operations | $165.00 | $0.00 | $165.00 |
| **.15543 -** 07 - Applicant's Fee Application | $1,125.00 | $0.00 | $1,125.00 |
| **.15544 -** 08 - Hearings | $605.00 | $0.00 | $605.00 |
| **.15545 -** 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) | $440.00 | $0.00 | $440.00 |
| **.15554 -** 18 - Plan & Disclosure Statement | $745.00 | $0.00 | $745.00 |
| *Client Total* | *$3,564.00* | *$26.52* | *$3,590.52* |

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---|---|---|
| TIMEKEEPER | HOURS | RATE | AMOUNT |
| Baena, Scott L | 0.20 | $700.00 | $140.00 |
| Sakalo, Jay M | 3.30 | $550.00 | $1,815.00 |
| Snyder, Jeffrey I | 0.70 | $410.00 | $287.00 |
| Donaire, Gloria | 4.30 | $220.00 | $946.00 |
| Flores, Luisa M | 1.60 | $235.00 | $376.00 |
| | | *TOTAL PROFESSIONAL FEES THIS PERIOD* | ***$3,564.00*** |

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---|
| Long Distance Telephone | $16.72 |
| Postage | $2.70 |
| Copies | $7.10 |
| *TOTAL COSTS ADVANCED THIS PERIOD* | ***$26.52*** |

| TOTAL BALANCE DUE THIS PERIOD | $3,590.52 |
|---|---|

**Atty – SLB**
**Client No.: 74817/15537**

RE:  01- Case Administration

| 08/01/12 | GD | 0.10 | 22.00 | Obtain and analyze daily dockets for Jay Sakalo with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 08/02/12 | GD | 0.10 | 22.00 | Obtain and analyze daily dockets for Jay Sakalo with regards to W.R. Grace & Co., et al. #1:01-bk-01139 & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB |
| 08/03/12 | GD | 0.10 | 22.00 | Obtain and analyze daily dockets for Jay Sakalo reference with regards to W.R. Grace & Co., et al.# 1:01-bk-01139 & W.R. Grace & Co., et al.# 1:01-bk-01139. |
| 08/06/12 | GD | 0.10 | 22.00 | Obtain and analyze daily dockets for Jay Sakalo reference with regards to W.R. Grace & Co., et al. #1:01-bk-01139 & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 08/07/12 | GD | 0.10 | 22.00 | Obtain and analyze daily dockets for Jay Sakalo reference with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 08/08/12 | GD | 0.10 | 22.00 | Obtain and analyze daily dockets for Jay Sakalo reference with regards to W.R. Grace & Co., et al. #1:01-bk-01139 & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 08/09/12 | GD | 0.10 | 22.00 | Obtain and analyze daily dockets for Jay Sakalo reference with regards to W.R. Grace & Co., et al. # 1:01-bk-01139 & W.R. Grace & Co., et al. # 1:01-bk-01139. |
| 08/10/12 | GD | 0.10 | 22.00 | Obtain and analyze daily dockets for Jay Sakalo reference with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199. |
| 08/13/12 | GD | 0.10 | 22.00 | Obtain and analyze daily dockets for Jay Sakalo reference with regards to W.R. Grace & Co., et al. # 01-01139 & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 08/14/12 | GD | 0.10 | 22.00 | Obtain and analyze daily dockets for Jay Sakalo reference with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB |
| 08/15/12 | GD | 0.10 | 22.00 | Obtain and analyze daily dockets for Jay Sakalo reference with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 08/16/12 | GD | 0.10 | 22.00 | Obtain and analyze daily dockets for Jay Sakalo reference with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 08/17/12 | GD | 0.10 | 22.00 | Obtain and analyze daily dockets for Jay Sakalo reference with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 08/20/12 | GD | 0.10 | 22.00 | Obtain and analyze daily dockets for Jay Sakalo reference with regards to W.R. Grace & Co., et al. & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 08/21/12 | GD | 0.10 | 22.00 | Obtain and analyze daily dockets for Jay Sakalo reference with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 08/22/12 | GD | 0.10 | 22.00 | Obtain and analyze daily dockets for Jay Sakalo reference with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 08/23/12 | GD | 0.10 | 22.00 | Obtain and analyze daily dockets for Jay Sakalo reference with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |

| 08/27/12 | GD | 0.10 | 22.00 | Obtain and analyze daily docket reports for Jay Sakalo reference with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 08/28/12 | GD | 0.10 | 22.00 | Obtain and analyze daily docket report for Jay Sakalo reference with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & W.R. Grace & Co., et al. #: 01-01139-JKF. |
| 08/29/12 | GD | 0.10 | 22.00 | Obtain and analyze daily docket reports for Jay Sakalo reference with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 08/30/12 | GD | 0.10 | 22.00 | Obtain and analyze daily docket reports for Jay Sakalo reference with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |
| 08/31/12 | GD | 0.10 | 22.00 | Obtain and analyze daily docket reports for Jay Sakalo reference with regards to W.R. Grace & Co., et al. #: 01-01139-JKF & In re: W.R. Grace & Co. et al. #: 1:11-cv-00199-RLB. |

