IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No.  01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: November 8, 2012 |
| | ) | |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
JULY 1, 2012 THROUGH JULY 31,  2012

---

[1] The Debtors consist of the following 62 entities:  W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (Horton Iron & Metal)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co.
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD 21044

August 31, 2012
Client/Matter #  01246-015355
Invoice # 149763
Federal ID# 52-1247549

---

For Legal Services Rendered Through 07/31/12 in Connection With:

**PLEASE REMIT PAYMENT TO :**      **BEVERIDGE & DIAMOND, P.C.**
                                   SUITE 700
                                   1350 I STREET, N.W.
                                   WASHINGTON, D.C. 20005-3311

**Horton Iron & Metal**

| | | | | |
|---|---|---|---|---|
| 07/02/12 | R. Brager | L120 | 0.40 | Review documents re additional sites. |
| 07/02/12 | R. Brager | L120 | 0.60 | Telephone conference with H. Feichko re strategy. |
| 07/02/12 | P. Marks | L120 | 1.10 | Review documents. |
| 07/03/12 | P. Marks | L120 | 0.30 | Scheduling coordination and language evaluation. |
| 07/09/12 | R. Brager | L120 | 1.00 | Review materials and strategy conference with P. Marks and S. Albert. |
| 07/09/12 | P. Marks | L120 | 1.00 | Prepare for and conduct conference with R. Brager and S. Albert to analyze legal issues and prepare for meeting with co-counsel and client. |
| 07/09/12 | S. Albert | L120 | 1.50 | Perform legal research. |
| 07/09/12 | S. Albert | L120 | 1.00 | Prepare for and meeting with R. Brager and P. Marks re research and case strategy. |
| 07/09/12 | T. Kolkin | L120 | 2.30 | Prepare memorandum. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 149763
August 31, 2012
PAGE  2

| 07/10/12 | R. Brager | L120 | 0.60 | Review T. Kolkin memorandum and legal research issues and outline issues re same. |
| 07/11/12 | P. Marks | L120 | 1.20 | Review T. Kolkin research and S. Albert summary of research and prepare for client meeting. |
| 07/12/12 | R. Brager | L120 | 3.40 | Strategy conference with client. |
| 07/12/12 | P. Marks | L120 | 3.40 | Team telephone conference re legal interpretation issues. |
| 07/12/12 | S. Albert | L120 | 2.60 | Conduct research and begin outline re same. |
| 07/12/12 | S. Albert | L120 | 3.40 | Meeting with P. Marks, R. Brager, L. Duff, and H. Feichko. |
| 07/12/12 | T. Elsen | L120 | 0.70 | Research and conference with S. Albert re same. |
| 07/13/12 | P. Marks | L120 | 2.50 | Evaluation of legal issues and agency positions re same, prepare emails re evaluation to S. Albert and R. Brager. |
| 07/13/12 | P. Marks | L120 | 0.40 | Emails with R. Brager and S. Albert re research. |
| 07/13/12 | S. Albert | L120 | 0.80 | Exchange and review emails with T. Elsen, R. Brager, and P. Marks re legal analysis. |
| 07/13/12 | T. Elsen | L120 | 2.30 | Research. |
| 07/15/12 | R. Brager | L120 | 1.00 | Analysis and e-mail to P. Marks and S. Albert re same. |
| 07/15/12 | S. Albert | L120 | 0.30 | Exchange emails with R. Brager and P. Marks re legal analysis. |
| 07/16/12 | R. Brager | L120 | 0.50 | Exchange e-mails with P. Marks and S. Albert re issues. |
| 07/16/12 | S. Albert | L120 | 7.00 | Research and outline legal issues and review and comparison of documents. |
| 07/17/12 | P. Marks | L120 | 0.60 | Telephone conference with H. Feichko re scheduling, follow-up re same and strategy memorandum tasks. |
| 07/18/12 | R. Brager | L120 | 0.30 | Conference with P. Marks and S. Albert re briefings issues. |
| 07/18/12 | R. Brager | L120 | 0.20 | Telephone conference with S. Albert re briefings issues. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  149763
August 31, 2012
PAGE  3

| 07/18/12 | P. Marks | L120 | 0.30 | Telephone conference with H. Feichko re factual assessment. |
|---|---|---|---|---|
| 07/18/12 | P. Marks | L120 | 0.30 | Conference with S. Albert and R. Brager re structure of legal arguments. |
| 07/18/12 | P. Marks | L120 | 0.40 | Conference with S. Albert and evaluate content and structure of legal arguments. |
| 07/18/12 | P. Marks | L120 | 1.50 | Evaluate legal issues. |
| 07/18/12 | S. Albert | L120 | 0.90 | Conferences with P. Marks and R. Brager re legal analysis. |
| 07/18/12 | S. Albert | L120 | 9.10 | Research and draft legal analysis. |
| 07/19/12 | P. Marks | L120 | 0.40 | Coordinate with S. Albert re research. |
| 07/19/12 | S. Albert | L120 | 0.40 | Conference with P. Marks re research. |
| 07/19/12 | S. Albert | L120 | 7.40 | Draft and prepare legal analysis. |
| 07/19/12 | T. Elsen | L120 | 5.30 | Research. |
| 07/20/12 | P. Marks | L120 | 0.60 | Conference with H. Feichko and L. Duff re documents and direct D. Paul and S. Albert re same. |
| 07/20/12 | T. Elsen | L120 | 0.30 | Research. |
| 07/23/12 | P. Marks | L120 | 0.30 | Telephone conference with S. Albert re factual research and follow-up emails re same. |
| 07/23/12 | S. Albert | L120 | 0.60 | Meeting with D. Paul re case background and telephone conference with P. Marks re same. |
| 07/23/12 | S. Albert | L120 | 3.10 | Preparation of legal analysis. |
| 07/23/12 | D. Paul | L120 | 1.40 | Conference with S. Albert and conduct research per S. Albert instructions. |
| 07/24/12 | S. Albert | L120 | 3.00 | Preparation of legal analysis. |
| 07/24/12 | D. Paul | L120 | 1.60 | Conduct additional research per S. Albert instructions. |
| 07/25/12 | R. Brager | L120 | 0.40 | Exchange e-mails with S. Albert re brief; conference with S. Albert re same. |
| 07/25/12 | S. Albert | L120 | 6.60 | Preparation of legal analysis. |
| 07/25/12 | S. Albert | L120 | 1.40 | Review D. Paul research. |

BEVERIDGE & DIAMOND, P.C.

| | | | | |
|---|---|---|---|---|
| 07/26/12 | R. Brager | L120 | 0.20 | Telephone conference with H. Feichko re strategy. |
| 07/26/12 | R. Brager | L120 | 0.20 | Conference with S. Albert re brief issues. |
| 07/26/12 | P. Marks | L120 | 3.40 | Factual research and strategy development re same. |
| 07/26/12 | P. Marks | L120 | 0.30 | Telephone conference with S. Albert and H. Feichko re tasks and strategies. |
| 07/26/12 | S. Albert | L120 | 1.10 | Draft correspondence and conference re same. |
| 07/26/12 | S. Albert | L120 | 6.90 | Preparation of legal analysis. |
| 07/26/12 | D. Paul | L120 | 1.70 | Research tasks per S. Albert instructions. |
| 07/26/12 | T. Elsen | L120 | 6.30 | Prepare exhibits and citations and download documents from web site. |
| 07/27/12 | S. Albert | L120 | 0.80 | Conference with T. Elsen re research and draft email re same. |
| 07/27/12 | D. Paul | L120 | 1.00 | Finalize and send correspondence and prepare tracking charts re same. |
| 07/27/12 | T. Elsen | L120 | 2.00 | Prepare exhibits and review documents downloaded from web site. |
| 07/29/12 | S. Albert | L120 | 2.00 | Edit legal analysis and send to P. Marks and R. Brager for review. |
| 07/30/12 | R. Brager | L120 | 1.50 | Review and edit analysis; telephone conference with S. Albert re same. |
| 07/30/12 | S. Albert | L120 | 1.50 | Conference with R. Brager re legal analysis and revision with his edits. |
| 07/31/12 | R. Brager | L120 | 0.30 | Exchange e-mails with S. Albert re brief. |
| 07/31/12 | P. Marks | L120 | 0.40 | Coordinate with S. Albert re legal analysis. |
| 07/31/12 | P. Marks | L120 | 1.10 | Prepare memorandum to client re research. |
| 07/31/12 | S. Albert | L120 | 0.60 | Revise legal analysis and additional research for R. Brager. |
| 07/31/12 | S. Albert | L120 | 0.40 | Conference with P. Marks re legal analysis. |

**Total Hours :**                    **117.40**

BEVERIDGE & DIAMOND, P.C.

Total Fees :                    $41,835.16

BEVERIDGE & DIAMOND, P.C.

## Time Summary :

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| R. Brager | 10.60 | $657.80 | $6,972.68 |
| P. Marks | 19.50 | $469.20 | $9,149.40 |
| S. Albert | 62.40 | $349.60 | $21,815.04 |
| T. Kolkin | 2.30 | $202.40 | $465.52 |
| D. Paul | 5.70 | $179.40 | $1,022.58 |
| T. Elsen | 16.90 | $142.60 | $2,409.94 |

|  |  |
|---|---|
| Total Fees : | $41,835.16 |
| Total Fees: | $41,835.16 |

## Summary by Task Codes :

| CODE | Hours | Bill Amount |
|---|---|---|
| L100 |  |  |
| L120 | 117.40 | $41,835.16 |
| Total L100 | 117.40 | $41,835.16 |
| Total Fees : | 117.40 | $41,835.16 |

## Summary by Disbursement Codes :

|  |  | Bill Amount |
|---|---|---|
| E111 | Meals | $55.87 |
| Total Disbursements : |  | $55.87 |
| TOTAL DUE : |  | $41,891.03 |

# EXHIBIT B

## (IRIS)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300


W. R. Grace & Co.                           August 31, 2012
Attn: Lydia B. Duff, Esq.                   Client/Matter #  01246-015172
7500 Grace Drive                            Invoice # 149762
Columbia, MD  21044                         Federal ID# 52-1247549


For Legal Services Rendered Through 07/31/12 in Connection With:

**PLEASE REMIT PAYMENT TO :**     **BEVERIDGE & DIAMOND, P.C.**
                                  **SUITE 700**
                                  **1350 I STREET, N.W.**
                                  **WASHINGTON, D.C. 20005-3311**


<u>IRIS</u>


| | | | | |
|---|---|---|---|---|
| 07/02/12 | P. Marks | C300 | 2.40 | Document and transcript review and evaluation. |
| 07/02/12 | P. Marks | C300 | 0.50 | Document research. |
| 07/02/12 | J. Lanham | C300 | 6.50 | Document review and prepare and email summary re same. |
| 07/03/12 | K. Bourdeau | C300 | 0.50 | E-mail communications. |
| 07/03/12 | P. Marks | C300 | 3.30 | Assess transcripts. |
| 07/03/12 | P. Marks | C300 | 2.90 | Assess documents and prepare email to client re documents, and related tasks. |
| 07/03/12 | J. Lanham | C300 | 2.80 | Document review. |
| 07/03/12 | E. Wolk | C300 | 0.30 | Monitoring. |
| 07/05/12 | K. Bourdeau | C300 | 0.30 | E-mail communications. |
| 07/06/12 | K. Bourdeau | C300 | 0.30 | E-mail communications. |
| 07/06/12 | K. Bourdeau | C300 | 0.30 | Conference with P. Marks. |
| 07/06/12 | P. Marks | C300 | 0.30 | Telephone conference with K. Bourdeau. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  149762
August 31, 2012
PAGE  2

| 07/06/12 | P. Marks | C300 | 3.10 | Transcript evaluation. |
|---|---|---|---|---|
| 07/06/12 | P. Marks | C300 | 2.50 | Prepare for meeting with client, direct staff re research tasks re same and provide an update to client on these issues. |
| 07/06/12 | J. Lanham | C300 | 0.20 | Document review and research follow-up. |
| 07/06/12 | E. Wolk | C300 | 0.50 | Monitoring. |
| 07/07/12 | K. Bourdeau | C300 | 1.50 | Conduct brief review of comments and prepare e-mail to P. Marks re reaction to same. |
| 07/07/12 | P. Marks | C300 | 3.50 | Transcript review. |
| 07/08/12 | K. Bourdeau | C300 | 1.00 | Work on letter outline. |
| 07/09/12 | K. Bourdeau | C300 | 0.60 | Work on letter outline. |
| 07/09/12 | K. Bourdeau | C300 | 0.20 | E-mail communications re recent developments. |
| 07/09/12 | P. Marks | C300 | 3.40 | Transcript review and evaluation. |
| 07/09/12 | P. Marks | C300 | 1.80 | Coordinate with client re evaluations, ongoing tasks and related scheduling, and prepare agenda for meeting re same. |
| 07/09/12 | J. Lanham | C300 | 0.50 | Follow-up telephone calls re document research. |
| 07/09/12 | E. Wolk | C300 | 0.30 | Monitoring. |
| 07/10/12 | K. Bourdeau | C300 | 0.80 | Communications with P. Marks and preparation for strategy meeting. |
| 07/10/12 | P. Marks | C300 | 4.20 | Transcript review and evaluation and prepare summary re same. |
| 07/10/12 | P. Marks | C300 | 0.80 | Review consultant document re issue evaluation. |
| 07/10/12 | P. Marks | C300 | 0.30 | Direct J. Lanham re related document research and coordinate with consultant re same. |
| 07/10/12 | J. Lanham | C300 | 1.00 | Prepare summary re outstanding document requests and follow-up calls re same. |
| 07/11/12 | K. Bourdeau | C300 | 4.50 | Preparation for and participate in strategy meeting with Grace team. |
| 07/11/12 | P. Marks | C300 | 0.30 | Follow-up re document research and direct E. Wolk re research task. |
| 07/11/12 | P. Marks | C300 | 3.30 | Team strategy meeting and related preparation. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 149762
August 31, 2012
PAGE  3

| 07/11/12 | P. Marks | C300 | 3.20 | Review report. |
|---|---|---|---|---|
| 07/11/12 | P. Marks | C300 | 0.70 | Prepare emails and coordination with court reporter re transcript corrections. |
| 07/11/12 | E. Wolk | C300 | 0.30 | Monitoring. |
| 07/12/12 | K. Bourdeau | C300 | 3.30 | Review revised report and prepare comments thereon. |
| 07/12/12 | P. Marks | C300 | 1.00 | Update client team re document research and telephone conference re same. |
| 07/12/12 | P. Marks | C300 | 0.20 | Review K. Bourdeau email comments. |
| 07/12/12 | P. Marks | C300 | 0.60 | Team weekly telephone conference and manage documents for review and direct staff re same. |
| 07/12/12 | D. Paul | C400 | 0.20 | Multiple telephone calls with court reporter. |
| 07/12/12 | E. Wolk | C300 | 0.30 | Research per P. Marks. |
| 07/13/12 | K. Bourdeau | C300 | 0.30 | Communications re path forward. |
| 07/13/12 | P. Marks | C300 | 1.50 | Evaluate documents. |
| 07/13/12 | E. Wolk | C300 | 0.30 | Monitoring. |
| 07/14/12 | K. Bourdeau | C300 | 2.50 | Review document and prepare list of comments thereon, and prepare e-mail to Grace team re same. |
| 07/16/12 | K. Bourdeau | C300 | 2.00 | Participate in Grace team call and follow-up communications re same. |
| 07/16/12 | P. Marks | C300 | 1.20 | Conduct client and consultant telephone conferences re document. |
| 07/16/12 | P. Marks | C300 | 3.60 | Review and analyze document and email correspondence re same. |
| 07/17/12 | K. Bourdeau | C300 | 0.50 | Communications re new legislative developments and preparation for proceedings. |
| 07/17/12 | P. Marks | C300 | 0.20 | Follow-up re document research. |
| 07/17/12 | P. Marks | C300 | 0.80 | Telephone conference with H. Feichko re issues, communications with consultants re same, and multiple emails re meeting preparation. |
| 07/18/12 | K. Bourdeau | C300 | 0.50 | E-mail communications. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  149762
August 31, 2012
PAGE  4

| | | | | |
|---|---|---|---|---|
| 07/19/12 | K. Bourdeau | C300 | 0.80 | Participate in strategy conference call and follow-up e-mail. |
| 07/19/12 | P. Marks | C300 | 0.80 | Weekly call. |
| 07/19/12 | P. Marks | C300 | 2.20 | Review and assess materials in preparation for conference with consultant. |
| 07/20/12 | P. Marks | C300 | 4.10 | Prepare for and conference with consultant, L. Duff and H. Feichko and post meeting continued conference with L. Duff and H. Feichko re same. |
| 07/20/12 | E. Wolk | C300 | 0.30 | Monitoring. |
| 07/22/12 | K. Bourdeau | C300 | 0.50 | Review memorandum and evaluate advocacy positions. |
| 07/23/12 | K. Bourdeau | C300 | 3.30 | Review draft supplemental comments and prepare and transmit comments to Grace team re same. |
| 07/23/12 | P. Marks | C300 | 0.50 | Coordinate with J. Lanham re receipt of documents and review process. |
| 07/23/12 | P. Marks | C300 | 4.50 | Prepare expert consultants for teleconference and telephone conference with client team re same. |
| 07/23/12 | P. Marks | C300 | 1.20 | Address receipt of requested data, review same and multiple emails with client team re same. |
| 07/23/12 | J. Lanham | C300 | 1.50 | Document research. |
| 07/23/12 | E. Wolk | C300 | 0.30 | Monitoring. |
| 07/24/12 | K. Bourdeau | C300 | 1.50 | Review comments and multiple e-mail exchanges re same. |
| 07/24/12 | P. Marks | C300 | 0.90 | Review new information from agency, and documents, and prepare emails to client re same. |
| 07/24/12 | P. Marks | C300 | 0.20 | Telephone conference with J. Lanham re document request and document review. |
| 07/24/12 | P. Marks | C300 | 4.90 | Research and prepare summary re technical issues to support consultant's comments re same, and multiple communications with consultant and client team re same. |
| 07/24/12 | J. Lanham | C300 | 0.20 | Telephone conference with P. Marks re document review. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  149762
August 31, 2012
PAGE  5

| 07/24/12 | J. Lanham | C300 | 4.80 | Document review and research. |
|---|---|---|---|---|
| 07/24/12 | E. Wolk | C300 | 0.30 | Monitoring. |
| 07/25/12 | K. Bourdeau | C300 | 0.70 | Review comments filed with agency. |
| 07/25/12 | K. Bourdeau | C300 | 4.30 | Participate in teleconference with agency and follow-up with client. |
| 07/25/12 | P. Marks | C300 | 3.20 | Participate in conference call. |
| 07/25/12 | P. Marks | C300 | 1.10 | Participate in client team conference call. |
| 07/25/12 | E. Wolk | C300 | 0.30 | Research. |
| 07/26/12 | K. Bourdeau | C300 | 0.30 | Email to P. Marks re action items and review expert communications. |
| 07/26/12 | J. Lanham | C300 | 5.00 | Research. |
| 07/27/12 | P. Marks | C300 | 0.40 | Review new letter received re data requests and evaluate and communicate with J. Lanham and client team re same. |
| 07/27/12 | J. Lanham | C300 | 0.50 | Review agency response to document request, coordinate with P. Marks re same and email correspondence re same. |
| 07/27/12 | E. Wolk | C300 | 0.30 | Monitoring. |
| 07/30/12 | K. Bourdeau | C300 | 0.30 | Internal communications re action items, recent developments. |
| 07/30/12 | P. Marks | C300 | 1.40 | Assessment of documents and document research correspondence and direct J. Lanham re same. |
| 07/30/12 | P. Marks | C300 | 1.50 | Prepare for and attend telephone conference with L. Duff, H. Feichko and consultants re meeting planning and review information re same. |
| 07/30/12 | J. Lanham | C300 | 0.50 | Document related activities. |
| 07/31/12 | K. Bourdeau | C300 | 0.30 | Review recent developments and e-mail communications with client re same. |
| 07/31/12 | K. Bourdeau | C300 | 0.50 | Communications with team. |
| 07/31/12 | K. Bourdeau | C300 | 0.50 | Conference with P. Marks re recent developments, action items, path forward. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  149762
August 31, 2012
PAGE  6

| 07/31/12 | P. Marks | C300 | 0.50 | Telephone conference with K. Bourdeau to coordinate re tasks and update information. |
| 07/31/12 | P. Marks | C300 | 0.70 | Telephone conference with H. Feichko re data requests and tasks, and email exchange with R. Finke re same. |

**Total Hours :**                      133.00

**Total Fees :**                    $63,493.80

BEVERIDGE & DIAMOND, P.C.

INVOICE #  149762
August 31, 2012
PAGE  7

## Time Summary :

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 32.10 | $657.80 | $21,115.38 |
| P. Marks | 73.70 | $469.20 | $34,580.04 |
| J. Lanham | 23.50 | $303.60 | $7,134.60 |
| D. Paul | 0.20 | $179.40 | $35.88 |
| E. Wolk | 3.50 | $179.40 | $627.90 |
| **Total Fees :** | | | **$63,493.80** |
| **Total Fees:** | | | **$63,493.80** |

## Summary by Task Codes :

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 132.80 | $63,457.92 |
| C400 | 0.20 | $35.88 |
| Total | 133.00 | $63,493.80 |
| **Total Fees :** | **133.00** | **$63,493.80** |

## Summary by Disbursement Codes :

|  |  | Bill Amount |
|---|---|---|
| 026 | Information Service | $63.75 |
| E105 | Telephone | $7.30 |
| E110 | Out-of-town Travel | $115.12 |
| **Total Disbursements :** | | **$186.17** |
| **TOTAL DUE :** | | **$63,679.97** |

# EXHIBIT C

## (Trivalent Chromium)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co.                                      August 31, 2012
Attn: Lydia B. Duff, Esq.                              Client/Matter #  01246-014988
7500 Grace Drive                                       Invoice # 149760
Columbia, MD  21044                                    Federal ID# 52-1247549

For Legal Services Rendered Through 07/31/12 in Connection With:

**PLEASE REMIT PAYMENT TO :**      BEVERIDGE & DIAMOND, P.C.
                                   SUITE 700
                                   1350 I STREET, N.W.
                                   WASHINGTON, D.C. 20005-3311

<u>**Trivalent Chromium**</u>

| | | | | |
|---|---|---|---|---|
| 07/09/12 | L. Selba | C300 | 1.00 | Compile attachments for petition. |
| 07/10/12 | L. Selba | C300 | 1.00 | Prepare petition. |
| 07/11/12 | L. Selba | C300 | 3.00 | Prepare petition and conduct related research. |
| 07/16/12 | P. Marks | C300 | 2.20 | Evaluate draft petition, and related documents and data. |
| 07/16/12 | L. Selba | C300 | 2.00 | Prepare petition. |
| 07/17/12 | P. Marks | C300 | 3.10 | Detailed review of new information and telephone conference with client re same and draft petition. |
| 07/17/12 | L. Selba | C300 | 9.50 | Prepare petition and telephone conference with client re same. |
| 07/18/12 | P. Marks | C300 | 0.30 | Prepare for and conduct telephone conference and email to L. Duff re same. |
| 07/18/12 | L. Selba | C300 | 1.00 | Prepare petition. |
| 07/19/12 | P. Marks | C300 | 0.50 | Review and assess data citations from client, and assign T. Elsen research re same. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  149760
August 31, 2012
PAGE  2

| 07/19/12 | T. Elsen | C300 | 0.80 | Research per P. Marks. |
|----------|----------|------|------|------------------------|
| 07/23/12 | P. Marks | C300 | 0.40 | Conference with L. Selba re other state reviews of petitions and comparison approach to same. |
| 07/23/12 | L. Selba | C300 | 0.40 | Conference with P. Marks re petition. |
| 07/23/12 | L. Selba | C300 | 4.60 | Prepare petition. |
| 07/24/12 | L. Selba | C300 | 0.30 | Telephone conference with D. Panofsky (Wisconsin DNR) re Wisconsin trivalent chromium determinations percentage of total chromium in waste. |
| 07/25/12 | L. Selba | C300 | 0.50 | Review Wisconsin WE Energies petition. |
| 07/25/12 | T. Elsen | C300 | 2.00 | Research per P. Marks. |
| 07/26/12 | P. Marks | C300 | 1.10 | Prepare for and conduct telephone conference with client team re petition preparation. |
| 07/26/12 | P. Marks | C300 | 2.70 | Prepare petition and data summary. |
| 07/26/12 | P. Marks | C300 | 0.40 | Direct L. Selba and staff re petition tasks. |
| 07/26/12 | L. Selba | C300 | 1.90 | Update data sheet re petition. |
| 07/26/12 | L. Selba | C300 | 1.10 | Prepare for and conduct telephone conference with client re petition. |
| 07/27/12 | P. Marks | C300 | 1.90 | Prepare petition and circulate to team with comments. |
| 07/30/12 | P. Marks | C300 | 1.20 | Prepare petition, including multiple emails with client for follow-up information. |
| 07/30/12 | L. Selba | C300 | 6.00 | Prepare petition. |
| 07/31/12 | P. Marks | C300 | 0.60 | Exchange client emails re petition and factual corrections. |
| 07/31/12 | P. Marks | C300 | 0.90 | Conference with L. Selba to review petition structure and exhibits. |
| 07/31/12 | L. Selba | C300 | 3.10 | Prepare petition. |
| 07/31/12 | L. Selba | C300 | 0.90 | Conference with P. Marks re petition. |

Total Hours :                         54.40

BEVERIDGE & DIAMOND, P.C.

INVOICE #  149760
August 31, 2012
PAGE  3

Total Fees :                    $16,928.92

BEVERIDGE & DIAMOND, P.C.

INVOICE #  149760
August 31, 2012
PAGE  4

## Time Summary :

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 15.30 | $469.20 | $7,178.76 |
| L. Selba | 36.30 | $257.60 | $9,350.88 |
| T. Elsen | 2.80 | $142.60 | $399.28 |
| **Total Fees :** | | | **$16,928.92** |
| **Total Fees:** | | | **$16,928.92** |

## Summary by Task Codes :

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 54.40 | $16,928.92 |
| Total | 54.40 | $16,928.92 |
| **Total Fees :** | **54.40** | **$16,928.92** |

## Summary by Disbursement Codes :

| | | Bill Amount |
|---|---|---|
| 003 | Long Distance Telephone | $0.30 |
| 004 | Duplicating | $0.60 |
| **Total Disbursements :** | | **$0.90** |
| **TOTAL DUE :** | | **$16,929.82** |

# EXHIBIT D

## (Bankruptcy Fee Application)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

August 31, 2012
Client/Matter #  01246-012629
Invoice # 149759
Federal ID# 52-1247549

For Legal Services Rendered Through 07/31/12 in Connection With:

**PLEASE REMIT PAYMENT TO :**    BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

<u>**Bankruptcy Fee Application**</u>
<u>100035</u>

| | | | | |
|---|---|---|---|---|
| 07/13/12 | P. Marks | L190 | 1.50 | Prepare response to auditor inquiry and direct staff re preparing documentation re same. |
| 07/13/12 | D. Paul | L140 | 3.50 | Review Auditor's Initial Reports; research previous filings; draft response to Auditor. |
| 07/16/12 | P. Marks | L190 | 0.50 | Address billing issues. |
| 07/17/12 | P. Marks | L190 | 0.40 | Meeting with D. Paul to review information for auditor inquiry response. |
| 07/17/12 | D. Paul | L140 | 0.80 | Proofread and fact check response to Fee Auditor's Initial Reports. |
| 07/17/12 | D. Paul | L140 | 2.00 | Review monthly billing documentation regarding listing of individual expenses on Fee Auditor's Initial Reports. |
| 07/17/12 | D. Paul | L140 | 0.80 | Prepare listing of requested information, invoices and other supporting documentation and review with P. Marks. |
| 07/18/12 | D. Paul | L140 | 0.50 | Retrieve back-up documentation supporting application for fees. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  149759
August 31, 2012
PAGE  2

| 07/19/12 | D. Paul | L140 | 0.20 | Follow-up re requested records. |
|---|---|---|---|---|
| 07/20/12 | P. Marks | L190 | 0.50 | Respond to inquiry from Trustee and conference with L. Duff re auditor inquiry. |
| 07/20/12 | D. Paul | L140 | 0.20 | Forward pdf versions of reports for attorney review. |
| 07/23/12 | D. Paul | L140 | 0.20 | Follow-up re outstanding requests. |
| 07/24/12 | D. Paul | L140 | 0.50 | Review and revise response to auditor. |
| 07/27/12 | P. Marks | L190 | 0.30 | Bill preparation issues. |
| 07/30/12 | D. Paul | L140 | 0.20 | Follow-up re requested records. |
| 07/31/12 | P. Marks | L190 | 0.30 | Prepare letter to auditor. |
| 07/31/12 | D. Paul | L140 | 0.80 | Review records, and revise response to auditor; review with P. Marks. |

Total Hours :            13.20

Total Fees :          $3,382.38

BEVERIDGE & DIAMOND, P.C.

INVOICE # 149759
August 31, 2012
PAGE   3

## Time Summary :

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 3.50 | $469.20 | $1,642.20 |
| D. Paul | 9.70 | $179.40 | $1,740.18 |
| **Total Fees :** |  |  | **$3,382.38** |
| **Total Fees:** |  |  | **$3,382.38** |

## Summary by Task Codes :

| CODE | Hours | Bill Amount |
|---|---|---|
| L100 |  |  |
| L140 | 9.70 | $1,740.18 |
| L190 | 3.50 | $1,642.20 |
| Total L100 | 13.20 | $3,382.38 |
| **Total Fees :** | **13.20** | **$3,382.38** |

## Summary by Disbursement Codes :

|  |  | Bill Amount |
|---|---|---|
| E101 | Copying | $104.10 |
| E108 | Postage | $11.78 |
| **Total Disbursements :** |  | **$115.88** |
| **TOTAL DUE :** |  | **$3,498.26** |

# EXHIBIT E

**(Project "C")**

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co.                          August 31, 2012
Attn: Lydia B. Duff                        Client/Matter #  01246-015120
7500 Grace Drive                           Invoice # 149761
Columbia, MD  21044                        Federal ID# 52-1247549

---

For Legal Services Rendered Through 07/31/12 in Connection With:

**PLEASE REMIT PAYMENT TO :**      **BEVERIDGE & DIAMOND, P.C.**
                                   **SUITE 700**
                                   **1350 I STREET, N.W.**
                                   **WASHINGTON, D.C. 20005-3311**

<u>Project "C"</u>

| | | | | |
|---|---|---|---|---|
| 07/11/12 | A. Goldberg | C300 | 0.50 | Exchange voice-mail messages with L. Duff re inquiry. |
| 07/12/12 | A. Goldberg | C300 | 0.50 | Telephone conference with L. Duff re inquiry. |

Total Hours :          1.00

Total Fees :          $547.40

BEVERIDGE & DIAMOND, P.C.

INVOICE #  149761
August 31, 2012
PAGE  2

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| A. Goldberg | 1.00 | $547.40 | $547.40 |
| Total Fees : | | | **$547.40** |
| Total Fees: | | | **$547.40** |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 1.00 | $547.40 |
| Total | 1.00 | $547.40 |
| Total Fees : | 1.00 | **$547.40** |

**Summary by Disbursement Codes :**

| | | |
|---|---|---|
| TOTAL DUE : | | **$547.40** |

# EXHIBIT F

**(Curtis Bay FUSRAP Bankruptcy Claim Resolution)**

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

August 31, 2012
Client/Matter #  01246-011548
Invoice # 149758
Federal ID# 52-1247549

For Legal Services Rendered Through 07/31/12 in Connection With:

**PLEASE REMIT PAYMENT TO :**        **BEVERIDGE & DIAMOND, P.C.**
**SUITE 700**
**1350 I STREET, N.W.**
**WASHINGTON, D.C. 20005-3311**

<u>**Curtis Bay FUSRAP Bankruptcy Claim Resolution**</u>
<u>**100103**</u>

| Date | Name | Code | Hours | Description |
|------|------|------|-------|-------------|
| 07/06/12 | P. Marks | L110 | 0.20 | Review permitting correspondence. |

|  |  |
|---|---|
| Total Hours : | 0.20 |
| Total Fees : | $93.84 |