**ONE HUNDRED AND THIRD INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM AUGUST 1, 2012 THROUGH AUGUST 31, 2012)**

ATTACHMENT B

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Task Descriptions
4. Summary of Expenses

## W.R. Grace & Co.
**Capstone Advisory Group, LLC**
**Summary of Fees by Professional**
**For the Period 8-1-12 through 8-31-12**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $795 | 8.30 | $6,598.50 |
| R. Frezza | Member | $725 | 33.70 | $24,432.50 |
| J. Dolan | Director | $450 | 43.20 | $19,440.00 |
| M. Viola | Paraprofessional | $120 | 1.90 | $228.00 |
| **For the Period 8-1-12 through 8-31-12** | | | **87.10** | **$50,699.00** |

**Invoice for the 8-1-12 - 8-31-12 Fee Application**

# W.R. Grace & Co.
**Capstone Advisory Group, LLC**
**Summary of Fees by Task Code**
**For the Period 8-1-12 through 8-31-12**

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant reviewed Counsel's memo on settlement. | 0.60 | $435.00 |
| 04. Creditor committee Matters | During the Fee Application period, the Applicant reviewed and analyzed recent docket submissions and Counsel memo. | 3.30 | $1,485.00 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared June 2012, July 2012 and the 34th quarterly monthly fee statements. | 7.10 | $2,637.00 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant analyzed data regarding the monthly results and Q2 results, prepared various analyses and prepared a report to the Committee thereon. | 76.10 | $46,142.00 |
| **For the Period 8-1-12 through 8-31-12** | | **87.10** | **$50,699.00** |

**Capstone Advisory Group, LLC**  Page 1 of 1
**Invoice for the 8-1-12 - 8-31-12 Fee Application**

# W.R. Grace & Co.
**Capstone Advisory Group, LLC**
**Detailed Time Description by Task Code**
**For the Period 8-1-12 through 8-31-12**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **03. Claims Analysis & Valuation** | | | |
| 8/6/2012 | R. Frezza | 0.60 | Reviewed Counsel's memo on settlements. |
| Subtotal | | 0.60 | |
| **04. Creditor committee Matters** | | | |
| 8/6/2012 | J. Dolan | 0.70 | Reviewed and analyzed Counsel's memo on administrative settlement. |
| 8/9/2012 | J. Dolan | 1.10 | Reviewed and analyzed recent docket submissions. |
| 8/16/2012 | J. Dolan | 0.70 | Reviewed and analyzed recent docket submissions. |
| 8/22/2012 | J. Dolan | 0.80 | Reviewed and analyzed recent docket submissions. |
| Subtotal | | 3.30 | |
| **07. Fee Applications & Invoices** | | | |
| 8/1/2012 | M. Viola | 0.50 | Prepared June 2012 fee statement. |
| 8/9/2012 | J. Dolan | 0.50 | Prepared July 2012 fee application. |
| 8/9/2012 | J. Dolan | 0.80 | Finalized June 2012 fee application. |
| 8/9/2012 | M. Viola | 0.50 | Prepared 34th quarterly statement. |
| 8/9/2012 | M. Viola | 0.30 | Prepared July 2012 fee statement. |
| 8/10/2012 | J. Dolan | 1.10 | Prepared June 2012 fee application. |
| 8/14/2012 | M. Viola | 0.10 | Prepared 34th quarterly statement. |
| 8/16/2012 | M. Viola | 0.50 | Prepared July 2012 fee statement. |
| 8/16/2012 | J. Dolan | 0.50 | Prepared July 2012 fee application. |
| 8/16/2012 | J. Dolan | 0.80 | Finalized and filed 34th quarterly fee application. |
| 8/16/2012 | J. Dolan | 0.50 | Finalized and filed June 2012 fee application. |

**Capstone Advisory Group, LLC**  Page 1 of 4
**Invoice for the 8-1-12 - 8-31-12 Fee Application**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 8/17/2012 | E. Ordway | 0.20 | Reviewed fee application. |
| 8/22/2012 | J. Dolan | 0.80 | Prepared July 2012 fee application. |
| Subtotal | | 7.10 | |

08. Financial Analysis - Schedules & Statements

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 8/1/2012 | R. Frezza | 1.10 | Prepared for and participated in quarterly investor call. |
| 8/1/2012 | J. Dolan | 1.10 | Listened to and analyzed investor call for 2Q12 results report to the Committee. |
| 8/2/2012 | R. Frezza | 2.20 | Prepared and reviewed charts for report to the Committee. |
| 8/2/2012 | J. Dolan | 3.30 | Prepared charts and schedules related to 2Q12 report to the Committee. |
| 8/2/2012 | J. Dolan | 2.30 | Reviewed and analyzed press release related to 2Q12 results and business update. |
| 8/2/2012 | R. Frezza | 2.10 | Reviewed and analyzed press releases. Began analysis of data. |
| 8/3/2012 | E. Ordway | 1.10 | Reviewed and analyzed 2Q12 financial data and noted items to include in marketing report. |
| 8/6/2012 | R. Frezza | 2.50 | Reviewed and analyzed 10Q. |
| 8/6/2012 | J. Dolan | 2.60 | Reviewed and analyzed recently filed form 10Q for 2Q12 results report to the Committee. |
| 8/7/2012 | R. Frezza | 0.60 | Reviewed and analyzed quarterly report received from Debtors. |
| 8/7/2012 | J. Dolan | 0.50 | Reviewed quarterly report received from Debtors. |
| 8/9/2012 | J. Dolan | 3.10 | Prepared report to the Committee on 2Q12 results including commentary. |
| 8/9/2012 | J. Dolan | 2.70 | Prepared various analyses related to 2Q12 results for report to the Committee. |
| 8/10/2012 | R. Frezza | 3.20 | Prepared and reviewed charts for report. |
| 8/10/2012 | R. Frezza | 2.90 | Conceptualized report to Committee and began drafting. |
| 8/14/2012 | E. Ordway | 0.90 | Prepared and edited report to the Committee re: 2Q12 results. |
| 8/14/2012 | J. Dolan | 1.90 | Prepared analysis and commentary for 2Q12 report to the Committee including Construction Products division results. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 8/14/2012 | J. Dolan | 2.50 | Prepared analyses for 2Q12 report to the Committee including Materials Technologies for actual, plan and prior year. |
| 8/14/2012 | J. Dolan | 2.30 | Prepared analysis for 2Q12 report to the Committee including Catalyst Technologies actual, plan and prior year results. |
| 8/15/2012 | E. Ordway | 1.30 | Reviewed and analyzed various chemical industry analysis reports. |
| 8/15/2012 | R. Frezza | 1.90 | Reviewed analyst reports on the industry. |
| 8/15/2012 | R. Frezza | 2.40 | Continued drafting results of analyses. |
| 8/15/2012 | R. Frezza | 2.60 | Prepared and reviewed additional charts and analyses. |
| 8/16/2012 | R. Frezza | 1.40 | Analyzed 2Q12 report. |
| 8/16/2012 | E. Ordway | 0.70 | Prepared and edited report to the Committee on 2Q12 results. |
| 8/16/2012 | R. Frezza | 3.00 | Reviewed cash flow analysis report for 2Q12. |
| 8/16/2012 | J. Dolan | 3.20 | Prepared cash flow analysis for 2Q12 report to the Committee and related commentary. |
| 8/16/2012 | J. Dolan | 0.80 | Reviewed and analyzed June monthly statements received from Company. |
| 8/16/2012 | J. Dolan | 1.10 | Prepared analysis for 2Q12 report to the Committee including ROIC. |
| 8/16/2012 | R. Frezza | 0.50 | Reviewed and analyzed June monthly report. |
| 8/16/2012 | E. Ordway | 0.80 | Continued to read chemical industry analysts' reports. |
| 8/17/2012 | E. Ordway | 0.30 | Participated in call with creditor re: questions regarding interest accrued for bank debt. |
| 8/22/2012 | J. Dolan | 2.50 | Prepared analyses for 2Q12 report to the Committee. |
| 8/22/2012 | E. Ordway | 0.80 | Analyzed cash flow and cost on hand by region. |
| 8/23/2012 | E. Ordway | 0.50 | Analyzed latest comparable company information. |
| 8/23/2012 | J. Dolan | 2.20 | Prepared various analyses for 2Q12 report to the Committee. |
| 8/23/2012 | R. Frezza | 2.20 | Reviewed analyses for report and added drafting language. |
| 8/24/2012 | E. Ordway | 0.90 | Continued to analyze latest comparable company information. |
| 8/24/2012 | R. Frezza | 1.50 | Completed report drafting. Reviewed remainder of the report sections. |

**Capstone Advisory Group, LLC**  **Page 3 of 4**
**Invoice for the 8-1-12 - 8-31-12 Fee Application**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 8/24/2012 | R. Frezza | 0.50 | Discussed conclusions internally. |
| 8/29/2012 | J. Dolan | 2.80 | Prepared report to the Committee on 2Q12 results. |
| 8/30/2012 | E. Ordway | 0.40 | Participated in call with bank creditor re: interest computations. |
| 8/30/2012 | E. Ordway | 0.40 | Reviewed interest accrual calculations. |
| 8/30/2012 | R. Frezza | 2.50 | Finalized 2Q12 report. |
| Subtotal | | 76.10 | |
| **Total Hours** | | **87.10** | |

# W.R. Grace & Co.
**Capstone Advisory Group, LLC**
**Expense Detail**
**For the Period 8-1-12 through 8-31-12**

| Date | Professional | Detail | Amount |
|---|---|---|---|
| Research | | | |
| 8/14/2012 | Capstone Expense | Pacer | $0.70 |
| Subtotal - Research | | | $0.70 |
| Telecom | | | |
| 8/15/2012 | Capstone Expense | August Telecom | $100.17 |
| Subtotal - Telecom | | | $100.17 |
| **For the Period 8-1-12 through 8-31-12** | | | $100.87 |