## **Exhibit A**

**KRAMER LEVIN NAFTALIS & FRANKEL** LLP
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
PHONE 212.715.9100
FAX 212.715.8000

October 22, 2012

W.R. GRACE & CO. EQUITY COMMITTEE

When remitting,
please reference:
Invoice Number: 607412
056772

## CLIENT SUMMARY - 056772 - W.R. GRACE & CO. EQUITY COMMITTEE

### 056772-00001/CASE ADMINISTRATION

| | |
|---|---:|
| FEES | $266.00 |
| DISBURSEMENTS | 104.50 |
| MATTER TOTAL | $370.50 |

### 056772-00002/CREDITOR COMMITTEE

| | |
|---|---:|
| FEES | $979.50 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $979.50 |

### 056772-00007/REORGANIZATION PLAN

| | |
|---|---:|
| FEES | $806.50 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $806.50 |

### 056772-00008/FEE APPLICATIONS, APPLICANT

| | |
|---|---:|
| FEES | $629.00 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $629.00 |

| | |
|---|---:|
| CLIENT GRAND TOTAL | $2,785.50 |

Amounts due may be remitted by wire transfer.

| | |
|---|---|
| To: | Citibank, N.A.<br>Citicorp Center 153 E. 53rd Street NY, N.Y. 10043<br>ABA #021000089 |
| Account: | Kramer Levin Naftalis & Frankel LLP Money Market A\C 9992122019 |
| By Order of: | Invoice No. 607412 |
| Citibank Contact: | Gaetana Mauceli (212) 559-0165 |

TIME AND DISBURSEMENT AMOUNTS POSTED AFTER THE BILLING PERIOD SHOWN
ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE
CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.
TAX ID# 13-1944339

## CASE ADMINISTRATION

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/05/12 | HALVERSON, DARREN C | Find latest 8k and send to D. Blabey. | 0.10 | 48.50 |
| 09/20/12 | HALVERSON, DARREN C | Review 3d cir. case docket and call J. Sweder re: panel appointments. | 0.30 | 145.50 |
| 09/26/12 | BLABEY, DAVID E | Review email from Debtors counsel re business realignment. | 0.10 | 72.00 |

**TOTAL HOURS AND FEES**                                              **0.50**    **$266.00**

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| PHOTOCOPYING | 2.30 |
| DOCUMENT RETRIEVAL FEES | 102.20 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**                    **$104.50**


**TOTAL FOR THIS MATTER**                                    **$370.50**

Kramer Levin Naftalis & Frankel LLP                                                          Page No. 3

W.R. GRACE & CO. EQUITY COMMITTEE                                                October 22, 2012
056772-00002                                                                      Invoice No. 607412

## CREDITOR COMMITTEE

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/05/12 | BENTLEY, PHILIP | Review and edit memo to committee re Sealed Air issues. | 0.20 | 173.00 |
| 09/05/12 | BLABEY, DAVID E | Call with equity holder re case status (.2); additional calls re same (.2); memo to Committee re new Form 8-K (.6). | 1.00 | 720.00 |
| 09/11/12 | BENTLEY, PHILIP | Trade emails re appeal issues. | 0.10 | 86.50 |
| **TOTAL HOURS AND FEES** | | | **1.30** | **$979.50** |

**TOTAL FOR THIS MATTER**                                                    **$979.50**

Kramer Levin Naftalis & Frankel LLP | Page No. 4

W.R. GRACE & CO. EQUITY COMMITTEE  
056772-00007

October 22, 2012  
Invoice No. 607412

## REORGANIZATION PLAN

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/05/12 | BLABEY, DAVID E | Review new 2nd Circuit case on mootness (.4) and email to P. Bentley re same (.2). | 0.60 | 432.00 |
| 09/06/12 | BENTLEY, PHILIP | Trade emails re appeal issues. | 0.10 | 86.50 |
| 09/28/12 | BLABEY, DAVID E | Review draft of joint appendix for appeal. | 0.40 | 288.00 |
| **TOTAL HOURS AND FEES** | | | **1.10** | **$806.50** |

**TOTAL FOR THIS MATTER**                $806.50

Kramer Levin Naftalis & Frankel LLP                                                Page No. 5

W.R. GRACE & CO. EQUITY COMMITTEE                                            October 22, 2012
056772-00008                                                                Invoice No. 607412

## FEE APPLICATIONS, APPLICANT

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/18/12 | BLABEY, DAVID E | Edit bill for fee application. | 0.20 | 144.00 |
| 09/27/12 | HALVERSON, DARREN C | Cf. F. Arias re: fee app materials. | 0.10 | 48.50 |
| 09/28/12 | HALVERSON, DARREN C | Draft and revise fee application for August. | 0.90 | 436.50 |
| **TOTAL HOURS AND FEES** | | | **1.20** | **$629.00** |

**TOTAL FOR THIS MATTER**                                            **$629.00**