## Exhibit B

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                         PAGE    1
                                               *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 10/23/2012 10:15:04

Matter No: 056772-00001                                  Orig Prtnr : CRED. RGTS   - 06975          Proforma Number:    3784491
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP  - 02495       Bill Frequency: M
Matter Name : CASE ADMINISTRATION                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status       : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.10/w/o manu. services
-----------------------------------------------------------------------------------------------------------------------------
                                              PRE-BILLING SUMMARY REPORT
-----------------------------------------------------------------------------------------------------------------------------
             UNBILLED TIME FROM:                                    TO:
             UNBILLED DISB FROM:     09/05/2012                     TO:     09/30/2012
-----------------------------------------------------------------------------------------------------------------------------
                                          FEES                              COSTS
                                          ----                              -----
        GROSS BILLABLE AMOUNT:             0.00                             104.50
          AMOUNT WRITTEN DOWN:
                      PREMIUM:
             ON ACCOUNT BILLED:
    DEDUCTED FROM PAID RETAINER:
                AMOUNT BILLED:
                    THRU DATE:                                              09/30/2012
     CLOSE MATTER/FINAL BILLING?     YES    OR    NO
     EXPECTED DATE OF COLLECTION:

       BILLING PARTNER APPROVAL:
                                     BENTLEY PHILIP - 02495                 WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
              BILLING COMMENTS:


-----------------------------------------------------------------------------------------------------------------------------
                                     ACCOUNTS RECEIVABLE TOTALS                      UNAPPLIED CASH

                        FEES:                      0.00
               DISBURSEMENTS:                    104.50     UNIDENTIFIED RECEIPTS:       0.00
                 FEE RETAINER:                     0.00         PAID FEE RETAINER:       0.00
                DISB RETAINER:                     0.00        PAID DISB RETAINER:       0.00
             TOTAL OUTSTANDING:                  104.50       TOTAL AVAILABLE FUNDS:     0.00
                                                                    TRUST BALANCE:
                                           BILLING HISTORY
                                           ---------------
            DATE OF LAST BILL:         09/27/12         LAST PAYMENT DATE:      10/17/12
             LAST BILL NUMBER:           604412 ACTUAL FEES BILLED TO DATE:   368,463.50
                                                  ON ACCOUNT FEES BILLED TO DATE:    0.00
                                                      TOTAL FEES BILLED TO DATE: 368,463.50
         LAST BILL THRU DATE:         08/31/12    FEES WRITTEN OFF TO DATE:    85,932.00
                                                  COSTS WRITTEN OFF TO DATE:   23,831.23
FOR ACCTG USE ONLY:                    Write Down/Up Reason Codes:
                                       --------------------------
            (1) Exceeded Fixed Fee     (4) Excessive Legal Time        (7) Fixed Fee
            (2) Late Time & Costs Posted (5) Business Development      (8) Premium
            (3) Pre-arranged Discount  (6) Summer Associate            (9) Rounding          (10) Client Arrangement

    BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                         PAGE    2
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 10/23/2012 10:15:04

Matter No: 056772-00001                                    Orig Prtnr : CRED. RGTS   - 06975         Proforma Number:    3784491
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CASE ADMINISTRATION                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status       : ACTIVE

UNBILLED   COSTS   SUMMARY -------------- Total Unbilled ----------------
Code  Description                         Oldest      Latest        Total
                                          Entry       Entry         Amount
----  ------------------------------      ------      ------        -----------
0820  PHOTOCOPYING                        09/05/12    09/06/12          2.30
0972  DOCUMENT RETRIEVAL FEES             09/30/12    09/30/12        102.20

         Total                                                        104.50


UNBILLED   COSTS   DETAIL
Description/Code                              Employee            Date          Amount      Index#   Batch No  Batch Date
--------------------------------------        ---------           ------        ----------- -------  --------  ----------

PHOTOCOPYING 0820
    PHOTOCOPYING                              BLABEY, D E         09/05/12          0.60    9719289  1292649   09/10/12
    BLABEY, DAVID E
    PHOTOCOPYING                              BLABEY, D E         09/06/12          1.70    9719290  1292649   09/10/12
    BLABEY, DAVID E
                                              0820 PHOTOCOPYING Total :             2.30

DOCUMENT RETRIEVAL FEES 0972
    DOCUMENT RETRIEVAL F                      PIZZARELLO, C       09/30/12         84.20    9743414  1307001   10/12/12
    DOCUMENT RETRIEVAL F                      PIZZARELLO, C       09/30/12         18.00    9743415  1307001   10/12/12
                                              0972 DOCUMENT RETRIEVAL F Total :   102.20


         Costs Total :                                                            104.50
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    3
                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 10/23/2012 10:15:04

Matter No: 056772-00001                                       Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:    3784491
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CASE ADMINISTRATION                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status       : ACTIVE

BILLING    INSTRUCTIONS   FOR  UNBILLED   COSTS   SUMMARY
Code Description            Amount         Bill       W/o / W/u        Transfer To   Clnt/Mtr   Carry Forward
-----------------------  ------------   ----------  --------------  -----------------------------  -----------------

0820 PHOTOCOPYING                  2.30

0972 DOCUMENT RETRIEVAL FEES     102.20


         Costs Total :          104.50
```