EXHIBIT A

PHILLIPS, GOLDMAN & SPENCE, P.A.

INVOICES BY TIME AND INDIVIDUAL

FOR THE TIME PERIOD
SEPTEMBER 1, 2012 THROUGH
SEPTEMBER 30, 2012

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE  19806
(302) 655-4200
EI #: 51-0328786

October 15, 2012

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC  20007--5135

File   WRG-AUS/JCP
Invoice number   104207

Re:  W. R. Grace & Co.
     David T. Austern
Case No.:  01-01139 (RLB)

         Subtotal for FEES only:  09/30/12      $2,032.50
         Subtotal for COSTS only: 09/30/12          $5.40
                                              -------------
CURRENT PERIOD FEES AND COSTS:   09/30/12      $2,037.90
                                              -------------

****************************************************************

Please send remittance copy with payment.  Thank you.

****************************************************************

Phillips, Goldman & Spence, P.A.

Page   2

October 15, 2012

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   104207

Re:  W. R. Grace & Co.
     David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| FEE/EMPLOYMENT APPLICATIONS | 9.2 | 1,740.50 |
| PLAN AND DISCLOSURE STATEMENT | 0.5 | 242.50 |
| CASE ADMINISTRATION | 0.3 | 49.50 |
| Subtotal for FEES only: 09/30/12 | 10.0 | $2,032.50 |

| RATE | SUMM | HOURS | | | | |
|---|---|---|---|---|---|---|
| 485.00 | JCP | 1.20 | 1.20 | 582.00 | 0.00 | 0.00 |
| 165.00 | CAH | 8.50 | 8.50 | 1,402.50 | 0.00 | 0.00 |
| 160.00 | TLB | 0.30 | 0.30 | 48.00 | 0.00 | 0.00 |
| Totals | | 10.00 | 10.00 | 2,032.50 | 0.00 | 0.00 |

```
    Sorts:  Grouping code           (Paginate)
            Client code
            Actual employee code    (Subtotal)
            Transaction date

    Ranges:
        Include "Client code" from WRG to WRG
        Exclude "Billable $" from 0.00 to 0.00
        Include "Invoice Number" from 104207 to 104207
```

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---------|---------------------------|---------|------------|-------------------------|---------------:|-----------------:|-------|
| WRG | CASE ADMINISTRATION | CAH | 09/26/12 | E-mail to and e-mail from B. Ruhlander re: re: mileage reimbursement and e-mail to D. Fullem. | 0.20 | 33.00 | Ca |
| WRG | CASE ADMINISTRATION | CAH | 09/28/12 | Update docket to system. | 0.10 | 16.50 | |
|  |  |  |  |  | ------ | ------- | |
|  |  |  |  |  | 0.30 | 49.50 | |
|  |  |  |  |  | ------ | ------- | |
|  |  |  |  |  | 0.30 | 49.50 | |
|  |  |  |  |  | ------ | ------- | |

Total records this group:   2

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/04/12 | Review of e-mails from D. Fullem and respond requesting April Fee Application for Austern. | 0.30 | 49.50 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/04/12 | Download and file January, February, March, May and June Monthly Fee Applications for David Austern then send docket numbers to D. Fullem. | 0.60 | 99.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/11/12 | Reconcile fee received to invoices. | 0.20 | 33.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/11/12 | Draft Certificate of No Objection for Phillips, Goldman & Spence 32nd Quarterly Fee Application and forward to John C. Phillips, Jr. to execute. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/11/12 | Scan, OCR, file and serve Certificate of No Objection for Phillips, Goldman & Spence 32nd Quarterly Fee Application. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/11/12 | Phone conference with Leo of WR Grace re: accounting of Fee Applications and amounts paid in 2012 and begin chart of requested information. | 0.60 | 99.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/12/12 | Complete chart of fees paid in 2012 and e-mail to WR Grace. | 0.50 | 82.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/19/12 | Download and file Certificate of No Objection for Towers May Fee Application and e-mail docket number to D. Fullem. | 0.20 | 33.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/19/12 | Draft August Fee Application for Phillips, Goldman & Spence. | 0.70 | 115.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/19/12 | Scan, OCR and file and serve Phillips, Goldman & Spence Certificate of No Objection for July Fee Application. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/19/12 | Download and file Towers Watson's February 2012 Fee Application and e-mail docket number to D. Fullem. | 0.20 | 33.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/19/12 | Convert Towers Watson's 2012 First Quarterly, Second Quarterly and July Fee Applications to .pdf while separating sections to file. | 0.60 | 99.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/19/12 | File Towers Watson 1st and 2nd Quarterly Fee Applications for 2012 and July Fee Application after changing certain sections as per D. Fullem; e-mail to D. Fullem providing docket numbers. | 0.50 | 82.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/20/12 | Download and file Certificate of No Objection for Orrick's Monthly Fee Application; e-mail docket number to D. Fullem. | 0.20 | 33.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/20/12 | Download Quarterly Fee Application for Austern for 1st Quarter 2012 and file; e-mail docket number to D. Fullem. | 0.30 | 49.50 | |

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/20/12 | Download Quarterly Fee Application for Austern for 2nd Quarter 2012 and file; e-mail docket number to D. Fullem. | 0.30 | 49.50 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/25/12 | Scan, OCR and file and serve Phillips, Goldman & Spence August Fee Application. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/25/12 | Respond to e-mail from D. Fullem; download and file Orrick's August Fee Application; e-mail docket number to D. Fullem. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/26/12 | Download and separate and file August Fee Application for Towers; e-mail docket number to D. Fullem. | 0.40 | 66.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/27/12 | Download, print and file Certificates of No Objection for Austern's January, February, March, April and June Fee Applications and e-mail docket numbers to D. Fullem. | 0.50 | 82.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/27/12 | Download, print and file Certificates of No Objection for Lincoln Partners's January, February, March, April, May and June Fee Applications and e-mail docket numbers to D. Fullem. | 0.60 | 99.00 | |
| | | | | | 8.20 | 1,353.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 09/11/12 | Review of and execute Phillips, Goldman & Spence 34th Quarterly Fee Application. | 0.10 | 48.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 09/12/12 | Review of Fee Application reconciliation; conference with Celeste A. Hartman re: same. | 0.20 | 97.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 09/19/12 | Review of and execute Certificate of No Objection re: Phillips, Goldman & Spence 98th Monthly Fee Application; conference with Celeste A. Hartman re: same. | 0.10 | 48.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 09/25/12 | Review of and revise Phillips, Goldman & Spence 99th Monthly Fee Application; review of and execute same; conference with Celeste A. Hartman re: same. | 0.30 | 145.50 | |
| | | | | | 0.70 | 339.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | TLB | 09/14/12 | E-file 26th Quarterly Interim Fee Application for Orrick, Herrington & Sutcliffe LLP. | 0.10 | 16.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | TLB | 09/14/12 | E-file 11th and 12th Quarterly Fee Applications for Lincoln Partner Advisors LLC. | 0.20 | 32.00 | |
| | | | | | 0.30 | 48.00 | |
| | | | | | 9.20 | 1,740.50 | |

Total records this group:  27

-Fees-

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 09/14/12 | Review of 4 Entries of Appearance, Disclosure Statement and Concise Summary of Case by Anderson Memorial. | 0.20 | 97.00 | ps |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 09/21/12 | Review of 9 Briefing Notices. | 0.20 | 97.00 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 09/25/12 | Review of Libby Claimants' Motion to Withdraw Appeal. | 0.10 | 48.50 | |
| | | | | | ------- | --------- | |
| | | | | | 0.50 | 242.50 | |
| | | | | | ------- | --------- | |
| | | | | | 0.50 | 242.50 | |
| | | | | | ------- | --------- | |

Total records this group:   3

| | | | | | ------- | --------- | |
|---|---|---|---|---|---|---|---|
| | | | | | 10.00 | 2,032.50 | |
| | | | | | ======= | ========= | |

32 records printed.