EXHIBIT B

PHILLIPS, GOLDMAN & SPENCE, P.A.

EXPENSE RECORDS

FOR THE TIME PERIOD
SEPTEMBER 1, 2012 THROUGH
SEPTEMBER 30, 2012

Phillips, Goldman & Spence, P.A.

Page  2

October 15, 2012

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   104207

Re:  W. R. Grace & Co.
     David T. Austern

COSTS ADVANCED

| | |
|---|---|
| 08/21/12 Photocopies | 5.40 |
| Subtotal for COSTS only: 09/30/12 | $5.40 |