**EXHIBIT A**

# DuaneMorris

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
LAKE TAHOE
HO CHI MINH CITY

September 05, 2012

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001          Invoice# 1790158          IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 08/31/2012 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 1.30 | hrs. at | $780.00 | /hr. = | $1,014.00 | |
| WS KATCHEN | OF COUNSEL | 2.20 | hrs. at | $875.00 | /hr. = | $1,925.00 | |
| S LENKIEWICZ | PARALEGAL | 4.60 | hrs. at | $185.00 | /hr. = | $851.00 | |
| | | | | | | | $3,790.00 |

DISBURSEMENTS
POSTAGE                                              $225.55
PRINTING & DUPLICATING                               $210.00
TOTAL DISBURSEMENTS                                              $435.55

BALANCE DUE THIS INVOICE                                         $4,225.55

Duane Morris
September 05, 2012
Page 2

File # K0248-00001  INVOICE# 1790158
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 8/30/2012 | 004 | S LENKIEWICZ | REVIEW THIRD CIRCUIT DOCKETS RE BRIEFING SCHEDULE (.2); OFFICE CONFERENCE WITH M. LASTOWSKI RE SAME (.1) | 0.30 | $55.50 |
| | | | Code Total | 0.30 | $55.50 |

File # K0248-00001                                                                                      INVOICE# 1790158
      W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 8/7/2012 012 | S LENKIEWICZ | RECEIPT AND REVIEW OF DUANE MORRIS INVOICE FOR JULY 2012 | 0.20 | $37.00 |
| 8/17/2012 012 | S LENKIEWICZ | REVIEW DOCKET (.1); REVIEW OMNIBUS ORDER APPROVING 43RD QUARTERLY FEE APPLICATION (2); UPDATE CHART RE SAME (.1) | 0.40 | $74.00 |
| 8/30/2012 012 | S LENKIEWICZ | PREPARE CNO RE DUANE MORRIS 124TH MONTHLY FEE APPLICATION (.2); FINALIZE AND EFILE SAME (.2) | 0.40 | $74.00 |
| 8/30/2012 012 | S LENKIEWICZ | PREPARE CNO RE DUANE MORRIS 125TH MONTHLY FEE APPLICATION (.2); FINALIZE AND EFILE SAME (.2) | 0.40 | $74.00 |
| 8/30/2012 012 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO DUANE MORRIS 124TH AND 125TH MONTHLY FEE APPLICATIONS | 0.10 | $18.50 |
| 8/30/2012 012 | S LENKIEWICZ | PREPARE DUANE MORRIS' 126TH MONTHLY FEE APPLICATION (.5); PREPARE EXHIBIT A TO SAME (.2); FINALIZE AND EFILE SAME (.3); CALENDAR OBJECTION DEADLINE (.1) | 1.10 | $203.50 |
| | | Code Total | 2.60 | $481.00 |

Duane Morris
September 05, 2012
Page 4

File # K0248-00001                                                                                    INVOICE# 1790158
W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 8/15/2012 013 | S LENKIEWICZ | FINALIZE AND EFILE SSL'S 45TH QUARTERLY FEE APPLICATION | 0.30 | $55.50 |
| 8/17/2012 013 | S LENKIEWICZ | FINALIZE NOTICE OF CAPSTONE 101ST MONTHLY FEE APPLICATION (.1); FINALIZE FOR E-FILING AND E-FILE NOTICE, FEE APPLICATION AND EXHIBITS (.2); EMAIL TO D. MOHAMMAD FORWARDING EFILING CONFIRMATION RE SAME (.1) | 0.50 | $92.50 |
| 8/20/2012 013 | S LENKIEWICZ | FINALIZE NOTICE OF CAPSTONE'S THIRTY FOURTH QUARTERLY FEE APPLICATION (.1); FINALIZE APPLICATION, EXHIBITS AND COS RE CORE PARTIES FOR EFILING (.2); PREPARE COS AND LABELS RE SERVICE ON 2002 (.3); E-FILE CAPSTONE'S THIRTY FOURTH QUARTERLY FEE APPLICATION (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD RE SAME (.1); COORDINATE SERVICE OF NOTICE ON 2002 SERVICE LIST (.2) | 0.90 | $166.50 |
| | | Code Total | 1.70 | $314.50 |

Duane Morris
September 05, 2012
Page 5

File # K0248-00001  INVOICE# 1790158
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 8/2/2012 | 017 | MR LASTOWSKI | REVIEW APPELLATE FILINGS | 0.40 | $312.00 |
| 8/7/2012 | 017 | MR LASTOWSKI | REVIEW APPELLATE FILINGS | 0.30 | $234.00 |
| 8/22/2012 | 017 | MR LASTOWSKI | REVIEW APPELLATE FILINGS | 0.30 | $234.00 |
| 8/28/2012 | 017 | MR LASTOWSKI | REVIEW APPELLATE FILINGS | 0.30 | $234.00 |
| | | | Code Total | 1.30 | $1,014.00 |

Duane Morris
September 05, 2012
Page 6

File # K0248-00001 INVOICE# 1790158
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 8/2/2012 | 025 | WS KATCHEN | REVIEW ANDERSON MEMORIAL AMENDED NOTICE OF APPEAL | 0.10 | $87.50 |
| 8/6/2012 | 025 | WS KATCHEN | REVIEW STROOK MEMO TO COMMITTEE | 0.20 | $175.00 |
| 8/6/2012 | 025 | WS KATCHEN | REVIEW POST CONFIRMATION DISCHARGEABILITY ISSUE. | 0.40 | $350.00 |
| 8/13/2012 | 025 | WS KATCHEN | APPEAL ISSUES. | 0.50 | $437.50 |
| 8/20/2012 | 025 | WS KATCHEN | APPEAL DOCKET FOR 3RD CIRCUIT. | 0.20 | $175.00 |
| 8/25/2012 | 025 | WS KATCHEN | PLAN ISSUES ON APPEAL. | 0.60 | $525.00 |
| 8/27/2012 | 025 | WS KATCHEN | EMAIL STROOK - STATUS UPDATE. | 0.20 | $175.00 |
| | | | Code Total | 2.20 | $1,925.00 |
| | | | TOTAL SERVICES | 8.10 | $3,790.00 |

Duane Morris
September 05, 2012
Page 7

File # K0248-00001          INVOICE# 1790158
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|---|---|---|---|
| 08/31/2012 | POSTAGE | | 225.55 |
| | | Total: | $225.55 |
| 08/31/2012 | PRINTING & DUPLICATING | | 210.00 |
| | | Total: | $210.00 |
| | | TOTAL DISBURSEMENTS | $435.55 |

Duane Morris
September 05, 2012
Page 8

File # K0248-00001  INVOICE# 1790158
W.R. GRACE & CO.

| TIMEKEEPER NO. | NAME | CLASS | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 02394 | MR LASTOWSKI | PARTNER | 1.30 | 780.00 | $1,014.00 |
| 02602 | WS KATCHEN | OF COUNSEL | 2.20 | 875.00 | $1,925.00 |
| 03723 | S LENKIEWICZ | PARALEGAL | 4.60 | 185.00 | $851.00 |
| | | | 8.10 | | $3,790.00 |