**PROFESSIONAL SERVICES** **$484.00**

### COSTS ADVANCED

| 08/08/12 | Postage | 2.70 |
| 08/31/12 | Long Distance Telephone (813)225-4119; 22 Mins. | 16.72 |
| 08/08/12 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 08/08/12 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 08/08/12 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 08/08/12 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 08/09/12 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/09/12 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 08/14/12 | Copies 14 pgs @ 0.10/pg | 1.40 |

**TOTAL COSTS ADVANCED** **$26.52**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
| --- | --- | --- | --- |
| Donaire, Gloria | 2.20 | $220.00 | $484.00 |
| *TOTAL* | *2.20* | | *$484.00* |

### MATTER SUMMARY OF COSTS ADVANCED

| Long Distance Telephone | $16.72 |
| Postage | $2.70 |
| Copies | $7.10 |
| *TOTAL* | *$26.52* |

**CURRENT BALANCE DUE THIS MATTER** **$510.52**



BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15538**

**RE: 02 - Debtors' Business Operations**

08/09/12    JMS    0.30    165.00    Review post-confirmation operating report.

**PROFESSIONAL SERVICES**                                                                          **$165.00**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.30 | $550.00 | $165.00 |
| *TOTAL* | *0.30* | | *$165.00* |

**CURRENT BALANCE DUE THIS MATTER**                                                    **$165.00**

**Atty – SLB**
**Client No.: 74817/15543**

**RE: 07 - Applicant's Fee Application**

| 08/08/12 | GD | 2.10 | 462.00 | Prepare preliminary draft of Forty-Fifth Interim Quarterly Fee Application by Bilzin Sumberg Baena Price & Axelrod LLP for Approval and Allowance of Compensation for Services Rendered an Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period of April 1, 2012 through June 30, 2012. |
| 08/14/12 | LMF | 0.80 | 188.00 | Review, revise and finalize draft of quarterly fee application and submit to attorney for final review. |
| 08/16/12 | JIS | 0.70 | 287.00 | Review and revise 45th quarterly interim fee application. |
| 08/20/12 | LMF | 0.40 | 94.00 | Revise quarterly application and send to local counsel for filing. |
| 08/24/12 | LMF | 0.40 | 94.00 | Prepare notice and summary for July fees and costs and submit to local counsel for filing. |

**PROFESSIONAL SERVICES** $1,125.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Snyder, Jeffrey I | 0.70 | $410.00 | $287.00 |
| Donaire, Gloria | 2.10 | $220.00 | $462.00 |
| Flores, Luisa M | 1.60 | $235.00 | $376.00 |
| *TOTAL* | *4.40* | | *$1,125.00* |

**MATTER SUMMARY OF COSTS ADVANCED**

| | |
|---|---|
| *TOTAL* | *$0.00* |

**CURRENT BALANCE DUE THIS MATTER** $1,125.00

**Atty – SLB**
**Client No.: 74817/15544**

**RE: 08 - Hearings**

| | | | | |
|---|---|---|---|---|
| 08/01/12 | JMS | 1.10 | 605.00 | Review Amended Notice of Appeal filed by Anderson Memorial Hospital (.2); outline of issues raised by Appellants thus far (.9). |

**PROFESSIONAL SERVICES** $605.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 1.10 | $550.00 | $605.00 |
| *TOTAL* | *1.10* | | *$605.00* |

**CURRENT BALANCE DUE THIS MATTER** $605.00

**Atty – SLB**
**Client No.: 74817/15545**

**RE:  09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)**

| 08/15/12 | JMS | 0.40 | 220.00 | Review revised order regarding 2019 statements and email to Committee regarding same. |
| 08/24/12 | JMS | 0.40 | 220.00 | Review discovery responses and email to J. Mosse regarding same. |

**PROFESSIONAL SERVICES**                                                                 **$440.00**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.80 | $550.00 | $440.00 |
| *TOTAL* | *0.80* | | *$440.00* |

**CURRENT BALANCE DUE THIS MATTER**                                          **$440.00**

**Atty – SLB**
**Client No.: 74817/15554**

RE: **18 - Plan & Disclosure Statement**

| | | | | |
|---|---|---|---|---|
| 08/08/12 | JMS | 0.40 | 220.00 | Review dockets for appeals to 3rd Circuit. |
| 08/09/12 | JMS | 0.30 | 165.00 | Email response to D. Speights regarding effective date of plan. |
| 08/15/12 | JMS | 0.40 | 220.00 | Review Anderson's designation of record and statement of issues on appeal to 3rd Circuit. |
| 08/21/12 | SLB | 0.20 | 140.00 | Attention to notice of issues on appeal by Anderson Memorial (.2). |

PROFESSIONAL SERVICES                                                                $745.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.20 | $700.00 | $140.00 |
| Sakalo, Jay M | 1.10 | $550.00 | $605.00 |
| *TOTAL* | *1.30* | | *$745.00* |

CURRENT BALANCE DUE THIS MATTER                                                     $745.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP